# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**<u>Via Certified Mail:</u>**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Alejandro Ipina**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

35. Full and Final Claim Form

36. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Alejandro Ipina** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-29
exhibitsticker.com

Claimant Name: Ipina, Alejandro

Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042533 | THE BUZBEE LAW FIRM | GEROGE | VICENTE |
| 1042534 | S.C.P.P. LA VIRGEN, S.C.DE R.L. | | |
| 1042638 | | ISRAEL | DIAZ |
| 1042640 | COKTELES Y MARISCOS LAS CULTURAS, S.C. DE R.L. | | |
| 1042641 | S.C.P.P. LEBRANCHEROS DE SONTEOMAPAN S.C. DE R.L. | | |
| 1042642 | | SANTIAGO | PUCH |
| 1042643 | | LUIS | QUIROGA |
| 1042644 | S.C.P.P. PUNTA EL BUEY, S.C. DE R.L. | | |
| 1042646 | S.C.P.P. BRISAS DE GOBERNADO CRUZ, S.C. DE R.L. DE C.V. | | |
| 1042649 | | JENNY | RAZO |
| 1042651 | S.C.P. EJIDO REVENTADERO, S.C. DE R.L. | | |
| 1042657 | | MARIBEL | DIAZ |
| 1052861 | S.C.P.P. BELLA PALIZADA, S.C. DE R.L. | | |
| 1052862 | S.C.P.P. BARRA DE BOCA CIEGA, S.C. DE R.L. | | |
| 1052118 | | IRBIN | PARRA |
| 1052863 | S.C.P.P. ESTERO DEL REY, S.C. DE R.L. | | |
| 1052129 | S.C.P.P. PESCADORES DE POTRERO MOTA DE CHAVEZ, S.C. DE R.L. | | |
| 1052130 | | ALEJANDRO | IPINA |
| 1052131 | S.C.P.P. ISLAS DEL PAQUILLO, S.C. DE R.L. DE C.V. | | |
| 1052132 | | ELIAS | JIMENEZ |
| 1052844 | RENOVACION Y SOLIDARIDAD, S.C. DE R.L. DE C.V. | | |
| 1052133 | S.C.P.P. EL CONDE SILVA, S.C. DE R.L. | | |
| 1052134 | | YSIDRO | MORALES |
| 1052135 | S.C.R.P. DE SAN FERNANDO, S.C. DE R.L. | | |
| 1052438 | S.C.P.P. COPERATIVA CAUDILLOS S.C. DE R.L. | | |
| 1052439 | S.C.P.P. PUNTA DE PIEDRA, S.C. DE R.L. | | |
| 1052136 | S.S.S., RIBERA ALTO DEL TIGRE | | |
| 1052440 | PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. | | |
| 1052441 | S.C.P.P. LAGUNA CUCHUPETA S.C. DE R.L. DE C.V. | | |
| 1052442 | | PABLO | CABALLERO |
| 1052443 | S.C.P.P. NA ZOO, S.C. DE R.L. DE C.V. | | |
| 1052444 | | CESAR | CANCINO HERNANDEZ |
| 1052137 | | FELICIANO | GARCIA |
| 1052138 | S.C.P.P. EL EMPORIO DE SANTANA, S.C. DE R.L. | | |
| 1052445 | | HEBERTO | CAMARA |
| 1052139 | S.C.P.P. LA TABASQUENITA, S.C. DE R.L. | | |
| 1052446 | | JULIO | BARAHONA |
| 1052140 | | LEONEL | BALDERAS |
| 1052141 | | EVERARDO | AHUMADA |
| 1052845 | S.C.P.P. MATAMOROS, S.C. DE R.L. | | |
| 1052447 | S.C. VANESITA MARINERA, S.C. DE R.L. DE C.V. | | |
| 1052142 | S.C.P.P. PESCADORES DEL TAMCCI, S.C. DE R.L. | | |
| 1052448 | S.C.P.P. FCO J. MUJICA, S.C. DE R.L. | | |
| 1052143 | S.C.P.P. TANCHICUIN BOCA, S.C. DE R.L. DE C.V | | |
| 1052144 | S.C.P.P. MAYARAZAGO ALTO, S.C. DE R.L. | | |
| 1052145 | S.C.P.P. PESCADORES RIVERENOS DE JALAPITA, S.C. DE C.V. | | |
| 1052146 | | JUAN | CANCINO DIAZ |
| 1052450 | | EDILIA | GONZALEZ JUAREZ |
| 1052147 | S.C.P.P. LAS PORFIAS, S.A. DE R.L. DE C.V. | | |
| 1052451 | S.C.P.P. PESCADORES DE REVENTADERO, S.C.DE R.L. | | |
| 1052148 | S.C.P.R.A. UNIDOS EN SOLIDARIDAD, S.C. DE R.L. | | |
| 1052149 | S.C.P.P. LA VICTORIA DEL PESCADOR, S.C. DE R.L. DE C.V. | | |
| 1052150 | | CARMEN | GONZALEZ DOMINGUEZ |
| 1052452 | | JOSE | CANO |
| 1052454 | S.C.P.P. HUACHINANGUEOS DE MAGALLANCE S.C. DE R.L. DE C.V. | | |
| 1052846 | | ADELITA | SANCHEZ ULIN |
| 1052163 | S.C.P.P. LA SERENA DEL GOLFO S.C. DE R.L. DE C.V. | | |
| 1052165 | | MARIA | ORIGUELA |
| 1052455 | | CONCEPCION | TORRES GOMEZ |
| 1052166 | | GENOFANES | OLAN |

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Ipina | Alejandro | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 8461052853** | **seincpez@hotmail.com** |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Conocido EJ Miravegas S/N Barco y Periquillo** | **Panuco, VER 92025** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

8503

Case 2:16-cv-04890 Document 1-1 Filed 05/10/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X** . No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1052130-01 / 1640785**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X** .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Alejandro L Piña Lala
______________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04890 Document 1 Filed 05/10/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| ALEJANDRO IPINA | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S ALEJANDRO IPINA COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Alejandro Ipina, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Sara Islas**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

223. Full and Final Claim Form

224. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Sara Islas** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-30
exhibitsticker.com

Claimant Name: Islas, Sara

Claimant SSN, TIN or EIN: ______________________

**BP Claims Program - Claim Form for Individuals and Businesses**

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

Case 2:16-cv-05146 Document 1-1 Filed 05/11/16 Page 1 of 8

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Islas | Sara | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 (232)3 21 74 76** | **rosayeyr@hotmail.com** |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Carretera Gutierez Zamora-Nautla, Poza Rica s/n** | **Casitas Tecolutla, VER** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ___________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other:___________________________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**___________. No _____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**

3. The claim number(s) (if available). **1091636-01 / 1641036**

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ___________. No **X**___________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-05146 Document 1-1 Filed 05/11/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 13 abril, 2016

Location (City and State): Casitas, Veracruz.

[signature]

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Sara Islas Garcia.

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-05146 Document 1 Filed 05/11/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| SARA ISLAS | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S SARA ISLAS COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Sara Islas, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P.P. El Obispo, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

205. Full and Final Claim Form

206. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P.P. El Obispo, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-31
exhibitsticker.com

Claimant Name: S.C.P.P. El Obispo, S.C. de R.L.
Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **S.C.P.P. El Obispo, S.C. de R.L.** | | | |

| Phone Number | E-Mail Address |
|---|---|
| **297 103 19 28** | |

| Current Mailing Address | City / State / Zip |
|---|---|
| **El Obispo S/N** | **Ignacio de la Lave, VER 95241** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:16-cv-05437 Document 1-1 Filed 05/12/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _______________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ______________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1091808-01 / 1640894**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 13-Abril —, 2016

Location (City and State): Ignacio de la llave, Veracruz

[signature]

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

Carlos Hugo Uscanga Rojas

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

---

| | | |
|---|---|---|
| S.C.P.P. EL OBISPO, S.C. DE R.L. | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P.P. EL OBISPO, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P.P. El Obispo, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P.P. Pescadores Unidos de Panuco, S.C.L**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

207. Full and Final Claim Form

208. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P.P. Pescadores Unidos de Panuco, S.C.L** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-32
exhibitsticker.com

Claimant Name:    S.C.P.P. Pescadores Unidos de Panuco, S.C.L
Claimant SSN, TIN or EIN:



## BP Claims Program  - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1023285 | | RAUL | DECUIR |
| 1023286 | | ALFREDO | DECUIR |
| 1023287 | S.C.P.P. BARRA DE MONTEPIO, S.C. DE R.L. | | |
| 1023288 | S.C.P.P. SENO LOS PLATANOS, S.C. DE R.L. | | |
| 1023299 | CONGELADOS MARINOS, S.A. DE C.V. | | |
| 1023300 | | JOSE | VALLEJO |
| 1023301 | | JAVIER | VAZQUEZ |
| 1023302 | | FABIAN | CUELLAR |
| 1023303 | S.C.P. ESCAMEROS DE SANCHEZ MAGALLANES | | |
| 1034185 | | JOSE | CATANA |
| 1034186 | | ALBERTO | CRIOLLO |
| 1032503 | | HOMERO | USCANGA PEREZ |
| 1032504 | S.C.P.P. PUERTO DE SANCHEZ MAGALLANES S.C.L | | |
| 1032505 | | DONALD | PEREZ MADRIGAL |
| 1032506 | | ASUNCION | VENTURA |
| 1032531 | S.C.P.P. CANGREJEROS DEL MANGLAR, S.C. DE R.L. | | |
| 1032561 | LA FLOR DEL COCO, S.C.L. | | |
| 1032562 | | OLGA | GALLARDO |
| 1034187 | | ERNESTO | SANCHEZ |
| 1034188 | S.C.P.P. LAS PALMAS DE SANCHEZ MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1032563 | S.C.P.P. EL BOTADERO | | |
| 1042205 | | ROMAN | HERNANDEZ |
| 1042206 | | MARIA DEL CARMEN | HERNANDEZ HEMANDEA |
| 1042207 | | MARIBEL | HERNANDEZ |
| 1042234 | S.C.P.P. PESCADORES DE TAMPACAS, S.C. DE R.L. | | |
| 1042235 | S.C.P.P. PESCADORES UNIDOS DEL CASCAJAL S.R.L. DE C.V. | | |
| 1042236 | S.C.P.P. RIBERENA LAGUNA MADRE, S.C. DE R.L. | | |
| 1052852 | S.C.P.P. ISLA DEL CHAYOTE DEL PLAYON DE SANCHEZ MAGALLANES, S.C. DE R.L. DE C.V. | | |
| 1042237 | S.C.P.P. PLAN DE AYUTLA S.C. DE R.L. | | |
| 1042238 | | MABIAL | CORDOVA |
| 1042239 | | MIRIAM | LOPEZ |
| 1052853 | | JUAN LUIS | HERNANDEZ |
| 1042240 | | JESUS | CARILLO LOPEZ |
| 1042241 | | FERNANDO | CARILLO LOPEZ |
| 1052854 | | JOSE | GOMEZ |
| 1042242 | | DIONICIO | GOMEZ |
| 1052855 | | MIGUEL | GENTESTA RODRIQUEZ |
| 1052856 | | LAZARO | GONZALEZ |
| 1042243 | | MARIA | MAGANA |
| 1042244 | | JESUS | MEJIA DURAN |
| 1042245 | | NOE | GUTIERREZ |
| 1042246 | S.C.P.P. RINCON DE LAS FLORES, S.C. DE R.L. | | |
| 1042247 | S.C.P.P. 21 DE MARZO, S.C. DE R.L. | | |
| 1042248 | S.C.P.P. 20 DE ABRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V. | | |
| 1042249 | S.C.P.P. VEGA CERADA Y ALTO DEL HOBO, S.C. DE R.L. | | |
| 1052857 | S.C.P.P. TAMIAHUA, S.C. DE R.L. DE C.V. | | |
| 1042258 | S.C.P.P. ACUICOLA Y PESQUERA LA CAMPANITA, S.C.DE R.L. | | |
| 1042259 | S.C.P.P. GRUPO PESQUERO DE SALINAS, S.C. DE R.L. | | |
| 1042260 | S.C.P.P. LA MUJER COSTENA, S.C. DE R.L. | | |
| 1042261 | S.C.P.P.BOCA DEL ESTERO,S.C. DE R.L | | |
| 1042262 | | LUIS | CRUZ |
| 1042263 | | DORIS | PEREZ MADRIGAL |
| 1042264 | | LUIS | CASTENEDA |
| 1042265 | S.C.P.P. PESCADERIA ROSITA, S.C.L. DE C.V. | | |
| 1042266 | S.C.P.P. Y ACUICOLA LA MOJARRITA DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042267 | S.C.P.P. COLONIA MORENO, S.C. DE R.L. | | |
| 1042268 | S.C.P.P. LOS RAYADOS DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042269 | S.C.P.P. PESCADORES UNIDOS DE PANUCO, S.C.L | | |
| 1042368 | | SANTIAGO | USCANGA |
| 1042426 | | ALEJANDRO | HERNANDEZ |

Case 2:16-cv-04386 Document 1-1 Filed 05/07/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **S.C.P.P. Pescadores Unidos de Panuco, S.C.L** | | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 8462662902** | **seincpez@hotmail.com** |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Calle Josefa Ortiz De Dominguez 4, Colonia Cruz** | **Panuco, VER 92000** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A



Case 2:16-cv-04386 Document 1-1 Filed 05/07/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1042269-01 / 1640900**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04386 Document 1-1 Filed 05/07/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _______________, 2016

Location (City and State): ___________________

_______________________________________________

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

Porfeiro P
_______________________________________________

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J<br>JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § § | |

| | | |
|---|---|---|
| S.C.P.P. PESCADORES UNIDOS DE PANUCO, S.C.L | § | CIVIL ACTION NO. _______ |
| | § § | SECTION J |
| VS. | § § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § § § § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P.P. PESCADORES UNIDOS DE PANUCO, S.C.L COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P.P. Pescadores Unidos de Panuco, S.C.L, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **David Leandro**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

73. Full and Final Claim Form

74. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **David Leandro** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-33
exhibitsticker.com

Claimant Name: Leandro, David

Claimant SSN, TIN or EIN: ____________________

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Leandro | David | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 (768)1 01 28 52** | **steve@panhandlebeach.com** |
| Current Mailing Address | City / State / Zip |
| **Calle Jon Petirrojo s/n Col Dante Delgado** | **Tamiahua, VER 92560** |
| Attorney Name and Firm | Attorney E-Mail Address |
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:____________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7318

Case 2:16-cv-04615 Document 1-1 Filed 05/03/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X** ____. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013** ________.
3. The claim number(s) (if available). **1042522-01 / 1640831** ________.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X** ________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04615 Document 1-1 Filed 05/09/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 06 ABRIL, 2016

Location (City and State): VERACRUZ TAMIAHUA

[signature]

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

DAVID LEANDRO ROMAN

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04615 Document 1 Filed 05/05/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| DAVID LEANDRO | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S DAVID LEANDRO COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, David Leandro, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Pescadores de Gonzales Ortega, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

215. Full and Final Claim Form

216. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Pescadores de Gonzales Ortega, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-34
exhibitsticker.com

