| Last Name / Business Name | First Name |
|---|---|
| Ballato, | **Emilio** |
| **Barra Vieja, S.C. de R.L.** | |
| Basurto, | **Refugio** |
| Bautista, | **Alfredo** |
| Caballero, | **Pablo** |
| Cabrera, | **Andres** |
| Cano, | **Joaquin** |
| Canul Mijangos, | Fernando |
| Catemaxca, | **Raquel** |
| Cazarin, | **Daniel** |
| Cepeda, | **Daniel** |
| Chavez, | **Victor** |
| **Congelados Marinos, S.A. de C.V.** | |
| **Cooperativa Acuicola La Centella S.C. de R.L.** | |
| Cruz, | **Andres** |
| Cruz, | **Luis** |
| Delgado, | **Jorge** |
| Diaz, | **Carlos** |
| Diaz, | **Israel** |
| Diaz, | **Maribel** |
| Echavarria, | **Alejandro** |
| Francisco, | **Heriberta** |
| Gallardo, | **Cruz** |
| Garcia, | **Feliciano** |
| Gonzalez, | **Lazaro** |
| Gonzalez, | **Maria** |
| Guatzozon, | **David** |
| Hernandez, | **Fernando** |
| Juarez, | **Luis** |
| **La Flor del Coco, S.C.L.** | |
| **La Laguna Cayuapan, S.C. de R.L.** | |
| **La Malinche de Centla, S.C. de R.L.** | |
| **Liberacion de la Barra, S.S.S.** | |
| **Lucero del Oriente, C.V. de R.L.** | |

**EXHIBIT C**

| | |
|---|---|
| Marquez, | **Carlos** |
| Mayo, | **Fernando** |
| Mendoza Vargas, | **Carlos Mario** |
| Nava, | **Flor** |
| Ochoa, | **Jose** |
| **Paso de Salta Barranca, S.C. de R.L.** | |
| Perez Madrigal, | **Donald** |
| Perez, | **Filiberto** |
| **Pescadores de la Laguna Colorada, S.C. de R.L.** | |
| **Pescadores del Golfo de Mexico, S.C. de R.L.** | |
| **Pescados y Mariscos La Capilla, S.C. de R.L. M.I.** | |
| **Productores del Gulfo, S.S.S.** | |
| Ramirez Sanchez, | Manuel |
| Ramon, | **Luis** |
| Razo, | **Andrea** |
| Razo, | **Jenny** |
| **Renovacion y Solidaridad, S.C. de R.L. de C.V.** | |
| Rojas, | **David** |
| S.C. de P.P. Acuicola de Bienes y Servicios El Gato Macho S.C. de R.L. | |
| **S.C. Delfines de Centla,** | |
| **S.C. El Pinzon, S.C. de R.L. de C.V.** | |
| **S.C. Isla de la Laguna Pajonal, S.C. de R.L.** | |
| **S.C. P.P. Pescadores Unidos de Arbolillos S.C. de R.L.** | |
| **S.C.P.P.  La Nueva Ola, S.C. de R.L. de C.V.** | |
| **S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V.** | |
| **S.C.P.P. Ah Caray I,  S.C. de R.L.** | |
| **S.C.P.P. Alma Jarocha, S.C. de R.L.** | |
| **S.C.P.P. Barra de Montepio, S.C. de R.L.** | |
| **S.C.P.P. Bonanza, S.C. de R.L. de C.V.** | |
| **S.C.P.P. Brisas De Gobernado Cruz, S.C. de R.L. de C.V.** | |
| **S.C.P.P. De Ribera de Sonteomapan, S.C.L.** | |
| **S.C.P.P. de Salta Barraca, S.C. de R.L.** | |
| **S.C.P.P. El Conde Silva, S.C. de R.L.** | |
| **S.C.P.P. El Mexal de Isla Aguada, S.C. de R.L.** | |
| **S.C.P.P. El Pampano, S.C.L. de C.V.** | |

| |
|---|
| **S.C.P.P. El Robalo de Vicente Guerrero, S.C. de R.L. de C.V.** |
| **S.C.P.P. Estero del Rey, S.C. de R.L.** |
| **S.C.P.P. Generacion 95, S.C. de R.L. de C.V.** |
| **S.C.P.P. Grupo Tenatsi, S.C. de R.L.** |
| **S.C.P.P. La Chispa Roja S.C.** |
| **S.C.P.P. La Espina, S.C. de R.L.** |
| **S.C.P.P. La Gaviota de Jalapita, S.C.L. de C.V.** |
| **S.C.P.P. La Trufa, S.C. de R.L.** |
| **S.C.P.P. Laguna de la Tortuga, S.C. de R.L.** |
| **S.C.P.P. Las Palmas de Sanchez Magallanes S.C. de R.L. de C.V.** |
| **S.C.P.P. Las Porfias, S.A. de R.L. de C.V.** |
| **S.C.P.P. Lebrancheros de Sonteomapan S.C. de R.L.** |
| **S.C.P.P. Milsadel, S.C. de R.L.** |
| **S.C.P.P. Mulala, S.C. de R.L.** |
| **S.C.P.P. NA Zoo, S.C. de R.L. de C.V.** |
| **S.C.P.P. Nuevos Pescadores de la Laguna, S.C. de R.L. de C.V.** |
| **S.C.P.P. Panatlan, S.C. de R.L.** |
| **S.C.P.P. Pescadores de Playa Boqueron, S.C. de R.L. C.V.** |
| **S.C.P.P. Pescadores de Rovirosa, S.C. de R.L. de C.V.** |
| **S.C.P.P. Pescadores de Salinas, S.C.L.** |
| **S.C.P.P. Pescadores Riverenos De Jalapita, S.C. de C.V.** |
| **S.C.P.P. Pescadores Unidos de la Laguna Camaronera, S.C.L.** |
| **S.C.P.P. Plan de Figueroa, S.C. de R.L.** |
| **S.C.P.P. Playa Cangregeros, S.S.C.** |
| **S.C.P.P. Punta del Salado, S.C. de R.L.** |
| **S.C.P.P. Punta El Buey, S.C. de R.L.** |
| **S.C.P.P. Riberenos del Carmen, S.L.L. de C.V.** |
| **S.C.P.P. Roxanne de Centla, S.C. de R.L. de C.V** |
| **S.C.P.P. San Francisco,  R.L. de C.V.** |
| **S.C.P.P. Seno los Platanos, S.C. de R.L.** |
| **S.C.P.P. Tanchicuin Boca, S.C. de R.L. de C.V** |
| **S.C.P.P. Unidos de Matamoros, S.C. de R.L.** |
| **S.S.S. Agrupacion La Unica** |
| **San Ramon, S.C. de R.L.** |
| Sanchez,                                                                                                                      **Ernesto** |

| | |
|---|---|
| Uscanga Perez, | **Homero** |
| Vazquez , | **Javier** |
| Vergara, | **Jose** |
| Zamudio, | **Isidoro** |
| Zamudio, | **Sergio** |