UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION J |
| This Document Relates to:<br>*Pleading Bundle B1* | ) ) ) ) ) | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| Commercial Metals Company, AHT, INC, CMC Steel Fabricators, Inc., SMI Steel, LLC | ) ) ) | CIV. ACTION NO. 2:16-cv-06259 |
| Plaintiffs, | ) ) | SECTION J |
| vs. | ) ) | JUDGE BARBIER |
| BP Exploration & Production, Inc. and BP America Production Company | ) ) ) | MAG. JUDGE SHUSHAN |
| Defendants. | ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

PLAINTIFFS, Commercial Metals Company, and its wholly owned subsidiaries AHT, Inc., CMC Steel Fabricators, Inc., and SMI Steel, LLC ("Plaintiffs"), submit this memorandum in response to the Court's Order to Show Cause, issued June 7, 2016 [Doc. 18724].

On March 29, 2016, this Court issued Pretrial Order 60 ("PTO 60"), requiring all plaintiffs with claims in Pleading Bundle 1 to file individual complaints if they had not already done so. It further required all plaintiffs to file a sworn statement as provided within PTO 60 [Doc. 16050]. All plaintiffs were required to comply with PTO 60 on or before May 2, 2016. Certain firms, including Cunningham Bounds, requested and received a 14 day extension to comply with PTO 60, which extended the deadline to May 16, 2016 [Doc. 16482].

Plaintiffs complied with all requirements of PTO 60 on May 16, 2016 by filing an individual complaint and attaching sworn statements for each of the four Plaintiffs. Complaint attached as Exhibit A. Sworn Statements attached as Exhibits B through D.

On June 7, 2016, the Court issued the Order to Show Cause in which Plaintiffs names are listed on Exhibit 2 as prepared by BP [Doc. 18724-3]. Exhibit 2 states "No" in the column indicating that Plaintiffs have not filed an individual complaint. This is the only deficiency claimed by BP for each of the Plaintiffs.

Plaintiffs are Commercial Metals Company and its wholly owned subsidiaries AHT, Inc., CMC Steel Fabricators, Inc., and SMI Steel, LLC. PTO 60 does not require "related parties such as a husband or wife or co-owners of a business" to file individual complaints [Doc. 16050, Footnote 3]. All Plaintiffs named in this complaint are related parties, as they are a parent company and its wholly owned subsidiaries. The subsidiaries were named in the complaint out of an abundance of caution.

Plaintiffs respectfully submit that they have complied with all requirements of PTO 60 and that there is no just cause to dismiss their case.

Date:  June 28, 2016

        **/s/  Allison W. Smalley**
        **Allison W. Smalley,** La. Bar No. 32957
        CUNNINGHAM BOUNDS, LLC
        1601 Dauphin Street, P.O. Box 66705
        Mobile, Alabama  36660
        Phone:  251-471-6191
        Fax:  251-479-1031
        E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com