*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Business Name | | | |
|---|---|---|---|
| COMMERCIAL METALS COMPANY | | | |
| Last Name | First Name | Middle Name/Maiden | Suffix |
|  |  |  |  |

| Phone Number | E-Mail Address |
|---|---|
| 972-409-4724 | paul.kirkpatrick@cmc.com |
| Current Mailing Address | City / State / Zip |
| 6565 NORTH MACARTHUR BOULEVARD, SUITE 800 | IRVING, TX 75039 |
| Attorney Name and Firm | Attorney E-Mail Address |
| Steven L. Nicholas<br>Cunningham Bounds, LLC | SLN@CunninghamBounds.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
75-0725338

Please indicate your status:

\_\_\_\_\_ Properly opted out of the Economic and Property Damages Settlement*

\_\_\_\_\_ Not a member of the Economic and Property Damages Settlement Class

\_\_\_\_\_ Member of the Economic and Property Damages Settlement Class

X   Other: May not be a member of the Economic Settlement Class

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

# Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

_____ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

__X__ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No.\_.

_____ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No.\_ and new Individual Action Case No.\_.

_____ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __DHECC__

2. The date of presentment (MM/DD/YYYY): __10/22/2013__.

3. The claim number(s) (if available). __CSSP Claimant ID: 100257157; CSSP Claim IDs: 252045; 252055; 252060__.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.    No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: May 16, 2016

Location (City and State): Irving, Texas

_____
Signature of Plaintiff

**Paul K. Kirkpatrick**

_____
Print Name