*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Business Name | | | |
|---|---|---|---|
| AHT, INC. | | | |
| Last Name | First Name | Middle Name/Maiden | Suffix |
| | | | |
| Phone Number | | E-Mail Address | |
| 972-409-4724 | | paul.kirkpatrick@cmc.com | |
| Current Mailing Address | | City / State / Zip | |
| 6565 NORTH MACARTHUR BOULEVARD, SUITE 800 | | IRVING, TX 75039 | |
| Attorney Name and Firm | | Attorney E-Mail Address | |
| Steven L. Nicholas | | SLN@CunninghamBounds.com | |
| Cunningham Bounds, LLC | | | |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
23-2870775

Please indicate your status:

_____ Properly opted out of the Economic and Property Damages Settlement*

_____ Not a member of the Economic and Property Damages Settlement Class

_____ Member of the Economic and Property Damages Settlement Class

  X    Other: May not be a member of the Economic Settlement Class

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

# Exhibit B

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

_____ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

\_\_X\_\_ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No.\_.

_____ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No.\_ and new Individual Action Case No.\_.

_____ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__ . No _____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: DHECC

2. The date of presentment (MM/DD/YYYY): 10/22/2013.

3. The claim number(s) (if available). CSSP Claimant ID: 100257157; CSSP Claim ID: 252035.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ . No __X__ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __May 16__, 2016

Location (City and State): __Irving, Texas__

_____
Signature of Plaintiff

**Paul K. Kirkpatrick**
_____
Print Name