UNITD STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| This Document Relates To: | |
| Carol Auenson dba Bay Coast Charters<br>2:16-cv-4720 | |
| David Wilkinson<br>2:16-cv-4605 | |
| The Reefkeeper<br>2:16-cv-5955 | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**
**REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 60**

COME NOW the above-captioned Plaintiffs, by and through the undersigned attorneys, and in response to this Honorable Court's Order to Show Cause Regarding Compliance with Pretrial Order No. ("PTO 60") and state as follows:

1.    Carol Auenson dba Bay Coast Charters; 2:16-cv-4720

This case has resolved and has been voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

2.    David Wilkinson; 2:16-cv-4605

This case has resolved and has been voluntarily dismissed with prejudice as to all Defendants except claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore

Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

3. The Reefkeeper; 2:16-cv-5955

Plaintiff is not named on any exhibits attached to this Court's Order to Show Cause Regarding Compliance with PTO 60. However, Plaintiff's case number, 2:16-cv-5955, is listed on Exhibit 1 and is associated with Plaintiff Michael Boatright.

To clarify, although Michael Boatright is an officer and agent for The Reefkeeper, The Reefkeeper is its own entity with its own complaint. The Reefkeeper respectfully submits that it filed an individual complaint and sworn statement in compliance with PTO 60 and its complaint should not be dismissed.

Respectfully submitted,

*s/ Merritt E. Cunningham*_____
Merritt E. Cunningham LSBA 32843
Michael G. Stag LSBA 23314
**Smith Stag, LLC**
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mcunningham@smithstag.com
mstag@smithstag.com

And

Kelley B. Stewart FL Bar No.492132
Michael J. Ryan FL Bar No.975990
Joseph J. Slama, FL Bar No. 47617
Jesse S. Fulton FL Bar No. 112495
Kevin A. Malone FL Bar No.224499
Carlos A. Acevedo FL Bar No.0097771
**The Law Offices of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, PA**
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301
954-763-8181 telephone
954-763-8292 facsimile

>kstewart@krupnicklaw.com
>mryan@krupnicklaw.com
>jslama@krupnicklaw.com
>jfulton@krupnicklaw.com
>kmalone@krupnicklaw.com
>cacevedo@krupnicklaw.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Response to Order to Show Cause re: Compliance with PTO 60* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

>*s/ Merritt E. Cunningham*_____
>Merritt E. Cunningham LSBA 32843