UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION J |
| This Document Relates to:<br>*Pleading Bundle B1* | ) ) ) ) ) | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| Century Bank<br><br>                     Plaintiff,<br><br>vs.<br><br>BP Exploration & Production, Inc. and BP America Production Company<br><br>                     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CIV. ACTION NO. 2:13-cv-02412<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### RESPONSE TO ORDER TO SHOW CAUSE

PLAINTIFF, Century Bank, submits this memorandum in response to the Court's Order to Show Cause, issued June 7, 2016 [Doc. 18724].

On March 29, 2016, this Court issued Pretrial Order 60 ("PTO 60"), requiring all plaintiffs with claims in Pleading Bundle 1 to file individual complaints if they had not already done so. It further required all plaintiffs to file a sworn statement as provided within PTO 60 [Doc. 16050]. All plaintiffs were required to comply with PTO 60 on or before May 2, 2016. Certain firms, including Cunningham Bounds, requested and received a 14 day extension to comply with PTO 60, which extended the deadline to May 16, 2016 [Doc. 16482].

Plaintiff complied with all requirements of PTO 60 on May 2, 2016 by filing its sworn statement. Sworn Statement attached as Exhibit A. Plaintiff previously filed an individual

1

lawsuit. The individual lawsuit was filed in the Eastern District of Louisiana on April 23, 2013. Complaint attached as Exhibit B.

On June 7, 2016, the Court issued the Order to Show Cause. Plaintiff is not listed on either Exhibit 1 of the compliant plaintiffs or on Exhibit 2 of the deficient plaintiffs. Plaintiff is not aware of any deficiencies with its filings.

Plaintiff respectfully submits that it has complied with all requirements of PTO 60 and that there is no just cause to dismiss its case.

Date:  June 28, 2016

**/s/  Allison W. Smalley**
**Allison W. Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com