UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Gary L. Button; Marilyn Hickman Beckham;    )
Carol Hickman Beheler; Marcus B. Blackwell;    )
Michael L. Blackwell; Peter Blackwell; Wanda    )
Patton Cowart; Judith M. Cuevas; Wanda    )
Hickman Curtis; Michele Wilson Davis; Herbert )
Wayne Easterling; Robert D. Easterling;    )
Virginia Hickman Eaton; Charlotte Wilson    )
Edwards; Gloria J. Evans; Kenneth E. Evans;    )
Lenora A. Evans; Port G. Evans; Sharon E.    )
Evans; James Clark Harrell; Patricia Ann    )
Easterling Hatten; the living heirs of Mark    )
Edward Hester; Patsye E. Hester; Steven R.    )        CIVIL ACTION NO. 13-cv-2306
Hester; Essie Sellers Hickman; Harold    )
V. Hickman; Glen Russell Hickman; Jaden    )        SECTION: J
Elyse Hickman; James Ellis Hickman; Joseph    )
W. Hickman; Linda Hickman;    )        HONORABLE CARL J. BARBIER
Mary Elvia Hickman; Peter Griffin Hickman;    )
Robinson W. Hickman, Jr.; Roger Allan    )        MAG. JUDGE SHUSHAN
Hickman; Sydne Lauren Hickman; Tyler    )
Hickman; William Earl Hickman; William    )
Martin Hickman; Rucker    )
Howell, Trustee of the Mable H. Howell    )
Revocable Trust; Melissa Wilson Kennedy;    )
Barbara Patton King; Brenda Patton McDonald;)
Gloria Jean Hickman Murphy; Lloyd Nathaniel )
Nicaud, as Assignee of Interest Held by Mary    )
Grace Bunch; Doye Patton Parker; Donald    )
Patton; Lois Patton; Randall Patton; Richard    )
Patton; Ronnie Lynn Patton; Roy D. Patton;    )
Wendell Patton; Barbara E. Robinson;    )
Schulzie Ann Roland; Homer Ray Saucier;    )
Robert Alan Saucier; Carol Patton Shiyou;    )
Merle Hickman Simmons; Rita Pearl Saucier    )
Smith; Sarah Hickman Smith; Barbara Wilson    )
Stewart; Thorne Blackwell Sullivan; Patricia    )
Varnado, Administratrix for the Estate of    )
Arthur E. Marsh; Diane Wanker; Elaine    )
Easterling Whittenburg; Ronald Williams;    )
Elizabeth Hickman Willison; Billy Jack Wilson; )
Clark P. Wilson; Frank Wilson; Kenneth    )
G. Wilson; Kevin Wilson; Lola Dean Wilson;    )
Michael J. Wilson; Myra P. Wilson; Ottis    )

**E. Wilson; Steven G. Wilson; Terry A. Wilson;**   )
**and Todd M. Wilson.**                               )
                                                      )
        Plaintiffs,                              )
                                                      )
**vs.**                                               )
**BP Exploration & Production, Inc.; BP America** )
**Production Company; Halliburton**                   )
**Energy Services, Inc.; and Sperry Drilling**        )
**Services, a division of Halliburton Energy**        )
**Services, Inc.**                                    )
                                                      )
        Defendants.                             )
                                                      )
_____ )

This action relates to and falls withing the "B-1   )
Bundle" in the MDL NO.  2179, the matter entitled )
and styled:                                           )
                                                      )
**MDL NO.  2179**                                     )
                                                      )
**In the United States District Court for the**       )
**Eastern District of Louisiana**                     )
**Section J: Honorable Carl J.  Barbier;**            )
**Magistrate Judge Shushan**                          )
_____ )

---

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

      COME NOW, Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, 216

West Jackson Street, Ridgeland, Mississippi 39157, and file this their *Motion to Withdraw as Counsel of*

*Record* for Barbara Patton King, Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard

Patton, Roy D. Patton, and Carol Patton Shiyou (collectively referred to as "Plaintiffs"), and would show

unto the court the following, to wit:

1.     This is a property damages claim against BP et al. originally filed by Plaintiffs on April 22, 2013.  Plaintiffs' claim is on behalf of themselves as joint owners of an undivided interested in a 40-acre parcel of land located on Horn Island, in Jackson County, Mississippi.  Their claim is a property damage claim arising out of their property in Mississippi.

2.     A conflict has arisen that prevents further representation by Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC.  Specifically, Jared A.  Kobs has been attempting to get in contact with Plaintiffs for some time in an effort to resolve their claims prior to proceeding any further with litigation.  Almost all of the Plaintiffs have refused to even respond to Jared A.  Kobs for close to two weeks despite multiple phone calls to each, and although one or two of the Plaintiff have responded to Jared A.  Kobs, they refuse to negotiate and wish to proceed with litigation.  Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, and the remaining Plaintiffs have a material difference in the value of the claim, and Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, believe that it will be too expensive to proceed with the claim given the Plaintiffs' very small percentage of ownership in the property at issue.

3.     Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, desire to withdraw as counsel of record for Plaintiffs in the above-referenced civil action.

4.     Plaintiffs are requesting sixty (60) days from the date the order is entered to retain new counsel or advise the court of their intentions to proceed *pro* se.

5.     Movant's withdrawal will not adversely affect either the rights of the opposing party or the rights of the Plaintiffs, and granting this motion will not interfere with the prompt administration of justice by this Court.

6.      Justice will best be served, and it will be to the best interest of Plaintiffs, that movants be allowed to withdraw as counsel.

WHEREFORE, PREMISES CONSIDERED, Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, respectfully request an order from this court allowing them to withdraw as counsel of record for Plaintiffs, and further allowing Plaintiffs sixty (60) days from the date the order is entered to retain new counsel or advise the court of their intentions to proceed *pro se.*

RESPECTFULLY SUBMITTED, this the 28th day of June, 2016.

/s/Jared A. Kobs
Jared A. Kobs, MSB No. 101612
Benjamin N. Philley MSB No. 101556
KOBS & PHILLEY, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
216 West Jackson Street
Ridgeland, Mississippi 39157
Telephone: 601.856.7800
Facsimile: 601.856.7031
E-mail: jkobs@kobsphilley.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon counsel via File and Serve Express on this 28th day of June, 2016.

S/Jared A. Kobs