# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

**This Document relates to:**

**Doc No. 18724 and Case Nos. 10-04225, 16-06100, 10-04225 16-06114, 16-06048, 10-04224, 16-06079, 16-06103, 11-00363 16-06047, 10-04216, 16-04978 16-06109, 13-05147, 16-06063 10-04225, 16-07029, 16-06068 16-06072, 11-00363, 16-06180 16-06070, 10-04225, 16-06034 10-04220, 16-06116, 16-06062 16-05918, 16-06192, 10-04214 16-06143, 11-00363, 16-06077 13-05147, 16-06019, 11-00363 16-06171, 16-06142, 13-05144 16-05661, 13-05144, 16-06160 10-04220, 16-06064, 10-04214 16-06087, 10-04220, 16-06015 10-04220, 10-04235, 16-06132 10-04225, 16-06066, 10-04220 16-06154, 13-05142, 16-06182 10-04220, 16-06138, 10-04220 16-06110, 10-04220, 16-05684 16-06029, 16-06104, 11-00363 16-06190, 11-00363, 16-06134 10-04220 and 16-06082**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING COMPLIANCE WITH PTO 60

COME NOW Plaintiffs referenced herein who through counsel file this response to the Court's June 7, 2016 Order to Show Cause (Doc. No. 18724). Of the claimants represented by undersigned counsel which appeared on the aforementioned show cause order their status and response can be categorized as follows:

### A. *Resolved claims with notices of voluntary dismissal filed*

The following list Plaintiffs have resolved their claims against the named Defendants in their respective actions and filed notices of voluntary dismissals (*See* Doc Nos. 20335 and 20337). Consequently, the previously identified deficiencies are now moot:

| Plaintiff Name: | Civ. A. Number |
|---|---|
| Berryman, John | 10-04225<br>16-06100 |
| Bogden, Sandra | 10-04225<br>16-06114 |
| Cervantes, Jose | 16-06048 |
| Corlis, Roger | 10-04224<br>16-06079 |
| Duff, Mary | 16-06103 |
| Englund's Deli, Inc. | 11-00363<br>16-06047 |

| | |
|---|---|
| Garcia Bookkeeping Service | 10-04216<br>16-04978 |
| Guidry, Craig | 16-06109 |
| Hicks, Donald J. | 13-05147<br>16-06063 |
| Hubbard, John | 10-04225<br>16-07029 |
| Huffman Shopping Center | 16-06068 |
| Pierre, John | 16-06072 |
| Johnson, David | 11-00363<br>16-06180 |
| Knight, Henry J. | 16-06070 |
| Ladnier, Scottie | 10-04225<br>16-06034 |
| Longoria, Vincent | 10-04220<br>16-06116 |
| Magical Moments Weddings | 16-06062 |
| Myers, Trevor | 16-05918 |
| Owensby, Brian | 16-06192 |
| Rodriguez, Isauro | 10-04214<br>16-06143 |
| Yates, John | 11-00363<br>16-06077 |
| Berger, Cindy | 13-05147<br>16-06019 |
| Yousef, Hashem | 11-00363<br>16-06171 |

| Michalak, Glenn | 16-06142 |
|---|---|
| Larry Kasiba Installation, LLC | 13-05144<br>16-05661 |
| CJ's Salon, LLC. | 13-05144,<br>16-06160 |

### B. Resolved claims notices of voluntary dismissal pending

The following Plaintiff has resolved his claims against the named Defendants in his lawsuit and is in the process of filing a voluntary dismissal. Consequently, the previously identified deficiency will be moot upon filing of the aforementioned voluntary dismissal. As such, Plaintiff would ask that the Court not dismiss this action at this time.

| Mariano Gonzalez Rey | 10-04220, 16-06064 |
|---|---|

### C. Claims with remaining deficiencies

Despite diligent efforts by undersigned counsel to notify the following clients of the identified deficiencies described in the Court's show cause order, the following clients have not provided signed sworn statements to accompany their respective re-filed lawsuits. Counsel has made efforts to comply with PTO 60 on behalf of the following clients to the extent permitted by the Court but has not received a signed sworn statement as of the date of this filing. Counsel requests an additional 30 days to continue efforts to locate and obtain the documents necessary to comply with PTO 60 before dismissal with prejudice is entered in these case.

| Client Name | Civ. A. No. |
|---|---|
| Carlos Cantu, Jr. | 10-04214, 16-06087 |
| Armando Flores | 10-04220, 16-06015 |
| Mendoza German | 10-04220, 10-04235, 16-06132 |
| Adam Guillot | 10-04225, 16-06066 |
| David Wayne Hamblin | 10-04220, 16-06154 |
| Linda Steward dba Sunshine Tax Services, Inc. | 13-05142, 16-06182 |
| Celestino Lopez | 10-04220, 16-06138 |
| Raul Blanco Moreno | 10-04220, 16-06110 |
| Nicolas Olguin | 10-04220, 16-05684 |
| Overtime Sports Grill, LLC | 16-06029 |
| Roger, Godfrey J. | 16-06104 |
| Stevenson, Charles | 11-00363, 16-06190 |
| The Shrimp Man | 11-00363, 16-06134 |
| Zapata, Edgar A. | 10-04220, 16-06082 |

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler
Louisiana Bar Roll # 34995
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
**ATTORNEYS FOR PLAINTIFFS**

## Certificate of Service

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Noah M. Wexler*
Noah M. Wexler