UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | ) | |
|     of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| *Pleading Bundle B1* | ) | |
| | ) | MAG. JUDGE SHUSHAN |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| John C. Ellis, III individually and d/b/a Blue | ) | |
| Water Bay Resort & Casino Development, | ) | |
| Columbia Land Development, LLC, Columbia | ) | |
| Marketplace Limited, LP, Westgate | ) | |
| Apartments, LP, Gulf Grove, LP, JCE | ) | |
| Commercial Properties, Inc. | ) | |
| | ) | CIV. ACTION NO. 2:13-cv-02074 |
|            Plaintiffs, | ) | |
| | ) | SECTION J |
| vs. | ) | |
| | ) | JUDGE BARBIER |
| BP Exploration & Production, Inc. | ) | |
| and BP America Production Company | ) | MAG. JUDGE SHUSHAN |
| | ) | |
|            Defendants. | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

PLAINTIFFS, John C. Ellis, III individually and d/b/a Blue Water Bay Resort & Casino Development, Columbia Land Development, LLC, Columbia Marketplace Limited, LP, Westgate Apartments, LP, Gulf Grove, LP, JCE Commercial Properties, Inc. ("Plaintiffs"), submit this memorandum in response to the Court's Order to Show Cause, issued June 7, 2016 [Doc. 18724].

On March 29, 2016, this Court issued Pretrial Order 60 ("PTO 60"), requiring all plaintiffs with claims in Pleading Bundle 1 to file individual complaints if they had not already

1

done so.  It further required all plaintiffs to file a sworn statement as provided within PTO 60 [Doc. 16050]. All plaintiffs were required to comply with PTO 60 on or before May 2, 2016. Certain firms, including Cunningham Bounds, requested and received a 14 day extension to comply with PTO 60, which extended the deadline to May 16, 2016 [Doc. 16482].

Plaintiffs complied with all requirements of PTO 60 on May 4, 2016 by filing sworn statements for each of the six Plaintiffs.  Sworn Statements attached as Exhibits A through F. Plaintiffs previously filed an individual lawsuit. The individual lawsuit was filed in the Eastern District of Louisiana on April 20, 2013. Complaint attached as Exhibit G.

On June 7, 2016, the Court issued the Order to Show Cause in which only Plaintiff Columbia Land and Development, LLC is listed on Exhibit 2 as prepared by BP [Doc. 18724-3]. Exhibit 2 states "No" in the column indicating that Columbia Land and Development, LLC has not filed an individual complaint. This is the only deficiency claimed by BP.  The other five Plaintiffs, John C. Ellis, III individually and d/b/a Blue Water Bay Resort & Casino Development, Columbia Marketplace Limited, LP, Westgate Apartments, LP, Gulf Grove, LP, JCE Commercial Properties, Inc., are listed in Exhibit 1 as compliant with PTO 60.

Plaintiffs are all co-owners of a parcel of real property on which their claims are based, as stated in their complaint.  PTO 60 does not require "related parties such as a husband or wife or co-owners of a business" to file individual complaints [Doc. 16050, Footnote 3].  Plaintiffs are related parties, as they are co-owners of real property.

Plaintiffs respectfully submit that they have complied with all requirements of PTO 60 and that there is no just cause to dismiss their case.


Date:  June 28, 2016

2

        **/s/  Allison W. Smalley**
        **Allison W. Smalley,** La. Bar No. 32957
        CUNNINGHAM BOUNDS, LLC
        1601 Dauphin Street, P.O. Box 66705
        Mobile, Alabama  36660
        Phone:  251-471-6191
        Fax:  251-479-1031
        E-mail: aws@cunninghambounds.com


Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com