## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DEAN BLANCHARD SEAFOOD, INC.
DEAN BLANCHARD; and
JODIE BLANCHARD,                                   **CAUSE NO.:  2:13-cv-01978**

      *Plaintiffs*

**vs.**

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY, and
BP P.L.C.

      *Defendants*

## CORRECTED RESPONSE TO SHOW CAUSE
## RE: COMPLIANCE WITH PTO 60

In response to this Honorable Court's order to Show Cause in Compliance with PTO 60, Dean Blanchard Seafood, Inc. ("Blanchard Seafood"), Dean Blanchard, and Jodie Blanchard respond to the deficiencies listed on Exhibit 2 of the Show Cause Order as follows:

      **1.**      **Responded Regarding Presentment –** This item is erroneously listed as deficient. Blanchard Seafood, Dean Blanchard and Jodie Blanchard each filed individual Exhibit A's in compliance with PTO 60 and provided responsive presentment information. Specifically, Presentment was made on the Gulf Coast Claims Facility ("GCCF") on an unknown date  and  Presentment was also made on the BP Claims Center on January 18, 2013. Image of Exhibit A Presentment Response for each plaintiff is provided below:

      **2.**

Presentment Response for Blanchard Seafood:

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

      Yes <u>X</u>    .    No <u>        </u>.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: <u>GCCF, BP & BP CLAIMS PROGRAM</u>
                                              .

2. The date of presentment (MM/DD/YYYY): <u>01</u> / <u>18</u> / <u>2013</u>    .
                                GCCF:  1124322; BP:  6866124147510

*See* Filing of Sworn Statement, Blanchard Seafood, et al v. BP, E.D. La, Case No. 2:13-cv-01978, Doc. 8 at 4.

Presentment Information for Dean Blanchard (individual)

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes X_____.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: GCCF, BP & BP CLAIMS PROGRAM
_____.

2. The date of presentment (MM/DD/YYYY): 01 / 18 / 2013 .
   GCCF: 1124322;  BP:  6866124147510

*Id.* at 7.

Presentment Information for Jodie Blanchard (individual)

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes X_____.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: GCCF, BP & BP CLAIMS PROGRAM
_____.

2. The date of presentment (MM/DD/YYYY): 01 / 18 / 2013 .
   GCCF: 1124322;  BP:  6866124147510

*Id.* at 10.

3. **Responded Regarding Release:** This item is erroneously listed as deficient in Order to Show Cause Exhibit 2 because the plaintiffs responded to release information in the negative stating "No" it had not signed a release. An image of each plaintiffs release response is provided below[1]:

---
[1] Plaintiffs original response to show cause was filed with missing pages number on this citation. *See* In re Deepwater Horizon, E.D.La, 2:10-md-02179, Doc. 20229. Plaintiffs hereby correct this omission.

2

Blanchard Seafood Response to release:

4.  Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.    No No_____.

*See* Filing of Sworn Statement, Blanchard Seafood, et al v. BP, E.D. La, Case No. 2:13-cv-01978, Doc. 8 at 4

Dean Blanchard (individual) Response to Release:

4.  Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.    No X_____.

See *id*. at 7.

Jodie Blanchard (individual) Response to Release:

4.  Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.    No X_____.

See *id.* at 10.

[remainder of page intentionally blank]

4. **Signed by Plaintiff:** This item is erroneously listed as deficient in Order to Show Cause Exhibit 2 because Dean Blanchard, President of Dean Blanchard Seafood, Inc. signed Exhibit A. An image of Blanchard's signature from Exhibit A is provided below:

Signature for Blanchard Seafood:

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _April 15_, 2016

Location (City and State): Grand Isle, LA

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Dean Blanchard, President, Dean Blanchard Seafood, Inc.
Print Name

*See* Filing of Sworn Statement, Blanchard Seafood, et al v. BP, E.D.La, Case No. 2:13-cv-01978, Doc. 8 at 5.

Signature for Dean Blanchard (individual):

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _April 15_, 2016

Location (City and State): Grand Isle, LA

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Dean Blanchard
Print Name

*See* Filing of Sworn Statement, Blanchard Seafood, et al v. BP, E.D.La, Case No. 2:13-cv-01978, Doc. 8 at 8.

Signature for Jodie Blanchard (individual):

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _April 15_, 2016

Location (City and State): Grand Isle, LA

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Jodie Blanchard

Print Name

*See* Filing of Sworn Statement, Blanchard Seafood, et al v. BP, E.D.La, Case No. 2:13-cv-01978, Doc. 8 at 11.

Based on the foregoing, the undersigned respectfully submits compliance with PTO 60, Exhibit A and asks the court find there are no deficiencies in Dean Blanchard Seafood, Inc., Dean Blanchard and Jodie Blanchard's compliance with PTO 60.

Respectfully submitted,

BARON & BUDD, P.C.
SCOTT SUMMY
ssummy@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

5

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

Scott Summy