EXHIBIT A

E-SERVICE
59012919
May 16 2016
01:30PM
File & ServeXpress

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN BLANCHARD SEAFOOD, INC.; | * | CIVIL ACTION No. 2:13-CV-01978 |
| DEAN BLANCHARD; JODIE BLANCHARD | * | SECTION: J |
| *Plaintiffs* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

VERSUS

BP EXPLORATION &
PRODUCTION, INC., BP AMERICA
PRODUCTION COMPANY
BP P.L.C.,
*Defendants*

### FILING OF SWORN STATEMENTS FOR DISCLOSURE OF B1 CLAIMS

In compliance with Pre-trial Order 60, DEAN BLANCHARD SEAFOOD, INC.; DEAN

BLANCHARD, and JODIE BLANCHARD, submit the attached Sworn Statements named

Exhibit A and supporting documents.

Respectfully submitted,

_____
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
MITCHELL MCCREA (Texas Bar No. 24041435)
mmccrea@baronbudd.com
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

**COSSICH, SUMICH, PARISOLA & TAYLOR, LLC**
PHILIP F. COSSICH, JR. #1788 (T.A.)
pcossich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
Btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Post Office Box 400
Belle Chasse, Louisiana 70037
Telephone (504) 394-9000
Facsimile:  (504) 394-9110

**EXHIBIT A**

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
|---|
| Civil Action No. 10-MD-2179-CJB-SS |

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Dean Blanchard Seafood, Inc. | | | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 787-2965 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 195 Cypress Lane | Grand Isle, LA 70358 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Scott Summy & Mitchell McCrea | ssummy@baronbudd.com |
| Baron & Budd, P.C. | mmccrea@baronbudd.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

72-0976227

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _2:13-CV-01978_.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

☐ Other:_____

  * A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

        Yes _X_____.  No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_GCCF, BP & BP CLAIMS PROGRAM_
_____.

2. The date of presentment (MM/DD/YYYY): _01_ / _18_ / _2013_
              GCCF: 1124322; BP: 6866124147510
3. The claim number(s) (if available)._BPCP: 1087177-02_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

        Yes _____.  No _No_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _April 15_, 2016

Location (City and State): _Grand Isle, LA_.

_[signature]_

Signature of Plaintiff (*Plaintiff's Attorney __Cannot__ Sign on Plaintiff's Behalf*)

Dean Blanchard, President, Dean Blanchard Seafood, Inc.

Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Dean | | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 787-3464 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. BOX 1 | Grand Isle, LA  70358 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Scott Summy & Mitchell McCrea Baron & Budd, P.C. | ssummy@baronbudd.com mmccrea@baronbudd.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

5604

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _2:13-CV-01978_.

   Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

☐ Other:_____

  * A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

        Yes _X_____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: _GCCF; BP AND BP CLAIMS PROGRAM_
_____.

2. The date of presentment (MM/DD/YYYY): _01___ / _19_____ / _2013_____.
               GCCF: 01034268; BP: 6866124147510

3. The claim number(s) (if available). _BPCP: 1097259-01_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

        Yes _____.   No _X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____

_____

_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _Apr l 15_, 2016

Location (City and State): _Grand Isle, LA_

_[signature]_

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

# Dean Blanchard

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

**EXHIBIT A**

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* |
|---|
| Civil Action No. 10-MD-2179-CJB-SS |

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Jodie | | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 787-3464 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. BOX 1 | Grand Isle, LA  70358 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Scott Summy & Mitchell McCrea | ssummy@baronbudd.com |
| Baron & Budd, P.C. | mmccrea@baronbudd.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

5004

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __2:13-CV-01978__.

__ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

　　　　　Yes _X_____.　　No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: _GCCF; BP and BP CLAIMS PROGRAM_
_____.

