United States District Court

Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | * | MDL 2179 |
| In the Gulf of Mexico on April 20, 2010 | * | SECTION: J |
| This Document Relates To: | * | Judge Barbier |
| Pleading Bundle B1 | * | Mag. Judge Shushan |

Patrick J. Murphy, plaintiff

v.

British Petroleum Corporation, defendant

**SECT. J MAG. 1**

**16-11769**

### Response to Order to Show Cause Re: Compliance with PTO 60

BP's lawyers, Kirkland and Ellis LLP, sent the PreTrial Order 60 for MDL 2179 to my vacation home in Florida, the BP spill affected property. On the Deepwater Horizon Claims Center web portal, for my Economic and Property Damage Settlement ("EPDS") claim, my address is listed as my Louisiana home address, 1043 Tallow Tree Drive, Mandeville, LA 70448. I do not live at the Florida property full time and only periodically visit that property and therefore didn't receive the PTO 60 notification until Saturday, April 30th, 2016 when I happened to be visiting there. With a Monday, May 2nd deadline to comply with PTO 60, I literally had just Saturday morning, April 30th to prepare the complaint and mail copies of the complaint and exhibits to Kirkland and Ellis and the MDL 2179 Plaintiffs Steering Committee ("PSC"). The requirement was for Kirkland and Ellis and the PSC to receive the documents by Monday, May 2nd. In my haste, I misinterpreted PTO 60 and failed to file the complaint with the court, US District Court, Eastern District of Louisiana. Additionally, there were filing extensions to PTO 60 through May 16th, 2016 of which I received no notifications, either to my Florida or Louisiana address. Only by viewing the MDL2179 case online via the LAED.USCourts.gov website did I discover that my case was included in Exhibit 2 of the Show Cause Order regarding PreTrial Order 60 compliance. Again, I'm not presiding at my vacation property to timely receive the court updates from Kirkland and Ellis LLP.

On May 5th, 2016, 3 days after the deadline to comply with PreTrial Order 60, I was notified on the EPDS portal that my claim settlement that was awarded and accepted on November 24,

2015, over 5 months earlier, was now reversed because I had presumably opted out of the EPDS settlement program in 2012. Note that I never received payment for the agreed award.

I did sign the EPDS release on 11/24/2015 but was never paid the award amount per the terms of the release. As I stated earlier, they referenced an opt-out that I signed in August of 2012 as the reason and closed my case on May 5, 2016.

I was initially motivated to comply with the PTO 60 terms to preserve my right to compensation for damages from BP. As it turns out, a new individual action as prescribed in PTO 60 may now be my only avenue to achieve such compensation.

In conjunction with this response, I am filing my formal complaint against BP with the US District Court, Eastern District of Louisiana.

*[signature]* 6/27/16

Patrick J. Murphy

1043 Tallow Tree Dr, Mandeville, LA 70448

504-975-9395