# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **This Document relates to:** | JUDGE BARBIER |
| **Case No. 2:16-06155, Deepwater Structures, Inc. v. BP Exploration & Production Inc. et al.; and** | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW the law firm of **Arnold & Itkin LLP** which pursuant to local rule 83.2.11 and moves the Court for an order allowing its withdrawal as counsel of record for Plaintiff Deepwater Structures, Inc. and as ground would state:

1. Plaintiff, **Deepwater Structures, Inc.** and movants, Arnold & Itkin LLP have terminated their relationship.

2. Plaintiff has been made aware of applicable deadlines and applicable court appearances.

3. Plaintiff will remain in the litigation.

4. This motion is made in good faith and will not prejudice any party.

1

5. Plaintiff's present address, telephone number and e-mail address are as follows:

Deepwater Structures, Inc.
Dr. Nagan and Meena Srinivasan
3323 Double Lake Drive
Missouri City, Texas 77459
naganus@yahoo.com

WHEREFORE, the undersigned counsel, both individually and on behalf of his firm **Arnold & Itkin LLP** moves this court for an order allowing them to withdraw as counsel of record for Plaintiff **Deepwater Structures, Inc.**

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler
Louisiana Bar Roll # 34995
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Noah M. Wexler*
Noah M. Wexler
