# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **This Document relates to:** | JUDGE BARBIER |
| **Case No. 2:16-06155, Deepwater Structures, Inc. v. BP Exploration & Production Inc. et al.; and** | MAGISTRATE JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of Arnold & Itkin LLP's Motion to Withdraw as Counsel for Plaintiff Deepwater Structures, Inc. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows That Noah M. Wexler and the law firm of Arnold & Itkin LLP's Motion to Withdraw as Counsel for Plaintiff Deepwater Structures, Inc. be and the same is hereby granted.

**DONE AND ORDERED** in Chambers, at New Orleans, Louisiana on this ___ day of _____, 2016.

_____
Honorable Carl J. Barbier,
United States District Judge

1