IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) | MDL 2179 |
| ) | Section J |
| This Document Relates To: ) *Pleading Bundle B1* ) | Judge Barbier |
| ) | Mag. Judge Shushan |

_____

| | |
|---|---|
| QUY LE, ) ) | |
| Plaintiff, ) ) | Civil No. 2016-cv-07416 |
| ) | |
| VERSUS ) ) | Section J |
| BP EXPLORATION & PRODUCTION, INC. ) ) | Judge Barbier |
| ) | Mag. Judge Shushan |
| Defendant. ) | |

_____

**RESPONSE TO SHOW CAUSE ORDER**

NOW INTO COURT, through undersigned counsel, comes plaintiff Quy Le ("Plaintiff"), who files this response to the Court's order of June 7, 2016 requiring that Plaintiff show cause why his complaint should not be dismissed.

As required by Pre-Trial Order No. 60, counsel filed on behalf of Plaintiff a separate complaint for damages Plaintiff suffered as a result of the explosion of the drilling rig the "Deepwater Horizon" and the Macondo MC252 oil spill of national significance.  This complaint complied with Pre-Trial Order No. 60 in all respects save that the Sworn Statement required by that order was unsigned.  The complaint specifically noted that the statement was unsigned because counsel has been unable, after diligent effort, to contact Plaintiff.  The complaint further

noted that counsel would seek to have a curator appointed to protect the absent party's interest, and will then seek permission to file an executed Sworn Statement.

On June 17, 2016 counsel filed in the Civil District Court for Orleans Parish, Louisiana a petition to have curator appointed for plaintiff. The petition set out in detail the actions that had been taken to attempt to locate the Plaintiff. *See* Exhibit 1 (petition to appoint curator). The petition has been noticed by publication as required by the Louisiana statutes, and a hearing is set for July 6, 2016. Counsel expects that a curator will be appointed, and that the curator will either sign the Sworn Statement on behalf of Plaintiff, or if appropriate move to dismiss the complaint due to other developments. Further action will then be taken to attempt to locate the Plaintiff.

Counsel therefore submits that the measures taken to protect the rights of the Plaintiff are reasonable in the circumstances, and that the facts show good cause why the complaint should not be dismissed until the curator has had an opportunity to act.

Respectfully submitted,

/s/ *Joel R. Waltzer*
Joel R. Waltzer, La. Bar No. 19268, Trial Attorney
Michael L. Brown, La. Bar No. 35444
Waltzer Wiygul & Garside LLC
1000 Behrman Highway
Gretna, Louisiana 70056
Telephone: (504) 340-6300
Fax: (504) 340-6330
joel@wwglaw.com

Robert B. Wiygul, La. Bar No. 17411
Waltzer Wiygul & Garside LLC
1011 Iberville Dr.
Ocean Springs, Mississippi 39564
Telephone: (228) 872-1125
Fax: (228) 872-1128
robert@wwglaw.com

>Clay Garside, La. Bar No. 29873
>Waltzer Wiygul & Garside LLC
>14399 Chef Menteur Highway #D
>New Orleans, LA 70129
>Telephone: (504) 254-4400
>Fax: (504) 254-1112
>clay@wwglaw.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing will be electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  28th  day of June, 2016.

>*/s/ Robert B. Wiygul*
>Robert B. Wiygul