# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BYRON ENCALADE, | * | CIVIL ACTION |
| ENCALADE FISHERIES, LLC, | * | |
| ENCALADE TRUCKING, LLC, | * | NO. 13-1609 |
| d/b/a ENCALADE TRUCKING AND | * | |
| FISHERIES | * | JUDGE BARBIER |
| | * | |
| VERSUS | * | MAG. JUDGE SHUSHAN |
| | * | |
| BP EXPLORATION & PRODUCTION, INC., | * | |
| BP AMERICA PRODUCTION COMPANY, | * | |
| BP p.l.c. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WRITTEN STATEMENT TO SHOW CAUSE

COMES NOW Byron Encalade, and files the following Written Statement to Show Cause pursuant to this Honorable Court's Order to Show Cause RE: Compliance with PTO 60 entered in 2:10-md-02179-CJB-SS (Document 18724).

Byron Encalade filed Civil Action No. 13-1609 as a result of his losses arising from the 2010 Deepwater Horizon explosion and ensuing oil spill. The named plaintiffs in the Action are Byron Encalade, Encalade Fisheries, LLC, and Encalade Trucking, LLC d/b/a Encalade Trucking and Fisheries.

On Exhibit 1A to this Court's Order to Show Cause RE: Compliance with PTO 60 entered in 2:10-md-02179-CJB-SS (Document 18724), BP identified "Encalade Trucking/Encalade Fisheries" as being PTO 60 compliant. Plaintiff assumes that the individual "Byron Encalade" is included in this entry as being a PTO 60 compliant plaintiff, but because the name "Byron Encalade" technically does not appear on Exhibit 1A, plaintiff Byron Encalade

1

nonetheless files this Written Statement to Show Cause out of an abundance of caution in order to comply with all court orders and be deemed fully PTO 60 compliant.[1]

Plaintiff Byron Encalade asserts that he has complied fully with the requirements of PTO 60 as evidenced by the filing of Exhibit A (Rec. Doc. 8) in Civil Action No. 2:13-cv-1609, which is attached hereto as Exhibit A.

        Respectfully submitted,

        /s/ Ian F. Taylor
        PAUL M. STERBCOW, T.A. (#17817)
        JESSICA IBERT (#33196)
        IAN F. TAYLOR (#33408)
        Lewis, Kullman, Sterbcow & Abramson
        601 Poydras Street, Suite 2615
        New Orleans, Louisiana 70130
        (504) 588-1500
        (504) 588-1514    Facsimile
        sterbcow@lksalaw.com
        jibert@lksalaw.com
        itaylor@lksalaw.com

---

[1] Plaintiff Byron Encalade does not appear on Exhibit 2 to the Court's Order to Show Cause RE: Compliance with PTO 60, and as such, there is no assertion that plaintiff Byron Encalade's submission is materially deficient in some way, which further lends credence to the assumption that he inadvertently was omitted from Exhibit 1A.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 28th day of June, 2016

/s/ Ian F. Taylor