# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BYRON ENCALADE,** | * | **CIVIL ACTION** |
| **ENCALADE FISHERIES, LLC,** | * | |
| **ENCALADE TRUCKING, LLC,** | * | **NO. 13-1609** |
| **d/b/a ENCALADE TRUCKING AND** | * | |
| **FISHERIES** | * | **JUDGE BARBIER** |
| | * | |
| **VERSUS** | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| **BP EXPLORATION & PRODUCTION, INC.,** | * | |
| **BP AMERICA PRODUCTION COMPANY,** | * | |
| **BP p.l.c.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

COME NOW Byron Encalade, Encalade Fisheries, LLC and Encalade Trucking, LLC, d/b/a Encalade Trucking and Fisheries, and file the attached Sworn Statement for Disclosure of B1 Claims pursuant to Pre Trial Order No. 60 entered in 2:10-md-02179-CJB-SS (Document 16050).

Respectfully submitted,

/s/ Ian F. Taylor
PAUL M. STERBCOW, T.A. (#17817)
JESSICA IBERT (#33196)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514      Facsimile
sterbcow@lksalaw.com
jibert@lksalaw.com
itaylor@lksalaw.com

## **CERTIFICATE OF SERVICE**

Pursuant to Pre Trial Order No. 60, the sworn statement and supporting information will be served on both Counsel for BP and the PSC on April 29, 2016 via United States mail at the following addresses:

Counsel for BP:
Attn: J. Andrew Langan
Kirkland & Ellis
300 North LaSalle St., Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

/s/ Ian F. Taylor

Case 2:10-md-02179-CJB-DPC Document 20557-1 Filed 06/28/16 Page 3 of 6
Case 2:13-cv-01609-CJB-SS Document 8 Filed 04/29/16 Page 3 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Encalade | Byron | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-236-1527 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| PO Box 219 / 140 Espy Lane | Pointe a la Hache, LA 70082 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Paul Sterbcow / Lewis, Kullman, Sterbcow + Abramson | sterbcow@lksalaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

2774 / 06-1686194

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:10-md-02179-CJB-DPC Document 20557-1 Filed 06/28/16 Page 4 of 6
Case 2:13-cv-01609-CJB-SS Document 85 Filed 04/29/16 Page 4 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _13-cv-1609_.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

\* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __✓__. No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: _BP Claims Program_____.

2. The date of presentment (MM/DD/YYYY): _01_/_18_/_2013_.

3. The claim number(s) (if available). _1061923_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____. No __✓__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

2

Case 2:10-md-02179-CJB-DPC Document 20557-1 Filed 06/28/16 Page 5 of 6
Case 2:13-cv-01609-CJB-SS Document 8 Filed 04/29/16 Page 5 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 17, 2016

Location (City and State): Pointe A-LA-Hache LA.

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

BYRON ENCALADE
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP                | MDL 2179 Plaintiffs' Steering Committee |
| Attn: J. Andrew Langan        | Attn: Steve Herman or Jim Roy           |
| Kirkland & Ellis LLP          | The Exchange Centre, Suite 2000         |
| 300 North LaSalle St,         | 935 Gravier Street                      |
| Suite 2400                    | New Orleans, LA 70112                   |
| Chicago IL 60654              |                                         |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

October 24, 2012

Via US Mail # 7010 2780 0001 7162 6480
Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

To Whom It May Concern:

I wish for all claims that <u>Byron Encalade</u> has against BP and other settling entities to be excluded from the Economic Class.[1]

<u>Name</u>: Byron Encalade
Encalade Trucking & Encalade Fisheries

<u>Address</u>: P.O. Box 219
140 Espy Lane
**Pointe A-LA Hache La. 70082**

<u>Phone Number</u>: 504-236-1527

Sincerely,

*[signature]*

---

[1] By electing to "opt out" of the Deepwater Horizon Economic and Property Damage Settlement Class ("Class"), I hereby retain all the rights and remedies afforded to me by the Oil Pollution Act and all other applicable laws. In addition, I retain the right to opt back in to the Class should I make such an election under the express terms of the Deepwater Horizon Economic and Property Damage Settlement Agreement.

---

*[USPS Certified Mail Return Receipt card (PS Form 3811) addressed to Deepwater Horizon Court Supervised Exclusions Department, P.O. Box 222, Hammond, LA 70404-0222; Article Number 7010 2780 0001 7162 6480]*