UNITD STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |
| This Document Relates To: | |
| KARA McCONAGHY and KENT McCONAGHY | |
| 2:16-cv-5862 | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 60**

COME NOW the above-captioned Plaintiffs, by and through the undersigned attorneys, and in response to this Honorable Court's Order to Show Cause Regarding Compliance with Pretrial Order No. ("PTO 60") state as follows:

1. Kara McConaghy

Plaintiff Kara McConaghy is listed on Exhibit 2 to this Court's Order to Show Cause dated June 7, 2016. Exhibit 2 states "No" in the column indicating that Plaintiff did not respond regarding a release.

This is an error. Plaintiff did in fact respond regarding a release on her sworn statement which she timely filed in full compliance with PTO 60 on May 13, 2016. Said sworn statement is attached as Exhibit A.

Plaintiff respectfully submits that she has complied will all requirements of PTO 60 and that her complaint should not be dismissed.

2.     Kent McConaghy

Plaintiff Kent McConaghy is listed on Exhibit 2 to this Court's Order to Show Cause dated June 7, 2016. Exhibit 2 states "No" in the column indicating that Plaintiff did not respond regarding a release.

In reviewing his filed sworn statement in response to PTO 60, Plaintiff realized that he inadvertently failed to respond regarding a release and should have responded "No." Plaintiff represents to this Court that his oversight was unintended and not meant to prejudice, burden, deceive or mislead any party or this Honorable Court.

Attached as Exhibit B is Plaintiff's corrected sworn statement curing said deficiency. Plaintiff respectfully submits that he has now correctly complied with the requirements of PTO 60 and his complaint should not be dismissed.

Plaintiffs Kent and Kara McConaghy also wish to note that Defendants cite Case No. 13-cv-5369 on Exhibit 2 to this Court's Order to Show Cause as related to the aforementioned deficiencies. Case No. 13-cv-5369 is a claim concerning personal injuries sustained by Plaintiffs and is unrelated to the B1 pleading bundle.

Based on the foregoing, Plaintiffs respectfully submit that compliance with PTO 60 has been achieved and Plaintiffs' claims should not be dismissed.

           Respectfully submitted,

           *s/ Merritt E. Cunningham*_____
           Merritt E. Cunningham LSBA 32843
           Michael G. Stag LSBA 23314
           **Smith Stag, LLC**
           365 Canal Street, Suite 2850
           New Orleans, Louisiana 70130
           Telephone: (504) 593-9600
           Facsimile: (504) 593-9601
           mcunningham@smithstag.com

mstag@smithstag.com

And

Kelley B. Stewart FL Bar No.492132
Michael J. Ryan FL Bar No.975990
Joseph J. Slama, FL Bar No. 47617
Jesse S. Fulton FL Bar No. 112495
Kevin A. Malone FL Bar No.224499
Carlos A. Acevedo FL Bar No.0097771
**The Law Offices of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, PA**
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301
954-763-8181 telephone
954-763-8292 facsimile
kstewart@krupnicklaw.com
mryan@krupnicklaw.com
jslama@krupnicklaw.com
jfulton@krupnicklaw.com
kmalone@krupnicklaw.com
cacevedo@krupnicklaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Order to Show Cause re: Compliance with PTO 60 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

*s/ Merritt E. Cunningham*_____
Merritt E. Cunningham LSBA 32843