Case 2:10-md-02179-CJB-DPC Document 20558-1 Filed 06/28/16 Page 1 of 6
Case 2:16-cv-05862 Document 1-3 Filed 05/13/16 Page 1 of 6
Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 1 of 3

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| McConaghy | Kara | | |

| Phone Number | E-Mail Address |
|---|---|
| 850-291-2559 | kent1@us.ibm.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 2128 Tuckerbunn Dr | Charlotte, NC 28270 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Michael G Stag - Smith Stag, LLC | mstag@smithstag.com<br>mcunningham@smithstag.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
1) 411 Fort Pickens Rd, Pensacola Beach FL 32561
2) 1602 Governors Dr Apt 2517, Pensacola FL 32514
3) 6407 Fairway Row Lane, Charlotte NC 28277
4) 10610 Eddings Dr Apt 101, Charlotte, NC 28270
5) 7919 Elphin Ct, Charlotte, NC 28270

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:
4139

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A


EXHIBIT A

Case 2:10-md-02179-CJB-DPC   Document 20558-1   Filed 06/28/16   Page 2 of 6
Case 2:16-cv-05862   Document 1-3   Filed 05/13/16   Page 2 of 6
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 2 of 3

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☑ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. __2-13-cv-5371_____ and new Individual Action Case No._____.

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes _____.   No ___✓_____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_____
_____

2. The date of presentment (MM/DD/YYYY): _____/_____/_____.

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No ___✓_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

Case 2:10-md-02179-CJB-DPC   Document 20558-1   Filed 06/28/16   Page 3 of 6
Case 2:16-cv-05862   Document 1-3   Filed 05/13/16   Page 3 of 6
Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 3 of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 21, 2016

Location (City and State): Charlotte NC

_____
Signature of Plaintiff (*Plaintiff's Attorney* *Cannot* Sign on Plaintiff's Behalf)

Kara M. McConaghy
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

# IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179 and Civil Action No. 10-2771     SECTION: J     JUDGE CARL BARBIER

## PLAINTIFF PROFILE FORM ["PPF"]

| Last Name: McConaghy | First Name: Kara | Middle/Maiden: | Suffix: |
|---|---|---|---|

| Phone Number: 850-291-2559 | E-Mail Address: |
|---|---|
| Address: 7919 Elphin Ct. | City / State / Zip: Charlotte, NC 20270 |

| INDIVIDUAL CLAIM ✓ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name: N/A | Business Name: |
| Job Title / Description: Stay at home Mom | Type of Business: |
| Address: 7919 Elphin Ct. | Address: |
| City / State / Zip: Charlotte, NC 20270 | City / State / Zip: |
| Social Security Number: REDACTED | Tax ID Number: |

| Attorney Name: Michael G. Stag, Esq. | Firm Name: Smith Stag LLC |
|---|---|
| Address: 365 Canal Street, Suite 2850 | City / State / Zip: New Orleans, LA 70130 |
| Phone Number: (504)593-9600 | E-Mail Address: mstag@smithstag.com |

| Claim filed with BP? YES ☐ NO ■ | Claim Filed with GCCF?: YES ☐ NO ■ |
|---|---|
| If yes, BP Claim No.: | If yes, Claimant Identification No.: |

**Claim Type** (Please check all that apply): ☐ Damage or destruction to real or personal property; ☐ Earnings/Profit Loss; ☐ Personal Injury/Death; ☐ Fear of Future Injury and/or Medical Monitoring; ☐ Loss of Subsistence use of Natural Resources; ☐ Removal and/or clean-up costs; ■ Other: Loss of earnest money

| Original Case Caption: Kitrick et al v. BP Exploration and Production Inc., et al | Original Civil Action Number: 4:13-cv-10091 |
|---|---|
| Originating Court: USDC, Southern District Of Florida | EDLA Civil Action Number: 2:13-cv-05371 |

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- ☐ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- ☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- ☐ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- ☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- ☐ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- ☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- ☐ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- ☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- ☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.
- ☐ Person who utilizes natural resources for subsistence.
- ■ Other: Loss of earnest money

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- ☐ Boat captain or crew involved in the Vessels of Opportunity program.
- ☐ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- ☐ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- ☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- ☐ Resident who lives or works in close proximity to coastal waters.
- ☐ Other: _____

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Client had two properties in which earnest money was lost in the amount of $5,000 and $25,000 on the following properties:

4 Portofino Dr. #2006, Pensacola Beach, FL 32561
5 Portofino Dr. #2004, Pensacola Beach, FL 32561

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____     10-03-2013
Claimant or Attorney Signature           Date

October 30, 2012

I wish to exclude myself from the Economic Class.
Sincerely,

*[signature]*

Full name: Kara Michelle McConaghy
Address: 7919 Elphin Ct
         Charlotte, NC 28270
Phone number: REDACTED
Date of birth: REDACTED
Copy of driver's license: