UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br>In-Depth Offshore Technologies International, Inc. Et ux | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**Docket Number (s)**

2:13-cv-01761

**Short Form Joinder Number(s)**

2:10-cv-08888-42317
2:10-cv-08888-42318
2:10-cv-08888-42319

## Notice Of Voluntary Dismissals With Prejudice

COME NOW the below-listed plaintiffs, each by and through the undersigned counsel, pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (If any). Costs taxed as paid.

Case name(s) and docket number(s):　　　　　　2:13-cv-01761

In-Depth Offshore Technologies International, Inc.

In-Depth Marine, LLC

Hesham El Abrikgy

Short Form Joinder number(s) and identifying information:

| | |
|---|---|
| In Depth Offshore Technologies International, Inc. | 2:10-cv-8888-43219 |
| In-Depth Marine LLC | 2:10-cv-8888-43218 |
| Hesham El Abrikgy | 2:10-cv-8888-43217 |

Respectfully submitted this 28th day of June, 2016.

s/John O. Charrier Jr.
Attorney Names: John O. Charrier
Attorney Address: 7809 Wrenwood Blvd.
Baton Rouge, Louisiana 70800
ATTORNEY FOR PLAINTIFF(S)

**Certificate of Service**

    I hereby certify that the above and foregoing *Notice of Voluntary Dismissal(s) with Prejudice* has been served on Counsel of BP and the Plaintiffs' Steering Committee by electronically uploading the same to LexisNexis File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

s/John O. Charrier Jr.
John O. Charrier, Jr., 4097