**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: | | |
| *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

---

| | | |
|---|---|---|
| SOCIEDAD COOPERATIVE EL MECO | * | CIVIL ACTION No. 16-06294 |
| TOURS, | * | |
| | | |
| VERSUS | * | |
| | * | |
| | | |
| BP P.L.C.; BP AMERICA, INC.; BP | | SECTION: J |
| PRODUCTS NORTH AMERICA, INC.; | * | JUDGE BARBIER |
| | * | |
| BP AMERICA PRODUCTION COMPANY; | | |
| BP EXPLORATION & PRODUCTION, INC.; | * | MAG. JUDGE SHUSHAN |
| TRANSOCEAN LTD.; TRANSOCEAN | | |
| HOLDINGS, INC.; TRANSOCEAN | * | JURY TRIAL DEMANDED |
| DEEPWATER, INC.; TRANSOCEAN | | |
| OFFSHORE DEEPWATER DRILLING, INC.; | * | |
| TRITON ASSET LEASING GMBH; | | |
| HALLIBURTON ENERGY SERVICES, INC. | * | |
| AND SPERRY DRILLING SERVICES | | |

---

**RESPONSE TO SHOW CAUSE ORDER RE: COMPLIANCE WITH PTO 60**

    This Court's Order to Show Cause Re: Compliance with PTO 60 lists Sociedad Cooperative El Meco Tours[1] ("El Meco Tours") on Exhibit 2 – MDL 2179 B1 Plaintiffs with Deficient PTO 60 Submissions. *See*, Doc. 18723-3 at pg. 20.

---

[1] The Plaintiff, who is domiciled in Mexico, timely filed and properly presented a civil complaint (Ed. La. 13-cv-01653) along with other properly joined Plaintiffs. PTO 60 dismisses the Master Complaint for Pleading Bundle B1 which does not include Mexican plaintiffs such as El Meco Tours. However, out of an abundance of caution, Plaintiff,

We respectfully suggest the alleged deficiencies outlined in Exhibit 2 are cured by the submission of the  El Meco Tours' entire three page sworn written statement (including page two) which is attached hereto as if fully set out and incorporated as Exhibit A. We further note that information regarding presentment is contained in the body of the complaint itself in at least two paragraphs. *See*, Case No. 16-06294, at ¶¶ 18, 51.

In light of this submission, Plaintiff respectfully submits that there has been neither prejudice to this Honorable Court or the parties, nor delay. This is especially true in light of the fact that the case has been stayed. *See*, PTO 60.  Plaintiff requests that the Court find its PTO 60 submissions to be compliant with the Court's orders and not dismiss its amended complaint.

*/s/ Frederick T. Kuykendall, III*

Frederick T. Kuykendall, III
Kuykendall & Associates, LLC
PO Box 2129
Fairhope, AL 36533
ftk@kuykendallassociatesllc.com
(205) 434-2866

*/s/ Grant D. Amey*

Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
(251) 716-0317

---

by and through the undersigned counsel, in a good faith effort to comply with Rec. Doc. 16050, filed a duplicate civil action (ED La. No. 16-06294) along with certain exhibits.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing RESPONSE TO SHOW CAUSE ORDER

RE: COMPLIANCE WITH PTO 60 has been served on All Counsel by electronically uploading

the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that

the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of

electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of

June, 2016.

**Counsel for BP**
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St.
Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

*/s/ Frederick T. Kuykendall, III*

_____
Frederick T. Kuykendall, III