# ANEXO A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

Civil Action No. 10-MD-2179-CJB-SS

**DECLARACIÓN JURAMENTADA** PARA REVELACIONES CONCERNIENTES A LOS RECLAMOS DE PÉRDIDAS ECONÓMICAS Y DAÑOS EN PROPIEDAD NO GUBERNAMENTALES PENDIENTES (B1 RECLAMOS)

| Apellido | Nombre | Segundo Nombre | Título |
|---|---|---|---|
| Garcia | Fernando | Alonzo | Primaria |

| Número Telefónico | Dirección de Correo Electrónico |
|---|---|
| | jlhv@yahoo.com |

| Dirección Actual de Correo | Ciudad / Estado / CP 97407 |
|---|---|
| Calle 22 X 27 y 25 S N. | Telchac Puerto Yucatan |

| Nombre del Abogado y Despacho | Dirección de Correo Electrónico del Abogado |
|---|---|
| Frederick Kuykendall / Hausfeld | fkuykendall@hausfeld.com |

¿Alguna Dirección de Correo Usada Previamente por el Actor de Abril de 2010 a la fecha?
No

¿Algún Nombre Previo usado por el Actor de Abril de 2010 a la fecha?
No

Últimos 4 dígitos del número de seguridad social del Actor (si es individuo) o número completo de identificación fiscal, en caso de un negocio como Actor.

Por favor indicar su estatus:

_ Propiamente excluido del Acuerdo de Daños Económicos y en Propiedad*

X No es un miembro de la Clase del Acuerdo de Daños Económicos y en Propiedad

_ Miembro del Acuerdo de Daños Económicos y en Propiedad

_ Otro: _____

* Si se excluyó, una copia de la forma de exclusión válida debe ser incluída con su servicio de este Anexo A.

1

Usted está persiguiendo un reclamo en contra de por lo menos un B1 Demandado por medio de (seleccionar todos los que apliquen):

X Unificación a la Demanda Maestra Enmendada B1 (Rec. Doc. 1128)*

_ Demanda Individual (incluyendo una nueva demanda presentada porque el actor previamente únicamente tuvo la forma corta de unificación en archivo), Caso Distrito Este de Luisiana No. _____.

_ Demanda Individual presentada porque el actor previamente era parte de una unificación en masa; listar ambas previas Caso Distrito Este de Luisiana No. _____ y la nueva Demanda Individual Caso No. _____

_ Otro _____

* Una copia de la (s) Forma (s) Corta de Unificación (y cualquier Forma (s) de Perfil del Actor) deben incluirse con su servicio de este Anexo A.

**Presentación:**

Usted, el actor buscando recuperación ¿presentó este reclamo por lo menos 90 días previos a la presentación de una demanda o unificación al la Demanda B1?

Sí _____   No __X__

Si es Sí, por favor, identifique:
1. El programa al cual fue presentado por el actor:
_____
_____

2. La fecha de presentación (Mes/Día/Año): ____/____/____.

3. Número de la (s) demanda (s) (si están disponibles): _____.

4. Usted ejecutó una liberación de sus demandas al recibir un pago a través de algún programa de reclamos:

Sí _____   No __X__

*Si Usted necesita más espacio para detallar su respuesta, por favor adjunte más páginas si fuera necesario. Asegúrese de indicar la pregunta que va a continuar respondiendo.*

_____
_____
_____

Declaro para pena de perjurio que lo anterior es verdadero y correcto. Firmado en la siguiente fecha y lugar:

Fecha: 15/04, 2016

Lugar (Ciudad y Estado): _____

Firma del Actor (*el Abogado del Actor No puede firmar en representación del Actor*)

_____
Nombre en letra de molde

El servicio de esta declaración juramentada e información de soporte de acuerdo a esta Oren debe estar en ambos, el Abogado de BP y del PSC el o antes del 2 de mayo de 2016. El Servicio puede ser vía correo de los Estados Unidos de América a las siguientes direcciones:

| Abogado de BP | MDL 2179 Comité Directivo del Actor |
|---|---|
| Atto: J. Andrew Langan | Atto: Steve Herman o Jim Roy |
| Kirkland Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North La Salle St | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

**Los Actores representados por abogado pueden adicionalmente o alternativamente presentar las declaraciones juramentadas y cualquier información soporte al Comité Directivo del Actor y al Abogado de BP vía File & ServeXpress ("F&S")**

3