UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| *Pleading Bundle B1* | * | **MAG. JUDGE SHUSHAN** |
| **JOHNNY'S CLAMS INC. ,** | * | **CIVIL ACTION No. 16-05541** |
| (Plaintiff) | | |
| | * | **SECTION J** |
| **VERSUS** | | |
| | * | **JUDGE BARBIER** |
| **BP EXPLORATION & PRODUCTION, INC.,** | | |
| **BP AMERICA PRODUCTION COMPANY,** | | |
| **and BP P.L.C.** | * | **MAG. JUDGE SHUSHAN** |
| (Defendants) | | |

**PLAINTIFF JOHNNY SHERIDAN /JOHNNY'S CLAMS, INC.
RESPONSE TO ORDER TO SHOW CAUSE RE:COMPLIANCE WITH PTO 60**

The Plaintiff, Johnny Sheridan/ Johnny's Clams, Inc. by and through his undersigned counsel files this Response to the Order to Show Cause Re: Compliance With PTO 60, entered by the Court on June 7th, 2016 and states as follows:

1. On June 7th, 2016, this Court entered an Order to Show Cause as to why this Court should not dismiss their B1 claims with prejudice for failing to comply with the requirements of PTO 60 because of the deficiencies identified in Exhibit 2 to the order. In connection with this claim, the deficiency was shown as a "No" under as "Responded Regarding Release."

2. In reviewing the Sworn Statement of this Claimant it is true that he inadvertently failed to answer the question number 4 which states:

"Did you execute a release of your claims upon receiving a payment through any claims program."

3. As a result, the Claimant would ask for permission to amend his Complaint by filing an Amended Sworn Statement as attached hereto answering that question, it indicate "yes". (See Exhibit "1".)

4. Alternatively, since this is a release claim and the Court in PTO-60 specifically ordered the plaintiffs "who have timely filed a claim in the B1 pleading bundle and who **have not** released their claim(s)…." to file individual complaints. (emphasis in original). The order also stated that it would issue "a separate Order with respect to dismissal of released claims."

5. As a result, the Plaintiff Johnny's Clams was not required to file his individual Complaint at the time that he did so, and would alternatively move the Court to simply stay all action on this Complaint until after the Court issues its subsequent Order, or allow the Plaintiff to Voluntarily Dismiss this Complaint without prejudice.

Respectfully submitted,

**RESPECTFULLY SUBMITTED**,

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Order to Show Cause Re: Compliance With PTO 60 has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this  28th day of June, 2016.

/s/ Douglas S. Lyons
Douglas S. Lyons

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP

233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796


Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580

Fax: 212-995-4590

l:\dsl\1 - bp oil spill litigation\!1 - court rulings\pt 60\showcauseorderjune7.2016\responsestoordertoshowcause\sheridan john (johnny's clams) response.docx