# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, On April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| Civil Action No. 2:11-CV-03099 | * | MAGISTRATE JUDGE SUSHAN |

## RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Adagio, LLC, who respectfully submits this Response to the Court's June 7, 2016 *Order to Show Cause Re: Compliance with PTO 60* (Rec. Doc. 18724) , and avers as follows:

For reasons unknown, Plaintiff was not identified on any of the exhibits attached to the Court's Show Cause Order. Plaintiff respectfully submits that this case be deemed to have properly completed and complied with the requirements of PTO 60.

Plaintiff did not appear on any of the lists this Court attached to its June 7, 2016 Order. However, on August 26, 2011, Plaintiff timely filed a Complaint in the United States District Court for the Southern District of Florida asserting its claim for damages against BP, PLC, Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., et al. See attached Exhibit 1. On December 27, 2011, in compliance with the Conditional Order of Transfer, the Southern District of Florida transferred Plaintiff's case to the Eastern District of Louisiana re: MDL 2179 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Carl J. Barbier under Civil Action No. 11-3099. See attached Exhibit 2. On June 3, 2016, upon realizing its oversight, the undersigned counsel immediately filed Plaintiff's Sworn Statement for

Disclosure, which was inadvertently overlooked prior to the expiration of this Honorable Court's extended deadline. (Rec. Doc. 18660). All relevant fields on Plaintiff's Sworn Statement were completed and signed by Plaintiff and filed via CM/ECF and served on counsel through File & ServeXpress pursuant to the instructions Ordered in PTO 60.

It is not clear how this Plaintiff was omitted from any list.

Based on the foregoing, the undersigned respectfully submits that compliance with PTO 60 was achieved and this case should not be dismissed.

RESPECTFULLY SUBMITTED,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich_____
Dennis C. Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
E-mail: dreich@reichandbinstock.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

      **Counsel for BP**
      J. Andrew Langan
      Kirkland & Ellis LLP
      300 North LaSalle St., Suite 2400
      Chicago, IL 60654

      **MDL 2179 Plaintiffs' Steering Committee**
      Steve Herman or Jim Roy
      The Exchange Centre, Suite 2000
      935 Gravier Street
      New Orleans, LA 70112

      /s/ Dennis C. Reich