# Exhibit 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



December 27, 2011

United States District Court

Eastern District of Louisiana

500 Poydras Street Rm C-151

New Orleans, LA 70130

RE:  MDL No.         2179, Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Our Case No.    0:11-61900 Adagio, LLC v. TransOcean, Ltd et al

Your Case No.   11-3099

Dear Clerk:

In compliance with the Conditional Order of Transfer, we are forwarding herewith the copy of the Complaint/Notice of Removal and any amendments together with certified copies of the docket sheet and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by:   s/ Graciela Gomez
     _____
     MDL, Deputy Clerk

Encl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



December 27, 2011

United States District Court

Eastern District of Louisiana

500 Poydras Street Rm C-151

New Orleans, LA 70130

RE: MDL No.    2179, Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Our Case No.   0:11-61900 Adagio, LLC v. TransOcean, Ltd et al

Your Case No.  11-3099

Dear Clerk:

In compliance with the Conditional Order of Transfer, we are forwarding herewith the copy of the Complaint/Notice of Removal and any amendments together with certified copies of the docket sheet and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

    s/
by: _____
    MDL, Deputy Clerk

Encl.

**CLERK'S ACKNOWLEDGMENT OF RECEIPT**

Receipt of:
  1) Complaint/Notice of Removal and any amendments
  2) Certified Transfer Order
  3) Certified Docket sheet

is hereby acknowledged. This case has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____

---

☐ 400 N. Miami Avenue
Room 8N09
Miami, FL 33128
305-523-5100

☐ 299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐ 701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐ 301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐ 300 S. Sixth Street
Ft. Pierce, FL 34950
772-595-9691