# Doug Lyons

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Wednesday, May 25, 2016 6:41 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-07049 Heil v. BP Exploration and Production, Inc. et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/25/2016 at 5:40 PM CDT and filed on 5/25/2016

**Case Name:** Heil v. BP Exploration and Production, Inc. et al
**Case Number:** 2:16-cv-07049
**Filer:** Gary Heil
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5442067) filed by Gary Heil. (Attachments: # (1) Exhibit Exhibit A)Attorney Douglas S Lyons added to party Gary Heil(pty:pla).(Lyons, Douglas)**

**2:16-cv-07049 Notice has been electronically mailed to:**

Douglas S Lyons   doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-07049 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/25/2016] [FileNumber=7931594-0
] [957ecec2c08cc762b0d64dfa3486b21f8a669a3f796fe201db7ef487ae974ec9396
b65a270acaf6676ec7ae64445d403d920adfccf1484d546a3911654aacd5d]]
**Document description:** Exhibit Exhibit A