IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL 2179<br><br>*   SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To:<br>*Pleadings Bundle B1* | * | MAG. JUDGE SHUSHAN |

___

| | | |
|---|---|---|
| GARY HEIL, | * * | |
| Plaintiff, | * * * | CIVIL ACTION No. 2:16-CV 07049 |
| v. | * * | SECTION J |
| BP EXPLORATION AND PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN DEEPWATER, INC; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES INC., | * * * * * * * * * | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| *Defendants*. | * | |

___

## NOTICE OF FILING OPT OUT FORMS

Plaintiff GARY HEIL, by and through the undersigned counsel, files these Opt Out Forms attached hereto as "Exhibit 1".

RESPECTFULLY SUBMITTED,

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309

1

       (850) 298-4455 - telephone
       (850) 216-2537 - facsimile
       Florida Bar No. 655325
       tim@howardjustice.com

       /s/ Douglas S. Lyons
       Douglas S. Lyons
       Lyons and Farrar, P.A.
       1637 Metropolitan Blvd., Suite A-2
       Tallahassee, FL  32308
       (850) 222-8811 - telephone
       (850) 222-5583 - facsimile
       Florida Bar No. 128277
       doug.lyons@lyonsandfarrar.com

       /s/Samuel T. Adams
       Samuel T. Adams
       Post Office Box 8420
       Panama City, Florida 3240
       (850) 785-3469 - telephone
       (850) 640-1562 - facsimile
       Florida Bar No. 160184
       tom@samueltadams.com

       **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Complaint, sworn statement and supporting information has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 26th day of May, 2016.

       /s/ Douglas S. Lyons
       Douglas S. Lyons

**Attorneys for the Defendants**:

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom

KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179**:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor

San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

\\server\common\dsl\1 - bp oil spill litigation\!1 - court rulings\pt 60\complaint under pt 60\gary heil notice of filing opt out form.docx

# EXHIBIT 1

page 1 of 2

October 24, 2012

VIA U.S. AND CERTIFIED MAIL

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

RE: OPT OUT LETTER DUE BY NOVEMBER 1, 2012 TO COURT

Dear Deepwater Horizon Court-Supervised Settlement Program:

I wish to be **excluded** from the Economic Class for MDL 2179 pending in the United States District Court for the Eastern District of Louisiana.   #1006455

This request is made by the following:

Full Legal Name (Business or Individual): GARY L. HEIL

Name of Authorized Representative (For Businesses Only): _____

EIN or Social Security Number: 263·92·5952

Address: 174 WATERCOLOR WAY STE. 103
SANTA ROSA BCH., FL 32459

Phone Number: (352) 239·3433

Birth Date (Individuals Only): 2·13·50

Driver's License (Individuals Only): H400-292-50-053-0

Sincerely,

Printed Name: GARY L. HEIL

5

05/26/2016  11:30  Wilderness RV Resort                    (FAX)352 625 1911        P.003/003

OCT/24/2012/WED 09:15 AM   Pleat & Perry        FAX No. 850 837 0698        P. 002

page 2

October 24, 2012

VIA U.S. AND CERTIFIED MAIL

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

## RE: OPT OUT LETTER DUE BY NOVEMBER 1, 2012 TO COURT

Dear Deepwater Horizon Court-Supervised Settlement Program:

I wish to be **excluded** from the Economic Class for MDL 2179 pending in the United States District Court for the Eastern District of Louisiana.    (100116493)

This request is made by the following:

Full Legal Name (Business or Individual): HEIL CONST. LLC

Name of Authorized Representative (For Businesses Only): GARY L. HEIL

EIN or Social Security Number: 263·925952    80·008·1852

Address: 174 WATERCOLOR WAY STE. 103
SANTA ROSA BCH., FL 32459

Phone Number: (352) 239·3433

Birth Date (Individuals Only): 2·13·50

Driver's License (Individuals Only): _____

Sincerely,

[signature]

Printed Name: GARY L. HEIL

6