**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | ( | MDL NO. 2179 |
| Deepwater Horizon in the Gulf | ( | |
| Of Mexico, on April 20, 2010 | ( | SECTION J |
| | ( | |
| This document relates to: | ( | JUDGE BARBIER |
| | ( | |
| Relevant Civil Actions: | ( | MAGISTRATE JUDGE SHUSHAN |
| 2:16-cv-06334 | ( | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Midnight Energy, Inc. ("Plaintiff"), who hereby submits to this Honorable Court that it should not dismiss Plaintiff's B1 claims with prejudice for the following reasons:

Plaintiff is identified on Exhibit 2 of this Court's June 7th, 2016 Order as one of the Claimants that BP believes to have made a materially deficient submission in response to PTO 60. Specifically, BP alleged that Plaintiff did not respond to Question 4 on Page 2 of Exhibit A, which asks, "Did you execute a release of your claims *upon receiving payment* through any claims program," after which are Yes and No blanks. While Plaintiff has not executed a release, it did not check the No box because to do so could have implied that it received payment; which is has not. However, assuming now that the questions is asking if Plaintiff ever executed a release or ever received payment, the answer to both is No.

Plaintiff did not expect to be on Exhibit 2 as it firmly believed that it has taken every step necessary to comply in good faith with PTO 60 and that it did so in a timely fashion. However, upon review of Exhibit 2, it does appear that Plaintiff's failure to respond to the question at issue was considered a deficiency. To cure this deficiency, Plaintiff hereby submits an amended version

1

of Exhibit A, indicating Plaintiff has not executed any release, and therefore respectfully requests that the failure to do so previously should not be an error of substantial consequence.

The above mentioned misunderstanding was the reason for the inadvertent omission on Question 4 of Exhibit A. Outside of Plaintiff's unintentional failure to respond to Question 4, Plaintiff has taken every other step necessary to comply with the applicable laws, as well as the Orders of this Honorable Court. Plaintiff timely filed its individual complaint in the Eastern District of Louisiana under 2:16-cv-06334. Further, this oversight does not prejudice BP in any way as Plaintiff hereby submits no executed releases have been signed, and all other requirements set forth in PTO-60 have been complied with.

For the reasons set forth herein, Plaintiff respectfully moves this Honorable Court not to dismiss its B1 claims and to allow its case to remain subject to further proceedings before this Honorable Court.

Respectfully submitted,

**JASON J. JOY & ASSOCIATES, PLLC**

By: ____/s/ Jason J Joy_____
JASON J. JOY (Texas Bar No.: 24058932)
jason@jasonjoylaw.com
COLIN WOOD ((Texas Bar. No.: 24082535)
colin@jasonjoylaw.com
MICHAEL BARCUS (Texas Bar. No.: 24097339)
michael@jasonjoylaw.com
MARIKO WEAVER (Texas Bar. No.: 24100030)
mariko@jasonjoylaw.com
**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

**CERTIFICATE OF SERVICES**

I hereby certify that a true and correct copy of the above foregoing Response to Order to Show Cause has been served upon counsel for BP and MDL 2179 Plaintiff's Steering Committee by File & ServeExpress, this 28 day of June, 2016.

                                      Respectfully Submitted

                                      */s/     Jason J. Joy*
                                      Jason J. Joy

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Midnite Energy, Inc. Lastrapes | Kip | | |

| Phone Number | E-Mail Address |
|---|---|
| 337-232-0336 | kiplast@cox-internet.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 1020 Bear Creek Circle | Breaux Bridge, LA 70527 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Jason J. Joy - Jason Joy & Associates, PLLC | jason@jasonjoylaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

72-1053228

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☒ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __2:16-cv-6334_____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

☐ Other:_____

\* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

　　　Yes _____.    No ____X_____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_____
_____.

2. The date of presentment (MM/DD/YYYY):  _____/_____/_____.

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

　　　Yes _____.    No ____X_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __June 28_____, 2016

Location (City and State): __Breaux Bridge, LA__

_____
Signature of Plaintiff (Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf)

__Kip Lastrapes_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3