**Doug Lyons**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Wednesday, May 25, 2016 4:59 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-07034 Whetstine v. BP Exploration and Production, Inc. et al Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Lyons, Douglas on 5/25/2016 at 3:59 PM CDT and filed on 5/25/2016

**Case Name:** Whetstine v. BP Exploration and Production, Inc. et al
**Case Number:** 2:16-cv-07034
**Filer:** Jack Whetstine
**Document Number:** 1

**Docket Text:**
COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5441447) filed by Jack Whetstine. (Attachments: # (1) Exhibit Exhibit A)Attorney Douglas S Lyons added to party Jack Whetstine(pty:pla).(Lyons, Douglas)


**2:16-cv-07034 Notice has been electronically mailed to:**

Douglas S Lyons    doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-07034 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/25/2016] [FileNumber=7931063-0
] [23d0f119ee41cae0877bd009a901fd05eb19488883f3138e0394de3f4bd1a6c5e87
06fdde5daf3cf6c265af3aaf5f44660f927b4c7db75a9c0ad05d7c21e19ea]]
**Document description:** Exhibit Exhibit A

1

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/25/2016] [FileNumber=7931063-1
] [8dbf41802a1fffddea04312911dad53c183f571431ef9cb505b2987bd0bc4cea6e9
823fc1e2d8e6f318b9d9c1f09d21fc84c606dd4973cdfd38b1123754a5f03]]