# Doug Lyons

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Monday, May 16, 2016 3:35 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06147 Martins v. BP Exploration and Production, Inc. et al Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/16/2016 at 2:34 PM CDT and filed on 5/16/2016

**Case Name:** Martins v. BP Exploration and Production, Inc. et al
**Case Number:** 2:16-cv-06147
**Filer:** Marina Martins
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5411437) filed by Marina Martins.Attorney Douglas S Lyons added to party Marina Martins(pty:pla).(Lyons, Douglas)**


**2:16-cv-06147 Notice has been electronically mailed to:**

Douglas S Lyons     doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-06147 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/16/2016] [FileNumber=7899635-0
] [47a79be93dac3c20b6704f7aa00a3c3bca283ffea1c15a77b9e5edeb979196d361d
0d728cfa7b0450adbbed5cf6c24b3226bafb353011255fa3974d3ab92da4a]]

1

] [6406176b994c762351546b40d3ae9acc7ff7a801a789253a1b9c111da9b763e9d56cf9259acfb7256a19c2dedce3fe3b3ec0c43f077eaedd89bd7b4d42241cd6]]
**Document description:**Exhibit Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/16/2016] [FileNumber=7901205-1
] [3476d6864a52cb547b92f2544d9d8147a28b0345e08bf52654e5e1b4c3a649eae07688085830733d7554d276404fd2a82e97f2b6ee772e5d77a5bf09ee21e0aa]]