# Doug Lyons

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Monday, May 16, 2016 3:12 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-06129 Kelly Plantation Partners v. BP Exploration and Production, Inc. et al Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/16/2016 at 2:11 PM CDT and filed on 5/16/2016
**Case Name:**      Kelly Plantation Partners v. BP Exploration and Production, Inc. et al
**Case Number:**   2:16-cv-06129
**Filer:**          Kelly Plantation Partners
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5411109) filed by Kelly Plantation Partners.Attorney Douglas S Lyons added to party Kelly Plantation Partners(pty:pla).(Lyons, Douglas)**


**2:16-cv-06129 Notice has been electronically mailed to:**

Douglas S Lyons     doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-06129 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/16/2016] [FileNumber=7899210-0
] [7c9af6b4739cb9a29d130e00f4b75fb21450f7de976c9a025da9255d7d897259746
9a753baa2392b10ce366c3bf419c2dd645c27404838888c301bea29a36109]]