**Doug Lyons**
_____

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, May 12, 2016 4:45 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-05533 Barber v. BP Exploration & Production, Inc. et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/12/2016 at 3:44 PM CDT and filed on 5/12/2016
**Case Name:**     Barber v. BP Exploration & Production, Inc. et al
**Case Number:**   2:16-cv-05533
**Filer:**         Jelp Barber
**Document Number:** 1

**Docket Text:**
**COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-5403459) filed by Jelp Barber.Attorney Douglas S Lyons added to party Jelp Barber(pty:pla).(Lyons, Douglas)**


**2:16-cv-05533 Notice has been electronically mailed to:**

Douglas S Lyons      doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-05533 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/12/2016] [FileNumber=7889389-0
] [19cd636e4e8f98a065cc3c7f5dd583097deca2b9d2e51668ebcfe84b8f89ab6890d
bf78d06be65de8f88c2e3c6f593361b1e1614f11adeb08ebeb260569c8222]]