# Doug Lyons

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Sunday, May 15, 2016 6:30 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-05533 Barber v. BP Exploration & Production, Inc. et al Notice (Other) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/15/2016 at 5:29 PM CDT and filed on 5/15/2016
**Case Name:**          Barber v. BP Exploration & Production, Inc. et al
**Case Number:**        2:16-cv-05533
**Filer:**              Jelp Barber
**Document Number:** 2

**Docket Text:**
NOTICE by Jelp Barber *of Filing Certificate of Service*. (Lyons, Douglas)


**2:16-cv-05533 Notice has been electronically mailed to:**

Douglas S Lyons     doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-05533 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/15/2016] [FileNumber=7896205-0
] [51c8cf74af0369b97f3c412e3c897122c7d2adb6233796dddda20e90921f3bc66ca
3c9162a5f8645ff422701e6ef13abdc03aca8fbb63819c14a31f583640335]]

1