# Doug Lyons

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Wednesday, May 25, 2016 4:18 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-07023 Millas v. BP Exploration and Production, Inc. et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/25/2016 at 3:18 PM CDT and filed on 5/25/2016

**Case Name:** Millas v. BP Exploration and Production, Inc. et al
**Case Number:** 2:16-cv-07023
**Filer:** Ceasar Millas
**Document Number:** 1

**Docket Text:**
**COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-5441199) filed by Ceasar Millas. (Attachments: # (1) Exhibit Exhibit A)Attorney Douglas S Lyons added to party Ceasar Millas(pty:pla).(Lyons, Douglas)**


**2:16-cv-07023 Notice has been electronically mailed to:**

Douglas S Lyons     doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-07023 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/25/2016] [FileNumber=7930824-0
] [51364340ac5f48846c23432bbaddadd78226b4dbbd001f8d0b2199890d5023c076c
957e21758d214b24b9d3076ef20d85024c9b7cd89c9c2ba798993e3792a1b]]
**Document description:** Exhibit Exhibit A

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/25/2016] [FileNumber=7930824-1
] [49f63297794ada93ec432ff238ea62ec961ead6d62aa441442eb2ee3df4a404cde7
0c039c6670d3c1755400421c215cce504eea8905a12d60209aaf616e50cbe]]