# Doug Lyons

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Friday, May 27, 2016 4:25 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-07263 Riggio v. BP Exploration and Production, Inc. et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/27/2016 at 3:24 PM CDT and filed on 5/27/2016

**Case Name:** Riggio v. BP Exploration and Production, Inc. et al
**Case Number:** 2:16-cv-07263
**Filer:** Vincent Riggio
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5447825) filed by Vincent Riggio. (Attachments: # (1) Exhibit Exhibit A)Attorney Douglas S Lyons added to party Vincent Riggio(pty:pla).(Lyons, Douglas)**

**2:16-cv-07263 Notice has been electronically mailed to:**

Douglas S Lyons   doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-07263 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/27/2016] [FileNumber=7938688-0
] [30f71555ac4af870e514f3a780b9796474a8067e504629b0bdd4990c8b0ee210fd5
ed72825e46b0ac402f87184c9683f11023e02a2f35834d6047577b35038c6]]
**Document description:** Exhibit Exhibit A

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/27/2016] [FileNumber=7938688-1
] [bd0c81a71a4796da4858de1987c54bcb1eed7cba5aa27a8ece0919ab3e23a751ee5
c94ec683d4a175ae06e50b6b18802166df605b1dec1d429c5e899b22eef89]]