# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:16-cv-07488-CJB-SS

Nabaa Gas Montgomery, LLC v. BP America Production Company et al
Assigned to: Judge Carl Barbier
Referred to: Magistrate Judge Sally Shushan
Cause: 33:2701 - Oil Pollution Act

Date Filed: 05/31/2016
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Nabaa Gas Montgomery, LLC**

represented by **Douglas S Lyons**
Lyons & Farrar, PA
325 North Calhoun Street
Tampa, FL 32301
850-222-8811
Fax: 850-222-5583
Email: doug.lyons@lyonsandfarrar.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**BP America Production Company**

**Defendant**
**BP Exploration and Production, Inc.**

**Defendant**
**Transocean Offshore Deepwater Drilling, Inc.**

**Defendant**
**Transocean Holdings, LLC**

**Defendant**
**Transocean Deepwater, Inc.**

**Defendant**
**Halliburton Energy Services, Inc.**

**Defendant**
**Sperry Drilling Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2016 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5450656) filed by Nabaa Gas Montgomery, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)Attorney Douglas S Lyons added to party Nabaa Gas Montgomery, LLC(pty:pla).(Lyons, Douglas) (Entered: 05/31/2016) |