UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                              MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010                 SECTION J

This Filing Applies to:                                      JUDGE BARBIER

All Cases                                                    MAGISTRATE JUDGE SHUSHAN

## ORDER

**[BP's Motion for Order of Disposal of Material (Rec. doc. 19381)]**

On June 20, 2016, BP CRGO ("BP") submitted a letter requesting authorization to dispose of surplus resource material.[1] The letter was filed in the record as Rec. doc. 19381. BP provided an Excel spreadsheet with the letter with "material-by-material information concerning historical requests, amounts remaining, amounts recommended for retention, and amounts that BP believes can be disposed of without impacting the rights of the remaining litigants to reasonable volumes of sample material." Id. at 2. Because of the size of the Excel spreadsheet, it is filed as a manual attachment to the motion and is available at the Clerk's office.

BP submitted a proposed order relating to its motion for disposal of material. A copy of the proposed order is attached. In the absence of any objection from a party, the proposed order will be signed and entered in the record.

---

[1] The letter is dated June 20, 2016 and was received on that date. The second, third and fourth pages refer to the letter as dated May 8, 2015, which is incorrect.

IT IS ORDERED that: (1) BP's motion for order of disposal of material (Rec doc. 19381) is set for submission on **Wednesday, July 20, 2016**, on briefs and without oral argument; (2) the deadline for any opposition to the motion is **Tuesday, July 12, 2016**; (3) if no opposition is received by that date, the motion will be deemed unopposed and granted.

New Orleans, Louisiana, this 28th day of June, 2016.

**SALLY SHUSHAN**
**United States Magistrate Judge**