ATTACHMENT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER RELATING TO
## DISPOSAL OF SOURCE MATERIAL AND OTHER SUBSTANCES

CONSIDERING BP Exploration & Production Inc., BP America Production Company, and BP America Inc.'s ("BP") motion for an order governing the disposal of source material and other substances, it is hereby ORDERED:

1. WHEREAS BP collected oil and other material from various containment and recovery vessels at the well site and from surface recovery efforts during the summer of 2010;

2. And whereas BP also collected volumes of surrogate oil for use in contexts where actual Macondo oil was not essential;

3. And whereas BP, since 2010, has advertised the availability of such materials, and has made, and continues to make, such recovered and collected material available to interested researchers;

4. And whereas BP has satisfied the demand for such materials and that demand has almost completely ended;

5. And whereas the volumes of oil and other materials currently held by BP far exceed the demand that reasonably might be expected in the future;

6.     And whereas BP has moved this Court seeking to dispose properly of superfluous oil and other material, but to continue to maintain supplies that still exceed the likely future demand by researchers and scientists;

7.     It is hereby ORDERED that BP's Motion is GRANTED and that BP may dispose of such superfluous source material and other substances to the extent that it maintains the following materials in quantities no less than the amounts specified below:

| Sample Description | Remaining Volume After Disposal (L) | Remaining Volume After Disposal (gal) |
|---|---|---|
| Marlin Platform Dorado (Surrogate)[1] | 77 | 20 |
| Helix Producer -1 | 3 | 1 |
| Q-4000 AUG 14 | 10 | 3 |
| Massachusetts Barge[1] | 161 | 42 |
| Source Oil B | 200 | 53 |
| DSP9500 | 96 | 25 |
| DSP9527 | 120 | 32 |
| Oil From Surface - Juniper | 157 | 42 |
| Oil From Surface - CTC Barge | 181 | 48 |
| Pre-response Mississippi Canyon 252[2] | 115 | 31 |
| Enterprise Discoverer | 5 | 1 |
| Drilling Mud[1] | 1 | .3 |
| Oil From Surface - MSRC | 1 | .3 |
| Source Oil A | 1 | .3 |
| **Total** | **1,128** | **299** |

[1] Volume is the combination of PTO 45 Reference/Surrogate Material and Reference/Surrogate Material not included in PTO 45
[2] Material not included in PTO 45, includes oil, drilling mud and rinsates.

IT IS SO ORDERED this _____ day of June, 2016, at New Orleans, Louisiana.

_____
United States Magistrate Judge