# EXHIBIT

# "A"

| Cause Number(s) | Last Name | First Name |
|---|---|---|
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | Blount | Larry |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BRAGGS | ERIC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BRIGGS | JESSIE |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | BURDEN | JAMES |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BURTON | JIMARCUS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | CRAWFORD | JACQUELINE |
| 2:13-cv-01717-CJB-SS | FINCH | COREY |
| 2:13-cv-01717-CJB-SS | JOHNSON | CHARLES |
| 2:13-cv-01717-CJB-SS | JOHNSON | SABRINA |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | JONES | ANTHONY |
| 2:13-cv-01717-CJB-SS | Nicholas | Ian |
| 2:13-cv-05367-CJB-SS | RIDDLE | ANDREA |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0357-CJB-SS | Rivera | Gilbert |
| 2:13-cv-01717-CJB-SS | ROSE | WALTER |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | TREADWELL | STEVE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | WASHINGTON | EDWARD |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | WILLIS | ADRIAN |