# EXHIBIT

# "A"

Case 2:10-md-02179-CJB-DPC   Document 20613-1   Filed 06/29/16   Page 1 of 3

| Cause Number(s) | Last Name | First Name | Company Name |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | | DANH NGUYEN, INDIVIDUALLY AND DBA CHINA QUEEN |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | LIEN THI HUYNH, INDIVIDUALLY AND DBA HOLLYWOOD NAILS |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | | LUCKY NGUYEN, INDIVIDUALLY AND DBA OF TIP TOP NAILS |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | | | THOMAS THO NGUYEN, INDIVIDUALLY AND DBA PERFECT NAILS |
| 2:13-cv-01717-CJB-SS | | | TRANG NGUYEN, INDIVIDUALLY TOP CUTS |
| 2:13-cv-01717-CJB-SS | DANG | TOAN | |
| 2:13-cv-05367-CJB-SS | HOANG | CUONG | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HUYNH | LOC BA | |
| 2:13-cv-01717-CJB-SS | HUYNH | VAN KHA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MITCHELL | TAMMY | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NI | ZHI | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | NGUYEN | HAI V | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | NGUYEN | MAGGIE | |
| 2:13-cv-05367-CJB-SS | PHAM | TRACY | |
| 2:13-cv-01717-CJB-SS | PHAN | BINH | |

| Cause Number(s) | Last Name | First Name | Company Name |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | THAI | HIEN | |