# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:

**Amber D Lowry**

Docket Number(s)


Short Form Joinder Number(s)

**2:10-cv-08888-CJB-SS Document 9887**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), pursuant to Rule 41(a)(l)(A)(i) of the Federal

Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue

entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of

all actions, claims, causes of action, and short-form joinders against all Defendants, including

but not limited to the action(s) and short-form joinders listed below, and withdrawal from any

class (whether putative or certified), except that this dismissal does not extend to claims by

Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings

LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling

Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed

as paid.

-1-

Case name(s) and docket number(s):

**Amber D Lowry**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 9887**

Respectfully submitted this 28 day of June, 2016.

/s/ _____

Name: Amber Lowry

Address: 1403 Constitution Dr.
Port St Joe, FL 32456

PLAINTIFF(S)