UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | | |
| | * | MDL 2179 |
| This Document Relates To: | | |
| Civil Action No. 2:16-cv-07112 | * | SECTION: J |
| Civil Action No. 2:16-cv-07070 | * | JUDGE BARBIER |
| Civil Action No. 2:16-cv-07132 | | |
| | * | MAG. JUDGE SHUSHAN |

**EX PARTE MOTION TO WITHDRAW BY RFD CDC, MICHAEL SIMON, AND WOODWARD DESIGN & BUILD, LLC**
**MOTION FOR LEAVE TO FILE ITS RESPONSE TO THE ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60 UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiffs **RFD CDC, MICHAEL SIMON, AND WOODWARD DESIGN & BUILD, LLC** respectfully file this Motion To Withdraw their Motions For Leave To File Under Seal A Response to the Order to Show Cause re: Compliance with PTO 60, which was contemporaneously filed with their Motion to Seal (Rec. 19221, 19222, 19223).

Plaintiffs RFD CDC, MICHAEL SIMON, AND WOODWARD DESIGN & BUILD, LLC have all resolved their claims and a Notice of Dismissals have been filed for each of the plaintiffs' claims.

WHEREFORE, RFD CDC, MICHAEL SIMON, AND WOODWARD DESIGN & BUILD, LLC respectfully requests the Court for an Order allowing this Motion to Withdraw their Motions for Leave to File Response to the Order to Show Cause Re: Compliance with PTO 60 to be filed under seal be GRANTED.

1

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis C. Reich, Esq.
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
E-mail: dreich@reichandbinstock.com

***Attorney for Plaintiff, RFD CDC***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2016.

**Counsel for BP**
J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St., Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

/s/ Dennis C. Reich