# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: Oil Spill by the Oil Rig**
**"Deepwater Horizon" in the Gulf**
**of Mexico, on April 20, 2010**

| | | |
|---|---|---|
| | * | **MDL 2179** |
| **This Document Relates To:** | | |
| **Civil Action No. 2:16-cv-07112** | * | **SECTION: J** |
| **Civil Action No. 2:16-cv-07070** | * | **JUDGE BARBIER** |
| **Civil Action No. 2:16-cv-07132** | | |
| | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Consideration of RDC CDC, MICHAEL SIMON, AND WOODWARD DESIGN & BUILD, LLC Ex Parte Motion To Withdraw their Motions for Leave To File Under Seal (Rec.Doc. 19221, 19222, 19223);

IT IS ORDERED that RDC CDC, MICHAEL SIMON, AND WOODWARD DESIGN & BUILD, LLC Ex Parte Motion To Withdraw their Motions for Leave To File Under Seal is hereby GRANTED (Rec. Doc. 19221, 19222, 19223).

Signed this ___ day of _____2016.

_____
The Honorable Judge Carl L. Barbier
United State District Judge