UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Atlas Building Maintenance Inc** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| Short Form Joinder Number(s) | |
| **2:16-cv-04144-CJB-SS** | |

<u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), pursuant to Rule 41(a)(l)(A)(i) of the Federal

Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue

entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of

all actions, claims, causes of action, and short-form joinders against all Defendants, including

but not limited to the action(s) and short-form joinders listed below, and withdrawal from any

class (whether putative or certified), except that this dismissal does not extend to claims by

Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings

LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling

Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed

as paid.

Case name(s) and docket number(s):

**Atlas Building Maintenance Inc**

Short Form Joinder number(s) and identifying information:

**2:16-cv-04144-CJB-SS**

Respectfully submitted this 27 day of June, 2016.

/s/ _Jeffrey Oldenburg_

Name: Jeffrey Oldenberg President

Address: Atlas Building Maintenance Inc.

PLAINTIFF(S) 2815 N Tamiami Tr

Sarasota FL 34234