UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action No. 2:16-cv-07133 | * | MAG. JUDGE SHUSHAN |

### ORDER

Consideration of The Gulfside Association of The United Methodist Church, Inc.'s Ex Parte Motion for Leave To File Under Seal (Rec.Doc. 19210)

IT IS ORDERED that The Gulfside Association of The United Methodist Church, Inc.'s Ex Parte Motion for Leave To File Under Seal is hereby GRANTED. The Response to Order to Show Cause Re: Compliance with PTO 60 shall be filed under seal.

New Orleans, Louisiana this 28th day of June, 2016.

_____
United States District Judge