# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179<br>SECTION: J |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action No. 2:16-cv-07121 | * | MAG. JUDGE SHUSHAN |

## ORDER

Consideration of New Egg, LLC Ex Parte Motion for Leave To File Under Seal (Rec.Doc. 19213);

IT IS ORDERED that New Egg, LLC Ex Parte Motion for Leave To File Under Seal is hereby GRANTED. The Response to Order to Show Cause Re: Compliance with PTO 60 shall be filed under seal.

New Orleans, Louisiana this 28th day of June, 2016.

_____
United States District Judge