# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | MAG. JUDGE SHUSHAN |

2-16-cv-01422, 2-16-cv-01857, 2-16-cv-05833
2-16-cv-05878, 2-16-cv-05882, 2-16-cv-05903
2-16-cv-05904, 2-16-cv-05931, 2-16-cv-05934
2-16-cv-05937, 2-16-cv-05954, 2-16-cv-05959
2-16-cv-05970, 2-16-cv-05971, 2-16-cv-05974
2-16-cv-05976, 2-16-cv-05977, 2-16-cv-06031
2-16-cv-06037, 2-16-cv-06084, 2-16-cv-06096
2-16-cv-06186, 2-16-cv-06216, 2-16-cv-06238
2-16-cv-06253, 2-16-cv-06280, 2-16-cv-06303
2-16-cv-06317, 2-16-cv-06322, 2-16-cv-06325
2-16-cv-06327, 2-16-cv-06329, 2-16-cv-06333
2-16-cv-06335, 2-16-cv-06426, 2-16-cv-06429
2-16-cv-06431, 2-16-cv-06436, 2-16-cv-06437
2-16-cv-06441, 2-16-cv-06444, 2-16-cv-06464
2-16-cv-06474, 2-16-cv-06475, 2-16-cv-06476
2-16-cv-06478, 2-16-cv-06480, 2-16-cv-06503
2-16-cv-06508, 2-16-cv-06512, 2-16-cv-06518
2-16-cv-06521, 2-16-cv-06523, 2-16-cv-06556
2-16-cv-06565, 2-16-cv-06567, 2-16-cv-06572
2-16-cv-06585, 2-16-cv-06593, 2-16-cv-06596
2-16-cv-06607, 2-16-cv-06610, 2-16-cv-06611
2-16-cv-06614, 2-16-cv-06637, 2-16-cv-06653
2-16-cv-06662, 2-16-cv-06672, 2-16-cv-06674
2-16-cv-06678, 2-16-cv-06689, 2-16-cv-06696
2-16-cv-06734, 2-16-cv-06757, 2-16-cv-06759
2-16-cv-06761, 2-16-cv-06763, 2-16-cv-06764
2-16-cv-06772, 2-16-cv-06775, 2-16-cv-06809
2-16-cv-06837, 2-16-cv-06862, 2-16-cv-06870
2-16-cv-06875, 2-16-cv-06877, 2-16-cv-06883
2-16-cv-06944, 2-16-cv-06946, 2-16-cv-06951
2-16-cv-06987, 2-16-cv-06988, 2-16-cv-07033
2-16-cv-07048, 2-16-cv-07085, 2-16-cv-07120
2-16-cv-07127, 2-16-cv-07136, 2-16-cv-07137
2-16-cv-07140, 2-16-cv-07270, 2-16-cv-07275
2-16-cv-07309, 2-16-cv-07359, 2-16-cv-07361
2-16-cv-07363, 2-16-cv-07385, 2-16-cv-07397
2-16-cv-07398

**ORDER**

This matter comes before the Court on Plaintiff's Motion to File Under Seal BCA Law Firm Plaintiffs Objections and Response to Show Cause Re: Compliance With PTO 60 (Rec. Doc. 20565). Upon consideration of the motion,

IT IS ORDERED that the Motion is GRANTED. The BCA Law Firm Plaintiffs' Objections and Response to Show Cause Re: Compliance with PTO 60 and the exhibits thereto shall be filed UNDER SEAL.

New Orleans, Louisiana this 29th day of June, 2016.

_____
United States District Judge