UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC.<br><br>Versus<br><br>BP EXPLORATION & PRODUCTION, INC.<br>BP AMERICA PRODUCTION COMPANY<br>BP AMERICA, INC.<br>BP CORPORATION NORTH AMERICA, INC., and<br>BP PRODUCTS NORTH AMERICA, INC. | CIVIL ACTION NO. 2:12-cv-02665<br><br>SECTION "J"<br>HONORABLE CARL BARBIER<br><br>DIVISION: (1)<br>MAG. SALLY SHUSHAN |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Bayou Caddy Fisheries, Inc. ("BCF"), and submits this Motion for Leave to Amend its Complaint[1] to:

- Remove Bayou Carlin Fisheries, Inc. and Pearl River Fisheries of Louisiana as plaintiffs and

- Add claims against Halliburton Energy Service, Inc. ("HESI").

In light of the recent *Order to Show Cause Re: Compliance with PTO* 60 (Rec.Doc. 18724), Exhibit 2 of which stated BCF had "no individual complaint on file," (Rec. Doc. 18724-3, p. 2),[2] BCF now moves out of an abundance of caution to file its First Amended Complaint to clarify that BCF is the only Plaintiff in Civil Action No. 2:12-cv-02665. Both Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc. timely opted back into the Business

---

[1] The proposed First Amended Complaint is attached to the Motion as Exhibit A.

[2] On June 13, 2016, BCF timely filed and served its response, Rec. Doc. 18802 in MDL-2179, to the Order to Show Cause Re: Compliance with PTO 60.

1

and Economic Loss settlement after the filing of the original Complaint in this matter, leaving BCF as the only plaintiff. See opt-in letters, attached to the Motion as Exhibit A. A copy of BCF's proposed First Amended Complaint is also attached.

BCF also seeks leave to add claims against Halliburton Energy Services, Inc.

BCF has not previously sought leave to amend based on the stay of all proceedings pursuant to Pre-Trial Order No. 36, which provides:

> All individual petitions or complaints that fall within Pleading Bundles B1, B3, D1, or D2, whether pre-existing or filed hereafter, are stayed until further order of the Court.

Pre Trial Order No. 25, ¶ 8. In light of Pre-Trial Order 60, which dismissed the B1 Master Complaint, BCF seeks leave to add its individual claims against HESI.

For the reasons more fully set forth in the accompanying memorandum in support, BCF should be granted leave to amend its Complaint.

Respectfully submitted,

_Miles P. Clements_
Miles P. Clements (La. #4184)
T. Patrick O'Leary (La. #30655)
Wade B. Hammett (La. #31186)
**FRILOT, L.L.C.**
1100 Poydras Street
Suite 3700 Energy Centre
New Orleans, LA 70163-3700
Telephone: 504-599-8004
Telefax: 504-599-8104
mclements@frilot.com
poleary@frilot.com
whammett@frilot.com
**ATTORNEY FOR:**
**BAYOU CADDY FISHERIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Leave to Amend Complaint* has been served on Counsel of BP and the Plaintiffs' Steering Committee by electronically uploading the same to Lexis Nexis FileAndServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of June, 2016.

_Miles P. Clements_