UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC.<br><br>Versus<br><br>BP EXPLORATION & PRODUCTION, INC.<br>BP AMERICA PRODUCTION COMPANY<br>BP AMERICA, INC.<br>BP CORPORATION NORTH AMERICA, INC., and<br>BP PRODUCTS NORTH AMERICA, INC. | CIVIL ACTION NO. 2:12-cv-02665<br><br>SECTION "J"<br>HONORABLE CARL BARBIER<br><br>DIVISION: (1)<br>MAG. SALLY SHUSHAN |

## ORDER

Considering the foregoing Motion for Leave to Amend Complaint by Bayou Caddy Fisheries, Inc. ("BCF"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that BCF's Motion for Leave is **GRANTED** and BCF is permitted to file to the attached Amended Complaint.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
**UNITES STATES DISTRICT JUDGE**

1