UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC.<br><br>Versus<br><br>BP EXPLORATION & PRODUCTION, INC.<br>BP AMERICA PRODUCTION COMPANY<br>BP AMERICA, INC.<br>BP CORPORATION NORTH AMERICA, INC., and<br>BP PRODUCTS NORTH AMERICA, INC. | CIVIL ACTION NO. 2:12-cv-02665<br><br>SECTION "J"<br>HONORABLE CARL BARBIER<br><br>DIVISION: (1)<br>MAG. SALLY SHUSHAN |

MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO AMEND COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiff, Bayou Caddy Fisheries, Inc. ("BCF"), through undersigned counsel, submits this Memorandum in Support of Motion for Leave to Amend its Complaint to:

- Remove Bayou Carlin Fisheries, Inc. and Pearl River Fisheries of Louisiana as plaintiffs and

- Add claims against Halliburton Energy Service, Inc. ("HESI").

The proposed First Amended Complaint is attached to the Motion as Exhibit A.

BCF filed an opt-out suit in the Eastern District of Louisiana on November 1, 2012, bearing case number 2:12-cv-02665. When originally filed, two other entities, Pearl River Fisheries of Louisiana, LLC, and Bayou Carlin Fisheries, Inc., were identified as plaintiffs. Both Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc. timely opted back in to the B-1 class and settlement, leaving BCF as the sole plaintiff in the lawsuit. *See* Opt-In Letters,

1

attached to the Motion as Exhibit B. Since their timely opt-in, BCF has been the only plaintiff in this suit. BCF has not previously sought leave to amend to remove Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc. from the pleadings based on the stay of all proceedings pursuant to Pre-Trial Order No. 25, which provides:

> All individual petitions or complaints that fall within Pleading Bundles B1, B3, D1, or D2, whether pre-existing or filed hereafter, are stayed until further order of the Court.

Pre Trial Order No. 25, ¶ 8.

Now, in light of Pre Trial Order 60 ("PTO 60") which dismissed the B1 Master Complaint and in light of the recent *Order to Show Cause Re: Compliance with PTO 60* (Rec.Doc. 18724), Exhibit 2 of which stated BCF had "no individual complaint on file," (Rec. Doc. 18724-3, p. 2),[1] BCF now moves out of an abundance of caution to file its First Amended Complaint to clarify that BCF is the only Plaintiff in Civil Action No. 2:12-cv-02665, by dropping two Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc.

BCF also seeks leave to add claims against Halliburton Energy Services, Inc. Again, BCF has not previously sought leave to amend based on the stay of all proceedings pursuant to Pre-Trial Order No. 25. In light of Pre-Trial Order 60, which dismissed the B1 Master Complaint, BCF seeks leave to add its individual claims against HESI.

For the above stated reasons BCF should be granted leave to amend its Complaint.

---

[1] On June 13, 2016, BCF timely filed and served its response (Rec. Doc. 18802 in MDL-2179), to the, *Order to Show Cause Re: Compliance with PTO 60*.

Respectfully submitted,

*/s/ Miles P. Clements*
Miles P. Clements (La. #4184)
T. Patrick O'Leary (La. #30655)
Wade B. Hammett (La. #31186)
**FRILOT, L.L.C.**
1100 Poydras Street
Suite 3700 Energy Centre
New Orleans, LA  70163-3700
Telephone: 504-599-8004
Telefax: 504-599-8104
mclements@frilot.com
poleary@frilot.com
whammett@frilot.com
**ATTORNEY FOR:**
**BAYOU CADDY FISHERIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Memorandum in Support of Motion for Leave to Amend Complaint* has been served on Counsel of BP and the Plaintiffs' Steering Committee by electronically uploading the same to Lexis Nexis FileAndServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of June, 2016.

*/s/ Miles P. Clements*

3