# EXHIBIT

# "A"

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | CHASTAIN | PATTI | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | CLIPPER | JADRIAN | |
| 2:13-cv-05367-CJB-SS | COLLINS | JAMES | |
| 2:13-cv-01717-CJB-SS | COSSIO | WILFREDO | |
| 2:13-cv-05367-CJB-SS | DORCE | WILLY | |
| 2:13-cv-05367-CJB-SS | MARTINEZ | VANESSA | |
| 2:13-cv-05367-CJB-SS | SCHNEIDER | TODD | |
| 2:13-cv-01717-CJB-SS | | JOEL DOUGLAS ALEXANDER | NEW ORLEANS EXPRESSO SERVICE CO LLC |
| 2:13-cv-05367-CJB-SS | | PAUL PATTERSON | PATTERSONS AUTOMOTIVE INC |