UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gary L. Button; Marilyn Hickman Beckham; Carol Hickman Beheler; Marcus B. Blackwell; Michael L. Blackwell; Peter Blackwell; Wanda Patton Cowart; Judith M. Cuevas; Wanda Hickman Curtis; Michele Wilson Davis; Herbert Wayne Easterling; Robert D. Easterling; Virginia Hickman Eaton; Charlotte Wilson Edwards; Gloria J. Evans; Kenneth E. Evans; Lenora A. Evans; Port G. Evans; Sharon E. Evans; James Clark Harrell; Patricia Ann Easterling Hatten; the living heirs of Mark Edward Hester; Patsye E. Hester; Steven R. Hester; Essie Sellers Hickman; Harold V. Hickman; Glen Russell Hickman; Jaden Elyse Hickman; James Ellis Hickman; Joseph W. Hickman; Linda Hickman; Mary Elvia Hickman; Peter Griffin Hickman; Robinson W. Hickman, Jr.; Roger Allan Hickman; Sydne Lauren Hickman; Tyler Hickman; William Earl Hickman; William Martin Hickman; Rucker Howell, Trustee of the Mable H. Howell Revocable Trust; Melissa Wilson Kennedy; Barbara Patton King; Brenda Patton McDonald; Gloria Jean Hickman Murphy; Lloyd Nathaniel Nicaud, as Assignee of Interest Held by Mary Grace Bunch; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Ronnie Lynn Patton; Roy D. Patton; Wendell Patton; Barbara E. Robinson; Schulzie Ann Roland; Homer Ray Saucier; Robert Alan Saucier; Carol Patton Shiyou; Merle Hickman Simmons; Rita Pearl Saucier Smith; Sarah Hickman Smith; Barbara Wilson Stewart; Thorne Blackwell Sullivan; Patricia Varnado, Administratrix for the Estate of Arthur E. Marsh; Diane Wanker; Elaine Easterling Whittenburg; Ronald Williams; Elizabeth Hickman Willison; Billy Jack Wilson; Clark P. Wilson; Frank Wilson; Kenneth G. Wilson; Kevin Wilson; Lola Dean Wilson; Michael J. Wilson; Myra P. Wilson; Ottis | ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 13-cv-2306** ) ) **SECTION: J** ) ) **HONORABLE CARL J. BARBIER** ) ) **MAG. JUDGE SHUSHAN** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| **E. Wilson; Steven G. Wilson; Terry A. Wilson; and Todd M. Wilson.** | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) |
| **BP Exploration & Production, Inc.; BP America Production Company; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.** | ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| This action relates to and falls withing the "B-1 Bundle" in the MDL NO. 2179, the matter entitled and styled: | ) ) ) ) |
| **MDL NO. 2179** | ) ) |
| **In the United States District Court for the Eastern District of Louisiana Section J: Honorable Carl J. Barbier; Magistrate Judge Shushan** | ) ) ) ) ) |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW, Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, 216 West Jackson Street, Ridgeland, Mississippi 39157, and file this their *Motion to Withdraw as Counsel of Record* for Barbara Patton King, Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard Patton, Roy D. Patton, and Carol Patton Shiyou (collectively referred to as "Plaintiffs"), and would show

unto the court the following, to wit:

1. This is a property damages claim against BP et al. originally filed by Plaintiffs on April 22, 2013. Plaintiffs' claim is on behalf of themselves as joint owners of an undivided interested in a 40-acre parcel of land located on Horn Island, in Jackson County, Mississippi. Their claim is a property damage claim arising out of their property in Mississippi.

