UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Gary L. Button; Marilyn Hickman Beckham; | ) | |
| Carol Hickman Beheler; Marcus B. Blackwell; | ) | |
| Michael L. Blackwell; Peter Blackwell; Wanda | ) | |
| Patton Cowart; Judith M. Cuevas; Wanda | ) | |
| Hickman Curtis; Michele Wilson Davis; Herbert | ) | |
| Wayne Easterling; Robert D. Easterling; | ) | |
| Virginia Hickman Eaton; Charlotte Wilson | ) | |
| Edwards; Gloria J. Evans; Kenneth E. Evans; | ) | |
| Lenora A. Evans; Port G. Evans; Sharon E. | ) | |
| Evans; James Clark Harrell; Patricia Ann | ) | |
| Easterling Hatten; the living heirs of Mark | ) | |
| Edward Hester; Patsye E. Hester; Steven R. | ) | CIVIL ACTION NO. 13-cv-2306 |
| Hester; Essie Sellers Hickman; Harold | ) | |
| V. Hickman; Glen Russell Hickman; Jaden | ) | SECTION: J |
| Elyse Hickman; James Ellis Hickman; Joseph | ) | |
| W. Hickman; Linda Hickman; | ) | HONORABLE CARL J. BARBIER |
| Mary Elvia Hickman; Peter Griffin Hickman; | ) | |
| Robinson W. Hickman, Jr.; Roger Allan | ) | MAG. JUDGE SHUSHAN |
| Hickman; Sydne Lauren Hickman; Tyler | ) | |
| Hickman; William Earl Hickman; William | ) | |
| Martin Hickman; Rucker | ) | |
| Howell, Trustee of the Mable H. Howell | ) | |
| Revocable Trust; Melissa Wilson Kennedy; | ) | |
| Barbara Patton King; Brenda Patton McDonald; | ) | |
| Gloria Jean Hickman Murphy; Lloyd Nathaniel | ) | |
| Nicaud, as Assignee of Interest Held by Mary | ) | |
| Grace Bunch; Doye Patton Parker; Donald | ) | |
| Patton; Lois Patton; Randall Patton; Richard | ) | |
| Patton; Ronnie Lynn Patton; Roy D. Patton; | ) | |
| Wendell Patton; Barbara E. Robinson; | ) | |
| Schulzie Ann Roland; Homer Ray Saucier; | ) | |
| Robert Alan Saucier; Carol Patton Shiyou; | ) | |
| Merle Hickman Simmons; Rita Pearl Saucier | ) | |
| Smith; Sarah Hickman Smith; Barbara Wilson | ) | |
| Stewart; Thorne Blackwell Sullivan; Patricia | ) | |
| Varnado, Administratrix for the Estate of | ) | |
| Arthur E. Marsh; Diane Wanker; Elaine | ) | |
| Easterling Whittenburg; Ronald Williams; | ) | |
| Elizabeth Hickman Willison; Billy Jack Wilson; | ) | |
| Clark P. Wilson; Frank Wilson; Kenneth | ) | |
| G. Wilson; Kevin Wilson; Lola Dean Wilson; | ) | |
| Michael J. Wilson; Myra P. Wilson; Ottis | ) | |

| | |
|---|---|
| E. Wilson; Steven G. Wilson; Terry A. Wilson; and Todd M. Wilson. | ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) |
| BP Exploration & Production, Inc.; BP America Production Company; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | ) ) ) ) ) ) |
| **Defendants.** | ) ) ) ) |
| This action relates to and falls withing the "B-1 Bundle" in the MDL NO. 2179, the matter entitled and styled: | ) ) ) ) |
| MDL NO. 2179 | ) ) |
| In the United States District Court for the Eastern District of Louisiana Section J: Honorable Carl J. Barbier; Magistrate Judge Shushan | ) ) ) ) ) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS MATTER having come before this Court on the *Motion to Withdraw as Counsel of Record* filed by Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, and the Court being fully advised in the premises, finds that said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, are hereby allowed to withdraw as counsel of record, having no further responsibility in this matter and further that Plaintiffs, Barbara Patton King,

Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard Patton, Roy D. Patton, and Carol Patton Shiyou, are allowed sixty (60) days from the date the order is entered to retain new counsel or advise the court of their intentions to proceed *pro se.*

SO ORDERED AND ADJUDGED this the _____ day of _____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Presented to the Court by:

/s/ Jared A. Kobs
Jared A. Kobs, MSB No. 101612
Benjamin N. Philley MSB No. 101556
KOBS & PHILLEY, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
216 West Jackson Street
Ridgeland, Mississippi 39157
Telephone: 601.856.7800
Facsimile: 601.856.7031
E-mail: jkobs@kobsphilley.com