UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



In re: Oil Spill by the Oil Rig                                    MDL NO.2179

"Deepwater Horizon" in the Gulf

of Mexico, on April 20,2010                                    SECTION J

Applies to:                                                              JUDGE BARBIER

ALL CASES IN PLEADING BUNDLE B1     MAGISTRATE JUDGE SHUSHAN

REMOVED OR TRANSFERRED

---

POWER HOUSE CHURCH OF GOD                   PLAINTIFF

HOLY GHOST POWER

REMOVED OR TRANSFERRED

VERSUS   2-16-CV-4322-CJB-SS      CIVIL ACTION NO.

IN RE: OIL SPILL BY THE OIL RIG                  SECTION J

"Deepwater Horizon" in the Gulf                    JUDGE BARBIER

of Mexico, on April 20,2010                           MAGISTRATE JUDGE SHUSHAN

## Order to show cause Re: Compliance with PTO 60 Exibit 2

COME NOW Power House Church Of God Holy Ghost Power C/O Richard McBride In The Name of Jesus Christ Submitted.

**I.**

The Power House Church Of God Holy Ghost Power was created on or about May 19th, 2002 at 6517 Fredrick St. Moss Point, Ms 39563. Later move to 6337 Shortcut Rd. Moss

Point, Ms 39563. 2005 later move to 6619 Gregory St. Moss Point, Ms 39563 2006.

## II.

The Power House Church Of God Holy Ghost Power was Tax- exempt statu none profits by I.R.S. Department of the Treasury Internal Revenue Service. Records indicate that (you) were Recognized as exempt under Section 501(c)(03) of the Internal Revenue code. In A determination letter issued in March 2003. The Power House Church Of God Holy Ghost Power is exempt from all state and federal taxes. on all money gift ext. donation

## III.

The Power House Church Of God Holy Ghost Power 1. Employer Identification number is 33-1020963. person to contact IRS toll free Telephone Number 1-877-829-5500 2. The Power House Church Of God Holy Ghost Power NAICS. code is. 813000.

## IV.

The Power House Church Of God Holy Ghost Power was incorporation or new corporations non-profit corpotation- domestic- information Mississippi Secretary of State Business Services 1. Business ID: 893337

2. Status - Good Standings

3. Creation date 6/5/2006

4. State of Incorporation- Mississippi

5. Principal Office address- 6337 Shortcut Rd. Moss Point, Ms 39563

6. Registered Agent. Agent Name Richard McBride office address 6337 Shortcut Rd. Moss Point, Ms 39563.

7. Mailing Address- 6337 Shortcut Rd. Moss Point, Ms 39563 and P.O.Box 5101 Moss Point, Ms 39563.

## V.

The Power House Church Of God Holy Ghost Power was doing business of a none profits organizations. 501.c(03) recognized as exempt under 501c(03) of Internal Revenue code. In a determination letter issued March 2003. Exempt for Federal Tax Filing and State Filing. Taxes Mississippi Secretary Of State. The Describe The Nature of Business of at time of the Oil Spill. Occupation was church and some member was commercial fishing some from Queen Esther Boat. Church was recieve donation boat

2

fishing.

## VI.

The Power House Church Of God Holy Ghost Power State Tax Returns and Federal Tax Returns forms annual period. 2007 years, 2008 years, 2009 years, 2010 years, 2011 years, form 1040. form 11205, form 1120, form 1065, form 8825, form 990. The Power House Church Of God Holy Ghost Power is total by Federal Law and State Law Tax. Exempt-status is not required to filed tax return forms, incompletenes reason explanation was attachment incompleteness notice date of notice January 3,2014. Deadline for response February 3,2014. Now The Power House Church Of God Holy Ghost Power have corrope and submit following documents required and missing that it can be processing and payment The Power House Church Of God Holy Ghost Power Section 2 incompletenes explanation page 1 of 6 bp settlement agreement written by class counsel and bp requires (you) to submit before we can evaluate your claim. the ssettlement agreement require us to ask you to submit those material. The Power House Church Of God Holy Ghost Power has sent all documents two years ago 2014. Now delay in 2016 the class counsel and Bp In deny.

