UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

\*    **MDL 2179**

**This Document Relates To:**

**Civil Action No. 2:16-cv-07112**  \*    **SECTION: J**

**Civil Action No. 2:16-cv-07070**  \*    **JUDGE BARBIER**

**Civil Action No. 2:16-cv-07132**

\*    **MAG. JUDGE SHUSHAN**

### ORDER

Consideration of RDC CDC, MICHAEL SIMON, AND WOODWARD DESIGN & BUILD, LLC Ex Parte Motion To Withdraw their Motions for Leave To File Under Seal (Rec. Doc. 20626);

IT IS ORDERED that the Motions for Leave to File Under Seal (Rec. Docs. 19221, 19222, 19223) are withdrawn.

New Orleans, Louisiana this 29th day of June, 2016.

_____
United States District Judge