UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J <br><br> JUDGE BARBIER |
| **This Document Relates to:** *Nos. 16-6155* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a Motion to Withdraw as Counsel of Record. (Rec. Docs. 20548). Having considered the motion;

IT IS ORDERED that the motion is GRANTED and Noah M. Wexler and Arnold & Itkin, LLP are WITHDRAWN as counsel for plaintiff Deepwater Structures, Inc. Counsel reports that the contact information for plaintiff is:

> Deepwater Structures, Inc.
> Dr. Nagan and Meena Srinivasan
> 3323 Double Lake Drive
> Missouri City, Texas 77459
> naganus@yahoo.com

Because corporations and other business entities must be represented by an attorney, new counsel eventually will need to enroll for Deepwater Structures, Inc., or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana, this 29th day of June, 2016.

*[signature]*
United States District Judge