# EXHIBIT

# "A"

| Cause Nubmer(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | COUSIN | RONALD | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-01106-CJB-SS | DESERT | VERNEIL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | EASTER | GARY | |
| 2:13-cv-05367-CJB-SS | EILAND | WILLIE | |
| 2:13-cv-05367-CJB-SS | GONZALEZ | OFELIA | |
| 2:13-cv-06651-CJB-SS | GOULD | DEMETRIA | |
| 2:13-cv-05367-CJB-SS | HOLMES | ASHLEY | |
| 2:13-cv-05367-CJB-SS | JABER | CARMELL | |
| 2:13-cv-05367-CJB-SS | JABIN | MINHAJ | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | JOSEPH | LORNE | |
| 2:13-cv-05367-CJB-SS | KYLE | BARBARA | |
| 2:13-cv-01717-CJB-SS | LOOMIS | COLTON | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MARTIN | KRISTIN | |
| 2:13-cv-05367-CJB-SS | MCCAULEY | MELISSA | |
| 2:13-cv-01717-CJB-SS | RUELAS | ALBERTO | |
| 2:13-cv-01717-CJB-SS | STEVENSON | JEROME | |
| 2:13-cv-05367-CJB-SS | THERMIDORE | SUZE | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | WILLIS | DANASIA | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | | ROLAND SCOTT | JESCOTT LLC |