UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | * | MDL 2179 |
| Of Mexico, on April 20, 2010 | * | |
| | * | SECTION J |
| This Document Relates To: | * | |
| Pleading Bundle B1 | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| E. MICHAEL VEREEN, ET AL | * | CIVIL ACTION NO. 2:13-CV-02369 |
| | * | |
| Versus | * | SECTION J |
| | * | |
| BP EXPLORATION & PRODUCTION, INC. | * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | * | |
| BP P.L.C., TRANSOCEAN, Ltd., | * | MAG. JUDGE SHUSHAN |
| TRANSOCEAN OFFSHORE DEEPWATER | * | |
| DRILLING, INC., TRANSOCEAN HOLDINGS | * | |
| LLC, TRITON ASSET LESSING GmbH, | * | |
| HALLIBURTON ENERGY SERVICES, INC. | * | |
| And HALLIBURTON DIVISION SPERRY | * | |
| DRILLING SERVICES | | |

### Voluntary Dismissal

COMES NOW the Plaintiff, E. Michael Vereen, III and hereby voluntarily dismisses his complaint in the above styled action without prejudice.

Respectfully submitted,

E. Michael Vereen, III
Pro Se

4000 Jay Green Road
Canton, GA 30114
(770) 345-9449

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
|   Oil Spill by the Oil Rig | * | |
|   "Deepwater Horizon" in the Gulf | * | MDL 2179 |
|   Of Mexico, on April 20, 2010 | * | |
| | * | SECTION J |
| This Document Relates To: | * | |
| Pleading Bundle B1 | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| | | |
| E. MICHAEL VEREEN, ET AL | * | CIVIL ACTION NO. 2:13-CV-02369 |
| | * | |
| Versus | * | SECTION J |
| | * | |
| BP EXPLORATION & PRODUCTION, INC. | * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | * | |
| BP P.L.C., TRANSOCEAN, Ltd., | * | MAG. JUDGE SHUSHAN |
| TRANSOCEAN OFFSHORE DEEPWATER | * | |
| DRILLING, INC., TRANSOCEAN HOLDINGS | * | |
| LLC, TRITON ASSET LESSING GmbH, | * | |
| HALLIBURTON ENERGY SERVICES, INC. | * | |
| And HALLIBURTON DIVISION SPERRY | * | |
| DRILLING SERVICES | | |

**CERTIFICATE OF SERVICE**

This is to certify that I have served, a copy of the Voluntary Dismissal on the following by depositing in the United States mail of the same in a properly addressed envelope with adequate postage thereon to all parties.

This the 10 day of June, 2016.

E. Michael Vereen, III
Pro Se

4000 Jay Green Road
Canton, GA 30114
(770) 345-9449

ATLANTA, METRO 300
15 JUN 2016

E. MICHAEL VEREEN, III
ATTORNEY AT LAW
4000 JAY GREEN ROAD
CANTON, GA 30115

US District Court
Eastern District of Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130

70130-336731