# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALTON ROCKFORD MEADOWS, Individually, and ALTON ROCKFORD MEADOWS d/b/a SOUTHERN APPRAISAL SERVICES,<br><br>    Plaintiff,<br><br>vs.<br><br>BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean; Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc., and; Sperry Drilling Services, a division of Halliburton Energy Services, Inc.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:13-cv-1746<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE: JUDGE SHUSHAN |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW COMES PLAINTIFF, by undersigned counsel, and states as follows:

Plaintiff herein adopts the arguments set forth in the Response to Order to Show Cause filed in 2:10-md-2179, Document 20526, dated June 28, 2016, and relating to this Honorable Court's Show Cause Order dated June 7, 2016. Plaintiff asserts generally that additional time should be granted in the interest of justice for compliance with PTO 60 and because there will be no prejudice to Defendants.

Specifically, Plaintiff cannot be located by name or case number on any of the three lists attached to the Show Cause Order. Plaintiff filed an individual Complaint originally in 2013 under Case Number 2:13-cv-1746. Plaintiff's Complaint asserts both business economic losses and a medical/personal injury claim, and he timely complied with the mandates of PTO 60. As a precautionary measure, undersigned counsel is re-filing the previously filed and served "Filing of

1

Sworn Statement for Disclosure of B1 Claims" and attachments (i.e., proof of presentment, signed declaration, and individual lawsuit) along with this Response to Order Show Cause.

Plaintiff seeks an acknowledgment of his compliance with PTO 60 to alleviate any confusion moving forward.

Respectfully submitted on this the 28th day of June, 2016.

                                              FOR PLAINTIFF
                                **BY**:   /s/Elizabeth A. Citrin

ELIZABETH A. CITRIN
Elizabeth A. Citrin (MS Bar No.: 101368)
Elizabeth A. Citrin, P.C.
28311 N. Main Street, Suite B-103
Daphne, AL  36526
Phone:  251-626-8808
Fax:   251-626-8868
Cell;  251-591-6330
Email:  elizabeth@elizabethcitrin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 28th day of June, 2016, served a copy of the above on Plaintiffs Steering Committee (PSC) and Counsel for BP via File & ServeXpress ("F&S"), in compliance with PTO 60, which will send notification of such to the following:

Counsel for BP
Attn:  Andrew Langan
Kirkland & Elllis, LLP
300 North LaSalle Street, Suite 2400
Chicago, IL  60654

MDL 2179 Plaintiffs Steering Committee
Attn:  Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA  70112