# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALTON ROCKFORD MEADOWS, Individually, and ALTON ROCKFORD MEADOWS d/b/a SOUTHERN APPRAISAL SERVICES, <br>    Plaintiff, <br><br>vs. <br><br>BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean; Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc., and; Sperry Drilling Services, a division of Halliburton Energy Services, Inc., <br><br>    Defendants. | CIVIL ACTION NO.: 2:13-cv-1746 <br><br>SECTION J <br><br>JUDGE BARBIER <br><br>MAGISTRATE: JUDGE SHUSHAN |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

  COMES NOW COMES PLAINTIFF, by and through undersigned counsel, and provides the following:

1. Sworn Statement for Disclosure of B1 Claims, attached as Exhibit A.

Respectfully submitted this the 13th day of May, 2016.

                 FOR PLAINTIFF

            **BY**: /s/Elizabeth A. Citrin
                ELIZABETH A. CITRIN

Elizabeth A. Citrin (MS Bar No.: 101368)
Elizabeth A. Citrin, P.C.
28311 N. Main Street, Suite B-103
Daphne, AL  36526
Phone:  251-626-8808
Fax:   251-626-8868
Cell;  251-591-6330
Email:  elizabeth@elizabethcitrin.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have, on this the 13th day of May, 2016, served a copy of the above on Plaintiffs Steering Committee (PSC) and Counsel for BP via File & ServeXpress ("F&S"), in compliance with PTO 60, which will send notification of such to the following:

Counsel for BP
Attn:  Andrew Langan
Kirkland & Elllis, LLP
300 North LaSalle Street, Suite 2400
Chicago, IL  60654

MDL 2179 Plaintiffs Steering Committee
Attn:  Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA  70112