# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS |
|---|
| **SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING<br>NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) |

| Business Name |
|---|
| Alton Rockford Meadows d/b/a Southern Appraisal Services |

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Meadows | Alton | Rockford | |

| Phone Number | E-Mail Address |
|---|---|
| 228-623-1500 | rocky01@cable.net |

| Current Mailing Address | City / State / Zip |
|---|---|
| 3215 Hamill Farm Road | Ocean Springs, MS  39564 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Elizabeth A. Citrin, Esq.<br>Elizabeth A. Citrin, P.C. | Elizabeth@elizabethcitrin.com |

| Any prior Mailing Address used by Plaintiff from April 2010 to present?<br>N/A |
|---|

| Any prior name used by Plaintiff from April 2010 to present?<br>Alton Rockford Meadow a/k/a "Rocky" Meadows |
|---|

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:<br>2745 |
|---|

| Please indicate your status: |
|---|
| X         Properly opted out of the Economic and Property Damages Settlement* |
| _____     Not a member of the Economic and Property Damages Settlement Class |
| _____     Member of the Economic and Property Damages Settlement Class |
| X         Other: Additional Opt-Out (Medical) |
| *If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.<br>         Please see Attachments 1 and 2. |

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

X_____ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

X_____ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. <u>2:13-cv-1746</u>.

_____ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior  Eastern District of Louisiana Case No_____ and new Individual Action Case No._____.

_____ Other: _____

\* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.   **Please see Attachments 3, 4 and 5.**

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

      Yes <u>  X        </u>.        No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: <u> GCCF; BP                          </u>

2. The date of presentment (MM/DD/YYYY):  <u>Initial:  GCCF-7/15/2012 to Ms. Ferguson); Subsequent:  04/17/2013 and 04/18/2013</u>.

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

      Yes _____.        No <u> X            </u>.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

      Re:  Presentment:    **Please see Attachments 6, 7 and 8.**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: APRIL, 12, 2016

Location (City and State): Ocean Springs, MS.

*A. R. Meadows*
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

ALTON ROCKFORD MEADOWS
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 105842, LESLIE TILLMAN, Commission Expires June 19, 2017, JACKSON COUNTY]

[Signature: Leslie Tillman]

3