Mail to:        Deepwater Horizon Court-Supervised Settlement Program
                Exclusions Department
                P.O. Box 222
                Hammond, LA 70404-0222

Name:          Alton Rockford Meadows
                3215 Hamill Farm Road
                Ocean Springs, MS 39564

I Alton Rockford Meadows,  wish to be excluded from the Economic Class.

This the 29 day of October, 2012

*A.R. Meadows*
Alton Rockford Meadows

**Attachment 1**

*Economic*

Please allow me to "Opt Out" of the ~~Medical~~ Class

This MAY Be A Duplicate Notification.

Alton Rockford Meadows
3215 Hamill Farm Road
Ocean Springs MS. 39564

D.O.B. 11-25-59

Phone 228 623-1500

Today's
Date
11-1-12

**Subject:** [TICK:8397] RE: opt out form
**From:** Deepwater Horizon Medical Benefits Claims Administrator
<info@deepwaterhorizonmedicalsettlement.com>
**Date:** 9/27/2012 8:41 AM
**To:** ROCKY MEADOWS <rocky01@cableone.net>
**CC:** Deepwater Horizon Medical Benefits Claims Administrator
<info@deepwaterhorizonmedicalsettlement.com>

Dear Mr. Meadows,

Thank you for your inquiry. The following information may be helpful in answering your question regarding Opting Out.

The only way to Opt Out of the Settlement is to mail in a signed written request stating, "I wish to exclude myself from the Medical Class." Your written request must also include your full name, address, phone number, date of birth, and a copy of your driver's license or other government issued identification. These requests must be postmarked by **November 1, 2012** and mailed to the following address:

Deepwater Horizon Medical Benefits Settlement Opt Outs
935 Gravier Street, Suite 1400
New Orleans, LA 70112

If you have further questions, please do not hesitate to contact us via email or by calling our toll-free number at 1-877-545-5111.

Sincerely,

Deepwater Horizon Medical Benefits Claims Administrator

---

From: ROCKY MEADOWS [rocky01@cableone.net]
Sent: Wednesday, September 26, 2012 5:06 PM
To: Deepwater Horizon Medical Benefits Claims Administrator
Cc: Deepwater Horizon Medical Benefits Claims Administrator
Subject: opt out form

How do I get a form to "opt out".
Thank You,
Alton R Meadows
3215 Hamill Farm Road
Ocean Springs, Ms. 39564

This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.

This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution

4/17/2013 9:14 AM

[TICK:8397] RE: opt out form

or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.

4/17/2013 9:14 AM

Return Original Signed Form To:

For Krupnick Campbell Clients:
Odalys Borges
Krupnick Campbell Malone, et. al.
12 SE 7 Street, Suite 801
Ft. Lauderdale, FL 33301

For Smith Stag Clients:
Dawn Saucier
Smith Stag, LLC
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA 70130

## <u>Medical Benefits Opt-Out Notice</u>

I wish to exclude myself from the Medical Class.

Date _Oct. 17, 2012_       Sign Here _a. R. Meadows_

Print Name _Alton Rockford Meadows_
Date of Birth _11-25-59_

Address _3215 Hamill Farm Rd._
City/State _Ocean Springs   Ms._
Zip Code _39564_

Phone _228-623-1500_

**\*Please provide copy of your driver's license or other government-issued
identification.**

**Attachment 2**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 2 5 2011

LORETTA G. WHYTE
CLERK
MDL 2179

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

SECTION: J                                    JUDGE CARL BARBIER

CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER
IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Meadows | Alton | Rockford | |

| Phone Number | E-Mail Address |
|---|---|
| 228-623-1500 | |
| **Address** | **City / State / Zip** |
| 3215 Hamphill Farm | Ocean Springs, MS 39564 |

| INDIVIDUAL CLAIM | ☑ | BUSINESS CLAIM | ☑ |
|---|---|---|---|

| Employer Name | Business Name |
|---|---|
| | |
| **Job Title / Description** | **Type of Business** |
| | |
| **Address** | **Address** |
| | |
| **City / State / Zip** | **City / State / Zip** |
| | |
| **Last 4 digits of your Social Security Number** | **Last 4 digits of your Tax ID Number** |
| 2745 | |

| Attorney Name | Firm Name |
|---|---|
| Kenneth Warren Smith | Sheller PC |
| **Address** | **City / State / Zip** |
| 1528 Walnut St. 3rd Flr | Philadelphia, PA 19102 |
| **Phone Number** | **E-Mail Address** |
| (215)790-7300 | ksmith@sheller.com |

| Claim filed with BP? | YES ☐ | NO ☐ | Claim Filed with GCCF?: | YES ☑ | NO ☑ |
|---|---|---|---|---|---|
| If yes, BP Claim No.: | | | If yes, Claimant Identification No.: 278949 | | |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☑ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☑ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☐ | Other: |

