# EXHIBIT

## "A"

| MDL 2179 Docket Number | BUSINESS NAME | LAST | FIRST |
|---|---|---|---|
| 2:13-cv-6009 | | CHAISON | DANASCOTT |
| 2:13-cv-5367 | | DALUSMA | DIEUJUSTE |
| 2:13-cv-01717 | | MCCANTS | ALVIN |
| 2:13-cv-5367 | | WILLIAMS | BOBBY |
| 2:13-cv-6009 | | MUNNERLYN | ROBERT |