IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-00974 *AMT, LLC v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

On Motion of Frank M. Petosa, Esquire, Morgan and Morgan Complex Litigation Group, who respectfully represents:

1. That he is counsel for plaintiff, AMT, LLC, along with co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C, in the above-entitled and numbered action.

2. That plaintiff and counsel have irreconcilable differences over issues arising out of this litigation. Counsel suggests that under these circumstances, they are unable to represent plaintiff and therefore moves to withdraw as counsel in the above-entitled and numbered action and no longer be sent further notices of the court.

3. That plaintiff was notified of the May 16, 2016 deadline in which to file the sworn statement  (which has already been complied with on 5/12/16, Document Number 7), and that there are no further pending deadlines as of the filing of this motion.

4. Plaintiff's mailing address is: Attn:  Stephen Bunyard, 480 Gulf Shore Drive, Destin, Florida 32541.

5. Plaintiff's telephone numbers are: Business - (831) 620-1263; Personal (cell) – (831) 915-5287.

Dated:  June 30, 2016

Respectfully Submitted,

 /s/ Frank M. Petosa
Frank M. Petosa, Esquire
Morgan & Morgan
Complex Litigation Group
600 North Pine Island Road
Suite 400
Plantation, FL 33324
Phone:  (954) 318-0268
Facsimile: (954) 327-3018
Email: fpetosa@forthepeople.com
Website:   www.forthepeople.com
*Counsel for Plaintiff*

W. Lee Elebash. Esquire
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, FL 32502
Phone: (850) 469-3328
Fax: (850) 469-3331
Email:  wle@beggslane.com
Website: www.beggslane.com
*Co-Counsel for Plaintiff*

Cary MacDougal, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone:(214) 521-3605
Email:  cmcdougal@baronbudd.com
Website:  www.baronandbudd.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and mailed to Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA 70112 on May 12, 2016; and a copy of this motion and proposed order was mailed via regular U.S. Mail and by Certified Mail – Return Receipt Requested to Plaintiff, Stephen Bunyard, AMT, LLC, 480 Gulf Shore Drive, Destin, Florida 32541 on June 30, 2016.

                                                By: */s/ Frank M. Petosa*_____
                                                   (Fla. Bar 972754)