IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-00974 *AMT, LLC  v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Before the Court is a Motion to Withdraw as Counsel of Record. Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Frank M. Petosa, Morgan and Morgan Complex Litigation Group, and co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C are WITHDRAWN as counsel of record for plaintiff, AMT, LLC.

Counsel reports that the contact information for AMT, LLC is Stephen Bunyard, 480 Gulf Shore Drive, Destin, Florida 32541; telephone numbers are: Business - (831) 620-1263; Personal (cell) – (831) 915-5287.

Because AMT, LLC appears to be a business entity, it may eventually need to enroll new counsel, as corporations, LLCs, partnerships, etc. must be represented by an attorney. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

Dated in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Circuit Court Judge Carl J. Barbier