IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| This Document Relates To: <br><br> Civil Action No. 2:13-cv-00834 <br> *Destin Development, LLC  v. BP Exploration & Production, Inc., et al.* | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

On Motion of Frank M. Petosa, Esquire, Morgan and Morgan Complex Litigation Group, who respectfully represents:

1. That he is counsel for plaintiff, Destin Development, LLC, along with co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C, in the above-entitled and numbered action.

2. That plaintiff and counsel have irreconcilable differences over issues arising out of this litigation. Counsel suggests that under these circumstances, they are unable to represent plaintiff and therefore moves to withdraw as counsel in the above-entitled and numbered action and no longer be sent further notices of the court.

3. That plaintiff was notified of the May 16, 2016 deadline in which to file the sworn statement  (which has already been complied with on 5/12/16, Document Number 8), and that there are no further pending deadlines as of the filing of this motion.

4. Plaintiff's mailing address is: Attn:  Roderic M. Wright, Attorney at Law, 28581 OLD TOWN Front Street, Suite 102, Temecula, CA 92590

5. Plaintiff's telephone number is (850) 520-0101 and email is rodmwright@msn.com.

Dated: June 30, 2016

                                          Respectfully Submitted,

                                           _/s/ Frank M. Petosa_____
                                          Frank M. Petosa, Esquire
                                          Morgan & Morgan
                                          Complex Litigation Group
                                          600 North Pine Island Road
                                          Suite 400
                                          Plantation, FL 33324
                                          Phone: (954) 318-0268
                                          Facsimile: (954) 327-3018
                                          Email: fpetosa@forthepeople.com
                                          Website:   www.forthepeople.com
                                          *Counsel for Plaintiff*

                                          W. Lee Elebash. Esquire
                                          Beggs & Lane, RLLP
                                          501 Commendencia Street
                                          Pensacola, FL 32502
                                          Phone: (850) 469-3328
                                          Fax: (850) 469-3331
                                          Email:  wle@beggslane.com
                                          Website: www.beggslane.com
                                          *Co-Counsel for Plaintiff*

                                          Cary MacDougal, Esquire
                                          Baron & Budd, P.C.
                                          3102 Oak Lawn Avenue, Suite 1100
                                          Dallas, TX 75219
                                          Phone:(214) 521-3605
                                          Email:  cmcdougal@baronbudd.com
                                          Website:  www.baronandbudd.com
                                          *Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and mailed to Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA 70112 on May 12, 2016; and a copy of this motion and proposed order was mailed via regular U.S. Mail and by Certified Mail – Return Receipt Requested to Plaintiff, Roderic M. Wright, Attorney at Law, 28581 OLD TOWN Front Street, Suite 102, Temecula, CA 92590 on June 30, 2016.

By: */s/ Frank M. Petosa*_____
(Fla. Bar 972754)