IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br><br>Civil Action No. 2:13-cv-00834<br>*Destin Development, LLC   v. BP Exploration & Production, Inc., et al.* | § § § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Before the Court is a Motion to Withdraw as Counsel of Record.  Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Frank M. Petosa, Morgan and Morgan Complex Litigation Group, and co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C are WITHDRAWN as counsel of record for plaintiff, Destin Development, LLC.

Counsel reports that the contact information for Destin Development, LLC is Roderic M. Wright, Attorney at Law, 28581 OLD TOWN Front Street, Suite 102, Temecula, CA 92590; telephone number is (850) 520-0101 and email is rodmwright@msn.com.

Because Destin Development, LLC appears to be a business entity, it may eventually need to enroll new counsel, as corporations, LLCs, partnerships, etc. must be represented by an attorney. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

Dated in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Circuit Court Judge Carl J. Barbier