# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01001 *Zachary Freedman  v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Before the Court is a Motion to Withdraw as Counsel of Record.  Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Frank M. Petosa, Morgan and Morgan Complex Litigation Group, and co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C are WITHDRAWN as counsel of record for plaintiff, Zachary Freedman.

Counsel reports that the contact information for Zachary Freedman is Post Office Box 222963, Carmel, California 93922;  telephone number is  (831) 915-2082 and email is zakfreedman@gmail.com.

Dated in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Circuit Court Judge Carl J. Barbier