IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To: <br><br> Civil Action No. 2:13-cv-01004 <br> *Eric Petersen   v. BP Exploration & Production, Inc., et al.* | |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Before the Court is a Motion to Withdraw as Counsel of Record.  Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Frank M. Petosa, Morgan and Morgan Complex Litigation Group, and co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C are WITHDRAWN as counsel of record for plaintiff, Eric Petersen.

Counsel reports that the contact information for Eric Petersen  is 28562 Oso Parkway, Suite D-301, Rancho Santa Margarita,  California 92688;  telephone number is  (949) 257-7758 and email is ericjpetersen@cox.net.

Dated in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Circuit Court Judge Carl J. Barbier