IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02420 *Barbara Wright   v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Before the Court is a Motion to Withdraw as Counsel of Record.  Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Frank M. Petosa, Morgan and Morgan Complex Litigation Group, and co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C are WITHDRAWN as counsel of record for plaintiff, Barbara Wright.

Counsel reports that the contact information for Barbara Wright is 28581 OLD  TOWN Front Street, Suite 102, Temecula, CA 92590;  telephone number is  (850) 520-0101 and email is bjean850@hotmail.com.

Dated in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Circuit Court Judge Carl J. Barbier