# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:   OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO ON APRIL 20, 2010

This Document Relates To:

Civil Action No. 2:13-cv-01091
*Roderic Wright   v. BP Exploration &*
*Production, Inc., et al.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§

MDL NO. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## ORDER ON  MOTION TO WITHDRAW AS COUNSEL OF RECORD

Before the Court is a Motion to Withdraw as Counsel of Record.  Having considered the motion,

IT IS ORDERED that the motion is GRANTED and Frank M. Petosa, Morgan and Morgan Complex Litigation Group, and co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C are WITHDRAWN as counsel of record for plaintiff, Roderic Wright.

Counsel reports that the contact information for Roderic M. Wright is 28581 OLD TOWN Front Street, Suite 102, Temecula, CA 92590;  telephone number is  (850) 520-0101 and email is rodmwright@msn.com.

Dated in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Circuit Court Judge Carl J. Barbier