# EXHIBIT

# "A"

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | ANDERSON | LEKECIA | |
| 2:13-cv-05367-CJB-SS | CHAMBERS | IVAN | |
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | PRICE | MARCUS | |
| 2:13-cv-05367-CJB-SS | | | LAUREE CURRAN, INDIVIDUALLY AND DBA EVERYTHING UNDER THE SUN |
| 2:13-cv-01717-CJB-SS | | TOEBE FREMIN | TOEBE FREMIN DBA TOEBE BOOKKEEPING - TOEBE FREMIN DBA TOEBE PRODUCTIONS INC |