# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| **See Enclosed List.** | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final, Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissals with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

| | CLIENT NAME | DOCKET NUMBER(S) and, if filed, SHORT FORM JOINDER NUMBER |
|---|---|---|
| | | |
| 1 | Jamie Tabor, III | 2:11-cv-2992 / 2:13-cv-01626 |
| 2 | Jack Owens | 2:11-cv-2992 / 2:13-cv-01626 |
| 3 | Ira Vincent | 2:11-cv-2992 / 2:13-cv-01626 |
| 4 | Hanna Shabo d/b/a Park Avenue Getty | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84110 |
| 5 | B1 Automotive, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84014 |
| 6 | Yaghmour, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83735 |
| 7 | Y&E Auto Services, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83679 |
| 8 | Xtreme Pressure Services, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83707 |
| 9 | Wiltom, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83705 |
| 10 | Vu Khac Phong d/b/a Designer Hair and Nails | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83467 |
| 11 | Upton Getty, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83563 |
| 12 | Tucci Enterprises, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 13 | Tika Towing, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 86506 |
| 14 | Theriot Machine Works, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83385 |
| 15 | Tallow Creek Shooting Grounds, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83390 |
| 16 | Superior Service Getty, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 17 | Statewide Investment Properties, LLC | 2:11-cv-2992 / 2:13-cv-01626 |
| 18 | Sparky's Seafood, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 55301 |
| 19 | South Coast Tire Company | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83396 |
| 20 | Sircar Investments, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 21 | Scott Homebuilders, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 22 | Sam's Automotive Services, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83660 |
| 23 | RT3 Getty Service Center, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 24 | Rockdale Service Center, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83412 |
| 25 | Robichaux Consulting, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 89764 |
| 26 | Richard Wilkerson | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84081 |
| 27 | Provost Trucking, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84143 |
| 28 | Ocean International, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 71912 |
| 29 | Maurice Succar d/b/a Queen Ann Getty | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84087 |
| 30 | Malcom Smith | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 62890 |
| 31 | Ziad Haidar d/b/a BP Gasoline 476 | 2:11-cv-2992 / 2:13-cv-01626 |
| 32 | Thomas Horn | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83489 |
| 33 | Shirley Horn | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83402 |
| 34 | Sarkis Gazaleh d/b/a M&S Auto | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83657 |
| 35 | Sara Kelpsch d/b/a Fast Eddie's Prop Shop | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84192 |
| 36 | Rodney Heasley | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83406 |
| 37 | Rabih Habchy d/b/a Sea Street Getty | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83652 |
| 38 | Phong Nguyen | 2:11-cv-2992 / 2:13-cv-01626 |
| 39 | Nyssen Electrical Service, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |

| | | |
|---|---|---|
| 40 | Mike Awde d/b/a Mike's Station | 2:11-cv-2992 / 2:13-cv-01626 |
| 41 | MGI, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 42 | MC Enterprises d/b/a Bulldog Construction | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83977 |
| 43 | MacCorp, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84083 |
| 44 | Lonnie Babin | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83485 |
| 45 | Lisa Mabile | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84147 |
| 46 | Lee Deshotel | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84155 |
| 47 | LeBlanc Diesel Service, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 48 | Laurie Bono d/b/a L&K Gas and Oil | 2:11-cv-2992 / 2:13-cv-01626 |
| 49 | L&K Rent to Own, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 118686 |
| 50 | Keith Caywood | 2:11-cv-2992 / 2:13-cv-01626 |
| 51 | K&W Automotive, LLC | 2:11-cv-2992 / 2:13-cv-01626 |
| 52 | John W. Collins d/b/a Collins Marine | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 90127 |
| 53 | John Lyons | 2:11-cv-2992 / 2:13-cv-01626 |
| 54 | John Bellow d/b/a Bellow Masonry | 2:11-cv-2992 / 2:13-cv-01626 |
| 55 | Joe Elias d/b/a Bridgewater Getty | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 83667 |
| 56 | Haydel & Robichaux, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84001 |
| 57 | Gordon Disotell | 2:11-cv-2992 / 2:13-cv-01626 |
| 58 | Global Energy Technologies, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84184 |
| 59 | George's Getty, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 60 | Gene Pharmaceuticals, LLC | 2:11-cv-2992 / 2:13-cv-01626 |
| 61 | Ellender Backhoe and Dozer Service, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 70329 |
| 62 | Earl Dupre | 2:11-cv-2992 / 2:13-cv-01626 |
| 63 | Dustin Arabie | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84078 |
| 64 | Dayna Boudreaux | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84148 |
| 65 | D&M Seafood, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84186 |
| 66 | D&L Towing, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 86433 |
| 67 | Compass International, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84181 |
| 68 | CLMN Enterprises, Inc. | 2:11-cv-2992 / 2:13-cv-01626 |
| 69 | Clement's Supermarket, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84208 |
| 70 | Bryce Broussard | 2:11-cv-2992 / 2:13-cv-01626 |
| 71 | Bottomz Up Lounge, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84235 |
| 72 | Barracuda Oil Tools, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84241 |
| 73 | Bailen Marine, Inc. | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 86546 |
| 74 | All Terrain Services, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84239 |
| 75 | A&D Specialties, LLC | 2:11-cv-2992 / 2:13-cv-01626 |
| 76 | 4 Seasons Spa, LLC | 2:11-cv-2992 / 2:13-cv-01626 and SFJ 2:10-cv-08888 Doc. # 84211 |

-4-

        Respectfully submitted this  28th  day of   June  , 2016.

         /s/ Byron M. Hutchinson
        Byron M. Hutchinson, La. Bar No. 33195
        Walker & Hunter, P.C.
        3100 Timmons Lane, Suite 401
        Houston, Texas 77027

        ATTORNEY FOR PLAINTIFFS