UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| PLEADING BUNDLE B1 | * * | MAGISTRATE JUDGE SHUSHAN |

******************************************************************************

| | | |
|---|---|---|
| AMERICAN DIESEL EQUIPMENT, INC. | * * | CIVIL ACTION NO.: 16-CV-03912 |
| VERSUS | * * | SECTION: J |
| BP, P.L.C., B.P. AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH, HALLIBURTON ENERGY SERVICES, INC. AND SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC. | * * * * * * * * * * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

******************************************************************************

## AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes American Diesel Equipment,

Inc., a domestic corporation with registered office in the Parish of Jefferson, State of Louisiana, and

submits this amended complaint pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure to list all named defendants in the caption, and otherwise restates the matters set forth in its original complaint:

I.

Made defendants are: BP, P.L.C., a British corporation with principal place of business in the United Kingdom, B.P. America, Inc., a Delaware corporation with its principal place of business in Warrenville, Illinois, BP Products North America, Inc., a Maryland corporation with its principal place of business in Houston, Texas, BP America Production Company, a Delaware corporation with its principal place of business in Warrenville, Illinois, and BP Exploration & Production, Inc., a Delaware corporation with its principal place of business in Warrenville, Illinois, all collectively referred to hereinafter as " BP"; Transocean Ltd., a Swiss corporation with principal place of business in Switzerland, Transocean Offshore Deepwater Drilling, Inc., a Delaware corporation with principal place of business in Houston, Texas, Transocean Deepwater, Inc., a Delaware corporation with principal place of business in Houston, Texas, Transocean Holdings, LLC, a Delaware corporation with principal place of business in Houston, Texas, and Triton Asset Leasing GmbH, a Swiss limited liability company with principal place of business in Switzerland, all collectively referred to hereinafter as "Transocean;" and Halliburton Energy Services, Inc., a Delaware corporation with principal place of business in Houston, Texas, and Sperry Drilling Services, a division of Halliburton Energy Services, Inc., collectively referred to hereinafter as "Halliburton."

II.

BP, P.L.C. is the parent corporation of each of the other BP entities made defendant herein, all of which have done and are doing business in the state of Louisiana and this district, directly and/or through the related entities. The Transocean entities are affiliated and acted jointly. The Halliburton entities are affiliated and acted jointly.

III.

This court has jurisdiction over this action pursuant to 28 USC § 1332, based on diversity of citizenship, and under 28 USC § 1331 based upon the federal question arising pursuant to the claims asserted under the Oil Pollution Act, 33 USC § 2701 et seq. and/or the Admiralty Extension Act, 46 USC § 30101. The amount in controversy exceeds 75,000 dollars, exclusive of interest and costs. Plaintiff adopts by reference the jurisdictional allegations asserted in the Amended B1 Bundle Master Complaint, Record Document No. 1128 filed in the above-captioned MDL No. 2179.

IV.

Venue is proper in this district as the acts and omissions subject of this action, and the resulting damages, occurred within the geographical territory of this district and the adjacent outer continental shelf in the Gulf of Mexico.

V.

On or about April 20, 2010, BP was the lessor and operator of the Deepwater Horizon drilling vessel and was in the course of drilling an exploratory well at the Macondo prospect on

Mississippi Canyon Block 252 on the outer continental shelf in the Gulf of Mexico adjacent to the geographical territory of the Eastern District of Louisiana.

VI.

BP was designated as the lease operator, Transocean was owner, managing owner, owner pro hac vice, and/or operator, and Halliburton provided engineering and mudlogging services.

VII.

On or about April 20, 2010, as a consequence of the negligence, fault and/or wanton recklessness of all defendants in the operation, design, oversight and conduct of drilling operations, including but not limited to the disregard of customary safety precautions, the well experienced a blowout which resulted in an explosion, fire and uncontrolled discharge of oil into the Gulf of Mexico, which environmental disaster persisted for months and polluted and/or contaminated vast marine and coastal areas.

VIII.

Defendants failed to prevent the blowout, and failed to contain the discharge of oil following the blowout.

IX.

Plaintiff adopts by reference the factual allegations, causes of action and prayer for relief raised in the Amended B1 Bundle Master Complaint, Record Document No. 1128 filed in the above-captioned MDL No. 2179.

X.

As a consequence of the blowout and oil spill, the economy of the entire gulf area was depressed and adversely effected, and government authorities issued a moratorium on drilling activities in the Gulf of Mexico.

XI.

Complainant American Diesel Equipment, Inc. is in the business of servicing and repairing maritime diesel engines, both at its shop and repair facility in Harahan, Louisiana, and aboard vessels in the waters of Louisiana, the Gulf of Mexico, and elsewhere. American Diesel Equipment, Inc. suffered substantially reduced revenue and economic losses in consequence of the BP oil spill and drilling moratorium.

XII.

Plaintiff is entitled to compensation for damages suffered in consequence of negligence, gross negligence and willful misconduct of defendants, both directly and through the breach of non-delegable duties.

XIII.

BP has subsequently acknowledged and accepted full responsibility for the spill.  There has been timely presentation and denial of plaintiff's claim.

XIV.

Plaintiff has suffered and will continue to suffer significant economic and other damages in excess of the jurisdictional threshold amount for diversity jurisdiction, and is entitled to recover

monetary damages for diminution of the value of the business, loss of income and revenue, loss of business, loss of goodwill, and such other damages as may be recoverable under law.

XV.

Plaintiff is additionally entitled to recoup its loss of profits or impairment of earning capacity due to the oil spill from defendants, pursuant to the Oil Pollution Act, 33 USC § 2701, et seq. BP has been identified as the responsible party pursuant to the OPA by the US Coast Guard, rendering BP strictly liable under OPA for economic damages resulting from the oil spill.

XVI.

Plaintiff is further entitled to recovery of any and all damages excluded from the economic and property damage class settlement entered into in MDL 2179.

XVII.

Defendants are additionally liable for the plaintiff's damages pursuant to applicable state and federal laws in consequence of having engaged in abnormally dangerous and/or ultrahazardous activity, to include but not be limited to joint relief for the imposition of punitive damages, in addition to compensation for economic losses.

XVIII.

The creation of the oil spill and the subsequent drilling moratorium and cleanup efforts as a result of defendants' conduct constitute a nuisance under applicable law, pursuant to which plaintiffs are entitled to compensation for losses.

XIX.

Attached as Exhibit A is plaintiff's sworn statement, as required by Pretrial Order No. 60.

XX.

Trial by jury is requested.

WHEREFORE, complainant, American Diesel Equipment, Inc., prays that after all due proceedings had there be judgment herein in its favor against defendants BP, P.L.C., BP America, Inc., BP Products North America, Inc., BP America Production Company, BP Exploration & Production, Inc., Transocean Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., and Sperry Drilling Services, in solido, for the full amount of all compensatory and punitive damages as may be reasonable in the circumstances, together with interest, costs and attorney's fees.

              s:/Kevin O'Bryon
              KEVIN O'BRYON (LSBA 10151)
              O'Bryon & Schnabel, PLC
              1010 Common Street, Suite 1950
              New Orleans, LA 70112
              Telephone: (504) 799-4200
              Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon opposing counsel through a filing in the ECF/Pacer system and provided notice through LexisNexis File & Serve this 30th day of June, 2016.

s/Kevin O'Bryon<br>
KEVIN O'BRYON