UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

-2-

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|----|---|---|
| 1  | ADAMS, ROSE | 2:10-cv-08888-CJB-SS Document 0088017 |
| 2  | ANTALAN, MICHAEL | 2:10-cv-08888-CJB-SS Document 0087528 |
| 3  | BENNESSER HARPERHARPER, BENNESSER | 2:10-cv-08888-CJB-SS Document 108562 |
| 4  | HARPER, ANTHONY | 2:10-cv-08888-CJB-SS Document 0087986 |
| 5  | HARPER, JUSTIN | 2:10-cv-08888-CJB-SS Document 108561 |
| 6  | JUZANG, BARBARA | 2:10-cv-08888-CJB-SS Document 0087725 |
| 7  | LEVERETTE, BRANNON | 2:10-cv-08888-CJB-SS Document 0087555 |
| 8  | MAYHANE, MICHAEL | 2:10-cv-08888-CJB-SS Document 0064531 |
| 9  | MOBLEY, SUSAN | 2:10-cv-08888-CJB-SS Document 0111031 |
| 10 | MOORE, STEVEN | 2:10-cv-08888-CJB-SS Document 0087940 |
| 11 | PETTWAY, ELRICK | 2:10-cv-08888-CJB-SS Document 0087997 |
| 12 |  |  |
|    |  |  |

Respectfully submitted this 30th day of June 2016.

/s/  

Attorney Name: Michael Antalan  
Attorney Address: 9550 Spring Green Blvd, 123  
Katy, TX 77494  
Phone: (832) 429-6989  
Facsimile: (713) 588-8948  
Email: michael@antalanandassociates.com

ATTORNEY FOR PLAINTIFF(S)