UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | § | |
| GULF OF MEXICO, on April 20, 2010 | § | SECTION J |
| | § | |
| Related to: | § | JUDGE BARBIER |
| *All Opt-Out and Excluded Claims* | § | |
| *Which are Settled between January 1, 2016* | § | |
| *And July 29, 2016* | § | |
| | § | Mag. Judge SHUSHAN |

ORDER

Considering the foregoing Notice of Voluntary Dismissal(s) With Prejudice:

**IT IS ORDERED** that the Claimant's Motion To Dismiss is **GRANTED**.

SIGNED on this ____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER, JUDGE
UNITED STATES DISTRICT COURT

1