| Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|
| 10515 FOUNTAIN GATE LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 124537 |
| 5 Star Motel Investments Inc | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126078 |
| AARDVARK PLUMBING INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126647 |
| Amichi Inc | 2:13-CV-2396; 2:10-CV-08888-CJB-SS Document 126631 |
| ANGLETON LODGING GROUP LLC | 2:13-CV-5358; 2:10-CV-08888-CJB-SS Document 125594/125592 |
| ANJALI HOSPITALITY LLC | 2:13-CV-2396; 2:10-CV-08888-CJB-SS Document 125796 |
| ANKI ENT INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127054 |
| AUBURNDALE HOTEL LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126178 |
| Bharti Lodging Inc | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 125474 |
| BHOLENATH LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| BrahmaInc | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 124948 |
| CAJUN MECHANICAL INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| CEO INFORMATION SOLUTIONS INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 128181 |
| CHA OIL COMPANY | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126039 |
| Churney Dental Services Corporation | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| COOLIDGE REALTY INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| DANIEL FRIESS | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 12820 |
| DEVENDRA BHAKTA | 2:13-CV-2396; 2:10-CV-08888-CJB-SS Document 124715 |
| DIAMANDEL USA | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| ELRIDGE HOSPITALITY LP | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |

| | | |
|---|---|---|
| | Ganesh Inc | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126971 |
| | GANRAJ SHREE LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127079 |
| | GOPAL KRISHNA INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126195 |
| | Gray Star Investment Inc | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126077 |
| | GREENWAY PLAZA HOSPITALITY, INC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | Gulf Bay MagazinesInc | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | HAMPTON INN & SUITES (KEVAL HOTEL LP) | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125771 |
| | HANSFIELD PROPERTIES LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127347 |
| | HEY RAM INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127587 |
| | Independent Motel LLC | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 124889 |
| | J & K Work Clothing | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | J&J Bodalia LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 127060 |
| | Jai Laxminaryan LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | JALA LODGING GROUP INC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125234 |
| | Jatinchandra Bhakta | 2:13-CV-2396; 2:10-CV-08888-CJB-SS Document 124873 |
| | Jay Ganu Bapa Inc | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 124974 |
| | JMTD LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | Jon Douglas Ferguson | 2:13-CV-2323; 2:10-CV-08888-CJB-SS |
| | JUDY CLEWIS | 2:13-CV-2323; 2:10-CV-08888-CJB-SS |
| | KANCHAN 9 LODGING LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125321 |
| | KANJI DEVELOPMENT INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127906 |
| | KAPIL LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 128069 |
| | KASHMERE GARDENS EXTN | 2:13-CV-2396; 2:10-CV-08888-CJB-SS Document 125794 |
| | KEMCHHO | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | Kendall International Investment Group | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126171 |
| | Kissimmee River Kayak LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126058 |
| | LA MIRAGE MOTEL | 2:13-CV-0385; 2:10-CV-08888-CJB-SS |

| | | |
|---|---|---|
| | LAKKIOS PIZZA INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127703 |
| | LAREDO LA QUINTA HOTEL MGT | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125430 |
| | LAXMI INVESTMENTS LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127756 |
| | Laxmi of Many Inc (v2) | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 124866 |
| | MAGNOLIA MOTEL LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | Mahendra Kumar Patel | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126104 |
| | MAHENDRA KUMAR PATEL | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126104 |
| | Mahendra Patel | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126104 |
| | Mahesh Kumar | 2:13-CV-2396; 2:10-CV-08888-CJB-SS |
| | MANOR CYCLE INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127879 |
| | MARATHON RESORT MANAGEMENT INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127355 |
| | MARINA VILLAGE INC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | MBBK LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 128121 |
| | MICHAEL MORLEY | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | MICHIANA MOTEL LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127798 |
| | MINA HOSPITALITY | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | MPR LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127189 |
| | MY KITCHEN DESIGN STUDIO INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | Nabi Investment Corporation | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 124469 |
| | NACOGDOCHES HOTEL MANAGEMENT LTD | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 124896 |
| | NAIDIP 19-52 LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127425 |
| | NATIONAL PRIORITY ENTERPRISES INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127395 |
| | NATVAR M BHAKTA AND NARESH M BHAKTA | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | NEEL KAMAL INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127623 |
| | NOUVEAU | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | OHM INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126057 |
| | OHM TALLAHASSEE LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |

