# EXHIBIT

# "A"

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BARRY | PATRICK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HALL | MARK | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | HUTNICK | JOSEPH | |
| 2:13-cv-05367-CJB-SS; 2:14-cv-0359-CJB-SS | Liggieri | Salvatore | |
| 2:13-cv-05367-CJB-SS; 2:13-cv-06651-CJB-SS | McAlister | Zolan | |
| 2:13-cv-01717-CJB-SS | RAMSARRAN | MARK | |
| 2:13-cv-05367-CJB-SS | | Sayeed Mohammad | CURRIEZ INDIAN CUISINE - SAYEED MOHAMMAD |
| 2:13-cv-05367-CJB-SS | | SAMMY K. MAYS | GONZO ISLAND LLC |
| 2:13-cv-05367-CJB-SS | | Melinda Lindsey | MELINDA LINDSEY, INDIVIDUALLY AND DBA EARTHFRIENDS INC |
| 2:13-cv-05367-CJB-SS | | JOSEPH MORNINGSTAR | MORNINGSTAR MORTGAGE |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | | ELMER BARNETT | TROPHY MARINE LLC |