UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| Gulf Shore Hospitality, LLC | * | CIVIL ACTION No. 2:16-cv-06379 |
| VERSUS | * | SECTION J |
| Bp Exploration & Production, Inc.; Bp America Production Company; Bp P.L.C.; | * | JUDGE BARBIER |
| Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; | * | MAG. JUDGE SHUSHAN |
| Transocean Deepwater, Inc.; Transocean Holdings, Llc; | * | |
| Triton Asset Leasing Gmbh; Halliburton Energy Services, Inc.; | * | |

### EX-PARTE MOTION TO WITHDRAW

COMES NOW, the law firm of FARRELL & PATEL, ATTORNEYS AT LAW, and the undersigned counsel, pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for Plaintiff, GULF SHORE HOSPITALITY, LLC (hereinafter "Plaintiff"), and as grounds there of states as follows:

1. There has been a substantial breakdown in the attorney-client relationship and Plaintiff's counsel desires to withdraw as attorney of record for Plaintiff.

2. Prior to filing the instant Motion, the undersigned has attempted in good faith to resolve these matter amicably.

3. The above-described matters constitute an irreconcilable difference and good cause for

1

withdrawal.

4. At the present moment, no pending deadlines or court appearances exist in this matter and this motion will not prejudice any party.

5. The undersigned has notified Plaintiff and furnished a copy of this motion as follows:

David Arnsby
645 W Cottage Ln, De Ruyert
NY 13055
Phone: 315-405-6650
Davearnsby@comcast.net

WHEREFORE, the undersigned counsel, both individually and on behalf of his respective law firm move this Honorable Court for an order allowing them to withdraw as counsel of record for Plaintiff.

Respectfully submitted on this 30th day of June, 2016.

*/s/ Wesley J. Farrell*
Farrell & Patel, Attorneys At Law
Wesley J. Farrell, Esq.
Fl. Bar No. 71783
WesFarrell@FarrellPatel.com
2701 Ponce De Leon Blvd.,
Suite 300
Coral Gables, FL 33134

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30th 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. I FURTHER CERTIFY that Plaintiff, Gulf Shore Hospitality, LLC has been made aware of any applicable deadlines and any applicable court appearances, and that a true and correct copy of the foregoing has been served by certified mail and pursuant to Local Rule 83.2.11 on Plaintiff listed below:

By e-mail and US Certified Mail

David Arnsby
645 W Cottage Ln, De Ruyert
NY 13055
Phone: 315-405-6650
Davearnsby@comcast.net

*/s/ Wesley J. Farrell*