UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| Gulf Shore Hospitality, LLC | * | CIVIL ACTION No. 2:16-cv-06379 |
| VERSUS | * | SECTION J |
| Bp Exploration & Production, Inc.; Bp America Production Company; Bp P.L.C.; | * | JUDGE BARBIER |
| Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; | * | MAG. JUDGE SHUSHAN |
| Transocean Deepwater, Inc.; Transocean Holdings, Llc; | * | |
| Triton Asset Leasing Gmbh; Halliburton Energy Services, Inc.; | * | |

## ORDER

This matter came on to be heard before the Court on the Motion of Wesley J. Farrell, individually and on behalf of Farrell & Patel, Attorneys at Law, to withdraw as counsel for Plaintiff, Gulf Shore Hospitality, LLC. Having considered the motion;

IT IS ORDERED that the motion is GRANTED and Wesley J. Farrell and Farrell & Patel, Attorneys at Law are WITHDRAWN as counsel for Plaintiff Gulf Shore Hospitality, LLC. Counsel reports that the contact information for Plaintiff is:

David Arnsby
645 W Cottage Ln, De Ruyert
NY 13055
Phone: 315-405-6650
Davearnsby@comcast.net

Because corporations and other business entities must be represented by an attorney, new counsel will eventually need to enroll for Gulf Shore Hospitality, LLC, or its claims may be dismisses.

New Orleans, Louisiana, this \_\_\_\_ day of _____ 2016.

_____
United States District Judge