## Exhibit "A"

| Plaintiff Name | Civil No. 2:10-CV-08888-CJB-SS Short Form Joinder Document Number(s) | Eastern District of Louisiana Docket Number |
|---|---|---|
| BARRIOS SEAFOOD TO GO, LLC | 72518, 130872 | 2:13-CV-01129 |
| DORAN SEAFOOD, LLC | 123643, 132210 | 2:13-CV-01606 |
| TOMMY'S SEAFOOD, INC. | 123616, 131961 | 2:13-CV-01517 |
| SEASCAPE RESORTS INC. | 123560, 131676 | 2:13-CV-01968 |
| SEASCAPE TOWN CENTER 08, LLC | 131677 | 2:13-CV-01968 |
| SRI HOLDING, LLC | 131678, 123557 | 2:13-CV-01968 |
| M&C ENTERPRISES, LLC | 131673, 123559 | 2:13-CV-01968 |
| EMERALD BAY DEVELOPMENT | 123558, 131671 | 2:13-CV-01474 |
| EMERALD BAY COMMERCIAL 09, LLC | 131670 | 2:13-CV-01474 |
| EBH–06, LLC | 131341 | 2:13-CV-01474 |
| EMERALD BAY ONE, LLC | 131672 | 2:13-CV-01474 |