UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION:  J |
| | * | |
| | * | JUDGE CARL BARBIER |
| This document relates to: | * | |
| 2:13-cv-01674 -CJB-SS | * | MAGISTRATE JUDGE |
| | * | SHUSHAN |
| * * * * * * * * * * * * * * * * * * * | | |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that plaintiff, Glenwood Enterprises, Inc., voluntarily dismisses the above-captioned action against all defendants, BP Exploration & Production, Inc., *et al*. without prejudice.  Glenwood Enterprises, Inc. will pursue only the claims that were settled as part of the Deepwater Horizon Economic and Property Damages Settlement Agreement.

WHEREFORE, Glenwood Enterprises, Inc., hereby voluntarily dismisses the above-captioned action against defendants, BP Exploration & Production, Inc., *et al*., without prejudice.

Respectfully submitted,

SCANDURRO & LAYRISSON, L.L.C.
DOMINICK SCANDURRO, JR., Bar #11750, T.A.
8748 Highway 23, Suite 3
Belle Chasse, Louisiana 70037
Telephone: 504-392-3308
Facsimile: 504-392-3311
Email(s): domscan@nwcable.net

By: /s/ Dominick Scandurro, Jr.
Dominick Scandurro, Jr.
*Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF filing this __5th__ day of July, 2016.

                                              ___/s/ Dominick Scandurro, Jr.___
                                              Dominick Scandurro, Jr.