# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **C & C Enterprises, LLC** | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers | |
| **2:13-cv-01870** | |
| **2:16-cv-06310** | |
| Short Form Joinder Number | |
| **2:10-08888-CJB-SS Document 71123** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the below listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the Parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinder listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for putative or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

1

Case name and docket number:

**C & C Enterprises, LLC**                    2:13-cv-01870-CJB-SS
**(Citrin, Ben, et al.)**


**Citrin, Ben, et al.**                       2:16-cv-06310-CJB-SS
**(C & C Enterprises, LLC)**


Short Form Joinder number and identifying information:

**C & Enterprises, LLC**                      2:10-cv-08888-CJB-SS-Document 71123
**(Citrin, Ben, et al.)**


                                    Respectfully submitted this the 5th day of July, 2016.

                                    */s/ Elizabeth Citrin*
                                    Elizabeth A. Citrin
                                    Elizabeth A. Citrin, P.C.
                                    28311 N. Main Street, Suite B-103
                                    Daphne, AL  36526
                                    Phone:  251-626-8808
                                    Fax:  251-626-8868
                                    Email:  elizabeth@elizabethcitrin.com

                                    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hearby certify that the above and foregoing Notice of Voluntary Dismissal has been serviced on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 5th day of July, 2016.

_____
Elizabeth A. Citrin