# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:
**Multiple Plaintiffs and
corresponding docket numbers as
identifed in Exhibit A**

Docket Number(s)

See Exhibit A

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final

Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives

notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and

short-form joinders against all Defendants, including but not limited to the action(s) and short-

form joinders listed below, and withdrawal from any class (whether putative or certified), except

that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages

against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and

Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**Multiple Plaintiffs with corresponding docket numbers as identified in Exhibit A attached.**

Respectfully submitted this 6thh day of July 2016.

/s/ *Brent W. Coon*
_____

Attorney Name:

Attorney Address:

Brent W. Coon

Federal Bar No. 9308

Texas Bar No. 04769750

215 Orleans

Beaumont, Texas 77701

Tel.: (409) 835-2666

Fax: (409) 835-1912

brent@bcoonlaw.coon

ATTORNEY FOR PLAINTIFF(S)