# EXHIBIT "A"

| Cause Number(s) | Last Name | First Name |
|---|---|---|
| 2:13-cv-01717-CJB-SS; 2:14-cv-0357-CJB-SS | JOHNSON | KEVIN |
| 2:13-cv-01717-CJB-SS | JOHNSON | STEPHANIE |
| 2:13-cv-05367-CJB-SS | NAVARRETE | VICTOR |
| 2:13-cv-01717-CJB-SS | ALLEN | JOHNNY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BOOKER | MARCO |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | SMITH | JEFFREY |