UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **LEEVAC SHIPYARDS JENNINGS LLC F/K/A LEEVAC INDUSTRIES, LLC** | MAGISTRATE JUDGE SHUSHAN |

Docket Number(s)

**2:13-cv-01251-CJB-SS**

Short Form Joinder Number(s)

**2:10-cv-08888-CJB-88 Document 131597**

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 4(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC , Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Entergy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

| | |
|---|---|
| **LEEVAC SHIPYARDS JENNINGS LLC F/K/A LEEVAC INDUSTRIES, LLC** | **2:13-cv-1251-CJB-SS** |

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 131597**

Respectfully submitted this 6th day of July, 2016.

/s/ James E. Swinnen
JAMES E. SWINNEN (02137)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 596-2890
Facsimile: (504) 910-9570
ATTORNEYS FOR LEEVAC INDUSTRIES, LLC
F/K/A LEEVAC SHIPYARDS JENNINGS, LLC