UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Motion to Intervene
On Behalf of My Wife and Myself
Please file under Seal

Per the Deepwater Horizon Claims Administrator: In order for us to receive a settlement, I must commit criminal fraud. As you know I am not well liked by the Federal Judiciary or the Federal Government and I believe they would use any chance they could to put me in jail. I have provided everything that I can without committing criminal fraud. I have asked for a "hardship" exemption. Our home was foreclosed on and we lost most of our belongings including financials. The FBI stole my financials on March 15th, 2011 and never returned them.

If you don't want me to receive a settlement, then just tell me and I will stop. If the Department of Justice does not want me to receive a settlement, then just tell me and I will stop.

Reference the attachment Section II number 4. This statement is wrong. I provided tax returns for the years in question. Each tax return has an official IRS templet, that has been filed out and filed, that is titled "Profit and Loss". The Administrator refuses to accept this official government document. I used the accrual method of accounting and the Administrator refuses to accept that as well. I can't magically recreate financials. I was not required to keep monthly financials for any reason. I filed both business and individual economic claims. The Administrator without reason has merged the two. What I have been through is a major catch-22. There is no easy way to communicate with the Administrator or the staff and they refuse to respond in a timely fashion. If you do receive a response it is incoherent.

I will provide a more detailed list of grievances if you allow me to intervene. If they had paid me the original $35,000.00 in 2011 that I requested and was entitled to, we would not be in this position. Both of our individual and my business claims should have been paid. This is corrupt.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086, Dchristenson6@hotmail.com

RECEIVED
JUL -5 2016
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

**DEEPWATER HORIZON**
## CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## POST - RECONSIDERATION INCOMPLETENESS NOTICE
DATE OF NOTICE: June 30, 2016
DEADLINE FOR RESPONSE: August 1, 2016

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last CHRISTENSON | | First DAVID | | Middle |
|---|---|---|---|---|---|
| Claimant ID | 100302987 | | **Claim ID** | | 348134 |
| Claim Type | Business Economic Loss | | | | |
| Industry Designation | Non-Tourism | | **Economic Loss Zone** | | Zone B |

### II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We received your request for Reconsideration and have attempted to complete a Reconsideration review of your claim. However, we cannot continue processing your claim because it is missing documents or information that the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires you to submit before we can complete our Reconsideration review of your claim. This Notice explains what your claim is missing and contains tips for how you can obtain the required documents or information. We are available to help you if you have questions or need assistance. Submit the following documents and/or information no later than the Deadline for Response listed at the top of this Notice so that we can complete our Reconsideration review. If you need more time to collect these materials, let us know. If you already have sent in these materials, let us know, for they may have come in after we did our last review. Also, you should check your Portal for any documents that you have submitted to see if they are labeled as Bad/Corrupt Documents and to make sure that they are legible and not password protected. If you cannot open or read the documents on the Portal, then we cannot use those documents to evaluate your claim and you should upload new documents.

**Note:** On May 5, 2014, the U.S. District Court for the Eastern District of Louisiana approved Policy 495 (Business Economic Loss Claims: Matching of Revenues and Expenses), which the Claims Administrator developed and adopted to evaluate Business Economic Loss ("BEL") claims from businesses whose financial records do not match revenue with corresponding variable expenses, pursuant to directives of the Fifth Circuit Court of Appeals. Subsequently, on May 28, 2014, the District Court issued an Order which included instructions for the implementation of Policy 495. If we determine that your BEL claim contains revenues and variable expenses that are not sufficiently matched according to the procedures established within Policy 495, we may require additional documentation that is not reflected in this Notice. If this happens, we will issue you another notice indicating what additional materials you must submit.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for 2010. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine monthly revenues and expenses of the business for 2010. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2010. If you do not have this information, you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing your annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |

| | | |
|---|---|---|
| 2. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for the claimed Benchmark Period. If you selected Claims Administrator Selected Benchmark Period on the Claim Form or did not select a Benchmark Period, then you must provide these documents for 2009 at a minimum. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine the monthly revenues and expenses of the business for the claimed Benchmark Period. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in your claimed Benchmark Period. If you do not have this information, you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
| 3. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for 2011. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine the monthly revenues and expenses of the business for 2011. The Settlement Agreement requires monthly profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2011. If you do not have this information you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
| 4. | The provided profit and loss statements appear to encompass revenue and expenses that are divided by twelve from the tax return. Accounting Review cannot use profit and loss statements that allocate revenue and expenses in any way. Please provide profit and loss statements that reflect the actual monthly revenue and expenses for your claimed business. | We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless you submit these documents. |

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

### IV. HOW TO RESPOND TO THIS NOTICE

Submit your additional documents online by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Response deadline) | Deepwater Horizon Economic Claims Center PO Box 10272 Dublin, OH 43017-5772 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Response deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Response deadline) | Deepwater Horizon Economic Claims Center c/o Claims Administrator 5151 Blazer Parkway Suite A Dublin, OH 43017 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Response deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Response deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |

### V. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section III of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

|  | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| **1.** | Individual Economic Loss | 343791 | Notice Issued After Review: Duplicate Claim |

## INCOMPLETENESS REASON EXPLANATION ATTACHMENT

### Monthly Profit and Loss Statements

The Settlement Program has reviewed your documents and determined that you are missing P&Ls from the months indicated with an "x" in the grid below.  If we have determined that the P&Ls you have submitted do not contain separate line items for expenses, as is required by the Settlement Agreement, then the grid will show an "EXP" in the cell for the applicable month.

| ANNUAL PERIOD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | √ | √ | √ | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP |

INC-1 v.5                **WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**         Claimant ID:   100302987

Claim ID:   348134

David Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

01 JUL 2016 PM 2 1

U.S. MARSHALS

Judge Carl Barbier
EDLA Federal Courthouse
500 Poydras Street
Room C-256
New Orleans, LA 70130

70130-335136