# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 23, 2016

Mr. Jimmie Vickers
3611 Dorothy Lois Drive
Moss Point, MS 39562

    No. **16-30701**    In re: Jimmie Vickers
                             USDC No. 2:16-CV-2924

Dear Mr. Vickers,

We have docketed the petition for writ of mandamus, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED R. APP. P. and 5TH CIR. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

**Attention Attorneys:** Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

Your petition is deficient for the reason(s) listed below. **You must comply within 30 days of the date of this letter. If you fail to comply we will dismiss your petition for writ of mandamus without further notice.**

Case: 16-30701   Document: 00513563037   Page: 2   Date Filed: 06/23/2016
Case 2:10-md-02179-CJB-DPC   Document 20883   Filed 06/24/16   Page 2 of 10

> <u>You failed to comply with F<small>ED</small> R. A<small>PP</small>. P. 21 because your petition does not contain proof of service on all parties to the action in the trial court. You also must provide a copy to the trial court judge (include the Judge) .</u>

**Attention Attorneys:**  Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, <u>www.ca5.uscourts.gov</u>. Information on Electronic Case Filing is available at <u>www.ca5.uscourts.gov/cmecf/</u>.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Majella A. Sutton, Deputy Clerk
        504-310-7680

cc:
    Mr. William W. Blevins

No. __-____

# In the United States Court of Appeals for the Fifth Circuit

In Re: Vickers vs Reub & Motta et, al.
Civil Action No: 2:16-cv-02924
*Petitioner, Pro se*

On Petition for Writ of Mandamus from the United States District Court for the Eastern District of Louisiana, Case No. 2:14-cv-01041

## PETITION FOR WRIT OF MANDAMUS

Petitioner Pro se, Jimmie Vickers, Request that he be allowed to Proceed in this Action as a Seaman under 28 USC ss 1916. *without prepaying fees or costs or furnishing security therefor.*

Jimmie Vickers
Plaintiff Pro se
3611 Dorothy Lois Dr.
Moss Point, Ms. 39562
Ph# 228-623-3662
E-Mail- jimmievickers@yahoo.com

# CERTIFICATE OF INTERESTED PERSONS

The undersigned Petitioner Pro se, certifies that the following listed persons or entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case.

## PETITIONER

**Petitioner Pro se,** Jimmie Vickers, 3611 Dorothy Lois Dr., Moss Point, Ms. 39562, Ph# 228-623-3662, E-Mail- jimmievickers@yahoo.com

## DEFENDANTS

**Defendants**, Reub & Motta, Attorneys, 1401 Willow Pass Road, Suite 880, Concord, Ca. 94520.

**Defendants**, The Nations Law Firm, 3131 Briarpark Drive, Houston, Texas 77042.

**Defendants,** Jambon Marine Services, and Josh Jambon, 20804 Hwy 1 South, Golden Meadow, La 70357.

**Defendants,** BP, PLC; BP America, Inc.; BP Corporation North America Inc.; BP Company North America, Inc.; are Represented by: J. Andrew Langan, Kirkland & Ellis, 300 North LaSalle St., Chicago, Il. 60654.

Respectfully Submitted

*Jimmie Vickers*
Jimmie Vickers Pro se

i

2


# TABLE OF CONTENTS

                                                                                        Page
Table of Contents ...................................................................................ii
Issues Presented ......................................................................................1
Introduction .............................................................................................1
Factual background..................................................................................2
Argument..................................................................................................3
Prayer for Relief.......................................................................................4
Certificate of Service................................................................................5
Attachments...............................................................Exhibits.... 1 through 6

In Re: Vickers vs Reub & Motta et, al.
Civil Action No: 2:16-cv-02924

## ISSUES PRESENTED

Jimmie Vickers, Petitioner Pro se herein, has been Denied Access to the Courts. He has been Denied His Constitutional Right to petition the government for a redress of grievances.

## INTRODUCTION

Petitioner was a Boat Captain who worked in the oil field and operated a vessel engaged in the oil spill clean up of the Deep Water Horizon oil Spill in 2010. He became ill while aboard the vessel, suffering from breathing difficulties, and other strange symptoms.

Petitioner was subsequently contacted by Reub & Motta and The Nations Law Firm and they offered to represent Him in a Claim against The BP Defendants. Petitioner worked with different people from Reub & Motta over the years, supplying them with information and documentation of his claim. A number of years passed and in December, 2015, Plaintiff received a call from Reub & Motta stating that his BP claim had been Denied because BP could not find him in their system.

Petitioner tried to call and talk to Rueb & Motta about his Claim, but always got someone different, never the same person. Then someone called and stated that they must start all over and refile his claim. Petitioner told them No, that He would proceed on his own. And on January 5, 2016, the Petitioner filed a Complaint against everyone involved.

Page 1

4

In Re: Vickers vs Reub & Motta et, al.
Civil Action No: 2:16-cv-02924

# FACTUAL BACKGROUND

On January 5, 2016, Petitioner Filed a <u>Complaint</u> against the before named Defendants in The United States District Court For The Southern District Of Mississippi, Southern Division. Civil Action No: 1:16-cv-3 HSO-JCG. [ See Exhibit 1, Attached ].

