UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Dockside Seafood Specialties, Inc.** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| | |
| Short Form Joinder Number(s) | |
| **2:10-cv-08888-CJB-SS Document 74210** | |

<u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), pursuant to Rule 41(a)(l)(A)(i) of the Federal

Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue

entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of

all actions, claims, causes of action, and short-form joinders against all Defendants, including

but not limited to the action(s) and short-form joinders listed below, and withdrawal from any

class (whether putative or certified), except that this dismissal does not extend to claims by

Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings

LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling

Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed

as paid.

-1-

Case name(s) and docket number(s):

**Dockside Seafood Specialties, Inc.**

Short Form Joinder number(s) and identifying information:

**2:10-cv-08888-CJB-SS Document 74210**

Respectfully submitted this 24 day of June, 2016.

/s/ Angelle M. Carbone
Name:
Address:

PLAINTIFF(S)