CAUSE FOR NON-DISMISSAL

10md 2179, #97978
Ref 10-8888,

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 30 2016
WILLIAM W. BLEVINS
CLERK

I believe that the Court should not dismiss my B1 claim for failing to comply with
the requirements of PTO 60 for the following reason:

I am a member of the B1 Bundle, and did not opt out of the Settlement
Agreement because I still have medical problems resulting from the BP cleanup,
the details of which have already been submitted. I am    represented by an
attorney.

I did not receive a copy of Pretrial Order 60 (doc 16050) or the *Order to Show
Cause Re: Compliance with PTO 60* (doc 18724). Therefore I was not made aware
of the fact that the Court dismissed the B1 Master Complaint and required
plaintiffs to file new individual complaints. All along, I thought I was still included
in the litigation. I found the PTO 60 documents when checking the Court website
at my local library, and contacted the Plaintiffs Steering Committee for guidance
when I learned that I missed a deadline.

Since joining the lawsuit in 2011, I have tried my best to file all required forms and
supporting information on time. I work hard to keep up with the latest
information on this lawsuit as I struggle to understand the legal language in the
documents. I still wish to have my claim represented in the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Carl M. Shepherd

Carl Malcolm Shepherd
Claimant #582445, Court #97978

511 Triplett Street
Tarpon Springs, FL 34689
fishermancarl@yahoo.com

TENDERED FOR FILING

JUN 30 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 6/7/2016 at 3:20 PM CDT and filed on 6/7/2016

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | |
| **Document Number:** | 18724 |

**Docket Text:**
ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60; [Regarding All Remaining Claims in Pleading Bundle B1]: ORDERED that Certain plaintiffs as set forth in document must show cause in writing on or before June 28, 2016, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60. All short-form joinders filed in this MDL are hereby DISMISSED AS UNNECESSARY to the extent they asserted a B1 claim. Counsel for BP shall mail this Order to each unrepresented individual and business to which it previously mailed PTO 60 at the Courts direction (See PTO 60, paragraph 11), except for those individuals and businesses whose mailing was returned to counsel for BP as undeliverable. For purposes of this mailing, BP is only required to attach EXHIBIT 1A, EXHIBIT 2, and EXHIBIT 3 to the mailing. BP does not need to include EXHIBIT 1B with the mailing. Finally, to the extent practicable, the PSC shall email a copy of this Order to known counsel of record for Plaintiffs who joined the Amended B1 Master Complaint, and/or opted out of the Economic and Property Damages Settlement and may therefore be subject to this Order. This procedure is deemed sufficient to satisfy notice requirements for all Claimants with "B1" claims. Signed by Judge Carl Barbier on 6/7/16. (Attachments: # (1) Exhibit 1A, # (2) Exhibit 1B, # (3) Exhibit 2, # (4) Exhibit 3)(Reference: All Cases in Pleading Bundle "B1")(sek)

TENDERED FOR FILING

JUN 3 0 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

## Attachments

- 3629331927.txt (882.70KB)
- Order to Show Cause - PTO 60 [Doc 18724] 6-8-2016.pdf (58.74KB)
- Order to Show Cause - PTO 60 - Ex. 1A [Doc 18724-1] 6-8-2016.pdf (335.28KB)

**Subject:** Carl M. Shepherd

**From:** Carl Shepherd (fishermancarl@yahoo.com)

**To:** info@gulfstudy.nih.gov;

**Date:** Thursday, October 22, 2015 12:19 PM

To whom it may concern:

I have attached the form that I received in the mail with my current address. I'm also attaching pictures and a description of my medical issues. I still need medical help, as both of my eyes are still swollen and my doctor said that my right foot will not heal.

Please contact me as soon as possible.

Thank you,

Carl M. Shepherd

(727) 945-3802
511 Triplett St.
Tarpon Springs, FL 34689

Medical Claim: S.P.C.0035866
Commercial Fishing License S.P.97727 State of Florida

## Attachments

- Carl Shepherd001.pdf (389.71KB)
- Carl Shepherd002.pdf (1.56MB)

**Subject:**   Deepwater Horizon Claimant #582445

**From:**   Carl Shepherd (fishermancarl@yahoo.com)

**To:**   jimr@wrightroy.com;

**Date:**   Tuesday, June 7, 2016 11:26 AM

Dear Mr. Roy,

Re: Court Number 97978, Claimant Number 582445

I am writing to receive some clarification about my case with the Transocean Deepwater Horizon lawsuit.

