UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE SHUSHAN |

# ORDER

Before the Court is a motion by David Andrew Christenson, who is pro se, which he styles as a "Motion to Intervene." (Rec. Doc. 20868).[1] According to the motion, Christenson has a claim pending with the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). On June 30, 2016, the Settlement Program sent Christenson a "Post-Reconsideration Incompleteness Notice" ("Notice") explaining that the Settlement Program could not process further Christenson's claim unless he provided certain documents or information identified in the Notice. Christenson contends in his motion that it is impossible for him to provide the requested documents and that the documents he has submitted should be sufficient to process his claim.

Despite being called a "Motion to Intervene," given the substance of the request, the Court will treat it as a motion for discretionary review or, alternatively, as a motion for the Court to review Christenson's claim under its continuing jurisdiction over the Settlement and the Settlement Program. In any respect, this motion is premature. The Notice gives Christenson until August 1, 2016, to submit the requested documents or otherwise respond to the Notice. Thus, Christenson's claim had not yet been denied for incompleteness under the Settlement Program's reconsideration

---

[1] The motion included a request that it be filed under seal, which the Court has granted.

process.[2]  Furthermore, even if Christenson's claim later receives a "Post-Reconsideration Incompleteness *Denial* Notice," he may appeal that decision to the Documentation Reviewer.[3] Thus, Christenson has not yet fully exhausted his rights within the Settlement Program.[4] Accordingly,

IT IS ORDERED that the "Motion to Intervene" (Rec. Doc. 20868) is DENIED AS PREMATURE.

New Orleans, Louisiana, this 7th day of July, 2016.

_____
United States District Judge

Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

---

[2] *See also* Claims Administrator's Approved Procedure 469 dated 3/26/13, Flow Chart (indicating that a Post-Reconsideration Incompleteness Notice will be followed by either a Post-Reconsideration Incompleteness *Denial* Notice, an Eligibility Notice, or a Denial Notice, depending on the claimant's response).

[3] *See id.*; Settlement Agreement § 6.1.1.1, Rec. Doc. 6430.

[4] Even if Christenson fully exhausts his rights within the Settlement Program, there may be a question as to whether the Court has the authority to review a claim that is denied for incompleteness. But, the Court need not address that issue here.