UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**  "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179  SECTION J |
| *Applies to 12-970;*  *Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.,*  And  *Claim ID#242209* | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion for Extension of Time for Discretionary Review (Rec. doc. 18866)]**

The motion of Claimant, Snug Harbor Marina, LLC ("Claimant"), was filed with this Court on June 15, 2016. Claimant was represented by its owner, Michael Greene, before the Court Supervised Settlement Program ("CSSP"), but is represented by counsel in this motion. Claimant's claim was denied based on the fact that no documents submitted by Mr. Greene reflected that the business was "operating" at the time of the spill. Plaintiff appealed and the Appeal Panel affirmed the denial on February 1, 2016. Thus, Claimant's time to seek discretionary review has long since passed.[1]

Claimant contends that it should be granted an extension because: 1) Mr. Greene was representing the Claimant in the CSSP without benefit of counsel; 2) at the time that the deadline

---

[1] The Appeal Panel decision notice affirming the denial of the claim was issued on February 1, 2016. Rule 18 of the Amended Rules Governing Discretionary Court Review of Appeal Determinations ("the Rules") (Rec. doc. 15643), requires that requests for discretionary review be submitted within fourteen (14) days of service of the notice of Appeal Panel decision.

expired Mr. Greene was hospitalized for a serious illness; and 3) Mr. Greene has documents that reflect expenses incurred which could establish that his business was in operation during the applicable time period.

Counsel does not provide any detail regarding Mr. Greene's health condition or the length of his hospitalization and inability to proceed within the claim.  Regardless, however, the request for an extension must be denied.  Rule 28 of the Rules allows court review of the CSSP record.  Any documents not contained in the record will not be considered by the Court on Discretionary Review.  See also, Rule 30 (providing that issues for review by the Court are limited to those issues that were properly raised with the Appeal Panel).  For that reason, Claimant's motion is DENIED.

New Orleans, Louisiana, this __8th__ day of July, 2016.

_____
**CARL J. BARBIER**
**United States District Judge**

Q:\Deep Water Horizon\Appeals Discretionary Court Review - Economic\Snug Harbor claim 242209 mot for ext.docx