## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC.**<br><br>**Versus**<br><br>**BP EXPLORATION & PRODUCTION, INC.**<br>**BP AMERICA PRODUCTION COMPANY**<br>**BP AMERICA, INC.**<br>**BP CORPORATION NORTH AMERICA, INC., and**<br>**BP PRODUCTS NORTH AMERICA, INC.** | CIVIL ACTION NO. 2:12-cv-02665<br><br>SECTION "J"<br>HONORABLE CARL BARBIER<br><br>DIVISION: (1)<br>MAG. SALLY SHUSHAN |

### ORDER

Considering the foregoing Motion for Leave to Amend Complaint by Bayou Caddy Fisheries, Inc. ("BCF"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that BCF's Motion for Leave is **GRANTED** and BCF is permitted to file to the attached Amended Complaint.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
**UNITES STATES DISTRICT JUDGE**

1