# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEARL RIVER FISHERIES OF LOUISIANA, LLC, BAYOU CARLIN FISHERIES, INC. and BAYOU CADDY FISHERIES, INC.**<br><br>Versus<br><br>**BP EXPLORATION & PRODUCTION, INC.**<br>**BP AMERICA PRODUCTION COMPANY**<br>**BP AMERICA, INC.**<br>**BP CORPORATION NORTH AMERICA, INC., and**<br>**BP PRODUCTS NORTH AMERICA, INC.** | **CIVIL ACTION NO. 2:12-cv-02665**<br><br>**SECTION "J"**<br>**HONORABLE CARL BARBIER**<br><br>**DIVISION: (1)**<br>**MAG. SALLY SHUSHAN** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that the attached Motion for Leave to Amend will be submitted to the Honorable Carl Barbier for decision on Wednesday, July 27, 2016 at 9:30 a.m.

New Orleans, Louisiana this _____ day of July, 2016.

        Respectfully submitted,

        *Miles P. Clements /s/*
        Miles P. Clements (La. #4184)
        T. Patrick O'Leary (La. #30655)
        Wade B. Hammett (La. #31186)
        **FRILOT, L.L.C.**
        1100 Poydras Street
        Suite 3700 Energy Centre
        New Orleans, LA 70163-3700
        Telephone: 504-599-8004
        Telefax: 504-599-8104
        mclements@frilot.com
        poleary@frilot.com
        whammett@frilot.com
        **ATTORNEY FOR:**
        **BAYOU CADDY FISHERIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Submission* has been served on Counsel of BP and the Plaintiffs' Steering Committee by electronically uploading the same to Lexis Nexis FileAndServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of July, 2016.

*Miles P. Clements /s/*