UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 * * * * | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-CV-02771<br><br>JUDGE BARBIER |
| * * | SECTION J |
| THIS DOCUMENT RELATES TO: * All Cases in Pleading Bundle Section * III.B(3), Case No. 2010-2771 (In re: * Triton Asset Leasing GmbH, et al.), * Case No. 2011-445 (Rodrigue Business * Associates, LLC v. DRC Emergency * Services, LLC), Case No. 2011-449 * (Matherne Business Associates, LLC v. * DRC Emergency Services, LLC), Case * No. 2011-778 (Pearson, et al. v. DRC * Emergency Services, LLC), Case No. * 2011-1185 (Rogers, et al. v. BP America * Production Company, et al.), Case No. * 2011-1195 (Foussell, et al. v. Lawson * Environmental Service LLC), Case No. * 2011-1295 (Rogers, et al. v. BP America * Production Company, et al.), Case No. * 2011-3179 (Boudreaux v. Craig Creppel, * et al.), Case No. 2012-426 (In the Matter * of Jambon Supplier II, L.L.C., et al.), * Case No. 2012-814 (Duong, et al. v. BP * America Production Company, et al.), * and Case No. 2012-1295 (Frelich, et al. v. * BP America Production Company, et * al.) * * * * * * * * * * * * * * * * * * * * * * * * * | MAGISTRATE JUDGE SHUSHAN<br><br>MAG. DIV. 1 |

<u>*EX PARTE* MOTION TO WITHDRAW COUNSEL</u>

DRC Emergency Services, LLC ("DRC") hereby moves this Court for an order withdrawing Stephen M. Pesce as counsel of record for DRC in the captioned proceedings. Mr.

Pesce is no longer associated with Flanagan Partners LLP. Harold J. Flanagan, Sean P. Brady, and Andy Dupre of Flanagan Partners LLP will remain as counsel for DRC in these actions.

    Respectfully submitted,

/s/     Sean P. Brady
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

Attorneys for DRC Emergency Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *ex parte* motion to withdraw counsel of DRC Emergency Services, LLC has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of July, 2016.

    /s/ Sean P. Brady