UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-CV-02771 |
| | JUDGE BARBIER |
| | SECTION J |
| THIS DOCUMENT RELATES TO: All Cases in Pleading Bundle Section III.B(3), Case No. 2010-2771 (In re: Triton Asset Leasing GmbH, et al.), Case No. 2011-445 (Rodrigue Business Associates, LLC v. DRC Emergency Services, LLC), Case No. 2011-449 (Matherne Business Associates, LLC v. DRC Emergency Services, LLC), Case No. 2011-778 (Pearson, et al. v. DRC Emergency Services, LLC), Case No. 2011-1185 (Rogers, et al. v. BP America Production Company, et al.), Case No. 2011-1195 (Foussell, et al. v. Lawson Environmental Service LLC), Case No. 2011-1295 (Rogers, et al. v. BP America Production Company, et al.), Case No. 2011-3179 (Boudreaux v. Craig Creppel, et al.), Case No. 2012-426 (In the Matter of Jambon Supplier II, L.L.C., et al.), Case No. 2012-814 (Duong, et al. v. BP America Production Company, et al.), and Case No. 2012-1295 (Frelich, et al. v. BP America Production Company, et al.) | MAGISTRATE JUDGE SHUSHAN<br><br>MAG. DIV. 1 |

## O R D E R

Considering the foregoing *Ex Parte* Motion to Withdraw Counsel filed by DRC Emergency Services, LLC;

2

**IT IS ORDERED** that Stephen M. Pesce (Bar # 29380) is hereby withdrawn as counsel of record for DRC Emergency Services, LLC, in the referenced matters.

Thus done and signed at New Orleans, Louisiana, this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**