UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL NO. 2179 |
| | * |
| | * CIVIL ACTION NO. 2:10-CV-02771 |
| | * |
| | * JUDGE BARBIER |
| | * |
| | * SECTION J |
| THIS DOCUMENT RELATES TO: | * |
| All Cases in Pleading Bundle Section III.B(3), Case No. 2011-1084 (Pietrangelo v. BP America Production Company, et al.), Case No. 2011-1159 (Bouisse, et al. v. BP America Production Company, et al.), Case No. 2011-1206 (Anderson v. BP America Production Company, et al.), Case No. 2011-1274 (Lam, et al. v. BP America Production Company, et al.), Case No. 2011-2024 (Bayhi v. Danos and Curole Staffing LLC, et al.), Case No. 2011-2395 (Crawford v. BP America Production Company, et al.), Case No. 2011-2527 (RMC General Contractors, LLC v. BP America Production Company, et al.), Case No. 2011-2530 (Arata, et al. v. BP America Production Company, et al.), Case No. 2012-067 (Degeyter, et al. v. Danos & Curole Staffing, L.L.C., et al.), Case No. 2012-417 (Leboeuf v. BP America Production Company, et al.), Case No. 2012-814 (Duong, et al. v. BP America Production Company, et al.), and Case No. 2012-1295 (Frelich, et al. v. BP America Production Company, et al.) | * MAGISTRATE JUDGE SHUSHAN |
| | * MAG. DIV. 1 |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing *Ex Parte* Motion to Withdraw Counsel filed by Danos and Curole Staffing, LLC;

**IT IS ORDERED** that Stephen M. Pesce (Bar # 29380) is hereby withdrawn as counsel of record for Danos and Curole Staffing, LLC, in the referenced matters.

Thus done and signed at New Orleans, Louisiana, this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**