UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION: J |
| This Document Applies to: | * * | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. vs. BP Exploration & Production Inc., et al.* | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes Hope L. Harper of H.L. Harper & Associates, L.L.C., counsel of record for the defendant, Wardell Parker, who respectfully represents:

1.

That Hope L. Harper of H.L. Harper & Associates, L.L.C., desires to withdraw as counsel of record for defendant, Wardell Parker, and therefore seeks an Order from this Honorable Court allowing the name of H.L. Harper & Associates, L.L.C. to be stricken as counsel of record.

2.

That good cause exists for the withdrawal as counsel of record because the case has been concluded.

3.

That counsel informed defendant of her desire to withdraw as counsel of record by mailing correspondence, with a copy of this *Motion to Withdraw as Counsel of Record* to defendant, Wardell Parker, at his last known contact address of Wardell Parker, 3203 Erickson Avenue, New Orleans, Louisiana 70131, notifying him of the undersigned's intent to withdraw

as counsel of record on his behalf. *(See Letter Addressed to Wardell Parker, attached hereto as Exhibit A.)*

4.

That all future service of process can be made upon him at the above listed address until new counsel is retained.

5.

That defendant's last known contact number is (504) 575-5604.

6.

That there are no pending motions, hearings, or trials in this matter.

7.

Undersigned counsel certifies that she and H.L. Harper & Associates, L.L.C., have complied with Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana.

Respectfully Submitted:

*/s/ Hope L. Harper*
Hope L. Harper, T.A. (LSBA No. 33173)
H.L. Harper & Associates, L.L.C.
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (855) 880-4673
Fax:    (504) 322-3807
Email: hharper@hlharperandassociates.com
*Counsel for Claimant, Wardell Parker*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing has been served this 9th day of July, 2016 by electronic mail, on the following:

Christen Tuttle
Office of Special Master, Louis J. Freeh
935 Gravier Street, Suite 1160
New Orleans, Louisiana 70112
Email: tuttle@freehgroup.com and tuttlec@pepperlaw.com

*/s/ Hope L. Harper*
Hope L. Harper