

# H.L. HARPER & ASSOCIATES, L.L.C.

## ATTORNEYS & COUNSELORS AT LAW

Hope L. Harper, J.D., M.B.A
Vesta T. Armstrong, J.D., M.B.A.

Writer's E-Mail Address:
hharper@hlharperandassociates.com

PLEASE REPLY TO:
**NEW ORLEANS**

March 17, 2016

*Via First Class U.S. Mail and Electronic Mail to wardell.parker@hotmail.com*
*Via Certified Mail/Return Receipt Requested*
*Article Number 7011 1150 0001 5447 2797*
Wardell Parker
3203 Erickson Avenue
New Orleans, Louisiana 70131

RE:   Oil Spill By the Oil Rig "Deepwater Horizon: In the Gulf of Mexico, on April 20, 2010
      No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.
      Eastern District of Louisiana United States District Court MDL No. 2179, Section "J"

Dear Mr. Parker:

On or about September 14, 2015, our office sent you a copy of the *Order and Reasons* for Judgment in the above referenced matter. Our representation has officially concluded in this case. H.L. Harper & Associates, L.L.C. will file the enclosed Motion to Withdraw as Counsel of Record in the near future. Please note there are no pending motions or hearings in your case. In order to commence new proceedings, you will have to file the appropriate pleading with the Court. H.L. Harper & Associates will not file any additional motions or pleadings on your behalf unless a new fee agreement is executed.

A copy of your entire file will be maintained for five (5) years. You may obtain a copy upon request.

Thank you again for allowing H.L. Harper & Associates represent you in this matter. In addition to contract disputes, H.L. Harper & Associates has experience in representing clients in various civil matters such as family law, successions, wills, trusts, and personal injury, including, but not limited to, automobile accidents, 18-wheeler accidents, premises liability, slip and falls, medical malpractice, and wrongful death. If you, your friends and/or family members are in need of legal representation in the future, please do not hesitate to contact us. I wish you well in all of your endeavors.

---

1631 Elysian Fields Avenue | New Orleans, Louisiana 70117 | *Toll Free* (855) 880-4673 | *Facsimile* (504) 322-3807

2018 Atlantic Street | Dallas, Texas 75208 | *Phone* (469) 831-3812 | *Facsimile* (214)

www.hlharperlaw.com

**EXHIBIT A**

With kindest regards, I remain

                                                        Very truly yours,

                                                        Hope L. Harper

HLH/rh
Enclosure