UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>**NORMAN AND DUSTY WALTON; LYNN HARWELL ANDREWS, AS TRUSTEE OF THE BANKRUPTCY COURT ESTATE OF NORMAN AND DUSTY WALTON**<br>Case Number(s):<br>2:13-cv-02212-CJB-SS | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the Plaintiff(s), by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby give notice of the voluntary dismissal with prejudice of all action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

| | |
|---|---|
| **NORMAN AND DUSTY WALTON; LYNN HARWELL ANDREWS, AS TRUSTEE OF THE BANKRUPTCY COURT ESTATE OF NORMAN AND DUSTY WALTON** | **2:13-cv-02212-CJB-SS** |

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 11th day of July, 2016.

/s/ *STEVEN A. MARTINO*_____
Attorney(s) Name: Steven A. Martino (MARTS7433)
        Edward P. Rowan (ROWE3430)
Attorney Address: Taylor Martino, P.C.
        P.O. Box 894 Mobile, AL 36601
ATTORNEY(S) FOR PLAINTIFF(S)