UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| GEORGE'S WATERSPORTS, INC. v. BP Exploration & Production, Inc., et al.; 2:13-cv-02278-CJB-SS | MAGISTRATE JUDGE SUSHAN |

**Short Form Joinder Number(s):**

**2:10-cv-08888 Documents 133970, 101109**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative of certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

    GEORGE'S WATERSPORTS, INC. v. BP Exploration & Production, Inc., et al.; Case No. 2:13-cv-02278-CJB-SS

Short Form Joinder number(s) and identifying information:

    2:10-cv-08888 Documents 133970, 101109

                                              Respectfully submitted this 11th day of July, 2016.

                                                /s/  Steven L. Nicholas
                                              STEVEN L. NICHOLAS
                                              Cunningham Bounds, LLC
                                              Post Office Box 66705
                                              Mobile, Alabama  36660
                                                251-471-6191
                                                251-479-1031 (fax)
                                              sln@cunninghambounds.com

                                                Attorney for Plaintiff