

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG  MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010  SECTION J

THIS DOCUMENT RELATES TO:
ALL CASES IN PLEADING BUNDLE "B1"  JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

Ref: 10-8888 # 79167

RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE
WITH PTO 60

COMES NOW, JACQUELINE CARR, plaintiff pro se, and responds to

ORDER TO SHOW CAUSE, RE: COMPLIANCE WITH PTO 60, TO WIT:

I.

On April 20, 2011, your pro se plaintiff, Jacqueline Carr, filed a

Direct FILING SHORT FORM, [Exhibit 1] in this Honorable Court, with an

attached Motion and Order for Permission to File in this multi-district

litigation, as your petitioner has been sanctioned/ barred from filing any

documents/lawsuits in this Honorable Court without permission of this District

Court, under penalty of contempt; fines; and possible incarceration, concurred

by the United States Fifth Circuit Court of Appeals.

Page 1

To date, this Honorable Court has not entered an Order GRANTING PERMISSION to file documents; pleadings in <u>In Re: Oil Spill by "DEEPWATER HORIZON", MDL NO. 2179.</u>

II.

Your petitioner is entitled to both access to courts and substantive relief, as a wetlands owner, from Oil Spill by "Deepwater Horizon," as the subject Wetlands have only recently been certified as "Zone A," after nearly six years, [Exhibit 2].

III.

Your petitioner, Jacqueline Carr, received by United States First Class Mail the Order to Show Cause Re: Compliance with PTO 60, and desires to respond appropriately; however, petitioner is reluctant to do so, without permission of this Honorable Court.

Wherefore, Jacqueline Carr petitions this Honorable Court, the Honorable Carl J. Barbier, to enter an Order Granting Permission to Proceed in this lawsuit and to file documents and pleadings as allowed by Access to Courts, for damages resulting from the Oil Spill, April 20, 2010, to respond to ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60

Respectfully submitted,

*JACQUELINE CARR, PRO SE*
535 CROSS GATES BOULEVARD
SLIDELL, LOUISIANA 70461
(985)710-0522

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was filed and delivered to this Honorable Court, this 28th day of June 2016, by hand.

JACQUELINE CARR

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| CARR | JACQUELINE | NO MIDDLE NAME | MS |

| Phone Number | E-Mail Address |
|---|---|
| (225)588-1450 | honeyislandjc@yahoo.com |

| Address | City / State / Zip |
|---|---|
| 535 CROSS GATES BLVD. | SLIDELL, LA 70461 |

| INDIVIDUAL CLAIM | ✓ | BUSINESS CLAIM | ☐ |

| Employer Name | Business Name |
|---|---|
| SELF-EMPLOYED | |

| Job Title / Description | Type of Business |
|---|---|
| REAL ESTATE/WATER | |

| Address | Address |
|---|---|
| 535 CROSS GATES BLVD. | |

| City / State / Zip | City / State / Zip |
|---|---|
| SLIDELL, LA 70461 | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 0391 | |

| Attorney Name | Firm Name |
|---|---|
| N/A | |

| Address | City / State / Zip |
| Phone Number | E-Mail Address |

| Claim filed with BP? | YES ☐ | NO ☑ | Claim Filed with GCCF?: | YES ☐ | NO ☐ |
| If yes, BP Claim No.: | | | If yes, Claimant Identification No.: | | |

**Claim Type (Please check all that apply):**

| ☑ Damage or destruction to real or personal property | ☐ Fear of Future Injury and/or Medical Monitoring |
| ☑ Earnings/Profit Loss | ☑ Loss of Subsistence use of Natural Resources |
| ☐ Personal Injury/Death | ☐ Removal and/or clean-up costs |
| | ☐ Other: _____ |

---

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Property damage and loss of subsistence use of natural resources to Louisiana wetlands, Lake Pontchartrain and Pearl River Basins, located in the vicinity of North Shore Beach Subdivision/Carr Drive, St. Tammany Parish, Louisiana and White Kitchen Wetlands, White Kitchen, LA, West Pearl River, St. Tammany Parish, Louisiana. Economic and physical injury to real property and natural resources due to release of oil contaminants in the environment occasioned by Deepwater Horizon Oil Spill, April 20, 2010.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [x] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [x] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [x] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

JACQUELINE CARR
Print Name

April 20, 2011
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*