UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY "DEEPWATER HORIZON" CIVIL ACTION: MDL 2179
SECTION "J"

ORDER

Considering the foregoing Motion for Permission to File Direct Filing (three page) Short Form, (Rec. Doc. 982) IN RE: OIL SPILL by "DEEP WATER HORIZON", filed by Jacqueline Carr, in proper person, claimant, in Civil Action: MDL 2179, April 20, 2011, and the controlling law,

IT IS ORDERED that permission to file Direct Short Form (three pages) (Rec. Doc. 982) in Civil Action MDL 2179 by Jacqueline Carr, claimant, in proper person, IN RE: OIL SPILL BY "DEEP WATER HORIZON", hereto attached, April 20, 2011, is hereby

_____.

Thus done and ordered this _____ day of April 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE