UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 10-8888, Rec. Doc. 79167* | * * | MAG. JUDGE SHUSHAN |

## ORDER

By prior orders of this Court and the Fifth Circuit Court of Appeals, Jacqueline Carr ("Carr") is barred from making any filings in this Court without first receiving permission from the presiding judge.[1] In April 2011, Carr filed a short form joinder in this Multidistrict Litigation. (No. 10-8888, Rec. Doc. 79167). Attached to that document was a request for permission to file the short form joinder. The Court has not previously acted on this request. The Court hereby retroactively GRANTS Carr permission to file the short form joinder.

Pretrial Order No. 60 ("PTO 60") required plaintiffs in the "B1" bundle who previously only filed a short form joinder (as opposed to an individual lawsuit) to file an individual lawsuit and a "Sworn Statement" by May 2, 2016. (Rec. Doc. 16050).[2] Carr's short form joinder asserts a B1 claim; however, she filed neither a Sworn Statement nor an individual lawsuit as instructed by PTO 60. The Court subsequently issued an order requiring those plaintiffs who did not comply with PTO 60 to show cause by June 28, 2016, why their claims should not be dismissed. ("Show Cause Order," Rec. Doc. 18724). On June 28, the Court received from Carr a document entitled "Response to Order to Show Cause Re: Compliance with PTO 60." (Rec. Doc. 20971). That

---

[1] *Carr v. Capital One, N.A.,* No. 10-1717, (E.D. La. Dec. 23, 2010); *Carr v. Capital One, N.A.*, No. 10-31086 (5th Cir. Feb. 16, 2012).
[2] Many plaintiffs sought and received a two-week extension to comply with PTO 60.

document merely requests permission to respond to the Show Cause Order; it does not, however, provide a substantive response to the Show Cause Order.[3]  Because Carr submitted nothing in response to PTO 60,

IT IS ORDERED that her request to file a response to the Show Cause Order (Rec. Doc. 20971) is DENIED.

New Orleans, Louisiana, this 12th day of July, 2016.

_____
United States District Judge

**Clerk to mail Notice to:**

Jacqueline Carr
535 Cross Gates Boulevard
Slidell, Louisiana 70461

---

[3]  For example, Carr's "response" does not explain why Carr failed to submit any of the documents required by PTO 60.