UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **MARSH LAND PROPERTY OWNERS (MULTIPLE)** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| **2:10-cv-03253-CJB-SS**<br>**2:13-cv-2282-CJB-SS** | |
| Short Form Joinder Number(s) | |
| **2:10-cv-8888** | |

### REVISED NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

| | |
|---|---|
| **MARSH LAND PROPERTY OWNERS (MULTIPLE)** <br> Bruce Henderson; Helen Dexter McDavid; Jessica Leigh Dexter; Kathryn Dexter Fillippeli; Laura Woddail; Lorraine Lee; Marilyn Roberts (Lynn); Mary Ellen Dumas; Mary H. Waite; Mobile Management LLC; Robert S. Waite III (Bobby); Roderick B. Dexter; S.J. Henderson; Sarah H. Moore; Tim Henderson; Tommy Henderson; Newell Robinson; Kathryn Steinemann; William Berry Dumas; William H. Dexter; William Henderson; and Hettie Harrington. | **2:10-cv-03253-CJB-SS** |
| Harrington Mobile Properties, LLC; Robert Harrington; Susan H. Hudson; Brian Harrington, Virginia Henderson Robinson, LLC; Melanie Henderson; Bob Henderson; John Henderson; Richard Henderson. | **2:10-cv-2282-CJB-SS** |

Short Form Joinder number(s) and identifying information:

| Name | Short Form Case No. | Original Short Form Joinder Document No. | Amended Short Form Joinder Document No. |
|---|---|---|---|
| Mary H. Waite | 2:10-cv-08888 | 79265 | 134196 |
| Robert S. Waite III (Bobby) | 2:10-cv-08888 | 79270 | 134194 |
| Mary Ellen Dumas | 2:10-cv-08888 | 79638 | 134152 |
| William Berry Dumas | 2:10-cv-08888 | 79698 | 134156 |
| Jessica Leigh Dexter | 2:10-cv-08888 | 79294 | 134192 |
| Kathryn Dexter Fillippeli | 2:10-cv-08888 | 79288 | 134157 |
| Roderick B. Dexter | 2:10-cv-08888 | 79693 | 134146 |
| Helen Dexter McDavid | 2:10-cv-08888 | 79273 | 134186 |
| William H. Dexter | 2:10-cv-08888 | 79699 | 134148 |
| William Henderson | 2:10-cv-08888 | 79700 | 134173 |
| Bruce Henderson | 2:10-cv-08888 | 79281 | 134161 |
| Laura Woddail | 2:10-cv-08888 | 79635 | 134199 |
| Lorraine Lee | 2:10-cv-08888 | 79636 | 134181 |

| | | | |
|---|---|---|---|
| Marilyn Roberts (Lynn) | 2:10-cv-08888 | 79637 | 134190 |
| Virginia Henderson Robinson, LLC<br><br>→Dr. Newell Robinson<br>→Kathryn Holland | <br><br><br>2:10-cv-08888<br>2:10-cv-08888 | <br><br><br>79641<br>79634 | <br><br><br>134433<br>134426 |
| Harrington Mobile Properties, LLC<br>→Hettie Harrington<br>→Robert M. Harrington<br>→Susan H. Hudson<br>→Brian Harrington | 2:10-cv-08888 | 73277 | 134158 |
| Tommy Henderson | 2:10-cv-08888 | 79697 | 134171 |
| Samuel J. Henderson | 2:10-cv-08888 | 79694 | 134165 |
| Tim Henderson | 2:10-cv-08888 | 79696 | 134168 |
| Sarah H. Moore | 2:10-cv-08888 | 79695 | 134188 |
| Mobile Management LLC<br>→Mike Henderson (deceased)-<br> wife Melanie controls ¼ interest<br>→Bob Henderson- ¼<br>→John Henderson- ¼<br>→Richard Henderson- ¼ interest | 2:10-cv-08888 | 79640 | 134419 |

Respectfully submitted this 12th day of July, 2016.

　　　　　　　　　　　/s/ *Matthew W. McDade*
　　　　　　　　　　Matthew W. McDade
　　　　　　　　　　Balch & Bingham LLP
　　　　　　　　　　1310 25th Avenue
　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　(228) 214-0414

　　　　　　　　　　ATTORNEY FOR PLAINTIFF(S)

169040.3