UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Filing Applies to: 12-2665 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Motion of Bayou Caddy Fisheries for leave to amend complaint (Rec. doc. 20938)]**

On July 8, 2016, Bayou Caddy Fisheries, Inc. ("BCF"), filed a motion for leave to amend complaint to: (1) remove Bayou Carlin Fisheries, Inc. and Pearl River Fisheries of Louisiana as plaintiffs in order to demonstrate compliance with "Order to Show Cause Re: Compliance with PTO 60" (Rec. doc. 18724), and (2) add individual claims against Halliburton Energy Service, Inc. ("HESI").[1]

IT IS ORDERED that: (1) BCF's motion for leave to amend (Rec. doc. 20938) shall be deemed as a motion to dismiss Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc. as plaintiffs in 2:12-cv-02665 and it is GRANTED; and (2) its motion for leave to amend (Rec. doc. 20938) is DENIED in all other respects including its request to add Halliburton Energy Services, Inc. as a defendant.

New Orleans, Louisiana, this 12th day of July, 2016.

**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] The caption on BCF's motion did not comply with the requirements of Pretrial Order No. 1 regarding filings in the master docket.  Rec. doc. 2 at 7.