UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**HORNBECK OFFSHORE SERVICES INC.**<br><br>Docket Number(s)<br><br>**2:16-cv-05095-CJB-SS; 2:16-cv-05101-CJB-SS; 2:16-cv-05108-CJB-SS; 2:16-cv-05109-CJB-SS; 2:16-cv-05114-CJB-SS; 2:16-cv-05118-CJB-SS; 2:16-cv-05124-CJB-SS; 2:16-cv-05128-CJB-SS; 2:16-cv-05130-CJB-SS**<br><br>Short Form Joinder Number(s) | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Case name(s) and docket numbers(s):

| | |
|---|---|
| Hornbeck Offshore Operators, LLC: | 2:16-cv-5095-CJB-SS |
| Hornbeck Offshore Rigging Services and Equipment, LLC: | 2:16-cv-5101-CJB-SS |
| Hornbeck Offshore Services, Inc.: | 2:16-cv-5108-CJB-SS |
| Hornbeck Offshore Services, LLC: | 2:16-cv-5109-CJB-SS |
| Hornbeck Offshore Speciality Services, LLC: | 2:16-cv-5114-CJB-SS |
| Hornbeck Offshore Transportation, LLC: | 2:16-cv-5118-CJB-SS |
| HOS-IV, LLC: | 2:16-cv-5124-CJB-SS |
| HOS Port, LLC: | 2:16-cv-5128-CJB-SS |
| HOS Port, II, LLC: | 2:16-cv-5130-CJB-SS |

Short Form Joinder numbers(s) and identifying information:

| | |
|---|---|
| HOS Port, LLC: | 63992 |
| Hornbeck Offshore Transportation, LLC: | 63970 |
| Hornbeck Offshore Services, LLC: | 63958 |
| HOS-IV, LLC: | 64087 |
| Hornbeck Offshore Operators, LLC: | 64007 |

Respectfully submitted this 12th day of July, 2016.

__/s/ Wanda J. Edwards__
Attorney: Wanda J. Edwards (27448)
Firm: Fayard & Honeycutt, APC
Attorney Address: 519 Florida Avenue, SW
Denham Springs, LA 70726

ATTORNEYS FOR PLAINTIFFS