**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | **MDL NO. 2179** |
| | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| This Document relates to: | * | **MAGISTRATE JUDGE SHUSHAN** |
| *All Cases in Pleading Bundle "B1"* | * | |
| | * | |

**NOTICE OF FILING OF BP'S UPDATED PTO 60 COMPLIANCE LIST
AND REMAINING NONCOMPLIANCE LIST**

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc. and BP America Production Company (collectively "BP") hereby file into the record the following updated lists regarding the compliance of B1 Bundle Plaintiffs with Pretrial Order 60 ("PTO 60").

Filed herewith is an updated list of Plaintiffs that BP, based on its review, in good faith believes made PTO 60 submissions that materially complied with the requirements of PTO 60. This updated compliance list includes the original list of compliant Plaintiffs provided by BP and attached to the Court's June 7, 2016 Order to Show Cause Regarding Compliance with PTO 60 (Rec. Doc. 18724) (the "Show Cause Order"), with (a) the addition of those Plaintiffs who filed a timely response to the Show Cause Order and whose compliance with PTO 60 BP no longer contests, and (b) the elimination of those Plaintiffs who complied with PTO 60 but have since dismissed their claims against BP and/or have since executed releases of their claims and are in the process of dismissing their claims against BP.  **EXHIBIT 1A** contains this list sorted alphabetically.  **EXHIBIT 1B** contains the exact same list sorted by case number.

Attached hereto as **EXHIBIT 2** is a list of Plaintiffs who filed a timely response to the Show Cause Order but whose compliance with PTO 60 BP seeks leave to contest.  BP requests an opportunity to respond in writing to the show cause submissions on **EXHIBIT 2** in accordance with a schedule to be set by the Court.

July 13, 2016                                         Respectfully submitted,

*/s/ Don Haycraft*

Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Rick C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Filing of BP's Updated PTO 60 Compliance List and Remaining Noncompliance List** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of July, 2016.

*/s/ Don Haycraft*
Don Haycraft