IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on  APRIL 20, 2010  This document relates to:  2:13cv529; 2:13cv976; 2:13cv1082;  2:13cv1057; 2:12cv349; 2:13cv982;  2:13cv1057; 2:13cv1082; 2:13cv2791 | § § § § § § § § § § | MDL NO. 2179  SECTION J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any).  Costs taxed as paid.

| Plaintiff | Case Nos. |
|---|---|
| A. EBANKS ENTERPRIZE CLEANING SERVICEEBANKS, ANDRIA | 2:12-cv-00529-CJB-SS |
| ALEX ENTERPRISES HEBERT, GARRETT | 2:12-cv-00529-CJB-SS |
| C.A.'S HOUSE BED & BREAKFASTROBINSON, TANIS | 2:12-cv-00529-CJB-SS |
| H.T. INVESTMENTS DBA KELLY'S REAL ESTATE - NGUYEN, TAI V. | 2:12-cv-00529-CJB-SS<br>2:13-cv-00976-CJB-SS |
| Harvest Rice Church | 2:12-cv-00529-CJB-SS<br>2:13-cv-00976-CJB-SS |
| HINTON, KEMEISHA | 2:13-cv-01057-CJB-SS |
| JAMES R. WILLIAMS APPRAISALSWILLIAMS, JAMES | 2:12-cv-00529-CJB-SS<br>2:13-cv-00976-CJB-SS |
| JONES BUILDERS, INCJONES, JOHN | 2:12-cv-00529-CJB-SS<br>2:13-cv-00976-CJB-SS |
| JONES HOMES LLCJONES, JOHN | 2:13-cv-00976-CJB-SS;<br>2:12-cv-00529-CJB-SS |
| Joseph, Renard | 2:13-cv-01057-CJB-SS |
| KIM, MARY | 2:12-cv-00529-CJB-SS<br>2:13-cv-00976-CJB-SS |
| NORTON, TRACEY | 2:12-cv-00529-CJB-SS<br>2:13-cv-00976-CJB-SS |
| PATE, SR., JESSE | 2:13-cv-00976-CJB-SS;<br>2:12-cv-00529-CJB-SS |
| SEAMAND & ASSOCIATESSEAMAN, KIM | 2:13-cv-00976-CJB-SS;<br>2:12-cv-00529-CJB-SS |
| TAYLOR, CHARLES | 2:13-cv-00976-CJB-SS;<br>2:12-cv-00529-CJB-SS |
| PATE, SR., JESSE | 2:13-cv-00976-CJB-SS;<br>2:12-cv-00529-CJB-SS |
| TRUSSELL, CARL | 2:12-cv-00349-CJB-SS |
| WHITAKER, FREDERICK | 2:12-cv-00349-CJB-SS |
| WHITE APPLE FARMS | 2:13-cv-00976-CJB-SS;<br>2:12-cv-00529-CJB-SS |
| WHITTINGTON, ROBERT | 2:12-cv-00349-CJB-SS |
| WILLIAM K LANDRY | 2:13-cv-01057-CJB-SS |
| WESTBROOK, RANDY | 2:12CV349-CJB-SS<br>2:13-CV-976-CJB-SS |
| MORGAN, BROOK | 2:13-cv-00976-CJB-SS;<br>2:12-cv-00529-CJB-SS |
| ARMSTRONG, ALICE | 2:12-cv-00349-CJB-SS |

| | |
|---|---|
| NORTON, III, LAURENCE | 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS |
| ROY L. SMITH, DDSSMITH, ROY | 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS |
| TRIBBLE, RICKY | 2:12-cv-00349-CJB-SS |
| IDEA AMERICA-LUSCIOUS LURESCUNDALL, J | 2:13-cv-00976-CJB-SS; 2:12-cv-00529-CJB-SS |
| CERTIFIED APPRAISALS, INC. | 2:13-cv-00976-CJB-SS |
| EASTER, MONTREALL | 2:12-cv-00349-CJB-SS |
| G & C HALL, LLC | 2:13-cv-00976-CJB-SS |
| HALL, JAMES JR. | 2:13-cv-00976-CJB-SS |
| HERRING, DEBBIE | 2:13-cv-00976-CJB-SS |
| HOLLAND, JESSE | 2:13-cv-00976-CJB-SS |
| JACKSON, SHERMAN | 2:13-cv-00976-CJB-SS |
| JACKSON, WALTER | 2:13-cv-00976-CJB-SS |
| KINCEL, ALICE | 2:13-cv-00976-CJB-SS |
| MARTIN, GORDON | 2:13-cv-00976-CJB-SS |
| MCBRIDE, JAMES | 2:13-cv-00976-CJB-SS |
| MCLEMORE, JOHN | 2:13-cv-00976-CJB-SS |
| MONCEAUX, CHARLON | 2:13-cv-00976-CJB-SS |
| MONTELARO, CINDY | 2:13-cv-00976-CJB-SS |
| PRIDE, DENNIS | 2:13-cv-00976-CJB-SS |
| PRIEST, KEITH | 2:13-cv-00976-CJB-SS |
| REED, PATRICK | 2:13-cv-00976-CJB-SS |
| ROBINSON, PATRICK | 2:13-cv-00976-CJB-SS |
| ROYAL BLISS LINENS | 2:12-cv-00529-CJB-SS |
| SCHEXNIDER, ERNEST | 2:13-cv-00976-CJB-SS |
| SPEARMAN, MICHAEL | 2:13-cv-00976-CJB-SS |
| STEVERSON, WILLIST | 2:13-cv-00976-CJB-SS |
| T & L FARMS | 2:13-cv-00976-CJB-SS |
| TATE, LULA | 2:13-cv-00976-CJB-SS |
| THOMPSON, PHILLIP | 2:13-cv-00976-CJB-SS |
| VEILLON, KYLE | 2:13-cv-00976-CJB-SS |
| WEATHERSPOON, GEORGIA | 2:13-cv-00976-CJB-SS |
| MCMANUS, ROYCE | 2:13-cv-00976-CJB-SS |
| PARKER, JR., CARL | 2:12-cv-00349-CJB-SS |
| JONES, WILLIST | 2:13-cv-00976-CJB-SS |
| ARGO, JOSEPH | 2:12-cv-00529-CJB-SS |

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

By:     /s/ Mitchell A. Toups
       Mitchell A. Toups
       Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the File and Serve e-file system, e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on July 14, 2016.

/s/ Mitchell A. Toups
Mitchell A. Toups