# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf of<br>Mexico, on April 20, 2010<br><br>This Document Relates to: <br><br>**Alabama State et al**<br><br>Docket Number(s)<br><br>**2:11-cv-01597-CJB-SS**<br><br>Short Form Joinder Number(s) | MDL No. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short form joinders against all Defendants, including but not limited to the action(s) and short form joinders filed below, and with draw from any class(es) whether previously or certified, except that which is dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc, Transocean Holdings LLC, Transocean Ltd, Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling Inc, Triton Asset Leasing GmbH, and Halliburton Energy Services Inc (if any), Costs taxed as paid.

/s/

Case name (s) and docket number (s):

**Alabama State et al v. BP, PLC et al**     2:11-cv-01597-CJB-SS

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 14 day of July, 2016.

| /s/ | M. Shane Lucado |
|---|---|
| Attorney Name: | M. Shane Lucado |
| Attorney Address: | Shelby Roden, LLC |
| | 2956 Rhodes Circle |
| | Birmingham, AL 35205 |

ATTORNEY FOR PLAINTIFF(S)

- 2 -