**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION:  J** |
| | * | |
| | * | |
| This Documents Relates to: | * | **JUDGE BARBIER** |
| Case No. 2:13-cv-00331 | * | |
| | | |
| | | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |
| | * | |

## EX PARTE MOTION TO CORRECT MISNOMER RE: COMPLIANCE WITH PTO 60

NOW INTO COURT, through the undersigned counsel, comes Plaintiff SPECTRUM ORGANIZATION, INC. DBA THE VICTORIAN RENTAL POOL ("The Victorian Rental Pool"), who respectfully files this *Ex Parte* Motion to correct a misnomer regarding Plaintiff's identified compliance with PTO 60and would show the Court as follows:

1.      On March 29, 2016, while all pending litigation in MDL 2179 (other than test cases) was currently stayed, the Court issued Pretrial Order No. 60 ("PTO 60"), which required individual plaintiffs to file sworn written statements along with various supporting documentation by May 2, 2016.[1]  [Rec. Doc. 16050]

2.      On April 27, 2016, Plaintiff Spectrum Organization dba The Victorian Rental Pool complied with PTO 60 and filed its sworn written statement along with the requisite supporting documentation in Civil Case No. 2:13-cv-00331. [Rec. Doc. 3]

---

[1] The Court extended the deadline to comply with PTO 60 to May 16, 2016.

3.      On June 3, 2016, the Court ordered BP to submit in camera to the Court and to the PSC: (a) a list of plaintiffs BP believes in good faith made submissions to PTO 60 that complied with the requirements of PTO 60; and (b) a list of plaintiffs whose submission BP in good faith believes are materially deficient for one or more identified reasons.  [Rec. Doc. 18659]

4.      On June 7, 2016, the Court entered an Order to Show Cause Re:  Compliance with PTO 60, which identified any plaintiff or cause number listed in Exhibit 1A (sorted alphabetically) or 1B (sorted numerically by case) as having a sufficient PTO 60 submission and having complied with PTO 60.   [Rec. Doc. 18724]

5.      The Cause Number for Plaintiff Spectrum Organization, Inc. dba The Victorian Rental Pool, 14-00331, was identified on Exhibit 1A and 1B as having complied with PTO 60.  It was listed, however, under the wrong name – it was listed under the name of "Galveston Seawall Motel, Ltd".   [Rec. Doc. 18724-1 at p. 26 and 18724-2 at p. 53] (*See* Exhibits A and B attached hereto.)

| Galveston Seawall Motel, Ltd. | 13-02965 |
|---|---|
| | 14-00331 |

6.      Cases that are identified as having complied with PTO 60 are subject to further proceedings in this Court.  (*See* PTO 60, at ¶8.)

7.      Plaintiff's case was identified as having complied with PTO 60 and is therefore subject to further proceedings in this Court. [Rec. Doc. 18724, 18721-1 at p. 26 and 18724-2 at p. 53]

8.      Plaintiff Spectrum Organization dba The Victorian Rental Pool submits that it is in compliance with PTO 60 and has always been in compliance with PTO 60.  Plaintiff, however, brings this issue of misnomer to this Honorable Court's attention so there is no confusion at any later point in proceedings in this Court.

9.      Accordingly, the undersigned Counsel respectfully requests correction of the misnomer identified herein so Case Number 14-00331 for Plaintiff Spectrum Organization, Inc. dba The Victorian Rental Pool be identified by both name and case number as having complied with PTO 60 and therefore subject to further proceedings in this Court.

WHEREFORE, Plaintiff respectfully requests correction of the misnomer identified herein with Case Number 14-00331 for Plaintiff Spectrum Organization, Inc. dba The Victorian Rental Pool to be identified by both name and case number as having complied with PTO 60 and therefore subject to further proceedings in this Court.

Respectfully submitted on this 14th day of July, 2016.

WILLIAMSON & RUSNAK
*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing *Ex Parte* Motion to Correct Misnomer Re:   Compliance with PTO 60 has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of July, 2016.


DATE: <u>July 14, 2016</u>                          */s/ Jimmy Williamson*
                                                 JIMMY WILLIAMSON