UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Documents Relates to:<br>Case No. 2:14-cv-00331 | * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**ORDER GRANTING *EX PARTE* MOTION TO CORRECT MISNOMER
RE: COMPLIANCE WITH PTO 60**

THIS CAUSE came before the court upon Plaintiff's *Ex Parte* Motion to Correct Misnomer Re:  Compliance with PTO 60.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That Plaintiff's *Ex Parte* Motion to Correct Misnomer Re:  Compliance with PTO 60 is hereby GRANTED.

2. It is further ORDERED that Plaintiff SPECTRUM ORGANIZATION DBA THE VICTORIAN RENTAL POOL, Case No. 2:14-cv-00331, which was identified by case number on Exhibits 1A and 1B to this Court's Order to Show Cause [Rec. Doc. 18724] has complied with PTO 60, is not subject to dismissal under PTO 60, and is subject to further proceedings before this Court.

ORDERED in Chambers, at New Orleans, Louisiana on this ____ day of _____, 2016.

_____
Honorable Carl J. Barbier,
United States District Judge