# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE SHUSHAN |

## THIRD MOTION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION OF JARROD BURRLE

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby move for the Court to vacate the judgment debtor exam of Jarrod Burrle currently scheduled for July 14, 2016 at 10:00 a.m. and continue to a date available as set by the Court based on the following:

1.      The lead attorney of DHECC, Vernon A. Nelson, Jr., has left Wilson Elser Moskowitz Edelman & Dicker, LLP and started his own practice.

2.      Counsel for DHECC contacted Ron Austin, counsel for Jarrod Burrle on July 13, 2016 to request a continuance of the judgment debtor examination of Mr. Burrle to allow time for Wilson Elser to transfer files to Mr. Nelson and to file a Substitution of Attorney.  Mr. Austin has no opposition to the continuance.

///

///

///

///

///

///

3.     The parties have agreed to continue the judgment debtor examination of Jarrod Burrle to a date available to the Court and all counsel for which counsel will contact the court to make arrangements given the retirement of the currently assigned Honorable Magistrate Judge Shushan.

DATED this 14th day of July, 2016.          WILSON ELSER MOSKOWITZ EDELMAN
                                                           & DICKER LLP

                                                           ____/s/ Jill S. Willhoft_____
                                                           Laura S. Rahman
                                                           Louisiana Bar No. 24219
                                                           909 Fannin Street, Suite 3300
                                                           Houston, TX 77010
                                                           Telephone: (713) 353-2000
                                                           Facsimile: (713) 785-7780
                                                           laura.rahman@wilsonelser.com

                                                           Lisa M. Africk
                                                           Louisiana Bar No. 26724
                                                           Jill S. Willhoft
                                                           Louisiana Bar No. 28990
                                                           Poydras Center – Suite 2005
                                                           650 Poydras Street
                                                           New Orleans, Louisiana 70130
                                                           Telephone: (504) 702-1710
                                                           Facsimile: (504) 702-1715
                                                           lisa.africk@wilsonelser.com
                                                           jill.willhoft@wilsonelser.com

                                                           *Attorneys for Deepwater Horizon Economic Claims Center*

982700v.2

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 14th day of July, 2016, a copy of the foregoing **THIRD MOTION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION OF JARROD BURRLE** was filed with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system as well as via first class mail and electronic mail to the following:

Ron Austin, Esq.
Ron Austin and Associates, L.L.C.
400 Manhattan Blvd.
Harvey, LA 70058
Email: raustin@austin-associates.net
*Attorney for Jarrod Burrle*


_____/s/ Jill S. Willhoft_____
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

982700v.2