UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| **MANAGEMENT RECRUITERS OF NEW ORLEANS, INC.** | * * * | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | * * | |
| **2:13-cv-01366-CJB-SS** | * * | |
| Short Form Joinder Number(s) | * | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

| | |
|---|---|
| **MANAGEMENT RECRUITERS OF NEW ORLEANS, INC.** | **2:13-cv-01366-CJB-SS** |

Short Form Joinder number(s) and identifying information:  Document # 63358

    Respectfully submitted this 14th day of July, 2016.

                                    /s/ Kevin O'Bryon
                                    KEVIN O'BRYON, LSBA 10151
                                    O'Bryon & Schnabel, PLC
                                    1010 Common Street, Suite 1950
                                    New Orleans, LA  70112
                                    Telephone:  (504) 799-4200
                                    Facsimile:  (504) 799-4211
                                    Attorney for Plaintiff,
                                    Management Recruiters of New Orleans, Inc.