# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL 2179 <br><br> Section J |
| This Document Relates To: *Pleading Bundle B1* ) ) ) | Judge Barbier <br><br> Mag. Judge Shushan |

_____

| | |
|---|---|
| **NHUT VAN LE,** ) ) | |
| Plaintiff, ) ) ) | Civil No. 2016-cv-07414 |
| VERSUS ) ) | Section J |
| BP EXPLORATION & PRODUCTION, INC. ) ) | Judge Barbier |
| Defendant. ) ) | Mag. Judge Shushan |

_____

## SUPPLEMENT TO RESPONSE TO SHOW CAUSE ORDER

NOW INTO COURT, through undersigned counsel, comes plaintiff Nhut Van Le ("Plaintiff"), who files this supplement to his response to the Court's order of June 7, 2016 requiring that Plaintiff show cause why his complaint should not be dismissed.

Plaintiff has just returned from months of fishing and therefore was completely out of contact with counsel during the entire PTO 60 process and did not receive any notice of PTO 60 or its requirements until July 12, 2016. Accordingly, Plaintiff submits the attached personally

signed Exhibit A at the earliest possible time.

        Respectfully submitted,

        /s/ *Clay Garside*
        Joel R. Waltzer, La. Bar No. 19268, Trial Attorney
        Michael L. Brown, La. Bar No. 35444
        Waltzer Wiygul & Garside LLC
        1000 Behrman Highway
        Gretna, Louisiana 70056
        Telephone: (504) 340-6300
        Fax: (504) 340-6330
        joel@wwglaw.com

        Robert B. Wiygul, La. Bar No. 17411
        Waltzer Wiygul & Garside LLC
        1011 Iberville Dr.
        Ocean Springs, Mississippi 39564
        Telephone: (228) 872-1125
        Fax: (228) 872-1128
        robert@wwglaw.com

        Clay Garside, La. Bar No. 29873
        Waltzer Wiygul & Garside LLC
        14399 Chef Menteur Highway #D
        New Orleans, LA 70129
        Telephone: (504) 254-4400
        Fax: (504) 254-1112
        clay@wwglaw.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing pleading will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing will be electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  14th  day of July, 2016.

        */s/ Clay Garside*
        Clay Garside, La. Bar No. 29873