**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) **MDL 2179** |
| | ) **Section J** |
| | ) |
| This Document Relates To: | ) **Judge Barbier** |
| *Pleading Bundle B1* | ) |
| | ) **Mag. Judge Shushan** |

_____

| | |
|---|---|
| QUY LE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil No. 2016-cv-07416** |
| | ) |
| **VERSUS** | ) **Section J** |
| | ) |
| BP EXPLORATION & PRODUCTION, INC. | ) **Judge Barbier** |
| | ) |
| | ) **Mag. Judge Shushan** |
| **Defendant.** | ) |

_____


**SUPPLEMENT TO RESPONSE TO SHOW CAUSE ORDER**


NOW INTO COURT, through undersigned counsel, comes plaintiff Quy Le ("Plaintiff"), who files this supplement to his response to the Court's order of June 7, 2016 requiring that Plaintiff show cause why his complaint should not be dismissed.

Plaintiff has just returned from months in Vietnam and therefore was completely out of contact with counsel during the entire PTO 60 process and did not receive any notice of PTO 60 or its requirements until July 13, 2016. Accordingly, Plaintiff submits the attached personally

signed Exhibit A at the earliest possible time.

Respectfully submitted,

/s/ Clay Garside
Joel R. Waltzer, La. Bar No. 19268, Trial Attorney
Michael L. Brown, La. Bar No. 35444
Waltzer Wiygul & Garside LLC
1000 Behrman Highway
Gretna, Louisiana 70056
Telephone: (504) 340-6300
Fax: (504) 340-6330
joel@wwglaw.com

Robert B. Wiygul, La. Bar No. 17411
Waltzer Wiygul & Garside LLC
1011 Iberville Dr.
Ocean Springs, Mississippi 39564
Telephone: (228) 872-1125
Fax: (228) 872-1128
robert@wwglaw.com

Clay Garside, La. Bar No. 29873
Waltzer Wiygul & Garside LLC
14399 Chef Menteur Highway #D
New Orleans, LA 70129
Telephone: (504) 254-4400
Fax: (504) 254-1112
clay@wwglaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing will be electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  14th  day of July, 2016.

/s/ Clay Garside
Clay Garside, La. Bar No. 29873