## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

-2-

|    | **Case Name(s):** | **Docket Number(s) and Short Form Joinder Number(s):** |
|----|-------------------|--------------------------------------------------------|
| 1  | COLLINS, SEAN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 66368 |
| 2  | COX, JEFFERY | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 52493 |
| 3  | DUTCHER, MONTE | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 52303 |
| 4  | HARKNESS, PATRICK | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 108943 |
| 5  | KELLY, ARTURO | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 58564 |
| 6  | LIEB, MATTHEW | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 45694 |
| 7  | MCCULLER, JARED | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 98333 |
| 8  | ROBB, SPENCER | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 51876 |
| 9  | STARMER, SEAN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 52176 |
| 10 | SUBSEA CONSULTING, LLC | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 58428 |
| 11 | WILSON, JUSTIN | 2:13-cv-1169; 2:10-cv-08888-CJB-SS Document 109875 |

Respectfully submitted this 15th day of July, 2016.


/s/ Ian F. Taylor
Attorney Name:  Ian F. Taylor
Attorney Address: 601 Poydras St., Suite 2615; New Orleans, LA 70130

ATTORNEY FOR PLAINTIFF(S)