UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>ALL CASES<br><br>(including, particularly, Nos. 12-968 and 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**MOTION FOR LEAVE TO FILE
IN EXCESS OF ORDINARY PAGE LIMITATIONS**

NOW INTO COURT, through undersigned counsel, come the Fee and Cost Committee, who, in accordance with Paragraph 18 of Pre-Trial Order No. 59,[1] respectfully submit herewith the aggregate Petition for Reimbursement of Expenses and Collective Common Benefit Fee Award, on behalf of all Common Benefit Attorneys who have submitted common benefit time and/or expenses in compliance with Pre-Trial Order No. 9 (as amended), Pre-Trial Order No. 59, and the associated Orders and directives of the Court.  Due to the depth and scope of common benefit efforts in this litigation, and the breadth of evidence and law which may be relevant to the Court's consideration, undersigned counsel respectfully seek leave to file such Petition in excess of the ordinary page limitations.  Undersigned counsel respectfully suggest that the Petition, while comprehensive, remains focused on the relevant legal and factual issues, and hope that such briefing will be of assistance to the Court.

---

[1] Rec. Doc. 14863. (*See also* Rec. Doc. 18641, ¶a.)

**WHEREFORE** petitioners respectfully pray for leave to file their Petition for Reimbursement of Expenses and Collective Common Benefit Fee Award in excess of the ordinary page limitations.

This 15th day of July, 2016.

Respectfully submitted,

  /s/  Stephen J. Herman
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com

*Plaintiffs Liaison Counsel,*
*Co-Lead Class Counsel, and*
*Co-Chair of the Fee Committee*

  /s/  James Parkerson Roy
**James Parkerson Roy**, La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB, LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Plaintiffs Liaison Counsel,*
*Co-Lead Class Counsel, and*
*Co-Chair of the Fee Committee*

**Arnold Levin**
**Sandra L. Duggan**
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Fax No. (215) 592-4663
E-Mail: sduggan@lfsblaw.com

*Special Counsel to the Fee Committee*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Motion for Leave will be served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 15th day of July, 2016.

/s/ Stephen J. Herman and James Parkerson Roy