**Index of Significant Class Submissions, Pleadings, Orders and Rulings
Relating to the Interpretation and Application of the Economic Settlement Agreement**

December 22, 2015

(All ROA Cites are found in the master individual appeal docket, U.S. Fifth Circuit Case No. 15-98007)

**Order Granting Discretionary Review – Zone Classification**
  No.15-5243 (Claim ID 100057072) [Doc. 3] (Oct. 22, 2015)

**Class Appellants' Reply Brief – Appeal of Policy 495**
  No.15-30377, Fifth Cir. Doc. 00513229505 (Oct. 13, 2015)

***En Banc* Decision by Appeal Panelists re Franchisors Headquartered Outside of Gulf Coast Area**
  [Claim Nos. 175702, *et al*] (Oct. 7, 2015)

Doc. 15429       **BP Supplementation of the Record** (Oct. 2, 2015)
ROA 20270

Doc. 15429-2    **Index of Settlement Program Materials Submitted by BP**  (Oct. 2, 2015)
ROA 20275

**Order Granting Discretionary Review – Change-in-Business / Alternative Causation – (Sale of Facility during Benchmark Period)**
  No.15-3725 (Claim No. 291234) [Doc. 3] (Aug. 31, 2015)

**Order Granting Discretionary Review – Special Assessments
(common area maintenance (CAM) assessments that are not clear and direct expense
  reimbursement pass-thrus in nature should be included as "revenues")**
  No.15-3340 (Claim No. 208371) [Doc. 3] (Aug. 24, 2015)

**Orders Granting Discretionary Review – GCCF Releases
(Spouse's Signature on GCCF Release Does Not Release or Reduce by 50% Program Claim)**
  No.15-3186 (Claim No. 332986) [Doc. 3] (Aug. 10, 2015)
  No.15-3256 (Claim No. 342709) [Doc. 3] (Aug. 20, 2015)

**Order Granting Discretionary Review – Special Assessments
(special insurance assessments that are clear and direct expense reimbursement
  pass-thrus in nature properly excluded from "revenue")**
  No.15-3136 (Claim No. 219044) [Doc. 3] (Aug. 10, 2015)

**Order Granting Discretionary Review – Opportunity to Cure SWS**
  No.15-2615 (Claim No. 309362) [Doc. 3] (July 29, 2015)

**Order Granting Discretionary Review – GCCF Release
(Unincorporated d/b/a of Person Who Signed GCCF Release Has Released Business Claim)**
  No.15-2723 (Claim No. 122617) [Doc. 3] (July 29, 2015)

**Order Granting Discretionary Review – Govt. Organization Exclusion**
No.15-2735 (Claim No. 286722) [Doc. 3] (July 29, 2015)

**Order Granting Discretionary Review – GCCF Release**
**(GCCF Release by Spouse for Rental Losses Does Not Release Property Damage Claim)**
No.15-2752 (Claim No. 271192) [Doc. 3] (July 29, 2015)

**Class Appellants' Brief on the Merits – Appeal of Policy 495**
No.15-30377, Fifth Cir. Doc. 00513121675 (July 20, 2015)

**Class Appellants' Record Excerpts** (Appeal of Policy 495)
No.15-30377, Fifth Cir. Doc. 00513121681 (July 20, 2015)

**U.S. Fifth Circuit Decision re BP Access to Claims Data**
In re Deepwater Horizon, 793 F.3d 479 (5th Cir. 2015),
No.14-30823, Fifth Cir. Doc. 00513118071 (July 16, 2015)

Doc. 14914-1    **Program Appeal Decision re Condo Association**
ROA 19518          **(Assessments as revenues, Tourism designation)**
                   [Claim No. 285308] (redacted) (July 7, 2015)

Doc. 14914-2    **Program Appeal Decision re Real Estate Developer Exclusion**
ROA 19524          [Claim No. 2205] (redacted) (June 16, 2015)

Doc. 14914-3    **Class Counsel Memo to Claims Administrator re Seafood Program Claims**
ROA 19531          **FWA Denials / "Clawback" Motions re Seafood Program Claims  (June 8, 2015)**

Doc. 14693      **Class Counsel Submission re "Clawback" Motions (June 8, 2015)**
ROA 19459

Doc. 14914-4    **Class Response re Proposed Policy [No.356 v2] re**
ROA 19540          **Assignment of Claims (May 30, 2015)**

Doc. 14914-5    **Program Appeal Panel Decision Rejecting BP's Continued Appeals re**
ROA 19541          **Causation  (Attestation / Allegedly "Implausible" Claims / Alternative Causation)**
                   [Claim No. 242406] (redacted) (May 27, 2015)

Doc. 14914-6    **Class Counsel *Amicus* Submission re Causation (May 22, 2015)**
ROA 19544          **Attestation / Allegedly "Implausible" Claims / Alternative Causation**
                   ● BP Annual Report (March 3, 2015), p.37
                   ● E-Mail String: Class Counsel and BP Counsel (Feb. 20-28, 2015)

Doc. 14914-7    **Class Memo to Claims Administrator and Appeal Panelists (May 11, 2015)**
ROA 19558          **BEL Claim Evaluations: "Atypical" or "Extraordinary" Revenue Experiences**
                   in light of *U.S. Fifth Circuit Decision,* No.13-31296 (5th Cir. May 8, 2015).

**U.S. Fifth Circuit Decision re Non-Profits:**
**Treatment of Grants and Donations as "Revenue"**
    In re Deepwater Horizon, 785 F.3d 1003 (5th Cir. 2015),
        No.13-31296, 2015 WL 2166642, Fifth Cir. Doc. 00513036479 (May 8, 2015)

**U.S. Fifth Circuit Decision re Docketing of Rulings on Discretionary Review**
**Appeal of Individual Claims; Categorical Denial of BP Appeals Based on Alternative Causation; Categorical Denial of BP Appeals Based on Exclusion of Non-Profit Contributions**
    In re Deepwater Horizon, 785 F.3d 986 (5th Cir. 2015),
        No.13-30843, 2015 WL 2166593, Fifth Cir. Doc. 00513036264 (May 8, 2015)

