# MDL 2179 DEPOSITIONS

| DEPOSITION  DATE | DEPONENT | PHASE |
|---|---|---|
| January 19, 2011 | Anderson, Rex | Phase I |
| January 20, 2011 | Fontenot, Kevin | Phase I |
| January 26, 2011 | Wetherbee, James | Phase I |
| January 27, 2011 | Robinson, Steve | Phase I |
| February 2, 2011 | Sierdsma, Peter | Phase I |
| February 8, 2011 | Guillot, Walter | Phase I |
| February 10, 2011 | Corser, Kent | Phase I |
| February 11, 2011 | Corser, Kent | Phase I |
| February 14, 2011 | Winters, Warren | Phase I |
| February 15, 2011 | Winters, Warren | Phase I |
| February 16, 2011 | Sierdsma, Peter | Phase I |
| February 17, 2011 | Bly, Mark | Phase I |
| February 18, 2011 | Bly, Mark | Phase I |
| February 21, 2011 | Martin, Brian | Phase I |
| February 23, 2011 | McKay, Jim | Phase I |
| February 24, 2011 | Lucas, Matt | Phase I |
| February 24, 2011 | McKay, Jim | Phase I |
| February 25, 2011 | Lucas, Matt | Phase I |
| March 10, 2011 | Sepulvado, Ronnie | Phase I |
| March 11, 2011 | Sepulvado, Ronnie | Phase I |
| March 14, 2011 | Gisclair, John | Phase I |
| March 14, 2011 | Pleasant, Chris | Phase I |
| March 15, 2011 | Gisclair, John | Phase I |
| March 15, 2011 | Pleasant, Chris | Phase I |
| March 16, 2011 | Chaisson, Nathan | Phase I |
| March 17, 2011 | Chaisson, Nathan | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| March 21, 2011 | Quirk, Tim | Phase I |
| March 21, 2011 | Sprague, John | Phase I |
| March 22, 2011 | Quirk, Tim | Phase I |
| March 22, 2011 | Sprague, John | Phase I |
| March 23, 2011 | Canducci, Jerry | Phase I |
| March 23, 2011 | Cunningham, Erick | Phase I |
| March 24, 2011 | Canducci, Jerry | Phase I |
| March 24, 2011 | Cunningham, Erick | Phase I |
| March 28, 2011 | Albers, Shane | Phase I |
| March 28, 2011 | Johnson, Paul | Phase I |
| March 28, 2011 | Keith, Joseph | Phase I |
| March 29, 2011 | Johnson, Paul | Phase I |
| March 30, 2011 | Vargo, Richard | Phase I |
| March 31, 2011 | Vargo, Richard | Phase I |
| April 4, 2011 | LeBleu, John | Phase I |
| April 4, 2011 | Simonsen, Jan | Phase I |
| April 5, 2011 | Durkan, Alaric | Phase I |
| April 5, 2011 | LeBleu, John | Phase I |
| April 6, 2011 | Sims, David | Phase I |
| April 7, 2011 | Sims, David | Phase I |
| April 11, 2011 | Bodek, Robert | Phase I |
| April 11, 2011 | Stringfellow, William | Phase I |
| April 12, 2011 | Bodek, Robert | Phase I |
| April 12, 2011 | DeFranco, Samuel | Phase I |
| April 12, 2011 | Stringfellow, William | Phase I |
| April 14, 2011 | Gray, Kelly | Phase I |
| April 14, 2011 | Martinez, Victor | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| April 15, 2011 | Gray, Kelly | Phase I |
| April 18, 2011 | Paine, Kate | Phase I |
| April 19, 2011 | Paine, Kate | Phase I |
| April 19, 2011 | Wells, Kent | Phase I |
| April 20, 2011 | Burgess, Micah | Phase I |
| April 20, 2011 | Wells, Kent | Phase I |
| April 20, 2011 | Winslow, Daun | Phase I |
| April 21, 2011 | Walz, Greg | Phase I |
| April 21, 2011 | Winslow, Daun | Phase I |
| April 22, 2011 | Walz, Greg | Phase I |
| April 25, 2011 | Cocales, Brett | Phase I |
| April 25, 2011 | Crammond, Neil | Phase I |
| April 25, 2011 | Rose, Adrian | Phase I |
| April 26, 2011 | Cocales,  Brett | Phase I |
| April 26, 2011 | Rose, Adrian | Phase I |
| April 27, 2011 | Anderson, Paul | Phase I |
| April 27, 2011 | Ezell, Randy | Phase I |
| April 27, 2011 | Foster, Steve | Phase I |
| April 28, 2011 | Anderson, Paul | Phase I |
| April 28, 2011 | Ezell, Randy | Phase I |
| April 28, 2011 | Serio, Mike | Phase I |
| April 28, 2011 | Sprague, John | Phase I |
| April 29, 2011 | Serio, Mike | Phase I |
| May 2, 2011 | Bellow, Jonathan | Phase I |
| May 3, 2011 | Abbassian, Fereidoun | Phase I |
| May 3, 2011 | Bellow, Jonathan | Phase I |
| May 3, 2011 | Brown, Doug | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| May 3, 2011 | Brown, Doug | Phase I |
| May 4, 2011 | Abbassian, Fereidoun | Phase I |
| May 4, 2011 | Chandler, Paul | Phase I |
| May 4, 2011 | Grounds, Cheryl | Phase I |
| May 5, 2011 | O'Donnell, Alan | Phase I |
| May 6, 2011 | Bryan, Jim | Phase I |
| May 9, 2011 | Guide, John | Phase I |
| May 9, 2011 | Guidry, Erick | Phase I |
| May 9, 2011 | Lambert, Lee | Phase I |
| May 9, 2011 | Probert, Tim | Phase I |
| May 10, 2011 | Guide, John | Phase I |
| May 10, 2011 | Lambert, Lee | Phase I |
| May 10, 2011 | Probert, Tim | Phase I |
| May 11, 2011 | Gagliano, Jesse | Phase I |
| May 11, 2011 | McKay, David | Phase I |
