EXHIBIT 17

(*in globo*)

# PHASE ONE

A Snapshot

LEXISNEXIS® FILE & SERVE
36271297
E-SERVICE
Mar 3 2011
6:42PM

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

## PRETRIAL ORDER NO. 32

### [CASE MANAGEMENT ORDER NO. 2]

#### [Regarding Revised Time Line]

For ease of reference, the deadlines contained in the Pretrial Order No. 11 (Case Management Order No. 1)(Rec. Doc. 569) were summarized in a Time Line attached to PTO No. 11 as Exhibit A. Since the issuance of PTO No. 11, orders have been issued which modified the Time Line. Those modifications are in italics on the attached Revised Time Line. The Court has determined that other changes are required in the Time Line which are in bold on the attached Revised Time Line.

New Orleans, Louisiana, this 3rd day of March, 2011.

**CARL J. BARBIER**
**United States District Judge**

LEXISNEXIS' FILE & SERVE
E-SERVICE
36271297
Mar 3 2011
6:42PM

| DATE | DEADLINE / EVENT **[REVISED March 3, 2011]** |
|------|-----------------------------------------------|

*03-01-2011*   *Begin multi-track depositions.  See PTO No. 27 (Rec. Doc. 1075) - January 27, 2011.*

03-18-2011   Answer, Cross-Claims and Third-Party Complaints by 14(c) Defendants in the Limitation and/or Defendants in the Bundle A Cases.

03-18-2011   Reply Briefs in Support of Motions to Dismiss.

*03-25-2011*   *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

*03-28-2011*   *Deadline for filing an opposition to a motion to dismiss Consolidated Class Action Complaint and RICO Case Statement (Bundle B2) (Rec. Doc. 1059).  See Order (Rec. Doc. 1012) - January 18, 2011.*

*03-28-2011*   *Deadline for an answer or other response to the currently-filed governmental entity plaintiffs now in Pleading Bundle C (not to include complaints in 10-4536, 10-4182 and 10-4183).  See Stipulated Order Governing Defendants' Responses to Bundle C Complaints (Rec. Doc. 1500) - March 3, 2011.*

*03-30-2011*   *Deadline for memoranda in opposition to any Rule 12(b)(1) 12(b)(6), or 12(c) motions filed as responsive pleadings referred to in Paragraph IV(B) of CMO NO. 1 (PTO no. 11) as may be applicable for Pleading Bundles B1, B2, B3, C (except for the Bundle C cases filed by State of Alabama) and D1.  See PTO No. 28 (Rec. Doc. 1235) - February 14, 2011.*

*04-01-2011*   *PSC shall report to the Court on procedures it will employ to facilitate litigation updates to pro se claimants using the Short-Form Joinder.  See PTO No. 24 (Rec. Doc. 982) - January 12, 2011.*

04-20-2011   Deadline for answers and responsive pleadings to cross-claims and third-party actions by Rule 14(c) Defendants in the Limitation Action and Defendants in the Bundle A Cases.

04-20-2011   Monition Date (re Limitation) (including deadline for BP to file claim in Limitation and/or other cross-claim and/or third party complaint seeking any subrogation, contribution and/or indemnity under OPA, per contract, or other applicable law).

*04-20-2011*   *Any Short-Form Joinder submitted to the Clerk of Court by April 20, 2011 or postmarked by April 20, 2011 shall be deemed filed by April 20, 2011 monition date. See PTO No. 24 (Rec. Doc. 982) - January 12, 2011.*

*04-25-2011*   *Deadline for reply briefs in support of motions to dismiss Consolidated Class Action Complaint and RICO Case Statement (Bundle B2) (Rec. Doc. 1059).  See Order (Rec. Doc. 1012) - January 18, 2011.*

04-29-2011      *Deadline for reply briefs in support of Rule 12(b)(1) 12(b)(6), or 12(c) motions applicable to Pleadings Bundles B1, B2, B3, C (except for the Pleading Bundle C cases filed by the State of Alabama which are the subject of a separate Order setting responsive pleadings deadlines) and D1.* <u>*See*</u> *PTO No. 28 (Rec. Doc. 1235) - February 14, 2011.*

04-29-2011      *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

**05-01-2011**      **Parties shall file preliminary lists of all witnesses who may or will be called to testify and all exhibits which may or will be used at February 27, 2011 trial.**

05-02-2011      Identify one or more PI/Wrongful Death Limitation action cases and *Robins Dry Dock* cases filed in EDLA and designated for Bench trial under Rule 9(h) for February 2012 Trial of Liability, Limitation, Exoneration and Fault allocation, and July 2012 trial of Damages.

**06-01-2011**      **Deadline for identification of fact witnesses not required for opinions of experts but who should be deposed before February 27, 2012 trial.**

06-03-2011      *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

07-08-2011      *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

07-29-2011      *Deadline for completion of fact depositions necessary as a predicate for the opinions of experts regarding blow-out, spill, limitation and related issues for the February 27, 2012.* <u>*See*</u> *PTO No. 27 (Rec. Doc. 1075) - January 27, 2011.*

08-12-2011      *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

08-15-2011      Expert Reports served by Limitation action parties with burden of proof on negligence and unseaworthiness.

**09-12-2011**      **Expert Reports from Vessel Owner/Petitioner in Limitation.**

09-16-2011      *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

**10-05-2011**      **All February 2012 Trial Defendants, 14(c) Defendants, and/or Third-Party Defendants to serve expert reports.**

10-10-2011      Columbus Day.

10-21-2011      *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

**10-26-2011**      **Rebuttal Expert Reports for the February 2012 Trial.**

| | |
|---|---|
| *10-31-2011* | *Deadline for Transocean Ltd. to file reply brief in support of motion to dismiss for lack of jurisdiction. Court to hold hearing on motion after briefing is complete. <u>See</u> Stipulation/Scheduling Order (Rec. Doc. 1080) - January 28, 2011.* |
| **10-31-2011** | **Begin depositions of All Experts for February 27, 2012 trial.** |
| 11-11-2011 | Veterans Day. |
| *11-18-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| 11-24-2011 | Thanksgiving. |
| *12-16-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| **12-16-2011** | **End depositions of All Experts who will testify at February 27, 2012 trial.** |
| **12-30-2011** | **Parties shall exchange final lists of trial witnesses and exhibits.** |
| **01-09-2012** | **<u>Daubert</u> Motions for February 2012 Trial (if any).** |
| **01-13-2012** | **Conference with Magistrate Judge Shushan re - preparation of pretrial order.** |
| 01-16-2012 | Martin Luther King Day. |
| *01-20-2012* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| **01-30-2012** | **Oppositions to <u>Daubert</u> Motions.** |
| **01-31-2012** | **Submit pretrial order, pre-trial stipulations, witness and exhibit lists.** |
| **02-01-2012** | **File Pre-Trial Motions for February 27, 2012 Trial.** |
| 02-03-2012 | Final Pre-Trial Conference for February 27, 2012 Trial. |
| 02-10-2012 | Oppositions to any motions filed on 02-01-2012. |
| 02-20-2012 | Presidents' Day. |
| 02-21-2012 | Mardi Gras. |
| 02-27-2012 | Trial of Liability, Limitation, Exoneration and Fault Allocation. |
| | Additional Discovery, Expert Discovery, and Motion Practice Relating to July 2012 |

Trial, as needed, and/or to be established under separate Scheduling Order.

7-16-2012    Trial of Damages for selected Limitation / Test Case PI/Death and *Robins Dry Dock* Claimants, Entitlement to Punitive Damages,[2] and Amount of Punitive Damages, if available.

