# STATUS AND DISCOVERY CONFERENCES

| DATE | CONFERENCE / HEARING TYPE | BEFORE |
|---|---|---|
| May 27, 2010 | Status Conference - Pre MDL | Judge Barbier |
| June 4, 2010 | Status Conference - Pre MDL | Judge Barbier |
| June 17, 2010 | Status Conference - Pre-MDL | Judge Barbier |
| July 27, 2010 | Plaintiffs' Motion for Collection and Preservation of Oil Samples | Judge Barbier |
| July 29, 2010 | JPML Hearing re MDL | JPML Panel |
| September 3, 2010 | Hearing re BOP | Judge Barbier |
| September 16, 2010 | Status Conference | Judge Barbier |
| October 15, 2010 | Status Conference | Judge Barbier |
| October 21, 2010 | Discovery Conference | Judge Shushan |
| November 1, 2010 | Discovery Conference | Judge Shushan |
| November 15, 2010 | Discovery Conference | Judge Shushan |
| November 19, 2010 | Status Conference | Judge Barbier |
| December 17, 2010 | Status Conference | Judge Barbier |
| December 22, 2010 | Discovery Conference | Judge Shushan |
| January 6, 2011 | Discovery Conference | Judge Shushan |
| January 14, 2011 | Discovery Conference | Judge Shushan |
| January 21, 2011 | Discovery Conference | Judge Shushan |
| January 28, 2011 | Discovery Conference | Judge Shushan |
| January 28, 2011 | Status Conference | Judge Barbier |
| February 11, 2011 | Discovery Conference | Judge Shushan |
| February 15, 2011 | Discovery Conference - Telephone | Judge Shushan |
| February 18, 2011 | Discovery Conference | Judge Shushan |
| February 25, 2011 | Discovery Conference | Judge Shushan |
| February 25, 2011 | Status Conference | Judge Barbier |
| March 4, 2011 | Discovery Conference | Judge Shushan |
| March 10, 2011 | Discovery Conference - Telephone | Judge Shushan |
| March 11, 2011 | Discovery / Working Group Conference | Judge Shushan |
| March 18, 2011 | Discovery / Working Group Conference | Judge Shushan |
| March 25, 2011 | Discovery / Working Group Conference | Judge Shushan |
| March 25, 2011 | Status Conference | Judge Shushan |
| March 25, 2011 | Hearing - St. Joe Company | Judge Barbier |
| April 1, 2011 | Discovery Conference | Judge Shushan |
| April 7, 2011 | Hearing - St. Joe Company | Judge Barbier |
| April 8, 2011 | Discovery / Working Group Conference | Judge Shushan |
| April 14, 2011 | Status Conference | Judge Barbier |
| April 15, 2011 | Discovery / Working Group Conference | Judge Shushan |
| April 19, 2011 | Discovery / Working Group Conference | Judge Shushan |
| April 26, 2011 | Discovery Conference - Telephone | Judge Shushan |
| April 28, 2011 | Discovery / Working Group Conference | Judge Shushan |
| April 29, 2011 | Discovery / Working Group Conference | Judge Shushan |
| April 29, 2011 | Status Conference | Judge Barbier |
| May 6, 2011 | Status Conference - In Chambers | Judge Barbier |

