UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAGISTRATE JUDGE SHUSHAN |
| **KRISTA PEARSON** | * | |
| Docket Number(s) | * | |
| **2:11-cv-000863-CJB-SS** | * | |
| Short Form Joinder Number(s) | | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil; Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives the notice of voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxes as paid.

-2-

Case name(s) and docket number(s):

**KRISTA PEARSON**                                               2:11-cv-00863-CJB-SS

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 15th day of July, 2016.

/s/ _____
Attorney Name: Thomas E. Loehn
Attorney Address: 2324 Severn Avenue, Suite 100
                  Metairie, Louisiana 70001

ATTORNEY FOR PLAINTIFF(S)