## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig       \*    **MDL2179**
     "Deepwater Horizon" in the Gulf    \*    **SECTION J**
     Of Mexico, on April 20, 2010

                                                 \*   **JUDGE BARBIER**

                                                 \*   **MAG. JUDGE SHUSHAN**

This Document Relates To:
*Pleading Bundle B1*

---

[Plaintiff(s)]

**Gregory Stewart**

**vs.**                                          **\* CIVIL ACTION No.16-04545**

**BP Exploration & Production, Inc.; BP America**    **\* SECTION J**
**Production Company; BP p.l.c.; BP American, Inc.**
**BP Products North American, Inc.,**                 **\* JUDGE BARBIER**
<u>**Halliburton Energy Services, Inc.,**</u> **Transocean LTD**
**TRANSOCEAN HOLDINGS, LLC**             **\* MAG. JUDGE SHUSHAN**

[Defendant(s)]

---

## <u>MOTION TO ALTER AND AMEND JUDGMENT<br>AND FOR CLARIFICATION</u>

       **NOW COMES PLAINTIFF,** *Gregory Stewart,* through undersigned counsel, who does allege, aver and represent as follows:

       It is submitted that this is NOT a contested motion and that the defendants have agreed that the relief sought herein is due to be granted.

Plaintiff seeks a ruling under Rule 59 of the Federal Rules of Civil procedure to alter or amend its judgement of July 14, 2016 document number 20996 and in support thereof would allege and show as follows:

Gregory Stewart (BP PRESENTMENT CLAIM NO: 1002210-01) (FILED 1/9/2013) Short Form Joinder document NO: _123149_ FILED 2/20/2013 is a resident of Biloxi, MS of legal age sent as an Amended Short Form Joinder NO: _128613_ FILED 4/11/2013 and later as a multi-party complaint in 13-CV-01245.

Pursuant to PTO 60 a secondary complaint based on Case number 2:13-CV-01245 was filed.  The underlying case was not dismissed pending final determinations concerning the pre-trial order 60 pursuant to which this complaint is filed. Case 16-04545 was filed on or about May 5, 2016 was found compliant with PTO 60 as shown on page 73 of 83 of document number 18724-1 filed June 7, 2016.

BP in document 20992-1 filed an updated PTO 60 list which omitted the name of the petitioner. Your petitioner duly reported the omission by e-mail to counsel for BP of the Plaintiff's name but subsequent to that report Petitioner received the July 14, 2016 order document number 20996.

On or about July 14, 2016 in document number 20996 which referenced exhibit 1A document 20996-1 in response to a filing by BP on July 13, 2016 the court erroneously ruled that the omission of Stewart's name from the list generated on the 13th by BP resulted in the previous compliant complaint becoming non-compliant.  Counsel for BP admitted that the omission of Plaintiff from the compliant group was in error in response to the e-mail on this issue.  It is submitted this is in error and is due to an error made in putting together this lists by BP.

If for any reason, your petitioner is found to be non-compliant notwithstanding the prior documents, it is requested that your petitioner be given proper notice and allowed an opportunity to cure the compliance

issue in light of the prior document showing the petitioner to be compliant and the absence of any clear designation otherwise.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully submits that the court order that Exhibit 1A document number 20996-1 be deemed to include Plaintiff Greg Stewart with case numbers 13-01245; 13-717;16-04545 5/5/16 and that the case be deemed still pending and not dismissed and for such other and different relief to which your petitioner may be entitled the premises considered.

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

01886 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that the Plaintiff's Motion to Alter or Amend Judgment under Rule 59(e), Memorandum In Support, Affidavit, and Proposed Order were filed electronically on the 15 day of July, 2016 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER