UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *   MDL2179 <br> *   SECTION J <br> *   JUDGE BARBIER <br> *   MAG. JUDGE SHUSHAN |

**This Document Relates To:**
*Pleading Bundle B1*

[Plaintiff(s)]

**Gregory Stewart**

vs.                                                                                  * CIVIL ACTION No.16-04545

BP Exploration & Production, Inc.; BP America          * SECTION J
Production Company; BP p.l.c.; BP American, Inc.
BP Products North American, Inc.,                             * JUDGE BARBIER
<u>Halliburton Energy Services, Inc.,</u> Transocean LTD
**TRANSOCEAN HOLDINGS, LLC**                          * MAG. JUDGE SHUSHAN

[Defendant(s)]

## <u>ORDER</u>

This matter came on Plaintiff's motion to reconsider the court's order of July 14, 2016 document number 20996. Upon consideration of the facts, it is ordered that Greg Stewart is deemed to be included on Exhibit 1A document number 20996-1 as Plaintiff Greg Stewart with case numbers 13-01245; 13-717;16-04545 5/5/16 and that the case be deemed still pending and not dismissed.

_____Judge