UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 10-2179 SECTION: "J" |
| This Document Relates To: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| **Blue Van Seafood** | * * | |
| Docket Number(s) | * * | |
| **2:13-cv-01471-CJB-SS** | * * | |

******************************************

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the below listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

Plaintiff and docket number(s):

**Blue Van Seafood**          2:13-cv-01471-CJB-SS

Respectfully submitted this 16th day of July, 2016

**LEAKE & ANDERSSON, LLP**

/s/ Adam D. Whitworth
**EDWARD T. HAYES, La. Bar No. 25700**
**ADAM D. WHITWORTH, La. Bar No. 34149**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana  70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: ehayes@leakeandersson.com
Email: awhitworth@leakeandersson.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16$^h$ day of July, 2016.

/s/ Adam Whitworth
Adam Whitworth