# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010<br><br>This Document relates to:<br>**Pleading Bundle B1** | MDL 2179<br>Section J<br><br>Judge Barbier<br>Magistrate Judge Shushan |
| Teodoro Ortega, et al.,<br><br>  Plaintiff(s),<br> vs.<br><br>BP P.L.C., et al.<br><br>  Defendant(s). | Case No. 2:10-CV-03093-CJB-SS<br><br><br>Judge Barbier<br>Magistrate Judge Shushan |

## Notice of Voluntary Dismissal With Prejudice

   COME NOW all Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of the instant action, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc.,



Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Submitted on July 18, 2016.

<u>/s/J. Alistair McKenzie</u>
J. Alistair McKenzie, Esq.
Florida Bar Number: 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, FL  32503-3931
Telephone:  (850) 432-2856
Facsimile:  (850) 202-2012
Email: amckenzie@mckenzielawfirm.com
Attorneys for Plaintiff(s)
