UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-2-

|   | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | Harrison, Sylvia | 2:13-cv-05367-CJB-SS |
| 2 | Island Management Systems Inc | 2:13-cv-05367-CJB-SS |
| 3 | SAM' S SEAFOOD MARKET & OYSTER BAR, INC, | 16-06059 |
| 4 | MARTINEZ GONZALEZ, CATALINA | 2:13-cv-02791-CJB-SS |

Respectfully submitted,

### THE BUZBEE LAW FIRM

By:    */S/ Anthony G. Buzbee*
       Anthony G. Buzbee
       Attorney in Charge
       State Bar No. 24001820
       S.D. Tex. I.D. No. 22679
       Caroline E. Adams
       State Bar No. 24011198
       S.D. Tex. I.D. No. 27655
       J.P. Morgan Chase Tower
       600 Travis, Suite 7300
       Houston, Texas 77002
       Telephone: (713) 223-5393
       Facsimile: (713) 223-5909
       www.txattorneys.com

**ATTORNEYS FOR PLAINTIFFS**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on July 18, 2016.

      /s/ Caroline Adams
      **CAROLINE E. ADAMS**