IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to: No. 15-4146 | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**JOINT MOTION FOR AUTHORITY TO MAKE PAYMENT TO
ESCROW AGENT FOR SETTLEMENT FUND**

Co-Lead Class Counsel, on behalf of the DHEPDS Class and the New Transocean/Halliburton Punitive Damages Settlement Class, and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") (collectively, the "Parties") respectfully request that the Court grant this Joint Motion for Authority to Make Payment to the Escrow Agent for the Settlement Fund, for the reasons that follow:

On July 16, 2015, this Court entered its Order Granting Joint Motion For (1) Establishment of Settlement Fund Pursuant to Transocean Punitive Damages and Assigned Claims Settlement Agreement, and (2) Appointment of Escrow Agent for Settlement Fund (the "Settlement Fund Order") (Rec. Doc. 14906). Subsequent to the entry of the Settlement Fund Order, Transocean has funded the Aggregate Payment required by the SA, depositing the funds with the Escrow Agent approved by the Court.

1

Pursuant to Section 3.4 of the Escrow Agreement, the Escrow Agent is "entitled to compensation for its services as stated in the fee schedule attached hereto as Exhibit C, which compensation shall be paid from the Escrow Property as directed by the Court."[1] Exhibit C states that the Escrow Agent is entitled to its initial fee upon execution of the Escrow Agreement,[2] and an annual fee of fifty thousand dollars ($50,000) payable on each anniversary of the execution date of the agreement.

**WHEREFORE** the Parties respectfully request authority from the Court, in the form of the proposed order submitted herewith, to make the 2016 annual payment to the Escrow Agent, which payment shall be made from the Aggregate Payment.

---

[1] Rec. Doc. 14865-2, at p.8.

[2] The Court issued an order authorizing the initial payment to the escrow agent in 2015, (Rec. Doc. 15391).

This 18th day of July, 2016.

Respectfully submitted,

/s/ Stephen J. Herman
Stephen J. Herman
La. Bar No. 23129
HERMAN HERMAN & KATZ, LLC
820 O'Keefe Avenue New
Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 569-6024

/s/ James Parkerson Roy
James Parkerson Roy
La. Bar No. 11511
DOMENGEAUX WRIGHT ROY EDWARDS
 & COLOMB, LLC
56 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Facsimile: (337) 233-279

**CO-LEAD CLASS COUNSEL**

 /s/ Brad D. Brian
Brad D. Brian
Daniel B. Levin
MUNGER TOLLES & OLSON, LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
daniel.levin@mto.com

 /s/ Steven L. Roberts
Steven L. Roberts
SUTHERLAND ASBILL & BRENNAN, LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com,

 / s/ Kerry J. Miller
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600 New
Orleans, LA 70170
Tel: (504) 566-8646
Fax: (504) 585-6946
Email: kjmiller@bakerdonelson.com

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Authority to Make Payment to the Escrow Agent for the Settlement Fund will be served on all Counsel by electronically uploading the same to File & ServExpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 18th day of July, 2016.

/s/ Stephen J. Herman