IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:  No. 15-4146 | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER AUTHORIZING PAYMENT TO ESCROW AGENT FOR SETTLEMENT FUND

**CONSIDERING** the Joint Motion for Authority to Make Payment to Escrow Agent for the Settlement Fund.

**IT IS ORDERED** that the parties be and are hereby authorized to make the 2016 annual payment of Fifty Thousand Dollars ($50,000) to the Escrow Agent as required by Section 3.4 and Exhibit C of the Escrow Agreement (approved by the Court in Rec. Doc. 14906). This payment shall be made from the Aggregate Payment deposited with the Escrow Agent.

**SIGNED** this ___ day of July, 2016.

_____
**Hon. Carl J. Barbier**