UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| All Cases | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Third motion for continuance of Judgment Debtor Examination of Jarrold Burrle (Rec. doc. 21010)]**

The Claims Administrator Patrick Juneau, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") moved for an order continuing the judgment debtor exam of Jarrod Burrle currently scheduled for July 14, 2016 at 10:00 a.m. to a date available as set by the Court:

IT IS ORDERED as follows:

1. The third motion for continuance of Judgment Debtor Examination of Jarrold Burrell (Rec. doc. 21010) is GRANTED.

2. Jarrod Burrle shall appear for a judgment debtor examination on **Wednesday, August 31, 2016 at 10:00 a.m.**

3. Mr. Burrle shall bring the documents/information set forth in Section IV of DHECC's Motion to Examine Judgment Debtor (Rec. Doc. 16034) (the "Requested Information") to his re-scheduled debtor's exam.

4. Mr. Burrle is on notice that failure to appear and/or failure to bring the Requested Information may be punished as contempt, that he may be fined, that he may be taken into custody for contempt, and that a bench warrant may be issued for his arrest if he fails to appear.

New Orleans, Louisiana, this 18th day of July, 2016.

**SALLY SHUSHAN**
**United States Magistrate Judge**