IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleadings Bundle B1* | * * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| KAY EUBANKS, | * * | |
| Plaintiff, | * * * | CIVIL ACTION No. 2:16-cv-05093-CJB-SS |
| v. | * * | SECTION J |
| BP EXPLORATION AND PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN   HOLDINGS, LLC; TRANSOCEAN DEEPWATER, INC; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES INC., | * * * * * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Defendants. | * | |

_____/

## NOTICE OF   VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ATTORNEY CHARGING LIEN

Plaintiff's former counsel, Douglas S. Lyons, P.A., Lyons & Farrar, P.A., Howard and Associates, and the Law Office of Samuel T. Adams, file this  Notice of Voluntary Dismissal Without Prejudice of their attorney charging lien, in the above matter in that the parties have reached an amicable settlement of the issues involved.

1

/s/ Douglas S. Lyons
DOUGLAS S. LYONS
Fla. Bar No.: 128277
Lyons & Farrar, P.A.
1637 Metropolitan Blvd., Ste. A-2
Tallahassee, Florida 32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
dougl@lyonsandfarrar.com

P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

Samuel T. Adams
154 Roy Lane
Post Office Box 8420
Panama City, Florida 32409
(850) 785-3469 – telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing   Voluntary Dismissal   of Attorney Charging Lien has been served on all counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and   that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179; this 18th day of July, 2016.

/s/ Douglas S. Lyons
Douglas S. Lyons

C:\USERS\MARSHAL\DESKTOP\DSL\BP\CLIENTS\EUBANKS\NOTICEOFVOLUNTARYDISMISSALOFCHARGINGLIEN.DOCX