UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>ALL CASES<br><br>(including, particularly, Nos. 12-968 and 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING the Motion for Leave to File in Excess of Ordinary Page Limitations, and the record in these proceedings:

IT IS ORDERED that the Fee and Cost Committee be and are hereby granted leave to file their aggregate Petition for Reimbursement of Expenses and Collective Common Benefit Fee Award in excess of the ordinary page limitations.

New Orleans, Louisiana this 18th day of July, 2016.

_____
United States District Judge