# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 14-31374
_____

IN RE: DEEPWATER HORIZON

---------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing business as Rae Leytham; KIRBY JOSEPH RIVERE; ET AL,

        Plaintiffs - Appellants - Cross Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

        Defendants-Cross Claimants - Appellants - Appellees - Cross Appellees

BP p.l.c.,

        Defendant - Appellee

v.

TRANSOCEAN, LIMITED,

        Third Party Defendant - Appellee

HALLIBURTON ENERGY SERVICES, INCORPORATED,

        Cross Defendant - Appellee-Cross Appellant

TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN

HOLDINGS, L.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRITON ASSET LEASING GMBH,

   Cross Defendants - Appellees - Cross Appellants

STATE OF LOUISIANA,

   Claimant - Appellee

-------------------------------------

UNITED STATES OF AMERICA,

   Plaintiff

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

   Defendants - Cross Claimants - Appellants - Cross Appellees

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRITON ASSET LEASING GMBH,

   Defendants - Cross Defendants - Appellees - Cross Appellants

TRANSOCEAN, LIMITED,

   Cross Defendant - Appellee

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a supplemental joint designation.

The parties are instructed to file the supplemental joint designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Supplemental Record on Appeal based on the supplemental designation of the parties.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 08, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 14-31374   In Re: Deepwater Horizon
                      USDC No. 2:10-MD-2179
                      USDC No. 2:10-CV-2771
                      USDC No. 2:10-CV-4536

Enclosed is an order entered in this case.

The supplemental joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666


Mr. William W. Blevins
Mr. Brad D. Brian
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Grant Alexander Davis-Denny
Mr. Miguel Angel Estrada
Mr. Jimmy Roy Faircloth Jr.
Mr. Russell Scott Frye
Mr. Soren E. Gisleson
Mr. Donald Everett Godwin
Mr. Philip S. Goldberg
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. Allan L. Kanner
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Daniel Benjamin Levin
Mr. Scott Payne Martin
Ms. Barbara Bell Melton

Mr. Kerry J. Miller
Mr. Theodore B. Olson
Ms. Elizabeth B. Petersen
Mr. Frank Anthony Piccolo I
Mr. Steven Lynn Roberts
Mr. James Parkerson Roy
Mr. Amir Cameron Tayrani
Mr. Robert Alan York