IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 14-31374
_____

IN RE: DEEPWATER HORIZON

**A True Copy**
**Certified order issued Jul 12, 2016**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

--------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing business as Rae Leytham; KIRBY JOSEPH RIVERE; ET AL,

  Plaintiffs - Appellants - Cross Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

  Defendants-Cross Claimants - Appellants - Appellees - Cross Appellees

BP p.l.c.,

  Defendant - Appellee

v.

TRANSOCEAN, LIMITED,

  Third Party Defendant - Appellee

HALLIBURTON ENERGY SERVICES, INCORPORATED,

  Cross Defendant - Appellee-Cross Appellant

TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN

HOLDINGS, L.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRITON ASSET LEASING GMBH,

      Cross Defendants - Appellees - Cross Appellants

STATE OF LOUISIANA,

      Claimant - Appellee

-------------------------------------

UNITED STATES OF AMERICA,

      Plaintiff

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

      Defendants - Cross Claimants - Appellants - Cross Appellees

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRITON ASSET LEASING GMBH,

      Defendants - Cross Defendants - Appellees - Cross Appellants

TRANSOCEAN, LIMITED,

      Cross Defendant - Appellee

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

      Under FED R. APP. P. 42(b), the notice of appeal, filed in the district court on December 12, 2014, is dismissed as of July 12, 2016, pursuant to appellees-cross-appellants' motion.

                                  LYLE W. CAYCE
                                  Clerk of the United States Court
                                  of Appeals for the Fifth Circuit

                                 *Shea E. Pertuit*
By:    _____
                                  Shea E. Pertuit, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 12, 2016

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 14-31374    In Re: Deepwater Horizon  
                           USDC No. 2:10-MD-2179  
                           USDC No. 2:10-CV-2771  
                           USDC No. 2:10-CV-4536

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate, as to the notice of cross appeal filed in the district court on December 12, 2014.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Shea E. Pertuit, Deputy Clerk  
                                        504-310-7666

P.S. to parties:  A copy of the updated caption will be forthcoming.

P.S. to the Transocean parties:  Additionally, The Clerk has granted your motion to dismiss your cross appeal in the above case.  You must separately file a motion for leave to file amicus brief, in accordance with FRAP 29(e), which will be submitted to the court for ruling.  Additionally, you must also ask for leave to file motion and brief out of time, and to extend time to file the brief, if you do not intend to attach the proposed brief to the motion, as is set out in the Rules.

cc w/encl:  
    Mr. George Howard Brown  
    Ms. Elizabeth Joan Cabraser

Mr. Miguel Angel Estrada
Mr. Jimmy Roy Faircloth Jr.
Mr. Russell Scott Frye
Mr. Soren E. Gisleson
Mr. Philip S. Goldberg
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. Allan L. Kanner
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Scott Payne Martin
Ms. Barbara Bell Melton
Mr. Theodore B. Olson
Ms. Elizabeth B. Petersen
Mr. Frank Anthony Piccolo I
Mr. James Parkerson Roy
Mr. Amir Cameron Tayrani
Mr. Robert Alan York