IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30547
_____

IN RE: DEEPWATER HORIZON

-----------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

KEVIN S. SMITH; SOLOMON J. FLEISCHMAN; JOHN C. KELLY,

      Claimants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

IT IS ORDERED that appellees' unopposed motion to view and obtain sealed portions of the record on appeal is GRANTED.

IT IS FURTHER ORDERED that the appellant's unopposed motion to place their record excerpts under seal is GRANTED.

      /s/ Leslie H. Southwick
      LESLIE H. SOUTHWICK
      UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 15, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-30547   In Re: Deepwater Horizon
                      USDC No. 2:10-MD-2179
                      USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The court has granted the appellees' unopposed motion to view and obtain sealed documents contained in the record on appeal. In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Frederick Curtis Baker
Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Kevin Robert Dean
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Joseph F. Rice
Ms. Lisa Marie Saltzburg