UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| *This document relates to all cases.* | | |

## ORDER

**[BP's Motion for Order of Disposal of Material (Rec. doc. 19381)]**

CONSIDERING BP Exploration & Production Inc., BP America Production Company, and BP America Inc.'s ("BP") motion for an order governing the disposal of source material and other substances, it is hereby ORDERED:

1. WHEREAS BP collected oil and other material from various containment and recovery vessels at the well site and from surface recovery efforts during the summer of 2010;

2. And whereas BP also collected volumes of surrogate oil for use in contexts where actual Macondo oil was not essential;

3. And whereas BP, since 2010, has advertised the availability of such materials, and has made, and continues to make, such recovered and collected material available to interested researchers;

4. And whereas BP has satisfied the demand for such materials and that demand has almost completely ended;

5. And whereas the volumes of oil and other materials currently held by BP far exceed the demand that reasonably might be expected in the future;

6. And whereas BP has moved this Court seeking to dispose properly of superfluous oil and other material, but to continue to maintain supplies that still exceed the likely future demand by researchers and scientists;

7. It is hereby ORDERED that BP's Motion (Rec. doc. 19381) is GRANTED and that BP may dispose of such superfluous source material and other substances to the extent that it maintains the following materials in quantities no less than the amounts specified below:

| Sample Description | Remaining Volume After Disposal (L) | Remaining Volume After Disposal (gal) |
|---|---|---|
| Marlin Platform Dorado (Surrogate)[1] | 77 | 20 |
| Helix Producer -1 | 3 | 1 |
| Q-4000 AUG 14 | 10 | 3 |
| Massachusetts Barge[1] | 161 | 42 |
| Source Oil B | 200 | 53 |
| DSP9500 | 96 | 25 |
| DSP9527 | 120 | 32 |
| Oil From Surface - Juniper | 157 | 42 |
| Oil From Surface - CTC Barge | 181 | 48 |
| Pre-response Mississippi Canyon 252[2] | 115 | 31 |
| Enterprise Discoverer | 5 | 1 |
| Drilling Mud[1] | 1 | .3 |
| Oil From Surface - MSRC | 1 | .3 |
| Source Oil A | 1 | .3 |
| **Total** | **1,128** | **299** |

[1] Volume is the combination of PTO 45 Reference/Surrogate Material and Reference/Surrogate Material not included in PTO 45
[2] Material not included in PTO 45, includes oil, drilling mud and rinsates.

8. It is FURTHER ORDERED that BP shall fulfill all good faith requests for these sample materials that are pending as of the date of this order or that are received within 30 days of the date of this order ("timely requests"), provided that such requests are received from parties with pending claims related to this proceeding, and provided that BP shall first preserve the volumes set forth in paragraph 7.

2

9. It is FURTHER ORDERED that BP shall not proceed with disposal of such superfluous source materials until 30 days after the date of this order, but may proceed thereafter, provided that it has set aside sufficient materials to preserve both the volumes set forth in paragraph 7 and the volumes necessary to meet outstanding timely requests.

IT IS SO ORDERED this 20th day of July, 2016, at New Orleans, Louisiana.

_____
**CARL J. BARBIER**
**United States District Judge**