UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All cases, including 12-970 & 12-968* | * * | MAG. JUDGE SHUSHAN |

**ORDER**
[Intent to Appoint John W. Perry, Jr. as Special Master]

On July 15, 2015, the Court issued Pretrial Order No. 59, also known as the "Initial Fee Order," which established guidelines for common benefit attorneys' fees and cost reimbursement. (Rec. Doc. 14863).  Paragraphs 32 and 34 of the Initial Fee Order contemplated that the Court might appoint a Special Master to consider and report on the Common Benefit Fee and Cost Committee's ("FCC") Allocation Recommendation and any objections or comments to same.  In accordance with Federal Rule of Civil Procedure 53(b)(1), the Court hereby gives notice of its intent to appoint John W. Perry, Jr. to serve as Special Master as contemplated in the Initial Fee Order.  Mr. Perry's curriculum vitae is attached to this Order as Exhibit A.  An affidavit by Mr. Perry disclosing any ground for disqualification under 28 U.S.C. § 455 is attached to this Order as Exhibit B.  *See* Fed. R. Civ. P. 53(b)(3)(A).  Any response to this appointment shall be filed by Wednesday, July 27, 2016.  This Court retains all authority and jurisdiction as to the final decisions of awards and allocations of awards for common benefit fees and reimbursement of expenses.

New Orleans, Louisiana, this 20th day of July, 2016.

_____
United States District Judge