

**John W. Perry, Jr.**   |   *perry@pbmbllc.com*   |   (225) 767-7730

John Perry attended Nicholls State University, where he was the starting point guard and captain of the basketball team. Balancing athletics with academics, he graduated *magna cum laude* from the College of Business Administration in 1976. He then attended LSU Law School, where he was elected to the Moot Court Board. He graduated in 1978 and was later inducted into the Hall of Fame.

John has served in almost every capacity possible in the field of civil practice. He has practiced both as a civil defense attorney and as a plaintiff's attorney, earning the unusual distinction of serving on both the Louisiana Association of Defense Counsel Board of Directors and the Louisiana Trial Lawyers Association Board of Governors. He is a member of many professional organizations, including the prestigious American College of Trial Lawyers. John previously taught as an Adjunct Professor of Law at LSU. He has served as a Special Master and Court-Appointed Mediator in federal and in state court. The federal court (The Honorable Carl J. Barbier) in the Deepwater Horizon case chose him to recommend a plan to allocate a settlement totaling $2.3 billion. Furthermore, the federal court (The Honorable Jesse M. Furman) appointed him as Special Master to implement the settlement in the General Motors LLC Ignition Switch Litigation, a case which John had previously mediated. Finally, the Louisiana Supreme Court appointed him to serve as a Judge Pro Tempore.

**Alternative Dispute Resolution Experience**

Although John continues to try select cases, his principal focus today is as a mediator, arbitrator, and Special Master. In addition to being a partner in the law firm of Perry, Balhoff, Mengis & Burns, he is a founding principal of the mediation firm of Perry Dampf Dispute Solutions, where he is responsible for the selection and training of the mediator panel.

John has served as mediator, arbitrator, and/or Special Master in over 4,500 cases since 1995. Over the last ten years, John has devoted an increasing amount of his time to complex cases. These include:

- *In re: General Motors LLC Ignition Switch Litigation*, MDL No. 2543 (S.D.N.Y. J.P.M.L.) (mediator and Special Master)

- *In re: Aredia and Zometa Products Liability Litigation*, MDL No. 1760 (M.D. Tenn. J.P.M.L) (mediator)

- *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La. J.P.M.L.) (Court-Designated Neutral)

- *In re: Genetically Modified Rice Litigation*, MDL No. 1811 (E.D. Mo. J.P.M.L) (mediator)

- *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873 (E.D. La. J.P.M.L.) (mediator)

- *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E.D. La. J.P.M.L.) (mediator and Special Master)

- *In re: Coloplast Corp. Pelvic Support Systems Products Liability Litigation (Vaginal Mesh)*, MDL No. 2387 (S.D.W.Va. J.P.M.L.) (mediator)

**EXHIBIT "A"**

- *In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385 (S.D. Ill. J.P.M.L.) (mediator)

- *In re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 (S.D. Ill. J.P.M.L.) (mediator)

- *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc. (Murphy Oil Spill)*, 05-4206 (E.D. La.) (mediator)

- *Terral Evans, et al. v. TIN, et al. (Bogalusa Fish Kill)*, 2:11-0267 (E.D. La.) (mediator)

- *Mass Depakote Litigation*, 12-52, etc. (S.D. Ill.) (mediator)

- *Ian Pollard, et al. v. Remington Arms Co., et al.*, 4:13-00086 (W.D. Mo.) (mediator)

- *Medtronic Infuse Litigation* (multiple jurisdictions) (mediator)

- *In re: Vulcan Litigation – April 2001 Incidents*, 69,388 (La. 23rd J.D.C.) (Special Master)

- *Avandia Deceptive Marketing Litigation* (multiple jurisdictions) (mediator)

- *Jane Doe No. 1, et al. v. The Johns Hopkins Health System Corporation, d/b/a The Johns Hopkins Hospital, et al.*, 24-C-13-00141 (Md. Baltimore City Cir. Ct.) (mediator)

In addition to the above non-exclusive list, John has also mediated other mass/class cases which he cannot disclose due to requests for confidentiality.

## Memberships, Honors, Professional Associations

Louisiana Association of Defense Counsel, Board of Directors • Louisiana Trial Lawyers Association, previously served on Board of Governors • Dean Henry George McMahon Inn of Court, Master • American College of Civil Trial Mediators • American College of Trial Lawyers, Fellow • American Board of Trial Advocates, Associate • Graduated Magna Cum Laude from Nicholls State University Undergraduate • Phi Kappa Phi Honor Society • Wall Street Journal Award for Outstanding Senior in College of Business Administration • Nicholls State University Hall of Fame • All Gulf South Conference Academic Team and Basketball Team Captain • Moot Court Board • LSU Law School Hall of Fame • AV rating from Martindale-Hubbell for legal ability and adherence to professional standards of ethics • Academy of Court Appointed Masters • LSU Law School Adjunct Professor • LADC Annual Trial Academy, Faculty • LSU Law Center Trial Academy, Faculty • Lectured at LSU, Louisiana Association of Defense Counsel, State Bar Association, and Local Bar Association seminars