UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| This Document Relates to: | JUDGE BARBIER |
| *All Cases (including, particularly, Nos. 12-968 and 12-970)* | MAGISTRATE JUDGE SHUSHAN |

## AFFIDAVIT OF JOHN W. PERRY, JR.

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

JOHN W. PERRY, JR., being duly sworn, deposes and says:

1. I am an attorney at law licensed in the State of Louisiana (in good standing).

2. I am a founding member and partner in the law firm of Perry, Balhoff, Mengis & Burns, LLC and the Alternative Dispute Resolution firm Perry Dampf Dispute Solutions.

3. I received my law degree from Louisiana State University. A copy of my curriculum vitae is attached hereto as Exhibit 1.

4. I have been appointed Special Master and Mediator in state and federal cases over the past 20 years, including Multidistrict Litigation. I was earlier appointed by the United States District Court for the Eastern District of Louisiana in the *Deepwater Horizon* case as a court-appointed neutral responsible for developing and implementing a plan to allocate settlement funds totaling $2.3 billion.

**EXHIBIT "B"**

5. I am a member of the American College of Trial Lawyers as well as the American College of Civil Trial Mediators, as well as multiple other professional organizations.

6. I have familiarized myself with the issues involved in the Multidistrict Litigation captioned above.

7. Primarily in the course of my mediation practice, I have served as mediator in many cases involving the attorneys who will be asserting fee claims in this matter. I will be happy to answer any questions or make further disclosures regarding my involvement with those attorneys in the prior cases although I have not kept specific records over the years for purposes of a disclosure such as this.

8. I attest and affirm that there are no non-disclosed grounds for disqualification under 18 U.S.C. § 455 that would prevent me from serving as Special Master in the above captioned matter.

_____
JOHN W. PERRY, JR.

Sworn to before me this 19th day of July, 2016.

_____
NOTARY PUBLIC
Daniel J. Balhoff (18176)