# SALAS & Co., L.C.

ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

May 13, 2016

J. Andrew Langan, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

      Re:   *Jawof Serenity at Dune Allen, L.L.C. v. BP, plc, et. al.*
              USDC, Eastern District of Louisiana, Civil Action No. 13-2398

Dear Counsel:

    As required by Pre-Trial Order 60, enclosed please find the following pleading filed in the record of the referenced case:

    Sworn Statement for Disclosure of B1 Claims filed on behalf of Jawof Serenity at Dune Allen, L.L.C.

                              Sincerely,

                              Camilo K. Salas III

CKS:dg
Enclosure

EXHIBIT "2"

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAWOF SERENITY AT DUNE ALLEN, L.L.C. | * |
| Plaintiff | * CIVIL ACTION NO. |
| versus | * 2:13-cv-2398-CJB-SS |
| BP, plc, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH and HALLIBURTON ENERGY SERVICES, INC. | * SECTION " J " |
| | * JURY DEMAND |
| Defendants | * |

*******************************************************

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW COMES Plaintiff, JAWOF Serenity at Dune Allen, L.L.C., and in compliance with Pre-Trial Order No. 60, files the Sworn Statement of its Real Estate Manager, Steven R. Bradley, attached hereto, on behalf of and as representative of JAWOF Serenity at Dune Allen, LLC.

RESPECTFULLY SUBMITTED BY:

/s/ Camilo K. Salas III
Camilo K. Salas III (T.A. LA Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 799-3080
Fax: (504) 799-3085
E-Mail: csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of May, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/ Camilo K. Salas III

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| BRADLEY | STEVEN | RISDON | MR. |

**Phone Number:** 941-365-1414 OFF. / 850-258-3208 CELL
**E-Mail Address:** steve@risdongroup.com
**Current Mailing Address:** P.O. Box 5846
**City / State / Zip:** SARASOTA, FLA. 34277
**Attorney Name and Firm:** CAMILO K. SALAS III / SALAS & Co., L.C.
**Attorney E-Mail Address:** csalas@salaslaw.com

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**
101 N. SUMERSET STREET
ALYS BEACH, FLA. 32461

**Any prior name used by Plaintiff from April 2010 to present?**
NO

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:** TAX ID: 27-3358682
CLAIM FILED ON BEHALF OF JAWOF SERENITY AT DUNE ALLEN, LLC

**Please indicate your status:**

☑ Properly opted out of the Economic and Property Damages Settlement*
AND
☑ Not a member of the Economic and Property Damages Settlement Class (DEVELOPER)

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A
ATTACHE PLEASE FIND OPT-OUT ELECTION AND NOTIFICATION FORM SUBMITTED OCTOBER 3, 2012.

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-cv-2398.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ✓ . No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **GCCF**

2. The date of presentment (MM/DD/YYYY): **04/15/2012**

3. The claim number(s) (if available): **3584420**

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____. No ✓ .

NO PAYMENTS WERE RECEIVED

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

No. 1: Also submitted a claim to the BP Claims Program on January 14, 2013; Claim No. 1002504-01.

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 5-12-16, 2016

Location (City and State): SARASOTA, Fl.

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Steven Bradley
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

# SALAS & Co., L.C.
ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

October 3, 2012

*Via Certified Mail 7006 3450 0001 5446 1363*

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P. O. Box 222
Hammond, LA 70404-0222

   Re: GCCF Claim Nos.: 3579066, 3413215, 1038588, 3412324 and 3584420

Dear Exclusions Department:

  Enclosed please find original signed Opt-Out Election and Notification Forms for our following clients:

1. STEVEN R. BRADLEY AND LORI A. BRADLEY, S/S xxx-xx-5917, GCCF Claimant No. 3579066
2. NEW ORCHARD GROUP, LLC, EIN xx-xxx7536, GCCF Claimant No. 3413215
3. NEW ORCHARD REAL ESTATE SERVICES, LLC, EIN xx-xxx6527, GCCF Claimant No. 1038588
4. VIENTO BEACH, LLC, EIN xx-xxx5691, GCCF Claimant No. 3412324
5. JAWOF SERENITY AT DUNE ALLEN, LLC, EIN xx-xxx8682, GCCF Claimant No. 3584420

Please acknowledge receipt of this Form.

Sincerely,

Camilo K. Salas III

CKS:dg
Enclosures

cc w/enc.: Steven R. Bradley
    Lori A. Bradley

## OPT-OUT ELECTION AND NOTIFICATION

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Please be advised that I wish to be excluded from the Economic and Property Damages Class in the Deepwater Horizon Economic Class Action Settlement in case number 2:10-md-2179 in the Eastern District of Louisiana. By this document JAWOF SERENITY AT DUNE ALLEN, LLC, EIN xx-xxx8682, GCCF Claimant No. 3584420, hereby excludes itself from said settlement.

DATED this 27th day of September, 2012.

*Signature(s):*

JAWOF SERENITY AT DUNE ALLEN, LLC

By: _____
Steven R. Bradley
Its duly authorized Real Estate Manager

Business address:

3835 NW Boca Raton Blvd.
Building #200
Boca Raton, FL 33431

Telephone: (850) 231-2730