## Other Documents

2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

APPEAL,CLASS_REQUESTED,FR/R,MASTER,OIL_SPILL,PROTO

### U.S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Salas, Camilo on 6/22/2016 at 12:46 PM CDT and filed on 6/22/2016

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | Jawof Serenity at Dune Allen, LLC |
| **Document Number:** | 19115 |

**Docket Text:**
**RESPONSE TO ORDER TO SHOW CAUSE by Jawof Serenity at Dune Allen, LLC (Attachments: # (1) Exhibit 1, # (2) Exhibit 2)(Reference: 13-2398)(Salas, Camilo)**

**2:10-md-02179-CJB-SS Notice has been electronically mailed to:**

David J. Beck    dbeck@brsfirm.com

Deborah DeRoche Kuchler    dkuchler@kuchlerpolk.com, azebrick@kuchlerpolk.com, cmcclain@kuchlerpolk.com, dgordon@kuchlerpolk.com, kcheralla@kuchlerpolk.com, rguidry@kuchlerpolk.com

Don Keller Haycraft    dkhaycraft@liskow.com, agoldman@liskow.com, bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com, pmjones@liskow.com

Donald E. Godwin    DGodwin@GodwinLaw.com, AGarcia@GodwinLaw.com, AYork@GodwinLaw.com

J. Andrew Langan    andrew.langan@kirkland.com, frank.sramek@kirkland.com, jbarlow@kirkland.com, leslie.cannon@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com, uzo.dike@kirkland.com

James P. Roy    jimr@wrighttroy.com, sandym@wrighttroy.com, susanl@wrighttroy.com

Kerry J. Miller    kjmiller@bakerdonelson.com, aerskin@bakerdonelson.com, ddysart@bakerdonelson.com, mclementin@bakerdonelson.com, pthibodeaux@bakerdonelson.com

Ky E. Kirby    ky.kirby@morganlewis.com, douglas.hastings@morganlewis.com, joyce.belton@morganlewis.com, randall.levine@morganlewis.com, thomas.lotterman@

Luther J Strange , III    luther.strange@ago.state.al.us, pmills@ago.state.al.us

**EXHIBIT**

"3"

Michael J. Lyle    mikelyle@quinnemanuel.com, ericlyttle@quinnemanuel.com,
sylviasimson@quinnemanuel.com

Phillip A. Wittmann    pwittmann@stonepigman.com, afarris@stonepigman.com, boneil@stonepigman.com,
BRS383@BRSfirm.com, cbertaut@stonepigman.com, mbroussard@stonepigman.com

R Michael Underhill    mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, christopher.f.coutu@uscg.mil,
david.m.dubay@uscg.mil, emily.liu@usdoj.gov, heather.s.kennealy@uscg.mil, michelle.delemarre@usdoj.gov,
peter.frost@usdoj.gov, sharon.shutler@usdoj.gov, stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov,
veronica.garner@usdoj.gov

Stephen J. Herman    sherman@hhkc.com, jchauvin@hhklawfirm.com

**2:10-md-02179-CJB-SS Notice has been delivered by other means to:**

BCS Fluids, LLC


Jawof Serenity at Dune Allen, LLC


The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/22/2016] [FileNumber=8018272-0
] [bd0816de8c46434f4574bcf9cca3fe60c0682c12b830b4c9b5cce0b54dd0616544f
d5121d9013ffbeb37ebdfbb526470371929cfe1d10aa8ed4bafa2810b3bcb]]
**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/22/2016] [FileNumber=8018272-1
] [a935fc267a251c7767c6dd98cc99173604caa840e7d45a52aa5f5d8534eff4a751b
53a3eff9db103ee658cd1537bf4fb4218a4876f490cc37d73e984a9d70722]]
**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/22/2016] [FileNumber=8018272-2
] [5fe573c092b91668310c1e7c6c05e6f9efe8c258dd5c96997a5d1b7157d665c815c
8aa54eb19ccaacc9c53a387106cc0269259afbb57430d73679f8a67dd59aa]]

# File & ServeXpress

The e-Filing and Service Experts

**Preferences | Sign Out**

Salas, Camilo Kossy | Salas & Co LC

**Home** | **Filing & Service** | **Alerts** | **Search**

**Start A Transaction** | **Saved Transactions** | **Scheduled Transactions** | **Case Import Status**

6/22/16 2:07 PM CDT

Your transaction has been successfully submitted to File & ServeXpress. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.

