## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

MDL No. 2179

This Document Relates to:
TJM Benefits, Inc./Tom Maliskey

SECTION J

Docket Number
16-cv-05410

JUDGE BARBIER

Short Form Joinder Number

MAGISTRATE JUDGE SHUSHAN

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiff, by and through the undersigned

counsel, pursuant to Rule 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure

and the Full and Final Release, Settlement, and Covenant Not to Sue entered into

by the parties, and hereby gives notice of the voluntary dismissal with prejudice of

all actions, claims, causes of action, and short-form joinders against all Defendants,

including but not limited to the actions and short-form joinders listed below, and

withdrawal from any class (whether putative or certified), except that this dismissal

does not extend to claims by Plaintiff for punitive or exemplary damages against

Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean

Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset

Leasing GmbH, and Halliburton Energy Services Inc., (if any).  Costs taxed as paid.

Case name and docket number:

TJM Benefits, Inc./Tom Maliskey and 16-cv-05410

Respectfully submitted,

BY:   /s/ William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
P. O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647
Email: bill@billpricelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21th day of July, 2016.

/s/ William B. Price
William B. Price
Florida Bar No: 28277
P. O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647
Email: bill@billpricelaw.com