# Index of Significant Class Submissions, Pleadings, Orders and Rulings
# Relating to the Interpretation and Application of the Economic Settlement Agreement

December 22, 2015

(All ROA Cites are found in the master individual appeal docket, U.S. Fifth Circuit Case No. 15-98007)

        **Order Granting Discretionary Review – Zone Classification**
           No.15-5243 (Claim ID 100057072) [Doc. 3] (Oct. 22, 2015)

        **Class Appellants' Reply Brief – Appeal of Policy 495**
           No.15-30377, Fifth Cir. Doc. 00513229505 (Oct. 13, 2015)

        ***En Banc* Decision by Appeal Panelists re Franchisors**
        **Headquartered Outside of Gulf Coast Area**
           [Claim Nos. 175702, *et al*] (Oct. 7, 2015)

Doc. 15429     **BP Supplementation of the Record** (Oct. 2, 2015)
ROA 20270

Doc. 15429-2   **Index of Settlement Program Materials Submitted by BP** (Oct. 2, 2015)
ROA 20275

        **Order Granting Discretionary Review – Change-in-Business / Alternative Causation – (Sale of Facility during Benchmark Period)**
           No.15-3725 (Claim No. 291234) [Doc. 3] (Aug. 31, 2015)

        **Order Granting Discretionary Review – Special Assessments**
        **(common area maintenance (CAM) assessments that are not clear and direct expense reimbursement pass-thrus in nature should be included as "revenues")**
           No.15-3340 (Claim No. 208371) [Doc. 3] (Aug. 24, 2015)

        **Orders Granting Discretionary Review – GCCF Releases**
        **(Spouse's Signature on GCCF Release Does Not Release or Reduce by 50% Program Claim)**
           No.15-3186 (Claim No. 332986) [Doc. 3] (Aug. 10, 2015)
           No.15-3256 (Claim No. 342709) [Doc. 3] (Aug. 20, 2015)

        **Order Granting Discretionary Review – Special Assessments**
        **(special insurance assessments that are clear and direct expense reimbursement pass-thrus in nature properly excluded from "revenue")**
           No.15-3136 (Claim No. 219044) [Doc. 3] (Aug. 10, 2015)

        **Order Granting Discretionary Review – Opportunity to Cure SWS**
           No.15-2615 (Claim No. 309362) [Doc. 3] (July 29, 2015)

        **Order Granting Discretionary Review – GCCF Release**
        **(Unincorporated d/b/a of Person Who Signed GCCF Release Has Released Business Claim)**
           No.15-2723 (Claim No. 122617) [Doc. 3] (July 29, 2015)

**Order Granting Discretionary Review – Govt. Organization Exclusion**
No.15-2735 (Claim No. 286722) [Doc. 3] (July 29, 2015)

**Order Granting Discretionary Review – GCCF Release**
**(GCCF Release by Spouse for Rental Losses Does Not Release Property Damage Claim)**
No.15-2752 (Claim No. 271192) [Doc. 3] (July 29, 2015)

**Class Appellants' Brief on the Merits – Appeal of Policy 495**
No.15-30377, Fifth Cir. Doc. 00513121675 (July 20, 2015)

**Class Appellants' Record Excerpts** (Appeal of Policy 495)
No.15-30377, Fifth Cir. Doc. 00513121681 (July 20, 2015)

**U.S. Fifth Circuit Decision re BP Access to Claims Data**
In re Deepwater Horizon, 793 F.3d 479 (5th Cir. 2015),
No.14-30823, Fifth Cir. Doc. 00513118071 (July 16, 2015)

| | |
|---|---|
| Doc. 14914-1<br>ROA 19518 | **Program Appeal Decision re Condo Association**<br>**(Assessments as revenues, Tourism designation)**<br>[Claim No. 285308] (redacted) (July 7, 2015) |
| Doc. 14914-2<br>ROA 19524 | **Program Appeal Decision re Real Estate Developer Exclusion**<br>[Claim No. 2205] (redacted) (June 16, 2015) |
| Doc. 14914-3<br>ROA 19531 | **Class Counsel Memo to Claims Administrator re Seafood Program Claims**<br>**FWA Denials / "Clawback" Motions re Seafood Program Claims**  (June 8, 2015) |
| Doc. 14693<br>ROA 19459 | **Class Counsel Submission re "Clawback" Motions (June 8, 2015)** |
| Doc. 14914-4<br>ROA 19540 | **Class Response re Proposed Policy [No.356 v2] re**<br>       **Assignment of Claims (May 30, 2015)** |
| Doc. 14914-5<br>ROA 19541 | **Program Appeal Panel Decision Rejecting BP's Continued Appeals re**<br>       **Causation**  (Attestation / Allegedly "Implausible" Claims / Alternative Causation)<br>         [Claim No. 242406] (redacted) (May 27, 2015) |
| Doc. 14914-6<br>ROA 19544 | **Class Counsel *Amicus* Submission re Causation (May 22, 2015)**<br>         **Attestation / Allegedly "Implausible" Claims / Alternative Causation**<br>         ● BP Annual Report (March 3, 2015), p.37<br>         ● E-Mail String: Class Counsel and BP Counsel (Feb. 20-28, 2015) |
| Doc. 14914-7<br>ROA 19558 | **Class Memo to Claims Administrator and Appeal Panelists (May 11, 2015)**<br>         **BEL Claim Evaluations: "Atypical" or "Extraordinary" Revenue Experiences**<br>in light of *U.S. Fifth Circuit Decision,* No.13-31296 (5th Cir. May 8, 2015). |

**U.S. Fifth Circuit Decision re Non-Profits:**
**Treatment of Grants and Donations as "Revenue"**
  **In re Deepwater Horizon, 785 F.3d 1003 (5th Cir. 2015)**,
   No.13-31296, 2015 WL 2166642, Fifth Cir. Doc. 00513036479 (May 8, 2015)

**U.S. Fifth Circuit Decision re Docketing of Rulings on Discretionary Review**
**Appeal of Individual Claims; Categorical Denial of BP Appeals Based on Alternative Causation; Categorical Denial of BP Appeals Based on Exclusion of Non-Profit Contributions**
  **In re Deepwater Horizon, 785 F.3d 986 (5th Cir. 2015)**,
   No.13-30843, 2015 WL 2166593, Fifth Cir. Doc. 00513036264 (May 8, 2015)

Doc. 14914-8
ROA 19561
**Court Decision (on Discretionary Review) re Treatment of Assessments Collected by Condo Associations  (May 6, 2015)**

Doc. 14914-9
ROA 19562
**Program Appeal Decision re CDSOA and FCFP Subsidies / Payments / Grants**
  [Claim No. 11270] (redacted) (May 5, 2015)

