# BP SETTLEMENT NEGOTIATION MEETINGS

Godfrey Declaration [Rec. Doc. 7114-9] (Aug. 13, 2012); Bloomer Declaration [Rec. Doc. 7112-6] (Aug. 13, 2012).

| Date | Location | Type |
|---|---|---|
| February 18, 2011 | New Orleans, LA | Economic |
| March 23, 2011 | New Orleans, LA | Economic |
| May 19, 2011 | New Orleans, LA | Economic |
| May 20, 2011 | New Orleans, LA | Economic |
| June 8, 2011 | London, England | Economic |
| June 9, 2011 | London, England | Economic |
| June 21, 2011 | Washington, DC | Economic |
| June 27, 2011 | London, England | Economic |
| June 28, 2011 | London, England | Economic |
| June 29, 2011 | London, England | Economic |
| June 30, 2011 | London, England | Economic |
| July 2, 2011 | Paris, France | Economic |
| July 13, 2011 | Chicago, IL | Economic |
| July 14, 2011 | Chicago, IL | Economic |
| July 19, 2011 | Chicago, IL | Economic |
| July 20, 2011 | Chicago, IL | Economic |
| July 21, 2011 | Chicago, IL | Economic |
| July 26, 2011 | Washington, DC | Economic |
| July 27, 2011 | Washington, DC | Economic |
| July 28, 2011 | Washington, DC | Economic |
| August 2, 2011 | New York, NY | Economic |
| August 3, 2011 | New York, NY | Economic |
| August 4, 2011 | New York, NY | Economic |
| August 9, 2011 | Chicago, IL | Economic |
| August 10, 2011 | Chicago, IL | Economic |
| August 11, 2011 | Chicago, IL | Economic |
| August 16, 2011 | New York, NY | Economic |
| August 17, 2011 | New York, NY | Economic |
| August 18, 2011 | New York, NY | Economic |
| August 23, 2011 | New York, NY | Economic |
| August 24, 2011 | New York, NY | Economic |
| August 25, 2011 | New York, NY | Economic |
| August 29, 2011 | Washington, DC | Economic |
| August 30, 2011 | Washington, DC | Economic |
| August 31, 2011 | Washington, DC | Economic |
| September 1, 2011 | Washington, DC | Economic |
| September 8, 2011 | New York, NY | Economic |
| September 9, 2011 | New York, NY | Economic |
| September 14, 2011 | New Orleans, LA | Economic |
| September 15, 2011 | New Orleans, LA | Economic |
| September 16, 2011 | New Orleans, LA | Economic |
| September 21, 2011 | Chicago, IL | Economic |
| September 27, 2011 | Washington, DC | Economic |

| BP SETTLEMENT NEGOTIATION MEETINGS | | |
|---|---|---|
| September 28, 2011 | Washington, DC | Economic |
| October 4, 2011 | Washington, DC | Economic |
| October 10, 2011 | Chicago, IL | Economic |
| October 11, 2011 | Chicago, IL | Economic |
| October 12, 2011 | Chicago, IL | Economic |
| October 17, 2011 | Chicago, IL | Economic |
| October 18, 2011 | Chicago, IL | Economic |
| October 26, 2011 | Charleston, SC | Economic |
| October 27, 2011 | Charleston, SC | Economic |
| November 1, 2011 | New York, NY | Economic |
| November 2, 2011 | New York, NY | Economic |
| November 3, 2011 | New York, NY | Economic |
| November 8, 2011 | New Orleans, LA | Economic |
| November 9, 2011 | New Orleans, LA | Economic |
| November 10, 2011 | New Orleans, LA | Economic |
| November 15, 2011 | Washington, DC | Economic |
| November 16, 2011 | Washington, DC | Economic |
| November 17, 2011 | Washington, DC | Economic |
| November 21, 2011 | Houston, TX | Economic |
| November 22, 2011 | Houston, TX | Economic |
| November 28, 2011 | Washington, DC | Economic |
| November 29, 2011 | Washington, DC | Economic |
| November 30, 2011 | Washington, DC | Economic |
| December 1, 2011 | Washington, DC | Economic |
| December 13, 2011 | New Orleans, LA | Economic |
| December 14, 2011 | New Orleans, LA | Economic |
| December 15, 2011 | New Orleans, LA | Economic |
| December 19, 2011 | New Orleans, LA | Economic |
| December 20, 2011 | New Orleans, LA | Economic |
| December 21, 2011 | New Orleans, LA | Economic |
| December 22, 2011 | New Orleans, LA | Economic |
| December 27, 2011 | New Orleans, LA | Economic |
| December 28, 2011 | New Orleans, LA | Economic |
| December 29, 2011 | New Orleans, LA | Economic |
| January 4, 2012 | New Orleans, LA | Economic |
| January 5, 2012 | New Orleans, LA | Economic |
| January 6, 2012 | New Orleans, LA | Economic |
| January 11, 2012 | New Orleans, LA | Economic |
| January 12, 2012 | New Orleans, LA | Economic |
| January 13, 2012 | New Orleans, LA | Economic |
| January 17, 2012 | New Orleans, LA | Economic |
| January 18, 2012 | New Orleans, LA | Economic |
| January 19, 2012 | New Orleans, LA | Economic |
| January 20, 2012 | New Orleans, LA | Economic |
| January 24, 2012 | New Orleans, LA | Economic |
| January 25, 2012 | New Orleans, LA | Economic |

