

Does *not* include: **(a)** approximately $830 million in additional Eligibility Determinations that have not yet been finalized and paid; **(b)** approximately 74,000 claims which are awaiting process or still being evaluated; **(c)** the potential $338 million allocation for the Assigned Claims from the Halliburton/Transocean Settlements; **(d)** settlement related Administrative Expenses; or **(e)** the up-to $600 million for reimbursement of litigation expenses and common benefit fees.

*See* Statistics for *Deepwater Horizon* Economic & Property Damages Settlement (May 24, 2016); Herman-Roy Declaration ¶¶58-60, 67; Order [Rec. Doc. 13424] (Sept. 22, 2014).



The **BP Initial Estimate**, upon which Dean Klonoff's opinion, Prof. Coffee's opinion, and the Final Settlement Approvals were based, was $7.8 billion for both the Economic and Medical Classes together. The **Seafood Claimants' Estimates** of $10.7-$12.1 billion and **Judge Wilkinson's Estimate** of $10.825 billion appear to be based solely on projected Economic Claims payouts, and do not seem to include Seafood & Tourism Promotional Grants, TO Insurance Proceeds, the value of the Assigned Claims, Medical Settlement Benefits, Administrative Costs, or Common Benefit Litigation Expenses or Fees. **BP Currently Estimates** that the Economic Settlement is likely to be "significantly higher than" $12.9 billion. The **Medical Claims Administrator** estimates an additional $170.3 million in total benefits paid.

*See* BP First Quarter 2016 Results (April 26, 2016); Allocation and Reasons [Rec. Doc. 15652] (Dec. 11, 2015), pp.14-16
(citing Seafood Claimants' Submission [Rec. Doc. 15570, and Rec. Doc. 15570-4 (Tab 3)]);  Klonoff Declaration [Rec. Doc. 7104-3] (Aug. 13, 2012) p.40 ¶94
(citing BP Annual Report and Form 20-F (2011) p.163); Herman-Roy Declaration ¶¶57-62, 67.

## Class Settlements Provided Billions of Dollars in Benefits beyond Anything that Was Ever Contemplated by the GCCF



According to the GCCF February 2012 Status Report, the GCCF had paid out approximately $5.76 billion at the time of the BP Class Settlements.  A total of $412.5 million in additional GCCF offers were outstanding at the time the Transition Order was entered on March 8th.  Mr. Fienberg has repeatedly stated that, by this point, the GCCF was winding down, and that 92% of all claims which the GCCF considered to be compensable had been paid.  Extrapolating from these numbers, it would appear that the GCCF anticipated paying a total of only $536.7 million in additional compensation.

See GCCF Overall Program Statistics: Status Report as of Feb. 10, 2012, pp.5-6;  Herman-Roy Declaration, ¶59;  EXHIBIT D (*in globo*) [GCCF Winding Down] [Rec. Doc. 7727-3]; "From 9/11 to BP to GM" New York Times (June 30, 2014); "Fienberg Lays Out GM Victim Compensation Plan" Detroit Free Press (July 1, 2014); "U.S. Tort Expert Feinberg Discusses Compensating for Tragedy and Loss" Business First of Buffalo (Oct. 13, 2014); "Former Claims Czar Kenneth Feinberg Calls BP's $20 Billion Oil Spill Fund an 'Aberration' at Tulane Talk" nola.com  (April 9, 2015); "BP's Gulf Oil Spill Was 'Less of an Environmental Disaster' Than Media Portrayed" The Street (April 20, 2015).



The Total Estimated Payouts of $11.24 billion to $14.24 billion do not include the potential reimbursement of litigation expenses or common benefit fees that may be awarded out of the BP Class Settlements ($600 million) or the Transocean/Halliburton Settlements ($124.95 million). When that additional $724.95 million in benefits to the classes is factored in, the percentage range drops to 4.54% to 5.67%.

*See* BP First Quarter 2016 Results (April 26, 2016); Allocation and Reasons [Rec. Doc. 15652] (Dec. 11, 2015);
BP Economic Settlement, Exhibit 17 [Rec. Doc. 6276-46]; Halliburton Settlement, Section 23(b) [Rec. Doc. 15322-1]; Transocean Settlement, Section 23(b) [Rec. Doc. 14644-1].



The Total Estimated Payouts of $13.24 billion to $16.24 billion do not include the potential reimbursement of litigation expenses or common benefit fees that may be awarded out of the BP Class Settlements ($600 million) or the Transocean/Halliburton Settlements ($124.95 million), or the reimbursement of $80 million in partial Litigation Expenses and Attorneys' Fees to the States of Alabama and Louisiana ($40 million for payment to Common Benefit Attorneys pursuant to the States' joint-prosecution agreements with the PSC). Nor do the Total Estimated Payouts include the $687.4 million paid to settle Local Government Claims.

*See* BP First Quarter 2016 Results (April 26, 2016); Allocation and Reasons [Rec. Doc. 15652] (Dec. 11, 2015); Certificates of Non-Objection and Order (Oct. 5, 2015) [Rec. Doc. 15437 and 15441];. U.S. Dept. of Justice, "U.S. and Five Gulf States Reach Historic Settlement with BP to Resolve Civil Lawsuit Over Deepwater Horizon Oil Spill" ([www.justice.gov](www.justice.gov)) (Oct. 5, 2015); "BP to settle federal, state and local Deepwater Horizon claims for up to $18.7 billion with payments to be spread over 18 years" ([www.bp.com](www.bp.com)) (July 2, 2015); "BP settlement money flows to cities hundreds of miles from Gulf Coast shoreline" Fuel Fix (from the Houston Chronicle) (Aug. 20, 2015).



The PSC and other Common Benefit Attorneys are _not_ making any claim for common benefits fees with respect to GCCF payments, Clean Water Act penalties, the Local Government Settlements, or the Settlements with the States of Florida, Mississippi, or Texas.  Nevertheless, petitioners, who acted for the benefit of the Local Governments, who acted for the benefit of GCCF claimants, and who worked cooperatively with the United States and counsel for the States, believe that such recoveries are relevant in the analysis as to the overall reasonableness of the fee.

_See_ BP First Quarter 2016 Results (April 26, 2016); Allocation and Reasons [Rec. Doc. 15652] (Dec. 11, 2015); Certificates of Non-Objection and Order (Oct. 5, 2015) [Rec. Doc. 15437 and 15441]; U.S. Dept. of Justice, "U.S. and Five Gulf States Reach Historic Settlement with BP to Resolve Civil Lawsuit Over Deepwater Horizon Oil Spill" (www.justice.gov) (Oct. 5, 2015); "BP to settle federal, state and local Deepwater Horizon claims for up to $18.7 billion with payments to be spread over 18 years" (www.bp.com) (July 2, 2015); "BP settlement money flows to cities hundreds of miles from Gulf Coast shoreline" Fuel Fix (from the _Houston Chronicle_) (Aug. 20, 2015).