# GIBSON DUNN REPORTED RATES

Staci Zaretsky, "The Biglaw Firms With The Highest Partner Billing Rates (2015)"
*Above the Law* (Jan. 6, 2015).

Zoe Tillman, "Inside Gibson Dunn's Billing Rates in
Gay Marriage Case" *National Law Journal* (Feb. 12, 2016).

Case 2:10-md-02179-CJB-DPC   Document 21098-16   Filed 07/21/16   Page 2 of 5


MENU



BIGLAW, MONEY, PARTNER ISSUES

# The Biglaw Firms With The Highest Partner Billing Rates (2015)

By STACI ZARETSKY

💬 21 Comments / ↗ Share / Jan 6, 2015 at 1:01 PM

Here's the list of the 10 Biglaw firms with the highest hourly partner rates:

- Gibson Dunn: $1,800
- Dickstein Shapiro: $1,250
- Kaye Scholer: $1,250
- WilmerHale: $1,250
- Akin Gump: $1,220
- Kasowitz Benson: $1,195
- MoFo: $1,195
- Skadden: $1,150
- Cozen O'Connor: $1,135
- Baker & McKenzie: $1,130

This list looks almost exactly the same as last year's, save for Kaye Scholer and Cozen O'Connor making moves to join the top 10 of the Four-Figure Club — and booting out Bracewell & Giuliani and Paul Weiss in the process. To see the full list of firms and their


MENU

For those of you dying to know the name of the partner who bills a whopping $1,800 per hour, it's none other than the man, the myth, the legend… Ted Olson. Congrats!

Since we know our readers love Biglaw schadenfreude, where the rich can't command an hourly fee to make them rich enough for their own liking, we've got the details on the New York firms with the lowest partner billing rates:

- Orrick: $715
- White & Case: $700
- Stroock: $675
- Dechert: $670
- Weil Gotshal: $625
- Kasowitz Benson: $600
- Greenberg Traurig: $535
- Norton Rose: $525
- DLA Piper: $450
- Jones Day: $445

Where do you fall in comparison? Do you aspire to be a member of the Four-Figure Club? Feel free to discuss your rate's prestige or lack thereof in the comments.

Billing Rates Rise, Discounts Abound [National Law Journal]
Billing Rates at the Nation's Priciest Firms [National Law Journal]

**Earlier**: The Biglaw Firms With The Highest Partner Billing Rates (2014)

« PREVIOUS    1    **2**

**TOPICS**

Biglaw, Billable Hours, Billing Rates, Dinsmore & Shohl, George Vincent, Hourly Rates, Money, Partner Issues, Quote of the Day

THE NATIONAL LAW JOURNAL

**NOT FOR REPRINT**

   Click to Print or Select '**Print**' in your browser menu to print this document.

Page printed from: *National Law Journal*

# Inside Gibson Dunn's Billing Rates in Gay Marriage Case

Zoe Tillman, The National Law Journal

February 12, 2016

Ten Gibson, Dunn & Crutcher partners who successfully fought Virginia's same-sex marriage ban billed hourly rates between $795 and $1,800, according to copies of the firm's billing records obtained by The National Law Journal.

Gibson Dunn's records provide a new look at how the firm managed the Virginia federal case, and how top lawyers—including Ted Olson, Theodore Boutrous Jr. and Helgi Walker—billed for their time.

In all, Virginia last year agreed to pay $459,000 to Gibson Dunn for its work for the plaintiffs. By reaching a settlement, the lawyers avoided a public fight over whether their rates and hours were reasonable.

States that unsuccessfully defended same-sex marriage bans in federal court have agreed or been ordered by a judge to pay $13.6 million in legal fees to the challengers.

The Gibson Dunn partners' hourly rates in 2013 and 2014 ranged from $795, for Amir Tayrani in 2013, to a high of $1,800 for Olson, who is a member of the firm's executive committee, according to the firm's billing records.

The NLJ obtained the records under Virginia's public-records law. Successful plaintiffs in civil rights cases are entitled to collect "reasonable" attorney fees. Law firms that fought states over fees in same-sex marriage litigation in most cases publicly disclosed their rates and hours to the court. Gibson Dunn's settlement in the Virginia case meant the firm's records were not publicly filed, but they were submitted to the state attorney general's office.

Olson is one of the highest-paid lawyers in the nation. News reports in 2012 put his hourly rate at $1,800. That rate stayed the same in 2013 and 2014, the billing records show. He did not immediately return a request for comment.

Olson, Tayrani and partner Matthew McGill led the pro-marriage effort for the firm among the partners. Their colleagues joined in for limited purposes. Partner Andrew Tulumello, the co-partner-in-charge of the firm's D.C. office, put in 30 minutes, at an hourly rate of $925, to confer with McGill about class action issues.

Four partners got involved in early 2014 to help Olson prepare for a moot court in May: David Debold,

billing at $885 an hour; Thomas Dupree Jr., billing at $995 an hour; Caitlin Halligan, billing at $970; and Walker, co-chairwoman of the firms' administrative law and regulatory practice, billing at $910. Combined, they logged about 60 hours.

Partner Karen Manos, chairwoman of the firm's government contracts practice, billed 0.7 hours, at an hourly rate of $980, to assist with generating support for an amicus brief. Boutrous, co-chairman of the firm's appellate practice, billed 6.8 hours at an hourly rate of $1,040, doing a mix of issue analysis and reviewing briefs and other related litigation.

Olson clocked more than 178 hours on the same-sex marriage case. His work, according to the billing records, was largely a mix of reviewing briefs and opinions written by other members of the plaintiffs' legal team and preparing for oral arguments, although he did do some writing of his own.

Overall, Gibson Dunn spent more than 1,900 hours on the case in 2013 and 2014, billing $1.5 million. Their co-counsel at Shuttleworth, Ruloff, Swain, Haddad & Morecock in Virginia Beach, Virginia, [billed approximately 500 hours](), for $218,000 in fees. Shuttleworth received $61,000 in the fee settlement.

Boies, Schiller & Flexner, which also worked on the case, *Bostic v. Rainey*, handled the case pro bono and did not seek fees, according to partner William Isaacson.

At Gibson Dunn, associates put in the most hours on the Virginia case. Six associates logged more than 1,300 hours in 2013 and 2014, compared to the 500 hours put in by the partners. The associates billed hourly rates between $425 and $740.

To reach the $520,000 settlement, the lawyers told the court that the plaintiffs' legal team agreed to a series of cuts to their hours and rates.

"The parties acknowledge the uncertainty and risks to each party associated with litigating a fee petition submitted by plaintiffs, and the range of possible outcomes with regard to the quantum of fees sought," the lawyers said in a [joint statement to the court]() in January 2015. "Acknowledging further the legal costs and expense associated with litigating these issues, Rainey and plaintiffs have agreed to resolve their differences through this settlement agreement, each term of which is material to the parties' willingness to enter into it."

---

*Contact Zoe Tillman at [ztillman@alm.com](). On Twitter: [@ZoeTillman]()*

---

Copyright 2016. ALM Media Properties, LLC. All rights reserved.