IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Applies to:   No. 15-4146 | | |

## ORDER AUTHORIZING PAYMENT TO ESCROW AGENT FOR SETTLEMENT FUND

**CONSIDERING** the Joint Motion for Authority to Make Payment to Escrow Agent for the Settlement Fund.

**IT IS ORDERED** that the parties be and are hereby authorized to make the 2016 annual payment of Fifty Thousand Dollars ($50,000) to the Escrow Agent as required by Section 3.4 and Exhibit C of the Escrow Agreement (approved by the Court in Rec. Doc. 14906). This payment shall be made from the Aggregate Payment deposited with the Escrow Agent.

New Orleans, Louisiana this 20th day of July, 2016.

_____
United States District Judge