# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179 |
| | | SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| **Rafael Garcia-Rodriguez (Captain for David Aparicio – Little David)** | ) ) ) | MAGISTRATE JUDGE SHUSHAN |
| Docket Numbers(s) | ) ) | |
| **2:10-cv-04235** | ) ) | |
| Short Form Joinder Number(s): | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by he parties, and herby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action(s), and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

**Arispe, et al. v. BP Exploration & Production, Inc., et al.
2:10-cv-04235**

Short Form Joinder number(s) and identifying information:

                    Respectfully submitted this 21 day of July, 2016.

                    **FIBICH LEEBRON COPELAND**
                    **BRIGGS & JOSEPHSON, L.L.P.**

            By:   */s/Gregory Q. Fibich*
                    Kenneth T. "Tommy" Fibich
                    Texas Bar No. 06952600
                    Gregory Q. Fibich
                    Texas Bar No. 24059745
                    1150 Bissonnet Street
                    Houston, Texas 77005
                    (713) 751-0025 Telephone
                    (713) 751-0030 Facsimile
                    tfibich@fibichlaw.com
                    gfibich@fibichlaw.com

                    ATTORNEYS FOR PLAINTIFF