UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: No. 15-2020 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion of Anthony Bennett for Reconsideration (Rec. docs. 19236)]**

For the reasons stated in the May 25, 2006 order denying the motions of Anthony Bennett for forms to request a partial refund (Rec. doc. 18490),

IT IS ORDERED that the motion of Anthony Bennett for reconsideration (Rec. doc. 19236) is DENIED.

New Orleans, Louisiana, this 21ST day of July, 2016.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**