UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: No. 14-657 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion for Status Conference (Rec. docs. 14513)]**

IT IS ORDERED that the motion of Melancon Rimes, LLC, Sterbcow Law Group, LLC, Jason L. Melancon, and Marx D. Sterbcow for status conference (Rec. doc. 14513) is DENIED as MOOT.

New Orleans, Louisiana, this 21ST day of July, 2016.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**