### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | § | **C.A. NO.  2:10-mdl-02179** |
| **"DEEPWATER HORIZON" in the** | § | |
| **GULF OF MEXICO, on** | § | |
| **APRIL 20, 2010** | § | **SECTION: J** |
| | § | |
| **This Document Relates to** | § | **JUDGE BARBIER** |
| **Case No. :  2:13- cv- 04798** | § | |
| | § | |

**********************************************************************************

### NOTICE OF DISMISSAL WITH PREJUDICE OF CLAIMS OF YANCY KEPLINGER

To The Honorable United States District Court:

COMES NOW Plaintiff, Yancy Keplinger, and files this Notice of Dismissal With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff hereby dismisses his claims with prejudice.

Respectfully submitted:

By:  _____ */s/ Steve Gordon* _____

Steve Gordon
SBN: 08207980
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057
Telephone: (713) 688-9999
Facsimile: (713) 668-1980

**COUNSEL FOR YANCY KEPLINGER**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 21st day of July 2016.


*/s/ Frank A. Piccolo*
Frank A. Piccolo