IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | C.A. NO.  2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to<br>Case No. :  2:11-cv-2526<br>              2:13-cv-6012 | § § § | JUDGE BARBIER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DISMISSAL WITH PREJUDICE OF CLAIMS OF TREAVOR RAY CURTIS

To The Honorable United States District Court:

COMES NOW Plaintiff, TREAVOR RAY CURTIS, who has now reached the age of majority, and files this Notice of Dismissal With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff hereby dismisses his claims with prejudice.

Respectfully submitted:

By:      */s/ John W. Stevenson, Jr.*
John W. Stevenson, Jr.
SBN: 19196050
STEVENSON & MURRAY
24 Greenway Plaza, Suite 750
Houston, Texas 77046
Telephone: (713) 454-7016
Facsimile: (713) 622-3224
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 21st day of July 2016.

      */s/ Frank A. Piccolo*
      Frank A. Piccolo