UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION "J" |
| Pertains to Case No.: 2:13-cv-02010-CJB-SS | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW**, plaintiff, Jimmy Lee, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, Covenant Not to Sue entered into by the parties, and herby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by plaintiff for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Respectfully submitted this 21st day of July, 2016.

/s/ Jonathan B. Andry
Jonathan B. Andry
Andry Law Group, L.L.C.
610 Baronne Street
New Orleans, Louisiana 70113
Phone: 504-525-5535
Fax: 504-586-8933
jandry@andrylawgroup.com
Attorney for Plaintiff