# Appendix 1

## Plaintiffs Who Voluntarily Dismissed Their Claims Against BP

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. | Dismissal Rec. Doc. |
|---|---|---|---|
| Bayou Carlin Fisheries, Inc. | 12-02665 | 18802; 20938 | 20984 |
| Pearl River Fisheries of Louisiana, LLC | 12-02665 | 18802; 20938 | 20984 |
| In Depth Marine, LLC | 13-01761 | 18890 | 20563 |
| In-Depth Offshore Technologies International, Inc. | 13-01761 | 18890 | 20563 |
| Harrington, Brian | 10-03253 13-02282 | 19219 | 20981 |
| Hudson, Susan H | 10-03253 13-02282 | 19219 | 20981 |
| Catering to you Bon Carre | 16-06036 | 20484 | 20282 |
| Auenson, Carol dba Bay Coast Charters | 16-04720 | 20529 | 19382 |
| Toarmina's Pizza | 13-06008 16-07048 | 20641 | 20829 |
| All Aboard Megabite, LLC | 12-01483 16-03636 | 20495; 20519 | 20254 |
| Taylor, Robert V. | 16-03636 | 20495; 20519 | 20254 |
| Nest Egg LLC | 16-07121 | 19213 | 20925 |
| Le, Nhut Van | 16-07414 | 20551; 21018 | 21078 |
| Vo, Charlie Van | 16-07411 | 20553; 21017 | 21078 |
| Le, Quy | 16-07416 | 20554; 21019 | 21078 |