# Appendix 2

## Additional Plaintiffs to Be Added to PTO 60 Compliance List

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Batiste, Leoutha | 16-04154 | 20768 |
| Jawof Serenity at Dune Allen, LLC | 13-02398 | 21014; 21090 |
| Stewart, Gregory | 16-04545 | 21026 |
| Spectrum Organization dba The Victorian Rental Pool | 13-00331 | 21007 |
| Wright, Roderic | 13-01091 | N/A |