# Appendix 3

## Plaintiffs Who Have Filed No Complaint Against BP

| Plaintiff Name | Plaintiff's Response Rec. Doc. | Claim in MDL 2179 |
|---|---|---|
| Mark and Emmett Marine, Inc. | 18968 | None |
| Riverview Investments, Inc. | 18968 | SFJ, 10-08888 (Rec. Docs. 67621; 68666) |
| Haney, Wanda | 19246 | None |
| Sanderson Enterprises, Inc. | 20227 | SFJ, 10-08888 (Rec. Doc. 53288) |
| Louisiana Workers Compensation Corporation | 20486 | Claim in Limitation, 10-02771 (Rec. Doc. 375) |
| Juhas, Thomas Albert | 20899 | SFJ, 10-08888 (Rec. Doc. 53672) |
| Shepherd, Carl Malcolm | 20903 | SFJ, 10-08888 (Rec. Doc. 97978) |