# Appendix 4

## Mexican Fisherman Mass Joinders

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Anzures, Felipe Barrios, Individually and d/b/a Compro Venta de Felipe Barrios | 16-04124 | 19979 |
| Blanco, Artemio Aran, Individually and d/b/a Grupo Pescadores Libres Artemio Aran | 16-04151 | 19979 |
| Briggs, Sammy Davis | 16-04179 | 19979 |
| Gonzalez del Angel, Claudio, individually and d/b/a Permissionario Claudio Gonzalez del Angel | 16-04123 | 19979 |
| Perez, Eduardo Pineiro, individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera La Rivera De Tampico De Alto S.C. de R.L. | 16-04122 16-04230 | 19979 |
| Anderson, Isaac | 13-01082 13-00976 | 19982 |
| Ardoin, Hector | 13-01082 13-00976 | 19982 |
| Perez, Abad Gonzalez, Individually and d/b/a Pescadores Libres de Cabo Rojito Abad, Despicadoras de las Chacas, Permisionario Claudio Gonzalez del Angel, Permisionario Teodoro Gonzalez Gonzalez, and Permisionarios y Trabajadores de Tampico and Permisionario Eduardo Gonzalez Morales | 16-04571 | 19985 |
| Valdez, Aide Perez, Individually and d/b/a Grupo Libre la Chavelita Jose Luis Perez Cruz, Grupo de Pescadores Fileteros Chavelita, Baragua Sea Products SC de RL and Pensionados de la Sociedad Cooperativa Rivera de Tampico Alto | 16-04717 | 19990 |
| Carranza, Angel Ramos, Individually and d/b/a Restaurante Veracruzano Tamiahua, Restaurante Nuevo Veracruzano Tamiahua Angel Ramos, Permisionarios y Trabajadores de Tampico, Permisionario Antonio Gutierrez Alvarez, and Restaurante Nuevo Veracruzano Tuxpan | 16-04775 | 19993 |
| Rios, Armando Delgado, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Denominada La Rivera de Tampico de Alto SC de RL, Esposas de la Rivera de Tampico Alto, Hijos de Socios de la Cooperativa de Rivera de Tampico Alto and Pescadores Libres de la Rivera de Tampico Eduardo | 16-04586 | 20001 |

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Blanco, Artemio Aran, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros de Saladero SCL, Hijos de Sociedad Cooperativa Pescadores de Saladero, Esposas de Socio de la Sociedad Cooperativa Riverena de Saladero, Despicadores y Pescadores Libres de Saladero, Despicadores y Pescadores Libres de la Merced, Esposas de la Cooperativa Ostioneros de Saladero, Hijos de la Cooperativa Ostioneros de Saladero, Grupo Pescadores Libres Artemio Aran, Pescadores Libres de Tierra y Libertad Artemio Aran, Grupo de Libres de Saladero Artemio Aran, Pescadores Libres de Tanochin Artemio Aran, Libres de San Luciano Artemio Aran, Pescadores Libres de la Riverita Artemio Aran, Pescadores Libres de Saladero Veracruz, Permisionario Jorge Luis Baena Cruz and Permisionario Efren Balderas | 16-04345 | 20003 |
| Coronel, Baudelio Cruz, Individually and d/b/a Pescadores Y Cooperativas de Ciudad del Carmen Campeche and Pescadores Libres Barra de San Pedro Tabasco; Permisionario Jorge Nieto Gonzalez Congregacion Anahuac, Sociedad Cooperativa El Playon de Progreso, Sociedad Cooperativa Estrella de Oriente SC de RL, Permisionario Florencia Ortega Constantino, Permisionario Martin Jaime Ortega Gil de San Jeronimo, and Permisionaria Graciela Ortega | 16-05310 | 20005 |
| Santiago, Dario Moreno, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Riverena La Aurora Barra de Cazones SCL de CV, Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones, Pescadores Libres Sociedad Cooperativa Aurora Barra de Cazones, Progreso Nuevo Sociedad de Pescadores, and Permisionario Dioncia Carballo Ponce la Laja Ozuluama | 16-04556 | 20007 |
| Perez, Evelio Jimenez, Individually and d/b/a Pescadores Libres de Tonala Agua Dulce Veracruz | 16-04783 | 20016 |
| Aran, Fernando Blanco, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Pescadores Unidos de La Reforma SC de RL de CV, Compra Venta de Felipe Barrios, Esposas de la Cooperativa Reforma, Hijos de Socios de la Cooperativa Reforma, and Pescadores Libres de la Reforma Fernando Meza Torres | 16-04499 | 20017 |
| Ortega, Flor Idilia Blanco, Individually and d/b/a Grupo la Esperanza Flor Idulia and Permisionario Miguel Blanco Ortega | 16-04521 | 20020 |
| Moscoso, Francisco Chirino, Individually and d/b/a Pescadores Libres de Chiquila Quintana Roo, and Cooperativa de Produccion Pesquera de Bienes y Servicios El Costeno Juan Cabrera Jimenez | 16-04563 | 20022 |

