# Appendix 5

## The *Commercial Metals Company* Plaintiffs

| Plaintiff Name | Civ. A. No. | Principal Place of Business | Plaintiff's Response Rec. Doc. |
|---|---|---|---|
| AHT, Inc. | Yes | Butler County, Pennsylvania | 20528 |
| CMC Steel Fabricators, Inc. | Yes | Guadalupe County, Texas | 20528 |
| Commercial Metals Company | Yes | Dallas County, Texas | 20528 |
| SMI Steel LLC | Yes | Jefferson County, Alabama | 20528 |