# Appendix 6

## Other (Brent Coon & Associates) Multiple-Plaintiff Complaints

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. | Multiple Plaintiffs |
|---|---|---|---|
| Chang, Daniel K. | 16-06329 | 20641 | Plaintiffs are five separate businesses and two individuals.  Plaintiffs' complaint includes no assertion that they are related parties under PTO 60. |
| Coast Products LLC | 13-05367 16-06216 | 20641 | Plaintiffs are two separate businesses.  Plaintiffs' complaint includes no assertion that they are related parties under PTO 60. |
| Gauci's Custom Building & Developing LLC | 13-06008 16-07048 | 20641 | Plaintiffs are three businesses and two individuals.  Plaintiffs' complaint includes no explanation of how these plaintiffs constitute related parties under PTO 60. |
| Laurcon Capital LP | 13-05367 16-06216 | 20641 | Plaintiffs are two separate businesses.  Plaintiffs' complaint includes no assertion that they are related parties under PTO 60. |
| St. Joe Beach Property, LLC | 13-05367 16-06333 | 20641 | Plaintiffs are two businesses and one individual.  Plaintiffs allege common ownership of the businesses by the individual. |