# Appendix 7

## Plaintiffs with Unsigned Sworn Statements

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. |
|---|---|---|
| Joaquin Barrera/S.C.P.P. Ah Caray, S.C. de R.L. | 13-02791<br>16-06298 | 20526 |
| Cantu, Carlos, Jr. | 10-04214<br>16-06087 | 20534 |
| Flores, Armando | 10-04220<br>16-06015 | 20534 |
| German, Mendoza | 10-04220<br>10-04235<br>16-06132 | 20534 |
| Guillot, Adam | 10-04225<br>16-06066 | 20534 |
| Hamblin, David Wayne | 10-04220<br>16-06154 | 20534 |
| Linda Steward d/b/a Sunshine Tax Services, Inc. | 13-05142<br>16-06182 | 20534 |
| Lopez, Celestino | 10-04220<br>16-06138 | 20534 |
| Moreno, Raul Blanco | 10-04220<br>16-06110 | 20534 |
| Olguin, Nicolas | 10-04220<br>16-05684 | 20534 |
| Overtime Sports Grill, LLC | 16-06029 | 20534 |
| Roger, Godfrey J. | 16-06104 | 20534 |
| Stevenson, Charles | 11-00363<br>16-06190 | 20534 |
| The Shrimp Man | 11-00363<br>16-06134 | 20534 |
| Zapata, Edgar A. | 10-04220<br>16-06082 | 20534 |
| Nguyen, Tan Thoi | 16-07406 | 20555 |