**Appendix 8**

**Plaintiffs with Significantly Late PTO 60 Submissions**

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. | PTO 60 Submission Date |
|---|---|---|---|
| T. Duffy Builders, LLC a/k/a T.A. Duffy Builders, LLC f/k/a Benchmark Development, LLC | 13-01437 | 18969 | June 20, 2016 (Ex. A, Rec. Doc. 18961) |
| Truckla Services, Inc. | 16-11698 | 20235 | June 24, 2016 (Complaint & Ex. A) |
| Chapel Hill, LLC | 16-11519 | 20295 | June 23, 2016 (Individual Complaint) |
| Coastal Mining & Marine LLC | 16-11641 | 20295 | June 24, 2016 (Individual Complaint) |
| Pearlington Clay Port, LLC | 16-11711 | 20295 | June 24, 2016 (Individual Complaint) |
| Pearlington Clay, LLC | 16-11707 | 20295 | June 24, 2016 (Individual Complaint) |
| Breathwit Marine Contractors, Ltd. | 16-11539 | 20232 | June 23, 2016 (Individual Complaint) |
| Breathwit Marine Shipyard, Ltd. | 16-11546 | 20232 | June 23, 2016 (Individual Complaint) |
| Bayou Caddy Fisheries Inc.[1] | 12-02665 | 18802; 20938 | July 8, 2016 (Motion for Leave to File Individual Amended Complaint) |

---

[1]   In 2012, Pearl River Fisheries of Louisiana, LLC; Bayou Carlin Fisheries, Inc.; and Bayou Caddy Fisheries Inc. ("Bayou Caddy") filed suit against BP in MDL 2179.  After opting out of the Economic and Property Damages Settlement Class, Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc. revoked their opt out requests, but prior to the deadline for compliance with PTO 60 took no steps before the Court to dismiss their claims in that action and thus remained on the operative complaint.  Because it did not have an individual complaint on file as of June 7, 2016, Bayou Caddy was included as a PTO 60-noncompliant plaintiff on Exhibit 2 to the Show Cause Order.

On July 8, 2016, ten days after the deadline for responses to the Show Cause Order, and in an attempt to cure its lack of an individual complaint, Bayou Caddy sought leave to file an amended complaint removing Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc. from its complaint.  (Rec. Doc. 20938)  On July 12, 2016, the Court granted the motion to the extent it deemed the motion to be a deemed as a motion to dismiss Pearl River Fisheries of Louisiana, LLC and Bayou Carlin Fisheries, Inc. as plaintiffs, but denied it in all other respects. (Rec. Doc. 20984)  Accordingly, Bayou Caddy did not take steps to comply with PTO 60's individual complaint lawsuit until nearly two months after the extended deadline for compliance with PTO 60.