# Appendix 9

## Plaintiffs with Late Show Cause Responses

| Plaintiff Name | Civ. A. No. | Plaintiff's Response Rec. Doc. | Plaintiff's Show Cause Response Filing Date |
|---|---|---|---|
| Alton Rockford Meadows, individually and d/b/a Southern Appraisal Services | 13-01746 | 20671 | June 29, 2016 |
| Capital Bank | 13-06648 | 21021 | July 15, 2016 (Response served over File & Serve Xpress June 21, 2016, but not filed on court docket) |