## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | **MDL 2179** |
| **OIL SPILL BY THE OIL RIG** | * | **SECTION J** |
| **"Deepwater Horizon" IN THE GULF** | * | |
| **OF MEXICO, ON APRIL 20, 2010** | * | **JUDGE BARBIER** |
| **DEBTORS.** | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

| | | |
|---|---|---|
| | * | |
| **BURT W. NEWSOME,** | * | **CASE NUMBER:** |
| **Plaintiff** | * | |
| | * | **2:10-cv-04199-CJB-SS** |
| **Vs.** | * | |
| | * | |
| **BP EXPLORATION** | * | |
| **& PRODUCTION, INC.,** | * | |
| **Defendant** | * | |
| | * | |

## MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff Burt W. Newsome, in the above styled-case and for his Motion for Extension of Time, states the following:

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff hereby respectfully requests an extension of time to file a response to Pretrial Order 60. See attached Exhibit "A."

Plaintiff did not receive notice of the Pretrial Order and/or any proceedings in Case No. 2:10-cv-04199-CJB-SS and MDL 2179.

WHEREFORE, premises considered, Plaintiff Burt W. Newsome, respectfully requests that this Honorable Court will grant his motion for extension of time to properly file his response to Pretrial Order 60 as attached as Exhibit "A."

Respectfully submitted this the 21st day of July, 2016.

/s/ Burt W. Newsome
Burt W. Newsome
Attorney at Law

**OF COUNSEL:**
NEWSOME LAW, LLC
P.O. Box 382753
Birmingham, AL 35238
Telephone: (205) 747-1970
Email:  burt@newsomelawllc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed and served a copy of the foregoing upon the below listed parties to this action by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this the 21st day of July, 2016.

    Marchello D. Gray
    Lightfoot, Franklin and White
    The Clark Building
    400 20th Street North
    Birmingham, AL35203

    Richard C. Godfrey
    Kirkland & Ellis, LLP
    300 North LaSalle
    Chicago, IL 60654

                    /s/ Burt W. Newsome
                    Burt W. Newsome
                    Attorney at Law