# EXHIBIT "A"

Case 2:10-md-02179-CJB-DPC Document 21135-1 Filed 07/22/16 Page 2 of 6
Case 2:10-md-02179-CJB-SS Document 21085-2 Filed 07/19/16 Page 6 of 10
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 1 of 5

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPITAL BANK, | CIVIL ACTION No. 2:13-cv-6648-CJB-SS |
| Plaintiff, | SECTION: J |
| vs. | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC. | MAG. JUDGE SHUSHAN |
| Defendant. | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Plaintiff, Capital Bank ("Plaintiff"), by and through its undersigned counsel, hereby give notice of filing its Sworn Statement for Disclosure of B1 Claims.

Respectfully submitted,

GrayRobinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, Florida 33131
Phone: (305) 416-6880
Facsimile: (305) 416-6887

By: /s/ Gary M. Carman
    Gary M. Carman, Esq.
    Florida Bar No. 179490
    Richard F. Danese, Esq.
    Florida Bar No. 58458

Case 2:10-md-02179-CJB-DPC Document 21135-1 Filed 07/22/16 Page 3 of 6
Case 2:10-md-02179-CJB-SS Document 21085-2 Filed 07/19/16 Page 7 of 10
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 2 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims) has been served upon the following Counsel for BP and the PSC via US Mail and/or by F&S service on this 7th day of April, 2016:

| | |
|---|---|
| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St.,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiff's Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
| Counsel for Defendant – BP Exploration and Production, Inc.<br>Thomas Andrew Range, Esq.<br>Akerman Senterfitt, LLP – Tallahassee<br>106 E. College Ave, Suite 1200<br>Tallahassee, Florida 32301<br>Tom.Range@akerman.com | |

By: /s/ Gary M. Carman
     Gary M. Carman, Esq.

Case 2:10-md-02179-CJB-DPC Document 21135-1 Filed 07/22/16 Page 4 of 6
Case 2:10-md-02179-CJB-SS Document 21085-2 Filed 07/19/16 Page 8 of 10
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 3 of 5

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

| Business Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Capital Bank, Corporation | (N/A) | (N/A) | (N/A) |

| Phone Number: | Email Address: |
|---|---|
| 1-800-639-5111 | Jack.Partagas@capitalbank-us.com |
| Current Mailing Address: | City/State/Zip |
| 121 Alhambra Plaza, Suite 1601 | Coral Gables, Florida 33134 |
| Attorney Name and Firm: | Attorney E-Mail Address: |
| Gary M. Carman, Esq. GrayRobinson, P.A. | Gary.Carman@gray-robinson.com |

Any prior Mailing used by Plaintiff from April 2010 to present?

Plaintiff's Attorney prior address: 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131

Any prior name used by Plaintiff from April 2010 to present?

Capital Bank Corporation (f/k/a Capital Bank N.A. and NAFH National Bank) is the successor by merger with TIB Bank.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: 80-0623883

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

■ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

Case 2:10-md-02179-CJB-DPC Document 21135-1 Filed 07/22/16 Page 5 of 6
Case 2:10-md-02179-CJB-SS Document 21085-2 Filed 07/19/16 Page 9 of 10

Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 4 of 5

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 13-cv-06648-CJB-SS

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__ . No _____

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Claims Program – Claim for Individuals and Businesses.

2. The date of presentment (MM/DD/YYYY): 01/16/2013.

3. The claim number(s) (if available). 1003509-01.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____ . No __X__ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

Case 2:10-md-02179-CJB-DPC   Document 21135-1   Filed 07/22/16   Page 6 of 6
Case 2:10-md-02179-CJB-SS   Document 21085-2   Filed 07/19/16   Page 10 of 10
Case 2:13-cv-06648-CJB-SS   Document 3   Filed 04/08/16   Page 5 of 5

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 5, 2016

Location (City and State): Coral Gables, Florida

*[signature]*

Signature of Plaintiff (Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf)

JACK PARTNERS, SVP + Chief Financial Officer, Capital Bank Corp
Print Name

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims) has been served upon the following Counsel for BP and the PSC via US Mail and/or by F&S service on this ___ day of April, 2016:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St.,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiff's Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|
| Counsel for Defendant – BP Exploration and Production, Inc.<br>Thomas Andrew Range, Esq.<br>Akerman Senterfitt, LLP – Tallahassee<br>106 E. College Ave, Suite 1200<br>Tallahassee, Florida 32301<br>Tom.Range@akerman.com | |

By: *[signature]*
Gary M. Carman, Esq.