# EXHIBIT "B"

Case 2:10-md-02179-CJB-DPC Document 21135-2 Filed 07/22/16 Page 2 of 9
Case 2:10-md-02179-CJB-SS Document 21085-4 Filed 07/19/16 Page 5 of 52
Case 2:10-md-02179-CJB-SS Document 21021 Filed 07/15/16 Page 4 of 51

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      JUDGE BARBIER
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on April 20, 2010      MAG. JUDGE SHUSHAN

RELEVANT TO: Case No. 2: 13-cv-6648-CJB-SS

---

| | |
|---|---|
| CAPITAL BANK, | CIVIL ACTION No. 2:13-cv-6648-CJB-SS |
| Plaintiff, | SECTION: J |
| vs. | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC. | MAG. JUDGE SHUSHAN |
| Defendant. | |

## RESPONSE TO SHOW CAUSE ORDER: COMPLIANCE WITH PTO 60

NOW INTO COURT comes Plaintiff, Capital Bank ("Plaintiff"), by and through its undersigned counsel, respectfully submit its response to this Honorable Court's June 7, 2016 *Order to Show Cause Re: Compliance with PTO 60* [Rec. Doc. 18724]. Plaintiff timely filed its Sworn Written Statement ("SWS") and completed it satisfactorily.

For some unclear reason, Plaintiff was not identified on any of the lists provided by BP as attached to this Court Order entered on June 7, 2016. Plaintiffs respectfully submit that Plaintiff be deemed to have properly completed and timely filed their SWS in compliance with PTO 60 and be considered to show cause why its action should not be dismissed.

I.     Plaintiff Timely Filed and Properly Completed SWS

Plaintiff timely filed and properly completed its SWS in accordance with PTO 60. Plaintiff in accordance with PTO 60 filed its SWS in its individual lawsuit, as referenced above,

under Case No. 2:13-cv-06648-CJB-SS on or about April 8, 2016. Accordingly, Plaintiff's SWS was filed well in advance of PTO 60's deadline of May 2, 2016. As such, the SWS statement was timely. A true and correct copy of Plaintiff's Filing of Sworn Statement for Disclosure of B1 Claims as well as its SWS is attached hereto as Composite Exhibit "A."

In addition, Plaintiff's SWS was properly completed and served in accordance with the instructions of PTO 60. Specifically, the SWS was fully completed by Plaintiff. The SWS indicated that plaintiff was not a member of the Economic and Property Damages Settlement Class.[1] Plaintiff indicated that it already filed an individual action and also cited the Case Number. Plaintiff properly stated that it satisfied its presentment of its claim, including the date of presentment as well as its claim number. Plaintiff also indicated that it had not executed a release of its claim. Finally, the SWS was signed by the Plaintiff's representative and not by its attorney. Accordingly, Plaintiff properly completed its SWS. Plaintiff also served its SWS in accordance with PTO 60 by serving both counsel for BP and the MDL 2179 Plaintiff's Steering Committee, as well as counsel for BP Exploration and Productions, Inc. as appearing on Plaintiff's individual complaint, by First Class U.S. Mail.

Despite Plaintiff's compliance with PTO 60, BP completely left Plaintiff off of both of its lists submitted to this Court. It is not clear how Plaintiff was omitted from any list, but it should not result in Plaintiff's claim being dismissed as a result thereof. Plaintiff has never intended to waive its claims against BP in its action and intends to proceed with its claims. As such, Plaintiff respectfully requests that its SWS be deemed sufficient pursuant to PTO 60 and not dismiss its action.

---

[1] Plaintiff is a financial institution, which was specifically excluded from the Settlement Class.

Case 2:10-md-02179-CJB-DPC Document 21135-2 Filed 07/22/16 Page 4 of 9
Case 2:10-md-02179-CJB-SS Document 21085-4 Filed 07/19/16 Page 7 of 52
Case 2:10-md-02179-CJB-SS Document 21021 Filed 07/15/16 Page 6 of 51

WHEREFORE, Plaintiff respectfully requests that this Court deems Plaintiff's SWS sufficient pursuant to PTO 60 and not dismiss Plaintiff's action and grant any further relief that this Court deems just and proper.

Respectfully submitted,

GrayRobinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, Florida 33131
Phone: (305) 416-6880
Facsimile: (305) 416-6887

By: /s/ Gary M. Carman
Gary M. Carman, Esq.
Florida Bar No. 179490
Richard F. Danese, Esq.
Florida Bar No. 58458

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following has been served via F&S service and upon the below on this 21st day of June, 2016:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St.,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiff's Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|
| Counsel for Defendant – BP Exploration and Production, Inc.<br>Thomas Andrew Range, Esq.<br>Akerman Senterfitt, LLP – Tallahassee<br>106 E. College Ave, Suite 1200<br>Tallahassee, Florida 32301<br>Tom.Range@akerman.com | |

By: /s/ Gary M. Carman
Gary M. Carman, Esq.

