# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater

Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| Plaintiff Name | EDLA Docket No. |
| --- | --- |
| Jesse Cook | 2:13-cv-05367 |
| Drilling Risk Management, Inc. | 2:13-cv-05145 |
| Pappas Restaurants, Inc. | 2:10-cv-04429 |
| Wilbert Robinson | 13-cv-01717 |
| Charles Simmons | 13-cv-01717 |
| Tomas Torres | 2:10-cv-04235 |
| AV Cheng, LP | 2:10-cv-04428 |
| Gulf Coast Crew Boats, LLC. | 2:13-cv-05146 |
| HY Cheng Corporation | 2:10-cv-04428 |
| MJM Marine, LP. | 2:13-cv-05143 |
| PM Cheng, LLC. | 2:10-cv-04428 |
| Quality Works, LLC. | 2:13-cv-05367 |

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler
Louisiana Bar Roll # 34995
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
**ATTORNEYS FOR PLAINTIFFS**

### Certificate of Service

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the

Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                              */s/ Noah M. Wexler*
                                              Noah M. Wexler