# FUNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## <u>NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater

Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc.

(if any).  Costs taxed as paid.

| Plaintiff Name | EDLA Docket No. |
|---|---|
| Aqua and the Little Wet Bar, LLC and Michael Fiscina, individually and as owner of Aqua and the Little Wet Bar, LLC | 2:13-cv-05140-CJB-SS |
| Beachview Steakhouse & Seafood and Walter Lambert, individually and as owner of Beachview Steakhouse & Seafood | 2:13-cv-05140-CJB-SS |
| Capt. Greg's Seafood, LLC and Gregory Parsley, individually and as owner of Capt. Greg's Seafood, LLC | 2:13-cv-05140-CJB-SS |
| Cozzo's Deli & Internet Café and Chris Cozzolino, individually and as owner of Cozzo's Deli & Internet Café | 2:13-cv-05140-CJB-SS |
| Farmers Market Restaurant and Anthony Buscemi, individually and as owner of Farmers Market Restaurant | 2:13-cv-05140-CJB-SS |
| Florida's Fish & Seafood Co., Inc. and Christopher Harris, individually and as owner of Florida's Fish & Seafood Co., Inc. | 2:13-cv-05140-CJB-SS |
| Rock Island Seafood and Jeffery Cannon, individually and as owner of Rock Island Seafood | 2:13-cv-05140-CJB-SS |
| Johnny's Pastrami's, LLC and Jan McCord, individually and as owner of Johnny's Pastrami's, LLC | 2:13-cv-05140-CJB-SS |
| Johnny's Pastrami's, LLC and Jan McCord, individually and as owner of Johnny's Pastrami's, LLC | 2:13-cv-05140-CJB-SS |
| Triple L of South Florida, LLC dba ICY Supply and Leonard DiPaolo, individually and as owner of Triple L of South Florida, LLC dba ICY Supply | 2:13-cv-05140-CJB-SS |
| Winners Hospital Inc. and Mohsin Zaman, individually and as owner of Winners Hospitality Inc. | 2:13-cv-05140-CJB-SS |

| | |
|---|---|
| A-T Specialties, Inc. and Herman Asberry, individually and as owner of A-T Specialties, Inc. | 2:13-cv-05141-CJB-SS |
| Cartex Global Logistics, Inc. and Anthony Shall, individually and as owner of Cartex Global Logistics, Inc. | 2:13-cv-05141-CJB-SS |
| CJ Trucking, Inc. and Charles Dixon, individually and as owner of CJ Trucking, Inc. | 2:13-cv-05141-CJB-SS |
| Dunn Properties, Inc. and Daniel Dunn, individually and as owner Dunn Properties, Inc. | 2:13-cv-05141-CJB-SS |
| May Oil & Gas, Inc. and Michael Rosen, individually and as owner of May Oil & Gas, Inc. | 2:13-cv-05141-CJB-SS |
| R&C HotShots, Inc. and Ronney Spell, individually and as owner of R&C HotShots, Inc. | 2:13-cv-05141-CJB-SS |
| Real-Villa, LLC and Arnold Villarreal, individually and as owner Real-Villa, LLC | 2:13-cv-05141-CJB-SS |
| Tool Service International and Calvin & Cindy Beene, Individually and a owners of Tool Source International | 2:13-cv-05141-CJB-SS |
| Trans Service Trucking and Darren Bays, individually and as owner of Trans Service Trucking | 2:13-cv-05141-CJB-SS |
| Michael Ursenbach | 2:13-cv-05141-CJB-SS |
| A1 Public Adjusters & Estimators, LLC and Louis Rossignol, individually and as owner of A1 Public Adjusters & Estimators, LLC | 2:13-cv-05142-CJB-SS |
| AAA Referral Services, Inc. dba Benefit Choices and Anthony Albano Jr. as owner of AAA Referral Services, Inc. dba Benefit Choices | 2:13-cv-05142-CJB-SS |
| American Title Agency, Ltd. and Lawrence Genin, individually and as owner of American Title Agency, Ltd. | 2:13-cv-05142-CJB-SS |
| Best Investment Group, LLC and Tara Chand, individually and as owner of Best Investment Group, LLC | 2:13-cv-05142-CJB-SS |
| Central State Insurance Agency and Terry Butler, individually and as owner of Central State Insurance Agency | 2:13-cv-05142-CJB-SS |
| DC9 Enterprises, Inc. and Pierre Cidera, individually and as owner of DC9 Enterprises, Inc. | 2:13-cv-05142-CJB-SS |

