# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **See Enclosed List.** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## SUPPLEMENTAL NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives supplemental notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

| Plaintiff Name | Additional Cases |
|---|---|
| BLUE OCEAN SEAFOOD, LLC | 16-07401 |
| CHU, TUNG VAN | 13-02038 |
| DANG, QUANG | 13-02038 |
| FREELANCE TRADE SERVICES, | 13-02038 |
| GARCIA-JUAREZ, BLANCA | 13-02038 |
| HANSON SEAFOOD, LLC | 13-00605 |
| JASON ROBERT DBA EMERALD ISLE SEAFOOD AND PO BOY SEAFOOD #3 | 13-02038 |
| JIMENEZ, JOSE | 13-02038 |
| Kennedy, Charlene | 16-07403 |
| LE, HOANG | 10-04232 |
| LE, STEVEN | 10-04232 |
| LE, TUAN Q. | 10-03170 |
| Luong, Nang Van | 10-04232 |
| MUNIZ, J ROBERTO | 13-02038 |
| NGUYEN, CUONG VAN | 11-01274 |
| NGUYEN, HUEY ANDY | 13-02038 |
| Nguyen, James Ngoc | 10-04232 |
| NGUYEN, KIM KHANH | 10-04231; 10-03191 |
| NGUYEN, TAN NGOC | 13-01626 |
| NGUYEN, THICH | 13-01626 |
| NGUYEN, TRUNG CHI | 10-04232 |
| Pham, Thu Huong Thi | 10-04228 |
| Pham, Vuong Minh | 10-03171; 10-03181 |
| PHILLIPS, MAURICE | 12-00970 |
| POINTE AU CHIEN INDIAN TRIBE, | 15-04913; 13-02053 |
| ROSS, ERICA | 13-02223 |
| SUCCESSION OF ALEXANDRE BILLIOT, | 16-07408; 13-02038 |
| TRAN, JOHNNY PHUONG | 10-03170 |
| Tran, Lily | 10-04232 |
| TRAN, QUANG VAN | 10-04232 |
| TRINH, HUNG THE | 16-07409 |

| TRUONG, HIEN | 10-04232 |
|---|---|
| Venice Seafood, LLC | 13-00605 |
| WILL CORTEZ INSURANCE AGENCY, INC., | 13-02038 |
| LE, HOANG | 10-04232; 13-02038 |
| LE, NHUT VAN | 16-07414; 13-02038 |
| LE, QUY | 16-07416; 13-02038 |
| NGUYEN, TAN THOI | 16-07406; 13-02038 |
| VO, CHARLIE | 16-07411; 13-02038 |
| VO, CHARLIE LAN | 13-02038 |
| PENDARVIS, KENNETH DAMON | 13-02038 |

Respectfully submitted this 22nd day of July, 2016.


*/s/ Clay Garside*
Clay Garside (LA Bar # 29873)
Waltzer Wiygul & Garside, LLC
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

ATTORNEY FOR PLAINTIFFS