IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to all actions. | * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * | |

**SUPPLEMENTAL JOINT DESIGNATIONS OF RECORD ON APPEAL**
<u>**IN FIFTH CIRCUIT CASE NO. 14-31374**</u>

**(counsel listed at end of filing)**

Pursuant to the Order issued by the U.S. Court of Appeals for the Fifth Circuit on July 8, 2016, the parties designate the following supplemental record entries, including all attachments or exhibits to these record entries.

## MDL 2179 Docket Entries

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 05/29/2015 | 14644 | NOTICE *of Filing of Transocean Punitive Damages and Assigned Claims Settlement Agreement* by Defendants Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC and Plaintiffs Deepwater Horizon Economic and Property Damages Settlement Class. (Attachments: # 1 Transocean Punitive Damages & Assigned Claims Settlement Agreement, # 2 Exhibit A. New Class Release & New Member Individual Release, # 3Exhibit B. Release of Assigned Claims, # 4 Exhibit C. TO Release of BP, # 5 Exhibit D. Gulf Coast Area)(Reference: ALL CASES)(Miller, Kerry) Modified on 6/1/2015 (gec). (Entered: 05/29/2015) |
| MDL 2179 | 08/04/2015 | 14957 | ORDER finding as moot and denying without prejudice 10753 Halliburton Energy Services, Inc.'s Motion for Summary Judgment Regarding Indemnification and/or Contribution for Civil Penalties. Signed by Judge Carl Barbier on 8/4/15. (Reference: 10-4536)(sek) (Entered: 08/04/2015) |
| MDL 2179 | 08/06/2015 | 14965 | EXPARTE/CONSENT MOTION for Entry of the Second Amendment to Partial Consent Decree with the Transocean Defendants by Untied States of America. (Attachments: # 1 Proposed Order)(Reference: 10-4536)(Himmelhoch, Sarah) Modified on 8/7/2015 (gec). (Entered: 08/06/2015) |
| MDL 2179 | 08/11/2015 | 14973 | SECOND AMENDMENT TO: Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing Gmbh, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc as set forth in document. Signed by Judge Carl Barbier on 8/11/15.(Reference: 10-4536)(sek) (Entered: 08/11/2015) |

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 09/04/2015 | 15322 | EXPARTE/CONSENT MOTION for Approval of Amendments to *HESI Punitive Damages and Assigned Claims Settlement Agreement* by Plaintiffs, the Proposed New HESI Punitive Class. (Attachments: # 1 Exhibit Second Amended HESI Settlement Agreement, # 2 Exhibit A - New Class Release, # 3 Exhibit B - Assigned Claims Release, # 4 Exhibit C - HESI Release of BP, # 5 Exhibit D - Gulf Coast Area and Specified Waters, # 6 Exhibit E - Administrative Costs Agreement, # 7 Proposed Order)(Reference: All Cases)(Herman, Stephen) Modified on 9/8/2015 (gec). (Entered: 09/04/2015) |
| MDL 2179 | 09/24/2015 | 15379 | NOTICE of Substitution of HESI Release of BP by Defendant Halliburton Energy Services, Inc. re 15322 MOTION for Approval of Amendments to *HESI Punitive Damages and Assigned Claims Settlement Agreement*. (Attachments: # 1 Exhibit)(Reference: All Cases)(Godwin, Donald) Modified on 9/25/2015 (gec). (Entered: 09/24/2015) |
| MDL 2179 | 09/28/2015 | 15389 | ORDER: Considering the Parties' Motion for Approval of Amendments to HESI Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 15322) and HESI's Notice of Substitution of HESI Release of BP (Rec. Doc. 15379): IT IS ORDERED that the Court does and hereby approves of the Parties' amendments to the HESI settlement agreement as embodied in the Second Amended HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015). This Order of Approval specifically incorporates the substitution of the HESI Release of BP as described in HESI's Notice of Substitution of HESI Release of BP (Rec. Doc. No. 15379). Signed by Judge Carl Barbier on 9/25/15. (Reference: 15-4654)(sek) (Entered: 09/28/2015) |

