IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | * | MDL NO. 2179 |
| Oil Spill by the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico on April 20, 2010 | * | |
| | * | SECTION J |
| SNODGRASS BROTHERS, INC. | * | |
| | * | |
| v. | * | HONORABLE CARL J. BARBIER |
| | * | |
| BP EXPLORATION & PRODUCTION INC. | * | MAGISTRATE JUDGE SHUSHAN |
| and BP AMERICA PRODUCTION COMPANY; | * | |
| DEEPWATER HORIZON COURT | * | |
| SUPERVISED SETTLEMENT PROGRAM; | * | |
| and PATRICK A. JUNEAU, | * | |
| In His Official Capacity As Claims Administrator | * | |
| Of The Deepwater Horizon Court Supervised | * | |
| Settlement Program Administering The | * | |
| Deepwater Horizon Economic and Property | * | |
| Damages Settlement Agreement | * | THIS DOCUMENT RELATES TO |
| And In His Official Capacity As Trustee | * | Case No. 2:13-cv-06190-CJB-SS |
| Of The Deepwater Horizon Economic | * | |
| and Property Damages Settlement Trust | * | |

**ORDER**
**[Regarding Complainant Snodgrass Brothers, Inc.'s**
**Motion For Clarification of Order Regarding Compliance With PTO 60]**

On the _____ day of _____, 2016 came on for consideration by the Court COMPLAINANT SNODGRASS BROTHERS, INC.'S MOTION FOR CLARIFICATION ON ORDER REGARDING COMPLIANCE WITH PTO 60.  After consideration of Plaintiff's motion and the nature of member case 2:13-cv-06190-CJB-SS, the Court finds that the Dismissals contained in 10-MDL-2179 Order Regarding Compliance with PTO 60, are not applicable to member case 2:13-cv-06190-CJB-SS.

IT IS THEREFORE ORDERED, that that the Dismissals contained in 10-MDL-2179 Order Regarding Compliance with PTO 60, are not applicable to Member case

2:13-cv-06190-CJB-SS and that Member case 2:13-cv-06190-CJB-SS **IS** **<u>NOT</u>** **DISMISSED.**

SIGNED FOR ENTRY on this, the _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE