UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |
| JELP BARBER, | * | CIVIL ACTION No. 2:16-cv-05533 |
| (Plaintiff) | | |
| | * | SECTION J |
| VERSUS | | |
| | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C. (Defendants) | * | MAG. JUDGE SHUSHAN |

**PLAINTIFF JELP BARBER'S
RESPONSE TO ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60**

The Plaintiff, Jelp Barber, by and through his undersigned counsel files this Response to the Order to Show Cause Re: Compliance With PTO 60, entered by the Court on June 7th, 2016 and states as follows:

1. On June 7th, 2016, this Court entered an Order to Show Cause stating in part that:

   Any Plaintiffs who believe that they have complied with PTO 60 but are not listed on Exhibits 1 or 2 must show cause in writing on or before June 28, 2016, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60.

2. The Plaintiff, timely filed his Complaint and Sworn statement, showing he was not a member of the Economic and Property Settlement Damage Class, May 12, 2016. This Plaintiff was in a group whose complaints were to be filed on or before May 16,

2016. The Efile_Notice of that date is attached as Exhibit "1" hereto and is evidence of the timely filing of the complaint. It was timely served as required as is evidenced by the Efile_Notice regarding the Notice of Filing of the Certificate of Service attached hereto as Exhibits "2" These documents show that Plaintiff complied with PTO 60.

3. As a result, the Court should not dismiss this claim with prejudice as the Plaintiff complied with the requirements of PTO 60 or made a good faith attempt to do so.

**RESPECTFULLY SUBMITTED**,

/s/Professor P. Tim Howard
Professor P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
2120 Killarney Way, Ste. 125
Tallahassee, Florida 32309
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL 32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

/s/Samuel T. Adams
Samuel T. Adams
Post Office Box 8420
Panama City, Florida 3240
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Order to Show Cause Re: Compliance With PTO 60 has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 28th day of June, 2016.

/s/ Douglas S. Lyons
Douglas S. Lyons

**Attorneys for the Defendants:**

Richard C. Godfrey
P.C. J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-500

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

**Attorneys for Class Plaintiffs in MDL 2179:**

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

**Doug Lyons**

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Thursday, May 12, 2016 4:45 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-05533 Barber v. BP Exploration & Production, Inc. et al Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/12/2016 at 3:44 PM CDT and filed on 5/12/2016
**Case Name:**     Barber v. BP Exploration & Production, Inc. et al
**Case Number:**   2:16-cv-05533
**Filer:**         Jelp Barber
**Document Number:** 1

**Docket Text:**
**COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-5403459) filed by Jelp Barber.Attorney Douglas S Lyons added to party Jelp Barber(pty:pla).(Lyons, Douglas)**

**2:16-cv-05533 Notice has been electronically mailed to:**

Douglas S Lyons     doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-05533 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/12/2016] [FileNumber=7889389-0
] [19cd636e4e8f98a065cc3c7f5dd583097deca2b9d2e51668ebcfe84b8f89ab6890d
bf78d06be65de8f88c2e3c6f593361b1e1614f11adeb08ebeb260569c8222]]

1

# Doug Lyons

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Sunday, May 15, 2016 6:30 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-05533 Barber v. BP Exploration & Production, Inc. et al Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/15/2016 at 5:29 PM CDT and filed on 5/15/2016

**Case Name:** Barber v. BP Exploration & Production, Inc. et al
**Case Number:** 2:16-cv-05533
**Filer:** Jelp Barber
**Document Number:** 2

**Docket Text:**
NOTICE by Jelp Barber *of Filing Certificate of Service*. (Lyons, Douglas)


**2:16-cv-05533 Notice has been electronically mailed to:**

Douglas S Lyons     doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-05533 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/15/2016] [FileNumber=7896205-0
] [51c8cf74af0369b97f3c412e3c897122c7d2adb6233796dddda20e90921f3bc66ca
3c9162a5f8645ff422701e6ef13abdc03aca8fbb63819c14a31f583640335]]