UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Cases in Pleading Bundle B1* | * * | MAG. JUDGE SHUSHAN |

## ORDER
[Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60]

Pretrial Order No. 60 ("PTO 60") required plaintiffs with unreleased B1 claims who had not previously filed an individual lawsuit to file an individual lawsuit and a sworn statement by May 2, 2016. (Rec. Doc. 16050). With respect to these new, individual lawsuits filed pursuant to PTO 60 ("New Lawsuits"), IT IS ORDERED:

1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179.

2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc.

3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation.

4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (*See* PTO 60 ¶ 7, Rec. Doc. 16050).

Signed in New Orleans, Louisiana, this 15th day of April, 2016.

United States District Judge

2