# LAW OFFICE OF
# JIM DAVIS
**1904 24th Avenue**
**Post Office Box 1839**
**Gulfport, Mississippi   39502**

**James L. Davis, III**                                   Phone:   228-864-1588
Email: jamesldavisiii@aol.com                             Fax:     228-863-5008

December 28, 2015

**VIA EMAIL AND U.S. MAIL**
Dennis Man
PricewaterhouseCoopers Advisory Services LLP
300 Madison Avenue
New York, NY  10017

  Re: Claimant ID 100029760, Claim ID 6369

Dear Dennis:

  I had a chance to review your most recent request and reproducing the information you are requesting would be impossible.  I run my business on a cash basis.  The accounting you desire is more an accrual basis.  No sole practitioner criminal defense attorney runs his business on an accrual basis.  My business model and industry is *unique* and needs to be viewed as such.  I would need to review clients' individual files, and many of these files I no longer have.

  Before you can make the illogical request for information you have requested under policy 495, you must make a determination that my profit and loss (P&L) are *"insufficiently matched."*  I have never been informed by anyone that the P&Ls I submitted were *"insufficiently matched."*  If such finding has been made, I would like to be informed so we can discuss it further as to what or why an *"insufficient match"* was found.  Even if one of the mystery seven screens determines a P&L to be *"insufficiently matched,"* you can exercise *"professional judgment."*  Your *"professional judgment"* could correct or override a computer's finding of *"insufficient match."*  Requesting information that would be found in a business model such as mine would make far more sense than what you have requested.

  I operate a cash business.  I get paid, deposit money into my checking account, and pay bills.  I keep no hourly statements.  I have submitted all my checking account statements to BP corroborating the deposits and payment of expenses.  My income was better prior spill and worse afterwards.  At BP's request, I went back and created monthly profit/loss statements.  At BP's request, I submitted line item monthly expense statements.  Both of these were time consuming processes for a sole practitioner attorney like myself.



Dennis Man
12/28/2015
Page -2-

     If you have determined that my P&Ls are "*insufficiently matched,*" let's try to work together to see what can be done. I need you to supply me with the following information:

- A list of the materials used by the CSSP accountants in exercising their "*professional judgment.*" Maybe items that I submitted were missed by you or they are mislabeled in the portal.
- Specific items or data upon which the CSSP accountant based his "*Insufficiently Matched*" designation. Your recent request requested tax returns I have already submitted.
- A list of materials that I can provide that would be helpful in determining whether the P&Ls are *sufficiently matched*. I think if all information and documentation I have submitted is reviewed, you will see it is "*sufficiently matched.*"
- Confirmation that you reviewed the *unique* character of my business model and industry. I am a criminal defense attorney who represents hundreds of cash paying clients annually. Attachment 'F' of 495 does not apply to me. Attachment 'F' to 495 applies to some hourly billing lawyer, not a sole practitioner criminal defense lawyer who operates on a cash basis.
- I would like to talk to you. We may be able to amend or correct these problems. My contact information is as follows:
  James L. (Jim) Davis, III
  P. O. Box 1839
  Gulfport, MS 39502
  jamesldavisiii@aol.com
  Office: 228-864-1588
  Cell: 228-860-8551
  Fax: 228-863-5008

     The issues you are attempting to raise with me applies to professionals who operate a business on an 'accrual' accounting basis that shifts income and revenue from one month to another, thus making a P&L statement that appears to have income prior to spill and none thereafter, clearly misrepresenting the effect of the BP oil spill to their business. That does not apply to me.

     I look forward to your response.

                                         Best regards,

                                         JIM DAVIS

JD/jlh