# LAW OFFICE OF
# JIM DAVIS
**1904 24th Avenue**
**Post Office Box 1839**
**Gulfport, Mississippi   39502**

**James L. Davis, III**                                                    Phone:   228-864-1588
Email: jamesldavisiii@aol.com                                 Fax:       228-863-5008

January 14, 2015

**VIA EMAIL AND U.S. MAIL**
Dennis Man
PricewaterhouseCoopers Advisory Services LLP
300 Madison Avenue
New York, NY  10017

    Re:   Claimant ID 100029760, Claim ID 6369

Dear Dennis:

    I appreciate you taking the time this last Tuesday to talk to me and discuss my pending BP claim.

    I must greatly object again to your asking me to present an accrual accounting method to my business five years after the fact and need to point out the following:

1. I have reviewed Attachment F to Policy 495 which clearly provides "Claimants that submit P&Ls that are deemed *sufficiently matched* will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls." You indicated that my P&Ls were *sufficiently matched* and regardless of that fact you are not going to do exactly what Attachment F to 495 requires and that is that you process my claim under the methodology set forth in Exhibit 4C of policy 495. You are clearly violating the settlement and policy 495 by asking me to do an accrual accounting method to previous years which is not required unless there is an "insufficient matching." Again, when I asked you to start answering my questions detailed in my letter of December 28, 2015, you indicated that you do not have to because there was not a finding of "insufficient matching" so, therefore, it must be *sufficiently matched*.

2. I believe it is totally ludicrous to expect someone that runs a cash business to go back five (5) years and try to recreate case files and agreements with clients. You and anyone in their right mind knows that is impossible. You only have to maintain files for three (3) years. That is the statute of



Dennis Man
01/14/2016
Page -2-

limitations and you maintain them just in the event you are sued. Nobody keeps files for five (5) or six (6) years so they can attempt to relive them to prepare an accrual accounting method which you have now requested. If this had been requested back when I originally filed my BP claim there would have been some possibility that I may have been able to do this, but at this late date it is impossible. Of course, BP did require me to file numerous other documents, reports, accountings, tax returns, and everything else in the world. They continuously delayed my claim and found frivolous reasons to not pay my claim as it was. BP or you as their representative have now requested an accounting that shows no comparison whatever to my business, my loss, and is nothing more than a delay attempt by BP to request impossible previous years' accountings which you know I cannot produce. When I talked to you last Tuesday, I thought maybe BP or you as their representative would have some good faith and would want to work in good faith to try to get this issue resolved, but I quickly have seen that you had nothing in your mind except to request frivolous accounting methods which you know is impossible for me to produce.

I am left with no alternative but to request you to deny my claim so I can start my appeal process, which will probably be equally as frivolous.

I remain, as always,

Very truly yours,

*/s/ Jim Davis*

JIM DAVIS

JD/jlh