UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL: 2179 |
| | Section J |
| This Document Applies to: No. 2:11-cv-00911-CJB-SS *Jesco Construction Corporation of Delaware v. B.P. Exploration & Production, Inc. and B.P. America Production Company* | Judge Barbier |
| | Mag. Judge Shushan |

**MOTION FOR LEAVE TO INTERVENE IN CASE NO.
2:11-CV-00911-CJB-SS FOR THE FOLLOWING LIMITED PURPOSES:**

I.  To place the parties and their attorneys on notice in Case No. 2:11-cv-00911-CJB-SS as to the existence of Miscellaneous Case No. 16-10015, filed June 14, 2016, in this Court and to ask the Court to take judicial notice thereof pursuant to FRE 201(b)(1) and make it a part of Case No. 2:11-cv-00911;

II. To notify the Court and the parties and their attorneys in Case No. 2:11-cv-00911-CJB-SS that a Judgment (Exhibits 2, 3 and 5) pursuant to FRCP 68 was entered on May 4, 2016 by the USDC, Central District of Illinois, in Case No. 4:10-cv-04053 against Jesco Construction Corporation, a/k/a Jesco Construction of Delaware, Inc. ("Jesco") in favor of Henry N. Clark in the amount of $600,000.00, plus interest and court costs and to ask this Court to take judicial notice thereof pursuant to FRE 201(b)(2) and make said Judgment a part of Case No. 2:11-cv-00911.

III. To notify the Court and the parties and their attorneys in Case No. 2:11-cv-00911-CJB-SS of the Assignment (Exhibit 4), dated April 18, 2016, by Jesco and John E. Shavers, the owner and principal of Jesco, made in conjunction with the Rule 68 Offer of Judgment (Exhibit 2) to and Acceptance (Exhibit 3) thereof by Henry N. Clark in Case No. 4:10-cv-04053 in the USDC, Central District of Illinois, of the first $600,000.00 of any net proceeds that Jesco derives in Case No. 2:11-cv-00911 and to ask this Court to take judicial notice of the Assignment pursuant to FRE 201(b)(2) and make it a part of Case No. 2:11-cv-00911;

IV. To seek the declaratory relief requested in the accompanying Complaint; and,

V.      To seek such other and further relief to Henry N. Clark as the Court deems just, necessary or appropriate to protect and preserve Henry N. Clark's ability to collect the Judgment entered by the USDC, Central District of Illinois, referenced above and to protect and preserve the rights and interests of Henry H. Clark, Earl A. Payson and Daniel D. Bernstein conferred by the Assignment (Exhibit 4), in and to any net proceeds Jesco derives in Case No. 2:11-cv-00911-CJB-SS.

NOW COME Henry N. Clark, Earl A. Payson and Daniel D. Bernstein (hereinafter "Interveners) pursuant to FRCP 24(a) and (b) and move for leave to intervene in Case No. 2:11-cv-00911-CJB-SS pending in this Court and in support hereof offer the following Exhibits:

1.      Complaint of Intervention:

2.      A copy of the April 19, 2016 Offer of Judgment to Henry N. Clark, pursuant to FRCP 68 by Jesco Construction Corporation, a Delaware Corporation, a/k/a Jesco Construction of Delaware, Inc. (hereinafter "Jesco"), in Case No. 4:10-cv-04053 filed in the USDC for the Central District of Illinois at Rock Island, Illinois;

3.      A copy of the April 20, 2016 Notice of Acceptance of Offer of Judgment, pursuant to FRCP 68, signed by Henry N. Clark, in Case No. 4:10-cv-04053 in the USDC for the Central District of Illinois at Rock Island;

4.      A copy of the Assignment signed, April 18, 2016, on behalf of Jesco by John E. Shavers, sole owner and president of Jesco, and by John E. Shavers, individually, assigning to Henry N. Clark and Earl A. Payson and Daniel D. Bernstein, jointly, the first $600,000.00 of net proceeds, plus interest and court costs, that Jesco derives in Case No. 2:11-cv-00911-CJB-SS in this Court.

5. A copy of the Judgment in favor of Henry N. Clark against Jesco in Case No. 4:10-cv-04053, entered on May 4, 2016, pursuant to FRCP 68, by the Clerk of the USDC for the Central District of Illinois

6. The sworn Affidavit of Earl A. Payson, Attorney at Law, lead attorney for Henry N. Clark in Case No. 4:10-cv-04053 in the USDC for the Central District of Illinois at Rock Island.

7. It is unknown whether this Motion will be opposed by any of the existing parties.

WHEREFORE, Henry N. Clark, Earl A. Payson and Daniel D. Bernstein request that this Court grant their Motion to Intervene in Case No. 2:11-cv-00911 in this Court for the limited purposes set out above and that the Court grant requests I – V above and the declaratory relief requested in the Complaint, plus such other and further legal and equitable relief as the Court deems necessary or appropriate.

Henry N. Clark, Earl A. Payson and
Daniel D. Bernstein, Intervenors,

Respectfully submitted:

**/s/John S. Bradford**
John S. Bradford (#03369)
Stephen D. Polito (#32638)
STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK L.L.P.
One Lakeside Plaza, 4th Floor
P. O. Box 2900
Lake Charles, LA 70602
Counsel for Intervenors,
Henry N. Clark, Earl A. Payson and
Daniel B. Bernstein

ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern Division of New Orleans, Louisiana by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/John S. Bradford