<span style="color:red">**Exhibit 1**</span>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>This Document Applies to:<br>No. 2:11-cv-00911-CJB-SS<br>*Jesco Construction Corporation of Delaware v. B.P. Exploration & Production, Inc. and B.P. America Production Company* | **MDL: 2179**<br><br>**Section J**<br><br>**Judge Barbier**<br><br>**Mag. Judge Shushan** |

**COMPLAINT FOR INTERVENTION**

1.  Intervenor Henry N. Clark (as Plaintiff) and John E. Shavers, Jesco, Jesco Construction Corporation, Jesco Construction Company, Jesco Disaster Services, a/k/a Jesco JDS (as Defendants) were involved in a litigation in the United States District Court for the Central District of Illinois at Rock Island (hereinafter "RI"), Illinois in Case No. 4:10-cv-04053 and Case No. 4:11-cv-04047.

2.  Intervenors, Attorneys, Earl A. Payson and Daniel B. Bernstein represented Mr. Clark in the above referenced cases.

3.  Case No. 4:10-cv-04053 in the USDC for the Central District of Illinois at RI was settled by an Offer of Judgment from Jesco (Motion Exh. 2), dated April 19, 2016, and an Acceptance thereof (Motion Exh. 3) on April 20, 2016 by Henry N. Clark. Judgment (Motion Exh. 5) was entered on May 4, 2016 by the Clerk of the USDC for the Central District of Illinois.  The Judgment is for Six Hundred Thousand Dollars ($600,000.00), plus interest and court costs.

4. Jesco Construction Corporation, a/k/a Jesco Construction of Delaware, Inc. and Jesco Construction Corporation of Delaware, the Plaintiff in Case No. 2:11-cv-00911-CJB-SS pending in this Court and Jesco Construction Corporation, a Delaware Corporation, a/k/a Jesco Construction of Delaware, Inc. named in the Offer of Judgment (Exhibit 2) to Henry N. Clark's and Henry N. Clark's Acceptance (Exhibit 3) thereof in Illinois Case No. 04053 are, upon information and belief, the same entity.

5. As part of the resolution of Illinois Case No. 04053, Jesco and John E. Shavers, individually, executed an Assignment (Motion Exh. 4) in which they assigned, transferred, conveyed and set over to Henry N. Clark and his Attorneys Earl A. Payson and Daniel D. Bernstein, jointly, all of their right, title and interest in and to the first Six Hundred Thousand Dollars ($600,000.00) of net proceeds, plus interest and court costs thereon, that Jesco derives from BP in Case No. 00911 in this Court.  The Assignment also conferred a joint security interest upon Henry N. Clark, Earl A. Payson and Daniel D. Bernstein to the extent described above.

6. Case No. 00911 was originally filed in Harris County, Texas as Case No. 2010-78844 and removed to the USDC for the Southern District of Texas at Houston, Texas as Case No. 4:10-cv-04964.  It was transferred on or about April 20, 2011 to the USDC for the Eastern District of Louisiana at New Orleans, Louisiana as Case No. 2:11-cv-00911-CJB-SS and made a part of multidistrict litigation MDL: 2179 against BP, arising from the "Deepwater Horizon" oil spill in the Gulf of Mexico on April 20, 2010.

7. Intervenors have a substantial interest in the outcome of Case No. 00911 in this Court and the proceeds resulting therefrom.  Intervenors seek an order in which

this Court takes judicial notice under FRE 201 of the above described Judgment, Assignment, and the Intervenors' Security Interest conferred therein and of the right of the assignees to receive proceeds that Jesco derives from Case No. 00911 before any proceeds or portion thereof are paid to Jesco.

8. Intervenors seek a declaratory judgment order recognizing and confirming the validity and enforceability of the above described Illinois Judgment and Assignment and Intervenors' Security Interest in, and right to receive, proceeds that Jesco derives from Case No. 00911 before any proceeds or portion thereof are paid to Jesco.

9. Intervenors seek a declaratory judgment ordering BP not to disburse any settlement, or other, proceeds to Jesco and to hold the same in trust to pay Henry Clark's Judgment in Illinois Case No. 04053 and for disbursement pursuant to the Assignment.

10. Intervenors seek a declaratory judgment ordering Jesco and BP to recognize, honor, and adhere to the terms of the Assignment and immediately notify Attorney John S. Bradford of any settlement discussions or negotiations or settlement or other disposition of Case No. 00911.

