# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| HENRY N. CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>JESCO CONSTRUCTION CORPORATION, a Delaware Corporation,<br><br>    Defendant. | No. 4:10-cv-04053 |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FRCP 68

Pursuant to Federal Rule of Civil Procedure 68 I, Henry N. Clark, Plaintiff in this case, hereby acknowledge receipt, on April 19, 2016 of the attached Offer of Judgment signed by John E. Shavers, President of Jesco Construction of Delaware, Defendant.

I hereby accept the Offer of Judgment.

The Clerk is requested to enter judgment, pursuant to FRCP 68(a), in favor of Henry N. Clark against Jesco Construction Corporation, a/k/a Jesco Construction of Delaware, Inc., for the principal amount, with interest thereon as stated in the Offer of Judgment.

Dated at Davenport, Iowa this 20th day of April, 2016.

                 _____
                 Henry N. Clark, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois, Rock Island Division, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Barbara E. Kampe
Barbara E. Kampe