Case 2:10-md-02179-CJB-DPC   Document 21160-6   Filed 07/25/16   Page 1 of 6

# Exhibit 5

4:10-cv-04053-SLD-JEH   # 66   Page 1 of 1

**E-FILED**
Thursday, 05 May, 2016 04:01:25 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Henry N. Clark, )
Plaintiff )
)
vs. )   Case Number: 10-cv-4053
)
John E. Shavers, JESCO, Jesco Construction )
Corporation, Jesco Construction Company, )
Jesco Disaster Services a/k/a Jesco JDS, )
Gary M. Riebschlager, )

Defendants,

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED THAT the parties have settled this case pursuant to Rule 68(a). Judgment is entered and this matter is dismissed.

Dated: 05/04/2016

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court

5/6/2016                    Activity in Case 4:10-cv-04053-SLD-JEH CLARK v. SHAVERS et al Judgment

From: ECF_Returns <ECF_Returns@ilcd.uscourts.gov>
To: ECF_Notices <ECF_Notices@ilcd.uscouris.gov>
Subject: Activity in Case 4:10-cv-04053-SLD-JEH CLARK v. SHAVERS et al Judgment
Date: Thu, May 5, 2016 4:03 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 5/5/2016 at 4:01 PM CDT and filed on 5/4/2016
Case Name:        CLARK v. SHAVERS et al
Case Number:      4:10-cv-04053-SLD-JEH
Filer:
Document Number: 66

Docket Text:
JUDGMENT entered. (ED, ilcd)


4:10-cv-04053-SLD-JEH Notice has been electronically mailed to:

Daniel D Bernstein    dbernstein152@yahoo.com, dbernstein151@yahoo.com

Earl A Payson    eappc@aol.com, bkampe@aol.com

Gary M Riebschlager    gary@riebschlagerlaw.com, belinda.nixon@bcoonlaw.com, cecilia.gaitan@bcoonlaw.com

4:10-cv-04053-SLD-JEH Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:
Original filename:
Electronic document Stamp:


Main Document n/a [STAMP dcecfStamp_ID=1068668610 [Date=5/5/2016] [FileNumber=2654434-0]
[a3c3afa556cd16111fccfe9ba2bdf8f3ee680ef0c3dd2260c779ddc0ef4dbd0d731a
b3ba85ca1fafff6192df00ec376da3a73d723982bf75511a6657739d5751]]

REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Rock Island)
## CIVIL DOCKET FOR CASE #: 4:10-cv-04053-SLD-JEH

CLARK v. SHAVERS et al  
Assigned to: Judge Sara Darrow  
Referred to: Magistrate Judge Jonathan E. Hawley  
Related Case: 4:11-cv-04047-SLD-JEH  
Cause: 28:1332 Diversity-Breach of Contract  

Date Filed: 07/21/2010  
Jury Demand: Both  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**HENRY N CLARK**                   represented by    **Earl A Payson**  
EARL A PAYSON PC  
1313 Harrison Street  
Davenport, IA 52803  
(563) 323-8054  
Fax: 563-323-9112  
Email: eappc@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Daniel D Bernstein**  
LAW OFFICE OF DANIEL D.  
BERNSTEIN  
103 East College Street  
Suite 209  
Iowa City, IA 52240  
319-337-5500  
Email: dbernstein152@yahoo.com  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**JOHN E SHAVERS**               represented by    **Robert J Noe**  
*Individually*                                    BOZEMAN NEIGHBOUR PATTON  
& NOE  
Suite 635  
1630 5th Ave  
PO Box 659  
Moline, IL 61266-0659  
309-797-0850  
Fax: 309-764-1371  
Email: rnoe@bnpn.com

