UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | **MDL: 2179** |
| | **Section J** |
| This Document Applies to: No. 2:11-cv-00911-CJB-SS *Jesco Construction Corporation of Delaware v. B.P. Exploration & Production, Inc. and B.P. America Production Company* | **Judge Barbier** |
| | **Mag. Judge Shushan** |

**O R D E R**

Considering the foregoing Motion for Leave to Intervene, together with the Memorandum in Support and all referenced Exhibits attached thereto:

IT IS HEREBY ORDERED that this Motion for Leave to Intervene be GRANTED and filed into the above-referenced action as prayed for according to law.

THUS DONE AND SIGNED at New Orleans, Louisiana, on this ___ day of _____, 2016.

_____

**DISTRICT JUDGE  or  MAG. JUDGE**