# EXHIBIT

# "A"

| CauseNumber | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-06651-CJB-SS | HUYNH | TAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:14-cv-00357-CJB-SS | PHAM | CUONG | |
| 2:13-cv-06651-CJB-SS | Tran | Kien | |
| 2:13-cv-06651-CJB-SS | TRUONG | SANH | |
| 2:13-cv-06651-CJB-SS | WHITE | JOE ESTRADA | |
| 2:13-cv-06651-CJB-SS | | HOA T HOANG | BRUCES SEAFOOD DELI |
| 2:13-cv-06651-CJB-SS | | | DAC VAN TRAN, INDIVIDUALLY AND DBA PHO FOUR SEASONS |
| 2:14-cv-00357-CJB-SS | | | JENNY NGUYEN, INDIVIDUALLY AND DBA RAINBOW NAILS |
| 2:13-cv-06651-CJB-SS | | STEVE NGUYEN | SEAFOOD ENTERPRISE INC. |
| 2:13-cv-06651-CJB-SS | | | TAMMY NGUYEN, INDIVIDUALLY AND DBA DOLLAR SUPREME |
| 2:13-cv-06651-CJB-SS | | | THAI THOI NGUYEN, INDIVIDUALLY AND DBA NANCYS NAILS |