**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| 2:13cv1082; 2:13cv976 | § | MAG. JUDGE SHUSHAN |

**PLAINTIFFS' REPLY TO BP'S OBJECTIONS/RESPONSES TO SHOW CAUSE [DOC 21131-4]**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Hector Ardoin, et al and Isaac Anderson, et al, and files this their Reply to BP's Objections/Responses to Show Cause Submission issued on July 21, 2016 [Doc 21131-4], and would show as follows:

1. Plaintiffs would show that Notices of Voluntary Dismissal were filed in the above-referenced causes of action on July 26, 2016. Said Notices of Voluntary Dismissal completely dismissed all causes of action), except the Voluntary Dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any).

2

        Respectfully submitted,

        **Weller, Green, Toups & Terrell, L.L.P.**
        P.O. Box 350
        Beaumont, TX 77704
        (409) 838-0101/Fax: (409) 832-8577
        Email: matoups@wgttlaw.com

        **By:**    <u>**/s/ Mitchell A. Toups**</u>
                Mitchell A. Toups
                Texas Bar No. 20151600

        **ATTORNEYS FOR PLAINTIFFS**

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on July 26, 2016.

        <u>/s/ Mitchell A. Toups</u>
        Mitchell A. Toups