UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>**Multiple Plaintiffs and corresponding docket numbers as identifed in Exhibit A**<br><br>Docket Number(s)<br><br>See Exhibit A | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**Multiple Plaintiffs with corresponding docket numbers as identified in Exhibit A attached.**

Respectfully submitted this 24th day of May 2016.

/s/ *Brent W. Coon*
Attorney Name:

Attorney Address:
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.coon

ATTORNEY FOR PLAINTIFF(S)

# EXHIBIT

# "A"

| PLAINTIFF NAME | MDL 2179 DOCKET NUMBER |
|---|---|
| 2CLEAN JANITORIAL SERVICES | 2:13-cv-06010 |
| A.I.W. INC | 2:13-cv-01717 |
| ALL PROFESSIONAL SERVICES L.L.C., | 2:13-cv-06010 |
| ANDERSON, EVELYN | 2:13-cv-06010 |
| ANDRE ZENE | 2:13-cv-06651 |
| ARAGON, JERRY | 2:13-01717 |
| BAGBY, WALTER | 2:13-cv-06010 |
| BILLIOT, JIMMY | 2:14-cv-00357 |
| BLUE SKY AIRPORT LIMO SERVICE, LLC, | 2:13-cv-5367 |
| BOSARGE JR., CALVIN | 2:13-cv-06010 |
| BRECHTEL, MICHAEL | 2:13-cv-06010 |
| BRUMFIELD, RICKEY | 14-0321 |
| BUSINESS DYNAMICS OF NW FL, | 2:13-cv-06651 |
| BUSINESS DYNAMICS OF NW FL, | 2:13-cv-5367 |
| BUSINESS DYNAMICS OF NW FL, | 2:13-cv-5367 |
| C GRAPE INC, | 2:13-cv-06651 |
| CAPTAIN DAVE'S SEAFOOD MARKET, | 2:13-cv-06010 |
| CASEY D HARRIS | 2:13-cv-06010 |
| CERASOLI, EUGENE | 2:13-cv-06651 |
| CHARLES BROOKS DBA BROOKS INTERPRISES | 2:13-cv-06010 |
| CHARLES WILLS | 2:13-cv-06010 |
| CNA ESTATES- SOUTHERN BREEZE, | 2:13-cv-06009 |
| CNA ESTATES- SOUTHERN BREEZE, | 2:13-cv-06009 |
| CNA ESTATES- SOUTHERN BREEZE, | 2:13-cv-06010 |
| DAVID L WILLIAMS | 2:13-cv-06010 |
| DBE, LLC | 2:13-cv-01717 |
| DENNIS W TIBBS | 2:13-cv-06009 |
| DENNIS W TIBBS | 2:13-cv-06010 |
| DEWAYNE COLLINS | 2:13-cv-06010 |
| DEWAYNE COLLINS | 2:13-cv-06010 |
| DEWAYNE WARREN  (DEWAYNE LEVEAST WARREN) | 2:13-cv-06010 |
| DEWAYNE WARREN  (DEWAYNE LEVEAST WARREN) | 2:13-cv-06010 |
| DEWAYNE WARREN  (DEWAYNE LEVEAST WARREN) | 2:14-cv-00357 |
| DOGGETTE, RONALD | 2:13-cv-06010 |
| DONS BAIT AND TACKLE, | 2:13-cv-5367 |
| DUET, AUGUST | 2:13-cv-06651 |
| EDWARD MOVING SERVICE  (WILLIAMS SR., EDWARD) | 2:13-cv-06010 |
| EDWARDS, MARSHALL | 2:13-cv-06010 |
| EXPLORING TAMPA BAY.COM, | 2:13-cv-5367 |
| FLA SURVEYS CORP | 2:14-cv-01106 |
| FORBES, CHRISTIAN | 2:13-cv-06010 |
| FRANKLIN, KENDRICK | 2:13-cv-06010 |
| GENIUNEDEALZ.COM LLC | 2:13-cv-06009 |
| GENIUNEDEALZ.COM LLC | 2:13-cv-06010 |
| GREENE CANFIELD DE GEORGE LTD - ANTHONY DEGEORGE, | 2:13-cv-5367 |
| GRIFFIN, JIMMIE | 2:13-cv-06010 |

