**Exhibit "A"**

| PLAINTIFF NAME | CIVIL NO. 2:10-CV-08888-CJB-SS SHORT FORM JOINDER DOCUMENT NUMBER(S) | EASTERN DISTRICT OF LOUISIANA DOCKET NUMBER |
|---|---|---|
| DEAN BLANCHARD SEAFOOD, INC. | 85406, 133258, 133263, 85408, 133255, 133266, 120118 | 2:13-CV-01978 |
| MULL & ASSOCIATES FINANCIAL SERVICES, LLC | 119685 | 2:13-CV-01497 |
| MAYFIELD, SHANE M. | 120586, 132247 | 2:13-CV-01730 |
| SHEMPER SEAFOOD COMPANY, INC. | 120086, 130049, 105879 | 2:13-CV-01002 |
| DAL-CO, LLC | 135898 | 2:13-CV-05241 |
| J SHEMPER SEAFOOD | 120904, 132255 | 2:13-CV-01690 |
| MISS BECKY SEAFOOD, INC. | 130046, 121031 | 2:13-CV-01000 |
| GULF COAST OYSTERS, INC. | 111421, 119151, 120112, 131962 | 2:13-CV-01664 |
| R. FOURNIER & SONS, INC. | 120588, 131957 | 2:13-CV-01587 |
| P & J OYSTER COMPANY, INC. | 131675, 57961 | 2:13-CV-01280 |
| ROOKIE BOATS OF MS, LLC | 111570, 131953 | 2:13-CV-01521 |
| YANKEE CANAL SEAFOOD, INC. | 133272 | 2:13-CV-01973 |
| SUNSERI, SALVADOR BLAKE | 58626, 131679 | 2:16-CV-06185 |