UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE: BARBIER |
| Kolian, et al., vs. BP Exploration & Production Inc., et al. | * * * | MAGISTRATE: SHUSHAN |
| Civil Action No.: 12-cv-02338 | * | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST ADRIATIC MARINE, LLC

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Stephan Kolian, *et al.*, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this Notice of Voluntarily Dismissal without Prejudice of all claims against Defendant, Adriatic Marine, LLC, asserted in the matter of *Kolian, et al. v. BP Exploration & Production, Inc., et al,* Civil Action No. 12-2338, in the United States District Court for the Eastern District of Louisiana, which matter has been consolidated into the *Deepwater Horizon* multi-district litigation, MDL Cause No. 2179. As of the date of this filing, Adriatic Marine, LLC has not filed an Answer in Civil Action No. 12-2338.

**WHEREFORE**, Plaintiffs, Stephan Kolian, *et al.*, voluntarily dismiss without prejudice all claims, and withdraws all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Adriatic Marine, LLC as set forth in the matter of *Kolian, et al. v. BP Exploration & Production, Inc., et al,* Civil Action No. 12-2338, in the United States District Court for the Eastern District of Louisiana.

This 26th day of July, 2016.

Respectfully submitted:

_____
**KELLEY B. STEWART** (FL # 492132)
KStewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301
Telephone: (954) 763-8181
Facsimile: (954) 763-8292

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntay Dismissal Without Prejudice of Plaintiffs' Claims Against Adriatic Marine LLC has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of July, 2016.

_____
Kelley B. Stewart