# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION FOR ENTRY OF AN ORDER RELATING TO THE REVISION OF CERTAIN PRESERVATION PROCEDURES

BP Exploration & Production Inc., BP America Production Company, and BP America Inc.'s ("BP"), through its undersigned counsel, respectfully move this Court for an Order in the form submitted herewith, revising the requirements of ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation procedures and electronic data.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)

312-862-2200 (Fax)

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street NW
Washington, DC 20005
202-879-5951 (Tel)
202-879-5200 (Fax)

Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America Inc.

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of July 2016.

      /s/ Don K. Haycraft