UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, and BP AMERICA INC.'s MOTION FOR ENTRY OF AN ORDER RELATING TO THE REVISION OF CERTAIN PRESERVATION PROCEDURES**

BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") have moved this Court for an Order in the form submitted herewith, seeking to revise the requirements of ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation procedures and electronic data. In support, BP states as follows:

PTO 1 ¶14 provides for a broad preservation of potentially-relevant evidence, including electronic data maintained by employees, agents, contractors, and others with materials "reasonably anticipated to be subject to discovery…." PTO 1 ¶14 also includes the obligation "not to alter any such thing as to its form, content or manner of filing, and to preserve, among other things, "hard drives, backup data, removable computer storage media such as tapes, discs and cards, printouts, document image files…." These obligations have required BP to maintain many duplicative copies of electronic data and to keep such data on numerous storage devices and hardware. Given the status of the litigation and the current ability to store such data in more

efficient systems and formats, the preservation of multiple, identical copies and a large volume of hardware and other devices is an unnecessary and unduly burdensome requirement.

This Motion seeks the entry of an order permitting BP to take a range of actions related to such data and other information contained on computer hard drives and similar devices, while continuing to preserve such data, as had been required by ¶14. The requested order recognizes the evolving procedural posture of this case and helps ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of such discovery and preservation obligations.

This Order supersedes and moots certain portions of PTO 1 ¶14. Specifically, BP seeks entry of an Order allowing it, among other things, to:

1. delete, overwrite, or wipe certain information from devices that are being replaced, upgraded, reimaged, disposed of, or returned at the end of lease, provided that BP has made and preserves a copy that meets specified forensic standards;

2. copy such information from one device to another, or from one location to another;

3. load loose information into an enterprise content management system; and

4. eliminate the requirement that BP preserve certain types of information and other data created after the date of the proposed order.

Taking these steps will reduce physical and electronic storage demands, while continuing to preserve forensically-sound copies of the relevant data, records, and other materials required to be preserved by PTO 1, though not necessarily on the same hardware or in the same electronic system. WHEREFORE, BP respectfully requests that this Court enter an Order in the form submitted herewith.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street NW
Washington, DC 20005
202-879-5951 (Tel)
202-879-5200 (Fax)

Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of July 2016.

                                                  /s/ Don K. Haycraft