UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER RELATING TO EVIDENCE PRESERVATION REQUIREMENTS

CONSIDERING BP Exploration & Production Inc., BP America Production Company, and BP America Inc.'s ("BP") motion for an order governing preservation requirements, it is hereby ORDERED:

**I.     GENERAL PROVISIONS**

1.     This Multi-District Litigation ("MDL") was constituted on August 10, 2010.  The Parties have engaged in extensive discovery and trial has been held on many claims.  In light of the changed procedural posture of the case and to conform to the requirement that the Court ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of such discovery and preservation obligations, the Court hereby enters the following Order authorizing BP  to revise its preservation obligations as follows:

2.     This Order supersedes and moots the relevant portions of PTO 1 ¶14.

**II.     DEFINITIONS**

3.     "Forensically Sound Copy" of an electronic file shall mean a copy made by a method that (a) verifies complete and successful transfer (for instance by use of a hash value); (b) does not alter, in any way, the file and application of Metadata Fields associated with that

1

electronic file; and (c) is documented by a log identifying the date and time of copying, the software used to complete the copy, the original location of the file, and the individual making the copy.

    4.    "Information" shall be interpreted broadly to include writings and electronically stored information as that term is used in Federal Rule of Civil Procedure 26. Information includes, but is not limited to, Drafts, records, files, correspondence, reports, memoranda, calendars, diaries, minutes, electronic messages, voice mail, e-mail, telephone message records or logs, printouts, document image files, web pages, databases, spreadsheets, software, books, ledgers, journals, orders, invoices, bills, vouchers, check statements, worksheets, summaries, compilations, computations, charts, diagrams, graphic presentations, drawings, films, charts, digital or chemical process photographs, video, phonographic, tape or digital recordings or transcripts thereof, drafts, jottings and notes, studies or drafts of studies or other similar such material. Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices, and file and application metadata, including embedded data such as track changes and comments, is also included in this definition. Documents include both paper documents and electronic files regardless of whether stored on servers, hard drives, backup data, removable computer storage media such as tapes, discs and cards, or other electronic media. For purposes of this Order only, Information does not include tangible things other than paper documents and storage media described herein.

    5.    "Potentially Relevant Information" shall mean Potentially Relevant Evidence that falls within the definition of Information.

    6.    "Potentially Relevant Evidence" shall mean any document, data, or any other tangible thing that is discoverable in this action pursuant to Federal Rule of Civil Procedure

26(b) as amended in 2015, as well as any tangible thing that would be discoverable but for the application of a privilege or protection such as the attorney work product protection or the attorney-client privilege.

7. "Preserve(d)" shall mean to keep and not to alter any Potentially Relevant Evidence as to its form, content or manner of filing. In the case of an electronic file, it means to retain the original file (including its file and application metadata) or a Forensically Sound Copy of that file.

### III. THE PRESERVATION OBLIGATION

8. Except as expressly set forth in this Order, BP shall take reasonable steps to Preserve all presently existing Potentially Relevant Evidence that is in its possession, custody or control on the date of this Order.

9. BP is not required to preserve Potentially Relevant Evidence or other data created after the date of this Order.

### IV. PERMISSIBLE USES OF DEVICES

10. Notwithstanding any other Order, BP may delete, overwrite, or wipe Potentially Relevant Information from devices that are being replaced, upgraded, reimaged, disposed of, or returned at the end of lease, provided that BP has made and Preserves a Forensically Sound Copy of such Potentially Relevant Information.

11. BP may copy Potentially Relevant Information from one device to another, or from one location to another, provided that the copy of the Potentially Relevant Information remains accessible in the first location or the new copy is a Forensically Sound Copy.

12. BP may load loose Potentially Relevant Information into an enterprise content management system, provided that: (1) the enterprise content management system captures all Metadata Fields that must be produced under this order and does not convert the format of the Potentially Relevant Information in a way that makes it significantly less accessible; or (2) the Party Preserves the Potentially Relevant Information in its native format.

13. BP may upgrade, patch, reprogram, or customize software that stores relevant data, even if such actions alter the way data is maintained, stored, or viewed.

14. BP may take any of the following actions with respect to Potentially Relevant Information in a database provided that it is part of the routine use of the database: input additional data; access data; update the software running the database; append new data; and modify existing data.

15. BP may edit or take down any data on a publicly accessible internet site.

16. BP may add data to an intranet or private website. A Party may edit or take down any data on an intranet or private website, provided that a Forensically Sound Copy of the data is made before the change and that copy is Preserved.

17. BP may compress, decompress, encrypt, or decrypt data subject to preservation in this matter provided that any data losses during such processes do not result in loss of the metadata required to be produced under this Order or significantly degrade the quality of the data.

18. BP may update social media sites, but must Preserve any posts it has made to its own social media site.

New Orleans, Louisiana, this _____ day of _____, 2016.

5

                                                   _____
                                                         United States District Judge