UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264. (Rec. Doc. 15903). The Court understands that the parties have resolved the dispute regarding this claimant. Accordingly,

IT IS ORDERED that BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264 (Rec. Doc. 15903) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Claimant 100261254's Motion for Leave to File Sur-Reply (Rec. Doc. 16170) is DENIED AS MOOT.

New Orleans, Louisiana, this 26th day of July, 2016.

United States District Judge