# Exhibit "2"

Case 2:10-md-02179-CJB-SS Document 16050-1 Filed 03/29/16 Page 1 of 3



# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Jimenez | Melibet | | |

| Phone Number | E-Mail Address |
|---|---|
| 9151109298 | elip196@outlook.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| Tonala veracruz Mexico | 96390 Agua dulce veracruz |

Attorney Name and Firm

Attorney E-Mail Address

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A



You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

- ☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

- ☐ Individual Action, (including a new action filed because plaintiff previously only had short form Joinder on file), Eastern District of Louisiana Case No. _____.

- ☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13cv1082 and new Individual Action Case No. _____.

- ☐ Other:

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or Joining the B1 Complaint?

Yes ☒ .   No ☐ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP

2. The date of presentment (MM/DD/YYYY): 01 / 16 / 2013

3. The claim number(s) (if available). _____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ☐ .   No ☒ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

| | | |
|---|---|---|
| | no payment has been received | |

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 05/Abril, 2016

Location (City and State): Tonala Veracruz Mexico

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Evelio Jimenez Perez

Melchor Jimenez Montiel

Print Name

The service of the sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").



3

```
                          0281347
```

## ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL

**ACTA DE DEFUNCION**
CLAVE DE REGISTRO E IDENTIDAD PERSONAL

| OFICIALIA No. | LIBRO No. | ACTA No. | LOCALIDAD | FECHA DE REGISTRO |
|---|---|---|---|---|
| 02 | 0001 | 00055 | VILLA Y PUERTO DE SANCHEZ MAGALLANES | DIA 03 / MES 07 / AÑO 2014 |
| MUNICIPIO CARDENAS | | | ENTIDAD FEDERATIVA TABASCO | |

### FINADO

SEXO MASCULINO (X)   FEMENINO ( )

NOMBRE  MELCHOR        JIMENEZ        MONTIEL
         NOMBRE (S)    PRIMER APELLIDO   SEGUNDO APELLIDO

ESTADO CIVIL SOLTERO (A)    NACIONALIDAD MEXICANA    EDAD 38 AÑOS

DOMICILIO CARRETERA PRINCIPAL S/N, EL BARI 1/SECCION, CARDENAS, TABASCO.

NOMBRE DEL CONYUGE _____   NACIONALIDAD _____

DOMICILIO _____

NOMBRE DEL PADRE  HECTOR JIMENEZ PEREZ    (FINADO)  NACIONALIDAD MEXICANA

NOMBRE DE LA MADRE  CARMEN MONTIEL DE JIMENEZ    (FINADA)  NACIONALIDAD MEXICANA

### FALLECIMIENTO

DESTINO DEL CADAVER  INHUMACION (X)   CREMACION ( )   NOMBRE DEL PANTEON  GENERAL

UBICACION  COLONIA EL BARI 1/SECCION, CARDENAS, TABASCO.    ORDEN No. _____

FECHA DE LA DEFUNCION   16 / JUNIO / 2014    HORA  08:0

LUGAR  CARRETERA PRINCIPAL S/N, EL BARI 1/SECCION, CARDENAS, TABASCO, MEXICO

CAUSA (S) DE LA MUERTE  AI INFARTO AGUDO AL MIOCARDIO

### MEDICO QUE CERTIFICA

NOMBRE DEL MEDICO QUE CERTIFICO LA DEFUNCION   No. DE LA CEDULA PROFESIONAL   NO. DE CERTIFICADO MEDICO
LANDY CRISTELL JIMENEZ VALENZUELA              6712169                          140736264

DOMICILIO  COMPLEJO PESQUERO, COL. LA PUNTA, EXT. S/N., SANCHEZ MAGALLANES, CARDENAS, TABASCO.

### DECLARANTE

NOMBRE  LORENA JIMENEZ MONTIEL        EDAD 44 AÑOS

NACIONALIDAD MEXICANA        PARENTESCO HERMANO(A)

DOMICILIO  COLONIA EL BARI 1/SECCION, CARDENAS, TABASCO.

### TESTIGOS

NOMBRE  MARIA JESUS HERNANDEZ LOPEZ      EDAD 48 AÑOS
NACIONALIDAD MEXICANA        PARENTESCO NINGUNO
DOMICILIO  VILLA BENITO JUAREZ, CARDENAS, TABASCO.

NOMBRE  PEDRO ALOR MARTINEZ       EDAD 45 AÑOS
NACIONALIDAD MEXICANA        PARENTESCO NINGUNO
DOMICILIO  EJIDO CUAUHTEMOCZIN, CARDENAS, TABASCO.

### FIRMAS

LORENA JIMENEZ MONTIEL
DECLARANTE

MARIA JESUS HERNANDEZ LOPEZ        PEDRO ALOR MARTINEZ
                                    TESTIGO

**ANOTACIONES MARGINALES**
PRESENTARON ACTA DE NACIMIENTO N°238,FOJA N° 120,LIBRO N°31,DE FECHA DE REGISTRO 15 DE JUNIO DE 1976,DE ESTA VILLA Y PUERTO SANCHEZ MAGALLANES, CARDENAS,TABASCO.

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO, IMPRIME SU HUELLA DIGITAL. DOY FE.

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

EL C. OFICIAL 02 DEL REGISTRO CIVIL

LIC. JOSE JAIME ULLOA SEGURA
        NOMBRE                    FIRMA

CAPTURA _____        HOJA 1 DE