# Exhibit "2"



# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sosa | Francisco | | |

| Phone Number | E-Mail Address |
|---|---|
| 8116394249 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| Colonia Moreno Ozuluana Veracruz | Ozulvama Veracruz C.P. 92080 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Michell P. Joups Weller Green Toups & Terrier L.L.P. Law Firm | Matoups@wgttelaw.com |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**

**Any prior name used by Plaintiff from April 2010 to present?**

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:**

**Please indicate your status:**

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

*Francisco Sosa Moreno* (signature in margin)

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13CU 108 and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes ✓ .   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP/NPFC

2. The date of presentment (MM/DD/YYYY): ___/___/___.

3. The claim number(s) (if available). 1071897 .

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes _____,   No ✗ .

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

No Payment Has Been Made

Francisco Jose Blomena

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: /09 Abril/, 2016

Location (City and State): Colonia Morena Ozuluama Veracruz Mexico

_Francisco Sosa M._
Signature of Plaintiff (Plaintiff's Attorney <u>cannot</u> Sign on Plaintiff's Behalf) Francisco Sosa M.

_Francisco Sosa Moreno_
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

Mitchell A. Toups. Esq.
Weller, Green, Toups & Terrel, LLP
2615 calder, ste. 400
Beaumont, Tx 77702
(409)8380101 - (409)8328577 (FAX)
matoups@wgttlaw.com

3