# Exhibit "2"

EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
*Civil Action No. 10-MD-2179-CJB-SS*

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| PALACIOS MEDINA | JOSE | LUIS | |

| Phone Number | E-Mail Address |
|---|---|
| 768 101 8068 | cassxxl-nelly@hotmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| C. Silverio R. Alvarado s/n | Loc. Cucharas 92093 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Mitchell A. Toups Weller, Green Toups y Terrel L.L.P. Law Firm | matoups@wgttlaw |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☑ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

- ☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

- ☐ Individual Action, (including a new action filed because plaintiff previously only had short form Joinder on file), Eastern District of Louisiana Case No._____.

- ☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13cv1082 and new Individual Action Case No._____

- ☐ Other:

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or Joining the B1 Complaint?

   Yes ___☒___.        No ___☐___.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP

2. The date of presentment (MM/DD/YYYY): 01 / 16 / 2013

3. The claim number(s) (If available). 1067336

4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes ___☐___.        No ___☒___.

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

no payment has been received

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __05 DE ABRIL DE__ 2016

Location (City and State): Cucharas Ozuluama Veracruz México

_____
Signature of Plaintiff (Plaintiff's Attorney **cannot** sing on Plaintiff's behalf)

PALACIOS MEDINA JOSE LUIS
_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL. 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North laSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, IA 70112 |
| Chicago IL. 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

Mitchell A. Toups. Esq.
Weller, Green, Toups & Terrel, LLP
2615 calder, ste. 400
Beaumont, Tx 77702
(409)8380101 - (409)8328577 (FAX)
matoups@wgttlaw.com

| ACTA DE NACIMIENTO | |
|---|---|
| | 2A. COPIA DEL ACTA |
| | 3012101 36006352 |

**ESTADOS UNIDOS MEXICANOS**
**REGISTRO CIVIL**

No DE CONTROL: 106514

CLAVE UNICA DE REG. DE POBLACION: 30 12 10 18 60 06 852

| OFICIALIA No. | LIBRO No. | ACTA No. | LOCALIDAD | | FECHA DE REGISTRO | | |
|---|---|---|---|---|---|---|---|
| 01 | 03 | 00635 | OZULUAMA | | DIA | MES | AÑO |
| MUNICIPIO O DELEGACION | | | ENTIDAD FEDERATIVA | | | | |
| OZULUAMA | | | VERACRUZ | | 22 | 12 | 86 |

**REGISTRADO**  SEXO: MASCULINO ☒  FEMENINO ☐

NOMBRE: JOSE LUIS (NOMBRE(S))    PALACIOS (PRIMER APELLIDO)    MEDINA (SEGUNDO APELLIDO)

FECHA DE NACIMIENTO: 21 de Abril de 1957 — HORA 17:00

LUGAR DE NACIMIENTO: Cucharas (LOCALIDAD)  Ozuluama (MUNICIPIO O DELEGACION)  Veracruz (ENTIDAD FEDERATIVA)

FUE REGISTRADO: VIVO ☒  MUERTO ☐   No. DE CERTIFICADO DE NACIMIENTO ——

COMPARECIO:  EL PADRE ☐   LA MADRE ☒   AMBOS ☒   PERSONA DISTINTA ☐

**PADRES**

NOMBRE DEL PADRE: —— NACIONALIDAD —— EDAD —— AÑOS
DOMICILIO: ——
NOMBRE DE LA MADRE: Amparo Inocencia Palacios Medina  NACIONALIDAD: mexicana  EDAD: 47 AÑOS
DOMICILIO: Poblado Cucharas, Cong. Granadilla Segunda, Mpio. Ozuluama, Veracruz

**ABUELOS**

ABUELO PATERNO: ——  NACIONALIDAD ——
ABUELA PATERNA: ——  NACIONALIDAD ——
DOMICILIO(S): ——
ABUELO MATERNO: Anastacio Palacios Delgado (finado)  NACIONALIDAD: mexicana
ABUELA MATERNA: Tomasa Medina Almendra (finada)  NACIONALIDAD: mexicana
DOMICILIO(S): ——

**TESTIGOS**

NOMBRE: Feoylán Rivera Luna  NACIONALIDAD: mexicana  EDAD: 32 AÑOS
DOMICILIO: Poblado La Laja, Cong. La Laja, Mpio. Ozuluama, Veracruz
NOMBRE: Catarino Luna Mar  NACIONALIDAD: mexicana  EDAD: 38 AÑOS
DOMICILIO: Ej. Alto del Tigre, Cong. Granadilla Segunda, Mpio. Ozuluama, Veracruz

**PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO**

NOMBRE: ——  PARENTESCO ——  EDAD —— AÑOS
DOMICILIO: ——

FIRMAS DE LOS PADRES O DE LA PERSONA DISTINTA QUE PRESENTA AL REGISTRADO

FIRMAS DE LOS TESTIGOS

HUELLA DIGITAL DEL REGISTRADO

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO, IMPRIMEN SU HUELLA DIGITAL. DOY FE.

