# Exhibit "2"

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| MARTINEZ | LUIS | ENRRIQUE | |

| Phone Number | E-Mail Address |
|---|---|
| 846 1000 640 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| MORALES S/N, TAMPICO ALTO VERACRUZ | TAMPICO ALTO VERACRUZ C.P. 92041 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| MITCHELL A. TOUPS WELLER GREEN TOUPS & TERRELL LP LAW FIRM. | matoups@wgttlaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

R.F.C. SCP 780420 PT9

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☑ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

[signature: Luis Enrrique Mtz]

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form Joinder on file), Eastern District of Louisiana Case No._____.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13cv1082 and new Individual Action Case No._____.

☐ Other:

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or Joining the B1 Complaint?

Yes ☒ .    No ☐ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP

2. The date of presentment (MM/DD/YYYY): 01 / 16 / 2013

3. The claim number(s) (If available). 1064678

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ☐ .    No ☒ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

no payment has been received

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 11/ABRIL, 2016

Location (City and State): TAMPICO ALTO VERACRUZ MEXICO

_Luis Enrique MtzL_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Luis Enrique MtzL

LUIS ENRRIQUE MARTINEZ LORENZO
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

Mitchell A. Toups. Esq.
Weller, Green, Toups & Terrel, LLP
2615 calder, ste. 400
Beaumont, Tx 77702
(409)8380101 - (409)8328577 (FAX)
matoups@wgttlaw.com

Soc: Coop. De Prod. Pesq.
Pescadores de Cabo Rojo
S C. De R.L. Mc. 3937-p

Domicilio Social
Morales, Cabo Rojo, Ver.

3