# EXHIBIT "4"

APR - 2 2013



MARCH 20, 2013

MITCHELL TOUPS
WELLER, GREEN, TOUPS & TERRELL, L.L.P.
P.O. BOX 350
BEAUMONT, TX 77704-0350

Re:   *Claim Determination Notification*

Dear MITCHELL TOUPS:

The BP Claims Program has evaluated the claims referenced in Exhibit "1" submitted on behalf of your clients in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. As you will see, these claims correspond to foreign claimants, specifically Mexican nationals and businesses, in the following client groups as identified in Exhibit "A" of your cover letter:  Mexican COOP Claimants, Concession Claimants, Retail and Processing Claimants, and Yucatan Claimants. We have concluded that, based on the information submitted, these claimants have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]

Section 1007 of OPA allows recovery by foreign claimants only if authorized by treaty, executive agreement, or State Department certification. In the Order dated December 9, 2011, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana concluded that Mexican States are not authorized to recover damages under OPA for their claims under Section 1007. For reasons similar to those given by Judge Barbier in his ruling, claims from other types of claimants residing in Mexico also are not compensable under OPA.

You may elect to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.