# Exhibit "1"

**EXHIBIT A**
**IN RE: OIL SPILL by "Deepwater Horizon"**
**MDL 2179    Section J    Hon. Carl J. Barbier**
**PLAINTIFF PROFILE FORM ["PPF"]**

| Last Name | First Name | Middle/Maiden | Suffix |
|---|---|---|---|
| Martinez Castillo | Maria | Esther | |

| INDIVIDUAL CLAIM   YES ■ NO ☐ | BUSINESS CLAIM   YES ☐ NO ■ |
|---|---|
| **Employer Name**  Permisionaria Meria Esther Martinez Castillo | **Business Name** |
| **Job Title/Description**  Independent Fisherman | **Type of Business** |
| **Address**  C Insurgentes Lt 22 MZA 4, Col Benito Juarez | **Address** |
| **City / State / Zip**  Pueblo Viejo, Veracruz  92030 | **City / State / Zip** |
| **Social Security Number**  107580504 | **Tax ID Number** |

**Attorney Information:**

| | |
|---|---|
| Mitchell A. Toups<br>Weller, Green, Toups & Terrell, LLP<br>P.O. Box 350<br>Beaumont, TX 77704<br>(409) 838-0101; Fax: (409) 832-8577<br>Email: matoups@wgttlaw.com | Ezequiel Reyna, Jr.<br>Law Offices of Ezequiel Reyna, Jr., P.C.<br>702 West Expressway 83, Suite 100<br>Weslaco, TX 78596<br>956-968-9556; Fax: 956-969-0492<br>Email: zreynajr@zreynalaw.com |
| Claim filed with BP? Yes ☐ NO ■<br>If yes, BP Claim No.: _____ | Claim filed with GCCF? YES ☐ NO ■<br>If yes, GCCF Claim No.: _____ |

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
■ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
■ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other: _____

| Original Case Caption: *Bernard, et al v. BP, plc, et al* | Original Civil Action No. 2:12 CV 349 CJB |
|---|---|
| Originating Court: USDC – EDLA – New Orleans Division | EDLA No. 2:12 CV 349 CJB |

**Claim Type (Please check all that apply):**

Non-governmental Economic Loss and Property Damage Claims (Bundle B1)

■ Commercial fisherman, shrimper, crabber or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering
☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
☐ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico
☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof
■ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater
☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
☐ Owner, lessor or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds
☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.
☐ Person who utilizes natural resources for subsistence.
☐ Other: _____

| Post-Explosion Personal Injury, Medical Monitoring and Property Damage Related to Cleanup (Bundle B3) |
|---|
| ☐ Boat captain or crew involved in the vessels of opportunity program.<br>☐ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.<br>☐ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities<br>☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.<br>☐ Resident who lives or works in close proximity to coastal waters.<br>☐ Other: _____ |
| **Brief Description** (For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue):<br><br>Plaintiff is a commercial fishermen located in Pueblo Viejo, in Veracruz, Mexico. Plaintiff has relied upon and is dependent on such activities as fishing and/or the harvesting of marine life, or a direct relationship to individuals involved in the fishing and/or harvesting of marine life, to generate a significant part of his/her income and revenues. With the wellhead's prolonged gushing of tens of thousands of gallons of oil per day into the waters of the Gulf of Mexico, Plaintiff has suffered, is suffering, and will continue to suffer, serious financial losses and damages, including but not limited to, lost wages, lost profits, and incurred present and future expenses related to preventative measures, scientific studies, lost business and developmental opportunities, and other damages and injuries. |
| For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.<br><br>Not applicable |
| For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working:<br><br>Not applicable. |

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179, all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Mitchell A. Toups               3/19/2012
**Claimant or Attorney Signature**      Date