# Exhibit "2"

EXHIBIT A

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Civil Action No. 10-MD-2179-CJB-SS |||||
|---|---|---|---|---|
| SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS) |||||
| **Last Name** <br> HEREDIA REYES | **First Name** <br> RICARDO || **Middle Name/Maiden** | **Suffix** |
| **Phone Number** <br> 7831362904 ||| **E-Mail Address** <br> eassxxi_nely@hotmail.com ||
| **Current Mailing Address** <br> Calle Sin nombre S/N <br> Col. la Mata. Tuxpan ver. ||| **City / State / Zip** <br> Tuxpan ver. C.P. 92 770 ||
| **Attorney Name and Firm** ||| **Attorney E-Mail Address** ||
| Any prior Mailing Address used by Plaintiff from April 2010 to present? |||||
| Any prior name used by Plaintiff from April 2010 to present? |||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: |||||

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*

☒ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

- ☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

- ☐ Individual Action, (including a new action filed because plaintiff previously only had short form Joinder on file), Eastern District of Louisiana Case No._____.

- ☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13cv1082 and new Individual Action Case No._____.

- ☐ Other:

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or Joining the B1 Complaint?

Yes ☒ .   No ☐ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP

2. The date of presentment (MM/DD/YYYY): 01 / 16 / 2013

3. The claim number(s) (If available). 1073890

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ☐ .   No ☒ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

| | |
|---|---|
| no payment has been received | |

Case 2:10-md-02179-CJB-SS    Document 16050-1    Filed 03/29/16    Page 3 Of 3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __05 DE ABRIL DE__ 2016

*LIDER DEL GRUPO*
*RICARDO HEREDIA REYES.*

Location (City and State): __TUXPAN, VER, MÉXICO__

_____
**Signature of Plaintiff** *(Plaintiff's Attorney **cannot** sing on Plaintiff's behalf)*

**HEREDIA REYES RICARDO**
_____
**Print Name**

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016.</u> Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL. 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North laSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, IA 70112 |
| Chicago IL. 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

Mitchell A. Toups. Esq.
Weller, Green, Toups & Terrel, LLP
2615 calder, ste. 400
Beaumont, Tx 77702
(409)8380101 - (409)8328577 (FAX)
matoups@wgttlaw.com