# Exhibit "2"



# EXHIBIT A

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**
**Civil Action No. 10-MD-2179-CJB-SS**

### SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Cruz | Rosalino | | |

| Phone Number | E-Mail Address |
|---|---|
| 833 151 7305 | cesarcruzp@hotmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| La Calle S/N Ozuluama Veracruz | Ozuluama Veracruz C.P 92090 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Mitchell A Toups Weller Green Toups y Terrel L.L.P Law Firm | MGutoups@Wgttlaw.com |

**Any prior Mailing Address used by Plaintiff from April 2010 to present?**

**Any prior name used by Plaintiff from April 2010 to present?**

**The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:**

**Please indicate your status:**

☐ Properly opted out of the Economic and Property Damages Settlement*

☑ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A



*Rosalino Cruz Danilo* (signature)

| You are pursuing a claim against at least one B1 Defendant by way of (select all that apply): |
|---|
| ☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)* |
| ☐ Individual Action, (including a new action filed because plaintiff previously only had short form Joinder on file), Eastern District of Louisiana Case No. _____. |
| ☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:13cv1082 and new Individual Action Case No. _____ |
| ☐ Other: |
| * A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A. |

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or Joining the B1 Complaint?

Yes __☒__ .        No __☐__ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP

2. The date of presentment (MM/DD/YYYY): 01 / 16 / 2013

3. The claim number(s) (if available): 1067064

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes __☐__ .        No __☒__ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

no payment has been received

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 10 / Abril, 2016

Location (City and State): Ozuluama Veracruz Mexico

_____
Signature of Plaintiff (Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf)

_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

Mitchell A. Toups. Esq.
Weller, Green, Toups & Terrel, LLP
2615 calder, ste. 400
Beaumont, Tx 77702
(409)8380101 - (409)8328577 (FAX)
matoups@wgttlaw.com

3