# Exhibit "1"

Exhibit A/ Anexo A
IN RE: Oils Spill "Deepwater Horizon" EN RE: DERRAME PETROLERO "Deepwater Horizon"
MDL 2179     Secion J     Hon. Carl J. Barbier
PLAINTIFF PROFILE FORM/ PERFIL DEL DEMANDANTE ["PDD"]

| Last Name/Apellido Paterno | First Name/Nombre | Maiden,Middle/Apelldio Materno | Suffix/Inicial |
|---|---|---|---|
| Alcocer Morales | Severo | | |

| INDIVIDUAL CALIM/RECLAMO INDIVIDUAL SI ■ NO ☐ | BUSINESS CLAIM/RECLAMO DE EMPRESA SI ■ NO ■ |
|---|---|
| Employers Name/ Empresa en la Labora | Business Name/Nombre de la Empresa |
| Pescadores Libres de Isla Aguada Campeche | Pescadores Libres de Isla Aguada Campeche |
| Job Title/ Description //Puesto/Descripccion | Business Type//Tipo de Negocio |
| Free Fisherman | Free Fisherman |
| Address/Direccion | Address/Direccion |
| City/ Sate/ Zip // Ciudad / Estado / Codigo | City/ Sate/Zip // Ciudad / Estado / Codigo |
| Social Security Number//CURP | Tax Id Number// RFC |

| Attorney Information/ Informacion de los Abogados USA: | |
|---|---|
| Mitchell A. Toups<br>Weller, Green, Toups & Terrell, LLP<br>P.O. Box 350<br>Beaumont, TX 77704<br>(409) 838-0101; Fax: (409) 832-8577<br>Email: matoups@wgttlaw.com | Ezequiel Reyna, Jr.<br>Law Offices of Ezequiel Reyna, Jr., P.C.<br>702 West Expressway 83, Suite 100<br>Weslaco, TX 78596<br>956-968-9556; Fax: 956-969-0492<br>Email: zreynajr@zreynalaw.com |
| Claim filed with BP? /Reclamo con BP?  Yes ■ NO ☐<br>If yes, BP Claim No.: _____ | Claim filed with GCCF? / Reclamo con GCCF?  YES ■ NO ☐<br>If yes, GCCF Claim No.: _____ |

Type of Claim // Tipo de Reclamo (Marque lo que aplica):

☐ Damage or destruction to real or personal property/ Danos o perdidas en bienes y propiedades
■ Earnings/Profit Loss/ Perdidas de Ingresos/ Utilidades
☐ Personal Injury/Death Danos Personales/ Muerte
☐ Fear of Future Injury and/or Medical Monitoring / Riesgo de Danos Personales Futuros y/o Monitoreo Medico
☐ Loss of Subsistence use of Natural Resources/ Perdia de Uso  para Subsistencia de Recursos Naturales
☐ Removal and/or clean-up costs/ Costos de Remedicacion o Limpieza
☐ Other/ Otros: _____

| Original Case Caption: *Bernard, et al v. BP, plc, et al* | Original Civil Action No. 2:12 CV 349 CJB |
|---|---|
| Originating Court:  USDC – EDLA – New Orleans Division | EDLA No. 2:12 CV 349 CJB |

**Claim Type (Please check all that apply) Tipo de Reclamo (Marca todo lo que aplica):**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)/ Perdida Economica y de Propiedad No Gubernamental**

☐ Commercial fisherman, shrimper, crabber or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering/ Pescador commercial, camaronero, ostionaero, jaibero, o propietario y operador de negocio relacionado a la pesca, camaron, ostion y/o jaiba.
☒ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof./ Procesador de Mariscos, distribuidor, compra y venta de productos del mar, operador de restaurant, y operador y/o empleado de restaurante.
☐ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico/ Propietario de Negocios Recreativos, operador o trabajador incluyendo pesca recreativa, negocio de pesca, guia comercial, alquiler de servicios de pescacuya ercepcion de ingreso proviene de el Golfo de Mexico.
☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof/ Negocio comercial, propietario de negocio, operador o empleado, Incluyendo buzos, servicios petroleros, empresas de reparaciones y mantenimiento y/o sus empleados.
☐ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater/ Pesca deportiva recreativa, buzeo, o bote recreativo
☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator. / Obrero de planta o Puerto, inlcuyendo obreros en plantas procesadoras de mariscos y/o operadores de embarcaciones.
☐ Owner, lessor or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds/ Propietario y/o arrendador o arrendatario de propiedad presuntamente danada, impactada fisica o economicamente, incluyendo arredadores de camas de ostion.
☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry./ Propietario de Hoteles y/o operadores, arrendador de propiedades para vacacionar, y todos aquellos que sus ingresos provengan de la industria del turismo.
☐ Bank, financial institution, or retail business that suffered losses as a result of the spill./ Banca, Instituciones Financieras, y/o negocios de comercio que hayan sufrido perdidas como resultado del derrame.
☐ Person who utilizes natural resources for subsistence./ Personas que Utilizen Recursos Naturales como metodo de Subsistencia.
☐ Other/ Otros: _____

**Post-Explosion Personal Injury, Medical Monitoring and Property Damage Related to Cleanup (Bundle B3)**

☐ Boat captain or crew involved in the vessels of opportunity program.
☐ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
☐ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities
☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
☐ Resident who lives or works in close proximity to coastal waters.
☐ Other: _____

**Brief Description (For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue):**
Descripcion Breve (Para reclamos de perdida de Ingresos/Utilidades y perdidad de subsistencia, explique la naturaleza del dano) Para reclamos de Bienes y Propiedades, incluya la ubicacion de la propiedad ( residencial/comercial) y si ocurrio dano fisico. Para reclamos relacionados con al pesca de cualquier tipo, incluya el tipo de pesca la ubicacion y los motivos en cuestion:

Plaintiff is a retail seller or processor of seafood in __Tamiahua__, Mexico. Plaintiff has relied upon and is dependent on such activities as fishing and/or the harvesting of marine life, or a direct relationship to individuals involved in the fishing and/or harvesting of marine life, to generate a significant part of his/her income and revenues. With the wellhead's prolonged gushing of tens of thousands of gallons of oil per day into the waters of the Gulf of Mexico, Plaintiff has suffered, is suffering, and will continue to suffer, serious financial losses and damages, including but not limited to, lost wages, lost profits, and incurred present and future expenses related to preventative measures, scientific studies, lost business and developmental opportunities, and other damages and injuries.

**For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.**

Not applicable

**For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working:**

Not applicable.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179, all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

/s/ Mitchell A. Toups            3/21/12
Claimant or Attorney Signature   Date