# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION:  J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| 16-4571; 16-4717; 16-4775; 16-4586; 16-4345; 16-5316; | § | |
| 16-4556; 16-4783; 16-4499; 16-4521; 16-4563; 16-4724; | § | |
| 16-4594; 16-4512; 16-4550; 16-4567; 16-4762; 16-4802; | § | |
| 16-4584; 16-4684; 16-4806; 16-4712; 16-4730; 16-4706; | § | |
| 16-4697; 16-4769; 16-4866; 16-4599; 16-4777; 16-4788; | § | |
| 16-5710; 16-4786; 16-4692; 16-4349; 16-4543; 16-4574; | § | |
| 16-4476; 16-5316; 16-4797; 16-4873; 16-4700 | § | MAG. JUDGE SHUSHAN |

## PLAINTIFFS' REPLY TO BP'S OBJECTIONS/RESPONSE TO SHOW CAUSE SUBMISSIONS [DOC 21131-4]

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Pescadores Libres de Cabo Rojito Abad, et al, and files this their Reply to BP's Objections/Responses to Show Cause Submissions [Doc 21131-4], and would show as follows:

1. On March 29, 2016, this Court issued Pre-Trial Order No. 60 (hereinafter "PTO 60") requiring all Plaintiffs with claims in Pleading Bundle B-1 to file individual complaints if they had not already done so.  It further required all Plaintiffs to file a Sworn Statement as provided within PTO 60 [Doc 16050].  All Plaintiffs are required to comply with PTO 60 on or before May 2, 2016, unless they obtained an extension, which Plaintiffs herein did, as did many other Plaintiffs, through May 16, 2016.

2. Plaintiff would show that it complied with all requirements of PTO 60 timely. However, Plaintiffs believe that BP is still misreading the Complaints of these Plaintiffs, but in order to satisfy the objections of BP, Plaintiffs would show they have now amended all complaints

referenced above and limited them to only the one cooperativa of fishermen in each lawsuit and they have deleted any reference to a list of other individuals.  These complaints now read similar to more than 50 cooperativa complaints filed by other counsel for which BP has stated are in compliance with PTO60.

    Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101
Fax: (409) 832-8577
Email: matoups@wgttlaw.com


**By:** **/s/ Mitchell A. Toups**
    Mitchell A. Toups
    TX Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**


CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on July 27, 2016.

/s/ Mitchell A. Toups
Mitchell A. Toups