UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Nos. 14-0331, 16-4545, 13-2398, 13-1746, 13-6648* | * * | MAG. JUDGE SHUSHAN |

## ORDER

The following motions are before the Court:

1. Spectrum Organization, Inc. d/b/a The Victorian Rental Pool's Motion to Correct Misnomer re: Compliance with PTO 60 (Rec. Doc. 21007);

2. Gregory Stewart's Motion to Alter and Amend Judgment and for Clarification (Rec. Doc. 21026);

3. Jawof Serenity at Dune Allen, LLC's Motion for Reconsideration and/or Motion for Relief from Order and/or for a Determination that Mover Has Complied with PTO 60 (Rec. Doc. 21090).

The plaintiff in each of these motions argues that he or it should be deemed as having complied with Pretrial Order No. 60 ("PTO 60") and his or its case should not be dismissed. In its Objections and Responses to Plaintiffs' PTO 60 Show Cause Submissions, BP concedes that these plaintiffs should be added to the list of plaintiffs who have complied with PTO 60. (Rec. Doc. 21131 at 2 & App. 2). Accordingly,

IT IS ORDERED that (1) the above motions (Rec. Docs. 21007, 21026, 21090) are GRANTED; (2) Spectrum Organization, Inc. d/b/a The Victorian Rental Pool, Gregory Stewart, and Jawof Serenity at Dune Allen, LLC are deemed compliant with the requirements of PTO 60; and (3) the claims of Spectrum Organization, Inc. d/b/a The Victorian Rental Pool (No. 14-0331),

Gregory Stewart (No. 16-4545), and Jawof Serenity at Dune Allen, LLC (No. 13-2398) are not dismissed.

*     *     *

The following motions are before the Court:

4. Capital Bank's Amended Motion to Allow Late File and/or to Vacate or Amend Court's Order Re: Compliance with PTO 60 (Rec. Doc. 21135);

5. Alton Rockford Meadows, individually and d/b/a Southern Appraisal Services' ("Alton Rockford Meadows"), Response to Order to Show Cause (Rec. Doc. 20671).

Both of the plaintiffs in these motions timely complied with the requirements of PTO 60. However, both plaintiffs were omitted from the lists attached to the Court's June 7, 2016 Show Cause Order (Rec. Doc. 21135) and thus required to respond to the Show Cause Order by June 28, 2016. Capital Bank timely served its response to the Show Cause Order on all counsel, but failed to file same with the Court until July 15, 2016. Alton Rockford Meadows filed its response to the Show Cause Order on June 29, one day late. In its Objections and Responses to Plaintiffs' PTO 60 Show Cause Submissions, BP states, "If the Court accepts their show cause responses as timely filed, BP has no objection to regarding these plaintiffs as compliant with PTO 60." (Rec. Doc. 21131 at 9 & App. 9).

IT IS ORDERED that (1) Capital Bank's Amended Motion to Allow Late File and/or to Vacate or Amend Court's Order Re: Compliance with PTO 60 (Rec. Doc. 21135) is GRANTED; (2) the responses of Capital Bank and Alton Rockford Meadows to the June 7, 2016 Show Cause Order are deemed timely; (3) Capital Bank and Alton Rockford Meadows are deemed compliant with PTO 60; and (4) the claims of Capital Bank (13-6648) and Alton Rockford Meadows (13-1746) are not dismissed.

New Orleans, Louisiana, this 26th day of July, 2016.

_____
United States District Judge