# EXHIBIT B

Since 2010, Coast Products has struggled to gain the momentum it had when the company was selected as the Florida Newcomer of the Year. Sales growth exceeded $880,000 per month with more than 100 new jobs added to the Florida economy. The company's main headquarters were in NW Florida, a location central to the massive imposing economic collapse experienced when the entire tourism season was lost, as news coverage constantly updated the oil spill and its spread. With daily emergence of events unfolding in the summer of 2010, management could not foresee the effects on the company until it was too late. The economic cost of the spill was as real as the explosion itself. Once it commenced, nothing could stop the enormity of the damage.

Coast Products, LLC was formed January 1, 2010, after its parent company, Laurcon Capital, LP, was awarded economic incentives to build a Florida based factory and expand the local Bay County economy. Coast Products operated two locations: Clearwater, FL- parts production and injection molding with parts shipped to corporate headquarters and Panama City Beach, FL- corporate headquarters, assembly and logistics. Due to the need for a 107,500 sq. ft. building with high ceilings and truck access, Coast Products, LLC was unable to establish a base of operations until these accommodations could be made.

Initially, Coast Products, LLC, in Panama City Beach, FL leased 15,000 sq. ft. of a 96,000 sq. ft. Ashley drive building until a purchase contract was secured in negotiations for the purchase of this site. Bay County, Panama City, Panama City Community Redevelopment Agency, the Bay County Board of Commissioners and the State of Florida offered $1.5 million in grants and incentives for the purchase of a building and subsequent lease program to Coast Products, LLC. In order for the pre-approved SBA loan to meet the guidelines of the incentive, Coast Products, LLC, had to occupy at least 51% or 48,960 sq. ft. to close on said loan. February, 2010, the company agreed to a purchase contract of the Ashley Drive facility, with a closing scheduled for August, 2010. At the time of negotiations, there were other tenants residing in the building that had to be relocated and were moved by May 2010, in order for the company to complete a summer move to one location. Coast Products, LLC, management gave notice to terminate a current lease of its production facility with a final occupancy date of August 31, 2010.

In April, 2010, the BP Oil Spill took place in the Gulf of Mexico. BP had the same issues Coast Products, LLC, had in limited opportunities to house BP's massive cleanup operations. The Ashley Drive building was the only space in the area adjacent to the oil stained beach with sufficient square footage and ceiling heights to store materials and accommodate the massive BP clean-up efforts. The building's realtor, Neil Jones, the building manager and broker was presented with

a lucrative above market offer from BP attorneys to lease the recently vacated 55,000 sq. ft., the same building Coast Products, LLC was in the process of purchasing. The price per square foot in the proposed rental agreement was 4 times higher than the current rate paid by Coast Products. Neil Jones and the building owners accepted the offer by BP and rented the facility to the oil company, which has resulted in substantial damage to Coast Products' plan to consolidate its operations and grow its business.

With a terminated lease date in place for the Clearwater facility and the unexpected turn of events from the BP interference to the purchase agreement for the building in Panama City, Coast Products, LLC, tried to reinstate the lease for the facilities in Clearwater. Unfortunately, the property owner proceeded with selling the property following Coast's notice of the impending move to Panama City Beach. With expansion no longer viable, Coast Products, LLC, was unable to secure the pre-approved SBA loan that was contingent to expanding the production facility. Other financing options were unavailable due to N W Florida banks facing stricter reserve guidelines in light of mounting loan losses and deteriorating market conditions. Even though banking options were made more difficult because of the collapse of the housing bubble. However, by the first quarter of 2010, banks were beginning to generate new loans, albeit with stricter guidelines.

Without the Clearwater facility and sufficient time or space to move production to Bay County, the ability to manufacture in-house was lost and production came to a halt in August, 2010. In general, the company was forced to reorganize from a completely integrated operation to contracting with outside vendors, of which there were very limited options. The downturn of events associated with vendor outsourcing only contributed to the company's downfall and forced the company to sell assets below market value since no location was large enough to store/use the equipment; moreover, manufacturing and production costs of core inventory offerings increased. Coast could no longer supply OEM solutions at a profit and was forced to cancel production and purchase orders for longstanding customers. Unable to deliver contracted goods, the company suffered from a huge loss of credibility. Competitors bid and won business from Coast's existing customers. The deviation from the original business plan resulted in a loss of $500,000 in gross monthly revenues in less than thirty days.

In an effort to generate some dire needed capital, Coast entered into an agreement with Florida Custom Mold (FCM) in, a plastic injection molder in Central Florida August 2010. FCM was to furnish production and Coast would sell all equipment and inventory as a last resort, as well some inherited plastic injection customers not core to Coast business. Coast moved all equipment and inventories to FCM in July

and August, 2010 and shut down its production facility in Clearwater, Florida. The agreement between FCM and Coast began August 2, 2010, but was terminated in November, 2010 because FCM could not meet production needs. Currently FCM is liable to COAST $ 1,250,000 for the balance of equipment, inventory and goodwill it agreed to pay to Coast Products.

