# EXHIBIT B

Laurcon Capital LP ("Laurcon") is an investment vehicle I cofounded with Robert Easter in 1998. Laurcon has made investments in real estate and private companies, including the startup and formation of Coast Products, LLC, formerly known as Coast WCP. Through Laurcon, I invested personal funds from 1998-2012, and specifically in Coast Products, LLC, from 2008-2012. These funds were directed to allow the company to finance and leverage a corporate relocation, R&D of new products, growing working capital requirements, as well as meeting critical asset acquisition benchmarks. I maintain an advisory role in Coast Products, LLC. Mr. Easter and the management team perform the daily operations.

The agreement between Laurcon and Coast Products, LLC, directs a payback of the investment when the company sales reach $12 to $15 million annually. Under the terms of the business plan, Coast Products, LLC, will return all funds to Laurcon that were allocated to startup and relocation activities for 2008-2010. The 2008 business plan projections and the 2010 forecast for the company expected a mid-2011 investment payback to Laurcon.

Sales goals and profitability were on track with the business plan until Summer, 2010.

Indeed, Coast Products, LLC, had thrived following a move in 2009, relocating company headquarters to Florida after qualifying for and being awarded a State of Florida Qualified Target Industry designation that offered $5,082,725.00 in economic incentives to move to Bay County. All company business was then conducted in the state with assembly operations moved to Bay County and injection molding occurring at a pre-existing location in Clearwater. Coast Products, LLC, performed so well that it was awarded the State of Florida's Newcomer of the Year Award in 2010, ahead of over 100 other new businesses.

With the success of the prior year, Coast Products, LLC, moved forward with a plan that hinged on a property in Panama City Beach, FL. The 60,000sf space would allow for consolidation if the corporate and production facilities, as well as allowing for expansion of both. The company went to contract in February, 2010, on the property, with a closing scheduled for September, 2010. In anticipation of the move to Bay County, notice was given to the owner of the Clearwater production facility of the termination of the current lease in August, 2010. With the accelerating growth in sales, the company received financing pre-approval for a relocation of assets and building additional inventories.

The expected payback to Laurcon in mid-2011 was on track.

The economic impact of the BP oil spill in April, 2010, devastated Coast Products, LLC, and directly led to a series of damages sustained to the company.

Coast Products, LLC, lost the opportunity to relocate to the facility in Panama City Beach when it was taken over by BP as an emergency clean-up and storage facility. It was the only space in the area adjacent to the oil stained beach with the sufficient square footage necessary to accommodate the massive clean-up efforts. With expansion no longer viable, Coast Products, LLC, was unable to secure the pre-approved SBA loan that was contingent on expanding the production facility. Other financing options were non-existent with NW Florida banks facing stricter oversight and reserve guidelines in light of the mounting loan issues and deteriorating market conditions.

Production came to a halt when the lease ended at the facility in Clearwater in August, 2010. The property owner in Clearwater had proceeded with the selling of the building following notice earlier that year of the impending move to Panama City Beach. Without the Clearwater facility or a space to move production, the ability to manufacture in-house was lost. The company was forced to reorganize from completely integrated operations to contracting with the outside vendors, of which there were limited options.

After the loss of value from BP vacated the building when cleanup operations ceased, Coast Products made a second attempt to purchase the facility. A required appraisal was conducted; however, the new real estate value of the facility indicated a $2million difference between the contracted amount and the purchase agreement. Unable to satisfy lender requirements and negotiations, a new alternate 52,000sqft building was purchased in September, 2011.

Vendor outsourcing only contributed to the company's decline as manufacturing costs of core products skyrocketed. Corporate assets were sold below market value. Coast Products, LLC, could no longer supply OEM solutions at a profit and was forced to cancel production and POs for longstanding customers. Unable to deliver contracted goods, the company suffered from a loss of credibility. Competitors won existing customers on bids of new business. The loss of sales precipitated a disastrous deviation from the original business plan, including the loss of $500,000 in gross monthly revenues in less than thirty days.

