# EXHIBIT B

5-24-2016

Gauci's Custom Building & Developing, LLC
34150 Hathaway
Livonia, Michigan 48150
(734)637-4627

229 Klondyke Rd.
Long Beach, Mississippi 39560
888 41 GAUCI
(This number is no longer available)

① of 3D

Gauci's Custom Building & Developing, LLC has many investors many of whom were already on board with us, in the development of this project; the project and our creditability have been almost completely destroyed by the oil spill. It was a major part of our livelihoods. The property was foreclosed on. Our prospects and investors are devastated, many of them have withdrawn from any prior commitment they made to our company and those who have made (monetary) contributions want their money back "which we are unable to repay at any level".

All of our ongoing plans for the building and developing company were hinged on the development of this piece of property which was to be a Condominium Complex with a clubhouse, pool and fine dining restaurant. All our money and labor was being put into this project and we have now been deprived of its use, because of the oil spill disaster.

All of our retirement income was being be derived from this property. Our Children's future and the future of our companies were housed here. We were promised to be made whole by BP, with monthly checks which never came, all while the oil was still gushing into the Gulf and all they have done is delay and delay. We provided them with all necessary documentation as they requested only for them to manipulate facts, to have our claim delayed and discouraged us. We pray that justice will prevail and all of us will be made whole, so we can all join Tony Hayward and "get our lives back".

Joseph V. Gauci   Owner of Gauci's Custom Building and Developing

*[signature]*   May 24th 2016

2-D

## Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date: April 20, 2010
Location: Macondo 252 Well
Vessel: Deepwater Horizon

**CLAIMANT INFORMATION**

Name / Company Name: Gauci's Custom Building & Developing LLC

If necessary, Business Contact / Representative: Joseph Gauci

Title: Owner

Address: 229 Klondyke Rd

City: Long Beach  State: MS  Zip: 39560

SSN/EIN: 20 8648766

GCCF Number: 1073590

Occupation: _____

License Needed: YES   If Yes, License Type: Residential Bld.

STATE: —

Has Claimant received money from the GCCF/BP? YES  NO   If yes, amount: _____

Has Claimant received money from Insurance? _____  If yes, amount: _____

3D

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.

2) Please see Discovery conducted in MDL 2179.

3) **TOTAL AMOUNT OF LOSS REQUESTED:** $1,886,000

   a. Type of Claim:

   i. Loss of Income, Profits and/or Earnings Capacity (See Reference A)
      Amount Claimed: — TOTAL LOSS —
   ii. Damage to Property (See Reference B)
       Amount Claimed: _____
   iii. Subsistence Use (See Reference C)
        Amount Claimed: _____
   iv. Removal and Clean Up Cost (See Reference D)
       Amount Claimed: _____

**OPTIONAL WITNESS INFORMATION:**

1) Witness Name: _____
   - Address: _____
   - Phone: _____

2) Witness Name: _____
   - Address: _____
   - Phone: _____

**ATTORNEY INFORMATION:**

Brent Coon & Associates
Brent W. Coon
Eric W. Newell
215 Orleans
Beaumont, TX 77702
(409)835-2666 Main
(866)753-9080 Fax

I certify that the information provided is accurate to the best of my knowledge based on information and belief. I also certify that Brent Coon & Associates is my authorized legal representative for this matter, and has authority to act on my behalf.

Claimant Signature  *Joseph Nauci*

Date  Jan 12 2012

Attorney Signature _____

Date _____