# EXHIBIT D



# WINTER GARDEN PLAZA
## Of
## Long Beach Mississippi

### 229 Klondyke Rd.  39560

**Telephone # 228-863-1684 Plaza**          &          **#228-863-1644 Pizza Hot Line**

This Pizza business been all but completely destroyed by the oil spill. It was a Brand new pizza line brought here to Mississippi from Michigan with huge potential here on the coast. Our second store has opened nearly two years late and without the normal cash flow from our other enterprises also down, because of the spill. We almost lost the rights to this line because of this and feel that we are asking for what we believe will be deemed less than fair compensation by any court in the land. We see the commercials saying everything but nothing could be further than the truth. These businesses are not doing any better, it just more of the same SMOKE AND MIRRORS. People come down here and are disgusted by what they hear and see (fortunately they can't see all the oil laying on the bottom of the Gulf which BP claims is cleaned up.) People are being devastated, in my opinion it is a disgrace that it is being allowed to continue. Our claim is reasonable to say the least and it should have been paid years ago. All the documentation was submitted on time. Our sales are improving however we do not have the cash flow to keep up. All the promises BP made to us have been broken thus far. We would like justice and we would like to move forward with our lives also.

Joseph V. Gauci  Owner/ Partner of:- Toarmina's Pizza South

*[signature: Joseph Gauci]*

# Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date:   April 20, 2010

Location:   Macondo 252 Well

Vessel:   Deepwater Horizon

**CLAIMANT INFORMATION**

Name:   Joseph Gauci

Address:   229 KLONDYKE RD

City:  LONG BEACH   State:  MS   Zip:   39560

SSN/EIN:   ■■■■-0835  /

GCCF Number:

Occupation:

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.
2) Please see Discovery conducted in MDL 2179.
3) **TOTAL AMOUNT OF LOSS REQUESTED:**   $100,000.00
    a. Type of Claim:
        i. Loss of Income, Profits and/or Earnings Capacity  (See Reference A)
             Amount Claimed:   $100,000.00

        ii. Damage to Property (See Reference B)
             Amount Claimed:   N/A

        iii. Subsistence Use (See Reference C)
             Amount Claimed:   N/A

        iv. Removal and Clean Up Cost (See Reference D)
             Amount Claimed:   N/A

**ATTORNEY INFORMATION:**

Brent Coon & Associates

Brent W. Coon

Eric W. Newell

Lori K. Slocum

215 Orleans

Beaumont, TX 77702

(409)835-2666 Main

(866)753-9080 Fax

Attorney Signature

Date

January 15, 2013