# EXHIBIT F



# WINTER GARDEN PLAZA
## Of
## Long Beach Mississippi

229 Klondyke Rd.  39560

**Telephone # 228-863-1684 Plaza**　　　&　　　**#228-863-1644 Pizza Hot Line**

This Pizza business been all but completely destroyed by the oil spill. It was a Brand new pizza line brought here to Mississippi from Michigan with huge potential here on the coast. Our second store has opened nearly two years late and without the normal cash flow from our other enterprises also down, because of the spill. We almost lost the rights to this line because of this and feel that we are asking for what we believe will be deemed less than fair compensation by any court in the land. We see the commercials saying everything but nothing could be further than the truth. These businesses are not doing any better, it just more of the same SMOKE AND MIRRORS. People come down here and are disgusted by what they hear and see (fortunately they can't see all the oil laying on the bottom of the Gulf which BP claims is cleaned up.) People are being devastated, in my opinion it is a disgrace that it is being allowed to continue. Our claim is reasonable to say the least and it should have been paid years ago. All the documentation was submitted on time. Our sales are improving however we do not have the cash flow to keep up. All the promises BP made to us have been broken thus far. We would like justice and we would like to move forward with our lives also.

Joseph V. Gauci  Owner/ Partner of:- Toarmina's Pizza South

*[signature: Joseph Gauci]*

## Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date: April 20, 2010
Location: Macondo 252 Well
Vessel: Deepwater Horizon

**CLAIMANT INFORMATION**

Name / Company Name: KAREN J. GAUCI

If necessary, Business Contact / Representative: _____

Title: OWNER
Address: 229 KLONDYKE Rd
City: Long Beach State: MS. Zip: 39560
SSN/EIN: [redacted]-5851
GCCF Number: 3535348
Occupation: Owner "Leaseor"
License Needed: ___ If Yes, License Type: ___
Has Claimant received money from the GCCF/BP? YES (NO) If yes, amount: _____
Has Claimant received money from Insurance? NO If yes, amount: _____

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.

2) Please see Discovery conducted in MDL 2179.

3) **TOTAL AMOUNT OF LOSS REQUESTED:** $ 3,107,925

    a. Type of Claim:

        i. Loss of Income, Profits and/or Earnings Capacity (See Reference A)
           Amount Claimed: $ 3,107,925.00
        ii. Damage to Property (See Reference B)
           Amount Claimed: _____
        iii. Subsistence Use (See Reference C)
           Amount Claimed: _____
        iv. Removal and Clean Up Cost (See Reference D)
           Amount Claimed: _____

**OPTIONAL WITNESS INFORMATION:**

1) Witness Name: _____
    • Address: _____
    • Phone: _____

2) Witness Name: _____
    • Address: _____
    • Phone: _____

**ATTORNEY INFORMATION:**

Brent Coon & Associates
Brent W. Coon
Eric W. Newell
215 Orleans
Beaumont, TX 77702
(409)835-2666 Main
(866)753-9080 Fax

I certify that the information provided is accurate to the best of my knowledge based on information and belief. I also certify that Brent Coon & Associates is my authorized legal representative for this matter, and has authority to act on my behalf.

Claimant Signature _____
Date 10 Jan 2013

Attorney Signature _____
Date 1/12/13