# EXHIBIT G

# Winter Garden Italian American Bistro LLC
## 229 Klondyke Rd.
## Long Beach MS. 39560

This restaurant has been completely destroyed by the oil spill. It was a major part of our income at the time of the oil spill. We were just recovering from what amounted to a year of Road closures and we had just reopened (April 11th 2010), only to come face to face with the impact of the oil spill. Our sales went from nearly $60,000.00 mthly to only just barely $7,000 which ruined us. The property was foreclosed on leaving us with Nemours other problems. It was only part of the overall plan for this property; it was in fact also our Winter Retirement Home and development. The oil spill has ruined our credibility not only with our investors, but overall, it has placed a huge amount of strain on the family both financially and emotionally. The restaurant was not only a source of income and a place for our children and many others to work but our home. All of our retirement income was to be derived from this property. Our Children's futures and the futures of our companies were housed there. We were promised to be made whole by BP and all they have done is delay and delay. We provided them with all necessary documentation as they requested only for them to manipulate facts, to discourage us and try to break us. We pray that justice will prevail and all of us will be made whole, so we can all join Tony Hayward and "get our lives back".

Joseph V. Gauci

## Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date: April 20, 2010
Location: Macondo 252 Well
Vessel: Deepwater Horizon

**CLAIMANT INFORMATION**

Name / Company Name: Winter Garden Italian American Bistro LLC
If necessary, Business Contact / Representative: Joseph V. Gauci
Title: Owner / Partner
Address: 229 Klondyke Rd
City: Long Beach   State: US   Zip: 39560
SSN/EIN: 26-3647957
GCCF Number: 1072412
Occupation: Owner
License Needed: Yes   If Yes, License Type: Business & ABC State
Has Claimant received money from the GCCF/BP? YES NO   If yes, amount: 137,800.00
Has Claimant received money from Insurance? No   If yes, amount: _____

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.

2) Please see Discovery conducted in MDL 2179.

3) **TOTAL AMOUNT OF LOSS REQUESTED:** $3,432,831.00

    a. Type of Claim:

        i. Loss of Income, Profits and/or Earnings Capacity (See Reference A)
        Amount Claimed: 3,432,831 TOTAL LOSS
        ii. Damage to Property (See Reference B)
        Amount Claimed: _____
        iii. Subsistence Use (See Reference C)
        Amount Claimed: _____
        iv. Removal and Clean Up Cost (See Reference D)
        Amount Claimed: _____

**OPTIONAL WITNESS INFORMATION:**

1) Witness Name: _____
    • Address: _____
    • Phone: _____

2) Witness Name: _____
    • Address: _____
    • Phone: _____

**ATTORNEY INFORMATION:**

Brent Coon & Associates
Brent W. Coon
Eric W. Newell
215 Orleans
Beaumont, TX 77702
(409)835-2666 Main
(866)753-9080 Fax

I certify that the information provided is accurate to the best of my knowledge based on information and belief. I also certify that Brent Coon & Associates is my authorized legal representative for this matter, and has authority to act on my behalf.

Claimant Signature [signature]
Date 12-2012

Attorney Signature [signature]
Date 1/12/13