# EXHIBIT A

05/24/16 10:44 PM                                                                     Page 6

Case 2:10-md-02179-CJB-DPCS Document 21278-3 Filed 07/27/16 Page 2 of 4

Case 2:10-cv-07048-CJB-SS Document 31 Filed 06/27/16 Page 29 of 4

---

Case 2:10-md-02179-CJB-SS  Document 16050-1  Filed 03/29/16  Page 1 of 3

2a

# EXHIBIT A

*In re: Oil Spill {by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010}*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (BI CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| GAUCI | KAREN | | |

| Phone Number | E-Mail Address |
|---|---|
| 734-637-4627 | GAUCI1@AOL.COM |

| Current Mailing Address | City / State / Zip |
|---|---|
| 229 KLONDYKE RD | LONG BEACH, MS 39560 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Brent W. Coon<br>Brent Coon & Associates | BPClaimsFax@bcoonlaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

Any prior name used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

5851

Please indicate your status:

_X_ Properly opted out of the Economic and Property Damages Settlement*

___ Not a member of the Economic and Property Damages Settlement Class

___ Member of the Economic and Property Damages Settlement Class

___Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

05/24/16 10:44 PM Page 7

Case 2:10-md-02179-CJB-DPC Document 21278-8 Filed 07/27/16 Page 3 of 4
Case 2:16-cv-07048-CJB-SS Document 32-1 Filed 06/27/16 Page 3 of 4

Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 2 of 3

3a

**You are pursuing a claim against at least one BI Defendant by way of** *(select all that apply):*

☐ Joinder in the Amended BI Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. __13-6008__ and new Individual Action Case No._____

☐ Other:____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the BI Complaint?

Yes __X__   No _____

1. The program to which presentment was made by the plaintiff: __BP Claims Program__

2. The date of presentment (MM/DD/YYYY): 01/15/2013

3. The claim number(s) (if available). 1056672

4. Did you execute a release of your claims upon receiving payment through any claims program: Yes_____   No __X__

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

2

Case 2:10-md-02179-CJB-SS   Document 16050-1   Filed 03/29/16   Page 3 of 3

Ha

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 24 May , 2016

Location (City and State): Long Beach, MS

_____
Signature of Plaintiff *(Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)*

_____
Karen Gauci
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3