# EXHIBIT D

**BP Opted Out Filing**

**Name of Party Making Claim:** St. Joe Beach Property, LLC

**Nature / Cause of Loss:** Plaintiff was a real estate developer who had invested significant funds and had constructed vacation homes and installed site improvements.  The entire project was canceled following the Oil Spill due to collapse of financing and market for sales.

**Duration of Loss**:  Plaintiff's loss continues to this day.

**Nature of Impact:**  Real estate developments that were financed or in progress of construction were canceled directly as a result of the Oil Spill.

**Type of Loss:**  Loss is the result of the cancelation of project in development and loss of investment.

**Explanation or Allegation:**

This property consisted of 3 lots that were zoned for multi-family located at St. Joe Beach, FL in an existing development. Each lot was to have constructed a two-unit townhome for a total of six units. Plans had been developed, engineering done, architectural plans drawn and approved permits received when the Oil Spill occurred and the project lost.

| Summary of Loss | |
|---|---|
| Development and Site work of 3.5 acres : | $ 300,000 |
| Cost of 45 units construction Townhouses | $ 750,000 |
| Marketing | $ 600,000 |
| Real Estate Fees | **$ 1,650,000** |