# EXHIBIT F

**BP Opted Out Filing**

**Name of Party Making Claim:** Henry L. Perry dba The Bungalows at Sanctuary Beach

**Nature / Cause of Loss:** Plaintiff was a real estate developer who had invested significant funds and had constructed vacation homes and installed site improvements. The entire project was canceled following the Oil Spill due to collapse of financing and market for sales.

**Duration of Loss**: Plaintiff's loss continues to this day.

**Nature of Impact:** Real estate developments that were financed or in progress of construction were canceled directly as a result of the Oil Spill.

**Type of Loss:** Loss is the result of the cancelation of project in development and loss of investment.

**Explanation or Allegation:**

The portion of the project that had been developed for sale of luxury vacation properties through Intrawest Properties was deemed by 2009 not to be viable in the current market. Accordingly, the developer engaged Mark Canfora and Fractional Real Estate Advisors to market the properties. Expenses were incurred to change the developer plans, approvals and for literature and sales. But, the benefit was possibly greater value from the project.

| Summary of Loss | |
|---|---|
| Investment in sales, plan and development changes, marketing | $ 200,000 |
| Payment for Real Property - Lots | $0 |
| Net Profit Losses | $ 2,000,000 |
| **Total Claim Payable** | **$ 2,200,000** |