UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: Darleen Jacobs APLC Docket Number(s) | * | Magistrate Judge Shushan |
| | * | |
| 10-cv-01245 11-cv-00715 13-cv-00737 13-cv-00786 | * | |

PARTIAL MOTION TO DISMISS WITH PREJUDICE
AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC.
BRITISH PETROLEUM AMERICA PRODUCTION COMPANY,
AND BRITISH PETROLEUM PLC

Now into court through undersigned counsel comes Darleen Jacobs APLC who moves this Honorable Court to dismiss her claims against British Petroleum Exploration & Product, Inc., British Petroleum America Production Company and British Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

Darleen Jacobs Levy          10-cv-01245    11-cv-00715
                             13-cv-00786    13-cv-00737

Respectfully submitted this 21st day of July, 2016.

_____
Attorney name: /Darleen M. Jacobs
Attorney address: 823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)