UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: Wilfred Gallardo Sr. Docket Number(s) | * | Magistrate Judge Shushan |
| | * | |
| 13-cv-00737 10-cv-01245 | * | |

PARTIAL MOTION TO DISMISS WITH PREJUDICE
AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC.
BRITISH PETROLEUM AMERICA PRODUCTION COMPANY,
AND BRITISH PETROLEUM PLC

Now into court through undersigned counsel comes Wilfred Gallardo Sr. who moves this Honorable Court to dismiss his claims against British Petroleum Exploration & Product, Inc., British Petroleum America Production Company and British Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

Wilfred Gallardo Sr.                        13-cv-00737
                                            10-cv-01245

Respectfully submitted this 21st day of July, 2016.

_____
Attorney name: Darleen M. Jacobs
Attorney address: 823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)