UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: Home Finders International, Inc Docket Number(s) | * | Magistrate Judge Shushan |
| | * | |
| 10-cv-01245 | * | |

**PARTIAL MOTION TO DISMISS WITH PREJUDICE
AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC.
BRITISH PETROLEUM AMERICA PRODUCTION COMPANY,
AND BRITISH PETROLEUM PLC**

Now into court through undersigned counsel comes Home Finders International, Inc. who moves this Honorable Court to dismiss their claims against British Petroleum Exploration & Product, Inc., British Petroleum America Production Company and British Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

Home Finders International, Inc.                    10-cv-01245

Respectfully submitted this 21st day of July, 2016.

_____
Attorney name: Darleen M. Jacobs
Attorney address: 823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)