UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION: J |
| This Document Relates to: Roxanne Kilian Docket Number(s) 13-cv-00786 10-cv-01245 | * * * | Magistrate Judge Shushan |

PARTIAL MOTION TO DISMISS WITH PREJUDICE
AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC.
BRITISH PETROLEUM AMERICA PRODUCTION COMPANY,
AND BRITISH PETROLEUM PLC

Now into court through undersigned counsel comes Roxanne Kilian and Glen Kilian who moves this Honorable Court to dismiss their claims against British Petroleum Exploration & Product, Inc., British Petroleum America Production Company and British Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

Roxanne Kilian        10-cv-01245
Glenn Kilian          13-cv-00786

Respectfully submitted this 21st day of July, 2016.

_____
Attorney name:  Darleen M. Jacobs
Attorney address:  823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)