UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION: J |
| This Document Relates to: Mark Kurka Docket Number(s) 10-cv-01245 13-cv-00786 13-cv-00737 11-cv-00715 | * * * | Magistrate Judge Shushan |

**PARTIAL MOTION TO DISMISS WITH PREJUDICE AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC. BRITISH PETROLEUM AMERICA PRODUCTION COMPANY, AND BRITISH PETROLEUM PLC**

Now into court through undersigned counsel comes Mark Kurka and Michelle Kurka who moves this Honorable Court to dismiss their claims against British Petroleum Exploration & Product, Inc., British Petroleum America Production Company and British Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

| | | |
|---|---|---|
| Mark Kurka | 10-cv-01245 | 13-cv-00737 |
| Michelle Kurka | 13-cv-00786 | 11-cv-00715 |

Respectfully submitted this 21st day of July, 2016.

_[signature]_

Attorney name: Darleen M. Jacobs
Attorney address: 823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)