UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: Ronald Rizzuto Docket Number(s) 10-cv-01245 13-cv-00786 | * | Magistrate Judge Shushan |
| | * | |
| | * | |
| | * | |

### PARTIAL MOTION TO DISMISS WITH PREJUDICE
### AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC.
### BRITISH PETROLEUM AMERICA PRODUCTION COMPANY,
### AND BRITISH PETROLEUM PLC

Now into court through undersigned counsel comes Ronald Rizzuto who moves this Honorable Court to dismiss hisr claim against British Petroleum Exploration & Product, Inc., British Petroleum America Production Company and British Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

Ronald Rizzuto                              13-cv-00786
                                            10-cv-01245

Respectfully submitted this 21st day of July, 2016.

_____
Attorney name: Darleen M. Jacobs
Attorney address: 823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)