UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: Sandra Torregano Docket Number(s) 10-cv-01245 13-cv-00786 | * | Magistrate Judge Shushan |
| | * | |
| | * | |
| | * | |

### PARTIAL MOTION TO DISMISS WITH PREJUDICE AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC. BRITISH PETROLEUM AMERICA PRODUCTION COMPANY, AND BRITISH PETROLEUM PLC

Now into court through undersigned counsel comes Sandra Torregano and Martha

Stewart who moves this Honorable Court to dismiss their claim against British Petroleum

Exploration & Product, Inc., British Petroleum America Production Company and British

Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

Sandra Torregano                                                                 13-cv-00786

Martha Stewart                                                                    10-cv-01245

Respectfully submitted this 21st day of July, 2016.

Attorney name: Darleen M. Jacobs
Attorney address: 823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)