UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179  SECTION: J |
| This Document Relates to: James Mitchell Docket Number(s) 10-cv-01245 | * * | Magistrate Judge Shushan |

**PARTIAL MOTION TO DISMISS WITH PREJUDICE  
AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC.  
BRITISH PETROLEUM AMERICA PRODUCTION COMPANY,  
AND BRITISH PETROLEUM PLC**

Now into court through undersigned counsel comes James Mitchell who moves this Honorable Court to dismiss his claim against British Petroleum Exploration & Product, Inc., British Petroleum America Production Company and British Petroleum PLC only as these claims have been settled.

Case Name (s) and docket number(s)

James Mitchell                                         13-cv-00786

                                                       10-cv-01245

Respectfully submitted this 21st day of July, 2016.

Attorney name: Darleen M. Jacobs  
Attorney address: 823 St. Louis Street  
New Orleans, Louisiana 70112  
Attorney for Plaintiff(s)