UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | ) | |
|     of Mexico, on April 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| *Pleading Bundle B1* | ) | |
| | ) | MAG. JUDGE SHUSHAN |
| | ) | |

| | | |
|---|---|---|
| Commercial Metals Company, AHT, INC, | ) | |
| CMC Steel Fabricators, Inc., SMI Steel, LLC | ) | |
| | ) | CIV. ACTION NO. 2:16-cv-06259 |
|     Plaintiffs, | ) | |
| | ) | SECTION J |
| vs. | ) | |
| | ) | JUDGE BARBIER |
| BP Exploration & Production, Inc. | ) | |
| and BP America Production Company | ) | MAG. JUDGE SHUSHAN |
| | ) | |
|     Defendants. | ) | |

## RESPONSE TO BP'S OBJECTIONS TO PLAINTIFFS' RESPONSES TO THE ORDER TO SHOW CAUSE

    PLAINTIFFS, Commercial Metals Company, and its wholly owned subsidiaries AHT, Inc., CMC Steel Fabricators, Inc., and SMI Steel, LLC ("Plaintiffs"), submit this memorandum in response to the Court's Order Regarding Compliance with PTO 60 [Doc. 20996] and BP's Objections and Responses to Plaintiffs' PTO 60 Show Cause Submission [Doc. 21131].

    On March 29, 2016, this Court issued Pretrial Order 60 ("PTO 60"), requiring all plaintiffs with claims in Pleading Bundle 1 to file individual complaints if they had not already done so. It further required all plaintiffs to file a sworn statement as provided within PTO 60 [Doc. 16050]. All plaintiffs were required to comply with PTO 60 on or before May 2, 2016. Certain firms, including Cunningham Bounds, requested and received a 14 day extension to comply with PTO

1

60, which extended the deadline to May 16, 2016 [Doc. 16482]. Plaintiffs complied with all requirements of PTO 60 on May 16, 2016 by filing a complaint and attaching sworn statements for each of the four Plaintiffs.

On June 7, 2016, the Court issued the Order to Show Cause in which Plaintiffs names are listed on Exhibit 2 as prepared by BP [Doc. 18724-3]. Exhibit 2 states "No" in the column indicating that Plaintiffs have not filed an individual complaint. This is the only deficiency claimed by BP for each of the Plaintiffs.  BP's Objections and Responses to Plaintiffs' PTO 60 Show Cause Submission were filed on July 21, 20106 [Doc. 21131] and elaborate on BP's position regarding the deficiency. BP states that "corporate affiliation is not by itself enough to exempt plaintiffs from PTO 60's requirement of filing an individual action." Plaintiffs disagree with this assessment, but in order to avoid any further dispute, they have each filed a new separate lawsuit on July 28, 2016.

Commercial Metals Company has filed suit under case number 2:16-cv-13364

AHT, Inc. has filed suit under case number 2:16-cv-13365

CMC Steel Fabricators, Inc. has filed suit under case number 2:16-cv-13367

SMI Steel, LLC has filed suit under case number 2:16-cv-13366

Plaintiffs respectfully submit that they have complied with all requirements of PTO 60 and that there is no just cause to dismiss their cases.

Date:  July 28, 2016

**/s/  Allison W. Smalley**
**Allison W. Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aws@cunninghambounds.com


Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com