UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>*Pleading Bundle B1* | MDL 2:10-md-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**TRUCKLA SERVICES, INC.'S RESPONSE TO BP'S OBJECTIONS AND RESPONSES TO PLAINTIFF PTO 60 SHOW CAUSE SUBMISSIONS**

COMES NOW Plaintiff, Truckla Services, Inc. ("Truckla"), through undersigned counsel, and responds to BP's Objections and Responses to Plaintiff's PTO 60 Show Cause Submissions.

Truckla falls into a category III E of BP's Response, described as one of nine plaintiffs who seek to be held compliant but did not make some of the PTO submissions until after the May 16, 2016 deadline. Truckla emphasizes that it filed its presentment and direct filing short form. This litigation has understandably proceeded for years. Any delay associated with filing a complaint, due to an apparent inadvertent technical notice issue, should not preclude Truckla from proceeding in this case. Truckla further submits that this Court's allowance of the opportunity to show cause why the motion should not be dismissed further underscores the point. Parties in Truckla's position should not be prejudiced by an inadvertent, unintentional and non-prejudicial delay in filing the requested pleadings. Truckla has filed its complaint and did file its response to the order to show cause in a timely fashion. It has demonstrated good cause to be

allowed to proceed and BP has offered no substantive reason this should not occur, including any prejudice to it at all.

As a result, Truckla submits that there is just cause for not dismissing its claims with prejudice and allowing for the filing of its Complaint.

Respectfully submitted this 28th day of July, 2016.

>THE MILLER LAW FIRM,
>PADUCAH-NEW ORLEANS, PLLC
>
>
>By: */s/ Kent B. Ryan*
>Stephanie D. Skinner, T.A.  (#21100)
>Kent B. Ryan (#18418)
>One Canal Place
>365 Canal Street, Suite 860
>New Orleans, LA 70130
>Telephone: (504) 684-5044
>Facsimile: (866) 578-2230
>Email: kryan@millerlaw-firm.com
>             sskinner@millerlaw-firm.com
>Attorneys for Plaintiff, Truckla Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of July, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

>     */s/ Kent B. Ryan*
>     Kent B. Ryan

2