UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| 2:10-cv-08888-CJB-SS | JUDGE BARBIER |
| See Enclosed List. | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

|    | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|----|---|---|
| 1  | Bui, Khang Trong | 2:10-cv-08888-CJB-SS Document 4028 |
| 2  | Bui, Nancy | 2:10-cv-08888-CJB-SS Document 4029 |
| 3  | Cao, Cuong Van | 2:10-cv-08888-CJB-SS Document 38131 |
| 4  | Chau, Ut T. | 2:10-cv-08888-CJB-SS Document 51090 |
| 5  | Dang, Hien Van | 2:10-cv-08888-CJB-SS Document 27347 |
| 6  | Dang, Quang Van | 2:10-cv-08888-CJB-SS Document 4413 |
| 7  | Dang, Tru Ngoc | 2:10-cv-08888-CJB-SS Document 19914 |
| 8  | Dao, Xe Thi | 2:10-cv-08888-CJB-SS Document 2041 |
| 9  | Dinh, Uyen T | 2:10-cv-08888-CJB-SS Document 7488 |
| 10 | Do, Bal C dba BNM Studio, LLC | 2:10-cv-08888-CJB-SS Document 22822 |
| 11 | Duong, My Thanh | 2:10-cv-08888-CJB-SS Document 12168 |
| 12 | Ho, Dinh | 2:10-cv-08888-CJB-SS Document 34582 |
| 13 | Hoang, Kevin | 2:10-cv-08888-CJB-SS Document 10787 |
| 14 | Hoang, Oanh Thuc | 2:10-cv-08888-CJB-SS Document 5657 |
| 15 | Hoang, Tuyen Minh | 2:10-cv-08888-CJB-SS Document 21067 |
| 16 | Lam, Tai | 2:10-cv-08888-CJB-SS Document 9225 |
| 17 | Le, Dien Xuan | 2:10-cv-08888-CJB-SS Document 7275 |
| 18 | Le, Lai dba Viet Travel | 2:10-cv-08888-CJB-SS Document 23270 |
| 19 | Le, Phu Thanh | 2:10-cv-08888-CJB-SS Document 39287 |
| 20 | Le, Tam V. | 2:10-cv-08888-CJB-SS Document 6399 |
| 21 | Lu, George Lai | 2:10-cv-08888-CJB-SS Document 18304 |
| 22 | Mai, Trang | 2:10-cv-08888-CJB-SS Document 32313 |
| 23 | Ngo, Mary | 2:10-cv-08888-CJB-SS Document 16895 |
| 24 | Nguyen, Chau Ho | 2:10-cv-08888-CJB-SS Document 8751 |
| 25 | Nguyen, Dang dba Fashion Nails | 2:10-cv-08888-CJB-SS Document 7173 |
| 26 | Nguyen, Danny V | 2:10-cv-08888-CJB-SS Document 35144 |
| 27 | Nguyen, Duc Hoai | 2:10-cv-08888-CJB-SS Document 38280 |
| 28 | Nguyen, Eric Oanh | 2:10-cv-08888-CJB-SS Document 38282 |
| 29 | Nguyen, Giau | 2:10-cv-08888-CJB-SS Document 35868 |
| 30 | Nguyen, He Thi | 2:10-cv-08888-CJB-SS Document 2018 |
| 31 | Nguyen, Hieu | 2:10-cv-08888-CJB-SS Document 41500 |
| 32 | Nguyen, Holly H. | 2:10-cv-08888-CJB-SS Document 5763 |
| 33 | Nguyen, Hung H. | 2:10-cv-08888-CJB-SS Document 8088 |
| 34 | Nguyen, Huong Hoai | 2:10-cv-08888-CJB-SS Document 6712 |
| 35 | Nguyen, Lam | 2:10-cv-08888-CJB-SS Document 24849 |
| 36 | Nguyen, Lien Thi | 2:10-cv-08888-CJB-SS Document 33520 |
| 37 | Nguyen, Long Ngoc | 2:10-cv-08888-CJB-SS Document 8141 |
| 38 | Nguyen, Luot Thi | 2:10-cv-08888-CJB-SS Document 51196 |
| 39 | Nguyen, Manh Huu | 2:10-cv-08888-CJB-SS Document 17073 |

