**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

**4:10-cv-01968**

**See Enclosed List.**

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| | Case Name(s): | Docket Number(s) and Document Number(s): |
|---|---|---|
| 1 | Dinh, Trang Xuan | 4:10-cv-01968 Document 1-2 |
| 2 | Do, Nam Phuong Thi | 4:10-cv-01968 Document 1-2 |
| 3 | Duong, Billy Binh | 4:10-cv-01968 Document 1-2 |
| 4 | Ho, Linda | 4:10-cv-01968 Document 1-2 |
| 5 | Hoang, Trung Kim | 4:10-cv-01968 Document 1-2 |
| 6 | Huynh, Thanh Cao | 4:10-cv-01968 Document 1-2 |
| 7 | Le, Hoa Thi | 4:10-cv-01968 Document 1-2 |
| 8 | Le, Son Kim | 4:10-cv-01968 Document 1-2 |
| 9 | Le, Thin | 4:10-cv-01968 Document 1-2 |
| 10 | Le, Tien | 4:10-cv-01968 Document 1-2 |
| 11 | Nguyen, Andy Van | 4:10-cv-01968 Document 1-2 |
| 12 | Nguyen, Anh ThiNgoc | 4:10-cv-01968 Document 1-2 |
| 13 | Nguyen, Chung Khac dba E Z Stop Seafood & Deli | 4:10-cv-01968 Document 1-2 |
| 14 | Nguyen, Da Thi | 4:10-cv-01968 Document 1-2 |
| 15 | Nguyen, Lan Thu Thi | 4:10-cv-01968 Document 1-2 |
| 16 | Nguyen, Lieu | 4:10-cv-01968 Document 1-2 |
| 17 | Nguyen, Phuong Kim | 4:10-cv-01968 Document 1-2 |
| 18 | Nguyen, Thao Phuong Thi | 4:10-cv-01968 Document 1-2 |
| 19 | Nguyen, Tien | 4:10-cv-01968 Document 1-2 |
| 20 | Nguyen, Toan Ba | 4:10-cv-01968 Document 1-2 |
| 21 | Nguyen, Tony Thai | 4:10-cv-01968 Document 1-2 |
| 22 | Nguyen, Tuong Huu | 4:10-cv-01968 Document 1-2 |
| 23 | Nguyen, Vu | 4:10-cv-01968 Document 1-2 |
| 24 | Pham, Paul Phan | 4:10-cv-01968 Document 1-2 |
| 25 | Pham, Thuy Le | 4:10-cv-01968 Document 1-2 |
| 26 | Tran, Dung Phuong Thi | 4:10-cv-01968 Document 1-2 |
| 27 | Tran, Hai | 4:10-cv-01968 Document 1-2 |
| 28 | Tran, Huong | 4:10-cv-01968 Document 1-2 |
| 29 | Truong, Van Hong | 4:10-cv-01968 Document 1-2 |
| 30 | Vu, Lan Thi | 4:10-cv-01968 Document 1-2 |
| 31 | Vu, Phuong Nga Thi | 4:10-cv-01968 Document 1-2 |
| 32 | Vu, Tina Chau | 4:10-cv-01968 Document 1-2 |

Respectfully submitted this 28th day of July, 2016.

/s/ [signature]

Attorney Name: Minh-Tam "Tammy" Tran
Attorney Address: 2915 Fannin
Houston, Texas 77002
ATTORNEY FOR PLAINTIFF(S)