UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| 4:10-cv-02261 | JUDGE BARBIER |
| **See Enclosed List.** | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-1-

-2-

|   | Case Name(s): | Docket Number(s) and Document Number(s): |
|---|---|---|
| 1 | Huynh, Lisa Huong | 4:10-cv-02261 Document 1-1 |
| 2 | Pham, Minh | 4:10-cv-02261 Document 1-1 |

Respectfully submitted this 28th day of July 2016.

/s/ _____

Attorney Name:    Minh-Tam "Tammy" Tran
Attorney Address: 2915 Fannin
                  Houston, Texas 77002

ATTORNEY FOR PLAINTIFF(S)