UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | * * * * | MDL No. 2179<br>SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to:<br>2:13-cv-02978 | * * * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the court upon the law firm of WEITZ & LUXENBERG, P.C.'s Motion to Withdraw as Counsel for Richard Shindler.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1.    That ROBIN L. GREENWALD and the law firm of WEITZ & LUXENBERG, P.C.'s **Motion to Withdraw as Counsel** as to Richard Shindler be and the same is hereby granted.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this ____ day of _____, 2016.

_____
Honorable Carl J. Barbier,
United States District Judge