UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | * * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: 2:13-cv-02967 | * * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the law firm of Weitz & Luxenberg, P.C. pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for Southern Pines Apartments, LLC and as grounds would state:

1. The Plaintiff (Southern Pines Apartments, LLC) and movants have terminated their relationship.

2. Plaintiff has been made aware of applicable deadlines and applicable pending court appearances.

3. Plaintiff will remain in the litigation.

4. This motion is made in good faith and will not prejudice any party.

5. Plaintiff's present address, telephone number and e-mail address are as follows:

   Southern Pines Apartments, LLC
   715 82nd St.
   Miami Beach, FL 33141
   (305) 864-2422
   ihsobe@bellsouth.net

WHEREFORE, the undersigned counsel, both individually and on behalf of her respective law firm moves this court for an order allowing them to withdraw as counsel of record for Plaintiff (Southern Pines Apartments, LLC).

RESPECTFULLY SUBMITTED on this 28th day of July, 2016.

**WEITZ & LUXENBERG, PC**

　　/s/ Robin L. Greenwald　　　
**Robin L. Greenwald (IL Bar ID #6183798)**
700 Broadway
5th Floor
New York, NY 10003
Telephone: (212) 558-5802
Fax: (646) 293-6501
RGreenwald@WeitzLux.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of July, 2016.

I FURTHER CERTIFY that the Plaintiff has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on Plaintiff on this 28th day of July, 2016.

**WEITZ & LUXENBERG, PC**

　/s/ Robin L. Greenwald
**Robin L. Greenwald (IL Bar ID #6183798)**
700 Broadway
5th Floor
New York, NY 10003
Telephone: (212) 558-5802
Fax: (646) 293-6501
RGreenwald@WeitzLux.com