UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 10, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| 2:13-cv-02967 | * | MAGISTRATE SHUSHAN |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of WEITZ & LUXENBERG, P.C.'s Motion to Withdraw as Counsel for Southern Pines Apartments, LLC.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That ROBIN L. GREENWALD and the law firm of WEITZ & LUXENBERG, P.C.'s **Motion to Withdraw as Counsel** as to Southern Pines Apartments, LLC be and the same is hereby granted.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this \_\_\_\_ day of _____, 2016.

_____
Honorable Carl J. Barbier,
United States District Judge