# EXHIBIT

# "A"

| Cause Number(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:14-cv-00357-CJB-SS | EVANS | BRENDA | |
| 2:13-cv-06651-CJB-SS | MCCANTS | MARCUS | |
| 2:13-cv-06651-CJB-SS | | BINH DO | B & N GENERAL IRON WORKS LLC |
| 2:13-cv-06651-CJB-SS | | CYNTHIA DANG | DAY SPA AT CITRUS CO |
| 2:14-cv-00358-CJB-SS | | HUNG DU | HUNG DU, INDIVIDUALLY AND DBA HUNG DU KITCHEN |
| 2:13-cv-06651-CJB-SS | | YOOSEUNG LIM | L&K INTERNATIONAL CORP HARU SUSHI BAR & GRILL |
| 2:13-cv-06651-CJB-SS | | | PHUC MINH TRAN, LE'S GRILL ON WHEELS |
| 2:13-cv-01717-CJB--SS | | | TAM TRAN, INDIVIDUALLY AND DBA TAMS AUTO SALES AND SERVICES |
| 2:13-cv-06651-CJB-SS | TRAN | TAM | |