UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 10, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| 2:16-cv-04067 | * | MAGISTRATE SHUSHAN |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the law firm of Weitz & Luxenberg, P.C. pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for Scott Porter and as grounds would state:

1. The Plaintiff (Scott Porter) and movants have terminated their relationship.

2. Plaintiff has been made aware of applicable deadlines and applicable pending court appearances.

3. Plaintiff will remain in the litigation.

4. This motion is made in good faith and will not prejudice any party.

5. Plaintiff's present address, telephone number and e-mail address are as follows:

    Scott Porter
    PO Box 886
    Houma, LA 70361
    (985) 226-4856
    ecologic2020@aol.com

WHEREFORE, the undersigned counsel, both individually and on behalf of her respective law firm moves this court for an order allowing them to withdraw as counsel of record for Plaintiff (Scott Porter).

RESPECTFULLY SUBMITTED on this 28th day of July, 2016.

**WEITZ & LUXENBERG, PC**

   /s/ Robin L. Greenwald
**Robin L. Greenwald (IL Bar ID #6183798)**
700 Broadway
5th Floor
New York, NY 10003
Telephone: (212) 558-5802
Fax: (646) 293-6501
RGreenwald@WeitzLux.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of July, 2016.

I FURTHER CERTIFY that the Plaintiff has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on Plaintiff on this 28th day of July, 2016.

**WEITZ & LUXENBERG, PC**

  /s/ Robin L. Greenwald
**Robin L. Greenwald (IL Bar ID #6183798)**
700 Broadway
5th Floor
New York, NY 10003
Telephone: (212) 558-5802
Fax: (646) 293-6501
RGreenwald@WeitzLux.com