IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | MDL 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: 16-04122; 16-04123; 16-04124; 16-04151; 16-04179 and 16-04230 | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**PLAINTIFFS' REPLY TO BP'S OBJECTIONS/RESPONSE TO SHOW CAUSE SUBMISSIONS [DOC 21131-4]**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Eduardo Pineiro Perez, Individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera La Rivera De Tampico De Alto S.C. De R.L; Claudio Gonzalez del Angel, Individually and d/b/a Pennisionario Claudio Gonzalez del Angel; Felipe Barrios Anzures, Individually and d/b/a Compro Venta de Felipe Barrios; Artemio Aran Blanco, Individually and d/b/a Grupo Pescadores Libres Artemio Aran; Sammy Davis Briggs; and Eduardo Pineiro Perez, Individually and d/b/a La Sociedad Cooperativa de Produccion Pesquera La Rivera de Tampico de Alto S.C. de R.L.; Claudio Gonzalez Del Angel Individually and d/b/a Pennisionario Claudio Gonzalez Del Angel; Felipe Barrios Anzures Individually and d/b/a Compro Venta De Felipe Barrios; Artemio Aran Blanco Individually and d/b/a Grupo Pescadores Libres Artemio Aran, on behalf of all Class Representatives/Subclass Representative Plaintiffs herein as a Class; and files this their Reply to BP's Objections/Responses to Show Cause Submission [Doc 21131-4], and would show as follows:

1. On March 29, 2016, this Court issued Pre-Trial Order No. 60 (hereinafter "PTO 60") requiring all Plaintiffs with claims in Pleading Bundle B-1 to file individual complaints if they had not already done so. It further required all Plaintiffs to file a Sworn Statement as provided within PTO 60 [Doc 16050]. All Plaintiffs are required to comply with PTO 60 on or before May 2, 2016, unless they obtained an extension, which Plaintiffs herein did, as did many other Plaintiffs, until May 16, 2016.

2. Plaintiffs would show that they have complied with PTO 60, in that each Cause Number (16-04122; 16-04123; 16-04124; 16-04151; 16-04179 and 16-04230) are brought by **one class representative** on behalf of a class that is individually named in the Complaint therein.

3. Plaintiffs/Class Representatives would show that it limited its class action to specific class members that had already timely filed Short Forms or Complaints before the Statute of Limitations expired and they are all in a common or similar trade. Plaintiff has complied with PTO 60.

4. Plaintiffs would show that considering MDL 2179 was a class action for hundreds of thousands of claims related to the BP spill, it is a violation of due process for these Plaintiffs, which were excluded from the Class, to not be allowed to file a similar class action when these Plaintiffs either timely filed Short Forms or Mass Joinder Complaints in accordance with all applicable procedures in the Eastern District of Louisiana (on file for almost five years before PTO 60).

5. In addition, Plaintiffs would show that **Pleading Bundle B-1 does not involve foreign Plaintiffs**, only U.S. Citizens and entities; therefore, PTO-60 appears not to apply to these foreign Plaintiffs, so they have never been in violation of any of the Court's Orders. Moreover, as stated in Paragraph 4, it would be a violation of due process to dismiss the class actions.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email: matoups@wgttlaw.com

By: /s/ Mitchell A. Toups
Mitchell A. Toups
Texas Bar No. 20151600

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on July 28, 2016.

/s/ Mitchell A. Toups
Mitchell A. Toups