UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
|  | SECTION: J |
| *This Document Relates to:* 2:16-cv-06298; 2:16-cv-06279; 2:16-cv-06305; 2:16-cv-06295; 2:16-cv-06296; 2:16-cv-06330; 2:16-cv-07285; 2:16-cv-07285 | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**BUZBEE LAW FIRM REPLY TO ORDER TO SHOWCAUSE**

NOW COMES, Plaintiffs represented by the Buzbee Law Firm and specifically named below, respectfully submit this reply to the Court's Order To Show Cause issued on June 7, 2016 Order to Show Cause [Doc. 18724] ("Show Cause Order"), Court's Order Regarding Compliance with PTO 60 [Doc. 20996] and BP's Objections and Responses to Plaintiffs' PTO 60 Show Cause Submission [Doc. 21131].

This reply addresses specific issues raised by the show cause order, and respectfully requests that this Court permit the cases to proceed with lawsuits against the defendants:

**A. JUAN CORDOVA, S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, SC de R.L. de C.V. No. 2:16-cv-06330 refiled individual suit on May 27, 2016.**

Plaintiff timely filed in a mass lawsuit No. 2:16-cv-06330 due to the fact the declaration was not received by the deadline. Upon receipt of the declaration, an individual lawsuit was immediately filed in No. 2:16 cv 07285. BP asserts that the individual lawsuit cannot be located. See Exhibit A. The confusion may lie in the name of the signatory.

1

Plaintiff is an association, S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, SC de R.L. de C.V.  At the time that the declaration was signed, Juan Cordova was no longer the president.  The signatory on behalf of the plaintiff was Domingo Gordillo Chable, and the declaration was signed on May 15, 2016 and was not received by the Buzbee Law Firm until the time it was filed on May 27, 2016.   On May 27, 2016, Case 2-16-cv-07285 was filed with the supporting documentation, and Plaintiff respectfully be permitted to proceed with its lawsuit.

### B. Joaquin Barrera/S.C.P.P. Ah Caray, S.C. de R.L., No 2:16-cv-06298

Plaintiff returned an unsigned declaration, and respectfully requests that he be permitted additional time to return the declaration.

### C. Manuel Ramirez Sanchez

Plaintiff Manuel Ramirez Sanchez respectfully requests that he be permitted to proceed with his individual lawsuit. Originally filed in 2:13 CV 02791, Plaintiff did not meet the express requirements of PTO 60 due to unavailability. The declaration was not returned until July 2, 2016. Plaintiff respectfully requests that he be permitted to file a lawsuit in full accordance with PTO 60.  The declaration is attached as Exhibit B.

### D.  S.C.P.P. Tanchicuin Boca, S.C. de R.L. de C.V

Plaintiff S.C.P.P. Tanchicuin Boca, S.C. de R.L. de C.V timely filed in a mass lawsuit No. 2:16-cv-06330 due to the fact the declaration was not received by the deadline. Upon receipt of the declaration, an individual lawsuit was immediately filed.  See Exhibit C.   On May 31, 2016, Cause No. 2-16-cv-07285 was filed with the supporting documentation, and Plaintiff respectfully be permitted to proceed with its lawsuit, and should be included in Exhibit 1.

### E.  Plaintiffs Not Listed in the Court's Show Cause Order

**Respectfully Request Additional Time to Comply with PTO 60.**

Counsel respectfully requests that this Court recognize the lawsuits that were filed in 2013, and re-filed in mass lawsuit in 2016, as identified in Exhibit D. The following Plaintiffs are not listed in Exhibit 1 or 2 and are presumed to not have complied with PTO 60. Plaintiffs respectfully request that this Court, out of the interest of fairness and judicial economy, permit the cases to move forward.

The plaintiffs identified in Exhibit D were included in a mass lawsuit out of an abundance of caution, and each Plaintiff respectfully requests additional time to submit a sworn declaration and file individual lawsuits. These clients did not return a sworn declaration, and were in violation of the Court's TRO 60 due to lack of electronic means, working offshore, inaccessibility, and change of contact information. Counsel respectfully requests additional time in which to comply.

Respectfully submitted,

THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
tbuzbee@txattorneys.com
State Bar No. 24001820
Caroline E. Adams
cadams@txattorneys.com
State Bar No. 24011198
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: 713-223-5393
Fax: 713-223-5909

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on July 28, 2016.

    /s/ Caroline Adams_____
    **CAROLINE E. ADAMS**