EXHIBIT D

|  | Cause Number | SFJ | Mass Lawsuit | PPF | BP Claim |
|---|---|---|---|---|---|
| S.C.P.P. Grupo Tenatsi, S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52652306 | **1056439-01** |
| Razo, Andrea | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52671556 | **1052285-01** |
| S.C. El Pinzon, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52652417 | **1042430-01** |
| Uscanga Perez, Homero | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52636376 | **1032503-01** |
| S.C. Delfines de Centla, | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52666563 | **1091812-01** |
| S.C.P.P. Ah Caray I,  S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52665644 | **1023278-01** |
| Ballato, Emilio | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52664820 | **1093794-01** |
| Basurto, Refugio | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52652415 | **1022308-01** |
| Bautista, Alfredo | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52671622 | **1022309-01** |
| Caballero, Pablo | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52632513 | **1052442-01** |
| Cabrera, Andres | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52643355 | **1022311-01** |
| Cano, Joaquin | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52655922 | **1091802-01** |
| Fernando Canul Mijangos | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52635653 | none |
| S.C.P.P. Barra de Montepio, S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52653906 | **1023287-01** |
| S.C.P.P. Seno los Platanos, S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52652536 | **1023288-01** |
| Catemaxca, Raquel | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52671701 | **1019782-01** |
| Cazarin, Daniel | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52671808 | **1023277-01** |
| S.C.P.P. Nuevos Pescadores de la Laguna, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52664494 | **1023268-01** |
| Cepeda, Daniel | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52634804 | **1056454-01** |
| Chavez, Victor | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52643491 | **1056445-01** |
| S.C.P.P. Plan de Figueroa, S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52655044 | **1019870-01** |
| S.C.P.P. Punta del Salado, S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52636485 | **1022258-01** |
| S.C.P.P. Laguna de la Tortuga, S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52661468 | **1091662-01** |
| Cruz, Luis | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52629827 | **1042262-01** |
| S.C.P.P. El Pampano, S.C.L. de C.V. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52630462 | **1042469-01** |
| S.C.P.P. La Gaviota de Jalapita, S.C.L. de C.V. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52671363 | **1042495-01** |
| S.C.P.P. Mulala, S.C. de R.L. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52654359 | **1023284-01** |
| S.C.P.P. El Robalo de Vicente Guerrero, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52654375 | **1052858-01** |
| Delgado, Jorge | **2:13-cv-02791-CJB-SS** | 128495 | 2:16-cv-06330 | 52666095 | **1052292-01** |
| S.S.S. Agrupacion La Unica | **2:13-cv-02791-CJB-SS** |  | 2:16-cv-06330 | 52666040 | **1052849-01** |

| Name | Case | | Case | Number | ID |
|---|---|---|---|---|---|
| Diaz, Carlos | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52656278 | **1052282-01** |
| Diaz, Israel | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 53065250 | **1042638-01** |
| Diaz, Maribel | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52671996 | **1042657-01** |
| S.C.P.P. Playa Cangregeros, S.S.C. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52643665 | **1052848-01** |
| S.C.P.P. San Francisco, R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52638202 | **1052850-01** |
| La Malinche de Centla, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52638329 | **1052170-01** |
| San Ramon, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52643832 | **1052284-01** |
| Echavarria, Alejandro | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52639168 | **1094460-01** |
| S.C.P.P. La Trufa, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52656364 | **1019781-01** |
| Pescadores de la Laguna Colorada, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52654580 | **1022306-01** |
| Francisco, Heriberta | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52632080 | **1022310-01** |
| Gallardo, Cruz | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52663000 | **1022295-02** |
| Garcia, Feliciano | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52643956 | **1052137-01** |
| S.C.P.P. Las Porfias, S.A. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52654758 | **1052147-01** |
| S.C.P.P. NA Zoo, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52652100 | **1052443-01** |
| S.C.P.P. Pescadores Riverenos De Jalapita, S.C. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52630771 | **1052145-01** |
| S.C.P.P. Roxanne de Centla, S.C. de R.L. de C.V | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52635928 | **1022314-01** |
| Gonzalez, Maria | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52639269 | **1091801-01** |
| S.C.P.P. Generacion 95, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52652564 | **1052456-01** |
| Guatzozon, David | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52657734 | **1019776-01** |
| Hernandez, Fernando | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52665543 | **1093796-01** |
| S.C.P.P. Riberenos del Carmen, S.L.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52660961 | **1019783-01** |
| S.C.P.P. El Conde Silva, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52666252 | **1052133-01** |
| S.C.P.P. Milsadel, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52639668 | **1042524-01** |
| Juarez, Luis | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52663856 | **1091578-01** |
| S.C.P.P. de Salta Barraca, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52670536 | **1091577-01** |
| Cooperativa Acuicola La Centella S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52632111 | **1056440-01** |
| Lucero del Oriente, C.V. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52643079 | **1019796-01** |
| Marquez, Carlos | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52632416 | **1023275-01** |
| Paso de Salta Barranca, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52654601 | **1022261-01** |
| Productores del Gulfo, S.S.S. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52670758 | **1023272-01** |
| S.C.P.P. Pescadores de Playa Boqueron, S.C. de R.L. C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52655104 | **1022260-01** |
| Mayo, Fernando | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52639938 | **1019775-01** |

