timely opted back into the B-1 class and settlement, leaving Bayou Caddy as the sole plaintiff in its lawsuit. BP had notice of this. Copies of the correspondences by which Pearl River and Bayou Carlin opted back into the settlement program were likewise attached to Bayou Caddy's Response. *See* Rec. Doc. 18802-3.

On June 15, 2015, two days after Bayou Caddy filed its above-discussed Response, the undersigned received a notification about the new HESI settlement program. On July 8, 2016, Bayou Caddy moved for leave to amend its Original Complaint to add claims against HESI. Also, inasmuch as BP was seemingly confounded by the fact that the Original Complaint had Pearl River and Bayou Carlin's names on the pleading even though BP knew their claims had been withdrawn more than three and a half years ago, out of an abundance of caution, Bayou Carlin sought to formally remove the names of Pearl River and Bayou Carlin from its pleading. *See* Rec. Doc. 20938.

It is noteworthy that on November 6, 2012 – *i.e*, the very next day after Pearl River and Bayou Carlin opted back into the settlement program and thereby effectively withdrew their claims from the subject lawsuit – Bayou Caddy was served with a host of this Court's prior Pre-Trial Orders, including Pre-Trial Order No. 25 which stayed Bayou Caddy's case until further order of the Court. *See* EDLA Civ. A. 12-2665, Rec. Doc. 3-3 at p. 4. Accordingly, Bayou Caddy respected the stay and could not amend its pleading until now, when BP took its position that Bayou Caddy had no individual complaint on file. In reality, it did have the Original Complaint on file to which Bayou Caddy was the only plaintiff asserting any claims. Over BP's objection, on July 12, 2016, Judge Shushan granted the Motion for Leave insofar as it sought to delete references to Pearl River and Bayou Carlin. *See* Rec. Doc. 20984. BP's present objection is thus already cured. Moreover, the objection is really only to form – that the Original Complaint contained the names of two plaintiffs who had withdrawn their claims.