UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** * | | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | | |
| **of Mexico On April 20, 2010** * | | **Section J** |
| * | | |
| **This Document Relates to:** * | | **Judge Barbier** |
| * | | |
| *TD Auditing d/b/a Bevinco of* * | | **Magistrate Judge Shushan** |
| *St. Petersburg, LLC and* * | | |
| *Bach Distribution v. BP Exploration &* * | | |
| *Production, Inc., et al* * | | |
| **Number 2:13-cv-05353-CJB-SS** * | | |
| **and** * | | |
| **Short Form Joinder Number** * | | |
| **2:10-cv-08888-CJB-SS Doc. #126831** * | | |
| **and Doc. #126862** * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, the above-listed Plaintiffs, each and by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed above, and withdrawal from any class (whether putative or certified, except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Emergency Services Inc. (if any). Costs taxed as paid.

|  |  |
|---|---|
| THE PENTON LAW FIRM | |
| 209 HOPPEN PLACE | |
| BOGALUSA, LOUISIANA   70427 | |
| PHONE: | 985-732-5651 |
| FAX: | 985-735-5579 |
| EMAIL: | fedcourtmail@rgplaw.com |

/s/ Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date and also through File & Serve Express.

July 29, 2016.

s/Ronnie G. Penton
Ronnie G. Penton