UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION: J |
| AFFLUENTIALS LLC; DANIEL BECNEL, III; CHRISTOPHER DEVON BECNEL; CONTRACTORS GROUP, LLC; KARIN DAMORE; MICKEY LOOMIS; RAAFAT MEGALLA; AND PATRICK PAYTON | JUDGE BARBIER MAGISTRATE SHUSHAN |

Docket Number(s)

2:13-cv-1687-cjb-ss

Short Form Joinder Number(s)

___

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW**, the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to Claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holding LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs Taxed as paid.

Case name(s) and docket number(s):

| | |
|---|---|
| **Affluentials Inc** | 2:13-cv-01687-cjb-ss |
| **Daniel Becnel, III** | 2:13-cv-01687-cjb-ss |

1

| | |
|---|---|
| **Christopher Devon Becnel** | **2:13-cv-01687-cjb-ss** |
| **Contractors Group, LLC** | **2:13-cv-01687-cjb-ss** |
| **Karin Damore** | **2:13-cv-01687-cjb-ss** |
| **Mickey Loomis** | **2:13-cv-01687-cjb-ss** |
| **Raafat Megalla** | **2:13-cv-01687-cjb-ss** |
| **Patrick Payton** | **2:13-cv-01687-cjb-ss** |

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 29th day of July 2016.

> S/Salvadore Christina, Jr.,
> Salvadore Christina, Jr. (LA 27198)
> Becnel Law Firm, LLC
> Post Office Drawer H
> Reserve, LA 70084
> (985) 536-1186 - telephone
> (985) 536-6445 - facsimile
> schristina@becnellaw.com
>
> Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that he above foregoing Motion for Extension of Time has been served on all Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 29th day of July, 2016.

/s/ Salvadore Christina, Jr.