UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION: J |
| This Document Relates to: Sandra Torregano Docket Number(s) 10-cv-01245 13-cv-00786 | * * | Magistrate Judge Shushan |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO BRITISH PETROLEUM EXPLORATION & PRODUCTION, INC.
## BRITISH PETROLEUM AMERICA PRODUCTION COMPANY,
## AND BRITISH PETROLEUM PLC

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41 (a) (I) (A) (i) of Federal Rules of Civil Procedure and the full and Final Release, Settlement, and Covenant Not to Sue entered into by the parti4es, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against British Petroleum Exploration & Production, Inc., British Petroleum America Production Company and British Petroleum PLC, including but not limited to the action(s) and short joinders listed below, and withdrawal from any class (with putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for putative or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean LTD., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc., (if any).  Costs taxed as paid.

Case Name (s) and docket number(s)

SandraTorregano
Martha Stewart

10-cv-01245
13-cv-00786

Respectfully submitted this 21st day of July, 2016.

/s/ Darleen M. Jacobs
Attorney name:  Darleen M. Jacobs
Attorney address:  823 St. Louis Street
New Orleans, Louisiana 70112
Attorney for Plaintiff(s)