UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO
CLAIMANT MARTIN FORMENTO AND MADE IN RELIANCE ON FINANCIAL DATA
PROVIDED BY CLAIMS PREPARER WILLIAM A. BECKER CONSULTING, LLC.

The Deepwater Horizon Economic Claims Center ("DHECC") moves to have claimant Martin Formento d/b/a Leave It To Beaver Charters (collectively "Formento") and claims preparer William A. Becker Consulting LLC ("Becker")[1] return payments the DHECC made in reliance on financial data they provided to the DHECC. Formento and Becker manipulated monthly profit and loss statements to increase claimant's purported economic loss suffered after the oil spill. Relying on these representations, the DHECC paid claimant $185,503.41, and Becker received a portion of the award.

The DHECC seeks a judgment requiring Formento and Becker, *in solido*, to pay and return to the DHECC the $185,503.41 it paid on this improper claim, and prohibiting Formento and Becker from participating in any further DHECC distributions. Any other professionals who assisted Formento and benefitted from this unjustified payment also

---

[1] Its principal, William Becker, died on July 10, 2014. According to the records of the Florida Secretary of State, he and Patricia Becker were the former managers. According to its latest annual report, Patricia Becker is now the sole manager and registered agent for service of process, at 1127 Gulf Stream Lane, Key Largo, Florida 33037. *See*, Florida Secretary of State's records, Ex B.

- 2 -

should be required to pay and return any payments received from the claim, *in solido* with Formento and Becker, to the extent of any amounts taken or received by them.

                Respectfully submitted,

                Patrick Juneau
                Claims Administrator
                By:  ___/s/ Kevin Colomb_____
                Kevin Colomb
                Manager of Compliance and Internal Integrity

Date: August 1, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 1st day of August, 2016, by electronic mail, on the following:

>Martin Formento
>1200 Old Vine Blvd.
>Lewes, DE 19958
>
>Willliam A. Becker Consulting, LLC
>1127 Gulf Stream Ln.
>Key Largo, FL 33037
>
>Bernadette Restivo, Esq.
>Restivo & Vigil-Farinas, LLC
>103400 Overseas Hwy.
>Pink Plaza, Suite 237
>Key Largo, FL 33037

>_____/s/ Kevin Colomb_____
>Kevin Colomb