UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the Motion by the DHECC to have Martin Formento d/b/a Leave It To Beaver Charters ("Formento") and claims preparer William A. Becker Consulting LLC ("Becker") return payments made by the Deepwater Horizon Economic Claims Center ("DHECC") in reliance on the financial data they provided to the DHECC, and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for Return of Payments Made to Martin Formento and in Reliance on Financial Data Provided by William A. Becker Consulting, LLC is GRANTED; and

2. The DHECC claim award in favor of Formento, based upon Claim 29437 is hereby RESCINDED and VACATED; and

3. Judgment is entered against Formento and Becker, jointly, severally, and *in solido*, requiring Formento and Becker to make restitution to the DHECC in the amount of $185,503.41, plus post-judgment interest. In no event shall the total restitution payable to the DHECC exceed $185,503.41; and

- 2 -

- 3 -

4. Judgment is entered against Restivo and Reilly, LLC to make restitution to the DHECC for the amount of $9,275.17 it received as a contingency fee in relation to the above claims, plus post-judgment interest; and

5. Restivo and Reilly, LLC is jointly and severally liable with Formento and Becker, but only up to the amount listed above. In no event shall the total restitution payable to the DHECC exceed $185,503.41; and

6. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

7. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2016.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE