# 2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L11000106612

**Entity Name:** WILLIAM A. BECKER CONSULTING, LLC

FILED
Mar 30, 2016
Secretary of State
CC9357817983

**Current Principal Place of Business:**

1127 GULF STREAM LANE
KEY LARGO, FL 33037

**Current Mailing Address:**

1127 GULF STREAM LANE
KEY LARGO, FL 33037 US

**FEI Number:** ▮▮▮▮▮722

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BECKER, PATRICIA
▮▮▮▮▮▮▮▮▮▮▮▮▮

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title | MGR |
| Name | BECKER, PATRICIA |
| Address | ▮▮▮▮▮▮▮▮▮ |
| City-State-Zip: | ▮▮▮▮▮▮▮▮▮ |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: PATRICIA BECKER                          MANAGER                 03/30/2016

Electronic Signature of Signing Authorized Person(s) Detail                                    Date