

**William A. Becker Consulting, LLC**
The leading claims filing agency in Monroe County, FL, and dedicated customer of the BP Claim Pro Solution for filing BP oil spill claims for clients throughout the Florida Keys.

On March 2, 2012 BP agreed to place $7.8 Billion under court supervision of Federal Judge Carl Barbier in order to compensate claimants. The most important aspect of this settlement is the fact that there is NO cap on the amount that BP will have to pay. If the $7.8 Billion is not enough to pay the amounts owed to businesses and individuals who have suffered losses as a result of the oil spill, BP will be required to put in more money.

## THE PROBLEM
Our client, William A. Becker Consulting, has been successfully providing assistance to BP Deepwater Horizon spill clients since May of 2010. They had the same problem experienced by most firms filing claims. They were in a position to help those affected in a significant and meaningful way, however, there was only so much that their staff could do each day to crunch numbers, analyze data, interview claimants, prove causation, and create professional reports for each claim that would be accepted by the Settlement Authority.

How could William A. Becker Consulting help more people with their claims using their expert methods, while maintaining the same or greater level of quality?

## THE SOLUTION

After a significant amount of time spent evaluating the needs of William A. Becker, the engineering team at BP Claim Pro created a complete claims management system for filing BP claims from start to finish.

With BP Claim Pro's unique cloud-based software solution and claims management system, William A. Becker Consulting was able to increase their filing efficiency by more than 75%, and increase their payment rate to twice the national average with settlements 40% higher for individuals and 100% higher for businesses.

As of January, 2013, William A. Becker is the largest claims processor in Monroe County and has processed claims valued in excess of $170 Million. "Keeping track of the details on every claim, maximizing the claimant amount and seamlessly filing using the DWH electronic portal are just a few of the things BP Claim Pro provides which has led to our success", says Bill Becker. Additional features include: a patented claims estimator, delegation of tasks, milestone tracking of claim progress and on-line document management. BP Claim Pro has provided William A. Becker Consulting the SOLUTION for ensuring that every claim is filed quickly, efficiently and absolutely correctly.



103400 Overseas Highway, Suite 209
Key Largo, Florida 33037



# PHONE

(855) 600-CLAIM



# EMAIL

info@BPClaimPro.com