By completing and signing this Sworn Written Statement for Claimant Accounting Support ("Statement"), I certify pursuant to the Deepwater Horizon Economic and Property Loss Settlement to all the information contained in this Statement.

Complete the following sections based on the information you were requested to prepare and submit on behalf of the claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document.

## A. CLAIMANT INFORMATION

| Name: | Last Name or Full Name of Business<br>Leave it to Beaver Charters | First | Middle Initial |
|---|---|---|---|

| Deepwater Horizon Settlement Program Claimant Number: | |
|---|---|

| Social Security Number:<br>or<br>Individual Taxpayer Identification Number:<br>or<br>Employer Identification Number: | SSN or ITIN <br> \|_\|_\|_\|-\|_\|_\|-\|_\|_\|_\|_\| <br><br> EIN ▆▆▆▆▆▆ |
|---|---|

| Current Address: | Street ▆▆▆▆ | | |
|---|---|---|---|
| | City ▆▆▆ | State ▆ | Zip Code ▆▆ |

## B. PREPARER INFORMATION

**Check the box that applies to you. You must only select one:**

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☐ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

☒ I am under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN).

If you indicate that you work under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN), your supervisor must also complete Section C.

| Name: | Last <br> Becker | First <br> William | Middle Initial <br> A. |
|---|---|---|---|
| Address: | Street <br> 103400 Overseas Highway, Suite 208 | | |
| | City <br> Key Largo | State <br> FL | Zip Code <br> 33037 |
| Telephone Number: | ▆▆▆▆▆▆▆ | | |
| Email Address: | ▆▆▆▆▆ | | |
| Accountant Website (if available): | | | |

## C.  SUPERVISOR INFORMATION

**If you supervised the preparer identified in Section B that performed accounting services to complete a Claim Form or prepare documentation on behalf of a Claimant, you must complete Section C and check the box that applies to you.  You must only select one:**

☒ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☐ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

| Name: | Last<br>Hughes | | First<br>Miriam | Middle Initial<br>W |
|---|---|---|---|---|

| Address: | Street ▇▇▇▇▇ | | | |
|---|---|---|---|---|
| | City ▇▇▇▇▇ | State ▇▇ | | Zip Code ▇▇ |

| Telephone Number: | ▇▇▇▇▇▇▇ |
|---|---|
| Email Address: | ▇▇▇▇▇ |
| Accountant Website (if available): | |
| Professional License Number: | 24642 |
| IRS Preparer Tax Identification Number: | 6505-73769R |

## D.  CERTIFICATION BY PREPARER

I have the required licenses in my state, my license is active, and it is in good standing by the regulatory bodies in that state.  I verify to the best of my knowledge that I have submitted information provided to me by the claimant and prepared documentation on a consistent basis and I have not ignored the implications of information known or reasonably suspected to be untrue, incomplete, inconsistent, or inaccurate.

## E.  SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 6 / 12 / 12 (Month/Day/Year) | _Miriam W. Hughes_ (signature) Accountant or Preparer Signature<br><br>Miriam W. Hughes<br>Name (Printed or Typed) |
|---|---|---|

**William A. Becker Consulting, LLC.**

# INVOICE

103400 Overseas Highway
Key Largo, FL 33037
Phone 800.373.6907  Fax 305.517.6043

INVOICE # 227
DATE: JUNE 25, 2012

**TO:**
Martin Formento
Leave it to Beaver Charters
719 Sharon Place
Key Largo, FL 33037
DWH Settlement #
SS or EIN Number ██████████

**FOR:**
**DWH ECONOMIC & PROPERTY DAMAGE CLAIM ASSISTANCE**

| DESCRIPTION | AMOUNT |
|---|---|
| Business Claim assistance and preparation for a Deepwater Horizon Economic & Property Damage Claim. | |
| Documents Scanning and Labeling (4 hours @ 110.00 per HR) | 440.00 |
| Claim form completion (2 Hours @ 110.00 per HR) | 220.00 |
| Claim Preparation (3 Hours @ 110.00 per HR) | 330.00 |
| CPA Review 2.5 Hours at $160.00) | 400.00 |
| E-File Claim (1 Hour @ 110.00 per HR) | 110.00 |
| TOTAL | 1500.00 |