# DEC. EXHIBIT A

# Form 1040  U.S. Individual Income Tax Return  2007

Department of the Treasury — Internal Revenue Service

For the year Jan 1 – Dec 31, 2007, or other tax year beginning _____, 2007, ending _____, 20 ___

OMB No 1545-0074

IRS Use Only — Do not write or staple in this space

**Label** (See instructions)

Your first name: Martin   MI: R   Last name: Formento

Your social security number: [redacted]

Use the IRS label. Otherwise, please print or type.

If a joint return, spouse's first name: ___   MI: ___   Last name: ___

Spouse's social security number: ___

Home address (number and street). If you have a P O box, see instructions. [redacted]   Apartment no: ___

You **must** enter your social security number(s) above

City, town or post office. If you have a foreign address, see instructions. [redacted]   State: ___   ZIP code: [redacted]

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ▶ ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund

## Filing Status (Check only one box)

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4. ☐ Head of household (with qualifying person) (See instructions). If the qualifying person is a child but not your dependent, enter this child's name here ▶ _____
5. ☐ Qualifying widow(er) with dependent child (see instructions)

## Exemptions

- 6a ☒ **Yourself**. If someone can claim you as a dependent, do not check box 6a
- b ☐ **Spouse**

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

No. of children on 6c who:
- lived with you: ___
- did not live with you due to divorce or separation (see instrs): ___

Dependents on 6c not entered above: ___

If more than four dependents, see instructions.

d Total number of exemptions claimed

Add numbers on lines above ▶ **1**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 |  |
| 8a | Taxable interest. Attach Schedule B if required |  |
| 8b | Tax-exempt interest. Do not include on line 8a |  |
| 9a | Ordinary dividends. Attach Schedule B if required |  |
| 9b | Qualified dividends (see instrs) |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) |  |
| 11 | Alimony received |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 1,525. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ |  |
| 14 | Other gains or (losses). Attach Form 4797 |  |
| 15a | IRA distributions ___   b Taxable amount (see instrs) |  |
| 16a | Pensions and annuities ___   b Taxable amount (see instrs) |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E |  |
| 18 | Farm income or (loss). Attach Schedule F |  |
| 19 | Unemployment compensation |  |
| 20a | Social security benefits ___   b Taxable amount (see instrs) |  |
| 21 | Other income |  |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 1,525. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) |  |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ |  |
| 25 | Health savings account deduction. Attach Form 8889 |  |
| 26 | Moving expenses. Attach Form 3903 |  |
| 27 | One-half of self-employment tax. Attach Schedule SE | 108. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans |  |
| 29 | Self-employed health insurance deduction (see instructions) |  |
| 30 | Penalty on early withdrawal of savings |  |
| 31a | Alimony paid   b Recipient's SSN ▶ ___ |  |
| 32 | IRA deduction (see instructions) |  |
| 33 | Student loan interest deduction (see instructions) |  |
| 34 | Tuition and fees deduction. Attach Form 8917 |  |
| 35 | Domestic production activities deduction. Attach Form 8903 |  |
| 36 | Add lines 23 – 31a and 32 – 35 | 108. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 1,417. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions   FDIA0112   12/06/07   Form **1040** (2007)

Form **1040** (2007) Martin R Formento — Page 2

## Tax and Credits

Standard Deduction for —
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions
- All others

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 1,417. |
| 39a | Check if: You were born before January 2, 1943, ☐ Blind; Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return, or you were a dual status alien, see instrs and ck here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,350. |
| 41 | Subtract line 40 from line 38 | -3,933. |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | 3,400. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter 0- | 0. |
| 44 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 0. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0. |
| 46 | Add lines 44 and 45 ▶ | 0. |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | |
| 49 | Education credits. Attach Form 8863 | |
| 50 | Residential energy credits. Attach Form 5695 | |
| 51 | Foreign tax credit. Attach Form 1116 if required | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | |
| 53 | Retirement savings contributions credit. Attach Form 8880 | |
| 54 | Credits from  a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | |
| 55 | Other credits  a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ___ | |
| 56 | Add lines 47 through 55. These are your total credits | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 0. |

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 58 | Self employment tax. Attach Schedule SE | 215. |
| 59 | Unreported social security and Medicare tax from  a ☐ Form 4137  b ☐ Form 8919 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | |
| 62 | Household employment taxes. Attach Schedule H | |
| 63 | Add lines 57-62. This is your total tax ▶ | 215. |

