# DEC. EXHIBIT B

Form **1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2008** (99) IRS Use Only — Do not write or staple in this space

For the year Jan 1 – Dec 31, 2008, or other tax year beginning _____, 2008, ending _____, 20 ___ | OMB No 1545-0074

**Label** (See instructions)
**Use the IRS label Otherwise, please print or type**

Your first name: Martin   MI: R   Last name: Formento
Your social security number: [redacted]

If a joint return, spouse's first name: ___ MI: ___ Last name: ___
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no: [redacted]
You **must** enter your social security number(s) above

City, town or post office. If you have a foreign address, see instructions.   State ___ ZIP code ___

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ► ☐ You ☐ Spouse
Checking a box below will not change your tax or refund

**Filing Status** (Check only one box)
1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ►
4 ☐ Head of household (with qualifying person) (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

| c Dependents (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

Boxes checked on 6a and 6b: 1
No. of children on 6c who
• lived with you ___
• did not live with you due to divorce or separation (see instrs) ___
Dependents on 6c not entered above ___
Add numbers on lines above ► 1

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instrs) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 3,530. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a ___  b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities  16a ___  b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a ___  b Taxable amount (see instrs) | 20b | |
| 21 | Other income _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 3,530. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self employment tax. Attach Schedule SE | 27 | 250. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self employed health insurance deduction (see instructions) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ► _____ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | 1,695. |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 – 31a and 32 – 35 | 36 | 1,945. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 1,585. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  10/13/08   Form **1040** (2008)

Form **1040** (2008)  Martin R Formento                                      Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 1,585. |
| | 39a Check if: ☐ You were born before January 2, 1944, ☐ Blind / ☐ Spouse was born before January 2, 1944, ☐ Blind   Total boxes checked ► 39a ☐ | | |
| | b If your spouse itemizes on a separate return, or you were a dual status alien, see instrs and ck here ► 39b ☐ | | |
| | c Check if standard deduction includes real estate taxes or disaster loss (see instructions) ► 39c ☐ | | |
| **Standard Deduction for –**<br>• People who checked any box on line 39a, 39b, or 39c **or** who can be claimed as a dependent, see instructions<br>• All others<br>Single or Married filing separately, $5,450<br>Married filing jointly or Qualifying widow(er), $10,900<br>Head of household, $8,000 | 40 Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 40 | 5,450. |
| | 41 Subtract line 40 from line 38 | 41 | -3,865. |
| | 42 If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 3,500. |
| | 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 **Tax** (see instrs). Check if any tax is from   a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 0. |
| | 45 **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 Add lines 44 and 45 ► | 46 | 0. |
| | 47 Foreign tax credit. Attach Form 1116 if required         47 | | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441   48 | | |
| | 49 Credit for the elderly or the disabled. Attach Schedule R   49 | | |
| | 50 Education credits. Attach Form 8863                       50 | | |
| | 51 Retirement savings contributions credit. Attach Form 8880  51 | | |
| | 52 Child tax credit (see instructions). Attach Form 8901 if required  52 | | |
| | 53 Credits from Form  a ☐ 8396  b ☐ 8839  c ☐ 5695           53 | | |
| | 54 Other crs from Form  a ☐ 3800  b ☐ 8801  c ☐             54 | | |
| | 55 Add lines 47 through 54. These are your **total credits** | 55 | |
| | 56 Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ► | 56 | 0. |
| **Other Taxes** | 57 Self employment tax. Attach Schedule SE | 57 | 499. |
| | 58 Unreported social security and Medicare tax from Form  a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 Additional taxes:  a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | 60 | |
| | 61 Add lines 56-60. This is your **total tax** ► | 61 | 499. |
| **Payments**<br>If you have a qualifying child, attach Schedule EIC | 62 Federal income tax withheld from Forms W-2 and 1099   62 | | |
| | 63 2008 estimated tax payments and amount applied from 2007 return   63 | | |
| | 64a Earned income credit (EIC)                              64a | 251. | |
| | b Nontaxable combat pay election ► 64b | | |
| | 65 Excess social security and tier 1 RRTA tax withheld (see instructions)   65 | | |
| | 66 Additional child tax credit. Attach Form 8812           66 | | |
| | 67 Amount paid with request for extension to file (see instructions)   67 | 500. | |
| | 68 Credits from Form  a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885   68 | | |
| | 69 First-time homebuyer credit. Attach Form 5405           69 | | |
| | 70 Recovery rebate credit (see worksheet)                  70 | 300. | |
| | 71 Add lines 62 through 70. These are your **total payments** ► | 71 | 1,051. |
| **Refund**<br>Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888 | 72 If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 | 552. |
| | 73a Amount of line 72 you want **refunded to you**. If Form 8888 is attached, check here ► ☐ | 73a | 552. |
| | ► b Routing number  XXXXXXXXX  ► c Type ☐ Checking ☐ Savings | | |
| | ► d Account number  XXXXXXXXXXXXXXXXX | | |
| | 74 Amount of line 72 you want **applied to your 2009 estimated tax** ► 74 | | |
| **Amount You Owe** | 75 **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see instructions ► | 75 | |
| | 76 Estimated tax penalty (see instructions)   76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete the following.**  ☒ **No** | | |
| | Designee's name ►   Phone no ►   Personal identification number (PIN) ► | | |
| **Sign Here**<br>Joint return? See instructions.<br>Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ►   Date   Your occupation: Owner   Daytime phone number | | |
| | Spouse's signature. If a joint return, **both** must sign. ►   Date   Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ►   Date   Check if self employed ☐   Preparer's SSN or PTIN | | |
| | Firm's name (or yours if self employed) ► Self-Prepared   address and ZIP code   EIN   Phone no | | |

