# DEC. EXHIBIT C

Form **1040** | Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2009** | (99) IRS Use Only — Do not write or staple in this space

OMB No 1545-0074

For the year Jan 1 – Dec 31, 2009, or other tax year beginning          , 2009, ending          , 20

**Label** (See instructions)
Your first name: Martin   MI: R   Last name: Formento
Your social security number: ███

**Use the IRS label Otherwise, please print or type**
If a joint return, spouse's first name   MI   Last name
Spouse's social security number:

Home address (number and street) If you have a P O box, see instructions: ███   Apartment no:
City town or post office If you have a foreign address, see instructions: ███   State: ███   ZIP code:

You **must** enter your social security number(s) above ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ▶ ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund

**Filing Status**
Check only one box
1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person) (See instructions) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] **Yourself** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**

Boxes checked on 6a and 6b: **1**

c Dependents:
(1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs)

No of children on 6c who
• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here Also attach Forms W-2G and 1099-R if tax was withheld

If you did not get a W-2, see instructions

| 7 | Wages, salaries, tips, etc Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest Attach Schedule B if required | 8a | |
| b | Tax-exempt interest Do not include on line 8a | 8b | |
| 9a | Ordinary dividends Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instrs) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) Attach Schedule C or C-EZ | 12 | 11,278. |
| 13 | Capital gain or (loss) Att Sch D if reqd If not reqd, ck here ▶ ☐ | 13 | |
| 14 | Other gains or (losses) Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a | b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc Attach Schedule E | 17 | |
| 18 | Farm income or (loss) Attach Schedule F | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) | 19 | |
| 20a | Social security benefits  20a | b Taxable amount (see instrs) | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21 This is your **total income** ▶ | 22 | 11,278. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee basis government officials Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction Attach Form 8889 | 25 | |
| 26 | Moving expenses Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax Attach Schedule SE | 27 | 797. |
| 28 | Self employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self employed health insurance deduction (see instructions) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction Attach Form 8903 | 35 | |
| 36 | Add lines 23 – 31a and 32 – 35 | 36 | 797. |
| 37 | Subtract line 36 from line 22 This is your **adjusted gross income** ▶ | 37 | 10,481. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions   FDIA0112 09/17/09   Form **1040** (2009)

Form 1040 (2009)   Martin R Formento                                                                                       Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 10,481. |
| | 39a | Check if: ☐ You were born before January 2, 1945, ☐ Blind / ☐ Spouse was born before January 2, 1945, ☐ Blind   Total boxes checked ► 39a | | |
| **Standard Deduction for —** | b | If your spouse itemizes on a separate return, or you were a dual status alien, see instrs and ck here ► 39b ☐ | | |
| • People who check any box on line 39a, 39b, or 40b **or** who can be claimed as a dependent, see instructions | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40a | 5,700. |
| | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ► 40b ☐ | | |
| | 41 | Subtract line 40a from line 38 | 41 | 4,781. |
| | 42 | **Exemptions** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d  Otherwise, see instructions | 42 | 3,650. |
| • All others | 43 | **Taxable income** Subtract line 42 from line 41  If line 42 is more than line 41, enter -0- | 43 | 1,131. |
| Single or Married filing separately, $5,700 | 44 | **Tax** (see instrs)  Check if any tax is from  a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 114. |
| | 45 | Alternative minimum tax (see instructions)  Attach Form 6251 | 45 | 0. |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 ► | 46 | 114. |
| | 47 | Foreign tax credit  Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses  Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 29 | 49 | |
| | 50 | Retirement savings contributions credit  Attach Form 8880 | 50 | |
| Head of household, $8,350 | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Credits from Form   a ☐ 8396   b ☐ 8839   c ☐ 5695 | 52 | |
| | 53 | Other crs from Form   a ☐ 3800   b ☐ 8801   c ☐ | 53 | |
| | 54 | Add lines 47 through 53  These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46  If line 54 is more than line 46, enter -0- ► | 55 | 114. |
| | 56 | Self employment tax  Attach Schedule SE | 56 | 1,593. |
| **Other Taxes** | 57 | Unreported social security and Medicare tax from Form   a ☐ 4137   b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc  Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes  a ☐ AEIC payments   b ☐ Household employment taxes  Attach Schedule H | 59 | |
| | 60 | Add lines 55 59  This is your **total tax** ► | 60 | 1,707. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | |
| If you have a qualifying child, attach Schedule EIC | 63 | Making work pay and government retiree credit  Attach Schedule M | 63 | 150. |
| | 64a | **Earned income credit (EIC)** | 64a | 227. |
| | b | Nontaxable combat pay election ► 64b | | |
| | 65 | Additional child tax credit  Attach Form 8812 | 65 | |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 | |
| | 67 | First-time homebuyer credit  Attach Form 5405 | 67 | |
| | 68 | Amount paid with request for extension to file (see instructions) | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 69 | |
| | 70 | Credits from Form   a ☐ 2439   b ☐ 4136   c ☐ 8801   d ☐ 8885 | 70 | |
| | 71 | Add lns 61-63, 64a, & 65 70  These are your **total pmts** ► | 71 | 377. |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71  This is the amount you **overpaid** | 72 | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888 | 73a | Amount of line 72 you want **refunded to you**  If Form 8888 is attached, check here ► ☐ | 73a | |
| | ► b | Routing number  XXXXXXXXX   ► c Type ☐ Checking   ☐ Savings | | |
| | ► d | Account number  XXXXXXXXXXXXXXXX | | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ► 74 | | |
| **Amount You Owe** | 75 | **Amount you owe**  Subtract line 71 from line 60  For details on how to pay, see instructions ► | 75 | 1,330. |
| | 76 | Estimated tax penalty (see instructions) | 76 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes  Complete the following  ☒ No  Designee's name ►   Phone no ►   Personal identification number (PIN) ► | | | |
| **Sign Here** Joint return? See instructions Keep a copy for your records | Under penalties of perjury  I declare that I have examined this return and accompanying schedules and statements  and to the best of my knowledge and belief, they are true  correct  and complete  Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge | | | |
| | Your signature ►   Date   Your occupation  Owner   Daytime phone number | | | |
| | Spouse's signature  If a joint return  **both** must sign ►   Date   Spouse's occupation | | | |
| **Paid Preparer's Use Only** | Preparer's signature ►   Date   Check if self employed ☐   Preparer's SSN or PTIN | | | |
| | Firm's name (or yours if self employed) ► Self-Prepared   EIN | | | |
| | address, and ZIP code   Phone no | | | |

