# DEC. EXHIBIT D

8:18 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
## Profit & Loss Standard
### January 2008

|  | Jan 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 4,550.00 |
| **Total Income** | 4,550.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 212.72 |
| CREDIT CARD FEE | 113.18 |
| DOCKAGE | 902.00 |
| FUEL | 1,997.57 |
| Insurance (other than health) | 552.34 |
| Repairs and maintenance | 331.70 |
| **Total Expense** | 5,665.55 |
| **Net Ordinary Income** | -1,115.55 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Other Expenses | 400.00 |
| **Total Other Expense** | 400.00 |
| **Net Other Income** | -400.00 |
| **Net Income** | -1,515.55 |

8:19 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
## Profit & Loss Standard
### February 2008

|  | Feb 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,437.55 |
| **Total Income** | 5,437.55 |
| **Expense** | |
| BOAT PAYMENTS | 831.49 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 127.48 |
| DOCKAGE | 902.00 |
| Insurance (other than health) | 552.34 |
| Repairs and maintenance | 1,128.55 |
| **Total Expense** | 4,110.03 |
| **Net Ordinary Income** | 1,327.52 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,265.00 |
| **Total Other Income** | -2,265.00 |
| **Other Expense** | |
| Other Expenses | 30.00 |
| **Total Other Expense** | 30.00 |
| **Net Other Income** | -2,295.00 |
| **Net Income** | -967.48 |

8:20 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### March 2008

|  | Mar 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 10,026.66 |
| **Total Income** | 10,026.66 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| CREDIT CARD FEE | 78.21 |
| DOCKAGE | 902.00 |
| FUEL | 1,964.19 |
| Insurance (other than health) | 552.34 |
| Repairs and maintenance | 1,397.00 |
| **Total Expense** | 6,449.78 |
| **Net Ordinary Income** | 3,576.88 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,159.90 |
| **Total Other Income** | -2,159.90 |
| **Net Other Income** | -2,159.90 |
| **Net Income** | **1,416.98** |

8:21 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### April 2008

|  | Apr 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 7,130.00 |
| **Total Income** | 7,130.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 568.17 |
| Contract labor | 350.00 |
| CREDIT CARD FEE | 247.79 |
| DOCKAGE | 902.00 |
| FUEL | 1,621.01 |
| Taxes and licenses | 405.50 |
| Utilities | 106.58 |
| **Total Expense** | 5,757.09 |
| **Net Ordinary Income** | 1,372.91 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,673.78 |
| **Total Other Income** | -2,673.78 |
| **Net Other Income** | -2,673.78 |
| **Net Income** | -1,300.87 |

8:21 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## May 2008

|  | May 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 4,525.00 |
| **Total Income** | 4,525.00 |
| **Expense** | |
| BOAT PAYMENTS | 831.49 |
| CREDIT CARD FEE | 201.28 |
| DOCKAGE | 903.00 |
| FUEL | 2,490.06 |
| **Total Expense** | 4,425.83 |
| **Net Ordinary Income** | 99.17 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,159.90 |
| **Total Other Income** | -2,159.90 |
| **Net Other Income** | -2,159.90 |
| **Net Income** | **-2,060.73** |

8:22 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### June 2008

|  | Jun 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,790.00 |
| **Total Income** | 5,790.00 |
| **Expense** | |
| BOAT PAYMENTS | 831.49 |
| CREDIT CARD FEE | 80.32 |
| DOCKAGE | 902.00 |
| FUEL | 1,178.32 |
| Insurance (other than health) | 579.21 |
| **Total Expense** | 3,571.34 |
| **Net Ordinary Income** | 2,218.66 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,159.90 |
| **Total Other Income** | -2,159.90 |
| **Other Expense** | |
| Other Expenses | 200.00 |
| **Total Other Expense** | 200.00 |
| **Net Other Income** | -2,359.90 |
| **Net Income** | -141.24 |

