# DEC. EXHIBIT E

12:45 PM

09/08/11

Cash Basis

## Leave it to Beaver Charters
# Profit & Loss Standard
### January 2009

|  | Jan 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 8,280.00 |
| **Total Income** | 8,280.00 |
| | |
| **Expense** | |
| BOAT PAYMENTS | 724.55 |
| CREDIT CARD FEE | 199.57 |
| DOCKAGE | 205.00 |
| Employee benefit programs | 100.00 |
| FUEL | 305.19 |
| Repairs and maintenance | 720.05 |
| Taxes and licenses | 50.00 |
| **Total Expense** | 2,304.36 |
| | |
| **Net Ordinary Income** | 5,975.64 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -513.88 |
| **Total Other Income** | -513.88 |
| | |
| **Other Expense** | |
| Other Expenses | 1,500.00 |
| **Total Other Expense** | 1,500.00 |
| | |
| **Net Other Income** | -2,013.88 |
| | |
| **Net Income** | **3,961.76** |

12:45 PM

09/08/11

Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### February 2009

|  | Feb 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,850.00 |
| **Total Income** | 5,850.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 150.17 |
| DOCKAGE | 1,107.00 |
| Employee benefit programs | 50.00 |
| FUEL | 312.11 |
| Repairs and maintenance | 400.00 |
| **Total Expense** | 4,143.49 |
| **Net Ordinary Income** | 1,706.51 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,795.16 |
| **Total Other Income** | -2,795.16 |
| **Other Expense** | |
| Other Expenses | 540.00 |
| **Total Other Expense** | 540.00 |
| **Net Other Income** | -3,335.16 |
| **Net Income** | **-1,628.65** |

**12:45 PM**

**09/08/11**

**Cash Basis**

**Leave it to Beaver Charters**

# Profit & Loss Standard

**March 2009**

|  | Mar 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 9,750.00 |
| **Total Income** | 9,750.00 |
| **Expense** | |
| BOAT PAYMENTS | 644.68 |
| CREDIT CARD FEE | 166.96 |
| DOCKAGE | 1,280.75 |
| FUEL | 206.81 |
| Insurance (other than health) | 1,128.16 |
| Repairs and maintenance | 850.00 |
| Supplies | 200.00 |
| **Total Expense** | 4,477.36 |
| **Net Ordinary Income** | 5,272.64 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -2,357.42 |
| **Total Other Income** | -2,357.42 |
| **Other Expense** | |
| Other Expenses | 1,665.00 |
| **Total Other Expense** | 1,665.00 |
| **Net Other Income** | -4,022.42 |
| **Net Income** | 1,250.22 |

12:45 PM

09/08/11

Cash Basis

## Leave it to Beaver Charters
## Profit & Loss Standard
### April 2009

|  | Apr 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 3,650.00 |
| **Total Income** | 3,650.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,578.23 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 213.45 |
| DOCKAGE | 1,107.00 |
| Employee benefit programs | 55.50 |
| FUEL | 155.43 |
| Insurance (other than health) | 552.22 |
| Taxes and licenses | 405.50 |
| **Total Expense** | 4,635.50 |
| **Net Ordinary Income** | -985.50 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -517.41 |
| **Total Other Income** | -517.41 |
| **Other Expense** | |
| Other Expenses | 1,070.00 |
| **Total Other Expense** | 1,070.00 |
| **Net Other Income** | -1,587.41 |
| **Net Income** | **-2,572.91** |

12:46 PM

09/08/11

Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### May 2009

|  | May 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 8,883.00 |
| **Total Income** | 8,883.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| CREDIT CARD FEE | 147.05 |
| DOCKAGE | 1,270.00 |
| FUEL | 645.40 |
| Insurance (other than health) | 552.22 |
| **Total Expense** | 4,170.71 |
| **Net Ordinary Income** | 4,712.29 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -3,351.72 |
| **Total Other Income** | -3,351.72 |
| **Other Expense** | |
| Other Expenses | 890.00 |
| **Total Other Expense** | 890.00 |
| **Net Other Income** | -4,241.72 |
| **Net Income** | 470.57 |

**12:46 PM**

**09/08/11**

**Cash Basis**

**Leave it to Beaver Charters**
# Profit & Loss Standard
**June 2009**

|  | Jun 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 15,990.00 |
| **Total Income** | 15,990.00 |
| **Expense** | |
| BOAT PAYMENTS | 831.49 |
| CREDIT CARD FEE | 174.85 |
| DOCKAGE | 1,270.00 |
| Employee benefit programs | 100.00 |
| FUEL | 1,078.61 |
| Insurance (other than health) | 552.22 |
| **Total Expense** | 4,007.17 |
| **Net Ordinary Income** | 11,982.83 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -3,078.10 |
| **Total Other Income** | -3,078.10 |
| **Other Expense** | |
| Other Expenses | 1,040.00 |
| **Total Other Expense** | 1,040.00 |
| **Net Other Income** | -4,118.10 |
| **Net Income** | 7,864.73 |

