# DEC. EXHIBIT F

10:21 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### January 2010

|  | Jan 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 3,250.00 |
| **Total Income** | 3,250.00 |
| **Expense** | |
| BOAT PAYMENTS | 724.55 |
| CREDIT CARD FEE | 177.50 |
| DOCKAGE | 1,413.77 |
| FUEL | 534.47 |
| Insurance (other than health) | 1,960.20 |
| Utilities | 167.48 |
| **Total Expense** | 4,977.97 |
| **Net Ordinary Income** | -1,727.97 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -1,000.00 |
| **Total Other Income** | -1,000.00 |
| **Other Expense** | |
| Other Expenses | 270.00 |
| **Total Other Expense** | 270.00 |
| **Net Other Income** | -1,270.00 |
| **Net Income** | **-2,997.97** |

10:21 AM
11/23/10
Accrual Basis

## Leave it to Beaver Charters
## Profit & Loss Standard
### February 2010

|  | Feb 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,524.95 |
| **Total Income** | 5,524.95 |
| **Expense** | |
| BOAT PAYMENTS | 1,009.00 |
| CREDIT CARD FEE | 147.91 |
| DOCKAGE | 1,178.00 |
| FUEL | 704.56 |
| **Total Expense** | 3,039.47 |
| **Net Ordinary Income** | 2,485.48 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -507.41 |
| **Total Other Income** | -507.41 |
| **Other Expense** | |
| Other Expenses | 270.00 |
| **Total Other Expense** | 270.00 |
| **Net Other Income** | -777.41 |
| **Net Income** | 1,708.07 |

10:22 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### March 2010

|  | Mar 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,061.48 |
| **Total Income** | 5,061.48 |
| **Expense** | |
| BOAT PAYMENTS | 754.55 |
| Car and Truck Expenses | 300.00 |
| CREDIT CARD FEE | 153.70 |
| DOCKAGE | 1,283.50 |
| Employee benefit programs | 48.00 |
| FUEL | 535.24 |
| Insurance (other than health) | 560.20 |
| Supplies | 76.80 |
| **Total Expense** | 3,711.99 |
| **Net Ordinary Income** | 1,349.49 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Other Expenses | 342.00 |
| **Total Other Expense** | 342.00 |
| **Net Other Income** | -342.00 |
| **Net Income** | 1,007.49 |

10:22 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
## Profit & Loss Standard
### April 2010

|  | Apr 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 8,520.00 |
| **Total Income** | 8,520.00 |
| **Expense** | |
| BOAT PAYMENTS | 750.00 |
| DOCKAGE | 1,178.00 |
| FUEL | 879.16 |
| Insurance (other than health) | 263.78 |
| Taxes and licenses | 403.50 |
| **Total Expense** | 3,474.44 |
| **Net Ordinary Income** | 5,045.56 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -540.00 |
| **Total Other Income** | -540.00 |
| **Other Expense** | |
| Other Expenses | 2,275.95 |
| **Total Other Expense** | 2,275.95 |
| **Net Other Income** | -2,815.95 |
| **Net Income** | 2,229.61 |

10:22 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### May 2010

|  | May 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Sales | 5,838.00 |
| **Total Income** | 5,838.00 |
| **Expense** | |
|   BOAT PAYMENTS | 755.00 |
|   DOCKAGE | 1,646.77 |
|   FUEL | 1,038.51 |
|   Insurance (other than health) | 263.78 |
|   Office expenses | 152.53 |
|   Repairs and maintenance | 348.17 |
| **Total Expense** | 4,204.76 |
| **Net Ordinary Income** | 1,633.24 |
| **Other Income/Expense** | |
| **Other Income** | |
|   Other Income | -270.00 |
| **Total Other Income** | -270.00 |
| **Other Expense** | |
|   Other Expenses | 1,355.53 |
| **Total Other Expense** | 1,355.53 |
| **Net Other Income** | -1,625.53 |
| **Net Income** | 7.71 |

