# DEC. EXHIBIT G

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return**  **2010**  (99)  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2010, or other tax year beginning _____, 2010, ending _____, 20 _____  OMB No. 1545-0074

**Name, Address, and SSN**
Your first name: Martin   MI: R   Last name: Formento
Your social security number: [redacted]

See separate instructions.

If a joint return, spouse's first name   MI   Last name
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
[redacted]

Make sure the SSN(s) above and on line 6c are correct. ▲

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
[redacted]

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund? ▶  ☐ You   ☐ Spouse
Checking a box below will not change your tax or refund.

**Filing Status** — Check only one box.
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a.
b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:
(1) First name / Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if child under age 17 qualifying for child tax cr (see instrs)

No. of children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see instrs) ___
Dependents on 6c not entered above ___

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed  Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 52,671. |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a   8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends   9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -18,941. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions   15a _____   b Taxable amount   15b | |
| 16a | Pensions and annuities   16a _____   b Taxable amount   16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits   20a _____   b Taxable amount   20b | |
| 21 | Other income | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 33,730. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses   23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ   24 | |
| 25 | Health savings account deduction. Attach Form 8889   25 | |
| 26 | Moving expenses. Attach Form 3903   26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE   27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans   28 | |
| 29 | Self-employed health insurance deduction   29 | |
| 30 | Penalty on early withdrawal of savings   30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____   31a | |
| 32 | IRA deduction   32 | |
| 33 | Student loan interest deduction   33 | |
| 34 | Tuition and fees. Attach Form 8917   34 | |
| 35 | Domestic production activities deduction. Attach Form 8903   35 | |
| 36 | Add lines 23 - 31a and 32 - 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶   37 | 33,730. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112   12/22/10   Form **1040** (2010)

| | | | | |
|---|---|---|---|---|
| Form 1040 (2010) | Martin R Formento | | | Page 2 |

| | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 33,730. |
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind.  ☐ Spouse was born before January 2, 1946, ☐ Blind.  Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return, or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see instructions) | 40 | 5,700. |
| | 41 | Subtract line 40 from line 38 | 41 | 28,030. |
| | 42 | **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 3,650. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 24,380. |
| | 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 3,238. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 | Add lines 44 and 45 ▶ | 46 | 3,238. |
| | 47 | Foreign tax credit. Attach Form 1116 if required   47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441   48 | | |
| | 49 | Education credits from Form 8863, line 23   49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880   50 | | |
| | 51 | Child tax credit (see instructions)   51 | | |
| | 52 | Residential energy credits. Attach Form 5695   52 | | |
| | 53 | Other crs from Form: a ☐ 3800 b ☐ 8801 c ☐   53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 3,238. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | ☐ Form(s) W-2, box 9   b ☐ Schedule H   c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55-59. This is your **total tax** ▶ | 60 | 3,238. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099   61 | 11,737. | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return   62 | | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay credit. Attach Schedule M   63 | 400. | |
| | 64a | **Earned income credit (EIC)**   64a | | |
| | b | Nontaxable combat pay election . . . ▶ 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812   65 | | |
| | 66 | American opportunity credit from Form 8863, line 14   66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10   67 | | |
| | 68 | Amount paid with request for extension to file   68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld   69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136   70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885   71 | | |
| | 72 | Add lns 61-63, 64a, & 65-71. These are your **total pmts** ▶ | 72 | 12,137. |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | 73 | 8,899. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 8,899. |
| Direct deposit? See instructions. | ▶ b | Routing number ▬▬▬  ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number ▬▬▬ | | |
| | 75 | Amount of line 73 you want **applied to your 2011 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions)   77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature ▶    Date    Your occupation  Charter Boat Capt    Daytime phone number | | | |
| | Spouse's signature. If a joint return, **both must sign.** ▶    Date    Spouse's occupation | | | |
| **Paid Preparer's Use Only** | Print/Type preparer's name    Preparer's signature    Date    Check ☐ if self-employed    PTIN | | | |
| | Firm's name ▶ Self-Prepared    Firm's EIN ▶ | | | |
| | Firm's address ▶    Phone no. | | | |

Form **1040** (2010)

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | **2010** Attachment Sequence No. **09** |

Name of proprietor: Martin R Formento

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): Charter Boat

**B** Enter code from instructions: ▶ 713900

**C** Business name. If no separate business name, leave blank: Leave it to Beaver Charters

**D** Employer ID number (EIN), if any:

**E** Business address (including suite or room no.) ▶ PO BOX 9262
City, town or post office, state, and ZIP code: Tavernier, FL 33070

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you 'materially participate' in the operation of this business during 2010? If 'No,' see instructions for limit on losses . . . . . [X] Yes [ ] No

