# DEC. EXHIBIT H

1:08 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
January through December 2008

|  | Jan - Dec 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Sales | 130,000 00 |
| **Total Income** | 130,000 00 |
| **Expense** | |
|   Advertising | 1,359 55 |
|   BOAT PAYMENTS | 18,564 48 |
|   Car and Truck Expenses | 3,138 56 |
|   CREDIT CARD FEE | 1,309 85 |
|   DOCKAGE | 10,824 00 |
|   FUEL | 17,525 59 |
|   Insurance (other than health) | 5,500 00 |
|   Repairs and maintenance | 37,549 78 |
|   Supplies | 1,406 50 |
|   Taxes and licenses | 663 85 |
|   Travel | 1,322 34 |
|   Utilities | 1,200 00 |
| **Total Expense** | 100,364 50 |
| **Net Ordinary Income** | 29,635 50 |
| **Net Income** | 29,635.50 |

12 56 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
January 2008

|  | Jan 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 4,550 00 |
| **Total Income** | 4,550 00 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 2,387 53 |
| Car and Truck Expenses | 212 72 |
| CREDIT CARD FEE | 113.18 |
| DOCKAGE | 902 00 |
| FUEL | 828 10 |
| Insurance (other than health) | 552 34 |
| Repairs and maintenance | 731 70 |
| Supplies | 101 00 |
| Utilities | 101 00 |
| **Total Expense** | 5,944 57 |
| **Net Ordinary Income** | -1,394 57 |
| **Net Income** | -1,394 57 |

12:56 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### February 2008

|  | Feb 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,437 55 |
| **Total Income** | 5,437 55 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 1,556 04 |
| Car and Truck Expenses | 568 17 |
| CREDIT CARD FEE | 127 48 |
| DOCKAGE | 902 00 |
| FUEL | 976 49 |
| Insurance (other than health) | 552 34 |
| Repairs and maintenance | 1,158 55 |
| Supplies | 96 00 |
| Taxes and licenses | 236 35 |
| Utilities | 100 79 |
| **Total Expense** | 6,289 21 |
| **Net Ordinary Income** | -851 66 |
| **Net Income** | -851.66 |

12:57 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### March 2008

|  | Mar 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 10,026.66 |
| **Total Income** | 10,026.66 |
| **Expense** | |
| Advertising | 15.00 |
| BOAT PAYMENTS | 1,556.04 |
| CREDIT CARD FEE | 78.21 |
| DOCKAGE | 902.00 |
| FUEL | 1,025.60 |
| Insurance (other than health) | 552.34 |
| Repairs and maintenance | 1,397.00 |
| Supplies | 156.05 |
| Utilities | 100.00 |
| **Total Expense** | 5,782.24 |
| **Net Ordinary Income** | 4,244.42 |
| **Net Income** | **4,244.42** |

12:57 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### April 2008

|  | Apr 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 17,130.00 |
| **Total Income** | 17,130.00 |
| **Expense** | |
| Advertising | 337.50 |
| BOAT PAYMENTS | 2,065.65 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 247.79 |
| DOCKAGE | 902.00 |
| FUEL | 2,340.00 |
| Insurance (other than health) | 552.34 |
| Repairs and maintenance | 863.88 |
| Supplies | 220.00 |
| Taxes and licenses | 405.50 |
| Utilities | 106.58 |
| **Total Expense** | 8,609.41 |
| **Net Ordinary Income** | 8,520.59 |
| **Net Income** | 8,520.59 |

12:57 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## May 2008

|  | May 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 14,525 00 |
| **Total Income** | 14,525 00 |
| **Expense** | |
| Advertising | 632 05 |
| BOAT PAYMENTS | 1,556 04 |
| CREDIT CARD FEE | 201 28 |
| DOCKAGE | 900 00 |
| FUEL | 2,220 00 |
| Insurance (other than health) | 552 34 |
| Supplies | 220 00 |
| Utilities | 100 00 |
| **Total Expense** | 6,381 71 |
| **Net Ordinary Income** | 8,143 29 |
| **Net Income** | 8,143.29 |

