# DEC. EXHIBIT I

1:05 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
January through December 2009

|  | Jan - Dec 09 |
|---|---:|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sales | 100,000 00 |
| **Total Income** | 100,000 00 |
| **Expense** |  |
| Advertising | 270 00 |
| BOAT PAYMENTS | 18,564 48 |
| Car and Truck Expenses | 3,843 57 |
| CREDIT CARD FEE | 2,063 52 |
| DOCKAGE | 14,688 57 |
| FUEL | 13,000 00 |
| Insurance (other than health) | 5,552 41 |
| Repairs and maintenance | 2,253 32 |
| Supplies | 5,107 07 |
| Taxes and licenses | 878 00 |
| Travel | 314 82 |
| Utilities | 1,200 00 |
| **Total Expense** | 67,735 76 |
| **Net Ordinary Income** | 32,264 24 |
| **Net Income** | 32,264.24 |

12.59 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
January 2009

|  | Jan 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 8,280.00 |
| **Total Income** | 8,280 00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556 04 |
| CREDIT CARD FEE | 199 57 |
| DOCKAGE | 205 00 |
| FUEL | 1,075 00 |
| Repairs and maintenance | 709 95 |
| Supplies | 507 07 |
| Taxes and licenses | 50 00 |
| Utilities | 100 00 |
| **Total Expense** | 4,402 63 |
| **Net Ordinary Income** | 3,877 37 |
| **Net Income** | **3,877.37** |

12:59 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## February 2009

|  | Feb 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,850.00 |
| **Total Income** | 5,850.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 150.17 |
| DOCKAGE | 1,107.00 |
| FUEL | 760.00 |
| Repairs and maintenance | 400.00 |
| Supplies | 500.00 |
| Utilities | 100.00 |
| **Total Expense** | 5,141.38 |
| **Net Ordinary Income** | 708.62 |
| **Net Income** | **708.62** |

12:59 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### March 2009

|  | Mar 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 9,750 00 |
| **Total Income** | 9,750 00 |
| **Expense** | |
| Advertising | 270 00 |
| BOAT PAYMENTS | 1,369 23 |
| CREDIT CARD FEE | 166 96 |
| DOCKAGE | 1,280 75 |
| FUEL | 1,266 23 |
| Insurance (other than health) | 1,128 16 |
| Repairs and maintenance | 850 00 |
| Supplies | 200 00 |
| Utilities | 100 00 |
| **Total Expense** | 6,631 33 |
| **Net Ordinary Income** | 3,118 67 |
| **Net Income** | **3,118.67** |

1:00 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### April 2009

|  | Apr 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,650 00 |
| **Total Income** | 5,650 00 |
| **Expense** | |
| BOAT PAYMENTS | 1,578 23 |
| Car and Truck Expenses | 568 17 |
| CREDIT CARD FEE | 213 45 |
| DOCKAGE | 1,107 00 |
| FUEL | 733 00 |
| Insurance (other than health) | 552 22 |
| Supplies | 200 00 |
| Taxes and licenses | 405 50 |
| Utilities | 100 00 |
| **Total Expense** | 5,457 57 |
| **Net Ordinary Income** | 192 43 |
| **Net Income** | **192.43** |

1:00 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## May 2009

|  | May 09 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales | 11,883 00 |
|   **Total Income** | 11,883 00 |
|   **Expense** | |
|     BOAT PAYMENTS | 1,556 04 |
|     CREDIT CARD FEE | 147 05 |
|     DOCKAGE | 1,270 00 |
|     FUEL | 1,543 00 |
|     Insurance (other than health) | 552 22 |
|     Supplies | 852 00 |
|     Utilities | 100 00 |
|   **Total Expense** | 6,020 31 |
| **Net Ordinary Income** | 5,862 69 |
| **Net Income** | **5,862.69** |

