# DEC. EXHIBIT J

1:05 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
January through December 2010

|  | Jan - Dec 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 39,621 00 |
| **Total Income** | 39,621 00 |
| **Expense** | |
| Advertising | 2,292 86 |
| BOAT PAYMENTS | 8,694 60 |
| Car and Truck Expenses | 900 00 |
| Contract labor | 1,200 00 |
| CREDIT CARD FEE | 1,381 98 |
| DOCKAGE | 14,768 92 |
| FUEL | 6,079 87 |
| Insurance (other than health) | 5,552 41 |
| Repairs and maintenance | 6,398 28 |
| Supplies | 3,609 90 |
| Taxes and licenses | 527 63 |
| Utilities | 1,200.30 |
| **Total Expense** | 52,606 75 |
| **Net Ordinary Income** | -12,985 75 |
| **Net Income** | **-12,985.75** |

1:02 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
## Profit & Loss Standard
January 2010

|  | Jan 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Sales | 3,250 00 |
| **Total Income** | 3,250 00 |
| **Expense** | |
|   BOAT PAYMENTS | 1,449 10 |
|   CREDIT CARD FEE | 177 50 |
|   DOCKAGE | 1,230 70 |
|   FUEL | 534 47 |
|   Insurance (other than health) | 1,960 20 |
|   Supplies | 1,200 00 |
|   Utilities | 267 48 |
| **Total Expense** | 6,819 45 |
| **Net Ordinary Income** | -3,569 45 |
| **Net Income** | **-3,569.45** |

1:02 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### February 2010

|  | Feb 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Sales | 5,524 95 |
| **Total Income** | 5,524 95 |
| **Expense** | |
|   BOAT PAYMENTS | 1,733 55 |
|   CREDIT CARD FEE | 147 91 |
|   DOCKAGE | 1,178 00 |
|   FUEL | 704 56 |
|   Insurance (other than health) | 263 78 |
|   Supplies | 601 10 |
|   Utilities | 100 00 |
| **Total Expense** | 4,728 90 |
| **Net Ordinary Income** | 796 05 |
| **Net Income** | **796.05** |

1:02 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### March 2010

|  | Mar 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 5,061 48 |
| **Total Income** | 5,061 48 |
| **Expense** | |
| BOAT PAYMENTS | 1,479 10 |
| Car and Truck Expenses | 300 00 |
| CREDIT CARD FEE | 153 70 |
| DOCKAGE | 1,283 50 |
| FUEL | 535 24 |
| Insurance (other than health) | 560 20 |
| Supplies | 576 80 |
| Utilities | 100 00 |
| **Total Expense** | 4,988 54 |
| **Net Ordinary Income** | 72 94 |
| **Net Income** | **72.94** |

1:03 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### April 2010

|  | Apr 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 7,820.00 |
| **Total Income** | 7,820.00 |
| **Expense** | |
| Advertising | 500.00 |
| BOAT PAYMENTS | 1,474.55 |
| CREDIT CARD FEE | 273.95 |
| DOCKAGE | 1,178.00 |
| FUEL | 829.24 |
| Insurance (other than health) | 263.78 |
| Supplies | 400.00 |
| Taxes and licenses | 403.50 |
| Utilities | 100.00 |
| **Total Expense** | 5,423.02 |
| **Net Ordinary Income** | 2,396.98 |
| **Net Income** | 2,396.98 |

1:03 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### May 2010

|  | May 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 1,195 26 |
| **Total Income** | 1,195 26 |
| **Expense** | |
| Advertising | 500 00 |
| BOAT PAYMENTS | 1,033 30 |
| CREDIT CARD FEE | 46.85 |
| DOCKAGE | 1,283 50 |
| FUEL | 273 32 |
| Insurance (other than health) | 263 78 |
| Repairs and maintenance | 348 17 |
| Utilities | 100 00 |
| **Total Expense** | 3,848 92 |
| **Net Ordinary Income** | -2,653 66 |
| **Net Income** | **-2,653.66** |

