# DEC. EXHIBIT K



# Internal Revenue Service
## United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Tax Return Transcript

| | |
| --- | --- |
| Request Date: | 10-11-2012 |
| Response Date: | 10-11-2012 |
| Tracking Number: | ███████3540 |

**SSN Provided:** ████████
**Tax Period Ending:** Dec. 31, 2008

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

**SSN:** ████████
**SPOUSE SSN:**
NAME(S) SHOWN ON RETURN:  MARTIN R FORMENTO

ADDRESS:  ████████████████

| | |
| --- | --- |
| FILING STATUS: | Single |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20105108 |
| RECEIVED DATE: | Dec.06, 2010 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 1 |
| DEPENDENT 1 NAME CTRL: | |
| DEPENDENT 1 SSN: | |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| PREPARER SSN: | |
| PREPARER EIN: | |

## Income

| | |
| --- | --- |
| WAGES, SALARIES, TIPS, ETC: | $0.00 |
| TAXABLE INTEREST INCOME: SCH B: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $0.00 |
| ALIMONY RECEIVED: | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $3,530.00 |

| | |
|---|---:|
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $11,310.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $0.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $0.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $0.00 |
| FARM INCOME OR LOSS (Schedule F): | $0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $0.00 |
| OTHER INCOME: | $0.00 |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $3,280.00 |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $3,280.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $0.00 |
| TOTAL INCOME: | $3,530.00 |
| TOTAL INCOME PER COMPUTER: | $11,310.00 |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $0.00 |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $0.00 |
| HEALTH SAVINGS ACCT DEDUCTION: | $0.00 |
| HEALTH SAVINGS ACCT DEDUCTION PER COMPTR: | $0.00 |
| MOVING EXPENSES: F3903: | $0.00 |
| SELF EMPLOYMENT TAX DEDUCTION: | $250.00 |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $250.00 |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $0.00 |
| SELF-EMP HEALTH INS DEDUCTION: | $0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $0.00 |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $0.00 |
| IRA DEDUCTION: | $0.00 |
| IRA DEDUCTION PER COMPUTER: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $0.00 |
| TUITION AND FEES DEDUCTION: | $1,695.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $1,695.00 |
| JURY DUTY PAY DEDUCTION: | $0.00 |
| DOMESTIC PRODUCTION ACTIVITIES DEDUCTION: | $0.00 |
| OTHER ADJUSTMENTS: | $0.00 |
| ARCHER MSA DEDUCTION: | $0.00 |
| ARCHER MSA DEDUCTION PER COMPUTER: | $0.00 |
| TOTAL ADJUSTMENTS: | $1,945.00 |
| TOTAL ADJUSTMENTS PER COMPUTER: | $1,945.00 |
| ADJUSTED GROSS INCOME: | $1,585.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $9,365.00 |

## Tax and Credits

| | |
|---|---:|
| 65-OR-OVER: | NO |
| BLIND: | NO |
| SPOUSE 65-OR-OVER: | NO |
| SPOUSE BLIND: | NO |
| STANDARD DEDUCTION PER COMPUTER: | $5,450.00 |
| ADDITIONAL STANDARD DEDUCTION PER COMPUTER: | $0.00 |
| TAX TABLE INCOME PER COMPUTER: | $3,915.00 |
| EXEMPTION AMOUNT PER COMPUTER: | $3,500.00 |
| TAXABLE INCOME: | $0.00 |
| TAXABLE INCOME PER COMPUTER: | $415.00 |
| TOTAL POSITIVE INCOME PER COMPUTER: | $11,310.00 |
| TENTATIVE TAX: | $0.00 |
| TENTATIVE TAX PER COMPUTER: | $41.00 |
| FORM 8814 ADDITIONAL TAX AMOUNT: | $0.00 |
| TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER: | $0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX: | $0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER: | $0.00 |
| FOREIGN TAX CREDIT: | $0.00 |
| FOREIGN TAX CREDIT PER COMPUTER: | $0.00 |
| FOREIGN INCOME EXCLUSION PER COMPUTER: | $0.00 |
| FOREIGN INCOME EXCLUSION TAX PER COMPUTER: | $0.00 |
| CHILD & DEPENDENT CARE CREDIT: | $0.00 |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $0.00 |
| EDUCATION CREDIT: | $0.00 |
| EDUCATION CREDIT PER COMPUTER: | $0.00 |
| GROSS EDUCATION CREDIT PER COMPUTER: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $0.00 |
| PRIM RET SAV CNTRB: F8880 LN6A: | $0.00 |
| SEC RET SAV CNTRB: F8880 LN6B: | $0.00 |
| TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR: | $0.00 |
| RESIDENTIAL ENERGY CREDIT: | $0.00 |
| RESIDENTIAL ENERGY CREDIT PER COMPUTER: | $0.00 |
| CHILD TAX CREDIT: | $0.00 |
| CHILD TAX CREDIT PER COMPUTER: | $0.00 |
| ADOPTION CREDIT: F8839: | $0.00 |
| ADOPTION CREDIT PER COMPUTER: | $0.00 |
| DC 1ST TIME HOMEBUYERS CREDIT: | $0.00 |
| DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER: | $0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT: | $0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER: | $0.00 |
| F8396 AND F8859 CREDITS: | $0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS: | $0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER: | $0.00 |
| FORM 1040C CREDIT: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $0.00 |
| TENTATIVE EMPOWERMENT ZONE CREDIT: F8844: | $0.00 |
| EMPOWERMENT ZONE CREDIT: F8844: | $0.00 |
| EMPOWERMENT ZONE CREDIT COMPUTER: F8844: | $0.00 |
| OTHER CREDITS: | $0.00 |
| TOTAL CREDITS: | $0.00 |
| TOTAL CREDITS PER COMPUTER: | $0.00 |

