# DEC. EXHIBIT L



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Tax Return Transcript

|  |  |
|---|---|
| Request Date: | 10-11-2012 |
| Response Date: | 10-11-2012 |
| Tracking Number: | ███████3540 |

**SSN Provided:**   ████████████

**Tax Period Ending:** Dec. 31, 2009

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

**SSN:**                             ████████████

**SPOUSE SSN:**

NAME(S) SHOWN ON RETURN:            MARTIN R FORMENTO

ADDRESS:                            ████████████████████

| | |
|---|---|
| FILING STATUS: | Single |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20110408 |
| RECEIVED DATE: | Dec.17, 2010 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 1 |
| DEPENDENT 1 NAME CTRL: | |
| DEPENDENT 1 SSN: | |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| IDENTITY THEFT PERSONAL ID NUMBER: | 000000 |
| PREPARER SSN: | |
| PREPARER EIN: | |

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $0.00 |
| TAXABLE INTEREST INCOME: SCH B: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $0.00 |
| ALIMONY RECEIVED: | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $11,278.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $11,278.00 |

| | |
|---|---|
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $0.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $0.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $0.00 |
| FARM INCOME OR LOSS (Schedule F): | $0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $0.00 |
| OTHER INCOME: | $0.00 |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $10,481.00 |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $10,481.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $0.00 |
| TOTAL INCOME: | $11,278.00 |
| TOTAL INCOME PER COMPUTER: | $11,278.00 |

## Adjustments to Income

| | |
|---|---|
| EDUCATOR EXPENSES: | $0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $0.00 |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $0.00 |
| HEALTH SAVINGS ACCT DEDUCTION: | $0.00 |
| HEALTH SAVINGS ACCT DEDUCTION PER COMPTR: | $0.00 |
| MOVING EXPENSES: F3903: | $0.00 |
| SELF EMPLOYMENT TAX DEDUCTION: | $797.00 |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $797.00 |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $0.00 |
| SELF-EMP HEALTH INS DEDUCTION: | $0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $0.00 |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $0.00 |
| IRA DEDUCTION: | $0.00 |
| IRA DEDUCTION PER COMPUTER: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $0.00 |
| TUITION AND FEES DEDUCTION: | $0.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $0.00 |
| JURY DUTY PAY DEDUCTION: | $0.00 |
| DOMESTIC PRODUCTION ACTIVITIES DEDUCTION: | $0.00 |
| OTHER ADJUSTMENTS: | $0.00 |
| ARCHER MSA DEDUCTION: | $0.00 |
| ARCHER MSA DEDUCTION PER COMPUTER: | $0.00 |
| TOTAL ADJUSTMENTS: | $797.00 |
| TOTAL ADJUSTMENTS PER COMPUTER: | $797.00 |
| ADJUSTED GROSS INCOME: | $10,481.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $10,481.00 |

