UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  *  *  * | MDL No. 2179  SECTION J |
| This Document Relates to: | *  * | JUDGE BARBIER |
| **HORNBECK OFFSHORE SERVICES, INC. v. BP EXPLORATION & PRODUCTION, INC., ET AL.** | *  *  *  *  * | MAGISTRATE JUDGE SHUSHAN |
| Docket Number 2:13-cv-01741-CJB-SS | * | |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COMES NOW the below-listed Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action and short-form joinder listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any). Costs taxed as paid.

Case name and docket number:

**HORNBECK OFFSHORE SERVICES, INC.**

**2:13-cv-01741-CJB-SS**

Respectfully submitted this 2th day of August, 2016.

/s/ Wanda J. Edwards
Wanda J. Edwards (27448)
Fayard & Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, LA 70726

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on all counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2th day of August, 2016.

/s/ Wanda J. Edwards