UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**Claimant ID**<br><br>**100134799**<br><br>Docket Number( s)<br><br>**2:16-cv-13377**<br><br>Short Form Joinder Number(s) | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**NOTICE OF VOLUNTARY DISMISSAL OF REQUEST FOR DISCRETIONARY COURT REVIEW**

COMES NOW Claimant ID 100134799 (Montco Offshore, Inc.), through undersigned counsel, pursuant to Rule 25 of the Rules Governing Discretionary Court Review of Appeal Determinations (R.Doc. 15643) and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of its Request for Discretionary Court Review of the adverse appeal determination made by the Deepwater Horizon Settlement Program, on grounds that the Claimant has settled and compromised all of its claims against defendants and the Deepwater Horizon Settlement Program.

Case name(s) and docket number(s):

**Claimant ID 100134799 (Montco Offshore, Inc.)**   2:16-cv-13377-CJB-JCW

Short Form Joinder number(s) and identifying information:

**Not applicable.**

Respectfully submitted this 2nd day of August, 2016.

                WAITS, EMMETT, POPP & TEICH

                *s/John F. Emmett*
                JOHN F. EMMETT, T.A. (La. 1861)
                RANDOLPH J. WAITS (La. 13157)
                1515 Poydras Street, Suite 1950
                New Orleans, Louisiana   70112
                Telephone:  (504) 581-1301
                Facsimile:  (504) 585-1796
                Attorneys for Montco Offshore, Inc.

## C E R T I F I C A T E   O F   S E R V I C E

I hereby certify that a copy of the foregoing has been served on all counsel of record by service via File and Serve Express on this 2nd day of August, 2016.

                *s/John F. Emmett*