UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Wilkinson |

JOINT DESIGNATIONS
FOR RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO. 16-30717

Pursuant to the July 19, 2016 Clerk's Order in Fifth Circuit Case No. 16-30717, the Appellant and Appellees file these joint designations for the District Court to use in constructing the Record on Appeal. For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record. The parties also request that the Court include in the Record the full docket sheets for the cases listed in the caption.

| DATE | DOC. REC. | DOCUMENT |
|---|---|---|
| 07.02.13 | 10564 | ORDER Appointing Louis Freeh and the Freeh Group as Special Master |
| 09.06.13 | 11288 | ORDER re Special Master Louis J. Freeh's Report of September 6, 2013 |
| 04.29.14 | 12794 | ORDER & REASONS: granting Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others |

| | | |
|---|---|---|
| 05.26.15 | 14613 | MOTION for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others by Louis J. Freeh, Deepwater Horizon Economic Claims Center, Patrick Juneau. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K)(Reference: 12-970)(Paw, Gregory) Modified on 5/27/2015 (gec). (Attachment 12 replaced on 5/27/2015) (gec). (Entered: 05/26/2015) |
| 05.27.15 | 14630 | Correction of Docket Entry by Clerk re 14613 MOTION for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others. Exhibit J was up to 34.67 x 46.58 inches. Pursuant to LR10.1, all documents filed in this court must be 8.5 x 11 inches. Clerk took corrective action by reducing and reattaching exhibit. (Reference: 12-970)(gec) (Entered: 05/27/2015) |
| 06.04.15 | 14662 | EXPARTE/CONSENT MOTION to Withdraw Stephen S. Kreller, The Kreller Law Firm, William L. Roberts, Craig S. Coleman, Faegre Baker Daniels LLP, Duncan Lott, Casey L. Lott, Langston & Lott, PA as Attorney by Plaintiffs Vinh Q. Tran, Alliance & Associates, LLC. (Attachments: # 1 Proposed Order)(Reference: 11-3180)(Kreller, Stephen) Modified on 6/5/2015 (gec). (Entered: 06/04/2015) |
| 06.09.15 | 14699 | ORDER granting 14662 Motion to Withdraw Counsel Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Vinh Q. Tran and Alliance & Associates, LLC (DWH Claimant IDs: 100001367 and 100001370). Signed by Judge Carl Barbier on 6/9/15. (Reference: 11-3180)(sek) (Entered: 06/09/2015) |

| | | |
|---|---|---|
| 06.26.15 | 14774 | ORDER re 13543 MOTION of the Special Master for Return of Payments Made to Gill Johnson, Sr., and Others; 14070 MOTION for Return of Payments Made to Tony Riley and Others; 14613 MOTION for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others; 14761 Motion of the Dhecc for Return of Payments Made to Claimants from Vessels the Sir Lawrence, the Capt T, the Lady Kathleen and Others: ORDERED that any responses or oppositions to these motions shall be filed by Monday, July 27, 2015, and shall not exceed 25 pages, double spaced. FURTHER ORDERED that any reply by the Special Master shall be filed by Monday, August 10, 2015. The Special Master is instructed to serve a copy of this order (and the motion for return of payments, if not already done so) on the parties (or their counsel, if represented) targeted by the above motions for return of payments. By Monday, July 6, the Special Master shall certify to the Court whether service occurred. Signed by Judge Carl Barbier on 6/26/15. (Reference: 12-970)(sek) (Entered: 06/26/2015) |
| 07.07.2015 | 14813 | Order & Reasons denying the Motion for Return of Payments made to Jonathan Taylor and Others |
| 07.28.2015 | 14931 | EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply as to 14613 MOTION for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others by Claimant Crystal Seafood Company, Inc. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Kreller, Stephen) Modified on 7/29/2015 (gec). (Entered: 07/28/2015) |

