**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NECAISE ET AL** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | |
| | * | NO. 2:10-cv-04134-CJB-JCW |
| **BP AMERICA PRODUCTION CO.** | * | |

**ORDER ON MOTION TO WITHDRAW**

Considering the foregoing Motion to Withdraw;

Said motion is GRANTED and Rusty Savoie is HEREBY WITHDRAWN as counsel for plaintiffs herein.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2016.

_____
JUDGE
