# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AMERICAN GULF SEAFOOD, LLC ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | |
| | * | **NO. 2:10-cv-01970-CJB-JCW** |
| **BP PLC, LLC ET AL** | * | |

## MOTION TO WITHDRAW

NOW COMES Rusty Savoie who respectfully represents that he is no longer affiliated with the Lamothe Law Firm and moves that his name be withdrawn as an attorney for plaintiffs herein.

Respectfully submitted:

/s/ Rusty Savoie
RUSTY SAVOIE (LSBA #25238)
A PROFESSIONAL LIMITED LIABILITY COMPANY
112 Innwood Dr., Suite F
Covington, LA  70433
Telephone:  (985) 898-3434
Facsimile:  (985) 898-3599
Email:  rusty@savoielaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this 3rd day of August, 2016 been forwarded to all counsel of record to this proceeding by electronic transmission by court.

/s/ Rusty Savoie
RUSTY SAVOIE (LSBA #25238)