**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AMERICAN GULF SEAFOOD, LLC ET AL** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | |
| | * | NO. 2:10-cv-01970-CJB-JCW |
| **BP PLC, LLC ET AL** | * | |

**ORDER ON MOTION TO WITHDRAW**

Considering the foregoing Motion to Withdraw;

Said motion is GRANTED and Rusty Savoie is HEREBY WITHDRAWN as counsel for plaintiffs herein.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2016.

_____

JUDGE
