UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THARPE ET AL | * | Civil Action 2:11-cv-01756-CJB-JCW |
| | * | |
| VERSUS | * | JUDGE: CARL BARBIER |
| | * | |
| BP America Production Company | * | |
| | * | MAG: JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## **MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes plaintiff, David Tharpe, who, upon representing to the Court that she has amicably resolved all disputes in the above-captioned matter and moves to dismiss any and all claims against all parties in this action, with prejudice, with each party to bear its own costs of Court and attorney's fees.

        Respectfully submitted,

        /s/ Evette E. Ungar
        EVETTE E. UNGAR (29013)
        4304 NAPOLI DRIVE
        METAIRIE, LA 70002
        Telephone No.: (504) 566-1616
        Facsimile No.: (504) 566-1652
        Email: eungar@ungarlawyers.com
        ATTORNEY FOR PLAINTIFF,
        *David Tharpe*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 3RD day of AUGUST, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel listed with the Court.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail.

>*/s/ Evette E. Ungar*
>EVETTE E. UNGAR