UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THARPE ET AL | * | Civil Action 2:11-cv-01756-CJB-JCW |
| VERSUS | * | JUDGE: CARL BARBIER |
| BP America Production Company | * | |
| | * | MAG: JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the above and foregoing Motion to Dismiss with Prejudice:

IT IS HEREBY ORDERED that all claims against BP America Production Company in the above-referenced action be and are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana _____ day of _____, 2016.

_____
U.S. DISTRICT COURT JUDGE