UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | Section J |
| | Judge Barbier |
| This Document Applies to: | Mag. Judge Shushan |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. V. BP Exploration & Production Inc., et al.* | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes the Deepwater Horizon Economic Claims Center ("DHECC") who moves this Honorable Court to allow Vernon Nelson of The Law Office of Vernon Nelson to enroll on their behalf as co-counsel with Justin M. Chopin of The Chopin Law Firm, LLC. This Motion to Enroll will not delay these proceedings.

**WHEREFORE**, the DHECC prays that its Motion be granted in all respects and that an Order be issued allowing Vernon Nelson of the The Law Office of Vernon Nelson to be enrolled as counsel of record on their behalf and for any and all other relief this Court may deem just and proper.

///

///

///

///

1

MDL 2179
In re: Oil Spill by the Oil Rig "Deepwater Horizon"
Motion to Enroll as Additional Counsel of Record

DATED this 3rd day of August, 2016

Respectfully submitted:

**THE CHOPIN LAW FIRM, LLC**

By:     */s/ Justin M. Chopin*
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Office Telephone: 504-323-5755
Facsimile: 504-324-0640
Email: Justin@ChopinLawFirm.com
*Co-Counsel for Deepwater Horizon
Economic Claims Center ("DHECC")*

AND

**THE LAW OFFICES OF VERNON NELSON**

By:     */s/ Vernon Nelson*
**VERNON NELSON (NV. Bar No. 31100)**
9480 S. Eastern Ave., Suite 244
Las Vegas, NV 89123
702-476-2500 (Office)
vnelson@nelsonlawfirmlv.com
*Co-Counsel for Deepwater Horizon
Economic Claims Center ("DHECC")*

## CERTIFICATE OF SERVICE

I hereby certify that this 3rd day of August 2016, a copy of the above and foregoing papers have been served on all counsel by electronically filing with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                            */s/ Vernon Nelson*
                                            Vernon Nelson