UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>**BINNO LLC**<br><br>Docket Number(s)<br><br>**2:13-cv-00952-CJB-SS**<br><br>Short Form Joinder Number(s)<br><br>**2:10-cv-08888-CJB-SS Documents 123653, 110325** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

   **BINNO LLC**                                                    **2:13-cv-00952-CJB-SS**

Short Form Joinder number(s) and identifying information:

   **2:10-cv-08888-CJB-SS Documents 123653, 110325**

Respectfully submitted this 21 day of April, 2016.

/s/
Attorney Name: Frank M. Petosa, Esquire
Attorney Address: 600 North Pine Island Road, Suite 400
Plantation, FL 33324

ATTORNEY FOR PLAINTIFF(S)

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Notice of Dismissal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _____ day of May, 2016.

      By: */s/ Frank M. Petosa*_____
      (Fla. Bar 972754)
      Frank M. Petosa, Esquire
      Morgan & Morgan
      Complex Litigation Group
      600 North Pine Island Road
      Suite 400
      Plantation, FL 33324
      Phone: (954) 318-0268
      Facsimile: (954) 327-3018
      Email: fpetosa@forthepeople.com
      Website:   www.forthepeople.com
      *Attorneys for Plaintiff*