UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** |
| | **SECTION J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| **DANA BANKS** | |
| **Docket Number(s)** | **MAGISTRATE JUDGE WILKINSON** |
| 2:10-cv-02979-CJB-JCW | |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc., BP, P.L.C, BP Products North America, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (Cameron) and BP America, Inc. (if any). Costs taxed as paid.

**Case name(s) and docket number(s):**

    DANA BANKS                                2:10-cv-02979-CJB-JCW

**Short Form Joinder number(s) and identifying information:**

                   */s/  Frank M. Petosa*_____
                  Attorney Name:    **Frank M. Petosa, Esquire**
                  Attorney Address: **600 North Pine Island Road**
                                          **Suite 400**
                                          **Plantation, FL 33324**

                  **ATTORNEY FOR PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing Notice of Dismissal has been filed served on All Counsel by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of August, 2016.

By: */s/ FrankM. Petosa*
(Fla. Bar 972754)
Frank M. Petosa, Esquire Morgan
& Morgan Complex Litigation
Group 600 North Pine Island Road
Suite 400
Plantation, FL 33324
Phone: (954) 318-0268
Facsimile: (954) 327-3018
Email: fpetosa@forthepeople.com
Website: www.forthepeople.com
*Attorneys for Plaintiff*