IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates To: No. 15-4143, 15-4146 & 15-4654 | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SALLY SHUSHAN |

DECLARATION OF STEPHEN J. CIRAMI
REGARDING (A) NOTICE PLAN IMPLEMENTATION; AND
(B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE

I, STEPHEN J. CIRAMI, declare as follows:

1. I am the Executive Vice President and Chief Operating Officer of Garden City Group, LLC ("GCG"). GCG was engaged by the Court appointed Claims Administrator to assist him in implementing the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements. Pursuant to the Court's April 12, 2016 Preliminary Approval Order as to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements (the "Preliminary Approval Order"), GCG was authorized to act as the Class Notice Administrator in connection with the Settlements filed in

MDL-2179.[1]  The following statements are based on personal knowledge and information provided to me by other experienced GCG employees.

**IMPLEMENTATION OF THE NOTICE PLAN**

2.  Pursuant to the Preliminary Approval Order, GCG mailed the Short Form Notice (the "Notice") to potential Old and New Class members. A copy of the Notice is attached hereto as Exhibit A.

3.  In order to establish the list of individuals and entities for mailing and emailing, GCG completed the following tasks related to each of the following groups identified by the Notice Plan as being potential Old or New Class members:

> a. **DHEPDS Class Members** - Pursuant to the Court's Order Regarding Production and Confidentiality of Information Related to the Administration of the Halliburton Energy Services, Inc. and Transocean Settlement Agreements entered April 19, 2016 (the "Administration Information Release Order"), GCG queried the existing DHEPDS claims data for unique claimants.
>
> For those identified in the data as a DHEPDS Portal User[2], pursuant to the Notice Plan, email addresses were noted and were to

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the HESI Punitive Damages and Assigned Claims Settlement Agreement as amended on September 2, 2015, as well as the Transocean Punitive Damages and Assigned Claims Settlement Agreement dated May 29, 2015 (the "Settlements").

be utilized for email notice transmission in place of hard copy notice mailing by First-Class US Mail. However, in reviewing the data set it was noted that certain email addresses appeared multiple times for different claimants, suggesting some of the portal user email addresses may belong to third parties.

Under these circumstances, after receiving the approval of the Plaintiffs' Steering Committee ("PSC"), we attempted to find an alternate claimant email address or mailed a hard copy notice to the last-known address on record for the claimants in question to maximize the likelihood of direct notice reaching the actual, potential Class member.

b. **DHEPDS Opt Out Parties** – The New Class Claims Administrator, Michael Juneau, secured permission from BP to utilize an electronic version of the valid DHEPDS Opt Out database for purposes of including these parties in the initial mailing campaign.

c. **MDL-2179 Bundle B1, B3, and Local Government Short Form Joinders** – With the assistance of the PSC, GCG was provided with the database of B1 and B3 Short Form Joinder filers on April 20,

---

[2] Portal Users are DHEPDS claimants that previously opted in to receive all DHEPDS notices electronically.

2016. A supplemental list of local governments filing a short form joinder was received on May 20, 2016.

d. **Real Property Lists** – Additionally, pursuant to the Administration Information Release Order, GCG utilized a prior-provided list of real property owner data from the DHEPDS Initial Mailing in 2012 that was based on property tax records for several coastal areas in the Gulf Region.

4. Within each of the record categories steps to eliminate duplicate records were taken (exact name and address matches only) and then additional de-duplication was undertaken between the four categories with a hierarchy preference being given to DHEPDS records and Opt Out records as likely having the most accurate address data based on age.

5. In total, 442,464 Notices were mailed by First-Class US Mail and 75,355 Email Notices were transmitted to potential Old and New Class members on June 15, 2016.

6. Email Notices were tracked to confirm delivery. There were 9,190 undeliverable, "bounced" emails identified. Of that population, 6,646 had already been sent a mailed Notice pursuant to the additional research discussed in Paragraph 3(a) above. The remaining 2,544 unique claimants were mailed Notices on July 1, 2016, pursuant to the Notice Plan requirements.

7. As of July 28, 2016, GCG has mailed an additional 1,184 Notices to (a) persons whose original mailing was returned by the US Postal Service ("USPS") and for whom the USPS provided an updated address upon return; or (b) had requested a Notice be mailed to them via email, helpline request, or written letter.

8. At the direction of the New Class Claims Administrator and out of an abundance of caution, GCG requested an expanded version of the list of Pretrial Order 60 compliant plaintiffs filed by BP on July 13, 2016 [Rec. Doc. 20992]. BP, in response to the request of the PSC, provided the expanded list, inclusive of address information, to GCG for its use.

GCG compared the expanded list with the HESI/Transocean Settlements initial mailing and email campaign list. There were 646 unique plaintiffs that could not be matched by either (a) exact name; or (b) exact address with partial name.

In order to ensure direct notice was provided to all Pretrial Order 60 Compliant plaintiffs as potential New Class members, GCG mailed the Short Form Notice to these 646 parties (or their MDL-2179 counsel of record if a current address had not been provided to BP and the Court) on July 27, 2016.

