UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>DECLARATION OF SHANNON R. WHEATMAN, PH.D. ON IMPLEMENTATION AND ADEQUACY OF NOTICES AND NOTICE PLAN |

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1. I am President of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs. My business address is 2001 Pennsylvania Avenue NW, Suite 300, Washington, D.C. 20006. My telephone number is (202) 686-4111.

2. In the above referenced matter, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, for the Halliburton and Transocean Punitive Damages & Assigned Claims Settlements, I was asked to design Notices and a Notice Plan to inform class members about their rights in the proposed Settlements. In the "Declaration of Shannon R. Wheatman, Ph.D. on Adequacy of Notices and Notice Plan" dated March 31, 2016 and the "Supplemental Declaration of Shannon R. Wheatman, Ph.D. on Revised Notice Plan" dated June 3, 2016, submitted along with my C.V., I detailed my class action notice experience, expertise in the form and content of class action notice, and publications on notice and due process. I also provided my educational and professional experience relating to class action notice programs and ability to render opinions on the overall adequacy of the notice program.

3. This report will detail the notice activities that were undertaken, provide proofs of performance, and explain how and why the Notice Plan was adequate to satisfy due process requirements.

## SUMMARY OF CONCLUSIONS

4. The Court-approved Notice Plan, designed and implemented for this case, achieved each of the planned objectives:

   a. Each element of the Notice Plan approved by the Court was implemented. Specific information regarding the Individual Notice portion of the Notice Program is provided in the Declaration of Stephen J. Cirami of Garden City Group, LLC ("the Administrator"), which is being filed concurrently with this Declaration.

   b. The Court-approved Notices were noticeable, clear, concise, substantive, and informative. No significant or required information was missing.

5. In my view, the Notice Plan provided the best notice practicable under the circumstances of this case and satisfied due process.

6. The details of the Notice Plan and the basis for my opinion on its adequacy are outlined below.

## MEDIA IMPLEMENATION

### *Paid Media*

7. The Publication Notice (**Exhibit 1**) appeared in 22 newspapers (including local Sunday newspapers and community newspapers) to cover cities and counties with the highest claimant concentration for commerical fishermen, charterboat operators, and subsistence

hunters/fishers:

    a.    Alabama: *Mobile Press-Register*

    b.    Florida: *Panama City News Herald*, *Panama City News Herald* (Sunday), *Pensacola News Journal* (Sunday)[1]

    c.    Texas: *Galveston County Daily News* and *Houston Sun*

    d.    Louisiana: *Houma Courier & The Daily Comet*, *New Orleans Times-Picayune*, *Abbeville Meridional*, *Kenner Star*, *Lafayette Daily Advertiser* (Sunday), *Lake Charles American Press* (Sunday), *New Iberia Daily Iberian*, *Bayou Catholic*, *New Orleans Advocate* (Sunday), *Plaquemines Gazette*, and *Cameron Parish Pilot*

    e.    Mississippi: *Sun Herald* (Sunday), *Biloxi Sun Herald*, *Biloxi D'Iberville Press*, *Ocean Springs Record*, *Mississippi Press*

8.    An Implementation Report for the media program is attached as **Exhibit 2** and confirms that the Court-approved Notice Plan was implemented. The report details each newspaper and the date and page number upon which the Publication Notice appeared. The report confirms that KM has received a true and correct copy of the advertisement, or "tearsheet," from each newspaper.

### *Earned Media*

9.    An earned media program was also implemented to amplify the paid media and provide additional notice to Class Members. The earned media program included:

---

[1] Also provided coverage in Alabama.

      a.     On June 22, 2016, a press release was distributed on PR Newswire's State Circuit to Alabama, Florida, Louisiana, Mississippi, and Texas. The press release highlighted the toll-free telephone number and website address, so Class Members can obtain complete information.

      b.     On June 22, 2016, radio public service announcements ("PSAs") combining information about the Settlements and filing date were distributed to 42 broadcast radio stations. PSAs were targeted to markets with the highest claims filed in Alabama, Florida, Louisiana, Mississippi, and Texas.

