IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| | * * * * | |

DECLARATION OF GERALYN MORALES IN SUPPORT OF PLAINTIFFS' MOTION
FOR FINAL APPROVAL OF HESI AND TRANSOCEAN PUNITIVE DAMAGES AND
ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS

I, GERALYN MORALES, DECLARE AS FOLLOWS:

1.      I am over the age of 18 years, and I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to do so.

2.      I submit this Declaration in support of Plaintiffs' Motion for Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements ("HESI/TO Settlements").

3.      I am an individual and a representative plaintiff in this case.  Through Class Counsel I brought claims on behalf of the HESI/TO Class.

4.      I am informed and believe I am in the HESI/TO Class because I am an owner of two oiled islands called Grand Terre East and West on Barataria Bay and because I am a class member of the BP/Deepwater Horizon Economic and Property Damages Settlement.  My claims meet the descriptions in Sections 2(a) and 2(b).

5.      I have consulted with and been informed by HESI/TO Class Counsel regarding the HESI/TO Settlement and my claims in the HESI/TO Settlement.  I have also generally made myself available to HESI/TO Class Counsel, whether via telephone, email, or in person,

throughout the time period that I have served as a class representative, and I will continue to do so for as long as this case remains active.

6.      As a class representative, I have actively followed and participated in the HESI/TO Settlements, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the HESI/TO Class Complaint, the HESI and TO Settlement Agreements, and the Detailed HESI/TO Class Notice, as well as the online resources regarding the Settlements.

7.      I am generally familiar with the terms of the HESI and TO Settlements.  I recognize that the HESI/TO Settlement is a negotiated compromise between the parties and that the HESI/TO Class members will receive relief only for eligible claims that are included in these Settlements. I think the HESI/TO Settlements provide real and fair relief for the punitive damages and assigned claims of the Class Members who were harmed by the Deepwater Horizon Incident. For these reasons, I support the HESI/TO Settlements without reservation.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Houston, Texas, on July _18_ , 2016.



                                        _Geralyn Morales_
                                        GERALYN MORALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, <br> 15-4146 and 15-4654 | * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

---

**DECLARATION OF JOHN M. PETITJEAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS**

I, JOHN M. PETITJEAN, DECLARE AS FOLLOWS:

1.     I am over the age of 18 years, and I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to do so.

2.     I submit this Declaration in support of Plaintiffs' Motion for Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements ("HESI/TO Settlements").

3.     I am an individual and a representative plaintiff in this case.  Through Class Counsel, I brought claims on behalf of the HESI/TO Class.

4.     I am informed and believe I am in the HESI/TO Class because I am a commercial fisherman and my claims meet the descriptions of Section 5 of the HESI/TO Settlements.

5.     I have consulted with and been informed by HESI/TO Class Counsel regarding the HESI/TO Settlement and my claims in the HESI/TO Settlement.  I have also generally made myself available to HESI/TO Class Counsel, whether via telephone, email, or in person, throughout the time period that I have served as a class representative, and I will continue to do so for as long as this case remains active.

6.     As a class representative, I have actively followed and participated in the HESI/TO Settlements, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the HESI/TO Class Complaint, the HESI and TO Settlement Agreements, and the Detailed HESI/TO Class Notice, as well as the online resources regarding the Settlements.

7.     I am generally familiar with the terms of the HESI and TO Settlements.  I recognize that the HESI/TO Settlement is a negotiated compromise between the parties and that the HESI/TO Class members will receive relief only for eligible claims that are included in these Settlements.  I think the HESI/TO Settlements provide real and fair relief for the punitive damages and assigned claims of the Class Members who were harmed by the Deepwater Horizon Incident.  For these reasons, I support the HESI/TO Settlements without reservation.


     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in _Panama City, Florida_ on JULY _19_, 2016.


John M. Petitjean

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | **MDL NO. 2179** |
| | * | |
| | * | **SECTION: J** |
| | * | |
| *This document relates to:* | * | |
| | * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * | **HONORABLE CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |
| | * | |
| | * | |
| | * | |

## DECLARATION OF JOSEPH M. TALIANCICH IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL  APPROVAL OF HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS

I, JOSEPH M. TALIANCICH, DECLARE AS FOLLOWS:

1.      I am over the age of 18 years, and I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to do so.

2.      I submit this Declaration in support of Plaintiffs' Motion for Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements ("HESI/TO Settlements").

