## Total Halliburton and Transocean Settlement Benefits



The HESI-TO Settlement Funds of $1.24 billion do *not* include the potential reimbursement of litigation expenses and common benefit fees that may be awarded by the Court and paid by Transocean and Halliburton, over and above the Aggregate Payments to the two settlement classes. When that additional $124.95 million in benefits to the classes is factored in, the percentage drops to 9.16%.

*See* Halliburton Settlement, Sections 6(a) and 23(b) [Rec. Doc. 15322-1]; Transocean Settlement, Sections 6(a) and 23(b) [Rec. Doc. 14644-1].



## Total Estimated BP, Transocean and Halliburton Payouts

Legend:
- TO/HESI New Class
- TO/HESI Assigned Claims
- BP High Est.
- BP Low Est.
- 4.78% - 6.05%

The Total Estimated Payouts of $11.24 billion to $14.24 billion do *not* include the potential reimbursement of litigation expenses or common benefit fees that may be awarded out of the BP Class Settlements ($600 million) or the Transocean/Halliburton Settlements ($124.95 million). When that additional $724.95 million in benefits to the classes is factored in, the percentage range drops to 4.54% to 5.67%.

*See* BP First Quarter 2016 Results (April 26, 2016) [Rec. Doc. 21098-6]; Allocation and Reasons [Rec. Doc. 15652] (Dec. 11, 2015);
BP Economic Settlement, Exhibit 27 [Rec. Doc. 6276-46]; Halliburton Settlement, Section 23(b) [Rec. Doc. 15322-1]; Transocean Settlement, Section 23(b) [Rec. Doc. 14644-1].

Total Estimated Payouts from BP Settlements, Transocean and Halliburton Settlements, and Settlements with the States of Alabama and Louisiana



The Total Estimated Payouts of $13.24 billion to $16.24 billion do *not* include the potential reimbursement of litigation expenses or common benefit fees that may be awarded out of the BP Class Settlements ($600 million) or the Transocean/Halliburton Settlements ($124.95 million), or the reimbursement of $80 million in partial Litigation Expenses and Attorneys' Fees to the States of Alabama and Louisiana ($40 million for payment to Common Benefit Attorneys pursuant to the States' joint-prosecution agreements with the PSC). Nor do the Total Estimated Payouts include the $687.4 million paid to settle Local Government Claims.

*See* BP First Quarter 2016 Results (April 26, 2016) [Rec. Doc. 21098-6]; Allocation and Reasons [Rec. Doc. 15652] (Dec. 11, 2015); Certificates of Non-Objection and Order (Oct. 5, 2015) [Rec. Doc. 15437 and 15441];. U.S. Dept. of Justice, "U.S. and Five Gulf States Reach Historic Settlement with BP to Resolve Civil Lawsuit Over Deepwater Horizon Oil Spill" (www.justice.gov) (Oct. 5, 2015); "BP to settle federal, state and local Deepwater Horizon claims for up to $18.7 billion with payments to be spread over 18 years" (www.bp.com) (July 2, 2015); "BP settlement money flows to cities hundreds of miles from Gulf Coast shoreline" Fuel Fix (from the Houston Chronicle) (Aug. 20, 2015).



# Total Projected non-NRD *Deepwater Horizon* Related Payouts

(does not include Natural Resource Damages assessment and claims)

Class Counsel and other Common Benefit Attorneys are _not_ making any claim for common benefits fees with respect to GCCF payments, Clean Water Act penalties, the Local Government Settlements, or the Settlements with the States of Florida, Mississippi, or Texas. Nevertheless, Class Counsel, who acted for the benefit of the Local Governments, who acted for the benefit of GCCF claimants, and who worked cooperatively with the United States and counsel for the States, believe that such recoveries are relevant in the analysis as to the overall reasonableness of the fee.

*See* BP First Quarter 2016 Results (April 26, 2016) [Rec. Doc. 21098-6]; Allocation and Reasons [Rec. Doc. 15652] (Dec. 11, 2015); Certificates of Non-Objection and Order (Oct. 5, 2015) [Rec. Doc. 15437 and 15441]; U.S. Dept. of Justice, "U.S. and Five Gulf States Reach Historic Settlement with BP to Resolve Civil Lawsuit Over Deepwater Horizon Oil Spill" (www.justice.gov) (Oct. 5, 2015); "BP to settle federal, state and local Deepwater Horizon claims for up to $18.7 billion with payments to be spread over 18 years" (www.bp.com) (July 2, 2015); "BP settlement money flows to cities hundreds of miles from Gulf Coast shoreline" Fuel Fix (from the *Houston Chronicle*) (Aug. 20, 2015).