# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| RICHARD E. SEWARD, SR., | * | CIVIL ACTION No._____ |
| Plaintiff, | * | SECTION: J |
| v. | | |
| | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH, HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON DIVISION SPERRY DRILLING SERVICES, ANADARKO PETROLEUM CORPORATION CO., and ANADARKO E&P COMPANY LP, | * | MAG. JUDGE SHUSHAN |
| Defendants. | | |

## COMPLAINT

COMES NOW the Plaintiff, Richard E. Seward, Sr., by and through undersigned counsel and hereby files this Complaint pursuant to Pretrial Order No. 60 (Dkt. 16050), and respectfully states as follows:



1. This is an action for damages sustained by Plaintiff as a result of the April 20, 2010 explosion and sinking of the Deepwater Horizon drilling platform and subsequent release of oil.

2. The Plaintiff adopts and incorporates as if fully restated herein the First Amended Master Answer to Complaint and Petition of Triton Asset Leasing GmbH, et al. for exoneration from or limitation of liability (Rule 9(h)) First Amended Master Claim in Limitation [No. 10-2771] (Rule 9(h)) and First Amended Master Complaint, Cross-Claim, and Third Party Complaint for Private Economic Losses in accordance with PTO No. 11 [CMO No. 1] Section 3(B1) [filed in the pleadings styled In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, Case No. 2:10-MD-02179-CJB-SS (Dkt. 1128) (hereafter the "B1 Master Complaint").

3. The following allegations supplement the allegations of the B1 Master Complaint.

## PARTIES AND JURISDICTION

4. Richard E. Seward, Sr. ("Plaintiff") is an individual resident of Hillsborough County, Florida.

5. Plaintiff is the owner of a charter fishing business who earns his living through the use of resources found within the Gulf of Mexico.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1407. In addition, the events giving rise to this Complaint occurred within the jurisdiction of the United States District Court for the Middle District of Florida, and Plaintiff reserves its right to transfer venue in accordance with 28 U.S.C. § 1407 (a).

## FACTUAL ALLEGATIONS

7. In addition to adopting the allegations of the B1 Master Complaint, Plaintiff further adopts and incorporates all matters set forth in his short form joint filed on April 19, 2013 (Dkt. 132591).

8. Plaintiff attaches hereto his sworn statement required by PTO 60 as Exhibit A.

9. Plaintiff is a recreational fishing charter captain who relied upon the waters of the Gulf of Mexico for the operation of his charter service.

10. Plaintiff's customers are individuals and businesses that purchase his charter services for fishing expeditions.

11. Because of the Oil Spill, Plaintiff suffered an immediate and catastrophic loss of business.

12. Plaintiff's business sustained and continues to suffer lost earnings and profits as a result of the Oil Spill.

13. Plaintiff files this Complaint to seek full recovery of all of his past and future losses, damages, and expenses related to the oil spill, including but not limited to past and future lost earnings, loss of business opportunity, loss of good will, punitive damages, the expenses incurred to document his damages, and any and all other damages owed to him pursuant to the Oil Pollution Act, General Maritime Law, and all other state and federal laws that are applicable to this matter.

14. Plaintiff first presented his claim to the BP Claim Center which initially provided interim payments.

15. In September 2010, Plaintiff was notified that the Gulf Coast Claims Facility (GCCF) was taking over claims processing and payments.

16. At all material times, the GCCF was the agent of Defendants.

17. Upon taking over the claims processing, the GCCF ceased to make any additional interim payments.

18. Defendants, through the GCCF, began to make several false statements to induce Plaintiff into taking payment in exchange for a release of all claims.

19. GCCF threatened that Defendants were not going to make any additional payments.

20. Defendants, through GCCF, also deliberately delayed making payments and prolonged the claims process to increase Plaintiff's economic hardship.

21. Defendants, through GCCF, also suddenly demanded increased paperwork and submissions as part of its deliberate attempts to delay making claims payments.

22. At the same time, Defendants, through GCCF, offered Plaintiff a quick pay option that required no additional paperwork in exchange for signing a release.

