UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| RICHARD E. SEWARD, JR., | * | Civil Action No. 2:16-cv-04072-CJB-JCW |
| Plaintiff, | * | Section: J |
| v. | | |
| | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH, HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON DIVISION SPERRY DRILLING SERVICES, ANADARKO PETROLEUM CORPORATION CO., and ANADARKO E&P COMPANY LP, | * | MAG. JUDGE WILKINSON |
| Defendants. | | |

### RICHARD E. SEWARD JR.'S MOTION FOR RECONSIDERATION AND/OR MOTION FOR RELIEF FROM ORDER

COMES NOW the Plaintiff, Richard E. Seward Jr., by and through undersigned counsel and pursuant to Rule 60 of the Federal Rules of Civil Procedure, and moves this honorable court to reconsider and/or relieve Mr. Seward from its Order dismissing his complaint (Dkt. 20996) for failure to comply with PTO 60 as the Court erred by dismissing him since the Court previously

found him in Compliance with PTO 60 (Dkt. 18724-1 at Page 69 of 83) and he did not subsequently release his claim. Mr. Seward filed a Complaint in this matter seeking to invalidate the GCCF release he filed based on allegations of Economic Duress (Count VII) and Fraudulent Misrepresentation (Count VIII). As Plaintiff has fully complied with PTO 60 and the causes of action he asserts seek to invalidate the GCCF release he signed, this Court should relieve Mr. Seward from the Order and/or Final Judgment dismissing his case.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing, Richard E. Seward's Motion for Reconsideration and/or Motion for Relief from Order has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of August, 2016.

Respectfully submitted,

_____
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Service-ethiel@bankerlopez.com

Attorney for Plaintiff, Richard Lee Seward, Jr.