UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>This Document Applies to:<br>No. 2:11-cv-00911-CJB-SS<br>*Jesco Construction Corporation of Delaware v. B.P. Exploration & Production, Inc. and B.P. America Production Company* | MDL: 2179<br><br>Section J<br><br>**Judge Barbier**<br><br>**Mag. Judge Shushan** |

**O R D E R**

Considering the foregoing Motion for Leave to Intervene, together with the Memorandum in Support and all referenced Exhibits attached thereto:

IT IS HEREBY ORDERED that this Motion for Leave to Intervene be GRANTED and filed into the above-referenced action as prayed for according to law.

New Orleans, Louisiana this 5th day of August, 2016.

_____
United States District Judge