UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

HENRY CLARK,

    Plaintiff,

vs.

JOHN E. SHAVERS, ET AL.

    Defendants.

Case No. 4:10-cv-04053

**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

TO PLAINTIFF HENRY N. CLARK AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, Defendant Jesco Construction Corporation, a Delaware Corporation, a/k/a Jesco Construction of Delaware, Inc. ("Defendants") hereby offers to allow judgment to be taken against them pursuant to Rule 68 of the FRCP as follows: A judgment in favor of Henry N. Clark ("Plaintiff") and against said Defendants, jointly and severally, in the amount of Six Hundred Thousand & no/dollars ($600,000.00), with post-judgment interest thereon pursuant to 28 U.S.C. §1961 at the rate of 0.65 per cent per annum from the date of the entry of judgment hereunder until the same is paid in full, plus court costs then accrued. The foregoing shall be the total amount to be paid by Defendant on account of any and all liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff. Upon acceptance of this Offer of Judgment by Henry N. Clark, Defendants shall dismiss, with prejudice, Jesco Construction of Delaware, Inc. v. Clark, Case No. 4:11-cv-04047 in this Court.

If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer in the event that they do not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not to be construed in any way as an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim.

Dated April 19            Fosco Construction of Tel by
                          PARTY            Jason En Haus
                                           President

RIEBSCHLAGER LAW PC

By: /s/ Gary M. Riebschlager
GARY M. RIEBSCHLAGER
801 Congress, Suite 250
Houston, Texas 77002
Telephone: 713-980-5300
Telecopier: 713-583-5918
Email: gary@riebschlagerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court and served upon all counsel of record using the CM/ECF system on April 5, 2016.

/s/Gary M. Riebschlager