## ASSIGNMENT

FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Jesco Construction Corporation of Delaware, a/k/a Jesco Construction Corporation, a Delaware Corporation, (hereinafter "Jesco"), does hereby: Assign, transfer, convey, and set over (and also grants a security interest therein) to Henry N. Clark, Rock Island, Illinois and his Attorneys Earl A. Payson, Davenport, Iowa and Daniel D. Bernstein, Iowa City, Iowa, jointly ("Assignees"), all of its right, title, and interest in and to the net proceeds up to the amount of Six Hundred Thousand Dollars ($600,000.00) that Jesco derives from BP America Production Company and/ or BP Exploration Production, Inc. (hereinafter "BP") in connection with or as the result of litigation filed in Harris County, Texas as Case No. 2010-78844, which was removed to the United States District Court for the Southern District of Texas at Houston, Texas, under Case No. 4:10-cv-4964 and transferred, on or about April 20, 2011, to the United States District Court, Eastern Division at New Orleans, Louisiana, as Case No. 2:11-cv-0011-CJB-SS and made a part of multidistrict litigation ("MDL") under Docket No. 2:10-md-02179- CJB-SS, which MDL is pending in the United States District Court, Eastern Division at New Orleans, Louisiana. The aforesaid net proceeds up to the amount of Six Hundred Thousand Dollars ($600,000.00) shall bear interest at the rate of 0.65 per cent per annum until paid in full from the date of the entry of judgment in favor of Henry N. Clark in Clark v. Jesco Construction Corporation, a Delaware Corporation, a/k/a Jesco Construction of Delaware, Inc., Case No. 4:10-cv-04053 in the United States District Court, Central District of Illinois, Rock Island Division.

For the purposes of this Assignment "net proceeds" shall mean the sums and proceeds that Jesco shall receive and be entitled to receive, after payment of reasonable attorneys' fees, costs and expenses and court costs in the above described Jesco litigation against BP, which is part of the MDL pending in the United States District Court, Eastern Division, at New Orleans, Louisiana, referenced above. As further explanation, Assignees shall be entitled, after payment by Jesco of reasonable attorneys' fees and litigation costs and expenses and satisfaction of court costs to be paid the first $600,000.00 of net proceeds, plus interest thereon a set out above, which Jesco receives by virtue of a judgment, settlement or partial settlement of the said Jesco litigation against BP.

This assignment is intended to and shall take precedence and priority over all other claims from any person or source against the first $600,000.00, plus interest thereon as herein provided, that is or becomes available to Jesco from the pending BP litigation after payment of reasonable attorneys' fees and litigation costs and expenses and satisfaction of court costs.

1

This Assignment has been signed by John E. Shavers who represents and warrants that: (1) He is the majority shareholder, owner, President, CEO and COO and authorized Agent of Jesco; (2) That he has the legal authority and power to make this Assignment and to bind Jesco hereto; (3) That he is fully informed; (4) That he is acting freely and voluntarily in signing this Assignment; (5) That he understands and accepts the terms and conditions in this Assignment as the same may affect him personally and individually and in his capacity as the owner and chief executive of Jesco; and, (6) That Jesco has not assigned or pledged as security the "net proceeds" or any portion thereof to any other person, organization or entity, with the exception of fee agreements with attorneys representing Jesco in the BP litigation, that has, or will have, priority or preference over or ahead of Assignees for, upon or to the first $600,000.00 of net proceeds, plus interest thereon as described in this Assignment.

This Assignment shall be considered to have been delivered and accepted and deemed to be a binding contract made under and governed by the laws of the State of Illinois applicable to contracts made and to be performed entirely within such State, without regard to conflict laws principles.

AGREED TO AND ACCEPTED BY
Jesco Construction Corporation of Delaware,
a/k/a Jesco Construction Corporation,
a Delaware Corporation on April _18_, 2016

By: _John Shavers_
Name (print)

_President_
Title

STATE OF _Mississippi_        )
                              ) ss
COUNTY OF _Jackson_            )

On this _18_ day of _April_, 2016, before me personally appeared _John E. Shavers_ to me known to be the person described in, and who executed the foregoing instrument, and who acknowledged that he is the _President_ and authorized agent of Jesco Construction Corporation of Delaware, a/k/a Jesco Construction Corporation, a Delaware Corporation, that he has been specifically authorized to execute this Assignment on its behalf and that he executed the same as his free act and deed.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed my official seal in the County and State aforesaid on the day, month and year above written.

_Mergy Carcamo_     comission expires: feb 24, 2020

_____
Notary Public

My Commission Expires:_____

AGREED TO AND ACCEPTED BY
John E. Shavers, Individually on April 18, 2016.

By: [signature]
(Signature)

John Shavers
Name (Print)

President
Title

STATE OF Mississippi )
) ss
COUNTY OF Jackson )

On this 18 day of April, 2016, before me personally appeared John E. Shavers, to me known to be the person described in and who executed the foregoing instrument, and who acknowledged that he executed the same as his free act and deed

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed my official seal in the County and State aforesaid on the day, month and year above written.

Mergy Carcamo
Notary Public

My Commission Expires: february 24, 2020

STATE OF MISSISSIPPI
MERGY CARCAMO
NOTARY PUBLIC
ID No. 118397
Comm. Expires
Feb. 24, 2020
HARRISON COUNTY

[Handwritten Arabic text, mirrored/reversed on page]

الاسم: لمى سعيد

التاريخ: فبراير 24، 2020

[Notary seal: STATE OF MISSISSIPPI, HARRISON COUNTY, MERCY GARDING, NOTARY PUBLIC, ID No. 118397, Comm. Expires Feb. 24, 2020]