IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § Applies to: Nos. 12-970, 15-4143, 15-4146, 15-4654 § § § § | | MDL No. 2179 SECTION: J HONORABLE JUDGE BARBIER MAGISTRATE JUDGE WILKINSON |

**JOINT MOTION FOR FINAL APPROVAL OF PUNITIVE DAMAGES
AND ASSIGNED CLAIMS SETTLEMENTS**

Halliburton Company and Halliburton Energy Services, Inc. ("HESI"); and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") respectfully move this Court to finally approve the HESI and Transocean Punitive Damages and Assigned Claims Settlement Agreements (the "Settlement Agreements"), filed by HESI on September 4, 2015 (Second Amendment), and by Transocean on May 29, 2015 (Rec. Docs. 15322-1 through 15322-6, and Rec. Docs. 14644-1 through 14644-5). For the reasons set forth in the accompanying Memorandum, and in the Motion, Memorandum, and Declarations filed by the Plaintiffs' Steering Committee ("PSC"),[1] the Settlement Agreements provide a fair, reasonable, and adequate resolution of the settled claims and should therefore be approved under Federal Rule of Civil Procedure 23. Accordingly, HESI and Transocean respectfully request that the Court enter an order finally approving the Settlement Agreements.

---

[1] HESI and Transocean do not adopt each specific assertion contained in the PSC's Motion, Memorandum, and Declarations, but HESI and Transocean join in the request that the Settlement Agreements be fully and finally approved by the Court, and agree with the PSC that the HESI and Transocean Settlements meet the procedural and legal requirements for Final Approval.

August 5, 2016                                      Respectfully Submitted,

                                                            GODWIN PC

                                                              s/  Donald E. Godwin
                                                            Donald E. Godwin
Attorney-in-charge
State Bar No. 08056500
DGodwin@GodwinLaw.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinLaw.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinLaw.com

1201 Elm Street, Suite 1700
Dallas, Texas  75270-2041
Ph:  214.939.4412
Fax:  214.939.4803

and

R. Alan York
State Bar No. 22167500
AYork@GodwinLaw.com
Misty Hataway-Cone
State Bar No. 24032277
MCone @GodwinLaw.com

1331 Lamar, Suite 1665
Houston, Texas  77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

and

  s/ Brad D. Brian                                s/  Steven L. Roberts
Brad D. Brian                                     Steven L. Roberts
Daniel B. Levin                                 SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP         1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor        Houston, Texas 77002

| | |
|---|---|
| Los Angeles, CA 90071 | Tel:  (713) 470-6100 |
| Tel:  (213) 683-9100 | Fax:  (713) 354-1301 |
| Fax:  (213) 683-5180 | Email:   steven.roberts@sutherland.com, |
| Email: brad.brian@mto.com | |
| daniel.levin@mto.com | |

                                                    /s/  Kerry J. Miller
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel:  (504) 566-8646
Fax:  (504) 585-6946
Email: kjmiller@bakerdonelson.com

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion for Final Approval of Punitive Damages and Assigned Claims Settlement Agreements will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 5th day of August 2016.

/s/ Kerry J. Miller