UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | Section J |
| This Document Applies to: | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. V. BP Exploration & Production Inc., et al.* | Mag. Judge Wilkinson |

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes the Deepwater Horizon Economic Claims Center ("DHECC") who moves this Honorable Court to allow Justin M. Chopin of The Chopin Law Firm, LLC to enroll on their behalf as additional co-counsel with Vernon Nelson of The Law Office of Vernon Nelson. This Motion to Enroll will not delay these proceedings.

**WHEREFORE**, the DHECC prays that its Motion be granted in all respects and that an Order be issued allowing Justin M. Chopin of The Chopin Law Firm to be enrolled as additional counsel of record on their behalf and for any and all other relief this Court may deem just and proper.

1

DATED this 5th day of August, 2016        Respectfully submitted:

**THE CHOPIN LAW FIRM, LLC**

By:     */s/ Justin M. Chopin*
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Office Telephone: 504-323-5755
Facsimile: 504-324-0640
Email: Justin@ChopinLawFirm.com
*Co-Counsel for Deepwater Horizon*
*Economic Claims Center ("DHECC")*

AND

**THE LAW OFFICES OF VERNON NELSON**

By:     */s/ Vernon Nelson*
**VERNON NELSON (NV. Bar No. 6434)**
9480 S. Eastern Ave., Suite 244
Las Vegas, NV 89123
702-476-2500 (Office)
vnelson@nelsonlawfirmlv.com
*Co-Counsel for Deepwater Horizon*
*Economic Claims Center ("DHECC")*

## CERTIFICATE OF SERVICE

    I hereby certify that this 5th day of August, 2016, a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                            */s/ Justin M. Chopin*
                                Justin M. Chopin