UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>*No. 12-970, Bon Secour Fisheries, Inc., et al. V. BP Exploration & Production Inc., et al.* | MDL 2179<br><br>Section J<br><br>Judge Barbier<br><br>Mag. Judge Wilkinson |

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record,

**IT IS HEREBY ORDERED** that Justin M. Chopin of The Chopin Law Firm is hereby enrolled as additional counsel of record for the Deepwater Horizon Economic Claims Center.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE