UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2179 |
| | ) | SECTION: J |
| *This Document Relates to:* 2:16-cv-06298; 2:16-cv-06330 | ) ) ) ) | JUDGE BARBIER |

## BUZBEE LAW FIRM'S SUPPLEMENTAL REPLY TO ORDER TO SHOWCAUSE

NOW COMES, Plaintiffs represented by the Buzbee Law Firm and specifically named below, respectfully submit this supplemental reply and request for reconsideration to the Court's Order To Show Cause issued on June 7, 2016 Order to Show Cause [Doc. 18724] ("Show Cause Order"), Court's Order Regarding Compliance with PTO 60 [Doc. 20996] and BP's Objections and Responses to Plaintiffs' PTO 60 Show Cause Submission [Doc. 21131].

This reply addresses specific issue raised by the show cause order, and respectfully requests that this Court permit the cases to proceed with lawsuits against the defendants:

**A. Joaquin Barrera/S.C.P.P. Ah Caray, S.C. de R.L., No 2:16-cv-06298**

Plaintiff returned an unsigned declaration, and respectfully requested that he be permitted additional time to return the declaration. Plaintiff submits the signed declaration attached as Exhibit A, which was received by this firm on July 28, 2016.

**B.     S.C.P.P. Alma Jarocha, S.C. de R.L.; No. 2:16-cv-06330**

Plaintiff respectfully requests reconsideration of the ruling, as the declaration was

1

not timely received by this firm and Plaintiff's claims were re-asserted in the Mass lawsuit 2:16-cv-06330. Plaintiff requests permission to file an individual lawsuit on behalf of Plaintiff S.C.P.P. Alma Jarocha, S.C. de R.L.  The declaration is attached to this reply and request for reconsideration as Exhibit B.

### C. Andrea Razo Rico; No 2:16-cv-06330

Plaintiff respectfully requests reconsideration of the ruling, as the declaration was not timely received by this firm and Plaintiff's claims were re-asserted in the Mass lawsuit 2:16-cv-06330. Plaintiff requests permission to file an individual lawsuit on behalf of Plaintiff Andrea Razo Rico.  The declaration is attached to this reply and request for reconsideration as Exhibit C.

Plaintiffs request consideration, and permission to proceed with its lawsuit, which was originally timely filed.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Caroline Adams*
Anthony G. Buzbee
tbuzbee@txattorneys.com
State Bar No. 24001820
Caroline E. Adams
cadams@txattorneys.com
State Bar No. 24011198
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: 713-223-5393
Fax: 713-223-5909

**ATTORNEYS FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on August 5, 2016.

/s/ Caroline Adams
**CAROLINE E. ADAMS**