# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | Section J |
| This Document Applies to: | Judge Barbier |
| | Mag. Judge Shushan |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. V. BP Exploration & Production Inc., et al.* | |

## <u>ORDER GRANTING</u>

## <u>MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD</u>

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Deepwater Horizon Economic Claims Center's ("DHECC") Motion to Enroll as Additional Counsel of Record, Document 21412, Vernon Nelson of The Law Office of Vernon Nelson, is hereby granted.

DATED this __ day of August, 2016.

_____
United States District Judge

Respectfully submitted:

| **THE CHOPIN LAW FIRM, LLC** | **THE LAW OFFICES OF VERNON NELSON** |
|---|---|
| ___*/s/ Justin M. Chopin*_____ | */s/ Vernon Nelson*_____ |
| **JUSTIN M. CHOPIN (La. Bar No. 31100)** | **VERNON NELSON (NV. Bar No. 31100)** |
| 650 Poydras Street, Suite 2525 | 9480 S. Eastern Ave., Suite 244 |
| New Orleans, Louisiana  70130 | Las Vegas, NV 89123 |
| Office Telephone: 504-323-5755 | 702-476-2500 (Office) |
| Facsimile: 504-324-0640 | vnelson@nelsonlawfirmlv.com |
| Email: Justin@ChopinLawFirm.com | |
| *Co-Counsel for Deepwater Horizon Economic Claims Center ("DHECC")* | |
| *Co-Counsel for Deepwater Horizon Economic Claims Center ("DHECC")* | |

1