# EXHIBIT "A"

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | Babineau | Diana | |
| 2:13-cv-05367-CJB-SS | BURKET | JENNIFER | |
| 2:13-cv-01717-CJB-SS | CISNERO | VENCITO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | DOZIER | RICHARD | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | JOHNSON | ROBIN | |
| 2:13-cv-05367-CJB-SS | KNOX | JUANITA | |
| 2:13-cv-05367-CJB-SS | KOIVU | JAY | |
| 2:13-cv-05367-CJB-SS | LANGSTON | TODD | |
| 2:13-cv-05367-CJB-SS | MCCURDY | CATHERINE | |
| 2:13-cv-01717-CJB-SS | PRICE | MERLICE | |
| 2:13-cv-01717-CJB-SS | PRYER | GERALD | |
| 2:13-cv-01717-CJB-SS | PURSELL | SCHUYLER | |
| 2:13-cv-05367-CJB-SS | QUARRLES | WILLIAM | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | SAUCIER | KASANDRA | |
| 2:13-cv-01717-CJB-SS; 2:13-cv-06651-CJB-SS | TAYLOR | NADIYAH | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | WANZA | EARL | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | WERTZ | ZACHARY MASON | |
| 2:13-cv-05367-CJB-SS | | WILLIAM ISMER | BILLS CUSTOM AUTOMOTIVE INC |

| Cause Number | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-01717-CJB-SS | | DARYL EVANS | D EVANS ELECTRIC LLC |
| 2:13-cv-01717-CJB-SS | | CURTIS RYAN EATON | INNOVATIVE CONSTRUCTION COMPANY LLC |
| 2:13-cv-01717-CJB-SS | | RENE MICHAEL WARD | REWARD LLC |
| 2:13-cv-05367-CJB-SS | SALEM | HOSNY | |
| 2:13-cv-05367-CJB-SS | BARAT | GELLERMAN | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LARUE | LARRY | |