UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: 11-2450 & 12-970 | * * | MAG. JUDGE SHUSHAN |

### ORDER

Before the Court is Jim Davis' Motion to Be Removed from Settlement and Request to Be Placed on the Active Trial Docket. (Rec. Doc. 21158)

Jim Davis and his law firm (collectively, "Davis") are class members under the Economic and Property Damages Settlement. The deadline to request to be excluded from the Settlement class was November 1, 2012. Davis did not timely request to be excluded. By effect of the Court's Order and Judgment of December 21, 2012 (Rec. Doc. 8139), Davis is bound by the terms of the Settlement, including the class-wide release. Consequently, Davis' lawsuit, No. 11-2450, is effectively dismissed with prejudice. The Court will not exclude Davis from the Settlement now or re-activate his case. Accordingly,

IT IS ORDERED that the motion (Rec. Doc. 21158) is DENIED.

New Orleans, Louisiana, this 5th day of August, 2016.

_____
United States District Court