# EXHIBIT

# "A"

| Plaintiff Name | Cause Number(s) |
|---|---|
| ADAMS, RAYMOND | 2:13-cv-06651; 2:13-cv-01717 |
| ALEXANDER, DARNELL | 2:11-cv-00951 |
| Allen, James | 2:16-cv-09465 |
| ALPHA PROFESSIONAL SERVICESSTEVENSON, GEORGE | 2:16-cv-11867 |
| BATISTE, MARCUS | 2:11-cv-00951 |
| BATISTE, NORMAN | 2:11-cv-00951 |
| BILLIOT, MICHAEL | 2:11-cv-00951 |
| BOLDS, ARSENIO | 2:11-cv-00951 |
| BOLDS, SHARARD | 2:11-cv-00951 |
| BOUIE, REGINALD | 2:11-cv-00951 |
| BROWN, AUBREY | 2:11-cv-00951 |
| CALHOUN, ANTHONY | 2:11-cv-00951 |
| CALVIN, KOURTNEY | 2:11-cv-00951 |
| CELISTAN, JOHN | 2:11-cv-00951 |
| COOLEY, LIONEL | 2:11-cv-00951 |
| CURTIS, DAVID | 2:11-cv-00951 |
| DANTZLER, CECELIA | 2:11-cv-00951 |
| DARDAR, BRANDON | 2:11-cv-00951 |
| DARVIN BADGER | 2:11-cv-00951 |
| DESTA, ERMIYAS | 2:13-cv-06651 |
| DURASSAIN, ELINE | 2:13-cv-06651 |
| EDMOND, SOREL | 2:13-cv-06651 |
| EDWARDS, LLEWELLYN | 2:13-cv-06651 |
| ELLIS, ALEXIS | 2:11-cv-00951 |
| FISHER, NAROBIA | 2:11-cv-00951 |
| FRANCO, MARIA | 2:13-cv-06651 |
| G&F CLOTHING DESIGN | 2:13-cv-06651 |
| GADDIS, EDWARD | 2:11-cv-00951 |
| GIVENS, DONALD | 2:11-cv-00951 |
| GRACELAND PORTABLE BUILDINGS OF COVINGTON, | 2:16-cv-11861 |
| HAYES, BRYAN | 2:13-cv-06651 |
| HENRY, RENE | 2:11-cv-00951 |
| HILLS, QUENTIN | 2:11-cv-00951 |
| HOLLOWAY, MICHEAL | 2:11-cv-00951 |
| HOLMES, TJAH | 2:11-cv-00951 |
| JACKSON, RONALD | 2:11-cv-00951 |
| JACKSON, THAD | 2:11-cv-00951 |
| JACQUELINE BROWN | 2:13-cv-06009; 2:13-cv-06010 |
| JENKINS, JORY | 2:11-cv-00951 |
| JEUNE, ELFILS | 2:11-cv-00951 |

| Plaintiff Name | Cause Number(s) |
|---|---|
| JEUNE, RENE | 2:11-cv-00951 |
| JOHNSON, MICHAEL | 2:13-cv-01717 |
| JONES, CHARLES | 2:11-cv-00951 |
| JONES, JOSEPH | 2:14-cv-00358 |
| LEWIS, RAYFIELD | 2:11-cv-00951 |
| MATHEWS, LINDA | 2:11-cv-00951 |
| MCCALPIN, SHERREL | 2:13-cv-06651 |
| MCCLAIN, MARCUS | 2:11-cv-00951 |
| MCCOWAN, JAMIE | 2:13-cv-06651 |
| MCGHEE, JAMES | 2:11-cv-00951 |
| MERA, EDINSON | 2:13-cv-06651 |
| MERRICKS, JONAS | 2:13-cv-06651 |
| MILLER, KENNETH | 2:11-cv-00951 |
| MITCHELL, DORIS | 2:14-cv-00357 |
| MONROE, CORNELIUS | 2:13-cv-06651 |
| MOSQUERA, MERCEDES | 2:13-cv-06651 |
| NELSON, DANIEL | 2:13-cv-06651 |
| NOYA, MARK | 2:11-cv-00951 |
| OGAL, LLC DBA / HUDDLE HOUSE RESTAURANT, | 2:14-cv-01321 |
| PARKER, DEREK | 2:11-cv-00951 |
| PARKER, MARSHA | 2:13-cv-06651 |
| POSEY, MICHAEL | 2:11-cv-00951 |
| POWELL, MICHAEL | 2:13-cv-05367 |
| RICHARDSON, ROBERT | 2:13-cv-06651 |
| RINGO, DON | 2:11-cv-00951 |
| ROBINSON, COREY | 2:11-cv-00951 |
| ROJAS, RODNEY | 2:11-cv-00951 |
| RUDOLPH, SHANTELL | 2:11-cv-00951; 2:13-cv-06651 |
| RUELAS, ALBERTO | 2:11-cv-00951 |
| RUFFIN, CHARLES | 2:11-cv-00951 |
| SANDERSON, LARRY | 2:11-cv-00951 |
| SCOTT, ARTEMUS | 2:11-cv-00951 |
| SCOTT, DARNELL | 2:11-cv-00951 |
| SEBASTIAN, WARREN | 2:13-cv-06651 |
| SHARPE, KENNETH | 2:13-cv-06651 |
| SIMMONS, CHARLES | 2:11-cv-00951 |
| SIMS, ERIC | 2:11-cv-00951 |
| SMITH, CYNTHIA | 2:13-cv-06651 |
| SMITH, DEIDRE | 2:13-cv-06009; 2:13-cv-06010 |
| SMITH, SHAMIA | 2:13-cv-06651 |
| SNEAR, ERNEST | 2:11-cv-00951 |

