# EXHIBIT

# "A"

| Plaintiff Name | Cause Number(s) |
| --- | --- |
| TRAN, TAM | 2:10-cv-04231 |
| TRUONG, SAN | 2:10-cv-03172 |
| TRUONG, THUY | 2:10-cv-04228 |
| TRUONG, VICTORIA | 2:10-cv-04233 |
| TRUONG, WILLIAM | 2:10-cv-04233 |
| DUONG, NHUT | 2:10-cv-03173 |
| HA, HAI HUY | 2:10-cv-03172 |
| LAM, NUONG | 2:10-cv-04232 |
| LE, CUONG | 2:10-cv-04234 |
| DANG, NHU VAN | 2:10-cv-03172 |
| NGO, NIKKI | 2:10-cv-04233 |
| DANG, DUNG | 2:10-cv-03179 |
| HO, DONNY | 2:10-cv-04233 |
| LAM, HANH | 2:10-cv-03179 |
| NGUYEN, BETSY | 2:14-cv-01106 |
| NGUYEN, CHAU | 2:10-cv-03170 |
| NGUYEN, DIEM HANH | 2:10-cv-04232 |
| NGUYEN, FRANKLIN | 2:10-cv-04228 |

| Plaintiff Name | Cause Number(s) |
|---|---|
| NGUYEN, HAU | 2:10-cv-04232 |
| NGUYEN, KIEN | 2:10-cv-04232 |
| NGUYEN, LOAN | 2:10-cv-03170 |
| NGUYEN, LONG HOANG | 2:10-cv-04232 |
| NGUYEN, QUI VAN | 2:10-cv-04232 |
| NGUYEN, QUOC | 2:10-cv-04232 |
| NGUYEN, TRANG | 2:10-cv-04228 |
| NGUYEN, XUAN THI | 2:10-cv-04234 |
| PHAM, DIEM | 2:10-cv-04233 |
| PHAM, GIANG | 2:10-cv-04232 |
| TRAN, CANH MINH | 2:10-cv-04232 - |
| TRAN, TAM | 2:14-cv-01106 |
| TRAN, TIM | 2:10-cv-03170 |
| TRUONG, DUNG VAN | 2:10-cv-02116 |
| TRUONG, HIEP VAN | 2:10-cv-03172 |
| NGUYEN, CUA | 2:10-cv-04228 |
| NGUYEN, HUNG | 2:10-cv-03190 |
| NGUYEN, TAM | 2:10-cv-04232 |

| Plaintiff Name | Cause Number(s) |
|---|---|
| NGUYEN, THANH | 2:10-cv-03181 |
| TRAN, THY | 2:10-cv-03179 |
| LE, HONG | 2:13-cv-06009; 2:13-cv-06010 |
| BUI, LOC | 2:10-cv-04232 |
| DANG, NHE | 2:10-cv-04233 |
| DANG, UYEN | 2:10-cv-03191 |
| JOHNSON, SEAN | 2:11-cv-00901 |
| LY, KAITLYN | 2:10-cv-04232 |
| NGUYEN, KHAI TRI | 2:10-cv-03170 |
| NGUYEN, KIM CUC | 2:10-cv-03170 |
| TRAN, TINH | 2:10-cv-04232; 2:10-cv-03170 |
| VO, HUCK | 2:10-cv-04232 |