# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*No. 12-970, Bon Secour Fisheries, Inc., et. al. v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

### *EX PARTE* CONSENT MOTION TO WITHDRAW MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO JACK HEMMENWAY AND OTHERS [DOC. 15431]

NOW INTO COURT, through his undersigned counsel, comes the Claims Administrator, Patrick A. Juneau, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC"), who, upon suggesting that the matters at issue in the Hemmenway Motion have been resolved by the parties, moves, *ex parte*, with the express consent of Brent Coon, counsel for the opposing party, Jack Hemmenway, for the entry of the accompanying Order authorizing and effecting the withdrawal of the DHECC's Motion for Return of Payments Made to Jack Hemmenway and Others filed on October 2, 2015 (the "Hemmenway Motion") [Doc. 15431], with prejudice, each party to bear its own costs.

WHEREFORE, the DHECC prays that this motion be granted *ex parte*, and that the accompanying Order authorizing and effecting the withdrawal of the Hemmenway Motion, with prejudice, be entered.

This 9th day of August, 2016.

        Patrick A. Juneau
        Claims Administrator

        /s/ Kevin Colomb
        By:  Kevin Colomb
        Manager of Compliance and Internal Integrity

Consented to:

/s/Brent Coon
By:  Brent Coon
Attorney for Jack Hemmenway

**CERTIFICATE OF SERVICE**

      **WE HEREBY CERTIFY** that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   9th day of August, 2016.

        /s/      Kevin Colomb