## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>This Document Relates to:<br><br>*No. 12-970, Bon Secour Fisheries, Inc., et. al. v. BP Exploration & Production Inc., et al.* | **MDL No. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

### ORDER GRANTING *EX PARTE* CONSENT MOTION TO WITHDRAW MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO JACK HEMMENWAY AND OTHERS [DOC. 15431]

Considering the *Ex Parte* Consent Motion (the "*Ex Parte* Motion") to Withdraw the Motion of the DHECC for Return of Payments Made to Jack Hemmenway and Others filed on October 2, 2015 (the "Hemmenway Motion") [Doc. 15431], and the consent of counsel for Jack Hemmenway, and the Court finding that the *Ex Parte* Motion should be granted; accordingly

IT IS ORDERED that the *Ex Parte* Motion be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that the Hemmenway Motion [Doc. 15431] be and the same is authorized to be and is hereby WITHDRAWN, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this __ day of August, 2016.

_____
Carl J. Barbier
United States District Judge