UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No. 11-1159 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Willis & Buckley, APLC, has filed a Motion for Leave to Intervene in Civil Action No. 11-1159.  Record Doc. No. 8063.  Jennifer N. Willis, counsel for movant, has advised the court that the motion has been resolved and is moot.  Accordingly,

**IT IS ORDERED** that the motion DISMISSED AS MOOT.

The Clerk is directed to file this order in the records of both MDL 2179 and C.A. No. 11-1159.

New Orleans, Louisiana, this ___9th___ day of August, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER