# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>*No. 12-970, Bon Secour Fisheries, Inc., et. al. v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

### ORDER GRANTING *EX PARTE* CONSENT MOTION TO WITHDRAW MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO JACK HEMMENWAY AND OTHERS [DOC. 15431]

Considering the *Ex Parte* Consent Motion (the "*Ex Parte* Motion") to Withdraw the Motion of the DHECC for Return of Payments Made to Jack Hemmenway and Others filed on October 2, 2015 (the "Hemmenway Motion") [Doc. 15431], and the consent of counsel for Jack Hemmenway, and the Court finding that the *Ex Parte* Motion should be granted; accordingly

IT IS ORDERED that the *Ex Parte* Motion be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that the Hemmenway Motion [Doc. 15431] be and the same is authorized to be and is hereby WITHDRAWN, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 9th day of August, 2016.

Carl J. Barbier
United States District Judge