UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | Civil Action: MDL No. 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | JUDGE: CARL BARBIER |
| | * | |
| This Document Relates to 11-1756 | * | MAG: JOSEPH C. WILKINSON, JR |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, David Tharpe, who, upon representing to the Court that he has amicably resolved all causes of action related to 11-1756 specifically involving the vessel of opportunity program in the above-captioned matter and moves to dismiss any and all claims against all parties in this action, with prejudice, with each party to bear its own costs of Court and attorney's fees. Mover specifically retains his right to his medical claim filed in the Deepwater Horizon Medical Settlement.

Respectfully submitted,

*/s/ Evette E. Ungar*
EVETTE E. UNGAR (29013)
4304 NAPOLI DRIVE
METAIRIE, LA 70002
Telephone No.: (504) 566-1616
Facsimile No.: (504) 566-1652
Email: eungar@ungarlawyers.com
ATTORNEY FOR PLAINTIFF,
*David Tharpe*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of AUGUST, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel listed with the Court. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail.

*/s/ Evette E. Ungar*
EVETTE E. UNGAR