UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | Section J |
| This Document Applies to: | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. V. BP Exploration & Production Inc., et al.* | Mag. Judge Shushan |

## ORDER GRANTING

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Deepwater Horizon Economic Claims Center's ("DHECC") Motion to Enroll as Additional Counsel of Record, Document 21412, Vernon Nelson of The Law Office of Vernon Nelson, is hereby granted.

New Orleans, Louisiana this 10th day of August, 2016.

_____
United States District Judge