UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>*No. 12-970, Bon Secour Fisheries, Inc., et al. V. BP Exploration & Production Inc., et al.* | MDL 2179<br><br>Section J<br><br>Judge Barbier<br><br>Mag. Judge Wilkinson |

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record,

**IT IS HEREBY ORDERED** that Justin M. Chopin of The Chopin Law Firm is hereby enrolled as additional counsel of record for the Deepwater Horizon Economic Claims Center.

New Orleans, Louisiana this 10th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE