## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179  Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### AMENDED ORDER

### [Approving Settlement of Economic and Property Damages Settlement Claim]

On January 20, 2016, this Court issued an Order Approving Settlement of Economic and Property Damages Settlement Claim ("Settlement Approval Order") for Joseph Matthews, a Deceased Claimant ("Claimant") and the Court made findings including that: (1) LeJuana Matthews was the proper Representative Claimant and (2) that the Claims Administrator shall pay the Claim Award Amount to the Claimant Representative.  Subsequent to that Order, the Claims Administrator and Claimant Representative moved this Court for amended Order reflecting the Representative Claimant as LaJuana Matthews, instead of LeJuana Matthews.

Accordingly, IT IS HEREBY ORDERED AND DECLARED THAT the Settlement Approval Order issued on January 20, 2016 [Rec. Doc. 15769], is amended to reflect that:

1.   The Claimant's claim was submitted to the Claims Administrator by LaJuana Matthews ("Claimant's Representative"), who has certified that she is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Claimant and all other persons who may claim any damage by or through any relationship with the Claimant ("Derivative Claimants").

2. Except as provided in this Order, the provisions of the Settlement Approval Order issued on January 20, 2016, remain in full force and effect unless and until modified by this Court.

New Orleans, Louisiana, this 10th day of August, 2016.

_____
CARL J. BARBIER
U.S. DISTRICT JUDGE