UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG      MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010      SECTION "J"

THIS DOCUMENTS RELATES TO:      JUDGE BARBIER
Civil Action No. 11-3180      MAG. JUDGE WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTIONS:       Motion for Leave to File Complaint in Intervention, Record
Doc. No. 7972

O R D E R E D:

XXX:  This motion has been pending without determination for almost four years.
Accordingly, IT IS ORDERED that the motion is noticed for submission on the court's
August 31, 2016 motion docket, and written memoranda in opposition, if any, must be
filed no later than August 23, 2016.  The motion will thereafter be determined on the
briefs without oral argument.

New Orleans, Louisiana, this __10th__ day of August, 2016.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE