UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG           MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010       SECTION "J"

THIS DOCUMENTS RELATES TO:          JUDGE BARBIER
Civil Action No. 10-2771                    MAG. JUDGE WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTIONS:        Motion for Attorney's Fees and Costs, Record Doc. No. 8145

O R D E R E D:

XXX:  This motion has been pending without determination for almost four years. Accordingly, IT IS ORDERED that the motion is noticed for submission on the court's August 31, 2016 motion docket, and written memoranda in opposition, if any, must be filed no later than August 23, 2016.  The motion will thereafter be determined on the briefs without oral argument.

New Orleans, Louisiana, this ____10th____ day of August, 2016.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE