UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br>Civil Action No. 10-2771 [Rec. Doc. 326]; Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248]; and 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTIONS:   Motion to Intervene for Attorney's Fees, Record Doc. No. 14960

O R D E R E D:

XXX:  This motion has been pending without determination for one year.  Accordingly, IT IS ORDERED that the motion is noticed for submission on the court's August 31, 2016 motion docket, and written memoranda in opposition, if any, must be filed no later than August 23, 2016.  The motion will thereafter be determined on the briefs without oral argument.

New Orleans, Louisiana, this ___10th___ day of August, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE