UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO HERMINIA MEDINA D/B/A TIN TIN'S ORIENTAL FOOD STORE, LANSDON FLOORING, LLC AND BELLASIA NAIL AND SPA SALON, AND MADE IN RELIANCE ON
<u>FINANCIAL DATA PROVIDED BY CLAIM PREPARER RAYMOND G. FLORES</u>

The Deepwater Horizon Economic Claims Center ("DHECC") moves to have claimants Herminia Medina d/b/a Tin Tin's Oriental Food Store ("Tin Tin"), Lansdon Flooring, LLC ("Lansdon"), and Bellasia Nail and Spa Salon ("Bellasia"), and claims preparer Raymond Flores ("Flores") return payments made by the DHECC in reliance on the financial data Flores provided to the DHECC. The three claimants received and were each unjustly enriched by payments made to them by the DHECC through the actions of Flores, and Flores manipulated the claimants' monthly profit and loss statements to create and significantly increase each claimant's purported economic loss suffered after the oil spill.

Relying on Flores's representations, the DHECC paid Tin Tin $99,081.61, Lansdon $24,956.91, and Bellasia $18,489.56. Flores took a percentage of each of these awards. The DHECC seeks a judgment requiring Tin Tin, Lansdon and Bellasia to each make restitution to the DHECC of the amounts paid to each of them, and requiring Flores to return the aggregate $142,528.08 paid on these claims, *in solido* with each of the claimants, and prohibiting them from participating in any further DHECC distributions. Any other professionals who may have assisted any of them and benefitted from these unjustified

payments should also be required to pay and return any payments received from any of these claims. The DHECC seeks such further relief as may be warranted and equitable.

                                        Respectfully submitted,

                                        Patrick Juneau
                                        Claims Administrator

                                        By:   /s/ Kevin Colomb
                                        Kevin Colomb
                                        Manager of Compliance and Internal Integrity

Dated:   August 10, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 10th day of August, 2016, by electronic mail or overnight courier, on the following:

Gary Huston, Esq.
Clark Partington
125 West Romana Street
Suite 800
Pensacola, FL 32502
*Attorney for Raymond G. Flores, CPA*

Tin Tin's Oriental Food Store
Attn: Herminia Medina
4922 W. Fairfield Drive
Pensacola, FL 32506

Lansdon Flooring, LLC
Attn: Robert Lansdon, Jr.
2801 Longleaf Dr.
Pensacola, FL 32526

Bellasia Nail & Spa Salon, LLC
Attn: Johnny Nguyen
6508 Heritage Trace Drive
Mobile, AL 36695

     /s/ Kevin Colomb
     Counsel