UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          :     MDL 2179
        "DEEPWATER HORIZON" IN THE      :
        GULF OF MEXICO, ON APRIL 20, 2010    :     Section J
                                             :
This Document Applies to:               :     Judge Barbier
                                             :
*No. 12-970, Bon Secour Fisheries, Inc., et*    :     Mag. Judge Shushan
*al. v. BP Exploration & Production Inc., et al.*    :

ORDER AND FINAL JUDGMENT

Upon consideration of the motion by the Claims Administrator to have claimants Herminia Medina dba Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon and claims preparer Raymond G. Flores ("Flores") return payments made by the Deepwater Horizon Economic Claims Center ("DHECC") in reliance on the financial data and sworn written statements provided by Flores, and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for Return of Payments Made in Reliance on the Financial Data Provided by Claim Preparer Raymond G. Flores is GRANTED; and

2. The DHECC  $99,081.61 claim award in favor of Herminia Medina dba Tin Tin's Oriental Food Store (Claim ID 96588) is hereby RESCINDED and VACATED; and

3. The DHECC $24,956.91 claim award in favor of Lansdon Flooring, Inc. (Claim ID 93869) is hereby RESCINDED and VACATED; and

4. The DHECC $18,489.56 claim award in favor of Bellasia Nail Spa and Salon (Claim ID 88163) is hereby RESCINDED and VACATED; and

5.  Judgment is entered against Raymond G. Flores for the preparation and submission of Claims 96588, 93869, and 88163, requiring Flores to make restitution to the DHECC in the amount of $142,528.08, plus post-judgment interest; and

6.  Judgment is entered against Raymond G. Flores and Herminia Medina dba Tin Tin's Oriental Food Store, jointly, severally, and *in solido*, requiring Flores and Herminia Medina dba Tin Tin's Oriental Food Store to make restitution to the DHECC in an amount up to $99,081.61, plus post-judgment interest; and

7.  Judgment is entered against Raymond G. Flores and Lansdon Flooring, Inc., jointly, severally, and *in solido*, requiring Raymond G. Flores and Lansdon Flooring, Inc. to make restitution to the DHECC in an amount up to $24,956.91, plus post-judgment interest; and

8.  Judgment is entered against Raymond G. Flores and Bellasia Nail Spa and Salon, jointly, severally, and *in solido*, requiring Raymond G. Flores and Bellasia Nail Spa and Salon, to make restitution to the DHECC in an amount up to $18,489.56, plus post-judgment interest; and

9.  Under no circumstances shall the DHECC's recovery exceed $142,528.08.

10.  IT IS FURTHER ORDERED that , Tin Tin, Lansdon, Bellasia and Flores are prohibited from participating in any further DHECC distributions, and  any other professionals who may have assisted any of them and benefitted from these unjustified payments should also be required to pay and return any payments received from  any of these claims.

2

11.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

12.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2016.


_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE