# EXHIBIT B

| ATTACHMENT A: EVALUATION OF CLAIM |
|---|
| Tin-Tin's Oriental Food & Imports & Food Concession |
| A. METHODOLOGY |

Methodology used to Calculate:
Tin-Tin's lost profits caused by the spill were determined by (1) calculating the difference between Projected Revenues from May 2010 - December 2010 and the Actual Revenues collected during this period and (2) multiplying this value by a Loss of Income percentage to account for saved expenses. The resulting Lost Profit value was then multiplied by a multiplier to compensate Tony & Sue, Inc. for the long-term damage to the business caused by the spill.

| | B. CALCULATION OF LOST PROFITS | |
|---|---|---|
| 1. | 2010 Projected Revenues (projected for the periods of May 2010 - Dec 2010 based upon documented financial records, as shown in Attachment B, Section A) | $181,509.88 |
| 2. | Less: 2010 Actual Revenues (for May 2010 - Dec 2010 from submitted financial records as shown in Attachment B, Section A) | $51,712.44 |
| 3. | 2010 Lost Revenues (Row 1 minus Row 2) | $129,797.44 |
| 4. | Loss of Income % (LOI%) (the LOI percentage adjusts the calculated Lost Revenues to reflect saved or discounted expenses) | 40.00% |
| 5. | Resulting 2010 Lost Profits (Row 3 multiplied by Row 4 to determine the Lost Profits from the Lost Revenues) | $51,918.98 |
| | C. FINAL PAYMENT | |
| 1. | 2010 Lost Profits (from Row 5 in Section B above) | $51,918.98 |
| 2. | 2010 Lost Profits Multiplied by a Future Risk Multiplier of 2 | $103,837.95 |
| 3. | Accounting Invoice for Reasonable Loss Assessment, see attached invoice | $5,350.00 |
| 4. | Calculated Final Payment Amount | **$109,187.95** |

CLAIMANT:
Tin-Tin's Oriental Food & Imports & Food Concession

GCCF CLAIM #:

| ATTACHMENT B: EXPLANATION OF DOCUMENTED LOST PROFITS |
|---|
| Tin-Tin's Oriental Food & Imports & Food Concession |

| A. DOCUMENTED LOST PROFITS PERIODS |
|---|

Actual post spill revenues in the relevant time period were compared to projected revenues to determine the monthly loss caused by the spill.

| | Measurement Period | Projected Monthly 2010 Revenues (Average of 2008 & 2009) | Actual Post-Spill Revenues (Actual May 2010 Dec 2010) | Net Loss (Projected Monthly minus Actual Post-Spill Revenues) |
|---|---|---|---|---|
| 1. | 5/1/2010 - 5/31/2010 | $27,216.13 | $21,470.50 | $5,745.63 |
| 2. | 6/1/2010 - 6/30/2010 | $27,707.68 | $6,923.62 | $20,784.06 |
| 3. | 7/1/2010 - 7/31/2010 | $25,534.53 | $5,596.28 | $19,938.25 |
| 4. | 8/1/2010 - 8/31/2010 | $23,309.64 | $5,237.43 | $18,072.21 |
| 5. | 9/1/2010 - 9/30/2010 | $21,472.81 | $5,115.41 | $16,357.40 |
| 6. | 10/1/2010 - 10/31/2010 | $20,179.26 | $2,325.83 | $17,853.43 |
| 7. | 11/1/2010 - 11/30/2010 | $19,196.18 | $2,724.86 | $16,471.32 |
| 8. | 12/1/2010 - 12/31/2010 | $16,893.67 | $2,318.51 | $14,575.16 |
| | TOTAL DOCUMENTED PAST LOST REVENUES DUE TO THE OIL SPILL | $181,509.88 | $51,712.44 | $129,797.44 |

| | Measurement Period | Actual Revenues for 2008 | Actual Revenues for 2009 | Average Revenues for 2008 - 2009 |
|---|---|---|---|---|
| 1. | 5/1 - 5/31 | $23,808.65 | $30,623.61 | $27,216.13 |
| 2. | 6/1 - 6/30 | $24,238.66 | $31,176.70 | $27,707.68 |
| 3. | 7/1 - 7/31 | $22,337.59 | $28,731.47 | $25,534.53 |
| 4. | 8/1 - 8/31 | $20,391.25 | $26,228.02 | $23,309.64 |
| 5. | 9/1 - 9/30 | $18,784.39 | $24,161.22 | $21,472.81 |
| 6. | 10/1 - 10/31 | $17,652.80 | $22,705.72 | $20,179.26 |
| 7. | 11/1 - 11/30 | $16,792.80 | $21,599.55 | $19,196.18 |
| 8. | 12/1 - 12/31 | $14,778.57 | $19,008.76 | $16,893.67 |

