# EXHIBIT D

**FF&G**

## FLORES FLORES & GARG, P.A.

Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

ACCOUNTANT'S COMPILATION REPORT

January 29, 2012

Tin-Tin's Oriental Food & Imports & Food Concession:

We have compiled the income statement of Tin-Tin's Oriental Food & Imports & Food Concession for the year ending of December 31, 2008.  We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements.

Sincerely,

Raymond G. Flores, C.P.A.

MEMBER:
FLORIDA INSTITUTE OF C.P.A.'S

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
*PHONE* 850.435.6845  *FAX* 850.433.2371

*Established 1982*

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
**Income Statement-YTD**
January through December 2008

|  | Jan - Dec 08 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| Income |  |  |
| Grocery & Concession Sales | 226,318.00 | 100.0% |
| Total Income | 226,318.00 | 100.0% |
| Cost of Goods Sold |  |  |
| Food & Beverage Purchases | 167,814.80 | 74.2% |
| Supplies Expense | 0.00 | 0.0% |
| Total COGS | 167,814.80 | 74.2% |
| Gross Profit | 58,503.20 | 25.9% |
| Expense |  |  |
| Auto & Fuel Expense | 0.00 | 0.0% |
| Insurance Expense | 1,505.00 | 0.7% |
| Interest - Installment Loan | 5,585.04 | 2.5% |
| Interest - Mortgage | 17,109.91 | 7.6% |
| Legal & Professional | 280.00 | 0.1% |
| Rental, Booth Space, & Taxes | 9,417.00 | 4.2% |
| Shipping Charges | 1,483.00 | 0.7% |
| Telephone Expense | 3,018.96 | 1.3% |
| Utilities Expense | 4,860.85 | 2.1% |
| Total Expense | 43,259.76 | 19.1% |
| Net Ordinary Income | 15,243.44 | 6.7% |
| **Other Income/Expense** |  |  |
| Other Income |  |  |
| Other Income | 24.04 | 0.0% |
| Total Other Income | 24.04 | 0.0% |
| Net Other Income | 24.04 | 0.0% |
| **Net Income** | **15,267.48** | **6.7%** |

See Accountant's Compilation Report

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-By Month
January through December 2008

| | Jan 08 | Feb 08 | Mar 08 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     Grocery & Concession Sales | 14,167.51 | 17,154.90 | 16,973.85 |
|   Total Income | 14,167.51 | 17,154.90 | 16,973.85 |
|   Cost of Goods Sold | | | |
|     Food & Beverage Purchases | 10,505.21 | 12,720.36 | 12,586.11 |
|     Supplies Expense | 0.00 | 0.00 | 0.00 |
|   Total COGS | 10,505.21 | 12,720.36 | 12,586.11 |
|   Gross Profit | 3,662.30 | 4,434.54 | 4,387.74 |
|   Expense | | | |
|     Auto & Fuel Expense | 0.00 | 0.00 | 0.00 |
|     Insurance Expense | 0.00 | 0.00 | 1,505.00 |
|     Interest - Installment Loan | 465.42 | 465.42 | 465.42 |
|     Interest - Mortgage | 1,498.24 | 1,483.26 | 1,468.28 |
|     Legal & Professional | 0.00 | 0.00 | 0.00 |
|     Rental, Booth Space, & Taxes | 355.00 | 605.00 | 813.00 |
|     Shipping Charges | 0.00 | 0.00 | 803.04 |
|     Telephone Expense | 251.58 | 251.58 | 251.58 |
|     Utilities Expense | 379.14 | 363.44 | 359.72 |
|   Total Expense | 2,949.38 | 3,168.70 | 5,666.04 |
| **Net Ordinary Income** | 712.92 | 1,265.84 | (1,278.30) |
| **Other Income/Expense** | | | |
|   Other Income | | | |
|     Other Income | 0.00 | 0.00 | 0.00 |
|   Total Other Income | 0.00 | 0.00 | 0.00 |
|   Net Other Income | 0.00 | 0.00 | 0.00 |
| **Net Income** | 712.92 | 1,265.84 | (1,278.30) |

### TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
#### January through December 2008

|                                       | Apr 08    | May 08    | Jun 08    |
|---------------------------------------|-----------|-----------|-----------|
| **Ordinary Income/Expense**           |           |           |           |
| **Income**                            |           |           |           |
| Grocery & Concession Sales            | 19,237.03 | 23,808.65 | 24,238.66 |
| Total Income                          | 19,237.03 | 23,808.65 | 24,238.66 |
| **Cost of Goods Sold**                |           |           |           |
| Food & Beverage Purchases             | 14,264.26 | 17,654.12 | 17,972.96 |
| Supplies Expense                      | 0.00      | 0.00      | 0.00      |
| Total COGS                            | 14,264.26 | 17,654.12 | 17,972.96 |
| **Gross Profit**                      | 4,972.77  | 6,154.53  | 6,265.70  |
| **Expense**                           |           |           |           |
| Auto & Fuel Expense                   | 0.00      | 0.00      | 0.00      |
| Insurance Expense                     | 0.00      | 0.00      | 0.00      |
| Interest - Installment Loan           | 465.42    | 465.42    | 465.42    |
| Interest - Mortgage                   | 1,453.29  | 1,438.31  | 1,423.33  |
| Legal & Professional                  | 280.00    | 0.00      | 0.00      |
| Rental, Booth Space, & Taxes          | 1,805.00  | 1,889.00  | 1,103.00  |
| Shipping Charges                      | 0.00      | 0.00      | 679.96    |
| Telephone Expense                     | 251.58    | 251.58    | 251.58    |
| Utilities Expense                     | 404.47    | 421.19    | 459.09    |
| Total Expense                         | 4,659.76  | 4,465.50  | 4,382.38  |
| **Net Ordinary Income**               | 313.01    | 1,689.03  | 1,883.32  |
| **Other Income/Expense**              |           |           |           |
| **Other Income**                      |           |           |           |
| Other Income                          | 8.50      | 0.00      | 0.00      |
| Total Other Income                    | 8.50      | 0.00      | 0.00      |
| **Net Other Income**                  | 8.50      | 0.00      | 0.00      |
| **Net Income**                        | **321.51** | **1,689.03** | **1,883.32** |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2008

|  | Jul 08 | Aug 08 | Sep 08 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 22,337.59 | 20,391.25 | 18,784.39 |
| Total Income | 22,337.59 | 20,391.25 | 18,784.39 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 16,563.32 | 15,120.11 | 13,928.63 |
| Supplies Expense | 0.00 | 0.00 | 0.00 |
| Total COGS | 16,563.32 | 15,120.11 | 13,928.63 |
| **Gross Profit** | 5,774.27 | 5,271.14 | 4,855.76 |
| **Expense** | | | |
| Auto & Fuel Expense | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Installment Loan | 465.42 | 465.42 | 465.42 |
| Interest - Mortgage | 1,408.35 | 1,393.36 | 1,378.38 |
| Legal & Professional | 0.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 705.00 | 664.00 | 325.00 |
| Shipping Charges | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 251.58 | 251.58 | 251.58 |
| Utilities Expense | 459.03 | 403.89 | 352.38 |
| Total Expense | 3,289.38 | 3,178.25 | 2,772.76 |
| **Net Ordinary Income** | 2,484.89 | 2,092.89 | 2,083.00 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Other Income | 0.00 | 9.01 | 0.00 |
| Total Other Income | 0.00 | 9.01 | 0.00 |
| **Net Other Income** | 0.00 | 9.01 | 0.00 |
| **Net Income** | 2,484.89 | 2,101.90 | 2,083.00 |

