# EXHIBIT E-2

| Form **1065** | | U.S. Return of Partnership Income | | OMB No. 1545-0099 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2009, or tax year beginning _____, 2009, ending _____, 20 ___.<br>▶ See separate instructions. | | **2009** |

| A Principal busn. activity<br>FLOORING SERVI | Use the<br>IRS<br>label.<br>Other-<br>wise,<br>print<br>or type. | Name of partnership<br>LANSDON FLOORING LLC | D Employer ID number |
|---|---|---|---|
| B Principal product/service<br>TILE INSTALLAT | | Number, street, and room or suite no. If a P.O. box, see the instructions.<br>2801 LONGLEAF DR | E Date business started<br>12-16-2003 |
| C Business code number<br>238340 | | City or town, state, and ZIP code<br>Pensacola, FL 32526 | F Total assets (see instructions)<br>$ |

G  Check applicable boxes:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
                              (6) ☐ Technical termination -- also check (1) or (2)
H  Check accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____
I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2
J  Check if Schedules C and M-3 are attached .............................................................. ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | 23,282 | | |
| | b | Less returns and allowances | 1b | | 1c | 23,282 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 18,534 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 4,748 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| | 7 | Other income (loss) (attach statement) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 4,748 |
| **Deduc-tions**<br>(see the instruc-tions for limita-tions) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | |
| | 14 | Taxes and licenses | | | 14 | |
| | 15 | Interest | | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | 417 | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | 417 |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach statement) .................. #1 | | | 20 | 5,382 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 5,799 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | -1,051 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____  ▶ _____
Signature of general partner or limited liability company member manager   Date

May the IRS discuss this return with the preparer shown below (see inst.)?  ☒ Yes  ☐ No

| **Paid Preparer's Use Only** | Preparer's signature | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, & ZIP code | ▶ FLORES FLORES & GARG, P.A.<br>809 BEVERLY PKWY<br>Pensacola, FL 32505 | | EIN ▶<br>Phone no.<br>(850) 435-6845 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                                                  Form **1065** (2009)
JVA    09  106512    TWF 33141    Copyright Forms (Software Only) - 2009 TW

Form 1065 (2009)　　　　　　　　LANSDON FLOORING LLC　　　　　　　　　　　　　　　　　　　Page **2**

### Schedule A — Cost of Goods Sold (see the instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases less cost of items withdrawn for personal use | 3,205 |
| 3 | Cost of labor | 15,329 |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) | |
| 6 | **Total.** Add lines 1 through 5 | 18,534 |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 18,534 |

9a  Check all methods used for valuing closing inventory:
　(i) [X] Cost as described in Regulations section 1.471-3
　(ii) [ ] Lower of cost or market as described in Regulations section 1.471-4
　(iii) [ ] Other (specify method used and attach explanation) ▶
b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ [ ]
c  Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]
d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ........ [ ] Yes  [X] No
e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .... [ ] Yes  [X] No
　If "Yes," attach explanation.

### Schedule B — Other Information

1  What type of entity is filing this return? Check the applicable box:　　　　　　　　　　　　　　　　　　　Yes　No
　a [ ] Domestic general partnership　　　　　　　b [ ] Domestic limited partnership
　c [X] Domestic limited liability company　　　　d [ ] Domestic limited liability partnership
　e [ ] Foreign partnership　　　　　　　　　　　　f [ ] Other ▶
2  At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? ...................................................................　　　　X
3  At the end of the tax year:
a  Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ............................................ 　　　　X
b  Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ............................................ 　X
4  At the end of the tax year, did the partnership:
a  Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ....................................................... 　　　X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

b  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............... 　　　X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

JVA　09 106512　TWF 33142　Copyright Forms (Software Only) - 2009 TW　　　　　　　　　　　　　　Form **1065** (2009)

Form 1065 (2009)　　　LANSDON FLOORING LLC　　　　　　　　　　　　　　　　　　　　Page **3**

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . . . . . . . . . . . . . | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| | If ``Yes,'' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | At any time during calendar year 2009, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If ``Yes,'' enter the name of the foreign country. ▶ | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If ``Yes,'' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If ``Yes,'' attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If ``Yes,'' attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If ``Yes,'' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP | ▶ | | Identifying number of TMP | ▶ | |
|---|---|---|---|---|---|
| If the TMP is an entity, name of TMP representative | | | Phone number of TMP | ▶ | (850) 982-3193 |
| Address of designated TMP | ▶ | | | | |

