# EXHIBIT E-3

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0099 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2010, or tax year beginning _____ , 2010, ending _____ , 20 ___ .<br>▶ See separate instructions. | | **2010** |

| **A** Principal busn. activity<br>FLOORING SERVI | Print<br>or<br>type. | Name of partnership<br>LANSDON FLOORING LLC | **D** Employer ID number<br>[redacted] |
|---|---|---|---|
| **B** Principal product/service<br>TILE INSTALLAT | | Number, street, and room or suite no. If a P.O. box, see the instructions.<br>2801 LONGLEAF DR | **E** Date business started<br>12-16-2003 |
| **C** Business code number<br>238340 | | City or town, state, and ZIP code<br>Pensacola FL 32526 | **F** Total assets (see instructions)<br>$ |

**G** Check applicable boxes:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return  (6) ☐ Technical termination -- also check (1) or (2)
**H** Check accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2
**J** Check if Schedules C and M-3 are attached  ................................................. ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | 34,638 | | |
| | b | Less returns and allowances | 1b | | 1c | 34,638 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 19,311 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 15,327 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| | 7 | Other income (loss) (attach statement) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 15,327 |
| **Deductions** (see the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | 960 |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | |
| | 14 | Taxes and licenses | | | 14 | |
| | 15 | Interest | | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach statement) #1 | | | 20 | 10,725 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 11,685 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22 | 3,642 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____   ▶ _____
Signature of general partner or limited liability company member manager   Date

May the IRS discuss this return with the preparer shown below (see inst.)?  ☒ Yes  ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name<br>RAYMOND FLORES CPA | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>[redacted] |
|---|---|---|---|---|---|
| | Firm's name ▶ FLORES FLORES & GARG PA | | | Firm's EIN ▶ [redacted] | |
| | Firm's address ▶ 809 Beverly Pkwy<br>Pensacola FL 32505-2406 | | | Phone no.<br>(850) 435-6845 | |

For Paperwork Reduction Act Notice, see separate instructions.   Form **1065** (2010)

JVA   10   106512   TWF 38887   Copyright Forms (Software Only) - 2010 TW

Form 1065 (2010)     LANSDON FLOORING LLC     Page **2**

| Schedule A | Cost of Goods Sold (see the instructions) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 5,168 |
| 3 | Cost of labor | 3 | 14,143 |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 19,311 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 19,311 |

9a  Check all methods used for valuing closing inventory:
   (i)  [X] Cost as described in Regulations section 1.471-3
   (ii) [ ] Lower of cost or market as described in Regulations section 1.471-4
   (iii)[ ] Other (specify method used and attach explanation) ▶
 b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶
 c  Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶
 d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? [ ] Yes [X] No
 e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? [ ] Yes [X] No
    If "Yes," attach explanation.

| Schedule B | Other Information | | |
|---|---|---|---|

|  |  | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | [ ] Domestic general partnership   b [ ] Domestic limited partnership | | |
| c | [X] Domestic limited liability company   d [ ] Domestic limited liability partnership | | |
| e | [ ] Foreign partnership   f [ ] Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

b  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below .......... X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

JVA   10  106512   TWF 38888   Copyright Forms (Software Only) - 2010 TW                Form **1065** (2010)

| Form 1065 (2010) | LANSDON FLOORING LLC | | Page **3** |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | X | |
| | If ``Yes,'' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2010, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If ``Yes,'' enter the name of the foreign country. ▶ | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If ``Yes,'' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If ``Yes,'' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If ``Yes,'' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If ``Yes,'' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:



| Name of designated TMP ▶ | EVA L. LANSDON | Identifying number of TMP ▶ | |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | |
| Address of designated TMP ▶ | | | |

JVA   10   106534   TWF 38889   Copyright Forms (Software Only) - 2010 TW                            Form **1065** (2010)

