# EXHIBIT F-1

# Lansdon Flooring
## Profit Loss Statement
January through December 2008

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 187.66 | 447.58 | 821.50 | 2,268.05 | 5,673.82 | 5,604.21 | 5,042.27 | 4,956.19 | 3,857.62 | 2,562.99 | 891.40 | 187.60 | 32,500.89 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 187.66 | 447.58 | 821.50 | 2,268.05 | 5,673.82 | 5,604.21 | 5,042.27 | 4,956.19 | 3,857.62 | 2,562.99 | 891.40 | 187.60 | 32,500.89 |
| Cost of Goods Sold | 174.46 | 272.60 | 339.60 | 249.71 | 2,368.92 | 509.24 | 1,892.41 | 1,579.95 | 554.47 | 621.84 | 165.22 | 164.50 | 8,892.92 |
| Gross Profit | 13.20 | 174.98 | 481.90 | 2,018.34 | 3,304.90 | 5,094.97 | 3,149.86 | 3,376.24 | 3,303.15 | 1,941.15 | 726.18 | 23.10 | 23,607.97 |
| Automobile Expense | 618.35 | 876.42 | 706.95 | 585.85 | 444.25 | 347.09 | 765.57 | 615.55 | 455.55 | 432.45 | 489.50 | 505.44 | 6,842.97 |
| Insurance | 46.05 | 29.25 | 37.25 | 21.85 | 29.45 | 30.55 | 36.07 | 48.35 | 36.45 | 47.25 | 37.15 | 85.30 | 484.97 |
| License and Permits | 0.00 | 0.00 | 24.55 | 0.00 | 3.25 | 19.89 | 0.00 | 0.00 | 0.00 | 0.00 | 20.25 | 0.00 | 67.94 |
| Rent | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 88.50 | 1,062.00 |
| Telephone | 105.45 | 189.40 | 140.80 | 165.55 | 64.50 | 36.15 | 88.05 | 109.96 | 32.11 | 53.15 | 81.55 | 120.40 | 1,187.07 |
| Depreciation | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 5,000.04 |
| Interest | 89.17 | 91.85 | 92.05 | 93.30 | 93.05 | 94.15 | 94.65 | 94.50 | 93.95 | 94.15 | 94.25 | 95.05 | 1,120.12 |
| Total Expense | 1,364.19 | 1,692.09 | 1,506.77 | 1,371.72 | 1,139.67 | 1,033.00 | 1,489.51 | 1,373.53 | 1,123.23 | 1,132.17 | 1,227.87 | 1,311.36 | 15,765.11 |
| Net Income | -1,350.99 | -1,517.11 | -1,024.87 | 646.62 | 2,165.23 | 4,061.97 | 1,660.35 | 2,002.71 | 2,179.92 | 808.98 | -501.69 | -1,288.26 | 7,842.86 |