# EXHIBIT F-2

# Lansdon Flooring
## Profit Loss Statement
January through December 2009

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 588.48 | 403.00 | 614.30 | 908.36 | 4,780.78 | 4,014.56 | 5,193.75 | 3,550.36 | 1,638.59 | 1,320.62 | 154.00 | 115.00 | 23,281.80 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 588.48 | 403.00 | 614.30 | 908.36 | 4,780.78 | 4,014.56 | 5,193.75 | 3,550.36 | 1,638.59 | 1,320.62 | 154.00 | 115.00 | 23,281.80 |
| Cost of Goods Sold | 520.43 | 568.13 | 385.55 | 503.50 | 4,137.09 | 3,255.45 | 3,434.77 | 3,292.80 | 1,220.64 | 1,082.90 | 105.55 | 27.50 | 18,534.31 |
| Gross Profit | 68.05 | -165.13 | 228.75 | 404.86 | 643.69 | 759.11 | 1,758.98 | 257.56 | 417.95 | 237.72 | 48.45 | 87.50 | 4,747.49 |
| Automobile Expense | 121.95 | 168.48 | 317.77 | 150.45 | 205.55 | 195.55 | 75.80 | 260.55 | 110.75 | 315.50 | 173.50 | 306.65 | 2,402.50 |
| Insurance | 56.50 | 35.90 | 21.28 | 32.55 | 35.90 | 42.55 | 56.80 | 44.95 | 70.58 | 44.95 | 50.45 | 105.55 | 597.96 |
| Office Supplies | 0.00 | 25.15 | 0.00 | 0.00 | 35.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.50 | 0.00 | 104.82 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 |
| Telephone | 127.95 | 289.15 | 201.55 | 43.18 | 70.99 | 119.51 | 145.55 | 49.58 | 37.85 | 201.55 | 80.50 | 228.55 | 1,595.91 |
| Depreciation | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 34.75 | 417.00 |
| Total Expense | 341.15 | 553.43 | 575.35 | 940.93 | 382.36 | 392.36 | 312.90 | 389.83 | 253.93 | 596.75 | 383.70 | 675.50 | 5,798.19 |
| Net Income | -273.10 | -718.56 | -346.60 | -536.07 | 261.33 | 366.75 | 1,446.08 | -132.27 | 164.02 | -359.03 | -335.25 | -588.00 | -1,050.70 |