# EXHIBIT F-3

# Lansdon Flooring
## Profit Loss Statement
January through December 2010

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 7,112.50 | 5,972.58 | 10,702.35 | 5,281.97 | 875.50 | 1,351.40 | 950.00 | 1,100.00 | 0.00 | 914.00 | 200.00 | 177.50 | 34,637.80 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | 7,112.50 | 5,972.58 | 10,702.35 | 5,281.97 | 875.50 | 1,351.40 | 950.00 | 1,100.00 | 0.00 | 914.00 | 200.00 | 177.50 | 34,637.80 |
| | | | | | | | | | | | | | |
| Cost of Goods Sold | 1,690.82 | 934.04 | 3,320.00 | 2,897.91 | 458.02 | 500.00 | 1,017.00 | 72.96 | 0.00 | 3,471.00 | 604.53 | 4,345.00 | 19,311.28 |
| | | | | | | | | | | | | | |
| Gross Profit | 5,421.68 | 5,038.54 | 7,382.35 | 2,384.06 | 417.48 | 851.40 | -67.00 | 1,027.04 | 0.00 | -2,557.00 | -404.53 | -4,167.50 | 15,326.52 |
| | | | | | | | | | | | | | |
| Automobile Expense | 60.00 | 0.00 | 172.16 | 0.00 | 0.00 | 0.00 | 271.81 | 0.00 | 0.00 | 0.00 | 116.87 | 172.14 | 792.98 |
| Bank Service Charge | 0.00 | 0.00 | 0.00 | 0.00 | 253.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 253.48 |
| Insurance | 127.36 | 127.36 | 0.00 | 980.35 | 0.00 | 127.36 | 127.36 | 0.00 | 0.00 | 0.00 | 250.42 | 381.75 | 2,121.96 |
| License and Permits | 0.00 | 0.00 | 0.00 | 416.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.19 | 184.55 | 631.00 |
| Materials & Supplies | 150.00 | 0.00 | 0.00 | 600.75 | 0.00 | 0.00 | 182.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 933.30 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.46 | 44.46 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 1,440.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,440.00 |
| Rent | 117.00 | 117.18 | 0.00 | 234.36 | 0.00 | 0.00 | 117.18 | 117.18 | 0.00 | 234.36 | 0.00 | 117.18 | 1,054.44 |
| Repairs & Maintenance | 160.00 | 200.00 | 0.00 | 215.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 284.89 | 960.17 |
| Telephone | 188.77 | 842.21 | 256.97 | 488.73 | 180.43 | 151.50 | 458.68 | 0.00 | 0.00 | 0.00 | 293.46 | 594.40 | 3,455.15 |
| | | | | | | | | | | | | | |
| Total Expense | 803.13 | 1,286.75 | 429.13 | 4,375.73 | 433.91 | 278.86 | 1,157.58 | 117.18 | 0.00 | 234.36 | 790.94 | 1,779.37 | 11,686.94 |
| | | | | | | | | | | | | | |
| Net Income | 4,618.55 | 3,751.79 | 6,953.22 | -1,991.67 | -16.43 | 572.54 | -1,224.58 | 909.86 | 0.00 | -2,791.36 | -1,195.47 | -5,946.87 | 3,639.58 |