IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE WILKINSON |
| | * * * * * * | |

**UNOPPOSED MOTION FOR APPROVAL OF
PAYMEMNT FROM ESCROW ACCOUNTS**

**NOW INTO COURT** come Plaintiffs' Co-Lead Class Counsel on behalf of the members of a conditionally certified Halliburton-Transocean Punitive Damages Settlement Class,[1] and Co-Lead Class Counsel on behalf of the previously certified and approved DHEPDS Class, and respectfully move for approval of payment for class notice-related and other administrative costs and services:

I.

Pursuant to the HESI Settlement and the Transocean Settlement, two Escrow Accounts have been established and approved by the Court, for the payment of Administrative Costs, as well as eventual benefits to the respective classmembers, if and when the Effective Date is achieved, [Rec. Docs. 13649 and 14906].

---

[1] *See* PRELIMINARY APPROVAL ORDER [Rec. Doc. 16183] (April 12, 2016), at p.19, ¶3.

II.

On April 12, 2016, the Court preliminarily approved the Halliburton-Transocean Punitive Damages Class Settlements, and, at the same time, approved of the Notice Plan, and directed that Class Notice be provided.[2]

III.

In connection with the approved Settlement and Notice Plan, the Class has incurred the following expenses:

1) Kinsella Media, in the amount of $5,662.50, in notice-related costs and services, (see Kinsella Invoice dated August 2, 2016, submitted herewith as Exhibit A). When these costs are allocated to the two Escrow Accounts on a *pro rata* basis, $4,694.21 (82.9%) is owed from the HESI Settlement Fund, while $968.29 (17.1%) is owed from the Transocean Settlement Fund.

2) Garden City Group, LLC, in the amount of $895,462.64, in notice-related and other administrative costs and services, (see Garden City Group Invoice dated August 5, 2016, submitted herewith as Exhibit B). When these costs are allocated to the two Escrow Accounts on a *pro rata* basis, $742,338.53 (82.9%) is owed from the HESI Settlement Fund, while $153,124.11 (17.1%) is owed from the Transocean Settlement Fund.

3) Juneau David, in the amount of $67,314.75, in administrative costs and services, (see Juneau David Invoice dated August 4, 2016, submitted herewith as Exhibit C). When these costs are allocated to the two Escrow Accounts on a *pro rata* basis, $55,803.93 (82.9%) is owed from the HESI Settlement Fund, while $11,510.82 (17.1%) is owed from the Transocean Settlement Fund.

IV.

Undersigned counsel have conferred with Counsel for HESI and Transocean, who have no objection.

---

[2] PRELIMINARY APPROVAL ORDER, pp.32-34, ¶¶21-29.

1274213.2

-3-

**WHEREFORE** the undersigned respectfully pray for an Order authorizing and directing the Escrow Agent to pay **(i)** Kinsella Media a total of Five Thousand and Six Hundred and Sixty Two Dollars and Fifty Cents ($5,662.50) from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $4,694.21 out of the Halliburton Settlement Fund and $968.29 out of the Transocean Settlement Fund); **(ii)** Garden City Group, LLC, a total of Eight Hundred Ninety Five Thousand and Four Hundred and Sixty Two Dollars and Sixty Four Cents ($895,462.64) from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $742,338.53 out of the Halliburton Settlement Fund and $153,124.11 out of the Transocean Settlement Fund); and, **(iii)** Juneau David a total of Sixty Seven Thousand and Three Hundred and Fourteen Dollars and Seventy Five Cents ($67,314.75) from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $55,803.93 out of the Halliburton Settlement Fund and $11,510.82 out of the Transocean Settlement Fund).

This 11th day of August, 2016.

1274213.2

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No.   (504) 569-6024 | Fax No.   (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| | |
| *DHEPDS Lead Class Counsel and Punitive Damages Settlement Lead Class Counsel* | *DHEPDS Lead Class Counsel and Punitive Damages Settlement Lead Class Counsel* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of August, 2016.

/s/  Stephen J. Herman and James Parkerson Roy

-4-

1274213.2