**INVOICE #** 4930



*In re Oil Spill by the Oil Rig "Deepwater Horizon"*

**Bill To:**

| | |
|---|---|
| **Job:** 2994 | Plaintiffs' Steering Committee |
| **Invoice Date:** 8/2/2016 | 820 O'Keefe Ave |
| **Due Date:** 9/6/2016 | New Orleans, LA 70113 |

## Other Costs

| | Hours Worked | Hourly Rate | Total |
|---|---|---|---|
| Elaine Pang: Director of Media Strategy | 5.25 | $250.00 | $1,312.50 |
| Sali Hama: Senior Notice Program Manager | 16.75 | $200.00 | $3,350.00 |
| Shannon Wheatman: President | 2 | $500.00 | $1,000.00 |
| | | **Sub-Total:** | **$5,662.50** |

## Current Total Due

**$5,662.50**

## Payment Instructions

**Wire Payment to:**
ABA/Routing # (Wire or ACH):
Account#:
Account Name: Kinsella Media, LLC
Reference #: 4930
Bank: Bank of Texas
Bank Contact: Mayra Landeros - 214.987.8817
Federal Tax ID:

**Or Overnight Payment to:**
SourceHOV
Attn: Bldg 1, Drawer 9065
2701 E Grauwyler Rd
Irving, TX 75061

**Exhibit A**

| KM Employee | Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Sali Hama: Senior Notice Program Manager | 6/1/16 | Finalize estimate and schedule for implementation. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 6/1/16 | Finalize PSA recordings and respond to client emails. | 0.5 | $200.00 | $100.00 |
| Elaine Pang: Director of Media Strategy | 6/2/16 | Enter newspaper line items into database. | 1.75 | $250.00 | $437.50 |
| Sali Hama: Senior Notice Program Manager | 6/2/16 | Work with vendor on finalizing PSAs. | 0.25 | $200.00 | $50.00 |
| Sali Hama: Senior Notice Program Manager | 6/2/16 | Finalize estimate and schedule, and send to client for approval. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 6/3/16 | Review supplemental declaration. | 1 | $500.00 | $500.00 |
| Elaine Pang: Director of Media Strategy | 6/3/16 | Reserve media space with newspapers vendor. | 0.5 | $250.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 6/3/16 | Draft and execute supplemental declaration for media program. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 6/3/16 | Create Word document of Mailer and send to administrator. | 0.25 | $200.00 | $50.00 |
| Elaine Pang: Director of Media Strategy | 6/9/16 | Traffic artwork to vendor. | 1.25 | $250.00 | $312.50 |
| Sali Hama: Senior Notice Program Manager | 6/14/16 | Submit press release to vendor; discuss requirements with the rep. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 6/14/16 | Review test email and long form notice layout. Send approval to administrator. | 1 | $200.00 | $200.00 |
| Elaine Pang: Director of Media Strategy | 6/22/16 | Collect tearsheets. | 0.5 | $250.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 6/22/16 | Review PSA website and live press release. | 0.75 | $200.00 | $150.00 |
| Elaine Pang: Director of Media Strategy | 6/30/16 | Request, gather and input newspapers confirmation based on tearsheets received. | 0.75 | $250.00 | $187.50 |
| Elaine Pang: Director of Media Strategy | 7/18/16 | Enter page #'s and verify tearsheets for implementation report. | 0.5 | $250.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 7/18/16 | Draft implementation declaration. Prepare media report. | 3 | $200.00 | $600.00 |
| Sali Hama: Senior Notice Program Manager | 7/19/16 | Draft implementation declaration. Email vendor regarding PSA. Confirm media report. | 3 | $200.00 | $600.00 |
| Sali Hama: Senior Notice Program Manager | 7/20/16 | Finalize implementation declaration. Review GCG declaration. | 2.5 | $200.00 | $500.00 |
| Shannon Wheatman: President | 7/21/16 | Review implementation declaration. | 1 | $500.00 | $500.00 |
| Sali Hama: Senior Notice Program Manager | 7/21/16 | Finalize implementation declaration; send to client. | 2 | $200.00 | $400.00 |
| | | | | | **$5,662.50** |