# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID ███

August 4, 2016

| | |
|---|---|
| Invoice #: | 28667 |
| Billed Through: | July 31, 2016 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | July 31, 2016 | $67,250.00 |
| CURRENT EXPENSES THROUGH: | July 31, 2016 | $64.75 |
| TOTAL CHARGES FOR THIS BILL | | $67,314.75 |
| TOTAL NOW DUE | | $67,314.75 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# Exhibit C

JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
█████████

August 4, 2016

Invoice #: 28667
Billed through: July 31, 2016
Account #: 001300  01580

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $60,129.95 |
| Less payments received since previous invoice | $60,129.95 |

**PROFESSIONAL SERVICES** <span style="float:right">**Hours**</span>

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/05/16 | MJJ | DEVELOPMENT OF FAQ'S FOR NEW CLASS WEBSITE; CORRESPONDENCE WITH PARTIES AND KINSELLA RE: FAIRNESS HEARING ISSUES; REVIEW PSA AND PRESS RELEASE LANGUAGE PREPARED BY KINSELLA MEDIA; PHONE CALL WITH CLASS COUNSEL RE: FINAL FAIRNESS HEARING; REVISIONS TO LANGUAGE TO BE USED IN NOTICES AND PUBLIC DOCUMENTS; PHONE CALL WITH MICHELLE LACOUNT RE: INCOME VS TRIP TICKET APPROACHES TO EVALUATION OF FISHING CLAIMS | 4.40 |
| 05/05/16 | MJJ | COMMUNICATIONS WITH COURT AND PARTIES RE: FAIRNESS HEARING, ASSOCIATED DEADLINES, CONTENTS OF NOTICE, ETC.; REVIEW REVISED SET OF CLASS NOTICE FORMS; REVIEW OF ADMINISTRATIVE COSTS OF GARDEN CITY; CORRESPONDENCE WITH GCG RE: DISTRIBUTION MODEL; EXTENSIVE DRAFTING OF DISTRIBUTION MODEL, UNDERLYING PRINCIPLES, RATIONALE FOR RESPECTIVE ALLOCATIONS, ETC. | 5.70 |
| 05/09/16 | MJJ | CONFERENCE WITH MICHELLE LACOUNT RE: COMPREHENSIVE REVIEW OF CURRENT DRAFT OF DISTRIBUTION MODEL; CORRESPONDENCE WITH PARTIES, KINSELLA AND GCG RE: PROPOSED FAQ'S, REVISED NOTICE PROTOCOLS, ETC; ANALYSIS OF POTENTIAL REVISIONS TO RESPECTIVE ALLOCATIONS AND COMPENSATION FORMULAS | 3.80 |
| 05/10/16 | MJJ | WORK ON PROPOSED FAQ'S; CORRESPONDENCE WITH PARTIES RE: FAQ LANGUAGE; REVIEW OF ADDITIONAL PROOFS OF FORMS PREPARED BY KINSELLA; REVIEW OF INITIAL TEST WEBSITE PREPARED BY GARDEN CITY; REVIEW OF FLORIDA LAW REVIEW ARTICLE / ANALYSIS OF ROBINS DRY DOCK ISSUES | 4.70 |
| 05/10/16 | MJJ | REVIEW PROVISIONS OF PTO 60 / ANALYSIS OF POTENTIAL MEANS FOR IDENTIFYING VALID CLAIMANTS OUTSIDE OF DHEPDS; REVIEW GCG RECOMMENDED REVISIONS TO DISTRIBUTION MODEL; PREPARE DISTRIBUTION LANGUAGE RE: NEWLY FILED CLAIMS, RANKING OF PRIORITIES, ANALYSIS OF LEGAL CLAIMS, ETC.; COMMUNICATIONS WITH COURT AND PSC RE: IMPACT OF VOLUNTARY SETTLEMENTS WITH BP; PHONE CALL WITH BG PERSONNEL RE: SEPARATION OF COSTS AND SCOPE OF MATTERS REQUESTED BY GCG | 3.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/12/16 | MJJ | REVIEW ADDITIONAL PSA MATERIALS AND RELATED CORRESPONDENCE WITH PARTIES AND KINSELLA; REVIEW CORRESPONDENCE FROM GARDEN CITY WITH UPDATE ON MISCELLANEOUS ITEMS IN DEVELOPMENT OF DISTRIBUTION MODEL | 0.90 |
| 05/13/16 | MJJ | COMMUNICATIONS WITH GARDEN CITY RE: MAPPING ISSUES AND MAPPING EXPERT; CORRESPONDENCE WITH MICHELLE LACOUNT RE: DISTRIBUTION MODEL APPROACH TO MENHADEN INDUSTRY; REVIEW FINAL VERSION OF PSA MATERIALS AND COMMENTS OF PARTIES; PHONE CALL WITH COURT RE: PTO 60 PROCESS; EXTENSIVE DRAFTING OF NEW CLASS DISTRIBUTION MODEL | 4.90 |
| 05/16/16 | MJJ | CORRESPONDENCE WITH GARDEN CITY AND PARTIES RE: REVISED SET OF FAQ'S; REVIEW ADDITIONS/REVISIONS TO SAME | 0.60 |
| 05/17/16 | MJJ | WORK ON ADDITIONAL AND REVISED MATERIALS TO BE POSTED ON WEBSITE; REVIEW EMAILS AND REDLINED COMMENTS FROM PARTIES AND GCG; CORRESPONDENCE TO BP RE: FOLLOW UP ON REQUEST FOR CONSENT, ETC; COMMUNICATIONS WITH GARDEN CITY RE: CALCULATION FORMULAS IN PROCESS AND OTHER UNRESOLVED ISSUES; REVIEW ADDITIONAL COMMENTS FROM THE PARTIES RE: FAQ'S | 1.80 |
