# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010**<br><br>*This document relates to:*<br><br>Nos. 12-970, 15-4143, 15-4146 and 15-4654 | \*  MDL NO. 2179<br>\*<br>\*  SECTION: J<br>\*<br>\*<br>\*<br>\*  **HONORABLE CARL J. BARBIER**<br>\*<br>\*  **MAGISTRATE JUDGE**<br>\*  **WILKINSON**<br>\*<br>\*<br>\*<br>\* |

## ORDER

**CONSIDERING** the Unopposed Motion for Approval of Payment from Escrow Accounts, together with the record of these proceedings, and the requirements of law:

**IT IS HEREBY ORDERED** that the Escrow Agent is hereby authorized and directed to pay the following notice and other administrative expenses incurred in connection with the Settlement and Notice Plan:

1) Kinsella Media a total of Five Thousand and Six Hundred and Sixty Two Dollars and Fifty Cents ($5,662.50) from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $4,694.21 out of the Halliburton Settlement Fund and $968.29 out of the Transocean Settlement Fund); and,

2) Garden City Group, LLC, a total of Eight Hundred Ninety Five Thousand and Four Hundred and Sixty Two Dollars and Sixty Four Cents ($895,462.64) from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $742,338.53 out of the Halliburton Settlement Fund and $153,124.11 out of the Transocean Settlement Fund); and,

3) Juneau David a total of Sixty Seven Thousand and Three Hundred and Fourteen Dollars and Seventy Five Cents ($67,314.75) from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $55,803.93 out of the Halliburton Settlement Fund and $11,510.82 out of the Transocean Settlement Fund).

New Orleans, Louisiana this _____ day of _____, 2016.

_____
**Hon. Carl J. Barbier**