UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON MONES,** | * | **CIVIL ACTION** |
| **PLAINTIFF** | * | **NO.: 13-2361** |
| **VERSUS** | * | **SECTION: J** |
| BP Exploration & Production, Inc.; BP America Production Company; BP, plc; Transocean, LTD; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | * | **JUDGE BARBIER** <br><br> **MAG. JUDGE WILKINSON** |
| **DEFENDANTS** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE EXHIBIT A, SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS**

Jason Mones, through his attorneys, respectfully requests that this Honorable Court grant him leave to file Plaintiff's Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims, as more fully stated in the attached Memorandum in Support of the Motion for Leave.

1

Respectfully submitted,

/s/ Bruce C. Betzer
Bruce C. Betzer, Bar No.: 26800
Rachel C. Schmidt, Bar No.: 33643
***The Law Office of Bruce C. Betzer***
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
*Attorneys for Plaintiff, Jason Mones*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States Mail, First Class postage prepaid and properly addressed, facsimile and/or electronically by using the CM/ECF system on this 11th day of August, 2016.

/s/ Bruce C. Betzer
Bruce C. Betzer