# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **JASON MONES,** | * | **CIVIL ACTION** |
|  | * |  |
| **PLAINTIFF** | * | **NO.: 13-2361** |
|  | * |  |
|  | * |  |
| **VERSUS** | * | **SECTION: J** |
|  | * |  |
| **BP Exploration & Production, Inc.; BP America** | * |  |
| **Production Company; BP, plc; Transocean,** | * |  |
| **LTD; Transocean Offshore Deepwater Drilling,** | * | **JUDGE BARBIER** |
| **Inc.; Transocean Deepwater, Inc.; Transocean** | * |  |
| **Holdings, LLC; Triton Asset leasing GmbH;** | * |  |
| **Halliburton Energy Services, Inc.; and Sperry** | * |  |
| **Drilling Services,a division of Halliburton** | * | **MAG. JUDGE WILKINSON** |
| **Energy Services, Inc.** | * |  |
|  | * |  |
| **DEFENDANTS** | * |  |
|  | * |  |

*********************************************************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the attached Motion for Leave to File Plaintiff's Exhibit A,

Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and

Property Damage Claims will be brought for hearing before Magistrate Judge Joseph C. Wilkinson,

Jr. in the United States District Court for the Eastern District of Louisiana on the  31st  day of ___

August  , 2016, at   11:00   o'clock  a  .m. as counsel may be heard.

Respectfully submitted,

_/s/ Bruce C. Betzer_____

Bruce C. Betzer, Bar No.: 26800
Rachel C. Schmidt, Bar No.: 33643
**_The Law Office of Bruce C. Betzer_**
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Phone: (504) 832-9942
Facsimile: (504) 304-9964
_Attorneys for Plaintiff, Jason Mones_

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States Mail, First Class postage prepaid and properly addressed, facsimile and/or electronically by using the CM/ECF system on this __11th__ day of _August_, 2016.

_/s/ Bruce C. Betzer_____
BRUCE C. BETZER