UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON MONES,** | * | **CIVIL ACTION** |
| **PLAINTIFF** | * | **NO.: 13-2361** |
| **VERSUS** | * | **SECTION: J** |
| BP Exploration & Production, Inc.; BP America Production Company; BP, plc; Transocean, LTD; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | * | **JUDGE BARBIER** |
| **DEFENDANTS** | * | **MAG. JUDGE WILKINSON** |

**********************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims.

**IT IS ORDERED** that the Plaintiff, Jason Mones, be and is hereby **GRANTED** leave of court to file the annexed Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE