

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Notice of Appeal
Please **do not Seal this pleading**.

If the Court wants to address this situation than this Notice of Appeal would be preemptive. The court would have to be proactive in protecting other people like myself who are caught in a catch 22. How many of us did not have our interests represented when the Settlement Agreement was negotiated? Was there a Court Order stating that you had to be represented by an attorney? Why did the Plaintiff's attorneys not represent individuals like myself and others? Could this be considered malpractice? It is not a question of whether I qualify for the settlement?

Reference: Order [Establishing Rules Governing Discretionary Court Review of Appeal Determinations] Case 2:10-md-02179-CJB-SS Document 14812 Filed 07/07/15 Page 1 of 1 and Documentation Requirements for Business Economic Loss Claims Case 2:10-md-02179-CJB-SS Document 6430-8 Filed 05/03/12 Page 2 of 5. (My interpretation of 4A is that IRS Tax returns do qualify as supporting documentation. I can't produce what does not exist without committing fraud. There was no requirement or law to keep financials in the manner that is stared in the Settlement Agreement. Why would the Court accept a Settlement agreement such as this? How would I have ever known before the fact?)

In the settlement nobody represented individuals like myself. I was a small business owner who kept his own financials and filed his own tax return via Turbo Tax. The financials were kept in accordance with IRS rules, regulations and laws and well as National Accounting Standards and Practices.

I ~~have been informed~~ that my financials do not satisfy the settlement agreement's requirements. This information was supplied to me by Appeals Coordinator Patrick Hron. Please review the attached email exchanges between Mr. Hron and myself. There is no way to prevail. **My financials have been classified as incomplete.**

Reference: Order Case 2:10-md-02179-CJB-SS Document 20923 Filed 07/07116 Page 1 of 2 footnote 4 Even if Christenson fully exhausts his rights within the Settlement Program, there may be a question as to whether the Court has the authority to review a claim that is denied for incompleteness. But, the Court need not address that issue here.

I would have to commit fraud in order to satisfy the requirement. I lost my home to foreclosure because of the BP Oil Spill. I lost financial records because I did not have the money to retain them. I pleaded for a hardship exemption but was denied. There was no third party with copies.

A good faith settlement would have included IRS Tax returns and financials that were produced according to National Accounting Standards and Practices. This Court has stated that it does not have the authority to review. The Settlement should not have been approved because it did not protect individuals like myself.

The email exchange between Mr. Hron and myself should be reviewed thoroughly. There is very good information in the exchange.


Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086



**David Andrew Christenson <davidandrewchristenson@gmail.com>**

## RE: Is it possible to update what is happening?
1 message

**Patrick Hron** <phron@dheclaims.com>  Mon, Aug 8, 2016 at 5:30 PM
To: DavidandrewchristensonG <davidandrewchristenson@gmail.com>

Mr. Christenson,

Again, I cannot ask the Court. There is no procedural mechanism whatsoever that would allow me to do so.

Furthermore, your proposal is inconsistent with the intention of the Parties as set forth in the Settlement Agreement. Presumably, if the Settlement Program disregarded the Parties' Agreement, both Parties would object, and, to the extent we ignored the Documentation Requirements of Exhibit 4A as you propose, BP would certainly object as doing so would potentially result in the compensation of otherwise ineligible claims not supported by sufficient documentation.

Your objections in this respect, however, have been duly noted.

Sincerely,

Patrick Hron

Claims Administrator's Office

**From:** David Andrew Christenson [mailto:davidandrewchristenson@gmail.com]
**Sent:** Monday, August 08, 2016 5:23 PM
**To:** Patrick Hron <phron@dheclaims.com>
**Subject:** Re: Is it possible to update what is happening?

What if nobody objects? It seems to me that you can ask the court and save time.

On Mon, Aug 8, 2016 at 5:17 PM, Patrick Hron <phron@dheclaims.com> wrote:

> Mr. Christenson,
>
> In response to the below as well as the attached, I have followed up with the Team reviewing your claim, and, pursuant to the approved hardship request, I have requested that the review be expedited.

First, Rule 15 only applies to claims in some phase of the Discretionary Court Review process, which is not the case here, so this Rule is inapplicable. Furthermore, my reading of Rule 15 is different than yours. As I understand it, Rule 15 permits the Appeals Coordinator to stay any Court review or to stay any request for Court review which may present policy questions or inconsistent treatment issues, but it does not authorize the Appeals Coordinator to request anything of the Court or to ask for any sort of clarification. Similarly, as Appeals Coordinator, I am unable to request Discretionary Court Review, so I cannot assist in that respect.

Second, as previously noted, we are implementing the provisions of the Settlement Agreement pursuant to the intent of the Parties as interpreted by our office. We do not believe your interpretation of the requirements of the Settlement Agreement is consistent with the intent of the Parties. While your accounting methods may be approved by the IRS and/or "national guidelines" (although I do not know one way or the other), your methods are inconsistent with the requirements of the Settlement Agreement for reasons previously provided.

