UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 | ) | SECTION J; DIVISION 2 |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| (REF: C.A. 13-1711) | ) | MAGISTRATE JUDGE WILKINSON |
| | ) | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Zat's Restaurants, Inc. ("Zat's Restaurants"), who respectfully moves this Honorable Court for an Order permitting the following attorneys to enroll as counsel of record on its behalf in the captioned matter:

JAMES M. GARNER, La. Bar No. 19589; MARTHA Y. CURTIS, La. Bar No. 20446; KEVIN M. MCGLONE, La. Bar No. 28145; and ASHLEY G. COKER, La. Bar No. 30446; of the law firm of **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**, 909 Poydras Street, Suite 2800, New Orleans, Louisiana 70112-4046, and GLADSTONE N. JONES, III, La Bar No. 22221; LYNN E. SWANSON, La. Bar No. 22650; CATHERINE E. LASKY, La. Bar No. 28652; and H. S. BARTLETT, III, La. Bar No. 26795; of the law firm of **JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**, 601 Poydras Street, Suite 2655, New Orleans, Louisiana 70130, and JAMES R. SWANSON, La. Bar No. 18455, of the law firm **FISHMAN HAYGOOD, L.L.P.**, 201 St. Charles Avenue, Suite 4600, New Orleans, Louisiana 70170.

**WHEREFORE,** Zat's Restaurants, prays that this motion be granted and that the foregoing attorneys be allowed to enroll as counsel of record on its behalf in the captioned matter.

RESPECTFULLY SUBMITTED,

  /s/ *James M. Garner*
JAMES M. GARNER (# 19589)
MARTHA Y. CURTIS (# 20446)
KEVIN M. McGLONE (# 28145)
ASHLEY G. COKER (# 30446)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, LA  70112-4046
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2333
E-Mail: jgarner@shergarner.com
mcurtis@shergarner.com
kmcglone@shergarner.com
acoker@shergarner.com

**-AND-**

GLADSTONE N. JONES, III (# 22221)
LYNN E. SWANSON (# 22650)
CATHERINE E. LASKY (#28652)
H.S. BARTLETT III (# 26795)
**JONES, SWANSON, HUDDELL**
**& GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Telephone:  (504) 523-2500
Facsimile:  (504) 523-2508
E-Mail: gjones@jonesswanson.com
lswanson@jonesswanson.com
klasky@jonesswanson.com
tbartlett@jonesswanson.com

**-AND-**

JAMES R. SWANSON (# 18455)
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:  (504) 586-5252
Facsimile:  (504) 586-5250
E-Mail: jswanson@fishmanhaygood.com

**ATTORNEYS FOR PLAINTIFF**
**ZAT'S RESTAURANTS, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 11th day of August, 2016, the above and foregoing motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

    /s/ *James M. Garner*
    JAMES M. GARNER