UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 | ) | SECTION J; DIVISION 2 |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| (REF: C.A. 13-1711) | ) | MAGISTRATE JUDGE WILKINSON |
| | ) | |

**MOTION FOR RELIEF FROM ORDER REGARDING
COMPLIANCE WITH PTO 60 [RECORD DOC NO. 20996]**

Now into court, through undersigned counsel, comes Zat's Restaurants, Inc. ("Zat's Restaurants"), who respectfully submits this Motion for Relief From Order Re: Compliance with PTO 60 [Record Doc. No. 20996] pursuant to Federal Rule of Civil Procedure 60(b)(1).  Zat's Restaurants, while represented by counsel, opted out of the economic loss settlement and filed suit against BP and others for damages under the Oil Pollution Act.  Thereafter, its counsel withdrew from representing it, and Zat's Restaurants received no notice of the Order granting the withdrawal.  It also received no notice of this Court's instructions under Pretrial Order No. 60 setting forth certain actions that Zat's Restaurants was required to take to preserve its claim.  This Court recently dismissed Zat's Restaurants' claims for failure to comply with Pretrial Order No. 60.  For reasons more fully discussed in the attached supporting memorandum, Zat's Restaurants submits that such failure was the result of "mistake inadvertence, surprise, or excusable neglect" within the meaning of Rule 60(b)(1) of the Federal Rules of Civil Procedure because it never received any notice of the potential for its claims to be dismissed.  For these reasons, discussed in the attached supporting memorandum, Zat's Restaurants respectfully requests that this Honorable Court grant its motion for relief and vacate the order dismissing it from this case.

## PRE-TRIAL ORDER NO. 11 STATEMENT

In accord with Pretrial Order No. 11, undersigned counsel certifies it contacted the Plaintiffs Steering Committee and advised of its intent to file this motion. PSC indicated that it would support the filing of this motion.

RESPECTFULLY SUBMITTED,

  /s/ *James M. Garner*
JAMES M. GARNER (# 19589)
MARTHA Y. CURTIS (# 20446)
KEVIN M. McGLONE (# 28145)
ASHLEY G. COKER (# 30446)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, LA  70112-4046
Telephone:  (504) 299-2100
Facsimile:   (504) 299-2333
E-Mail:      jgarner@shergarner.com
                  mcurtis@shergarner.com
                  kmcglone@shergarner.com
                  acoker@shergarner.com

**-AND-**

GLADSTONE N. JONES, III (# 22221)
LYNN E. SWANSON (# 22650)
CATHERINE E. LASKY (#28652)
H.S. BARTLETT III (# 26795)
**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Telephone:  (504) 523-2500
Facsimile:   (504) 523-2508
E-Mail:      gjones@jonesswanson.com
                  lswanson@jonesswanson.com
                  klasky@jonesswanson.com
                  tbartlett@jonesswanson.com

**-AND-**

JAMES R. SWANSON (# 18455)
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:  (504) 586-5252
Facsimile:   (504) 586-5250
E-Mail:      jswanson@fishmanhaygood.com

**ATTORNEYS FOR PLAINTIFF**
**ZAT'S RESTAURANTS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, the 11th day of August, 2016, the above and foregoing motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

  /s/ *James M. Garner*
JAMES M. GARNER