November 1, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

Re: <u>**NOTICE OF OPT OUT**</u>

Please be advised that I wish to be excluded from the Economic & Property Damages Class."

Name:          Zat's Restaurant, LLC

Address:       671 Terrence St, Jefferson, LA 70121

Phone Number:  (504)444-2748

Signature:     _____
               Signature                Date

**EXHIBIT 1**