| | |
|---|---|
| **From:** | Ritter, Kristopher <ritterk@kirkland.com> |
| **Sent:** | Thursday, August 11, 2016 2:39 PM |
| **To:** | McGlone, Kevin |
| **Cc:** | Curtis, Martha |
| **Subject:** | RE: BP MDL-2179-- Pretrial Order 60 |

Kevin,

Zat's was not on the PTO 60 mailing lists.  Those lists included only individuals and businesses who submitted their opt out requests and/or claims to the BP Claims Program *pro se*.  I understand Zat's was still represented by the Irpino firm at the time of those submissions.

Best,
Kris

**Kristopher S. Ritter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7118

kristopher.ritter@kirkland.com

**From:** McGlone, Kevin [mailto:kmcglone@SHERGARNER.com]
**Sent:** Thursday, August 11, 2016 11:41 AM
**To:** Ritter, Kristopher
**Cc:** Curtis, Martha
**Subject:** RE: BP MDL-2179-- Pretrial Order 60

Kris,

Thank you for your response.  The party's name is Zat's Restaurants, Inc.  If the name is on a list, please let us know which list and the mailing address for Zat's Restaurants, Inc. contained on the list.

Thanks.

**KEVIN M. MCGLONE | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | kmcglone@shergarner.com | O: 504-299-2133 | C: 504-458-3256 | F: 504-299-2333

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.



EXHIBIT 3

**From:** Ritter, Kristopher [mailto:ritterk@kirkland.com]
**Sent:** Thursday, August 11, 2016 11:33 AM
**To:** McGlone, Kevin <kmcglone@SHERGARNER.com>
**Cc:** Curtis, Martha <MCurtis@SHERGARNER.com>
**Subject:** RE: BP MDL-2179-- Pretrial Order 60

Kevin,

Those lists have not been filed in the record, nor (as Steve noted) have we made them available to the PSC or others. If you send us the name of the plaintiff, however, we'll be glad to check and confirm whether it was included on those lists.

Best,
Kris


**Kristopher S. Ritter**
--------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118
--------------------------------------------

kristopher.ritter@kirkland.com

**From:** McGlone, Kevin [mailto:kmcglone@SHERGARNER.com]
**Sent:** Wednesday, August 10, 2016 10:52 AM
**To:** Ritter, Kristopher
**Cc:** Curtis, Martha
**Subject:** BP MDL-2179-- Pretrial Order 60

Dear Kris,

Our office has been approached to represent a plaintiff in MDL 2179 who claims that it did not receive notice of PTO 60. We have reviewed your affidavits filed in the record on April 1 and April 5, 2016 making reference to reports received from the Garden City Group of individuals who opted out of the settlement and did not indicate they were represented by counsel and another list of 497 MDL 2179 plaintiffs who were unrepresented BOP claims program claimants. We would like to determine whether our potential client appears on either list. Can you please forward both lists to us? Alternatively, if the lists were filed in the record, we would appreciate your pointing us to the location as we have been unable to find them.

We asked Steve Herman for these lists, but he responded that the PSC never received them.

Thank you in advance for your attention to this matter.

We appreciate any assistance you can provide.

Please call with any questions.

Sincerely,

Kevin McGlone

**KEVIN M. MCGLONE | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | kmcglone@shergarner.com | O: 504-299-2133 | C: 504-458-3256 | F: 504-299-2333

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.