## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: OIL SPILL BY THE OIL RIG     )   MDL No. 2179
   "DEEPWATER HORIZON" IN THE   )
   GULF OF MEXICO, ON APRIL 20, 2010   )   SECTION: J
               )
               )   JUDGE BARBIER
               )
(REF: C.A. 13-1711)         )   MAGISTRATE JUDGE SHUSHAN
               )
_____ )

### SWORN STATEMENT OF MATTHEW S. GHERGICH, IV

 I, Matthew S. Ghergich, IV, do hereby declare that the following statements made by me are under oath and are true and accurate to the best of my knowledge and belief:

1. I am the owner and director of Zat's Restaurants, Inc. ("Zat's Restaurants").

2. Zat's Restaurants retained the Irpino Law Firm on March 9, 2011 to prosecute any claim Zat's Restaurants may have against BP for damages arising out of the oil spill in the Gulf of Mexico.

3. On November 2, 2012, Zat's Restaurants opted out of the Economic and Property Damage Class.

4. Zat's Restaurants' notice of opt out was submitted to BP by the Irpino Law Firm.

5. On January 17, 2013, Zat's Restaurants, through the Irpino Law Firm, made presentment of a sum certain to the BP Claims Program for compensation under the Oil Pollution Act.

6. On April 19, 2013, Zat's Restaurants, through the Irpino Law Firm, filed suit in the United States District Court for the Eastern District of Louisiana against BP and others in the matter captioned *Zat's Restaurants, Inc. v. BP Exploration & Production, Inc., et al.*, No. 13-1711.



EXHIBIT
4

7. Later, Zat's Restaurants and the Irpino firm came to an agreement that Zat's Restaurants would no longer be represented by the Irpino law firm.

8. Zat's Restaurants never received a copy of the order permitting the Irpino firm to withdraw as counsel.

9. Zat's Restaurants never received any mailings or e-mails from this Court containing any copy of Pretrial Order 60.

10. If Zat's Restaurants had received any information concerning PTO 60, I would have taken appropriate steps to comply timely with its provisions.

11. The first time I learned of the provisions of PTO 60 was when I contacted new counsel at Sher, Garner on August 1, 2016 to assist me in handling the Zat's Restaurants' claim.

12. I have now completed the sworn statement attached as Exhibit A to PTO 60.

13. I declare that the above and foregoing is true and correct subject to the penalty of perjury.


Signed this _10_ day of August, 2016.


MATTHEW S. GHERGICH, IV