# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ZAT'S RESTAURANTS, INC. | * | CIVIL ACTION NO. 2:13-cv-01711 |
| | * | |
| VERSUS | * | SECTION J |
| | * | |
| BP EXPLORATION & PRODUCTION, INC, ET AL. | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

Plaintiff, Zat's Restaurants, Inc., hereby files its Sworn Statement pursuant to Pre-Trial Order No. 60, attached hereto as Exhibit "A."

RESPECTFULLY SUBMITTED,

/s/ *James M. Garner*
JAMES M. GARNER (# 19589)
MARTHA Y. CURTIS (# 20446)
KEVIN M. McGLONE (# 28145)
ASHLEY G. COKER (# 30446)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, LA  70112-4046
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2333
E-Mail: jgarner@shergarner.com
mcurtis@shergarner.com
kmcglone@shergarner.com
acoker@shergarner.com

**-AND-**

EXHIBIT 5

GLADSTONE N. JONES, III (# 22221)
LYNN E. SWANSON (# 22650)
CATHERINE E. LASKY (#28652)
H.S. BARTLETT III (# 26795)
**JONES, SWANSON, HUDDELL**
**& GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Telephone:  (504) 523-2500
Facsimile:  (504) 523-2508
E-Mail:     gjones@jonesswanson.com
            lswanson@jonesswanson.com
            klasky@jonesswanson.com
            tbartlett@jonesswanson.com

-AND-

JAMES R. SWANSON (# 18455)
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:  (504) 586-5252
Facsimile:  (504) 586-5250
E-Mail:     jswanson@fishmanhaygood.com

**ATTORNEYS FOR PLAINTIFF**
**ZAT'S RESTAURANTS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, the 11th day of August, 2016, the above and foregoing has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

    /s/ *James M. Garner*
JAMES M. GARNER

2

**EXHIBIT A**

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* <br> Civil Action No. 10-MD-2179-CJB-SS <br><br> **SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING <br> NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS  (B1 CLAIMS) |||||
|---|---|---|---|---|

| Last Name <br><br> Zat's Restaurants, Inc. | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Phone Number <br><br> (504) 444-2748 || E-Mail Address <br><br> mghergich@zatslouisiana.com ||
| Current Mailing Address <br><br> 1220 Cambronne Street || City / State / Zip <br><br> New Orleans, LA  70118 ||
| Attorney Name and Firm <br> James M. Garner/Martha Y. Curtis <br> Sher Garner Cahill Richter Klein <br> & Hilbert, L.L.C. || Attorney E-Mail Address <br> jgarner@shergarner.com <br> mcurtis@shergarner.com ||

| Any prior Mailing Address used by Plaintiff from April 2010 to present? <br><br> 671 Terrace Street <br> Jefferson, LA  70121 |
|---|
| Any prior name used by Plaintiff from April 2010 to present? <br><br> N/A |
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: <br><br> 1057 |
| Please indicate your status: <br><br> ☑  Properly opted out of the Economic and Property Damages Settlement* <br><br> ☐  Not a member of the Economic and Property Damages Settlement Class <br><br> ☐  Member of the Economic and Property Damages Settlement Class <br><br> ☐ Other:_____ <br><br> *If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A |

**You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):**

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __2:13-cv-01711__.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____.

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

    Yes ___✓___.    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __BP Claims Program__
_____.

2. The date of presentment (MM/DD/YYYY): __1__/__17__/__2013__.

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

    Yes _____.    No ___✓___.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __8-9__, 2016

Location (City and State): _____

_Matthew S. Ghergich IV_ (signature)
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

__Matthew S. Ghergich IV__
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3