UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a filing by David Andrew Christenson, who is pro se, which he styles as a "Notice of Appeal." (Rec. Doc. 21474). Christenson has a claim before the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). Christenson previously filed a "Motion to Intervene," which the Court denied as premature. (Rec. Doc. 20923).

In this filing, it is not clear whether Christenson seeks relief from this Court or whether he is noticing an appeal to the Fifth Circuit Court of Appeals. To the extent Christenson seeks relief from this Court, the Notice of Appeal is denied for essentially the same reasons as before—Christenson has not fully exhausted his rights within the Settlement Program. As reflected in the e-mail from the Claims Administrator's Office, which Christenson includes with his filing, Christenson's claim has not been denied by the Settlement Program, but it is incomplete. If he does not cure the incompleteness, the Settlement Program will issue an Incompleteness Denial, at which point Christenson may appeal to the Documentation Reviewers, per Section 6.1.1.1 of the Settlement Agreement (Rec. Doc. 6430).

Accordingly, and to the extent it seeks relief from this Court, IT IS ORDERED that the "Notice of Appeal" (Rec. Doc. 21474) is DENIED AS PREMATURE.

To the extent Christenson seeks relief from the Court of Appeals, this Court takes no action other than to forward a copy of the "Notice of Appeal" and this Order to the Clerk of the Fifth Circuit.

2

New Orleans, Louisiana, this 12th day of August, 2016.

_____
United States District Judge


Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

AND

Clerk of Court, United States Court of Appeals, Fifth Circuit.