UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **This Filing Applies to:** | * | **JUDGE BARBIER** |
| **Case No. 12-970** | * | |
| **Claim No. 196643** | * | **MAGISTRATE JUDGE** |
| | * | **WILKENSON** |
| | * | |

**MEMORANDUM IN SUPPORT OF**
**MOTION AND ORDER TO FILE UNDER SEAL**

MAY IT PLEASE THE COURT:

Claimant No. 100216080, through undersigned counsel, respectfully submits this memorandum in support of its Motion and Order to File Under Seal.

Contemporaneously with the instant motion, Claimant also filed a Motion for Leave of Court to File Request for Discretionary Court Review, and attached an exhibit thereto which contains confidential claim information relating to a claim filed in the *Deepwater Horizon* Economic and Property Damages Settlement Program. Claimant desires to file this exhibit under seal pursuant to this Court's confidentiality order (Doc. 6822), and so as not to divulge its confidential and private information to the public.

Wherefore, Claimant prays that the Court grant the instant motion and instruct the Clerk to file Exhibit A to the contemporaneously filed Motion for Leave of Court to File Request for Discretionary Court Review under seal.

Respectfully Submitted,

/s/     Daniel A. Kramer
Daniel A. Kramer (La. Bar No. 34624)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No.* 100216080

CERTIFICATE OF SERVICE

I, Daniel A. Kramer, do hereby certify that that the above and foregoing Memorandum in Support of Motion and Order to File Under Seal will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 12th day of August, 2016.

/s/     Daniel A. Kramer