**FILED UNDER SEAL PURSUANT TO THE COURT'S "CONFIDENTIALITY ORDER", Doc. 6822**

# Exhibit A