UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Filing Applies to: | * | JUDGE BARBIER |
| Case No. 12-970 | * | |
| Claim No. 196643 | * | MAGISTRATE JUDGE |
| | * | WILKENSON |
| | * | |

## NOTICE OF SUBMISSION

NOW INTO COURT, through undersigned counsel, comes Claimant No. 100216080, who, pursuant to Local Rule 7.2, hereby notifies opposing counsel of the submission of Claimant's Motion and Order for Leave of Court to File Request for Discretionary Court Review. The requested submission date is September 7, 2016.

Respectfully Submitted,

/s/      Daniel A. Kramer
Daniel A. Kramer (La. Bar No. 34624)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No.* 100216080

Page 1

CERTIFICATE OF SERVICE

      I, Daniel A. Kramer, do hereby certify that that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 12th day of August, 2016.

      /s/     Daniel A. Kramer