Claimant Name: Pescadores de Gonzales Ortega, S.C. de R.L.
Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042533 | THE BUZBEE LAW FIRM | GEROGE | VICENTE |
| 1042534 | S.C.P.P. LA VIRGEN, S.C.DE R.L. | | |
| 1042638 | | ISRAEL | DIAZ |
| 1042640 | COKTELES Y MARISCOS LAS CULTURAS, S.C. DE R.L. | | |
| 1042641 | S.C.P.P. LEBRANCHEROS DE SONTEOMAPAN S.C. DE R.L. | | |
| 1042642 | | SANTIAGO | PUCH |
| 1042643 | | LUIS | QUIROGA |
| 1042644 | S.C.P.P. PUNTA EL BUEY, S.C. DE R.L. | | |
| 1042646 | S.C.P.P. BRISAS DE GOBERNADO CRUZ, S.C. DE R.L. DE C.V. | | |
| 1042649 | | JENNY | RAZO |
| 1042651 | S.C.P. EJIDO REVENTADERO, S.C. DE R.L. | | |
| 1042657 | | MARIBEL | DIAZ |
| 1052861 | S.C.P.P. BELLA PALIZADA, S.C. DE R.L. | | |
| 1052862 | S.C.P.P. BARRA DE BOCA CIEGA, S.C. DE R.L. | | |
| 1052118 | | IRBIN | PARRA |
| 1052863 | S.C.P.P. ESTERO DEL REY, S.C. DE R.L. | | |
| 1052129 | S.C.P.P. PESCADORES DE POTRERO MOTA DE CHAVEZ, S.C. DE R.L. | | |
| 1052130 | | ALEJANDRO | IPINA |
| 1052131 | S.C.P.P. ISLAS DEL PAQUILLO, S.C. DE R.L. DE C.V. | | |
| 1052132 | | ELIAS | JIMENEZ |
| 1052844 | RENOVACION Y SOLIDARIDAD, S.C. DE R.L. DE C.V. | | |
| 1052133 | S.C.P.P. EL CONDE SILVA, S.C. DE R.L. | | |
| 1052134 | | YSIDRO | MORALES |
| 1052135 | S.C.R.P. DE SAN FERNANDO, S.C. DE R.L. | | |
| 1052438 | S.C.P.P. COPERATIVA CAUDILLOS S.C. DE R.L. | | |
| 1052439 | S.C.P.P. PUNTA DE PIEDRA, S.C. DE R.L. | | |
| 1052136 | S.S.S., RIBERA ALTO DEL TIGRE | | |
| 1052440 | PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. | | |
| 1052441 | S.C.P.P. LAGUNA CUCHUPETA S.C. DE R.L. DE C.V. | | |
| 1052442 | | PABLO | CABALLERO |
| 1052443 | S.C.P.P. NA ZOO, S.C. DE R.L. DE C.V. | | |
| 1052444 | | CESAR | CANCINO HERNANDEZ |
| 1052137 | | FELICIANO | GARCIA |
| 1052138 | S.C.P.P. EL EMPORIO DE SANTANA, S.C. DE R.L. | | |
| 1052445 | | HEBERTO | CAMARA |
| 1052139 | S.C.P.P. LA TABASQUENITA, S.C. DE R.L. | | |
| 1052446 | | JULIO | BARAHONA |
| 1052140 | | LEONEL | BALDERAS |
| 1052141 | | EVERARDO | AHUMADA |
| 1052845 | S.C.P.P. MATAMOROS, S.C. DE R.L. | | |
| 1052447 | S.C. VANESITA MARINERA, S.C. DE R.L. DE C.V. | | |
| 1052142 | S.C.P.P. PESCADORES DEL TAMCCI, S.C. DE R.L. | | |
| 1052448 | S.C.P.P. FCO J. MUJICA, S.C. DE R.L. | | |
| 1052143 | S.C.P.P. TANCHICUIN BOCA, S.C. DE R.L. DE C.V | | |
| 1052144 | S.C.P.P. MAYARAZAGO ALTO, S.C. DE R.L. | | |
| 1052145 | S.C.P.P. PESCADORES RIVERENOS DE JALAPITA, S.C. DE C.V. | | |
| 1052146 | | JUAN | CANCINO DIAZ |
| 1052450 | | EDILIA | GONZALEZ JUAREZ |
| 1052147 | S.C.P.P. LAS PORFIAS, S.A. DE R.L. DE C.V. | | |
| 1052451 | S.C.P.P. PESCADORES DE REVENTADERO, S.C.DE R.L. | | |
| 1052148 | S.C.P.R.A. UNIDOS EN SOLIDARIDAD, S.C. DE R.L. | | |
| 1052149 | S.C.P.P. LA VICTORIA DEL PESCADOR, S.C. DE R.L. DE C.V. | | |
| 1052150 | | CARMEN | GONZALEZ DOMINGUEZ |
| 1052452 | | JOSE | CANO |
| 1052454 | S.C.P.P. HUACHINANGUEOS DE MAGALLANCE S.C. DE R.L. DE C.V. | | |
| 1052846 | | ADELITA | SANCHEZ ULIN |
| 1052163 | S.C.P.P. LA SERENA DEL GOLFO S.C. DE R.L. DE C.V. | | |
| 1052165 | | MARIA | ORIGUELA |
| 1052455 | | CONCEPCION | TORRES GOMEZ |
| 1052166 | | GENOFANES | OLAN |

Case 2:16-cv-04383 Document 1-1 Filed 05/07/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **Pescadores de Gonzales Ortega, S.C. de R.L.** | | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 846 105 23 49** | **seincpez@hotmail.com** |
| Current Mailing Address | City / State / Zip |
| **Ejido Gonzalez Ortega s/n, Loc. Gonzalez Ortega** | **Pueblo Viejo, VER 0** |
| Attorney Name and Firm | Attorney E-Mail Address |
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

8541

Case 2:16-cv-04383 Document 1-1 Filed 05/07/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other:________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1052440-01 / 1640911**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

______________________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04583 Document 1 Filed 05/07/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| | § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § § | |

| | | |
|---|---|---|
| PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. | § | CIVIL ACTION NO. _______ |
| | § § | SECTION J |
| VS. | § § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § § § § | MAG. JUDGE SHUSHAN JURY TRIAL DEMANDED |

**PLAINTIFF'S PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Pescadores de Gonzales Ortega, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Enrique Lopez**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

121. Full and Final Claim Form

122. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Enrique Lopez** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-35
exhibitsticker.com

Claimant Name: Lopez, Enrique

Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013


ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004


Re:    *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.


Sincerely,

BP Claims Program


---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

Case 2:16-cv-04576 Document 1-1 Filed 05/09/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Lopez | Enrique | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 (768)8 57 01 42 | peztoral@gmail.com |
| **Current Mailing Address** | **City / State / Zip** |
| C Rivera 32 Zona sur | Timiahua, VER 92560 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7305

Case 2:16-cv-04576 Document 1-1 Filed 05/09/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1042526-01 / 1640886**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04576 Document 1-1 Filed 05/09/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 6 ABRIL, 2016

Location (City and State): RIVERA 32 ZONA SUR VERACRUZ TAMIAHUA

Enrique López C.

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

ENRIQUE LOPEZ CRISTOBAL

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04376 Document 1 Filed 05/03/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179 SECTION J |
| | § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| ENRIQUE LOPEZ | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S ENRIQUE LOPEZ COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Enrique Lopez, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Jose Lopez**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

63. Full and Final Claim Form

64. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Jose Lopez** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-36
exhibitsticker.com

Claimant Name: Lopez, Jose

Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| Claimant ID | Claimant Business Name | Claimant First Name | Claimant Last Name |
|---|---|---|---|
| 1019775 | | FERNANDO | MAYO |
| 1019776 | | DAVID | GUATZOZON |
| 1019777 | S.C.P.P. DE RIBERA DE SONTEOMAPAN, S.C.L. | | |
| 1019778 | | JOAQUIN | BARRERA |
| 1019779 | S.C.P.P. RIBERENA MALECON DE LA PUNTILLA, S.C. DE R.L. | | |
| 1019780 | S.C.P.P. TATANAN, S.C. DE R.L. DE C.V. | | |
| 1019781 | S.C.P.P. LA TRUFA, S.C. DE R.L. | | |
| 1019782 | | RAQUEL | CATEMAXCA |
| 1019783 | S.C.P.P. RIBERENOS DEL CARMEN, S.L.L. DE C.V. | | |
| 1019784 | S.C.P.P. EL MEXAL DE ISLA AQUADA, S.C. DE R.L. | | |
| 1019785 | S.C.P.P. PUNTA DE DIAMANTE, S.C.L. | | |
| 1019786 | SCPB Y S, RIBERENOS DE LA MANIGUA 2 | | |
| 1019787 | | ROSA | CASANOVA |
| 1019795 | S.C.P.P. LA CHISPA ROJA S.C. | | |
| 1019796 | LUCERO DEL ORIENTE, C.V. DE R.L. | | |
| 1019797 | S.C.P.P. CANAL DE LA PUNTILLA, S.C. DE R.L. | | |
| 1019522 | | JUAN | VILLALON FLORES |
| 1019869 | | EDUARDO | CARRILLO |
| 1019870 | S.C.P.P. PLAN DE FIGUEROA, S.C. DE R.L. | | |
| 1022258 | S.C.P.P. PUNTA DEL SALADO, S.C. DE R.L. | | |
| 1022259 | GRUPO MEDPA, S.C. DE R.L. DE M.I. | | |
| 1022260 | S.C.P.P. PESCADORES DE PLAYA BOQUERON, S.C. DE R.L. C.V. | | |
| 1022261 | PASO DE SALTA BARRANCA, S.C. DE R.L. | | |
| 1022262 | | JOSE | VERGARA |
| 1022266 | | LUCIO | CRUZ |
| 1022267 | LA LAGUNA CAYUAPAN, S.C. DE R.L. | | |
| 1022268 | MARIA HATOWECTO, S.C. DE R.L. | | |
| 1022303 | LIBERACION DE LA BARRA. S.S.S. | | |
| 1022304 | EQUIPOS MARINOS DE FRONTERA, S.C.L. | | |
| 1022305 | | FLOR | NAVA |
| 1022306 | PESCADORES DE LA LAGUNA COLORADA, S.C. DE R.L. | | |
| 1022307 | LAGUNA DE MORELAS, S.C. DE R.L. | | |
| 1022308 | | REFUGIO | BASURTO |
| 1022309 | | ALFREDO | BAUTISTA |
| 1022310 | | HERIBERTA | FRANCISCO |
| 1022311 | | ANDRES | CABRERA |
| 1022312 | S.S.S. NUEVO DOLORES | | |
| 1022295 | | CRUZ | GALLARDO |
| 1022313 | CHICHARRONES DE PESCADO PA' LA RAZA S.C DE R.L. DE C.V. | | |
| 1022314 | S.C.P.P. ROXANNE DE CENTLA, S.C. DE R.L. DE C.V | | |
| 1022316 | S.C.P.P CARVAJAL, S.C. DE R.L. | | |
| 1022317 | S.S.S AGUA REBUELTA | | |
| 1022318 | S.C.C.P.P MANO DE LEON, S.C. DE R.L. | | |
| 1023267 | | RINGO | GOMEZ |
| 1023268 | S.C.P.P. NUEVOS PESCADORES DE LA LAGUNA, S.C. DE R.L. DE C.V. | | |
| 1023269 | S.C.P.P. DECEMBOCADURA DEL RIO SOTO LA MARINA, S.C. DE R.L. | | |
| 1023270 | | ANTIOCO | LORENZO |
| 1023271 | S.C.P.P. LA PICUDA, S.C. DE R.L. | | |
| 1023272 | PRODUCTORES DEL GULFO, S.S.S. | | |
| 1023273 | | JUAN | MENDOZA |
| 1023274 | | EBER | MENDEZ |
| 1023275 | | CARLOS | MARQUEZ |
| 1023276 | | JUAN | CEPEDA RODRIGUEZ |
| 1023277 | | DANIEL | CAZARIN |
| 1023278 | S.C.P.P. AH CARAY I, S.C. DE R.L. | | |
| 1023279 | S.P.P.P. ACUICOLA ARROYO GRANDE S.C. DE R.L. DE C.V. | | |
| 1023280 | S.C.P.P. VILLA DEL MAR, S.C. DE R.L. | | |
| 1023281 | | DAVID | CASADOS |
| 1023284 | S.C.P.P. MULALA, S.C. DE R.L. | | |

| | | | |
|---|---|---|---|
| 1023285 | | RAUL | DECUIR |
| 1023286 | | ALFREDO | DECUIR |
| 1023287 | S.C.P.P. BARRA DE MONTEPIO, S.C. DE R.L. | | |
| 1023288 | S.C.P.P. SENO LOS PLATANOS, S.C. DE R.L. | | |
| 1023299 | CONGELADOS MARINOS, S.A. DE C.V. | | |
| 1023300 | | JOSE | VALLEJO |
| 1023301 | | JAVIER | VAZQUEZ |
| 1023302 | | FABIAN | CUELLAR |
| 1023303 | S.C.P. ESCAMEROS DE SANCHEZ MAGALLANES | | |
| 1034185 | | JOSE | CATANA |
| 1034186 | | ALBERTO | CRIOLLO |
| 1032503 | | HOMERO | USCANGA PEREZ |
| 1032504 | S.C.P.P. PUERTO DE SANCHEZ MAGALLANES S.C.L | | |
| 1032505 | | DONALD | PEREZ MADRIGAL |
| 1032506 | | ASUNCION | VENTURA |
| 1032531 | S.C.P.P. CANGREJEROS DEL MANGLAR, S.C. DE R.L. | | |
| 1032561 | LA FLOR DEL COCO, S.C.L. | | |
| 1032562 | | OLGA | GALLARDO |
| 1034187 | | ERNESTO | SANCHEZ |
| 1034188 | S.C.P.P. LAS PALMAS DE SANCHEZ MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1032563 | S.C.P.P. EL BOTADERO | | |
| 1042205 | | ROMAN | HERNANDEZ |
| 1042206 | | MARIA DEL CARMEN | HERNANDEZ HEMANDEA |
| 1042207 | | MARIBEL | HERNANDEZ |
| 1042234 | S.C.P.P. PESCADORES DE TAMPACAS, S.C. DE R.L. | | |
| 1042235 | S.C.P.P. PESCADORES UNIDOS DEL CASCAJAL S.R.L. DE C.V. | | |
| 1042236 | S.C.P.P. RIBERENA LAGUNA MADRE, S.C. DE R.L. | | |
| 1052852 | S.C.P.P. ISLA DEL CHAYOTE DEL PLAYON DE SANCHEZ MAGALLANES, S.C. DE R.L. DE C.V. | | |
| 1042237 | S.C.P.P. PLAN DE AYUTLA S.C. DE R.L. | | |
| 1042238 | | MABIAL | CORDOVA |
| 1042239 | | MIRIAM | LOPEZ |
| 1052853 | | JUAN LUIS | HERNANDEZ |
| 1042240 | | JESUS | CARILLO LOPEZ |
| 1042241 | | FERNANDO | CARILLO LOPEZ |
| 1052854 | | JOSE | GOMEZ |
| 1042242 | | DIONICIO | GOMEZ |
| 1052855 | | MIGUEL | GENTESTA RODRIQUEZ |
| 1052856 | | LAZARO | GONZALEZ |
| 1042243 | | MARIA | MAGANA |
| 1042244 | | JESUS | MEJIA DURAN |
| 1042245 | | NOE | GUTIERREZ |
| 1042246 | S.C.P.P. RINCON DE LAS FLORES, S.C. DE R.L. | | |
| 1042247 | S.C.P.P. 21 DE MARZO, S.C. DE R.L. | | |
| 1042248 | S.C.P.P. 20 DE ABRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V. | | |
| 1042249 | S.C.P.P. VEGA CERADA Y ALTO DEL HOBO, S.C. DE R.L. | | |
| 1052857 | S.C.P.P. TAMIAHUA, S.C. DE R.L. DE C.V. | | |
| 1042258 | S.C.P.P. ACUICOLA Y PESQUERA LA CAMPANITA, S.C.DE R.L. | | |
| 1042259 | S.C.P.P. GRUPO PESQUERO DE SALINAS, S.C. DE R.L. | | |
| 1042260 | S.C.P.P. LA MUJER COSTENA, S.C. DE R.L. | | |
| 1042261 | S.C.P.P.BOCA DEL ESTERO,S.C. DE R.L | | |
| 1042262 | | LUIS | CRUZ |
| 1042263 | | DORIS | PEREZ MADRIGAL |
| 1042264 | | LUIS | CASTENEDA |
| 1042265 | S.C.P.P. PESCADERIA ROSITA, S.C.L. DE C.V. | | |
| 1042266 | S.C.P.P. Y ACUICOLA LA MOJARRITA DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042267 | S.C.P.P. COLONIA MORENO, S.C. DE R.L. | | |
| 1042268 | S.C.P.P. LOS RAYADOS DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042269 | S.C.P.P. PESCADORES UNIDOS DE PANUCO, S.C.L | | |
| 1042368 | | SANTIAGO | USCANGA |
| 1042426 | | ALEJANDRO | HERNANDEZ |

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

| | | | |
|---|---|---|---|
| 1042533 | THE BUZBEE LAW FIRM | GEROGE | VICENTE |
| 1042534 | S.C.P.P. LA VIRGEN, S.C.DE R.L. | | |
| 1042638 | | ISRAEL | DIAZ |
| 1042640 | COKTELES Y MARISCOS LAS CULTURAS, S.C. DE R.L. | | |
| 1042641 | S.C.P.P. LEBRANCHEROS DE SONTEOMAPAN S.C. DE R.L. | | |
| 1042642 | | SANTIAGO | PUCH |
| 1042643 | | LUIS | QUIROGA |
| 1042644 | S.C.P.P. PUNTA EL BUEY, S.C. DE R.L. | | |
| 1042646 | S.C.P.P. BRISAS DE GOBERNADO CRUZ, S.C. DE R.L. DE C.V. | | |
| 1042649 | | JENNY | RAZO |
| 1042651 | S.C.P. EJIDO REVENTADERO, S.C. DE R.L. | | |
| 1042657 | | MARIBEL | DIAZ |
| 1052861 | S.C.P.P. BELLA PALIZADA, S.C. DE R.L. | | |
| 1052862 | S.C.P.P. BARRA DE BOCA CIEGA, S.C. DE R.L. | | |
| 1052118 | | IRBIN | PARRA |
| 1052863 | S.C.P.P. ESTERO DEL REY, S.C. DE R.L. | | |
| 1052129 | S.C.P.P. PESCADORES DE POTRERO MOTA DE CHAVEZ, S.C. DE R.L. | | |
| 1052130 | | ALEJANDRO | IPINA |
| 1052131 | S.C.P.P. ISLAS DEL PAQUILLO, S.C. DE R.L. DE C.V. | | |
| 1052132 | | ELIAS | JIMENEZ |
| 1052844 | RENOVACION Y SOLIDARIDAD, S.C. DE R.L. DE C.V. | | |
| 1052133 | S.C.P.P. EL CONDE SILVA, S.C. DE R.L. | | |
| 1052134 | | YSIDRO | MORALES |
| 1052135 | S.C.R.P. DE SAN FERNANDO, S.C. DE R.L. | | |
| 1052438 | S.C.P.P. COPERATIVA CAUDILLOS S.C. DE R.L. | | |
| 1052439 | S.C.P.P. PUNTA DE PIEDRA, S.C. DE R.L. | | |
| 1052136 | S.S.S., RIBERA ALTO DEL TIGRE | | |
| 1052440 | PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. | | |
| 1052441 | S.C.P.P. LAGUNA CUCHUPETA S.C. DE R.L. DE C.V. | | |
| 1052442 | | PABLO | CABALLERO |
| 1052443 | S.C.P.P. NA ZOO, S.C. DE R.L. DE C.V. | | |
| 1052444 | | CESAR | CANCINO HERNANDEZ |
| 1052137 | | FELICIANO | GARCIA |
| 1052138 | S.C.P.P. EL EMPORIO DE SANTANA, S.C. DE R.L. | | |
| 1052445 | | HEBERTO | CAMARA |
| 1052139 | S.C.P.P. LA TABASQUENITA, S.C. DE R.L. | | |
| 1052446 | | JULIO | BARAHONA |
| 1052140 | | LEONEL | BALDERAS |
| 1052141 | | EVERARDO | AHUMADA |
| 1052845 | S.C.P.P. MATAMOROS, S.C. DE R.L. | | |
| 1052447 | S.C. VANESITA MARINERA, S.C. DE R.L. DE C.V. | | |
| 1052142 | S.C.P.P. PESCADORES DEL TAMCCI, S.C. DE R.L. | | |
| 1052448 | S.C.P.P. FCO J. MUJICA, S.C. DE R.L. | | |
| 1052143 | S.C.P.P. TANCHICUIN BOCA, S.C. DE R.L. DE C.V | | |
| 1052144 | S.C.P.P. MAYARAZAGO ALTO, S.C. DE R.L. | | |
| 1052145 | S.C.P.P. PESCADORES RIVERENOS DE JALAPITA, S.C. DE C.V. | | |
| 1052146 | | JUAN | CANCINO DIAZ |
| 1052450 | | EDILIA | GONZALEZ JUAREZ |
| 1052147 | S.C.P.P. LAS PORFIAS, S.A. DE R.L. DE C.V. | | |
| 1052451 | S.C.P.P. PESCADORES DE REVENTADERO, S.C.DE R.L. | | |
| 1052148 | S.C.P.R.A. UNIDOS EN SOLIDARIDAD, S.C. DE R.L. | | |
| 1052149 | S.C.P.P. LA VICTORIA DEL PESCADOR, S.C. DE R.L. DE C.V. | | |
| 1052150 | | CARMEN | GONZALEZ DOMINGUEZ |
| 1052452 | | JOSE | CANO |
| 1052454 | S.C.P.P. HUACHINANGUEOS DE MAGALLANCE S.C. DE R.L. DE C.V. | | |
| 1052846 | | ADELITA | SANCHEZ ULIN |
| 1052163 | S.C.P.P. LA SERENA DEL GOLFO S.C. DE R.L. DE C.V. | | |
| 1052165 | | MARIA | ORIGUELA |
| 1052455 | | CONCEPCION | TORRES GOMEZ |
| 1052166 | | GENOFANES | OLAN |