2. The date of presentment (MM/DD/YYYY): _01_ / _19_ / _2013_.
　　　　　　　　　　　　　　GCCF: 1133422; BP: 6866124163385
3. The claim number(s) (if available). _BPCP: 1085669-03_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

　　　　　Yes _____.　　No _X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _April 15_____, 2016

Location (City and State): _Grand Isle, LA_

_Jodie Blanchard_
Signature of Plaintiff (*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf*)

Jodie Blanchard
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

## IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
### (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Dean | Philip | |

| Phone Number | E-Mail Address |
|---|---|
| 214-521-3605 | |

| Address | City / State / Zip |
|---|---|
| P.O. Box 1 | Grand Isle, LA 70358 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name | Business Name<br>Dean Blanchard Seafood, Inc. |
| Job Title / Description | Type of Business<br>Seafood supplier/distributor/processor |
| Address | Address<br>P.O. Box 1 |
| City / State / Zip | City / State / Zip<br>Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number<br>6227 |

| Attorney Name<br>Scott Summy | Firm Name<br>Baron & Budd, P.C. |
|---|---|
| Address<br>3102 Oak Lawn Ave., Suite 1100 | City / State / Zip<br>Dallas, TX 75219 |
| Phone Number<br>(214) 521-3605 | E-Mail Address<br>ssummy@baronbudd.com |

| Claim filed with BP?   YES ☐   NO ☐ | Claim Filed with GCCF?:   YES ☐   NO ☐ |
|---|---|
| If yes, BP Claim No.: unknown | If yes, Claimant Identification No.: unknown |

**Claim Type (Please check all that apply):**

| | | |
|---|---|---|
| ☑ Damage or destruction to real or personal property | ☐ Fear of Future Injury and/or Medical Monitoring | |
| ☑ Earnings/Profit Loss | ☐ Loss of Subsistence use of Natural Resources | |
| ☐ Personal Injury/Death | ☑ Removal and/or clean-up costs | |
| | ☐ Other: | |

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury.  For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred.  For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant is claiming lost earnings due to the negative impact on the Claimant's industry caused by the Oil Spill. The Oil Spill had a dramatic effect on the seafood industry and Claimant will continue to suffer the loss of reputation of Gulf seafood for years to come.  Claimant also owned wetlands/real property that was damaged by the Oil Spill and incurred remediation costs as a result.  Claimant files this Complaint seeking a full recovery of all past and future losses, damages, and expenses related to the Oil Spill, punitive damages, the expenses incurred to document its damages, and any and all other damages owed to Claimant under the Oil Pollution Act ("OPA"), General Maritime Law, the Clean Water Act, and all other state and federal laws applicable to this matter. Claimant reserves the right to supplement and/or amend its response, including the calculation of damages, as the case develops.

In addition to Plaintiff's other transmissions, claims and filings, Plaintiff, out of an abundance of caution, made and/or re-made claim Presentment in accord with 33 USC §§ 2702(b) and 2713 by submitting a description of the claim with a "sum certain" demand and with supporting documentation to BP as the "Responsible Party" under OPA via certified mail and electronic transmission, on or about January 19, 2013.  BP either denied Plaintiff's claims or otherwise failed to accept or respond within 90 days of Presentment.  Plaintiff has thus satisfied the

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

_____

_____

_____

_____

_____

_____

_____

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

_____

_____

_____

_____

_____

_____

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ 1.    Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☑ 2.    Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3.    Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4.    Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5.    Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6.    Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☑ 7    Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8.    Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9.    Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10.   Person who utilizes natural resources for subsistence.

☐ 11.   Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1.    Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.    Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.    Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.    Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.    Resident who lives or works in close proximity to coastal waters.

☐ 6.    Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Scott Summy
_____
Print Name

April 20, 2013
_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

## IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

| CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM |
|---|

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Dean | Philip | |

| Phone Number | E-Mail Address |
|---|---|
| 214-521-3605 | |

| Address | City / State / Zip |
|---|---|
| P.O. Box 1 | Grand Isle, LA 70358 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ✔ |
|---|---|
| Employer Name | Business Name<br>Dean Blanchard Seafood, Inc. |
| Job Title / Description | Type of Business<br>Seafood supplier/distributor/processor |
| Address | Address<br>P.O. Box 1 |
| City / State / Zip | City / State / Zip<br>Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number<br>6227 |

| Attorney Name<br>Scott Summy | Firm Name<br>Baron & Budd, P.C. |
|---|---|
| Address<br>3102 Oak Lawn Ave., Suite 1100 | City / State / Zip<br>Dallas, TX  75219 |
| Phone Number<br>(214) 521-3605 | E-Mail Address<br>ssummy@baronbudd.com |

| Claim filed with BP?    YES ☐    NO ☐ | Claim Filed with GCCF?:    YES ☐    NO ☐ |
|---|---|
| If yes, BP Claim No.: unknown | If yes, Claimant Identification No.: unknown |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ✔ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ✔ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ✔ | Removal and/or clean-up costs |
| | | ☐ | Other: |