2. A conflict has arisen that prevents further representation by Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC. Specifically, Jared A. Kobs has been attempting to get in contact with Plaintiffs for some time in an effort to resolve their claims prior to proceeding any further with litigation. Almost all of the Plaintiffs have refused to even respond to Jared A. Kobs for close to two weeks despite multiple phone calls to each, and although one or two of the Plaintiff have responded to Jared A. Kobs, they refuse to negotiate and wish to proceed with litigation. Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, and the remaining Plaintiffs have a material difference in the value of the claim, and Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, believe that it will be too expensive to proceed with the claim given the Plaintiffs' very small percentage of ownership in the property at issue. Plaintiffs still believe that they are entitled to a larger percentage of ownership, although Jared A. Kobs did not agree to assist them with reversing the Order of the Chancery Court of Jackson County, MS, and was very clear that he would only be able to assist them in the negotiations with BP regarding the damage done to the Horn Island property–whatever percentage it was ultimately determined to be when it was time for negotiations.

3. Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, desire to withdraw as counsel of record for Plaintiffs in the above-referenced civil action.

4. Plaintiffs are requesting sixty (60) days from the date the order is entered to retain new

counsel or advise the court of their intentions to proceed *pro* se.

  5.  Movant's withdrawal will not adversely affect either the rights of the opposing party or the rights of the Plaintiffs, and granting this motion will not interfere with the prompt administration of justice by this Court.

  6.  Justice will best be served, and it will be to the best interest of Plaintiffs, that movants be allowed to withdraw as counsel.

  7.  All Plaintiffs represented by Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC have been notified of any pending deadlines and any court appearances, and a copy of this Motion has been sent via certified mail to the following addresses:

  a.  Barbara Patton King
    12144 W. Monte Lindo Ct.
    Sun City, AZ 85337
    623.258.3156/623.302.3939

  b.  Doye Patton Parker
    224 Parker Rd.
    Perkinston, MS 39573
    601.928.4743

  c.  Donald Patton
    24405 West Wortham Rd.
    Saucier, MS 39574
    228.539.4056

  d.  Lois Patton
    P.O. Box 622
    Savannah, TN 38372
    228.563.3307

  e.  Randall Patton
    P.O. Box 622
    Savannah, TN 38372
    228.363.3231

  f. Richard Patton
    P.O. Box 284
    Long Beach, MS 39560
    228.224.9874

  g. Roy D. Patton
    c/o Bobbie J. Patton, Administratrix
    11035 Hughes Road
    Gulfport, MS 39503
    228.864.2200 (Estate Attorney number)

  h. Carol Patton Shiyou
    P.O. Box 448
    Kiln, MS 39556
    228.216.9036

WHEREFORE, PREMISES CONSIDERED, Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, respectfully request an order from this court allowing them to withdraw as counsel of record for Plaintiffs, and further allowing Plaintiffs sixty (60) days from the date the order is entered to retain new counsel or advise the court of their intentions to proceed *pro se.*

RESPECTFULLY SUBMITTED, this the 28th day of June, 2016.

              /s/Jared A. Kobs
              Jared A. Kobs, MSB No. 101612
              Benjamin N. Philley MSB No. 101556
              KOBS & PHILLEY, PLLC
              Post Office Box 2230
              Madison, Mississippi 39130-2230
              216 West Jackson Street
              Ridgeland, Mississippi 39157
              Telephone: 601.856.7800
              Facsimile: 601.856.7031
              E-mail: jkobs@kobsphilley.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon counsel via File and Serve Express and to all Plaintiffs represented by the undersigned counsel at the following addresses on this 28th day of June, 2016.

> Barbara Patton King
> 12144 W. Monte Lindo Ct.
> Sun City, AZ 85337
>
> Doye Patton Parker
> 224 Parker Rd.
> Perkinston, MS 39573
>
> Donald Patton
> 24405 West Wortham Rd.
> Saucier, MS 39574
>
> Lois Patton
> P.O. Box 622
> Savannah, TN 38372
>
> Randall Patton
> P.O. Box 622
> Savannah, TN 38372
>
> Richard Patton
> P.O. Box 284
> Long Beach, MS 39560
>
> Roy D. Patton
> c/o Bobbie J. Patton, Administratrix
> 11035 Hughes Road
> Gulfport, MS 39503
>
> Carol Patton Shiyou
> P.O. Box 448
> Kiln, MS 39556

                     S/Jared A. Kobs