## VII.

The Power House Church Of God Holy Ghost Power was damages by the bp oil spill April 20,2010. Economic and Property damages monthly Revenues and expenses of the business for 2010 the settlement agreement requires profit and loss statement identifying a creation date and detailing revenue and expenses for each month in 2010. year 2007, year 2008, year 2009 year 2010, year 2011. Profit and loss statement ets. Bank Account Statement Reason explanation how The Power House Church Of God Holy Ghost Power spent the profit and the loss see profit and loss statement attachment to this complaint and sworn statement.

## VIII.

Profit and Loss statement and expenses by monthly and weekly for The Power House Church Of God Holy Ghost Power To BP Oil Spill that Occured on April 20,2010. The Ceo. Richard McBride submitted claims information Claimant Id# 100240510 and Claim ID# 226892 to the Deepwater Horizon Claims Center for The BP Oil Spill. All profit loss statements from 2007 to 2011 hand delivered to the claims center from Richard McBride it calculates from weekly to monthly of all expenses at Deepwater Horizon Claims Center 15812 Lemoyne Blvd. Biloxi, MS 39532. 1-228-396-4637.

## VX.

BP failed to follow the settlement agreements standards governing this claim.

### X.

As you may know, BP has agreed to enter into a $7.8 Billion dollar court- supervised settlement to compensate individuals, business and property owners who have incurred Financial Losses from the Oil Spill. The settlement will also cover those whose health was affected by the oil spill. Most importantly, we believe that this new system will result in faster and fairer payments for all those who were affected. If you filed with the GCCF and have not been paid, you will now have to file in Federal Court as the GCCF has been closed down. if you never filed before, filing now will provide you with an opportunity to get paid for your damages.

### XI.

According to Federal Judge Barbier's order "BP Claims will be processed and evaluated in the order they are recieved. therefore it is extremely urgent to act now and bot be left out or at the back of the line.

### XII.

Richard McBride is an adult citizen of Jackson County, Moss Point, Mississippi.

### XIII.

The Power House Church Of God Holy Ghost Power is an non profit organization of Jackson County, Moss Point, Mississippi.

### VX

Regarding All Remaining Claims in Pleading Bundle B1, Exhibit 1A, Exhibit 2, and Exhibit 3. This case and cause number should not be dismissed because The Queen Esther Commercial Fishing was a start up and failed business due to the oil spill occured on April 20,2010. I have worked for several companies upon the oil spill clean up crew. Bp has made promises to the individuals and business that was destroyed by the oil spill. attached are documents of the business and myself upon the oil spill.

### XXI

The honorable court of THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA Should Grant The Queen Esther Commercial Fishing and Rico O. McBride for this matter due to the oil spill on April 20,2010 and this case or cause number should not be dismissed in the Name of Jesus Christ.

## XXII

1. In accordance with its order and reasons issued December 21,2012, Rec. Doc. 8138, The court hereby grants final approval as fair, reasonable, and adequate, to the Economic and Property Damages Settlement Agreement as Amended on May 2,2012, including all Exhibits thereto (collectively the " Settlement Agreement, " Rec. Doc. 6430, Which is adopted and incorporated fully by reference herein) Pursuant to Federal Rule of Civil Procedure 23(e). The Settlement Agreement provides ample remedies to the Economic Class and avoids protracted Litigation, among numerous other advantages.

2. The Court confirms the certifiacation of the Economic and Property Damages Class (" Economic Class") as defined in Appendix A, for settlement purposes only, pursuant to Federal Rule of Civil Procedure 23(a)(1)-(4) and (b)(3). The Economic Class excludes under Federal Rule of Civil Procedure 23(b)(3) and 23(c)(3)(b) the persons who (a) signed and filed timely and proper exclusions requests (Opt- Outs) under the terms of the Settlement Agreement and this court applicable orders on or before the November 1,2012. deadline and under the procedures established by the Court, and (b) have not timely and properly revoked such exclusions. Those persons or entities not named on the opt-out list, or who revoke their exclusions under the procedures established by the court, and who otherwise fall within the class definition are members of the Economic Class.

3. the court confirms the appointment of Economic Class Counsel, Lead Class Counsel, and the class Representatives.

4. The Court confirms the appointment of the claims administrator and claims administration vendors.

5. The court confirms that the class notice and class notice plan satisfied and continue to satisfy the applicable requirements of Federal Rule of Civil Procedure 23(c)(2)(b) and 23 (e), The class Action Fairness Act (28 U.S.C. 1711 et seq.), and the due process clause of the United States Constitution (U.S. Const., Amend. V.) constituting the best notice that is practicable under the circumstances of the litigation.