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Attachment 3**

**Brief Description:**

1.  For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Alton Meadows was working in his yard when some wind blew the oil vapors to his property when they were burning the oil. He became very sick to his stomach. He has been examined by Dr. Niloblet, Dr. Holbert and Dr. Lobrano in Ocean Springs, Mississippi, and Dr. Brock in Mobile Alabama. As a result of the oil spill, Claimant will continue to require medical care and will endure pain and suffering due to his injuries from the oil spill for the foreseeable future.

2.  For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3.  For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

## Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

☐ 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☑ 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ 10. Person who utilizes natural resources for subsistence.

☐ 11. Other:_____

## Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)

☐ 1. Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☑ 5. Resident who lives or works in close proximity to coastal waters.

☐ 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

*Kenneth W Smith*
_____
Claimant or Attorney Signature

**Kenneth Warren Smith**
_____
Print Name

April 14, 2011
_____
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# IN RE: OIL SPILL by "Deepwater Horizon"

# AMENDMENT TO DIRECT FILING SHORT FORM (or PLAINTIFF PROFILE F...



Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

**Please include any information that adds to or is different from your original Short Form or Plaintiff Profile Form.**
*(It will be presumed, for all spaces left blank on this form, that the information is the same.)*

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
| --- | --- | --- |

## CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE AMENDMENT FORM

**By submitting this document, I, or the business I am authorized to act for, hereby amend the claims or information provided in the Short Form (or Plaintiff Profile Form) identified below.**

**Short Form** filed?   YES ■   NO ☐

**If yes, list your Original Short Form Document Number** (this is the document filing number to you upon filing your Short Form with the Court).

Short Form Document No.: __10-08888_____ (filed in No. 10-8888).

**Plaintiff Profile Form** served?   YES ☐   NO ■

**If yes, list your "LexisNexis® File & Serve" Number** (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: _____

**If yes, please provide the following information about your original case:**

Original Case Caption: _____

Original Civil Action No.: _____

Originating Court: _____

EDLA Civil Action No.: _____

| Last Name | First Name | Middle Name/Maiden | Suffix |
| --- | --- | --- | --- |
| Phone Number | | E-Mail Address | |
| Address | | City / State / Zip | |

| **INDIVIDUAL CLAIM** ☑ | **BUSINESS CLAIM** ☑ |
| --- | --- |
| Employer Name Alton Rockford Meadows d/b/a/ Southern Appraisal Services | Business Name Alton Rockford Meadows d/b/a Southern Appraisal Services |
| Job Title / Description Certified/Master Real Estate Appraiser | Type of Business Certified/Master Real Estate Appraiser |
| Address 3215 Hamill Road | Address 3215 Hamill Road |
| City / State / Zip Ocean Springs, MS 39564 | City / State / Zip Ocean Springs, MS 39564 |

---

[1] **If amending a Short Form**, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. **If amending a Plaintiff Profile Form**, this form should be served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600].

**Attachment 4**

| Last 4 digits of Social Security Number    2745 | Last 4 digits of Tax ID Number    2745 |

Attorney Name (if applicable) Elizabeth A. Citrin

Address 28080 Highway 98, Suite G

Phone Number 251-626-8808

Firm Name (if applicable) Elizabeth A. Citrin, P.C.

City / State / Zip    Daphne, AL  36526

E-Mail Address
elizabeth@elizabethcitrin.com

Claim filed with BP?          YES ☐   NO ☑

If yes, list BP Claim No.: _____

Claim Filed with GCCF?       YES ☑   NO ☐

If yes, list Claimant Identification No.:  1165369

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☑ Personal Injury/Death
☑ Fear of Future Injury and/or Medical Monitoring
☑ Loss of Subsistence use of Natural Resources
☑ Removal and/or clean-up costs
☐ VoO Charter Dispute
☑ Other _____

2

**Brief Description:**

1. **For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.**

The BP oil spill had a profound impact on the Mississippi Gulf Coast's real estate market. As a Certified and Master Licensed Real Estate Appraiser, this oil spill dramatically reduced the number of appraisal that I was hired to do by home sellers and buyers, home owners seeking to refinance, banks, insurance companies, real estate brokers, and others in the real estate industry, and there were few real estate appraisals done in general after the spill.