| | | |
|---|---|---|
| | OM PC LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127637 |
| | OM PROPERTIES INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127280 |
| | OUTI LLC | 2:13-CV-2396; 2:10-CV-08888-CJB-SS Document 127327 |
| | PARSHOTAM CORPORATION | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | ParshwarnathInc | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | PATEL CONSTRUCTION LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126705 |
| | PAVANPUTRA LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | Personal Security Shopper Inc | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127174 |
| | PISTOL PRODUCTIONS INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126627 |
| | PRAVIN I BHAKTA (DBA HOLIDAY INN HOTEL) | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125443 |
| | PRECISIONS MARKETING AND PROMOTIONS LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127223 |
| | Radhey Inc | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126017 |
| | RAMAN PATEL | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125389 |
| | RK HOLDINGS OF TALLAHASSE LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127442 |
| | Rohan Lodging | 2:13-CV-2323; 2:10-CV-08888-CJB-SS |
| | ROYAL ATLANTIC RESORT | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126082 |
| | ROYAL PALM MARINA OPERATIONS LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126694 |
| | RUBEN & STEVE BAZARTE BAIL BONDS INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127457 |
| | S AND A LODGING LLC | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 125486 |
| | S&A FOOD SERVICE LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125125 |
| | S&J FOOD SERVICE LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125120 |
| | SAI BABA 2 LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 125995 |
| | SAI BABA ENTERPRISES, INC. | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 125486 |
| | SAINATH INVESTMENTS LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127962 |
| | Shadow Creek SDI LP | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | SHAZIA CREAMERY LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 125935 |
| | Shiv Hotels | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126193 |

| | | |
|---|---|---|
| | SHREE AMBA CORP | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | SHREE JAI AMBE INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127059 |
| | SHREEJI OF COLUMBUS LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | SHRI AADINATH LLC DBA ROYAL INN | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127924 |
| | SHRI KRISNA INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127132 |
| | Shri Laxmi 1 LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 125998 |
| | Shriji LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126002 |
| | Shrinath LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 125999 |
| | SONOROUS LEAGUE CITY LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 124971 |
| | SP & SP LLC DBA SWAN MOTEL | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126981 |
| | SSM HOSPITALITY LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127063 |
| | St Charles Hospitality | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 124887 |
| | St Charles Lodging Inc | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 124888 |
| | St John Lodging Inc | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 124886 |
| | SWFL FLOWERS AND MORE | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | TATA CORPORATION | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127055 |
| | TEJAL SNP LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS |
| | TRIAD HOSPITALITY LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126998 |
| | TRILOK ENTERPRISES INC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 124890 |
| | Urika II | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 126088 |
| | Valleydale Hospitality LLC | 2:13-CV-2323; 2:10-CV-08888-CJB-SS Document 125412 |
| | VLG HOSPITALITY LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127082 |
| | WATERS & WATERS INC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | WELCOME HOSPITALITY OF SARASOTA LLC | 2:13-CV-05365; 2:10-CV-08888-CJB-SS Document 127133 |
| | WEST CHASE EIGHT LP | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125741 |
| | YABASH LLC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 128041 |
| | Z T INC | 2:13-CV-5385; 2:10-CV-08888-CJB-SS Document 125014 |

| | | |
|---|---|---|
| | Zack Rogers III | 2:13-CV-2323; 2:10-CV-08888-CJB-SS |
| | D.R.U.H., INC., | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | DEEPARTI, INC., | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | JAY HOTEL INVESTMENTS, LLC, | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |
| | JALARAM FOOD LLC, | 2:13-CV-2323; 2:10-CV-08888-CJB-SS |
| | NAT INC, | 2:13-CV-05365; 2:10-CV-08888-CJB-SS |