At the same time the Complaint was Filed, Petitioner filed a <u>Motion to Proceed as a Seaman</u>, under 28 USC ss 1916, [ See Exhibit 2, Attached]. And also a <u>Request For Court Ordered Service.</u> [See Exhibit 3, Attached].

The U.S. District Court For The Southern District of Mississippi, referred this Action to The United States Judicial Panel on Multidistrict Litigation. [ MDL- 2179].

The Petitioner wrote a letter to the MDL Panel urging the Panel not to Transfer this Case. The MDL Panel issued an Order Transferring This Action to The U.S. District Court For The Eastern District Of Louisiana. On January 18, 2016, Petitioner filed a <u>Motion in Opposition</u> to the <u>Transfer Order, No. 133</u>. The BP Defendants, Filed a Response. Petitioner Filed a Response. [See Exhibit 4, Attached].

On April 7, 2016, the United States Judicial Panel on Multidistrict Litigation, Denied this Petitioner's Motion and Issued a <u>Transfer Order,</u> Ordering this Action Transferred to the Eastern District of Louisiana. [ See Exhibit 5, Attached].

This Petitioner then contacted the Clerk of Court to inquire as to the status of this Action, and was informed that Judge Barbier, had

In Re: Vickers vs Reub & Motta et, al.
Civil Action No: 2:16-cv-02924

issued a <u>Stay</u> in the entire Case and that neither of the Petitioner's Motions had been Ruled on, and that none of the Defendants in Petitioner's Action had been Served.

On May 16, 2016, This Petitioner sent a <u>Motion To Vacate Stay Order</u> to The Clerk of Court, U.S. District Court For the Eastern District Of Louisiana, 500 Poydras St. New Orleans, La. 70130; Certified Mail, Return Receipt Requested; And on May 18, 2016 at 1:59 P.M., J. Gutieriez signed for it. [See Exhibit 6, Attached].

As of 5:00 P.M. On June 17, 2016, that <u>Motion To Vacate Stay Order,</u> had not been filed or any action taken.

## ARGUMENT

The MDL Panel was formed to make litigation convenient, and efficient. 28 USC ss 1407 [a] states: "*Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions.*"

The Transfer of Petitioner's Action into the "Class Action Legal Swamp" in the Eastern District of Louisiana has effectively been a "Death Sentence" to this Petitioner's Efforts. This "Class Action Fiasco", has been ongoing for over 5 years; And this Petitioner's claim against the BP Defendants has already been Denied. There is no reason for this case to be dumped into a Class Action. Unless there is a Class Action against Rueb & Motta, and The Nations Law Firm.

Page 3

6

In Re: Vickers vs Reub & Motta et, al.
Civil Action No: 2:16-cv-02924

The Transfer of this Action by the MDL Panel is in direct contradiction to the stated goals of the Panel itself, and is a violation of this Petitioner's Constitutional Rights.

This Petitioner has a Greivance that is uniquely different from the claims of the Class Action Suit within which it has been dumped. To allow this Transfer to stand, will Deny this Petitioner Access to the Court.

## PRAYER FOR RELIEF

Wherefore, Comes now Jimmie Vickers, Petitioner Pro se, named herein, and Prays this Court Grant this Petition and ORDER that this action be Transferred back to the U.S. District Court for the Southern District of Mississippi, Southern Division, where it was originally filed as Civil Action No: 1:16-cv-3.

Or in the alternative, Order Judge Barbier to Vacate his Stay Order and Serve the Defendants in Petitioner's Action.

Dated JUNE 20, 2016

Respectfully Submitted

*Jimmie Vickers* (signature)

Jimmie Vickers
Petitioner Pro se

State of: Mississippi
County of: Jackson

Sworn to and subscribed before me this __20th__ day of June, 2016.

*Donna J. Browning* (signature)
NOTARY PUBLIC

My Commission Expires: June 23, 2018

Page 4

[Notary seal: DONNA J BROWNING, NOTARY PUBLIC, ID No. 106368, My Comm. Expires Jun 23, 2018, JACKSON COUNTY, STATE OF MISSISSIPPI]

Vickers

vs

Reub & Motta et, al.                    Civil Action No: 2:16-cv-02924

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion, and this Certificate of Service was served by First Class Mail, on May 16, 2016, to the following:

<u>Clerk of Court</u>, U.S. District Court for the Eastern District of Louisiana, 500 Poydras st., Rm. C 151, New Orleans, La. 70130.

<u>J. Andrew Langan, Kirkland & Ellis</u>, 300 North LaSalle St., Chicago, Il. 60654.

<u>Reub & Motta, Attorneys</u>, 1401 Willow Pass Road, Suite 880, Concord, Ca. 94520.

<u>The Nations Law Firm</u>, 3131 Briarpark Drive, Houston, Texas 77042.

<u>Jambon Marine Services, and Josh Jambon</u>, 20804 Hwy 1 South, Golden Meadow, La 70357.

Dated JUNE 20, 2016

State of Mississippi

County of Jackson

Submitted by

*Jimmie Vickers*

Jimmie Vickers, Petitioner Pro se

Sworn to and subscribed before me on June 20, 2016.

*Donna J. Browning*

NOTARY PUBLIC  My Commission Expires: <u>June 23, 2018</u>

Page 5

8