I have read Pretrial Order No. 60 (Court Document 16050, filed 03/29/16), and I understood that the court dismissed the Amended Master B1 Complaint, and it orders plaintiffs to comply with the order or face dismissal.

I believe I have complied, but I have not received any communication as to whether I am still included in the case, or if I have been dismissed??

Thank you for your help,

Carl M. Shepherd
511 Triplett Street
Tarpon Springs, FL 34689

| Subject: | RE: Deepwater Horizon Claimant #582445 |
|---|---|
| From: | John Creevy (jcreevy@hhklawfirm.com) |
| To: | fishermancarl@yahoo.com; |
| Cc: | jimr@wrightroy.com; SUSANL@wrightroy.com; Rvalenti@hhklawfirm.com; SHERMAN@hhklawfirm.com; |
| Date: | Thursday, June 9, 2016 2:48 PM |

Mr. Shepherd – See attached for information on the status of the PTO-60 filings.

---

**From:** Steve Herman
**Sent:** Tuesday, June 07, 2016 3:14 PM
**Cc:** James P. Roy (LC & EC); Susan LeBouef; John Creevy; Regina Valenti
**Subject:** Deepwater Horizon Claimant #582445

Good afternoon. Jim is tied up today, and forwarded your original email to me.  You have a claim (582445) filed in the Economic & Property Damages Court-Supervised Settlement Program?

---

**From:** Carl Shepherd [mailto:fishermancarl@yahoo.com]
**Sent:** Tuesday, June 07, 2016 10:27 AM
**To:** James Roy
**Subject:** Deepwater Horizon Claimant #582445

Dear Mr. Roy,

Re: Court Number 97978, Claimant Number 582445

I am writing to receive some clarification about my case with the Transocean Deepwater Horizon lawsuit.

I have read Pretrial Order No. 60 (Court Document 16050, filed 03/29/16), and I understood that the court dismissed the Amended Master B1 Complaint, and it orders plaintiffs to comply with the order or face dismissal.

I believe I have complied, but I have not received any communication as to whether I am still included in the case, or if I have been dismissed??

Thank you for your help,

Carl M. Shepherd
511 Triplett Street
Tarpon Springs, FL 34689

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.

See attached.

Stephen J. Herman, Esq.

Herman Herman & Katz LLP

Office (direct): (504) 680-0554

E-Mail: sherman@hhklawfirm.com

To see what's new in Class Actions / BP Oil Spill Lit. /

Legal Ethics & Professionalism / Product Liability / ERISA /

Visit: www.gravierhouse.com

From: Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
Sent: Tuesday, June 07, 2016 3:21 PM
To: Efile_Information@laed.uscourts.gov
Subject: Activity in Case 2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010 Order to Show Cause

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 6/14/16 , 2016

Location (City and State): Tapon Sping FL

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

CARL. M. Shephert
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016.  Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **[PLAINTIFF]** | * | **CIVIL ACTION No. _____** |
| **VERSUS** | * | **SECTION: J** |
| **[DEFENDANT(S)]** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

[NOTE: Use this form of caption when you already have filed an individual lawsuit and are only filing the sworn statement. Make sure the civil action number of your lawsuit is included in the caption.]

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Shephard | Carl | M | |

**Phone Number**
727-945-3802

**E-Mail Address**
Carl(A)Yahoo-com. FisherMan

**Current Mailing Address**
5'11 Tarp2off St

**City / State / Zip**
Tapon Spring 34689

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| | |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
N/A

Any prior name used by Plaintiff from April 2010 to present?
N/A

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case
of a business plaintiff: 3139

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☑ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file),  Eastern District of Louisiana Case No. _____.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior   Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

---

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

        Yes _____.     No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: _____

    _____

2. The date of presentment (MM/DD/YYYY):  _12_ / _20_ /_2010_

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

        Yes _____.     No _____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

# GCCF Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

*CARL ShephERD = 100K C6673 = 3189*

ICF0482567047

CARL MALCOLM SHEPHERD
511 TRIPLETT STREET
TARPON SPRINGS, FL 34689-3357

January 24, 2011

*This document is important
VERY To MY CASE*

Re:     Receipt of Interim Payment Claim Form
        Claimant Identification Number: 01099690

*That it is a CLAIM
UNDER CLA. 2713*

Dear CARL MALCOLM SHEPHERD:

Your Interim Payment Claim Form has been received by the Gulf Coast Claims Facility ("GCCF") for review and payment determination. The Claimant Identification Number referenced above will be your Claimant identifier throughout the review and payment process. The GCCF will begin issuing Interim Payment Offers in mid-February. You can track the progress of your claim online by checking the claim status portion of the website or by calling us at our toll-free number below.