| | |
|---|---|
| Doc. 14914-8<br>ROA 19561 | **Court Decision (on Discretionary Review) re Treatment of Assessments Collected by Condo Associations  (May 6, 2015)** |
| Doc. 14914-9<br>ROA 19562 | **Program Appeal Decision re CDSOA and FCFP Subsidies / Payments / Grants**<br>[Claim No. 11270] (redacted) (May 5, 2015) |
| Doc. 14517-6<br>ROA 19339 | **Memo to Claims Administrator re Processing Issues (April 1, 2015)** (redacted)<br>"Incompleteness" Issues<br>Alleged / Potential "Fraud" Investigations<br>Claiming Entity / Changes-in-Ownership / Multi-Facility Issues<br>495 Issues<br>"Moratoria Loss" Holds / Reviews<br>Real Estate Developer Definition / Exclusion |
| Doc. 14356<br>ROA 19273 | **Order Denying Class Motion for Reconsideration on 495  (March 31, 2015)** |
| Doc. 14914-10<br>ROA 19564 | **Court Decision (on Discretionary Review) re Treatment of Assessments Collected by Condo Associations  (March 26, 2015)** |
| Doc. 14914-11<br>ROA 19565 | **Court Decision (on Discretionary Review) re GCCF Release (March 26, 2015)** |
| Doc. 14914-12<br>ROA 19566 | **Program Appeal Panel Decision re AVM as Sufficient Matching under 495**<br>[Claim No. 188797] (redacted) (March 18, 2015) |
| Doc. 14914-13<br>ROA 19568 | **Program Appeal Panel Decision re "Government Organization" Exclusion**<br>[Claim No. 310594] (redacted) (March 18, 2015) |
| Doc. 14914-14<br>ROA 19570 | **Program Appeal Panel Decision Rejecting Owner/Officer Exclusion**<br>[Claim No. 86133] (redacted) (March 13, 2015) |
| Doc. 14517-4<br>ROA 19336 | **Class Memo to Welker re Subsistence and Other "Fraud" Investigations (March 12, 2015)** |

| | |
|---|---|
| Doc. 14914-15<br>ROA 19580 | **Class Counsel's *Amicus* Submission re Real Estate Developer Exclusion (March 9, 2015)**<br>● Declaration of Stephen J. Herman (March 9, 2015)<br>● Initial Policy Announcement (Sept. 25, 2012) |
| Doc. 14914-16<br>ROA 19593 | **Program Appeal Panel Decision Requiring Specific Explanation and Allowing Claimant Opportunity to Supplement / Attempt to Cure**<br>[Claim No.207341] (redacted) (March 5, 2015) |
| Doc. 14517-3<br>ROA 19335 | **E-Mail to Freeh re "Fraud" Investigations re "Alternative Causation" (March 5, 2015)** |
| Doc. 14914-17<br>ROA 19595 | **Class *Amicus* Submission re Use of Non-Benchmark P&Ls for "Triggers" (Feb. 26, 2015)** |
| Doc. 15429-74<br>ROA 20914 | **Policy No. 510 – Claims with Results Determined to be Incorrect (Feb. 10, 2015)** |
| Doc. 14914-18<br>ROA 19599 | **Court Decision (on Discretionary Review) re BP Branded Fuel Exclusion (Jan. 29, 2015)** |
| Doc. 14914-19<br>ROA 19600 | **Court Decision (on Discretionary Review) re Real Estate Developer Exclusion** Non-Profits that Assist Needy by Building and/or Repairing Homes (Jan. 29, 2015) |
| Doc. 14914-20<br>ROA 19601 | **Court Decision (on Discretionary Review) re Real Estate Developer Exclusion** Home Builders (Jan. 29, 2015) |
| Doc. 14914-21<br>ROA 19602 | **Class Memo to Claims Administrator re Businesses Subject to "'Moratoria' Loss" Review (Jan. 17, 2015)** |
| Doc. 14914-22<br>ROA 19608 | **Class *Amicus* Submission re Real Estate Agent Claims under 495 (Jan. 13, 2015)**<br><br>**U.S. Supreme Court Denial of BP Cert Petition (Dec. 8, 2014)**<br>BP Exploration & Production vs. Lake Eugenie Land Development, 135 S.Ct. 734 (2014). |
| Doc. 14517-1<br>ROA 19323 | **"Fraudulent" BP Claims Payments Represent Less Than 1% of All Claims (Nov. 3, 2014)** |
| Doc. 14517-2<br>ROA 19331 | **Class Memo to Claims Administrator and Freeh re Alleged / Potential "Fraud" Investigations (Oct. 6, 2014)** |
| Doc. 14914-23<br>ROA 19618 | **Class Response re Proposed Policy on Incorrectly Paid Claims (Oct. 1, 2014)** |

| | |
|---|---|
| Doc. 15429-62<br>ROA 20794 | **BP Response to Master *Amicus* to the Appeals Panelists (Sept. 30, 2014)**<br>  The Purpose of the Settlement Agreement and the Appeals Process<br>  The Role of Remand<br>  The Right of BP to Submit Additional Evidence on Appeal<br>  Seafood Compensation Program<br>  Application of the "Tourism" Definition under Exhibit 2<br>  Entities, Facilities and Other Claimants<br>  Owner-Officer Exclusion<br>  GCCF Releases |
| Doc. 15429-60<br>ROA 20780 | **Policy No. 70 v.2 – Authorization to Obtain Tax Records** (July 24, 2014) |
| Doc. 13496-6<br>ROA 18878 | **Class Counsel's Master *Amicus* to the Appeals Panelists (July 16, 2014)**<br>  What's Good for the Goose is Not Necessarily Good for the Gander<br>  Claimants Must Be Provided With Reasonable Opportunities to Present Additional Evidence in Response to New Arguments by BP and/or Determinations by the Program / Appeal Panelists – Including, Where Necessary, Remand<br>  BP's Right to Present Evidence Is, and Should Be, Limited<br>  The Claims Administrator's Interpretations of the Settlement Agreement Are Not Necessarily Binding on the Appeal Panelists<br>  Seafood Claimants Are Entitled to the Greater of Trip Tickets vs. Tax Returns<br>    Trip Ticket Data is Frequently Inaccurate and/or Incomplete<br>    Why is BP Even Appealing Seafood Claims?<br>  Application of the "Tourism" Definition under Exhibit 2<br>  Entities, Facilities and Other Claimants<br>  An Owner, Part Owner or Officer of a BEL Claimant under the Settlement Agreement is an Eligible IEL Class Member and Claimant with Respect to His or Her Loss of Income as a W-2 Employee<br>  Exclusion of Claimants Based on a Prior GCCF Release<br>  The Panelists Should Reject, Out of Hand, any BP Appeals Based on What a BEL Claimant Allegedly "Would Have Been Expected to Earn" and/or Other Vague and Alleged Notions of "Economic Reality"<br>  Substantial Deference Should be Paid to Employer SWSs |
| Doc. 14914-24<br>ROA 19619 | **Transcript of Administrative Panel Meeting  (July 9, 2014)**<br>  GCCF Releases<br>  Owner-Officer Exclusion<br>  Claiming Entities / Changes in Ownership / Multi-Facility Claims / (Policy 495) |
| Doc. 14914-25<br>ROA 19755 | **Class Memo to Claims Administrator re Coastal Claims (July 8, 2014)** |
| Doc. 13086<br>ROA 18590 | **Order re "Transition" Claims  (July 1, 2014)** |
| Doc. 14914-26<br>ROA 19759 | **Class Memo to Claims Administrator re "MDL Defendants" (June 30, 3014)** |
| Doc. 13076<br>ROA 18587 | **Order Clarifying and Amending Implementation of 495  (June 27, 2014)** |