| May 11, 2011 | Sepulvado, Murray | Phase I |
| May 12, 2011 | Mansfield, James Brent | Phase I |
| May 12, 2011 | Millsap, Kris | Phase I |
| May 12, 2011 | Sepulvado, Murray | Phase I |
| May 13, 2011 | Millsap, Kris | Phase I |
| May 16, 2011 | Breazeale, Martin | Phase I |
| May 16, 2011 | Huch, Nick | Phase I |
| May 17, 2011 | Breazeale, Martin | Phase I |
| May 18, 2011 | Rodante, Thomas V. | Phase I |
| May 18, 2011 | Breland, Craig | Phase I |
| May 18, 2011 | Skidmore, Ross | Phase I |
| May 19, 2011 | Lynch, Richard | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| May 19, 2011 | Suttles, Doug | Phase I |
| May 19, 2011 | Holloway, Caleb | Phase I |
| May 20, 2011 | Lynch, Richard | Phase I |
| May 20, 2011 | Suttles, Doug | Phase I |
| May 23, 2011 | Liu, Xuemei | Phase I |
| May 23, 2011 | Smith, Darryl | Phase I |
| May 24, 2011 | Mazzella, Mark | Phase I |
| May 24, 2011 | Sabins, Fred | Phase I |
| May 25, 2011 | Quitzau, Robert | Phase I |
| May 25, 2011 | Sabins, Fred | Phase I |
| May 25, 2011 | Skelton, Cindy | Phase I |
| May 26, 2011 | Hurta, Gary | Phase I |
| May 26, 2011 | Quitzau, Robert | Phase I |
| May 26, 2011 | Skelton, Cindy | Phase I |
| June 1, 2011 | Lacy, Kevin | Phase I |
| June 1, 2011 | Lee, Phillip Earl | Phase I |
| June 1, 2011 | Rich, David | Phase I |
| June 2, 2011 | Lacy, Kevin | Phase I |
| June 2, 2011 | Lee, Phillip Earl | Phase I |
| June 2, 2011 | Rainey, David | Phase I |
| June 2, 2011 | Rich, David | Phase I |
| June 2, 2011 | Bhalla, Kenneth | Phase I |
| June 2, 2011 | Young, Kenneth | Phase I |
| June 3, 2011 | Rainey, David | Phase I |
| June 3, 2011 | Katsounas ,Andreas | Phase I |
| June 6, 2011 | Clawson, Bryan | Phase I |
| June 6, 2011 | Erwin, Carter | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| June 6, 2011 | Hayward, Tony | Phase I |
| June 7, 2011 | Clawson, Bryan | Phase I |
| June 7, 2011 | Cowlam, Gillam | Phase I |
| June 7, 2011 | Erwin, Carter | Phase I |
| June 7, 2011 | Lirette, Brad | Phase I |
| June 8, 2011 | Hayward, Tony | Phase I |
| June 9, 2011 | Little, Ian | Phase I |
| June 9, 2011 | Theirens, Henry | Phase I |
| June 9, 2011 | Wardlaw, Kirk | Phase I |
| June 10, 2011 | Little, Ian | Phase I |
| June 10, 2011 | Theirens, Harry | Phase I |
| June 13, 2011 | Cameron, David | Phase I |
| June 13, 2011 | Sabins, Fred | Phase I |
| June 13, 2011 | Tabler, Vincent | Phase I |
| June 13, 2011 | Wong, Norman | Phase I |
| June 14, 2011 | Brown, David | Phase I |
| June 14, 2011 | Tabler, Vincent | Phase I |
| June 14, 2011 | Wong, Norman | Phase I |
| June 16, 2011 | Tooms, Paul | Phase I |
| June 16, 2011 | Dupree, James | Phase I |
| June 17, 2011 | Dupree, James | Phase I |
| June 17, 2011 | Tooms, Paul | Phase I |
| June 20, 2011 | Kellingray, Daryl | Phase I |
| June 20, 2011 | Kritzer, Joshua | Phase I |
| June 20, 2011 | LeNormand, William | Phase I |
| June 20, 2011 | Price, Vincent | Phase I |
| June 20, 2011 | Willis, Cathleenia | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| June 21, 2011 | Baxter, John | Phase I |
| June 21, 2011 | Kellingray, Daryl | Phase I |
| June 21, 2011 | Kent, James | Phase I |
| June 21, 2011 | LeNormand, William | Phase I |
| June 22, 2011 | Baxter, John | Phase I |
| June 22, 2011 | Castell, Sir William | Phase I |
| June 22, 2011 | Holleck, Darrell | Phase I |
| June 22, 2011 | Kent, James | Phase I |
| June 22, 2011 | Lambert, Heath | Phase I |
| June 23, 2011 | Billon, Brad | Phase I |
| June 23, 2011 | Castell, Sir William | Phase I |
| June 23, 2011 | Emilsen, Haug | Phase I |
| June 23, 2011 | Schneider, Alan | Phase I |
| June 23, 2011 | Vinson, Graham | Phase I |
| June 24, 2011 | Billon, Brad | Phase I |
| June 24, 2011 | Emilsen, Haug | Phase I |
| June 24, 2011 | Johnson, Dennis | Phase I |
| June 24, 2011 | Vinson, Graham | Phase I |
| June 27, 2011 | Beirne, Michael | Phase I |
| June 27, 2011 | Haynie, William | Phase I |
| June 27, 2011 | Smith, Newton Pharr | Phase I |
| June 27, 2011 | Wall, David | Phase I |
| June 28, 2011 | Beirne, Michael | Phase I |
| June 28, 2011 | Mogford, John | Phase I |
| June 28, 2011 | Smith, Newton Pharr | Phase I |
| June 29, 2011 | Cowie, Jim | Phase I |
| June 29, 2011 | Faul, Ronald | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| June 29, 2011 | Flynn, Steve | Phase I |
| June 29, 2011 | Hay, Mark David | Phase I |
| June 29, 2011 | Ishii, Naoki | Phase I |
| June 29, 2011 | Kennelley, Kevin | Phase I |