**DEPOSITION EXHIBITS, HOURS OF VIDEO & PAGES**

| Exhibits, Video Hours & Pages of Testimony | # |
|---|---|
| Total Deposition Exhibits | 7407 |
| Total Estimated Hours of Video | 2739 |
| Total Deposition Pages | 130,642 |

**ALL DEPOSITIONS**
**TOTAL NUMBER OF DEPOSITIONS & DAYS OF TESTIMONY**

| MONTH | TOTAL NUMBER OF DEPOSITIONS | CALENDAR DAYS OF TESTIMONY | DEPOSITION DAYS PER MONTH |
|---|---|---|---|
| January 2011 | 4 | 4 | 4 |
| February 2011 | 8 | 13 | 14 |
| March 2011 | 12 | 14 | 22 |
| April 2011 | 22 | 18 | 36 |
| May 2011 | 31 | 19 | 44 |
| June 2011 | 50 | 21 | 79 |
| July 2011 | 54 | 19 | 70 |
| August 2011 | 11 | 8 | 13 |
| September 2011 | 25 | 14 | 30 |
| October 2011 | 17 | 14 | 18 |
| November 2011 | 25 | 16 | 33 |
| December 2011 | 40 | 16 | 56 |
| January 2012 | 9 | 7 | 10 |
| February 2012 | 3 | 4 | 5 |
| | **311 TOTAL DEPOS** | **187 CALENDAR DAYS OF DEPO TESTIMONY** | **434 DAYS**<br>**1-Day Depos = 188 Days**<br>**2-Day Depos = 123 (246 Days)** |

**EXPERT DEPOSITIONS**
**TOTAL NUMBER OF DEPOSITIONS & DAYS OF TESTIMONY**

| MONTH | NUMBER OF EXPERT DEPOSITIONS | CALENDAR DAYS OF EXPERT TESTIMONY | EXPERT DEPOSITION DAYS PER MONTH |
|---|---|---|---|
| January 2011 | 0 | 0 | 0 |
| February 2011 | 0 | 0 | 0 |
| March 2011 | 0 | 0 | 0 |
| April 2011 | 0 | 0 | 0 |
| May 2011 | 0 | 0 | 0 |
| June 2011 | 0 | 0 | 0 |
| July 2011 | 0 | 0 | 0 |
| August 2011 | 0 | 0 | 0 |
| September 2011 | 0 | 0 | 0 |
| October 2011 | 0 | 0 | 0 |
| November 2011 | 15 | 10 | 22 |
| December 2011 | 40 | 16 | 56 |
| January 2012 | 9 | 7 | 10 |
| February 2012 | 1 | 2 | 2 |
| | **65 EXPERT DEPOS** | **35 CALENDAR DAYS OF EXPERT TESTIMONY** | **90 Days** **1-Day Depos = 40** **2-Day Depos = 25 (50 Days)** |













**TRIAL EXHIBITS IDENTIFIED BY PARTIES**

| Party | Exhibits |
|---|---|
| PSC/US | 6,671 |
| BP | 5,673 |
| HESI | 5,167 |
| TO | 3,088 |
| Cameron | 1,308 |
| Dril-Quip | 812 |
| Weatherford | 584 |
| MI | 230 |



**OVERVIEW**
**EXPERTS – DEPOSITIONS, REPORTS, TRIAL TESTIMONY**

| PARTY | EXPERTS | DEPOSED | REPORT(s) (Reports & Rebuttal Reports Combined) | REPORT(s) PAGE #s (includes Reports, Rebuttal Reports & Appendices) | REPORT(s) ADMITTED AT TRIAL | TESTIFIED AT TRIAL |
|---|---|---|---|---|---|---|
| PSC | 6 | 6 | 5 | 794 | 4 | 4 |
| USA | 9 | 9 | 6 | 490 | 4 | 4 |
| PSC & USA COMBINED | 15 | 15 | 11 | 1284 | 8 | 8 |
| BP | 19 | 19 | 17 | 1735 | 7 | 6 |
| TRANSOCEAN | 6 | 6 | 4 | 541 | 3 | 3 |
| HALLIBURTON | 10 | 9 | 10 | 2058 | 3 | 3 |
| CAMERON | 8 | 6 | 8 | 404 | 1 | 0 |
| ANADARKO | 1 | 1 | 1 | 15 | 0 | 0 |
| WEATHERFORD | 4 | 4 | 4 | 194 | 2 | 2 |
| MOEX | 1 | 1 | 1 | 16 | 0 | 0 |
| MI-SWACO | 3 | 3 | 2 | 113 | 0 | 0 |
| DRIL-QUIP | 1 | 1 | 1 | 56 | 0 | 0 |
| TOTALS - ALL | 68 EXPERTS | 65 EXPERT DEPOS | 59 REPORTS | 6416 REPORT(s) PAGES | 24 REPORTS ADMITTED AT TRIAL | 22 EXPERTS TESTIFIED AT TRIAL |



**MDL 2179 DEPOSITIONS**
**Pan American Life Center**
**New Orleans, Louisiana**

# April 2011

Highlights = Plaintiffs' Requested Witnesses
Red Initials = Assigned Attorney

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | **1** | **2** |
| **3** | **4** Jan Simonson (Kongsberg 30(b)(6)) **(SB)** <br><br> John LeBleu (BP) **(JB)** | **5** Mark Durkan Kongsberg 30(b)(6) **(SB)** <br><br> John LeBleu (BP) **(JB)** | **6** David Sims (BP) **(DW)** | **7** David Sims (BP) **(DW)** | **8** | **9** |
| **10** | **11** William Stringfellow (TO) **(JW)** <br><br> Robert Bodek (BP) **(MW)** | **12** William Stringfellow (TO) **(JW)** <br><br> Robert Bodek (BP) **(MW)** <br><br> Samuel Defranco (BP) **(BB)** | **13** | **14** Kelly Gray (HESI) **(TT)** <br><br> Victor Martinez (ModuSpec) **(JM)** | **15** Kelly Gray (HESI) **(TT)** | **16** |
| **17** | **18** Kate Paine (Independent Contractor thru Quadril Energy) **(PS)** | **19** Kate Paine (Independent Contractor thru Quadril Energy) **(PS)** <br><br> Kent Wells (BP) **(JB)** | **20** Micah Burgess (TO) **(MW)** <br><br> Daun Winslow (TO) **(RGP)** <br><br> Kent Wells (BP) **(JB)** | **21** Daun Winslow (TO) **(RGP)** <br><br> Greg Walz (BP) **(JD/MP)** | **22** Greg Walz (BP) **(JD/MP)** | **23** |
| **24** | **25** Adrian Rose (TO 30(b)(6)) **(JM/EG)** <br><br> Neil Crammond (BP) **(SG)** <br><br> Brett Cocales (BP) **(PS)** | **26** Adrian Rose (TO 30(b)(6)) **(JM/EG)** <br><br> Brett Cocales (BP) **(PS)** | **27** Steve Foster (ADKO 30(b)(6)) **(SF)** <br><br> Randy Ezell (TO 30(b)(6)) **(RGP)** <br><br> Paul Anderson (HESI) **(JB)** | **28** Mike Serio (HESI) **(JD/MP)** <br><br> Randy Ezell (TO 30(b)(6)) **(RGP)** <br><br> Paul Anderson (HESI) **(JB)** <br><br> John Sprague (BP 30(b)(6)) **(DW)** | **29** Mike Serio (HESI) **(JD/MP)** <br><br> **8:30** Status Conference | **30** |

# WITNESS SUMMARY SHEET
### *MUST BE COMPLETED WITHIN 24 HOURS*

**NAME:**

**EMPLOYER:**

**JOB TITLE:**

**MDL EXAMINING ATTORNEY:**

**DATE:**

PHOTO OF
DEPONENT

**KEY ISSUE(S):**

**PROCEEDING:**   ☒ Deposition ☐ Hearing ☐ Panel ☐ Trial ☐ Other _____

**GENERAL SUMMARY:**

**KEY POINTS:**

**KEY EXHIBITS**

# WITNESS SUMMARY SHEET

### *MUST BE COMPLETED WITHIN 24 HOURS*

**WITNESS CREDIBILITY/DEMEANOR/APPEARANCE:**

**TRANSCRIPT SUMMARY:** ☐ Rush ☐ 7 day ☐ 14 day ☒ No Rush

**TRIAL WITNESS:** ☐ Yes ☐ No

**SUBMITTED BY:** _____   **DATE:** _____



**The Gherkin**
**30 St. Mary Axe, London, England**

## CALENDAR
### (Magistrate Shushan's Order 9/2/11 Order, Rec.Doc. 3916)

8-26-2011 Deadline for PSC and U.S. expert reports (including identification of Consideration Materials).