# STATUS AND DISCOVERY CONFERENCES

| DATE | CONFERENCE / HEARING TYPE | BEFORE |
|---|---|---|
| May 6, 2011 | Discovery / Working Group Conference | Judge Shushan |
| May 12, 2011 | Discovery Conference - Telephone | Judge Shushan |
| May 13, 2011 | Discovery / Working Group Conference | Judge Shushan |
| May 20, 2011 | Discovery / Working Group Conference | Judge Shushan |
| May 23, 2011 | Discovery / Working Group Conference | Judge Shushan |
| May 26, 2011 | Discovery / Working Group Conference | Judge Shushan |
| May 26, 2011 | Status Conference and Hearing on Motions to Dismiss Master Complaints | Judge Barbier |
| June 14, 2011 | Discovery Conference - Telephone | Judge Shushan |
| June 17, 2011 | Discovery / Working Group Conference | Judge Shushan |
| June 24, 2011 | Discovery / Working Group Conference | Judge Shushan |
| June 27, 2011 | Discovery Conference - Telephone | Judge Shushan |
| July 1, 2011 | Discovery / Working Group Conference | Judge Shushan |
| July 8, 2011 | Discovery / Working Group Conference | Judge Shushan |
| July 8, 2011 | Status Conference | Judge Barbier |
| July 15, 2011 | Discovery / Working Group Conference | Judge Shushan |
| July 22, 2011 | Discovery / Working Group Conference | Judge Shushan |
| July 29, 2011 | Discovery / Working Group Conference | Judge Shushan |
| August 12, 2011 | Discovery / Working Group Conference | Judge Shushan |
| August 12, 2011 | Status Conference | Judge Barbier |
| August 19, 2011 | Discovery / Working Group Conference | Judge Shushan |
| August 26, 2011 | Discovery / Working Group Conference | Judge Shushan |
| September 9, 2011 | Discovery / Working Group Conference | Judge Shushan |
| September 16, 2011 | Hearing on Motions to Dismiss States' Claims and Motions regarding Insurance and Indemnity Issues | Judge Barbier |
| September 16, 2011 | Status Conference | Judge Barbier |
| September 30, 2011 | Discovery / Working Group Conference | Judge Shushan |
| October 7, 2011 | Discovery / Working Group Conference | Judge Shushan |
| October 14, 2011 | Discovery / Working Group Conference | Judge Shushan |
| October 21, 2011 | Discovery / Working Group Conference | Judge Shushan |
| October 21, 2011 | Status Conference | Judge Barbier |
| October 28, 2011 | Discovery / Working Group Conference | Judge Shushan |
| November 4, 2011 | Hearing - State of Louisiana Objection to Shushan Order | Judge Barbier |
| November 4, 2011 | Discovery / Working Group Conference | Judge Shushan |
| November 18, 2011 | Discovery / Working Group Conference | Judge Shushan |
| November 18, 2011 | Status Conference | Judge Barbier |
| December 2, 2011 | Discovery / Working Group Conference | Judge Shushan |
| December 9, 2011 | Discovery / Working Group Conference | Judge Shushan |
| December 16, 2011 | Discovery / Working Group Conference | Judge Shushan |
| December 16, 2011 | Status Conference and Hearing on TO's Motion for Partial Summary Judgment against BP | Judge Barbier |