For a formatted copy of this information, obtain a transaction report.

To perform another transaction, click **Begin a New Transaction.**

To exit Filing & Service, click **Return to My File & ServeXpress.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 59180433 |
| **Submitted by:** | Camilo Salas, Salas & Co LC |
| **Authorized by:** | Camilo Kossy Salas, Salas & Co LC |
| **Authorize and file on:** | Jun 22 2016 2:08PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Oil Spill |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Oil Spill Litigation |
| **Case Type:** | Oil Spill-All Cases |
| **Case Number:** | MC MDL-2179 |
| **Case Name:** | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | BP |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
3 Document(s)

| | | | |
|---|---|---|---|
| **Attached Document, 4 Pages** | **Document ID: 77055579** | PDF Format | Original Format |
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Response | Secure Public | $0.00 | |
| **Document title:** | | | |
| RESPONSE TO ORDER TO SHOW CAUSE | | | |
| **Attached Document, 8 Pages** | **Document ID: 77055580** | PDF Format | Original Format |
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Exhibits | Secure Public | $0.00 | |
| **Document title:** | | | |
| EXHIBIT 1 | | | |
| **Attached Document, 8 Pages** | | PDF Format | Original Format |
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Exhibits | Secure Public | $0.00 | |
| **Document title:** | | | |
| EXHIBIT 2 | | | |

Expand All

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION: "J" (1) <br><br> JUDGE BARBIER |
| This Document Relates to: Jawof Serenity at Dune Allen, LLC v. BP, p.l.c., et. al., Civil Action No. 2:13-cv-2398-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

## RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES Jawof Serenity at Dune Allen, LLC ("Jawof") and files this response to the Court's Order to Show Cause Re: Compliance With PTO 60 (Rec. Doc. 18724) and avers as follows:

1.

Jawof is the plaintiff in the case entitled "Jawof Serenity at Dune Allen, LLC v. BP, p.l.c., et. al.", Civil Action No. 2:13-cv-2398, which was filed in this Court on April 22, 2013.

2.

On March 29, 2016 the Court entered Pretrial Order No. 60 ("PTO 60") (Rec. Doc. 16050).

3.

On May 2, 2016 undersigned counsel for Jawof requested a 14-day extension of the date by which Jawof (and others) was required to comply with PTO 60 (Rec. Doc. 16619).

4.

On May 4, 2016 the Court entered an Order granting the extension requested by undersigned counsel on behalf of Jawof as well as extensions requested by other attorneys (Rec. Doc. 16758).

5.

On May 12, 2016 undersigned counsel filed in the record of Civil Case 2:13-cv-2398 and on Jawof's behalf, a pleading entitled "Filing of Sworn Statement for Disclosure of B1 Claims." (Rec. Doc. 16 in Civil Case 2:13-cv-2398). Attached to that pleading were (1) Exhibit "A", which is the Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (the "Sworn Statement") executed by Steven R. Bradley on behalf of Jawof; and (2) the Opt-Out Election and Notification (the "Opt-Out Form") executed by Steven R. Bradley on Jawof's behalf on September 27, 2012, along with the transmittal letter dated October 3, 2012 from undersigned counsel to the Deepwater Horizon Court-Supervised Settlement Program. That pleading and all its attachments, which were filed in Civil Case 2:13-cv-2398 (Rec. Doc. 16) are being submitted herewith and identified as Exhibit "1".

6.

On May 13, 2016 undersigned counsel sent by U.S. Mail, postage prepaid, as required by PTO 60, copies of all the documents described in the preceding paragraph together with a transmittal letter to:

    a.      J. Andrew Logan, Esq.
             Kirkland & Ellis LLP
             300 North LaSalle Street
             Suite 2400
             Chicago, IL 60654

b.     MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

Copies of all the materials that were mailed to these individuals are attached hereto as Exhibit "2".

7.

Jawof is not listed by name in Exhibit 1A of the Order to Show Cause, and thus Jawof would be presumed to not have complied with PTO 60. However, in Exhibit 1B of the Order to Show Cause, Jawof's suit number (2:13-cv-2398) is listed, but it is erroneously associated with Viento Beach, LLC, which is another party represented by undersigned counsel. Viento Beach, LLC is listed in Exhibits 1A and 1B as having complied with PTO 60; however, in both exhibits Viento Beach, LLC is associated with two suit numbers: 2:13-cv-2394, which is the correct number for the suit filed by Viento Beach, LLC; and 2:13-cv-2398, which is the correct number for the suit filed by Jawof. Essentially, suit number 2:13-cv-2398, which is Jawof's suit, has been erroneously associated with Viento Beach, LLC.