Doc. 14517-6
ROA 19339
**Memo to Claims Administrator re Processing Issues (April 1, 2015)** (redacted)
  "Incompleteness" Issues
  Alleged / Potential "Fraud" Investigations
  Claiming Entity / Changes-in-Ownership / Multi-Facility Issues
  495 Issues
  "Moratoria Loss" Holds / Reviews
  Real Estate Developer Definition / Exclusion

Doc. 14356
ROA 19273
**Order Denying Class Motion for Reconsideration on 495  (March 31, 2015)**

Doc. 14914-10
ROA 19564
**Court Decision (on Discretionary Review) re Treatment of Assessments Collected by Condo Associations  (March 26, 2015)**

Doc. 14914-11
ROA 19565
**Court Decision (on Discretionary Review) re GCCF Release (March 26, 2015)**

Doc. 14914-12
ROA 19566
**Program Appeal Panel Decision re AVM as Sufficient Matching under 495**
  [Claim No. 188797] (redacted) (March 18, 2015)

Doc. 14914-13
ROA 19568
**Program Appeal Panel Decision re "Government Organization" Exclusion**
  [Claim No. 310594] (redacted) (March 18, 2015)

Doc. 14914-14
ROA 19570
**Program Appeal Panel Decision Rejecting Owner/Officer Exclusion**
  [Claim No. 86133] (redacted) (March 13, 2015)

Doc. 14517-4
ROA 19336
**Class Memo to Welker re Subsistence and Other "Fraud" Investigations (March 12, 2015)**

| | |
|---|---|
| Doc. 14914-15<br>ROA 19580 | **Class Counsel's *Amicus* Submission re Real Estate Developer Exclusion**<br>        **(March 9, 2015)**<br>● Declaration of Stephen J. Herman  (March 9, 2015)<br>● Initial Policy Announcement  (Sept. 25, 2012) |
| Doc. 14914-16<br>ROA 19593 | **Program Appeal Panel Decision Requiring Specific Explanation and Allowing Claimant Opportunity to Supplement / Attempt to Cure**<br>[Claim No.207341] (redacted) (March 5, 2015) |
| Doc. 14517-3<br>ROA 19335 | **E-Mail to Freeh re "Fraud" Investigations re "Alternative Causation"**<br>        **(March 5, 2015)** |
| Doc. 14914-17<br>ROA 19595 | **Class *Amicus* Submission re Use of Non-Benchmark P&Ls for "Triggers"**<br>        **(Feb. 26, 2015)** |
| Doc. 15429-74<br>ROA 20914 | **Policy No. 510 – Claims with Results Determined to be Incorrect (Feb. 10, 2015)** |
| Doc. 14914-18<br>ROA 19599 | **Court Decision (on Discretionary Review) re BP Branded Fuel Exclusion**<br>        **(Jan. 29, 2015)** |
| Doc. 14914-19<br>ROA 19600 | **Court Decision (on Discretionary Review) re Real Estate Developer Exclusion**<br>**Non-Profits that Assist Needy by Building and/or Repairing Homes (Jan. 29, 2015)** |
| Doc. 14914-20<br>ROA 19601 | **Court Decision (on Discretionary Review) re Real Estate Developer Exclusion**<br>**Home Builders (Jan. 29, 2015)** |
| Doc. 14914-21<br>ROA 19602 | **Class Memo to Claims Administrator re Businesses Subject to "'Moratoria' Loss" Review  (Jan. 17, 2015)** |
| Doc. 14914-22<br>ROA 19608 | **Class *Amicus* Submission re Real Estate Agent Claims under 495 (Jan. 13, 2015)**<br><br>**U.S. Supreme Court Denial of BP Cert Petition (Dec. 8, 2014)**<br>BP Exploration & Production vs. Lake Eugenie Land Development, **135 S.Ct. 734 (2014).** |
| Doc. 14517-1<br>ROA 19323 | **"Fraudulent" BP Claims Payments Represent Less Than 1% of All Claims**<br>        **(Nov. 3, 2014)** |
| Doc. 14517-2<br>ROA 19331 | **Class Memo to Claims Administrator and Freeh re Alleged / Potential "Fraud" Investigations   (Oct. 6, 2014)** |
| Doc. 14914-23<br>ROA 19618 | **Class Response re Proposed Policy on Incorrectly Paid Claims (Oct. 1, 2014)** |

Doc. 15429-62    **BP Response to Master *Amicus* to the Appeals Panelists (Sept. 30, 2014)**
ROA 20794
    The Purpose of the Settlement Agreement and the Appeals Process
    The Role of Remand
    The Right of BP to Submit Additional Evidence on Appeal
    Seafood Compensation Program
    Application of the "Tourism" Definition under Exhibit 2
    Entities, Facilities and Other Claimants
    Owner-Officer Exclusion
    GCCF Releases

Doc. 15429-60    **Policy No. 70 v.2 – Authorization to Obtain Tax Records** (July 24, 2014)
ROA 20780

Doc. 13496-6    **Class Counsel's Master *Amicus* to the Appeals Panelists (July 16, 2014)**
ROA 18878
    What's Good for the Goose is Not Necessarily Good for the Gander
    Claimants Must Be Provided With Reasonable Opportunities to Present Additional Evidence in Response to New Arguments by BP and/or Determinations by the Program / Appeal Panelists – Including, Where Necessary, Remand
    BP's Right to Present Evidence Is, and Should Be, Limited
    The Claims Administrator's Interpretations of the Settlement Agreement Are Not Necessarily Binding on the Appeal Panelists
    Seafood Claimants Are Entitled to the Greater of Trip Tickets vs. Tax Returns
        Trip Ticket Data is Frequently Inaccurate and/or Incomplete
        Why is BP Even Appealing Seafood Claims?
    Application of the "Tourism" Definition under Exhibit 2
    Entities, Facilities and Other Claimants
    An Owner, Part Owner or Officer of a BEL Claimant under the Settlement Agreement is an Eligible IEL Class Member and Claimant with Respect to His or Her Loss of Income as a W-2 Employee
    Exclusion of Claimants Based on a Prior GCCF Release
    The Panelists Should Reject, Out of Hand, any BP Appeals Based on What a BEL Claimant Allegedly "Would Have Been Expected to Earn" and/or Other Vague and Alleged Notions of "Economic Reality"
    Substantial Deference Should be Paid to Employer SWSs

Doc. 14914-24    **Transcript of Administrative Panel Meeting  (July 9, 2014)**
ROA 19619
    GCCF Releases
    Owner-Officer Exclusion
    Claiming Entities / Changes in Ownership / Multi-Facility Claims / (Policy 495)

Doc. 14914-25    **Class Memo to Claims Administrator re Coastal Claims (July 8, 2014)**
ROA 19755