| **BP SETTLEMENT NEGOTIATION MEETINGS** | | |
|---|---|---|
| January 26, 2012 | New Orleans, LA | Economic |
| January 27, 2012 | New Orleans, LA | Economic |
| January 30, 2012 | New Orleans, LA | Economic |
| January 31, 2012 | New Orleans, LA | Economic |
| February 1, 2012 | New Orleans, LA | Economic |
| February 1, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 2, 2012 | New Orleans, LA | Economic |
| February 2, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 7, 2012 | New Orleans, LA | Economic |
| February 8, 2012 | New Orleans, LA | Economic |
| February 9, 2012 | New Orleans, LA | Economic |
| February 9, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 10, 2012 | New Orleans, LA | Economic |
| February 11, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 12, 2012 | New Orleans, LA | Economic |
| February 12, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 13, 2012 | New Orleans, LA | Economic |
| February 13, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 14, 2012 | New Orleans, LA | Economic |
| February 14, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 15, 2012 | New Orleans, LA | Economic |
| February 16, 2012 | New Orleans, LA | Economic |
| February 17, 2012 | New Orleans, LA | Economic |
| February 18, 2012 | New Orleans, LA | Economic |
| February 18, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 19, 2012 | New Orleans, LA | Economic |
| February 20, 2012 | New Orleans, LA | Economic |
| February 21, 2012 | New Orleans, LA | Economic |
| February 21, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 22, 2012 | New Orleans, LA | Economic |
| February 22, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 23, 2012 | New Orleans, LA | Economic |
| February 23, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 24, 2012 | New Orleans, LA | Economic |
| February 24, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 25, 2012 | New Orleans, LA | Economic |
| February 25, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 26, 2012 | New Orleans, LA | Economic |
| February 27, 2012 | New Orleans, LA | Economic |
| February 28, 2012 | New Orleans, LA | Economic |
| February 28, 2012 | Call with Magistrate Judge Shushan | Economic |
| February 29, 2012 | New Orleans, LA | Economic |
| February 29, 2012 | Call with Magistrate Judge Shushan | Economic |
| March 1, 2012 | New Orleans, LA | Economic |
| March 1, 2012 | Call with Magistrate Judge Shushan | Economic |
| March 2, 2012 | New Orleans, LA | Economic |

| **BP SETTLEMENT NEGOTIATION MEETINGS** | | |
|---|---|---|
| March 2, 2012 | Call with Magistrate Judge Shushan | Economic |
| March 6, 2012 | New Orleans, LA | Economic |
| March 7, 2012 | New Orleans, LA | Economic |
| March 8, 2012 | New Orleans, LA | Economic |
| March 12, 2012 | New Orleans, LA | Economic |
| March 13, 2012 | New Orleans, LA | Economic |
| March 14, 2012 | New Orleans, LA | Economic |
| March 15, 2012 | New Orleans, LA | Economic |
| March 19, 2012 | New Orleans, LA | Economic |
| March 20, 2012 | New Orleans, LA | Economic |
| March 21, 2012 | New Orleans, LA | Economic |
| March 22, 2012 | New Orleans, LA | Economic |
| March 26, 2012 | New Orleans, LA | Economic |
| March 27, 2012 | New Orleans, LA | Economic |
| March 28, 2012 | New Orleans, LA | Economic |
| March 29, 2012 | New Orleans, LA | Economic |
| March 30, 2012 | New Orleans, LA | Economic |
| April 2, 2012 | New Orleans, LA | Economic |
| April 3, 2012 | New Orleans, LA | Economic |
| April 4, 2012 | New Orleans, LA | Economic |
| April 5, 2012 | New Orleans, LA | Economic |
| April 6, 2012 | New Orleans, LA | Economic |
| April 7, 2012 | Telephone Conferences | Economic |
| April 9, 2012 | New Orleans, LA | Economic |
| April 10, 2012 | New Orleans, LA | Economic |
| April 11, 2012 | New Orleans, LA | Economic |
| April 12, 2012 | New Orleans, LA | Economic |
| April 13, 2012 | New Orleans, LA | Economic |
| April 14, 2012 | New Orleans, LA | Economic |
| April 15, 2012 | New Orleans, LA | Economic |
| April 16, 2012 | New Orleans, LA | Economic |
| April 17, 2012 | New Orleans, LA | Economic |
| April 18, 2012 | New Orleans, LA | Economic |
| June 21, 2011 | Washington, DC | Medical |
| June 27, 2011 | London, England | Medical |
| June 28, 2011 | London, England | Medical |
| June 29, 2011 | London, England | Medical |
| June 30, 2011 | London, England | Medical |
| July 13, 2011 | Chicago, IL | Medical |
| July 14, 2011 | Chicago, IL | Medical |
| July 19, 2011 | Chicago, IL | Medical |
| July 20, 2011 | Chicago, IL | Medical |
| July 21, 2011 | Chicago, IL | Medical |
| July 26, 2011 | Washington, DC | Medical |