2

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Hernandez, Francisco Rangel, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Pescadores de Tamiahua SC de RL de CV, Peladoras de Camaron de la Pescadores de Tamiahua, Compradores de la Sociedad Cooperativa Pescadores de Tamiahua, Esposas de Socios de la Cooperativa de Pescadores de Tamiahua, Hijos de Socios de la Cooperativa de Pescadores de Tamiahua, Esposas de Socios de Cooperativa de San Jeronimo, Pescadores Unidos del Playon and Permisionario Aurelio Sanchez de San Luciano | 16-04724 | 20024 |
| Santiago, Frederico Cruz, Individually and d/b/a La Sociedad Cooperativa de Servicio Lancheros de San Jeronoimo SC de RL de CV, Despicadoras de San Jeronimo and Hijos de Socios de la Cooperativa de Cabo Rojo | 16-04594 | 20030 |
| Torres, Gerson Bautista, Individually and d/b/a La Sociedad Cooperativa de Productores Acuicolas de Congregacion Anahuac SC de RL, Hijos de Socios de Congregacion Anahuac, Esposas de Socios de Congregacion Anahuac, Pescadores Libres de Congregacion Anahuac Gerson, and La Sociedad de Pescadores Indigenas de Rancho Nuevo SC | 16-04512 | 20031 |
| Joguitud, Guillermina Castro, Individually and d/b/a Libres de Cucharitas 2 Guillermina Castro, Pescadores Libres de la Majahua Reynaldo Castro, Grupo La Sirenita Felipa Celestino Artemio Aran, Pescadores Libres de la Restinga, and Permisionario Israel Contreras Zaleta | 16-04550 | 20034 |
| Saldana, Guillermina Hernandez, Individually and d/b/a Grupo La Trucha Guillermina Hernandez, Grupo de Pescadores Libres Guillermina Hernandez and Permisionario Francisco Elioth Hernandez Segura | 16-04567 | 20035 |
| Martinez, Hermilio Duran, Individually and d/b/a Trabajadores de Tampico, Pescadores Libres de Altura Tampico Tamaulipas, Pescadores Libres de Tampico Tamaulipas, Permisionario Jose Luis Escudero Ramirez, Permisionario Carmelo Estevez Martir, and Permisionario Romualdo Flores Menindez | 16-04762 | 20037 |
| Cruz, Horacio Morales, Individually and d/b/a Permisionario Horacio Morales de la Isla de San Juan, Permisionario Horacio Morales Isla de Juan A Ramirez, Permisionario Horacio Morales Cruz, La Sociedad Cooperativa de Produccion Pesquera Pescadores de San Andres SC de RL and Pescadores Libres de la Sociedad Cooperativa San Andres | 16-04802 | 20039 |
| Ortiz, Joaquin Delgado, Individually and d/b/a Permisionario Joaquin Delgado Ortiz | 16-04584 | 20088 |
| Cruz, Joel Franco, Individually and d/b/a La Sociedad Cooperativa Denominada Camaroneros Unidos de Altamar SC de RL de CV | 16-04684 | 20090 |