Case 2:10-md-02179-CJB-DPC Document 21135-2 Filed 07/22/16 Page 5 of 9
Case 2:10-md-02179-CJB-SS Document 21085-4 Filed 07/19/16 Page 9 of 52
Case 2:10-md-02179-CJB-SS Document 21021 Filed 07/15/16 Page 8 of 51
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 1 of 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPITAL BANK, | CIVIL ACTION No. 2:13-cv-6648-CJB-SS |
| Plaintiff, | SECTION: J |
| vs. | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC. | MAG. JUDGE SHUSHAN |
| Defendant. | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Plaintiff, Capital Bank ("Plaintiff"), by and through its undersigned counsel, hereby give notice of filing its Sworn Statement for Disclosure of B1 Claims.

Respectfully submitted,

GrayRobinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, Florida 33131
Phone: (305) 416-6880
Facsimile: (305) 416-6887

By: /s/ Gary M. Carman
    Gary M. Carman, Esq.
    Florida Bar No. 179490
    Richard F. Danese, Esq.
    Florida Bar No. 58458

Case 2:10-md-02179-CJB-DPC Document 21135-2 Filed 07/22/16 Page 6 of 9
Case 2:10-md-02179-CJB-SS Document 21085-4 Filed 07/18/16 Page 10 of 52
Case 2:10-md-02179-CJB-SS Document 21021 Filed 07/13/16 Page 9 of 51
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 2 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims) has been served upon the following Counsel for BP and the PSC via US Mail and/or by F&S service on this 7th day of April, 2016:

| | |
|---|---|
| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St.,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiff's Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
| Counsel for Defendant – BP Exploration and Production, Inc.<br>Thomas Andrew Range, Esq.<br>Akerman Senterfitt, LLP – Tallahassee<br>106 E. College Ave, Suite 1200<br>Tallahassee, Florida 32301<br>Tom.Range@akerman.com | |

By: /s/ Gary M. Carman
       Gary M. Carman, Esq.

Case 2:10-md-02179-CJB-DPC Document 21135-2 Filed 07/22/16 Page 7 of 9
Case 2:10-md-02179-CJB-SS Document 21085-4 Filed 07/18/16 Page 11 of 52
Case 2:10-md-02179-CJB-SS Document 21021 Filed 07/15/16 Page 10 of 51
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 3 of 5

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

### SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Business Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Capital Bank, Corporation | (N/A) | (N/A) | (N/A) |

| Phone Number: | Email Address: |
|---|---|
| 1-800-639-5111 | Jack.Partagas@capitalbank-us.com |

| Current Mailing Address: | City/State/Zip |
|---|---|
| 121 Alhambra Plaza, Suite 1601 | Coral Gables, Florida 33134 |

| Attorney Name and Firm: | Attorney E-Mail Address: |
|---|---|
| Gary M. Carman, Esq. GrayRobinson, P.A. | Gary.Carman@gray-robinson.com |

Any prior Mailing used by Plaintiff from April 2010 to present?

Plaintiff's Attorney prior address: 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131

Any prior name used by Plaintiff from April 2010 to present?

Capital Bank Corporation (f/k/a Capital Bank N.A. and NAFH National Bank) is the successor by merger with TIB Bank.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: 80-0623883

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

■ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

\* If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

Case 2:10-md-02179-CJB-DPC Document 21135-2 Filed 07/22/16 Page 8 of 9
Case 2:10-md-02179-CJB-SS Document 21021 Filed 07/19/16 Page 14 of 91
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 4 of 5

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 13-cv-06648-CJB-SS

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__. No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Claims Program – Claim for Individuals and Businesses.

2. The date of presentment (MM/DD/YYYY): 01/16/2013.

3. The claim number(s) (if available). 1003509-01.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____. No __X__.

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

Case 2:10-md-02179-CJB-DPC Document 21135-2 Filed 07/22/16 Page 9 of 9
Case 2:10-md-02179-CJB-SS Document 21085-1 Filed 07/18/16 Page 12 of 51
Case 2:10-md-02179-CJB-SS Document 21021 Filed 07/13/16 Page 12 of 51
Case 2:13-cv-06648-CJB-SS Document 3 Filed 04/08/16 Page 5 of 5

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 5, 2016

Location (City and State): Coral Gables, Florida

_[signature]_

Signature of Plaintiff (Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf)

Jack Partners, SVP & Chief Accounting Officer, Capital Bank Corp

Print Name

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims) has been served upon the following Counsel for BP and the PSC via US Mail and/or by F&S service on this ___ day of April, 2016:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St.,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiff's Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|
| Counsel for Defendant – BP Exploration and Production, Inc.<br>Thomas Andrew Range, Esq.<br>Akerman Senterfitt, LLP – Tallahassee<br>106 E. College Ave, Suite 1200<br>Tallahassee, Florida 32301<br>Tom.Range@akerman.com | By: _[signature]_<br>Gary M. Carman, Esq. |