| | |
|---|---|
| Louisiana Specialty Brokers, Inc. and Timothy Jones, individually and as owner of Louisiana Specialty Brokers, Inc. | 2:13-cv-05142-CJB-SS |
| Piryanka Investments Group, LLC and Tara Chand, individually and as owner of Piryanka Investments Group, LLC | 2:13-cv-05142-CJB-SS |
| Preferred Merchants Card Service and Joseph Flynt, individually and as owner of Preferred Merchants Card Service | 2:13-cv-05142-CJB-SS |
| Quick Refund Service, LLC and Johnathan Shamburger, individually and as owner of Quick Refund Service, LLC | 2:13-cv-05142-CJB-SS |
| Riverfront Capital, LLC and Robert Gallert, individually and as owner of Riverfront Capital, LLC | 2:13-cv-05142-CJB-SS |
| Sure Cash, Inc. and Dorothy Richards, individually and as owner of Sure Cash, Inc. | 2:13-cv-05142-CJB-SS |
| Surjeet Investments Group, LLC and Tara Chand, individually and as owner of Surgjeet Investments Group, LLC | 2:13-cv-05142-CJB-SS 2:13-cv-05141-CJB-SS |
| US Investment Group, LLC and Tara Chand, individually and as owner of US Investment Group, LLC | 2:13-cv-05142-CJB-SS |
| USA Drywall & Painting and Arles Acosta, individually and as owner of USA Drywall & Painting | 2:13-cv-05144-CJB-SS |
| Affordable Marine Services and Alexander Sorice, individually and as owner of Affordable Marine Services | 2:13-cv-05144-CJB-SS |
| Amgo Travel, Inc. and Kristoffer Platzer, individually and as owner of Amgo Travel, Inc. | 2:13-cv-05144-CJB-SS |
| Anthony Pest Control, Inc. and Anthony Pumo, individually and as owner of Anthony Pest Control, Inc. | 2:13-cv-05144-CJB-SS |
| Atkinson & Son's Moving and Chester G. Atkinson Jr., individually and as owner of Atkinson & Son's Moving | 2:13-cv-05144-CJB-SS |
| Bruce's Best Stucco and Stone and Danny Bruce, individually and as owner of Bruce's Best Stucco and Stone | 2:13-cv-05144-CJB-SS |

| Michael Cochran | 2:13-cv-05144-CJB-SS |
|---|---|
| Citco of St. Pete Inc. and Ali Jawwad, Individually and as owner of Citco of St. Pete Inc. | 2:13-cv-05144-CJB-SS |
| Clearview Printing Center and Richard Del Rio, individually and as owner of Clearview Printing Center | 2:13-cv-05144-CJB-SS |
| Michael Cochran | 2:13-cv-05144-CJB-SS |
| Covington Hair Cutters and Elizabeth Lynker, individually and as owner of Covington Hair Cutters | 2:13-cv-05144-CJB-SS |
| D&D Appliance Parts and Dennis Benning, individually and as owner of D&D Appliance Parts | 2:13-cv-05144-CJB-SS |
| Discount Pressure Washing & Painting, Inc. and Patrick Hood, individually and as owner of Discount Pressure Washing & Painting, Inc. | 2:13-cv-05144-CJB-SS |
| Divers Paradise of Key Biscayne and Omar Cartaya, individually and as owner of Divers Paradise of Key Biscayne | 2:13-cv-05144-CJB-SS |
| Don Price Yacht dba Don's Boat Sales and Don Price, individually and as owner of Don Price Yacht dba Don's Boat Sales | 2:13-cv-05144-CJB-SS |
| Citco of St. Pete Easy Stop, Inc. and Ali Jawwad, Individually and as owner of Citco of St. Pete Easy Stop, Inc. | 2:13-cv-05144-CJB-SS |
| European Auto Repairs and Ronald Taylor, individually and as owner of European Auto Repairs | 2:13-cv-05144-CJB-SS |
| CJ's Salon, LLC dba Hair Studio 326 and Carolyn Daniels, individually and as owner CJ's Salon, LLC dba Hair Studio 326 | 2:13-cv-05144-CJB-SS |
| Paul Hearon Photography and Paul Hearon, individually and as owner of Paul Hearon Photography | 2:13-cv-05144-CJB-SS |
| Hernando Employment & Training Association and Edward Tordesillas, individually and as owner Hernando Employment & Training Association | 2:13-cv-05144-CJB-SS |
| FMS Properties, LLC dba Jay Samborn Entertainment Co. and Jay Samborn, individually and as owner of FMS Properties, LLC | 2:13-cv-05144-CJB-SS |