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 10/05/2015 | 15434 | ORDER Regarding Modification of Earlier Confidentiality Orders: Considering that final economic settlement agreement between the BP Entities and the States of Texas, Louisiana, Mississippi, Alabama and Florida have been confected and is being filed in the Court record today; and considering that the BP Entities and the United States and the Gulf States have resolved all claims as reflected in the Consent Decree being filed with the Court today; IT IS ORDERED that the Court's earlier Confidentiality Orders entered on July 2, 2015 (rec. docs. 14801 and 14806) are hereby modified to the extent that the economic settlement agreement and the Consent Decree may be made public through the filing of those documents in the Court record no earlier than 9:00 Central Daylight Time today. Pre-Trial Order No. 38 (rec. doc. 3201), however, will remain in effect and continue to bind the parties to keep settlement negotiations, communications and term sheets other than the final settlement documents as private and disclosed to no one. Such documents shall be deemed exempt under the Freedom of Information Act, 5 U.S.C. 552, and any corresponding state open records acts absent good cause shown in this proceeding. Signed by Magistrate Judge Sally Shushan on 10/5/15.(Reference: all cases)(sek) (Entered: 10/05/2015) |
| MDL 2179 | 10/05/2015 | 15435 | EXPARTE/CONSENT Joint MOTION to Dismiss by Defendants BP Exploration & Production Inc., BP Corporation North America, Inc., BP p.l.c., BP America Production Company, and other BP entities; and Plaintiffs the States of Alabama, Florida, Louisiana, Mississippi, and Texas. (Attachments: # 1 Proposed Order, # 2 Exhibit Settlement Agreement)(Reference: 10-2771, 10-3059, 10-4182, 10- 4183, 11-0516, 13-2749, 13-2890, 13- 2813, 13-3031, 13-4677, and 14-0614)(Haycraft, Don) Modified on 10/5/2015 (gec). (Entered: 10/05/2015) |

3

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 10/05/2015 | 15436 | SETTLEMENT AGREEMENT *Notice of Lodging of Proposed Partial Consent Decree and Request That the Court Take No Action Until a Motion for Entry is Filed* by Federal Government Interests (Attachments: # 1 Proposed Consent Decree, # 2 Proposed Consent Decree Appendix 1, # 3 Proposed Consent Decree Appendix 2, # 4Proposed Consent Decree Appendix 3, # 5 Proposed Consent Decree Appendix 4 Part 1, # 6 Proposed Consent Decree Appendix 4 Part 2, # 7 Proposed Consent Decree Appendix 4 Part 3, # 8 Proposed Consent Decree Appendix 5, # 9 Proposed Consent Decree Appendix 6, # 10 Proposed Consent Decree Appendix 7, # 11 Proposed Consent Decree Appendix 8, # 12 Proposed Consent Decree Appendix 9, # 13 Proposed Consent Decree Appendix 10, # 14 Proposed Consent Decree Appendix 11, # 15Proposed Order Setting Hearing Date)(Reference: 10-4536, 10-4182, 10-3059, 13-4677, 13-4677, 13-158, 13-123)(Himmelhoch, Sarah) Modified on 10/6/2015 (gec). (Entered: 10/05/2015) |
| MDL 2179 | 10/05/2015 | 15437 | Certificates of No Objection to the Recommendation of the Court-Appointed Neutrals and the Proposed Order of the Court on behalf of: The Common Benefit Attorneys and Plaintiffs Steering Committee, the BP Parties, the State of Alabama and its Outside Private Counsel, the State of Florida and its Outside Private Counsel, the State of Louisiana and its Outside Private Counsel, the State of Mississippi and its Outside Private Counsel, and the State of Texas, Exhibit A and Appendix A.(Reference: 10-3059, 10-4182, 10-4183, 11-0516, and 10-2771 (Rec. Doc. Nos. 323 and 462))(gec) (Main Document 15437 replaced on 10/5/2015) (gec). (Entered: 10/05/2015) |
| MDL 2179 | 10/05/2015 | 15439 | ORDER OF DISMISSAL OF THE GULF STATES' CLAIMS AGAINST THE BP ENTITIES as set forth in document. Signed by Judge Carl Barbier on 10/5/15. (Reference: 10-2771, 10-3059, 10-4182, 10-4183, 11-0516, 13-2749, 13-2890, 13-2813, 13-3031, 13-4677, and 14-0614)(sek) (Entered: 10/05/2015) |