11. Intervenors reserve the right to take all other actions which may be necessary to protect and preserve their interest in Case No. 00911 and any proceeds that Jesco may derive therefrom.

12. By this reference Intervenors incorporate Exhibits 2 – 6 as described in the Motion For Leave to Intervene.

WHEREFORE, Henry N. Clark, Earl A. Payson and Daniel D. Bernstein request that this Court take the following actions in Case No. 2:11-cv-00911-CJB-SS:

I.   Take judicial notice, under FRE 201(b)(1), and enter a declaratory judgment order appropriate thereto, of Miscellaneous Case No. 16-10015 filed on June 14, 2016 in this Court and make said Miscellaneous Case a part of Case No. 00911 for the purpose of placing all parties and their attorneys upon notice thereof and of the applicability of said Miscellaneous Case in Case No. 00911.

II.   Take judicial notice, under FRE 201(b)(1), and enter a declaratory judgment order appropriate thereto, of Case No. 4:10-cv-04053 in the USDC for the Central District of Illinois and make the Judgment in that Case, and Exhibits 2, 3 and 5 herein, in favor of Henry N. Clark and against Jesco, a part of Case No. 00911 for the purpose of placing all parties and their attorneys in Case No. 00911 upon notice of said Judgment and Exhibits 2, 3 and 5 and the applicability of said Judgment and Exhibits 2, 3 and 5 in Case No. 2:11-cv-00911.

III.   Take judicial notice under FRE 201(b)(2) and/or (c)(2), and enter a declaratory judgment order appropriate thereto in Case No. 00911, of the Assignment (Exhibit 4), in connection with Case No. 4:10-cv-04053 in the USDC for the Central District of Illinois and make it a part of Case No. 00911 for the purpose of placing all parties and their attorneys in Case No. 00911 upon notice of said Assignment and the applicability of that Assignment in Case No. 00911.

IV.   Take judicial notice under FRE 201(b)(2) and/or (c)(2), and enter a declaratory judgment order appropriate thereto in Case No. 2:11-cv-00911, that the Judgment

4

entered in Case No. 4:10-cv-04053 in favor of Henry N. Clark and against Jesco, as shown by Exhibits 2, 3 and 5, in the USDC for the Central District of Illinois and the Assignment (Exhibit 4) provide that Henry N. Clark and his attorneys Earl A. Payson and Daniel D. Bernstein have a preferred status and are entitled to be paid as therein provided from any proceeds Jesco derives in Case No. 00911, and any portion thereof, before any proceeds or portion thereof are paid to Jesco and that Jesco and BP are on notice thereof.

    V.    Take judicial notice, under FRE 201(b)(2) and/or (c)(2) of the Assignment (Exhibit 4), and enter a declaratory judgment order appropriate thereto in Case No. 2:11-cv-00911, that said Assignment confers a joint security interest upon Henry N. Clark, Earl A. Payson and Daniel D. Bernstein in any proceeds Jesco derives in Case No. 2:11-cv000911 as provided therein.

    VI.    Enter a declaratory judgment ordering Jesco and BP to honor and adhere to the terms of the Judgment and Exhibits 2, 3 and 5 in Case No. 4:10-cv-04053 in the USDC for the Central District of Illinois and the Assignment (Exhibit 4) and directing the parties in Case No. 2:11-cv-00911 to immediately notify Henry N. Clark, through John S. Bradford, Attorney at Law, of any settlement, discussions, negotiations and or other resolution or disposition, in Case No. 00911 in this Court.

    VII.    Intervenors request such other and further legal and equitable relief as the Court determines to be necessary or appropriate to protect and preserve the rights, title and interests of the Intervenors, or any of them.

       Henry N. Clark, Earl A. Payson and
       Daniel D. Bernstein, Intervenors,

       Respectfully submitted:

       **/s/John S. Bradford**
       John S. Bradford (#03369)
       Stephen D. Polito (#32638)
       STOCKWELL, SIEVERT, VICCELLIO,
       CLEMENTS & SHADDOCK L.L.P.
       One Lakeside Plaza, 4th Floor
       P. O. Box 2900
       Lake Charles, LA 70602
       Counsel for Intervenors,
       Henry N. Clark, Earl A. Payson and
       Daniel B. Bernstein

       ATTORNEYS FOR INTERVENORS

## CERTIFICATE OF SERVICE

  I hereby certify that on July 25, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern Division of New Orleans, Louisiana by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

       **/s/John S. Bradford**