|  |  |
|---|---|
|  | TERMINATED: 06/23/2011<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gary M Riebschlager**<br>RIEBSCHLAGER LAW PC<br>801 Congress<br>Suite 250<br>Houston, TX 77002<br>713-980-5300<br>Email: gary@riebschlagerlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Dean Martens**<br>BOZEMAN NEIGHBOUR PATTON & NOE<br>1630 5th Ave<br>P O Box 659<br>Moline, IL 61265<br>309-797-0850<br>Fax: 309-764-1371<br>Email: jmartens@bnpn.com<br>*TERMINATED: 06/23/2011*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**JESCO**   represented by **Robert J Noe**
(See above for address)
*TERMINATED: 06/23/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary M Riebschlager**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Dean Martens**
(See above for address)
*TERMINATED: 06/23/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jesco Construction Corporation**   represented by **Robert J Noe**
(See above for address)
*TERMINATED: 06/22/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary M Riebschlager**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Dean Martens**
(See above for address)
*TERMINATED: 06/22/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**
**JESCO CONSTRUCTION COMPANY**             represented by     **Robert J Noe**
(See above for address)
*TERMINATED: 06/22/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary M Riebschlager**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Dean Martens**
(See above for address)
*TERMINATED: 06/22/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**
**JESCO DISASTER SERVICES a/k/a JESCO JDS**             represented by     **Robert J Noe**
(See above for address)
*TERMINATED: 06/22/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary M Riebschlager**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Dean Martens**
(See above for address)
*TERMINATED: 06/22/2011*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Gary M Riebschlager**
801 Congress
Suite 250
Houston, TX 77002
713-980-5300

| | | |
|---|---|---|
| | | for Clark indicates there have been issues scheduling depositions in this matter. Atty Riebschlager represents that these cases may be able to be resolved. Court sets the cases for a Supplemental Status Conference on Wednesday, 3/9/2016 at 2:00 PM by telephone from Peoria (court will place call) before Magistrate Judge Jonathan E. Hawley. (Tape #PR-C 3:02PM) (JRK, ilcd) (Entered: 03/03/2016) |
| 03/09/2016 | | Minute Entry for proceedings held before Magistrate Judge Jonathan E. Hawley: Parties present via telephone Attys Earl Payson, Daniel Bernstein, and Gary Riebschlager for a Status Conference on Wednesday, 3/9/2016 as to cases 10-4053 and 11-4047. Parties indicate settlement negotiations are on-going and anticipate a resolution of these cases within 7 days. Court to schedule supplemental Status Conference if the 7 day period has passed and parties have not filed an appropriate notification that the matters have settled. (Tape #PR-C 2:00PM) (JRK, ilcd) (Entered: 03/09/2016) |
| 03/31/2016 | | Minute Entry for proceedings held before Magistrate Judge Jonathan E. Hawley: Parties present by phone by Attys E. Payson and D. Bernstein on behalf of the Plf and Atty G. Riebschlager on behalf of the Dfts for Status Conference held on 3/31/2016. Parties present settlement reached. Court orders settlement papers to be file on or before 4/8/2016. (Tape #PR-C: 4:27 pm.) (RK, ilcd) (Entered: 03/31/2016) |
| 04/07/2016 | 61 | MOTION for Leave to File Document Under Seal by Plaintiff HENRY N CLARK. Responses due by 4/25/2016 (Payson, Earl) (Entered: 04/07/2016) |
| 04/08/2016 | 62 | +++ **SEALED DOCUMENT.. (RK, ilcd) (Entered: 04/08/2016)** |
| 04/08/2016 | | TEXT ORDER granting 61 Motion for Leave to File Document Under Seal. 62 Status Report shall remain SEALED. Entered by Magistrate Judge Jonathan E. Hawley on 4/8/16. (WG, ilcd) (Entered: 04/08/2016) |
| 04/11/2016 | | TEXT ORDER: The parties in their Status Report 62 seek guidance from the Court on how to file an accepted offer of judgment. The parties are directed to follow Federal Rule of Civil Procedure 68(a) which provides that "either party may... file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment." The parties must act in compliance with Rule 68(a) by 4/22/2016. Entered by Magistrate Judge Jonathan E. Hawley on 4/11/2016. (KZ, ilcd) (Entered: 04/11/2016) |
| 04/20/2016 | 63 | MOTION for Leave to File Document Under Seal by Plaintiff HENRY N CLARK. Responses due by 5/9/2016 (Payson, Earl) (Entered: 04/20/2016) |
| 04/21/2016 | | TEXT ORDER granting 63 Motion for Leave to File Document Under Seal. Plaintiff is directed to file the document using the event "sealed document" found in the "Other Filings/Other documents" category of the Court's CMECF filing system. Entered by Magistrate Judge Jonathan E. Hawley on 4/21/16. (WG, ilcd) (Entered: 04/21/2016) |
| 04/21/2016 | 64 | +++ **SEALED DOCUMENT.. (LN, ilcd) (Entered: 04/21/2016)** |
| 04/21/2016 | 65 | +++ **SEALED DOCUMENT.. (LN, ilcd) (Entered: 04/21/2016)** |
| 05/04/2016 | 66 | JUDGMENT entered. (ED, ilcd) (Entered: 05/05/2016) |