| | |
|---|---|
| HENDERSON, BUCK | 2:13-cv-06010 |
| HILLIARD, KENNETH | 2:13-cv-01717 |
| HINES, REGINA | 2:13-cv-06010 |
| HUDSON, MARCUS | 2:13-cv-06010 |
| HUGH M DOWLING SR | 2:13-cv-06010 |
| HUGH M DOWLING SR | 2:13-cv-06010 |
| HUGH M DOWLING SR | 2:13-cv-06651 |
| Irene Joyner | 2:13-cv-5367 |
| JEFFERSON, GWEN | 2:13-cv-06651 |
| JERRY WOODS | 2:13-cv-06010 |
| JOHNSON, DUANE | 2:13-cv-06651 |
| JONES, ANTHONY | 2:13-cv-06651 |
| JONES, ANTHONY | 2:14-cv-00357 |
| JONES, ANTHONY | 2:13-cv-06010 |
| JUSTIN A SKIDMORE | 2:13-cv-06010 |
| JUSTIN A SKIDMORE | 2:13-cv-06010 |
| JUSTIN A SKIDMORE | 2:13-cv-06651 |
| K & D CULTURED MARBLE, INC., | 2:13-cv-06010 |
| KIDZ COURTYARD DAYCARE  (WILLIAMS, CLEAVON) | 2:13-cv-06651 |
| LEWIS, EDWARD | 2:13-cv-06010 |
| LUCIEN A & ELIZABETH B SHAW | 2:13-cv-06010 |
| LUSTER, CECIL | 2:13-cv-06010 |
| MACEO, JUAN | 2:13-cv-06010 |
| MACEO, JUAN | 2:13-cv-06010 |
| MACEO, JUAN | 2:13-cv-06651 |
| MAGEE, ANDELL | 2:13-cv-06010 |
| MAJESTIC PAINTING LLC, | 2:13-cv-01717 |
| MAJOR WHITEHEAD | 2:13-cv-06010 |
| MAJOR WHITEHEAD | 2:13-cv-06010 |
| MAJOR WHITEHEAD | 2:14-cv-00357 |
| MANASOTA KEY REALTY INC, | 2:13-cv-5367 |
| MARVIN J RIPP JR & LISA K APPEL | 2:13-cv-06010 |
| MAY, DAVID | 2:13-cv-06010 |
| MCCANTS, JERRY | 2:13-cv-06010 |
| MCCANTS, JERRY | 2:13-cv-06010 |
| MCCANTS, JERRY | 2:13-cv-06651 |
| MCCOVERY SEAFOOD, | 2:13-cv-06010 |
| MICHAEL E. GOODELL | 2:13-cv-5367 |
| MICHAL J RYAN DBA M R CONSTRUCTION | 2:13-cv-06010 |
| MICKLES, JAMES | 2:13-cv-06010 |
| MIKE'S QUICK STOP #9, INC. | 2:13-cv-06010 |
| NANCY HOTEL, INC. | 2:13-cv-5367 |
| NICHOLAS WOOSLEY | 2:13-cv-06010 |
| NICHOLAS WOOSLEY | 2:14-cv-00359 |
| ORTEGA, SEBASTIAN | 2:14-cv-00358 |
| PAINE, CHARLES | 2:13-cv-06651 |
| PATMAR EXPRESS LLC DBA HOLIDAY INN EXPRESS & SUITES, | 2:14-cv-01321 |

| | |
|---|---|
| PINELLAS MORTGAGE SERVICES, INC., | 2:13-cv-5367 |
| PRICE RENTALPRICE, BARBARA | 2:13-cv-06010 |
| R & R FLOORING LLC, | 2:13-cv-5367 |
| RAMIREZ, JONATHAN | 2:13-cv-06010 |
| REGINALD WIGGINS | 2:13-cv-06010 |
| RICHARD E SMITH | 2:13-cv-06010 |
| RICHARDS SEAFOOD PATIO, | 2:13-cv-01717 |
| RODNEY E. MURRAY | 2:13-cv-06009 |
| RODNEY E. MURRAY | 2:13-cv-06009 |
| RODNEY E. MURRAY | 2:13-cv-06010 |
| RODNEY E. MURRAY | 2:13-cv-06651 |
| S&A ANGEL LEARNING CENTER  (WILLIAMS, SHIRLEY) | 2:13-cv-06651 |
| SAMPSON, JUANDA | 2:13-cv-06010 |
| SCHULZ, DIANE | 2:13-cv-06010 |
| STEVE SIMMONS | 2:13-cv-06010 |
| TAMIKA PHARRPHARR, TAMIKA | 2:13-cv-06010 |
| TERESA A & PATRICK M KNUE DBA K AND K YACHT SERVICES | 2:13-cv-06010 |
| WALLACE TAYLOR  (V.W TAYLOR INC) | 2:13-cv-06010 |
| WILMER & REYNA R RUIZ | 2:13-cv-01717 |
| WIRELINE MANAGEMENT | 2:13-cv-06010 |
| X-TREME CONTRACTING LLC, | 2:13-cv-06010 |