EL C. OFICIAL 1º DEL REGISTRO CIVIL

C.P.D. MARIA ISABEL GOMEZ ANELL (NOMBRE)   FIRMA

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

PULGAR DERECHO

# ESTADOS UNIDOS MEXICANOS
## ESTADO LIBRE Y SOBERANO DE VERACRUZ DE IGNACIO DE LA LLAVE
### REGISTRO CIVIL
### ACTA DE DEFUNCION

No. DE CONTROL: 1739218

CLAVE DE REGISTRO E IDENTIFICACION PERSONAL: 3 0 1 2 1 0 1 8 6 0 0 6 8 5 2

OFICIALIA No. 01  LIBRO No. 01  ACTA No. 00036  LOCALIDAD: OZULUAMA DE MASCAREÑAS
MUNICIPIO: OZULUAMA DE MASCAREÑAS  ENTIDAD FEDERATIVA: VERACRUZ
FECHA DE REGISTRO: DIA 06  MES 05  AÑO 2015

**FINADO**  SEXO: HOMBRE [X]  MUJER [ ]

NOMBRE: JOSE LUIS  PALACIOS  MEDINA
(NOMBRE (S)) (PRIMER APELLIDO) (SEGUNDO APELLIDO)

FECHA DE NACIMIENTO: 21 DE ABRIL DE 1957  EDAD: 58 AÑOS  MESES  DIAS
NACIONALIDAD: MEXICANA  HORAS:  MINUTOS:
LUGAR DE NACIMIENTO: CUCHARAS (LOCALIDAD)  OZULUAMA DE MASCAREÑAS (MUNICIPIO)  VERACRUZ (ENTIDAD FEDERATIVA)  MEXICO (PAIS)
DOMICILIO HABITUAL: SILVERIO R. ALVARADO S/N CUCHARAS  ESTADO CIVIL: CASADO
GRANADILLA SEGUNDA (LOCALIDAD)  OZULUAMA DE MASCAREÑAS (MUNICIPIO)  VERACRUZ (ENTIDAD FEDERATIVA)  MEXICO (PAIS)
NOMBRE DEL CONYUGE: GRACIELA ORTEGA MORATO  NACIONALIDAD: MEXICANA
NOMBRE DEL PADRE: -- -- -- -- -- -- -- -- -- -- -- -- -- --(-- --  NACIONALIDAD: MEXICANA
NOMBRE DE LA MADRE: AMPARO INOCENCIA PALACIOS MEDINA  NACIONALIDAD: MEXICANA

**FALLECIMIENTO**

FECHA DE DEFUNCION: 02 DE MAYO DE 2015  HORA: 18:30
LUGAR: EN SU DOMICILIO  CERTIFICADO No.: 150837186
DESTINO DEL CADAVER: INHUMACION [ ]  CREMACION [X]  NOMBRE DEL PANTEON O CREMATORIO: FUNERARIA RAMIREZ
UBICACION: COL. LAS CONCHITAS CD. MADERO, TAMAULIPAS  ORDEN No.: --
DONDE FALLECIO: CUCHARAS GRANADILLA SEGUNDA OZULUAMA, VERACRUZ
CAUSAS DE LA MUERTE: (A) SHOCK HIPOVOLEMICO POR HERIDAS CON PROYECTIL DE ARMA DE FUEGO.
(B) --
(C) --
(D) --
Partell. --

NOMBRE DEL MEDICO QUE CERTIFICO LA DEFUNCION: DR. LUIS OCTAVIO ORTIZ RODRIGUEZ
No. DE CEDULA PROFESIONAL: 3627522
DOMICILIO: NIÑOS HEROES 6 COL. MARIANO ESCOBEDO NARANJOS, VERACRUZ

**DECLARANTE**
NOMBRE: JULIAN CONSTANTINO GONZALEZ  EDAD: 51 AÑOS
NACIONALIDAD: MEXICANA  PARENTESCO: NINGUNO
DOMICILIO: NACIONAL HIDALGO OZULUAMA, VERACRUZ  OCUPACION: EMPLEADO

**TESTIGOS**
NOMBRE: CLARA RAMOS VELAZQUEZ  NACIONALIDAD: MEXICANA  EDAD: 49 AÑOS
DOMICILIO: HILARIO MENINDEZ PEÑA 102 OZULUAMA, VERACRUZ  OCUPACION: EMPLEADA  PARENTESCO: NINGUNO
NOMBRE: ALMA ELISA RIVERA FLORES  NACIONALIDAD: MEXICANA  EDAD: 47 AÑOS
DOMICILIO: 16 DE SEPTIEMBRE COL. CTM OZULUAMA, VER.  OCUPACION: EMPLEADA  PARENTESCO: NINGUNO

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES
ESTA ACTA SE LEVANTA DE ACUERDO AL OFICIO NÚMERO UIPJ-DI/F4/858/2015 DE FECHA 06 DE MAYO DEL 2015, ENVIADO POR EL C. AGENTE DEL MINISTERIO PÚBLICO INVESTIGADOR DE OZULUAMA, VERACRUZ. INVESTIGACIÓN MINISTERIAL NO. UIPJ-DI/F4/130/2015-V.