Additionally, the BP Oil Spill created a negative impact environmentally and economically. Prior to the spill Coast Products, LLC, had approved lines of credit for expansions and operations consisting of the following:

1. $1 Million January, 2010 by Gibraltar Bank in Chicago, IL
2. $1.5 Million Short -term financing for equipment by CF Plastics and Delaware Place Bank in Chicago, IL- Paid in full by April, 2010
3. $6 Million in local and state incentives in January, 2010
4. $5.5 Million in SBA approved loans for building purchase in Panama City Beach ($5 Million to purchase and $500,000 to move)
5. $1.5 Million Gulf Coast Bank accounts receivable lines of credit in April, 2010. Paid off Gibraltar line of credit

Post spill, Coast Products faced issues consisting of

1. Gulf Coast Bank cut a line of credit down to $750,000 (From $1.5 Million) on June 30, 2010. This was due to a FDIC audit, in which the bank was forced to shut down all open lines of credit from loan failures from the BP Oil Spill. No replacement line of credit was found during the spill.
2. Lost $5.5 Million of the $6 Million in local and state incentives by December, 2010, due to closure of the product plant and layoffs in Clearwater facility.
3. $5.5 Million loss of the SBA approved loan, due to occupancy level requirements in May, 2010, for the building contracted to purchase in Panama City Beach and closure of the Clearwater production location.
4. Rejected loans and lines of credit from many Gulf Coast Banks
    a. Vision Bank—No and closed
    b. Bayside Bank—No and closed
    c. Regions—No new lending
    d. Suntrust—No new lending
    e. Coastal Community Bank—No, closed, and leaders now serving Federal prison terms for fraudulent banking practices
    f. Peoples First—No and closed
    g. Hancock Bank—No new lending

h. Gulf South Bank—No and closed

In May, 2011, Coast Products, LLC made a second attempt to purchase the location in Panama City Beach when clean-up operations ceased and BP vacated the building. A required appraisal created a discrepancy of $2 million between the original contracted amount and the purchase agreement. Unable to satisfy lender loan-to-value requirements and negotiations with the building owner, an alternate 52,000 sq. ft. building was purchased in September, 2011.

The BP spill claim and causation is centered around a **V shaped P&L** that verified the interruptions of a business was temporary and can identify this type of one time event with simple solutions. This **V** model is used very often by Insurance, especially in the case of a natural disaster. This is not consistent with an across the board method in determining causation. In the case of Coast Products, LLC, and Laurcon Capital, LP, the effects are long lasting and much more complex. Coast Products was first and foremost a startup business. This business was selected for many incentives and awards offered by the State of Florida Tourism and Trade departments as the business qualified as a QTI – Qualified Target Industry that would help support and bolster the economies of Florida with diversification and new jobs. Coast Products also took years, many business consultants, and millions of invested capital from Laurcon Capital, LP and Jaw Capital, LLC, to bring the company to Florida. The **V** is a seriously flawed model, especially in this case. The BP oil spill was an event for some companies that will never allow them to capture their losses and many are still ailing from the 2010-2011 oil spill effects.

Sincerely,

Robert Easter, CEO

Claimant Name: ______________________ ______________________

Claimant SSN, TIN or EIN: ____________ ____________ ____________





**BP Claims Program - Claim Form for Individuals and Businesses**

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity - Individuals
- Lost Profits or Impairment of Earning Capacity - Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk (*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



Claimant Name: ______________ ______________

Claimant SSN, TIN or EIN: ________ ________ ________

additional space to answer questions, you may attach extra pages to this form. Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ? ☒

Interim Payment/Settlement ? ☐

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1. Claimant Information (Mandatory for all Claimants)** - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.

**2.** ☐ **Property Damage** - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.** ☐ **Loss of Profits or Impairment of Earning Capacity (Individuals)** - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.** ☒ **Loss of Profits or Impairment of Earning Capacity (Businesses)** - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.** ☐ **Removal Costs** - Complete Section V only if you are asserting a claim for removal costs.

**6.** ☐ **Subsistence Use** - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785. Please keep a copy of this form and your attached documentation for your records.