Given the downward spiral of events directly resulting in the BP oil spill, the funds allocated to Coast Products, LLC, by Laurcon from 2008-2010 will be written off as a loss in 2012, a contrast to the forecasted payback of the investment prior to April, 2010. Additional investment in Coast Products, LLC, will be necessary to regain the momentum needed to become established again. The length of time required to regain customer loyalty and to be profitable is uncertain. Without the occurrence of the BP oil spill, the company would have maintained its success instead of dedicating valuable resources to repairing the company's reputation and recouping losses.

The losses described herein are for the claim filed on behalf of Laurcon Capital, LP. Coast Products, LLC, has filed an independent claim.

Thank you,

Craig Huff

Claimant Name: _____  _____

Claimant SSN, TIN or EIN:  _____  _____  _____




## BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property

- Lost Profits or Impairment of Earning Capacity - Individuals

- Lost Profits or Impairment of Earning Capacity - Businesses

- Removal Costs

- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories.  For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill.  This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA).  Please complete the sections corresponding to the claims you are asserting.  Please complete all of the questions in the relevant section(s) for your claim(s).  Certain questions marked with an asterisk (*) must be completed in order to process your claim(s).  Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form.  Should you require



Claimant Name: _____  _____

Claimant SSN, TIN or EIN: _____  _____  _____

additional space to answer questions, you may attach extra pages to this form.  Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

    Full and Final Payment/ Settlement ?   [X]

    Interim Payment/Settlement ?   [ ]

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1.** **Claimant Information (Mandatory for all Claimants)** - All Claimants *must* complete Section I.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

**2.** [ ] **Property Damage** - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.** [ ] **Loss of Profits or Impairment of Earning Capacity (Individuals)** - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.** [X] **Loss of Profits or Impairment of Earning Capacity (Businesses)** - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.** [ ] **Removal Costs** - Complete Section V only if you are asserting a claim for removal costs.

**6.** [ ] **Subsistence Use** - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785.  Please keep a copy of this form and your attached documentation for your records.

    **I.**    **Claimant Information**

*Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.*

    **A.**    **Opt Out Claimants** [*You must complete this Section if you are a member of the Settlement Class.]*



Claimant Name: _____  _____

Claimant SSN, TIN or EIN: _____  _____  _____

1.  *If you are a Settlement Class Member <u>and have elected to opt out</u>, have you filed the appropriate written request to "opt out" of the Settlement Class?   ☒ Yes   ◯ No

Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

_____

2.  If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, 🛑.  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

### B. Attorney Representation

Are you represented by an attorney?   ☒ Yes   ◯ No

[You must c*omplete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at www.bp.com/claims.*

1. *Attorney Name:  Sekharan          Madhu          ____
                    Last               First          Middle Initial

2. Law Firm Name:   D. Miller & Associates, PLLC

3. *Law Firm Address:  10565 Katy Freeway, Suite 400
                       Street

   Houston                            TX         77024
   City                               State      Zip Code

   Harris                             U.S.A.
   Parish or County                   Country

4. *Attorney Phone:  713-850-8600
                     Numbers Only

5. Attorney Email Address:  madhu@dmillerlaw.com

### C. Individual Claimants  [*Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below*].



Claimant Name: _____   _____

Claimant SSN, TIN or EIN: _____  _____  _____

1. \*Name: _____  _____  _____
                     Last                      First                  Middle Initial

2. \*Current Address: _____
                     Street

   _____  _____  _____
   City              State    Zip Code

   _____  _____
   Parish or County           Country

3. \*Home Phone: _____

4. Cell Phone: _____

5. Email Address: _____

6. \*Date of Birth: _____
                   MM/DD/YYYY

7. \*Social Security Number: _____
             OR
   Individual Taxpayer Identification Number: _____

8. Other Name Used
   (Maiden Name, Previous Married Name(s), Aliases): _____

9. \*Current Employer: _____
                   Employer Name

   _____
   Street

   _____  _____  _____
   City              State    Zip Code

   _____  _____
   Parish or County           Country

   _____
   Employer Identification Number (EIN) (from your W-2 or 1099 Form)

Other/Previous Employer: _____
                            Employer Name

_____
Street

_____  _____  _____
City              State    Zip Code

_____  _____
Parish or County           Country



Claimant Name: _____  _____

Claimant SSN, TIN or EIN: _____  _____  _____

_____
Employer Identification Number (EIN)  (from your W-2 or 1099 Form)

10. * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?   ○ Yes    ○ No

   If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):
   _____

Did you receive a payment from BP, the GCCF, or the NPFC?   ○ Yes    ○ No

   If yes, please provide the amount(s) and source(s) of each payment you received:
   _____