| 40 | Nguyen, Mao Quy | 2:10-cv-08888-CJB-SS Document 1246 |
| --- | --- | --- |
| 41 | Nguyen, Mary Tran | 2:10-cv-08888-CJB-SS Document 7717 |
| 42 | Nguyen, My Linh Thi | 2:10-cv-08888-CJB-SS Document 8115 |
| 43 | Nguyen, Nam Ngoc dba K & N, LLC | 2:10-cv-08888-CJB-SS Document 31085 |
| 44 | Nguyen, Nam Van | 2:10-cv-08888-CJB-SS Document 7872 |
| 45 | Nguyen, Nhi Thi | 2:10-cv-08888-CJB-SS Document 33574 |
| 46 | Nguyen, Peter Thanh | 2:10-cv-08888-CJB-SS Document 8400 |
| 47 | Nguyen, Sam Hoc | 2:10-cv-08888-CJB-SS Document 2019 |
| 48 | Nguyen, Sao Thanh | 2:10-cv-08888-CJB-SS Document 37799 |
| 49 | Nguyen, Sen Minh | 2:10-cv-08888-CJB-SS Document 2819 |
| 50 | Nguyen, Tang Van | 2:10-cv-08888-CJB-SS Document 39421 |
| 51 | Nguyen, Thi Truong | 2:10-cv-08888-CJB-SS Document 1485 |
| 52 | Nguyen, Thinh T. | 2:10-cv-08888-CJB-SS Document 8042 |
| 53 | Nguyen, Thomas Thanh | 2:10-cv-08888-CJB-SS Document 38544 |
| 54 | Nguyen, Thuan Cong | 2:10-cv-08888-CJB-SS Document 36021 |
| 55 | Nguyen, Tuoi Ngoc | 2:10-cv-08888-CJB-SS Document 3112 |
| 56 | Nguyen, Tuy | 2:10-cv-08888-CJB-SS Document 9350 |
| 57 | Nguyen, Ut Van | 2:10-cv-08888-CJB-SS Document 4436 |
| 58 | Nguyen, Ut Van | 2:10-cv-08888-CJB-SS Document 2303 |
| 59 | Pham, Dung Thi | 2:10-cv-08888-CJB-SS Document 23375 |
| 60 | Pham, Long A. | 2:10-cv-08888-CJB-SS Document 32517 |
| 61 | Pham, Luu Hoa T | 2:10-cv-08888-CJB-SS Document 8898 |
| 62 | Pham, Mike | 2:10-cv-08888-CJB-SS Document 31140 |
| 63 | Pham, Quyen | 2:10-cv-08888-CJB-SS Document 17873 |
| 64 | Phan, Tam Minh | 2:10-cv-08888-CJB-SS Document 40969 |
| 65 | Phung, Linda Thi | 2:10-cv-08888-CJB-SS Document 36555 |
| 66 | Tran, Billy Van | 2:10-cv-08888-CJB-SS Document 51922 |
| 67 | Tran, Chi Van | 2:10-cv-08888-CJB-SS Document 12205 |
| 68 | Tran, Doi | 2:10-cv-08888-CJB-SS Document 6643 |
| 69 | Tran, Minh D | 2:10-cv-08888-CJB-SS Document 8086 |
| 70 | Tran, Nga Thi | 2:10-cv-08888-CJB-SS Document 3778 |
| 71 | Tran, Nhan Thi | 2:10-cv-08888-CJB-SS Document 13534 |
| 72 | Tran, Thai Quang | 2:10-cv-08888-CJB-SS Document 8000 |
| 73 | Trinh, Laura Loan dba Majestic Nails | 2:10-cv-08888-CJB-SS Document 7350 |
| 74 | Trinh, Thong Van | 2:10-cv-08888-CJB-SS Document 17556 |
| 75 | Van, Hoang | 2:10-cv-08888-CJB-SS Document 17444 |
| 76 | Van, Quy Tan | 2:10-cv-08888-CJB-SS Document 3963 |
| 77 | Vo, Hao Thi | 2:10-cv-08888-CJB-SS Document 5371 |
| 78 | Vo, Tiffany | 2:10-cv-08888-CJB-SS Document 40694 |
| 79 | Vu, Chuong Van | 2:10-cv-08888-CJB-SS Document 3757 |
| 80 | Bui, Hong | 2:10-cv-08888-CJB-SS Document 40225 |