| | | | | | |
|---|---|---|---|---|---|
| S.C.P.P. De Ribera de Sonteomapan, S.C.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52636573 | **1019777-01** |
| S.C.P.P. Pescadores de Salinas, S.C.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52637201 | **1056444-01** |
| Nava, Flor | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 53065377 | **1022305-01** |
| Ochoa, Jose | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52655104 | **1091658-01** |
| S.C.P.P. La Chispa Roja S.C. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52666925 | **1019795-01** |
| Liberacion de la Barra, S.S.S. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52655048 | **1022303-01** |
| S.C.P.P. El Mexal de Isla Aguada, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52635657 | **1019784-01** |
| S.C.P.P. Panatlan, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52653069 | **1091661-01** |
| Perez, Filiberto | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52655128 | **1091656-01** |
| Pescados y Mariscos La Capilla, S.C. de R.L. M.I. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52634789 | **1091660-01** |
| Renovacion y Solidaridad, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52632574 | **1052844-01** |
| S.C.P.P. Estero del Rey, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52653546 | **1052863-01** |
| Perez Madrigal, Donald | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52639397 | **1032505-01** |
| S.C.P.P. Lebrancheros de Sonteomapan S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 53064900 | **1042641-01** |
| Manuel Ramirez Sanchez | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52629903 | |
| Ramon, Luis | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52671869 | **1091678-01** |
| Razo, Jenny | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52671389 | **1042649-01** |
| La Flor del Coco, S.C.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52633118 | **1032561-01** |
| S.C.P.P. La Espina, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52660923 | **1055957-01** |
| S.C.P.P. Brisas De Gobernado Cruz, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52655415 | **1042646-01** |
| Rojas, David | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52653228 | **1059223-01** |
| S.C.P.P. Bonanza, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52653812 | **1093189-01** |
| S.C.P.P. Punta El Buey, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52641945 | **1042644-01** |
| Sanchez, Ernesto | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52635807 | **1034187-01** |
| S.C. de P.P. Acuicola de Bienes y Servicios El Gato Macho S.C. de R.L | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52624895 | |
| S.C.P.P. Pescadores de Rovirosa, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52661328 | **1052168-01** |
| S.C.P.P. La Nueva Ola, S.C. de R.L. de C.V. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52635927 | **1042530-01** |
| Barra Vieja, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52637813 | **1056456-01** |
| S.C.P.P. Pescadores Unidos de la Laguna Camaronera, S.C.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52655394 | **1055956-01** |
| S.C. P.P. Pescadores Unidos de Arbolillos S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52654127 | **1056450-01** |
| S.C.P.P. Alma Jarocha, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52661438 | **1091814-01** |
| S.C. Isla de la Laguna Pajonal, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52636299 | **1042497-01** |
| Vazquez , Javier | **2:13-cv-02791-CJB-SS** | | 2:16-cv-06330 | 52669174 | **1023301-01** |

| | | | | |
|---|---|---|---|---|
| Vergara, Jose | **2:13-cv-02791-CJB-SS** | 2:16-cv-06330 | 52669956 | **1022262-01** |
| La Laguna Cayuapan, S.C. de R.L. | **2:13-cv-02791-CJB-SS** | 2:16-cv-06330 | 52655173 | **1022267-01** |
| Zamudio, Isidoro | **2:13-cv-02791-CJB-SS** | 2:16-cv-06330 | 52655583 | **1056448-01** |
| Zamudio, Sergio | **2:13-cv-02791-CJB-SS** | 2:16-cv-06330 | 52642462 | **1091813-01** |
| Congelados Marinos, S.A. de C.V. | **2:13-cv-02791-CJB-SS** | 2:16-cv-06330 | 52653638 | **1023299-01** |