## Payments

If you have a qualifying child, attach Schedule EIC

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | |
| 65 | 2007 estimated tax payments and amount applied from 2006 return | 30. |
| 66a | Earned income credit (EIC) | 109. |
| 66b | Nontaxable combat pay election ▶ | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 68 | Additional child tax credit. Attach Form 8812 | |
| 69 | Amount paid with request for extension to file (see instructions) | |
| 70 | Payments from  a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | |
| 72 | Add lines 64, 65, 66a and 67 through 71. These are your total payments ▶ | 139. |

## Refund

Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888

| Line | Description | Amount |
|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | |
| 74b | Routing number: XXXXXXXXX  ▶ c Type ☐ Checking ☐ Savings | |
| 74d | Account number: XXXXXXXXXXXXXXXXX | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ 75 | |

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ▶ | 76. |
| 77 | Estimated tax penalty (see instructions) | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes Complete the following  ☒ No
Designee's name ▶   Phone no ▶   Personal identification number (PIN) ▶

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements and to the best of my knowledge and belief they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶   Date   Your occupation: Owner   Daytime phone number

Spouse's signature. If a joint return, both must sign. ▶   Date   Spouse's occupation

## Paid Preparer's Use Only

Preparer's Signature ▶   Date   Check if self employed ☐   Preparer's SSN or PTIN

Firm's name (or yours if self employed) ▶ Self-Prepared
address and ZIP code   EIN   Phone no

Form **1040** (2007)

FDIA0112  12/06/07

3457124

| SCHEDULE C | Profit or Loss From Business | OMB No 1545 0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2007** |
| Department of the Treasury Internal Revenue Service (99) | ► Partnerships, joint ventures, etc, must file Form 1065 or 1065-B<br>► Attach to Form 1040, 1040NR, or 1041   ► See Instructions for Schedule C (Form 1040) | Attachment Sequence No **09** |

Name of proprietor: **Martin R Formento**

Social security number (SSN): ▮▮▮▮▮▮

**A** Principal business or profession including product or service (see instructions): **Service**

**B** Enter code from instructions: ► **999999**

**C** Business name If no separate business name leave blank: **Leave it to Beaver Charters**

**D** Employer ID number (EIN), if any:

**E** Business address (including suite or room no): ► **PO Box 9262**
City, town or post office, state and ZIP code: **Tavernier, FL 33070**

**F** Accounting method  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2007? If 'No,' see instructions for limit on losses   [X] Yes   [ ] No

**H** If you started or acquired this business during 2007, check here ►  [ ]

## Part I — Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ► [ ] | 1 | 78,796. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 78,796. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 78,796. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income** Add lines 5 and 6  ► | 7 | 78,796. |

## Part II — Expenses. Enter expenses for business use of your home only on line 30

| | | | | | | | |
|---|---|---:|---:|---|---|---|---:|
| 8 | Advertising | 8 | 515. | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 485. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions) | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 11,177. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 19,242. | 21 | Repairs and maintenance | 21 | 3,667. |
| | | | | 22 | Supplies (not included in Part III) | 22 | 2,196. |
| | | | | 23 | Taxes and licenses | 23 | 636. |
| | | | | 24 | Travel, meals, and entertainment | | |
| | | | | a | Travel | 24a | 135. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 5,466. | 25 | Utilities | 25 | 1,200. |
| 16 | Interest | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 16,471. |
| b | Other | 16b | 6,542. | | | | |
| 17 | Legal & professional services | 17 | 1,131. | | | | |
| 28 | **Total expenses** before expenses for business use of home  Add lines 8 through 27 in columns  ► | | | | | 28 | 68,863. |
| 29 | Tentative profit (loss)  Subtract line 28 from line 7 | | | | | 29 | 9,933. |
| 30 | Expenses for business use of your home  Attach **Form 8829** | | | | | 30 | |
| 31 | **Net profit or (loss)**  Subtract line 30 from line 29<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (statutory employees, see instructions)  Estates and trusts, enter on Form 1041, line 3<br>• If a loss, you **must** go to line 32 | | | | | PAL 31 | 0. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions)<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions)  Estates and trusts, enter on Form 1041, line 3<br>• If you checked 32b, you **must** attach **Form 6198**  Your loss may be limited | | | | | 32a [X]<br>32b [ ] | All investment is at risk<br>Some investment is not at risk |