Form **1040** (2008)

FDIA0112  10/13/08

# SCHEDULE C
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
## (Sole Proprietorship)
► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B
► Attach to Form 1040, 1040NR, or 1041.   ► See Instructions for Schedule C (Form 1040)

OMB No 1545 0074

**2008**

Attachment Sequence No **09**

Name of proprietor: Martin R Formento

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): Service

**B** Enter code from Instructions: ► 999999

**C** Business name If no separate business name, leave blank: Leave it to Beaver Charters

**D** Employer ID number (EIN), if any:

**E** Business address (including suite or room no): ► PO Box 9262
City town or post office state and ZIP code: Tavernier, FL 33070

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2008? If 'No,' see instructions for limit on losses  [X] Yes [ ] No

**H** If you started or acquired this business during 2008, check here ► [ ]

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales Caution See the instructions and check the box if<br>• This income was reported to you on Form W 2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self employment tax  Also see instructions for limit on losses ► [ ] | 1 | 130,000. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 130,000. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit Subtract line 4 from line 3 | 5 | 130,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 130,000. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 1,360. | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 546. | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions) | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | 10,824. |
| | | | | 21 | Repairs and maintenance | 21 | 37,550. |
| 12 | Depletion | 12 | | 22 | Supplies (not included in Part III) | 22 | 1,406. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 27,315. | 23 | Taxes and licenses | 23 | 664. |
| | | | | 24 | Travel, meals, and entertainment | | |
| | | | | a | Travel | 24a | 1,322. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 5,500. | 25 | Utilities | 25 | 1,200. |
| 16 | Interest | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 17,525. |
| b | Other | 16b | 13,193. | | | | |
| 17 | Legal & professional services | 17 | 1,310. | | | | |
| 28 | **Total expenses** before expenses for business use of home  Add lines 8 through 27 ► | | | | | 28 | 119,715. |
| 29 | Tentative profit or (loss)  Subtract line 28 from line 7 | | | | | 29 | 10,285. |
| 30 | Expenses for business use of your home  Attach **Form 8829** | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions)  Estates and trusts, enter on **Form 1041, line 3**<br>• If a loss, you **must** go to line 32 | | | | PAL | 31 | 2,505. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions)

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions)  Estates and trusts, enter on **Form 1041, line 3**

• If you checked 32b, you **must** attach **Form 6198**  Your loss may be limited

32 a [X] All investment is at risk
32 b [ ] Some investment is not at risk

**BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions**

Schedule C (Form 1040) 2008

FDIZ0112   11/20/08

Schedule C (Form 1040) 2008  Martin R Formento                                        Page 2

## Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

## Part IV — Information on Your Vehicle.
Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▸ _____

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for
    a Business _____   b Commuting (see instructions) _____   c Other _____

45  Was your vehicle available for personal use during off duty hours?   ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?   ☐ Yes ☐ No

47a Do you have evidence to support your deduction?   ☐ Yes ☐ No

  b If 'Yes,' is the evidence written?   ☐ Yes ☐ No

## Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30

| Description | Amount |
|---|---|
| Fuel for boat | 17,525. |
| 48  Total other expenses. Enter here and on page 1, line 27 | 17,525. |

Schedule C (Form 1040) 2008

FDIZ0112  11/20/08

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Profit or Loss From Business<br>(Sole Proprietorship)<br>▶ Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B<br>▶ Attach to Form 1040, 1040NR, or 1041   ▶ See Instructions for Schedule C (Form 1040) | OMB No 1545 0074<br>**2008**<br>Attachment<br>Sequence No  09 |
|---|---|---|
| Name of proprietor<br>Martin R Formento | | Social security number (SSN) |
| A  Principal business or profession, including product or service (see instructions)<br>Freelance mate | | B  Enter code from instructions<br>▶ 999999 |
| C  Business name  If no separate business name  leave blank | | D  Employer ID number (EIN), if any |