Form **1040** (2009)

FDIA0112   09/17/09

| | | | |
|---|---|---|---|
| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | | OMB No 1545-0074 |
| Department of the Treasury Internal Revenue Service (99) | ► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B ► Attach to Form 1040, 1040NR, or 1041   ► See Instructions for Schedule C (Form 1040). | | **2009** Attachment Sequence No **09** |

Name of proprietor: **Martin R Formento**

Social security number (SSN): [redacted]

**A** Principal business or profession including product or service (see instructions): Service

**B** Enter code from instructions: ► 999999

**C** Business name If no separate business name leave blank: Leave it to Beaver Charters

**D** Employer ID number (EIN), if any:

**E** Business address (including suite or room no) ► PO Box 9262
City, town or post office, state and ZIP code: Tavernier, FL 33070

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2009? If 'No,' see instructions for limit on losses   [X] Yes  [ ] No

**H** If you started or acquired this business during 2009, check here ►

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales  **Caution** See the instructions and check the box if • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax Also see instructions for limit on losses ► [ ] | 1 | 100,000. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 100,000. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit Subtract line 4 from line 3 | 5 | 100,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income Add lines 5 and 6 ► | 7 | 100,000. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 270. | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 550. | 19 Pension and profit sharing plans | 19 | |
| | | | | 20 Rent or lease (see instructions) | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | 14,689. |
| | | | | 21 Repairs and maintenance | 21 | 2,253. |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | 5,107. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 33,082. | 23 Taxes and licenses | 23 | 878. |
| | | | | 24 Travel, meals, and entertainment | | |
| | | | | a Travel | 24a | 315. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 5,552. | 25 Utilities | 25 | 1,200. |
| 16 | Interest | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 13,000. |
| | b Other | 16b | 13,762. | | | |
| 17 | Legal & professional services | 17 | 2,064. | | | |
| 28 | Total expenses before expenses for business use of home Add lines 8 through 27 ► | | | | 28 | 92,722. |
| 29 | Tentative profit or (loss) Subtract line 28 from line 7 | | | | 29 | 7,278. |
| 30 | Expenses for business use of your home Attach **Form 8829** | | | | 30 | |
| 31 | Net profit or (loss) Subtract line 30 from line 29 • If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions) Estates and trusts, enter on **Form 1041, line 3** • If a loss, you **must** go to line 32 | | | | 31 | 7,278. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions)

• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions) Estates and trusts, enter on **Form 1041, line 3**

• If you checked 32b, you **must** attach **Form 6198** Your loss may be limited

32a [ ] All investment is at risk
32b [ ] Some investment is not at risk

**BAA** For Paperwork Reduction Act Notice, see Form 1040 instructions

Schedule **C** (Form 1040) 2009

FDIZ0112  06/18/09

Schedule C (Form 1040) 2009  Martin R Formento                                                                 Page 2

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation                                                                                    ☐ Yes  ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ► 07/15/2006