8:22 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## July 2008

|  | Jul 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 7,500.00 |
| **Total Income** | 7,500.00 |
| **Expense** | |
| BOAT PAYMENTS | 831.49 |
| Car and Truck Expenses | 217.72 |
| CREDIT CARD FEE | 74.66 |
| DOCKAGE | 902.00 |
| FUEL | 2,527.96 |
| Insurance (other than health) | 552.34 |
| **Total Expense** | 5,106.17 |
| **Net Ordinary Income** | 2,393.83 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,159.90 |
| **Total Other Income** | -2,159.90 |
| **Other Expense** | |
| Other Expenses | 230.00 |
| **Total Other Expense** | 230.00 |
| **Net Other Income** | -2,389.90 |
| **Net Income** | 3.93 |

8:25 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### August 2008

|  | Aug 08 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales | 7,251.00 |
|   **Total Income** | 7,251.00 |
|   **Expense** | |
|     BOAT PAYMENTS | 831.49 |
|     Car and Truck Expenses | 217.72 |
|     CREDIT CARD FEE | 76.07 |
|     DOCKAGE | 902.00 |
|     FUEL | 1,474.27 |
|     Insurance (other than health) | 552.34 |
|     Utilities | 177.63 |
|   **Total Expense** | 4,231.52 |
| **Net Ordinary Income** | 3,019.48 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Other Income | -3,173.78 |
|   **Total Other Income** | -3,173.78 |
|   **Other Expense** | |
|     Other Expenses | 250.00 |
|   **Total Other Expense** | 250.00 |
| **Net Other Income** | -3,423.78 |
| **Net Income** | **-404.30** |

8:23 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### September 2008

|  | Sep 08 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales | 6,130.00 |
|   **Total Income** | 6,130.00 |
|   **Expense** | |
|     BOAT PAYMENTS | 2,387.53 |
|     CREDIT CARD FEE | 156.48 |
|     DOCKAGE | 902.00 |
|     Employee benefit programs | 100.00 |
|     FUEL | 739.77 |
|   **Total Expense** | 4,285.78 |
| **Net Ordinary Income** | 1,844.22 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Other Income | -2,673.78 |
|   **Total Other Income** | -2,673.78 |
|   **Other Expense** | |
|     Other Expenses | 435.00 |
|   **Total Other Expense** | 435.00 |
| **Net Other Income** | -3,108.78 |
| **Net Income** | -1,264.56 |

8:23 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### October 2008

|  | Oct 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,650.00 |
| **Total Income** | 5,650.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 785.89 |
| CREDIT CARD FEE | 50.04 |
| DOCKAGE | 902.00 |
| FUEL | 275.00 |
| **Total Expense** | 3,568.97 |
| **Net Ordinary Income** | 2,081.03 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,673.78 |
| **Total Other Income** | -2,673.78 |
| **Net Other Income** | -2,673.78 |
| **Net Income** | -592.75 |

8:23 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### November 2008

|  | Nov 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| Income | |
| Sales | 2,350.00 |
| **Total Income** | 2,350.00 |
| Expense | |
| BOAT PAYMENTS | 1,556.04 |
| CREDIT CARD FEE | 69.67 |
| DOCKAGE | 903.00 |
| Repairs and maintenance | 13,500.00 |
| **Total Expense** | 16,028.71 |
| **Net Ordinary Income** | -13,678.71 |
| Other Income/Expense | |
| Other Expense | |
| Other Expenses | 400.00 |
| **Total Other Expense** | 400.00 |
| **Net Other Income** | -400.00 |
| **Net Income** | **-14,078.71** |

8:25 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### December 2008

|  | Dec 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|    Sales | 16,775.00 |
| **Total Income** | 16,775.00 |
| **Expense** | |
|    BOAT PAYMENTS | 724.55 |
|    Car and Truck Expenses | 568.17 |
|    CREDIT CARD FEE | 34.67 |
|    DOCKAGE | 903.00 |
| **Total Expense** | 2,230.39 |
| **Net Ordinary Income** | 14,544.61 |
| **Other Income/Expense** | |
| **Other Income** | |
|    Other Income | -2,194.90 |
| **Total Other Income** | -2,194.90 |
| **Net Other Income** | -2,194.90 |
| **Net Income** | **12,349.71** |