12:46 PM

09/08/11

Cash Basis

## Leave it to Beaver Charters
# Profit & Loss Standard
### July 2009

|  | Jul 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 9,000.00 |
| **Total Income** | 9,000.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 242.62 |
| DOCKAGE | 1,230.00 |
| Employee benefit programs | 450.00 |
| FUEL | 1,976.96 |
| Insurance (other than health) | 552.22 |
| Utilities | 162.00 |
| **Total Expense** | 6,738.01 |
| **Net Ordinary Income** | 2,261.99 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -5,687.51 |
| **Total Other Income** | -5,687.51 |
| **Other Expense** | |
| Other Expenses | 3,622.17 |
| **Total Other Expense** | 3,622.17 |
| **Net Other Income** | -9,309.68 |
| **Net Income** | **-7,047.69** |

12:47 PM

09/08/11

Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### August 2009

|  | Aug 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 6,830.00 |
| **Total Income** | 6,830.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 780.89 |
| CREDIT CARD FEE | 173.52 |
| DOCKAGE | 1,230.75 |
| Employee benefit programs | 100.00 |
| FUEL | 608.70 |
| Insurance (other than health) | 552.22 |
| Repairs and maintenance | 293.37 |
| **Total Expense** | 5,295.49 |
| **Net Ordinary Income** | 1,534.51 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -306.14 |
| **Total Other Income** | -306.14 |
| **Other Expense** | |
| Other Expenses | 1,020.00 |
| **Total Other Expense** | 1,020.00 |
| **Net Other Income** | -1,326.14 |
| **Net Income** | 208.37 |

**12:47 PM**

**09/08/11**

**Cash Basis**

# Leave it to Beaver Charters
# Profit & Loss Standard
### September 2009

|  | Sep 09 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Sales | 7,270.00 |
| **Total Income** | 7,270.00 |
| Expense | |
| BOAT PAYMENTS | 831.49 |
| Car and Truck Expenses | 803.17 |
| CREDIT CARD FEE | 172.59 |
| DOCKAGE | 1,271.00 |
| FUEL | 372.31 |
| **Total Expense** | 3,450.56 |
| **Net Ordinary Income** | 3,819.44 |
| **Other Income/Expense** | |
| Other Income | |
| Other Income | -2,889.96 |
| **Total Other Income** | -2,889.96 |
| Other Expense | |
| Other Expenses | 445.00 |
| **Total Other Expense** | 445.00 |
| **Net Other Income** | -3,334.96 |
| **Net Income** | 484.48 |

**12:47 PM**

**09/08/11**

**Cash Basis**

# Leave it to Beaver Charters
# Profit & Loss Standard
### October 2009

|  | Oct 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| **Contract labor** | 325.00 |
| **CREDIT CARD FEE** | 115.42 |
| **DOCKAGE** | 1,271.00 |
| **FUEL** | 700.90 |
| **Total Expense** | 2,412.32 |
| **Net Ordinary Income** | -2,412.32 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Other Income** | -657.41 |
| **Total Other Income** | -657.41 |
| **Other Expense** | |
| **Other Expenses** | 1,020.00 |
| **Total Other Expense** | 1,020.00 |
| **Net Other Income** | -1,677.41 |
| **Net Income** | **-4,089.73** |

12:48 PM

09/08/11

Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### November 2009

|  | Nov 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 1,300.00 |
| **Total Income** | 1,300.00 |
| **Expense** | |
| BOAT PAYMENTS | 831.49 |
| Car and Truck Expenses | 305.00 |
| CREDIT CARD FEE | 172.38 |
| DOCKAGE | 1,271.00 |
| FUEL | 632.36 |
| Office expenses | 480.92 |
| Utilities | 133.00 |
| **Total Expense** | 3,826.15 |
| **Net Ordinary Income** | -2,526.15 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -917.41 |
| **Total Other Income** | -917.41 |
| **Other Expense** | |
| Other Expenses | 261.90 |
| **Total Other Expense** | 261.90 |
| **Net Other Income** | -1,179.31 |
| **Net Income** | **-3,705.46** |

12:48 PM

09/08/11

Cash Basis

# Leave it to Beaver Charters
## Profit & Loss Standard
### December 2009

|  | Dec 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,665.00 |
| **Total Income** | 5,665.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,547.04 |
| Car and Truck Expenses | 250.00 |
| CREDIT CARD FEE | 134.94 |
| DOCKAGE | 998.50 |
| FUEL | 451.30 |
| Office expenses | 283.16 |
| **Total Expense** | 3,664.94 |
| **Net Ordinary Income** | 2,000.06 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -220.00 |
| **Total Other Income** | -220.00 |
| **Net Other Income** | -220.00 |
| **Net Income** | 1,780.06 |