Case 2:10-md-02179-CJB-DPC   Document 21402-12   Filed 08/01/16   Page 7 of 13

10:23 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
## Profit & Loss Standard
### June 2010

|  | Jun 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 2,360.00 |
| **Total Income** | 2,360.00 |
| **Expense** | |
| BOAT PAYMENTS | 755.00 |
| Car and Truck Expenses | 300.00 |
| Commissions and fees | 1,377.35 |
| DOCKAGE | 1,619.61 |
| FUEL | 1,026.38 |
| Insurance (other than health) | 248.78 |
| Repairs and maintenance | 836.65 |
| Supplies | 32.00 |
| **Total Expense** | 6,195.77 |
| **Net Ordinary Income** | -3,835.77 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -220.00 |
| **Total Other Income** | -220.00 |
| **Other Expense** | |
| Other Expenses | 715.65 |
| **Total Other Expense** | 715.65 |
| **Net Other Income** | -935.65 |
| **Net Income** | **-4,771.42** |

10:23 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## July 2010

|  | Jul 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 7,150.00 |
| **Total Income** | 7,150.00 |
| **Expense** | |
| Commissions and fees | 2,250.00 |
| DOCKAGE | 1,663.33 |
| FUEL | 332.74 |
| Insurance (other than health) | 263.78 |
| **Total Expense** | 4,509.85 |
| **Net Ordinary Income** | 2,640.15 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -540.00 |
| **Total Other Income** | -540.00 |
| **Other Expense** | |
| Other Expenses | 132.15 |
| **Total Other Expense** | 132.15 |
| **Net Other Income** | -672.15 |
| **Net Income** | **1,968.00** |

10:23 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### August 2010

|  | Aug 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Advertising | 286.09 |
| Commissions and fees | 970.00 |
| DOCKAGE | 1,283.50 |
| FUEL | 689.03 |
| **Total Expense** | 3,228.62 |
| **Net Ordinary Income** | -3,228.62 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Other Expenses | 143.07 |
| **Total Other Expense** | 143.07 |
| **Net Other Income** | -143.07 |
| **Net Income** | **-3,371.69** |

10:24 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### September 2010

|  | Sep 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 1,000.00 |
| **Total Income** | 1,000.00 |
| **Expense** | |
| DOCKAGE | 1,103.00 |
| **Total Expense** | 1,103.00 |
| **Net Ordinary Income** | -103.00 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | -270.00 |
| **Total Other Income** | -270.00 |
| **Other Expense** | |
| Other Expenses | 106.52 |
| **Total Other Expense** | 106.52 |
| **Net Other Income** | -376.52 |
| **Net Income** | -479.52 |

10:24 AM
11/23/10
Accrual Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### October 2010

|  | Oct 10 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales | 2,170.00 |
|   **Total Income** | 2,170.00 |
|   **Expense** | |
|     BOAT PAYMENTS | 770.00 |
|     Car and Truck Expenses | 300.00 |
|     Commissions and fees | 450.00 |
|     DOCKAGE | 1,230.75 |
|     FUEL | 504.63 |
|     Repairs and maintenance | 1,362.90 |
|   **Total Expense** | 4,618.28 |
| **Net Ordinary Income** | -2,448.28 |
| **Other Income/Expense** | |
|   **Other Expense** | |
|     Other Expenses | 123.47 |
|   **Total Other Expense** | 123.47 |
| **Net Other Income** | -123.47 |
| **Net Income** | **-2,571.75** |

8:53 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## November 2010

|  | Nov 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 4,850.00 |
| **Total Income** | 4,850.00 |
| **Expense** | |
| DOCKAGE | 1,139.72 |
| Repairs and maintenance | 2,136.72 |
| **Total Expense** | 3,276.44 |
| **Net Ordinary Income** | 1,573.56 |
| **Net Income** | 1,573.56 |

8:53 PM
09/06/11
Cash Basis

# Leave it to Beaver Charters
## Profit & Loss Standard
### December 2010

|  | Dec 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 6,886.94 |
| **Total Income** | 6,886.94 |
| **Expense** | |
| DOCKAGE | 1,737.38 |
| FUEL | 337.97 |
| Taxes and licenses | 1,330.00 |
| **Total Expense** | 3,405.35 |
| **Net Ordinary Income** | 3,481.59 |
| **Net Income** | 3,481.59 |