**H** If you started or acquired this business during 2010, check here . . . . . . . . . . . . ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses . . . . . . . . . . . . . . . ▶ [ ] | 1 | 39,621. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 39,621. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | 39,621. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . ▶ | 7 | 39,621. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . | 8 | 2,293. | 18 Office expense . . . . . . . . . . . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . . . | 9 | 2,500. | 19 Pension and profit-sharing plans . . . . . .<br>20 Rent or lease (see instructions): | 19 | |
| 10 | Commissions and fees . . . . | 10 | | a Vehicles, machinery, and equipment . . . | 20a | |
| 11 | Contract labor (see instructions) . . . . . . | 11 | 1,200. | b Other business property . . . . . . . .<br>21 Repairs and maintenance . . . . . . . | 20b<br>21 | 14,769.<br>6,398. |
| 12 | Depletion . . . . . . . . . | 12 | | 22 Supplies (not included in Part III) . . . . . | 22 | 3,610. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . | 13 | 6,487. | 23 Taxes and licenses . . . . . . . . . . .<br>24 Travel, meals, and entertainment:<br>a Travel . . . . . . . . . . . . . | 23<br>24a | 528. |
| 14 | Employee benefit programs (other than on line 19) . . . . | 14 | | b Deductible meals and entertainment (see instructions) . . . . . . . . . . . | 24b | |
| 15 | Insurance (other than health) . . | 15 | 5,552. | 25 Utilities . . . . . . . . . . . . . . | 25 | 7,280. |
| 16 | Interest: | | | 26 Wages (less employment credits) . . . . . | 26 | |
| | a Mortgage (paid to banks, etc) . . . | 16a | | 27 Other expenses (from line 48 on page 2) . . . . . . . . . . . . . . . | 27 | 1,382. |
| | b Other . . . . . . . . . . . | 16b | 6,563. | | | |
| 17 | Legal & professional services . . | 17 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . . . . . . . . . ▶ | | | | 28 | 58,562. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | | | | 29 | -18,941. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**.<br>• If a loss, you **must** go to line 32. | | | | 31 | -18,941. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**.
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**                  Schedule C (Form 1040) 2010

FDIZ0112   12/27/10

Schedule C (Form 1040) 2010  Martin R Formento                                                            Page **2**

**Part III  Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation ........................................................................  ☐ Yes  ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory,
    attach explanation ................................................................................  **35**

36  Purchases less cost of items withdrawn for personal use ...........................................  **36**

37  Cost of labor. Do not include any amounts paid to yourself ........................................  **37**

38  Materials and supplies ...........................................................................  **38**

39  Other costs ......................................................................................  **39**

40  Add lines 35 through 39 ..........................................................................  **40**

41  Inventory at end of year .........................................................................  **41**

42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ....  **42**

**Part IV  Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ 10/01/2004

44  Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:
    **a** Business    5,000    **b** Commuting (see instructions)    1,000    **c** Other    4,000

45  Was your vehicle available for personal use during off-duty hours? ...................................  ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ............................  ☐ Yes  ☒ No

47a Do you have evidence to support your deduction? ....................................................  ☒ Yes  ☐ No

    **b** If 'Yes,' is the evidence written? ............................................................  ☐ Yes  ☒ No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| BANK AND CR CARD FEE | 1,382. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48  Total other expenses.** Enter here and on page 1, line 27 | **48**  1,382. |

Schedule C (Form 1040) 2010

FDIZ0112  12/27/10

# Federal Carryover Worksheet         2010
► Keep for your records

Name(s) Shown on Return: Martin R Formento

Social Security Number: ▮▮▮▮▮▮▮

## 2009 State and Local Income Tax Information (See Tax Help)

| (a) State or Local ID | (b) Paid With Extension | (c) Estimates Pd After 12/31 | (d) Total Withheld/Pmts | (e) Paid With Return | (f) Total Overpayment | (g) Applied Amount |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Totals** |  |  |  |  |  |  |

## Other Tax and Income Information

|   |   |   | 2009 | 2010 |
|---|---|---|---|---|
| 1 | Filing status | 1 |  | 1 Single |
| 2 | Number of exemptions for blind or over 65 (0 - 4) | 2 |  |  |
| 3 | Itemized deductions after limitation | 3 |  | 1,296. |
| 4 | Check box if required to itemize deductions | 4 |  |  |
| 5 | Adjusted gross income | 5 |  | 33,730. |
| 6 | Tax liability for Form 2210 or Form 2210-F | 6 |  | 2,838. |
| 7 | Alternative minimum tax | 7 |  | 0. |
| 8 | Federal overpayment applied to next year estimated tax | 8 |  |  |

QuickZoom to the IRA Information Worksheet for IRA information . . . . . . . . . . . . . . . . ►

## Excess Contributions

|   |   |   | 2009 | 2010 |
|---|---|---|---|---|
| 9 a | Taxpayer's excess Archer MSA contributions as of 12/31 | 9 a |  |  |
| b | Spouse's excess Archer MSA contributions as of 12/31 | b |  |  |
| 10 a | Taxpayer's excess Coverdell ESA contributions as of 12/31 | 10 a |  |  |
| b | Spouse's excess Coverdell ESA contributions as of 12/31 | b |  |  |
| 11 a | Taxpayer's excess HSA contributions as of 12/31 | 11 a |  |  |
| b | Spouse's excess HSA contributions as of 12/31 | b |  |  |

## Loss and Expense Carryovers

|   |   |   | 2009 | 2010 |
|---|---|---|---|---|
| 12 a | Short-term capital loss | 12 a |  |  |
| b | AMT Short-term capital loss | b |  |  |
| 13 a | Long-term capital loss | 13 a |  |  |
| b | AMT Long-term capital loss | b |  |  |
| 14 a | Net operating loss available to carry forward | 14 a |  |  |
| b | AMT Net operating loss available to carry forward | b |  |  |
| 15 a | Investment interest expense disallowed | 15 a |  |  |
| b | AMT Investment interest expense disallowed | b |  |  |
| 16 | Nonrecaptured net Section 1231 losses from: a 2010 | 16 a |  |  |
|  | b 2009 | b |  |  |
|  | c 2008 | c |  |  |
|  | d 2007 | d |  |  |
|  | e 2006 | e |  |  |
|  | f 2005 | f |  |  |