12:57 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## June 2008

|  | Jun 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 15,790 00 |
| **Total Income** | 15,790 00 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 1,556 04 |
| CREDIT CARD FEE | 80 32 |
| DOCKAGE | 902 00 |
| FUEL | 2,300 00 |
| Insurance (other than health) | 579 21 |
| Repairs and maintenance | 200 00 |
| Supplies | 270 00 |
| Utilities | 100 00 |
| **Total Expense** | 6,002 57 |
| **Net Ordinary Income** | 9,787 43 |
| **Net Income** | **9,787.43** |

12:57 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## July 2008

|  | Jul 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 17,500 00 |
| **Total Income** | 17,500 00 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 831 49 |
| Car and Truck Expenses | 217 72 |
| CREDIT CARD FEE | 74 66 |
| DOCKAGE | 902 00 |
| FUEL | 2,381 00 |
| Insurance (other than health) | 552 34 |
| Repairs and maintenance | 230 00 |
| Supplies | 80 45 |
| Utilities | 100 00 |
| **Total Expense** | 5,384 66 |
| **Net Ordinary Income** | 12,115 34 |
| **Net Income** | 12,115.34 |

12 58 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### August 2008

|  | Aug 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 14,135 79 |
| **Total Income** | 14,135 79 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 831 49 |
| Car and Truck Expenses | 217 72 |
| CREDIT CARD FEE | 76 07 |
| DOCKAGE | 902 00 |
| FUEL | 1,720 00 |
| Insurance (other than health) | 552 34 |
| Repairs and maintenance | 1,263 88 |
| Supplies | 98 00 |
| Utilities | 77 63 |
| **Total Expense** | 5,754 13 |
| **Net Ordinary Income** | 8,381 66 |
| **Net Income** | 8,381 66 |

12 58 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### September 2008

|  | Sep 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 6,130 00 |
| **Total Income** | 6,130 00 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 2,387 53 |
| CREDIT CARD FEE | 156 48 |
| DOCKAGE | 902 00 |
| FUEL | 820 00 |
| Insurance (other than health) | 552 34 |
| Repairs and maintenance | 435 00 |
| Supplies | 20 00 |
| Taxes and licenses | 22 00 |
| Travel | 946 00 |
| Utilities | 100 00 |
| **Total Expense** | 6,356 35 |
| **Net Ordinary Income** | -226 35 |
| **Net Income** | -226.35 |

12 58 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### October 2008

|  | Oct 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,650 00 |
| **Total Income** | 5,650 00 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 1,556 04 |
| Car and Truck Expenses | 785 89 |
| CREDIT CARD FEE | 50 04 |
| DOCKAGE | 902 00 |
| FUEL | 780 00 |
| Insurance (other than health) | 502 07 |
| Supplies | 20 00 |
| Travel | 376 34 |
| Utilities | 100 00 |
| **Total Expense** | 5,087 38 |
| **Net Ordinary Income** | 562 62 |
| **Net Income** | 562 62 |

12:59 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## November 2008

|  | Nov 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 2,350 00 |
| **Total Income** | 2,350.00 |
| **Expense** | |
| Advertising | 15 00 |
| BOAT PAYMENTS | 1,556 04 |
| CREDIT CARD FEE | 69 67 |
| DOCKAGE | 903 00 |
| FUEL | 794 40 |
| Repairs and maintenance | 13,900 00 |
| Supplies | 50 00 |
| Utilities | 105 00 |
| **Total Expense** | 17,393 11 |
| **Net Ordinary Income** | -15,043 11 |
| **Net Income** | **-15,043.11** |

12:59 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### December 2008

|  | Dec 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 16,775.00 |
| **Total Income** | 16,775.00 |
| **Expense** | |
| Advertising | 255.00 |
| BOAT PAYMENTS | 724.55 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 34.67 |
| DOCKAGE | 903.00 |
| FUEL | 1,340.00 |
| Repairs and maintenance | 17,369.77 |
| Supplies | 75.00 |
| Utilities | 109.00 |
| **Total Expense** | 21,379.16 |
| **Net Ordinary Income** | -4,604.16 |
| **Net Income** | -4,604.16 |