1:00 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## June 2009

|  | Jun 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 17,990 00 |
| **Total Income** | 17,990 00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556 04 |
| CREDIT CARD FEE | 174 85 |
| DOCKAGE | 1,270 00 |
| FUEL | 2,336 00 |
| Insurance (other than health) | 552 22 |
| Supplies | 439 00 |
| Utilities | 100 00 |
| **Total Expense** | 6,428 11 |
| **Net Ordinary Income** | 11,561 89 |
| **Net Income** | 11,561.89 |

1:00 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## July 2009

|  | Jul 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 12,000.00 |
| **Total Income** | 12,000.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 568.17 |
| CREDIT CARD FEE | 242.62 |
| DOCKAGE | 1,230.00 |
| FUEL | 1,558.00 |
| Insurance (other than health) | 552.22 |
| Supplies | 413.00 |
| Utilities | 262.00 |
| **Total Expense** | 6,382.05 |
| **Net Ordinary Income** | 5,617.95 |
| **Net Income** | 5,617.95 |

1:01 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### August 2009

|  | Aug 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 8,830 00 |
| **Total Income** | 8,830 00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556 04 |
| Car and Truck Expenses | 780 89 |
| CREDIT CARD FEE | 173 52 |
| DOCKAGE | 1,230 75 |
| FUEL | 1,146 75 |
| Insurance (other than health) | 552 22 |
| Repairs and maintenance | 293 37 |
| Supplies | 216 00 |
| Utilities | 100 00 |
| **Total Expense** | 6,049 54 |
| **Net Ordinary Income** | 2,780 46 |
| **Net Income** | **2,780.46** |

1:01 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
September 2009

|  | Sep 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 9,270.00 |
| **Total Income** | 9,270.00 |
| **Expense** | |
| BOAT PAYMENTS | 1,556.04 |
| Car and Truck Expenses | 803.17 |
| CREDIT CARD FEE | 172.59 |
| DOCKAGE | 1,271.00 |
| FUEL | 1,203.00 |
| Insurance (other than health) | 1,663.15 |
| Supplies | 220.00 |
| Taxes and licenses | 422.50 |
| Travel | 314.82 |
| Utilities | 105.00 |
| **Total Expense** | 7,731.27 |
| **Net Ordinary Income** | 1,538.73 |
| **Net Income** | 1,538.73 |

1:01 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
October 2009

|  | Oct 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 3,532 00 |
| **Total Income** | 3,532 00 |
| **Expense** | |
| BOAT PAYMENTS | 1,621 66 |
| CREDIT CARD FEE | 115 42 |
| DOCKAGE | 1,271 00 |
| FUEL | 458 00 |
| Supplies | 520 00 |
| **Total Expense** | 3,986 08 |
| **Net Ordinary Income** | -454 08 |
| **Net Income** | -454.08 |

1:01 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## November 2009

|  | Nov 09 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales | 1,300 00 |
|   **Total Income** | 1,300 00 |
|   **Expense** | |
|     BOAT PAYMENTS | 1,556 04 |
|     Car and Truck Expenses | 305 00 |
|     CREDIT CARD FEE | 172 38 |
|     DOCKAGE | 1,271 00 |
|     FUEL | 186 00 |
|     Supplies | 520 00 |
|     Utilities | 133 00 |
|   **Total Expense** | 4,143 42 |
| **Net Ordinary Income** | -2,843 42 |
| **Net Income** | **-2,843.42** |

1:02 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
December 2009

|  | Dec 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,665 00 |
| **Total Income** | 5,665 00 |
| **Expense** | |
| BOAT PAYMENTS | 1,547 04 |
| Car and Truck Expenses | 250 00 |
| CREDIT CARD FEE | 134 94 |
| DOCKAGE | 2,175 07 |
| FUEL | 735 02 |
| Supplies | 520 00 |
| **Total Expense** | 5,362 07 |
| **Net Ordinary Income** | 302 93 |
| **Net Income** | **302.93** |