1:03 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## June 2010

|  | Jun 10 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Sales | 760 00 |
| Total Income | 760 00 |
| Expense | |
| Advertising | 500 00 |
| BOAT PAYMENTS | 755 00 |
| Car and Truck Expenses | 300 00 |
| Contract labor | 600 00 |
| CREDIT CARD FEE | 76 83 |
| DOCKAGE | 1,253 00 |
| FUEL | 180 52 |
| Insurance (other than health) | 248 78 |
| Repairs and maintenance | 836 65 |
| Supplies | 32 00 |
| Utilities | 100 00 |
| Total Expense | 4,882 78 |
| Net Ordinary Income | -4,122 78 |
| Net Income | -4,122 78 |

1 03 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
## July 2010

|  | Jul 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 1,200 00 |
| **Total Income** | 1,200 00 |
| **Expense** | |
| Advertising | 506 77 |
| CREDIT CARD FEE | 132 15 |
| DOCKAGE | 1,283 50 |
| FUEL | 379 83 |
| Insurance (other than health) | 263 78 |
| Utilities | 100 00 |
| **Total Expense** | 2,666 03 |
| **Net Ordinary Income** | -1,466 03 |
| **Net Income** | **-1,466.03** |

1:03 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
August 2010

|  | Aug 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 600 00 |
| **Total Income** | 600 00 |
| **Expense** | |
| Advertising | 286 09 |
| CREDIT CARD FEE | 143 07 |
| DOCKAGE | 1,283 50 |
| FUEL | 142 51 |
| Insurance (other than health) | 263 78 |
| Utilities | 100 00 |
| **Total Expense** | 2,218 95 |
| **Net Ordinary Income** | -1,618 95 |
| **Net Income** | -1,618.95 |

1:04 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### September 2010

|  | Sep 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 3,000.00 |
| **Total Income** | 3,000.00 |
| **Expense** | |
| Contract labor | 600.00 |
| CREDIT CARD FEE | 106.52 |
| DOCKAGE | 1,103.00 |
| FUEL | 712.58 |
| Insurance (other than health) | 263.78 |
| Utilities | 100.00 |
| **Total Expense** | 2,885.88 |
| **Net Ordinary Income** | 114.12 |
| **Net Income** | **114.12** |

1:04 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
October 2010

|  | Oct 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 2,170.00 |
| **Total Income** | 2,170.00 |
| **Expense** | |
| BOAT PAYMENTS | 770.00 |
| Car and Truck Expenses | 300.00 |
| CREDIT CARD FEE | 123.50 |
| DOCKAGE | 1,230.75 |
| FUEL | 500.00 |
| Insurance (other than health) | 1,200.55 |
| Repairs and maintenance | 3,076.74 |
| Utilities | 132.82 |
| **Total Expense** | 7,334.36 |
| **Net Ordinary Income** | -5,164.36 |
| **Net Income** | **-5,164.36** |

1:04 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
### November 2010

|  | Nov 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 2,152.37 |
| **Total Income** | 2,152.37 |
| **Expense** | |
| DOCKAGE | 1,139.72 |
| FUEL | 534.00 |
| Repairs and maintenance | 2,136.72 |
| Supplies | 400.00 |
| **Total Expense** | 4,210.44 |
| **Net Ordinary Income** | -2,058.07 |
| **Net Income** | -2,058.07 |

1:04 PM
10/11/11
Cash Basis

# Leave it to Beaver Charters
# Profit & Loss Standard
December 2010

|  | Dec 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 6,886.94 |
| **Total Income** | 6,886.94 |
| **Expense** | |
| DOCKAGE | 1,321.75 |
| FUEL | 753.60 |
| Supplies | 400.00 |
| Taxes and licenses | 124.13 |
| **Total Expense** | 2,599.48 |
| **Net Ordinary Income** | 4,287.46 |
| **Net Income** | **4,287.46** |