INCOME TAX AFTER CREDITS PER COMPUTER:                                              $41.00

## Other Taxes

SE TAX:                                                                            $499.00
SE TAX PER COMPUTER:                                                               $499.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:                                 $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:                    $0.00
TAX ON QUALIFIED PLANS F5329 (PR):                                                   $0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:                                           $0.00
IRAF TAX PER COMPUTER:                                                               $0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:                                     $499.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:                                      $499.00
ADVANCED EARNED INCOME CREDIT:                                                       $0.00
ADVANCED EARNED INCOME CREDIT AND OTHER EMPLOYMENT TAXES:                            $0.00
UNPAID FICA ON REPORTED TIPS:                                                        $0.00
FORM 4970 ACCUMULATION DISTRIBUTION OF TRUSTS:                                       $0.00
RECAPTURE TAX: F8611:                                                                $0.00
HOUSEHOLD EMPLOYMENT TAXES:                                                          $0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:                                             $0.00
RECAPTURE TAXES:                                                                     $0.00
TOTAL ASSESSMENT PER COMPUTER:                                                     $499.00
TOTAL TAX LIABILITY TP FIGURES:                                                    $499.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                                       $499.00

## Payments

FEDERAL INCOME TAX WITHHELD:                                                         $0.00
COBRA PREMIUM SUBSIDY:                                                               $0.00
ESTIMATED TAX PAYMENTS:                                                              $0.00
MAKING WORK PAY AND GOV'T RET CREDIT:                                                $0.00
MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER:                                   $0.00
MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED:                                       $0.00
REFUNDABLE EDUCATION CREDIT:                                                         $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                                            $0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:                                                $0.00
EARNED INCOME CREDIT:                                                              $251.00
EARNED INCOME CREDIT PER COMPUTER:                                                 $251.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:                                          $0.00
FORM 8812 NONTAXABLE COMBAT PAY:                                                     $0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:                                          $0.00
TOT SS/MEDICARE WITHHELD: F8812:                                                     $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                                               $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:                                  $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                                      $0.00
AMOUNT PAID WITH FORM 4868:                                                        $500.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                                       $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                                           $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:                              $0.00
HEALTH COVERAGE TX CR: F8885:                                                        $0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX:                                 $0.00
FIRST TIME HOME BUYER CREDIT PER COMPUTER:                                           $0.00
FIRST TIME HOME BUYER CREDIT:                                                        $0.00
FIRST TIME HOME BUYER CREDIT VERIFIED:                                               $0.00
FORM 2439, 8801, and OTHER CREDIT TOTAL AMT:                                         $0.00
TOTAL PAYMENTS:                                                                   $1,051.00
TOTAL PAYMENTS PER COMPUTER:                                                      $1,051.00

## Refund or Amount Owed

REFUND AMOUNT:                                                      $-552.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                                 $0.00
ESTIMATED TAX PENALTY:                                                $0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                         $0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                        $-552.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                          $-552.00
FORM 8888 TOTAL REFUND PER COMPUTER:                                  $0.00

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                                   0
THIRD PARTY DESIGNEE NAME:

## Schedule C--Profit or Loss From Business (Occurrence #: 1)

SOCIAL SECURITY NUMBER:                                          ██████████
EMPLOYER ID NUMBER:
BUSINESS NAME:                                            LEAVE IT TO BEAVERS
DESCRIPTION OF BUSINESS/PROFESSION:                                  SERVICE
NAICS CODE:                                                          999999
ACCT MTHD:                                                              Cash
FIRST TIME SCHEDULE C FILED:                                              N
STATUTORY EMPLOYEE IND:                                                   N

### INCOME

GROSS RECEIPTS OR SALES:                                         $130,000.00
RETURNS AND ALLOWANCES:                                               $0.00
NET GROSS RECEIPTS:                                              $130,000.00
COST OF GOODS SOLD:                                                   $0.00
OTHER INCOME:                                                         $0.00