## Tax and Credits

| | |
|---|---:|
| 65-OR-OVER: | NO |
| BLIND: | NO |
| SPOUSE 65-OR-OVER: | NO |
| SPOUSE BLIND: | NO |
| STANDARD DEDUCTION PER COMPUTER: | $5,700.00 |
| ADDITIONAL STANDARD DEDUCTION PER COMPUTER: | $0.00 |
| TAX TABLE INCOME PER COMPUTER: | $4,781.00 |
| EXEMPTION AMOUNT PER COMPUTER: | $3,650.00 |
| TAXABLE INCOME: | $1,131.00 |
| TAXABLE INCOME PER COMPUTER: | $1,131.00 |
| TOTAL POSITIVE INCOME PER COMPUTER: | $11,278.00 |
| TENTATIVE TAX: | $114.00 |
| TENTATIVE TAX PER COMPUTER: | $114.00 |
| FORM 8814 ADDITIONAL TAX AMOUNT: | $0.00 |
| TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER: | $0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX: | $0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER: | $0.00 |
| FOREIGN TAX CREDIT: | $0.00 |
| FOREIGN TAX CREDIT PER COMPUTER: | $0.00 |
| FOREIGN INCOME EXCLUSION PER COMPUTER: | $0.00 |
| FOREIGN INCOME EXCLUSION TAX PER COMPUTER: | $0.00 |
| CHILD & DEPENDENT CARE CREDIT: | $0.00 |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $0.00 |
| EDUCATION CREDIT: | $0.00 |
| EDUCATION CREDIT PER COMPUTER: | $0.00 |
| GROSS EDUCATION CREDIT PER COMPUTER: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $0.00 |
| PRIM RET SAV CNTRB: F8880 LN6A: | $0.00 |
| SEC RET SAV CNTRB: F8880 LN6B: | $0.00 |
| TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR: | $0.00 |
| RESIDENTIAL ENERGY CREDIT: | $0.00 |
| RESIDENTIAL ENERGY CREDIT PER COMPUTER: | $0.00 |
| CHILD TAX CREDIT: | $0.00 |
| CHILD TAX CREDIT PER COMPUTER: | $0.00 |
| ADOPTION CREDIT: F8839: | $0.00 |
| ADOPTION CREDIT PER COMPUTER: | $0.00 |
| FORM 8839 REFUND ADOPTION CREDIT AMOUNT: | $0.00 |
| DC 1ST TIME HOMEBUYERS CREDIT: | $0.00 |
| DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER: | $0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT: | $0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER: | $0.00 |
| F3800, F8801 AND OTHER CREDIT AMOUNT: | $0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS: | $0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER: | $0.00 |
| FORM 1040C CREDIT: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $0.00 |
| F8834 ELECTRIC VEHICLE CREDIT AMOUNT: | $0.00 |
| F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT: | $0.00 |
| F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT: | $0.00 |
| OTHER CREDITS: | $0.00 |
| TOTAL CREDITS: | $0.00 |
| TOTAL CREDITS PER COMPUTER: | $0.00 |

| | |
|---|---|
| INCOME TAX AFTER CREDITS PER COMPUTER: | $114.00 |

## Other Taxes

| | |
|---|---|
| SE TAX: | $1,593.00 |
| SE TAX PER COMPUTER: | $1,593.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS: | $0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $0.00 |
| TAX ON QUALIFIED PLANS F5329 (PR): | $0.00 |
| TAX ON QUALIFIED PLANS F5329 PER COMPUTER: | $0.00 |
| IRAF TAX PER COMPUTER: | $0.00 |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $1,707.00 |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $1,707.00 |
| ADVANCED EARNED INCOME CREDIT: | $0.00 |
| ADVANCED EARNED INCOME CREDIT AND OTHER EMPLOYMENT TAXES: | $0.00 |
| UNPAID FICA ON REPORTED TIPS: | $0.00 |
| FORM 4970 ACCUMULATION DISTRIBUTION OF TRUSTS: | $0.00 |
| RECAPTURE TAX: F8611: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $0.00 |
| RECAPTURE TAXES: | $0.00 |
| TOTAL ASSESSMENT PER COMPUTER: | $1,707.00 |
| TOTAL TAX LIABILITY TP FIGURES: | $1,707.00 |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $1,707.00 |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $0.00 |
| COBRA PREMIUM SUBSIDY: | $0.00 |
| ESTIMATED TAX PAYMENTS: | $0.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT: | $150.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER: | $150.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED: | $0.00 |
| REFUNDABLE EDUCATION CREDIT: | $0.00 |
| REFUNDABLE EDUCATION CREDIT PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT VERIFIED: | $0.00 |
| EARNED INCOME CREDIT: | $227.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $227.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| SCHEDULE M NONTAXABLE COMBAT PAY: | $0.00 |
| FORM 8812 NONTAXABLE COMBAT PAY: | $0.00 |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $0.00 |
| TOT SS/MEDICARE WITHHELD: F8812: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $0.00 |
| AMOUNT PAID WITH FORM 4868: | $0.00 |
| FORM 2439 REGULATED INVESTMENT COMPANY CREDIT: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER: | $0.00 |
| HEALTH COVERAGE TX CR: F8885: | $0.00 |
| FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX: | $0.00 |
| FIRST TIME HOME BUYER CREDIT PER COMPUTER: | $0.00 |
| FIRST TIME HOME BUYER CREDIT: | $0.00 |
| FIRST TIME HOME BUYER CREDIT VERIFIED: | $0.00 |
| PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| FORM 2439, 8801, and OTHER CREDIT TOTAL AMT: | $0.00 |

| | |
|---|---|
| TOTAL PAYMENTS: | $377.00 |
| TOTAL PAYMENTS PER COMPUTER: | $377.00 |

## Refund or Amount Owed

| | |
|---|---|
| AMOUNT YOU OWE: | $1,330.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $0.00 |
| ESTIMATED TAX PENALTY: | $0.00 |
| TAX ON INCOME LESS STATE REFUND PER COMPUTER: | $0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $1,330.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $1,330.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