| | | |
|---|---|---|
| 07.29.2015 | 14942 | ORDER granting 14931 Crystal Seafood Company, Inc.'s Motion for Extension of Time Responsive Pleadings; ORDERED that Crystal Seafood Company, Inc. be given through Thursday, July 30, 2015 to file responsive pleadings to the Special Master's June 26, 2015 Motion for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others. FURTHER ORDERED that the deadline for the Special Master to file a reply is hereby extended to and including Thursday, August 13, 2015. Signed by Judge Carl Barbier on 7/29/15. (Reference: 12-970)(sek) (Entered: 07/29/2015) |
| 07.30.2015 | 14948 | RESPONSE/MEMORANDUM in Opposition filed by Claimant Crystal Seafood Company, Inc. re 14613 MOTION for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Reference: 12-970)(Kreller, Stephen) Modified on 7/31/2015 (gec). (Entered: 07/30/2015) |
| 08.13.2015 | 14998 | REPLY to Response to Motion filed by Louis J. Freeh re 14613 MOTION for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Reference: 12-970)(Paw, Gregory) (Entered: 08/13/2015) |
| 09.01.2015 | 15301 | MOTION for Entry of Default as to Alliance & Associates, LLC by Louis J. Freeh. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support)(Reference: 12-970)(Paw, Gregory) Modified on 9/2/2015 (gec). (Entered: 09/01/2015) |
| 09.02.2015 | 15310 | Correction of Docket Entry by Clerk re 15301 MOTION for Default Judgment as to Alliance & Associates, LLC. Filing attorney selected incorrect event. Correct event is Motion for Entry of Default. Clerk took corrective action. (Reference: 12-970)(gec) (Entered: 09/02/2015) |

| | | |
|---|---|---|
| 09.08.2015 | 15332 | ORDER granting 15301 Motion for Entry of Default as to Alliance & Associates, LLC. Signed by Clerk on 9/8/15. (cc: Motion #15301 and Order to Alliance & Associates, LLC) (Reference: 12-970)(sek) (Entered: 09/08/2015) |
| 09.11.2015 | 15346 | EXPARTE/CONSENT MOTION for Leave to File Sur-Reply by Claimant Crystal Seafood Company, Inc. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 12-970)(Kreller, Stephen) Modified on 9/14/2015 (gec). (Entered: 09/11/2015) |
| 09.23.2015 | 15376 | MOTION of the Special Master and the DHECC to File a Response to Crystal Seafood's Sur-Reply to the Motion for Return of Payments by Louis J. Freeh. (Attachments: # 1 Proposed Order, # 2 Exhibit A Proposed Response)(Reference: 12-970)(Paw, Gregory) Modified on 9/23/2015 (gec). (Entered: 09/23/2015) |
| 10.02.2015 | 15426 | MOTION for Entry of Default as to Alliance & Associates, LLC (Motion by the DHECC for Entry of Default Judgment as to Alliance & Associates, LLC) by Louis J. Freeh. (Attachments: # 1 Memorandum in Support, # 2 Levine Declaration, # 3 Proposed Order)(Reference: 12-970)(Paw, Gregory) Modified on 10/2/2015 (gec). (Entered: 10/02/2015) |

| 10.02.2015 | 15433 | FINAL JUDGMENT pursuant to Rule 54(b): Upon consideration of the motion by the Deepwater Horizon Economic Claims Center for entry of a default judgment against claimant Alliance & Associates, LLC to the DHECC's motion for return of payments made by the DHECC to Alliance, and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT: 1. The Motion of the DHECC for entry of a default judgment against Alliance is GRANTED; and 2. The Motion of the DHECC for Return of Payments Made to Alliance is GRANTED as to Alliance; and 3. The DHECC claim award in favor of Alliance based upon Claim 31479 is hereby RESCINDED and VACATED; and 4. Judgment is entered against Alliance, requiring Alliance to make restitution to the DHECC. Recognizing that Alliance's legal counsel has made restitution to the DHECC of $533,475.11 on Claim 31479, judgment is entered against Alliance in the amount of $1,600,920.34, plus post-judgment interest; and 5. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and 6. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC in enforcement of this judgment. Signed by Judge Carl Barbier on 10/2/15.(Reference: 12-970)(sek) (Entered: 10/02/2015) |
| --- | --- | --- |
| 05.24.2016 | 18456 | ORDER & REASONS: granting 14613 Motion of the Deepwater Horizon Economic Claims Center for Return of Payments Made to Crystal Seafood Company, Inc., and Others as set forth in document; ORDERED that Crystal's Motion for Leave to File Sur-Reply (Rec. Doc. 15346) and the DHECC's Motion to File a Response to Crystal's Sur-Reply (Rec. Doc. 15376) are GRANTED.. Signed by Judge Carl Barbier on 5/24/16. (Reference: 12-970)(sek) (Entered: 05/24/2016) |