9. At this time GCG is preparing a list of undeliverable notices for further address research for which USPS did not provide a forwarding address. Upon receiving updated addresses for any of these parties, GCG will remail notices to the updated addresses pursuant to the Notice Plan.

## TELEPHONE HELPLINE

10. Beginning on June 15, 2016, GCG established and continues to maintain a toll-free telephone number (1-877-940-7792) and interactive voice response system to accommodate potential Old and New Class members who have questions about the Settlements. The telephone helpline dedicated to the Settlement is accessible 24 hours a day, 7 days a week, with agents available to answer calls from 9 a.m. to 5:30 p.m. E.S.T., Monday through Friday.

## WEBSITE

11. GCG established and is maintaining a website (www.GulfSpillPunitiveDamagesSettlement.com) dedicated to the Settlements to assist potential Old and New Class members. The website address was set forth in the mailed Notice, Email Notice, and to the extent possible in all earned and unearned media efforts conducted by the Notice Expert, Kinsella Media, LLC, pursuant to the Court-approved Notice Plan.

12. The website lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Final Fairness Hearing in English, Spanish, and Vietnamese, offering the Claim Form and any Sworn Written Statements needed to complete it in all three languages as well.

13. Users of the website can download copies of the Notice, Long Form Notice, Claim Form and all related Sworn Written Statements, the Settlements, and the Preliminary Approval Order, proposed Old Class Distribution Model, proposed

New Class Distribution Model, various related DHEPDS documents, and various other administrative documents. In addition, the website contains an interactive tool to assist potential New Class members with determining if a New Class claim needs to be filed in order to have their eligibility considered. *See* Exhibit B for a full list of documents available and the number of downloads associated with each as of July 28, 2016.

14.   The website also includes an inquiry form and also provides the administration's email address. Claimants may use the email address to return completed administrative forms, ask questions, or request additional documents be mailed to them. The administration email inbox is monitored during regular business hours.

15.   The website was operational beginning on June 15, 2016, and is accessible 24 hours a day, 7 days a week. GCG will continue operating, maintaining and, as appropriate, updating the website until the conclusion of the administration. As of July 28, 2016, there have been 8,903 unique visitors and 12,811 total visits to the homepage.

### REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

16.   The Notice informed potential New Class members that requests for exclusion are to be mailed or otherwise delivered, addressed to HESI/Transocean Punitive Damages & Assigned Claims Settlements, Exclusions Department, PO Box 10260, Dublin, OH 43017-5760, such that they are received by GCG no later than

September 23, 2016. The Notice also sets forth the information that must be included in each request for exclusion. GCG has been monitoring all mail delivered to that Post Office Box. As of July 28, 2016, GCG has received 2 requests for exclusion. GCG will submit a supplemental affidavit after the September 23, 2016 deadline for requesting exclusion that addresses any additional requests received.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Seattle, Washington on July 29, 2016.

_____
Stephen J. Cirami

# EXHIBIT A

Legal Notice

# Deepwater Horizon Oil Spill

## *Halliburton and Transocean Settlements*

### Previous Claims Filers and Certain Excluded Groups to Benefit

*Majority of People Affected Do Not Need to Do Anything*

Two settlements, totaling $1,239,750,000 have been reached with Halliburton Energy Services, Inc. and Halliburton Company ("HESI") and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") over the Deepwater Horizon oil spill.

The HESI/Transocean Settlements will not pay for any economic loss or personal injury claims. The Settlements cover punitive damages as well as certain assigned claims from the 2012 BP Deepwater Horizon Economic & Property Damages Settlement ("DHEPDS"). Generally, claims for punitive damages are not intended to compensate people for their losses, but rather seek a monetary award that is used to discourage a defendant and others from committing similar acts in the future.

In order to make a claim for punitive damages under general maritime law, an individual or entity must generally show that property it owned was directly affected, impacted, or damaged by the oil. There is a "commercial fishing" exception, which also generally allows commercial fishermen to make a claim for punitive damages, even though they do not "own" the fish that were directly impacted or damaged.

### What are the Lawsuits About?

The lawsuits involve certain claims arising out of the "Deepwater Horizon Incident" in the Gulf of Mexico beginning on April 20, 2010. The first phase of the trial focused on identifying the causes of the blowout, explosion, and subsequent oil spill. The Court determined, based on the evidence, that HESI and Transocean were not responsible for punitive damages. There have been no appeals of these findings.

HESI and Transocean have agreed to these Settlements to avoid the risks and costs of litigation. Given the Court's findings, these Settlements are the only way to recover punitive damages under these lawsuits.