## CONTENT AND FORM OF NOTICE AND TIMING

10.    The Notices effectively communicated information about the Settlements.

11.    Rule 23(c)(2) of the Federal Rules of Civil Procedure requires class action notices to be written in "plain, easily understood language." KM applied the plain language requirement in drafting the notices. The firm maintained a strong commitment to adhering to the plain language requirement, while drawing on its experience and expertise to draft notices that effectively conveyed the necessary information to Class Members.

12.    The Notices (Long Form Notice and Summary Notices for mail, email, and publication) were designed to capture Class Members' attention with clear, concise, plain language. The Notices directed readers to the case website or toll-free number for more information. The plain language text provided important information regarding the subject of the litigation, the Class definition, and the legal rights available to Class Members. No important or required information was missing or omitted. In fact, the Notices stated all required information without omitting significant facts that Class Members need to understand their rights.

13.    The Long Form Notice was available at the website, by calling the toll-free number, or by mailing or emailing a request to the Administrator. The Long Form Notice

4

provided substantial information, including all specific instructions Class Members need to follow to properly exercise their rights, and background on the issues in the case. It was designed to encourage readership and understanding in a well-organized and reader-friendly format.

14. The Notice mailing started on June 15, 2016. The final appearance of the Publication Notice was on July 8, 2016, which allowed plenty of time for Class Members to see the Notice and respond accordingly before the September 23, 2016 exclusion and objection deadlines. With 77 days from the last Publication Notice appearance until the exclusion and objection deadlines and 125 days until the fairness hearing, Class Members were allotted more than adequate time to act on their rights.

## **CONCLUSION**

15. It is my opinion that the Notice Plan and content of the Notices are adequate and reasonable under the circumstances. It is consistent with the standards employed by KM in notification programs designed to reach class members. The Notice Plan, as designed, is fully compliant with Rule 23 of the Federal Rules of Civil Procedure and satisfies due process requirements.

I declare under penalty of perjury under the laws of the State of Louisiana that the foregoing is true and correct. Executed in Washington, D.C. this 29th day of July 2016.

_____
Shannon R. Wheatman, Ph. D.

5

# EXHIBIT 1

## JEFFERSON COUNTY



The long-awaited opening of the I-22 interchange at I-65 happened Tuesday with a ribbon cutting at 10 a.m. Alabama Gov. Robert Bentley attended the ceremony with other state and local officials. *Photos by Joe Songer / jsonger@al.com*

# I-22 finally complete

### It took four decades, billion-plus dollars to finish 'Highway to Nowhere'

**Charles J. Dean** cdean@al.com

It was first talked about more than 60 years ago.

Ground was broken to build its first section in northern Mississippi in 1978.

It has taken the almost four decades since then to complete the 213-mile highway between Memphis and Birmingham at a cost well over a billion dollars.

But on Monday, I-22 — probably better known by its old name, Corridor X — was officially opened by the cutting of a wide red ribbon by Gov. Robert Bentley and a dozen other state, county and federal officials. The ribbon cutting took place within sight of where I-22 connects to I-65 in northern Jefferson County in Fultondale.

Long sections of I-22 have been opened for several years. The final work connecting I-22 to I-65 began in 2010 at a cost of $168 million.

Once called the "Highway to Nowhere," the roadway has seen more than its share of fighting to build and fund over the years. Politicians, economic developers and road builders fought to build the road and were opposed by a coalition of people concerned about its impact on the environment and high costs.

But on Monday, all the words were those of praise and hope about what the new highway will mean.

"What a great day for the state of Alabama and particularly this part of Alabama, which is affected by this interstate," Bentley told a crowd of several hundred who had come to watch the official opening.

Bentley said the new I-22 will help a part of Alabama develop that has needed help a long time.

"This has been a long time in the planning," said Bentley. "I appreciate the patience of the people of northwest Alabama who have waited for a corridor like this that will



connect their part of the state with the rest of the state."

Bentley said economic development in the state is impossible without good infrastructure and the new highway provides infrastructure much needed if northwest Alabama is to develop.

Brian Hilson, president and CEO of the Birmingham Business Alliance, called I-22 the opening of a door to growth and economic development.

"We feel the opening of I-22 and this interchange at I-65 will open many doors that will continue to strengthen not only our regional economy but Alabama statewide and maybe most important, make lives better for all of our citizens," said Hilson.