3.      I am an individual and a representative plaintiff in this case.  Through Class Counsel I brought claims on behalf of the HESI/TO Class.

4.      I am informed and believe I am in the HESI/TO Class because at all times pertinent and material hereto, (i) I held a proprietary interest in real property (oyster leases) that was impacted and damaged by oil or other substances from the Deepwater Horizon Incident; (ii) I was a commercial fisherman who owned or leased and operated commercial fishing vessels for the harvesting of shrimp in the waters, inlets, bays and/or tributaries of the Gulf of Mexico that were damaged by oil or other substances from the Deepwater Horizon Incident; and (iii) I maintained a commercial oyster harvesting license, managed the operation of my and my family's oyster leases, and oversaw the commercial fishermen that harvested oysters from those leases.  My

claims, as described above, meet the descriptions of the "New Deepwater Horizon Punitive Damages Settlement Class Definition" as defined in Section 4 of both HESI/TO Settlements.

5.      I have consulted with and been informed by HESI/TO Class Counsel regarding the HESI/TO Settlement and my claims in the HESI/TO Settlement.  I have also generally made myself available to HESI/TO Class Counsel, whether via telephone, email, or in person, throughout the time period that I have served as a class representative, and I will continue to do so for as long as this case remains active.

6.      As a class representative, I have actively followed and participated in the HESI/TO Settlements, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the HESI/TO Class Complaint, the HESI and TO Settlement Agreements, and the Detailed HESI/TO Class Notice, as well as the online resources regarding the Settlements.

7.      I am generally familiar with the terms of the HESI and TO Settlements.  I recognize that the HESI/TO Settlement is a negotiated compromise between the parties and that the HESI/TO Class members will receive relief only for eligible claims that are included in these Settlements. I think the HESI/TO Settlements provide real and fair relief for the punitive damages and assigned claims of the Class Members who were harmed by the Deepwater Horizon Incident. For these reasons, I support the HESI/TO Settlements without reservation.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Belle Chasse, Louisiana on July ___2\st___, 2016.


                                        Joseph M. Taliancich

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater** | * | **MDL NO. 2179** |
| **Horizon" in the Gulf Of Mexico, on** | * | |
| **April 20, 2010** | * | **SECTION: J** |
| | * | |
| *This document relates to:* | * | |
| | * | |
| Nos. 12-970, 15-4143, | * | **HONORABLE CARL J. BARBIER** |
| 15-4146 and 15-4654 | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |
| | * | |
| | * | |
| | * | |
| | * | |

---

## <u>DECLARATION OF WILLIAM DAVID YATES IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS</u>

I, WILLIAM DAVID YATES, DECLARE AS FOLLOWS:

1.      I am over the age of 18 years, and I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to do so.

2.      I submit this Declaration in support of Plaintiffs' Motion for Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements ("HESI/TO Settlements").

3.      I am an individual and a representative plaintiff in this case.  Through Class Counsel I brought claims on behalf of the HESI/TO Class.

4.      I am informed and believe I am in the HESI/TO Class because I am a commercial fisherman who worked on vessels that fished in Specified Gulf Waters and landed seafood in the Gulf Coast Area between April 20, 2009 and April 18, 2012, and my claims meet the descriptions of Section 4(a)(3) of the HESI Punitive Damages and Assigned Claims Settlement Agreement, as Amended, and Section 4(a)(3) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement.

5.      I have consulted with and been informed by HESI/TO Class Counsel regarding the HESI/TO Settlement and my claims in the HESI/TO Settlement.  I have also generally made myself available to HESI/TO Class Counsel, whether via telephone, email, or in person, throughout the time period that I have served as a class representative, and I will continue to do so for as long as this case remains active.

6.      As a class representative, I have actively followed and participated in the HESI/TO Settlements, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the HESI/TO Class Complaint, the HESI and TO Settlement Agreements, and the Detailed HESI/TO Class Notice, as well as the online resources regarding the Settlements.

7.      I am generally familiar with the terms of the HESI and TO Settlements.  I recognize that the HESI/TO Settlement is a negotiated compromise between the parties and that the HESI/TO Class members will receive relief only for eligible claims that are included in these Settlements. I think the HESI/TO Settlements provide real and fair relief for the punitive damages and assigned claims of the Class Members who were harmed by the Deepwater Horizon Incident. For these reasons, I support the HESI/TO Settlements without reservation.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in _Rayne, La. 70578_ (city, state) on _July, 27_____, 2016.