23. Defendants, through GCCF, also represented to Plaintiff that the amount being offered was the most that would ever be offered to Plaintiff as the quick pay amounts would decrease if Plaintiff did not immediately take the offer.

24. At the time these representations were made, Defendants knew or should have known that they were false.

## COUNT VII – ECONOMIC DURESS[1]

25. Plaintiff incorporates all of the factual allegations of the B1 Master Complaint and paragraphs 1 through 24 of this Complaint as if fully restated herein.

26. Defendants' deliberate and knowing scheme to cease payments to Plaintiff, increase paperwork requirements, and delay payment of claim was a deliberate and wrongful act.

27. Defendants knew or should have known that its actions in delaying payment to Plaintiff were certain to result in incredible and insurmountable economic hardship.

28. The economic hardship suffered by Plaintiff after removal of his means of livelihood resulting from the oil spill overcame Plaintiff's will and left him with no option but to sign the GCCF release.

29. That as a result of the foregoing, Plaintiff had no adequate legal remedy.

30. As a result of Defendants' actions, Plaintiff was forced to sign the GCCF release under economic duress.

31. That as a result of the economic duress, the GCCF release signed by Plaintiff is void and of no legal effect.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to declare the GCCF release signed by Plaintiff as void, plus any other and further relief this Court deems just in the premises.

---

[1] Count's I through VI are set forth in the B1 Master Complaint.

## COUNT VIII – FRAUDULENT INDUCEMENT

32. Plaintiff incorporates all of the factual allegations of the B1 Master Complaint and paragraphs 1 through 24 of this Complaint as if fully restated herein.

33. The GCCF represented to Plaintiff that he would obtain more money by immediately taking the quick pay option and that any offers would be reduced or rescinded if he did not immediately accept.

34. The GCCF's representations were false and Defendants knew or should have known that the statements were false at the time made.

35. That the fraudulent statements made by Defendants were done in order to induce Plaintiff to rely upon said statements to execute the release.

36. Plaintiff reasonably relied on said representation as the GCCF represented that it was handling all claims related to the oil spill and GCCF and its chairman were also represented at being set up to handle all claims not only by Defendants, but by governmental entities including the President of the United States.

37. As a result of Defendants' fraud, Plaintiff was induced into signing the GCCF release.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to declare the GCCF release as void because of Defendants' fraud, plus any other and further relief this Court deems just in the premises.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2016, a copy of the above and foregoing has been served by U.S. First Class Mail on:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle Street, Suite 2400<br>Chicago, IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

Respectfully submitted,

_____
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Service-ethiel@bankerlopez.com
Attorneys for Plaintiff

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name<br>Seward | First Name<br>Richard | Middle Name/Maiden<br>Ellis | Suffix<br>Sr. |
|---|---|---|---|
| Phone Number<br>(813) 962-7862 | | E-Mail Address<br>SJigman1234@aol.com | |
| Current Mailing Address<br>919 Sylvia Lane | | City / State / Zip<br>Tampa, FL 33613 | |
| Attorney Name and Firm<br>Eric C. Thiel, Esq., Banker Lopez Gassler, P.A., 501 E. Kennedy Blvd., Ste 1500, Tampa, FL 33602 | | Attorney E-Mail Address<br>Service-ethiel@bankerlopez.com | |

| Any prior Mailing Address used by Plaintiff from April 2010 to present?<br>None |
|---|
| Any prior name used by Plaintiff from April 2010 to present?<br>None |
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:   9428 |

Please indicate your status:

____   Properly opted out of the Economic and Property Damages Settlement*

_X_   Not a member of the Economic and Property Damages Settlement Class

____   Member of the Economic and Property Damages Settlement Class

____   Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):**

  _x_   Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

  ____  Individual Action, (including a-new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____

  ____  Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

  ____  Other: _____

*A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

  Yes _X_____.   No_____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __GCCF_____

2. The date of presentment (MM/DD/YYYY): __07__ / _22_ / _2010___.

3  The claim number(s) (if available). ____0114792_____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

  Yes _____.   No_____.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 04-28-16, 2016