| Plaintiff Name | Cause Number(s) |
| --- | --- |
| STEVEN ALEXANDER SR | 2:11-cv-00951 |
| SULLIVAN, THERESA | 2:13-cv-06651 |
| TELEXPRESS CARGO INC, | 2:13-cv-06651 |
| THOMAS, KEITH | 2:13-cv-01717 |
| THORNLEY, GARY | 2:11-cv-00951 |
| THORNTON, DERRICK | 2:11-cv-00951 |
| TIERRAS COLOMBIANAS INC, | 2:13-cv-06651 |
| TIRADO, FREDY | 2:14-cv-00357 |
| TIRIKOS, MARIA | 2:13-cv-06651 |
| TOUPS, RONNIE | 2:11-cv-00951 |
| ULYSSE, YVES | 2:13-cv-06651 |
| WARD, GORDON | 2:11-cv-00951 |
| WEICK, DAVID | 2:13-cv-06651 |
| WILLIAMS, CHARLES | 2:11-cv-00951 |
| WILLIAMS, CHERYL | 2:13-cv-01717 |
| WILLIAMS, EDWARD | 2:13-cv-01717 |
| WILLIAMS, RANDY | 2:13-cv-02372 |
| WILLIAMS, RICHARD | 2:11-cv-00951 |
| WILLIAMS, SHANNON | 2:11-cv-00951 |
| ZERINGUE, JORDAN | 2:11-cv-00951 |
| ANTOINE, TERRANCE | 2:11-cv-00951 |
| CHAMBERS, ARCHIE | 2:11-cv-00951 |
| CHAVEZ, HUGO | 2:13-cv-05367 |
| CHERAMIE, CHRISTIAN | 2:11-cv-00951 |
| COMBER, RICHARD | 2:11-cv-00951 |
| CREWS, HARRY | 2:11-cv-00951 |
| DANASTASIO, DALE | 2:11-cv-00951 |
| DAVIS, HELENA | 2:11-cv-00951 |
| DAVIS, SYLVIA | 2:14-cv-00358 |
| FARINA DISTRIBUTING, | 2:13-cv-06651 |
| FRERENE, MICHAEL | 2:13-cv-06651 |
| GENESIS CHARTERS INC, | 2:13-cv-06651 |
| HYMAN, NADIA | 2:13-cv-06651 |
| JACKSON, KIMBERLY | 2:13-cv-04680 |
| JAMES, LAWRENCE | 2:11-cv-00951 |
| JESSIE, JASON | 2:11-cv-00951 |
| JONES, MICHAEL | 2:11-cv-00951 |
| KILMER, RYAN | 2:11-cv-00951 |
| LLOYD, RONALD | 2:11-cv-00951 |
| LOVE, GENE | 2:11-cv-00951 |
| RICHARDS, GLENN | 2:13-cv-06651 |
| ROBINSON, KENNETH | 2:11-cv-00951 |

| Plaintiff Name | Cause Number(s) |
| --- | --- |
| SAINTLOUIS, CLAUDY | 2:13-cv-06651 |
| SCOTT, JENNIFER | 2:13-cv-06651 |
| WILLIAMS, CHRISTOPHER | 2:13-cv-06009; 2:13-cv-06010; 2:11-cv-00951 |
| WILLIAMS, FARRELL | 2:13-cv-06651 |
| WILLIAMS, RORY | 2:11-cv-00951 |
| MEDINA, MISAEL | 2:13-cv-06651 |
| WILLIAMS, WALLACE | 2:11-cv-00951 |