CLAIMANT:
Tin-Tin's Oriental Food & Imports & Food Concession

GCCF CLAIM #:

## ATTACHMENT C: STATEMENT OF MONTHLY SALES & LOSS OF INCOME CALCULATION
### Tin-Tin's Oriental Food & Imports & Food Concession

| | |
|---|---|
| CLAIMANT: | Tin-Tin's Oriental Food & Imports & Food Concession |
| ADDRESS: | 4922 W Fairfield Drive |
| | Pensacola, Florida 32506-4112 |
| GCCF CLAIM#: | |
| TAX ID NUMBER: | |
| BUSINESS: | Grocery Store & Food Concession for Seafood Festivals |

### STATEMENT OF MONTHLY SALES

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FYE 2008 | 14,167.51 | 17,154.90 | 16,973.85 | 19,237.03 | 23,808.65 | 24,238.66 | 22,337.59 | 20,391.25 | 18,784.39 | 17,652.80 | 16,792.80 | 14,778.57 |
| FYE 2009 | 18,222.80 | 22,065.30 | 21,832.43 | 24,743.42 | 30,623.61 | 31,176.70 | 28,731.47 | 26,228.02 | 24,161.22 | 22,705.72 | 21,599.55 | 19,008.76 |
| FYE 2010 | 23,027.42 | 27,977.29 | 27,063.28 | 28,236.25 | 21,470.50 | 6,923.62 | 5,596.28 | 5,237.43 | 5,115.41 | 2,325.83 | 2,724.86 | 2,318.51 |

### STATEMENT OF LOSS OF INCOME (LOI) BY YEAR

| YEAR | FYE 2008 | FYE 2009 | FYE 2010 |
|---|---|---|---|
| GROSS REVENUE | 226,318 | 291,099 | 158,017 |
| COGS/V. COSTS | 135,791 | 174,659 | 94,810 |
| LOI $ | 90,527 | 116,440 | 63,207 |
| LOI % | 40.00% | 40.00% | 40.00% |

| AVERAGE LOSS OF INCOME % (LOI %) FROM 2008 - 2010 | 40.00% |
|---|---|

CLAIMANT:
Tin-Tin's Oriental Food & Imports & Food Concession

GCCF CLAIM #:


# FF&G
## FLORES FLORES & GARG, P.A.
### Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

January 28, 2012

Tin-Tin's Oriental Food & Imports & Food Concession
4922 W Fairfield Drive
Pensacola, FL 32506-4112 (GCCF # ███████)

We are pleased to confirm our understanding of the nature and limitations of the services we are to provide for Transcontinental Security Inc.

We will apply the agreed-upon procedures which Tin-Tin's Oriental Food & Imports & Food Concession has specified, listed in the attached Schedule A, to assist in the completion of claim reports for submission to the Gulf Coast Claims Facility ("GCCF"). This engagement is solely to assist Tin-Tin's Oriental Food & Imports & Food Concession in assessing damages resulting from the Deepwater Horizon Incident oil leak ("oil spill"). Our engagement to apply agreed-upon procedures will be conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation regarding the sufficiency of the procedures described in the attached schedule either for the purpose for which this report has been requested or for any other purpose. If, for any reason, we are unable to complete the procedures, we will describe any restrictions on the performance of the procedures in our report, or will not issue a report as a result of this engagement.

Because the agreed-upon procedures listed in the attached schedule do not constitute an examination, we will not express an opinion on claims submissions and associated supporting documentation. In addition, we have no obligation to perform any procedures beyond those listed in the attached schedule.

We will submit a report for each claims submission listing the procedures performed and our findings. This report is intended solely for the use of Tin-Tin's Oriental Food & Imports & Food Concession and the GCCF to assist with oil spill claim submissions, and should not be used by anyone other than the specified parties. Our report will contain a paragraph indicating that had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

In the event more extensive procedures are required or requested, we will at that time prepare an "Engagement Letter Addendum." This addendum will clearly define the additional procedures to be completed.

You are responsible for the presentation of claim submissions to the GCCF in accordance with their requirements; and for selecting the criteria and determining that such criteria are appropriate for your purposes. You are also responsible for making all management decisions and performing all management functions; for designating an individual with suitable skill, knowledge, and/or experience to oversee claims assessments and substantiations we provide; and for evaluating the adequacy and results of those services and accepting responsibility for them.