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-By Month
January through December 2008

|  | Oct 08 | Nov 08 | Dec 08 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     Grocery & Concession Sales | 17,652.80 | 16,792.80 | 14,778.57 |
|   Total Income | 17,652.80 | 16,792.80 | 14,778.57 |
|   Cost of Goods Sold | | | |
|     Food & Beverage Purchases | 13,089.55 | 12,451.86 | 10,958.31 |
|     Supplies Expense | 0.00 | 0.00 | 0.00 |
|   Total COGS | 13,089.55 | 12,451.86 | 10,958.31 |
| **Gross Profit** | 4,563.25 | 4,340.94 | 3,820.26 |
|   Expense | | | |
|     Auto & Fuel Expense | 0.00 | 0.00 | 0.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest - Installment Loan | 465.42 | 465.42 | 465.42 |
|     Interest - Mortgage | 1,363.40 | 1,348.42 | 1,453.29 |
|     Legal & Professional | 0.00 | 0.00 | 0.00 |
|     Rental, Booth Space, & Taxes | 525.00 | 403.00 | 225.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 251.58 | 251.58 | 251.58 |
|     Utilities Expense | 335.42 | 431.22 | 491.86 |
|   Total Expense | 2,940.82 | 2,899.64 | 2,887.15 |
| **Net Ordinary Income** | 1,622.43 | 1,441.30 | 933.11 |
| Other Income/Expense | | | |
|   Other Income | | | |
|     Other Income | 0.00 | 0.00 | 6.53 |
|   Total Other Income | 0.00 | 0.00 | 6.53 |
|   Net Other Income | 0.00 | 0.00 | 6.53 |
| **Net Income** | **1,622.43** | **1,441.30** | **939.64** |

See Accountant's Compilation Report

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2008

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Grocery & Concession Sales | 226,318.00 |
| **Total Income** | 226,318.00 |
| | |
| **Cost of Goods Sold** | |
| Food & Beverage Purchases | 167,814.80 |
| Supplies Expense | 0.00 |
| **Total COGS** | 167,814.80 |
| | |
| **Gross Profit** | 58,503.20 |
| | |
| **Expense** | |
| Auto & Fuel Expense | 0.00 |
| Insurance Expense | 1,505.00 |
| Interest - Installment Loan | 5,585.04 |
| Interest - Mortgage | 17,109.91 |
| Legal & Professional | 280.00 |
| Rental, Booth Space, & Taxes | 9,417.00 |
| Shipping Charges | 1,483.00 |
| Telephone Expense | 3,018.96 |
| Utilities Expense | 4,860.85 |
| **Total Expense** | 43,259.76 |
| | |
| **Net Ordinary Income** | 15,243.44 |
| | |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | 24.04 |
| **Total Other Income** | 24.04 |
| | |
| **Net Other Income** | 24.04 |
| | |
| **Net Income** | **15,267.48** |

**FF&G**

## FLORES FLORES & GARG, P.A.

Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

ACCOUNTANT'S COMPILATION REPORT

January 29, 2012

Tin-Tin's Oriental Food & Imports & Food Concession:

We have compiled the income statement of Tin-Tin's Oriental Food & Imports & Food Concession for the year ending of December 31, 2009.  We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements.

Sincerely,

Raymond G. Flores, C.P.A.

MEMBER:
FLORIDA INSTITUTE OF C.P.A.'S

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
*PHONE* 850.435.6845   *FAX* 850.433.2371

*Established 1982*

# TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-YTD
### January through December 2009

|  | Jan - Dec 09 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| **Income** |  |  |
| Grocery & Concession Sales | 291,099.00 | 100.0% |
| Total Income | 291,099.00 | 100.0% |
| **Cost of Goods Sold** |  |  |
| Food & Beverage Purchases | 214,248.85 | 73.6% |
| Supplies Expense | 12,138.82 | 4.2% |
| Total COGS | 226,387.67 | 77.8% |
| **Gross Profit** | 64,711.33 | 22.2% |
| **Expense** |  |  |
| Auto & Fuel Expense | 5,218.00 | 1.8% |
| Insurance Expense | 1,531.00 | 0.5% |
| Interest - Mortgage | 17,109.91 | 5.9% |
| Legal & Professional | 280.00 | 0.1% |
| Rental, Booth Space, & Taxes | 10,233.00 | 3.5% |
| Shipping Charges | 1,586.47 | 0.5% |
| Telephone Expense | 3,105.00 | 1.1% |
| Utilities Expense | 5,204.31 | 1.8% |
| Total Expense | 44,267.69 | 15.2% |
| **Net Ordinary Income** | 20,443.64 | 7.0% |
| **Net Income** | **20,443.64** | **7.0%** |