JVA　　09　106534　　TWF 33143　　Copyright Forms (Software Only) - 2009 TW　　　　　　　　　　　　　　　　Form **1065** (2009)

Form 1065 (2009)　　　　LANSDON FLOORING LLC　　　　　　　　　　　　　　　　　　　　　　Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | -1,051 |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ......... 3a | | |
| | b Expenses from other rental activities (attach statement) ... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends:  a Ordinary dividends | 6a | |
| | 　　　　　　　b Qualified dividends ......... 6b | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) ......... 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) ... 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions)  Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures:　(1) Type ▶ _____　(2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions)　Type ▶ | 13d | |
| **Self-Employment** | 14a Net earnings (loss) from self-employment | 14a | |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d Other rental real estate credits (see instructions)　Type ▶ | 15d | |
| | e Other rental credits (see instructions)　Type ▶ | 15e | |
| | f Other credits (see instructions)　Type ▶ | 15f | |
| **Foreign Transactions** | 16a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Passive category ▶ ____  e General category ▶ ____  f Other ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶ ____  h Other ............................... ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive category ▶ ____  j General category ▶ ____  k Other ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐  Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Min. Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a | |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties -- gross income | 17d | |
| | e Oil, gas, and geothermal properties -- deductions | 17e | |
| | f Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | |
| | 19a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement) | | |

JVA　09　106534　TWF 33144　Copyright Forms (Software Only) - 2009 TW　　　　　　　　　Form **1065** (2009)

Form 1065 (2009)  LANSDON FLOORING LLC                     Page **5**

## Analysis of Net Income (Loss)

1. Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ............................................................... **1** | **-1,051**

2. Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | -1,051 | | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | | | |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | | | |
| 22 Total liabilities and capital | | | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

1. Net income (loss) per books ............
2. Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize):
3. Guaranteed pymts. (other than health ins.)
4. Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):
   a Depreciation $ _____
   b Travel and entertainment $ _____
5. Add lines 1 through 4 ..................

6. Income recorded on books this year not included on Sch. K, lines 1-11 (itemize):
   a Tax-exempt int. $ _____
7. Deductions included on Sch. K, lines 1 through 13d, and 16l, not charged against book inc. this year (itemize):
   a Depr. $ _____
8. Add lines 6 and 7 ....................
9. Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 ....

## Schedule M-2 — Analysis of Partners' Capital Accounts

1. Balance at beginning of year ............
2. Capital contributed: a Cash ............
                        b Property ..........
3. Net income (loss) per books ............
4. Other increases (itemize): _____

5. Add lines 1 through 4 ..................

6. Distributions: a Cash ..................
                   b Property ..............
7. Other decreases (itemize): _____
8. Add lines 6 and 7 ....................
9. Balance at end of year. Subtract line 8 from line 5

JVA  09  10655   TWF 33145   Copyright Forms (Software Only) - 2009 TW                Form **1065** (2009)

| SCHEDULE B-1<br>(Form 1065)<br>(December 2009)<br>Department of the Treasury<br>Internal Revenue Service | Information on Partners Owning 50% or<br>More of the Partnership<br>▶ Attach to Form 1065. See instructions. | OMB No. 1545-0099 |
|---|---|---|
| Name of partnership<br>LANSDON FLOORING LLC | | Employer identification number (EIN)<br>■ |

**Part I — Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II — Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| ROBERT L. LANSDON | ■ | US | 50.0000 |
| EVA L. LANSDON | ■ | US | 50.0000 |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   Schedule B-1 (Form 1065) (12-2009)

JVA   09  SCHB1   TWF 33441   1065B1   Copyright Forms (Software Only) - 2009 TW

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **(Including Information on Listed Property)** ▶ See separate instructions.  ▶ Attach to your tax return. | **2009** Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| LANSDON FLOORING LLC | FOR FORM 1065 | |

**Part I**    Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 250,000 |

| 6 | (a) Description of property | (b) Cost (busn. use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ..... | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 250,000 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ... ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 417 |