Form 1065 (2010)　　　　LANSDON FLOORING LLC　　　　　　　　　　　　　　　　　　　　　　Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | 3,642 |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3a | | |
| | b Expenses from other rental activities (attach statement) . . . . . . . . . . 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends:　a Ordinary dividends | 6a | |
| | 　　　　　　　　b Qualified dividends . . . . . . . . . . . . . . . . . . . . . . 6b | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) . . . . . . . . . . . . . . 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions)　Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures:　(1) Type ▶ _____ (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions)　Type ▶ | 13d | |
| **Self-Employment** | 14a Net earnings (loss) from self-employment | 14a | 1,821 |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d Other rental real estate credits (see instructions)　Type ▶ | 15d | |
| | e Other rental credits (see instructions)　Type ▶ | 15e | |
| | f Other credits (see instructions)　Type ▶ | 15f | |
| **Foreign Transactions** | 16a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Passive category ▶ _____ e General category ▶ _____ f Other ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶ _____ h Other . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive category ▶ _____ j General category ▶ _____ k Other ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Min. Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a | |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties -- gross income | 17d | |
| | e Oil, gas, and geothermal properties -- deductions | 17e | |
| | f Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses | 18c | |
| | 19a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement) | | |

JVA　10　106534　TWF 38890　Copyright Forms (Software Only) - 2010 TW　　　　　　　　　　　　　　　　　　　　Form **1065** (2010)

Form 1065 (2010)  LANSDON FLOORING LLC  Page 5

### Analysis of Net Income (Loss)

1. Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ............................................................. **1** | 3,642

2. Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | 3,642 | | | |

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | | | |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | | | |
| 22 Total liabilities and capital | | | | |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

1. Net income (loss) per books ............
2. Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize):
3. Guaranteed pymts. (other than health ins.)
4. Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):
   a. Depreciation $ _____
   b. Travel and entertainment $ _____
5. Add lines 1 through 4 ...................

6. Income recorded on books this year not included on Sch. K, lines 1-11 (itemize):
   a. Tax-exempt int. $ _____
7. Deductions included on Sch. K, lines 1 through 13d, and 16l, not charged against book inc. this year (itemize):
   a. Depreciation $ _____
8. Add lines 6 and 7 ...................
9. Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5

### Schedule M-2 — Analysis of Partners' Capital Accounts

1. Balance at beginning of year ............
2. Capital contributed: a Cash ............
                       b Property ...........
3. Net income (loss) per books ............
4. Other increases (itemize): _____
5. Add lines 1 through 4 ...................

6. Distributions: a Cash ...............
                  b Property ............
7. Other decreases (itemize): _____
8. Add lines 6 and 7 ...................
9. Balance at end of year. Subtract line 8 from line 5

JVA   10  10655   TWF 38891   Copyright Forms (Software Only) - 2010 TW   Form **1065** (2010)

| SCHEDULE B-1<br>(Form 1065)<br>(December 2009)<br>Department of the Treasury<br>Internal Revenue Service | Information on Partners Owning 50% or<br>More of the Partnership<br>▶ Attach to Form 1065. See instructions. | OMB No. 1545-0099 |
|---|---|---|
| Name of partnership<br>LANSDON FLOORING LLC | | Employer identification number (EIN)<br>▮▮▮▮▮ |

**Part I**    **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**    **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| ROBERT L. LANSDON | ▮▮▮▮▮ | US | 50.0000 |
| EVA L. LANSDON | ▮▮▮▮▮ | US | 50.0000 |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.      Schedule B-1 (Form 1065) (12-2009)

JVA    10   SCHB1    TWF 44590    1065B1    Copyright Forms (Software Only) - 2010 TW

## 2010 DETAIL STATEMENTS

LANSDON FLOORING LLC

Page 1

STATEMENT #1 - Other Deductions (1065 PG 1 LINE 20)

```
    Other Deductions:
       Auto & Truck Expense..................      793
       Bank Charges..........................      253
       Legal & Professional Fees.............    1,440
       Licenses & Permits....................      631
       Office Supplies.......................       44
       Supplies..............................      933
       Telephone.............................    3,455
       STORAGE RENTAL........................    1,054
    TOTAL Other Deductions............................   8,603

    Insurance:
       WORKERS COMPENSATION..................      598
       OTHER INSURANCE.......................    1,524
    TOTAL Insurance...................................   2,122

 TOTAL CARRIED TO 1065 PG 1 LINE 20...........................   10,725
```