| 05/18/16 | MJJ | COMMUNICATIONS WITH CLAIMANT COUNSEL AND GARDEN CITY GROUP RE: TEXAS SHRIMPERS; CORRESPONDENCE WITH BP RE: REQUESTED CONSENT; REVIEW KINSELLA AND GARDEN CITY CORRESPONDENCE RE: NOTICE DOCUMENTS | 0.70 |
| 05/19/16 | MJJ | REVIEW CORRESPONDENCE FROM PARTIES AND GARDEN CITY RE: PREPARATIONS FOR NOTICE AND PUBLICATION OF DISTRIBUTION MODEL; CORRESPONDENCE WITH MARIA TRAVIS RE: EFFORTS TO OBTAIN BP POSITION; REVIEW COMMERCIAL FISHING LICENSURE ISSUES RAISED BY GCG | 0.60 |
| 05/20/16 | MJJ | PHONE CONFERENCE WITH BP REPRESENTATIVE RE: HANDLING OF DHEPDS DATA; COMMUNICATIONS WITH GARDEN CITY RE: ACCESS TO RELEVANT INFORMATION, RESERVATION OF CLAIMS ISSUES, PROCESSING OF NOTICE, ETC; REVIEW BP CORRESPONDENCE RE: RESPONSE TO PRIOR REQUESTS; REVIEW REVISED PSA'S BASED ON REQUIREMENTS OF MEDIA OUTLETS; REVIEW EXTENSIVE PACKET OF MATERIALS PROVIDED BY COUNSEL FOR TEXAS SHRIMPERS | 3.60 |
| 05/23/16 | MJJ | CONVERSATIONS WITH DHEPDS PERSONNEL RE: HANDLING OF VOLUNTARY SETTLEMENTS; REVIEW OF PRIMARY CASE LAW / COMPARISON TO PLANNED PROVISIONS OF DISTRIBUTION MODEL; ANALYSIS OF CLASS DEFINITION AND IMPACT ON POTENTIAL CLAIMS OF TEXAS COMMERCIAL FISHERMEN; REVIEW CORRESPONDENCE AMONGST PARTIES AND GCG RE: FAQ LANGUAGE | 1.40 |
| 05/24/16 | MJJ | EXTENDED CONFERENCE WITH MICHELLE LACOUNT RE: CALCULATION FORMULAS AND MISC ISSUES RE: DRAFT DISTRIBUTION MODEL / IMPLEMENTATION OF REVIEW OF NEW CLAIMS; REVIEW FIFTH CIRCUIT AND DISTRICT COURT DECISIONS RE: STANDARD FOR PUNITIVE DAMAGES / APPLICATION TO DISTRIBUTION MODEL; REVIEW LAW REVIEW ARTICLES RE: GOVERNING MARITIME LAW; PHONE CONFERENCE WITH CLASS COUNSEL RE: QSF, MONEY PROJECTIONS, UBS PROGRAM, ETC. | 4.10 |
| 05/25/16 | MJJ | REVIEW REVISED VERSION OF FAQ'S AS APPROVED BY PARTIES; PHONE CONFERENCE WITH COUNSEL FOR SHRIMPERS; REVIEW SUPPLEMENTAL SUBMISSIONS OF COUNSEL FOR MENHADEN | 3.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | FISHERMEN; COMMUNICATIONS WITH COUNSEL AND GARDEN CITY RE: COMPENSATION STRUCTURE IN MENHADEN INDUSTRY; REVIEW SETTLEMENT AGREEMENTS RE: SPECIFIC DUTIES OF RESPECTIVE CLAIMS ADMINISTRATORS; CORRESPONDENCE WITH GCG RE: DOCUMENT RETENTION POLICIES | |
| 05/26/16 | MJJ | EXTENSIVE DRAFTING OF NEW CLASS DISTRIBUTION MODEL; COMMUNICATIONS WITH GARDEN CITY RE: NUMEROUS EXAMPLES ISSUES - MENHADEN CLAIMS, ANTICIPATED PUBLIC INQUIRIES, PHONE STAFFING, CASH NEED PROJECTIONS, CLAIM REQUIREMENTS AND CALCULATIONS, ETC.; REVIEW PSA ANNOUNCEMENTS AND RECORDINGS PREPARED BY KINSELLA; CORRESPONDENCE WITH BP RE: MAPPING DATA; CORRESPONDENCE WITH COURT RE: STATUS OF DISTRIBUTION MODEL | 6.10 |
| 05/27/16 | MJJ | REVIEW OF / REVISIONS TO PROPOSED CLAIM FORM; ADDITIONAL DRAFTING OF NEW CLASS DISTRIBUTION MODEL; COMPARISON OF CURRENT DRAFT OF DOCUMENTATION REQUIREMENTS TO REQUIREMENTS UNDER DHEPDS; CORRESPONDENCE WITH GCG RE: CASH PROJECTIONS; ADDITIONAL COMMUNICATIONS WITH CLAIMANT COUNSEL RE: MENHADEN INDUSTRY; COMMUNICATIONS WITH VARIOUS PARTIES RE: IFQ DATABASES; CORRESPONDENCE WITH GARDEN CITY RE: RECENT ACTION ITEMS AND PLANS GOING FORWARD; REVIEW GCG PROOF OF PUBLIC ANNOUNCEMENT | 6.70 |
| 05/29/16 | MJJ | ANALYSIS OF DHEPDS SEAFOOD COMPENSATION SCHEME AND COMPARISON TO POTENTIAL NEW CLASS MODEL; ANALYSIS OF GCG ANALYTICS RE: NEW CLASS COMPENSATION MODELS FOR VARIOUS CLAIM TYPES | 2.40 |
| 05/31/16 | MJJ | EMAILS WITH GARDEN CITY AND OTHERS RE: IFQ DATABASE; ORGANIZATION OF DATA/ISSUES IN PREPARATION FOR MEETING WITH COURT; REVIEW/ANALYSIS OF SAMPLE MENHADEN SPOTTER CONTRACT; REVIEW PROPOSED RELEASE LANGUAGE FOR CLAIMS FORM AND CORRESPONDENCE WITH PARTIES RE: SAME; REVIEW MENHADEN INDUSTRY DATA PROVIDED BY COUNSEL FOR PROCESSOR; PHONE CALL WITH COURT RE: MEETING TO REVIEW MODEL DEVELOPMENT STATUS; REVIEW SUPPLEMENTAL MENHADEN PROCYON DATA | 2.90 |