Third, the claim is currently incomplete for the reasons previously mentioned. If the incompleteness remains uncured, an Incompleteness Denial will be issued, which you may subsequently appeal to the Documentation Reviewers appointed by the District Court.

Sincerely,

Patrick Hron

Claims Administrator's Office


**From:** David Andrew Christenson [mailto:davidandrewchristenson@gmail.com]
**Sent:** Monday, August 08, 2016 3:21 PM
**To:** Patrick Hron <phron@dheclaims.com>
**Subject:** Is it possible to update what is happening?

Mr. Hron,

Did I miss something? It appears that my application is frozen. Please provide any information that you can.

I am in the process of being evicted.

Godspeed.

David Andrew Christenson

504-715-3086

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

---------- Forwarded message ----------
From: DavidandrewchristensonG <davidandrewchristenson@gmail.com>
To: Patrick Hron <phron@dheclaims.com>, "paj@juneaudavid.com" <paj@juneaudavid.com>, "rjd@juneaudavid.com" <rjd@juneaudavid.com>, 26CBBen 26CBAllums <ben_allums@laed.uscourts.gov>, "Judge/Carl Judge/Barbier" <carl_barbier@laed.uscourts.gov>
Cc:
Date: Mon, 8 Aug 2016 20:52:01 +0000
Subject: Rule 15

Rule 15. Appeals Coordinator's Discretion to Stay Reviews. The Appeals Coordinator has the discretion to stay any Court review or **request for Court review that presents a policy question or any issue that could give rise to inconsistent treatment among claimants until the issue is resolved by the Court or by agreement of the parties.** The Appeals Coordinator shall notify the affected Requesting Party, Objecting Party and Class Counsel of any such stay.

Mr. Hron,

What parties object to my accounting methods? It appears that if there were no objection that my methods could be used. You could still request discretionary review by the court. MY methods are approved by the IRS and follow national guidelines. Is there anything you can do as the Appeals Coordinator?

What I don't understand is the "why". I am acting in "good faith" and my financial records are backed up by IRS Tax Returns. Surely no one would object if you used my accounting methods. Can you see if anyone objects and if not approve my claim.

Thank you.

Godspeed.

David Andrew Christenson

504-715-3086

---------- Forwarded message ----------
From: DavidandrewchristensonG <davidandrewchristenson@gmail.com>
To: Patrick Hron <phron@dheclaims.com>, "paj@juneaudavid.com" <paj@juneaudavid.com>, "rjd@juneaudavid.com" <rjd@juneaudavid.com>, 26CBBen 26CBAllums <ben_allums@laed.uscourts.gov>, "Judge/Carl Judge/Barbier" <carl_barbier@laed.uscourts.gov>
Cc:
Date: Mon, 8 Aug 2016 21:04:43 +0000
Subject: The order denying my motion is attached.

Mr. Horn,

It appears that you have the ability to ask the court for clarification. It would be in the interest of justice and save judicial resources. I would not have to file anything else if the court agreed.

It also appears that if no one objects than my claim could be approved.

Am I looking at this wrong. I hope I am presenting this in the proper manner.

It seems that I would have three appeals with the 5th Circuit being the final. I have one with you, then the District Court and then finally the 5th Circuit. It is such a simple question. Do my records which are confirmed by IRS Tax Returns qualify? Also if there are no objections then they should qualify.

Thank you.

Godspeed.

David Andrew Christenson

504-715-3086

---------- Forwarded message ----------
From: DavidandrewchristensonG <davidandrewchristenson@gmail.com>
To: Patrick Hron <phron@dheclaims.com>, 26CBBen 26CBAllums <ben_allums@laed.uscourts.gov>, "Judge/Carl Judge/Barbier" <carl_barbier@laed.uscourts.gov>, "paj@juneaudavid.com" <paj@juneaudavid.com>, "rjd@juneaudavid.com" <rjd@juneaudavid.com>
Cc:
Date: Mon, 8 Aug 2016 21:24:59 +0000
Subject: There is no way fro me to cure the defect without committing fraud.

I can't even appeal because they are stating that my financials are incomplete. The financials are complete but they don't work for a settlement agreement that is not favorable to small business owners like my self. We only kept financials for ourselves and the IRS.

The court should clarify this point. I should not be excluded from the settlement because I did not keep my books in manner that one day would be required for a class action claim. I had no way of knowing what was to come and what was required. I will bet that all class action lawsuits are different. This requirement is draconian. To be excluded for a catch 22 is wrong. Surely no one would object.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

Christenson
Box 9043
Miramar Beach, FL.
32550

Judge Carl Barbier
C-256
500 Poydras St.
New Orleans, LA
70130

70130-336155

U.S. Marshals

U.S. Marshals

PENSACOLA
09 AUG 2016

USA FOREVER
USA FOREVER
USA FOREVER