| | | | |
|---|---|---|---|
| 1052167 | | LEONCIO | SANTIAGO |
| 1052168 | S.C.P.P. PESCADORES DE ROVIROSA, S.C. DE R.L. DE C.V. | | |
| 1052169 | | EXEQUIEL | SEGURA |
| 1052456 | S.C.P.P. GENERACION 95, S.C. DE R.L. DE C.V. | | |
| 1052170 | LA MALINCHE DE CENTLA, S.C. DE R.L. | | |
| 1052171 | | PABLO | DIMAS |
| 1052457 | | ALICIA | TORREZ |
| 1052176 | | VALENTIN | SEQUERA |
| 1052178 | | MARIA DE LA LUZ | PENA CRISANTO |
| 1052458 | | WALDO | HERNANDEZ MADRIGAL |
| 1052459 | | VICTOR | PEREZ |
| 1052460 | | LEOBARDO | PEREZ FLORES |
| 1052179 | PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA,S.C.DE R.L | | |
| 1052180 | | JOSEFA | ORTIZ DOMINGUEZ |
| 1052847 | S.C.P.P. PUNTA DEL TORO, S.C. DE R.L. | | |
| 1052181 | S.P. ESPUMA BLANCA, S.C. DE R.L. | | |
| 1052461 | S.C.P.P. GRUPO YOSIGAMAR, S.C. DE R.L. DE M.I. | | |
| 1052243 | | JOSE | SANCHEZ TORRES |
| 1052264 | S.C.P.P. LAGUNA DE CHILA, S.C. DE R.L. | | |
| 1052281 | | ROSA | DELGADO |
| 1052282 | | CARLOS | DIAZ |
| 1052283 | S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R. L. | | |
| 1052284 | SAN RAMON, S.C. DE R. L. | | |
| 1052285 | | ANDREA | RAZO |
| 1052848 | S.C.P.P. PLAYA CANGREGEROS, S.S.C. | | |
| 1052469 | S.C.P.P. PESCADORES DE TAMPALACHE, S.C.DE R.L. | | |
| 1052288 | S.C.P.P. BARRA DE SANTA MARIA. S.C. DE R.L. | | |
| 1052849 | S.S.S. AGRUPACION LA UNICA | | |
| 1052470 | S.C.C.P.P. EJIDAL TEODORO GONZALEZ GAVIRO, S.C. DE R.L. | | |
| 1052850 | S.C.P.P. SAN FRANCISCO, R.L. DE C.V. | | |
| 1052292 | | JORGE | DELGADO |
| 1052309 | MUJERES ESPERIMENTANDO, S.C. DE R.L. | | |
| 1059222 | | LUCIANO | VENTURA JIMENEZ |
| 1059223 | | DAVID | ROJAS |
| 1059228 | S.C.P.P. ACUICOLA TURISTICA Y FORESTAL Y GANADERA LA ESPERANZA S.C. DE R.L. DE C.V. | | |
| 1059229 | S.C.P.R. LA MARINA, S.C. DE R.L. | | |
| 1059230 | LAGUNA DE PINOLAPA, S.C. DE R.L. | | |
| 1059231 | S.C.P.P. REY JASUR S.C. DE R.L. | | |
| 1056438 | S.C. EL CORAL DE MAGALLANES C.S. DE R.L. DE C.V. | | |
| 1056439 | S.C.P.P. GRUPO TENATSI, S.C. DE R.L. | | |
| 1056440 | COOPERATIVA ACUICOLA LA CENTELLA S.C. DE R.L. | | |
| 1056441 | S.C.P.P.R. ENCENADA DE ALVARADO, S.C. DE R.L. | | |
| 1055951 | S.C.P.P. LOS CAVESOS DEL BAJIO, S.C. DE R.L. | | |
| 1055952 | PASO NACIONAL, S.C.DE R.L. | | |
| 1056443 | PESCADORES DEL PUENTE, S.C DE R.L. DE C.V. | | |
| 1056444 | S.C.P.P. PESCADORES DE SALINAS, S.C.L. | | |
| 1056445 | | VICTOR | CHAVEZ |
| 1056446 | | ARACELY | MEZA |
| 1056447 | S.C.P.P. CIUDAD Y PUERTO DE ALVARADO, S.C. DE R.L. | | |
| 1056448 | | ISIDORO | ZAMUDIO |
| 1056449 | S.C.P.P. LAS ANEAS, S.C.L. | | |
| 1056450 | S.C.P.P. PESCADORES UNIDOS DE ARBOLILLOS S.C. DE R.L. | | |
| 1056451 | S.C.P.P. BARRA DE CHILTEPEC, S.C.L. DE C.V. | | |
| 1056452 | S.C.P.P. ATLIZINTLA, S.C. DE R.L. | | |
| 1056453 | LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | | |
| 1055953 | S.C.P.P. ALMEJEROS DE ALVARADO, S.C. DE R.L. | | |
| 1056454 | | DANIEL | CEPEDA |
| 1056455 | S.C.P.P. LAGUNA DE TACOSTA, S.C. DE R.L. | | |
| 1056456 | BARRA VIEJA, S.C. DE R.L. | | |
| 1056457 | PESCADORES DE ILUSION, S.C. DE R.L.. | | |

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

| 1093605 | | EMILIO | GALLARDO |
| --- | --- | --- | --- |

Case 2:16-cv-04602 Document 1-1 Filed 05/09/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Lopez | Jose | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 (768)8 57 01 91 | casanova_100@hotmail.com |
| **Current Mailing Address** | **City / State / Zip** |
| Calle Ribera Sur #28 Colonia Lopez Arias | Tamiahua, VER 92560 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:________________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7313

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other:____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1091810-01 / 1640822**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04602 Document 1-1 Filed 05/09/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 6 abril, 2016

Location (City and State): Veracruz tamiapua

Jose López albarado

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Jose López albarado

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04602 Document 1 Filed 05/03/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179<br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § § § | |

| | | |
|---|---|---|
| JOSE LOPEZ | § § § | CIVIL ACTION NO. _______<br><br>SECTION J |
| VS. | § § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § § § § | MAG. JUDGE SHUSHAN<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S JOSE LOPEZ COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Jose Lopez, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZZBEE LAW FIRM

*www.txattorneys.com*

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Aracely Meza**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

249. Full and Final Claim Form

250. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Aracely Meza** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-37
exhibitsticker.com

Claimant Name: Meza, Aracely

Claimant SSN, TIN or EIN: ______________________

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1052167 | | LEONCIO | SANTIAGO |
| 1052168 | S.C.P.P. PESCADORES DE ROVIROSA, S.C. DE R.L. DE C.V. | | |
| 1052169 | | EXEQUIEL | SEGURA |
| 1052456 | S.C.P.P. GENERACION 95, S.C. DE R.L. DE C.V. | | |
| 1052170 | LA MALINCHE DE CENTLA, S.C. DE R.L. | | |
| 1052171 | | PABLO | DIMAS |
| 1052457 | | ALICIA | TORREZ |
| 1052176 | | VALENTIN | SEQUERA |
| 1052178 | | MARIA DE LA LUZ | PENA CRISANTO |
| 1052458 | | WALDO | HERNANDEZ MADRIGAL |
| 1052459 | | VICTOR | PEREZ |
| 1052460 | | LEOBARDO | PEREZ FLORES |
| 1052179 | PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA,S.C.DE R.L | | |
| 1052180 | | JOSEFA | ORTIZ DOMINGUEZ |
| 1052847 | S.C.P.P. PUNTA DEL TORO, S.C. DE R.L. | | |
| 1052181 | S.P. ESPUMA BLANCA, S.C. DE R.L. | | |
| 1052461 | S.C.P.P. GRUPO YOSIGAMAR, S.C. DE R.L. DE M.I. | | |
| 1052243 | | JOSE | SANCHEZ TORRES |
| 1052264 | S.C.P.P. LAGUNA DE CHILA, S.C. DE R.L. | | |
| 1052281 | | ROSA | DELGADO |
| 1052282 | | CARLOS | DIAZ |
| 1052283 | S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R. L. | | |
| 1052284 | SAN RAMON, S.C. DE R. L. | | |
| 1052285 | | ANDREA | RAZO |
| 1052848 | S.C.P.P. PLAYA CANGREGEROS, S.S.C. | | |
| 1052469 | S.C.P.P. PESCADORES DE TAMPALACHE, S.C.DE R.L. | | |
| 1052288 | S.C.P.P. BARRA DE SANTA MARIA. S.C. DE R.L. | | |
| 1052849 | S.S.S. AGRUPACION LA UNICA | | |
| 1052470 | S.C.C.P.P. EJIDAL TEODORO GONZALEZ GAVIRO, S.C. DE R.L. | | |
| 1052850 | S.C.P.P. SAN FRANCISCO, R.L. DE C.V. | | |
| 1052292 | | JORGE | DELGADO |
| 1052309 | MUJERES ESPERIMENTANDO, S.C. DE R.L. | | |
| 1059222 | | LUCIANO | VENTURA JIMENEZ |
| 1059223 | | DAVID | ROJAS |
| 1059228 | S.C.P.P. ACUICOLA TURISTICA Y FORESTAL Y GANADERA LA ESPERANZA S.C. DE R.L. DE C.V. | | |
| 1059229 | S.C.P.R. LA MARINA, S.C. DE R.L. | | |
| 1059230 | LAGUNA DE PINOLAPA, S.C. DE R.L. | | |
| 1059231 | S.C.P.P. REY JASUR S.C. DE R.L. | | |
| 1056438 | S.C. EL CORAL DE MAGALLANES C.S. DE R.L. DE C.V. | | |
| 1056439 | S.C.P.P. GRUPO TENATSI, S.C. DE R.L. | | |
| 1056440 | COOPERATIVA ACUICOLA LA CENTELLA S.C. DE R.L. | | |
| 1056441 | S.C.P.P.R. ENCENADA DE ALVARADO, S.C. DE R.L. | | |
| 1055951 | S.C.P.P. LOS CAVESOS DEL BAJIO, S.C. DE R.L. | | |
| 1055952 | PASO NACIONAL, S.C.DE R.L. | | |
| 1056443 | PESCADORES DEL PUENTE, S.C DE R.L. DE C.V. | | |
| 1056444 | S.C.P.P. PESCADORES DE SALINAS, S.C.L. | | |
| 1056445 | | VICTOR | CHAVEZ |
| 1056446 | | ARACELY | MEZA |
| 1056447 | S.C.P.P. CIUDAD Y PUERTO DE ALVARADO, S.C. DE R.L. | | |
| 1056448 | | ISIDORO | ZAMUDIO |
| 1056449 | S.C.P.P. LAS ANEAS, S.C.L. | | |
| 1056450 | S.C.P.P. PESCADORES UNIDOS DE ARBOLILLOS S.C. DE R.L. | | |
| 1056451 | S.C.P.P. BARRA DE CHILTEPEC, S.C.L. DE C.V. | | |
| 1056452 | S.C.P.P. ATLIZINTLA, S.C. DE R.L. | | |
| 1056453 | LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | | |
| 1055953 | S.C.P.P. ALMEJEROS DE ALVARADO, S.C. DE R.L. | | |
| 1056454 | | DANIEL | CEPEDA |
| 1056455 | S.C.P.P. LAGUNA DE TACOSTA, S.C. DE R.L. | | |
| 1056456 | BARRA VIEJA, S.C. DE R.L. | | |
| 1056457 | PESCADORES DE ILUSION, S.C. DE R.L.. | | |

Case 2:16-cv-04618 Document 1-1 Filed 05/09/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Meza | Aracely | | |

| Phone Number | E-Mail Address |
|---|---|
| | |
| **Current Mailing Address** | **City / State / Zip** |
| **Calle El Esfuerzo s/n Zona Norte** | **Tamiahua, VER 92560** |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

73210

Case 2:16-cv-04618 Document 1-1 Filed 05/09/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1056446-01 / 1641083**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04618 Document 1-1 Filed 05/09/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 06 Abril, 2016

Location (City and State): Veracruz Tamiahua

Araceli meza S.

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

Araceli meza Sobrevilla

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04618 Document 1 Filed 05/05/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179 SECTION J |
| | § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| ARACELY MEZA | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S ARACELY MEZA COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Aracely Meza, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P.P 21 de Marzo, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

243. Full and Final Claim Form

244. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P.P 21 de Marzo, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-38
exhibitsticker.com

Claimant Name: S.C.P.P 21 de Marzo, S.C. de R.L.
Claimant SSN, TIN or EIN: ______________________

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1023285 | | RAUL | DECUIR |
| 1023286 | | ALFREDO | DECUIR |
| 1023287 | S.C.P.P. BARRA DE MONTEPIO, S.C. DE R.L. | | |
| 1023288 | S.C.P.P. SENO LOS PLATANOS, S.C. DE R.L. | | |
| 1023299 | CONGELADOS MARINOS, S.A. DE C.V. | | |
| 1023300 | | JOSE | VALLEJO |
| 1023301 | | JAVIER | VAZQUEZ |
| 1023302 | | FABIAN | CUELLAR |
| 1023303 | S.C.P. ESCAMEROS DE SANCHEZ MAGALLANES | | |
| 1034185 | | JOSE | CATANA |
| 1034186 | | ALBERTO | CRIOLLO |
| 1032503 | | HOMERO | USCANGA PEREZ |
| 1032504 | S.C.P.P. PUERTO DE SANCHEZ MAGALLANES S.C.L | | |
| 1032505 | | DONALD | PEREZ MADRIGAL |
| 1032506 | | ASUNCION | VENTURA |
| 1032531 | S.C.P.P. CANGREJEROS DEL MANGLAR, S.C. DE R.L. | | |
| 1032561 | LA FLOR DEL COCO, S.C.L. | | |
| 1032562 | | OLGA | GALLARDO |
| 1034187 | | ERNESTO | SANCHEZ |
| 1034188 | S.C.P.P. LAS PALMAS DE SANCHEZ MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1032563 | S.C.P.P. EL BOTADERO | | |
| 1042205 | | ROMAN | HERNANDEZ |
| 1042206 | | MARIA DEL CARMEN | HERNANDEZ HEMANDEA |
| 1042207 | | MARIBEL | HERNANDEZ |
| 1042234 | S.C.P.P. PESCADORES DE TAMPACAS, S.C. DE R.L. | | |
| 1042235 | S.C.P.P. PESCADORES UNIDOS DEL CASCAJAL S.R.L. DE C.V. | | |
| 1042236 | S.C.P.P. RIBERENA LAGUNA MADRE, S.C. DE R.L. | | |
| 1052852 | S.C.P.P. ISLA DEL CHAYOTE DEL PLAYON DE SANCHEZ MAGALLANES, S.C. DE R.L. DE C.V. | | |
| 1042237 | S.C.P.P. PLAN DE AYUTLA S.C. DE R.L. | | |
| 1042238 | | MABIAL | CORDOVA |
| 1042239 | | MIRIAM | LOPEZ |
| 1052853 | | JUAN LUIS | HERNANDEZ |
| 1042240 | | JESUS | CARILLO LOPEZ |
| 1042241 | | FERNANDO | CARILLO LOPEZ |
| 1052854 | | JOSE | GOMEZ |
| 1042242 | | DIONICIO | GOMEZ |
| 1052855 | | MIGUEL | GENTESTA RODRIQUEZ |
| 1052856 | | LAZARO | GONZALEZ |
| 1042243 | | MARIA | MAGANA |
| 1042244 | | JESUS | MEJIA DURAN |
| 1042245 | | NOE | GUTIERREZ |
| 1042246 | S.C.P.P. RINCON DE LAS FLORES, S.C. DE R.L. | | |
| 1042247 | S.C.P.P. 21 DE MARZO S.C. DE R.L. | | |
| 1042248 | S.C.P.P. 20 DE ABRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V. | | |
| 1042249 | S.C.P.P. VEGA CERADA Y ALTO DEL HOBO, S.C. DE R.L. | | |
| 1052857 | S.C.P.P. TAMIAHUA, S.C. DE R.L. DE C.V. | | |
| 1042258 | S.C.P.P. ACUICOLA Y PESQUERA LA CAMPANITA, S.C.DE R.L. | | |
| 1042259 | S.C.P.P. GRUPO PESQUERO DE SALINAS, S.C. DE R.L. | | |
| 1042260 | S.C.P.P. LA MUJER COSTENA, S.C. DE R.L. | | |
| 1042261 | S.C.P.P.BOCA DEL ESTERO,S.C. DE R.L | | |
| 1042262 | | LUIS | CRUZ |
| 1042263 | | DORIS | PEREZ MADRIGAL |
| 1042264 | | LUIS | CASTENEDA |
| 1042265 | S.C.P.P. PESCADERIA ROSITA, S.C.L. DE C.V. | | |
| 1042266 | S.C.P.P. Y ACUICOLA LA MOJARRITA DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042267 | S.C.P.P. COLONIA MORENO, S.C. DE R.L. | | |
| 1042268 | S.C.P.P. LOS RAYADOS DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042269 | S.C.P.P. PESCADORES UNIDOS DE PANUCO, S.C.L | | |
| 1042368 | | SANTIAGO | USCANGA |
| 1042426 | | ALEJANDRO | HERNANDEZ |

Case 2:16-cv-06318 Document 1-1 Filed 05/16/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| S.C.P.P 21 de Marzo, S.C. de R.L. | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |
| **Current Mailing Address** | **City / State / Zip** |
| Cong. Anahuac | Municipio de Pueblo Viejo, VER 92030 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7339

Case 2:16-cv-06318 Document 1-1 Filed 05/18/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**.