---

[1]  This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888.  While this Direct Filing Short Form is to be filed in CA. No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.  Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant is claiming lost earnings due to the negative impact on the Claimant's industry caused by the Oil Spill. The Oil Spill had a dramatic effect on the seafood industry and Claimant will continue to suffer the loss of reputation of Gulf seafood for years to come. Claimant also owned wetlands/real property that was damaged by the Oil Spill and incurred remediation costs as a result. Claimant files this Complaint seeking a full recovery of all past and future losses, damages, and expenses related to the Oil Spill, punitive damages, the expenses incurred to document its damages, and any and all other damages owed to Claimant under the Oil Pollution Act ("OPA"), General Maritime Law, the Clean Water Act, and all other state and federal laws applicable to this matter. Claimant reserves the right to supplement and/or amend its response, including the calculation of damages, as the case develops.

In addition to Plaintiff's other transmissions, claims and filings, Plaintiff, out of an abundance of

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [x] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Scott Summy
_____
Print Name

April 20, 2013
_____
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# IN RE: OIL SPILL by "Deepwater Horizon"

# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

**MDL 2179** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Dean | Philip | |

| | |
|---|---|
| Phone Number: 214-521-3605 | E-Mail Address: |
| Address: P.O. Box 1 | City / State / Zip: Grand Isle, LA 70358 |
| **INDIVIDUAL CLAIM** ☐ | **BUSINESS CLAIM** ☑ |
| Employer Name: | Business Name: Dean Blanchard Seafood, Inc. |
| Job Title / Description: | Type of Business: Seafood supplier/distributor/processor |
| Address: | Address: P.O. Box 1 |
| City / State / Zip: | City / State / Zip: Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number: | Last 4 digits of your Tax ID Number: 6227 |
| Attorney Name: Scott Summy | Firm Name: Baron & Budd, P.C. |
| Address: 3102 Oak Lawn Ave., Suite 1100 | City / State / Zip: Dallas, TX 75219 |
| Phone Number: (214) 521-3605 | E-Mail Address: ssummy@baronbudd.com |
| Claim filed with BP? YES ☐ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☐ |
| If yes, BP Claim No.: unknown | If yes, Claimant Identification No.: unknown |

**Claim Type (Please check all that apply):**

- ☑ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☑ Removal and/or clean-up costs
- ☐ Other:

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant is claiming lost earnings due to the negative impact on the Claimant's industry caused by the Oil Spill. The Oil Spill had a dramatic effect on the seafood industry and Claimant will continue to suffer the loss of reputation of Gulf seafood for years to come. Claimant also owned wetlands/real property that was damaged by the Oil Spill and incurred remediation costs as a result. Claimant files this Complaint seeking a full recovery of all past and future losses, damages, and expenses related to the Oil Spill, punitive damages, the expenses incurred to document its damages, and any and all other damages owed to Claimant under the Oil Pollution Act ("OPA"), General Maritime Law, the Clean Water Act, and all other state and federal laws applicable to this matter. Claimant reserves the right to supplement and/or amend its response, including the calculation of damages, as the case develops.