6. The court finds that the Settlement Agreement, with respect to Class Members who are minors, lack capacity,or are incompetent, is fair, reasonable, and adequate.

7. The Subsistence framework defines 'Subsistence Claims" as a person who fishes or hunt to harvest, catch, barter, consume or trade Gulf of Mexico natural resources, in a traditional or customary manner, to sustain basic personal or family dietary, economic security, shelter, tool or clothing needs, and who relied upon such subsistence resources that were diminished or restricted in the geographic region used by claimant due to or resulting from the spill. The settlement permits recovery for loss of subsistence use

consistent with any closures or impairments to geographic areas relied on by the claimant through 2011. An RTP is applied to the award. Because members of susbsistence communities may have limited access to the Internet, Translators, and legal services, the parties agreed to a structure in which there is a Court Appointed Distribution agent who works under the direction of claims administrator and who has a dedicated team that maintains a presence in the geographic areas where subsistence claimants live so as to assist those claimants in completeing forms and collecting supporting documentation, confirm the eligibility status of claimants, conduct interviews, and apply the compensation formula.

8. Under the $2.3 Billion Seafood Compensation Program (SCP) Commercial Fishermen, Seafood Boat Captains, all other Seafood Crew, Oyster Leaseholders, and Seafood Vessel Owners will be compensated for economic loss claims relating to Seafood, including shrimp, oysters, finfish, blue crab, and other species. The Seafood Compensation Program (SCP) (Exhibit 10) uses a bottom up mode of awarding compensation thus fishermen with higher benchmark earnings recieve higher compensation awards. The SCP is expected to pay out an initial $1.9 billion in compensation to class members, leaving a $400 million reserve to be distributed in a second round. The guranteed total of $2.3 billion allocated to the SCP represents approximately five times the annual average industry gross revenue for 2007 to 2009 fo the seafood industry in the region covered by the Settlement Agreement. $2.3 billion also represents 19.2 times lost industry revenue in 2010, according to the evidence provided. The SCP does not involve a limited fund with no ability for class members to opt out.

9. The Plaintiff does not have Electronic Filing and the Court Did not mail any documents of the order and the defendants BP failed to mail the plaintiff copy of the order of the PTO 60. The Plaintiff is Pro Se. As of now the plaintiff is aware and in good faith will comply to all court orders that is recieved by mail from the defendants BP. The Plaintiff has coporated with BP and will Coporate with BP to Settle or Resolve this case and matter in good faith with fairness.

10. The Plaintiff please mercy to the court in the Name of Jesus Christ to do not dismiss this case and cause number.

### Prayer for Relief

Wherefore Plaintiffs Richard McBride and The Power House Church Of God Holy Ghost

Power demand Judgement against the defendants, jointly and severally, as follows:

1. The Plaintiffs Richard McBride and The Power House Church Of God Holy Ghost Power deserve the right to come back and amend this complaint at any time.

2. Economic and Compensatory damages in amounts of $500,000.00 Dollars or to be determined at trial;

3. Punitive Damages;

4. Pre-judgement and post- judgement interest at the maximum rate allowable by law;

5. Attorney's fees and costs.

6. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate; and

7. A trial by jury as to all defendants.

## Jury Demand

Respectfully Submitted

Dated June 22, 2016

In The Name of Jesus Christ

*Power House Church of God Holy C/O Richard McBride* [signature]

Pro. sed. Attorney Richard McBride

4318 Donovan St.

Moss Point, Ms 39563

1-228-437-6128

7

# Certificate of Service

I, The Power House Church of God Holy Ghost Power hereby, certify that I have hand delivered or mailed a true and correct copy to the Defendant of **Order to show cause Re: Compliance with PTO 60 Exihibit 2**

This the  23  Day of  June ,2016.

To The Defendants:

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| of Mexico, on April 20,2010 | MAGISTRATE JUDGE SHUSHAN |
| | |
| Counsel for BP | MDL 2179 Plaintiff's Steering Committee |
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago, IL 60654 | |

Power House church of God - Huy Ghu pow
c/o Richard McBride

Richard McBride

6/23/2016
Date

1

Dove House Church
of God Holy Ghost pow
4318 Donovan St
Moss Point MS 39563

U.S. POSTAGE PAID
MOSS POINT, MS
39563
JUN 24, 16
AMOUNT
$0.68
R2305H129344-03

Clerks Office
United States District Court
Eastern District of Louisiana