2. **For personal injury claims, describe the injury, as well as how and when it was sustained. Also, Bundle A plaintiffs should identify all health care providers from January 1, 2008 to present, and complete authorizations for release of medical records for each. Bundle B3 plaintiffs should identify all health care providers from April 20, 2010 to present, and complete authorizations for release of medical records for each. Bundle A plaintiffs should also identify all employers from January 1, 2008 to present and complete authorizations for release of employee/personnel records for each employer. Bundle B3 plaintiffs should identify all employers from January 1, 2010, and provide authorizations, if your personal injury took place after April 20, 2010 and you are claiming damages for lost work-time as a result of those personal injuries.[2] [Additional authorizations may be required.]**

According to Larry D. Brock, M.D. of Regenerative Medicine Center, Alabama, and Daniel L. Koch, Ph.D. of Mobile Psychological Associates, among others, exposure to chemicals arising from the oil spill by Alton Rockford Meadows, and his close proximity to marshes (backwater), the Mississippi Sound (the Gulf), through living, working and boating (the boat is kept on the water), has caused a number of debilitating medical conditions and illnesses which have and are preventing Mr. Meadows from continuing his work as a pre-oil spill "successful real estate appraiser." Mr. Meadows has had to cut down on most of his appraisals to cope with daily living.

3. **For post-explosion claims related to clean-up or removal, include your role or your business's role in the clean-up activities, the name of your employer (if applicable), and where you were working.**

N/A

---

[2] All authorization forms should be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pre-Trial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

Please check the box(es) below that you think apply to you and your claims:

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.

- [ ] 10. Person who utilizes natural resources for subsistence.

- [x] 11. Other: _Live, work & boat near oil spill; boat damaged by exposure to oil & cleanup._

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Clean-Up (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.

- [x] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

- [x] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

- [x] 5. Resident who lives or works in close proximity to coastal waters.

- [x] 6. Other: _Live, work & boat near waters exposed to the oil spill_

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 13), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_A. R. Meadows_
Claimant or Attorney Signature

Alton Rockford Meadows
Print Name

4/17/13
Date

# IN RE: OIL SPILL by "Deepwater Horizon"

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## MDL 2179 Counsel Contact Information Form
### Please print or type below.

### ATTORNEY INFORMATION

| Check One | [x] Plaintiff Counsel | [ ] Defense Counsel | [ ] Third Party Defense Counsel |
|---|---|---|---|

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Citrin | Elizabeth | Anne | |

| Bar Number | E-mail Address |
|---|---|
| MS101368 | elizabeth@elizabethcitrin.com |

Party Representing  Alton Rockford Meadows, Individually, and Alton Rockford Meadows d/b/a Southern Appraisal Services

Case 2:13-cv-01746-CJB-SS

| Direct Dial No. | Cell Phone | Pager |
|---|---|---|
| (251) 626-8808 | (251) 591-6330 | |

| Secretary Name | Paralegal Name |
|---|---|
| Whitney Sheldon | Whitney Sheldon |

### LAW FIRM INFORMATION

Firm Name  Elizabeth A. Citrin, P.C.

Address  28080  Highway 98  Suite G

| City | State | Zip |
|---|---|---|
| Daphne | Alabama | 36526 |

| Phone | Fax |
|---|---|
| (251) 626-8808 | (251) 626-8868 |

Other members of firm involved in this litigation:

| Signed | Date |
|---|---|
| *Elizabeth Citrin* | August 26, 2013 |

**Attachment 5**

Claimant Name: Meadows          Alton

Claimant SSN, TIN or EIN: 427192745          427192745




## BP Claims Program  - Claim Form for Individuals and Businesses

| | |
|---|---|
| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property

- Lost Profits or Impairment of Earning Capacity - Individuals

- Lost Profits or Impairment of Earning Capacity - Businesses

- Removal Costs

- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories.  For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill.  This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA).  Please complete the sections corresponding to the claims you are asserting.  Please complete all of the questions in the relevant section(s) for your claim(s).  Certain questions marked with an asterisk (*) must be completed in order to process your claim(s).  Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form.  Should you require

**Attachment 6**

ARM



Claimant Name: Meadows                          Alton

Claimant SSN, TIN or EIN: 427192745                427192745



additional space to answer questions, you may attach extra pages to this form.  Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ?  ☒

Interim Payment/Settlement ?  ☐

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1.  Claimant Information (Mandatory for all Claimants)**  - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

**2.  ☐ Property Damage**  - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.  ☒ Loss of Profits or Impairment of Earning Capacity (Individuals)**  - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.  ☒ Loss of Profits or Impairment of Earning Capacity (Businesses)**  - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.  ☐ Removal Costs**  - Complete Section V only if you are asserting a claim for removal costs.