If you have questions about anything contained in this letter, you may contact the GCCF toll free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance), by email at info@gccf-claims.com, or by visiting our website at www.GulfCoastClaimsFacility.com. For TTY assistance call 1-866-682-1758. Please be sure to provide your Claimant Identification Number, as well as your full name, your address and the last four digits of your Social Security Number or Taxpayer ID in all correspondence with the GCCF.

Sincerely,
Administrator
Gulf Coast Claims Facility

*VERY IMPORTANT TO CASE*
*I was delayed, and denied from phase one to phase two*

ICF0312081108

CARL MALCOLM SHEPHERD
511 TRIPLETT STREET
TARPON SPRINGS, FL 33689

November 17, 2010

*That it is a claim under O.P.A 2713*

Re:    Claimant Identification Number: 1099690

Dear Claimant:

You submitted a claim to the Gulf Coast Claims Facility ("GCCF") for an Emergency Advance Payment for damages relating to the Deepwater Horizon Incident on April 20, 2010 (the "Spill"). After review of your claim, we have determined that your claim does not meet the criteria established for Emergency Advance Payments from the GCCF.

Your claim was denied for the following reason(s):

In determining eligibility, the GCCF applies the same factors to every claim. The GCCF takes into account evidence of the connection between the asserted loss and the Spill, the nature of the claimant's job or business, and the extent to which the claimant's job or business is dependent upon injured property or natural resources. In weighing these factors, the GCCF has determined that you did not demonstrate that you lost profits or income as a direct result of the Spill.

This decision is based on criteria that apply to all claimants seeking payments from the GCCF. This denial applies to your request for an Emergency Advance Payment and does not affect your right to submit a Final Claim for any damages or losses you have sustained. However, in preparing any Final Claim, you should review the reasons set forth above for the denial of your claim for an Emergency Advance Payment. If you have any questions about the denial of your claim, contact the GCCF toll-free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance), or visit www.GulfCoastClaimsFacility.com. For TTY assistance call 1-866-682-1758. For more efficient service, have this notice and your GCCF Claimant Identification Number with you when you call.

Sincerely,
Administrator
Gulf Coast Claims Facility



# GuLF STUDY

*A health study for oil spill clean-up workers and volunteers*



4254751

Mr. Carl Shepherd
511 Triplett Street
Tarpon Springs, FL  34689

April 01, 2013

Dear Mr. Shepherd:

On behalf of the entire GuLF STUDY team, I want to thank you for your dedication in completing your telephone interview and home visit. We know that it took a considerable amount of your time to do all of this and it is greatly appreciated.

As part of your participation in the GuLF STUDY, you met with Annette Dellahoy on Monday, February 11, 2013, and completed a questionnaire and a number of clinical evaluations. At least one of your clinical results was outside a range that most healthcare providers would consider healthy. The enclosed report summarizes your evaluation results recorded during the visit, and includes the result of your lung function test, which was not provided to you during the visit. We encourage you to follow all the advice in the Report of Findings, if you have not done so already.

If you have any questions about your results or need assistance with a referral for health care, please call the study center toll-free at 1-855-NIH-GULF (1-855-644-4853).

As you know, the GuLF STUDY is a long-term study and we plan to keep in touch with you for at least the next ten years.

- We will send you newsletters each year with the latest updates on the study. Keeping you posted on GuLF STUDY events and findings is important to us.
- Every two years, we will ask you to complete a short telephone interview and answer questions about your health and environment.
- In the years between calls, we will contact you by mail to request updated contact information.

Please keep in touch and visit our website at www.nihgulfstudy.org for news about the GuLF STUDY. If you have any questions, please call the GuLF STUDY toll-free at 1-855-NIH-GULF (1-855-644-4853). Our hours are Monday through Saturday, 8:00 am to 8:00 pm, and Sunday, 11:00 am to 5:00 pm, Central time zone.