| | |
|---|---|
| Doc. 14914-27<br>ROA 19763 | **Class Suggestions re Subsistence Impairment Policy (June 12, 2014)** |
| Doc. 14914-28<br>ROA 19767 | **Class Memo to Claims Administrator re Changes in Ownership (June 5, 2014)** |
| | **U.S. Fifth Circuit: Additional Reasons for Denial of Rehearing (Causation)**<br>In re Deepwater Horizon, 753 F.3d 509 (5th Cir. 2014).   **(May 19, 2014)** |
| Doc. 14914-29<br>ROA 19770 | **Class Memo to Claims Administrator re Related Owners, Officers and/or Entities  (May 14, 2014)**<br>● Memo to Claims Administrator re BEL Owners or Officers who are also Employees (Oct. 2, 2012)<br>● Memo to Claims Administrator re Multi-Facility Claims (April 23, 2014) |
| Doc. 12941-1<br>ROA 18468 | **Memorandum in Support of Class' Motion to Alter or Amend 495**<br>**(May 27, 2014)** |
| Doc. 14914-30<br>ROA 19785 | **Class Memo to Claims Administrator re Wetlands: No Formal Succession**<br>**(May 5, 2014)** |
| Doc. 14914-31<br>ROA 19787 | **Class Memo to Claims Administrator re Multi-Facility Business Claims**<br>**(April 23, 2014)** |
| Doc. 15429-47<br>ROA 20623 | **Policy No. 328 v.2 – Non-Revenue Items (April 21, 2014)** |
| Doc. 14914-32<br>ROA 19790 | **Class Response re Changes in Ownership (March 21, 2014)** |
| Doc. 12589<br>ROA 18282 | **Class Response and Objections to Proposed Matching Policy [495]**<br>Rec. Docs. 12589-16 (ROA 18282), 12589-17 (ROA 18332) and 12589-18 (ROA 18382)<br>**(March 19, 2014)** |
| Doc. 12517 | **Order Denying Class Objection re New Evidence submitted by BP to Appeal** Panelists re Pot. Oil & Gas Exclusion - Wetlands Claim (March 14, 2014) |
| Doc. 14914-33<br>ROA 19804 | **Class Submission on Owner/Officer Exclusion (March 3, 2014)** |
| | *Deepwater Horizon III*:  **Fifth Circuit Rejection of BP Appeal on Causation**<br>In re Deepwater Horizon, **744 F.3d 370 (5th Cir. 2014),** *rehearing denied,* **753 F.3d 509 (5th Cir. 2014),** *rehearing en banc denied,* **753 F.3d 516 (5th Cir. 2014).** |
| Doc. 14914-34<br>ROA 19814 | **Class Memo to Claims Administrator re Lodging Industry Claims (March 2, 2014)**<br>● Memo to Claims Administrator re Documentation Provisions (Sept. 16, 2012) |

| | |
|---|---|
| Doc. 14914-35<br>ROA 19821 | **Class Memo to Claims Administrator re Subsistence: Bartering (March 2, 2014)** |
| Doc. 14914-36<br>ROA 19825 | **Class Memo to Claims Administrator re Subsistence: Impairment (March 2, 2014)** |
| Doc. 12283-1<br>ROA 17499 | **Class Reply Brief re New Evidence from BP in Settlement Program Appeals (Feb. 4, 2014)** |
| Doc. 14914-37<br>ROA 19827 | **Class Memo to Claims Administrator re Multi-Facility Claims (Jan. 13, 2014)** |
| | *Deepwater Horizon II*: **Final Approval of Class Settlement (Jan. 10, 2014)**<br>In re Deepwater Horizon, 739 F.3d 790 (5th Cir. 2014), *rehearing en banc denied*, 756 F.3d 320 (5th Cir. 2014), *cert. denied*, 135 S.Ct. 754 (2014). |
| Doc. 12017<br>ROA 17319 | **Class Supplemental Brief on Causation (Dec. 18, 2013)**<br>● **Tim Ryan, "The Regional and Statewide Impacts of the April 2010 BP Oil Spill By Industrial Sectors" (Dec. 2013)** [Rec. Doc. 12017-1] – **ROA 17328**<br>● **Declaration of Sean Michael Snaith (Dec. 17, 2013)** [Rec. Doc. 12017-2] – **ROA 17364** |
| Doc. 11973<br>ROA 17311 | **Class Objection to New Evidence from BP in Settlement Program Appeals (Dec. 13, 2013)** |
| Doc. 14914-38<br>ROA 19832 | **Class Memo to Seafood Neutral re Oyster Rehabilitation Revenue (Dec. 4, 2013)** |
| Doc. 14914-39<br>ROA 19835 | **Class Memo to Seafood Neutral re Combined Harvester/Leaseholder Claims (Dec. 4, 2013)** |
| Doc. 14914-40<br>ROA 19839 | **Program Appeal Panelists *En Banc* Decision No. 3: Condo Associations (Nov. 22, 2013)** |
| <br>ROA 16855<br><br>ROA 16469 | **Class Counsel Brief to U.S. Fifth Circuit re Causation (Nov. 22, 2013)**<br>   **Fifth Cir. Doc. 00512450441**<br>● **BP Tutorial Slides for Program Appeal Panelists (May 7, 2012)**<br>   [Rec. Doc. 11826-1] [Fifth Cir. Doc. 00512450442]<br>● **GCCF Payment Maps (July 2011)**<br>   [Rec. Doc. 11804-7] [Fifth Cir. Doc. 00512450443] |
| Doc. 11885-2<br>ROA 17178 | **Class Counsel Statement: Revenue Recognition (Nov. 21, 2013)** |
| Doc. 14914-41<br>ROA 19840 | **Class Memo to Claims Administrator re Subsistence: Impairment (Nov. 19, 2013)** |