| June 29, 2011 | McMahan, Larry | Phase I |
| June 29, 2011 | Mogford, John | Phase I |
| June 30, 2011 | Cowie, Jim | Phase I |
| June 30, 2011 | Faul, Ronald | Phase I |
| June 30, 2011 | Hay, Mark David | Phase I |
| June 30, 2011 | Ishii, Naoki | Phase I |
| June 30, 2011 | Little, Ian | Phase I |
| June 30, 2011 | McMahan, Larry | Phase I |
| July 5, 2011 | Thompson, Neil | Phase I |
| July 6, 2011 | Bjerager, Peter | Phase I |
| July 6, 2011 | Kenney, Gary | Phase I |
| July 6, 2011 | Morgan, Patrick | Phase I |
| July 6, 2011 | Winter, David | Phase I |
| July 7, 2011 | McWhorter, David | Phase I |
| July 7, 2011 | Sandell, Micah | Phase I |
| July 7, 2011 | Skripnikova, Galina | Phase I |
| July 8, 2011 | Haire, Christopher | Phase I |
| July 8, 2011 | McWhorter, David | Phase I |
| July 8, 2011 | Skripnikova, Galina | Phase I |
| July 11, 2011 | Kaluza Jr., Robert M. | Phase I |
| July 12, 2011 | Albertin, Martin | Phase I |
| July 12, 2011 | Campbell, Patrick | Phase I |
| July 12, 2011 | Hadaway, Troy James | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| July 12, 2011 | Harrell, Jimmy | Phase I |
| July 13, 2011 | Albertin, Martin | Phase I |
| July 13, 2011 | Armstrong, Ellis | Phase I |
| July 13, 2011 | Byrd, Jeremy | Phase I |
| July 13, 2011 | Byrd, Michael L | Phase I |
| July 13, 2011 | Campbell, Patrick | Phase I |
| July 13, 2011 | Patton, Frank | Phase I |
| July 14, 2011 | Byrd, Michael L | Phase I |
| July 14, 2011 | Kuchta, Curt | Phase I |
| July 14, 2011 | O'Bryan, Patrick | Phase I |
| July 14, 2011 | Patton, Frank | Phase I |
| July 14, 2011 | Taylor, Carl | Phase I |
| July 14, 2011 | Taylor, Carl | Phase I |
| July 14, 2011 | Watson, Nick | Phase I |
| July 14, 2011 | Watson, Nick | Phase I |
| July 15, 2011 | O'Bryan, Patrick | Phase I |
| July 18, 2011 | Ambrose, Billy | Phase I |
| July 18, 2011 | Whitby, Melvin | Phase I |
| July 19, 2011 | Ambrose, Billy | Phase I |
| July 19, 2011 | Daigle, Keith | Phase I |
| July 19, 2011 | Dubois, Richard | Phase I |
| July 19, 2011 | Neal, Robert | Phase I |
| July 19, 2011 | Whitby, Melvin | Phase I |
| July 20, 2011 | Boughton, Geoff | Phase I |
| July 20, 2011 | Fleece, Trent | Phase I |
| July 20, 2011 | McWhorter, Jim | Phase I |
| July 20, 2011 | Williams, Michael | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| July 20, 2011 | Williams, Michael | Phase I |
| July 21, 2011 | Boughton, Geoff | Phase I |
| July 21, 2011 | Inglis, Andy | Phase I |
| July 21, 2011 | Jackson, Curtis | Phase I |
| July 21, 2011 | Jassal, Kulwant Singh | Phase I |
| July 21, 2011 | McWhorter, Jim | Phase I |
| July 21, 2011 | Morel, Brian | Phase I |
| July 21, 2011 | Neal, Eric | Phase I |
| July 22, 2011 | Burns, Tim | Phase I |
| July 22, 2011 | Hafle, Mark | Phase I |
| July 22, 2011 | Inglis, Andy | Phase I |
| July 25, 2011 | Alberty, Mark W | Phase I |
| July 25, 2011 | Fleytas, Andrea | Phase I |
| July 25, 2011 | Fleytas, Andrea | Phase I |
| July 25, 2011 | Hackney, David | Phase I |
| July 25, 2011 | Johnson, William | Phase I |
| July 25, 2011 | Johnson, William | Phase I |
| July 25, 2011 | Roth, Thomas | Phase I |
| July 25, 2011 | Seraile, Allen | Phase I |
| July 25, 2011 | Seraile, Allen | Phase I |
| July 26, 2011 | Alberty, Mark W | Phase I |
| July 26, 2011 | Roth, Thomas | Phase I |
| July 26, 2011 | Yilmaz, Barbara | Phase I |
| July 27, 2011 | Bertone, Stephen | Phase I |
| July 27, 2011 | Bertone, Stephen | Phase I |
| July 27, 2011 | Ingram, James | Phase I |
| July 27, 2011 | Ingram, James | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| July 27, 2011 | Johnson, Dustin | Phase I |
| July 27, 2011 | Johnson, Dustin | Phase I |
| July 27, 2011 | Odenwald, Jay | Phase I |
| July 27, 2011 | Sannan, Stuart William | Phase I |
| July 27, 2011 | Saucier, Michael | Phase I |
| July 27, 2011 | Yilmaz, Barbara | Phase I |
| July 28, 2011 | Meinhart, Paul | Phase I |
| July 28, 2011 | Meinhart, Paul | Phase I |
| July 28, 2011 | Sannan, Stuart William | Phase I |
| July 28, 2011 | Saucier, Michael | Phase I |
| July 29, 2011 | Clark, Skip | Phase I |
| July 29, 2011 | Rodriguez, Angel | Phase I |
| August 2, 2011 | Kronenberger, Kurt | Phase I |
| August 17, 2011 | Gardner, Craig | Phase I |
| August 17, 2011 | Keeton, Jonathan | Phase I |
| August 18, 2011 | Keeton, Jonathan | Phase I |
| August 23, 2011 | Bondurant, Charles | Phase I |
| August 24, 2011 | Farr, Dan | Phase I |
| August 24, 2011 | Walsh,Robert | Phase I |