9-09-2011 Deadline for PSC and U.S. to list Reliance Exhibits (either by Deposition Exhibit Number or by assigning a new Exhibit Number to Reliance Exhibits from among the Consideration Materials referenced in or disclosed with the experts' reports).

9-12-2011 Deadline for contesting the authenticity of any document used in a deposition taken prior to July 31, 2011.

9-14-2011 Deadline for the PSC to file a list of 300 documents produced by the defendants (100 from BP; 50 from Transocean; 50 from Halliburton; 50 from Cameron; and 50 from Anadarko) which will be on its final exhibit list.

9-16-2011 Deadline for PSC and U.S. production of any non-publicly available, previously unproduced Consideration Materials.

9-23-2011 Deadline for Transocean expert reports (including identification of Consideration Materials).

9-28-2011 Deadline for defendants to file all objections **other than authenticity** to the PSC's list of 300 documents.

10-07-2011 Deadline for Transocean to list Reliance Exhibits (either by Deposition Exhibit Number or by assigning a new Exhibit Number to Reliance Exhibits from among the Consideration Materials referenced in or disclosed with the experts' reports).

10-07-2011 Deadline for the party contesting the **authenticity** of a document to file a motion to bring the issue before the Court where the objection was raised on September 12, 2011.

10-14-2011 Deadline for Transocean production of any non-publicly available, previously unproduced Consideration Materials.

10-17-2011 Deadline for Phase One trial defendants', 14(c) defendants' and/or third party defendants' expert reports (including identification of Consideration Materials). Deadline for the defendants to file motions to strike any of the 300 exhibits identified by the PSC with unresolved objections.

10-31-2011   Deadline for Phase One trial defendants, 14(c) defendants and/or third party defendants to list Reliance Exhibits (either by Deposition Exhibit Number or by assigning a new Exhibit Number to Reliance Exhibits from among the Consideration Materials referenced in or disclosed with the experts' reports).

11-07-2011   Deadline for Phase One trial defendants, 14(c) defendants and/or third party defendants production of any non-publicly available, previously unproduced Consideration Materials.

11-07-2011   Deadline for rebuttal expert reports (including identification of Consideration Materials).

11-11-2011   Deadline for production of any non-publicly available, previously unproduced Consideration Materials in rebuttal expert reports.

11-11-2011   Deadline for supplements to parties' exhibit lists resulting from rebuttal expert reports (including identification of Reliance Exhibits).

11-14-2011   Parties shall exchange final good faith exhibit lists including all Reliance Exhibits. Except for good cause shown or as otherwise provided herein, the parties will not be permitted to add exhibits after this date.

11-14-2011   Deadline for contesting the **authenticity** of any document used in a Phase One deposition of a fact witness taken between July 31, 2011 and November 4, 2011.

12-02-2011   Deadline for the party contesting the **authenticity** of a document to file a motion to bring the issue before the Court where the objection was raised on November 14, 2011.

12-30-2011   Deadline for all remaining **authenticity objections** to exhibits, including exhibits identified for the first time on the final exhibit lists. Deadline for filing of objections **other than authenticity** to the final lists of exhibits.

1-09-2012   Court to revisit the process at this stage to determine the best course for resolving any remaining disputes regarding objections to exhibits, depending on the number and nature of outstanding objections. Document objections relating to authenticity or otherwise may be made after the dates set forth above for good cause shown, including that a party is seeking to use an exhibit in a way that could not reasonably been anticipated by the objecting party.

1-13-2012   Parties shall exchange final exhibit lists, including all impeachment exhibits. Except for good cause shown, the parties will not be permitted to add exhibits after this date.

"A TITANIC COURTROOM SHOWDOWN WITH BILLIONS OF
DOLLARS IN THE BALANCE . . ."

"BP's Billions at Stake as Courtroom Showdown Starts" CNN.com (Feb. 25, 2013)

"TRIAL OF THE CENTURY . . ."

"Trial of the Century: Can BP Deflect Blame for Gulf Oil Spill?" CSMonitor.com (Feb. 23, 2013)

"THIS WILL BE THE MOST SIGNIFICANT TRIAL EVER
BROUGHT UNDER ENVIRONMENTAL LAWS . . ."

"BP Trial's First Week Offers Glimpse of Long Fight" USAToday.com (March 2, 2013)

". . . THE MAMMOTH TRIAL OVER THE GULF OF MEXICO
OIL SPILL . . ."

"BP Oil Spill Trial Is Good Business for Hotels, Restaurants, Office Rentals" NOLA.com (Feb. 26, 2012)

"ENVIRONMENTAL 'TRIAL OF THE CENTURY' TO START
TODAY . . . BILLIONS OF DOLLARS AND THE HEALTH OF
THE GULF COAST ARE ON THE LINE . . ."

"Environmental 'Trial of the Century' to Start Today" PublicNewsService.org (Feb. 24, 2013)

"THE WORST ENVIRONMENTAL DISASTER IN AMERICAN
HISTORY . . ."

"Trial Against BP to Begin Over 2010 Rig Explosion" NRP.org (Feb. 25, 2013)

# Key Finding #5
## Well control response actions failed to regain control of the well





Click to return to BP Organizational Chart

**Board of Directors**

**Executive Management**

**Tony Hayward**
Group CEO

Group Operating Risk Committee

Group Engineering

Group Safety and Operations Integrity

**Byron Grote**
Chief Financial Officer

**Andrew Inglis**
Chief Executive Exploration and Production

**Iain Conn**
Chief Executive Refining and Marketing

**Robert Dudley**
Managing Director

**Robert Bondy**
Group General Counsel

**Sally Bott**
Executive Vice President, HR

**Steve Westwell**
Executive Vice President Group Chief of Staff

**Lamar McKay**
Executive Vice President

BP.com, Executive Management
(http://web.archive.org/web/20100422230748/http://www.bp.com/managedlistingsection.do?categoryId=9021802&contentId=7040609)

**Exploration and Production**

Compilation of fact witness testimony, documents and research.

SEARCH

**Click to view**
**Bly Investigation Team**

# OMS At Only One Rig in Gulf of Mexico



**BP implemented OMS at only 1 of 7 owned or leased drilling rigs in the Gulf of Mexico**

*John Baxter Depo (Pg 175 / Ln 14-15)*
*Pat O'Bryan Depo (Pg 413 / Ln 6-9)*

Mississippi

Alabama

Florida

Louisiana

Texas

OMS — Thunderhorse PDQ *(owned by BP)*

OMS — Gulf of Mexico

OMS — GSF Development Driller III *(leased from Transocean)*

OMS — GSF Development Driller II *(leased from Transocean)*

OMS — Deepwater Horizon *(leased from Transocean)*

OMS — Transocean Marianas *(leased from Transocean)*

OMS — Bob Palmer Jackup Rig *(leased from Rowan)*

OMS — Discover Enterprise *(leased from Transocean)*

D-2737

TREX-22776

# BOP Emergency Systems



TREX-22935

# OMS Not In Effect On Deepwater Horizon



**Patrick O'Bryan**

**VP of Drilling & Completions for GoM**

A.   . . . **We do not operate the drilling rigs under a BP OMS**.

But we op – the rigs belong to the Drilling Contractor, and we operate the rigs under the – under the Drilling Contractors Safety Management System.

**The only drilling rig that we had in our fleet that would fall under the BP OMS is the BP-owned rig, the PDQ on THUNDERHORSE**.

*Deposition Testimony (Pgs 412/Ln 25 – 413/Ln 9)*



**John Baxter**

**Group Head of Engineering**

Q.   **Did OMS apply to the DEEPWATER HORIZON?**

A.   **No.**

*Deposition Testimony  (Pg 175/Ln 14-15)*



**Tony Hayward**

**CEO**

Q.   . . . Did you know in April of 2010, that the OMS had not been fully implemented in the Gulf of Mexico?

A.   I – yeah.  **I believe I was aware that it had not been fully implemented.**  It was in the process of being implemented as it was in other parts of BP.

*Deposition Testimony  (Pg 663/Ln 1-5)*



**Kal Jassal**

**Integrity Engineer / 30(b)(6) Corporate Representative (Risk Assessment & Cost-Benefits)**

Q.   . . . With respect to OMS, it did not apply to leased facilities like the MODU that Transocean leased to BP, the DEEPWATER HORIZON, right?