# STATUS AND DISCOVERY CONFERENCES

| DATE | CONFERENCE / HEARING TYPE | BEFORE |
|---|---|---|
| January 6, 2012 | Discovery / Working Group Conference | Judge Shushan |
| January 13, 2012 | Discovery / Working Group Conference | Judge Shushan |
| January 18, 2012 | Discovery / Working Group Conference | Judge Shushan |
| January 19, 2012 | Status Conference and Hearing on US Motion for Partial Summary Judgment | Judge Barbier |
| January 27, 2012 | Discovery / Working Group Conference | Judge Shushan |
| January 30, 2012 | Discovery Conference - Telephone | Judge Shushan |
| February 3, 2012 | Discovery / Working Group Conference | Judge Shushan |
| February 6, 2012 | Discovery Conference - Telephone | Judge Shushan |
| February 10, 2012 | Discovery / Working Group Conference | Judge Shushan |
| February 17, 2012 | Discovery / Working Group Conference | Judge Shushan |
| March 1, 2012 | Discovery / Working Group Conference | Judge Shushan |
| March 2, 2012 | Discovery Conference - Telephone | Judge Shushan |
| March 9, 2012 | Discovery / Working Group Conference | Judge Shushan |
| March 16, 2012 | Discovery / Working Group Conference | Judge Shushan |
| March 23, 2012 | Discovery / Working Group Conference | Judge Shushan |
| March 30, 2012 | Discovery / Working Group Conference | Judge Shushan |
| April 13, 2012 | Discovery / Working Group Conference | Judge Shushan |
| April 25, 2012 | Settlement Conference | Judge Barbier |
| May 3, 2012 | Discovery / Working Group Conference | Judge Shushan |
| May 3, 2012 | Status Conference | Judge Barbier |
| May 11, 2012 | Discovery / Working Group Conference | Judge Shushan |
| May 18, 2012 | Discovery / Working Group Conference | Judge Shushan |
| June 1, 2012 | Discovery / Working Group Conference | Judge Shushan |
| June 8, 2012 | Discovery / Working Group Conference | Judge Shushan |
| June 15, 2012 | Discovery / Working Group Conference | Judge Shushan |
| June 22, 2012 | Discovery / Working Group Conference | Judge Shushan |
| July 13, 2012 | Status Conference | Judge Barbier |
| July 20, 2012 | Discovery / Working Group Conference | Judge Shushan |
| July 27, 2012 | Discovery / Working Group Conference | Judge Shushan |
| August 3, 2012 | Discovery / Working Group Conference | Judge Shushan |
| August 10, 2012 | Discovery / Working Group Conference | Judge Shushan |
| August 17, 2012 | Discovery / Working Group Conference | Judge Shushan |
| September 7, 2012 | Discovery / Working Group Conference | Judge Shushan |
| September 14, 2012 | Status Conference and Hearing on Pure Stigma Claims, BP Dealer Claims and Recreational Fishing Claims | Judge Barbier |
| September 14, 2012 | Discovery / Working Group Conference | Judge Shushan |
| September 21, 2012 | Discovery / Working Group Conference | Judge Shushan |
| September 28, 2012 | Discovery / Working Group Conference | Judge Shushan |
| October 12, 2012 | Discovery / Working Group Conference | Judge Shushan |
| October 19, 2012 | Discovery / Working Group Conference | Judge Shushan |
| October 26, 2012 | Discovery / Working Group Conference | Judge Shushan |

# STATUS AND DISCOVERY CONFERENCES

| DATE | CONFERENCE / HEARING TYPE | BEFORE |
|---|---|---|
| October 26, 2012 | Status Conference | Judge Barbier |
| November 2, 2012 | Discovery / Working Group Conference | Judge Shushan |
| November 8, 2012 | Fairness Hearing | Judge Barbier |
| November 9, 2012 | Discovery / Working Group Conference | Judge Shushan |
| November 16, 2012 | Discovery / Working Group Conference | Judge Shushan |
| November 30, 2012 | Discovery / Working Group Conference | Judge Shushan |
| November 30, 2012 | Status Conference | Judge Wilkinson |
| December 18, 2012 | Discovery / Working Group Conference | Judge Shushan |
| January 4, 2013 | Discovery / Working Group Conference | Judge Shushan |
| January 11, 2013 | Discovery / Working Group Conference | Judge Shushan |
| January 11, 2013 | Status Conference - In Chambers | Judge Barbier |
| January 15, 2013 | Discovery Conference - Telephone | Judge Shushan |
| January 18, 2013 | Phase I Pre-Trial Conference | Judge Barbier |
| January 18, 2013 | Discovery / Working Group Conference | Judge Shushan |
| January 25, 2013 | Discovery / Working Group Conference | Judge Shushan |
| February 7, 2013 | Discovery Conference - Telephone | Judge Shushan |
| February 15, 2013 | Discovery / Working Group Conference | Judge Shushan |
| February 19, 2013 | Discovery Conference - Telephone | Judge Shushan |
| February 22, 2013 | Discovery / Working Group Conference | Judge Shushan |
| February 28, 2013 | Phase I Marshalling Conference | Judge Shushan |
| March 1, 2013 | Discovery / Working Group Conference | Judge Shushan |
| March 4, 2013 | Discovery Conference - Telephone | Judge Shushan |
| March 7, 2013 | Phase I Marshalling Conference | Judge Shushan |
| March 8, 2013 | Discovery / Working Group Conference | Judge Shushan |
| March 12, 2013 | Hearing on Interpleader | Judge Shushan |
| March 14, 2013 | Phase I Marshalling Conference | Judge Shushan |
| March 15, 2013 | Discovery / Working Group Conference | Judge Shushan |
| March 21, 2013 | Status Conference | Judge Wilkinson |
| March 21, 2013 | Phase I Marshalling Conference | Judge Barbier |
| April 1, 2013 | Discovery Conference - Telephone | Judge Shushan |
| April 3, 2013 | Status Conference | Judge Wilkinson |
| April 4, 2013 | Phase I Marshalling Conference | Judge Shushan |
| April 5, 2013 | Hearing on BP Preliminary Injunction against Settlement Program (BEL/Matching dispute) | Judge Barbier |
| April 11, 2013 | Phase I Marshalling Conference | Judge Shushan |
| April 12, 2013 | Discovery / Working Group Conference | Judge Shushan |
| April 19, 2013 | Discovery / Working Group Conference | Judge Shushan |
| May 3, 2013 | Discovery / Working Group Conference | Judge Shushan |
| May 10, 2013 | Discovery / Working Group Conference | Judge Shushan |
| May 17, 2013 | Discovery Conference / Phase I Final Marshaling Conference | Judge Shushan |
| May 28, 2013 | Discovery Conference - Telephone | Judge Shushan |
| May 31, 2013 | Discovery / Working Group Conference | Judge Shushan |