8.

As shown above, Jawof did comply with the requirements of PTO 60. However, it appears a mistake has been made because in Exhibits 1A and 1B, Viento Beach, LLC is listed as having complied with PTO 60, but it has been incorrectly assigned two suit numbers, one of which belongs to Jawof. Because of this mistake, Jawof is not listed in Exhibits 1A and 1B, and it incorrectly appears as not having complied with PTO 60. If suit number 2:13-cv-2398 is properly associated with Jawof, as it should be, then it will be clear that Jawof is in compliance with PTO 60.

WHEREFORE, Jawof Serenity at Dune Allen, LLC (1) requests that the Court find this response sufficient to clear this mix-up; and (2) determine that Jawof has complied with all the requirements of PTO 60 and be allowed to proceed with its suit.

Dated: June 22, 2016

Respectfully Submitted:

/s/Camilo K. Salas III
Camilo K. Salas III (LSBA 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com
Attorney for Jawof Serenity at
Dune Allen, LLC, Plaintiff in
Civil Action No. 13-2398

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of June, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/Camilo K. Salas III

- 4 -

## Service of Process:
2:13-cv-02398-CJB-SS Jawof Serenity at Dune Allen, LLC v. BP p.l.c. et al

CONSOL,OIL_SPILL

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Salas, Camilo on 5/12/2016 at 1:36 PM CDT and filed on 5/12/2016

| | |
|---|---|
| **Case Name:** | Jawof Serenity at Dune Allen, LLC v. BP p.l.c. et al |
| **Case Number:** | 2:13-cv-02398-CJB-SS |
| **Filer:** | Jawof Serenity at Dune Allen, LLC |
| **Document Number:** | 16 |

**Docket Text:**
**Statement by Jawof Serenity at Dune Allen, LLC** *for Disclosure of B1 Claims* **(Salas, Camilo)**

**2:13-cv-02398-CJB-SS Notice has been electronically mailed to:**

Camilo Kossy Salas , III     csalas@salaslaw.com, dgarner@salaslaw.com

**2:13-cv-02398-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/12/2016] [FileNumber=7887773-0
] [54b4b45815aa802d5717985cf91f76f8299b31a548f4040cb84be44fce1b2b8a4c8
6934659c441acaee1c483209300a7137a28d910486c4a137e2f3e373f0ee9]]



## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

JAWOF SERENITY AT DUNE ALLEN, L.L.C.

           Plaintiff

versus

BP, plc, BP EXPLORATION AND PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
TRANSOCEAN, LTD., TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.,
TRANSOCEAN DEEPWATER, INC.,
TRANSOCEAN HOLDINGS, LLC, TRITON
ASSET LEASING GmbH and
HALLIBURTON ENERGY SERVICES, INC.

           Defendants

CIVIL ACTION NO.
2:13-cv-2398-CJB-SS

SECTION " J "

JURY DEMAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW COMES Plaintiff, JAWOF Serenity at Dune Allen, L.L.C., and in compliance with

Pre-Trial Order No. 60, files the Sworn Statement of its Real Estate Manager, Steven R. Bradley,

attached hereto, on behalf of and as representative of JAWOF Serenity at Dune Allen, LLC.

           RESPECTFULLY SUBMITTED BY:

           /s/  Camilo K. Salas III
           Camilo K. Salas III (T.A. LA Bar No. 11657)
           SALAS & Co., L.C.
           650 Poydras Street, Suite 2000
           New Orleans, LA 70130
           Telephone: (504) 799-3080
           Fax: (504) 799-3085
           E-Mail:  csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of May, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/ Camilo K. Salas III

EXHIBIT A

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

### SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| BRADLEY | STEVEN | RISDON | MR. |

| Phone Number | E-Mail Address |
|---|---|
| 941-365-1414 OFF. 850-258-3208 CELL | Steve @ RISDON GROUP. COM |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. BOX 5846 | SARASOTA, FLA. 34277 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| CAMILO K. SALAS III SALAS & Co., L.C. | CSALAS @ SALASLAW.COM |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

101 N. SUMERSET STREET
ALYS BEACH, FLA. 32461

Any prior name used by Plaintiff from April 2010 to present?