Doc. 13086    **Order re "Transition" Claims  (July 1, 2014)**
ROA 18590

Doc. 14914-26    **Class Memo to Claims Administrator re "MDL Defendants" (June 30, 3014)**
ROA 19759

Doc. 13076    **Order Clarifying and Amending Implementation of 495  (June 27, 2014)**
ROA 18587

| | |
|---|---|
| Doc. 14914-27<br>ROA 19763 | **Class Suggestions re Subsistence Impairment Policy (June 12, 2014)** |
| Doc. 14914-28<br>ROA 19767 | **Class Memo to Claims Administrator re Changes in Ownership (June 5, 2014)** |
| | **U.S. Fifth Circuit: Additional Reasons for Denial of Rehearing (Causation)**<br>In re Deepwater Horizon, **753 F.3d 509 (5th Cir. 2014).     (May 19, 2014)** |
| Doc. 14914-29<br>ROA 19770 | **Class Memo to Claims Administrator re Related Owners, Officers and/or Entities  (May 14, 2014)**<br>● Memo to Claims Administrator re BEL Owners or Officers who are also Employees (Oct. 2, 2012)<br>● Memo to Claims Administrator re Multi-Facility Claims (April 23, 2014) |
| Doc. 12941-1<br>ROA 18468 | **Memorandum in Support of Class' Motion to Alter or Amend 495**<br>**(May 27, 2014)** |
| Doc. 14914-30<br>ROA 19785 | **Class Memo to Claims Administrator re Wetlands: No Formal Succession**<br>**(May 5, 2014)** |
| Doc. 14914-31<br>ROA 19787 | **Class Memo to Claims Administrator re Multi-Facility Business Claims**<br>**(April 23, 2014)** |
| Doc. 15429-47<br>ROA 20623 | **Policy No. 328 v.2 – Non-Revenue Items (April 21, 2014)** |
| Doc. 14914-32<br>ROA 19790 | **Class Response re Changes in Ownership (March 21, 2014)** |
| Doc. 12589<br>ROA 18282 | **Class Response and Objections to Proposed Matching Policy [495]**<br>Rec. Docs. 12589-16 (ROA 18282), 12589-17 (ROA 18332) and 12589-18 (ROA 18382)<br>**(March 19, 2014)** |
| Doc. 12517 | **Order Denying Class Objection re New Evidence submitted by BP to Appeal**<br>Panelists re Pot. Oil & Gas Exclusion - Wetlands Claim (March 14, 2014) |
| Doc. 14914-33<br>ROA 19804 | **Class Submission on Owner/Officer Exclusion (March 3, 2014)** |
| | *Deepwater Horizon III*: **Fifth Circuit Rejection of BP Appeal on Causation**<br>In re Deepwater Horizon, **744 F.3d 370 (5th Cir. 2014),** *rehearing denied,* **753 F.3d 509 (5th Cir. 2014),** *rehearing en banc denied,* **753 F.3d 516 (5th Cir. 2014).** |
| Doc. 14914-34<br>ROA 19814 | **Class Memo to Claims Administrator re Lodging Industry Claims (March 2, 2014)**<br>● Memo to Claims Administrator re Documentation Provisions (Sept. 16, 2012) |

| | |
|---|---|
| Doc. 14914-35<br>ROA 19821 | **Class Memo to Claims Administrator re Subsistence: Bartering (March 2, 2014)** |
| Doc. 14914-36<br>ROA 19825 | **Class Memo to Claims Administrator re Subsistence: Impairment (March 2, 2014)** |
| Doc. 12283-1<br>ROA 17499 | **Class Reply Brief re New Evidence from BP in Settlement Program Appeals (Feb. 4, 2014)** |
| Doc. 14914-37<br>ROA 19827 | **Class Memo to Claims Administrator re Multi-Facility Claims (Jan. 13, 2014)** |
| | *Deepwater Horizon II*: Final Approval of Class Settlement (Jan. 10, 2014)<br>In re Deepwater Horizon, 739 F.3d 790 (5th Cir. 2014), *rehearing en banc denied,* 756 F.3d 320 (5th Cir. 2014), *cert. denied,* 135 S.Ct. 754 (2014). |
| Doc. 12017<br>ROA 17319 | **Class Supplemental Brief on Causation (Dec. 18, 2013)**<br>● **Tim Ryan, "The Regional and Statewide Impacts of the April 2010 BP Oil Spill By Industrial Sectors" (Dec. 2013)** [Rec. Doc. 12017-1] – **ROA 17328**<br>● **Declaration of Sean Michael Snaith (Dec. 17, 2013)** [Rec. Doc. 12017-2] – **ROA 17364** |
| Doc. 11973<br>ROA 17311 | **Class Objection to New Evidence from BP in Settlement Program Appeals (Dec. 13, 2013)** |
| Doc. 14914-38<br>ROA 19832 | **Class Memo to Seafood Neutral re Oyster Rehabilitation Revenue (Dec. 4, 2013)** |
| Doc. 14914-39<br>ROA 19835 | **Class Memo to Seafood Neutral re Combined Harvester/Leaseholder Claims (Dec. 4, 2013)** |
| Doc. 14914-40<br>ROA 19839 | **Program Appeal Panelists *En Banc* Decision No. 3: Condo Associations (Nov. 22, 2013)** |
| <br>ROA 16855<br><br>ROA 16469 | **Class Counsel Brief to U.S. Fifth Circuit re Causation (Nov. 22, 2013)**<br>      **Fifth Cir. Doc. 00512450441**<br>● **BP Tutorial Slides for Program Appeal Panelists (May 7, 2012)**<br>      [Rec. Doc. 11826-1] [Fifth Cir. Doc. 00512450442]<br>● **GCCF Payment Maps (July 2011)**<br>      [Rec. Doc. 11804-7] [Fifth Cir. Doc. 00512450443] |
| Doc. 11885-2<br>ROA 17178 | **Class Counsel Statement: Revenue Recognition (Nov. 21, 2013)** |
| Doc. 14914-41<br>ROA 19840 | **Class Memo to Claims Administrator re Subsistence: Impairment (Nov. 19, 2013)** |