| BP SETTLEMENT NEGOTIATION MEETINGS | | |
|---|---|---|
| July 27, 2011 | Washington, DC | Medical |
| July 28, 2011 | Washington, DC | Medical |
| August 2, 2011 | New York, NY | Medical |
| August 3, 2011 | New York, NY | Medical |
| August 4, 2011 | New York, NY | Medical |
| August 9, 2011 | Chicago, IL | Medical |
| August 10, 2011 | Chicago, IL | Medical |
| August 11, 2011 | Chicago, IL | Medical |
| August 16, 2011 | New York, NY | Medical |
| August 17, 2011 | New York, NY | Medical |
| August 18, 2011 | New York, NY | Medical |
| August 23, 2011 | New York, NY | Medical |
| August 24, 2011 | New York, NY | Medical |
| August 25, 2011 | New York, NY | Medical |
| August 29, 2011 | Washington, DC | Medical |
| August 30, 2011 | Washington, DC | Medical |
| August 31, 2011 | Washington, DC | Medical |
| September 1, 2011 | Washington, DC | Medical |
| September 7, 2011 | New York, NY | Medical |
| September 8, 2011 | New York, NY | Medical |
| September 9, 2011 | New York, NY | Medical |
| September 12, 2011 | Telephone Conferences | Medical |
| September 14, 2011 | New Orleans, LA | Medical |
| September 15, 2011 | New Orleans, LA | Medical |
| September 16, 2011 | New Orleans, LA | Medical |
| September 21, 2011 | Chicago, IL | Medical |
| September 27, 2011 | Washington, DC | Medical |
| September 28, 2011 | Washington, DC | Medical |
| September 30, 2011 | Telephone & Web Conferences | Medical |
| October 5, 2011 | Telephone & Web Conferences | Medical |
| October 11, 2011 | Chicago, IL | Medical |
| October 12, 2011 | Chicago, IL | Medical |
| October 13, 2011 | Chicago, IL | Medical |
| October 14, 2011 | Telephone & Web Conferences | Medical |
| October 17, 2011 | Chicago, IL | Medical |
| October 18, 2011 | Chicago, IL | Medical |
| October 19, 2011 | Telephone Conferences | Medical |
| October 24, 2011 | Telephone & Web Conferences | Medical |
| October 26, 2011 | Charleston, SC | Medical |
| October 27, 2011 | Charleston, SC | Medical |
| November 1, 2011 | New York, NY | Medical |
| November 2, 2011 | New York, NY | Medical |
| November 3, 2011 | New York, NY | Medical |
| November 4, 2011 | Telephone Conferences | Medical |