3

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Medina, Jose Luis Palacios, Individually and d/b/a Union de Fileteros de Cucharas Jose Luis Palacios Medina, Libres de las Piedras Tamalin Camilo Perez Castro and Permisionario Salustio Perez Olares | 16-04806 | 20094 |
| Lorenzo, Luis Enrique Martinez, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Riverena Pescadores de Cabo Rojo SC de RL de CV and Espos de Socios de la Cooperativa de Cabo Rojo | 16-04712 | 20096 |
| Reyes, Miguel Zaleta, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera del Puerto de Tuxpan de Bienes Y Servisios SCL de CV and Pescadores Libres del Puerto de Tuxpan | 16-04730 | 20100 |
| Sanchez, Pablo Ernesto Zamora, Individually and d/b/a Compra Venta de la Sociedad Cooperativa Tamiahua, Esposas de la Cooperativa de Tamiahua, Hijos de Socios de la Cooperativa de Tamiahua, Libres de Tamiahua Pablo E. Zamora Sanchez, Pescadores Libres de la Cooperativa de Tamiahua, Pescadores Libres de Veracruz, Pescadores de Veracruz Dos, La Sociedad Cooperativa de Produccion Pesquera Tamiahua SC de RL | 16-04706 | 20104 |
| Delgado, Ramiro Villalobos, Individually and d/b/a Pescadores Libres de Morales de Cabo Rojo | 16-04697 | 20105 |
| Reyes, Ricardo Heredia, Individually and d/b/a Pescadores Libres de la Mata Norberto Hernandez, Pescador Libre de Ciudad Madero Tamaulipas | 16-04769 | 20106 |
| Maya, Roberto Marcelino, Individually and d/b/a Compra Venta del Mercado de Tuxpan, La Sociedad Cooperativa de Produccion Pesquera de Altura Jarochos SCL, and Permisionario Reynaldo Lara Careaga | 16-04866 | 20110 |
| Davila, Rosalina Cruz, Individually and d/b/a Permisionario Rosalino Cruz y Pescadores de Camaron, Grupo Superacion Jahasaviel Cruz Castro, Permisionario Efrain Cruz Lugo, Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto, and Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero | 16-04599 | 20115 |
| Gallardo, Ruben Ramirez, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros Del Sur SC de RL, Esposas de Socios de Ostioneros del Sur Cucharas and Pescadores Libres Ostioneros del Sur | 16-04777 | 20117 |
| Gonzalez, Ruben Sosa, Individually and d/b/a La Sociedad Cooperativa de Productores y Pescadores de Saladero Veracruz SC de RL and Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero | 16-04788 | 20119 |

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Cruz, Tereso, Individually and d/b/a Despicadoras de Jaiva los Higueros Artemio Aran and Pescadores de la Encendada de los Higueros Artemio Aran | 16-05710 | 20120 |
| Hernandez, Victor Manuel Garcia, Individually and d/b/a Fileteras de Mamey de Antonio Aran, Pescadores Mamey Pozo dos Bocas Artemio Aran, Despicadoras de la Majahua Karina, and La Pescadora | 16-04786 | 20121 |
| Gomez, Victor Reyes, Individually and d/b/a Grupo Cucharas Juan Ortega Romero Artemio Aran and Permisionario Jose Alfredo Gallardo Cortez Caso | 16-04692 | 20122 |
| Castaneda, Santos Aguilar, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera Grupo Unidos de las Chacas SC de RL de CV, and Esposas de Socios de la Cooperativa de las Chacas | 16-04349 | 20178 |
| Garcia, Sara Sanchez, Individually and d/b/a Pescadores Libres y Fileteras Claudio Cruz Flores | 16-04543 | 20181 |
| Gallardo, Saturnino Delgado, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera La Huasteca Veracruzana SC de RL de CV, Esposas & Hijos de Socios de la Huasteca Veracruzana, Permisionario Santiago del Angel, and Libres de Cabo Rojo Nelson Delgado Mendoza | 16-04574 | 20183 |
| Alcocer, Severo, Individually and d/b/a Pescadores Libres de Isla Aguada Campeche | 16-04476 | 20185 |
| Vega, Eusebio Landeros, Individually and d/b/a Libres de Congregacion la Reforma Artemio Aran, Congregacion La Reforma, Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega, and Permisionaria Concepcion Guerrero Banda | 16-05315 | 20012; 20128 |
| Moreno, Francisco Sosa, Individually and d/b/a Despicadoras de la Isla de San Juan A Ramirez, Pescadores Libres de la Isla de San Juan A Ramirez, Permisionario Flavio Alfredo Torres Damian, Grupo de Pescadores Libre de Chiquila Dos, and Compra Venta Victor Valenzuela | 16-04797 | 20028; 20126 |
| Castillo, Maria Esther Martinez, Individually and d/b/a Permisionaria Maria Esther Castillo, Permisionario Jose Alfredo Martinez Gandara, Permisionario Macario Mar Cruz, and Permisionario Genaro Gregorio Martinez Cantero | 16-04873 | 20098; 20125 |
| Saldana, Rito Zaleta, Individually and d/b/a Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 16-04700 | 20108; 20124 |