| | |
|---|---|
| KD's Oceans and Reefs Aquarium, Inc. and Kevin Davis, individually and as owner KD's Oceans and Reefs Aquarium, Inc. | 2:13-cv-05144-CJB-SS |
| Kevico Enterprises, Inc. and Habib El Korm, individually and as owner of Kevico Enterprises, Inc. | 2:13-cv-05144-CJB-SS |
| Larry Kasiba Installation and Larry Kasiba, individually and as owner of Larry Kasiba Installation | 2:13-cv-05144-CJB-SS |
| Louisiana Roux Spoon and Roy Plescia, individually and as owner of Louisiana Roux Spoon | 2:13-cv-05144-CJB-SS |
| McCoy Service Center and Joseph McCoy, individually and as owner of McCoy Service Center | 2:13-cv-05144-CJB-SS |
| Miller's Marina of Suwannee, Inc. and William Miller Jr., individually and as owner of Miller's Marina of Suwannee, Inc. | 2:13-cv-05144-CJB-SS |
| Missako Enterprises, LLC and Habib El Korm, individually and as owner of Missako Enterprises, LLC | 2:13-cv-05144-CJB-SS |
| Nail True and Anh Nguyen, individually and as owner of Nail True | 2:13-cv-05144-CJB-SS |
| No Problem Raceway Park, LLC and Patrick Joffrion, individually and as owner of No Problem Raceway Park, LLC | 2:13-cv-05144-CJB-SS |
| Ofishal Business Sports Fishing Charters and Samuel J. Sorice, III, individually and as owner of Ofishal Business Sports Fishing Charters | 2:13-cv-05144-CJB-SS |
| Mandy Pittock as representative of the Estate of Robbin Pittock, individually and as owner of Protravel America, Inc. | 2:13-cv-05144-CJB-SS |
| Regular Guys Charter and John Michael Gautreaux, individually and as owner of Regular Guys Charter | 2:13-cv-05144-CJB-SS |
| Sunnybreeze Palms Golf Course, Inc. and William Baker, individually and as owner of Sunnybreeze Palms Golf Course, Inc. | 2:13-cv-05144-CJB-SS |
| T Santoro Enterprises, Inc. dba R.V. Service Academy and Thomas Santoro, individually and as owner of T Santoro Enterprises, Inc. | 2:13-cv-05144-CJB-SS |
| TNT Cycle Savage, Inc. and Todd Colbert, individually and as owner of TNT Cycle Savage, Inc. | 2:13-cv-05144-CJB-SS |

| | |
|---|---|
| USA Drywall & Painting and Arles Acosta, individually and as owner of USA Drywall & Painting | 2:13-cv-05144-CJB-SS |
| Eugene Kunit | 2:13-cv-05147-CJB-SS |
| FMS Properties, LLC and Jay Samborn, individually and as owner of FMS Properties, LLC | 2:13-cv-05147-CJB-SS |
| Freeport Properties South, LLC. And Rick Baltes, individually and as owner of Freeport Properties South, LLC. | 2:13-cv-05147-CJB-SS |
| Donald Hicks | 2:13-cv-05147-CJB-SS |
| Angelo Liriano | 2:13-cv-05147-CJB-SS |
| Online Title Services, Inc. and Cheryl Slaughter, individually and as owner of Online Title Services, Inc. | 2:13-cv-05147-CJB-SS |
| Cindy Berger | 2:13-cv-05147-CJB-SS |
| Robert Lalena | 2:13-cv-05147-CJB-SS |
| Seasonal Rental and Aurthur Darmanin, individually and as owner of Seasonal Rental | 2:13-cv-05147-CJB-SS |
| Sellstate Achievers Realty Network and Neil Cresswell, individually and as owner of Sellstate Achievers Realty Network | 2:13-cv-05147-CJB-SS |
| SRS Title, Inc. dba Sellstate Realty Systems Network, Inc. and Arthur Darmanin, individually and as owner SRS Title, Inc. | 2:13-cv-05147-CJB-SS |
| Shores of Panama Collateral, LLC | 2:13-cv-05147-CJB-SS |
| SRS Title, Inc. dba Sellstate Realty Systems Network, Inc. and Arthur Darmanin, individually and as owner SRS Title, Inc. | 2:13-cv-05147-CJB-SS |
| Star Lounge & Night Club, Inc. and Missole Tenor, individually and as owner of Star Lounge & Night Club, Inc. | 2:13-cv-05147-CJB-SS |
| Sudsbury Holding Corp. dba Sellstate Priority Realty and Arthur Darmanin, individually and as owner of Sudsbury Holding Corp. dba Sellstate Priority Realty | 2:13-cv-05147-CJB-SS |

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler
Louisiana Bar Roll # 34995
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
**ATTORNEYS FOR PLAINTIFFS**

## Certificate of Service

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Noah M. Wexler*
Noah M. Wexler