4

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 10/05/2015 | 15441 | ORDER Regarding Payment of the Gulf States' Attorneys' Fees and Costs as set forth in document. Signed by Judge Carl Barbier on 10/5/15. (Attachments: # 1 Appendix A)(Reference: 10-3059, 10-4182, 10-4183, 11-0516, and 10-2771 (Rec. Doc. Nos. 323 and 462))(sek) Modified on 10/5/2015 - NEF: financial (sek). (Entered: 10/05/2015) |
| MDL 2179 | 10/05/2015 | 15443 | NOTICE by Federal Government Interests re 15436 Settlement Agreement *Corrected Notice of Lodging of Proposed Partial Consent Decree and Request That the Court Take No Action Until a Motion for Entry is Filed*. (Reference: 10-4536, 10-4182, 10-03059, 13-4677, 13-158, 13-123)(Himmelhoch, Sarah) Modified on 10/6/2015 (gec). (Entered: 10/05/2015) |

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 10/29/2015 | 15517 | ORDER OF DISMISSAL OF THE STATES' CLAIMS AGAINST TRANSOCEAN: 1. For the purposes of this Order, the following terms shall have the following definitions: a. "States" shall mean the States of Alabama, Florida, Louisiana, Mississippi, and Texas together with the States' affiliates when used in the plural, and each of them individually and that respective State's affiliates when used in the singular. A State's affiliates shall include that State's branches, agencies, associations, authorities, boards, bureaus, councils, departments, educational institutions or systems, components, public health corporations, or other instrumentalities of any kind, administrators, elected or unelected officials, officers or delegates (other than in their individual capacities), assigns, insurers, attorneys, or other agents of any kind; provided however that a State's affiliates shall not include counties, parishes municipalities, or any other local governmental or local political subdivisions authorized by law to perform local governmental functions. b. "Transocean" means Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH, together with their parents, subsidiaries, affiliates, officers, directors, employees and agents. 2. All claims brought by each or any State against Transocean in MDL 2179, including but not limited to all claims set forth in the complaints or amended complaints identified in this Order, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). 3. This Court hereby retains jurisdiction over the Master Settlement Agreement for the purposes of enforcement of its terms, and directs that any disputes arising thereunder shall be presented to the Court. Signed by Judge Carl Barbier on 10/29/15. (Reference: 10-3059, 10-4183, 11-0516, 13- 2646, 13-2749, 13-3031, 13-4677, and 14-0614)(sek) (Entered: 10/29/2015) |

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 02/10/2016 | 15836 | EXPARTE/CONSENT Joint MOTION to Dismiss *Cross-Claims Between BP and Halliburton and Between BP and Transocean* by Defendants BP Exploration & Production Inc., BP America Production Company,Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, Halliburton Energy Services Inc. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Haycraft, Don) Modified on 2/11/2016 (gec). (Entered: 02/10/2016) |
| MDL 2179 | 02/10/2016 | 15837 | Joint MOTION to Dismiss *Claims Asserted by and between Halliburton and Transocean* by Defendants Halliburton Energy Services, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH. (Attachments: # 1 Proposed Order)(Reference: 10-2771 and All Cases)(Miller, Kerry) Modified on 2/11/2016 (gec). (Entered: 02/10/2016) |
| MDL 2179 | 02/17/2016 | 15887 | ORDER granting 15837 Defendants Halliburton Energy Services, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH's Joint Motion for Voluntary Dismissal Without Prejudice as set forth in document. Signed by Judge Carl Barbier on 2/17/16. (Reference: 10-2771 and all cases)(sek) (Entered: 02/17/2016) |
| MDL 2179 | 02/17/2016 | 15888 | ORDER granting 15836 Motion of BP, Halliburton, and Transocean to Voluntarily Dismiss with Prejudice Cross-claims Between BP and Halliburton and Between BP and Transocean as set forth in document. Signed by Judge Carl Barbier on 2/17/16. (Reference: All Cases, including 10-2771, 11-1054, 13-5804, 11-1986, 12-0390)(sek) (Entered: 02/17/2016) |