**FIRMAS**

JULIAN CONSTANTINO GONZALEZ
DECLARANTE

CLARA RAMOS VELAZQUEZ
TESTIGO

ALMA ELISA RIVERA FLORES
TESTIGO

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO IMPRIMEN SU HUELLA DIGITAL

EL C. OFICIAL No. 01 DEL REGISTRO CIVIL
LIC. ITZEL AMARANTA CHAVEZ BETANCOURT
NOMBRE  FIRMA

EN NOMBRE DEL PODER EJECUTIVO DEL ESTADO
y como Encargado del Registro Civil en este Municipio, hago saber a los que la presente vieren, y certifico ser cierto que, a foja......342 frente y vuelta......
del libro número......UNO DE NACIMIENTOS......correspondiente al año de......1977...... que
llev...A ESTA...oficina...DEL REGISTRO CIVIL...se encuentra un acta del tenor siguiente:

N° 414823



**SECRETARÍA DE GOBIERNO**

DIRECCIÓN GENERAL DE GOBERNACIÓN

Estado Libre y Soberano de Veracruz de Ignacio de la Llave

Para Certificados de las Actas del Estado Civil de la Entidad Federativa de Veracruz de Ignacio de la Llave

Al margen izquierdo dice: Nacimiento de la niña GRACIELA ORTEGA MORATO hija legitima de Blas Ortega y de Leoba Morato de Ortega .-

Al centro: ACTA DE NACIMIENTO NÚMERO.. Trescientos Cuarenta y Dos .-
En......La Ciudad de Ozuluama.......
Estado de Veracruz-Llave, siendo las......14 catorce .-......horas
......15 quince .-......minutos, del día...25 veinticinco
del mes de......Marzo .-......del año de mil novecientos
......setenta y siete .-...ante mi. Haniel Uziel González Osorio
el oficial Encargado del Registro Civil de este Municipio, comparecieron el señor Blas Ortega y la señora Leoba Morato de Ortega .-
y presentaron un a niñ a de nombre. GRACIELA ORTEGA MORATO .-
...que ocupa el 3º lugar .-
nacid...a...en Cucharas .-
a las...3 tres .-......horas, -------minutos
del día......26 veintiseis .-...del mes de....Febrero .-
del año de mil novecientos......setenta y dos .-

### PADRES

| Nombre | Blas Ortega .- | Leoba Morato de Ortega .- |
|---|---|---|
| Origen | Granadilla .- | Mamey .- |
| Vecindad | Granadilla Segunda .- | |
| Domicilio | Cucharas .- | |
| Estado Civil | casados .- | |
| Ocupación | pescador .- | labores del hogar .- |
| Edad | 65 sesenta y cinco .- | 37 treinta y siete .- |
| Nacionalidad | Mexicana .- | |

### ABUELOS PATERNOS

| Nombre | Silvestre Ortega .- | Macedonia Zaleta .- |
|---|---|---|
| Domicilio | Finados .- | |

### ABUELOS MATERNOS

| Nombre | Regino Morato .- | Agueda Santos .- |
|---|---|---|

Domicilio.................Cucharas.................................

(Si la persona presentada fuere descendiente natural y el padre, la madre o ambos lo reconocen dentro del término de Ley, se asentará el hecho en estas líneas, así como cualquiera circunstancia particular que deba hacerse constar).

## TESTIGOS

| | | |
|---|---|---|
| Nombre............ | Paulino L. Chávez .- | Leo C. del Angel .- |
| Estado Civil....... | casado .- | soltero ,- |
| Ocupación......... | empleados .- | |
| Edad.............. | 32 treinta y dos .- | 20 veinte años .- |
| Vecindad.......... | Ozuluama .- | |
| Domicilio......... | conocidos .- | |

Leída la presente acta a las personas que intervinieron en ella, la ratifican y firmaron los que supieron... doy fe .-. Firma ilegble .- Huellas de Blas Ortega
(En estas líneas se asentará inmediatamente: "Doy fe", cuando todos los
....Leova Morato .- Paulino L. Chavez .- Rubricas .- - - - - - -
que intervinieron saben firmar o: "imprimiendo sus huellas digitales quienes no supieran hacerlo. -Doy fe". cuando alguno o algunos no sepan).

Es copia fiel de su original que expido en.LA CIUDAD DE OZULUAMA. Ver) a...29.. del mes de........NOVIEMBRE..........del año dos mil .SEIS.

LIC. ALMA DELIA BETANCOURT DEL ANGEL .-
LA OFICIAL (Encargado) DEL REG. CIVIL .-

..............................
(Oficial)