## I. Claimant Information

*Sections I is to be completed by all Claimants. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.*

**A. Opt Out Claimants** [*You must complete this Section if you are a member of the Settlement Class.]*





Claimant Name: ____________________ ____________________

Claimant SSN, TIN or EIN: __________ __________ __________

1. *If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class? (X) Yes ( ) No

Please attach a copy of the written request to opt out from the Settlement Class. If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, STOP. You are not eligible to file a claim with the BP Claims Program. Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

**B. Attorney Representation**

Are you represented by an attorney? (X) Yes ( ) No

[You must *complete this Section if you are represented by an Attorney. If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise. An attorney consent form allowing us to communicate directly with you is available at www.bp.com/claims.*

1. *Attorney Name: Sekharan (Last) Madhu (First) ____ (Middle Initial)

2. Law Firm Name: D. Miller & Associates, PLLC

3. *Law Firm Address: 10565 Katy Freeway, Suite 400 (Street)

Houston (City) TX (State) 77024 (Zip Code)

Harris (Parish or County) U.S.A. (Country)

4. *Attorney Phone: 713-850-8600 (Numbers Only)

5. Attorney Email Address: madhu@dmillerlaw.com

**C. Individual Claimants** [*Complete this Section only if you are an individual. If you are a business claimant, skip this Subsection C and proceed to Subsection D below. However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below*].





Claimant Name: ______________ ______________

Claimant SSN, TIN or EIN: ________ ________ ________

1. *Name: ______________ ______________ ____
Last First Middle Initial

2. *Current Address: ______________
Street

______________ ____ ______________
City State Zip Code

______________ ______________
Parish or County Country

3. *Home Phone: ______________

4. Cell Phone: ______________

5. Email Address: ______________

6. *Date of Birth: ______________
MM/DD/YYYY

7. *Social Security Number: ______________
OR
Individual Taxpayer Identification Number: ______________

8. Other Name Used
(Maiden Name, Previous Married Name(s), Aliases): ______________

9. *Current Employer: ______________
Employer Name

______________
Street

______________ ____ ______________
City State Zip Code

______________ ______________
Parish or County Country

______________
Employer Identification Number (EIN) (from your W-2 or 1099 Form)

Other/Previous Employer: ______________
Employer Name

______________
Street

______________ ____ ______________
City State Zip Code

______________ ______________
Parish or County Country





Claimant Name:

Claimant SSN, TIN or EIN:

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10. * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)? ◯ Yes ◯ No

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

Did you receive a payment from BP, the GCCF, or the NPFC? ◯ Yes ◯ No

If yes, please provide the amount(s) and source(s) of each payment you received:

**D.** **Business Claimants** [*Complete this Section only if you are a business*.]

1. *Name of Business: Coast Products

2. *Type of Business: Manufacturer

3. *Business Address: 169 Griffin Blvd.

Street

Panama City Beach — FL — 32413

City — State — Zip Code

Bay — U.S.A.

Parish or County — Country

4. *Business Phone: 850-235-2090

5. Website Address: www.coastproductsonline.com

6. *Other Business Name: Laurcon Capital LP subsidiary

7. *Name of Business on Federal Income Tax Return: Laurcon Capital LP subsidiary

8. *Employer Identification Number (EIN): 46-0468987

OR

If EIN is also Your Social Security Number:





Claimant Name: ____________ ____________

Claimant SSN, TIN or EIN: ________ ________ ________

9. Date and Place Founded/Incorporated: 2/28/2002 California

10. * Person Authorized To Act on Behalf The Business:

Robert Easter — Last
Michael — First
— Middle

11. *Title of Authorized Representative: CEO

12. Home Address of Authorized Representative:

(If Different From Business Address)

Street

City | State | Zip Code

Parish or County | Country

13. *Authorized Representative's Phone: 850-235-2090

14. Authorized Representative's Cell Phone:

15. Authorized Representative's Email Address : reaster@coastproductsusa.com

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)? ◯ Yes ⊗ No

If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim Number(s):

Did you receive a payment from BP, the GCCF, or the NPFC? ◯ Yes ⊗ No

If yes, please provide the amount(s) and source(s) of each payment you received:





Claimant Name: ____________________ ____________________

Claimant SSN, TIN or EIN: __________ __________ __________



## II. Property Damage Claims

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where Property Damage Took Place: ____________________ Street

____________________ City ____ State __________ Zip Code

____________________ Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

____________________________________________

3. *Explain your interest in the real or personal property: Owner ☐ ; Lease ☐ ; Other ☐

4. *If you answered "Other" to question 3, please explain:

____________________________________________

5. *How much are you claiming for the damage to real property? $ ____________________

6. *How did you arrive at this figure?

____________________________________________

7. *How much are you claiming for the damage to personal property? $ ____________________

8. *How did you arrive at this figure?