**D.    Business Claimants** [*Complete this Section only if you are a business.*]

1. *Name of Business:  Laurcon Capital, LP

2. *Type of Business:  Investment Management

3. *Business Address:  169 Griffin Blvd., Suite 107
   Street

   Panama City Beach                                FL      32413
   City                                             State   Zip Code

   Bay                                              U.S.A.
   Parish or County                                 Country

4. *Business Phone:  850-235-2090

5. Website Address:  _____

6. *Other Business Name:  _____

7. *Name of Business on Federal Income Tax Return:  Laurcon Capital LP

8. *Employer Identification Number (EIN): 46-0468987
   OR
   If EIN is also Your Social Security Number: _____

Claimant Name: _____ _____

Claimant SSN, TIN or EIN: _____ _____ _____

9. Date and Place Founded/Incorporated: 2/28/2002 California

10. *Person Authorized To Act on Behalf The Business:
Robert Easter — Last
Michael — First
_____ Middle

11. *Title of Authorized Representative: _____

12. Home Address of Authorized Representative:

(If Different From Business Address)
Street
City State Zip Code
Parish or County Country

13. *Authorized Representative's Phone: 850-235-2090

14. Authorized Representative's Cell Phone: _____

15. Authorized Representative's Email Address: reaster@coastproductsusa.com

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?  ○ Yes   ☒ No

If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim Number(s): _____

Did you receive a payment from BP, the GCCF, or the NPFC?  ○ Yes   ☒ No

If yes, please provide the amount(s) and source(s) of each payment you received:



Claimant Name: _____   _____

Claimant SSN, TIN or EIN: _____  _____  _____



## II. Property Damage Claims

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where Property Damage Took Place:

   _____
   Street

   _____   ____   _____
   City                                      State   Zip Code

   _____
   Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

   _____

3. *Explain your interest in the real or personal property:   Owner ☐ ;   Lease ☐ ;   Other ☐

4. *If you answered "Other" to question 3, please explain:

   _____

5. *How much are you claiming for the damage to real property? $ _____

6. *How did you arrive at this figure?

   _____

7. *How much are you claiming for the damage to personal property? $ _____

8. *How did you arrive at this figure?

   _____

9. Please list witnesses who have personal knowledge of the damage that occurred:

   Witness Name:  _____   _____
                  Last                                    First

   _____
   Middle Initial

Page 7 of 20

Claimant Name: _____  _____

Claimant SSN, TIN or EIN: _____  _____  _____

Address: _____
Street

_____  ____  _____
City                                        State   Zip Code

_____     _____
Parish or County                             Country

Home Phone: _____     Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

Witness Name: _____  _____
              Last                              First

_____
Middle Initial

Address: _____
Street

_____  ____  _____
City                                        State   Zip Code

_____     _____
Parish or County                             Country

Home Phone: _____     Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

_____

11. *Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

 • Photographs of the property before and after the alleged damage

 • Your calculations and methods for assessing the claim amount

 • Receipts, invoices, estimates or contracts for the work needed or repairs performed

Page 8 of 20



Claimant Name: _____   _____

Claimant SSN, TIN or EIN: _____  _____  _____

- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

### III. Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity.  If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.\* Were you employed at the time of the Spill?