| | | |
|---|---|---|
| 81 | Bui, Sang Thanh | 2:10-cv-08888-CJB-SS Document 5577 |
| 82 | Dang, Tuan T. | 2:10-cv-08888-CJB-SS Document 22455 |
| 83 | Dinh, Dat | 2:10-cv-08888-CJB-SS Document 5432 |
| 84 | Dinh, Tham Thi | 2:10-cv-08888-CJB-SS Document 32909 |
| 85 | Do, Kim Anh | 2:10-cv-08888-CJB-SS Document 23518 |
| 86 | Doan, Mai Thi | 2:10-cv-08888-CJB-SS Document 3344 |
| 87 | Hoang, Thanh-Huong Thi | 2:10-cv-08888-CJB-SS Document 14350 |
| 88 | Hoang, Thuy Thi | 2:10-cv-08888-CJB-SS Document 35600 |
| 89 | Huynh, Be Chin Thi | 2:10-cv-08888-CJB-SS Document 9975 |
| 90 | Le, Duong Minh | 2:10-cv-08888-CJB-SS Document 13224 |
| 91 | Le, Elaine | 2:10-cv-08888-CJB-SS Document 36790 |
| 92 | Le, Simon H. | 2:10-cv-08888-CJB-SS Document 940 |
| 93 | Le, Son Truong | 2:10-cv-08888-CJB-SS Document 30981 |
| 94 | Le, Thien Huong | 2:10-cv-08888-CJB-SS Document 9704 |
| 95 | Nguyen, Anh Tuyet Thi | 2:10-cv-08888-CJB-SS Document 18110 |
| 96 | Nguyen, Dung Thi | 2:10-cv-08888-CJB-SS Document 4863 |
| 97 | Nguyen, Jimmy | 2:10-cv-08888-CJB-SS Document 31015 |
| 98 | Nguyen, Loan Kim | 2:10-cv-08888-CJB-SS Document 37316 |
| 99 | Nguyen, Myha Thi | 2:10-cv-08888-CJB-SS Document 2788 |
| 100 | Nguyen, Nga Thi | 2:10-cv-08888-CJB-SS Document 2888 |
| 101 | Nguyen, Phung Ngoc | 2:10-cv-08888-CJB-SS Document 17595 |
| 102 | Nguyen, Phuong Mai Thi | 2:10-cv-08888-CJB-SS Document 39541 |
| 103 | Nguyen, Phuong Thi Lyanna | 2:10-cv-08888-CJB-SS Document 1238 |
| 104 | Nguyen, Tam Dinh | 2:10-cv-08888-CJB-SS Document 15841 |
| 105 | Nguyen, Tam Thi | 2:10-cv-08888-CJB-SS Document 32368 |
| 106 | Nguyen, Thuy Linh Thi | 2:10-cv-08888-CJB-SS Document 38796 |
| 107 | Nguyen, Tien Van | 2:10-cv-08888-CJB-SS Document 34167 |
| 108 | Nguyen, Tommy Thong | 2:10-cv-08888-CJB-SS Document 38603 |
| 109 | Nguyen, Trang Thi d/b/a Oasis Nails Inc. | 2:10-cv-08888-CJB-SS Document 7269 |
| 110 | Pham, Hong Thi | 2:10-cv-08888-CJB-SS Document 16229 |
| 111 | Pham, Julia Vinh | 2:10-cv-08888-CJB-SS Document 3797 |
| 112 | Pham, Ky | 2:10-cv-08888-CJB-SS Document 37829 |
| 113 | Pham, Mai Quynh | 2:10-cv-08888-CJB-SS Document 40317 |
| 114 | Tran, Den | 2:10-cv-08888-CJB-SS Document 3920 |
| 115 | Tran, Donald Hanh | 2:10-cv-08888-CJB-SS Document 4509 |
| 116 | Tran, Ha Van | 2:10-cv-08888-CJB-SS Document 858 |
| 117 | Tran, Kieu Diem | 2:10-cv-08888-CJB-SS Document 4395 |
| 118 | Tran, Linda | 2:10-cv-08888-CJB-SS Document 40774 |
| 119 | Tran, Michelle Le | 2:10-cv-08888-CJB-SS Document 28510 |
| 120 | Tran, My Ai | 2:10-cv-08888-CJB-SS Document 23444 |
| 121 | Tran, My Ha Thi | 2:10-cv-08888-CJB-SS Document 36897 |

| 122 | Tran, Nancy | 2:10-cv-08888-CJB-SS Document 11470 |
| --- | --- | --- |
| 123 | Tran, Nguyet | 2:10-cv-08888-CJB-SS Document 41805 |
| 124 | Tran, Tam Hong | 2:10-cv-08888-CJB-SS Document 31230 |
| 125 | Truong, Thuong Hoai | 2:10-cv-08888-CJB-SS Document 40158 |
| 126 | Vo, Cuong Minh | 2:10-cv-08888-CJB-SS Document 3767 |
| 127 | Vo, Hai Trung | 2:10-cv-08888-CJB-SS Document 28594 |
| 128 | Vu, Kim-Anh Thi | 2:10-cv-08888-CJB-SS Document 7737 |

Respectfully submitted this 28th day of July, 2016.

/s/ _____

Attorney Name:   Minh-Tam "Tammy" Tran
Attorney Address:   2915 Fannin
Houston, Texas 77002

ATTORNEY FOR PLAINTIFF(S)