**BAA** For Paperwork Reduction Act Notice, see Form 1040 instructions

Schedule C (Form 1040) 2007

FDIZ0112   06/15/07

Schedule C (Form 1040) 2007  Martin R Formento                                                          Page 2

### Part III — Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation    ☐ Yes  ☐ No

| | |
|---|---|
| **35** Inventory at beginning of year  If different from last year's closing inventory, attach explanation | 35 |
| **36** Purchases less cost of items withdrawn for personal use | 36 |
| **37** Cost of labor  Do not include any amounts paid to yourself | 37 |
| **38** Materials and supplies | 38 |
| **39** Other costs | 39 |
| **40** Add lines 35 through 39 | 40 |
| **41** Inventory at end of year | 41 |
| **42** Cost of goods sold  Subtract line 41 from line 40  Enter the result here and on page 1, line 4 | 42 |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business  See the instructions for line 13 to find out if you must file Form 4562

**43** When did you place your vehicle in service for business purposes? (month, day, year)    ▸ 07/15/2006

**44** Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for
  a Business _____ 1,000    b Commuting (see instructions) _____    c Other _____ 5,000

**45** Do you (or your spouse) have another vehicle available for personal use?    ☐ Yes  ☒ No

**46** Was your vehicle available for personal use during off duty hours?    ☒ Yes  ☐ No

**47 a** Do you have evidence to support your deduction?    ☐ Yes  ☒ No

  **b** If 'Yes,' is the evidence written?    ☐ Yes  ☐ No

### Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30

| | |
|---|---:|
| Fuel for boat | 16,471. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses  Enter here and on page 1, line 27 | **48**  16,471. |

Schedule C (Form 1040) 2007

| SCHEDULE C | Profit or Loss From Business | OMB No 1545 0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2007** |
| Department of the Treasury Internal Revenue Service (99) | ► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B  ►Attach to Form 1040, 1040NR, or 1041.  ► See Instructions for Schedule C (Form 1040) | Attachment Sequence No **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Martin R Formento | |

**A** Principal business or profession including product or service (see instructions)
Freelance mate

**B** Enter code from instructions
► 999999

**C** Business name If no separate business name leave blank

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no ) ► PO Box 9262
City, town or post office, state and ZIP code  Tavernier, FL 33070

**F** Accounting method   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2007? If 'No,' see instructions for limit on losses   [X] Yes   [ ] No

**H** If you started or acquired this business during 2007, check here   ►[ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales Caution If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ►[ ] | 1 | 1,525. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,525. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1,525. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income** Add lines 5 and 6 ► | 7 | 1,525. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| | | | | 20 Rent or lease (see instructions) | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| | | | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | |
| 16 | Interest | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | |
| | b Other | 16b | | | | |
| 17 | Legal & professional services | 17 | | | | |
| 28 | **Total expenses** before expenses for business use of home Add lines 8 through 27 in columns ► | | | | 28 | |
| 29 | Tentative profit (loss) Subtract line 28 from line 7 | | | | 29 | 1,525. |
| 30 | Expenses for business use of your home Attach **Form 8829** | | | | 30 | |
| 31 | **Net profit or (loss)** Subtract line 30 from line 29 | | | | | |
| | • If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2** or on **Form 1040NR, line 13** (statutory employees, see instructions) Estates and trusts, enter on Form 1041, line 3 | | | | 31 | 1,525. |
| | • If a loss, you **must** go to line 32 | | | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions) | | | | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (statutory employees, see instructions) Estates and trusts, enter on Form 1041, line 3 | | | | 32a [ ] | All investment is at risk |
| | • If you checked 32b, you **must** attach **Form 6198** Your loss may be limited | | | | 32b [ ] | Some investment is not at risk |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions

Schedule C (Form 1040) 2007

FDIZ0112  06/15/07

Schedule C (Form 1040) 2007 Martin R Formento                                                                Page 2

## Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation                                                                                ☐ Yes  ☐ No

35  Inventory at beginning of year If different from last year's closing inventory, attach explanation | 35 |

36  Purchases less cost of items withdrawn for personal use | 36 |

37  Cost of labor Do not include any amounts paid to yourself | 37 |

38  Materials and supplies | 38 |

39  Other costs | 39 |

40  Add lines 35 through 39 | 40 |

41  Inventory at end of year | 41 |

42  **Cost of goods sold** Subtract line 41 from line 40 Enter the result here and on page 1, line 4 | 42 |

## Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business See the instructions for line 13 to find out if you must file Form 4562

43  When did you place your vehicle in service for business purposes? (month, day, year)    ▶ _ _ _ _ _ _ _ _ _ _ _

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for
    a Business _ _ _ _ _ _ _ _ _ _ _    b Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _    c Other _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use?                            ☐ Yes  ☐ No

46  Was your vehicle available for personal use during off duty hours?                                  ☐ Yes  ☐ No

47a Do you have evidence to support your deduction?                                                     ☐ Yes  ☐ No

    b If 'Yes,' is the evidence written?                                                                ☐ Yes  ☐ No

## Part V — Other Expenses.
List below business expenses not included on lines 8-26 or line 30

_____
_____
_____
_____
_____
_____
_____
_____
_____

48  Total other expenses Enter here and on page 1, line 27 | 48 |

Schedule C (Form 1040) 2007

FDIZ0112  06/15/07

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No 1545 0074 **2007** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to Form 1040  ► See Instructions for Schedule SE (Form 1040) | Attachment Sequence No 17 |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| Martin R Formento | |

## Who Must File Schedule SE

You must file Schedule SE if

- You had net earnings from self employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108 28 or more  Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions)

**Note** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions)

**Exception** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE  Instead, write 'Exempt — Form 4361' on Form 1040, line 58

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note** Use this flowchart **only** if you must file Schedule SE  If unsure, see Who Must File Schedule SE, above



## Section A — Short Schedule SE. Caution Read above to see if you can use Short Schedule SE

| | | | |
|---|---|---|---:|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K 1 (Form 1065), box 14, code A | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31, Schedule C-EZ, line 3, Schedule K-1 (Form 1065), box 14, code A (other than farming), and Schedule K-1 (Form 1065-B), box 9, code J1  Ministers and members of religious orders, see instructions for amounts to report on this line  See instructions for other income to report | 2 | 1,525. |
| 3 | Combine lines 1 and 2 | 3 | 1,525. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92 35% ( 9235)  If less than $400, **do not** file this schedule, you do not owe self-employment tax ► | 4 | 1,408. |
| 5 | **Self-employment tax**  If the amount on line 4 is<br>• $97,500 or less, multiply line 4 by 15 3% ( 153)  Enter the result here and on **Form 1040, line 58**<br>• More than $97,500, multiply line 4 by 2 9% ( 029)  Then, add $12,090 to the result  Enter the total here and on **Form 1040, line 58** | 5 | 215. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% ( 5)  Enter the result here and on **Form 1040, line 27** | 6 | 108. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions                Schedule SE (Form 1040) 2007

FDIA1101   11/02/07

Form **8862**
(Rev December 2005)

Department of the Treasury
Internal Revenue Service

**Information To Claim Earned Income Credit After Disallowance**

► Attach to your tax return    ► See separate instructions

OMB No 1545 0074

Attachment Sequence No **43A**

Name(s) shown on return: Martin R Formento

Your social security number: [redacted]

***Before you begin:***
- ✓ See your tax return instructions or **Pub 596**, Earned Income Credit (EIC), for the year for which you are filing this form to make sure you can take the earned income credit (EIC) **and** to find out who is a qualifying child
- ✓ If you have a qualifying child, complete **Schedule EIC** before you fill in this form
- ✓ **Do not** file this form if you are taking the EIC without a qualifying child **and** the only reason your EIC was reduced or disallowed in the earlier year was because it was determined that a child listed on **Schedule EIC** was not your qualifying child

| Part I | All Filers |
|---|---|

1. Enter the year for which you are filing this form (for example, 2005) ► **2007**

2. If the **only** reason your EIC was reduced or disallowed in the earlier year was because you incorrectly reported your earned income or investment income, check 'Yes' Otherwise, check 'No'   ► ☐ Yes  ☒ No

   **Caution** If you checked 'Yes,' **stop. Do not** fill in the rest of this form But you must attach it to your tax return to take the EIC If you checked 'No,' continue

3. Could you (or your spouse if filing jointly) be claimed as a qualifying child of another person for the year shown on line 1?   ► ☐ Yes  ☒ No