E  Business address (including suite or room no ) ▶ PO Box 9262
   City  town or post office  state  and ZIP code    Tavernier, FL 33070
F  Accounting method    (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶
G  Did you 'materially participate' in the operation of this business during 2008? If 'No,' see instructions for limit on losses   [X] Yes  [ ] No
H  If you started or acquired this business during 2008, check here   ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales  **Caution**  See the instructions and check the box if<br>• This income was reported to you on Form W 2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self employment tax  Also see instructions for limit on losses ▶ [ ] | 1 | 1,025. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,025. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit**. Subtract line 4 from line 3 | 5 | 1,025. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income**  Add lines 5 and 6  ▶ | 7 | 1,025. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions) | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| | | | | b Other business property | 20b | |
| 12 | Depletion | 12 | | 21 Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | |
| 16 | Interest | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | |
| | b Other | 16b | | | | |
| 17 | Legal & professional services | 17 | | | | |
| 28 | **Total expenses** before expenses for business use of home  Add lines 8 through 27 ▶ | | | | 28 | |
| 29 | Tentative profit or (loss)  Subtract line 28 from line 7 | | | | 29 | 1,025. |
| 30 | Expenses for business use of your home  Attach **Form 8829** | | | | 30 | |
| 31 | **Net profit or (loss)** Subtract line 30 from line 29<br>• If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions)  Estates and trusts, enter on **Form 1041, line 3**<br>• If a loss, you **must** go to line 32 | | | | 31 | 1,025. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions)<br>• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions)  Estates and trusts, enter on **Form 1041, line 3**<br>• If you checked 32b, you **must** attach **Form 6198**  Your loss may be limited | | | | 32a [ ] All investment is at risk<br>32b [ ] Some investment is not at risk | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions                                   Schedule C (Form 1040) 2008
                                            FDIZ0112   11/20/08

Schedule C (Form 1040) 2008  Martin R Formento                                                                                  Page 2

| Part III | Cost of Goods Sold (see instructions) |

33  Method(s) used to value closing inventory  a ☐ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ☐ Yes ☐ No

| # | Item | Amount |
|---|---|---|
| 35 | Inventory at beginning of year  If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor  Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | **Cost of goods sold** Subtract line 41 from line 40  Enter the result here and on page 1, line 4 | |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business  See the instructions for line 13 to find out if you must file Form 4562 |

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for
   a Business _ _ _ _ _ _ _ _ _ _ _ _   b Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _

45  Was your vehicle available for personal use during off-duty hours?   ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?   ☐ Yes ☐ No

47 a  Do you have evidence to support your deduction?   ☐ Yes ☐ No

   b  If 'Yes,' is the evidence written?   ☐ Yes ☐ No

| Part V | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30 |

48  **Total other expenses**  Enter here and on page 1, line 27

Schedule C (Form 1040) 2008

FDIZ0112  11/20/08

| SCHEDULE SE | Self-Employment Tax | OMB No 1545 0074 |
|---|---|---|
| (Form 1040) | | **2008** |
| Department of the Treasury Internal Revenue Service | ► Attach to Form 1040  ► See Instructions for Schedule SE (Form 1040) | Attachment Sequence No **17** |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| Martin R Formento | |

## Who Must File Schedule SE

You must file Schedule SE if

- You had net earnings from self employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108 28 or more  Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions)

**Note** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions)

**Exception** If your only self employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE  Instead, write 'Exempt — Form 4361' on Form 1040, line 57

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note** Use this flowchart **only** if you must file Schedule SE  If unsure, see *Who Must File Schedule SE*, above



## Section A — Short Schedule SE.  Caution Read above to see if you can use Short Schedule SE

| | | |
|---|---|---|
| 1 a Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a | |
| b If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X | 1b | |
| 2 Net profit or (loss) from Schedule C, line 31, Schedule C EZ, line 3, Schedule K-1 (Form 1065), box 14, code A (other than farming), and Schedule K 1 (Form 1065-B), box 9, code J1  Ministers and members of religious orders, see instrs for types of income to report on this line  See instrs for other income to report | 2 | 3,530. |
| 3 Combine lns 1a, 1b & 2 | 3 | 3,530. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92 35% ( 9235)  If less than $400, **do not** file this schedule, you do not owe self-employment tax ► | 4 | 3,260. |
| 5 **Self-employment tax**  If the amount on line 4 is<br>• $102,000 or less, multiply line 4 by 15 3% ( 153)  Enter the result here and on **Form 1040, line 57.**<br>• More than $102,000, multiply line 4 by 2 9% ( 029)  Then, add $12,648 to the result  Enter the total here and on **Form 1040, line 57** | 5 | 499. |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% ( 5)  Enter the result here and on **Form 1040, line 27** | 6 | 250. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions      FDIA1101   09/04/08            Schedule SE (Form 1040) 2008