44  Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for
    a Business _____ 1,000    b Commuting (see instructions) _____    c Other _____ 5,000

45  Was your vehicle available for personal use during off-duty hours?                                               ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?                                          ☐ Yes  ☒ No

47 a Do you have evidence to support your deduction?                                                                  ☐ Yes  ☒ No

   b If 'Yes,' is the evidence written?                                                                               ☐ Yes  ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8 26 or line 30

| Description | Amount |
|---|---|
| Fuel for boat | 13,000. |
| 48  **Total other expenses.** Enter here and on page 1, line 27 | 13,000. |

Schedule C (Form 1040) 2009

FDIZ0112  06/18/09

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No 1545 0074 **2009** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B ►Attach to Form 1040, 1040NR, or 1041    ► See Instructions for Schedule C (Form 1040) | Attachment Sequence No  09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Martin R Formento | |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | Freelance mate | | ► 999999 |
| C | Business name  If no separate business name, leave blank | D | Employer ID number (EIN), if any |

**E** Business address (including suite or room no ) ► PO Box 9262
   City, town or post office  state, and ZIP code   Tavernier, FL 33070
**F** Accounting method   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►
**G** Did you 'materially participate' in the operation of this business during 2009? If 'No,' see instructions for limit on losses   [X] Yes  [ ] No
**H** If you started or acquired this business during 2009, check here   ►[ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales  **Caution** See the instructions and check the box if<br>• This income was reported to you on Form W 2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self employment tax  Also see instructions for limit on losses ►[ ] | 1 | 4,000. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 4,000. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit**  Subtract line 4 from line 3 | 5 | 4,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income**  Add lines 5 and 6 ► | 7 | 4,000. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| | | | | 20 Rent or lease (see instructions) | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| | | | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | |
| 16 | Interest | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | |
| | b Other | 16b | | | | |
| 17 | Legal & professional services | 17 | | | | |
| 28 | **Total expenses** before expenses for business use of home  Add lines 8 through 27 ► | | | | 28 | |
| 29 | Tentative profit or (loss)  Subtract line 28 from line 7 | | | | 29 | 4,000. |
| 30 | Expenses for business use of your home  Attach **Form 8829** | | | | 30 | |
| 31 | **Net profit or (loss)** Subtract line 30 from line 29<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions)  Estates and trusts, enter on **Form 1041, line 3**<br>• If a loss, you **must** go to line 32 | | | | 31 | 4,000. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions)<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions)  Estates and trusts, enter on **Form 1041, line 3**<br>• If you checked 32b, you **must** attach **Form 6198**  Your loss may be limited | | | | 32a [ ] All investment is at risk<br>32b [ ] Some investment is not at risk | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions                                                    Schedule C (Form 1040) 2009

FDIZ0112   06/18/09

Schedule C (Form 1040) 2009  Martin R Formento                                                                                          Page 2

| Part III | Cost of Goods Sold (see instructions) |

33  Method(s) used to value closing inventory   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation                                                                        ☐ Yes   ☐ No

35  Inventory at beginning of year  If different from last year's closing inventory,
    attach explanation                                                                           | 35 |

36  Purchases less cost of items withdrawn for personal use                                       | 36 |

37  Cost of labor  Do not include any amounts paid to yourself                                    | 37 |

38  Materials and supplies                                                                        | 38 |

39  Other costs                                                                                   | 39 |

40  Add lines 35 through 39                                                                       | 40 |

41  Inventory at end of year                                                                      | 41 |

42  **Cost of goods sold**  Subtract line 41 from line 40  Enter the result here and on page 1, line 4  | 42 |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business  See the instructions for line 13 to find out if you must file Form 4562 |

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _

44  Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for
    **a** Business _ _ _ _ _ _ _ _ _ _ _ _   **b** Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _   **c** Other _ _ _ _ _ _ _ _ _ _ _ _

45  Was your vehicle available for personal use during off-duty hours?                            ☐ Yes   ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?                      ☐ Yes   ☐ No

47 a  Do you have evidence to support your deduction?                                             ☐ Yes   ☐ No

    **b** If 'Yes,' is the evidence written?                                                      ☐ Yes   ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30 |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

48  **Total other expenses**  Enter here and on page 1, line 27                                   | 48 |

| SCHEDULE SE | | OMB No 1545-0074 |
|---|---|---|
| (Form 1040) | **Self-Employment Tax** | **2009** |
| Department of the Treasury<br>Internal Revenue Service | ► Attach to Form 1040  ► See Instructions for Schedule SE (Form 1040) | Attachment<br>Sequence No **17** |

| Name of person with self-employment income (as shown on Form 1040)<br>Martin R Formento | Social security number of person<br>with self-employment income ► |
|---|---|

## Who Must File Schedule SE

You must file Schedule SE if

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108 28 or more  Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions)