### EXPENSES

CAR AND TRUCK EXPENSES:                                             $546.00
DEPRECIATION:                                                   $27,315.00
INSURANCE (OTHER THAN HEALTH):                                   $5,500.00
MORTGAGE INTEREST:                                                    $0.00
LEGAL AND PROFESSIONAL SERVICES:                                 $1,310.00
REPAIRS AND MAINTENANCE:                                        $37,550.00
TRAVEL:                                                          $1,322.00
MEALS AND ENTERTAINMENT:                                              $0.00
WAGES:                                                                $0.00
OTHER EXPENSES:                                                 $17,525.00
TOTAL EXPENSES:                                                $119,715.00
EXP FOR BUSINESS USE OF HOME:                                         $0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:                         $10,285.00
AT RISK CD:                                               All investment at risk
OFFICE EXPENSE AMOUNT:                                                $0.00
UTILITIES EXPENSE AMOUNT:                                        $1,200.00

### COST OF GOODS SOLD

INVENTORY AT BEGINNING OF YEAR:                                       $0.00
INVENTORY AT END OF YEAR:                                             $0.00

## Schedule C--Profit or Loss From Business (Occurrence #: 2)

SOCIAL SECURITY NUMBER:                                          ██████████
EMPLOYER ID NUMBER:
BUSINESS NAME:
DESCRIPTION OF BUSINESS/PROFESSION:                           FREELANCE MATE
NAICS CODE:                                                          999999
ACCT MTHD:                                                              Cash
FIRST TIME SCHEDULE C FILED:                                              N

STATUTORY EMPLOYEE IND:                                                          N

**INCOME**

GROSS RECEIPTS OR SALES:                                                 $1,025.00
RETURNS AND ALLOWANCES:                                                      $0.00
NET GROSS RECEIPTS:                                                      $1,025.00
COST OF GOODS SOLD:                                                          $0.00
OTHER INCOME:                                                                $0.00

**EXPENSES**

CAR AND TRUCK EXPENSES:                                                      $0.00
DEPRECIATION:                                                               $0.00
INSURANCE (OTHER THAN HEALTH):                                              $0.00
MORTGAGE INTEREST:                                                          $0.00
LEGAL AND PROFESSIONAL SERVICES:                                           $0.00
REPAIRS AND MAINTENANCE:                                                   $0.00
TRAVEL:                                                                    $0.00
MEALS AND ENTERTAINMENT:                                                   $0.00
WAGES:                                                                     $0.00
OTHER EXPENSES:                                                            $0.00
TOTAL EXPENSES:                                                            $0.00
EXP FOR BUSINESS USE OF HOME:                                              $0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:                                 $1,025.00
AT RISK CD:
OFFICE EXPENSE AMOUNT:                                                     $0.00
UTILITIES EXPENSE AMOUNT:                                                  $0.00

**COST OF GOODS SOLD**

INVENTORY AT BEGINNING OF YEAR:                                            $0.00
INVENTORY AT END OF YEAR:                                                  $0.00

## Schedule SE--Self-Employment Tax

SSN OF SELF-EMPLOYED TAXPAYER:                                         ████████
NET FARM PROFIT/LOSS: SCH F:                                               $0.00
CONSERVATION RESERVE PROGRAM PAYMENTS:                                     $0.00
NET NONFARM PROFIT/LOSS:                                               $3,530.00
TOTAL SE INCOME:                                                      $3,530.00
SE QUARTERS COVERED:                                                           4
TOTAL SE TAX PER COMPUTER:                                              $498.62
SE INCOME PER COMPUTER:                                               $3,259.00
TOTAL NET EARNINGS PER COMPUTER:                                      $3,259.00

**LONG FORM ONLY**

TENTATIVE CHURCH EARNINGS:                                                 $0.00
TOTAL SOC SEC & RR WAGES:                                                  $0.00
SE SS TAX COMPUTER:                                                      $404.11
SE MEDICARE INCOME PER COMPUTER:                                      $3,259.00
SE MEDICARE TAX PER COMPUTER:                                           $94.51
SE FARM OPTION METHOD USED:                                                    0
SE OPTIONAL METHOD INCOME:                                                 $0.00

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

### PART III - ALLOWABLE EDUCATION CREDITS

GROSS EDUCATION CR PER COMPUTER:                                           $0.00
TOTAL EDUCATION CREDIT AMOUNT:                                             $0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:                                $0.00

## Form 8917 - Tuition and Fees Deduction

STUDENT NAME CONTROL:                                                       FORM
STUDENT SSN:                                                          ████████

Tax Return Transcript ████████ 1040  200812  FORM

STUDENT QUALIFIED EXPENSES:                                                                    $1,695.00

This Product Contains Sensitive Taxpayer Data