## Third Party Designee

| | |
|---|---|
| THIRD PARTY DESIGNEE ID NUMBER: | |
| AUTHORIZATION INDICATOR: | 0 |
| THIRD PARTY DESIGNEE NAME: | |

## Schedule C--Profit or Loss From Business (Occurrence #: 1)

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | ███████ |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | LEAVE IT BEAVER CHAR |
| DESCRIPTION OF BUSINESS/PROFESSION: | SERVICE |
| NAICS CODE: | 999999 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

### INCOME

| | |
|---|---|
| GROSS RECEIPTS OR SALES: | $100,000.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $100,000.00 |
| COST OF GOODS SOLD: | $0.00 |
| OTHER INCOME: | $0.00 |

### EXPENSES

| | |
|---|---|
| CAR AND TRUCK EXPENSES: | $550.00 |
| DEPRECIATION: | $33,082.00 |
| INSURANCE (OTHER THAN HEALTH): | $5,552.00 |
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $2,064.00 |
| REPAIRS AND MAINTENANCE: | $2,253.00 |
| TRAVEL: | $315.00 |
| MEALS AND ENTERTAINMENT: | $0.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $13,000.00 |
| TOTAL EXPENSES: | $92,722.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $7,278.00 |
| AT RISK CD: | |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $1,200.00 |

### COST OF GOODS SOLD

| | |
|---|---|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

## Schedule C--Profit or Loss From Business (Occurrence #: 2)

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | ███████ |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | |

| | |
|---|---|
| DESCRIPTION OF BUSINESS/PROFESSION: | FREELANCE MATE |
| NAICS CODE: | 999999 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

**INCOME**

| | |
|---|---|
| GROSS RECEIPTS OR SALES: | $4,000.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $4,000.00 |
| COST OF GOODS SOLD: | $0.00 |
| OTHER INCOME: | $0.00 |

**EXPENSES**

| | |
|---|---|
| CAR AND TRUCK EXPENSES: | $0.00 |
| DEPRECIATION: | $0.00 |
| INSURANCE (OTHER THAN HEALTH): | $0.00 |
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $0.00 |
| REPAIRS AND MAINTENANCE: | $0.00 |
| TRAVEL: | $0.00 |
| MEALS AND ENTERTAINMENT: | $0.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $0.00 |
| TOTAL EXPENSES: | $0.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $4,000.00 |
| AT RISK CD: | |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $0.00 |

**COST OF GOODS SOLD**

| | |
|---|---|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

## Schedule SE--Self-Employment Tax

| | |
|---|---|
| SSN OF SELF-EMPLOYED TAXPAYER: | ▮▮▮▮▮ |
| NET FARM PROFIT/LOSS: SCH F: | $0.00 |
| CONSERVATION RESERVE PROGRAM PAYMENTS: | $0.00 |
| NET NONFARM PROFIT/LOSS: | $11,278.00 |
| TOTAL SE INCOME: | $11,278.00 |
| SE QUARTERS COVERED: | 4 |
| TOTAL SE TAX PER COMPUTER: | $1,593.49 |
| SE INCOME PER COMPUTER: | $10,415.00 |
| TOTAL NET EARNINGS PER COMPUTER: | $10,415.00 |

**LONG FORM ONLY**

| | |
|---|---|
| TENTATIVE CHURCH EARNINGS: | $0.00 |
| TOTAL SOC SEC & RR WAGES: | $0.00 |
| SE SS TAX COMPUTER: | $1,291.46 |
| SE MEDICARE INCOME PER COMPUTER: | $10,415.00 |
| SE MEDICARE TAX PER COMPUTER: | $302.03 |
| SE FARM OPTION METHOD USED: | 0 |
| SE OPTIONAL METHOD INCOME: | $0.00 |

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

| | |
|---|---|
| GROSS EDUCATION CR PER COMPUTER: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $0.00 |

This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data