| 05.24.2016 | 18457 | SUR-REPLY in Opposition by Crystal Seafood Company Inc. to DHECC's Motion For Return of Payments Made to Crystal Seafood Company, Inc 14613 . (Reference: 12-970, 11-3180)(sek) (Entered: 05/24/2016) |
|---|---|---|
| 05.24.2016 | 18458 | RESPONSE by DHECC to Sur-Reply by Crystal Seafood Company Inc re 14613 MOTION for Return of Payments Made to Crystal Seafood Company, Inc., and Others. (Reference: 12-970)(sek) (Entered: 05/24/2016) |

| 05.24.2016 | 18459 | JUDGMENT pursuant to Rule 54(b), re 18456 : ORDERED that: 1.The DHECC claim award in favor of Crystal based upon Claim 51160 is hereby RESCINDED and VACATED; and 2.Judgment is entered in favor of the DHECC and against Crystal, Christopher Tran, and Loc Chanh "Victor" Tran, jointly and severally, requiring Crystal, Christopher Tran, and Loc Chanh "Victor" Tran to make restitution to the DHECC in the amount of $1,034,228.42, plus post-judgment interest; and 3.Judgment is entered in favor of the DHECC and against Faegre, Baker, Daniels LLP, holding Faegre, Baker, Daniels LLP liable, jointly and severally, with Crystal, Christopher Tran, and Loc Chanh "Victor" Tran, but only up to $258,527.21, plus post-judgment interest; and 4.In no event shall the total liability to the DHECC exceed $1,034,228.42,excluding post-judgment interest; and 5.IT IS FURTHER ORDERED that in the event that full restitution as provided in this Judgment is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and 6.IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and 7.IT IS FURTHER ORDERED that the United States Marshal shall provides services as may be needed by the DHECC, the Claims Administrator, or the Special Master in enforcement of this judgment. Signed by Judge Carl Barbier on 5/24/16.(Reference: 12-970)(sek) (Entered: 05/24/2016) |

| | | |
|---|---|---|
| 06.17.2016 | 18897 | **DEFICIENT** EXPARTE/CONSENT MOTION to Withdraw Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, Faegre Baker Daniels LLP, Duncan Lott, Casey L. Lott, Langston & Lott, PA as Attorney of Record for Crystal Seafood Company, Inc., Titan Seafood Co., and Lot, Inc. by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Kreller, Stephen) Modified on 6/20/2016 (clc). (Entered: 06/17/2016) |
| 06.22.2016 | 19108 | ORDER granting 19009 Motion to Substitute Attorney. ORDERED that William P. Gibbens and Ellie T. Schilling of Schonekas, Evans, McGoey & McEachin, LLC, be and hereby are substituted for Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP) ("Faegre"); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA, as counsel of record for Crystal Seafood Company, Inc. (DWH Claimant 100100245) ("Crystal"); Titan Seafood Co. (DWH Claimant 100048988) ("Titan"); and Lot, Inc. (DWH Claimant 100001357). Signed by Judge Carl Barbier on 6/22/16. (Reference: 12-970)(sek) (Entered: 06/22/2016) |
| 06.23.2016 | 19197 | NOTICE OF APPEAL by Crystal Seafood Company, Inc. as to 18459 Order, 18456 Order on Motion for Miscellaneous Relief. (Filing fee $ 505, receipt number 053L-5520552.) (Reference: 12-970)(Schilling, Ellie) (Entered: 06/23/2016) |

Respectfully submitted,


    /s/ Gregory A. Paw
Gregory A. Paw
Pepper Hamilton LLP
301 Carnegie Center, Ste. 400
Princeton, NJ  08543-5276

*Counsel for Special Master Louis J. Freeh*



    /s/ Richard C. Stanley
Richard C. Stanley
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street, Ste. 2500
New Orleans, LA  70112

J. David Forsyth
Sessions, Fishman, Nathan & Israel, L.L.C.
201 Saint Charles Avenue, Ste. 3815
New Orleans, LA  70170

    And

Corey Moll
Deepwater Horizon Economic Claims Center
935 Gravier Street, Ste. 700
New Orelans, LA 70118

*Counsel for Patrick A. Juneau, in his Capacity as Claims Administrator and Trustee*



    /s/ William P. Gibbens
William P. Gibbens
Eleanor T. Schilling
Schonekas, Evans, McGoey & McEachin, LLC
909 Poydras Street, Ste. 1600
New Orleans, LA 70112

*Attorneys for Crystal Seafood Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 this __2nd__ day of ___August___, 2016.

                                            ____/s/ Gregory A. Paw_____
                                            Gregory A. Paw