### Who is Included in the HESI/Transocean Settlements?

There are two groups included in the Settlements:

**New Class:** The majority of the funds ($902 million) will go toward compensating class members whose real or personal property was physically oiled as well as commercial fishermen. The New Class is intended to address only those claims that could have been brought for punitive damages under general maritime law. This includes previously excluded groups (local government, gaming, finance, insurance, real estate development, defense industries, and oil and gas entities), individuals and entities that opted out of the DHEPDS, and groups that were part of certain DHEPDS claims categories (coastal, wetlands, vessel physical damage, seafood, charterboat, real property sales loss, and subsistence). These are the only claims that will be addressed by the HESI/Transocean Settlement Program.

**Old Class:** The remaining funds ($337 million) have been allocated to compensate the existing DHEPDS Class for Assigned Claims associated with the 2012 DHEPDS Agreement. This Class consists of hundreds of thousands of businesses and individuals who previously filed claims for economic losses associated with the Deepwater Horizon oil spill. Only individuals and businesses that previously filed a valid DHEPDS claim will be eligible for a payment from the HESI/Transocean Settlements associated with the assigned claims.

### How Can I Get Benefits?

You will only need to file a claim if you are a New Class Member and were not eligible to file a claim in the DHEPDS or elected to opt out of that settlement. If you are a member of the earlier DHEPDS class with BP, you cannot file a new claim. The Settlement Administrator will use the information from your DHEPDS claim for the purposes of determining your eligibility for a payment from the HESI/Transocean Settlements. If you were part of the DHEPDS class and decided not to file a claim or your DHEPDS claim was denied, you cannot get any benefits from the HESI/Transocean Settlements. The deadline to submit a claim is **December 15, 2016**.

### Your Other Options

If you are a New Class Member and do not want to be legally bound by the HESI/Transocean Settlements, you must exclude yourself by **September 23, 2016**, or you won't be able to sue HESI or Transocean later about the claims in this case. However, considering the Court's findings, you may be precluded from making a claim for punitive damages outside of these Settlements. If you stay in the New Class or are a member of the Old Class, you may object to the Settlements by **September 23, 2016**. The Detailed Notice (available at the website below) explains how to exclude yourself or object.

The Court will hold a hearing on **November 10, 2016**, to consider whether to approve the HESI/Transocean Settlements and a request for attorneys' fees up to $124,950,000. The attorneys' fees will be paid separately by HESI/Transocean and will not reduce any payments to Class Members. You or your own lawyer may ask to appear and speak at the hearing at your own cost.

### For More Information:

Call Toll-free: 1-877-940-7792      Visit: www.GulfSpillPunitiveDamagesSettlement.com

# EXHIBIT B

**Download Totals For GulfCoastPunitiveDamagesSettlement.com (Effective June 28, 2016)**

| Document Name | Number of Downloads | Document Name | Number of Downloads |
|---|---|---|---|
| Short Form Notice | 860 | Claim Form (Vietnamese) | 22 |
| Long Form Notice | 1,132 | SWS-1 (Vietnamese) | 60 |
| Neutral Allocation and Reasons | 136 | SWS-2 (Vietnamese) | 37 |
| Preliminary Approval Order | 128 | SWS-3 (Vietnamese) | 30 |
| Legal Representative Certification | 62 | SWS-4 (Vietnamese) | 24 |
| Parcel Eligibility Determination | 26 | SWS-5 (Vietnamese) | 26 |
| DHEPDS Settlement Agreement | 208 | SWS-6 (Vietnamese) | 26 |
| DHEPDS Long Form Notice | 77 | SWS-7 (Vietnamese) | 26 |
|  |  | SWS-8 (Vietnamese) | 26 |
| Claim Form (English) | 789 | SWS-9 (Vietnamese) | 22 |
| SWS-1 (English) | 594 |  |  |
| SWS-2 (English) | 206 | Claim Form (Spanish) | 49 |
| SWS-3 (English) | 127 | SWS-1 (Spanish) | 33 |
| SWS-4 (English) | 86 | SWS-2 (Spanish) | 25 |
| SWS-5 (English) | 322 | SWS-3 (Spanish) | 27 |
| SWS-6 (English) | 131 | SWS-4 (Spanish) | 21 |
| SWS-7 (English) | 130 | SWS-5 (Spanish) | 18 |
| SWS-8 (English) | 519 | SWS-6 (Spanish) | 19 |
| SWS-9 (English) | 106 | SWS-7 (Spanish) | 25 |
|  |  | SWS-8 (Spanish) | 22 |
|  |  | SWS-9 (Spanish) | 17 |
| Order Rescheduling Fairness Hearing and Other Dates for the Proposed HESI and Transocean Class Action Settlements | 64 | Halliburton Energy Services, Inc. (HESI) Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) | 695 |
| New Class Distribution Plan - New Class Claims Administrator's Proposed Distribution Model for the Combined Halliburton Energy Services, Inc. and Transocean Ltd. Settlements Fund | 854 | Transocean Punitive Damages and Assigned Claims Settlement Agreement | 559 |
| Old Class Distribution Plan - Deepwater Horizon Economic and Property Damage Settlement Claims Administrator's Report Re: Halliburton and Transocean Settlements | 1,019 | Authorization for Release of Claims Information | 70 |