Jimmie Stephens, president of the Jefferson County Commission, noted how some in the past had attacked the highway, but scoffed at that criticism Monday.

"Those people were wrong," he said "This is the highway to the future."

---

Legal Notice

## Deepwater Horizon Oil Spill
### Halliburton and Transocean Settlements
### Previous Claims Filers and Certain Excluded Groups to Benefit
### Majority of People Affected Do Not Need to Do Anything

Two settlements, totaling $1,239,750,000 have been reached with Halliburton Energy Services, Inc. and Halliburton Company ("HESI") and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") over the Deepwater Horizon oil spill.

The HESI/Transocean Settlements will not pay for any economic loss or personal injury claims. The Settlements cover punitive damages as well as certain assigned claims from the 2012 BP Deepwater Horizon Economic & Property Damages Settlement ("DHEPDS"). Generally, claims for punitive damages are not intended to compensate people for their losses, but rather seek a monetary award that is used to discourage a defendant and others from committing similar acts in the future.

In order to make a claim for punitive damages under general maritime law, an individual or entity must generally show that property it owned was directly affected, impacted, or damaged by the oil. There is a "commercial fishing" exception, which also generally allows commercial fishermen to make a claim for punitive damages, even though they do not "own" the fish that were directly impacted or damaged.

**What are the Lawsuits About?**
The lawsuits involve certain claims arising out of the "Deepwater Horizon Incident" in the Gulf of Mexico beginning on April 20, 2010. The first phase of the trial focused on identifying the causes of the blowout, explosion, and subsequent oil spill. The Court determined, based on the evidence, that HESI and Transocean were not responsible for punitive damages. There have been no appeals of these findings.

HESI and Transocean have agreed to these Settlements to avoid the risks and costs of litigation. Given the Court's findings, these Settlements are the only way to recover punitive damages under these lawsuits.

**Who is Included in the HESI/Transocean Settlements?**
There are two groups included in the Settlements:

**New Class:** The majority of the funds ($902 million) will go toward compensating class members whose real or personal property was physically oiled as well as commercial fishermen. The New Class is intended to address only those claims that could have been brought for punitive damages under general maritime law. This includes previously excluded groups (local government, gaming, finance, insurance, real estate development, defense industries, and oil and gas entities), individuals and entities that opted out of the DHEPDS, and groups that were part of certain DHEPDS claims categories (coastal, wetlands, vessel physical damage, seafood, charterboat, real property sales loss, and subsistence). **These are the only claims that will be addressed by the HESI/Transocean Settlement Program.**

**Old Class:** The remaining funds ($337 million) have been allocated to compensate the existing DHEPDS Class for Assigned Claims associated with the 2012 DHEPDS Agreement. This Class consists of hundreds of thousands of businesses and individuals who previously filed claims for economic losses associated with the Deepwater Horizon oil spill. Only individuals and businesses that previously filed a valid DHEPDS claim will be eligible for a payment from the HESI/Transocean Settlements associated with the assigned claims.

**How Can I Get Benefits?**
You will only need to file a claim if you are a New Class Member and were not eligible to file a claim in the DHEPDS or elected to opt out of that settlement. If you are a member of the earlier DHEPDS class with BP, you cannot file a new claim. The Settlement Administrator will use the information from your DHEPDS claim for the purposes of determining your eligibility for a payment from the HESI/Transocean Settlements. If you were part of the DHEPDS class and decided not to file a claim or your DHEPDS claim was denied, you cannot get any benefits from the HESI/Transocean Settlements. The deadline to submit a claim is **December 15, 2016**.

**Your Other Options**
If you are a New Class Member and do not want to be legally bound by the HESI/Transocean Settlements, you must exclude yourself by **September 23, 2016**, or you won't be able to sue HESI or Transocean later about the claims in this case. However, considering the Court's findings, you may be precluded from making a claim for punitive damages outside of these Settlements. If you stay in the New Class or are a member of the Old Class, you may object to the Settlements by **September 23, 2016**. The Detailed Notice (available at the website below) explains how to exclude yourself or object.