                                        _William David Yates_

                                        WILLIAM DAVID YATES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF EDWARD REELS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS

I, EDWARD REELS, DECLARE AS FOLLOWS:

1.    I am over the age of 18 years, and I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to do so.

2.    I submit this Declaration in support of Plaintiffs' Motion for Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements ("HESI/TO Settlements").

3.    I am an individual and a representative plaintiff in this case. Through Class Counsel I brought claims on behalf of the HESI/TO Class.

4.    I am informed and believe I am in the HESI/TO Class because I am a commercial fisherman who worked on vessels that fished in Specified Gulf Waters and landed seafood in the Gulf Coast Area between April 20, 2009 and April 18, 2012, and my claims meet the descriptions of Section 4(a)(3) of the HESI Punitive Damages and Assigned Claims Settlement Agreement, as Amended, and Section 4(a)(3) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement.

5.      I have consulted with and been informed by HESI/TO Class Counsel regarding the HESI/TO Settlement and my claims in the HESI/TO Settlement. I have also generally made myself available to HESI/TO Class Counsel, whether via telephone, email, or in person, throughout the time period that I have served as a class representative, and I will continue to do so for as long as this case remains active.

6.      As a class representative, I have actively followed and participated in the HESI/TO Settlements, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the HESI/TO Class Complaint, the HESI and TO Settlement Agreements, and the Detailed HESI/TO Class Notice, as well as the online resources regarding the Settlements.

7.      I am generally familiar with the terms of the HESI and TO Settlements. I recognize that the HESI/TO Settlement is a negotiated compromise between the parties and that the HESI/TO Class members will receive relief only for eligible claims that are included in these Settlements. I think the HESI/TO Settlements provide real and fair relief for the punitive damages and assigned claims of the Class Members who were harmed by the Deepwater Horizon Incident. For these reasons, I support the HESI/TO Settlements without reservation.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in   Moss Point, MS
(city, state) on   July 27                         , 2016.

Edward Reels

EDWARD REELS

-2-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *     **MDL NO. 2179** |
| | * |
| | *     **SECTION: J** |
| | * |
| *This document relates to:* | * |
| | * |
| Nos. 12-970, 15-4143, | *     **HONORABLE CARL J. BARBIER** |
| 15-4146 and 15-4654 | * |
| | *     **MAGISTRATE JUDGE** |
| | *     **SHUSHAN** |
| | * |
| | * |
| | * |
| | * |

## DECLARATION OF JEB MORGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS

I, JEB MORGAN, DECLARE AS FOLLOWS:

1. I am over the age of 18 years, and I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to do so.

2. I submit this Declaration in support of Plaintiffs' Motion for Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements ("HESI/TO Settlements").

3. I am an individual and a representative plaintiff in this case. Through Class Counsel I brought claims on behalf of the HESI/TO Class.

4. I am informed and believe I am in the HESI/TO Class because I am a commercial fisherman who worked on vessels that fished in Specified Gulf Waters and landed seafood in the Gulf Coast Area between April 20, 2009 and April 18, 2012, and my claims meet the descriptions of Section 4(a)(3) of the HESI Punitive Damages and Assigned Claims Settlement Agreement, as Amended, and Section 4(a)(3) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement.

5.      I have consulted with and been informed by HESI/TO Class Counsel regarding the HESI/TO Settlement and my claims in the HESI/TO Settlement. I have also generally made myself available to HESI/TO Class Counsel, whether via telephone, email, or in person, throughout the time period that I have served as a class representative, and I will continue to do so for as long as this case remains active.

6.      As a class representative, I have actively followed and participated in the HESI/TO Settlements, including reviewing the Preliminary Approval Order, the underlying briefs in support of Preliminary Approval, the HESI/TO Class Complaint, the HESI and TO Settlement Agreements, and the Detailed HESI/TO Class Notice, as well as the online resources regarding the Settlements.

7.      I am generally familiar with the terms of the HESI and TO Settlements. I recognize that the HESI/TO Settlement is a negotiated compromise between the parties and that the HESI/TO Class members will receive relief only for eligible claims that are included in these Settlements. I think the HESI/TO Settlements provide real and fair relief for the punitive damages and assigned claims of the Class Members who were harmed by the Deepwater Horizon Incident. For these reasons, I support the HESI/TO Settlements without reservation.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in _Cameron, LA_ (city, state) on _July 27, 2016_, 2016.


                                    _JEB MORGAN_
                                    JEB MORGAN