Location (City and State): Tampa, FL

_Richard Seward Sr._
Signature of Plaintiff (**Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf**)

_Richard Seward Sr._
Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St. | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

Case 2:10-md-02179-CJB-DPC   Document 21424-3   Filed 08/05/16   Page 11 of 14
Case 2:16-cv-04068-CJB-SS   Document 1-1   Filed 05/02/16   Page 4 of 6
Case 2:10-cv-08888-CJB-SS   Document 132591   Filed 04/19/13   Page 1 of 3

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Seward | Richard | E | Sr. |

| Phone Number | E-Mail Address |
|---|---|
| (813) 221-1500 | ethiel@bankerlopez.com |

| Address | City / State / Zip |
|---|---|
| 919 Sylvia Lane | Tampa, FL 33613 |

**INDIVIDUAL CLAIM** ☑       **BUSINESS CLAIM** ☐

| Employer Name | Business Name |
|---|---|
| Richard E. Seward | |

| Job Title / Description | Type of Business |
|---|---|
| Fishing Charter Captain | |

| Address | Address |
|---|---|
| 919 Sylvia Lane | |

| City / State / Zip | City / State / Zip |
|---|---|
| Tampa, FL 33613 | |

| Last 4 digits of your Social Security Number | Last 4 digits of your Tax ID Number |
|---|---|
| 9428 | |

| Attorney Name | Firm Name |
|---|---|
| Eric Thiel | Banker Lopez Gassler P.A. |

| Address | City / State / Zip |
|---|---|
| 501 E. Kennedy BLVD | Tampa, FL 33602 |

| Phone Number | E-Mail Address |
|---|---|
| (813) 221-1500 | ethiel@bankerlopez.com |

Claim filed with BP?   YES ☐   NO ☑       Claim Filed with GCCF?:   YES ☑   NO ☐

If yes, BP Claim No.:       If yes, Claimant Identification No.: ICF0114792

**Claim Type (Please check all that apply):**
☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:10-md-02179-CJB-DPC   Document 21424-3   Filed 08/05/16   Page 12 of 14
Case 2:16-cv-04068-CJB-SS   Document 1-1   Filed 05/02/16   Page 5 of 6
Case 2:10-cv-08888-CJB-SS   Document 132591   Filed 04/19/13   Page 2 of 3

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Richard E Seward Sr. is an individual who resides in the Tampa Bay region. He operates a fishing charter business. His customers are tourists and locals who purchase his charter services for fishing expeditions. As a result of the Oil Spill, many customers canceled scheduled fishing expeditions. Richard E Seward Sr.'s business sustained and continues to suffer loss earnings and profits as a result of the Oil Spill. Richard E Seward Sr. files this Complaint to seek full recovery of all of his past and future losses, damages, and expenses related to the oil spill, including but not limited to past and future lost earnings, loss of business opportunity, loss of good will, punitive damages, the expenses incurred to document his damages, and any and all other damages owed to him pursuant to the Oil Pollution Act, General Maritime Law, and all other state and federal laws that are applicable to this matter.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [x] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/_____
Claimant or Attorney Signature

Eric Thiel
Print Name

4/19/13
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Richard E. Seward, Sr.

**DEFENDANTS**
BP EXPLORATION & PRODUCTION, INC., et al.

(b) County of Residence of First Listed Plaintiff   Hillsborough
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Eric C. Thiel, Banker Lopez Gassler P.A., 501 E. Kennedy Blvd., Ste. 1500, Tampa, FL 33602 service-ethiel@bankerlopez.com; 813-221-1500

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 340 Marine | | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | | **LABOR** / **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
33 USC 2701 et seq.
Brief description of cause:
Claim for damages related to the Deepwater Horizon oil spill

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Carl J. Barbier
DOCKET NUMBER   2:10-md-02179-CJB-SS

DATE   05/02/2016
SIGNATURE OF ATTORNEY OF RECORD
Eric C. Thiel

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____