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
PHONE 850.435.6845   FAX 850.433.2371

Established 1982

Raymond G. Flores is the engagement partner and is responsible for supervising the engagement and signing the report or authorizing another individual to sign it.

We plan to begin our procedures upon your submission of the requested items enumerated in the attached schedule. We will continue to perform claims assessments as needed by Transcontinental Security Inc. At the conclusion of each assessment, we will require a representation letter from you that, among other things, will confirm your responsibility for the presentation of the claims reimbursement to GCCF in accordance with their requirements.

Our fees will be based on our standard hourly rates and are detailed by staff level at Schedule B. If significant additional time is necessary, we will discuss it with you before we incur the additional costs. Our invoices for these fees will be rendered each month as work progresses and are payable upon presentation. In accordance with our firm policies, work may be suspended if your account becomes 30 or more days overdue and will not be resumed until your account is paid in full. If we elect to terminate our services for nonpayment, our engagement will be deemed to have been completed upon written notification of termination even if we have not completed our report. You will be obligated to compensate us for all time expended and to reimburse us for all out-of-pocket expenditures through the date of termination.

We appreciate the opportunity to assist you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you agree with the terms of our engagement as described in this letter, please sign the enclosed copy and return it to us. If the need for additional procedures arises, our agreement with you will need to be revised. It is customary for us to enumerate these revisions in an addendum to this letter. If additional specified parties of the report are added, we will require that they acknowledge in writing their responsibility for the sufficiency of procedures.

Sincerely yours,

*[signature]*

Flores Flores & Garg, P.A.


This letter correctly sets forth the understanding of Tin-Tin's Oriental Food & Import & Food Concession
By: Herminia Medina, Owner   *[signature: Herminia Medina]*

Signature:

1/29/2012
Date:

## Schedule A
## Support Documentation

1. We will request supporting documentation to substantiate amounts detailed on claims request. These documents may include, but are not limited to:

    a. Tax returns from 2008, 2009, and 2010 if available.
    b. Accounting records, including monthly profit and loss statements, for 2008 through 2011
    c. Letter from owner on company letterhead describing in detail the nature of the business, the loss suffered, and how the loss is directly caused by the Oil Spill.
    d. Map or description of area showing geographic location of business.
    e. Schedule of extra expenses incurred because of the Oil Spill (i.e., advertising)
    f. Documentation providing details on efforts to reduce or mitigate losses.
    g. Documentation providing details of payments received from BP and/or GCCF.
    h. Documentation of any amounts received or anticipated from any insurance policy or program for lost income or interruption in business operations as a result of the spill, dates such payments were received and date that payments are scheduled to cease.
    i. Monthly sales tax returns for 2008 – present.
    j. Copy of business license.
    k. List of all corporate officers authorized to sign claim.
    l. Copy of driver's license of officer of corporation
    m. Other proof, if applicable.

2. We will report any documents not obtained above in our report.

3. We will periodically recalculate lost income utilizing documentation provided above.

4. We will report our findings to you with each claims submission.

5. We will provide our recalculation of lost income and supporting documentation to you for requesting reimbursement from the GCCF.

Date: 1/29/12

## Schedule B
## Schedule of Hourly Staff Rates

| | |
|---|---|
| Partner Level | $250 |
| Manager Level | $180 |
| Staff Accountant Level | $125 |

Date: 1/29/12

# Invoice

**FLORES FLORES & GARG, P.A.**

809 BEVERLY PKWY
PENSACOLA, FL 32505

| Date | Invoice # |
|---|---|
| 2/21/2012 | 664505 |

| Bill To |
|---|
| TIN-TIN'S ORIENTAL FOOD & IMPORTS AND FOOD CONCESSION<br>4922 W FAIRFIELD DRIVE<br>PENSACOLA FL 32506-4112 |

| Terms | Rep |
|---|---|
| Due on receipt | BP-RF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| REQUEST FOR MORE DETAILED ACCOUNTING INVOICE FOR GCCF CLAIM # ▓▓▓▓▓▓<br><br>GCCF CLAIM INTERVIEW: TIN-TIN'S ORIENTAL FOOD & IMPORTS & FOOD CONCESSION (Date 1/16/2012, 6:00p - 9:00p), 1 CPA FIRM PARTNERS WERE PRESENT FOR INTERVIEW MEETING & REVIEW AFTER, 3 hours<br>-introduction of CPA, Accountants, and Claimant involved<br>-interview is set by appointment by FF&G Staff<br>-follow-up call by Ray G. Flores CPA<br>-meeting/interview is set<br>-discuss and interview Claimant to validate rightful business claim<br>-discuss our responsibilities and duties for accounting engagement<br>-review the financial information brought to interview<br>-verity if (1) Claimant has causation for Claim and (2) Claimant in its initial review can define a financial loss has indeed incurred, if not engagement is ceased<br>-educate the Claimant on the differences of final and interim claims<br>-answer all questions and concerns of final and/or interim claims<br>-review financial information/documents brought to interview<br>-collect, scan, and organize Claimant file needed for GCCF final/interim claim<br>-fact finding and understanding of business(es)<br>-define the Owners of the Company<br>-define the Entity of the Company (i.e. C Corp, S Corp, LLC, or sole proprietorship)<br>-verify address and phone contacts<br>-define missing documents needed to submit claim | 3 | 250.00 | 750.00 |