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-By Month
January through December 2009

|  | Jan 09 | Feb 09 | Mar 09 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     Grocery & Concession Sales | 18,222.80 | 22,065.30 | 21,832.43 |
|   Total Income | 18,222.80 | 22,065.30 | 21,832.43 |
|   **Cost of Goods Sold** | | | |
|     Food & Beverage Purchases | 13,411.98 | 16,240.06 | 16,068.66 |
|     Supplies Expense | 759.89 | 920.12 | 910.41 |
|   Total COGS | 14,171.87 | 17,160.18 | 16,979.07 |
| **Gross Profit** | 4,050.93 | 4,905.12 | 4,853.36 |
|   **Expense** | | | |
|     Auto & Fuel Expense | 200.00 | 200.00 | 500.00 |
|     Insurance Expense | 0.00 | 0.00 | 1,531.00 |
|     Interest - Mortgage | 1,498.24 | 1,483.26 | 1,468.28 |
|     Legal & Professional | 0.00 | 0.00 | 0.00 |
|     Rental, Booth Space, & Taxes | 400.00 | 685.00 | 900.00 |
|     Shipping Charges | 0.00 | 0.00 | 829.54 |
|     Telephone Expense | 258.75 | 258.75 | 258.75 |
|     Utilities Expense | 380.12 | 352.76 | 353.62 |
|   Total Expense | 2,737.11 | 2,979.77 | 5,841.19 |
| **Net Ordinary Income** | 1,313.82 | 1,925.35 | (987.83) |
| **Net Income** | **1,313.82** | **1,925.35** | **(987.83)** |

See Accountant's Compilation Report

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-By Month
January through December 2009

|  | Apr 09 | May 09 | Jun 09 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 24,743.42 | 30,623.61 | 31,176.70 |
| Total Income | 24,743.42 | 30,623.61 | 31,176.70 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 18,211.15 | 22,538.98 | 22,946.05 |
| Supplies Expense | 1,031.80 | 1,277.00 | 1,300.07 |
| Total COGS | 19,242.95 | 23,815.98 | 24,246.12 |
| **Gross Profit** | 5,500.47 | 6,807.63 | 6,930.58 |
| **Expense** | | | |
| Auto & Fuel Expense | 600.00 | 818.00 | 700.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Mortgage | 1,453.29 | 1,438.31 | 1,423.33 |
| Legal & Professional | 280.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 2,099.00 | 1,910.00 | 1,209.00 |
| Shipping Charges | 0.00 | 0.00 | 756.93 |
| Telephone Expense | 258.75 | 258.75 | 258.75 |
| Utilities Expense | 503.43 | 609.72 | 558.01 |
| Total Expense | 5,194.47 | 5,034.78 | 4,906.02 |
| **Net Ordinary Income** | 306.00 | 1,772.85 | 2,024.56 |
| **Net Income** | **306.00** | **1,772.85** | **2,024.56** |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2009