**Part III**    MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B -- Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only -- see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C -- Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   40-year | | | 40 yrs. | MM | S/L | |

**Part IV**    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations -- see instructions | 22 | 417 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.     Form **4562** (2009)

JVA   09   45621    TWF 32837    Copyright Forms (Software Only) - 2009 TW

## 2009 DETAIL STATEMENTS

LANSDON FLOORING LLC

Page 1

STATEMENT #1 - Other Deductions (1065 PG 1 LINE 20)

```
Other Deductions:
    Fuel.................................      2,403
    Insurance............................        598
    Legal & Professional Fees............        680
    Office Expenses......................        105
    Telephone............................      1,596
  TOTAL Other Deductions.........................      5,382

TOTAL CARRIED TO 1065 PG 1 LINE 20..........................      5,382
```

## 2009 PARTNERS CAPITAL ACCOUNT SUMMARY

LANSDON FLOORING LLC

| Partner Number | Profit Sharing Percentage | Capital at Beginning of Year | Capital Contributed | Partners' Share of Lines 3, 4 & 7, Sch M-2 | Withdrawals & Distribution | Capital at End of Year |
|---|---|---|---|---|---|---|
| #1 | 50.00 | 2,130 | 0 | -525 | 0 | 1,605 |
| #2 | 50.00 | -1,713 | 0 | -526 | 0 | -2,239 |
| TOTALS | 100.00 | 417 | 0 | -1,051 | 0 | -634 |

## 2009 PARTNER'S CURRENT YEAR INCREASE/DECREASE

LANSDON FLOORING LLC

| SCHEDULE | LINE | | ROBERT LANSDON | EVA LANSDON | | | TOTAL |
|---|---|---|---|---|---|---|---|
| SCH K | + | 1 | -525 | -526 | | | -1,051 |
| SCH K | + | 2 | | | | | |
| SCH K | + | 3c | | | | | |
| SCH K | + | 4 | | | | | |
| SCH K | + | 5 | | | | | |
| SCH K | + | 6a | | | | | |
| SCH K | + | 7 | | | | | |
| SCH K | + | 8 | | | | | |
| SCH K | + | 9a | | | | | |
| SCH K | + | 10 | | | | | |
| SCH K * | + | 11 | | | | | |
| SCH K | - | 12 | | | | | |
| SCH K * | - | 13a | | | | | |
| SCH K | - | 13b | | | | | |
| SCH K | - | 13c | | | | | |
| SCH K * | - | 13d | | | | | |
| SCH K | - | 16l | | | | | |
| SCH M-1 | = | 9 | -525 | -526 | | | -1,051 |
| SCH M-1 | + | 7b | | | | | |
| SCH M-1 | + | 7a | | | | | |
| SCH M-1 | + | 6b | | | | | |
| SCH M-1 | + | 6a | | | | | |
| SCH M-1 | - | 4c | | | | | |
| SCH M-1 | - | 4b | | | | | |
| SCH M-1 | - | 4a | | | | | |
| SCH M-1 | - | 3 | | | | | |
| SCH M-1 | - | 2 | | | | | |
| SCH M-2 | = | 3 | -525 | -526 | | | -1,051 |
| SCH M-2 | + | 4 | | | | | |
| SCH M-2 | - | 7 | | | | | |
| INCREASE/DECREASE | | | -525 | -526 | | | -1,051 |

* Includes multiple inputs

# 2009 Federal Depreciation Schedule

LANSDON FLOORING LLC

04-14-2010

| Description | Date | Method | Year | Cost | Land/Other | §179 | Spec Allow | Basis | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|
| **Form 1065** | | | | | | | | | | |
| COMPUTER | 01-01-04 | S/LHY | 5 | 250 | 0 | 250 | 0 | 0 | 0 | 0 |
| TRUCK | 01-01-04 | S/LHY | 5 | 25,000 | 0 | 0 | 0 | 25,000 | 24,583 | 417 |
| WORK TRAILER | 01-01-04 | S/LHY | 5 | 5,000 | 0 | 5,000 | 0 | 0 | 0 | 0 |
| 3 Assets | | Totals: | | 30,250 | 0 | 5,250 | 0 | 25,000 | 24,583 | 417 |
| 3 Assets | | Grand Totals: | | 30,250 | 0 | 5,250 | 0 | 25,000 | 24,583 | 417 |