# 2010 SELF-EMPLOYMENT WORKSHEET

LANSDON FLOORING LLC

| | | |
|---|---|---|
| 1a. Ordinary income (loss) (Schedule K, line 1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1a. | 3,642 | |
| b. Net income (loss) from **CERTAIN** rental real estate activities (see instr) . . . . . . . . b. | | |
| c. Net income (loss) from other rental activities (Schedule K, line 3c) . . . . . . . . . . . c. | | |
| d. Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . d. | | |
| e. Combine lines 1a through 1d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . e. | 3,642 | |
| 2. Net gain from Form 4797, Part II, line 17, included on line 1a above . . . . . . . . . 2. | | |
| 3a. Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3a. | 3,642 | |
| b. Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . b. | 1,821 | |
| c. Subtract line 3b from line 3a. If line 3a is a loss, reduce the loss on line 3a by the amount on line 3b. Include each individual general partner's share on line 14a of Schedule K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . c. | | 1,821 |
| 4a. Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) (see instructions) . . . . . . . . . . . . . . 4a. | | |
| b. Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs . . . . . . . . . . . b. | | |
| c. Subtract line 4b from line 4a. Include each individual general partner's share and each individual limited partner's share on line 14a of Schedule K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . c. | | |
| 5. Net earning (loss) from self-employment. Combine line 3c and 4c. Enter here and on Schedule K, line 14a . . . . . . 5. | | 1,821 |

## 2010 PARTNERS CAPITAL ACCOUNT SUMMARY

LANSDON FLOORING LLC

| Partner Number | Profit Sharing Percentage | Capital at Beginning of Year | Capital Contributed | Partners' Share of Lines 3, 4 & 7, Sch M-2 | Withdrawals & Distribution | Capital at End of Year |
|---|---|---|---|---|---|---|
| #1 | 50.00 | 1,605 | 0 | 1,821 | 0 | 3,426 |
| #2 | 50.00 | -2,239 | 0 | 1,821 | 0 | -418 |
| TOTALS | 100.00 | -634 | 0 | 3,642 | 0 | 3,008 |

# 2010 PARTNER'S CURRENT YEAR INCREASE/DECREASE

LANSDON FLOORING LLC

| Schedule | Line | | ROBERT L. LANSDON | EVA L. LANSDON | | TOTAL |
|---|---|---|---|---|---|---|
| SCH K | | 1 | 1,821 | 1,821 | | 3,642 |
| SCH K | + | 2 | | | | |
| SCH K | + | 3c | | | | |
| SCH K | + | 4 | | | | |
| SCH K | + | 5 | | | | |
| SCH K | + | 6a | | | | |
| SCH K | + | 7 | | | | |
| SCH K | + | 8 | | | | |
| SCH K | + | 9a | | | | |
| SCH K | + | 10 | | | | |
| SCH K [1] | + | 11 | | | | |
| SCH K | - | 12 | | | | |
| SCH K [1] | - | 13a | | | | |
| SCH K | - | 13b | | | | |
| SCH K | - | 13c | | | | |
| SCH K [1] | - | 13d | | | | |
| SCH K | - | 16l | | | | |
| SCH M-1/SCH M-3 [2] | = | | 1,821 | 1,821 | | 3,642 |
| SCH M-1 | + | 7b | | | | |
| SCH M-1 | + | 7a | | | | |
| SCH M-1 | + | 6b | | | | |
| SCH M-1 | + | 6a | | | | |
| SCH M-1 | - | 4c | | | | |
| SCH M-1 | - | 4b | | | | |
| SCH M-1 | - | 4a | | | | |
| SCH M-1 | - | 3 | | | | |
| SCH M-1 | - | 2 | | | | |
| SCH M-3 [3, 4] | - | | | | | |
| SCH M-2 | = | 3 | 1,821 | 1,821 | | 3,642 |
| SCH M-2 | + | 4 | | | | |
| SCH M-2 | - | 7 | | | | |
| INCREASE/DECREASE | | | 1,821 | 1,821 | | 3,642 |