| 06/01/16 | MJJ | CORRESPONDENCE WITH PARTIES RE: CLASS RELEASE REQUIREMENTS; MEETING WITH STEVE CIRAMI AND MICHELLE LACOUNT RE: DEVELOPMENT OF CLASS DISTRIBUTION MODEL; EMAIL RE: FINAL APPROVAL OF PSA'S; REVISIONS TO DISTRIBUTION MODEL FORMULAS AND DOCUMENTATION REQUIREMENTS; PREPARATION OF REVISIONS TO SPECIFIC CLAIM REQUIREMENTS AND CALCULATIONS | 3.90 |
| 06/02/16 | MJJ | REVIEW / ANALYSIS OF SUCCESSIVE REVISED SETS OF DATA RE: CLASS EVALUATIONS, POTENTIAL ALLOCATIONS, ETC; PREPARATION FOR MEETING WITH COURT; CONFERENCE WITH DISTRICT COURT RE: NEW CLASS DISTRIBUTION MODEL ISSUES; REVIEW EMAIL FROM BP RE: MAPPING DATA; REVIEW EMAIL FROM LDWF RE: LICENSURE DATABASE | 3.70 |
| 06/03/16 | MJJ | REVIEW MEDIA PROJECTIONS AND INVOICE SUBMITTED BY KINSELLA; REVIEW COURT ORDER RE: COMMON BENEFIT MOTIONS TO BE FILED IN CONNECTION WITH FAIRNESS HEARING; CORRESPONDENCE WITH PARTIES RE: RELEASE ISSUES; REVIEW | 1.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | COMMUNICATIONS WITH KINSELLA AND PARTIES RE: REVISIONS TO NOTICE PLAN; REVIEW ADDITIONAL PROPOSED FAQ LANGUAGE RE: REPRESENTATION, ETC. | |
| 06/05/16 | MJJ | EXCHANGE OF CORRESPONDENCE WITH GARDEN CITY RE: MISC OUTSTANDING ISSUES, WEBSITE, DISTRIBUTION MODEL DATA, DRAFT LANGUAGE, ETC. | 0.30 |
| 06/06/16 | MJJ | REVIEW/ANALYSIS OF REVISED CLAIM VALUE AND ALLOCATION DATA PREPARED BY GARDEN CITY; REVIEW UPDATED DRAFT OF UNIVERSAL CLAIM FORM; CORRESPONDENCE WITH GCG AND PARTIES; MEETING WITH MICHELLE LACOUNT RE: REVISED/UPDATE DISTRIBUTION MODEL, ISSUES TO BE RESOLVED PRIOR TO COURT FILING; CORRESPONDENCE WITH KINSELLA AND GCG RE: PLANNED PUBLIC SUBMISSIONS; PHONE CALL WITH PHILLIP HUGHES RE: CLAIMS PROCESS; CORRESPONDENCE WITH CLAIMANT COUNSEL RE: SPOTTERS' CONTRACTS | 3.10 |
| 06/07/16 | MJJ | RE-REVIEW OF EXTENSIVE PRIOR PUBLIC SUBMISSIONS AND COMPARISON OF ISSUES TO CURRENT/FINAL PROPOSED FRAMEWORK OF DISTRIBUTION MODEL; REVIEW/ANALYSIS OF REVISIONS TO DISTRIBUTION MODEL PROPOSED BY GCG; PREPARATION OF ADDITIONAL LANGUAGE / FRAMEWORKS FOR NEW CLASS DISTRIBUTION MODEL; REVIEW EMAILS RE: DATABASE RE: WITHDRAWN DHEPDS CLAIMS | 4.80 |
| 06/08/16 | MJJ | CORRESPONDENCE WITH PARTIES AND GCG RE: CLAIM FORM; EMAILS WITH UBS RE: PROJECTION OF CASH NEEDS; COMMUNICATIONS WITH GCG RE: MISC. ISSUES/REVISIONS TO DISTRIBUTION MODEL LANGUAGE; REVIEW COURT ORDER RE: PTO 60 COMPLIANCE WITH ATTACHED EXHIBITS / LISTING OF CLAIMS; EMAILS WITH GARDEN CITY RE: FRAUD PROVISIONS AND SEAFOOD EVALUATIONS | 1.30 |
| 06/09/16 | MJJ | REVIEW CORRESPONDENCE FROM UBS RE: ESTIMATED TAX PAYMENTS; COMMUNICATIONS WITH GCG RE: PUBLIC INQUIRIES AND CALL CENTERS; PHONE CONFERENCE WITH MICHELLE LACOUNT RE: TRANSITION CLAIMANTS; ASSESSMENT OF REQUIRED SUBMISSIONS FOR UPCOMING COURT DEADLINE | 0.80 |
| 06/10/16 | MJJ | CONFERENCE CALL WITH GCG AND BROWN GREER RE: FORTHCOMING NOTICES AND COORDINATION OF MATTERS TO BE ADDRESSED IN RESPONSE TO ANTICIPATED PUBLIC INQUIRIES; COMPREHENSIVE REVIEW OF, REVISIONS TO AND APPROVAL OF FINAL DISTRIBUTION MODEL AND CLAIMS FORM; CONFERENCE CALL WITH BP AND GARDEN CITY RE: MAPPING DATA ISSUES; PHONE CONFERENCE WITH BG PERSONNEL RE: INTERRELATIONSHIP BETWEEN DHEPDS AND HESI SETTLEMENT PROGRAMS | 6.30 |
| 06/13/16 | MJJ | FINAL PREPARATION/FILING OF DISTRIBUTION MODEL WITH DISTRICT COURT; CORRESPONDENCE WITH GCG, BG AND COURT RE: DISTRIBUTION MODEL; CORRESPONDENCE WITH BG/REVIEW OF PROPOSED SCRIPTS RE: COORDINATION BETWEEN HESI AND DHEPDS PROGRAMS; COMMUNICATIONS WITH MISC. CLAIMANT COUNSEL RE: RECENTLY FILED DISTRIBUTION MODEL | 1.30 |
| 06/14/16 | MJJ | COMMUNICATIONS WITH PSC, GCG AND VARIOUS CLAIMANT COUNSEL RE: TERMS OF DISTRIBUTION MODEL AND MISC PROCESS QUESTIONS; EXTENDED CONFERENCE CALL WITH GCG AND COUNSEL FOR MENHADEN RE: RECENTLY PUBLISHED FORMULAS, | 2.40 |