3. The claim number(s) (if available). **1042247-01 / 1641028**.

4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

______________________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

---

| | | |
|---|---|---|
| S.C.P.P 21 de Marzo S.C. de R.L | § | CIVIL ACTION NO. ___________ |
| | § | SECTION J |
| VS. | § | |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; | § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P.P 21 DE MARZO S.C. DE R.L COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P.P 21 de Marzo S.C. de R.L, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P.P. Colonia Moreno, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

247. Full and Final Claim Form

248. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P.P. Colonia Moreno, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-39
exhibitsticker.com

Claimant Name: S.C.P.P. Colonia Moreno, S.C. de R.L.
Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1023285 | | RAUL | DECUIR |
| 1023286 | | ALFREDO | DECUIR |
| 1023287 | S.C.P.P. BARRA DE MONTEPIO, S.C. DE R.L. | | |
| 1023288 | S.C.P.P. SENO LOS PLATANOS, S.C. DE R.L. | | |
| 1023299 | CONGELADOS MARINOS, S.A. DE C.V. | | |
| 1023300 | | JOSE | VALLEJO |
| 1023301 | | JAVIER | VAZQUEZ |
| 1023302 | | FABIAN | CUELLAR |
| 1023303 | S.C.P. ESCAMEROS DE SANCHEZ MAGALLANES | | |
| 1034185 | | JOSE | CATANA |
| 1034186 | | ALBERTO | CRIOLLO |
| 1032503 | | HOMERO | USCANGA PEREZ |
| 1032504 | S.C.P.P. PUERTO DE SANCHEZ MAGALLANES S.C.L | | |
| 1032505 | | DONALD | PEREZ MADRIGAL |
| 1032506 | | ASUNCION | VENTURA |
| 1032531 | S.C.P.P. CANGREJEROS DEL MANGLAR, S.C. DE R.L. | | |
| 1032561 | LA FLOR DEL COCO, S.C.L. | | |
| 1032562 | | OLGA | GALLARDO |
| 1034187 | | ERNESTO | SANCHEZ |
| 1034188 | S.C.P.P. LAS PALMAS DE SANCHEZ MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1032563 | S.C.P.P. EL BOTADERO | | |
| 1042205 | | ROMAN | HERNANDEZ |
| 1042206 | | MARIA DEL CARMEN | HERNANDEZ HEMANDEA |
| 1042207 | | MARIBEL | HERNANDEZ |
| 1042234 | S.C.P.P. PESCADORES DE TAMPACAS, S.C. DE R.L. | | |
| 1042235 | S.C.P.P. PESCADORES UNIDOS DEL CASCAJAL S.R.L. DE C.V. | | |
| 1042236 | S.C.P.P. RIBERENA LAGUNA MADRE, S.C. DE R.L. | | |
| 1052852 | S.C.P.P. ISLA DEL CHAYOTE DEL PLAYON DE SANCHEZ MAGALLANES, S.C. DE R.L. DE C.V. | | |
| 1042237 | S.C.P.P. PLAN DE AYUTLA S.C. DE R.L. | | |
| 1042238 | | MABIAL | CORDOVA |
| 1042239 | | MIRIAM | LOPEZ |
| 1052853 | | JUAN LUIS | HERNANDEZ |
| 1042240 | | JESUS | CARILLO LOPEZ |
| 1042241 | | FERNANDO | CARILLO LOPEZ |
| 1052854 | | JOSE | GOMEZ |
| 1042242 | | DIONICIO | GOMEZ |
| 1052855 | | MIGUEL | GENTESTA RODRIQUEZ |
| 1052856 | | LAZARO | GONZALEZ |
| 1042243 | | MARIA | MAGANA |
| 1042244 | | JESUS | MEJIA DURAN |
| 1042245 | | NOE | GUTIERREZ |
| 1042246 | S.C.P.P. RINCON DE LAS FLORES, S.C. DE R.L. | | |
| 1042247 | S.C.P.P. 21 DE MARZO, S.C. DE R.L. | | |
| 1042248 | S.C.P.P. 20 DE ABRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V. | | |
| 1042249 | S.C.P.P. VEGA CERADA Y ALTO DEL HOBO, S.C. DE R.L. | | |
| 1052857 | S.C.P.P. TAMIAHUA, S.C. DE R.L. DE C.V. | | |
| 1042258 | S.C.P.P. ACUICOLA Y PESQUERA LA CAMPANITA, S.C.DE R.L. | | |
| 1042259 | S.C.P.P. GRUPO PESQUERO DE SALINAS, S.C. DE R.L. | | |
| 1042260 | S.C.P.P. LA MUJER COSTENA, S.C. DE R.L. | | |
| 1042261 | S.C.P.P.BOCA DEL ESTERO,S.C. DE R.L | | |
| 1042262 | | LUIS | CRUZ |
| 1042263 | | DORIS | PEREZ MADRIGAL |
| 1042264 | | LUIS | CASTENEDA |
| 1042265 | S.C.P.P. PESCADERIA ROSITA, S.C.L. DE C.V. | | |
| 1042266 | S.C.P.P. Y ACUICOLA LA MOJARRITA DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042267 | S.C.P.P. COLONIA MORENO, S.C. DE R.L. | | |
| 1042268 | S.C.P.P. LOS RAYADOS DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042269 | S.C.P.P. PESCADORES UNIDOS DE PANUCO, S.C.L | | |
| 1042368 | | SANTIAGO | USCANGA |
| 1042426 | | ALEJANDRO | HERNANDEZ |

Case 2:16-cv-04426 Document 1-1 Filed 05/07/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **S.C.P.P. Colonia Moreno, S.C. de R.L.** | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Conocido Col moreno s/n, Isla Juana Ramirez Orilla de la Laguna** | **Ozuluama, VER 92090** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7324

Case 2:16-cv-04426 Document 1-1 Filed 05/07/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X** . No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013** .
3. The claim number(s) (if available). **1042267-01 / 1640914** .
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X** .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04426 Document 1-1 Filed 05/07/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _______________, 2016

Location (City and State): _______________

_______________________________________________

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

Edoardo Paez Hdz.

_______________________________________________

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04426 Document 1 Filed 05/07/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § § § | |

| | | |
|---|---|---|
| S.C.P.P. COLONIA MORENO, S.C. DE R.L. | § § § | CIVIL ACTION NO. _______ SECTION J |
| VS. | § § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § § § § | MAG. JUDGE SHUSHAN JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P.P. COLONIA MORENO, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P.P. Colonia Moreno, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.S.S., Ribera Alto Del Tigre**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

259. Full and Final Claim Form

260. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **S.S.S., Ribera Alto Del Tigre** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-40
exhibitsticker.com

Claimant Name: S.S.S., Ribera Alto Del Tigre
Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042533 | THE BUZBEE LAW FIRM | GEROGE | VICENTE |
| 1042534 | S.C.P.P. LA VIRGEN, S.C.DE R.L. | | |
| 1042638 | | ISRAEL | DIAZ |
| 1042640 | COKTELES Y MARISCOS LAS CULTURAS, S.C. DE R.L. | | |
| 1042641 | S.C.P.P. LEBRANCHEROS DE SONTEOMAPAN S.C. DE R.L. | | |
| 1042642 | | SANTIAGO | PUCH |
| 1042643 | | LUIS | QUIROGA |
| 1042644 | S.C.P.P. PUNTA EL BUEY, S.C. DE R.L. | | |
| 1042646 | S.C.P.P. BRISAS DE GOBERNADO CRUZ, S.C. DE R.L. DE C.V. | | |
| 1042649 | | JENNY | RAZO |
| 1042651 | S.C.P. EJIDO REVENTADERO, S.C. DE R.L. | | |
| 1042657 | | MARIBEL | DIAZ |
| 1052861 | S.C.P.P. BELLA PALIZADA, S.C. DE R.L. | | |
| 1052862 | S.C.P.P. BARRA DE BOCA CIEGA, S.C. DE R.L. | | |
| 1052118 | | IRBIN | PARRA |
| 1052863 | S.C.P.P. ESTERO DEL REY, S.C. DE R.L. | | |
| 1052129 | S.C.P.P. PESCADORES DE POTRERO MOTA DE CHAVEZ, S.C. DE R.L. | | |
| 1052130 | | ALEJANDRO | IPINA |
| 1052131 | S.C.P.P. ISLAS DEL PAQUILLO, S.C. DE R.L. DE C.V. | | |
| 1052132 | | ELIAS | JIMENEZ |
| 1052844 | RENOVACION Y SOLIDARIDAD, S.C. DE R.L. DE C.V. | | |
| 1052133 | S.C.P.P. EL CONDE SILVA, S.C. DE R.L. | | |
| 1052134 | | YSIDRO | MORALES |
| 1052135 | S.C.R.P. DE SAN FERNANDO, S.C. DE R.L. | | |
| 1052438 | S.C.P.P. COPERATIVA CAUDILLOS S.C. DE R.L. | | |
| 1052439 | S.C.P.P. PUNTA DE PIEDRA, S.C. DE R.L. | | |
| 1052136 | S.S.S., RIBERA ALTO DEL TIGRE | | |
| 1052440 | PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. | | |
| 1052441 | S.C.P.P. LAGUNA CUCHUPETA S.C. DE R.L. DE C.V. | | |
| 1052442 | | PABLO | CABALLERO |
| 1052443 | S.C.P.P. NA ZOO, S.C. DE R.L. DE C.V. | | |
| 1052444 | | CESAR | CANCINO HERNANDEZ |
| 1052137 | | FELICIANO | GARCIA |
| 1052138 | S.C.P.P. EL EMPORIO DE SANTANA, S.C. DE R.L. | | |
| 1052445 | | HEBERTO | CAMARA |
| 1052139 | S.C.P.P. LA TABASQUENITA, S.C. DE R.L. | | |
| 1052446 | | JULIO | BARAHONA |
| 1052140 | | LEONEL | BALDERAS |
| 1052141 | | EVERARDO | AHUMADA |
| 1052845 | S.C.P.P. MATAMOROS, S.C. DE R.L. | | |
| 1052447 | S.C. VANESITA MARINERA, S.C. DE R.L. DE C.V. | | |
| 1052142 | S.C.P.P. PESCADORES DEL TAMCCI, S.C. DE R.L. | | |
| 1052448 | S.C.P.P. FCO J. MUJICA, S.C. DE R.L. | | |
| 1052143 | S.C.P.P. TANCHICUIN BOCA, S.C. DE R.L. DE C.V | | |
| 1052144 | S.C.P.P. MAYARAZAGO ALTO, S.C. DE R.L. | | |
| 1052145 | S.C.P.P. PESCADORES RIVERENOS DE JALAPITA, S.C. DE C.V. | | |
| 1052146 | | JUAN | CANCINO DIAZ |
| 1052450 | | EDILIA | GONZALEZ JUAREZ |
| 1052147 | S.C.P.P. LAS PORFIAS, S.A. DE R.L. DE C.V. | | |
| 1052451 | S.C.P.P. PESCADORES DE REVENTADERO, S.C.DE R.L. | | |
| 1052148 | S.C.P.R.A. UNIDOS EN SOLIDARIDAD, S.C. DE R.L. | | |
| 1052149 | S.C.P.P. LA VICTORIA DEL PESCADOR, S.C. DE R.L. DE C.V. | | |
| 1052150 | | CARMEN | GONZALEZ DOMINGUEZ |
| 1052452 | | JOSE | CANO |
| 1052454 | S.C.P.P. HUACHINANGUEOS DE MAGALLANCE S.C. DE R.L. DE C.V. | | |
| 1052846 | | ADELITA | SANCHEZ ULIN |
| 1052163 | S.C.P.P. LA SERENA DEL GOLFO S.C. DE R.L. DE C.V. | | |
| 1052165 | | MARIA | ORIGUELA |
| 1052455 | | CONCEPCION | TORRES GOMEZ |
| 1052166 | | GENOFANES | OLAN |

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| S.S.S., Ribera Alto Del Tigre | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |
| **Current Mailing Address** | **City / State / Zip** |
| Calle s/n, Localidad Alto Del Tigre | Ozuluama De Mascarenas, VER |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7321

Case 2:16-cv-04428 Document 1-1 Filed 05/07/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 13-cv-2791 and new Individual Action Case No. To be determined

☐ Other: ____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes X________. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Houston Claims office and/or Gulf Coast Claims Facility.
2. The date of presentment (MM/DD/YYYY): 1/18/2013.
3. The claim number(s) (if available). 1052136-01 / 1640833.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No X__________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04428 Document 1-1 Filed 05/07/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Benito Mar Sanchez
______________________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04428 Document 1 Filed 05/07/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| S.S.S., RIBERA ALTO DEL TIGRE | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S S.S.S., RIBERA ALTO DEL TIGRE COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.S.S., Ribera Alto Del Tigre, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Maria Origuela**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

149. Full and Final Claim Form

150. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Maria Origuela** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-41
exhibitsticker.com

Claimant Name: Origuela, Maria

Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042533 | THE BUZBEE LAW FIRM | GEROGE | VICENTE |
| 1042534 | S.C.P.P. LA VIRGEN, S.C.DE R.L. | | |
| 1042638 | | ISRAEL | DIAZ |
| 1042640 | COKTELES Y MARISCOS LAS CULTURAS, S.C. DE R.L. | | |
| 1042641 | S.C.P.P. LEBRANCHEROS DE SONTEOMAPAN S.C. DE R.L. | | |
| 1042642 | | SANTIAGO | PUCH |
| 1042643 | | LUIS | QUIROGA |
| 1042644 | S.C.P.P. PUNTA EL BUEY, S.C. DE R.L. | | |
| 1042646 | S.C.P.P. BRISAS DE GOBERNADO CRUZ, S.C. DE R.L. DE C.V. | | |
| 1042649 | | JENNY | RAZO |
| 1042651 | S.C.P. EJIDO REVENTADERO, S.C. DE R.L. | | |
| 1042657 | | MARIBEL | DIAZ |
| 1052861 | S.C.P.P. BELLA PALIZADA, S.C. DE R.L. | | |
| 1052862 | S.C.P.P. BARRA DE BOCA CIEGA, S.C. DE R.L. | | |
| 1052118 | | IRBIN | PARRA |
| 1052863 | S.C.P.P. ESTERO DEL REY, S.C. DE R.L. | | |
| 1052129 | S.C.P.P. PESCADORES DE POTRERO MOTA DE CHAVEZ, S.C. DE R.L. | | |
| 1052130 | | ALEJANDRO | IPINA |
| 1052131 | S.C.P.P. ISLAS DEL PAQUILLO, S.C. DE R.L. DE C.V. | | |
| 1052132 | | ELIAS | JIMENEZ |
| 1052844 | RENOVACION Y SOLIDARIDAD, S.C. DE R.L. DE C.V. | | |
| 1052133 | S.C.P.P. EL CONDE SILVA, S.C. DE R.L. | | |
| 1052134 | | YSIDRO | MORALES |
| 1052135 | S.C.R.P. DE SAN FERNANDO, S.C. DE R.L. | | |
| 1052438 | S.C.P.P. COPERATIVA CAUDILLOS S.C. DE R.L. | | |
| 1052439 | S.C.P.P. PUNTA DE PIEDRA, S.C. DE R.L. | | |
| 1052136 | S.S.S., RIBERA ALTO DEL TIGRE | | |
| 1052440 | PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. | | |
| 1052441 | S.C.P.P. LAGUNA CUCHUPETA S.C. DE R.L. DE C.V. | | |
| 1052442 | | PABLO | CABALLERO |
| 1052443 | S.C.P.P. NA ZOO, S.C. DE R.L. DE C.V. | | |
| 1052444 | | CESAR | CANCINO HERNANDEZ |
| 1052137 | | FELICIANO | GARCIA |
| 1052138 | S.C.P.P. EL EMPORIO DE SANTANA, S.C. DE R.L. | | |
| 1052445 | | HEBERTO | CAMARA |
| 1052139 | S.C.P.P. LA TABASQUENITA, S.C. DE R.L. | | |
| 1052446 | | JULIO | BARAHONA |
| 1052140 | | LEONEL | BALDERAS |
| 1052141 | | EVERARDO | AHUMADA |
| 1052845 | S.C.P.P. MATAMOROS, S.C. DE R.L. | | |
| 1052447 | S.C. VANESITA MARINERA, S.C. DE R.L. DE C.V. | | |
| 1052142 | S.C.P.P. PESCADORES DEL TAMCCI, S.C. DE R.L. | | |
| 1052448 | S.C.P.P. FCO J. MUJICA, S.C. DE R.L. | | |
| 1052143 | S.C.P.P. TANCHICUIN BOCA, S.C. DE R.L. DE C.V | | |
| 1052144 | S.C.P.P. MAYARAZAGO ALTO, S.C. DE R.L. | | |
| 1052145 | S.C.P.P. PESCADORES RIVERENOS DE JALAPITA, S.C. DE C.V. | | |
| 1052146 | | JUAN | CANCINO DIAZ |
| 1052450 | | EDILIA | GONZALEZ JUAREZ |
| 1052147 | S.C.P.P. LAS PORFIAS, S.A. DE R.L. DE C.V. | | |
| 1052451 | S.C.P.P. PESCADORES DE REVENTADERO, S.C.DE R.L. | | |
| 1052148 | S.C.P.R.A. UNIDOS EN SOLIDARIDAD, S.C. DE R.L. | | |
| 1052149 | S.C.P.P. LA VICTORIA DEL PESCADOR, S.C. DE R.L. DE C.V. | | |
| 1052150 | | CARMEN | GONZALEZ DOMINGUEZ |
| 1052452 | | JOSE | CANO |
| 1052454 | S.C.P.P. HUACHINANGUEOS DE MAGALLANCE S.C. DE R.L. DE C.V. | | |
| 1052846 | | ADELITA | SANCHEZ ULIN |
| 1052163 | S.C.P.P. LA SERENA DEL GOLFO S.C. DE R.L. DE C.V. | | |
| 1052165 | | MARIA | ORIGUELA |
| 1052455 | | CONCEPCION | TORRES GOMEZ |
| 1052166 | | GENOFANES | OLAN |