In addition to Plaintiff's other transmissions, claims and filings, Plaintiff, out of an abundance of caution, made and/or re-made claim Presentment in accord with 33 USC §§ 2702(b) and 2713 by submitting a description of the claim with a "sum certain" demand and with supporting documentation to BP as the "Responsible Party" under OPA via certified mail and electronic transmission, on or about January 19, 2013. BP either denied Plaintiff's claims or otherwise failed to accept or respond within 90 days of Presentment. Plaintiff has thus satisfied the

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☑ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☑ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Scott Summy
_____
Print Name

April 20, 2013
_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 APR 20 AM 10: 24
LORETTA G. WHYTE
CLERK

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION JOINDER IN MASTER ANSWER INTERVENTION AND JOINDER IN MASTER COMPLAINTS PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Dean | Philip | |

| Phone Number | E-Mail Address |
|---|---|
| | |

| Address | City / State / Zip |
|---|---|
| | |

| INDIVIDUAL CLAIM ☒ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Dean Blanchard Seafood, Inc. | |
| Job Title / Description | Type of Business |
| General Manager | |
| Address | Address |
| P.O. Box 1/145 Cypress Lane | |
| City / State / Zip | City / State / Zip |
| Grand Isle, La. 70358 | |
| Last 4 digits of your Social Security Number   5604 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| N/A | N/A |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

| Claim filed with BP?   YES ☒   NO ☐ | Claim Filed with GCCF?:   YES ☒   NO ☐ |
|---|---|
| If yes, BP Claim No.   6866124-147510 | If yes, Claimant Identification No.   010343468 |

**Claim Type (Please check all that apply):**

☒ Damage or destruction to real or personal property
☒ Earnings/Profit Loss
☒ Personal Injury/Death

☒ Fear of Future Injury and/or Medical Monitoring
☒ Loss of Subsistence use of Natural Resources
☒ Removal and/or clean-up costs
☒ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA. No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I work for a seafood supplier/dealer/processor On 5/4/10, I had to stop working because all the fishing/shrimping grounds surrounding Grand Isle, La. were closed due to the oil spill. My weekly gross salary at the time was #1,400.00. I was not able to return to work until 1/5/11. We also used to fish for food, but have lost that as well. I am also concerned about loss of value to my real estate and personal property due to possible contamination.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I am also very concerned about future and present adverse health impacts from living in close proximity to the waters of the Gulf. We know that our properties were sprayed with dispersant and are Concerned about the future adverse health affects from this.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

We know that our properties were sprayed with dispersants and we fear that a possible storm will flood our properties with further contamination due to the oil spill

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☒ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☒ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☒ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☒ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☒ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☒ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☒ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☒ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☒ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☒ 10. Person who utilizes natural resources for subsistence.

☒ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☒ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Dean P. Blanchard
Print Name

4/11/11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

DEAN BLANCHARD
DEAN BLANCHARD SEAFOOD, INC.
195 CYPRESS LANE
GRAND ISLE, LOUISIANA 70358
TELEPHONE: 985-787-3464
FACSIMILE: 985-787-2965

April 13, 2011

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

      Re: Deepwater Horizon Direct Filing Short Form
           Dean Blanchard

Dear Madam or Sir:

    Enclosed is the 3 page Deepwater Horizon Direct Filing
Short Form for Dean Blanchard.

            Respectfully,

            DEAN BLANCHARD

DB/KH

Enclosure

cc: William J. Guste, III, w/enc.

## IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Dean | Philip | |

| Phone Number | E-Mail Address |
|---|---|
| 214-521-3605 | |

| Address | City / State / Zip |
|---|---|
| P.O. Box 1 | Grand Isle, LA 70358 |

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ✔ |
|---|---|
| Employer Name | Business Name: Dean Blanchard Seafood, Inc. |
| Job Title / Description | Type of Business: Seafood supplier/distributor/processor |
| Address | Address: P.O. Box 1 |
| City / State / Zip | City / State / Zip: Grand Isle, LA 70358 |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number: 6227 |

| Attorney Name: Scott Summy | Firm Name: Baron & Budd, P.C. |
|---|---|
| Address: 3102 Oak Lawn Ave., Suite 1100 | City / State / Zip: Dallas, TX 75219 |
| Phone Number: (214) 521-3605 | E-Mail Address: ssummy@baronbudd.com |

| Claim filed with BP? YES ☐ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☐ |
|---|---|
| If yes, BP Claim No.: unknown | If yes, Claimant Identification No.: unknown |

**Claim Type (Please check all that apply):**
- ✔ Damage or destruction to real or personal property
- ✔ Earnings/Profit Loss
- ☐ Personal Injury/Death
- ☐ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ✔ Removal and/or clean-up costs
- ☐ Other:

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant is claiming lost earnings due to the negative impact on the Claimant's industry caused by the Oil Spill. The Oil Spill had a dramatic effect on the seafood industry and Claimant will continue to suffer the loss of reputation of Gulf seafood for years to come. Claimant also owned wetlands/real property that was damaged by the Oil Spill and incurred remediation costs as a result. Claimant files this Complaint seeking a full recovery of all past and future losses, damages, and expenses related to the Oil Spill, punitive damages, the expenses incurred to document its damages, and any and all other damages owed to Claimant under the Oil Pollution Act ("OPA"), General Maritime Law, the Clean Water Act, and all other state and federal laws applicable to this matter. Claimant reserves the right to supplement and/or amend its response, including the calculation of damages, as the case develops.

In addition to Plaintiff's other transmissions, claims and filings, Plaintiff, out of an abundance of caution, made and/or re-made claim Presentment in accord with 33 USC §§ 2702(b) and 2713 by submitting a description of the claim with a "sum certain" demand and with supporting documentation to BP as the "Responsible Party" under OPA via certified mail and electronic transmission, on or about January 19, 2013. BP either denied Plaintiff's claims or otherwise failed to accept or respond within 90 days of Presentment. Plaintiff has thus satisfied the

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

_____

_____

_____

_____

_____

_____

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

_____

_____

_____

_____

_____

_____

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☑ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☑ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☑ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☑ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Scott Summy
_____
Print Name

April 20, 2013
_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:10-md-02179-CJB-SS  Document 983-3  Filed 01/12/11  Page 1 of 3

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | | SECTION: J | | JUDGE CARL BARBIER |
|---|---|---|---|---|

CLAIM IN LIMITATION JOINDER IN MASTER ANSWER INTERVENTION AND JOINDER
IN MASTER COMPLAINTS — PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Blanchard | Jodie | Collins | |

| Phone Number | E-Mail Address |
|---|---|
| 985-787-3603 | Shrimp@mobiletel.com |

| Address | City / State / Zip |
|---|---|
| P.O. Box 1/193 Cypress Lane | Grand Isle, La. 70358 |

| INDIVIDUAL CLAIM ☒ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Dean Blanchard Seafood, Inc. | |
| Job Title / Description | Type of Business |
| Clerical | |
| Address | Address |
| P.O. Box 1/195 Cypress Lane | |
| City / State / Zip | City / State / Zip |
| Grand Isle, La. 70358 | |
| Last 4 digits of your Social Security Number  5004 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| | |
| Address | City / State / Zip |
| | |
| Phone Number | E-Mail Address |
| | |

| Claim filed with BP?  YES ☒  NO ☐ | Claim filed with GCCF?:  YES ☒  NO ☐ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |
| 686024163385 | 1133422 |

| Claim Type (Please check all that apply): | |
|---|---|
| ☒ Damage or destruction to real or personal property | ☒ Fear of Future Injury and/or Medical Monitoring |
| ☒ Earnings/Profit Loss | ☒ Loss of Subsistence use of Natural Resources |
| ☒ Personal Injury/Death | ☒ Removal and/or clean-up costs |
| | ☒ Other: |

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA. No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred  For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

I work for a seafood supplier/dealer/processor. On 5/4/10, I had to stop working because all the fishing/shrimping grounds surrounding Grand Isle, La. were closed due to the oil spill. My weekly gross salary at the time was $1,400.00. I was not able to return to work until 1/5/11. We also used to fish for food, but have lost that as well. I am also concerned about loss of value to my real estate and personal property due to possible contamination.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

I am also very concerned about future and present adverse health impacts from living in close proximity to the waters of the Gulf. We know that our properties were sprayed with dispersant and are concerned about the future adverse health affects from this.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

We know that our properties were sprayed with dispersants and we fear that a possible storm will flood our properties with further contamination due to the oil spill.

2

APR-13-2011 04:06  FROM:DEAN BLANCHARD SEAFO 985 787 2965        TO:12145201181        P.4/8

Case 2:10-md-02179-CJB-SS   Document 983-3   Filed 01/12/11   Page 3 of 3

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☒ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☒ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☒ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☒ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☒ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☒ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☒ 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☒ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☒ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☒ 10. Person who utilizes natural resources for subsistence.