**6.  ☐ Subsistence Use**  - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785.  Please keep a copy of this form and your attached documentation for your records.

I.     **Claimant Information**

*Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.*

A.     **Opt Out Claimants** *[You must complete this Section if you are a member of the Settlement Class.]*

ARM



Claimant Name: Meadows          Alton

Claimant SSN, TIN or EIN: 427192745          427192745

1. *If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class?  ☒ Yes          ○ No

Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

_____

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, **STOP**.  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

**B.    Attorney Representation**

Are you represented by an attorney?  ☒ Yes          ○ No

[You must *complete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at* www.bp.com/claims.]

1. *Attorney Name:  Citrin                    Elizabeth                    A
   Last                          First                        Middle Initial

2. Law Firm Name:  Elizabeth A. Citrin, P.C.

3. *Law Firm Address:  28080 Highway 98, Suite G
                        Street

   Daphne                              AL              36526
   City                                State           Zip Code

   Baldwin                             USA
   Parish or County                    Country

4. *Attorney Phone:  2516268808
                     Numbers Only

5. Attorney Email Address:  elizabeth@elizabethcitrin.com

**C.    Individual Claimants** [*Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below*].

ARM



Claimant Name: Meadows            Alton

Claimant SSN, TIN or EIN: 427192745            427192745

1. *Name:     Meadows                    Alton                    R
              Last                        First                   Middle Initial

2. *Current Address: 3215 Hamill Road
                     Street

   Ocean Springs                   MS    39564
   City                            State  Zip Code

   Jackson                         USA
   Parish or County                Country

3. *Home Phone:    228-623-1500

4. Cell Phone:     228-623-1500

5. Email Address:  rocky01@cableone.net

6. *Date of Birth:  11/25/1959
                    MM/DD/YYYY

7. *Social Security Number:  427192745
                    OR
   Individual Taxpayer Identification Number:

8. Other Name Used
   (Maiden Name, Previous Married Name(s), Aliases):  Rocky Meadows; Rock Meadows

9. *Current Employer:   Southern Appraisal Services
                        Employer Name

   3215 Hamill Farm Road
   Street

   Ocean Springs                   MS    39564
   City                            State  Zip Code

   Jackson                         USA
   Parish or County                Country

   427192745
   Employer Identification Number (EIN)  (from your W-2 or 1099 Form)

Other/Previous Employer:  N/A
                          Employer Name

   Street

   City                            State  Zip Code

   Parish or County                Country

                    Page 4 of 20

ARM



Claimant Name: Meadows          Alton

Claimant SSN, TIN or EIN: 427192745          427192745

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10. * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?  ☒ Yes    ○ No

    If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):
    1165369

Did you receive a payment from BP, the GCCF, or the NPFC?   ○ Yes    ☒ No

    If yes, please provide the amount(s) and source(s) of each payment you received:

---

    **D.**   **Business Claimants**  [*Complete this Section only if you are a business.*]

1. *Name of Business:  Southern Appraisal Services

2. *Type of Business:  Cert. Real Estate Appraise

3. *Business Address:  3215 Hamill Road

          Street

    Ocean Springs          MS    39564
    City          State   Zip Code
    Jackson          USA
    Parish or County          Country

4. *Business Phone:  228-623-1500

5. Website Address:

6. *Other Business Name:  SBA; Alton Rockford Alton

7. *Name of Business on Federal Income Tax Return:  Alton Rockford Alton

8. *Employer Identification Number (EIN):
        OR

    If EIN is also Your Social Security Number:  427192745

ARM



Claimant Name: Meadows                              Alton

Claimant SSN, TIN or EIN: 427192745                 427192745

9.  Date and Place Founded/Incorporated:   Ocean Springs, Mississippi

10. * Person Authorized
    To Act on Behalf      Meadows                          Alton
    The Business:         Last                             First