Sincerely,

*Dale P. Sandler*

Dale P. Sandler, Ph.D.
GuLF STUDY Principal Investigator
National Institute of Environmental Health Sciences
National Institutes of Health

Doc 47a, V 1.4 (12/15/11)

855-NIH-GULF
(855-644-4853)

P.O. Box 13792
Durham, NC 27709

www.nihgulfstudy.org
Info@nihgulfstudy.org

U.S. Department of Health and Human Services • National Institutes of Health • National Institute of Environmental Health Sciences

 

April 20, 2011

CARL MALCOLM SHEPHERD
511 TRIPLETT STREET
TARPON SPRINGS, FL 34689

RE:   Deficiency Letter on Interim Payment/Final Payment Claim
      **CARL MALCOLM SHEPHERD**
      Claimant ID: 1099690

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 ("Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

This Deficiency Letter ("Letter") is an official notification from the GCCF. The GCCF has reviewed the Interim Payment and/or Full Review Final Payment Claim Form that you submitted and determined that your file is missing information that is necessary to the review of your claim. The GCCF cannot take any further action on your claim until you provide the following:

| | Why We Need the Missing Information | What You Need to Submit |
|---|---|---|
| 1. | We are unable to determine your income after the Spill. | Documents sufficient to determine the total gross amount you earned as wages or salary from all employers from May 1, 2010, until the present, or proof, such as a letter from your employer, that you have earned no income during this time. |

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

### Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
### (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

## CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name SHEPHERD | First Name CARL | Middle Name/Maiden M | Suffix |
|---|---|---|---|

Phone Number 727-942-2076   E-Mail Address

Address 511 Triplett St Tarpon   City / State / Zip FLA - 34689

| INDIVIDUAL CLAIM ☐ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name | Business Name |
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP?   YES ☑   NO ☐ | Claim Filed with GCCF?:   YES ☑   NO ☐ |
|---|---|
| If yes, BP Claim No.: 6866-124-547831 | If yes, Claimant Identification No.: 1099690 |

**Claim Type (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ | Damage or destruction to real or personal property | ☐ | Fear of Future Injury and/or Medical Monitoring |
| ☑ | Earnings/Profit Loss | ☐ | Loss of Subsistence use of Natural Resources |
| ☐ | Personal Injury/Death | ☐ | Removal and/or clean-up costs |
| | | ☐ | Other: |

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:

## Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [x] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

## Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [x] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_Carl. Malcolm Shephard_
Claimant or Attorney Signature

_Carl - M. Shephard_
Print Name

_19. / 4 / 2011_
Date

*The filing of this Direct Filing Short Form shall also serve in li...*





Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Re: Gross Negligence - 1321(b)CWA
U.S.C. 2702(a)

Re. Amendment to Declaration for Claim Number SPC0035866

I Carl M. Shepherd was exposed to chemical spill during the time that I was on VoO
cleaning the ocean of the oil spill which happen in 2010. During that time water from the
hoses sprayed chemical from the spill on my face and skin. I was seen by a visiting nurse
from Gulf study at my house during 2012 and was sent to the hospital for treatment for
the chemical spill.
After the spill clean up I have been in out the hospital in (2013) with headaches I was
diagnosis with Pneumonia due that time because of the chemical from the spill that enter
my system during clean-up.

I was also treat for (Conjunctivitis) eye irritation because of the chemical spill entering
my eye on (03/20/2013) and still having problem with my eyes. I was treated for
Dermatitis (rash) to my right feet and right hand on (03/20/2013)that I contacted from the
chemical spill during the clean-up. I am still have problems with my skin and eyes.

I Carl Shepherd declare the missing information to be completed in the above statements
to be true.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

STATE OF FLORIDA, Pinellas County:

The foregoing instrument was acknowledged before me this _29_ day of _April_ 20_16_,
Who is personally known to me, or who has produced _Florida ID card_ as
identification and who (did/did not) take an oath.

My commission expires      (Seal

_____
Notary Public



JULIANNA H DAY
MY COMMISSION #FF107265
EXPIRES March 27, 2018
(407) 398-0153   FloridaNotaryService.com

SPC0035866

RAI-Response

Carl Shephard
511 Triplett Street
Tarpon Springs,Florida 34689

September 30,2015

Re: Gross Negligence - 1321(b) CWA
U.S.C. 2702(a)