| | | |
|---|---|---|
| Doc. 11833 | **Class Counsel Reply re Remand of BEL Issue (Nov. 12, 2013)** | |
| ROA 16880 | | |
| ROA 16884 | ● Declaration of Stephen J. Herman (Nov. 11, 2013) [Rec. Doc. 11833-1] | |
| ROA 16887 | ● Declaration of Rhon Jones (Nov. 12, 2013) [Rec. Doc. 11833-2] | |
| ROA 16888 | Ex. "A" – Identification of Industries Associated with Test Cases [Rec. Doc. 11833-3] | |
| ROA 16891 | ● Declaration of Robert Michael Wallace (Nov. 12, 2013) [Rec. Doc. 11833-4] | |
| ROA 16897 | ● Declaration of Michael Allen Scott (Nov. 12, 2013) [Rec. Doc. 11833-5] | |
| ROA 16900 | ● Declaration of Joseph F. Rice (Nov. 12, 2013) [Rec. Doc. 11833-6] | |
| ROA 16908 | Ex. "1" – Comparison of BP Declarations to Settlement Agreement [Rec. Doc. 11833-7] | |
| ROA 16910 | Ex. "2" – Use of "Match" or "Matching" in Settlement Agreement [Rec. Doc. 11833-8] | |
| ROA 16911 | Ex. "3" – E-Mail from M. Juneau re Hacker 4/4/12 E-Mail (11/6/2013) [Rec. Doc. 11833-9] | |
| ROA 16913 | ● Declaration of Calvin Fayard, Jr. (Nov. 11, 2013) [Rec. Doc. 11833-10] | |
| | | |
| Doc. 11804 | **Class Counsel Submission on Remand of BEL Issue (Nov. 6, 2013)** | |
| ROA 16426 | | |
| ROA 16431 | ● Declaration of Stephen J. Herman (Nov. 5, 2013) [Rec. Doc. 11804-1] | |
| ROA 16439 | BP Draft Proposed Compensation Framework, Sept. 15, 2011 [Rec. Doc. 11804-2] | |
| ROA 16444 | BP Draft Proposed Documentation Framework, Sept. 27, 2011 [Rec. Doc. 11804-3] | |
| ROA 16446 | ● Declaration of Joseph F. Rice (Nov. 6, 2013) [Rec. Doc. 11804-4] | |
| ROA 16466 | Ex. "A" - Index of Drafts of Business Economic Loss Frameworks Exchanged [Rec. Doc. 11804-5] | |
| ROA 16468 | Ex. "B" - Index of Rice Drafts of Settlement Agreement  [Rec. Doc. 11804-6] | |
| ROA 16469 | Ex. "C" – Louisiana GCCF Payments Map (July 5, 2011) [Rec. Doc. 11804-7] | |
| ROA 16470 | Ex. "C" – Mississippi GCCF Payments Map (July 5, 2011) [Rec. Doc. 11804-8] | |
| ROA 16471 | Ex. "C" – Alabama GCCF Payments Map (July 7, 2011)  [Rec. Doc. 11804-9] | |
| ROA 16472 | Ex. "C" – Florida GCCF Payments Map (July 5, 2011)  [Rec. Doc. 11804-10] | |
| ROA 16473 | Ex. "C" – Texas GCCF Payments Map (Aug. 1, 2011)  [Rec. Doc. 11804-11] | |
| ROA 16475 | Ex. "D" – Sample of Mapping Data utilized by BP re Businesses in GCA [Rec. Doc. 11804-12] | |
| ROA 16476 | Ex. "E" – BP Draft Proposed Compensation Framework, Sept. 15, 2011 [Rec. Doc. 11804-13] | |
| ROA 16484 | Ex. "F" - PSC Memo re Economic Loss for Business Claims, Nov. 3, 2011 [Rec. Doc. 11804-14] | |
| ROA 16516 | Ex. "G" - BP Memo re Business Economic Loss Claims, Nov. 10, 2011 [Rec. Doc. 11804-15] | |
| ROA 16537 | Ex. "H" - Rice Memo re Compensation Framework, Nov. 16, 2011  [Rec. Doc. 11804-16] | |
| ROA 16539 | Ex. "I" - BP Memo re Business Economic Loss, Dec. 13, 2011 [Rec. Doc. 11804-17] | |
| ROA 16543 | Ex. "J" – P&N Illustration for Meeting re Settlement Program, March 27, 2012 [Rec. Doc. 11804-18] | |
| ROA 16546 | Ex. "K" – Orran Brown Memo re Tutorial, April 13, 2012  [Rec. Doc. 11804-19] | |
| ROA 16550 | Ex. "L" – Rice E-Mail to Godfrey transmitting Draft PowerPoint, March 5, 2012 [Rec. Doc. 11804-20] | |
| ROA 16551 | Ex. "M" – Bloom E-Mail to Rice with Edits to PowerPoint, March 6, 2012 [Rec. Doc. 11804-21] | |
| ROA 16563 | Ex. "N" – Hacker E-Mail to Rice and Cantor, et al, April 4, 2012 [Rec. Doc. 11804-22] | |
| ROA 16568 | Ex. "O" – Rice Response to Hacker, April 15, 2012 [Rec. Doc. 11804-23] | |
| ROA 16574 | Ex. "P" – Rice E-Mail to Bloom, April 10, 2012 [Rec. Doc. 11804-24] | |
| ROA 16576 | Ex. "Q" – BP Draft Tutorial Slides, May 7, 2012 [Rec. Doc. 11804-25] | |
| ROA 16592 | ● Declaration of Rhon E. Jones (Nov. 5, 2013) [Rec. Doc. 11804-26] | |
| ROA 16596 | ● Declaration of Michael Allen Scott (Nov. 4, 2013) [Rec. Doc. 11804-27] | |
| ROA 15520 | ● Affidavit of Charles R. Hacker, Jr. (March 28, 2013) [Rec. Doc. 9089-3] | |
| ROA 25290 | ● E-Mail from Hacker to Rice and Cantor, et al, (April 4, 2012) [Rec. Doc. 9089-3, Ex. 1, filed under seal] | |
| ROA 13551 | ● Declaration of Robert Michael Wallace (Feb. 18, 2013) [Rec. Doc. 8963-84] | |
| ROA 13569 | ● Tomlinson Declaration (Feb. 18, 2013) and Test Cases [Rec. Doc. 8963-86] | |

ROA 15410   ●   Supplemental Declaration of John E. Tomlinson (April 1, 2013) [Rec. Doc. 9087-4]

Doc. 14914-42   **Class Submission to Appeal Panelists re Evidentiary Record on Appeal**
ROA 19844                **(Nov. 12, 2013)**

Doc. 14914-43   **Class Submission to Appeal Panelists re Oil & Gas Exclusion (Oct. 29, 2013)**
ROA 19846

Doc. 11740-1   **Supplemental Carroll Declaration (Oct. 24, 2013)**
ROA 16420

Doc. 14914-44   **Class Submission to Appeal Panelists re "Tourism" – Condo Associations**
ROA 19852            **(Oct. 23, 2013)**

Doc. 14914-45   **Class Memo to Claims Administrator re Customer Mix Test (Oct. 15, 2013)**
ROA 19857

**BEL Opinion:** *Deepwater Horizon I*  **(Oct. 2, 2013)**
**In re Deepwater Horizon,** 732 F.3d 326 (5th Cir. 2013).
[Rec. Doc. 12589-1 at 3 thru Rec. Doc. 12589-2 at 19] [Fifth Cir. Doc. 00512394834]
[ROA 17556-17622]