| August 25, 2011 | Farr, Dan | Phase I |
| August 25, 2011 | Wheeler, Wyman | Phase I |
| August 25, 2011 | Wheeler, Wyman | Phase I |
| August 25, 2011 | Roller, Perrin | Phase I |
| August 25, 2011 | Tiano, Robert | Phase I |
| August 29, 2011 | Beirute, Rob | Phase I |
| August 30, 2011 | Beirute, Rob | Phase I |
| August 30, 2011 | Brock, Tony | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| September 8, 2011 | Peyton, Dawn | Phase I |
| September 12, 2011 | Keplinger, Yancey | Phase I |
| September 12, 2011 | Keplinger, Yancey | Phase I |
| September 14, 2011 | Birrell, Gordon | Phase I |
| September 14, 2011 | Lindner, Leo | Phase I |
| September 14, 2011 | Martin, Doug | Phase I |
| September 14, 2011 | Ravi, Kris | Phase I |
| September 15, 2011 | Birrell, Gordon | Phase I |
| September 15, 2011 | Bozeman, Walt | Phase I |
| September 15, 2011 | Lindner, Leo | Phase I |
| September 19, 2011 | Gaude, Ed | Phase I |
| September 20, 2011 | Bement, James | Phase I |
| September 20, 2011 | Thorseth, Jay | Phase I |
| September 21, 2011 | Daly, Mike | Phase I |
| September 21, 2011 | Domangue, Bryan | Phase I |
| September 21, 2011 | Prestidge, Jim | Phase I |
| September 22, 2011 | Daly, Mike | Phase I |
| September 22, 2011 | Young, David | Phase I |
| September 23, 2011 | Lacy, Stuart | Phase I |
| September 23, 2011 | Trocquet, David | Phase I |
| September 26, 2011 | Frazelle, Andrew | Phase I |
| September 27, 2011 | Emanuel, Victor | Phase I |
| September 27, 2011 | Frazelle, Andrew | Phase I |
| September 27, 2011 | Johnson, Steve | Phase I |
| September 27, 2011 | Shaughnessy, John | Phase I |
| September 28, 2011 | Emmerson, Tony | Phase I |
| September 28, 2011 | Trahan, Buddy | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| September 28, 2011 | Turlak, Rob | Phase I |
| September 29, 2011 | Turlak, Rob | Phase I |
| September 30, 2011 | MacDonald, Capt. John | Phase I |
| September 30, 2011 | Newman, Steve | Phase I |
| October 4, 2011 | Moore, Jimmy Glen | Phase I |
| October 5, 2011 | Florence, Robert Ewen | Phase I |
| October 5, 2011 | Strife, Stuart C. | Phase I |
| October 6, 2011 | Meche, Gregory Luke | Phase I |
| October 7, 2011 | Hart, Derek | Phase I |
| October 7, 2011 | Stelly, Phyllis | Phase I |
| October 10, 2011 | Nguyen, Quang Dan | Phase I |
| October 11, 2011 | Douglas, Scherie | Phase I |
| October 11, 2011 | Odom, Michael | Phase I |
| October 13, 2011 | Miller, Richard Allen | Phase I |
| October 14, 2011 | Richard, Benjamin | Phase I |
| October 17, 2011 | Morgan, Rickey Lynn | Phase I |
| October 18, 2011 | Morrison, Richard | Phase I |
| October 18, 2011 | Sanders, Sarah | Phase I |
| October 19, 2011 | Morrison, Richard | Phase I |
| October 20, 2011 | Dugas, Roger Wayne | Phase I |
| October 26, 2011 | Shaw, Neil | Phase I |
| October 27, 2011 | Braniff, Barry | Phase I |
| November 2, 2011 | Viator, Michael | Phase I |
| November 3, 2011 | Chemali, Roland | Phase I |
| November 3, 2011 | McKay, Lamar | Phase I |
| November 4, 2011 | Garrison, Greg | Phase I |
| November 4, 2011 | Maxie, Doyle | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| November 4, 2011 | McKay, Lamar | Phase I |
| November 8, 2011 | Barron, Daniel Clark | Phase I |
| November 8, 2011 | Barron, Daniel Clark | Phase I |
| November 9, 2011 | Sutton, Steve | Phase I |
| November 10, 2011 | Sweatman, Ronald | Phase I |
| November 14, 2011 | Bea, P.E., Robert | Phase I |
| November 14, 2011 | Hurst, Andrew | Phase I |
| November 14, 2011 | Pritchard, David | Phase I |
| November 15, 2011 | Bea, P.E., Robert | Phase I |
| November 15, 2011 | Pritchard, David | Phase I |
| November 16, 2011 | Davis, Rory | Phase I |
| November 16, 2011 | Gale, William | Phase I |
| November 16, 2011 | Huffman, Alan | Phase I |
| November 17, 2011 | Benge, Glen | Phase I |
| November 17, 2011 | Davis, Rory | Phase I |
| November 17, 2011 | Huffman, Alan | Phase I |
| November 17, 2011 | Powell, Heather | Phase I |
| November 18, 2011 | Benge, Glen | Phase I |
| November 18, 2011 | Robinson, PhD, John Neil | Phase I |
| November 18, 2011 | Webster, Edward Geoffrey | Phase I |
| November 21, 2011 | Heenan, Richard | Phase I |
| November 21, 2011 | Houck, Lt. Nathan | Phase I |
| November 21, 2011 | Merala, Raymond | Phase I |
| November 22, 2011 | Novak, Patrick | Phase I |
| November 28, 2011 | Perkin, P.E., Gregg | Phase I |
| November 28, 2011 | Roberts, PhD, John Scott | Phase I |