A.   **It – the OMS is – correct.  This does not apply to leased facilities**.

*Deposition Testimony  (Pg 663/Ln 1-5)*

D-3175

# IMPROVEMENTS NOT MADE BY BP AND TRANSOCEAN TO *DEEPWATER HORIZON* BOP

- **DVS Rams**  TREX-07001; TREX-07763, p. 56:12-15; TREX-25115, p. 227:23-25

- **Second BSR Ram**  TREX-07763, p. 73:19-22

- **CSR, then BSR on Emergency Functions**  TREX-07763, p. 56:16-19

- **Acoustic Trigger**  TREX-07763, p. 56:9-11; TREX-25115, p. 230:6-9

- **Rechargeable Batteries with Realtime Monitoring**  TREX-07763, p. 72:25-73:18

- **5,000 psi Accumulator Pressure**  TREX-25115, 223:1-224:2

# April 17, 2010 Email
## Guide to Sims

| | |
|---|---|
| " . . . WSL's have finally come to their wits end." | "Not related to drilling safety." |
| "The quote is 'flying by the seat of our pants'." | "Not related to drilling safety." |
| " . . . huge level of paranoia from engineering leadership . . . " | "Not related to drilling safety." |
| " . . . chaos." | "Not related to drilling safety." |
| " . . . all the insanity." | "Not related to drilling safety." |
| " . . . exploring opportunities both inside and outside of the company." | "Not related to drilling safety." |
| "I do not know what I can and can't do." | "Not related to drilling safety." |
| "The operation is not going to succeed if we continue in this manner." | "Not related to drilling safety." |

*Source: TREX-01144*

**DETAILS**

**EXPERTS - DEPOSTIONS, REPORTS, TRIAL TESTIMONY**

| Last Name | First | Party | Category | DEPOSED | REPORT(s) (Reports & Rebuttal Reports Combined) | REPORT(s) PAGE #s (Approx) (includes Reports, Rebuttal Reports & Appendices) | REPORT(s) ADMITTED AT TRIAL | TESTIFIED AT TRIAL |
|---|---|---|---|---|---|---|---|---|
| Bea | Robert | PSC | BP/Process Safety Geology/Risk | Yes | Yes (w/Gale) | 431 | Yes (w/Gale) | Yes (by PSC/US) |
| Gale | William | PSC | BP/Process Safety Geology/Risk | Yes | Yes (See Bea) | See Bea | See Bea | No |
| Hurst | Andrew | PSC | Geology/Risk | Yes | Yes | 82 | Yes | Yes (by PSC/US) |
| Perkin | Greg | PSC | BOP Well Control | Yes | Yes | 263 | Yes | Yes (by PSC/US) |
| Pritchard | David | PSC | Drilling Proc/Well Design Flow/Float Collar Geology/Risk TA/Negative Pressure | Yes | Yes | 407 | No | No |
| Webster | Geoff | PSC | Vessel/Crew | Yes | Yes | 42 | Yes | Yes (by PSC/US) |
| **PSC TOTALS** | | **6 Experts** | | **6 Depos** | **5 Reports** | **794 Report Pages** | **4 Reports Admitted at Trial** | **4 Testified at Trial** |
| Benge | Glen | USA | Cement | Yes | Yes | 54 | Yes | Yes (by PSC/US) |
| Davis | Rory | USA | BOP | Yes | Yes (w/Novak, Merala, Robinson) | 188 | Yes | Yes (by PSC/US) |
| Doughty | D.H | USA | | Yes | Yes | 27 | No | No |
| Heenan | Richard | USA | TA/Negative Pressure | Yes | Yes | 50 | Yes | Yes (by PSC/US) |
| Huffman | Alan | USA | Regulatory Compliance | Yes | Yes | 121 | Yes | Yes (by PSC/US) |
| Lang | James | USA | | Yes | Yes | 50 | No | No |
| Merala | Raymond | USA | BOP | Yes | Yes (See Davis) | See Davis | See Davis | No |
| Novak | Patrick | USA | BOP | Yes | Yes (See Davis) | See Davis | See Davis | No |
| Robinson | John Neill | USA | BOP | Yes | Yes (See Davis) | See Davis | See Davis | No |
| **USA TOTALS** | | **9 Experts** | | **9 Depos** | **6 Reports** | **490 Report Pages** | **4 Reports Admitted at Trial** | **4 Testified at Trial** |
| **PSC & USA COMBINED** | | **15 EXPERTS** | | **15 DEPOS** | **11 REPORTS** | **1284 REPORT PAGES** | **8 REPORTS ADMITTED AT TRIAL** | **8 TESTIFIED AT TRIAL** |

**DETAILS**

**EXPERTS - DEPOSTIONS, REPORTS, TRIAL TESTIMONY**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Azar | JJ | BP | BP/Process Safety Drilling Proc/Well Design TA/Negative Pressure Well Control | Yes | Yes | 83 | No | No |
| Batte | Euring | BP | Vessel/Crew | Yes | Yes | 122 | No | No |
| Bourgoyne | Adam | BP | Drilling Proc/Well Design TA/Negative Pressure | Yes | Yes | 157 | Yes | Yes (by BP) |
| Burch | Morris | BP | BP/Process Safety | Yes | Yes | 82 | No | No |
| Colson | Leif | BP | | Yes | Yes (w/Lee) | 85 | No | No |
| Crook | Ronald | BP | | Yes | Yes | 79 | No | No |
| Dias | Paul | BP | BOP Vessel/Crew | Yes | Yes | 97 | No | No |
| Emilson | Morton | BP | Drilling Proc/Well Design Flow/Float Collar Well Control | Yes | Yes | 22 | Yes | Yes (by BP) |
| Grace | Robert | BP | Vessel/Crew Well Control | Yes | Yes | 50 | Yes | No |
| Lee | Richard | BP | | Yes | Yes (See Colson) | See Colson | No | No |
| Lewis | David | BP | Drilling Proc/Well Design | Yes | Yes | 78 | No | Yes (by BP) |
| Mitchell | Andrew (Capt) | BP | Vessel/Crew | Yes | Yes | 154 | Yes | Yes (by BP) |
| Quoyeser | Joseph | BP | BP/Process Safety | Yes | Yes | 69 | No | No |
| Schoennagel | Chuck | BP | Regulatory Compliance | Yes | Yes | 52 | Yes | No |
| Shanks | Earl | BP | BOP | Yes | Yes | 135 | Yes | Yes (by BP) |
| Sutcliffe | Kathleen | BP | BP/Process Safety | Yes | Yes | 207 | No | No |
| Vinson | Graham | BP | | Yes | No | 0 | No | No |
| Wecker | William | BP | BP/Process Safety | Yes | Yes | 144 | No | No |
| Zatarian | Arthur | BP | BOP Vessel/Crew | Yes | Yes | 119 | Yes | Yes (by BP) |
| **BP TOTALS** | | **19 Experts** | | **19 Depos** | **17 Reports** | **1735 Report Pages** | **7 Reports Admitted at Trial** | **6 Testified at Trial** |