# STATUS AND DISCOVERY CONFERENCES

| DATE | CONFERENCE / HEARING TYPE | BEFORE |
|---|---|---|
| June 7, 2013 | Discovery / Working Group Conference | Judge Shushan |
| June 27, 2013 | Status Conference | Judge Barbier |
| June 28, 2013 | Discovery / Working Group Conference | Judge Shushan |
| July 12, 2013 | Discovery / Working Group Conference | Judge Shushan |
| July 19, 2013 | Hearing on BP's Emergency Preliminary Injunction to Suspend Payments From the Court Supervised Settlement Program | Judge Barbier |
| July 19, 2013 | Discovery / Working Group Conference | Judge Shushan |
| July 26, 2013 | Discovery / Working Group Conference | Judge Shushan |
| August 2, 2013 | Discovery / Working Group Conference | Judge Shushan |
| August 7, 2013 | Hearing on Rule to Show Cause re Settlement Program Funding | Judge Shushan |
| August 7, 2013 | Hearing on BP's Appeal of Judge Shushan's Ruling on Settlement program Funding | Judge Barbier |
| August 9, 2013 | Discovery / Working Group Conference | Judge Shushan |
| August 16, 2013 | Discovery / Working Group Conference | Judge Shushan |
| August 23, 2013 | Discovery / Working Group Conference | Judge Shushan |
| September 6, 2013 | Discovery / Working Group Conference | Judge Shushan |
| September 10, 2013 | Status Conference | Judge Wilkinson |
| September 11, 2013 | Phase II Pre-Trial Conference | Judge Barbier |
| September 13, 2013 | Discovery / Working Group Conference | Judge Shushan |
| September 19, 2013 | Status Conference | Judge Wilkinson |
| September 20, 2013 | Discovery / Working Group Conference | Judge Shushan |
| October 11, 2013 | Status Conference | Judge Barbier |
| October 28, 2013 | Discovery Conference - Telephone | Judge Shushan |
| November 5, 2013 | Discovery / Working Group Conference | Judge Shushan |
| November 7, 2013 | Phase II Marshalling Conference | Judge Shushan |
| February 26, 2014 | Hearing on BP's Motion for Preliminary Injunction to Suspend the Second Distribution of the Seafood Compensation Program and BP's Motion for Relief From Judgment Pursuant to Rule 60(b)(3) | Judge Barbier |
| March 21, 2014 | Status Conference - Phase III | Judge Barbier |
| April 17, 2014 | Discovery Conference - Telephone | Judge Shushan |
| May 29, 2014 | Discovery Conference - Telephone | Judge Shushan |
| June 12, 2014 | Discovery Conference - Telephone | Judge Shushan |
| June 26, 2014 | Discovery Conference - Telephone | Judge Shushan |
| July 1, 2014 | Status Conference | Judge Wilkinson |
| July 24, 2014 | Discovery Conference - Telephone | Judge Shushan |
| September 23, 2014 | Status Conference | Judge Barbier |
| September 24, 2014 | Hearing on BP's Motion for Reconsideration; Motion for Restitution and Injunctive Relief | Judge Barbier |
| September 26, 2014 | Status Conference | Judge Wilkinson |