NO

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:   TAX ID : 27-3358682

CLAIM FILED ON BEHALF OF JAWOF SERENITY
AT DUNE ALLEN, LLC

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*
AND
☑ Not a member of the Economic and Property Damages Settlement Class (DEVELOPER)

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

ATTACHE PLEASE FIND OPT-OUT ELECTION AND NOTIFICATION
FORM SUBMITTED OCTOBER 3, 2012.

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:13-CV-2398.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ____✓____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: GCCF _____

2. The date of presentment (MM/DD/YYYY): 04 / 15 / 2012

3. The claim number(s) (if available): 3584420 .

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No ____✓____.

NO PAYMENTS WERE RECEIVED

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

No. 1: Also SUBMITTED A CLAIM TO THE BP CLAIMS PROGRAM ON JANUARY 14, 2013; CLAIM NO. 1002504-01.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _5-12-16_, 2016

Location (City and State): _SARASOTA, FL._

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

# SALAS & Co., L.C.

### ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

October 3, 2012

*Via Certified Mail  7006 3450 0001 5446 1363*

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P. O. Box 222
Hammond, LA  70404-0222

Re:   GCCF Claim Nos.: 3579066, 3413215, 1038588, 3412324 and 3584420

Dear Exclusions Department:

Enclosed please find original signed Opt-Out Election and Notification Forms for our following clients:

1.  STEVEN R. BRADLEY AND LORI A. BRADLEY, S/S xxx-xx-5917, GCCF Claimant No. 3579066

2.  NEW ORCHARD GROUP, LLC, EIN xx-xxx7536, GCCF Claimant No. 3413215

3.  NEW ORCHARD REAL ESTATE SERVICES, LLC, EIN xx-xxx6527, GCCF Claimant No. 1038588

4.  VIENTO BEACH, LLC, EIN xx-xxx5691, GCCF Claimant No. 3412324

5.  JAWOF SERENITY AT DUNE ALLEN, LLC, EIN xx-xxx8682, GCCF Claimant No. 3584420

Please acknowledge receipt of this Form.

Sincerely,

Camilo K. Salas III

CKS:dg
Enclosures

cc w/enc.:  Steven R. Bradley
Lori A. Bradley

## OPT-OUT ELECTION AND NOTIFICATION

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Please be advised that I wish to be excluded from the Economic and Property Damages
Class in the Deepwater Horizon Economic Class Action Settlement in case number 2:10-md-
2179 in the Eastern District of Louisiana. By this document JAWOF SERENITY AT DUNE
ALLEN, LLC, EIN xx-xxx8682, GCCF Claimant No. 3584420, hereby excludes itself from said
settlement.

DATED this 27th day of _____September_____, 2012.

Signature(s):

JAWOF SERENITY AT DUNE ALLEN, LLC

By: _____
Steven R. Bradley
Its duly authorized Real Estate Manager

Business address:

3835 NW Boca Raton Blvd.
Building #200
Boca Raton, FL 33431

Telephone:  (850) 231-2730

# SALAS & Co., L.C.

ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

May 13, 2016

J. Andrew Langan, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

      Re:    *Jawof Serenity at Dune Allen, L.L.C. v. BP, plc, et. al.*
             USDC, Eastern District of Louisiana, Civil Action No. 13-2398

Dear Counsel:

As required by Pre-Trial Order 60, enclosed please find the following pleading filed in the record of the referenced case:

Sworn Statement for Disclosure of B1 Claims filed on behalf of Jawof Serenity at Dune Allen, L.L.C.

Sincerely,

Camilo K. Salas III

CKS:dg
Enclosure


EXHIBIT
"2"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JAWOF SERENITY AT DUNE ALLEN, L.L.C.                *
                                                    *
                                                    *
              Plaintiff                             *       CIVIL ACTION NO.
                                                    *       2:13-cv-2398-CJB-SS
versus                                              *
                                                    *
BP, plc, BP EXPLORATION AND PRODUCTION, INC., *
BP AMERICA PRODUCTION COMPANY,                      *       SECTION " J "
TRANSOCEAN, LTD., TRANSOCEAN                        *
OFFSHORE DEEPWATER DRILLING, INC.,                  *
TRANSOCEAN DEEPWATER, INC.,                         *
TRANSOCEAN HOLDINGS, LLC, TRITON                    *
ASSET LEASING GmbH and                             *       JURY DEMAND
HALLIBURTON ENERGY SERVICES, INC.                   *
                                                    *
              Defendants                            *
                                                    *
****************************************************

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW COMES Plaintiff, JAWOF Serenity at Dune Allen, L.L.C., and in compliance with

Pre-Trial Order No. 60, files the Sworn Statement of its Real Estate Manager, Steven R. Bradley,

attached hereto, on behalf of and as representative of JAWOF Serenity at Dune Allen, LLC.