| | | |
|---|---|---|
| Doc. 11833 | **Class Counsel Reply re Remand of BEL Issue (Nov. 12, 2013)** | |
| ROA 16880 | | |
| ROA 16884 | ● Declaration of Stephen J. Herman (Nov. 11, 2013) [Rec. Doc. 11833-1] | |
| ROA 16887 | ● Declaration of Rhon Jones (Nov. 12, 2013) [Rec. Doc. 11833-2] | |
| ROA 16888 |   Ex. "A" – Identification of Industries Associated with Test Cases [Rec. Doc. 11833-3] | |
| ROA 16891 | ● Declaration of Robert Michael Wallace (Nov. 12, 2013) [Rec. Doc. 11833-4] | |
| ROA 16897 | ● Declaration of Michael Allen Scott (Nov. 12, 2013) [Rec. Doc. 11833-5] | |
| ROA 16900 | ● Declaration of Joseph F. Rice (Nov. 12, 2013) [Rec. Doc. 11833-6] | |
| ROA 16908 |   Ex. "1" – Comparison of BP Declarations to Settlement Agreement [Rec. Doc. 11833-7] | |
| ROA 16910 |   Ex. "2" – Use of "Match" or "Matching" in Settlement Agreement [Rec. Doc. 11833-8] | |
| ROA 16911 |   Ex. "3" – E-Mail from M. Juneau re Hacker 4/4/12 E-Mail (11/6/2013) [Rec. Doc. 11833-9] | |
| ROA 16913 | ● Declaration of Calvin Fayard, Jr. (Nov. 11, 2013) [Rec. Doc. 11833-10] | |
| | | |
| Doc. 11804 | **Class Counsel Submission on Remand of BEL Issue (Nov. 6, 2013)** | |
| ROA 16426 | | |
| ROA 16431 | ● Declaration of Stephen J. Herman (Nov. 5, 2013) [Rec. Doc. 11804-1] | |
| ROA 16439 |   BP Draft Proposed Compensation Framework, Sept. 15, 2011 [Rec. Doc. 11804-2] | |
| ROA 16444 |   BP Draft Proposed Documentation Framework, Sept. 27, 2011 [Rec. Doc. 11804-3] | |
| ROA 16446 | ● Declaration of Joseph F. Rice (Nov. 6, 2013) [Rec. Doc. 11804-4] | |
| ROA 16466 |   Ex. "A" - Index of Drafts of Business Economic Loss Frameworks Exchanged [Rec. Doc. 11804-5] | |
| ROA 16468 |   Ex. "B" - Index of Rice Drafts of Settlement Agreement [Rec. Doc. 11804-6] | |
| ROA 16469 |   Ex. "C" – Louisiana GCCF Payments Map (July 5, 2011) [Rec. Doc. 11804-7] | |
| ROA 16470 |   Ex. "C" – Mississippi GCCF Payments Map (July 5, 2011) [Rec. Doc. 11804-8] | |
| ROA 16471 |   Ex. "C" – Alabama GCCF Payments Map (July 7, 2011) [Rec. Doc. 11804-9] | |
| ROA 16472 |   Ex. "C" – Florida GCCF Payments Map (July 5, 2011) [Rec. Doc. 11804-10] | |
| ROA 16473 |   Ex. "C" – Texas GCCF Payments Map (Aug. 1, 2011) [Rec. Doc. 11804-11] | |
| ROA 16475 |   Ex. "D" – Sample of Mapping Data utilized by BP re Businesses in GCA [Rec. Doc. 11804-12] | |
| ROA 16476 |   Ex. "E" – BP Draft Proposed Compensation Framework, Sept. 15, 2011 [Rec. Doc. 11804-13] | |
| ROA 16484 |   Ex. "F" - PSC Memo re Economic Loss for Business Claims, Nov. 3, 2011 [Rec. Doc. 11804-14] | |
| ROA 16516 |   Ex. "G" - BP Memo re Business Economic Loss Claims, Nov. 10, 2011 [Rec. Doc. 11804-15] | |
| ROA 16537 |   Ex. "H" - Rice Memo re Compensation Framework, Nov. 16, 2011 [Rec. Doc. 11804-16] | |
| ROA 16539 |   Ex. "I" - BP Memo re Business Economic Loss, Dec. 13, 2011 [Rec. Doc. 11804-17] | |
| ROA 16543 |   Ex. "J" – P&N Illustration for Meeting re Settlement Program, March 27, 2012 [Rec. Doc. 11804-18] | |
| ROA 16546 |   Ex. "K" – Orran Brown Memo re Tutorial, April 13, 2012 [Rec. Doc. 11804-19] | |
| ROA 16550 |   Ex. "L" – Rice E-Mail to Godfrey transmitting Draft PowerPoint, March 5, 2012 [Rec. Doc. 11804-20] | |
| ROA 16551 |   Ex. "M" – Bloom E-Mail to Rice with Edits to PowerPoint, March 6, 2012 [Rec. Doc. 11804-21] | |
| ROA 16563 |   Ex. "N" – Hacker E-Mail to Rice and Cantor, et al, April 4, 2012 [Rec. Doc. 11804-22] | |
| ROA 16568 |   Ex. "O" – Rice Response to Hacker, April 15, 2012 [Rec. Doc. 11804-23] | |
| ROA 16574 |   Ex. "P" – Rice E-Mail to Bloom, April 10, 2012 [Rec. Doc. 11804-24] | |
| ROA 16576 |   Ex. "Q" – BP Draft Tutorial Slides, May 7, 2012 [Rec. Doc. 11804-25] | |
| ROA 16592 | ● Declaration of Rhon E. Jones (Nov. 5, 2013) [Rec. Doc. 11804-26] | |
| ROA 16596 | ● Declaration of Michael Allen Scott (Nov. 4, 2013) [Rec. Doc. 11804-27] | |
| ROA 15520 | ● Affidavit of Charles R. Hacker, Jr. (March 28, 2013) [Rec. Doc. 9089-3] | |
| ROA 25290 | ● E-Mail from Hacker to Rice and Cantor, et al, (April 4, 2012) [Rec. Doc. 9089-3, Ex. 1, filed under seal] | |
| ROA 13551 | ● Declaration of Robert Michael Wallace (Feb. 18, 2013) [Rec. Doc. 8963-84] | |
| ROA 13569 | ● Tomlinson Declaration (Feb. 18, 2013) and Test Cases [Rec. Doc. 8963-86] | |

ROA 15410   ●   Supplemental Declaration of John E. Tomlinson (April 1, 2013) [Rec. Doc. 9087-4]

Doc. 14914-42   **Class Submission to Appeal Panelists re Evidentiary Record on Appeal**
ROA 19844           **(Nov. 12, 2013)**

Doc. 14914-43   **Class Submission to Appeal Panelists re Oil & Gas Exclusion (Oct. 29, 2013)**
ROA 19846

Doc. 11740-1   **Supplemental Carroll Declaration (Oct. 24, 2013)**
ROA 16420

Doc. 14914-44   **Class Submission to Appeal Panelists re "Tourism" – Condo Associations**
ROA 19852           **(Oct. 23, 2013)**

Doc. 14914-45   **Class Memo to Claims Administrator re Customer Mix Test (Oct. 15, 2013)**
ROA 19857