| BP SETTLEMENT NEGOTIATION MEETINGS | | |
|---|---|---|
| November 8, 2011 | New Orleans, LA | Medical |
| November 9, 2011 | New Orleans, LA | Medical |
| November 10, 2011 | New Orleans, LA | Medical |
| November 11, 2011 | Telephone Conferences | Medical |
| November 16, 2011 | Washington, DC | Medical |
| November 17, 2011 | Washington, DC | Medical |
| November 18, 2011 | Washington, DC | Medical |
| November 21, 2011 | Telephone & Web Conferences | Medical |
| November 22, 2011 | Telephone & Web Conferences | Medical |
| November 23, 2011 | Telephone & Web Conferences | Medical |
| November 28, 2011 | Washington, DC | Medical |
| November 29, 2011 | Washington, DC | Medical |
| November 30, 2011 | Washington, DC | Medical |
| December 1, 2011 | Washington, DC | Medical |
| December 5, 2011 | Telephone Conferences | Medical |
| December 6, 2011 | Telephone & Web Conferences | Medical |
| December 7, 2011 | Telephone & Web Conferences | Medical |
| December 9, 2011 | Telephone & Web Conferences | Medical |
| December 13, 2011 | New Orleans, LA | Medical |
| December 14, 2011 | New Orleans, LA | Medical |
| December 15, 2011 | New Orleans, LA | Medical |
| December 19, 2011 | New Orleans, LA | Medical |
| December 20, 2011 | New Orleans, LA | Medical |
| December 21, 2011 | New Orleans, LA | Medical |
| January 4, 2012 | New Orleans, LA | Medical |
| January 5, 2012 | New Orleans, LA | Medical |
| January 6, 2012 | New Orleans, LA | Medical |
| January 10, 2012 | Telephone Conferences | Medical |
| January 11, 2012 | New Orleans, LA | Medical |
| January 12, 2012 | New Orleans, LA | Medical |
| January 17, 2012 | New Orleans, LA | Medical |
| January 18, 2012 | New Orleans, LA | Medical |
| January 19, 2012 | New Orleans, LA | Medical |
| January 20, 2012 | New Orleans, LA | Medical |
| January 24, 2012 | Telephone Conferences | Medical |
| January 25, 2012 | New Orleans, LA | Medical |
| January 26, 2012 | New Orleans, LA | Medical |
| January 27, 2012 | New Orleans, LA | Medical |
| January 30, 2012 | New Orleans, LA | Medical |
| January 31, 2012 | New Orleans, LA | Medical |
| February 1, 2012 | New Orleans, LA | Medical |
| February 2, 2012 | New Orleans, LA | Medical |
| February 7, 2012 | New Orleans, LA | Medical |
| February 8, 2012 | New Orleans, LA | Medical |

| BP SETTLEMENT NEGOTIATION MEETINGS | | |
|---|---|---|
| February 9, 2012 | New Orleans, LA | Medical |
| February 9, 2012 | New Orleans, LA | Medical |
| February 13, 2012 | New Orleans, LA | Medical |
| February 14, 2012 | New Orleans, LA | Medical |
| February 15, 2012 | New Orleans, LA | Medical |
| February 16, 2012 | New Orleans, LA | Medical |
| February 17, 2012 | Telephone Conferences | Medical |
| February 18, 2012 | Telephone Conferences | Medical |
| February 19, 2012 | Telephone Conferences | Medical |
| February 21, 2012 | New Orleans, LA | Medical |
| February 22, 2012 | New Orleans, LA | Medical |
| February 23, 2012 | New Orleans, LA | Medical |
| February 24, 2012 | New Orleans, LA | Medical |
| February 25, 2012 | New Orleans, LA | Medical |
| February 26, 2012 | New Orleans, LA | Medical |
| February 27, 2012 | New Orleans, LA | Medical |
| February 28, 2012 | New Orleans, LA | Medical |
| February 29, 2012 | New Orleans, LA | Medical |
| March 1, 2012 | New Orleans, LA | Medical |
| March 1, 2012 | New Orleans, LA | Medical |
| March 2, 2012 | New Orleans, LA | Medical |
| March 5, 2012 | Telephone Conferences | Medical |
| March 6, 2012 | Telephone Conferences | Medical |
| March 7, 2012 | Telephone Conferences | Medical |
| March 13, 2012 | New Orleans, LA | Medical |
| March 14, 2012 | New Orleans, LA | Medical |
| March 19, 2012 | Telephone Conferences | Medical |
| March 20, 2012 | Telephone Conferences | Medical |
| March 22, 2012 | Telephone Conferences | Medical |
| March 23, 2012 | Telephone Conferences | Medical |
| March 25, 2012 | Telephone Conferences | Medical |
| March 27, 2012 | Telephone Conferences | Medical |
| March 28, 2012 | New Orleans, LA | Medical |
| March 29, 2012 | New Orleans, LA | Medical |
| March 30, 2012 | Telephone & Web Conferences | Medical |
| April 2, 2012 | New Orleans, LA | Medical |
| April 3, 2012 | New Orleans, LA | Medical |
| April 4, 2012 | New Orleans, LA | Medical |
| April 5, 2012 | New Orleans, LA | Medical |
| April 6, 2012 | Telephone & Web Conferences | Medical |
| April 9, 2012 | New Orleans, LA | Medical |
| April 10, 2012 | New Orleans, LA | Medical |
| April 11, 2012 | New Orleans, LA | Medical |
| April 12, 2012 | New Orleans, LA | Medical |

| BP SETTLEMENT NEGOTIATION MEETINGS |||
|---|---|---|
| April 13, 2012 | New Orleans, LA | Medical |
| April 14, 2012 | New Orleans, LA | Medical |
| April 15, 2012 | New Orleans, LA | Medical |
| April 16, 2012 | New Orleans, LA | Medical |
| April 17, 2012 | New Orleans, LA | Medical |
| April 18, 2012 | New Orleans, LA | Medical |