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 03/02/2016 | 15963 | ORDER Regarding the Proposed Consent Decree Between the United States, Gulf States, and BP. On October 5, 2015, the United States filed a proposed Consent Decree between the United States, the five Gulf States, and BP (Rec. Doc. 15436 -1). The proposed Consent Decree was subject to review and comment by the public for sixty days, after which the United States may move the Court to enter the Consent Decree as a final settlement. (Corrected Notice of Lodging, Rec. Doc. 15443 ) The Court tentatively scheduled a hearing on any such motion (should the Court determine such hearing to be necessary) for March 23, 2016. (Order, Rec. Doc. 15440). The sixty-day period for public comment has ended. The Court has been advised that the United States anticipates filing its motion for entry on March 31, 2016, at which time it will also file the comments it received. Once the motion is filed, the Court will review the motion and any comments or objections submitted therewith and take the matter under advisement. Accordingly, the hearing scheduled for March 23, 2016 is CANCELLED. Signed by Judge Carl Barbier.(Reference: 10-4536)(gec) (Entered: 03/02/2016) |
| MDL 2179 | 03/22/2016 | 16022 | EXPARTE/CONSENT MOTION for Entry of Consent Decree With BP by Federal Government Interests. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4A, # 6 Exhibit 4B, # 7 Exhibit 4C, # 8 Exhibit 4D, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Proposed Order)(Reference: 10-4536, 10-3059, 10-4182, 10-4183, 11-516, 13-2645, 13-2646, 13-2749, 13-2813, 13-4677, and 14-0614)(O'Rourke, Steven) Modified on 3/22/2016 (gec). (Entered: 03/22/2016) |
| MDL 2179 | 03/23/2016 | 16027 | NOTICE Of Errata by Federal Government Interests to 16022 MOTION for Entry of Consent Decree With BP. (Attachments: # 1 Exhibit 4E)(Reference: 10-4536)(O'Rourke, Steven) Modified on 3/24/2016 (gec). (Entered: 03/23/2016) |

8

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 04/04/2016 | 16093 | CONSENT DECREE among Defendant BP Exploration & ProductionInc. (BPXP), the United States of America, and the States ofAlabama, Florida, Louisiana, Mississippi, and Texas as set forth in document. Signed by Judge Carl Barbier on 4/4/16. (Attachments: # 1 Appendix 1 - Appendix 4, # 2 Appendix 5 - Appendix 11)(Reference: 10-4536, 10-04182, 10-03059,13-4677, 13-158, 13-00123,)(sek) (Entered: 04/04/2016) |
| MDL 2179 | 04/04/2016 | 16094 | Bill of Costs Resolved by Stipulation (Doc. 15854 ). Signed by Clerk. (Reference: 10-4536)(gec) (Entered: 04/04/2016) |
| MDL 2179 | 04/04/2016 | 16095 | JUDGMENT: ORDERED, ADJUDGED, AND DECREED that final judgment is entered in Civil Action 10-4536, on the terms set forth in the Consent Decree (Rec. Doc. 16093). Signed by Judge Carl Barbier on 4/4/16.(Reference: 10-4536)(sek) (Entered: 04/04/2016) |
| 2179 | 04/05/2016 | 16136 | EXPARTE/CONSENT MOTION for *Entry of Third Amendment to Partial Consent Decree with the Transocean Defendants* by Federal Government Interests. (Attachments: # 1 Proposed Order Exhibit A)(Reference: 10-4536)(Himmelhoch, Sarah) Modified on 4/7/2016 (gec). (Entered: 04/05/2016) |
| MDL 2179 | 04/08/2016 | 16166 | THIRD AMENDMENT TO: PARTIAL CONSENT DECREE Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. as set forth in document. Signed by Judge Carl Barbier on 4/8/16.(Reference: 10-4536)(sek) (Entered: 04/08/2016) |
| MDL 2179 | 04/11/2016 | 16171 | ORDER: The Court notes for the record that the caption of the Consent Decree entered on April 4, 2016, 16093 uses the wrong docket number for two of the cases it references. Case no. 13-00123 should be 13-2890. Case no. 13-158 should be 13-2749. The other cases listed in the caption (10-4536, 10-4182, 10-3059, 13-4677) are correct. Signed by Judge Carl Barbier on 4/11/16.(Reference: 13-2749, 13-2890)(sek) (Entered: 04/11/2016) |