____________________________________________

9. Please list witnesses who have personal knowledge of the damage that occurred:

Witness Name: ____________________ Last ____________________ First

__________ Middle Initial





Claimant Name: ______________________ ______________________

Claimant SSN, TIN or EIN: __________ __________ __________

Address:

Street

City

State

Zip Code

Parish or County

Country

Home Phone:

Cell Phone:

Email Address:

Relationship of Witness to you or your business:

Witness Name:

Last

First

Middle Initial

Address:

Street

City

State

Zip Code

Parish or County

Country

Home Phone:

Cell Phone:

Email Address:

Relationship of Witness to you or your business:

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

11. *Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Photographs of the property before and after the alleged damage
- Your calculations and methods for assessing the claim amount
- Receipts, invoices, estimates or contracts for the work needed or repairs performed





Claimant Name: ______________________ ______________________

Claimant SSN, TIN or EIN: __________ __________ __________

- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

## III. Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

Yes, by an employer ☐ Yes, self-employed ☐ No ☐

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

______________________________
Employer Name or Self-Employed Business Name

______________________________
Street

______________ ____ ______________
City State Zip Code

______________ ______________
Parish or County Country

______________________________
Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

Dates of Employment: ______________________________

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

______________________________

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

______________________________

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

______________________________





Claimant Name: ______________ ______________

Claimant SSN, TIN or EIN: ________ ________ ________

5.* How much are you claiming for lost profits or impairment of earning capacity? $ ________

6. How did you arrive at this figure?

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

8. *Did you receive any payments from the VoO program or from participation in any other response or removal activity? ◯ Yes ◯ No

If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):





Claimant Name: ______________ ______________

Claimant SSN, TIN or EIN: ________ ________ ________

- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

## IV. Loss of Profits or Impairments of Earning Capacity (Businesses)

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business: Coast Products

2. * Describe the nature of business as of April 20, 2010:

A plumbing fixture manufacturer based in Panama City Beach, FL.

3. * State the sources of income or types of customers for the business as of April 20, 2010:

See customer list. Sources of income and customers are retail plumbing parts, contractors, individuals and industrial.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

Company was forced to sell off injection molding fixed assets.

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

See accounting report. (CRI)

6. * How much are you claiming for lost profits or impairment of earning capacity?

$ 250000000





Claimant Name: ______________________ ______________________

Claimant SSN, TIN or EIN: ____________ ____________ ____________

7. How did you arrive at this amount?

See accounting report that established historical losses (CRI). Historical losses plus future profits as well were used to formulate a total demand.

8. * Provide a description of the alleged loss the business has sustained:

See accounting report. (CRI)

9. * Describe how you believe the losses were caused by the Spill:

Claimant received a grant from Bay County, FL to relocate and purchase a building in Bay County. All business plans were ruined.

10. * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill? ◯ Yes ⊗ No

11. * Did the business receive any payments from the VoO program or from participation in any other response or removal activity? ◯ Yes ⊗ No

If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |





Claimant Name: ____________ ____________

Claimant SSN, TIN or EIN: ________ ________ ________

12. * Provide the business address where the loss occurred:

169 Griffin Blvd., Suite 107
Street

Panama City Beach | FL | 32413
City | State | Zip Code

Bay | U.S.A.
Parish or County | Country

13. Provide the North American Industry Classification System (NAICS) Code of this business: 531390

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program





Claimant Name: ______________________ ______________________

Claimant SSN, TIN or EIN: __________ __________ __________

## V. Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. * Address Where Removal or Cleanup Took Place:

Street ______________________

City ______________ State ____ Zip Code ____________

Parish or County ______________________

2. * Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes ☐ Date of Approval ______________ No ☐

3. * Provide a description of the Removal and Cleanup Action taken. If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

4. * How much are you claiming for Removal and Cleanup costs? $ ______________

5. How did you arrive at this figure?

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed)*:

- Evidence of approval by the FOSC
- Your calculations and methods for assessing the claim amount
- Receipts, invoices and contracts for the work performed





Claimant Name: ______________________ ______________________

Claimant SSN, TIN or EIN: ____________ ____________ ____________

- Usage logs for equipment and craft used, including policies and rates charged
- Payroll logs and compensation and reimbursement policies for employees who participated
- Activity logs describing the work performed by each employee
- Signed disposal manifests and proof of payment for disposal

## VI. Subsistence Use of Claims

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources. Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed. Commercial hunting or fishing also is not included in Subsistence Use. If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses? Hunting ☐ Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :





Claimant Name: ______________________________ ______________________________

Claimant SSN, TIN or EIN: ______________ ______________ ______________

5. Describe the equipment and methods you used to hunt and/or fish:

______________________________________________________________________

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill? List each family member along with their relationship to you:

______________________________________________________________________

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

______________________________________________________________________

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

______________________________________________________________________

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

______________________________________________________________________

10. * How much are you claiming for Subsistence Use? $ ______________________________

11. * How did you arrive at this figure?

______________________________________________________________________





Claimant Name: ______________________ ______________________

Claimant SSN, TIN or EIN: ____________ ____________ ____________



12.* Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

## VII. Signature

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: [signature] Date: 1-17-2013
Month/Day/Year

Print Name: ROBERT C EASTER JR.

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.