   Yes, by an employer ☐    Yes, self-employed ☐    No ☐

2.\* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

   _____
   Employer Name or Self-Employed Business Name

   _____
   Street

   _____    _____  _____
   City                            State   Zip Code

   _____    _____
   Parish or County                Country

   _____
   Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

   Dates of Employment: _____

   Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:
   _____

3. \*Describe your occupation (including job title, if applicable) at the time of the Spill:
   _____

4. \*Provide a description of how the Spill affected your profits or impaired your earning capacity:
   _____



Claimant Name: _____    _____

Claimant SSN, TIN or EIN:  _____   _____   _____

5. * How much are you claiming for lost profits or impairment of earning capacity? $ _____

6. How did you arrive at this figure?

_____

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

_____

8. *Did you receive any payments from the VoO program or from participation in any other response or removal activity?   ◯ Yes   ◯ No

   If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):



Claimant Name: _____   _____

Claimant SSN, TIN or EIN: _____   _____   _____

- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

### IV.    Loss of Profits or Impairments of Earning Capacity (Businesses)

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business:    Laurcon Capital, LP
2. * Describe the nature of business as of April 20, 2010:

   Investment Management/Manager enterprise. Oversee family investments for real estate, new emerging technology, IP, private placement/small business.

3. * State the sources of income or types of customers for the business as of April 20, 2010:

   Their one client is Coast Products. Their income source is management fees.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

   None. Coast Products made multiple attempts to increase revenue, which would increase LC's management fee.

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

   See accounting report. (CRI)

6. * How much are you claiming for lost profits or impairment of earning capacity?

   $ 15000000



Claimant Name: _____     _____

Claimant SSN, TIN or EIN: _____  _____  _____

7. How did you arrive at this amount?

See accounting report. (CRI)

8. * Provide a description of the alleged loss the business has sustained:

See accounting report. (CRI)

9. * Describe how you believe the losses were caused by the Spill:

Company invested in Coast Producs to allow the company to finance and leverage future operations and more. An agreement included a 12% annual return .

10. * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill?   ( ) Yes     (X) No

11. * Did the business receive any payments from the VoO program or from participation in any other response or removal activity?   ( ) Yes     (X) No

If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |



Claimant Name: _____    _____

Claimant SSN, TIN or EIN: _____   _____   _____

_____   _____   _____   _____
_____   _____   _____   _____
_____   _____   _____   _____
_____   _____   _____   _____

12. * Provide the business address where the loss occurred:

    169 Griffin Blvd., Suite 107
    Street

    Panama City Beach      FL      32413
    City      State      Zip Code

    Bay      U.S.A.
    Parish or County      Country

13. Provide the North American Industry Classification System (NAICS) Code of this business:    531390

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program



Claimant Name: _____    _____

Claimant SSN, TIN or EIN: _____   _____   _____

### V. Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. * Address Where Removal or Cleanup Took Place:

   Street: _____

   City: _____  State: ____  Zip Code: _____

   Parish or County: _____

2. * Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

   Yes ☐   Date of Approval _____   No ☐

3. * Provide a description of the Removal and Cleanup Action taken. If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

   _____

   _____

4. * How much are you claiming for Removal and Cleanup costs? $ _____

5. How did you arrive at this figure?

   _____

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

   · Evidence of approval by the FOSC
   · Your calculations and methods for assessing the claim amount
   · Receipts, invoices and contracts for the work performed



Claimant Name: _____    _____

Claimant SSN, TIN or EIN: _____   _____   _____

- Usage logs for equipment and craft used, including policies and rates charged
- Payroll logs and compensation and reimbursement policies for employees who participated
- Activity logs describing the work performed by each employee
- Signed disposal manifests and proof of payment for disposal

**VI.    Subsistence Use of Claims**

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources.  Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed.  Commercial hunting or fishing also is not included in Subsistence Use.  If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?     Hunting ☐        Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

_____

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

_____

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :

_____



Claimant Name: _____   _____

Claimant SSN, TIN or EIN: _____   _____   _____

5. Describe the equipment and methods you used to hunt and/or fish:

_____

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill?  List each family member along with their relationship to you:

_____

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

_____

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

_____

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

_____

10. * How much are you claiming for Subsistence Use? $ _____

11. * How did you arrive at this figure?

_____



Claimant Name: _____  _____

Claimant SSN, TIN or EIN: _____  _____  _____



12.* Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):
- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

## VII.  Signature

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: _[signed]_____   Date: *1-17-2013*
                                                                              Month/Day/Year

Print Name: ROBERT L EASTER JR.

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.