   **Caution** If you checked 'Yes', **stop** You cannot take the EIC If you checked 'No,' continue

| Part II | Filers Without a Qualifying Child |
|---|---|

4. Enter the **number of days** during the year shown on line 1 that you lived in the United States   ► **365**

   **Caution** If you entered less than **183** (**184** if the year on line 1 is 2004), **stop** You cannot take the EIC See the instructions

5. If married filing a joint return, enter the **number of days** during the year shown on line 1 that your spouse lived in the United States   ► _____

   **Caution** If you entered less than **183** (**184** if the year on line 1 is 2004), **stop.** You cannot take the EIC See the instructions

| Part III | Filers With a Qualifying Child or Children |
|---|---|

Note Child 1 and Child 2 are the same children you listed as Child 1 and Child 2 on **Schedule EIC** for the year shown on line 1 above

6. Enter the **number of days** each child lived with you in the United States during the year shown on line 1 above
   a Child 1  ► _____    b Child 2  ► _____

   **Caution** If you entered less than **183** for either child (**184** if the year on line 1 is 2004), you cannot take the EIC based on that child, unless the special rule for a child who was born or died during the year shown on line 1 applies See the instructions

7. If your child was born or died during the year shown on line 1, enter the month and day the child was born and/or died Otherwise, skip this line

   a Child 1 ►  (1) Month and day of birth (MM/DD)  ► _____   (2) Month and day of death (MM/DD)  ► _____
   b Child 2 ►  (1) Month and day of birth (MM/DD)  ► _____   (2) Month and day of death (MM/DD)  ► _____

8. Enter the address where you and the child lived together during the year shown on line 1 If you lived with the child at more than one address during the year, attach a list of the addresses where you lived

   a Child 1 ►   Number and street _____
                 City or town, state and ZIP code _____
   b Child 2 ►   If same as shown for child 1, check this box  ► ☐  Otherwise, enter below
                 Number and street _____
                 City or town, state and ZIP code _____

9. Did any other person (except your spouse, if filing jointly, and your dependents under age 19) live with child 1 or child 2 for more than half the year shown on line 1?   ► ☐ Yes  ☐ No

   If 'Yes,' enter that person's name and relationship to the child below If more than one other person lived with the child for more than half the year, attach a list of each person's name and relationship to the child

   a Other person living with child 1   Name _____
                                         Relationship to child 1 _____
   b Other person living with child 2   If same as shown for child 1, check this box  ► ☐  Otherwise, enter below
                                         Name _____
                                         Relationship to child 2 _____

   **Caution** The IRS may ask you to provide additional information to verify your eligibility to claim the EIC

BAA For Paperwork Reduction Act Notice, see separate instructions

Form **8862** (Rev 12-2005)

FDIA4201   09/13/05

| Form **8582** | **Passive Activity Loss Limitations** | OMB No 1545-1008 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See separate instructions<br>► Attach to Form 1040 or Form 1041. | **2007**<br>Attachment<br>Sequence No **88** |

Name(s) shown on return: Martin R Formento

Identifying number: ■■■■■

### Part I — 2007 Passive Activity Loss

**Caution** *Complete Worksheets 1, 2, and 3 on page 2 before completing Part I*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see **Special Allowance for Rental Real Estate Activities** in the instructions)

| | | |
|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | |
| d Combine lines 1a, 1b, and 1c | | 1d |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | |
|---|---|---|
| 2a Commercial revitalization deductions from Worksheet 2, column (a) | 2a | |
| b Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b | |
| c Add lines 2a and 2b | | 2c |

**All Other Passive Activities**

| | | |
|---|---|---|
| 3 a Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | 9,933. |
| b Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b | 0. |
| c Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c | -17,713. |
| d Combine lines 3a, 3b, and 3c | 3d | -7,780. |

4 Combine lines 1d, 2c, and 3d If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c **Do not** complete Form 8582 Report the losses on the forms and schedules normally used | **4** | **-7,780.**

If line 4 is a loss and
- Line 1d is a loss, go to Part II
- Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III
- Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15

**Caution** *If your filing status is married filing separately and you lived with your spouse at any time during the year, do not complete Part II or Part III Instead, go to line 15*