Form **8917**
Department of the Treasury
Internal Revenue Service

**Tuition and Fees Deduction**
► See instructions
► Attach to Form 1040 or Form 1040A.

OMB No 1545 0074
**2008**
Attachment Sequence No **63**

Name(s) shown on return: Martin R Formento

Your social security number: [redacted]

**Caution** You **cannot** take both an education credit from Form 8863 and the tuition and fees deduction from this form for the **same student** in the same year

**Before you begin.** ✓ To see if you qualify for this deduction, see *Who Can Take the Deduction* in the instructions

✓ If you file Form 1040, figure any write-in adjustments to be entered on the dotted line next to Form 1040, line 36 See the 2008 Form 1040 instructions for line 36

**1**

| (a) Student's name (as shown on page 1 of your tax return) | | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (see instructions) |
|---|---|---|---|
| First name | Last name | | |
| Martin R | Formento | [redacted] | 1,695. |
| | | | |

2 Add the amounts on line 1, column (c), and enter the total — **2** — 1,695.

3 Enter the amount from Form 1040, line 22, or Form 1040A, line 15 — **3** — 3,530.

4 Enter the total from either
- Form 1040, lines 23 through 33, plus any write-in adjustments entered on the dotted line next to Form 1040, line 36, **or**
- Form 1040A, lines 16 through 18

**4** 250.

5 Subtract line 4 from line 3 * If the result is more than $80,000 ($160,000 if married filing jointly), **stop,** you cannot take the deduction for tuition and fees — **5** — 3,280.

*If you are filing Form 2555 2555 EZ or 4563, or you are excluding income from Puerto Rico use Worksheet 6 1 in Publication 970 to figure the amount to enter

6 **Tuition and fees deduction** Is the amount on line 5 more than $65,000 ($130,000 if married filing jointly)?

☐ **Yes** Enter the **smaller** of line 2, or $2,000

☒ **No** Enter the **smaller** of line 2, or $4,000

**Also enter** this amount on Form 1040, line 34, or Form 1040A, line 19

**6** 1,695.

BAA For Paperwork Reduction Act Notice, see instructions  FDIA5101  12/11/08  Form **8917** (2008)

| Form **4562** | Depreciation and Amortization | OMB No 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Including Information on Listed Property)  ► See separate instructions   ► Attach to your tax return | **2008** Attachment Sequence No **67** |

Name(s) shown on return: Martin R Formento
Identifying number: [redacted]

Business or activity to which this form relates: Sch C Service

### Part I — Election To Expense Certain Property Under Section 179
**Note** If you have any listed property, complete Part V before you complete Part I

| | | | |
|---|---|---|---|
| 1 | Maximum amount See the instructions for a higher limit for certain businesses | 1 | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 | Reduction in limitation Subtract line 3 from line 2 If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year Subtract line 4 from line 1 If zero or less, enter -0- If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2009 Add lines 9 and 10, less line 12 ► 13 | | |

**Note** Do not use Part II or Part III below for listed property Instead, use Part V

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property) (See instructions)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property) (See instructions)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 13,744. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 95,000. | 7.0 yrs | HY | 200DB | 13,571. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property Enter amount from line 28 | 21 | |
| 22 | Total Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21 Enter here and on the appropriate lines of your return Partnerships and S corporations — see instructions | 22 | 27,315. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions. FDIZ0812 06/12/08 Form 4562 (2008)

Form 4562 (2008)    Martin R Formento          Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable

#### Section A — Depreciation and Other Information (Caution See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed?   Yes [ ]   No [X]    24b If 'Yes,' is the evidence written?   Yes [ ]   No [ ]

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions)    **25** | | | | | | | | |
| **26 Property used more than 50% in a qualified business use** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **27 Property used 50% or less in a qualified business use** | | | | | | | | |
| Chevrolet Suburban | 07/15/06 | 16.67 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27 Enter here and on line 21, page 1    **28** | | | | | | | | |
| 29 Add amounts in column (i), line 26 Enter here and on line 7, page 1           **29** | | | | | | | | |

#### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | 1,000 | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | 0 | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | 5,000 | | | | | | | | | | | |
| 33 Total miles driven during the year Add lines 30 through 32 | 6,000 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | X | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | X | | | | | | | | | | |

#### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions)

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions) | | |

Note If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2008 tax year (see instructions) | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2008 tax year    **43** | | | | | |
| 44 Total Add amounts in column (f) See the instructions for where to report    **44** | | | | | |