**Note** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions)

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE  Instead, write 'Exempt — Form 4361' on Form 1040, line 56

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note** Use this flowchart **only** if you must file Schedule SE  If unsure, see *Who Must File Schedule SE*, above



**Section A — Short Schedule SE.** Caution  Read above to see if you can use Short Schedule SE

| | | | |
|---|---|---|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y | **1b** | |
| **2** | Net profit or (loss) from Schedule C, line 31, Schedule C-EZ, line 3, Schedule K-1 (Form 1065), box 14, code A (other than farming), and Schedule K 1 (Form 1065 B), box 9, code J1  Ministers and members of religious orders, see instrs for types of income to report on this line  See instrs for other income to report | **2** | 11,278. |
| **3** | Combine lns 1a, 1b & 2 | **3** | 11,278. |
| **4** | **Net earnings from self-employment.** Multiply line 3 by 92 35% ( 9235)  If less than $400, **do not file** this schedule, you do not owe self-employment tax ► | **4** | 10,415. |
| **5** | **Self-employment tax**  If the amount on line 4 is<br>• $106,800 or less, multiply line 4 by 15 3% ( 153)  Enter the result here and on **Form 1040, line 56**<br>• More than $106,800, multiply line 4 by 2 9% ( 029)  Then, add $13,243 20 to the result  Enter the total here and on **Form 1040, line 56** | **5** | 1,593. |
| **6** | **Deduction for one-half of self-employment tax**  Multiply line 5 by 50% ( 5)  Enter the result here and on **Form 1040, line 27** | **6** | 797. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions     FDIA1101  10/21/09     Schedule SE (Form 1040) 2009

| | | | | |
|---|---|---|---|---|
| **SCHEDULE M** (Form 1040A or 1040) | **Making Work Pay and Government Retiree Credits** | | OMB No 1545 0074 **2009** | |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040A, 1040, or 1040NR.    ► See separate instructions | | Attachment Sequence No **166** | |

Name(s) shown on return: Martin R Formento

Your social security number: [redacted]

**1a Important.** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR Check the 'No' box below and see the instructions if **(a)** you have a net loss from a business, **(b)** you received a taxable scholarship or fellowship grant not reported on a Form W-2, **(c)** your wages include pay for work performed while an inmate in a penal institution, **(d)** you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or **(e)** you are filing Form 2555 or 2555-EZ

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?

☐ **Yes** Skip lines 1a through 3 Enter $400 ($800 if married filing jointly) on line 4 and go to line 5
☒ **No** Enter your earned income (see instructions) .............................. **1a**  10,481.

**b** Nontaxable combat pay included on line 1a (see instructions)  **1b**

**2** Multiply line 1a by 6 2% ( 062) ................................................. **2**  650.

**3** Enter $400 ($800) if married filing jointly ..................................... **3**  400.

**4** Enter the **smaller** of line 2 or line 3 (unless you checked 'Yes' on line 1a) .................. **4**  400.

**5** Enter the amount from Form 1040, line 38*, or Form 1040A, line 22  **5**  10,481.

**6** Enter $75,000 ($150,000 if married filing jointly) ..................... **6**  75,000.

**7** Is the amount on line 5 more than the amount on line 6?
☒ **No** Skip line 8 Enter the amount from line 4 on line 9 below
☐ **Yes.** Subtract line 6 from line 5 .................................... **7**

**8** Multiply line 7 by 2% ( 02) .................................................. **8**

**9** Subtract line 8 from line 4 If zero or less, enter 0- .............................. **9**  400.

**10** Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions)
☐ **No** Enter -0- on line 10 and go to line 11
☒ **Yes** Enter the total of the payments received by you (and your spouse, if filing jointly) Do not enter more than $250 ($500 if married filing jointly) .............. **10**  250.

**11** Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U S Government or any U S state or local government from work **not** covered by social security? Do not include any pension or annuity reported on Form W-2
☒ **No** Enter -0- on line 11 and go to line 12
☐ **Yes.** • If you checked 'No' on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is 'Yes' for both spouses)
• If you checked 'Yes' on line 10, enter 0- (exception enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) .................. **11**  0.

**12** Add lines 10 and 11 ........................................................ **12**  250.
**13** Subtract line 12 from line 9 If zero or less, enter -0- ............................. **13**  150.
**14** **Making work pay and government retiree credits** Add lines 11 and 13 Enter the result here and on Form 1040, line 63, Form 1040A, line 40, or Form 1040NR, line 60 .................. **14**  150.

*If you are filing Form 2555, 2555 EZ, or 4563 or you are excluding income from Puerto Rico, see instructions

BAA For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions       Schedule M (Form 1040A or 1040) 2009

FDIA8501   10/27/09