The Court will hold a hearing on **November 10, 2016**, to consider whether to approve the HESI/Transocean Settlements and a request for attorneys' fees up to $124,950,000. The attorneys' fees will be paid separately by HESI/Transocean and will not reduce any payments to Class Members. You or your own lawyer may ask to appear and speak at the hearing at your own cost.

**For More Information: Call Toll-free: 1-877-940-7792**
**Visit: www.GulfSpillPunitiveDamagesSettlement.com**

---

## ALABAMA

# Bigfoot roaming in Clarke County?

### Witness: It's large, hairy and stinky

**Kelly Kazek**  kkazek@al.com

Officials in Clarke County want to know the identity of a man behind the viral online story claiming a Bigfoot creature is harassing his family and hurting his pets in the community of Gainestown. In its June 9 edition, the weekly Clarke County Democrat featured a story by reporter Jim Cox asking anyone with information about the creature, or photos, to contact the newspaper office in Grove Hill.

In the story, Cox quotes Clarke County Sheriff Ray Norris: "We've never had one reported ... Call us, I'd sure like to see one."

On May 30, the website CryptozoologyNews.com published a story saying that the unnamed man planned to kill the creature if authorities didn't capture it.

The May 30 story was a follow-up to a 2015 report on bfro.net — the Bigfoot Field Research Organization website — in which the unnamed man stated: "It's starting to kill the family pets and chase people."

According to CrytozoologyNews.com, the man is a Texas native who has family in Gainestown, an unincorporated Clarke County community.

The man reported he is "tired of dealing" with the Bigfoot, which he describes as being 8 feet tall and covered with reddish-brown hair. The witness estimated the creature weighs about 800 pounds and said it smells like "cheese gone bad."

In the 2015 report on bfro.net, the man described a sighting that the Bigfoot Field Research Organization designated as a "Class A," which means it involved "clear sightings in circumstances where misinterpretation or misidentification of other animals can be ruled out with greater confidence." The man's 2015 report stated: "I am trying to get some of the guys together and try and kill it because no one will do anything to research and capture this thing. We know where it lives and how it travels, all we want is for someone to capture and remove it. I live in Texas but my family lives in Alabama, and they are living in fear of this thing so it has to go one way or another."

That initial report was investigated by Mike Brumfield with BFRO, who wrote: "There is no doubt in my mind this was a real encounter. I know the area and if I were a Sasquatch, that's where I would live."

Brumfield also reported that similar creatures have been previously spotted in the area. He wrote that he explained to the man, "They all have their own personalities and more likely there isn't just one in the area. I suggested that they may not take lightly to one of theirs getting shot. The folks living there who had close encounters realized at how much they look like humans, and they really couldn't kill any of them."

### Baldwin County
### 2 dead, 3 hurt in boating accident

Two people died and three were injured in a Baldwin County boating accident Saturday night. According to State Troopers, alcohol may have been a factor.

The crash happened on the Intracoastal Waterway near Lafitte Boulevard at approximately 9:15 p.m.

According to Trooper Jamie Maloy, a 2007 Sea Hunt 220 hit a pier while entering Oyster Bay.

Boat operator Robert Lance Criswell, 32, of Jackson, and passenger Samuel Jacob Hawk, 28, of Thomasville, were pronounced dead at the scene, Maloy said.

Three other boat passengers were taken to a local hospital for treatment.

Maloy said that no one onboard was using a lifejacket or other personal flotation device.

*Ivana Hrynkiw*

### Bayou La Batre
### JROTC heads to national competition

The Bryant High School JROTC Leadership and Academic Bowl team was recently selected to participate in the third round of the JROTC JLAB competition hosted by the College Options Foundation in Washington, D.C.

The team representing the Hurricane Battalion is one of only 40 Army JROTC teams from across the nation chosen to compete in the leadership portion of the competition, beating out over 1,000 other teams. The competition will be held Friday to Tuesday.

"This group of cadets represent some of the finest students I have ever had the pleasure of teaching since joining the Mobile County public school system," said Lt. Col. Gary Vrazel, senior Army instructor at Bryant.

The team is led by Patricia West and includes Thomas Le, Brittany Pierce, and Joseph Kelley. The two alternate team members are Jacob Johnson and Amanda Wilson.