**Total**

Page 1

# Invoice

**FLORES FLORES & GARG, P.A.**

809 BEVERLY PKWY
PENSACOLA, FL 32505

| Date | Invoice # |
|---|---|
| 2/21/2012 | 664505 |

| Bill To |
|---|
| TIN-TIN'S ORIENTAL FOOD & IMPORTS AND FOOD CONCESSION<br>4922 W FAIRFIELD DRIVE<br>PENSACOLA FL 32506-4112 |

| Terms | Rep |
|---|---|
| Due on receipt | BP-RF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| COMPILATION & REVIEW OF FINANCIAL STATEMENTS: 2008 (12 Months) (Date 1/17/2012, 9:00a - 5:00p), 8 hours<br>-review of assets, liabilities, and equity<br>-review of income and expenses<br>-trial balance<br>-detail statement of accounts<br>-various office visits and/or phone calls<br>-monthly or quarterly financial statements for members or stockholders<br>-bank account reconciliation of all bank accounts<br>-review of accounts receivable, if any<br>-various copies for members or stockholders<br>-review of all credit card transaction receipts<br>-review of all cash transaction receipts | 8 | 180.00 | 1,440.00 |
| COMPILATION & REVIEW OF FINANCIAL STATEMENTS: 2009 (12 Months) (Date 1/18/2012, 9:00p - 5:00p), 8 hours<br>-review of assets, liabilities, and equity<br>-review of income and expenses<br>-trial balance<br>-detail statement of accounts<br>-various office visits and/or phone calls<br>-monthly or quarterly financial statements for members or stockholders<br>-bank account reconciliation of all bank accounts<br>-review of accounts receivable, if any<br>-various copies for members or stockholders<br>-review of all credit card transaction receipts<br>-review of all cash transaction receipts | 8 | 180.00 | 1,440.00 |

**Total**

# Invoice

**FLORES FLORES & GARG, P.A.**

809 BEVERLY PKWY
PENSACOLA, FL 32505

| Date | Invoice # |
|---|---|
| 2/21/2012 | 664505 |

**Bill To**

TIN-TIN'S ORIENTAL FOOD & IMPORTS
AND FOOD CONCESSION
4922 W FAIRFIELD DRIVE
PENSACOLA FL 32506-4112

| Terms | Rep |
|---|---|
| Due on receipt | BP-RF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| COMPILATION & REVIEW OF FINANCIAL STATEMENTS: 2010 (12 Months) (Date 1/19/2012, 9:00a- 5:00p), 8 hours<br>-review of assets, liabilities, and equity<br>-review of income and expenses<br>-trial balance<br>-detail statement of accounts<br>-various office visits and/or phone calls<br>-monthly or quarterly financial statements for members or stockholders<br>-bank account reconciliation of all bank accounts<br>-review of accounts receivable, if any<br>-various copies for members or stockholders<br>-review of all credit card transaction receipts<br>-review of all cash transaction receipts | 8 | 180.00 | 1,440.00 |
| EXAMINATION REPORT OF FORECASTED FINANCIAL STATEMENTS FOR 6 YEARS: FINAL CLAIM SUBMITTED ON 2/21/2012, 3 hours<br>-2010 - 2016 Net Sales Forecasts<br>-2010 - 2016 Cost of Goods Sold Forecasts, if applicable<br>-2010 - 2016 Variable Costs<br>-formal examination report<br>-forecasted financial statements<br>-notes and assumptions of forecasted financial statements<br>-calculation of variable costs percentages based on net sales<br>-formal write-up and cover sheet presentation<br>-final claim processed and uploaded via Internet<br>-includes all follow-up calls, questions, emails, and correspondence<br>-includes all details, correspondence, and follow-ups with GCCF concerning final claims and final settlement process | 3 | 280.00 | 840.00 |
| DISCOUNT ON SERVICES | 1 | -560.00 | -560.00 |

**Total** $5,350.00

Page 3