|  | Jul 09 | Aug 09 | Sep 09 |
|---|---|---|---|
| **Ordinary Income/Expense** |  |  |  |
| **Income** |  |  |  |
| Grocery & Concession Sales | 28,731.47 | 26,228.02 | 24,161.22 |
| Total Income | 28,731.47 | 26,228.02 | 24,161.22 |
| **Cost of Goods Sold** |  |  |  |
| Food & Beverage Purchases | 21,146.36 | 19,303.82 | 17,782.66 |
| Supplies Expense | 1,198.10 | 1,093.71 | 1,007.52 |
| Total COGS | 22,344.46 | 20,397.53 | 18,790.18 |
| **Gross Profit** | 6,387.01 | 5,830.49 | 5,371.04 |
| **Expense** |  |  |  |
| Auto & Fuel Expense | 405.00 | 505.00 | 425.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Mortgage | 1,408.35 | 1,393.36 | 1,378.38 |
| Legal & Professional | 0.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 800.00 | 625.00 | 395.00 |
| Shipping Charges | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 258.75 | 258.75 | 258.75 |
| Utilities Expense | 450.56 | 454.24 | 301.43 |
| Total Expense | 3,322.66 | 3,236.35 | 2,758.56 |
| **Net Ordinary Income** | 3,064.35 | 2,594.14 | 2,612.48 |
| **Net Income** | **3,064.35** | **2,594.14** | **2,612.48** |

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-By Month
January through December 2009

|                              | Oct 09    | Nov 09    | Dec 09    |
|------------------------------|-----------|-----------|-----------|
| **Ordinary Income/Expense**  |           |           |           |
| **Income**                   |           |           |           |
| Grocery & Concession Sales   | 22,705.72 | 21,599.55 | 19,008.76 |
| Total Income                 | 22,705.72 | 21,599.55 | 19,008.76 |
| **Cost of Goods Sold**       |           |           |           |
| Food & Beverage Purchases    | 16,711.41 | 15,897.27 | 13,990.45 |
| Supplies Expense             | 946.83    | 900.70    | 792.67    |
| Total COGS                   | 17,658.24 | 16,797.97 | 14,783.12 |
| **Gross Profit**             | 5,047.48  | 4,801.58  | 4,225.64  |
| **Expense**                  |           |           |           |
| Auto & Fuel Expense          | 405.00    | 305.00    | 155.00    |
| Insurance Expense            | 0.00      | 0.00      | 0.00      |
| Interest - Mortgage          | 1,363.40  | 1,348.42  | 1,453.29  |
| Legal & Professional         | 0.00      | 0.00      | 0.00      |
| Rental, Booth Space, & Taxes | 485.00    | 500.00    | 225.00    |
| Shipping Charges             | 0.00      | 0.00      | 0.00      |
| Telephone Expense            | 258.75    | 258.75    | 258.75    |
| Utilities Expense            | 294.87    | 406.12    | 539.43    |
| Total Expense                | 2,807.02  | 2,818.29  | 2,631.47  |
| **Net Ordinary Income**      | 2,240.46  | 1,983.29  | 1,594.17  |
| **Net Income**               | **2,240.46** | **1,983.29** | **1,594.17** |

See Accountant's Compilation Report

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2009

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Grocery & Concession Sales | 291,099.00 |
| **Total Income** | 291,099.00 |
|  |  |
| **Cost of Goods Sold** |  |
| Food & Beverage Purchases | 214,248.85 |
| Supplies Expense | 12,138.82 |
| **Total COGS** | 226,387.67 |
|  |  |
| **Gross Profit** | 64,711.33 |
|  |  |
| **Expense** |  |
| Auto & Fuel Expense | 5,218.00 |
| Insurance Expense | 1,531.00 |
| Interest - Mortgage | 17,109.91 |
| Legal & Professional | 280.00 |
| Rental, Booth Space, & Taxes | 10,233.00 |
| Shipping Charges | 1,586.47 |
| Telephone Expense | 3,105.00 |
| Utilities Expense | 5,204.31 |
| **Total Expense** | 44,267.69 |
|  |  |
| **Net Ordinary Income** | 20,443.64 |
|  |  |
| **Net Income** | **20,443.64** |

**FF&G**

## FLORES FLORES & GARG, P.A.

Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

ACCOUNTANT'S COMPILATION REPORT

January 29, 2012

Tin-Tin's Oriental Food & Imports & Food Concession:

We have compiled the income statement of Tin-Tin's Oriental Food & Imports & Food Concession for the year ending of December 31, 2010.  We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements.

Sincerely,

Raymond G. Flores, C.P.A.