\* Asset disposed this year
~C  Carryover basis in like-kind exchange transaction
~B  Excess basis in like-kind exchange transaction

1

# 2009 AMT Depreciation Schedule

LANSDON FLOORING LLC

04-14-2010

| Description | Date | Method | Year | Basis | Prior | AMT | Regular | Adjust |
|---|---|---|---|---|---|---|---|---|
| **Form 1065** | | | | | | | | |
| COMPUTER | 01-01-04 | S/LHY | 5 | 0 | 0 | 0 | 0 | 0 |
| TRUCK | 01-01-04 | S/LHY | 5 | 25,000 | 24,583 | 417 | 417 | 0 |
| WORK TRAILER | 01-01-04 | S/LHY | 5 | 0 | 0 | 0 | 0 | 0 |
| 3 Assets | | Totals: | | 25,000 | 24,583 | 417 | 417 | 0 |
| 3 Assets | | Grand Totals: | | 25,000 | 24,583 | 417 | 417 | 0 |

\* Asset disposed this year
~C  Carryover basis in like-kind exchange transaction
~B  Excess basis in like-kind exchange transaction

1

2009

MEMBER #1

                        LANSDON FLOORING LLC
                        2801 LONGLEAF DR
                        Pensacola FL 32526
                        (850)982-3193

ROBERT L. LANSDON

[REDACTED]

Attached is your copy of the 2009 Schedule K-1 for a U.S. Partnership Return of Income (Form 1065) which was filed with the Internal Revenue Service and shows your share of distribution from:

                        LANSDON FLOORING LLC
                        2801 LONGLEAF DR
                        Pensacola, FL 32526

The items of income, loss, deduction or credit which appear in the enclosed material may have an important bearing in the determination of your taxable income. However, the provisions of the income tax laws are complex and may be interpreted differently for different taxpayers. For this reason, you may wish to seek the assistance of your tax advisor with respect to the proper treatment of these items in your federal and state returns.

The enclosed information has been prepared from unaudited data supplied by the tax matters person. No attempt was made to verify any of the information and elections contained therein. The returns are subject to examination by the taxing authorities and, therefore, the income, losses, deductions or credits which appear are subject to possible adjustment.

# 1

| | | |
|---|---|---|
| Schedule K-1 (Form 1065) | **2009** For calendar year 2009, or tax year beginning _____, 2009 ending _____, 20 ___ | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0099 |

Department of the Treasury
Internal Revenue Service

## Partner's Share of Income, Deductions, Credits, etc.
▶ See page 2 and separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code
LANSDON FLOORING LLC
2801 LONGLEAF DR
Pensacola FL 32526

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
ROBERT L. LANSDON
[redacted]

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL PASSIV

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.0000 % | 50.0000 % |
| Loss | 50.0000 % | 50.0000 % |
| Capital | 50.0000 % | 50.0000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse ................. $ _____
Qualified nonrecourse financing ... $ _____
Recourse ................... $ _____

**L** Partner's capital account analysis:
Beginning capital account ........ $ _____
Capital contributed during the year  $ _____
Current year increase (decrease) . . $ _____
Withdrawals & distributions ....... $ ( _____ )
Ending capital account .......... $ _____

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes", attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business inc. (loss) −525 | | 15 | Credits |
| 2 | Net rental real estate inc. (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term cap. gain (loss) | | | |
| 9a | Net long-term cap. gain (loss) | | 17 | Alternative min tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured sec. 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | |
| | | | 19 | Distributions |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |

*See attached statement for additional information.