1  Includes multiple inputs
2  Schedule M-1, Line 9/Schedule M-3, Part II, Line 26, Column d
3  Schedule M-3, Part II, Line 26, Column b + Column c
4  Pro rata

## 2010 Federal Depreciation Schedule

LANSDON FLOORING LLC

10-04-2012

| Description | Date | Method | Year | Cost | Land/Other | §179 | Spec Allow | Basis | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|
| **Form 1065** | | | | | | | | | | |
| COMPUTER | 01-01-04 | S/LHY | 5 | 250 | 0 | 250 | 0 | 0 | 0 | 0 |
| TRUCK | 01-01-04 | S/LHY | 5 | 25,000 | 0 | 0 | 0 | 25,000 | 25,000 | 0 |
| WORK TRAILER | 01-01-04 | S/LHY | 5 | 5,000 | 0 | 5,000 | 0 | 0 | 0 | 0 |
| 3 Assets | | Totals: | | 30,250 | 0 | 5,250 | 0 | 25,000 | 25,000 | 0 |
| 3 Assets | | Grand Totals: | | 30,250 | 0 | 5,250 | 0 | 25,000 | 25,000 | 0 |

\* Asset disposed this year
~C  Carryover basis in like-kind exchange transaction
~B  Excess basis in like-kind exchange transaction

1

# 2010 AMT Depreciation Schedule

LANSDON FLOORING LLC

10-04-2012

| Description | Date | Method | Year | Basis | Prior | AMT | Regular | Adjust |
|---|---|---|---|---|---|---|---|---|
| **Form 1065** | | | | | | | | |
| COMPUTER | 01-01-04 | S/LHY | 5 | 0 | 0 | 0 | 0 | 0 |
| TRUCK | 01-01-04 | S/LHY | 5 | 25,000 | 25,000 | 0 | 0 | 0 |
| WORK TRAILER | 01-01-04 | S/LHY | 5 | 0 | 0 | 0 | 0 | 0 |
| 3 Assets | | Totals: | | 25,000 | 25,000 | 0 | 0 | 0 |
| 3 Assets | | Grand Totals: | | 25,000 | 25,000 | 0 | 0 | 0 |

\* Asset disposed this year
~C  Carryover basis in like-kind exchange transaction
~B  Excess basis in like-kind exchange transaction

1

2010

MEMBER #1

---

```
                    LANSDON FLOORING LLC
                    2801 LONGLEAF DR
                    Pensacola FL 32526
                    (850)982-3193
```

ROBERT L. LANSDON
████████████████

Attached is your copy of the 2010 Schedule K-1 for a U.S. Partnership Return of Income (Form 1065) which was filed with the Internal Revenue Service and shows your share of distribution from:

```
                    LANSDON FLOORING LLC
                    2801 LONGLEAF DR
                    Pensacola, FL 32526
```

The items of income, loss, deduction or credit which appear in the enclosed material may have an important bearing in the determination of your taxable income. However, the provisions of the income tax laws are complex and may be interpreted differently for different taxpayers. For this reason, you may wish to seek the assistance of your tax advisor with respect to the proper treatment of these items in your federal and state returns.

The enclosed information has been prepared from unaudited data supplied by the tax matters person. No attempt was made to verify any of the information and elections contained therein. The returns are subject to examination by the taxing authorities and, therefore, the income, losses, deductions or credits which appear are subject to possible adjustment.

# 1

| | | | |
|---|---|---|---|
| | | | 651110 |
| Schedule K-1 (Form 1065) | 2010 | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0099 |
| Department of the Treasury Internal Revenue Service | For calendar year 2010, or tax year beginning _____ , 2010 ending _____ , 20 ___ | Part III **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** | |

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See page 2 and separate instructions.