| Date | | Description | Hours |
|---|---|---|---|
| | | ETC; REVIEW OF FINAL EMAIL NOTICE AND ATTACHED LONG FORM WITH RELATED EMAILS TO BE PUBLICLY DISTRIBUTED; REVIEW/ANALYSIS OF MODEL'S LANGUAGE ADDRESSING CLAIMS SETTLED BY COURT-APPOINTED NEUTRALS | |
| 06/15/16 | MJJ | CORRESPONDENCE WITH GCG RE: GO LIVE TASKS/EVENTS; REVIEW PUBLISHED NEW CLASS WEBSITE; CONFERENCE WITH LOCAL GOVERNMENT COUNSEL RE: CLAIMS PROCESS / EVIDENTIARY ISSUES; REVIEW SEAFOOD LOSS FORMULAS IN COMPARISON TO NEW CLAIM CALCULATIONS; PHONE CALL AND EMAILS WITH GARDEN CITY RE: ATTORNEY REPRESENTATION ISSUES; CONFERENCE CALL WITH UBS MONEY MANAGEMENT AND ESCROW AGENT REPRESENTATIVES RE: FUNDING, LIQUIDITY, INVESTMENT MANAGEMENT, ETC. | 2.50 |
| 06/16/16 | MJJ | PHONE CONFERENCE WITH MICHELLE LACOUNT RE: NOTICE AND INITIAL PROGRAM PUBLICITY ISSUES; REVIEW KREBS CORRESPONDENCE RE: PUBLIC BODY PROPERTY CLAIMS; COMMUNICATIONS WITH COURT RE: WEBSITE AND PUBLIC ACCESS TO DISTRIBUTION MODELS | 0.70 |
| 06/17/16 | MJJ | CORRESPONDENCE TO BG RE: SEPARATION OF COSTS AMONGST DISTINCT CLASSES; FOLLOW-UP CORRESPONDENCE WITH COURT NEUTRAL RE: MENHADEN COMPENSATION; REVIEW LETTER FROM CLAIMANT COUNSEL RE: PARISH WETLANDS CLAIMS | 0.60 |
| 06/20/16 | MJJ | REVIEW GARDEN CITY COST ANALYSIS AND CASH PROJECTIONS | 0.40 |
| 06/21/16 | MJJ | REVIEW GCG REPORT RE: RESPONSE TO NOTICES, CALL CENTER VOLUME, ETC; PHONE CALL WITH COURT RE: PTO 60 REQUIREMENTS | 0.50 |
| 06/22/16 | MJJ | CORRESPONDENCE WITH GCG AND GCR RE: PREPARATIONS IN ANTICIPATION OF DIFFICULTIES TO BE PRESENTED BY NEW WETLANDS CLAIMS; REVIEW PSC PRESS RELEASE; EMAILS WITH GARDEN CITY RE: ADDITIONAL FAQ; INQUIRY FROM PENSACOLA ATTORNEY RE: CLAIMS PROCESS | 0.80 |
| 06/23/16 | MJJ | REVIEW NEW PTO 60 FAQ; EMAIL TO COURT RE: RECENTLY ADDED FAQ; COMMUNICATIONS WITH LOUISIANA CLAIMANT COUNSEL RE: NEW CLASS CLAIMS PROCESS | 0.60 |
| 06/24/16 | MJJ | CORRESPONDENCE WITH ERG ATTORNEY RE: REPORTS TO COURT / DISTRIBUTION OF CLASS PROCEEDS; EMAILS WITH BOGALUSA COUNSEL RE: NEW CLASS PROCESS; CORRESPONDENCE WITH GARDEN CITY RE: UPDATE ON DEVELOPMENTS | 0.60 |
| 06/25/16 | MJJ | PHONE CONFERENCE WITH COURT RE: PROPERTY OWNERSHIP ISSUES | 0.40 |
| 06/27/16 | MJJ | CONFERENCE WITH LOUISIANA CLAIMANT ATTORNEY IN NEW ORLEANS, LA RE: CLAIMS PROCESS, EVIDENTIARY REQUIREMENTS, ETC; REVIEW RELEVANT PROPERTY CLAIM ZONE MAPS | 0.80 |
| 06/28/16 | MJJ | PHONE CALL WITH PRO SE OYSTER BOAT HAND CLAIMANT RE: TERMS OF SETTLEMENT, ETC; PHONE CALL WITH COURT NEUTRALS RE: INTERSECTING ISSUES RE: DHEPDS AND HESI SETTLEMENTS; COMMUNICATIONS WITH UBS RE: ACCOUNTING FOR CLASS EXPENSES; CORRESPONDENCE WITH BP ATTORNEY RE: DATA SHARING PERMISSION ISSUES | 1.20 |
| 06/29/16 | MJJ | CORRESPONDENCE WITH GCG RE: PROPER HANDLING ON NON-NEW CLASS INQUIRIES; COMMUNICATIONS WITH GARDEN CITY RE: FOLLOW UP ON VARIOUS CLAIMS PROCESS AND DISTRIBUTION MODEL ISSUES | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/30/16 | MJJ | COMMUNICATIONS WITH UBS AND PSC RE: TRANSOCEAN FUNDING OF SETTLEMENT | 0.30 |