Case 2:16-cv-04721 Document 1-1 Filed 05/10/16 Page 1 of 3

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **Origuela** | **Maria** | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Calle Principal S/N Loc. Alto del Tigre** | **Ozuluma, VER** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:________________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

8437

Case 2:16-cv-04721 Document 1-1 Filed 05/10/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other:____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1052165-01 / 1640932**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04721 Document 1-1 Filed 05/10/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Mª. Margarita Origuela Gomez
______________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| MARIA ORIGUELA | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MARIA ORIGUELA COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Maria Origuela, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

Case 2:10-cv-08888-CJB-SS Document 128499 Filed 04/18/13 Page 1 of 3

# IN RE: OIL SPILL by "Deepwater Horizon"

# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

**MDL 2179** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Oyarvide Stevens | Homero | | |

| | |
|---|---|
| Phone Number | E-Mail Address |
| Address | City / State / Zip |
| **INDIVIDUAL CLAIM** ☐ | **BUSINESS CLAIM** ☒ |
| Employer Name | Business Name Homero Oyarvide Stevens |
| Job Title / Description | Type of Business Commercial Fishing |
| Address | Address Rivera del rio S/N |
| City / State / Zip | City / State / Zip Tecolutla / VER / 93570 /Mexico |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
| Attorney Name Anthony G. Buzbee | Firm Name The Buzbee Law Firm |
| Address 600 Travis Street, Suite 7300 | City / State / Zip Houston, TX 77002 |
| Phone Number 713-223-5393 | E-Mail Address cadams@txattorneys.com |
| Claim filed with BP? YES ☐ NO ☒ | Claim Filed with GCCF?: YES ☐ NO ☒ |
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☒ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☒ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: ______

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130**, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2[…] MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plain[…] being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis s[…] Liaison.

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaint***

EXHIBIT B-42

exhibitsticker.com

Case 2:10-cv-08888-CJB-SS Document 128499 Filed 04/10/13 Page 2 of 3

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Plaintiff is a fisherman located in Veracruz, Mexico. Earnings are dependent upon fishing from marine life and/or harvesting of marine life, including but not limited to all species of shrimp, crab and fish. As a result of the Deepwater Horizon Explosion and Oil Spill, Plaintiff has suffered a loss of earnings. Plaintiff has suffered and continues to suffer serious financial loss and loss of profits, and has incurred past and present injuries and will continue to suffer future losses as a result of Oil Spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:10-cv-08888-CJB-SS Document 128439 Filed 04/10/13 Page 3 of 3

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☒ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☒ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: ______________________

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: ______________________

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Anthony G. Buzbee
Claimant or Attorney Signature

Anthony G. Buzbee
Print Name

4/10/2013
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:16-cv-05280 Document 1-1 Filed 05/12/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Oyarvide Stevens | Homero | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 766 846 04 19 | |
| **Current Mailing Address** | **City / State / Zip** |
| Rivera del rio S/N | Tecolutla, VER 93570 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:16-cv-05280 Document 1-1 Filed 05/12/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X** ________. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**

3. The claim number(s) (if available). **/**

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X** ________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-05280 Document 1-1 Filed 05/12/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 13 de Abril, 2016

Location (City and State): Tecolutla, Ver.

Hoyarid

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Homero Ayanide Stevens

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| HOMERO OYARVIDE STEVENS | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S HOMERO OYARVIDE STEVENS COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Homero Oyarvide Stevens, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

281. Full and Final Claim Form

282. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are

EXHIBIT B-43

Claimant Name: Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L.
Claimant SSN, TIN or EIN:

**BP Claims Program - Claim Form for Individuals and Businesses**

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1052167 | | LEONCIO | SANTIAGO |
| 1052168 | S.C.P.P. PESCADORES DE ROVIROSA, S.C. DE R.L. DE C.V. | | |
| 1052169 | | EXEQUIEL | SEGURA |
| 1052456 | S.C.P.P. GENERACION 95, S.C. DE R.L. DE C.V. | | |
| 1052170 | LA MALINCHE DE CENTLA, S.C. DE R.L. | | |
| 1052171 | | PABLO | DIMAS |
| 1052457 | | ALICIA | TORREZ |
| 1052176 | | VALENTIN | SEQUERA |
| 1052178 | | MARIA DE LA LUZ | PENA CRISANTO |
| 1052458 | | WALDO | HERNANDEZ MADRIGAL |
| 1052459 | | VICTOR | PEREZ |
| 1052460 | | LEOBARDO | PEREZ FLORES |
| 1052179 | PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA,S.C.DE R.L | | |
| 1052180 | | JOSEFA | ORTIZ DOMINGUEZ |
| 1052847 | S.C.P.P. PUNTA DEL TORO, S.C. DE R.L. | | |
| 1052181 | S.P. ESPUMA BLANCA, S.C. DE R.L. | | |
| 1052461 | S.C.P.P. GRUPO YOSIGAMAR, S.C. DE R.L. DE M.I. | | |
| 1052243 | | JOSE | SANCHEZ TORRES |
| 1052264 | S.C.P.P. LAGUNA DE CHILA, S.C. DE R.L. | | |
| 1052281 | | ROSA | DELGADO |
| 1052282 | | CARLOS | DIAZ |
| 1052283 | S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R. L. | | |
| 1052284 | SAN RAMON, S.C. DE R. L. | | |
| 1052285 | | ANDREA | RAZO |
| 1052848 | S.C.P.P. PLAYA CANGREGEROS, S.S.C. | | |
| 1052469 | S.C.P.P. PESCADORES DE TAMPALACHE, S.C.DE R.L. | | |
| 1052288 | S.C.P.P. BARRA DE SANTA MARIA. S.C. DE R.L. | | |
| 1052849 | S.S.S. AGRUPACION LA UNICA | | |
| 1052470 | S.C.C.P.P. EJIDAL TEODORO GONZALEZ GAVIRO, S.C. DE R.L. | | |
| 1052850 | S.C.P.P. SAN FRANCISCO, R.L. DE C.V. | | |
| 1052292 | | JORGE | DELGADO |
| 1052309 | MUJERES ESPERIMENTANDO, S.C. DE R.L. | | |
| 1059222 | | LUCIANO | VENTURA JIMENEZ |
| 1059223 | | DAVID | ROJAS |
| 1059228 | S.C.P.P. ACUICOLA TURISTICA Y FORESTAL Y GANADERA LA ESPERANZA S.C. DE R.L. DE C.V. | | |
| 1059229 | S.C.P.R. LA MARINA, S.C. DE R.L. | | |
| 1059230 | LAGUNA DE PINOLAPA, S.C. DE R.L. | | |
| 1059231 | S.C.P.P. REY JASUR S.C. DE R.L. | | |
| 1056438 | S.C. EL CORAL DE MAGALLANES C.S. DE R.L. DE C.V. | | |
| 1056439 | S.C.P.P. GRUPO TENATSI, S.C. DE R.L. | | |
| 1056440 | COOPERATIVA ACUICOLA LA CENTELLA S.C. DE R.L. | | |
| 1056441 | S.C.P.P.R. ENCENADA DE ALVARADO, S.C. DE R.L. | | |
| 1055951 | S.C.P.P. LOS CAVESOS DEL BAJIO, S.C. DE R.L. | | |
| 1055952 | PASO NACIONAL, S.C.DE R.L. | | |
| 1056443 | PESCADORES DEL PUENTE, S.C DE R.L. DE C.V. | | |
| 1056444 | S.C.P.P. PESCADORES DE SALINAS, S.C.L. | | |
| 1056445 | | VICTOR | CHAVEZ |
| 1056446 | | ARACELY | MEZA |
| 1056447 | S.C.P.P. CIUDAD Y PUERTO DE ALVARADO, S.C. DE R.L. | | |
| 1056448 | | ISIDORO | ZAMUDIO |
| 1056449 | S.C.P.P. LAS ANEAS, S.C.L. | | |
| 1056450 | S.C.P.P. PESCADORES UNIDOS DE ARBOLILLOS S.C. DE R.L. | | |
| 1056451 | S.C.P.P. BARRA DE CHILTEPEC, S.C.L. DE C.V. | | |
| 1056452 | S.C.P.P. ATLIZINTLA, S.C. DE R.L. | | |
| 1056453 | LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | | |
| 1055953 | S.C.P.P. ALMEJEROS DE ALVARADO, S.C. DE R.L. | | |
| 1056454 | | DANIEL | CEPEDA |
| 1056455 | S.C.P.P. LAGUNA DE TACOSTA, S.C. DE R.L. | | |
| 1056456 | BARRA VIEJA, S.C. DE R.L. | | |
| 1056457 | PESCADORES DE ILUSION, S.C. DE R.L.. | | |

Case 2:16-cv-04419 Document 1-1 Filed 05/07/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L.** | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Calle Principal s/n** | **Las Chacas, VER 92043** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7343

Case 2:16-cv-04419 Document 1-1 Filed 05/07/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other:________________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**__________. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1052179-01 / 1641032**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**__________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Raulcruz Reyes
______________________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179 SECTION J |
| | § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA, S.C. DE R.L. | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN |
| | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

Case 2:10-cv-08888-CJB-SS Document 128501 Filed 04/10/13 Page 1 of 3

# IN RE: OIL SPILL by "Deepwater Horizon"

# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

**MDL 2179** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Ramos Capitaine | Jose Luis | | |

| | |
|---|---|
| Phone Number | E-Mail Address |
| Address | City / State / Zip |
| **INDIVIDUAL CLAIM** ☐ | **BUSINESS CLAIM** ☒ |
| Employer Name | Business Name Jose Luis Ramos Capitaine |
| Job Title / Description | Type of Business Commercial Fishing |
| Address | Address Domicilio Conocido, Casitas |
| City / State / Zip | City / State / Zip Tecolutla / VER / 93590 /Mexico |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |

| | |
|---|---|
| Attorney Name Anthony G. Buzbee | Firm Name The Buzbee Law Firm |
| Address 600 Travis Street, Suite 7300 | City / State / Zip Houston, TX 77002 |
| Phone Number 713-223-5393 | E-Mail Address cadams@txattorneys.com |

| | |
|---|---|
| Claim filed with BP? YES ☐ NO ☒ | Claim Filed with GCCF?: YES ☐ NO ☒ |
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☒ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☒ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: ______________________

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana** 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2 MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plain being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis s Liaison.

EXHIBIT B-44

exhibitsticker.com

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

Case 2:10-cv-08888-CJB-SS Document 128501 Filed 04/10/13 Page 2 of 3

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Plaintiff is a fisherman located in Veracruz, Mexico. Earnings are dependent upon fishing from marine life and/or harvesting of marine life, including but not limited to all species of shrimp, crab and fish. As a result of the Deepwater Horizon Explosion and Oil Spill, Plaintiff has suffered a loss of earnings. Plaintiff has suffered and continues to suffer serious financial loss and loss of profits, and has incurred past and present injuries and will continue to suffer future losses as a result of Oil Spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:10-cv-08888-CJB-SS Document 128501 Filed 04/10/13 Page 3 of 3

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☒ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☒ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: ______________________________

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: ______________________________

Both BP and the Gulf Coast Claims Facility (“GCCF”) are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as “Confidential Access Restricted” under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Anthony G. Buzbee
Claimant or Attorney Signature

Anthony G. Buzbee
Print Name

4/10/2013
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Ramos Capitaine | Jose Luis | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 1 232 321 03 05 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| Domicilio Conocido, Casitas | Tecolutla, VER 93590 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select one):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**.

3. The claim number(s) (if available). **/**.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 13-ABRIL, 2016

Location (City and State): CASITAS TECOLUTLA VERACRUZ

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

JOSE LUIS RAMOS CAPITAINE

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-05289 Document 1 Filed 05/12/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| JOSE LUIS RAMOS CAPITAINE | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S JOSE LUIS RAMOS CAPITAINE COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Jose Luis Ramos Capitaine, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**<u>Via Certified Mail:</u>**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P. Ejido Reventadero, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

301. Full and Final Claim Form

302. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P. Ejido Reventadero, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-45
exhibitsticker.com

Claimant Name: S.C.P. Ejido Reventadero, S.C. de R.L.
Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042533 | THE BUZBEE LAW FIRM | GEROGE | VICENTE |
| 1042534 | S.C.P.P. LA VIRGEN, S.C.DE R.L. | | |
| 1042638 | | ISRAEL | DIAZ |
| 1042640 | COKTELES Y MARISCOS LAS CULTURAS, S.C. DE R.L. | | |
| 1042641 | S.C.P.P. LEBRANCHEROS DE SONTEOMAPAN S.C. DE R.L. | | |
| 1042642 | | SANTIAGO | PUCH |
| 1042643 | | LUIS | QUIROGA |
| 1042644 | S.C.P.P. PUNTA EL BUEY, S.C. DE R.L. | | |
| 1042646 | S.C.P.P. BRISAS DE GOBERNADO CRUZ, S.C. DE R.L. DE C.V. | | |
| 1042649 | | JENNY | RAZO |
| 1042651 | S.C.P. EJIDO REVENTADERO, S.C. DE R.L. | | |
| 1042657 | | MARIBEL | DIAZ |
| 1052861 | S.C.P.P. BELLA PALIZADA, S.C. DE R.L. | | |
| 1052862 | S.C.P.P. BARRA DE BOCA CIEGA, S.C. DE R.L. | | |
| 1052118 | | IRBIN | PARRA |
| 1052863 | S.C.P.P. ESTERO DEL REY, S.C. DE R.L. | | |
| 1052129 | S.C.P.P. PESCADORES DE POTRERO MOTA DE CHAVEZ, S.C. DE R.L. | | |
| 1052130 | | ALEJANDRO | IPINA |
| 1052131 | S.C.P.P. ISLAS DEL PAQUILLO, S.C. DE R.L. DE C.V. | | |
| 1052132 | | ELIAS | JIMENEZ |
| 1052844 | RENOVACION Y SOLIDARIDAD, S.C. DE R.L. DE C.V. | | |
| 1052133 | S.C.P.P. EL CONDE SILVA, S.C. DE R.L. | | |
| 1052134 | | YSIDRO | MORALES |
| 1052135 | S.C.R.P. DE SAN FERNANDO, S.C. DE R.L. | | |
| 1052438 | S.C.P.P. COPERATIVA CAUDILLOS S.C. DE R.L. | | |
| 1052439 | S.C.P.P. PUNTA DE PIEDRA, S.C. DE R.L. | | |
| 1052136 | S.S.S., RIBERA ALTO DEL TIGRE | | |
| 1052440 | PESCADORES DE GONZALES ORTEGA, S.C. DE R.L. | | |
| 1052441 | S.C.P.P. LAGUNA CUCHUPETA S.C. DE R.L. DE C.V. | | |
| 1052442 | | PABLO | CABALLERO |
| 1052443 | S.C.P.P. NA ZOO, S.C. DE R.L. DE C.V. | | |
| 1052444 | | CESAR | CANCINO HERNANDEZ |
| 1052137 | | FELICIANO | GARCIA |
| 1052138 | S.C.P.P. EL EMPORIO DE SANTANA, S.C. DE R.L. | | |
| 1052445 | | HEBERTO | CAMARA |
| 1052139 | S.C.P.P. LA TABASQUENITA, S.C. DE R.L. | | |
| 1052446 | | JULIO | BARAHONA |
| 1052140 | | LEONEL | BALDERAS |
| 1052141 | | EVERARDO | AHUMADA |
| 1052845 | S.C.P.P. MATAMOROS, S.C. DE R.L. | | |
| 1052447 | S.C. VANESITA MARINERA, S.C. DE R.L. DE C.V. | | |
| 1052142 | S.C.P.P. PESCADORES DEL TAMCCI, S.C. DE R.L. | | |
| 1052448 | S.C.P.P. FCO J. MUJICA, S.C. DE R.L. | | |
| 1052143 | S.C.P.P. TANCHICUIN BOCA, S.C. DE R.L. DE C.V | | |
| 1052144 | S.C.P.P. MAYARAZAGO ALTO, S.C. DE R.L. | | |
| 1052145 | S.C.P.P. PESCADORES RIVERENOS DE JALAPITA, S.C. DE C.V. | | |
| 1052146 | | JUAN | CANCINO DIAZ |
| 1052450 | | EDILIA | GONZALEZ JUAREZ |
| 1052147 | S.C.P.P. LAS PORFIAS, S.A. DE R.L. DE C.V. | | |
| 1052451 | S.C.P.P. PESCADORES DE REVENTADERO, S.C.DE R.L. | | |
| 1052148 | S.C.P.R.A. UNIDOS EN SOLIDARIDAD, S.C. DE R.L. | | |
| 1052149 | S.C.P.P. LA VICTORIA DEL PESCADOR, S.C. DE R.L. DE C.V. | | |
| 1052150 | | CARMEN | GONZALEZ DOMINGUEZ |
| 1052452 | | JOSE | CANO |
| 1052454 | S.C.P.P. HUACHINANGUEOS DE MAGALLANCE S.C. DE R.L. DE C.V. | | |
| 1052846 | | ADELITA | SANCHEZ ULIN |
| 1052163 | S.C.P.P. LA SERENA DEL GOLFO S.C. DE R.L. DE C.V. | | |
| 1052165 | | MARIA | ORIGUELA |
| 1052455 | | CONCEPCION | TORRES GOMEZ |
| 1052166 | | GENOFANES | OLAN |