☒ 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☒ 5. Resident who lives or works in close proximity to coastal waters.

6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Jodie C. Blanchard_
Claimant or Attorney Signature

_Jodie C. Blanchard_
Print Name

4/11/11
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
## Attorneys at Law

Philip F. Cossich, Jr.
Darren D. Sumich
David A. Parsiola
Brandon J. Taylor
Christina Cossich
Danielle E. Treadaway

8397 Highway 23
Suite 100
Belle Chasse, Louisiana 70037
www.cossichlaw.com
Office: (504) 394-9000
Fax: (504) 394-9110

Darin S. Britt
Mark E. Kaufman
Lindsey S. Fields
Stephanie D. Mund

Of Counsel
Larry Dyess

August 22, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Re:    Dean Blanchard Seafood, Inc.
195 Cypress Lane
Grand Isle, LA 70358
Claimant ID: 100069375

Dear Sir or Madame:

This firm represents **Dean Blanchard Seafood, Inc.** in relation to its claim against BP, et al. arising from the Deep Water Horizon Spill which occurred on or about April 20, 2010. This letter is to advise you that our client, **Dean Blanchard Seafood, Inc.,** freely elects to opt out of the Economic Class of the Deep Water Horizon settlement. As indicated below, our client confirms and ratifies the decision to opt out of the Economic Class. Please acknowledge in writing the receipt of this letter opting **Dean Blanchard Seafood, Inc.** out of the Economic Settlement.

Thank you for your assistance in this regard. Please contact our office if you have any questions or concerns regarding this matter.

Cordially,

Philip F. Cossich, Jr.

I, Dean Blanchard, on behalf of **Dean Blanchard Seafood, Inc.,** hereby wish to be excluded from the Economic Class:

Dean Blanchard, on behalf of **Dean Blanchard Seafood, Inc.**

1

# COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
## Attorneys at Law

Philip F. Cossich, Jr.
Darren D. Sumich
David A. Parsiola
Brandon J. Taylor
Christina Cossich
Danielle E. Treadaway

8397 Highway 23
Suite 100
Belle Chasse, Louisiana 70037
www.cossichlaw.com
Office: (504) 394-9000
Fax: (504) 394-9110

Darin S. Britt
Mark E. Kaufman
Lindsey S. Fields
Stephanie D. Mund

Of Counsel
Larry Dyess

August 22, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Re:    Dean Blanchard
PO Box 1
Grand Isle, LA 70358
Claimant ID: 100069553

Dear Sir or Madame:

This firm represents **Dean Blanchard** in relation to his claims against BP, et al. arising from the Deep Water Horizon Spill which occurred on or about April 20, 2010. This letter is to advise you that our client, **Dean Blanchard** freely elects to opt out of the Economic Class of the Deep Water Horizon settlement. As indicated below, our client confirms and ratifies the decision to opt out of the Economic Class. Please acknowledge in writing the receipt of this letter opting **Dean Blanchard** out of the Economic Settlement.

Thank you for your assistance in this regard. Please contact our office if you have any questions or concerns regarding this matter.

Cordially,

Philip F. Cossich, Jr.

I, **Dean Blanchard,** hereby wish to be excluded from the Economic Class:

**Dean Blanchard**

1

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

      **Re:**    **OPT-OUT for  Jodie Blanchard**      **Claimant ID:**      **100069554**

To Whom It May Concern:

      This letter hereby confirms that Jodie Blanchard, 193 Cypress Lane, Grand Isle, Louisiana, 70358, (985) 787-3464, elects to opt-out and to be excluded from the Deepwater Horizon Economic & Property Damages Settlement.

                            SINCERELY YOURS,

                            *Jodie Blanchard*

                            Jodie Blanchard

                            Date:  10/23/12

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 16th day of May, 2016.

Respectfully submitted,

**BARON & BUDD, P.C.**

BY:_____
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
MITCHELL MCCREA (Texas Bar No. 24041435)
mmccrea@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181