                         R
                         Middle

11. *Title of Authorized Representative:   Owner - d/b/a

12. Home Address of Authorized Representative:

        (If Different        Same
        From Business        Street
        Address)

                         City                      State      Zip Code

                         Parish or County          Country

13. *Authorized Representative's Phone:   228-623-1500

14. Authorized Representative's Cell Phone:   228-623-1500

15. Authorized Representative's Email Address :  rocky01@cableone.net

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National
    Pollution Funds Center (NPFC)?   ☒ Yes        ☐ No

        If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim
        Number(s):   1165369

        Did you receive a payment from BP, the GCCF, or the NPFC?   ☐ Yes        ☒ No

        If yes, please provide the amount(s) and source(s) of each payment you received:

                                    ARM



Claimant Name: Meadows                     Alton

Claimant SSN, TIN or EIN: 427192745                427192745



## II.     Property Damage Claims

*Complete this section if you are an individual or business asserting a claim for real or personal property damage.  If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where Property Damage Took Place:

N/A
_____
Street

_____                    MS        _____
City                                          State      Zip Code

_____
Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

_____

3. *Explain your interest in the real or personal property:     Owner ☐  ;   Lease ☐  ;   Other ☐

4. *If you answered "Other" to question 3, please explain:

_____

5. *How much are you claiming for the damage to real property? $ _____

6. *How did you arrive at this figure?

_____

7. *How much are you claiming for the damage to personal property? $ _____

8. *How did you arrive at this figure?

N/A
_____

9. Please list witnesses who have personal knowledge of the damage that occurred:

Witness Name:
_____        _____
Last                             First

_____
Middle Initial                    Page 7 of 20          A.R.M.



Claimant Name: Meadows          Alton

Claimant SSN, TIN or EIN: 427192745          427192745

Address: _____

        Street

_____     MS     _____

City          State    Zip Code

_____     _____

Parish or County          Country

Home Phone: _____     Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: Wife/Spouse

Witness Name: _____     _____

        Last          First

_____

Middle Initial

Address: _____

        Street

_____     AL     _____

City          State    Zip Code

_____     _____

Parish or County          Country

Home Phone: _____     Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

 

11. *Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Photographs of the property before and after the alleged damage

· Your calculations and methods for assessing the claim amount

· Receipts, invoices, estimates or contracts for the work needed or repairs performed





Claimant Name: Meadows                          Alton

Claimant SSN, TIN or EIN: 427192745              427192745



· Deed, lease, license, rental agreement or other documentation evidencing interest in property
· Maps or other documents illustrating location of property in relation to Spill
· Proof of expenses related to substitute equipment or property used
· Documents establishing that the damage claimed was caused by the Spill

## III.  Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity.  If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

Yes, by an employer [ ]      Yes, self-employed [✖]         No [ ]

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

Southern Appraisal Services
_____
Employer Name or Self-Employed Business Name

3215 Hamill Farm Road
_____
Street

| Ocean Springs | MS | 39564 |
|---|---|---|
| City | State | Zip Code |
| Jackson | | USA |
| Parish or County | | Country |

427192745
_____
Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

Dates of Employment: Approximately 2003

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

Self

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

Cert. Real Estate Appraiser/Master Real Estate Appraiser/New Fence Business

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

Economic: Profound impact on real estate market; Medical: Illnesses affecting ability to work/live.



Claimant Name: Meadows                                Alton

Claimant SSN, TIN or EIN:  427192745                       427192745

5.* How much are you claiming for lost profits or impairment of earning capacity? $  750,000-ap

6.  How did you arrive at this figure?

Initial impact on the real estate market affected my ability to earn prior income from appraisals;
Permanent illnesses are barring my ability to work;

7.  Provide a description of actions you took and expenses you incurred in trying to offset the loss of
profits or impairment of earning capacity caused by the Spill:

Depleting cash reserves, selling vehicles, selling horses and dogs; south medical treatment, diagnoses
and recovery through various medical providers.

8. *Did you receive any payments from the VoO program or from participation in any other response or
removal activity?        ◯ Yes   ☒ No

If yes, list each month you received such payment, the amount received each month, and the
unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9. * Please provide the following documentation in support of the Individual Loss of Income or
Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if
additional documentation is needed):






Claimant Name: Meadows    Alton

Claimant SSN, TIN or EIN: 427192745            427192745

- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

**IV.    Loss of Profits or Impairments of Earning Capacity (Businesses)**

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. \* Name of Business:      d/b/a Southern Appraisal Services

2. \* Describe the nature of business as of April 20, 2010:

Certified Real Estate Appraisers, Master Real Estate Appraiser; Lic. RA-810.