I, Carl Shephard, worked with Captain Bobbie, David Bates was the operator VoO, from October
to December, 2010. We returned to Tarpon Springs, Florida to repair boat. We had to sand
grind and sand  blast the boat to remove all traces of the oil and chemical spill from the boat.
During the cleaning of the boat Captain got sick and I didn't see him for three months.  Captain
had got pneumonia and was very sick.  During this time I had started having bad back pain, I
reported this and a nurse was sent to my home.  I informed her I was in the hospital, and was
told in the hospital the cause of back pain was exposure to chemicals and other substances.
The nurse did a blood test by taking blood samples, and cutting my toe nails for testing.  A letter
was sent back after testing I had a low vaule in lungs.  I was instructed to go to hospital right
way.  I was diagnosised with chemical pneumonia at hospital.  My eyes were also affected by
water splashing during the clean up, now my eyes swell and hurt, I went to hospital and was
found my eyes were infected with chemical substances.  My right foot was infected with Atopic
Dematitis/ Eszema.  I have to continue the use of the medication prescribed for this now.

The Amended Class action complaint asserts claims for negligence, gross negligence and willful
misconduct, and breach of contract under general maritime law.

Since this happened my health has changed greatly, my mental and response is not the same.  I
have so many medical problems now and I need help.  I have been limited in my working, I can't
work at same level as before.

I declare under penalty of perjury that the foregoing is true and correct,

Carl Shephard  _Carl Shephard signature_  9/70/2015

SPC 0035866



**GuLF**STUDY

*A health study for oil spill clean-up workers and volunteers*

October 7, 2011

Oil Spill Clean-up Worker
2605 Meridian Parkway
Durham, NC 27713

Dear Mr. Clean-up Worker:

We are trying to reach you to join the GuLF STUDY, a health study for workers, volunteers and those who trained to help clean up after the Deepwater Horizon disaster.

You are eligible to join the GuLF STUDY because you are on a list of people who helped with the oil spill clean-up, took training, signed up to work, or were sent to the Gulf to help in some way.

*Your story is needed to help answer questions that are important to you and your community.*

You can join the study by answering some questions about what you did during the spill and about your health. You may also be asked to participate in a home visit for a medical exam which involves providing blood, urine and other samples collected by a healthcare professional. You will receive a $50 gift card for completing the home visit.

The telephone survey and the home visit are voluntary. Information you share is confidential and will be kept private. If you complete the telephone survey, you may choose not to do the home visit. It is up to you.

Make the call to join the study today – do it for your health, your community, and your future. If you have any questions or would like to join, call us toll-free at 1-855-NIH-GULF (1-855-644-4853). You can also visit our website at http://www.nihgulfstudy.org.

We look forward to talking with you soon.

Sincerely,

*Dale P. Sandler*

Dale P. Sandler, Ph.D.
GuLF STUDY Principal Investigator
National Institute of Environmental Health Sciences

9999999

Doc 39, V 4.0 (10/07/11)

855-NIH-GULF                     P.O. Box 13792                www.nihgulfstudy.org
(855-644-4853)                   Durham, NC 27709             info@nihgulfstudy.org

U.S. Department of Health and Human Services • National Institutes of Health • National Institute of Environmental Health Sciences



*A health study for oil spill clean-up workers and volunteers*

November 04, 2014

Carl Shepherd
511 Triplett St
Tarpon Springs, FL 34689-3357

Dear Carl Shepherd:

Thank you for participating in our study of current chemical exposures in Gulf Coast residents. This study was conducted because of community concerns about the blood chemical levels of people who live in the Gulf Coast region. On February 11, 2013, a sample of your blood was collected and tested for chemicals related to oil products including benzene, toluene, ethylbenzene and xylenes (sometimes referred to as BTEX). We also measured other volatile organic compounds (VOCs) and metals that people may come into contact with during their everyday lives.

When we collected these samples, we told you that we would mail you the results. As you read these results, it is important to realize several things:

- For most residents of the Gulf Coast region who participated in this study, the levels of BTEX, other VOCs, and metals measured in blood were similar to those measured in the general U.S. population. One exception was styrene, which does not come from oil products but is associated with plastic and other manufacturing. Some Gulf Coast residents had higher levels of styrene than are usually found in the US.

- Even though a chemical may have been detected in your blood, this does not mean that there are harmful health effects.

- BTEX and other VOCs stay in blood for less than one day; therefore, the levels measured in your blood represent only one point in time – the time your blood was drawn for this study, February 11, 2013.

**We would like to hear from you about whether this report gave you useful information so please complete the enclosed evaluation and return it in the postage-paid return envelope provided.** If you have any questions, we would be glad to talk with you to help you understand your results or answer any questions. Please call us toll-free at 1-855-NIH-GULF (1-855-644-4853).