Doc. 14914-46   **Program Appeal Panelists** *En Banc* **Decision No. 2:**
ROA 19861   **Owner-Officer Commissions   (Sept. 16. 2013)**

Doc. 14914-47   **Program Appeal Panelists** *En Banc* **Decision No. 1:**
ROA 19863   **VoO MVCAs  (Sept. 16. 2013)**

Doc. 11470   **Reply Brief: Class Motion to Authorize Claims Administrator to Implement**
ROA 15907            **Settlement re Oil & Gas Support Industry Claims (Sept. 20, 2013)**

Doc. 14914-48   **Class Memo to Claims Administrator re Exclusions of "Revenue" (Aug. 28, 2013)**
ROA 19864

Doc. 11156   **Class Motion to Authorize Claims Administrator to Implement Settlement**
ROA 15764            **re Oil & Gas Support Industry Claims ["'Moratoria' Loss" Review] (Aug. 27, 2013)**

Doc. 14914-49   **Class Submission to Appeal Panelists re VoO MVCAs (Aug. 28, 2013)**
ROA 19869

Doc. 14914-50   **Class Memo to Appeal Panelists re Commissions Paid to Owners / Officers**
ROA 19919            **(Aug. 28, 2013)**

Doc. 14914-51   **Class Memo to Claims Administrator re Subsistence Claims based on Bartering**
ROA 19920            **(Aug. 14, 2013)**

| | |
|---|---|
| Doc. 14914-52<br>ROA 19922 | **Class Memo to Claims Administrator re Multi-Facility Claims  (Aug. 9, 2013)** |
| Doc. 14914-53<br>ROA 19936 | **Class Memo to Claims Administrator re Monthly P&Ls  (July 31, 2013)** |
| Doc. 14914-54<br>ROA 19939 | **Class Memo to Claims Administrator re Wetlands  (July 17, 2013)**<br>**Individual Parcels Aggregated Under a Single Tax ID**<ul><li>Affidavit of Mona B. Kelly, CLA  (July 1, 2013)</li></ul><br>**Brief of *Amici Curiae* Certified Public Accounting Societies in Support of Appellees,** No.13-30315 (June 24, 2013)  Fifth Cir. Doc. 00512285581 |
| Doc. 14914-55<br>ROA 19946 | **Class Memo to Claims Administrator re Subsistence  (June 10, 2013)** |
| Doc. 14914-56<br>ROA 19948 | **Class Memo to Claims Administrator re Aquaculture / Clam Farmers       (June 6, 2013)** |
| Doc. 14914-57<br>ROA 19952 | **Class Memo to Claims Administrator re Definition of "Facility"  (June 4, 2013)** |
| Doc. 14914-58<br>ROA 19955 | **Class Submission re Treatment of CDSOA Subsidies  (May 14, 2013)** |
| Doc. 9836<br>ROA 22080 | **Transcript of Hearing on BP Motion for Injunction re BEL "Matching"          (April 5, 2013)** |
| Doc. 14914-59<br>ROA 19956 | **Class Presentation: Hearing on BP Motion for Injunction  (April 5, 2013)** |
| Doc. 14914-60<br>ROA 19972 | **Class Memo to Claims Administrator re Wetlands Claims  (April 4, 2013)** |
| Doc. 9089<br>ROA 15460 | **Juneau Response to BP Motion for Injunction re BEL "Matching"** (April 2, 2013) |
| ROA 15480<br>ROA 15516<br>ROA 15520<br>ROA 15525<br>ROA 15534 | <ul><li>P. Juneau Affidavit [Rec. Doc. 9089-1]</li><li>Staley Affidavit  [Rec. Doc. 9089-2]</li><li>Hacker Affidavit [Rec. Doc. 9089-3]</li><li>Fisher Affidavit [Rec. Doc. 9089-4]</li><li>M. Juneau Affidavit [Rec. Doc. 9089-5]</li></ul> |
| Doc. 9087<br>ROA 15358 | **Class Opposition to BP Motion for Injunction re BEL "Matching"** (April 2, 2013) |
| ROA 15395<br>ROA 15402<br>ROA 15404 | <ul><li>Slides from Preliminary Approval Hearing [Rec. Doc. 9087-1]</li><li>Supplemental Carroll Declaration  [Rec. Doc. 9087-2]</li><li>Supplemental Herman Declaration (April 1, 2013) [Rec. Doc. 9087-3]</li></ul> |

| | | |
|---|---|---|
| ROA 15410 | ● | Supplemental Tomlinson Declaration (April 1, 2013) [Rec. Doc. 9087-4] |
| ROA 15418 | ● | Wolfe Declaration (Wall Gator Farm) (March 26, 2013) [Rec. Doc. 9087-5] |
| ROA 15422 | ● | Dugas Declaration (John Folse) (March 29, 2013) [Rec. Doc. 9087-6] |
| ROA 15457 | ● | BP Appeal 88168  [Rec. Doc. 9087-7] |
| ROA 15459 | ● | BP Appeal 88708  [Rec. Doc. 9087-8] |

Doc. 9087-3 **Declaration of Stephen J. Herman (April 1, 2013)**
ROA 15404  Background re Development of "Compendium" / Claims Administrator Policies

Doc. 9087-2 **Supplemental Declaration of Allen Carroll (March 25, 2013)**
ROA 15402  Addressing BP's Arguments re Cash Basis P&Ls and BP "Matching" Proposals

Doc. 14914-61 **Class Memo to Claims Administrator re Assignment of Claims (March 8, 2013)**
ROA 19978

Doc. 8963-54 **Class Opposition to BP Motion for Reconsideration on Monthly Costs**
ROA 1335 **and Revenues (Feb. 18, 2013)**