| November 29, 2011 | Barnhill, Calvin | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| November 29, 2011 | Perkin, P.E., Gregg | Phase I |
| November 30, 2011 | Barnhill, Calvin | Phase I |
| December 1, 2011 | Childs, P.E., Eric Gregory | Phase I |
| December 1, 2011 | Scates, PhD, Robert | Phase I |
| December 1, 2011 | Wolfe, Jeff L. | Phase I |
| December 2, 2011 | Childs, P.E., Eric Gregory | Phase I |
| December 5, 2011 | Azar, PhD, J.J. | Phase I |
| December 5, 2011 | Batte, Jerry | Phase I |
| December 5, 2011 | Burch, Morris | Phase I |
| December 5, 2011 | Coronado, Richard | Phase I |
| December 5, 2011 | Lewis, Samuel | Phase I |
| December 5, 2011 | McGuire, Lindell V. | Phase I |
| December 6, 2011 | Azar, PhD, J.J. | Phase I |
| December 6, 2011 | Coronado, Richard | Phase I |
| December 6, 2011 | Lewis, Samuel | Phase I |
| December 6, 2011 | McGuire, Lindell V. | Phase I |
| December 7, 2011 | Frigaard, Ian | Phase I |
| December 7, 2011 | Hughett, PE, John Paul | Phase I |
| December 7, 2011 | Medley, Jr. PE, George H. | Phase I |
| December 7, 2011 | O-Donnell, David | Phase I |
| December 8, 2011 | Emilsen, Morton | Phase I |
| December 8, 2011 | Frigaard, Ian | Phase I |
| December 8, 2011 | Hughett, PE, John Paul | Phase I |
| December 8, 2011 | Medley, Jr. PE, George H. | Phase I |
| December 8, 2011 | Quoyeser, Joseph | Phase I |
| December 12, 2011 | Abel, Leo William | Phase I |
| December 12, 2011 | Grace, Robert | Phase I |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| December 12, 2011 | Shanks, II, Forrest Earl | Phase I |
| December 13, 2011 | Abel, Leo William | Phase I |
| December 13, 2011 | Shanks, II, Forrest Earl | Phase I |
| December 13, 2011 | Vernon, Roger | Phase I |
| December 14, 2011 | Mitchell, Captain Andrew | Phase I |
| December 14, 2011 | Stevick, PhD, Glen R. | Phase I |
| December 15, 2011 | Beck, Frederick Eugene | Phase I |
| December 15, 2011 | Stevick, PhD, Glen R. | Phase I |
| December 15, 2011 | Sutcliffe, Kathleen | Phase I |
| December 15, 2011 | Weinritt, Donald J. | Phase I |
| December 16, 2011 | Beck, Frederick Eugene | Phase I |
| December 16, 2011 | Dias, Paul Americo | Phase I |
| December 16, 2011 | McCormack, Gregory McNiel | Phase I |
| December 16, 2011 | Weinritt, Donald J. | Phase I |
| December 19, 2011 | Cain, Gordon | Phase I |
| December 19, 2011 | Calvert, David G. | Phase I |
| December 19, 2011 | Hudson, Patrick | Phase I |
| December 19, 2011 | Knight, Clifton Troy | Phase I |
| December 19, 2011 | Wecker, William | Phase I |
| December 20, 2011 | Hudson, Patrick | Phase I |
| December 20, 2011 | Strickland, Richard | Phase I |
| December 21, 2011 | Bourgoyne, Jr., Adam | Phase I |
| December 21, 2011 | Strickland, Richard | Phase I |
| December 21, 2011 | Woolie, Marion M. | Phase I |
| December 21, 2011 | Zatarain, Arthur | Phase I |
| December 22, 2011 | Barker, John | Phase I |
| December 22, 2011 | Bolado, David | Phase I |

# MDL 2179 DEPOSITIONS

| December 22, 2011 | Bourgoyne, Jr., Adam | Phase I |
|---|---|---|
| December 22, 2011 | Lewis, David | Phase I |
| December 22, 2011 | Lirette, Brent | Phase I |
| December 22, 2011 | Schoennagel, Chuck | Phase I |
| December 23, 2011 | Bolado, David | Phase I |
| January 5, 2012 | Chenevert, Martin | Phase I |
| January 5, 2012 | Friedheim, PhD., James | Phase I |
| January 6, 2012 | Doughty, PhD, Daniel H. | Phase I |
| January 11, 2012 | Colson, Leif | Phase I |
| January 11, 2012 | Lang, James | Phase I |
| January 11, 2012 | Vinson, Graham | Phase I |
| January 12, 2012 | Lee, Richard | Phase I |
| January 13, 2012 | Farr, Daniel | Phase I |
| January 17, 2012 | Crooks, Ronald James | Phase I |
| January 18, 2012 | Crooks, Ronald James | Phase I |
| January 30, 2012 | Ramesh, PhD, Manian | Phase I |
| February 7, 2012 | Gagliano, Jesse | Phase I |
| February 8, 2012 | Gagliano, Jesse | Phase I |
| February 8, 2012 | Houck, Lt. Nathan | Phase I |
| February 15, 2012 | Ravi, Krishna | Phase I |
| February 16, 2012 | Ravi, Krishna | Phase I |
| August 7, 2012 | Richard Brainard | Phase II |
| August 22, 2012 | Richard Vargo | Phase II |
| September 6, 2012 | Nicky Pellerin | Phase II |
| September 10, 2012 | Richard Goosen | Phase II |
| September 10, 2012 | Jason LeBlanc | Phase II |
| September 11, 2012 | Paul Hsieh | Phase II |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| September 11, 2012 | Ward Guillot | Phase II |
| September 12, 2012 | Paul Hsieh | Phase II |