DETAILS

EXPERTS - DEPOSTIONS, REPORTS, TRIAL TESTIMONY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Barnhill | Calvin | Transocean | Cement Drilling Proc/Well Design Flow/Float Collar TA/Negative Pressure Well Control | Yes | Yes | 95 | Yes | Yes (By Tranocean-during PSC/US's Case) |
| Childs | Greg | Transocean | BOP | Yes | Yes | 71 | Yes | Yes (by Transocean) |
| Farr | Daniel | Transocean | | Yes | No | 0 | No | No |
| Roberts | John | Transocean | Vessel/Crew | Yes | Yes (w/ Scates) | 153 | No | No |
| Scates | Robert | Transocean | Vessel/Crew | Yes | Yes (See Roberts) | See Roberts | No | No |
| Wolfe | Jeff | Transocean | Regulatory Compliance Vessel/Crew | Yes | Yes | 222 | Yes | Yes (by Transocean) |
| **TRANSOCEAN TOTALS** | | | | **6 Experts** | **6 Depos** | **4 Reports** | **541 Report Pages** | **3 Reports Admitted at Trial** | **3 Testified at Trial** |
| Beck | Gene | HESI | Drilling Proc/Well Design TA/Negative Pressure Well Control | Yes | Yes | 182 | Yes | Yes (by HESI) |
| Bolado | David | HESI | Cement Flow/Float Collar | Yes | Yes | 108 | No | No |
| Hudson | Patrick | HESI | BP/Process Safety | Yes | Yes | 1093 | No | No |
| Hughett | John | HESI | Cement Regulatory Compliance | Yes | Yes | 176 | No | No |
| Jennings | Hamlin | HESI | Cement | No | Yes | 48 | No | No |
| Lewis | Sam | HESI | Cement | Yes | Yes | 133 | No | No |
| Ravi | Kris | HESI | | Yes | Yes | 82 | No | No |
| Stevick | Glen | HESI | BOP Vessel/Crew | Yes | Yes | 175 | Yes | Yes (by HESI) |
| Strickland | Richard | HESI | Cement Drilling Proc/Well Design Geology/Risk TA/Negative Pressure | Yes | Yes | 13 | Yes | Yes (by HESI) |
| Weintritt | Donald | HESI | Cement TA/Negative Pressure | Yes | Yes | 48 | No | No |
| **HESI TOTALS** | | | | **10 Experts** | **9 Depos** | **10 Reports** | **2058 Report Pages** | **3 Reports Admitted at Trial** | **3 Testified at Trial** |
| Abel | William | Cameron | Flow/Float Collar Well Control | Yes | Yes | 50 | No | No |
| Coronado | Richard | Cameron | | Yes | Yes | 67 | Yes | No |

DETAILS

**EXPERTS - DEPOSTIONS, REPORTS, TRIAL TESTIMONY**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Friggard | Ian | Cameron | Cement<br>Flow/Float Collar | Yes | Yes | 60 | No | No |
| Knight | Cliff | Cameron | BOP | Yes | Yes | 48 | No | No |
| McGuire | Lindell | Cameron | BOP<br>BP/Process Safety<br>TA/Negative Pressure<br>Well Control | Yes | Yes | 42 | No | No |
| O'Donnell | David | Cameron | BOP | Yes | Yes | 94 | No | No |
| Sears | Richard | Cameron | Process Safety | No | Yes | 13 | No | No |
| Trahan | Kevin | Cameron | Cement<br>Flow/Float Collar | No | Yes | 30 | No | No |
| **CAMERON TOTALS** | | **8 Experts** | | **6 Depos** | **8 Reports** | **404 Report Pages** | **1 Report Admitted at Trial** | **0 Testified at Trial** |
| Vernon | Roger | Anadarko | BP/Process Safety<br>Cement<br>Drilling Proc/Well Design<br>Flow/Float Collar<br>TA/Negative Pressure | Yes | Yes | 15 | No | No |
| **ANADARKO TOTALS** | | **1 Expert** | | **1 Depo** | **1 Report** | **15 Report Pages** | **0 Reports Admitted at Trial** | **0 Testified at Trial** |
| Calvert | David | Weatherford | Cement<br>Flow/Float Collar | Yes | Yes | 47 | Yes | Yes<br>(By PSC/US) |
| Lirette | Brent | Weatherford | Flow/Float Collar | Yes | Yes | 82 | Yes | Yes<br>(by BP) |
| McCormick | Greg | Weatherford | Flow/Float Collar | Yes | Yes | 40 | No | No |
| Woolie | Marion | Weatherford | Flow/Float Collar<br>TA/Negative Pressure | Yes | Yes | 25 | No | No |
| **WEATHERFORD TOTALS** | | **4 Experts** | | **4 Depos** | **4 Reports** | **194 Report Pages** | **2 Reports Admitted at Trial** | **2 Testified at Trial** |
| Cain | Gordon | MOEX | BP/Process Safety | Yes | Yes | 16 | No | No |
| **MOEX TOTALS** | | **1 Expert** | | **1 Depo** | **1 Report** | **16 Report Pages** | **0 Reports Admitted at Trial** | **0 Testified at Trial** |
| Chenevert | Martin | MI-Swaco | | Yes | Yes | 30 | No | No |
| Friedman | Jim | MI-Swaco | | Yes | No | 0 | No | No |
| Medley | George | MI-Swaco | TA/Negative Pressure | Yes | Yes | 83 | No | No |
| **MI-SWACO TOTALS** | | **3 Experts** | | **3 Depos** | **2 Report** | **113 Report Pages** | **0 Reports Admitted at Trial** | **0 Testified at Trial** |

**DETAILS**
**EXPERTS - DEPOSTIONS, REPORTS, TRIAL TESTIMONY**

| Barker | John | Dril Quip | Flow/Float Collar TA/Negative Pressure | Yes | Yes | 56 | No | No |
|---|---|---|---|---|---|---|---|---|
| **DRIL-QUIP TOTALS** | | **1 Expert** | | **1 Depo** | **1 Report** | **56 Report Pages** | **0 Reports Admitted at Trial** | **0 Testified at Trial** |
| **TOTALS - ALL** | | **68 EXPERTS** | | **65 EXPERT DEPOS** | **59 REPORTS** | **6416 REPORT(s) PAGES** | **24 REPORTS ADMITTED AT TRIAL** | **22 EXPERTS TESTIFIED AT TRIAL** |

**BIBLIOGRAPHY**
**PHASE ONE TRIAL - SAMPLE NEWS STORIES**

Fowler, Tom.  "Accusations Fly as Trial Over Gulf Oil Spill Begins."  *The Wall Street Journal*, 25 Feb 2013.

Grunfeld, David.  "BP Spill Trial Begins."  *The Times-Picayune*, 25 Feb 2013.

Hays, Kristen.  "BP, Contractors Start Trial for Worst U.S. Offshore Spill."  Reuters, 25 Feb. 2013.

Inskeep, Steve; Johnson, Carrie; Elliott; Debbie.   "Trial Against BP To Begin Over 2010 Rig Explosion."  NPR, Morning Edition Story, 25 Feb. 2013.

Jervis, Rick.  "BP Trial's First Week Offers Glimpse of Long Fight."  *USA Today*, 2 Mar. 2013.

Jonsson, Patrik.  "'Trial of the Century':  Can BP Deflect Blame for Gulf Oil Spill?"  *The Christian Science Monitor*, 23 Feb. 2013.

Lavandera, Ed; Morris, Jason.  "BP's Billions at Stake as Courtroom Showdown Starts."   CNN, 25 Feb. 2013.

Mowbray, Rebecca.  "BP Oil Spill Trial is Good Business for Hotels, Restaurants, Office Rentals."  *The Times-Picayune*, 26 Feb. 2012.

Reuters.  "BP Executives Attacked as Gulf Oil Spill Trial Begins."  *The Telegraph*, 25 Feb. 2013.

Rushe, Dominic.  "Deepwater Oil Spill a 'Classic Failure' of BP Management, Court Hears."  *The Guardian*, 26 Feb. 2013.

Rushe, Dominic.  "BP on Trial:  Live Tweets from Deepwater Horizon Court in New Orleans."  The Guardian, 27 Feb. 2013.

Scheerer, Mark.  "Environmental 'Trial of the Century' to Start Today."  Public News Service, 24 Feb. 2013.

Thompson, Richard.  "BP Oil Spill Trial Continues as Demonstrators Note Upcoming 3-Year Anniversary of Disaster."  *The Times-Picayune*, 16 April 2013.

MINUTE ENTRY
BARBIER, J.
Jan. 18, 2013
JS-10: 60 minutes.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2179** |
| **IN RE: OIL SPILL by the OIL RIG** | : |  |
| **"DEEPWATER HORIZON" in the** | : |  |
| **GULF OF MEXICO, on** | : |  |
| **APRIL 20, 2010** | : | **SECTION: J** |
|  | : |  |
|  | : |  |
|  | : | **JUDGE BARBIER** |
|  | : | **MAG. JUDGE SHUSHAN** |

.. .. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

### FRIDAY, JANUARY 18, 2013 8:20 A.M.
### JUDGE CARL J. BARBIER PRESIDING

### <u>FINAL PRETRIAL CONFERENCE</u>

The Court held a Final Pretrial Conference regarding the Phase One trial scheduled to commence Feb. 25, 2013. The following matters were discussed:

All decisions by the Court are tentative and subject to amendment.