# STATUS AND DISCOVERY CONFERENCES

| DATE | CONFERENCE / HEARING TYPE | BEFORE |
|---|---|---|
| October 10, 2014 | Discovery Conference - Telephone | Judge Shushan |
| October 23, 2014 | Alabama Discovery Conference - Telephone | Judge Shushan |
| October 23, 2014 | OPA Test Case Discovery Conference - Telephone | Judge Shushan |
| October 30, 2014 | Alabama Discovery Conference - Telephone | Judge Shushan |
| October 30, 2014 | Phase III Discovery Conference - Telephone | Judge Shushan |
| October 31, 2014 | OPA Test Case Discovery Conference - Telephone | Judge Shushan |
| November 6, 2014 | Alabama Discovery Conference | Judge Shushan |
| November 6, 2014 | OPA Test Case Discovery Conference | Judge Shushan |
| November 7, 2014 | Evidentiary Hearing | Judge Barbier |
| December 4, 2014 | Alabama Discovery Conference - Telephone | Judge Shushan |
| December 4, 2014 | Phase III Discovery Conference - Telephone | Judge Shushan |
| December 5, 2014 | OPA Test Case Discovery Conference - Telephone | Judge Shushan |
| December 5, 2014 | Settlement Conference | Judge Wilkinson |
| December 5, 2014 | Telephone Conference - BELO Actions | Judge Barbier |
| December 17, 2014 | Status Conference | Judge Wilkinson |
| January 7, 2015 | Penalty Phase Final Pre-Trial Conference | Judge Barbier |
| February 12, 2015 | Alabama Discovery Conference | Judge Shushan |
| February 12, 2015 | OPA Test Case Discovery Conference | Judge Shushan |
| February 24, 2015 | Penalty Phase Marshalling Conference | Judge Shushan |
| February 26, 2015 | Alabama Discovery Conference | Judge Shushan |
| February 26, 2015 | OPA Test Case Discovery Conference | Judge Shushan |
| March 12, 2015 | Alabama Discovery Conference | Judge Shushan |
| March 12, 2015 | OPA Test Case Discovery Conference | Judge Shushan |
| March 16, 2015 | Penalty Phase Marshalling Conference | Judge Shushan |
| April 9, 2015 | Alabama Discovery Conference - Telephone | Judge Shushan |
| April 28, 2015 | Penalty Phase Marshalling Conference | Judge Shushan |
| May 22, 2015 | Alabama Discovery Conference - Telephone | Judge Shushan |
| May 22, 2015 | OPA Test Case Discovery Conference - Telephone | Judge Shushan |
| June 4, 2015 | OPA Test case Discovery Conference - Telephone | Judge Shushan |
| June 26, 2015 | Alabama Discovery Conference - Telephone | Judge Shushan |
| July 28, 2015 | Telephone Conference | Judge Barbier |
| October 8, 2015 | Status Conference | Judge Wilkinson |
| November 13, 2015 | Status Conference | Judge Barbier |
| November 30, 2015 | OPA Test Case Discovery Conference | Judge Shushan |
| January 20, 2016 | OPA Test Case Discovery Conference | Judge Shushan |
| February 17, 2016 | OPA Test Case Discovery Conference - Telephone | Judge Shushan |

# STATUS AND DISCOVERY CONFERENCES

| DATE | CONFERENCE / HEARING TYPE | BEFORE |
|---|---|---|
| February 23, 2016 | OPA Test Case Discovery Conference - Telephone | Judge Shushan |
| March 1, 2016 | OPA Test Case Discovery Conference - Telephone | Judge Shushan |