RESPECTFULLY SUBMITTED BY:

/s/ Camilo K. Salas III
Camilo K. Salas III (T.A. LA Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 799-3080
Fax: (504) 799-3085
E-Mail: csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of May, 2016,  I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/ Camilo K. Salas III

-2-

EXHIBIT A

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| Civil Action No. 10-MD-2179-CJB-SS |

### SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| BRADLEY | STEVEN | RISDON | MR. |

| Phone Number | E-Mail Address |
|---|---|
| 941-365-1414 OFF. 850-258-3208 CELL | Steve @ RISDONGROUP.COM |

| Current Mailing Address | City / State / Zip |
|---|---|
| P.O. Box 5846 | SARASOTA, FLA. 34277 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| CAMilo K. SALAS II SALAS & Co., L.C. | CSALAS @ SALASLAW.COM |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

101 N. SUMERSET STREET
ALYS BEACH, FLA. 32461

Any prior name used by Plaintiff from April 2010 to present?

NO

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:  TAX ID : 27-3358682

CLAIM FILED ON BEHALF OF JAWOF SERENITY AT DUNE Allen, LLC

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

AND

☑ Not a member of the Economic and Property Damages Settlement Class (DEVELOPER)

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

ATTACHED PLEASE FIND OPT-OUT ELECTION AND NOTIFICATION FORM SUBMITTED OCTOBER 3, 2012.

You are pursuing a claim against at least one B1 Defendant by way of (*select* all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _2:13-cv-2398_.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior  Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ____✓____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:__ GCCF

2. The date of presentment (MM/DD/YYYY): _0 4_/_1 5_/_2012_

3. The claim number(s) (if available)._35 8 4 4 2 0_.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____.   No __✓__

NO  PAYMENTS  WERE  RECEIVED

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

No. 4:  Also submitted a claim to the BP claims program on January 14, 2013;  Claim No. 100250Y-01.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following
date at the following location:

Date: _5-12-16_, 2016

Location (City and State): _SARASOTA, Fl._

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Print Name

The service of this sworn statement and supporting information pursuant to this Order must
be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via
United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements
and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File
& ServeXpress ("F&S").

3

# SALAS & Co., L.C.
ATTORNEYS & COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

October 3, 2012

_Via Certified Mail  7006 3450 0001 5446 1363_

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P. O. Box 222
Hammond, LA  70404-0222

      Re:    GCCF Claim Nos.: 3579066, 3413215, 1038588, 3412324 and 3584420

Dear Exclusions Department:

    Enclosed please find original signed Opt-Out Election and Notification Forms for our following clients:

1.  STEVEN R. BRADLEY AND LORI A. BRADLEY, S/S xxx-xx-5917, GCCF Claimant No. 3579066

2.  NEW ORCHARD GROUP, LLC, EIN xx-xxx7536, GCCF Claimant No. 3413215

3.  NEW ORCHARD REAL ESTATE SERVICES, LLC, EIN xx-xxx6527, GCCF Claimant No. 1038588

4.  VIENTO BEACH, LLC, EIN xx-xxx5691, GCCF Claimant No. 3412324

5.  JAWOF SERENITY AT DUNE ALLEN, LLC, EIN xx-xxx8682, GCCF Claimant No. 3584420

Please acknowledge receipt of this Form.

           Sincerely,

           Camilo K. Salas III

CKS:dg
Enclosures

cc w/enc.:  Steven R. Bradley
         Lori A. Bradley

## OPT-OUT ELECTION AND NOTIFICATION

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Please be advised that I wish to be excluded from the Economic and Property Damages Class in the Deepwater Horizon Economic Class Action Settlement in case number 2:10-md-2179 in the Eastern District of Louisiana. By this document JAWOF SERENITY AT DUNE ALLEN, LLC, EIN xx-xxx8682, GCCF Claimant No. 3584420, hereby excludes itself from said settlement.

DATED this 07·th day of ____September____, 2012.

Signature(s):

JAWOF SERENITY AT DUNE ALLEN, LLC

By: _____
Steven R. Bradley
Its duly authorized Real Estate Manager

Business address:

3835 NW Boca Raton Blvd.
Building #200
Boca Raton, FL  33431

Telephone:  (850) 231-2730