**BEL Opinion:** *Deepwater Horizon I*  **(Oct. 2, 2013)**
In re Deepwater Horizon, 732 F.3d 326 (5th Cir. 2013).
[Rec. Doc. 12589-1 at 3 thru Rec. Doc. 12589-2 at 19] [Fifth Cir. Doc. 00512394834]
[ROA 17556-17622]

Doc. 14914-46   **Program Appeal Panelists *En Banc* Decision No. 2:**
ROA 19861   **Owner-Officer Commissions   (Sept. 16. 2013)**

Doc. 14914-47   **Program Appeal Panelists *En Banc* Decision No. 1:**
ROA 19863   **VoO MVCAs  (Sept. 16. 2013)**

Doc. 11470   **Reply Brief: Class Motion to Authorize Claims Administrator to Implement**
ROA 15907           **Settlement re Oil & Gas Support Industry Claims (Sept. 20, 2013)**

Doc. 14914-48   **Class Memo to Claims Administrator re Exclusions of "Revenue" (Aug. 28, 2013)**
ROA 19864

Doc. 11156   **Class Motion to Authorize Claims Administrator to Implement Settlement**
ROA 15764           **re Oil & Gas Support Industry Claims ["'Moratoria' Loss" Review] (Aug. 27, 2013)**

Doc. 14914-49   **Class Submission to Appeal Panelists re VoO MVCAs (Aug. 28, 2013)**
ROA 19869

Doc. 14914-50   **Class Memo to Appeal Panelists re Commissions Paid to Owners / Officers**
ROA 19919           **(Aug. 28, 2013)**

Doc. 14914-51   **Class Memo to Claims Administrator re Subsistence Claims based on Bartering**
ROA 19920           **(Aug. 14, 2013)**

Doc. 14914-52    **Class Memo to Claims Administrator re Multi-Facility Claims  (Aug. 9, 2013)**
ROA 19922

Doc. 14914-53    **Class Memo to Claims Administrator re Monthly P&Ls  (July 31, 2013)**
ROA 19936

Doc. 14914-54    **Class Memo to Claims Administrator re Wetlands  (July 17, 2013)**
ROA 19939        **Individual Parcels Aggregated Under a Single Tax ID**
- Affidavit of Mona B. Kelly, CLA  (July 1, 2013)

**Brief of *Amici Curiae* Certified Public Accounting Societies in Support of Appellees,** No.13-30315 (June 24, 2013)  Fifth Cir. Doc. 00512285581

Doc. 14914-55    **Class Memo to Claims Administrator re Subsistence  (June 10, 2013)**
ROA 19946

Doc. 14914-56    **Class Memo to Claims Administrator re Aquaculture / Clam Farmers**
ROA 19948             **(June 6, 2013)**

Doc. 14914-57    **Class Memo to Claims Administrator re Definition of "Facility"  (June 4, 2013)**
ROA 19952

Doc. 14914-58    **Class Submission re Treatment of CDSOA Subsidies  (May 14, 2013)**
ROA 19955

Doc. 9836        **Transcript of Hearing on BP Motion for Injunction re BEL "Matching"**
ROA 22080             **(April 5, 2013)**

Doc. 14914-59    **Class Presentation: Hearing on BP Motion for Injunction  (April 5, 2013)**
ROA 19956

Doc. 14914-60    **Class Memo to Claims Administrator re Wetlands Claims  (April 4, 2013)**
ROA 19972

Doc. 9089        **Juneau Response to BP Motion for Injunction re BEL "Matching"** (April 2, 2013)
ROA 15460
   ROA 15480  • P. Juneau Affidavit [Rec. Doc. 9089-1]
   ROA 15516  • Staley Affidavit  [Rec. Doc. 9089-2]
   ROA 15520  • Hacker Affidavit [Rec. Doc. 9089-3]
   ROA 15525  • Fisher Affidavit [Rec. Doc. 9089-4]
   ROA 15534  • M. Juneau Affidavit [Rec. Doc. 9089-5]

Doc. 9087        **Class Opposition to BP Motion for Injunction re BEL "Matching"** (April 2, 2013)
ROA 15358
   ROA 15395  • Slides from Preliminary Approval Hearing [Rec. Doc. 9087-1]
   ROA 15402  • Supplemental Carroll Declaration  [Rec. Doc. 9087-2]
   ROA 15404  • Supplemental Herman Declaration (April 1, 2013) [Rec. Doc. 9087-3]

| | | |
|---|---|---|
| ROA 15410 | ● | Supplemental Tomlinson Declaration (April 1, 2013)  [Rec. Doc. 9087-4] |
| ROA 15418 | ● | Wolfe Declaration (Wall Gator Farm) (March 26, 2013)  [Rec. Doc. 9087-5] |
| ROA 15422 | ● | Dugas Declaration (John Folse) (March 29, 2013)  [Rec. Doc. 9087-6] |
| ROA 15457 | ● | BP Appeal 88168  [Rec. Doc. 9087-7] |
| ROA 15459 | ● | BP Appeal 88708  [Rec. Doc. 9087-8] |

Doc. 9087-3 **Declaration of Stephen J. Herman  (April 1, 2013)**
ROA 15404 Background re Development of "Compendium" / Claims Administrator Policies

Doc. 9087-2 **Supplemental Declaration of Allen Carroll  (March 25, 2013)**
ROA 15402 Addressing BP's Arguments re Cash Basis P&Ls and BP "Matching" Proposals

Doc. 14914-61 **Class Memo to Claims Administrator re Assignment of Claims  (March 8, 2013)**
ROA 19978

Doc. 8963-54 **Class Opposition to BP Motion for Reconsideration on Monthly Costs**
ROA 1335 **and Revenues  (Feb. 18, 2013)**