| Case No. | Date Filed | Doc. No. | Name of Document |
|---|---|---|---|
| MDL 2179 | 04/12/2016 | 16179 | ORDER: Considering that the Court has now entered the Consent Decree between BP, the United States, and the five Gulf Coast States, as well as a final judgment in the referenced matter (see Rec. Docs. 16093, 16095), IT IS ORDERED that the following motions pertaining to the Penalty Phase Trial, to the extent they were not previously resolved, are hereby DENIED AS MOOT: BPXP's Motion to Strike Opinions and Testimony of Charles F. Mason (Rec. Doc. 13768); BPXP's Motion to Exclude the reports and Testimony of Professor Fredric Quivik (Rec. Doc. 13780). Signed by Judge Carl Barbier on 4/12/16. (Reference: 10-4536)(sek) (Entered: 04/12/2016) |
| MDL 2179 | 04/12/2016 | 16183 | PRELIMINARY APPROVAL ORDER: As to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document; Pertinent deadlines: a) Notice to be sent out in accordance with the Notice Plan, b) Submission and posting of the Distribution Model by the Claims Administrator Wednesday, June 15, 2016, c) Motion papers in support of final settlement approval to be filed by Friday, August 5, 2016, d) Objections to be filed by Friday, September 23, 2016, e) Opt-Out period to be closed by Friday, September 23, 2016, f) Reply submissions to be filed by Friday, October 16, 2016, g) Fairness Hearing on Thursday, October 20, 2016 at 9:30 a.m. Signed by Judge Carl Barbier on 4/12/16.(Reference: 12-970, 15-4143, 15-4146 and 15-4654)(sek) (Entered: 04/12/2016) |

10

| | |
|---|---|
| July 22, 2016 | Respectfully submitted, |
| Robert C. "Mike" Brock<br>Christopher Landau, P.C.<br>Jeffrey Bossert Clark<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 | /s/ Don K. Haycraft<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street<br>Suite 5000<br>New Orleans, LA 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Matthew T. Regan, P.C.<br>Hariklia Karis, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 | |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.,
BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

| | |
|---|---|
| /s/ Stephen Jay Herman<br>Stephen Jay Herman (Bar #23129)<br>Soren E. Gisleson<br>HERMAN HERMAN & KATZ<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024 | /s/ James Parkerson Roy<br>James Parkerson Roy (Bar #11511)<br>DOMENGEAUX, WRIGHT,<br>ROY & EDWARDS<br>556 Jefferson Street, Suite 500<br>Lafayette, LA 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796 |
| Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>(843) 216-9159 | Jeffrey A. Breit<br>BREIT DRESCHER<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>(757) 670-3888 |
| Elizabeth Joan Cabraser<br>LIEFF, CABRASER<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 | Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA 70037<br>(504) 394-9000 |

Samuel Issacharoff
40 Washington Square, S.,
Suite 411J
New York, NY 10012
(212) 998-6580

Brian H. Barr
LEVIN, PAPANTONIO
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
(850) 435-7045

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
(985) 876-7595

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
(225) 664-4193

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
(212) 558-5802

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU
501 Broad Street
Lake Charles, LA 70601
(337) 439-0707

Michael C. Palmintier
PALMINTIER, HOLTHAUS &
FRUGÉ
618 Main Street
Baton Rouge, LA 70801-1910
(225) 344-3735

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, AL 36660
(251) 471-6191

Paul M. Sterbcow
LEWIS, KULLMAN
601 Poydras Street, Suite 2615
New Orleans, LA 70130

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
(214) 521-3605

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

Rhon E. Jones
BEASLEY, ALLEN
218 Commerce Street
Montgomery, AL 36104
(334) 269-2343

***ATTORNEYS FOR PLAINTIFFS AND CLAIMANTS-IN-LIMITATION***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Supplemental Joint Designations of Record on Appeal in Fifth Circuit Case No. 14-31374 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of July, 2016.

                                      */s/ Don Haycraft*
                                      Don Haycraft