### Part II — Special Allowance for Rental Real Estate Activities With Active Participation

**Note** *Enter all numbers in Part II as positive amounts See the instructions for an example*

| | | |
|---|---|---|
| 5 Enter the **smaller** of the loss on line 1d or the loss on line 4 | | 5 |
| 6 Enter $150,000 If married filing separately, see the instructions | 6 | |
| 7 Enter modified adjusted gross income, but not less than zero (see instructions) | 7 | |
| **Note** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0 on line 10 Otherwise, go to line 8* | | |
| 8 Subtract line 7 from line 6 | 8 | |
| 9 Multiply line 8 by 50% (.5) **Do not** enter more than $25,000 If married filing separately, see instructions | | 9 |
| 10 Enter the **smaller** of line 5 or line 9 | | 10 | 0. |

If line 2c is a loss, go to Part III Otherwise, go to line 15

### Part III — Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities

**Note** *Enter all numbers in Part III as positive amounts See the example for Part II in the instructions*

| | | |
|---|---|---|
| 11 Enter $25,000 reduced by the amount, if any, on line 10 If married filing separately, see instructions | | 11 |
| 12 Enter the loss from line 4 | | 12 |
| 13 Reduce line 12 by the amount on line 10 | | 13 |
| 14 Enter the **smallest** of line 2c (treated as a positive amount), line 11, or line 13 | | 14 |

### Part IV — Total Losses Allowed

| | | |
|---|---|---|
| 15 Add the income, if any, on lines 1a and 3a and enter the total | | 15 | 9,933. |
| 16 **Total losses allowed from all passive activities for 2007.** Add lines 10, 14, and 15 See the instructions to find out how to report the losses on your tax return | | 16 | 9,933. |

BAA For Paperwork Reduction Act Notice, see the instructions

Form **8582** (2007)

FDIZ1901   07/09/07

Form 8582 (2007)   Martin R Formento                                                                                    Page 2

Caution  *The worksheets must be filed with your tax return  Keep a copy for your records*

### Worksheet 1 — For Form 8582, Lines 1a, 1b, and 1c (See instructions )

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total  Enter on Form 8582, lines 1a, 1b, and 1c** ▶ | | | | | |

### Worksheet 2 — For Form 8582, Lines 2a and 2b (See instructions )

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total. Enter on Form 8582, lines 2a and 2b** ▶ | | | |

### Worksheet 3 — For Form 8582, Lines 3a, 3b, and 3c (See instructions )

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| Leave it to Beaver Charters | 9,933. | 0. | 17,713. | | 7,780. |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total  Enter on Form 8582, lines 3a, 3b, and 3c** ▶ | 9,933. | 0. | 17,713. | | |

### Worksheet 4 — Use this worksheet if an amount is shown on Form 8582, line 10 or 14 (See instructions )

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** ▶ | | | 1.00 | | |

### Worksheet 5 — Allocation of Unallowed Losses (See instructions )

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
| --- | --- | --- | --- | --- |
| Leave it to Beaver Charters | C Ln 31 | 7,780. | 1.00000000 | 7,780. |
| | | | | |
| | | | | |
| | | | | |
| **Total** ▶ | | 7,780. | 1.00 | 7,780. |

BAA                                              FDIZ1902   07/09/07                                              Form 8582 (2007)

Form **8582** (2007)   Martin R Formento                                                                                            Page **3**

### Worksheet 6 — Allowed Losses (See instructions)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| Leave it to Beaver Charters | C Ln 31 | 17,713. | 7,780. | 9,933. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total** |  | 17,713. | 7,780. | 9,933. |

### Worksheet 7 — Activities With Losses Reported on Two or More Forms or Schedules (See instructions)

| Name of Activity | (a) | (b) | (c) Ratio | (d) Unallowed loss Type | (e) Allowed loss |
|---|---|---|---|---|---|
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter -0- |  |  |  |  |  |
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter -0 |  |  |  |  |  |
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter -0- |  |  |  |  |  |
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter -0 |  |  |  |  |  |
| **Total** |  |  | 1.00 |  |  |
| Name of Activity |  |  |  | Type |  |
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter -0- |  |  |  |  |  |
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter -0- |  |  |  |  |  |
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter 0- |  |  |  |  |  |
| Form or schedule and line number to be reported on (see instructions) |  |  |  |  |  |
| 1a Net loss plus prior year unallowed loss from form or schedule |  |  |  |  |  |
| b Net income from form or schedule |  |  |  |  |  |
| c Subtract line 1b from line 1a If zero or less, enter 0- |  |  |  |  |  |
| **Total** |  |  | 1.00 |  |  |

BAA                                    FDIZ1903   07/09/07                                    Form **8582** (2007)