*Mobile County Public Schools*

### Foley
### Heart Tour seeks to help girls

The Heart Tour — a one-day event that engages girls about the dangers of human trafficking — will be held July 21 at Foley High School. The free program will take place from 10 a.m. to 4 p.m.

The event will provide targeted education, tips for staying safe and speaks to young woman's worth and value.

Many young women who become involved in prostitution come from foster care, homelessness and economically distressed families, and are looking for purpose and value.

Sponsored by Eye Heart World, the Heart Tour program helps girls learn to become strong women in their communities. The focus is on girls ages 12 to 18.

The event will also involve fun activities, lunch and gifts. Because topics to be covered are of a "real world" nature, a parental release form is required. These forms are available at the Foley High School campus front office, 1 Pride Drive.

For more information on this event or Eye Heart World, call Lynn Harrison at 251-943-2221.

*AL.com*

# EXHIBIT 2

# Media Buy Report

Halliburton/Transocean Deepwater Horizon Settlement

July 18, 2016



## Media

### Print Media

|  | State | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|---|
| **Newspaper(s)** | | | | | | |
| Abbeville Meridional | Louisiana | 4 col x 10" | 6/22/16 | June 22, 2016 | 3 | Yes |
| Bayou Catholic | Louisiana | 4 col x 10" | 7/3/16 | July 3, 2016 | 43 | Yes |
| Biloxi D'Iberville Press | Mississippi | 4 col x 10" | 6/30/16 | June 30, 2016 | 3 | Yes |
| Biloxi Sun Herald | Mississippi | 4 col x 10" | 6/22/16 | June 22, 2016 | 8A | Yes |
| Cameron Parish Pilot | Louisiana | 4 col x 10" | 6/30/16 | June 30, 2016 | 2 | Yes |
| Galveston County Daily News | Texas | 4 col x 10" | 6/26/16 | June 26, 2016 | A8 | Yes |
| Houma Courier & The Daily Comet | Louisiana | 4 col x 10" | 6/22/16 | June 22, 2016 | A4/A5 | Yes |
| Houston Sun | Texas | 4 col x 10" | 6/30/16 | July 8, 2016 | 3 | Yes |
| Kenner Star | Louisiana | 4 col x 10" | 7/6/16 | July 6, 2016 | 19 | Yes |
| Lafayette Daily Advertiser | Louisiana | 4 col x 10" | 6/26/16 | June 26, 2016 | 11D | Yes |
| Lake Charles American Press | Louisiana | 4 col x 10" | 6/26/16 | June 26, 2016 | C5 | Yes |
| Mississippi Press | Mississippi | 4 col x 10" | 6/22/16 | June 22, 2016 | M4 | Yes |
| Mobile Press-Register | Alabama | 4 col x 10" | 6/22/16 | June 22, 2016 | A6 | Yes |
| New Iberia Daily Iberian | Louisiana | 4 col x 10" | 6/22/16 | June 22, 2016 | A8 | Yes |
| New Orleans Advocate | Louisiana | 4 col x 10" | 6/26/16 | June 26, 2016 | 7A | Yes |
| New Orleans Times-Picayune | Louisiana | 4 col x 10" | 6/22/16 | June 22, 2016 | A9 | Yes |
| Ocean Springs Record | Mississippi | 4 col x 10" | 6/30/16 | June 30, 2016 | 3 | Yes |
| Panama City News Herald | Florida | 4 col x 10" | 6/28/16 | June 28, 2016 | A7 | Yes |
| Panama City News Herald (Sunday) | Florida | 4 col x 10" | 6/26/16 | June 26, 2016 | B16 | Yes |
| Pensacola News Journal (Sunday) | Florida (coverage in Alabama) | 4 col x 10" | 6/26/16 | June 26, 2016 | 8A | Yes |
| Plaquemines Gazette | Louisiana | 4 col x 10" | 6/28/16 | June 28, 2016 | 5 | Yes |
| Sun Herald (Sunday) | Mississippi | 4 col x 10" | 6/26/16 | June 26, 2016 | 15A | Yes |

### Earned Media and Outreach

|  | Status |
|---|---|
| Press Release (Alabama, Florida, Louisiana, Mississippi, Texas) | Completed |
| Public Service Announcements | Completed |