MEMBER:
FLORIDA INSTITUTE OF C.P.A.'S

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
PHONE 850.435.6845   FAX 850.433.2371

Established 1982

## TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
### Income Statement-YTD
January through December 2010

|                                    | Jan - Dec 10 | % of Income |
|------------------------------------|-------------:|------------:|
| **Ordinary Income/Expense**        |              |             |
| **Income**                         |              |             |
| Grocery & Concession Sales         | 158,016.68   | 100.0%      |
| **Total Income**                   | 158,016.68   | 100.0%      |
|                                    |              |             |
| **Cost of Goods Sold**             |              |             |
| Food & Beverage Purchases          | 98,855.23    | 62.6%       |
| Supplies Expense                   | 6,273.27     | 4.0%        |
| **Total COGS**                     | 105,128.50   | 66.5%       |
|                                    |              |             |
| **Gross Profit**                   | 52,888.18    | 33.5%       |
|                                    |              |             |
| **Expense**                        |              |             |
| Auto & Fuel Expense                | 4,963.00     | 3.1%        |
| Insurance Expense                  | 683.00       | 0.4%        |
| Interest - Mortgage                | 15,282.71    | 9.7%        |
| Rental, Booth Space, & Taxes       | 9,521.00     | 6.0%        |
| Shipping Charges                   | 1,383.93     | 0.9%        |
| Telephone Expense                  | 2,406.00     | 1.5%        |
| Utilities Expense                  | 3,437.21     | 2.2%        |
| **Total Expense**                  | 37,676.85    | 23.8%       |
|                                    |              |             |
| **Net Ordinary Income**            | 15,211.33    | 9.6%        |
|                                    |              |             |
| **Net Income**                     | **15,211.33** | **9.6%**   |

See Accountant's Compilation Report

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-By Month
January through December 2010

|  | Jan 10 | Feb 10 | Mar 10 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     Grocery & Concession Sales | 23,027.42 | 27,977.29 | 27,063.28 |
|   Total Income | 23,027.42 | 27,977.29 | 27,063.28 |
|   **Cost of Goods Sold** | | | |
|     Food & Beverage Purchases | 14,405.95 | 17,502.59 | 16,930.79 |
|     Supplies Expense | 914.19 | 1,110.70 | 1,074.41 |
|   Total COGS | 15,320.14 | 18,613.29 | 18,005.20 |
|   **Gross Profit** | 7,707.28 | 9,364.00 | 9,058.08 |
|   **Expense** | | | |
|     Auto & Fuel Expense | 122.00 | 208.00 | 435.00 |
|     Insurance Expense | 0.00 | 0.00 | 683.00 |
|     Interest - Mortgage | 1,338.24 | 1,324.86 | 1,311.48 |
|     Rental, Booth Space, & Taxes | 300.00 | 605.00 | 890.00 |
|     Shipping Charges | 0.00 | 1,383.93 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 403.22 | 0.00 | 0.00 |
|   Total Expense | 2,363.96 | 3,722.29 | 3,519.98 |
| **Net Ordinary Income** | 5,343.32 | 5,641.71 | 5,538.10 |
| **Net Income** | **5,343.32** | **5,641.71** | **5,538.10** |

### TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|  | Apr 10 | May 10 | Jun 10 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 28,236.25 | 21,470.50 | 6,923.62 |
| **Total Income** | 28,236.25 | 21,470.50 | 6,923.62 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 17,664.60 | 13,431.94 | 4,331.42 |
| Supplies Expense | 1,120.98 | 852.38 | 274.87 |
| **Total COGS** | 18,785.58 | 14,284.32 | 4,606.29 |
| **Gross Profit** | 9,450.67 | 7,186.18 | 2,317.33 |
| **Expense** | | | |
| Auto & Fuel Expense | 509.00 | 602.00 | 653.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Mortgage | 1,298.09 | 1,284.71 | 1,271.33 |
| Rental, Booth Space, & Taxes | 1,288.00 | 1,825.00 | 1,005.00 |
| Shipping Charges | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 200.50 | 200.50 | 200.50 |
| Utilities Expense | 683.14 | 0.00 | 783.14 |
| **Total Expense** | 3,978.73 | 3,912.21 | 3,912.97 |
| **Net Ordinary Income** | 5,471.94 | 3,273.97 | (1,595.64) |
| **Net Income** | **5,471.94** | **3,273.97** | **(1,595.64)** |