FOR IRS USE ONLY

For Paperwork Reduction Act Notice, see Instructions for Form 1065.     Schedule K-1 (Form 1065) 2009

JVA    09  1065K112    TWF 33135    Copyright Forms (Software Only) - 2009 TW

ROBERT L. LANSDO  LANSDON FLOORING LLC

Schedule K-1 (Form 1065) 2009 Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

   | | Report on |
   |---|---|
   | Passive loss | See the Partner's Instructions |
   | Passive income | Schedule E, line 28, column (g) |
   | Nonpassive loss | Schedule E, line 28, column (h) |
   | Nonpassive income | Schedule E, line 28, column (j) |

2. **Net rental real estate income (loss)** See the Partner's Instructions
3. **Other net rental income (loss)**
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Partner's Instructions
4. **Guaranteed payments** — Schedule E, line 28, column (j)
5. **Interest income** — Form 1040, line 8a
6a. **Ordinary dividends** — Form 1040, line 9a
6b. **Qualified dividends** — Form 1040, line 9b
7. **Royalties** — Schedule E, line 4
8. **Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
9a. **Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
9b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
9c. **Unrecaptured section 1250 gain** — See the Partner's Instructions
10. **Net section 1231 gain (loss)** — See the Partner's Instructions
11. **Other income (loss)**
    Code
    - A  Other portfolio income (loss) — See the Partner's Instructions
    - B  Involuntary conversions — See the Partner's Instructions
    - C  Sec. 1256 contracts & straddles — Form 6781, line 1
    - D  Mining exploration costs recapture — See Pub. 535
    - E  Cancellation of debt — Form 1040, line 21 or Form 982
    - F  Other income (loss) — See the Partner's Instructions
12. **Section 179 deduction** — See the Partner's Instructions
13. **Other deductions**
    - A  Cash contributions (50%)
    - B  Cash contributions (30%)
    - C  Noncash contributions (50%)
    - D  Noncash contributions (30%)
    - E  Capital gain property to a 50% organization (30%)
    - F  Capital gain property (20%)
    - G  Contributions (100%)
    See the Partner's Instructions
    - H  Investment interest expense — Form 4952, line 1
    - I  Deductions—royalty income — Schedule E, line 18
    - J  Section 59(e)(2) expenditures — See the Partner's Instructions
    - K  Deductions—portfolio (2% floor) — Schedule A, line 23
    - L  Deductions—portfolio (other) — Schedule A, line 28
    - M  Amounts paid for medical insurance — Schedule A, line 1 or Form 1040, line 29
    - N  Educational assistance benefits — See the Partner's Instructions
    - O  Dependent care benefits — Form 2441, line 14
    - P  Preproductive period expenses — See the Partner's Instructions
    - Q  Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
    - R  Pensions and IRAs — See the Partner's Instructions
    - S  Reforestation expense deduction — See the Partner's Instructions
    - T  Domestic production activities information — See Form 8903 instructions
    - U  Qualified production activities income — Form 8903, line 7
    - V  Employer's Form W-2 wages — Form 8903, line 15
    - W  Other deductions — See the Partner's Instructions
14. **Self-employment earnings (loss)**
    Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.
    - A  Net earnings (loss) from self-employment — Schedule SE, Section A or B
    - B  Gross farming or fishing income — See the Partner's Instructions
    - C  Gross non-farm income — See the Partner's Instructions
15. **Credits**
    - A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings — See the Partner's Instructions
    - B  Low-income housing credit (other) from pre-2008 buildings — See the Partner's Instructions
    - C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings — Form 8586, line 11
    - D  Low-income housing credit (other) from post-2007 buildings — Form 8586, line 11
    - E  Qualified rehabilitation expenditures (rental real estate)
    - F  Other rental real estate credits — See the Partner's Instructions
    - G  Other rental credits
    - H  Undistributed capital gains credit — Form 1040, line 70; check box a
    - I  Alcohol and cellulosic biofuel fuels credit — Form 6478, line 7
    - J  Work opportunity credit — Form 5884, line 3

| Code | | Report on |
|---|---|---|
| K | Disabled access credit | See the Partner's Instructions |
| L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| O | Backup withholding | Form 1040, line 61 |
| P | Other credits | See the Partner's Instructions |