### Part I  Information About the Partnership

A  Partnership's employer identification number

B  Partnership's name, address, city, state, and ZIP code

LANSDON FLOORING LLC
2801 LONGLEAF DR
Pensacola FL 32526

C  IRS Center where partnership filed return
OGDEN

D  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

E  Partner's identifying number

F  Partner's name, address, city, state, and ZIP code

ROBERT L. LANSDON

G  ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H  ☒ Domestic partner   ☐ Foreign partner

I  What type of entity is this partner? INDIVIDUAL PASSIV

J  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.0000 % | 50.0000 % |
| Loss | 50.0000 % | 50.0000 % |
| Capital | 50.0000 % | 50.0000 % |

K  Partner's share of liabilities at year end:
Nonrecourse ................. $ _____
Qualified nonrecourse financing ... $ _____
Recourse .................... $ _____

L  Partner's capital account analysis:
Beginning capital account ........ $ _____
Capital contributed during the year $ _____
Current year increase (decrease)... $ _____
Withdrawals & distributions ....... $ ( _____ )
Ending capital account .......... $ _____

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business inc. (loss) 1,821 | 15 | Credits |
|---|---|---|---|
| 2 | Net rental real estate inc. (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term cap. gain (loss) | | |
| 9a | Net long-term cap. gain (loss) | 17 | Alternative min tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured sec. 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) A  1,821 | | |

*See attached statement for additional information.