| 07/01/16 | MJJ | REVIEW GARDEN CITY EMAIL AND ATTACHMENTS RE: OPT OUTS; CORRESPONDENCE TO MICHELLE LACOUNT RE: REPORTING TO PARTIES | 0.40 |
| 07/05/16 | MJJ | CORRESPONDENCE WITH GCG ARE: CHECK DISTRIBUTION PROCESS; REVIEW/ANALYSIS OF ISSUES TO BE PRESENTED BY REAL PROPERTY OWNERSHIP DISPUTES; PHONE CALL WITH CLAIMANT COUNSEL RE: LOCAL GOVERNMENT CLAIMS | 0.80 |
| 07/06/16 | MJJ | CONFERENCE WITH MICHELLE LACOUNT AND ROBERT EDGECOMBE RE: PROPERTY OWNERSHIP AND EVIDENTIARY ISSUES; COMMUNICATIONS WITH GARDEN CITY RE: THIRD PARTY LIENS AND MISC ISSUES RE: CLAIMS PROGRAM; ANALYSIS OF RATIONALE FOR BASIS OF CLAIMS EVALUATION / CORRELATION OF COMPENSATORY AND PUNITIVE DAMAGES; CORRESPONDENCE WITH CLAIMANT COUNSEL RE: REVIEW OF EVIDENCE REQUIREMENTS | 2.90 |
| 07/08/16 | MJJ | REVIEW/ANALYSIS OF PROPOSED BP LICENSING AGREEMENT AND REVISIONS TO SAME; EMAILS WITH GARDEN CITY AND GCR RE: MAPPING DATABASES; REVIEW SETTLEMENT PROVISIONS RE: ACCOUNTING FOR ADMINISTRATIVE COSTS AND COMMUNICATIONS WITH PARTIES RE: SAME; REVIEW OF DRAFT THIRD PARTY LIEN FAQ; CORRESPONDENCE WITH DHEPDS COUNSEL RE: LIEN HANDLING; REVIEW PSC AND UBS COMMUNICATIONS RE: INVESTMENT POLICIES; REVIEW AND APPROVAL OF CLAIM ACKNOWLEDGEMENT FORM | 3.40 |
| 07/11/16 | MJJ | REVIEW OF GCG CASH PROJECTIONS / ANALYSIS OF BUDGETING ISSUES; CORRESPONDENCE WITH PARTIES RE: ALLOCATION OF FUNDS; REVIEW/ANALYSIS OF PRIOR COURT ORDERS RE: MANAGEMENT OF FEE CLAIMS; COMMUNICATIONS WITH COURT RE: CLAIMANT ATTORNEY FEES; PHONE CONFERENCE WITH COURT RE: REAL PROPERTY CLAIMS AND STANDARDS FOR EVIDENCE OF OWNERSHIP; PHONE CONFERENCE WITH GARDEN CITY RE: INCURRED COSTS FOR BOTH OLD CLASS AND NEW CLASS | 1.90 |
| 07/12/16 | MJJ | REVIEW/APPROVAL OF PROPOSED ORDERS RE: ACCESS TO ADDITIONAL THIRD PARTY DATABASES; COMMUNICATIONS WITH PARTIES RE: NOAA AND LDWF PERMIT AND LICENSE INFORMATION; CORRESPONDENCE WITH CLAIMANT COUNSEL RE: TIMELINE FOR CLAIMS PROCESS | 0.90 |
| 07/13/16 | MJJ | REVIEW GARDEN CITY WEEKLY STATISTICS REPORT; EXTENDED PHONE CALL WITH COUNSEL FOR PROPERTY OWNERS RE: CLAIMED PRESERVATION OF RIGHTS, LACK OF COMPLIANCE WITH PTO 60, ETC. | 0.80 |
| 07/14/16 | MJJ | REVIEW BP FILINGS RE: PTO 60 COMPLIANCE; REVIEW COURT ORDER RE: PTO 60 AND VIABLE REMAINING CLAIMS; REVIEW AND APPROVAL GCG DRAFT OF NOTICE TO CLAIMANTS RE: DHEPDS FILINGS; PHONE CONFERENCE WITH COURT RE: PTO 60 ISSUES; REVIEW/ANALYSIS OF CORRESPONDENCE AND CLASS ACTION COMPLAINT FILED BY COUNSEL FOR OPT OUT CLAIMANTS; CORRESPONDENCE FROM GCG RE: RECENT PTO 60 COMPLIANCE ISSUES; REVIEW RELEVANT CASE LAW RE: TIMELINESS ISSUES; REVIEW AND PREPARATION OF DRAFT QUARTERLY REPORT TO DISTRICT COURT | 3.60 |