Case 2:16-cv-04377 Document 1-1 Filed 05/07/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| S.C.P. Ejido Reventadero, S.C. de R.L. | | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 8462666150** | **seincpez@hotmail.com** |
| Current Mailing Address | City / State / Zip |
| **Carretera Federal Tampic Valles KM 49** | **Reventadero, VER 92020** |
| Attorney Name and Firm | Attorney E-Mail Address |
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

8516

Case 2:16-cv-04377 Document 1-1 Filed 05/07/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ______________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ______________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ______.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1042651-01 / 1640944**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ______. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________________
Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

______________________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| S.C.P. EJIDO REVENTADERO, S.C. DE R.L. | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P. EJIDO REVENTADERO, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P. Ejido Reventadero, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P.P Voluntad y Trabajo, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

307. Full and Final Claim Form

308. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P.P Voluntad y Trabajo, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-46
exhibitsticker.com

Claimant Name: S.C.P.P Voluntad y Trabajo, S.C. de R.L.
Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013


ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004


Re:     *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.


Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| S.C.P.P Voluntad y Trabajo, S.C. de R.L. | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Calle Encino #74, Congregacion Anahuac** | **Pueblo Viejo, VER 92035** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7334

Case 2:16-cv-04422 Document 1-1 Filed 05/01/16 Page 2 of 2

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other:________________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**__________. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**.

3. The claim number(s) (if available). **1091795-01 / 1640985**.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**__________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | § | CIVIL ACTION NO. ________ |
| | § | SECTION J |
| VS. | § | |
| | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P.P Voluntad y Trabajo, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Jose Rocha**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

51. Full and Final Claim Form

52. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Jose Rocha** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-47
exhibitsticker.com

Claimant Name: Rocha, Jose

Claimant SSN, TIN or EIN: ______

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Rocha | Jose | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 846 102 0321** | **elrobalito@hotmail.com** |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Abasolo No. 201 Col. Pazi Centro** | **Panuco, VER 93990** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:________________________________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:16-cv-04727 Document 1-1 Filed 05/10/16 Page 2 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Jose Pecko Gonzales
______________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Rocha | Jose | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 846 102 0321 | elrobalito@hotmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| Abasolo No. 201 Col. Pazi Centro | Panuco, VER 93990 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

8452

Case 2:16-cv-04727 Document 1 Filed 05/16/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| JOSE ROCHA | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S JOSE ROCHA COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Jose Rocha, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Francisco Roman**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

119. Full and Final Claim Form

120. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Francisco Roman** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-48
exhibitsticker.com

Claimant Name: Roman, Francisco

Claimant SSN, TIN or EIN: ______________________

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

Case 2:16-cv-04373 Document 1-1 Filed 05/03/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Roman | Francisco | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 (768)8 57 01 82 | peztoral@gmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| Avenida Miguel Hidalgo #90 Zona Centro | Tamiahua, VER 92560 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7300

Case 2:16-cv-04373 Document 1-1 Filed 03/09/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1091807-01 / 1640885**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04375 Document 1-1 Filed 05/05/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 6 Abril, 2016

Location (City and State): Veracruz Tamaulipas

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

Francisco Alberto Roman Rodrigues
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| FRANCISCO ROMAN | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S FRANCISCO ROMAN COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Francisco Roman, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Damaso Rosas**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

123. Full and Final Claim Form

124. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Damaso Rosas** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-49
exhibitsticker.com

Claimant Name: Rosas, Damaso

Claimant SSN, TIN or EIN: ______________________

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

Case 2:16-cv-04383 Document 1-1 Filed 05/03/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Rosas | Damaso | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 (768)8 57 03 97** | **descaridarosas@live.com** |
| Current Mailing Address | City / State / Zip |
| **Calle Rivera s/n Zona Sur** | **Tamiahua, VER 92560** |
| Attorney Name and Firm | Attorney E-Mail Address |
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:__________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7306

Case 2:16-cv-04583 Document 1-1 Filed 05/09/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1091806-01 / 1640887**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 6 Abril, 2016

Location (City and State): Veracruz Tamahua

[signature]
Signature of Plaintiff ***(Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)***

Damiazo Rosas Cristobal
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04583 Document 1 Filed 05/09/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

---

| | | |
|---|---|---|
| DAMASO ROSAS | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S DAMASO ROSAS COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Damaso Rosas, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Juan Rosas**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

59. Full and Final Claim Form

60. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Juan Rosas** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-50
exhibitsticker.com

Claimant Name: Rosas, Juan

Claimant SSN, TIN or EIN:

# BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

Case 2:16-cv-04397 Document 1-1 Filed 05/03/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Rosas | Juan | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 1(768)1 05 39 90** | **pescaderiabaena@hotmail.com** |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Calle Ribera Norte #4 esquina con Rebsamen Zona Centro** | **Tamiahua, VER 92560** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7311

Case 2:16-cv-04597 Document 1-1 Filed 05/03/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1042513-01 / 1640820**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04597 Document 1-1 Filed 05/09/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 6 Abril, 2016

Location (City and State): Nonaca Cruz Tamiahua Ver

Signature of Plaintiff (*Plaintiff's Attorney* *Cannot* *Sign on Plaintiff's Behalf*)

Ivan Rosas Cristobal

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| JUAN ROSAS | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S JUAN ROSAS COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Juan Rosas, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**<u>Via Certified Mail:</u>**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Jose Sanchez Torres**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

173. Full and Final Claim Form

174. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Jose Sanchez Torres** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-51
exhibitsticker.com

Claimant Name: Sanchez Torres, Jose

Claimant SSN, TIN or EIN: ______

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1052167 | | LEONCIO | SANTIAGO |
| 1052168 | S.C.P.P. PESCADORES DE ROVIROSA, S.C. DE R.L. DE C.V. | | |
| 1052169 | | EXEQUIEL | SEGURA |
| 1052456 | S.C.P.P. GENERACION 95, S.C. DE R.L. DE C.V. | | |
| 1052170 | LA MALINCHE DE CENTLA, S.C. DE R.L. | | |
| 1052171 | | PABLO | DIMAS |
| 1052457 | | ALICIA | TORREZ |
| 1052176 | | VALENTIN | SEQUERA |
| 1052178 | | MARIA DE LA LUZ | PENA CRISANTO |
| 1052458 | | WALDO | HERNANDEZ MADRIGAL |
| 1052459 | | VICTOR | PEREZ |
| 1052460 | | LEOBARDO | PEREZ FLORES |
| 1052179 | PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA,S.C.DE R.L | | |
| 1052180 | | JOSEFA | ORTIZ DOMINGUEZ |
| 1052847 | S.C.P.P. PUNTA DEL TORO, S.C. DE R.L. | | |
| 1052181 | S.P. ESPUMA BLANCA, S.C. DE R.L. | | |
| 1052461 | S.C.P.P. GRUPO YOSIGAMAR, S.C. DE R.L. DE M.I. | | |
| 1052243 | | JOSE | SANCHEZ TORRES |
| 1052264 | S.C.P.P. LAGUNA DE CHILA, S.C. DE R.L. | | |
| 1052281 | | ROSA | DELGADO |
| 1052282 | | CARLOS | DIAZ |
| 1052283 | S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R. L. | | |
| 1052284 | SAN RAMON, S.C. DE R. L. | | |
| 1052285 | | ANDREA | RAZO |
| 1052848 | S.C.P.P. PLAYA CANGREGEROS, S.S.C. | | |
| 1052469 | S.C.P.P. PESCADORES DE TAMPALACHE, S.C.DE R.L. | | |
| 1052288 | S.C.P.P. BARRA DE SANTA MARIA. S.C. DE R.L. | | |
| 1052849 | S.S.S. AGRUPACION LA UNICA | | |
| 1052470 | S.C.C.P.P. EJIDAL TEODORO GONZALEZ GAVIRO, S.C. DE R.L. | | |
| 1052850 | S.C.P.P. SAN FRANCISCO, R.L. DE C.V. | | |
| 1052292 | | JORGE | DELGADO |
| 1052309 | MUJERES ESPERIMENTANDO, S.C. DE R.L. | | |
| 1059222 | | LUCIANO | VENTURA JIMENEZ |
| 1059223 | | DAVID | ROJAS |
| 1059228 | S.C.P.P. ACUICOLA TURISTICA Y FORESTAL Y GANADERA LA ESPERANZA S.C. DE R.L. DE C.V. | | |
| 1059229 | S.C.P.R. LA MARINA, S.C. DE R.L. | | |
| 1059230 | LAGUNA DE PINOLAPA, S.C. DE R.L. | | |
| 1059231 | S.C.P.P. REY JASUR S.C. DE R.L. | | |
| 1056438 | S.C. EL CORAL DE MAGALLANES C.S. DE R.L. DE C.V. | | |
| 1056439 | S.C.P.P. GRUPO TENATSI, S.C. DE R.L. | | |
| 1056440 | COOPERATIVA ACUICOLA LA CENTELLA S.C. DE R.L. | | |
| 1056441 | S.C.P.P.R. ENCENADA DE ALVARADO, S.C. DE R.L. | | |
| 1055951 | S.C.P.P. LOS CAVESOS DEL BAJIO, S.C. DE R.L. | | |
| 1055952 | PASO NACIONAL, S.C.DE R.L. | | |
| 1056443 | PESCADORES DEL PUENTE, S.C DE R.L. DE C.V. | | |
| 1056444 | S.C.P.P. PESCADORES DE SALINAS, S.C.L. | | |
| 1056445 | | VICTOR | CHAVEZ |
| 1056446 | | ARACELY | MEZA |
| 1056447 | S.C.P.P. CIUDAD Y PUERTO DE ALVARADO, S.C. DE R.L. | | |
| 1056448 | | ISIDORO | ZAMUDIO |
| 1056449 | S.C.P.P. LAS ANEAS, S.C.L. | | |
| 1056450 | S.C.P.P. PESCADORES UNIDOS DE ARBOLILLOS S.C. DE R.L. | | |
| 1056451 | S.C.P.P. BARRA DE CHILTEPEC, S.C.L. DE C.V. | | |
| 1056452 | S.C.P.P. ATLIZINTLA, S.C. DE R.L. | | |
| 1056453 | LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | | |
| 1055953 | S.C.P.P. ALMEJEROS DE ALVARADO, S.C. DE R.L. | | |
| 1056454 | | DANIEL | CEPEDA |
| 1056455 | S.C.P.P. LAGUNA DE TACOSTA, S.C. DE R.L. | | |
| 1056456 | BARRA VIEJA, S.C. DE R.L. | | |
| 1056457 | PESCADORES DE ILUSION, S.C. DE R.L.. | | |

Case 2:10-cv-08888-CJB-SS Document 128671 Filed 04/11/13 Page 1 of 3

# IN RE: OIL SPILL by "Deepwater Horizon"

# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

**MDL 2179** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sanchez Torres | Jose | | |

| | |
|---|---|
| Phone Number | E-Mail Address |
| Address | City / State / Zip |
| **INDIVIDUAL CLAIM** ☐ | **BUSINESS CLAIM** ☒ |
| Employer Name | Business Name Jose Sanchez Torres |
| Job Title / Description | Type of Business Commercial Fishing |
| Address | Address Gral. Platon Sanchez No. 125 El Crucero |
| City / State / Zip | City / State / Zip Pueblo Viejo / VER / 0 /Mexico |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |

| | |
|---|---|
| Attorney Name Anthony G. Buzbee | Firm Name The Buzbee Law Firm |
| Address 600 Travis Street, Suite 7300 | City / State / Zip Houston, TX 77002 |
| Phone Number 713-223-5393 | E-Mail Address cadams@txattorneys.com |

| | |
|---|---|
| Claim filed with BP? YES ☐ NO ☒ | Claim Filed with GCCF?: YES ☒ NO ☐ |
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 1640968 |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☒ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☒ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☐ Other: ______

[1] **This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130**, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

Case 2:10-cv-08888-CJB-SS Document 128671 Filed 04/11/13 Page 2 of 3

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Plaintiff is a fisherman located in Veracruz, Mexico. Earnings are dependent upon fishing from marine life and/or harvesting of marine life, including but not limited to all species of shrimp, crab and fish. As a result of the Deepwater Horizon Explosion and Oil Spill, Plaintiff has suffered a loss of earnings. Plaintiff has suffered and continues to suffer serious financial loss and loss of profits, and has incurred past and present injuries and will continue to suffer future losses as a result of Oil Spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

Case 2:10-cv-08888-CJB-SS Document 128671 Filed 04/11/13 Page 3 of 3

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☒ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☒ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: ____________________

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: ____________________

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Anthony G. Buzbee
Claimant or Attorney Signature

Anthony G. Buzbee
Print Name

4/10/2013
Date

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

Case 2:16-cv-05007 Document 1-1 Filed 05/11/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sanchez Torres | Jose | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 833 252 51 90 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| Gral. Platon Sanchez No. 125 El Crucero | Pueblo Viejo, VER 0 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

8562

Case 2:16-cv-05007 Document 1-1 Filed 05/11/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility**.
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1052243-01 / 1640968**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-05007 Document 1-1 Filed 05/11/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Jose Sanchez T.
______________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| JOSE SANCHEZ TORRES | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | |
| | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; | § | MAG. JUDGE SHUSHAN |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S JOSE SANCHEZ TORRES COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Jose Sanchez Torres, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P.P. Laguna de Popuyeca**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

331. Full and Final Claim Form

332. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P.P. Laguna de Popuyeca** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-52
exhibitsticker.com