3. \* State the sources of income or types of customers for the business as of April 20, 2010:

Home buyers, home sellers, homeowners trying to lowering taxes, refinances, divorce litigation, estate, mortgage brokers, banks, insurance companies.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

Cash reserves, selling vehicles, selling horses and dogs, sought out business before medical symptoms started; sought medical treatment and remedies.

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

Approximately $400.00 a month per unit in the MLS, software, E&O insurance, classes, supplies, travel, measurement equipment & secretarial expenses.

6. \* How much are you claiming for lost profits or impairment of earning capacity?

$ 750,000-ap





Claimant Name: Meadows                                    Alton

Claimant SSN, TIN or EIN:  427192745                      427192745

7.  How did you arrive at this amount?

Bills, history of payments.

8. * Provide a description of the alleged loss the business has sustained:

Loss of business due to the impact on the real estate market because of the oil spill
Loss of ability to conduct business because of medical conditions caused by the oil spill.
Permanent loss of ability to conduct business because of medical condition.

9. * Describe how you believe the losses were caused by the Spill:

The oil spill had a known profound impact on the real estate market.
The oil spill caused known and individually diagnosed health conditions.

10. * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets
since the Spill?       ◯ Yes       ☒ No

11. * Did the business receive any payments from the VoO program or from participation in any other
response or removal activity?       ◯ Yes       ☒ No

If "Yes", list each month it received such payments, the amount received each month, and the
unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

ARM



Claimant Name: Meadows                     Alton

Claimant SSN, TIN or EIN:  427192745              427192745

12. * Provide the business address where the loss occurred:

3215 Hamill Farm Road
_____
Street

Ocean Springs                          MS      39564
_____      _____   _____
City                                   State   Zip Code

Jackson                                USA
_____      _____
Parish or County                       Country

13.  Provide the North American Industry Classification System (NAICS) Code of this business:    _____

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- · Photographs of the business showing its proximity to an affected spill area
- · Documents establishing that the damage claimed was caused by the Spill
- · Your calculations and methods for assessing the claim amount
- · Appropriate licenses necessary to operate the business
- · Profit and loss statements (for each facility claimed) 2007 through present
- · Annual and monthly financial statements 2007 through present
- · Monthly sales or revenues statements 2007 through present
- · Monthly sales and use tax returns 2007 through present, if applicable to the business
- · Lodging tax returns 2007 through present, if applicable to the business
- · Occupancy or rental records 2007 through present, if applicable to the business
- · Management contracts 2007 through present, if applicable to the business
- · Federal Tax Returns, with attachments and schedules, 2007 through present
- · Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- · Replacement contracts or reservation documents
- · Cancelled loans, credit agreements, leases, if applicable to the claim
- · Bankruptcy schedules, if applicable
- · Your vessel charter agreement (MCVA) if you participated in the VoO program



ARM

Claimant Name: Meadows                                    Alton

Claimant SSN, TIN or EIN:  427192745                              427192745



## V.     Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

**1. *** Address Where Removal or Cleanup Took Place:

N/A
_____
Street
_____
City                                    State   Zip Code
_____
Parish or County

**2. *** Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes ☐   Date of Approval _____   No ☐

**3. *** Provide a description of the Removal and Cleanup Action taken.  If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

N/A

**4. *** How much are you claiming for Removal and Cleanup costs? $  N/A

**5.**  How did you arrive at this figure?

N/A

**6. *** Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

·  Evidence of approval by the FOSC
·  Your calculations and methods for assessing the claim amount
·  Receipts, invoices and contracts for the work performed





Claimant Name: Meadows        Alton

Claimant SSN, TIN or EIN: 427192745        427192745

- Usage logs for equipment and craft used, including policies and rates charged
- Payroll logs and compensation and reimbursement policies for employees who participated
- Activity logs describing the work performed by each employee
- Signed disposal manifests and proof of payment for disposal

## VI.    Subsistence Use of Claims

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources.  Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed.  Commercial hunting or fishing also is not included in Subsistence Use.  If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?    Hunting ☐        Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

N/A

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

N/A

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :

N/A

ARM



Claimant Name: Meadows                                    Alton

Claimant SSN, TIN or EIN:   427192745                       427192745



5.  Describe the equipment and methods you used to hunt and/or fish:

N/A

6. * For each species, how many people in your family relied on the specific species of game or seafood
you provided before the Spill?  List each family member along with their relationship to you:

N/A

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what
percentage came from the areas that were closed due to the Spill?