Thank you again for taking part in our study and contributing to science.

Sincerely,

Dale P. Sandler, Ph.D.
GuLF STUDY Principal Investigator

855-NIH-GULF
(855-644-4853)

P.O. Box 13792
Durham, NC 27709

www.gulfstudy.nih.gov
Info@gulfstudy.nih.gov

U.S. Department of Health and Human Services • National Institutes of Health • National Institute of Environmental Health Sciences



**DEEPWATER HORIZON**
MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

Carl M Shepherd
511 Triplett Street
Tarpon Springs, FL  34689

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

06/16/2016

Re:  Notice of Defect: SPC0035866

Dear Carl Shepherd:

The purpose of this Notice of Defect is to inform you that required information or documentation is missing from the Proof of Claim Form and other materials provided to the Claims Administrator in support of your claim for participation in the Periodic Medical Consultation ("PMC") Program.

**You have 120 days to respond to this Notice of Defect.  Any response that is postmarked more than 120 days after the date shown above shall be rejected as untimely and cannot be resubmitted.  Failure to respond may affect your eligibility to participate in the PMC Program.**

Please provide all information and/or documentation described on the following pages as missing from your claim.  If a Defect has been identified in either the Proof of Claim Form or other documentation, those pages containing a Defect are highlighted and attached to this Notice of Defect.  We ask that you please submit corrected versions of only those pages. Please **DO NOT** resubmit other evidence that you have already provided to the Claims Administrator.

You may respond by sending the checklist included with this Notice of Defect and the additional documentation you are providing to the Claims Administrator at the following address:

Deepwater Horizon Medical Benefits Claims Administrator
P.O. Box 53407
New Orleans, LA 70153

We have enclosed a return label for your convenience.

Please maintain for your records a copy of this Notice of Defect and all documents you submit in response. You may submit a response to one or more Defects identified in this Notice of Defect even if you are unable to respond to all of the identified deficiencies.

We have claim service representatives available to assist you in addressing the Defects in your Proof of Claim Form and/or other materials.  You may contact the Claims Administrator at (877) 545-5111 prior to sending any documentation if you have questions on how to cure the Defects identified in this Notice.

Sincerely,



**DEEPWATER HORIZON**
**MEDICAL BENEFITS**
C L A I M S   A D M I N I S T R A T O R

Carl M Shepherd
511 Triplett Street
Tarpon Springs, FL 34689

### MEDICAL BENEFITS CLASS ACTION SETTLEMENT

**Date: 03/09/2016**

**Re: Defects in Declaration for Claim Number SPC0035866**

Dear Carl M Shepherd,

The CLAIMS ADMINISTRATOR has received your PROOF OF CLAIM FORM and your accompanying declaration. The enclosed Specified Physical Conditions Matrix, Exhibit 8 of the Medical Settlement Agreement, and the enclosed Injury (SPC) Declaration FAQs, set forth the requirements for what the declarations must include. The declaration you submitted is missing some of this required information and thus contains a Defect. Therefore, a copy of the declaration you submitted is also enclosed.

BP and Class Counsel have agreed that you may have one additional opportunity to provide the information missing from the declaration you submitted with your Proof of Claim Form. *You must provide this missing information to the Claims Administrator in writing and sign it under penalty of perjury within 60 days of the date of this letter. Any submissions after that deadline will not be considered.*

Your declaration is missing the following information:

| | |
|---|---|
| **1431 - Pneumonia** | Route Omitted |
| **Atopic Dermatitis** | Timeframe Omitted |
| **Eye Irritation** | Timeframe Omitted |

Please refer to the **ENCLOSED FAQ DOCUMENT** before writing your revised declaration. It contains important information on how to respond to this notice. **You should also call the Medical Claims Administrator for assistance prior to submitting a revised declaration.**

U.S. POSTAGE
PAID
TARPON SPRINGS, FL
34689
JUN 28, 16
AMOUNT
**$6.85**
R2304M110827·12

70130

1006

Carl Shepherd
511 Triplett St.
Tarpon Springs, FL 34689

Attn: Clerk of Court

United States District Court

Eastern District of Louisiana

500 Poydras St.

New Orleans, LA 70130



**PRIORITY®
MAIL**

UNITED STATES POSTAL SERVICE

Visit us at usps.com

Label 107FL January 2008



Expected Delivery Day: 06/29/2016

USPS TRACKING NUMBER

9505 5152 2424 6179 0015 03