| | | |
|---|---|---|
| 13381 | ● | Settlement Agreement, BEL Compensation Framework, Exhibit 4C  [Rec. Doc. 8963-56] |
| 13388 | ● | Settlement Agreement, BEL Documentation Requirements, Exhibit 4A  [Rec. Doc. 8963-57] |
| 13392 | ● | Memo *via* E-Mail from Rick Godfrey to Rice and Fayard (Feb. 17, 2012)  [Rec. Doc. 8963-58] |
| 13402 | ● | Excerpts from Preliminary Approval Hearing Transcript  [Rec. Doc. 8963-59] |
| 13405 | ● | Excerpts from BP's Memorandum in Support of Final Approval  [Rec. Doc. 8963-60] |
| 13408 | ● | Excerpts from Declarations in Support of BP's Motion for Final Approval  [Rec. Doc. 8963-61] |
| 13415 | ● | Declaration of Holly Sharp [Doc 7441-18], p.10.  [Rec. Doc. 8963-62] |
| 13418 | ● | *Deepwater Horizon* Claims Center, Appeal Panel Training, "General BEL" (Aug. 20, 2012)  [Rec. Doc. 8963-63] |
| 13422 | ● | Memo from Class Counsel to Claims Administrator re Monthly Profit & Loss Documentation (Sept. 19, 2012)   [Rec. Doc. 8963-64] |
| 13426 | ● | Claims Administrator's Announcement of Policy Decisions Regarding Claims Administration (Sept. 25, 2012)   [Rec. Doc. 8963-65] |
| 13433 | ● | Mike Juneau E-Mail to the Parties re Input on Alternate Causation (Sept. 25, 2012)  [Rec. Doc. 8963-66] |
| 13436 | ● | Holstein Letter to Claims Administrator (Sept. 28, 2012) (re: Issues Raised by Class Counsel or Settlement Program)  [Rec. Doc. 8963-67] |
| 13440 | ● | Holstein Letter to Claims Administrator (Sept. 28, 2012) (re: Sept. 25th Policy Announcements)  [Rec. Doc. 8963-68] |
| 13444 | ● | Memo from Class Counsel to Claims Administrator re Sept. 25th Policy Announcements (Sept. 28, 2012)  [Rec. Doc. 8963-69] |
| 13450 | ● | Claims Administrator's Review and Clarification re Monthly P&Ls (Oct. 8, 2012)  [Rec. Doc. 8963-70] |
| 13456 | ● | Claims Administrator's Announcement of Policy Decision re Alternative Causation (Oct. 10, 2012)   [Rec. Doc. 8963-71] |
| 13463 | ● | Excerpts from Final Approval Hearing Transcript [Rec. Doc. 8963-72] |
| 13467 | ● | Joint Proposed Findings of Fact and Conclusions of Law in Support of Final Approval [Doc 7945], p.39. [Rec. Doc. 8963-73] |
| 13471 | ● | E-Mail from Dan Cantor to Mike Juneau re: "Accountant Questions" (Dec. 11, 2012)  [Rec. Doc. 8963-74] |
| 13475 | ● | E-Mail from Judge Barbier re "Meeting Today re Non-Profits and SIP" (Dec. 12, 2012)  [Rec. Doc. 8963-75] |
| 13477 | ● | Claims Administrator's Announcement of Policy Decisions (Jan. 15, 2013) [Rec. Doc. 8963-76] |
| 13480 | ● | Declaration of Allen Carroll (Jan. 16, 2013)  [Rec. Doc. 8963-77]<br>Ex. A – Recognition of Revenue and Gains, under FASB Statement No. 5<br>Ex. B – Wilder and Dickinson, Accounting Rules for Contingent Fee Recognition |

| | | |
|---|---|---|
| 13492 | ● | Affidavit of Harold Asher (Jan. 15, 2013)  [Rec. Doc. 8963-78] |
| 13504 | ● | Declaration of Rick Stutes (Jan. 17, 2013)  [Rec. Doc. 8963-79] |
| 13514 | ● | Declaration of Dr. Mark Kohlbeck, CPA (Feb. 18, 2013)  [Rec. Doc. 8963-80] |
| 13530 | ● | Kein, Weygandt & Warfield, "Recognition and Measurement Concepts" Intermediate Accounting (13th ed.), pp.39-51.  [Rec. Doc. 8963-81] |
| 13546 | ● | What BP's Experts Want:  Summary of Declarations Submitted by BP in Support of BP's February 3, 2013 Motion for Reconsideration  [Rec. Doc. 8963-82] |
| 13549 | ● | E-Mail to Class Counsel from Mary Beth Mantiply (Feb. 16, 2013)  [Rec. Doc. 8963-83] |
| 13552 | ● | Declaration of Robert Wallace ("Wally") (Feb. 18, 2013) [Rec. Doc. 8963-84] |
| 13556 | ● | Declaration of George Panzeca (Feb. 18, 2013) [Rec. Doc. 8963-85] |
| 13570 | ● | Declaration of John Tomlinson (Feb. 18, 2013)  [Rec. Doc. 8963-86] |

        - Test Case No. 13
        - Test Case No. 20
        - Test Case No. 71
        - Test Case No. 72

| | | |
|---|---|---|
| 13577 | ● | Supplemental Declaration of Allen Carroll (Feb. 18, 2013)  [Rec. Doc. 8963-87] |

Doc. 8963-87  **Allen Carroll Supplemental Declaration (Feb. 18, 2013)**
ROA 13577  Addressing Fallacies in BP's "Matching" Proposals, Particularly re Re-Allocation of Revenues

Doc. 8963-80  **Declaration of Dr. Mark Kohlbeck, CPA (Feb. 18, 2013)**
ROA 13514  (contributing author of Kein Weygandt accounting textbook referenced by BP)
Addressing revenue recognition principles under GAAP.

Doc. 8963-85  **George Panzeca Declaration (Feb. 18, 2013)**
ROA 13556

Addressing the general available methods of accounting; the methods of accounting most commonly used by businesses within the class; the understanding of CPAs throughout the class geography as to how Exhibit 4C was to be interpreted and applied; various fallacies in and problems with the BP approach.

Doc. 8963-26  **Class *In Camera* Submission on Monthly Costs and Revenue (Jan. 23, 2013)**
ROA 12719

Doc. 14914-62  **Class Response to Request for Input re Settlement Interpretation** (Jan. 19, 2013)
ROA 19980
    Captain Income Claims by Owners/Operators
    Primary Seafood Processors – RTPs
    Partial Year Step Two Compensation
    Customer Mix Test
    Revenues Related to Clean-Up Activties

Doc. 14914-63  **Class Response to January 11th Policy Announcements  (Jan. 19, 2013)**
ROA 19984
    Introduction re Settlement Interpretation / Policies
    VoO – "Transitional" MVCAs
    State Sales and Use Tax Returns
    Non-Revenue Items
    Owner/Officer Exclusion
    Zone Classification for Florida Keys
    Various Seafood Issues