| September 12, 2012 | Brian O'Neill | Phase II |
| September 12, 2012 | Richard Camilli | Phase II |
| September 13, 2012 | Richard Camilli | Phase II |
| September 13, 2012 | Matthew Gochnour | Phase II |
| September 14, 2012 | Matthew Gochnour | Phase II |
| September 14, 2012 | Steve Pelphrey | Phase II |
| September 18, 2012 | Mark Sogge | Phase II |
| September 18, 2012 | Graham "Pinky" Vinson | Phase II |
| September 19, 2012 | Mark Sogge | Phase II |
| September 19, 2012 | Graham "Pinky" Vinson | Phase II |
| September 19, 2012 | Alan O'Donnell | Phase II |
| September 20, 2012 | Shade LeBlanc | Phase II |
| September 20, 2012 | Jaime Loos | Phase II |
| September 24, 2012 | Admiral Thad Allen | Phase II |
| September 25, 2012 | Admiral Thad Allen | Phase II |
| September 26, 2012 | Antonio Possolo, Ph.D. | Phase II |
| September 27, 2012 | Antonio Possolo, Ph.D. | Phase II |
| September 27, 2012 | Smon Bishop | Phase II |
| September 28, 2012 | Simon Bishop | Phase II |
| October 1, 2012 | Mark William Miller | Phase II |
| October 3, 2012 | Charles Bender Henry Jr | Phase II |
| October 3, 2012 | Ole Rygg | Phase II |
| October 4, 2012 | Bryan David Ritchie | Phase II |
| October 4, 2012 | Charles Bender Henry Jr | Phase II |
| October 5, 2012 | Bryan David Ritchie | Phase II |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| October 10, 2012 | Lars Herbst | Phase II |
| October 10, 2012 | Rear Admiral Kevin Cook | Phase II |
| October 11, 2012 | Lars Herbst | Phase II |
| October 11, 2012 | Rear Admiral Kevin Cook | Phase II |
| October 11, 2012 | Thomas Knox | Phase II |
| October 12, 2012 | Thomas Knox | Phase II |
| October 16, 2012 | Adam Ballard PhD | Phase II |
| October 17, 2012 | Adam Ballard, PhD | Phase II |
| October 17, 2012 | Arthur Cleveland Ratzel, III | Phase II |
| October 17, 2012 | James McGregor Rohloff | Phase II |
| October 18, 2012 | James McGregor Rohloff | Phase II |
| October 18, 2012 | Arthur Cleveland Ratzel, III | Phase II |
| October 22, 2012 | Rear Admiral Mary Landry | Phase II |
| October 23, 2012 | Rear Admiral Mary Landry | Phase II |
| October 24, 2012 | Marcia McNutt, PhD | Phase II |
| October 24, 2012 | Yun Wang | Phase II |
| October 25, 2012 | Marcia McNutt, PhD | Phase II |
| October 25, 2012 | Trevor Smith | Phase II |
| October 25, 2012 | Yun Wang | Phase II |
| October 26, 2012 | Trevor Smith | Phase II |
| October 30, 2012 | Thomas Hunter, Ph.D. | Phase II |
| October 31, 2012 | Don Maclay | Phase II |
| October 31, 2012 | Thomas Hunter, PhD. | Phase II |
| November 1, 2012 | Don Maclay | Phase II |
| November 1, 2012 | Gary Dale Kenney | Phase II |
| November 1, 2012 | Neil Thompson | Phase II |
| November 1, 2012 | Robert Quitzau | Phase II |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| November 2, 2012 | Robert Quitzau | Phase II |
| November 5, 2012 | Robert Sanders | Phase II |
| November 6, 2012 | Hugh Banon | Phase II |
| November 6, 2012 | Robert Joseph Turlak | Phase II |
| November 7, 2012 | Robert Joseph Turlak | Phase II |
| November 8, 2012 | Marvin Miller | Phase II |
| November 12, 2012 | Kevin James Devers | Phase II |
| November 12, 2012 | Ruben Schulkes | Phase II |
| November 12, 2012 | Tanner Gansert | Phase II |
| November 13, 2012 | Kevin James Devers | Phase II |
| November 13, 2012 | Stewart Griffiths | Phase II |
| November 14, 2012 | Andrew Woods | Phase II |
| November 14, 2012 | Earnest Bush | Phase II |
| November 14, 2012 | Stewart Griffiths | Phase II |
| November 15, 2012 | David McWhorter | Phase II |
| November 15, 2012 | George Guthrie, PhD | Phase II |
| November 16, 2012 | David McWhorter | Phase II |
| November 16, 2012 | George Guthrie | Phase II |
| November 16, 2012 | George Ray Ross Jr PhD, P.E. | Phase II |
| November 19, 2012 | Ellen D Williams PhD | Phase II |
| November 20, 2012 | Ellen D Williams PhD | Phase II |
| November 27, 2012 | John Hughes | Phase II |
| November 28, 2012 | Charles Holt | Phase II |
| November 28, 2012 | Chris Matice | Phase II |
| November 28, 2012 | John Hughes | Phase II |
| November 29, 2012 | Charles Holt | Phase II |
| November 29, 2012 | Matt Stahl | Phase II |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| November 30, 2012 | Charles Andrew Miller | Phase II |
| November 30, 2012 | Edmond Shtepani PhD, P.Eng | Phase II |
| November 30, 2012 | Steven McArthur | Phase II |
| December 5, 2012 | Albert 'Bud' DeCoste | Phase II |