**Trial Schedule:** Typically Monday through Thursday, 8 a.m. until 6 p.m. If Monday is a federal holiday, trial will generally occur Tuesday through Friday. The week before Easter (March 31), trial will occur Monday through Wednesday (March 25-27).

The Courthouse and Courtroom will open at 7 a.m.

**Marshalling of Exhibits Conference:** Before Judge Shushan on Thursdays during trial. Exhibits used at trial during the past week will be formally introduced into the record. Expert reports and reliance exhibits to be used during the following week will also be offered. Although exhibits will be pre-admitted before trial, only those exhibits formally introduced through the Marshalling Conference will be part of the

1

record for appeal.

Exhibits are deemed admissible unless the Court specifically rules otherwise.  The Court may not rule on objections to exhibits until after trial.

Exhibit and Witness Lists:  The parties have filed amended exhibit and witness lists. Some disputes may need to be addressed by the Court.

Demonstratives:  Amended Pretrial Order 54 ¶ 5, Rec. Doc. 8173 ("Amended PTO 54"), outlines a procedure for demonstratives.  The parties shall provide to the Court two hard copies of demonstratives prior to being used at trial.  These should include references to any exhibits upon which the demonstrative relies.  For demonstratives used during opening arguments, hard copies are due the morning of opening arguments.  For demonstratives used during witness examination, hard copies are due at the time of the examination.

Advance Notice of Witnesses: During trial, by Wednesday at noon the parties will provide to each other and the Court a good faith projection of witnesses to be called the following week, including the order of presentation.  Any requests to change a list must be made no later than Thursday.

Courtroom Seating: A seating chart is attached to Amended PTO 54 as Exhibit A.

Opening Statements: A schedule can be found in Amended PTO 54 ¶ 6.

Examination of Witnesses: Typically there will be direct examination, cross, and redirect.  The Court has not set strict time limits on examination, but may limit examination as necessary.

Witnesses Called by Deposition: Deposition bundles and summaries were previously submitted to the Court. The parties discussed potential issues with some of the deposition bundles and video depositions, which the Court may need resolve. Where a party introduces a deposition into the record, the other parties' designations of that deposition will also be included in the record at the same time.

Expert Witness Examination: The Court discussed its expectations for expert testimony.  The experts' reports and C.V. will be introduced as part of the direct examination.

Motions in Limine: "New" motions in limine are due today, January 18.  See PTO 54 ¶ 4.

2

**Fifth Amendment Invocation and Inference:** Briefing on these motions have been submitted to the Court.

**Glossary:** Each party should designate a liaison to answer any questions from the Court or the Court Reporter regarding technical terms, word spelling, etc. Worldwide has provided a glossary of terms to the Court Reporter.

**Daubert Motions:** Briefing on these motions have been submitted to the Court. The Court discussed how it expects to handle objections that arise during trial.

**Courthouse Space:** Most issues have been resolved. Magistrate Judge Shushan will work with the parties on any outstanding issues.

**Confidentiality of Materials Prior to and During Trial:** To the extent it has not already occurred, the parties should redact confidential information (e.g., social security numbers, personal addresses, etc.) from materials before submitting to the Court.

**Transocean Counsel** proposed that the parties orally present periodic, interim summations during the trial. The Court will consider this proposal.

**Court Reporter Requests:** Magistrate Judge Shushan will discuss with counsel certain requests from the Court Reporter. The Court will not require the Court Reporter to transcribe a video deposition played in Court; the parties should plan to submit a transcript of a video deposition to the Court immediately prior to playing the video.

**Dry Run:** Counsel to discuss a date and time with Magistrate Judge Shushan.

**Other Issues:** The Court will issue a revised Order regarding access to the trial by press and public.

**Recording or broadcasting** (audio, video, realtime transcript, or otherwise) trial proceedings outside the Courthouse is <u>strictly prohibited</u>.

The Court discussed the issuance and use of realtime and certified transcripts.

The Court and the U.S. Marshal needs advance notice if Counsel plan to bring any large or unusual items (exhibits, demonstratives, etc.) into the Courthouse.

Except for water, food and drinks are not allowed in the Courtroom.

The Conference ended at 9:20 a.m.

3

**ATTENDANCE:**

**PSC:** Steve Herman, Jim Roy, Bobo Cunningham, Paul Sterbcow
**USA:** Mike Underhill, Steve O'Rourke, Michelle Delemarre, Deanna Chang, Rachel Hankey
**Alabama:** Luther Strange, Corey Maze, Win Sinclair
**Louisiana:** Buddy Caldwell, Allan Kanner, Jimmy Faircloth
**BP:** Andy Langan, Don Haycraft, Mike Brock, Carrie Karis, Matt Regan
**Halliburton:** Don Godwin, Bruce Bowman, Alan York, Jenny Martinez, Gavin Hill
**Transocean:** Kerry Miller, Rachel Clingman, Steve Roberts, Brad Brian, Mike Doyen
**Cameron:** David Beck, Phil Whitman
**M-I:** Denise Scofield, Hugh Tanner

4

| From: | Steve Herman |
|---|---|
| To: | Regina Valenti; Susan LeBouef; PSC Trial Team |
| Subject: | BP Oil - Trial |
| Date: | Friday, January 18, 2013 11:41:05 AM |

CONFIDENTIAL
ATTY WORK PRODUCT

Here are my notes from Pre-Trial Conference.  Jim, Paul and/or Bobo may
have additional:

1. Plans to take the Thurs and Fri before Easter off.

2. If trial goes into May (he is going to push to get done in two months)
   may take off May 5-8 for 5th Cir Judicial Conf.

3. Judge Shushan is going to deal with the Thursday Marshalling of
   Exhibits Conference. inData will provide the Court Reporter with the
   CD that has the Exhibits which have been formally admitted into
   evidence.  Exhibits submitted with Depo Bundles will be deemed
   admitted unless the Court expressly states in his Reasons that it was
   ruled inadmissible.  Re Expert Reliance Exhibits, Bobo developed a
   record that seems to allow for the "admission" of Expert Reliance
   Exhibits along with the Expert Report the Thursday before the week
   that the witness will testify.  Having said that, what I see in practice is:
   At the Thursday Conference, people go to Judge Shushan with a stack
   of Exhibits to be "admitted".  Defendants say "we object to all of these
   on different grounds".  Judge Shushan says: "I am not making
   admissibility determinations; that's for Judge Barbier."  And either: (a)
   they are all submitted under the same Depo Bundle Rule, or (b) only
   those actually shown in Court with the witness are formally admitted (at
   the next week's Marshalling Conference).  I, personally, would bet on
   (b) and expect that if you want a document to get in, you better show it
   to the witness – and we should be very selective, as the Judge clearly
   doesn't want to sit around all day while we use experts to do nothing
   more than try to admit documents.

4. The Court would like two hard copies of all Demonstratives to be used
   with a witness in advance.  He indicated that this would include all
   demonstratives / "demonstrative aides" including not only graphics-type

demonstratives, but also "blackboard" bullet-point summaries and blow-ups of deposition transcript experts.  During the Shushan Conference, we reaffirmed the distinction between "demonstratives" such as graphics, etc, one the one hand, which are subject to the Feb 13th / 48-hour / night-before disclosure rules, and the things we would use in cross such as the depo excerpts and the bullet-point summaries.  PSC and Transocean argued that even if the Judge wants, no one should have to disclose non-"demonstratives" to the other side.  BP says if the Judge has it, they should have it.  Judge Shushan will talk to Judge Barbier to see whether he really needs to have (and, if so, whether we would need to disclose to the other side) the non-"demonstratives" like bullet-point summaries and/or blow-ups of depo transcripts for cross.

5. Attorneys putting experts on need to have their questions cross-referenced to the Report in order to respond to objections based on the "four corners" rule / scope.

6. Re: Confidentiality:  The only discussion was that Personal Information (*e.g.* address, SSN) should be redacted.

7. Final certified transcripts – which should be available 6 hours after each morning / afternoon session – can be posted and can be given to the press.

8. May or may not want interim summations ("mini-closings" or, actually, it sounded more like they wanted "mini-openings" for what was to come) depending on the flow of the trial.