| | | |
|---|---|---|
| 13381 | ● | Settlement Agreement, BEL Compensation Framework, Exhibit 4C  [Rec. Doc. 8963-56] |
| 13388 | ● | Settlement Agreement, BEL Documentation Requirements, Exhibit 4A  [Rec. Doc. 8963-57] |
| 13392 | ● | Memo *via* E-Mail from Rick Godfrey to Rice and Fayard (Feb. 17, 2012)  [Rec. Doc. 8963-58] |
| 13402 | ● | Excerpts from Preliminary Approval Hearing Transcript  [Rec. Doc. 8963-59] |
| 13405 | ● | Excerpts from BP's Memorandum in Support of Final Approval  [Rec. Doc. 8963-60] |
| 13408 | ● | Excerpts from Declarations in Support of BP's Motion for Final Approval  [Rec. Doc. 8963-61] |
| 13415 | ● | Declaration of Holly Sharp [Doc 7441-18], p.10.  [Rec. Doc. 8963-62] |
| 13418 | ● | *Deepwater Horizon* Claims Center, Appeal Panel Training, "General BEL" (Aug. 20, 2012) [Rec. Doc. 8963-63] |
| 13422 | ● | Memo from Class Counsel to Claims Administrator re Monthly Profit & Loss Documentation (Sept. 19, 2012)  [Rec. Doc. 8963-64] |
| 13426 | ● | Claims Administrator's Announcement of Policy Decisions Regarding Claims Administration (Sept. 25, 2012)  [Rec. Doc. 8963-65] |
| 13433 | ● | Mike Juneau E-Mail to the Parties re Input on Alternate Causation (Sept. 25, 2012) [Rec. Doc. 8963-66] |
| 13436 | ● | Holstein Letter to Claims Administrator (Sept. 28, 2012) (re: Issues Raised by Class Counsel or Settlement Program)  [Rec. Doc. 8963-67] |
| 13440 | ● | Holstein Letter to Claims Administrator (Sept. 28, 2012) (re: Sept. 25th Policy Announcements) [Rec. Doc. 8963-68] |
| 13444 | ● | Memo from Class Counsel to Claims Administrator re Sept. 25th Policy Announcements (Sept. 28, 2012)  [Rec. Doc. 8963-69] |
| 13450 | ● | Claims Administrator's Review and Clarification re Monthly P&Ls (Oct. 8, 2012) [Rec. Doc. 8963-70] |
| 13456 | ● | Claims Administrator's Announcement of Policy Decision re Alternative Causation (Oct. 10, 2012)   [Rec. Doc. 8963-71] |
| 13463 | ● | Excerpts from Final Approval Hearing Transcript [Rec. Doc. 8963-72] |
| 13467 | ● | Joint Proposed Findings of Fact and Conclusions of Law in Support of Final Approval [Doc 7945], p.39. [Rec. Doc. 8963-73] |
| 13471 | ● | E-Mail from Dan Cantor to Mike Juneau re: "Accountant Questions" (Dec. 11, 2012) [Rec. Doc. 8963-74] |
| 13475 | ● | E-Mail from Judge Barbier re "Meeting Today re Non-Profits and SIP" (Dec. 12, 2012) [Rec. Doc. 8963-75] |
| 13477 | ● | Claims Administrator's Announcement of Policy Decisions (Jan. 15, 2013) [Rec. Doc. 8963-76] |
| 13480 | ● | Declaration of Allen Carroll (Jan. 16, 2013)  [Rec. Doc. 8963-77] |
| | | Ex. A – Recognition of Revenue and Gains, under FASB Statement No. 5 |
| | | Ex. B – Wilder and Dickinson, Accounting Rules for Contingent Fee Recognition |

|       |   |                                                                                                                  |
|-------|---|------------------------------------------------------------------------------------------------------------------|
| 13492 | ● | Affidavit of Harold Asher (Jan. 15, 2013)  [Rec. Doc. 8963-78]                                                   |
| 13504 | ● | Declaration of Rick Stutes (Jan. 17, 2013)  [Rec. Doc. 8963-79]                                                  |
| 13514 | ● | Declaration of Dr. Mark Kohlbeck, CPA (Feb. 18, 2013)  [Rec. Doc. 8963-80]                                       |
| 13530 | ● | Kein, Weygandt & Warfield, "Recognition and Measurement Concepts" Intermediate Accounting (13th ed.), pp.39-51.  [Rec. Doc. 8963-81] |
| 13546 | ● | What BP's Experts Want:  Summary of Declarations Submitted by BP in Support of BP's February 3, 2013 Motion for Reconsideration  [Rec. Doc. 8963-82] |
| 13549 | ● | E-Mail to Class Counsel from Mary Beth Mantiply (Feb. 16, 2013)  [Rec. Doc. 8963-83]                             |
| 13552 | ● | Declaration of Robert Wallace ("Wally") (Feb. 18, 2013) [Rec. Doc. 8963-84]                                      |
| 13556 | ● | Declaration of George Panzeca (Feb. 18, 2013) [Rec. Doc. 8963-85]                                                |
| 13570 | ● | Declaration of John Tomlinson (Feb. 18, 2013)  [Rec. Doc. 8963-86]                                               |
|       |   | - Test Case No. 13                                                                                               |
|       |   | - Test Case No. 20                                                                                               |
|       |   | - Test Case No. 71                                                                                               |
|       |   | - Test Case No. 72                                                                                               |
| 13577 | ● | Supplemental Declaration of Allen Carroll (Feb. 18, 2013)  [Rec. Doc. 8963-87]                                   |

Doc. 8963-87  **Allen Carroll Supplemental Declaration (Feb. 18, 2013)**
ROA 13577     Addressing Fallacies in BP's "Matching" Proposals, Particularly re Re-Allocation of Revenues

Doc. 8963-80  **Declaration of Dr. Mark Kohlbeck, CPA (Feb. 18, 2013)**
ROA 13514     (contributing author of Kein Weygandt accounting textbook referenced by BP)
              Addressing revenue recognition principles under GAAP.

Doc. 8963-85  **George Panzeca Declaration (Feb. 18, 2013)**
ROA 13556

Addressing the general available methods of accounting; the methods of accounting most commonly used by businesses within the class; the understanding of CPAs throughout the class geography as to how Exhibit 4C was to be interpreted and applied; various fallacies in and problems with the BP approach.

Doc. 8963-26  **Class *In Camera* Submission on Monthly Costs and Revenue (Jan. 23, 2013)**
ROA 12719

Doc. 14914-62 **Class Response to Request for Input re Settlement Interpretation  (Jan. 19, 2013)**
ROA 19980     Captain Income Claims by Owners/Operators
              Primary Seafood Processors – RTPs
              Partial Year Step Two Compensation
              Customer Mix Test
              Revenues Related to Clean-Up Activties

Doc. 14914-63 **Class Response to January 11th Policy Announcements  (Jan. 19, 2013)**
ROA 19984     Introduction re Settlement Interpretation / Policies
              VoO – "Transitional" MVCAs
              State Sales and Use Tax Returns
              Non-Revenue Items
              Owner/Officer Exclusion
              Zone Classification for Florida Keys
              Various Seafood Issues