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-By Month
January through December 2010

|                              | Jul 10 | Aug 10 | Sep 10 |
|------------------------------|--------:|--------:|--------:|
| **Ordinary Income/Expense**  |        |        |        |
|   **Income**       |        |        |        |
|     Grocery & Concession Sales | 5,596.28 | 5,237.43 | 5,115.41 |
|   Total Income     | 5,596.28 | 5,237.43 | 5,115.41 |
|   **Cost of Goods Sold** |   |        |        |
|     Food & Beverage Purchases | 3,501.03 | 3,276.54 | 3,200.20 |
|     Supplies Expense | 222.17 | 207.93 | 203.08 |
|   Total COGS       | 3,723.20 | 3,484.47 | 3,403.28 |
| **Gross Profit**             | 1,873.08 | 1,752.96 | 1,712.13 |
|   **Expense**      |        |        |        |
|     Auto & Fuel Expense | 689.00 | 597.00 | 521.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest - Mortgage | 1,257.95 | 1,244.56 | 1,231.18 |
|     Rental, Booth Space, & Taxes | 904.00 | 705.00 | 285.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 605.19 | 559.38 | 0.00 |
|   Total Expense    | 3,656.64 | 3,306.44 | 2,237.68 |
| **Net Ordinary Income**      | (1,783.56) | (1,553.48) | (525.55) |
| **Net Income**               | (1,783.56) | (1,553.48) | (525.55) |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|  | Oct 10 | Nov 10 | Dec 10 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     Grocery & Concession Sales | 2,325.83 | 2,724.86 | 2,318.51 |
|   Total Income | 2,325.83 | 2,724.86 | 2,318.51 |
|   **Cost of Goods Sold** | | | |
|     Food & Beverage Purchases | 1,455.04 | 1,704.67 | 1,450.46 |
|     Supplies Expense | 92.34 | 108.18 | 92.04 |
|   Total COGS | 1,547.38 | 1,812.85 | 1,542.50 |
| **Gross Profit** | 778.45 | 912.01 | 776.01 |
|   **Expense** | | | |
|     Auto & Fuel Expense | 382.00 | 103.00 | 142.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest - Mortgage | 1,217.80 | 1,204.42 | 1,298.09 |
|     Rental, Booth Space, & Taxes | 1,414.00 | 175.00 | 125.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 0.00 | 403.14 | 0.00 |
|   Total Expense | 3,214.30 | 2,086.06 | 1,765.59 |
| **Net Ordinary Income** | (2,435.85) | (1,174.05) | (989.58) |
| **Net Income** | **(2,435.85)** | **(1,174.05)** | **(989.58)** |

## TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
### January through December 2010

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|    Income | |
|       Grocery & Concession Sales | 158,016.68 |
|    Total Income | 158,016.68 |
|    Cost of Goods Sold | |
|      Food & Beverage Purchases | 98,855.23 |
|      Supplies Expense | 6,273.27 |
|    Total COGS | 105,128.50 |
|   Gross Profit | 52,888.18 |
|    Expense | |
|      Auto & Fuel Expense | 4,963.00 |
|      Insurance Expense | 683.00 |
|      Interest - Mortgage | 15,282.71 |
|      Rental, Booth Space, & Taxes | 9,521.00 |
|      Shipping Charges | 1,383.93 |
|      Telephone Expense | 2,406.00 |
|      Utilities Expense | 3,437.21 |
|    Total Expense | 37,676.85 |
|   Net Ordinary Income | 15,211.33 |
| **Net Income** | **15,211.33** |

See Accountant's Compilation Report