16. **Foreign transactions**
    - A  Name of country or U.S. possession
    - B  Gross income from all sources ⎫
    - C  Gross income sourced at partner level ⎬ Form 1116, Part I
    Foreign gross income sourced at partnership level
    - D  Passive category ⎫
    - E  General category ⎬ Form 1116, Part I
    - F  Other ⎭
    Deductions allocated and apportioned at partner level
    - G  Interest expense — Form 1116, Part I
    - H  Other — Form 1116, Part I
    Deductions allocated and apportioned at partnership level to foreign source income
    - I  Passive category ⎫
    - J  General category ⎬ Form 1116, Part I
    - K  Other ⎭
    Other information
    - L  Total foreign taxes paid — Form 1116, Part II
    - M  Total foreign taxes accrued — Form 1116, Part II
    - N  Reduction in taxes available for credit — Form 1116, line 12
    - O  Foreign trading gross receipts — Form 8873
    - P  Extraterritorial income exclusion — Form 8873
    - Q  Other foreign transactions — See the Partner's Instructions
17. **Alternative minimum tax (AMT) items**
    - A  Post-1986 depreciation adjustment
    - B  Adjusted gain or loss
    - C  Depletion (other than oil & gas)
    - D  Oil, gas, & geothermal -- gross income
    - E  Oil, gas, & geothermal -- deductions
    - F  Other AMT items
    See the Partner's Instructions and the Instructions for Form 6251
18. **Tax-exempt income and nondeductible expenses**
    - A  Tax-exempt interest income — Form 1040, line 8b
    - B  Other tax-exempt income — See the Partner's Instructions
    - C  Nondeductible expenses — See the Partner's Instructions
19. **Distributions**
    - A  Cash and marketable securities
    - B  Distribution subject to section 737
    - C  Other property
    See the Partner's Instructions
20. **Other information**
    - A  Investment income — Form 4952, line 4a
    - B  Investment expenses — Form 4952, line 5
    - C  Fuel tax credit information — Form 4136
    - D  Qualified rehabilitation expenditures (other than rental real estate) — See the Partner's Instructions
    - E  Basis of energy property — See the Partner's Instructions
    - F  Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
    - G  Recapture of low-income housing credit (other) — Form 8611, line 8
    - H  Recapture of investment credit — See Form 4255
    - I  Recapture of other credits — See the Partner's Instructions
    - J  Look-back interest -- completed long-term contracts — See Form 8697
    - K  Look-back interest -- income forecast method — See Form 8866
    - L  Dispositions of property with section 179 deductions
    - M  Recapture of section 179 deduction
    - N  Interest expense for corporate partners
    - O  Section 453(l)(3) information
    - P  Section 453A(c) information
    - Q  Section 1260(b) information
    - R  Interest allocable to production expenditures
    - S  CCF nonqualified withdrawals
    - T  Depletion information -- oil and gas
    - U  Amortization of reforestation costs
    - V  Unrelated business taxable income
    - W  Precontribution gain (loss)
    - X  Section 108(i) information
    - Y  Other information
    See the Partner's Instructions

JVA   09  1065K112   TWF 33136   Copyright Forms (Software Only) - 2009 TW

2009

MEMBER #2

                LANSDON FLOORING LLC
                2801 LONGLEAF DR
                Pensacola FL 32526
                (850)982-3193

EVA L. LANSDON
███████████████

Attached is your copy of the 2009 Schedule K-1 for a U.S. Partnership Return of Income (Form 1065) which was filed with the Internal Revenue Service and shows your share of distribution from:

                LANSDON FLOORING LLC
                2801 LONGLEAF DR
                Pensacola FL 32526

The items of income, loss, deduction or credit which appear in the enclosed material may have an important bearing in the determination of your taxable income. However, the provisions of the income tax laws are complex and may be interpreted differently for different taxpayers. For this reason, you may wish to seek the assistance of your tax advisor with respect to the proper treatment of these items in your federal and state returns.

The enclosed information has been prepared from unaudited data supplied by the tax matters person. No attempt was made to verify any of the information and elections contained therein. The returns are subject to examination by the taxing authorities and, therefore, the income, losses, deductions or credits which appear are subject to possible adjustment.