FOR IRS USE ONLY

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2010

JVA  10  1065K112   TWF 38881   Copyright Forms (Software Only) - 2010 TW

ROBERT L. LANSDO    LANSDON FLOORING LLC

Schedule K-1 (Form 1065) 2010                                                                                                    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | | Code | | Report on |
|---|---|---|---|---|---|
| 1. | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | K | Disabled access credit | See the Partner's Instructions |
| | | Report on | L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | Passive loss | See the Partner's Instructions | M | Credit for increasing research activities | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) | N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | Nonpassive loss | Schedule E, line 28, column (h) | O | Backup withholding | Form 1040, line 61 |
| | Nonpassive income | Schedule E, line 28, column (j) | P | Other credits | See the Partner's Instructions |
| 2. | Net rental real estate income (loss) | See the Partner's Instructions | 16. | Foreign transactions | |
| 3. | Other net rental income (loss) | | A | Name of country or U.S. possession | |
| | Net income | Schedule E, line 28, column (g) | B | Gross income from all sources | Form 1116, Part I |
| | Net loss | See the Partner's Instructions | C | Gross income sourced at partner level | |
| 4. | Guaranteed payments | Schedule E, line 28, column (j) | Foreign gross income sourced at partnership level | | |
| 5. | Interest income | Form 1040, line 8a | D | Passive category | |
| 6a. | Ordinary dividends | Form 1040, line 9a | E | General category | Form 1116, Part I |
| 6b. | Qualified dividends | Form 1040, line 9b | F | Other | |
| 7. | Royalties | Schedule E, line 4 | Deductions allocated and apportioned at partner level | | |
| 8. | Net short-term capital gain (loss) | Schedule D, line 5, column (f) | G | Interest expense | Form 1116, Part I |
| 9a. | Net long-term capital gain (loss) | Schedule D, line 12, column (f) | H | Other | Form 1116, Part I |
| 9b. | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) | Deductions allocated and apportioned at partnership level to foreign source income | | |
| 9c. | Unrecaptured section 1250 gain | See the Partner's Instructions | I | Passive category | |
| 10. | Net section 1231 gain (loss) | See the Partner's Instructions | J | General category | Form 1116, Part I |
| 11. | Other income (loss) | | K | Other | |
| | Code | | Other information | | |
| | A  Other portfolio income (loss) | See the Partner's Instructions | L | Total foreign taxes paid | Form 1116, Part II |
| | B  Involuntary conversions | See the Partner's Instructions | M | Total foreign taxes accrued | Form 1116, Part II |
| | C  Sec. 1256 contracts & straddles | Form 6781, line 1 | N | Reduction in taxes available for credit | Form 1116, line 12 |
| | D  Mining exploration costs recapture | See Pub. 535 | O | Foreign trading gross receipts | Form 8873 |
| | E  Cancellation of debt | Form 1040, line 21 or Form 982 | P | Extraterritorial income exclusion | Form 8873 |
| | F  Other income (loss) | See the Partner's Instructions | Q | Other foreign transactions | See the Partner's Instructions |
| 12. | Section 179 deduction | See the Partner's Instructions | 17. | Alternative minimum tax (AMT) items | |
| 13. | Other deductions | | A | Post-1986 depreciation adjustment | |
| | A  Cash contributions (50%) | | B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | B  Cash contributions (30%) | | C | Depletion (other than oil & gas) | |
| | C  Noncash contributions (50%) | | D | Oil, gas, & geothermal -- gross income | |
| | D  Noncash contributions (30%) | See the Partner's Instructions | E | Oil, gas, & geothermal -- deductions | |
| | E  Capital gain property to a 50% organization (30%) | | F | Other AMT items | |
| | F  Capital gain property (20%) | | 18. | Tax-exempt income and nondeductible expenses | |
| | G  Contributions (100%) | | A | Tax-exempt interest income | Form 1040, line 8b |
| | H  Investment interest expense | Form 4952, line 1 | B | Other tax-exempt income | See the Partner's Instructions |
| | I  Deductions--royalty income | Schedule E, line 18 | C | Nondeductible expenses | See the Partner's Instructions |
| | J  Section 59(e)(2) expenditures | See the Partner's Instructions | 19. | Distributions | |
| | K  Deductions--portfolio (2% floor) | Schedule A, line 23 | A | Cash and marketable securities | |
| | L  Deductions--portfolio (other) | Schedule A, line 28 | B | Distribution subject to section 737 | See the Partner's Instructions |
| | M  Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 | C | Other property | |
| | N  Educational assistance benefits | See the Partner's Instructions | 20. | Other information | |
| | O  Dependent care benefits | Form 2441, line 12 | A | Investment income | Form 4952, line 4a |
| | P  Preproductive period expenses | See the Partner's Instructions | B | Investment expenses | Form 4952, line 5 |
| | Q  Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions | C | Fuel tax credit information | Form 4136 |
| | R  Pensions and IRAs | See the Partner's Instructions | D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | S  Reforestation expense deduction | See the Partner's Instructions | E | Basis of energy property | See the Partner's Instructions |
| | T  Domestic production activities information | See Form 8903 instructions | F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | U  Qualified production activities income | Form 8903, line 7b | G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | V  Employer's Form W-2 wages | Form 8903, line 17 | H | Recapture of investment credit | See Form 4255 |
| | W  Other deductions | See the Partner's Instructions | I | Recapture of other credits | See the Partner's Instructions |
| 14. | Self-employment earnings (loss) | | J | Look-back interest -- completed long-term contracts | See Form 8697 |
| | Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | | K | Look-back interest -- income forecast method | See Form 8866 |
| | A  Net earnings (loss) from self-employment | Schedule SE, Section A or B | L | Dispositions of property with section 179 deductions | |
| | B  Gross farming or fishing income | See the Partner's Instructions | M | Recapture of section 179 deduction | |
| 15. | C  Gross non-farm income | See the Partner's Instructions | N | Interest expense for corporate partners | |
| | Credits | | O | Section 453(l)(3) information | |
| | A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions | P | Section 453A(c) information | |
| | B  Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions | Q | Section 1260(b) information | |
| | C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 | R | Interest allocable to production expenditures | See the Partner's Instructions |
| | D  Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 | S | CCF nonqualified withdrawals | |
| | E  Qualified rehabilitation expenditures (rental real estate) | | T | Depletion information -- oil and gas | |
| | F  Other rental real estate credits | See the Partner's Instructions | U | Amortization of reforestation costs | |
| | G  Other rental credits | | V | Unrelated business taxable income | |
| | H  Undistributed capital gains credit | Form 1040, line 71; check box a | W | Precontribution gain (loss) | |
| | I  Alcohol and cellulosic biofuels credit | Form 6478, line 8 | X | Section 108(i) information | |
| | J  Work opportunity credit | Form 5884, line 3 | Y | Other information | |