| 07/15/16 | MJJ | REVIEW PSC CORRESPONDENCE AND ORDER RE: PAYMENT TO ESCROW AGENT; REVIEW/ANALYSIS OF OPT OUTS' RESPONSE TO | 4.10 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | RULE TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60 / ASSESSMENT OF CITED CASE LAW; COMMUNICATIONS WITH GCG RE: MENHADEN METHODOLOGY; EMAIL TO MAPPING EXPERT RE: LANDOWNER DOCUMENTATION; ANALYSIS OF HISTORICAL WEEKLY CALL AND WEBSITE VOLUME STATISTICS; REVIEW/APPROVAL OF TRANSITION CLAIMANT NOTICE FORMS; CORRESPONDENCE WITH GCG RE: ALTERNATIVE FORMATS RE: CLAIMS REVIEW DATA | |
| 07/18/16 | MJJ | CORRESPONDENCE WITH PSC AND GCG RE: DOCUMENTS TO BE SUBMITTED RE: APPROVAL CONSIDERATION; CONFERENCE WITH MICHELLE LACOUNT RE: REVIEW OF MISC PROCESSING AND REPORTING ISSUES; REVIEW COURT PTO 60 REQUIREMENTS AND SCOPE OF DISMISSAL RE: NON-COMPLIANT CLAIMS; MEETING WITH GCG, GCR AND CLAIMANT COUNSEL / CLAIMANT REPRESENTATIVES RE: REAL PROPERTY OWNERSHIP EVIDENTIARY ISSUES | 3.50 |
| 07/19/16 | MJJ | CORRESPONDENCE WITH COURT RE: SUPPLEMENTAL ORDERS RE: NOAA AND LDWF DATA SETS; COMMUNICATIONS WITH BP AND GCR RE: SHARING OF MAPPING DATA WITH LOCAL GOVERNMENT; PHONE CONFERENCE WITH COURT RE: ONGOING EFFORTS TO CLARIFY EVIDENTIARY STANDARDS; EMAILS WITH GCR AND GCG RE: SUPPLEMENTARY PROPERTY DESCRIPTIONS/MAPPING DATA ; REVIEW GCG DECLARATION RE: CLASS APPROVAL ISSUES; PHONE CALL WITH PSC COUNSEL RE: STATUS OF PROGRAM / GENERAL FEEDBACK ISSUES; CORRESPONDENCE WITH BP COUNSEL RE: SOFTWARE LICENSE | 2.90 |
| 07/20/16 | MJJ | REVIEW COURT ORDERS RE: ACCESS TO GOVERNMENT AGENCY DATABASES; REVIEW MISC. GCG CORRESPONDENCE RE: IMPLEMENTATION OF RECENT COURT ORDERS; REVIEW PSC AND GCG EMAILS RE: CONTENT OF NOTICE AND COST DECLARATIONS; COMMUNICATIONS WITH GARDEN CITY AND CLASS COUNSEL RE: NOTICE TO PTO 60 COMPLIANT PARTIES | 1.40 |
| 07/21/16 | MJJ | DETAILED CORRESPONDENCE WITH CLAIMANT COUNSEL RE: APPLICABILITY OF PTO 60 AND RAMIFICATIONS OF SAME; COMMUNICATIONS WITH PARTIES AND GCG RE: ADDITIONAL ISSUES RE: SUBMISSIONS TO BE MADE TO COURT; COMMUNICATIONS WITH GCG AND GCG RE: EFFORTS TO REACH AGREEMENT ON PROPERTY OWNERSHIP ISSUES; REVIEW COURT ORDER AND RELATED CORRESPONDENCE RE: PAYMENT TO ESCROW AGENT; EMAILS WITH PARTIES AND KINSELLA RE: DRAFT DECLARATION RE: NOTICE ISSUES; PHONE CONFERENCE WITH INDIVIDUAL CLAIMANT RE: RESPONSE TO NEW CLASS QUESTIONS | 1.70 |
| 07/22/16 | MJJ | REVIEW/ANALYSIS OF BP OBJECTIONS AND RESPONSES TO PTO 60 SHOW CAUSE SUBMISSIONS | 0.60 |
| 07/25/16 | MJJ | CORRESPONDENCE WITH COURT RE: PTO 60 FILINGS; ANALYSIS OF CLAIMANT MOTION RE: CLARIFICATION OF PTO 60 REQUIREMENTS | 1.40 |
| 07/26/16 | MJJ | MULTIPLE COMMUNICATIONS WITH GCR, GCG AND CLAIMANT RE: MAPPING ISSUES | 0.80 |
| 07/27/16 | MJJ | PHONE CONFERENCE WITH LOUISIANA PRO SE CLAIMANT RE: EFFECT OF GCCF RELEASE; REVIEW GCG REPORTS RE: PHONE, WEBSITE AND CLAIM ACTIVITY | 0.60 |
| 07/28/16 | MJJ | REVIEW PROPOSED STATE AND FEDERAL TAX RETURNS AND RELATED DOCUMENTS; CORRESPONDENCE WITH UBS RE: TAX FILINGS | 0.50 |