Claimant Name: S.C.P.P. Laguna de Popuyeca

Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1055954 | | EMETERIO | ZAMUDIO |
| 1055955 | S.C.P.P. PESCADORES UNIDOS DE LA TROCHA, S.C. DE R.L. | | |
| 1055956 | S.C.P.P. PESCADORES UNIDOS DE LA LAGUNA CAMARONERA, S.C.L. | | |
| 1055957 | S.C.P.P. LA ESPINA, S.C. DE R.L. | | |
| 1055958 | LAS AMPOLAS, S.C.L. | | |
| 1055959 | MUJERES DEL CABEZO DE LA PALANGANA, S.C. DE R.L. | | |
| 1055960 | S. LA JAIVITA, S.C. DE R.L. | | |
| 1055961 | | MARIA | HERRERA |
| 1055962 | | LILIA | GUZMAN |
| 1055963 | S.C.P.P. LIBRES DE LAS ESCOLLERAS, S.C. DE R.L. | | |
| 1055985 | TECOMATE S.C. DE R.L. | | |
| 1056077 | STHEICY S.C. DE R.L. | | |
| 1056078 | | EDITH | HERNANDEZ |
| 1056325 | | FRANCISCO | RAMIREZ |
| 1056176 | | JUAN CARLOS | FIDALGO |
| 1087178 | | GEORGE | DE LA CRUZ MORALES |
| 1089843 | THE BUZBEE LAW FIRM | ALEX | GARCIA |
| 1091577 | S.C.P.P. DE SALTA BARRACA, S.C. DE R.L. | | |
| 1091578 | | LUIS | JUAREZ |
| 1091579 | | ALICIA | MORGADO |
| 1091580 | S.C.P.P. LAS MUJERES DEL MARISCO, S.C. DE R.L. | | |
| 1091581 | | JUAN | BAENA |
| 1091655 | | LORENTE | TORRUCO |
| 1091656 | | FILIBERTO | PEREZ |
| 1091657 | | CARMEN | PEREZ |
| 1091658 | | JOSE | OCHOA |
| 1091659 | S.S.S. ISLA DEL CARRIZAL | | |
| 1091660 | PESCADOS Y MARISCOS LA CAPILLA, S.C. DE R.L.M.I. | | |
| 1091661 | S.C.P.P. PANATLAN, S.C. DE R.L. | | |
| 1091662 | S.C.P.P. LAGUNA DE LA TORTUGA, S.C. DE R.L. | | |
| 1091678 | | LUIS | RAMON |
| 1091587 | | MARTIN | PEREZ |
| 1091654 | | JUAN | ORTA LIMON |
| 1091619 | | MIGUEL | REYNA CASTRO |
| 1091636 | | SARA | ISLAS |
| 1091801 | | MARIA | GONZALEZ |
| 1091802 | | JOAQUIN | CANO |
| 1091803 | | ANDRES | CRUZ |
| 1091804 | | RAMONA | RODRIGUEZ |
| 1091805 | S.C.P.P. LAGUNA DE POPUYECA | | |
| 1091806 | | DAMASO | ROSAS |
| 1091807 | | FRANCISCO | ROMAN |
| 1091808 | S.C.P.P. EL OBISPO, S.C. DE R.L. | | |
| 1091809 | S.C.P.P. ACULTECA, S.C.L. | | |
| 1091811 | | MERCEDES | VILLAREAL |
| 1091812 | S.C. DELFINES DE CENTLA | | |
| 1091813 | | SERGIO | ZAMUDIO |
| 1091814 | S.C.P.P. ALMA JAROCHA, S.C. DE R.L. | | |
| 1093794 | | EMILIO | BALLATO |
| 1093796 | | FERNANDO | HERNANDEZ |
| 1093797 | | SILVIA | ISLAS |
| 1091795 | S.C.P.P VOLUNTAD Y TRABAJO, S.C. DE R.L. | | |
| 1093177 | S.C.P.P. EL DESLAVE S.C.L. DE C.V. | | |
| 1093189 | S.C.P.P. BONANZA, S.C. DE R.L. DE C.V. | | |
| 1093190 | | CARLOS | REYES |
| 1093191 | | JOSE | ROCHA |
| 1093192 | | JOEL | SANCHEZ |
| 1093173 | NUEVA ESPERANZA DE RODRIGUEZ, S.C. DE R.S. | | |
| 1093174 | PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L. | | |
| 1093175 | S.C.P.P BARRA DE CHILTEPEC S.C.L. DE C.V. | | |

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| S.C.P.P. Laguna de Popuyeca | | | |

| Phone Number | E-Mail Address |
|---|---|
| 297 973 00 22 | guitar_luis53@hotmail.com |
| **Current Mailing Address** | **City / State / Zip** |
| Loc. Isleta de Panama S/N | Ignacio de la Lave, VER 95250 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- ☐ Properly opted out of the Economic and Property Damages Settlement*
- ☒ Not a member of the Economic and Property Damages Settlement Class
- ☐ Member of the Economic and Property Damages Settlement Class
- ☐ Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:16-cv-05382 Document 1-2 Filed 05/02/16 Page 2

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** ________________ and new Individual Action Case No. **To be determined** ________________

☐ Other: ________________________________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**________. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.** ________________.

2. The date of presentment (MM/DD/YYYY): **1/18/2013** ________.

3. The claim number(s) (if available). **1091805-01 / 1640948** ________.

4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes ________. No **X**________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

________________________________________________

________________________________________________

________________________________________________

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 13 - Abril, 2016

Location (City and State): Ignacio de la llave, Veracruz C.P. 95240

SANTIAGO CANO

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Santiago Santiago Cano

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-05382 Document 1 Filed 05/12/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179 SECTION J |
| | § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| S.C.P.P. LAGUNA DE POPUYECA | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P.P. LAGUNA DE POPUYECA COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P.P. Laguna de Popuyeca, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Valentin Sequera**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

231. Full and Final Claim Form

232. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Valentin Sequera** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-53
exhibitsticker.com

Claimant Name: Sequera, Valentin

Claimant SSN, TIN or EIN: ______________________

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1052167 | | LEONCIO | SANTIAGO |
| 1052168 | S.C.P.P. PESCADORES DE ROVIROSA, S.C. DE R.L. DE C.V. | | |
| 1052169 | | EXEQUIEL | SEGURA |
| 1052456 | S.C.P.P. GENERACION 95, S.C. DE R.L. DE C.V. | | |
| 1052170 | LA MALINCHE DE CENTLA, S.C. DE R.L. | | |
| 1052171 | | PABLO | DIMAS |
| 1052457 | | ALICIA | TORREZ |
| 1052176 | | VALENTIN | SEQUERA |
| 1052178 | | MARIA DE LA LUZ | PENA CRISANTO |
| 1052458 | | WALDO | HERNANDEZ MADRIGAL |
| 1052459 | | VICTOR | PEREZ |
| 1052460 | | LEOBARDO | PEREZ FLORES |
| 1052179 | PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA,S.C.DE R.L | | |
| 1052180 | | JOSEFA | ORTIZ DOMINGUEZ |
| 1052847 | S.C.P.P. PUNTA DEL TORO, S.C. DE R.L. | | |
| 1052181 | S.P. ESPUMA BLANCA, S.C. DE R.L. | | |
| 1052461 | S.C.P.P. GRUPO YOSIGAMAR, S.C. DE R.L. DE M.I. | | |
| 1052243 | | JOSE | SANCHEZ TORRES |
| 1052264 | S.C.P.P. LAGUNA DE CHILA, S.C. DE R.L. | | |
| 1052281 | | ROSA | DELGADO |
| 1052282 | | CARLOS | DIAZ |
| 1052283 | S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R. L. | | |
| 1052284 | SAN RAMON, S.C. DE R. L. | | |
| 1052285 | | ANDREA | RAZO |
| 1052848 | S.C.P.P. PLAYA CANGREGEROS, S.S.C. | | |
| 1052469 | S.C.P.P. PESCADORES DE TAMPALACHE, S.C.DE R.L. | | |
| 1052288 | S.C.P.P. BARRA DE SANTA MARIA. S.C. DE R.L. | | |
| 1052849 | S.S.S. AGRUPACION LA UNICA | | |
| 1052470 | S.C.C.P.P. EJIDAL TEODORO GONZALEZ GAVIRO, S.C. DE R.L. | | |
| 1052850 | S.C.P.P. SAN FRANCISCO, R.L. DE C.V. | | |
| 1052292 | | JORGE | DELGADO |
| 1052309 | MUJERES ESPERIMENTANDO, S.C. DE R.L. | | |
| 1059222 | | LUCIANO | VENTURA JIMENEZ |
| 1059223 | | DAVID | ROJAS |
| 1059228 | S.C.P.P. ACUICOLA TURISTICA Y FORESTAL Y GANADERA LA ESPERANZA S.C. DE R.L. DE C.V. | | |
| 1059229 | S.C.P.R. LA MARINA, S.C. DE R.L. | | |
| 1059230 | LAGUNA DE PINOLAPA, S.C. DE R.L. | | |
| 1059231 | S.C.P.P. REY JASUR S.C. DE R.L. | | |
| 1056438 | S.C. EL CORAL DE MAGALLANES C.S. DE R.L. DE C.V. | | |
| 1056439 | S.C.P.P. GRUPO TENATSI, S.C. DE R.L. | | |
| 1056440 | COOPERATIVA ACUICOLA LA CENTELLA S.C. DE R.L. | | |
| 1056441 | S.C.P.P.R. ENCENADA DE ALVARADO, S.C. DE R.L. | | |
| 1055951 | S.C.P.P. LOS CAVESOS DEL BAJIO, S.C. DE R.L. | | |
| 1055952 | PASO NACIONAL, S.C.DE R.L. | | |
| 1056443 | PESCADORES DEL PUENTE, S.C DE R.L. DE C.V. | | |
| 1056444 | S.C.P.P. PESCADORES DE SALINAS, S.C.L. | | |
| 1056445 | | VICTOR | CHAVEZ |
| 1056446 | | ARACELY | MEZA |
| 1056447 | S.C.P.P. CIUDAD Y PUERTO DE ALVARADO, S.C. DE R.L. | | |
| 1056448 | | ISIDORO | ZAMUDIO |
| 1056449 | S.C.P.P. LAS ANEAS, S.C.L. | | |
| 1056450 | S.C.P.P. PESCADORES UNIDOS DE ARBOLILLOS S.C. DE R.L. | | |
| 1056451 | S.C.P.P. BARRA DE CHILTEPEC, S.C.L. DE C.V. | | |
| 1056452 | S.C.P.P. ATLIZINTLA, S.C. DE R.L. | | |
| 1056453 | LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | | |
| 1055953 | S.C.P.P. ALMEJEROS DE ALVARADO, S.C. DE R.L. | | |
| 1056454 | | DANIEL | CEPEDA |
| 1056455 | S.C.P.P. LAGUNA DE TACOSTA, S.C. DE R.L. | | |
| 1056456 | BARRA VIEJA, S.C. DE R.L. | | |
| 1056457 | PESCADORES DE ILUSION, S.C. DE R.L.. | | |

Case 2:16-cv-04750 Document 1-1 Filed 05/10/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **Sequera** | **Valentin** | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 8332882688** | **seincpez@hotmail.com** |

| Current Mailing Address | City / State / Zip |
|---|---|
| **Loc Miravegas s/n, Loc Miravegas** | **Panuco, VER 92000** |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:__________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** ____________ and new Individual Action Case No. **To be determined** ________

☐ Other: ____________________________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X** __________. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013** ____________.

3. The claim number(s) (if available). **1052176-01 / 1641052** __________.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X** ____________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04750 Document 1-1 Filed 05/10/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________
Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

______________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04750 Document 1 Filed 05/10/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| VALENTIN SEQUERA | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S VALENTIN SEQUERA COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Valentin Sequera, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Guillermina Toral**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

61. Full and Final Claim Form

62. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Guillermina Toral** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-54
exhibitsticker.com

Claimant Name: Toral, Guillermina

Claimant SSN, TIN or EIN: ______________________

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re:    *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA"). [1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

Case 2:16-cv-04601 Document 1-1 Filed 05/09/16 Page 1 of 3

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Toral | Guillermina | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 (768)8 57 00 73 | peztoral@gmail.com |
| **Current Mailing Address** | **City / State / Zip** |
| Enrique C Rebsamen S/N | Tamiahua, VER 92560 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7312

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1042515-01 / 1640821**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04601 Document 1-1 Filed 05/09/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 06 Abril, 2016

Location (City and State): Rivera nte 4 Veracruz Tamiahua

Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

Guillermina Toral Peña

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04601 Document 1 Filed 05/09/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| GUILLERMINA TORAL | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S GUILLERMINA TORAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Guillermina Toral, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Laguna de Pinolapa, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

357. Full and Final Claim Form

358. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Laguna de Pinolapa, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-55
exhibitsticker.com

Claimant Name: Laguna de Pinolapa, S.C. de R.L.
Claimant SSN, TIN or EIN:

bp

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1052167 | | LEONCIO | SANTIAGO |
| 1052168 | S.C.P.P. PESCADORES DE ROVIROSA, S.C. DE R.L. DE C.V. | | |
| 1052169 | | EXEQUIEL | SEGURA |
| 1052456 | S.C.P.P. GENERACION 95, S.C. DE R.L. DE C.V. | | |
| 1052170 | LA MALINCHE DE CENTLA, S.C. DE R.L. | | |
| 1052171 | | PABLO | DIMAS |
| 1052457 | | ALICIA | TORREZ |
| 1052176 | | VALENTIN | SEQUERA |
| 1052178 | | MARIA DE LA LUZ | PENA CRISANTO |
| 1052458 | | WALDO | HERNANDEZ MADRIGAL |
| 1052459 | | VICTOR | PEREZ |
| 1052460 | | LEOBARDO | PEREZ FLORES |
| 1052179 | PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA,S.C.DE R.L | | |
| 1052180 | | JOSEFA | ORTIZ DOMINGUEZ |
| 1052847 | S.C.P.P. PUNTA DEL TORO, S.C. DE R.L. | | |
| 1052181 | S.P. ESPUMA BLANCA, S.C. DE R.L. | | |
| 1052461 | S.C.P.P. GRUPO YOSIGAMAR, S.C. DE R.L. DE M.I. | | |
| 1052243 | | JOSE | SANCHEZ TORRES |
| 1052264 | S.C.P.P. LAGUNA DE CHILA, S.C. DE R.L. | | |
| 1052281 | | ROSA | DELGADO |
| 1052282 | | CARLOS | DIAZ |
| 1052283 | S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R. L. | | |
| 1052284 | SAN RAMON, S.C. DE R. L. | | |
| 1052285 | | ANDREA | RAZO |
| 1052848 | S.C.P.P. PLAYA CANGREGEROS, S.S.C. | | |
| 1052469 | S.C.P.P. PESCADORES DE TAMPALACHE, S.C.DE R.L. | | |
| 1052288 | S.C.P.P. BARRA DE SANTA MARIA. S.C. DE R.L. | | |
| 1052849 | S.S.S. AGRUPACION LA UNICA | | |
| 1052470 | S.C.C.P.P. EJIDAL TEODORO GONZALEZ GAVIRO, S.C. DE R.L. | | |
| 1052850 | S.C.P.P. SAN FRANCISCO, R.L. DE C.V. | | |
| 1052292 | | JORGE | DELGADO |
| 1052309 | MUJERES ESPERIMENTANDO, S.C. DE R.L. | | |
| 1059222 | | LUCIANO | VENTURA JIMENEZ |
| 1059223 | | DAVID | ROJAS |
| 1059228 | S.C.P.P. ACUICOLA TURISTICA Y FORESTAL Y GANADERA LA ESPERANZA S.C. DE R.L. DE C.V. | | |
| 1059229 | S.C.P.R. LA MARINA, S.C. DE R.L. | | |
| 1059230 | LAGUNA DE PINOLAPA, S.C. DE R.L. | | |
| 1059231 | S.C.P.P. REY JASUR S.C. DE R.L. | | |
| 1056438 | S.C. EL CORAL DE MAGALLANES C.S. DE R.L. DE C.V. | | |
| 1056439 | S.C.P.P. GRUPO TENATSI, S.C. DE R.L. | | |
| 1056440 | COOPERATIVA ACUICOLA LA CENTELLA S.C. DE R.L. | | |
| 1056441 | S.C.P.P.R. ENCENADA DE ALVARADO, S.C. DE R.L. | | |
| 1055951 | S.C.P.P. LOS CAVESOS DEL BAJIO, S.C. DE R.L. | | |
| 1055952 | PASO NACIONAL, S.C.DE R.L. | | |
| 1056443 | PESCADORES DEL PUENTE, S.C DE R.L. DE C.V. | | |
| 1056444 | S.C.P.P. PESCADORES DE SALINAS, S.C.L. | | |
| 1056445 | | VICTOR | CHAVEZ |
| 1056446 | | ARACELY | MEZA |
| 1056447 | S.C.P.P. CIUDAD Y PUERTO DE ALVARADO, S.C. DE R.L. | | |
| 1056448 | | ISIDORO | ZAMUDIO |
| 1056449 | S.C.P.P. LAS ANEAS, S.C.L. | | |
| 1056450 | S.C.P.P. PESCADORES UNIDOS DE ARBOLILLOS S.C. DE R.L. | | |
| 1056451 | S.C.P.P. BARRA DE CHILTEPEC, S.C.L. DE C.V. | | |
| 1056452 | S.C.P.P. ATLIZINTLA, S.C. DE R.L. | | |
| 1056453 | LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | | |
| 1055953 | S.C.P.P. ALMEJEROS DE ALVARADO, S.C. DE R.L. | | |
| 1056454 | | DANIEL | CEPEDA |
| 1056455 | S.C.P.P. LAGUNA DE TACOSTA, S.C. DE R.L. | | |
| 1056456 | BARRA VIEJA, S.C. DE R.L. | | |
| 1056457 | PESCADORES DE ILUSION, S.C. DE R.L.. | | |

Case 2:16-cv-05342 Document 1-1 Filed 05/12/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Laguna de Pinolapa, S.C. de R.L. | | | |

| Phone Number | E-Mail Address |
|---|---|
| **297 103 84 66** | |
| Current Mailing Address<br>**Prolongacion Juan Soto S/N** | City / State / Zip<br>**Alvarado, VER 95270** |
| Attorney Name and Firm<br>**Anthony G. Buzbee**<br>**The Buzbee Law Firm** | Attorney E-Mail Address<br>**cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:__________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:16-cv-05342 Document 1-1 Filed 05/12/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X** ________. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**.

3. The claim number(s) (if available). **1059230-01 / 1640905**.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X** ________.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-05342 Document 1-1 Filed 05/12/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 10 de Abril, 2016

Location (City and State): Alvarado Veracruz

Teofilo Valerio Garcia

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

Teofilo Valerio Garcia

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

---

| | | |
|---|---|---|
| LAGUNA DE PINOLAPA, S.C. DE R.L. | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S LAGUNA DE PINOLAPA, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Laguna de Pinolapa, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Marco Vargas**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

125. Full and Final Claim Form

126. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **Marco Vargas** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-56
exhibitsticker.com

Claimant Name: Vargas, Marco

Claimant SSN, TIN or EIN: ______

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

Case 2:16-cv-04585 Document 1-1 Filed 05/09/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Vargas | Marco | | |

| Phone Number | E-Mail Address |
|---|---|
| 011 52 (768)8 57 02 40 | pescaderiavargas@hotmail.com |
| **Current Mailing Address** | **City / State / Zip** |
| Calle Benito Juarez #71 Zona Sur | Tamiahua, VER 92560 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Anthony G. Buzbee<br>The Buzbee Law Firm | cadams@txattorneys.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7307

Case 2:16-cv-04585 Document 1-1 Filed 05/09/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ____________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**.