N/A

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of
Mexico *after* the Spill until December 31, 2010:

N/A

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired
because of the Spill:

N/A

10. * How much are you claiming for Subsistence Use? $  N/A

11. * How did you arrive at this figure?

N/A

ARM



Claimant Name: Meadows                                           Alton

Claimant SSN, TIN or EIN: 427192745                    427192745



12.* Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Map identifying specific locations for Subsistence Use hunting and/or fishing
· Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
· Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
· Your calculations and methods for assessing the claim amount
· Other documentation establishing that the losses claimed were caused by the Spill

**VII.**   **Signature**

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.*

*By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: *A. R. Meadows*                    Date: 0 4 · 1 7 - 1 3

                                                                   Month/Day/Year

Print Name: *Alton R. Meadows*

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.



Claimant Name: Meadows          Alton

Claimant SSN, TIN or EIN:  427192745          427192745





Page2


Page3



Page4a


Page4b


Page5a


Page5b


Page6


Page6b



Claimant Name: Meadows          Alton

Claimant SSN, TIN or EIN:  427192745          427192745



Page7a          Page7b

Page8a          Page8b

Page9          Page10a

Field10b          Page11a

Page11b          Page12a



ARM



Claimant Name: Meadows                    Alton

Claimant SSN, TIN or EIN:  427192745                    427192745


Page12b


Page13


Page14a


Page14b


Page15


Page16a


Page16b


Pg17



# ELIZABETH A. CITRIN, P.C.

ATTORNEY-AT-LAW

| | | |
|---|---|---|
| LICENSED IN ALABAMA, MISSISSIPPI, NEW YORK, AND CONNECTICUT EMAIL: elizabeth@elizabethcitrin.com | 28080 HIGHWAY 98 SUITE G DAPHNE, ALABAMA 36526 | PHONE: 251-626-8808 FACSIMILE: 251-626-8868 WEBSITE: www.elizabethcitrin.com |

April 18, 2013

*Via email and/or U.S. Mail*
bpclaimsprogram@bp.com
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

     RE:    BP Claim Form Presentment
                Alton Rockford Meadows
                GCCF Claim #

To Whom It May Concern:

Attached to this letter and email, please find copies of the following items:

1. Amended Short Form Joinder to be filed on 4-19-13 (Original Short Form Joinder filed by prior firm);
2. Signed Authorization and Direction for Disclosure and Release of Medical Records, and Authorization and Direction for Disclosure and Release of Employee/Personnel Records;
3. BP Claims Program – Claim Form (Presentment) – 20 pages);
4. Opt Out Petitions of Alton Rockford Meadows for both the Economics Class and the Medical Benefits Class (originals sent in duplicate via U.S. Mail);
5. Income tax returns for the years 2007, 2008, 2009 and 2010;
6. Listings of Real Estate Appraisals done from 2008-2011;
7. Medical Records from Larry D. Brock, M.D. of Regenerative Medicine Center Alabama, and Daniel L. Koch, Ph.D. of Mobile Psychological Associates Medical Records from William Lobrano, M.D. of Ocean Springs Family Medical Clinic;
8. Medical Records from Paul D. Niolet, M.D. of Allergy, Asthma and Immunology
9. Medical Records from ZRT Laboratory and LabCorp;
10. Medical Records from Seton Medical Management, Inc.;
11. Medical Records from Family Physicians, P.C. and Department of Health & Human Services, December 13, 2012 – Part I;
12. Medical Records from Family Physicians and Department of Health & Human Services, December 13, 2012 – Part II;
13. Medical Records from Family Physicians and Department of Health & Human Services, December 13, 2012 – Part III;

**Attachment 7**

Letter to BP Claims Program (Presentment)
Alton Rockford Meadows
Page 2


14.     Medical Records from Ocean Springs Hospital – Part I;
15.     Medical Records from Ocean Springs Hospital – Part 2;
16.     Medical Records from Ocean Springs Hospital – Part 3;
17.     Medical Records from Ocean Springs Hospital – Part 4;
18.     Medical Records from Ocean Springs Hospital – Part 5;
19.     List of Medical Doctor referrals for Alton Rockford Meadows;
20.     Mississippi Real Estate Appraiser License, and;
21.     Office records from Mid South Veterinary Group regarding horse's illnesses, and
        a color photo of a dead blue bird on the homestead property after oil spill.