| | |
|---|---|
| Doc. 8963-77<br>ROA 13480 | **Allen Carroll Declaration  (Jan. 16, 2013)**<br>● Recognition of Revenue and Gains, under FASB Statement No. 5<br>● Wilder and Dickinson, Accounting Rules for Contingent Fee Recognition |
| Doc. 8963-78<br>ROA 13492 | **Harold Asher Declaration (Jan. 15, 2013)**<br><br>Addressing the understanding of accountants and classmembers regarding the BEL Framework and how it would be applied;  inconsistencies between the BP approach and that understanding; incompatibility between the BP approach and accepted accounting methodologies; and the impractical and unworkable nature of the BP approach. |
| Doc. 14914-64<br>ROA 19988 | **Request for Input re Settlement Interpretation (Jan. 11, 2013)**<br>     Captain Income Claims by Owners/Operators<br>     Primary Seafood Processors – RTPs<br>     Partial Year Step Two Compensation<br>     Customer Mix Test<br>     Revenues Related to Clean-Up Activties |
| Doc. 14914-65<br>ROA 19995 | **Policy Announcements  (Jan. 11, 2013)**<br>     Introduction re Settlement Interpretation / Policies<br>     VoO – "Transitional" MVCAs<br>     State Sales and Use Tax Returns<br>     Non-Revenue Items<br>     Owner/Officer Exclusion<br>     Zone Classification for Florida Keys<br>     IEL – Substitute for SWS-12<br>     Various Seafood Issues |
| Doc. 8963-48<br>ROA 13280 | **Class Request for Formal Policy Statement: Monthly Revenue  (Dec. 16, 2012)** |
| Doc. 14914-66<br>ROA 20013 | **Class Memo to Claims Administrator re Total Revenues  (Dec. 16, 2012)** |
| Doc. 14914-67<br>ROA 20014 | **Class Memo to Claims Administrator re Subsistence: Impairment  (Dec. 16, 2012)** |
| Doc. 14914-68<br>ROA 20016 | **Class Supplemental Memo to Court re Non-Profits / Grants  (Dec. 4, 2012)** |
| Doc. 14914-69<br>ROA 20018 | **Class Submission to Court re Non-Profits / Grants  (Dec. 3, 2012)** |
| Doc. 14914-70<br>ROA 20023 | **Class Memo to Claims Administrator re VoO – "Transitional" MVCAs       (Dec. 3, 2012)** |
| Doc. 14914-71<br>ROA 20035 | **Class Memo to Claims Administrator re Subsistence  (Nov. 26, 2012)** |

| | |
|---|---|
| Doc. 7945<br>ROA 7671 | **Joint Proposed Findings in Support of Class Settlement Approval (Nov. 19, 2012)** |
| Doc. 7892<br>ROA 21752 | **Transcript of Fairness Hearing** (Nov. 8, 2012) |
| Doc. 14914-72<br>ROA 20036 | **Class Memo to Claims Administrator re Treatment of Specified Gulf Waters (Oct. 31, 2012)** |
| Doc. 14914-73<br>ROA 20038 | **Class Submission to Claims Administrator re Non-Profits / Grants (Oct. 25, 2012)**<br>● IRS Form 990<br>● Declaration of Rick Stutes, CPA, CVA/ABV, APA  (Oct. 24, 2012) |

Doc. 7727         **Class Reply Brief in Support of Final Approval**  (Oct. 22, 2012)
ROA 7075 - *ROA cites to attachments below*
- Ex. A – Seafood Fund (revised) [Rec. Doc. 7727-1] – *ROA 7153*
- Ex. C – Summary of Objections [Rec. Doc. 7727-2] – *ROA 7155*
- Ex. D – GCCF Winding Down [Rec. Doc. 7727-3] – *ROA 7180*
- Klonoff Supp. Report (Oct. 22, 2012) [Rec. Doc. 7727-4] – *ROA 7196*

Doc. 7726         **Supp. Joint Submission in Support of Class Settlement Approval**  (Oct. 22, 2012)
ROA 6954 – *ROA cites to attachments below*
- Coffee Supp. Declaration (Oct. 22, 2012) [Rec. Doc. 7726-4] – *ROA 6982*
- Monger Supp. Declaration (Oct. 22, 2012) [Rec. Doc. 7726-5] – *ROA 7015*
- Perry Second Declaration (Oct. 19, 2012) [Rec. Doc. 7726-7] – *ROA 7072*
- Balhoff Second Declaration (Oct. 19, 2012) [Rec. Doc. 7726-2] – *ROA 6977*

Doc. 7731         **BP Reply Brief in Support of Settlement Approval**  (Oct. 22, 2012)
ROA 7281 – *ROA cites to attachments below*
- Supp. Miller Declaration (Oct. 19, 2012) [Rec. Doc. 7731-6] – *ROA 7504*
- Supp. Fishkind Declaration (Oct. 22, 2012) [Rec. Doc. 7731-2] – *ROA 7418*
- Supp. Henley Declaration (Oct. 20, 2012) [Rec. Doc. 7731-3] – *ROA 7468*
- Supp. Sharp Declaration (Oct. 21, 2012) [Rec. Doc. 7731-9] – *ROA 7555*

| | |
|---|---|
| Doc. 14914-74<br>ROA 20063 | **Class Memo to Claims Administrator re Subsistence**  (Oct. 17, 2012) |
| Doc. 15429-10<br>ROA 20375 | **BP Letter re Revision or Clarification of Policy Statements (Oct. 11, 2012)**<br>Reconciliation of Discrepancies in BEL Claim Documentation<br>Trip Ticket Data<br>Real Estate Developer Exclusion<br>Monthly Financial Data / Allocation / P&Ls |
| Doc. 14914-75<br>ROA 20066 | **Class Memo to Claims Administrator re Policy Issues (Oct. 11, 2012)**<br>Treatment of Potential "Moratoria" Losses<br>Definition of "Tourism" Under Exhibit 2<br>Scope of the GCCF Release Exclusion<br>Seafood Program Issues |

Doc. 15429-11  **BP Letter to Claims Administrator re Policy Issues (Oct. 11, 2012)**
ROA 20380
    Treatment of Potential "Moratoria" Losses
    Definition of "Tourism" Under Exhibit 2
    Scope of the GCCF Release Exclusion
    Seafood Program Issues

Doc. 14914-76  **Claims Administrator Request for Input on Policy Issues (Oct. 9, 2012)**
ROA 20079
    Treatment of Potential "Moratoria" Losses
    Definition of "Tourism" Under Exhibit 2
    Scope of the GCCF Release Exclusion
    Seafood Program Issues
    Removal of Specific Dollar Amount from Release

Doc. 8963-70  **Clarification of Policy Decisions  (Oct. 8, 2012)**
ROA 13450
    "Alternate Source Documents" for Revenues and Expenses
        (a) Monthly Allocations of Revenues/Expenses
        (b) Monthly Allocations of Owner and Officer Payroll
        (c) Restatement of Profit & Loss Statements
    Exclusion of Seafood Benchmark Years
    Reliance Upon Available Data for Seafood Program Claims
    Real Estate Developer Exclusion

Doc. 15429-9  **BP Letter to Claims Administrator re Sept. 25th Policy Announcement**
ROA 20370  **and Oct. 1st Administrative Panel Meeting (Oct. 2, 2012)**
    Monthly Financial Data: Alternate Source Documents / Allocation / P&Ls
    Reconciliation of Financial Data in BEL Claims
    Start-Up Businesses and 2012 Tax Returns
    Retail and Lodging Information
    Seafood Program Issues
    Real Estate Developer Exclusion