| December 14, 2012 | David Arnold Barnett | Phase II |
| December 18, 2012 | Steve Carmichael | Phase II |
| December 18, 2012 | Timothy Lockett PhD | Phase II |
| December 19, 2012 | Adm James Angus Watson IV | Phase II |
| December 19, 2012 | Stephen Carmichael | Phase II |
| December 19, 2012 | Timothy Lockett PhD. | Phase II |
| December 20, 2012 | James Angus Watson IV | Phase II |
| January 7, 2013 | Richard F Brannon | Phase II |
| January 8, 2013 | Richard F Brannon | Phase II |
| January 10, 2013 | Farah Saidi | Phase II |
| January 10, 2013 | Richard Harland | Phase II |
| January 10, 2013 | Tony T Liao, PhD | Phase II |
| January 11, 2013 | Farah Saidi | Phase II |
| January 11, 2013 | Richard Harland | Phase II |
| January 11, 2013 | Tony T Liao, PhD | Phase II |
| January 14, 2013 | Trevor J. Hill | Phase II |
| January 15, 2013 | Robert C. Merrill, Jr | Phase II |
| January 15, 2013 | Trevor Hill | Phase II |
| January 16, 2013 | James Wellings | Phase II |
| January 16, 2013 | Robert Merrill Jr. | Phase II |
| January 17, 2013 | James Wellings | Phase II |
| January 17, 2013 | William Joseph Lehr, PhD | Phase II |
| January 18, 2013 | William Joseph Lehr, PhD | Phase II |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| January 23, 2013 | Robert Markham Patteson | Phase II |
| January 24, 2013 | Clifton Michael Mason | Phase II |
| January 24, 2013 | Robert Markham Patteson | Phase II |
| January 24, 2013 | Sec of Energy Steven Chu | Phase II |
| January 25, 2013 | Clifton Michael Mason | Phase II |
| January 28, 2013 | Steven David Hand | Phase II |
| January 29, 2013 | Steven David Hand | Phase II |
| January 30, 2013 | Mark Havstad | Phase II |
| January 30, 2013 | Michael Levitan, PhD | Phase II |
| January 30, 2013 | Ronald Dykhuizen | Phase II |
| January 31, 2013 | Mark Havstad | Phase II |
| January 31, 2013 | Michael Levitan, PhD | Phase II |
| January 31, 2013 | Ronald Dykhuizen | Phase II |
| February 6, 2013 | George Douglas Graettinger | Phase II |
| February 21, 2013 | Dr Ira Leifer | Phase II |
| February 22, 2013 | Dr Ira Leifer | Phase II |
| March 6, 2013 | Louis Romo | Phase II |
| March 7, 2013 | Anthony Harwin | Phase II |
| March 8, 2013 | Kinton Lawler | Phase II |
| June 19, 2013 | Morris Burch | Phase II |
| June 19, 2013 | Ronald Dykhuizen, Ph.D. | Phase II |
| June 20, 2013 | Ronald Dykhuizen, Ph.D. | Phase II |
| June 24, 2013 | Gregg Steven Perkin, P.E. | Phase II |
| June 25, 2013 | Gregg Steven Perkin, P.E. | Phase II |
| June 26, 2013 | Stewart Griffiths, Ph.D. | Phase II |
| June 27, 2013 | Stewart Griffiths, Ph.D. | Phase II |
| June 27, 2013 | Dan Gibson | Phase II |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| June 28, 2013 | Aaron Zick, Ph.D. | Phase II |
| June 28, 2013 | Richard S. Carden | Phase II |
| June 29, 2013 | Aaron Zick, Ph.D. | Phase II |
| July 1, 2013 | Andres Momber | Phase II |
| July 2, 2013 | Andres Momber | Phase II |
| July 2, 2013 | Robert Zimmerman | Phase II |
| July 3, 2013 | Robert Zimmerman | Phase II |
| July 3, 2013 | Mehran Pooladi Darvish | Phase II |
| July 4, 2013 | Mehran Pooladi Darvish | Phase II |
| July 9, 2013 | Martin Trusler | Phase II |
| July 10, 2013 | Nigel Richardson | Phase II |
| July 10, 2013 | Greg Childs | Phase II |
| July 12, 2013 | Thomas Hunter | Phase II |
| July 12, 2013 | Rory Davis | Phase II |
| July 15, 2013 | Michael Zaldivar | Phase II |
| July 16, 2013 | Andrew Mackay | Phase II |
| July 16, 2013 | Tyson Foutz | Phase II |
| July 17, 2013 | Mohan Kelkar | Phase II |
| July 17, 2013 | Alan Huffman | Phase II |
| July 17, 2013 | Hans Vaziri | Phase II |
| July 18, 2013 | Alan Huffman | Phase II |
| July 18, 2013 | Mohan Kelkar | Phase II |
| July 18, 2013 | Nathan Bushnell | Phase II |
| July 19, 2013 | Nathan Bushnell | Phase II |
| July 19, 2013 | Adrian Johnson | Phase II |
| July 22, 2013 | Robert Bea | Phase II |
| July 22, 2013 | John Wilson | Phase II |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| July 22, 2013 | Curtis Whitson | Phase II |
| July 22, 2013 | Alain Gringarten | Phase II |
| July 23, 2013 | Srdjan Nesic | Phase II |
| July 23, 2013 | Alain Gringarten | Phase II |
| July 23, 2013 | Curtis Whitson | Phase II |
| July 24, 2013 | Edward Ziegler | Phase II |
| July 24, 2013 | Srdjan Nesic | Phase II |
| July 24, 2013 | Jean Claude Roegiers | Phase II |
| July 25, 2013 | Iain Adams | Phase II |
| July 25, 2013 | Jean Claude Roegiers | Phase II |
| July 25, 2013 | Glen Stevick | Phase II |