9. We need to get the Trial Transcript Order Form signed and returned. – Regina / Susan: You guys get the official transcripts, and then we can disseminate further internally.

10. With the Expert Reports it sounded to me like the Court Reporter wanted a copy of the Cover Page to the Expert's Deposition (?) as well as a copy of the Expert's CV.

11. There is a "Dry Run" with both Attorneys and Tech (Regina/Susan – need to make sure Carl is there) at 9:30 on Wed Feb 20th.

| From: | Steve Herman |
|---|---|
| To: | PSC Trial Team; depository@mdl2179psc.com; "PR" |
| Cc: | PSC Trial Team |
| Subject: | BP Oil - PLEASE READ - Phase One Trial Issues |
| Date: | Thursday, February 21, 2013 3:08:09 PM |
| Attachments: | Judge Sear C311.pdf |
| | Judge Moore B-407.pdf |

See below.

-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Thursday, February 21, 2013 3:06 PM
Subject: Phase One Trial Preparation Issues

Counsel:

    Some questions were raised at the final walk through yesterday that I need to comment on and resolve.

    The first question was regarding the unofficial (realtime) transcript.  As you all know, no portion of the realtime transcript may be transmitted outside of the courthouse.  Thus, when reporting to clients, an exact quote taken from the realtime transcript (for example, cut and paste) would be considered transmission.  Like a press reporter, however, people in the courthouse may take notes and report on the proceedings.

    Audio will not be provided in the allotted work spaces.

    Relative to posting to the FTP site (www.mdl2179trialdocs.com) here is the procedure:

    For the experts, the report and resume may be posted after Judge Barbier accepts the qualifications of the witness and permits the witness to offer expert testimony.

    Deposition bundles.  The plaintiffs will proffer all of the fact witness (128) bundles who will make up their case in chief.  These will be proffered at the marshaling conference on Thursday, February 28 and may be made public (posted to the FTP site) following the marshaling conference.  This will be repeated each Thursday for each party's case in chief.

    Exhibits.  Those exhibits admitted into evidence by Judge Barbier during the course of each week may be posted to the FTP site following the marshaling conference.

    Demonstratives.  The same procedure will apply for demonstratives as set forth above for exhibits.

    Overflow seating for attorneys is still an issue.  A big shout out to Andy for working so hard on the seating charts.  But there have been some changes.

    My courtroom (B-309) will be available to counsel only during the first couple of weeks.  The 2 tables seat 6 for a total of 12.  So Andy's resolution of putting the PSC and the U.S. in there for the duration of trial won't work.

    Judge Moore's Courtroom (B-407) has 2 tables of 6 and we have added 1 table of 5 for a total of 17 (see attached).

    Courtroom C-311 has 2 tables of 5 (not 6), and we have added 1 table of 7.  In addition, the upper bench will seat 4 and the lower bench 3. This is a total of 24.  We can also add a side for 2 and the witness stand for 1 (see attached).  That is a total of 27.

    The above seating will be reserved for counsel.  With the additional seating in B-407 and C-311,

you should not need permanent seating in my courtroom.  If you want to assign it for the first two weeks, you may.

Remember that the public and press may also use B-407 and C-311 (including the jury boxes) and you must make sure that their access is not disturbed.

If there are any last minute questions with regard to Phase One trial issues, we need to resolve them tomorrow morning at our work group meeting.

Thanks very much,

_____
Sally Shushan
U.S. Magistrate Judge
504 589 7620 work
504 881 9861 cell
(See attached file: Judge Sear C311.pdf)(See attached file: Judge Moore B-407.pdf)


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.



## WITNESSES DEPOSED, IDENTIFIED FOR TRIAL & TESTIFIED AT TRIAL

| PARTY | DEPOSITIONS | IDENTIFIED FOR USE AT TRIAL BY | TESTIFIED AT TRIAL | IDENTIFIED BUT NOT USED AT TRIAL |
|---|---|---|---|---|
| PSC WITNESSES | 6 (all experts) | 5 | 4 | 1 |
| USA WITNESSES | 9 (all experts) | 5 | 4 | 1 |
| PSC/USA - ALL WITNESSES | 15 | 10 | 8 | 2 |
| BP EXPERTS | 19 | 19 | 5 | 14 |
| BP FACT WITNESSES | 94 | 14 | 12 (4 by video) | 4 |
| BP - ALL WITNESSES | 113 | 33 | 17 (4 by video) | 18 |
| TRANSOCEAN EXPERTS | 6 | 3 | 3 (1 by video) | 1 |
| TRANSOCEAN FACT WITNESSES | 54 | 7 | 10 (6 by video) | 0 |
| TRANSOCEAN - ALL WITNESSES | 60 | 10 | 13 (7 by video) | 1 |
| HALLIBURTON EXPERTS | 9 | 8 | 3 | 5 |
| HALLIBURTON FACT WITNESSES | 29 | 14 | 11 (5 by video) | 5 |
| HESI - ALL WITNESSES | 38 | 22 | 14 (5 by video) | 10 |
| CAMERON EXPERTS | 6 | 4 | 0 | 4 |
| CAMERON FACT WITNESSES | 5 | 2 | 0 | 2 |
| CAMERON - ALL WITNESSES | 11 | 6 | 0 | 6 |
| ANADARKO EXPERTS | 1 | 0 | 0 | 0 |
| ANADARKO FACT WITNESSES | 10 | 0 | 0 | 0 |
| ANADARKO - ALL WITNESSES | 11 | 0 | 0 | 0 |
| WEATHERFORD EXPERTS | 4 | 1 | 1 | 0 |
| WEATHERFORD FACT WITNESSES | 2 | 1 | 1 | 0 |
| WEATHERFORD - ALL WITNESSES | 6 | 2 | 2 | 0 |
| MOEX EXPERTS | 1 | 0 | 0 | 0 |
| MOEX FACT WITNESSES | 1 | 0 | 0 | 0 |
| MOEX - ALL WITNESSES | 2 | 0 | 0 | 0 |
| MI SWACO EXPERTS | 3 | 3 | 0 | 3 |
| MI SWACO FACT WITNESSES | 5 | 2 | 1 (1 by video) | 1 |
| MI SWACO - ALL WITNESSES | 8 | 5 | 1 (1 by video) | 4 |
| DRIL-QUIP EXPERTS | 1 | 0 | 0 | 0 |
| DRIL-QUIP FACT WITNESSES | 1 | 0 | 0 | 0 |
| DRIL-QUIP - ALL WITNESSES | 2 | 0 | 0 | 0 |
| THIRD-PARTIES | 45 | 1 | 6 (6 by video) | 1 |
| TOTALS - ALL | 311 DEPOSITIONS | 89 WITNESSES IDENTIFIED FOR USE AT TRIAL | 61 WITNESSES TESTIFIED AT TRIAL (23 by video) | 42 WITNESSES IDENTIFIED BUT NOT USED AT TRIAL |

**MATERIALS REVIEWED BY TRIAL TEAM**
**(RE-PREPARATION FOR 2013 TRIAL SETTING)**

| Emailed To Team | Description |
|---|---|
| July 14, 2012 | Summary of Orders on Motions in Limine |
| July 18, 2012 | PreTrial Conference Minute Entry (Feb 3, 2012) |
| July 18, 2012 | Demonstratives List |
| July 18, 2012 | Media Protocol – David Falkenstein/PR |
| July 19, 2012 | Memo – Use of Demonstratives |
| July 25, 2012 | 10 Page PreTrial Statements by Parties |
| July 27, 2012 | Order – BP's Motion in Limine to Exclude Phase Two Evidence |
| July 31, 2012 | Order – Motions in Limine to Limit Scope of Adverse Inferences Drawn from Invocation of 5Th Amendment |
| July 31, 2012 | Order – Opinions of Withdrawn Experts |
| July 31, 2012 | Witness Assignments |
| August 13, 2012 | Summary of Pending Motions |
| September 27, 2012 | Summary of Past Orders (with BP edits) |
| October 16, 2012 | Punitive Damages Summary |