| | |
|---|---|
| Doc. 8963-77<br>ROA 13480 | **Allen Carroll Declaration  (Jan. 16, 2013)**<br>● Recognition of Revenue and Gains, under FASB Statement No. 5<br>● Wilder and Dickinson, Accounting Rules for Contingent Fee Recognition |
| Doc. 8963-78<br>ROA 13492 | **Harold Asher Declaration (Jan. 15, 2013)**<br><br>Addressing the understanding of accountants and classmembers regarding the BEL Framework and how it would be applied;  inconsistencies between the BP approach and that understanding; incompatibility between the BP approach and accepted accounting methodologies; and the impractical and unworkable nature of the BP approach. |
| Doc. 14914-64<br>ROA 19988 | **Request for Input re Settlement Interpretation (Jan. 11, 2013)**<br>Captain Income Claims by Owners/Operators<br>Primary Seafood Processors – RTPs<br>Partial Year Step Two Compensation<br>Customer Mix Test<br>Revenues Related to Clean-Up Activties |
| Doc. 14914-65<br>ROA 19995 | **Policy Announcements  (Jan. 11, 2013)**<br>Introduction re Settlement Interpretation / Policies<br>VoO – "Transitional" MVCAs<br>State Sales and Use Tax Returns<br>Non-Revenue Items<br>Owner/Officer Exclusion<br>Zone Classification for Florida Keys<br>IEL – Substitute for SWS-12<br>Various Seafood Issues |
| Doc. 8963-48<br>ROA 13280 | **Class Request for Formal Policy Statement: Monthly Revenue  (Dec. 16, 2012)** |
| Doc. 14914-66<br>ROA 20013 | **Class Memo to Claims Administrator re Total Revenues  (Dec. 16, 2012)** |
| Doc. 14914-67<br>ROA 20014 | **Class Memo to Claims Administrator re Subsistence: Impairment  (Dec. 16, 2012)** |
| Doc. 14914-68<br>ROA 20016 | **Class Supplemental Memo to Court re Non-Profits / Grants  (Dec. 4, 2012)** |
| Doc. 14914-69<br>ROA 20018 | **Class Submission to Court re Non-Profits / Grants  (Dec. 3, 2012)** |
| Doc. 14914-70<br>ROA 20023 | **Class Memo to Claims Administrator re VoO – "Transitional" MVCAs  (Dec. 3, 2012)** |
| Doc. 14914-71<br>ROA 20035 | **Class Memo to Claims Administrator re Subsistence  (Nov. 26, 2012)** |

Doc. 7945  **Joint Proposed Findings in Support of Class Settlement Approval (Nov. 19, 2012)**
ROA 7671

Doc. 7892  **Transcript of Fairness Hearing** (Nov. 8, 2012)
ROA 21752

Doc. 14914-72 **Class Memo to Claims Administrator re Treatment of Specified Gulf Waters**
ROA 20036   **(Oct. 31, 2012)**

Doc. 14914-73 **Class Submission to Claims Administrator re Non-Profits / Grants (Oct. 25, 2012)**
ROA 20038
- IRS Form 990
- Declaration of Rick Stutes, CPA, CVA/ABV, APA  (Oct. 24, 2012)

Doc. 7727  **Class Reply Brief in Support of Final Approval  (Oct. 22, 2012)**
ROA 7075 - *ROA cites to attachments below*
- Ex. A – Seafood Fund (revised) [Rec. Doc. 7727-1] – *ROA 7153*
- Ex. C – Summary of Objections [Rec. Doc. 7727-2] – *ROA 7155*
- Ex. D – GCCF Winding Down [Rec. Doc. 7727-3] – *ROA 7180*
- Klonoff Supp. Report (Oct. 22, 2012) [Rec. Doc. 7727-4] – *ROA 7196*

Doc. 7726  **Supp. Joint Submission in Support of Class Settlement Approval  (Oct. 22, 2012)**
ROA 6954 – *ROA cites to attachments below*
- Coffee Supp. Declaration (Oct. 22, 2012) [Rec. Doc. 7726-4] – *ROA 6982*
- Monger Supp. Declaration (Oct. 22, 2012) [Rec. Doc. 7726-5] – *ROA 7015*
- Perry Second Declaration (Oct. 19, 2012) [Rec. Doc. 7726-7] – *ROA 7072*
- Balhoff Second Declaration (Oct. 19, 2012) [Rec. Doc. 7726-2] – *ROA 6977*

Doc. 7731  **BP Reply Brief in Support of Settlement Approval  (Oct. 22, 2012)**
ROA 7281 – *ROA cites to attachments below*
- Supp. Miller Declaration (Oct. 19, 2012) [Rec. Doc. 7731-6] – *ROA 7504*
- Supp. Fishkind Declaration (Oct. 22, 2012) [Rec. Doc. 7731-2] – *ROA 7418*
- Supp. Henley Declaration (Oct. 20, 2012) [Rec. Doc. 7731-3] – *ROA 7468*
- Supp. Sharp Declaration (Oct. 21, 2012) [Rec. Doc. 7731-9] – *ROA 7555*

Doc. 14914-74 **Class Memo to Claims Administrator re Subsistence  (Oct. 17, 2012)**
ROA 20063

Doc. 15429-10 **BP Letter re Revision or Clarification of Policy Statements (Oct. 11, 2012)**
ROA 20375  Reconciliation of Discrepancies in BEL Claim Documentation
      Trip Ticket Data
      Real Estate Developer Exclusion
      Monthly Financial Data / Allocation / P&Ls

Doc. 14914-75 **Class Memo to Claims Administrator re Policy Issues (Oct. 11, 2012)**
ROA 20066  Treatment of Potential "Moratoria" Losses
      Definition of "Tourism" Under Exhibit 2
      Scope of the GCCF Release Exclusion
      Seafood Program Issues

Doc. 15429-11 **BP Letter to Claims Administrator re Policy Issues (Oct. 11, 2012)**
ROA 20380
    Treatment of Potential "Moratoria" Losses
    Definition of "Tourism" Under Exhibit 2
    Scope of the GCCF Release Exclusion
    Seafood Program Issues

Doc. 14914-76 **Claims Administrator Request for Input on Policy Issues (Oct. 9, 2012)**
ROA 20079
    Treatment of Potential "Moratoria" Losses
    Definition of "Tourism" Under Exhibit 2
    Scope of the GCCF Release Exclusion
    Seafood Program Issues
    Removal of Specific Dollar Amount from Release

Doc. 8963-70 **Clarification of Policy Decisions  (Oct. 8, 2012)**
ROA 13450
    "Alternate Source Documents" for Revenues and Expenses
        (a) Monthly Allocations of Revenues/Expenses
        (b) Monthly Allocations of Owner and Officer Payroll
        (c) Restatement of Profit & Loss Statements
    Exclusion of Seafood Benchmark Years
    Reliance Upon Available Data for Seafood Program Claims
    Real Estate Developer Exclusion

Doc. 15429-9 **BP Letter to Claims Administrator re Sept. 25th Policy Announcement**
ROA 20370 **and Oct. 1st Administrative Panel Meeting (Oct. 2, 2012)**
    Monthly Financial Data: Alternate Source Documents / Allocation / P&Ls
    Reconciliation of Financial Data in BEL Claims
    Start-Up Businesses and 2012 Tax Returns
    Retail and Lodging Information
    Seafood Program Issues
    Real Estate Developer Exclusion