# 2

| | | | |
|---|---|---|---|
| | | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1
(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2009**
For calendar year 2009, or tax
year beginning _____, 2009
ending _____, 20___

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See page 2 and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business inc. (loss) −526 | 15 | Credits | |
| 2 | Net rental real estate inc. (loss) | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term cap. gain (loss) | | | |
| 9a | Net long-term cap. gain (loss) | 17 | Alternative min tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured sec. 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | |
| | | 19 | Distributions | |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | 20 | Other information | |
| 14 | Self-employment earnings (loss) | | | |

## Part I — Information About the Partnership

A  Partnership's employer identification number
   ████████

B  Partnership's name, address, city, state, and ZIP code

LANSDON FLOORING LLC
2801 LONGLEAF DR
Pensacola FL 32526

C  IRS Center where partnership filed return
OGDEN

D  ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

E  Partner's identifying number
   ████████

F  Partner's name, address, city, state, and ZIP code

EVA L. LANSDON
████████

G  ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

H  ☒ Domestic partner    ☐ Foreign partner

I  What type of entity is this partner? INDIVIDUAL PASSIV

J  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.0000 % | 50.0000 % |
| Loss | 50.0000 % | 50.0000 % |
| Capital | 50.0000 % | 50.0000 % |

K  Partner's share of liabilities at year end:
   Nonrecourse ................ $ _____
   Qualified nonrecourse financing ... $ _____
   Recourse ................... $ _____

L  Partner's capital account analysis:
   Beginning capital account ........ $ _____
   Capital contributed during the year $ _____
   Current year increase (decrease)... $ _____
   Withdrawals & distributions ....... $ ( _____ )
   Ending capital account .......... $ _____

   ☐ Tax basis  ☐ GAAP  ☐ Section 704(b) book
   ☐ Other (explain)

*See attached statement for additional information.

FOR IRS USE ONLY

M  Did the partner contribute property with a built-in gain or loss?
   ☐ Yes    ☒ No
   If "Yes", attach statement (see instructions)

For Paperwork Reduction Act Notice, see Instructions for Form 1065.          Schedule K-1 (Form 1065) 2009
JVA   09  1065K112   TWF 33135   Copyright Forms (Software Only) - 2009 TW

EVA L. LANSDON    LANSDON FLOORING LLC

Schedule K-1 (Form 1065) 2009                                                                                     Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. **Net rental real estate income (loss)** — See the Partner's Instructions
3. **Other net rental income (loss)**
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Partner's Instructions
4. **Guaranteed payments** — Schedule E, line 28, column (j)
5. **Interest income** — Form 1040, line 8a
6a. **Ordinary dividends** — Form 1040, line 9a
6b. **Qualified dividends** — Form 1040, line 9b
7. **Royalties** — Schedule E, line 4
8. **Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
9a. **Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
9b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
9c. **Unrecaptured section 1250 gain** — See the Partner's Instructions
10. **Net section 1231 gain (loss)** — See the Partner's Instructions
11. **Other income (loss)**
    Code
    - A  Other portfolio income (loss) — See the Partner's Instructions
    - B  Involuntary conversions — See the Partner's Instructions
    - C  Sec. 1256 contracts & straddles — Form 6781, line 1
    - D  Mining exploration costs recapture — See Pub. 535
    - E  Cancellation of debt — Form 1040, line 21 or Form 982
    - F  Other income (loss) — See the Partner's Instructions
12. **Section 179 deduction** — See the Partner's Instructions
13. **Other deductions**
    - A  Cash contributions (50%)
    - B  Cash contributions (30%)
    - C  Noncash contributions (50%)
    - D  Noncash contributions (30%)   ▶ See the Partner's Instructions
    - E  Capital gain property to a 50% organization (30%)
    - F  Capital gain property (20%)
    - G  Contributions (100%)
    - H  Investment interest expense — Form 4952, line 1
    - I  Deductions—royalty income — Schedule E, line 18
    - J  Section 59(e)(2) expenditures — See the Partner's Instructions
    - K  Deductions—portfolio (2% floor) — Schedule A, line 23
    - L  Deductions—portfolio (other) — Schedule A, line 28
    - M  Amounts paid for medical insurance — Schedule A, line 1 or Form 1040, line 29
    - N  Educational assistance benefits — See the Partner's Instructions
    - O  Dependent care benefits — Form 2441, line 14
    - P  Preproductive period expenses — See the Partner's Instructions
    - Q  Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
    - R  Pensions and IRAs — See the Partner's Instructions
    - S  Reforestation expense deduction — See the Partner's Instructions
    - T  Domestic production activities information — See Form 8903 instructions
    - U  Qualified production activities income — Form 8903, line 7
    - V  Employer's Form W-2 wages — Form 8903, line 15
    - W  Other deductions — See the Partner's Instructions
14. **Self-employment earnings (loss)**
    Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.
    - A  Net earnings (loss) from self-employment — Schedule SE, Section A or B
    - B  Gross farming or fishing income — See the Partner's Instructions
15. C  Gross non-farm income — See the Partner's Instructions
    **Credits**
    - A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings — See the Partner's Instructions
    - B  Low-income housing credit (other) from pre-2008 buildings — See the Partner's Instructions
    - C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings — Form 8586, line 11
    - D  Low-income housing credit (other) from post-2007 buildings — Form 8586, line 11
    - E  Qualified rehabilitation expenditures (rental real estate)
    - F  Other rental real estate credits   ▶ See the Partner's Instructions
    - G  Other rental credits
    - H  Undistributed capital gains credit — Form 1040, line 70; check box a
    - I  Alcohol and cellulosic biofuel fuels credit — Form 6478, line 7
    - J  Work opportunity credit — Form 5884, line 3