JVA    10  1065K112    TWF 38882    Copyright Forms (Software Only) - 2010 TW

**2010**

MEMBER #2

---

```
                    LANSDON FLOORING LLC
                    2801 LONGLEAF DR
                    Pensacola FL 32526
                    (850)982-3193
```

EVA L. LANSDON
███████████████

Attached is your copy of the 2010 Schedule K-1 for a U.S. Partnership Return of Income (Form 1065) which was filed with the Internal Revenue Service and shows your share of distribution from:

```
                    LANSDON FLOORING LLC
                    2801 LONGLEAF DR
                    Pensacola FL 32526
```

The items of income, loss, deduction or credit which appear in the enclosed material may have an important bearing in the determination of your taxable income. However, the provisions of the income tax laws are complex and may be interpreted differently for different taxpayers. For this reason, you may wish to seek the assistance of your tax advisor with respect to the proper treatment of these items in your federal and state returns.

The enclosed information has been prepared from unaudited data supplied by the tax matters person. No attempt was made to verify any of the information and elections contained therein. The returns are subject to examination by the taxing authorities and, therefore, the income, losses, deductions or credits which appear are subject to possible adjustment.

651110

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

# 2

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2010**
For calendar year 2010, or tax
year beginning _____, 2010
ending _____, 20 ___

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ See page 2 and separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
[redacted]

**B** Partnership's name, address, city, state, and ZIP code

LANSDON FLOORING LLC
2801 LONGLEAF DR
Pensacola FL 32526

**C** IRS Center where partnership filed return
OGDEN

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code

EVA L. LANSDON
[redacted]

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL PASSIV

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.0000 % | 50.0000 % |
| Loss | 50.0000 % | 50.0000 % |
| Capital | 50.0000 % | 50.0000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse ................ $ _____
Qualified nonrecourse financing ... $ _____
Recourse .................. $ _____

**L** Partner's capital account analysis:
Beginning capital account ........ $ _____
Capital contributed during the year $ _____
Current year increase (decrease)... $ _____
Withdrawals & distributions ....... $ ( _____ )
Ending capital account .......... $ _____

☐ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes", attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business inc. (loss) **1,821** | | 15 | Credits |
| 2 | Net rental real estate inc. (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term cap. gain (loss) | | | |
| 9a | Net long-term cap. gain (loss) | | 17 | Alternative min tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured sec. 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 19 | Distributions |
| 13 | Other deductions | | | |
| | | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |

*See attached statement for additional information.

FOR IRS USE ONLY

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule K-1 (Form 1065) 2010

JVA   10  1065K112   TWF 38881   Copyright Forms (Software Only) - 2010 TW

EVA L. LANSDON            LANSDON FLOORING LLC

Schedule K-1 (Form 1065) 2010                                                                                         Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2. | **Net rental real estate income (loss)** | See the Partner's Instructions |
| 3. | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4. | **Guaranteed payments** | Schedule E, line 28, column (j) |
| 5. | **Interest income** | Form 1040, line 8a |
| 6a. | **Ordinary dividends** | Form 1040, line 9a |
| 6b. | **Qualified dividends** | Form 1040, line 9b |
| 7. | **Royalties** | Schedule E, line 4 |
| 8. | **Net short-term capital gain (loss)** | Schedule D, line 5, column (f) |
| 9a. | **Net long-term capital gain (loss)** | Schedule D, line 12, column (f) |
| 9b. | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c. | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| 10. | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| 11. | **Other income (loss)** Code | |
| | A Other portfolio income (loss) | See the Partner's Instructions |
| | B Involuntary conversions | See the Partner's Instructions |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub. 535 |
| | E Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F Other income (loss) | See the Partner's Instructions |
| 12. | **Section 179 deduction** | See the Partner's Instructions |
| 13. | **Other deductions** | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | See the Partner's Instructions |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions—royalty income | Schedule E, line 18 |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K Deductions—portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions—portfolio (other) | Schedule A, line 28 |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N Educational assistance benefits | See the Partner's Instructions |
| | O Dependent care benefits | Form 2441, line 12 |
| | P Preproductive period expenses | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R Pensions and IRAs | See the Partner's Instructions |
| | S Reforestation expense deduction | See the Partner's Instructions |
| | T Domestic production activities information | See Form 8903 instructions |
| | U Qualified production activities income | Form 8903, line 7b |
| | V Employer's Form W-2 wages | Form 8903, line 17 |
| | W Other deductions | See the Partner's Instructions |
| 14. | **Self-employment earnings (loss)** | |
| | Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | |
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B Gross farming or fishing income | See the Partner's Instructions |
| | C Gross non-farm income | See the Partner's Instructions |
| 15. | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| | B Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| | D Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | See the Partner's Instructions |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Form 1040, line 71; check box a |
| | I Alcohol and cellulosic biofuel fuels credit | Form 6478, line 8 |
| | J Work opportunity credit | Form 5884, line 3 |