| Date | Init | Description | Hours |
|---|---|---|---|
| 07/29/16 | MJJ | REVIEW GCG CORRESPONDENCE AND DRAFT DECLARATION RE: MAILING/NOTICE ISSUES; CORRESPONDENCE WITH GCG AND GCR RE: LAND OWNERSHIP ISSUES; REVIEW/APPROVAL OF FINAL DRAFT OF QUARTERLY COURT REPORT; REVIEW OF EXECUTED COURT DECLARATION OF KINSELLA MEDIA RE: NOTICE PLAN; EMAIL TO CLAIMANT PROCESSING RE: OUTSTANDING REQUEST FOR CLAIM DOCUMENTATION | 1.40 |

                                                                    134.50           $67,250.00

| | | | | | |
|---|---|---|---|---|---|
| MJJ | JUNEAU, MICHAEL J. | | 134.50 hrs @ | $500.00 /hr | $67,250.00 |
| | Fee Recap Totals | | 134.50 | | $67,250.00 |

## EXPENSES                                                                                  Amount

| | | |
|---|---|---|
| 05/13/16 | FILE & SERVEXPRESS; REPOSITORY LICENSING FEE | 5.00 |
| 06/13/16 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 07/20/16 | FILE & SERVEXPRESS; REPOSITORY LICENSING FEE | 5.00 |
| 07/31/16 | COPYING | 28.10 |
| 07/31/16 | LONG DISTANCE TELEPHONE CHARGE | 21.65 |
| | | $64.75 |

## BILLING SUMMARY:

| | |
|---|---|
| TOTAL FEES | $67,250.00 |
| TOTAL EXPENSES | $64.75 |
| TOTAL FEES & EXPENSES | $67,314.75 |
| **TOTAL NOW DUE** | **$67,314.75** |

Juneau, David APLC

Client ID: 6103126001
Invoice No: 201604103126001

**File & ServeXpress™**

Please detach this portion and return it with your payment made payable to:
File & ServeXpress
P.O. Box 844419
Dallas, TX 75284-4419

Please Send Correspondence to:

File & ServeXpress by Mozato
Attn: Accounts Receivable
500 E. John Carpenter Fwy Suite 250
Irving, TX 75062

**Juneau, David APLC**
Attn: Karen Blanchard
1018 Harding St Ste 202
Lafayette, LA 70503

| Amount Due (USD): | $5.00 |
|---|---|

| | |
|---|---|
| Invoice Date: | 02-May-2016 |
| Billing Period: | 201604 |
| Invoice No: | 201604103126001 |
| Customer ID: | 6103126001 |
| Terms: | Payments by check due net 10 days from date of receipt |

## Invoice Summary

| | |
|---|---|
| Transaction Subtotal: | $5.00 |
| Adjusted Subtotal: | $5.00 |
| Sales Tax: | $0.00 |
| Court Fees / Postage: | $0.00 |
| Fee for Paper Invoice: | $0.00 |
| Total Charges: | $5.00 |

Thank you for using File & ServeXpress. If you have any comments or questions about your bill or the services we provide, please contact us at the number listed below. Questions regarding past invoices must be submitted within 60 days of receipt of the invoice.

Please Note:
An interest charge of 1.5% per month will accrue on unpaid amounts thirty (30) days after the invoice date. In addition to the above charge, Court Fees not paid within thirty (30) days after the invoice date will bear an administrative fee of up to twenty percent (20%) of the outstanding statutory Court Fees

File & ServeXpress Client Support (888) 529-7587 - EIN 46-1072568

Juneau, David APLC
Client ID: 6103126001
Invoice No: 201604103126001

**File & ServeXpress™**

## Case Involvement Fees

| Item: | Repository Licensing Fee | Date: | 4/1/2016 9:39:40PM | Pages: | 0 |
| Purchased By: | | RecordID: | 104230113 | | |
| Court Name: | LA US District Court Eastern District E-Service-Oil Spill | | | Fee: | $5.00 |
| Case: | -946 | | | Tax: | $0.00 |
| Description: | Civil-Oil Spill Litigation | | | Total: | $5.00 |

Case Involvement Fees To   Subtotal: $5.00   Tax: $0.00   Total: $5.00

Juneau, David APLC

**Client ID:** 6103126001
**Invoice No:** 201605103126001

**File & ServeXpress**™

Please detach this portion and return it with your payment made payable to:
File & ServeXpress
P.O. Box 844419
Dallas, TX 75284-4419

Please Send Correspondence to:

File & ServeXpress by Mozato
Attn: Accounts Receivable
500 E. John Carpenter Fwy Suite 250
Irving, TX 75062

**Juneau, David APLC**
Attn: Karen Blanchard
1018 Harding St Ste 202
Lafayette, LA 70503

| Amount Due (USD): | $5.00 |
|---|---|

| | |
|---|---|
| Invoice Date: | 01-Jun-2016 |
| Billing Period: | 201605 |
| Invoice No: | 201605103126001 |
| Customer ID: | 6103126001 |
| Terms: | Payments by check due net 10 days from date of receipt |

## Invoice Summary

| | |
|---|---|
| Transaction Subtotal: | $5.00 |
| Adjusted Subtotal: | $5.00 |
| Sales Tax: | $0.00 |
| Court Fees / Postage: | $0.00 |
| Fee for Paper Invoice: | $0.00 |
| Total Charges: | $5.00 |

Thank you for using File & ServeXpress. If you have any comments or questions about your bill or the services we provide, please contact us at the number listed below. Questions regarding past invoices must be submitted within 60 days of receipt of the invoice.

Please Note:
An interest charge of 1.5% per month will accrue on unpaid amounts thirty (30) days after the invoice date. In addition to the above charge, Court Fees not paid within thirty (30) days after the invoice date will bear an administrative fee of up to twenty percent (20%) of the outstanding statutory Court Fees

File & ServeXpress Client Support (888) 529-7587 - EIN 46-1072568

Juneau, David APLC
Client ID: 6103126001
Invoice No: 201605103126001

**File & ServeXpress™**

## Case Involvement Fees

| Item: | Repository Licensing Fee | Date: | 5/1/2016 9:40:38PM | Pages: | 0 |
| Purchased By: | | RecordID: | 104736871 | | |
| Court Name: | LA US District Court Eastern District E-Service-Oil Spill | | | Fee: | $5.00 |
| Case: | -946 | | | Tax: | $0.00 |
| Description: | Civil-Oil Spill Litigation | | | Total: | $5.00 |

Case Involvement Fees To     Subtotal: $5.00     Tax: $0.00     Total: $5.00

## Case Involvement Fees

| Item: | Repository Licensing Fee | Date: | 6/1/2016 9:36:44PM | Pages: | 0 |
|---|---|---|---|---|---|
| Purchased By: | | RecordID: | 105279772 | | |
| Court Name: | LA US District Court Eastern District E-Service-Oil Spill | | | Fee: | $5.00 |
| Case: | -946 | | | Tax: | $0.00 |
| Description: | Civil-Oil Spill Litigation | | | Total: | $5.00 |

Case Involvement Fees To     Subtotal: $5.00     Tax: $0.00     Total: $5.00