3. The claim number(s) (if available). **1042514-01 / 1640888**.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 6 Abril, 2016

Location (City and State): Veracruz Tamiahua

Signature of Plaintiff (*Plaintiff's Attorney __Cannot__ Sign on Plaintiff's Behalf*)

Marco Antonio Vargas Ramirez
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before __May 2, 2016__. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-04585 Document 1 Filed 05/09/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179 SECTION J |
| | § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| MARCO VARGAS | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN |
| | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S MARCO VARGAS COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Marco Vargas, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **La Virtud de Pescar S.C. de R.L. de C.V.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

365. Full and Final Claim Form

366. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **La Virtud de Pescar S.C. de R.L. de C.V.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT
B-57
exhibitsticker.com

Claimant Name: La Virtud de Pescar S.C. de R.L. de C.V.

Claimant SSN, TIN or EIN:

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1052167 | | LEONCIO | SANTIAGO |
| 1052168 | S.C.P.P. PESCADORES DE ROVIROSA, S.C. DE R.L. DE C.V. | | |
| 1052169 | | EXEQUIEL | SEGURA |
| 1052456 | S.C.P.P. GENERACION 95, S.C. DE R.L. DE C.V. | | |
| 1052170 | LA MALINCHE DE CENTLA, S.C. DE R.L. | | |
| 1052171 | | PABLO | DIMAS |
| 1052457 | | ALICIA | TORREZ |
| 1052176 | | VALENTIN | SEQUERA |
| 1052178 | | MARIA DE LA LUZ | PENA CRISANTO |
| 1052458 | | WALDO | HERNANDEZ MADRIGAL |
| 1052459 | | VICTOR | PEREZ |
| 1052460 | | LEOBARDO | PEREZ FLORES |
| 1052179 | PESCADORES AUTENTICOS DE LAS CHACAS Y RIVERA,S.C.DE R.L | | |
| 1052180 | | JOSEFA | ORTIZ DOMINGUEZ |
| 1052847 | S.C.P.P. PUNTA DEL TORO, S.C. DE R.L. | | |
| 1052181 | S.P. ESPUMA BLANCA, S.C. DE R.L. | | |
| 1052461 | S.C.P.P. GRUPO YOSIGAMAR, S.C. DE R.L. DE M.I. | | |
| 1052243 | | JOSE | SANCHEZ TORRES |
| 1052264 | S.C.P.P. LAGUNA DE CHILA, S.C. DE R.L. | | |
| 1052281 | | ROSA | DELGADO |
| 1052282 | | CARLOS | DIAZ |
| 1052283 | S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R. L. | | |
| 1052284 | SAN RAMON, S.C. DE R. L. | | |
| 1052285 | | ANDREA | RAZO |
| 1052848 | S.C.P.P. PLAYA CANGREGEROS, S.S.C. | | |
| 1052469 | S.C.P.P. PESCADORES DE TAMPALACHE, S.C.DE R.L. | | |
| 1052288 | S.C.P.P. BARRA DE SANTA MARIA. S.C. DE R.L. | | |
| 1052849 | S.S.S. AGRUPACION LA UNICA | | |
| 1052470 | S.C.C.P.P. EJIDAL TEODORO GONZALEZ GAVIRO, S.C. DE R.L. | | |
| 1052850 | S.C.P.P. SAN FRANCISCO, R.L. DE C.V. | | |
| 1052292 | | JORGE | DELGADO |
| 1052309 | MUJERES ESPERIMENTANDO, S.C. DE R.L. | | |
| 1059222 | | LUCIANO | VENTURA JIMENEZ |
| 1059223 | | DAVID | ROJAS |
| 1059228 | S.C.P.P. ACUICOLA TURISTICA Y FORESTAL Y GANADERA LA ESPERANZA S.C. DE R.L. DE C.V. | | |
| 1059229 | S.C.P.R. LA MARINA, S.C. DE R.L. | | |
| 1059230 | LAGUNA DE PINOLAPA, S.C. DE R.L. | | |
| 1059231 | S.C.P.P. REY JASUR S.C. DE R.L. | | |
| 1056438 | S.C. EL CORAL DE MAGALLANES C.S. DE R.L. DE C.V. | | |
| 1056439 | S.C.P.P. GRUPO TENATSI, S.C. DE R.L. | | |
| 1056440 | COOPERATIVA ACUICOLA LA CENTELLA S.C. DE R.L. | | |
| 1056441 | S.C.P.P.R. ENCENADA DE ALVARADO, S.C. DE R.L. | | |
| 1055951 | S.C.P.P. LOS CAVESOS DEL BAJIO, S.C. DE R.L. | | |
| 1055952 | PASO NACIONAL, S.C.DE R.L. | | |
| 1056443 | PESCADORES DEL PUENTE, S.C DE R.L. DE C.V. | | |
| 1056444 | S.C.P.P. PESCADORES DE SALINAS, S.C.L. | | |
| 1056445 | | VICTOR | CHAVEZ |
| 1056446 | | ARACELY | MEZA |
| 1056447 | S.C.P.P. CIUDAD Y PUERTO DE ALVARADO, S.C. DE R.L. | | |
| 1056448 | | ISIDORO | ZAMUDIO |
| 1056449 | S.C.P.P. LAS ANEAS, S.C.L. | | |
| 1056450 | S.C.P.P. PESCADORES UNIDOS DE ARBOLILLOS S.C. DE R.L. | | |
| 1056451 | S.C.P.P. BARRA DE CHILTEPEC, S.C.L. DE C.V. | | |
| 1056452 | S.C.P.P. ATLIZINTLA, S.C. DE R.L. | | |
| 1056453 | LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | | |
| 1055953 | S.C.P.P. ALMEJEROS DE ALVARADO, S.C. DE R.L. | | |
| 1056454 | | DANIEL | CEPEDA |
| 1056455 | S.C.P.P. LAGUNA DE TACOSTA, S.C. DE R.L. | | |
| 1056456 | BARRA VIEJA, S.C. DE R.L. | | |
| 1056457 | PESCADORES DE ILUSION, S.C. DE R.L.. | | |

Case 2:16-cv-05192 Document 1-1 Filed 05/11/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| La Virtud de Pescar S.C. de R.L. de C.V. | | | |

| Phone Number | E-Mail Address |
|---|---|
| **297 973 38 55** | **pescadoresdealvarado@hotmail.com** |
| Current Mailing Address | City / State / Zip |
| **Calle Heroes de Independencia #15 Colonia 21 de Abril** | **Alvarado, VER 95250** |
| Attorney Name and Firm | Attorney E-Mail Address |
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:16-cv-05192 Document 1-1 Filed 05/11/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ________________________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No __________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**

2. The date of presentment (MM/DD/YYYY): **1/18/2013**.

3. The claim number(s) (if available). **1056453-01 / 1640771**.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes __________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-05192 Document 1-1 Filed 05/11/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 10/ABRIL, 2016

Location (City and State): ALVARADO VER.

ADELAIDA VELÁZQUEZ MATA

Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

ADELAIDA VELÁZQUEZ MATA

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steve Herman or Jim Roy**<br>**The Exchange Centre, Suite 2000**<br>**935 Gravier Street**<br>**New Orleans, LA 70112** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-05192 Document 1 Filed 05/11/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S LA VIRTUD DE PESCAR S.C. DE R.L. DE C.V. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, La Virtud de Pescar S.C. de R.L. de C.V., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

***www.txattorneys.com***

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

369. Full and Final Claim Form

370. Financials (Requested documents have been previously produced to BP's authorized agent. Any other requested documentation is for inspection at the request of BP at the Buzbee Law Firm in Houston, Texas.)

## I. Claimant's Losses

As a direct result of the explosion and spill and the following injury and destruction, **S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues or profits, interest, attorney's fees and any other damages. Claimant reserves the right to amend its requests for damages.

## II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively

EXHIBIT
B-58
exhibitsticker.com

Claimant Name: S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L.

Claimant SSN, TIN or EIN: ______

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

Case 2:16-cv-05820 Document 1-1 Filed 05/13/16 Page 1 of 3

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| **S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L.** | | | |

| Phone Number | E-Mail Address |
|---|---|
| | |
| Current Mailing Address<br>**Ribera No. 25, Cd. Cuauhtemoc** | City / State / Zip<br>**Municipio de Pueblo Viejo, VER 92030** |
| Attorney Name and Firm<br>**Anthony G. Buzbee**<br>**The Buzbee Law Firm** | Attorney E-Mail Address<br>**cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

- [ ] Properly opted out of the Economic and Property Damages Settlement*
- [x] Not a member of the Economic and Property Damages Settlement Class
- [ ] Member of the Economic and Property Damages Settlement Class
- [ ] Other:______________________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

7341

Case 2:16-cv-05820 Document 1-1 Filed 05/13/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ____________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other: ____________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1042472-01 / 1641031**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________
Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

______________________________________________
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| **Counsel for BP** | **MDL 2179 Plaintiffs' Steering Committee** |
|---|---|
| **Attn: J. Andrew Langan** | **Attn: Steve Herman or Jim Roy** |
| **Kirkland & Ellis LLP** | **The Exchange Centre, Suite 2000** |
| **300 North LaSalle St,** | **935 Gravier Street** |
| **Suite 2400** | **New Orleans, LA 70112** |
| **Chicago IL 60654** | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:16-cv-05820 Document 1 Filed 05/13/16 Page 1 of 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179 SECTION J |
| | § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN |
| | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L., complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to**: Houston Office

January 18, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

*RE: April 20, 2010 Deepwater Horizon Explosion and Oil Spill Presentment*

This letter is a request for consideration for final payment on behalf of my client, **Angel Zuniga**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

145. Full and Final Claim Form

146. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I. Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Angel Zuniga** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $75,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest. Claimant reserves the right to amend its requests for damages.

**II. The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities and the Oil and Gas Industry**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism and the oil and gas industry halted and all aspects of tourism and oil and gas were negatively affected. A year after the Oil Spill, the long-term effects on tourism and

EXHIBIT
B-59

Claimant Name: Zuniga, Angel

Claimant SSN, TIN or EIN: 

## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



MARCH 20, 2013

ANTHONY BUZBEE
THE BUZBEE LAW FIRM
600 TRAVIS ST STE 7300
HOUSTON, TX 77002-3004

Re: *Claim Determination Notification*

Dear ANTHONY BUZBEE:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

| | | | |
|---|---|---|---|
| 1042427 | S.C.P.P. LA GAVIOTA DE FRONTERA, S.C. DE R.L. | | |
| 1042428 | ALIMENTOS MARINOS BAGDAD, S.C. DE R.L. M.I. | | |
| 1042429 | S.C.P.P. PESCADORES DE TAMPICO, S.C. DE R.L. DE C.V. | | |
| 1042430 | S.C. EL PINZON, S.C. DE R.L. DE C.V. | | |
| 1042431 | S.C.P.P. EL CHAMIZAL, S.C. DE R.L. | | |
| 1042432 | S.C.P.P. COSTEROS DEL PUERTO DE MAGALLANES S.C. DE R.L. | | |
| 1042458 | | NELSON | VICENTE OLAN |
| 1042459 | | DAMASO | VICENTE |
| 1042460 | S.C.P.P.BARRA DE CONCHILLAL,S.C.DE R.L. | | |
| 1052858 | S.C.P.P. EL ROBALO DE VINCENTE GUERRERO, S.C. DE R.L. DE C.V. | | |
| 1042461 | | ORTENCIA | DE LOS SANTOS |
| 1042462 | | JORGE | DE LA CRUZ VENTURA |
| 1042463 | S.C.PESCADORES EL NUEVO MILENIO | | |
| 1052859 | | CANDELARIO | DE LA CRUZ |
| 1042468 | | AGUSTIN | DE LA CRUZ |
| 1042470 | | FERNANDO | CUELLAR |
| 1042471 | | ALEJANDRO | VICENTE WILSON |
| 1042472 | S.C.P.P. UNICA REGIONAL DE PESCADORES DE VILLA CUAUHTEMOC, S.C. DE R.L. | | |
| 1042473 | | ANGEL | ZUNIGA |
| 1042474 | | EUGENIO | ZOPOT |
| 1042475 | S.C.P.P. EJIDATARIOS, S.C.DE R.L. | | |
| 1052860 | S.C. LA PITAYA DE SINALOA S.C. DE R.L. DE C.V. | | |
| 1042492 | S.C.P.P. LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L. | | |
| 1042493 | S.C.P.P. PENJAMO R.L. DE C.V. | | |
| 1042494 | 16 DE SEPTIEMBRE, S.C. DE R.L. DE C.V. | | |
| 1042495 | S.C.P.P. LA GAVIOTA DE JALAPITA, S.C.L. DE C.V. | | |
| 1042496 | | ELIAS | DE DIOS |
| 1042497 | S.C. ISLA DE LA LAGUNA PAJONAL, S.C. DE R.L. | | |
| 1042498 | S.C.P.P. LOS NAVEGANTES DE MAGALLANES S.C. DE R.L. DE C.V. | | |
| 1042499 | | TEODORO | WILSON |
| 1042500 | MARINERO DE SAN PEDRO, S.C. DE R.L. DE C.V. | | |
| 1042501 | | SILVIA | ZAMUDIO |
| 1042502 | | LUIS | COSMOPULOS LOPEZ |
| 1042503 | | CARMEN | ULLOA GARCIA |
| 1042509 | S. LA FLOTA, S.C. DE R.L. | | |
| 1042510 | S.C. BARRA DE CORAZONES, S.C. DE R.L. | | |
| 1032558 | S.C.P.P. PLAYA SALINAS, S.C. DE R.L. | | |
| 1042511 | S.C.P.P. EL JUREL, S.C. DE R.L. | | |
| 1042512 | S.C.P.P LIBERACION 2003 S.C. DE R.L. DE C.V. | | |
| 1042513 | | JUAN | ROSAS |
| 1042536 | S.C.P.P. PESCADORES DE AQUILES SERDAN, S.C.L. DE C.V. | | |
| 1042514 | | MARCO | VARGAS |
| 1042515 | | GUILLERMINA | TORAL |
| 1042516 | | ROBER | PEREZ WILSON |
| 1042517 | | JULIANNA | JAIME |
| 1042518 | CLUB PLAYERO, S.C. DE R.L. | | |
| 1042519 | PESCADOS Y MARISCOS ALEXA | | |
| 1042520 | | RICARDO | GONZALEZ HERMIDA |
| 1042521 | | CARLOS | MENDOZA VARGAS |
| 1042522 | | DAVID | LEANDRO |
| 1042523 | S.C.P.P. ACUICOLA LA PALMA REAL, S.C. DE R.L. | | |
| 1042524 | S.C.P.P. MILSADEL, S.C. DE R.L. | | |
| 1042525 | LAGUNA Y PUERTA DE ALVARADO, S.C. DE R.L. | | |
| 1042526 | | ENRIQUE | LOPEZ |
| 1042527 | | FELIPE | GALLARDO |
| 1042528 | S.C.P.P. COCAL DORADO, S.C.DE R.L. | | |
| 1042529 | S.C.P.P. LA BELLOTA S.C. DE R.L. DE C.V. | | |
| 1042530 | S.C.P.P. LA NUEVA OLA, S.C. DE R.L. DE C.V. | | |
| 1042531 | S.C.P.P. LA NUEVA FE, S.C. DE. R.L. | | |
| 1042532 | | ROMULA | SEGURA |

Case 2:16-cv-04785 Document 1-1 Filed 05/10/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Zuniga | Angel | | |

| Phone Number | E-Mail Address |
|---|---|
| **011 52 8331034455** | **seincpez@hotmail.com** |
| Current Mailing Address | City / State / Zip |
| **Conocido, Ej. Mata La Monteada** | **Panuco, VER** |
| Attorney Name and Firm | Attorney E-Mail Address |
| **Anthony G. Buzbee**<br>**The Buzbee Law Firm** | **cadams@txattorneys.com** |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

8469

Case 2:16-cv-04785 Document 1-1 Filed 05/10/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. ________________.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. **13-cv-2791** and new Individual Action Case No. **To be determined**

☐ Other:________________________________________

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes **X**. No ________.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **BP Houston Claims office and/or Gulf Coast Claims Facility.**
2. The date of presentment (MM/DD/YYYY): **1/18/2013**.
3. The claim number(s) (if available). **1042473-01 / 1640925**.
4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ________. No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

Case 2:16-cv-04785 Document 1-1 Filed 05/10/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: ________________, 2016

Location (City and State): ____________________

______________________________________________
Signature of Plaintiff (***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf***)

Angel Zuñiga Diaz
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § | MDL NO. 2179<br>SECTION J |
| | § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br>Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| ANGEL ZUNIGA | § | CIVIL ACTION NO. _______ |
| | § | SECTION J |
| VS. | § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § | MAG. JUDGE SHUSHAN<br>JURY TRIAL DEMANDED |

**PLAINTIFF'S ANGEL ZUNIGA COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Angel Zuniga, complaining of the Defendants named herein, and files this Complaint, and in support thereof, would show as follows:

## I. INTRODUCTION

1. This Court found Defendants' conduct egregious and held Defendants liable under general maritime law and apportioned the comparative fault of BP, Transocean, and Halliburton for the blowout, explosion, and oil spill on April 20, 2010 involving the Deepwater Horizon.[1] The Court found fault as follows: 67% BP, 30% Transocean, and 3% Halliburton.

[1] *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 21 F. Supp. 3d 746 (Ed.La. Sept. 2014).