Tax returns for 2011 and 2012 are being provided under separate cover, along with additional medical records.  Please let us know if you have not received any of these items, or if you need any additional items, and we will provide them to you promptly.  Thank You.


                                                Very truly yours,

                                                *Elizabeth A. Citrin*

                                                ELIZABETH A. CITRIN

EAC/sw
Enclosures via ShareFile

**Subject:** Alton Rockford Meadows - BP Economic and Medical Claims
**From:** "Elizabeth Citrin" <mail@sf-notifications.com>
**Date:** 4/18/2013 8:22 PM
**To:** elizabeth@elizabethcitrin.com

# ELIZABETH A. CITRIN, P.C.
## ATTORNEY AT LAW

Elizabeth,

Elizabeth Citrin has sent you files through ShareFile.

Note from Elizabeth:

Enclosed please a BP Cover Letter, Claim Form (Presentment), and Supporting Documents or Alton Rockford Meadows.

Click here to download Alton Rockford Meadows

If the above link does not work in your e-mail software, copy and paste the entire link below into your web browser:
https://elizabethcitrin.sharefile.com/?cmd=d&id=7421c399a8a7458f

Powered by ShareFile

**Attachment 8**

4/18/2013 8:26 PM

# Download

For your convenience, a zip file is created whenever you download multiple files.

Download    25 files selected, 16.55MB total

| | | Title | MB | Created | Creator | Details |
|---|---|---|---|---|---|---|
| ☑ | | **Amended Short Form Joinder Completed Form.pdf** | 0.49 | 4/18/13 | E. Citrin | |
| ☑ | | **List of Medical Doctor Referrals For R. Meadows.pdf** | 0.01 | 4/18/13 | E. Citrin | |
| ☑ | | **Listings of RE Appraisals done in 2008-11.pdf** | 0.38 | 4/18/13 | E. Citrin | |
| ☑ | | **LTR TO BP-Meadows-Presentment-4-18-13.pdf** | 0.02 | 4/18/13 | E. Citrin | |
| ☑ | | **Meadows, Alton-2007 Tax Returns.pdf** | 1.07 | 4/18/13 | E. Citrin | |
| ☑ | | **Meadows, Alton-2008 Tax Returns.pdf** | 2.59 | 4/18/13 | E. Citrin | |
| ☑ | | **Meadows, Alton-2009 Tax Returns.pdf** | 2.65 | 4/18/13 | E. Citrin | |
| ☑ | | **Meadows, Alton-2010 Tax Returns.pdf** | 1.14 | 4/18/13 | E. Citrin | |
| ☑ | | **Meadows, Alton-Real Estate License.pdf** | 0.04 | 4/18/13 | E. Citrin | |
| ☑ | | **Medical Records from Drs. Brock and Koch.pdf** | 0.59 | 4/18/13 | E. Citrin | |

| | | | | | |
|---|---|---|---|---|---|
| ☑ | | **Medical Records from Family Physicians-DHS-Part I.pdf** | 0.31 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Family Physicians-DHS-Part II.pdf** | 0.52 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Family Physicians-DHS-Part III.pdf** | 0.39 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Ocean Springs-Part I.pdf** | 0.51 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Ocean Springs-Part II.pdf** | 0.82 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Ocean Springs-Part III.pdf** | 0.79 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Ocean Springs-Part IV.pdf** | 0.38 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Ocean Springs-Part V.pdf** | 0.57 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Paul D. Niolet, MD.pdf** | 0.50 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from Seton Medical Mgmt.pdf** | 0.08 | 4/18/13 | E. Citrin |
| ☑ | | **Medical Records from William Lobrano, MD.pdf** | 0.64 | 4/18/13 | E. Citrin |

| | | | | |
|---|---|---|---|---|
| ☑ | Medical Records from ZRT Lab and LabCorp.pdf | 0.73 | 4/18/13 | E. Citrin |
| ☑ | Mid South Veterinary Group-Photo of dead bird.pdf | 0.79 | 4/18/13 | E. Citrin |
| ☑ | Opt-Out Petitions.pdf | 0.03 | 4/18/13 | E. Citrin |
| ☑ | Signed Medical and Employment Authorizations.pdf | 0.51 | 4/18/13 | E. Citrin |

Download    25 files selected, 16.55MB total

back to top                                                      powered by sharefile