Doc. 14914-77  **Class Memo to Claims Administrator re BEL Owners or Officers who are also**
ROA 20090  **Employees  (Oct. 2, 2012)**
    Owner-Officer Exclusion
    GCCF Release

Doc. 15429-7  **BP Letter to Claims Administrator (Sept. 28, 2012)**  [Full Original Letter]
ROA 20357
    Monthly Financial Data / Allocation / P&Ls
    Reconciliation of Financial Data in BEL Claims
    Start-Up Businesses and 2012 Tax Returns
    Prior Spill-Related Payments
    SWSs for IEL Claims
    Retail and Lodging Information
    SWSs on Absence of Tax Information Documents
    Individual Release
    Seafood Program Issues
    Real Estate Developer Exclusion

Doc. 8963-68  **From BP Counsel Letter to Claims Administrator re Monthly P&Ls**
ROA 13440  **(Sept. 28, 2012)**  [Class Exhibit]

| | |
|---|---|
| Doc. 15429-6<br>ROA 20350 | **BP Letter to Claims Administrator (Sept. 28, 2012)**  [Full Original Letter]<br>    Vessel Damage Claims<br>    Alternative Causation<br>    Owner-Officer Exclusion<br>    GCCF Release<br>    IEL/IPV/IFV Age Verification<br>    Wetlands – Tax Assessments / Parcels |
| Doc. 8963-67<br>ROA 13436 | **From BP Letter to Claims Administrator re Alternative Causation**<br>             **(Sept. 28, 2012)**  [Class Exhibit] |
| Doc. 14914-78<br>ROA 20096 | **Class Memo re Sept. 25, 2012 Announcement of Policy Decisions (Sept. 28, 2012)**<br>    Monthly Allocations of Revenues / Expenses<br>    Restatement of Profit & Loss Statements<br>    2012 Tax Returns<br>    Prior Spill-Related Payments<br>    Retail and Lodging Information<br>    Seafood Program Issues |
| Doc. 14914-79<br>ROA 20101 | **Class Memo to Claims Administrator re Causation  (Sept. 27, 2012)** |
| Doc. 8963-66<br>ROA 13433 | **E-Mail from M. Juneau to Parties re Causation  (Sept. 25, 2012)** |
| Doc. 8963-65<br>ROA 13426 | **Announcement of Policy Decisions (Sept. 25, 2012)**<br>    "Alternate Source Documents" for Revenues and Expenses<br>        (a) Monthly Allocations of Revenues/Expenses<br>        (b) Monthly Allocations of Owner and Officer Payroll<br>        (c) Restatement of Profit & Loss Statements<br>    Reconciliation of Financial Information<br>    Start-Up Businesses and 2012 Tax Returns<br>    Retail and Lodging Information<br>    Sworn Statement on the Absence of Tax Information<br>    Specific Dollar Amount Removed from Individual Release<br>    Exclusion of Seafood Benchmark Years<br>    Reliance Upon Available Data for Seafood Program Claims<br>    Real Estate Developer Exclusion |
| Doc. 14914-80<br>ROA 20105 | **Class Memo to Claims Administrator re Monthly Profit & Loss Documentation**<br>             **(Sept. 19, 2012)** |
| Doc. 14914-81<br>ROA 20108 | **Class Memo to Claims Administrator re Wetlands Database  (Sept. 19, 2012)** |
| Doc. 14914-82<br>ROA 20109 | **Memo to Plaintiffs' Counsel re Documentation Provisions  (Sept. 18, 2012)** |
| Doc. 14914-83<br>ROA 20110 | **Class Memo to Claims Administrator re "Claimant-friendly" Provisions**<br>             **(Sept. 17, 2012)** (redacted) |

Doc. 14914-84   **Class Memo to Claims Administrator re Documentation Provisions**
ROA 20117              **(Sept. 16, 2012)**

Doc. 7104   **Class Final Approval Brief (Aug. 13, 2012)**
ROA 5441 – *ROA cites to attachments below*
- Ex. A – Seafood Fund [Rec. Doc. 7104-1] – *ROA 5508*
- Ex. B – GCCF Methodologies [Rec. Doc. 7104-2] – *ROA 5517*
- Herman Declaration (July 23, 2012) [Rec. Doc. 7104-5] – *ROA 5267*
- Rice Declaration (Aug. 10, 2012) [Rec. Doc. 7104-6] – *ROA 5632*
- Issacharoff Declaration (Aug. 13, 2012) [Rec. Doc. 7104-4] – *ROA 5611*
- Klonoff Declaration (Aug. 13, 2012) [Rec. Doc. 7104-3] – *ROA 5543*

Doc. 7110   **Joint Submission in Support of Class Settlement Approval (Aug. 13, 2012)**
ROA 5707 – *ROA cites to attachments below*
- Coffee Declaration (Aug. 10, 2012) [Rec. Doc. 7110-3] – *ROA 5947*
- Monger Declaration (Aug. 13, 2012) [Rec. Doc. 7110-4] – *ROA 5988*
- Perry Declaration (Aug. 10, 2012) [Rec. Doc. 7110-5] – *ROA 6013*
- Balhoff Declaration (Aug. 10, 2012) [Rec. Doc. 7110-2] – *ROA 5937*

Doc. 7114-1   **BP Brief in Support of Settlement Approval (Aug. 13, 2012)**
ROA 6024 – *ROA cites to attachments below*
- Godfrey Declaration (Aug. 13, 2012) [Rec. Doc. 7114-9] – *ROA 6312*
- Miller Declaration (Aug. 10, 2012) [Rec. Doc. 7114-16] – *ROA 6448*
- Fishkind Declaration (Aug. 13, 2012) [Rec. Doc. 7114-5] – *ROA 6192*
- Henley Declaration (Aug. 11, 2012) [Rec. Doc. 7114-11] – *ROA 6333*
- Sharp Declaration (Aug. 10, 2012) [Rec. Doc. 7114-18] – *ROA 6547*

Doc. 14914-85   **Class Response to July 30 BrownGreer Memo re Policy Questions (Aug. 2, 2012)**
ROA 20122       Multi-Facility Offsets for Prior Payments
                Start-Up Businesses
                Zone Classification
                Documentation Requirements
                Churches without Tax Returns

Doc. 14914-86   **Class Counsel Response on Subsistence Issues (July 31, 2012)**
ROA 20128

Doc. 14914-87   **BrownGreer Memo re Policy Issues (July 30, 2012)**
ROA 20134       Multi-Facility Offsets for Prior Payments
                Start-Up Businesses
                Zone Classification
                Documentation Requirements
                Churches without Tax Returns
                Subsistence Claims

Doc. 6395   **Transcript of Preliminary Approval Hearing (April 25, 2012)**
ROA 21635