| July 25, 2013 | Leif Larsen | Phase II |
| July 25, 2013 | Martin Julian Blunt | Phase II |
| July 26, 2013 | Glen Stevick | Phase II |
| July 26, 2013 | Leif Larsen | Phase II |
| July 26, 2013 | Martin Julian Blunt | Phase II |
| July 29, 2013 | Adam Ballard | Phase II |
| July 29, 2013 | Simon Lo | Phase II |
| July 30, 2013 | John Martinez | Phase II |
| July 31, 2013 | John Martinez | Phase II |
| August 1, 2013 | Ottis Glen Benge | Phase II |
| August 2, 2013 | Thomas Andrew Dewers | Phase II |
| June 11, 2014 | Merten, Amy | Penalty |
| June 16, 2014 | Folse, Laura | Penalty |
| June 17, 2014 | Hanzalik, Capt. James | Penalty |
| June 17, 2014 | Luton, Harry | Penalty |
| June 18, 2014 | Barnes, Joshua | Penalty |

# MDL 2179 DEPOSITIONS

| June 18, 2014 | Childs, Dr. Carl | Penalty |
|---|---|---|
| June 19, 2014 | Hewett, Capt. Larry | Penalty |
| June 20, 2014 | Heron, Dr. Richard | Penalty |
| June 20, 2014 | Morrison, Richard | Penalty |
| June 24, 2014 | Barron, Mace | Penalty |
| June 24, 2014 | Casey, LCDR Drew | Penalty |
| June 24, 2014 | Huston, Mark | Penalty |
| June 26, 2014 | Conmy, Robyn | Penalty |
| June 26, 2014 | Cross, Iris | Penalty |
| June 26, 2014 | Howard, Dr. John | Penalty |
| June 26, 2014 | Rose, Marshall | Penalty |
| June 27, 2014 | Utsler, Mike | Penalty |
| July 1, 2014 | McNulty, Sarah | Penalty |
| July 2, 2014 | Bucknall, David | Penalty |
| July 9, 2014 | Hein, Capt. Julia | Penalty |
| July 9, 2014 | Higgins, Damien | Penalty |
| July 10, 2014 | Lubchenco, Dr. Jane | Penalty |
| July 10, 2014 | Miller, Mark | Penalty |
| July 10, 2014 | Robertson, Mike | Penalty |
| July 11, 2014 | Gwin, Robert | Penalty |
| July 11, 2014 | Smith, Brian | Penalty |
| July 15, 2014 | Douglas, Margaret Cathy | Penalty |
| July 15, 2014 | Kulesa, Lt. Frank | Penalty |
| July 16, 2014 | Bray, Steven | Penalty |
| July 16, 2014 | Wilson, Duane | Penalty |
| July 16, 2014 | Zimmer, Tom - Cancelled | Penalty |
| July 17, 2014 | Austin, Capt. Meredith | Penalty |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| July 17, 2014 | Hollek, Darrell | Penalty |
| July 18, 2014 | McCleary, Capt. Stephen | Penalty |
| July 24, 2014 | Bamfield, Nick | Penalty |
| August 1, 2014 | Michel, Dr. Jaqueline | Penalty |
| August 5, 2014 | Laferriere, Capt. Roger | Penalty |
| October 7, 2014 | Arnold, Ken | Penalty |
| October 10, 2014 | Walkup, Gardner | Penalty |
| October 10, 2014 | Scott, Ph,D., Loren | Penalty |
| October 14, 2014 | Cox, Dr. Robert | Penalty |
| October 14, 2014 | Quivik, Fredric | Penalty |
| October 16, 2014 | Austin, Diane | Penalty |
| October 17, 2014 | Sutcliffe, Kathleen | Penalty |
| October 21, 2014 | Taylor, Dr. Elliott | Penalty |
| October 21, 2014 | Ratner, Ian | Penalty |
| October 21, 2014 | Cantrell, Walter | Penalty |
| October 22, 2014 | Ratner, Ian | Penalty |
| October 23, 2014 | Paskewich, Captain Frank | Penalty |
| October 24, 2014 | Uyl, Bruce | Penalty |
| October 27, 2014 | Tunnell, Ph.D., John Wes | Penalty |
| October 28, 2014 | Boesch, Donald | Penalty |
| October 29, 2014 | Mason, Charles | Penalty |
| October 30, 2014 | Sunding, David | Penalty |
| October 30, 2014 | Burch, Morris | Penalty |
| October 30, 2014 | Rice, Stanley | Penalty |
| October 31, 2014 | Clapp, Dr. Richard | Penalty |
| October 31, 2014 | VanHaverbeke, Mark | Penalty |
| October 31, 2014 | Daines, Robert | Penalty |

# MDL 2179 DEPOSITIONS

| | | |
|---|---|---|
| November 3, 2014 | Shea, Damian | Penalty |
| November 3, 2014 | Bonanno, George | Penalty |
| January 13, 2015 | Weisgarber, Rob | OPA |
| January 15, 2015 | Miller, Darren | OPA |
| January 18, 2015 | Gibilterra, Thomas | OPA |
| January 19, 2015 | Buchler, Roy | OPA |
| January 21, 2015 | Bisso, William "Beau" | OPA |
| January 22, 2015 | Reisman, David | OPA |
| January 26, 2015 | Reisman, David | OPA |
| January 26, 2015 | Bisso, William "Beau" | OPA |
| February 26, 2016 | Tohme, George | OPA |
| February 29, 2016 | Alquist, Frank | OPA |
| March 2, 2016 | Wadleigh, Scott | OPA |
| March 3, 2016 | Bounds, Drew | OPA |
| March 8, 2016 | Murdoch, Ian Colin | OPA |
| February 24, 2016 | Crowsey, Ricky Carl | OPA |
| February 25, 2016 | Forsgren, Dennis | OPA |
| February 25, 2016 | Hayes, James | OPA |
| October 28, 2013 | Kirby, James | Objectors |
| October 29, 2013 | Sturdivant, Mike | Objectors |
| October 29, 2013 | Sturdivant, Patricia | Objectors |
| October 28, 2013 | Forsyth, Susan | Objectors |