## Judge Barbier's Courtroom



## Overflow Courtroom  407 - Judge Moore - Draft – V7



35 Chairs
30 Gallery Seats
= 65 Total Possible People

# Overflow Courtroom C311 - Judge Sear's - Draft – V7



43 Chairs
40 Gallery Seats
= 83 Total Possible People

## TRIAL TEAM CONTACT LIST

| NAME | CELL # | E-MAIL |
|------|--------|--------|
| Avansic - Gavin Manes | ▮▮▮▮▮▮ | Gavin.manes@avansic.com |
| CCO Office Line - Jennifer Simmons | ▮▮▮▮▮▮ (Office) | bpccoreception@gmail.com |
| Cotton, Amanda (Paralegal) | ▮▮▮▮▮▮ | apc@cunninghambounds.com |
| Cunningham, Bobo | ▮▮▮▮▮▮ | rtc@cunninghambounds.com |
| deGravelles, Johnny | ▮▮▮▮▮▮ | JdeGravelles@dphf-law.com |
| Dills, Billy | ▮▮▮▮▮▮ | William@jimmywilliamson.com |
| Driver - Firmen Thomas | ▮▮▮▮▮▮ | |
| Gethers, Carl (Trial Tech Support) | ▮▮▮▮▮▮ | cgethers@castanoplc.com |
| Gisleson, Soren | ▮▮▮▮▮▮ | sgisleson@hhklawfirm.com |
| Harvey, Mike (Tech Support) | ▮▮▮▮▮▮ | michaelh@wrightroy.com |
| Herman, Steve | ▮▮▮▮▮▮ | sherman@hhklawfirm.com |
| Herrington, Cristina (Clerical Support) | ▮▮▮▮▮▮ | cristinaherrington@gmail.com |
| Ibert, Jessica | ▮▮▮▮▮▮ | jibert@lksalaw.com |
| inData - Jordon Ray | ▮▮▮▮▮▮ | jray@indatacorp.com |
| inData - Chad Thompson | ▮▮▮▮▮▮ | cthompson@indatacorp.com |
| Irpino, Anthony | ▮▮▮▮▮▮ | airpino@irpinolaw.com |
| Lebouef, Susan (Paralegal) | ▮▮▮▮▮▮ | susanl@wrightroy.com |
| Leger, Walter Jr. | ▮▮▮▮▮▮ | wleger@legershaw.com |
| Roy, John | ▮▮▮▮▮▮ | johnr@wrightroy.com |
| Roy, Jim | ▮▮▮▮▮▮ | jimr@wrightroy.com |
| Sevin, Christine | ▮▮▮▮▮▮ | csevin@legershaw.com |
| Sterbcow, Paul | ▮▮▮▮▮▮ | sterbcow@lksalaw.com |
| Taylor, Ian | ▮▮▮▮▮▮ | itaylor@lksalaw.com |
| Theriot, Matt (CCO Tech Support) | ▮▮▮▮▮▮ | mattt@wrightroy.com |
| Thomassie, Tommy | ▮▮▮▮▮▮ | tommyt@wrightroy.com |

## TRIAL DAYS & DAILY WITNESS TESTIMONY

| DAY | DATE | WITNESS | PARTY |
|---|---|---|---|
| 1 | 02/25/13 | Opening Statements | |
| 2 | 02/26/13 | **Robert Bea**  (Cunningham)<br>Lamar McKay  (Cunningham) | **PSC / US  (13.5 Days):**<br>**9 Experts** *(includes 1 Weatherford expert, Calvert)*<br>**12 Fact**  *(3 by video)*<br>**21 TOTAL**<br><br>*Note:  Lacy & Williams depos also played by TO/BP* |
| 3 | 02/27/13 | Lamar McKay<br>Tony Hayward *(video)*<br>Kevin Lacy *(video)*<br>**Alan Huffman**  (deGravelles - No Qs)<br>Mark Bly  (Sterbcow) | |
| 4 | 02/28/13 | Mark Bly | |
| 5 | 03/04/13 | Mark Bly<br>**Andrew Hurst**  (Leger)<br>Michael Williams  *(video)*<br>Randy Ezell  (Sterbcow) | |
| 6 | 03/05/13 | Randy Ezell<br>Ronnie Sepulvado  (Williams) | |
| 7 | 03/06/13 | Ronnie Sepulvado<br>**Richard Heenan**  (deGravelles – No Qs)<br>**Glen Benge**  (Sterbcow) | |
| 8 | 03/07/13 | **Glen Benge**<br>**David Calvert**  (Breit)<br>**Rory Davis**  (Williamson) | |
| 9 | 03/11/13 | **Rory Davis**<br>Timothy Probert   (Sterbcow Assigned, Breit Questioned)<br>Thomas Roth  (Thornhill) | |
| 10 | 03/12/13 | Thomas Roth<br>**Greg Perkin**  (Williamson) | |
| 11 | 03/13/13 | Joe Keith  (deGravelles)<br>**Geoff Webster**   (Williams) | |
| 12 | 03/14/13 | **Geoff Webster** | |
| 13 | 03/18/13 | **Geoff Webster**<br>**Calvin Barnhill**  (Called By Transocean)<br>(Williams Assigned, Sterbcow Questioned) | |
| 14 | 03/19/13 | Steven Newman  (Cunningham)<br>Tim Quirk  (Breit) | |
| 15 | 03/20/13 | Tim Quirk<br>**Calvin Barnhill** (continued-By Transocean)<br>Leo Lindner *(video)*<br><br>**Greg Childs** | **TRANSOCEAN (3.5 Days):**<br>**3 Experts** *(1 by video, Wolfe)*<br>*(1 called during PSC-USA case, Barnhill)*<br>**11 Fact**  *(9 by video)*<br>**14 TOTAL**<br>*Note: Williams & Lindner depos also played by PSC-USA/BP)* |
| 16 | 03/21/13 | **Greg Childs**<br>Murry  Sepulvado *(video)*<br>Buddy  Trahan *(video)* | |
| 17 | 03/25/13 | Michael Williams *(video)*<br>Paul James Meinhart *(video)* | |

| | | David Young<br>**Jeff Wolfe** *(video)*<br>Michael Odom *(video)*<br>Robert Neal *(video)* | |
| --- | --- | --- | --- |
| **18** | 03/26/13 | Bill Ambrose<br>Paul Johnson *(video)*<br>David McKay *(video)* | |
| **19** | 03/27/13 | Nathaniel Chaisson<br>**Richard Strickland**<br>Greg Garrison *(video)*<br>Craig Gardner *(video)*<br>Ronnie Faul *(video)*<br>Rickey Morgan *(video)* | **HALLIBURTON (4.5 Days):**<br>**3 Experts**<br>9 Fact *(7 by video)*<br>**12 TOTAL** |
| **20** | 04/02/13 | Jesse Gagliano<br>**Glen Stevick** | *Note: Garrison & Gardner depos also played by BP* |
| **21** | 04/03/13 | **Glen Stevick**<br>John Gisclair *(video)*<br>Kurt Adam Kronenberger *(video)*<br>**Gene Beck** | |
| **22** | 04/04/13 | **Gene Beck** | |
| **23** | 04/08/13 | Greg Walz *(video)*<br>**Ted Bourgoyne** | **BP (6.5 Days):**<br>**7 Experts**<br>13 Fact *(8 by Video)*<br>**20 TOTAL** |
| **24** | 04/09/13 | **Ted Bourgoyne**<br>**Morten Emilsen**<br>Steve Robinson<br>Kevin Lacy *(video)*<br>Neil Shaw | *Note: Lacy, Lindner, Gardner & Garrison depos also played by PSC-USA/TO/HESI)* |
| **25** | 04/10/13 | Neil Shaw<br>Daun Winslow *(video)*<br>Vincent Tabler *(video)*<br>Lee Lambert<br>**David Lewis**<br>Brent Lirette | |
| **26** | 04/11/13 | **Arthur Zatarain** | |
| **27** | 04/15/13 | John Guide | |
| **28** | 04/16/13 | John Guide<br>**Earl Shanks**<br>Larry McMahan *(video)*<br>Frank Patton *(video)*<br>Leo Lindner *(video)* | |
| **29** | 04/17/13 | Pat O'Bryan<br>Craig Gardner *(video)*<br>Greg Garrison *(video)*<br>**Capt. Andrew Mitchell** | |