Doc. 14914-77 **Class Memo to Claims Administrator re BEL Owners or Officers who are also**
ROA 20090 **Employees   (Oct. 2, 2012)**
    Owner-Officer Exclusion
    GCCF Release

Doc. 15429-7 **BP Letter to Claims Administrator (Sept. 28, 2012)**  [Full Original Letter]
ROA 20357
    Monthly Financial Data / Allocation / P&Ls
    Reconciliation of Financial Data in BEL Claims
    Start-Up Businesses and 2012 Tax Returns
    Prior Spill-Related Payments
    SWSs for IEL Claims
    Retail and Lodging Information
    SWSs on Absence of Tax Information Documents
    Individual Release
    Seafood Program Issues
    Real Estate Developer Exclusion

Doc. 8963-68 **From BP Counsel Letter to Claims Administrator re Monthly P&Ls**
ROA 13440     **(Sept. 28, 2012)**  [Class Exhibit]

| | |
|---|---|
| Doc. 15429-6<br>ROA 20350 | **BP Letter to Claims Administrator (Sept. 28, 2012)**  [Full Original Letter]<br>     Vessel Damage Claims<br>     Alternative Causation<br>     Owner-Officer Exclusion<br>     GCCF Release<br>     IEL/IPV/IFV Age Verification<br>     Wetlands – Tax Assessments / Parcels |
| Doc. 8963-67<br>ROA 13436 | **From BP Letter to Claims Administrator re Alternative Causation**<br>            **(Sept. 28, 2012)**  [Class Exhibit] |
| Doc. 14914-78<br>ROA 20096 | **Class Memo re Sept. 25, 2012 Announcement of Policy Decisions (Sept. 28, 2012)**<br>     Monthly Allocations of Revenues / Expenses<br>     Restatement of Profit & Loss Statements<br>     2012 Tax Returns<br>     Prior Spill-Related Payments<br>     Retail and Lodging Information<br>     Seafood Program Issues |
| Doc. 14914-79<br>ROA 20101 | **Class Memo to Claims Administrator re Causation  (Sept. 27, 2012)** |
| Doc. 8963-66<br>ROA 13433 | **E-Mail from M. Juneau to Parties re Causation  (Sept. 25, 2012)** |
| Doc. 8963-65<br>ROA 13426 | **Announcement of Policy Decisions (Sept. 25, 2012)**<br>     "Alternate Source Documents" for Revenues and Expenses<br>          (a) Monthly Allocations of Revenues/Expenses<br>          (b) Monthly Allocations of Owner and Officer Payroll<br>          (c) Restatement of Profit & Loss Statements<br>     Reconciliation of Financial Information<br>     Start-Up Businesses and 2012 Tax Returns<br>     Retail and Lodging Information<br>     Sworn Statement on the Absence of Tax Information<br>     Specific Dollar Amount Removed from Individual Release<br>     Exclusion of Seafood Benchmark Years<br>     Reliance Upon Available Data for Seafood Program Claims<br>     Real Estate Developer Exclusion |
| Doc. 14914-80<br>ROA 20105 | **Class Memo to Claims Administrator re Monthly Profit & Loss Documentation**<br>            **(Sept. 19, 2012)** |
| Doc. 14914-81<br>ROA 20108 | **Class Memo to Claims Administrator re Wetlands Database  (Sept. 19, 2012)** |
| Doc. 14914-82<br>ROA 20109 | **Memo to Plaintiffs' Counsel re Documentation Provisions  (Sept. 18, 2012)** |
| Doc. 14914-83<br>ROA 20110 | **Class Memo to Claims Administrator re "Claimant-friendly" Provisions**<br>            **(Sept. 17, 2012)** (redacted) |

Doc. 14914-84 **Class Memo to Claims Administrator re Documentation Provisions**
ROA 20117 **(Sept. 16, 2012)**

Doc. 7104 **Class Final Approval Brief (Aug. 13, 2012)**
ROA 5441 – *ROA cites to attachments below*
- Ex. A – Seafood Fund [Rec. Doc. 7104-1] – *ROA 5508*
- Ex. B – GCCF Methodologies [Rec. Doc. 7104-2] – *ROA 5517*
- Herman Declaration (July 23, 2012) [Rec. Doc. 7104-5] – *ROA 5267*
- Rice Declaration (Aug. 10, 2012) [Rec. Doc. 7104-6] – *ROA 5632*
- Issacharoff Declaration (Aug. 13, 2012) [Rec. Doc. 7104-4] – *ROA 5611*
- Klonoff Declaration (Aug. 13, 2012) [Rec. Doc. 7104-3] – *ROA 5543*

Doc. 7110 **Joint Submission in Support of Class Settlement Approval (Aug. 13, 2012)**
ROA 5707 – *ROA cites to attachments below*
- Coffee Declaration (Aug. 10, 2012) [Rec. Doc. 7110-3] – *ROA 5947*
- Monger Declaration (Aug. 13, 2012) [Rec. Doc. 7110-4] – *ROA 5988*
- Perry Declaration (Aug. 10, 2012) [Rec. Doc. 7110-5] – *ROA 6013*
- Balhoff Declaration (Aug. 10, 2012) [Rec. Doc. 7110-2] – *ROA 5937*

Doc. 7114-1 **BP Brief in Support of Settlement Approval (Aug. 13, 2012)**
ROA 6024 – *ROA cites to attachments below*
- Godfrey Declaration (Aug. 13, 2012) [Rec. Doc. 7114-9] – *ROA 6312*
- Miller Declaration (Aug. 10, 2012) [Rec. Doc. 7114-16] – *ROA 6448*
- Fishkind Declaration (Aug. 13, 2012) [Rec. Doc. 7114-5] – *ROA 6192*
- Henley Declaration (Aug. 11, 2012) [Rec. Doc. 7114-11] – *ROA 6333*
- Sharp Declaration (Aug. 10, 2012) [Rec. Doc. 7114-18] – *ROA 6547*

Doc. 14914-85 **Class Response to July 30 BrownGreer Memo re Policy Questions (Aug. 2, 2012)**
ROA 20122
Multi-Facility Offsets for Prior Payments
Start-Up Businesses
Zone Classification
Documentation Requirements
Churches without Tax Returns

Doc. 14914-86 **Class Counsel Response on Subsistence Issues (July 31, 2012)**
ROA 20128

Doc. 14914-87 **BrownGreer Memo re Policy Issues (July 30, 2012)**
ROA 20134
Multi-Facility Offsets for Prior Payments
Start-Up Businesses
Zone Classification
Documentation Requirements
Churches without Tax Returns
Subsistence Claims

Doc. 6395 **Transcript of Preliminary Approval Hearing (April 25, 2012)**
ROA 21635