| Code | | Report on |
|---|---|---|
| K | Disabled access credit | See the Partner's Instructions |
| L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| O | Backup withholding | Form 1040, line 61 |
| P | Other credits | See the Partner's Instructions |

16. **Foreign transactions**
    - A  Name of country or U.S. possession
    - B  Gross income from all sources   ▶ Form 1116, Part I
    - C  Gross income sourced at partner level
    Foreign gross income sourced at partnership level
    - D  Passive category
    - E  General category   ▶ Form 1116, Part I
    - F  Other
    Deductions allocated and apportioned at partner level
    - G  Interest expense — Form 1116, Part I
    - H  Other — Form 1116, Part I
    Deductions allocated and apportioned at partnership level to foreign source income
    - I  Passive category
    - J  General category   ▶ Form 1116, Part I
    - K  Other
    Other information
    - L  Total foreign taxes paid — Form 1116, Part II
    - M  Total foreign taxes accrued — Form 1116, Part II
    - N  Reduction in taxes available for credit — Form 1116, line 12
    - O  Foreign trading gross receipts — Form 8873
    - P  Extraterritorial income exclusion — Form 8873
    - Q  Other foreign transactions — See the Partner's Instructions
17. **Alternative minimum tax (AMT) items**
    - A  Post-1986 depreciation adjustment
    - B  Adjusted gain or loss
    - C  Depletion (other than oil & gas)   See the Partner's Instructions and the Instructions for Form 6251
    - D  Oil, gas, & geothermal — gross income
    - E  Oil, gas, & geothermal — deductions
    - F  Other AMT items
18. **Tax-exempt income and nondeductible expenses**
    - A  Tax-exempt interest income — Form 1040, line 8b
    - B  Other tax-exempt income — See the Partner's Instructions
    - C  Nondeductible expenses — See the Partner's Instructions
19. **Distributions**
    - A  Cash and marketable securities
    - B  Distribution subject to section 737   ▶ See the Partner's Instructions
    - C  Other property
20. **Other information**
    - A  Investment income — Form 4952, line 4a
    - B  Investment expenses — Form 4952, line 5
    - C  Fuel tax credit information — Form 4136
    - D  Qualified rehabilitation expenditures (other than rental real estate) — See the Partner's Instructions
    - E  Basis of energy property — See the Partner's Instructions
    - F  Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
    - G  Recapture of low-income housing credit (other) — Form 8611, line 8
    - H  Recapture of investment credit — See Form 4255
    - I  Recapture of other credits — See the Partner's Instructions
    - J  Look-back interest — completed long-term contracts — See Form 8697
    - K  Look-back interest — income forecast method — See Form 8866
    - L  Dispositions of property with section 179 deductions
    - M  Recapture of section 179 deduction
    - N  Interest expense for corporate partners
    - O  Section 453(l)(3) information
    - P  Section 453A(c) information
    - Q  Section 1260(b) information   ▶ See the Partner's Instructions
    - R  Interest allocable to production expenditures
    - S  CCF nonqualified withdrawals
    - T  Depletion information — oil and gas
    - U  Amortization of reforestation costs
    - V  Unrelated business taxable income
    - W  Precontribution gain (loss)
    - X  Section 108(i) information
    - Y  Other information

JVA   09  1065K112    TWF 33136    Copyright Forms (Software Only) - 2009 TW