| | | Code | Report on |
|---|---|---|---|
| | K | Disabled access credit | See the Partner's Instructions |
| | L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | M | Credit for increasing research activities | See the Partner's Instructions |
| | N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | O | Backup withholding | Form 1040, line 61 |
| | P | Other credits | See the Partner's Instructions |
| 16. | **Foreign transactions** | | |
| | A | Name of country or U.S. possession | |
| | B | Gross income from all sources | Form 1116, Part I |
| | C | Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | | |
| | D | Passive category | |
| | E | General category | Form 1116, Part I |
| | F | Other | |
| | Deductions allocated and apportioned at partner level | | |
| | G | Interest expense | Form 1116, Part I |
| | H | Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | I | Passive category | |
| | J | General category | Form 1116, Part I |
| | K | Other | |
| | Other information | | |
| | L | Total foreign taxes paid | Form 1116, Part II |
| | M | Total foreign taxes accrued | Form 1116, Part II |
| | N | Reduction in taxes available for credit | Form 1116, line 12 |
| | O | Foreign trading gross receipts | Form 8873 |
| | P | Extraterritorial income exclusion | Form 8873 |
| | Q | Other foreign transactions | See the Partner's Instructions |
| 17. | **Alternative minimum tax (AMT) items** | | |
| | A | Post-1986 depreciation adjustment | |
| | B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | C | Depletion (other than oil & gas) | |
| | D | Oil, gas, & geothermal -- gross income | |
| | E | Oil, gas, & geothermal -- deductions | |
| | F | Other AMT items | |
| 18. | **Tax-exempt income and nondeductible expenses** | | |
| | A | Tax-exempt interest income | Form 1040, line 8b |
| | B | Other tax-exempt income | See the Partner's Instructions |
| | C | Nondeductible expenses | See the Partner's Instructions |
| 19. | **Distributions** | | |
| | A | Cash and marketable securities | |
| | B | Distribution subject to section 737 | See the Partner's Instructions |
| | C | Other property | |
| 20. | **Other information** | | |
| | A | Investment income | Form 4952, line 4a |
| | B | Investment expenses | Form 4952, line 5 |
| | C | Fuel tax credit information | Form 4136 |
| | D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E | Basis of energy property | See the Partner's Instructions |
| | F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H | Recapture of investment credit | See Form 4255 |
| | I | Recapture of other credits | See the Partner's Instructions |
| | J | Look-back interest -- completed long-term contracts | See Form 8697 |
| | K | Look-back interest -- income forecast method | See Form 8866 |
| | L | Dispositions of property with section 179 deductions | |
| | M | Recapture of section 179 deduction | |
| | N | Interest expense for corporate partners | |
| | O | Section 453(l)(3) information | |
| | P | Section 453A(c) information | |
| | Q | Section 1260(b) information | See the Partner's Instructions |
| | R | Interest allocable to production expenditures | |
| | S | CCF nonqualified withdrawals | |
| | T | Depletion information -- oil and gas | |
| | U | Amortization of reforestation costs | |
| | V | Unrelated business taxable income | |
| | W | Precontribution gain (loss) | |
| | X | Section 108(i) information | |
| | Y | Other information | |

JVA   10   1065K112   TWF 38882   Copyright Forms (Software Only) - 2010 TW