Exhibit "1"

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1. | Aakquanakhann, Dionne Cox | 47. | Armour, Mitchell Joseph |
| 2. | Aakquanakhann, Ernest I. | 48. | Armstead, Carl |
| 3. | Abke, Jason | 49. | Arrington, Zackery |
| 4. | Abshier, Jerry Lynn | 50. | Arthur, Michael |
| 5. | Adams, Leonard Ray | 51. | Atherly, Ainsley |
| 6. | Addison, Archie | 52. | Atkins, Keith Peyton |
| 7. | Addison, Katherine | 53. | Auau, Sanaki Alo Makane |
| 8. | Addson, Oneil | 54. | August, Kathy |
| 9. | Adix, Carl Conrad, III | 55. | Augustine, Vincent James |
| 10. | Albert, Cecil | 56. | Aydelotte, Kenneth Wayne |
| 11. | Albert, Charles | 57. | Ayers, Erskine |
| 12. | Alexander, Crystal | 58. | Bach, Brian Lee |
| 13. | Alexander, Douglas | 59. | Backus, David |
| 14. | Alexander, Henry | 60. | Badon, Eric |
| 15. | Alexander, June | 61. | Badon, Kyle |
| 16. | Alexander, Paul | 62. | Bailey, Elmo |
| 17. | Alfred, Frances | 63. | Bailey, Frankie |
| 18. | Alfred, Junius | 64. | Bailey, Maurice |
| 19. | Alfred, Ronnie | 65. | Baines, Sr., John |
| 20. | Allen, Jacqueline | 66. | Baker, Jason |
| 21. | Allen, Lekeith | 67. | Baker, Jimmie |
| 22. | Allen, Lonnie | 68. | Baldwin, Cory |
| 23. | Allen, Michael | 69. | Baldwin, Martha |
| 24. | Allen, Reginald | 70. | Ballard, Paul |
| 25. | Allen, Tanya | 71. | Banks, James |
| 26. | Allison, Jerry Lynn | 72. | Banuelos, Jorge Barrera |
| 27. | Allison, Martha | 73. | Barber, Elizabeth (Foley) |
| 28. | Allums, Helen | 74. | Bares, John Bernard |
| 29. | Allums, Robert | 75. | Barge, Byron Jackson |
| 30. | Alphonso, Frank | 76. | Barge, Kathleen Dawn |
| 31. | Alridge, Charles | 77. | Barker, Barbara Adele |
| 32. | Alridge, Terrel | 78. | Barley, Maple |
| 33. | Alvarez, Refugio | 79. | Barlow, Desa G. Letulle |
| 34. | Amerson, James | 80. | Barnes, Clarence |
| 35. | Anderson, Charles | 81. | Barnes, James |
| 36. | Anderson, Osborne | 82. | Barnes, Jr., John Lester |
| 37. | Anderson, Ruby | 83. | Barnes, Woodson |
| 38. | Andrepoint, Gerald | 84. | Barnwell, Edward |
| 39. | Andrepont, Joseph | 85. | Barrilleaux, Daniel |
| 40. | Andres, Tony | 86. | Barringer, Roberta |
| 41. | Andresio, Eva | 87. | Barrow, Christopher Joseph |
| 42. | Anglade, Charles | 88. | Bass, Debra |
| 43. | Arbuckle, Anthony | 89. | Bass, William |
| 44. | Ardoin, Timothy Chad | 90. | Bassett, Darryl |
| 45. | Armendariz, Pablo | 91. | Bassett, Roderick Deshawn |
| 46. | Armour, Gloria Dean | 92. | Bates, Alan |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 93. | Bates, Dave | 139. | Bolt, Enolia |
| 94. | Bates, Isaac | 140. | Bolton, Rickey |
| 95. | Batiste, Jerome Marcellus | 141. | Bonds, Willie |
| 96. | Batiste, Michael Leon | 142. | Bonner, Tryicelyn |
| 97. | Batiste, Wilbert | 143. | Bonura, Gregory Paul |
| 98. | Battle, Alvin | 144. | Bonvillain, Missey |
| 99. | Baugh, Eddie | 145. | Bonvillion, Cody |
| 100. | Beasley, Walter | 146. | Booker, Herman |
| 101. | Beaudeaux, Brent | 147. | Booker, Marvin |
| 102. | Becker, Cecelia | 148. | Bookman, Lawrence |
| 103. | Bell, Carla | 149. | Boone, Chadra Renee |
| 104. | Bell, Esel D. | 150. | Boone, Michael Oshannon |
| 105. | Bell, Howard | 151. | Boson, Richard |
| 106. | Bell, Loyde | 152. | Boudreaux, Layne |
| 107. | Bell, Norman | 153. | Boutte, Andre |
| 108. | Bell, Reginald | 154. | Boutte, George |
| 109. | Bell, Vernon | 155. | Bowden, Kevin Andrew |
| 110. | Bendy, Steven | 156. | Bowie, Scottie |
| 111. | Benson, Marius | 157. | Box, Larry Joe |
| 112. | Benton, Steven | 158. | Bozant, Scott |
| 113. | Bernard, Earnest | 159. | Brackins, Henry |
| 114. | Bernard, Elizabeth | 160. | Braddock, Leslie Clay, Jr. |
| 115. | Bernard, Fred | 161. | Bradford, Larry |
| 116. | Bernard, Jimmy | 162. | Bradley, Richard James |
| 117. | Berry, Christopher | 163. | Braley, Chad Edward |
| 118. | Berwick, Toby E. | 164. | Brantley, James |
| 119. | Bess, Cynthia | 165. | Brantley, Larry |
| 120. | Beverly, Victor | 166. | Brantley, Lynne |
| 121. | Bickham, Ernest | 167. | Braziel, Manfred |
| 122. | Bielecki, Leslie | 168. | Breaux, Dalton |
| 123. | Bihms, Terrie | 169. | Breed, Johnny |
| 124. | Bimage, Jimmy | 170. | Brewin, Stephen |
| 125. | Bishop, Verna | 171. | Bridgers, Michael Joel |
| 126. | Bittle, Parker Garrett | 172. | Brinlee, Gregory Lynn |
| 127. | Blackwell, Wilford | 173. | Brisendine, Sherry Judalon |
| 128. | Blakely, Susan | 174. | Briseno, Rolando |
| 129. | Blanchard, Daniel | 175. | Brister, Lincoln |
| 130. | Blanchette, Warren | 176. | Britton, Arthur |
| 131. | Blanco, Jose Guadalupe | 177. | Brooks, Jessie |
| 132. | Bledsoe, Edwin | 178. | Brooks, Johnny |
| 133. | Bluiett, Roscoe | 179. | Brooks, Patrick |
| 134. | Bob, Isaac | 180. | Broughton, Oneal |
| 135. | Bob, Travis | 181. | Broussard, Leroy |
| 136. | Boland, Jimmie Don, Jr. | 182. | Broussard, Raymond |
| 137. | Bolden, Herbert | 183. | Broussard, Robert |
| 138. | Bolden, Linda Gail | 184. | Broussard, Ronald |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 185. | Brown, Bradley Scott | 231. | Butler, Richard |
| 186. | Brown, Byron | 232. | Butts, Hart |
| 187. | Brown, Cedric | 233. | Buzek, Andre |
| 188. | Brown, Dorothy Boxie | 234. | Cahee (Deceased), Gregory |
| 189. | Brown, Ed | 235. | Cahee, Robley |
| 190. | Brown, Elliott Winston | 236. | Cain, Quentrella |
| 191. | Brown, Ernest | 237. | Caldwell, Clarence |
| 192. | Brown, Jimmy | 238. | Caldwell, Hillery |
| 193. | Brown, Johnnie | 239. | Caldwell, Katherine |
| 194. | Brown, Mark | 240. | Callaway, Robert Allen |
| 195. | Brown, Mary | 241. | Calloway, Troy |
| 196. | Brown, Norman John | 242. | Campbell, Brian Roosevelt |
| 197. | Brown, Virgil | 243. | Canales, Cynthia |
| 198. | Brown, Wanda | 244. | Canales, Cynthia |
| 199. | Brown, Wayman, Sr. | 245. | Canales, David |
| 200. | Brumfield, Patrick | 246. | Candley, Larry |
| 201. | Bruno, Brenda | 247. | Cannella, Gary |
| 202. | Bruno, Laderry | 248. | Cannon, Curry |
| 203. | Bruno, Mary | 249. | Cano, Elizabeth |
| 204. | Bryan, Marilyn | 250. | Cardreon, Gwen |
| 205. | Bryant Jr., Sebron | 251. | Careaga, Jorge |
| 206. | Bryant, Monalisa | 252. | Carey, Adolf |
| 207. | Bryant, Percival | 253. | Carlisle, Willie |
| 208. | Bryant, Quintin | 254. | Carouthers, Wilbur Lee |
| 209. | Buchanan, David | 255. | Carr, Henry Louis |
| 210. | Buchanan, Lester | 256. | Carrington, Gregory |
| 211. | Buchholz, Justin R. | 257. | Carter, Charles |
| 212. | Budro, Aaron Michael | 258. | Carter, Willie |
| 213. | Buitrung, Diem | 259. | Carver, David Holcomb |
| 214. | Bulgherini, Jerry | 260. | Casey, Willie |
| 215. | Bunch, Charles William, Jr. | 261. | Cassel, Christopher Alan |
| 216. | Bunton, Leslie | 262. | Cassel, Laura Faye |
| 217. | Burkes, Carolyn | 263. | Castanada, Richard Ray |
| 218. | Burkett, Blake Rell | 264. | Castaneda, Richard Ray, Jr. |
| 219. | Burkhead, Justin Wayne | 265. | Castanada, Ronald |
| 220. | Burnaman, Brian Allen | 266. | Castille, Merlin Gerard |
| 221. | Burnett, James | 267. | Castille, Sara Brown |
| 222. | Burnett, John | 268. | Castille, Todd Eric |
| 223. | Burnside, Jimmy | 269. | Castillo, Donald |
| 224. | Burt, John David | 270. | Castillo, Javier Almaraz |
| 225. | Burton, John | 271. | Castolenia, Brenton Micheal |
| 226. | Burton, Justin | 272. | Castolenia, Michael Gerard |
| 227. | Busby, Layo | 273. | Castophney, Seal |
| 228. | Bush, Cornell | 274. | Cathey, James |
| 229. | Butler, Mary L. Romar | 275. | Cathey, James |
| 230. | Butler, Nela | 276. | Cathy, Sterling |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 277. | Ceaser, Robert | 323. | Conn, James |
| 278. | Cervantes, Virginia | 324. | Constance, Maximin |
| 279. | Chaison, Louis Phillip | 325. | Conway, Billy |
| 280. | Champagne, Chris | 326. | Conway, Sheryl |
| 281. | Champagne, David | 327. | Coody, Royce |
| 282. | Champagne, Kevin Charles | 328. | Cooks, Georgia |
| 283. | Chaney, Donald | 329. | Cooksey, Joyce Smith |
| 284. | Chanthasinh, Sane | 330. | Cooper, Anthony |
| 285. | Chapman, Dylan Perry | 331. | Cooper, Cornelius |
| 286. | Chapman, Steven Dale | 332. | Cooper, Donald |
| 287. | Charles, Pursey | 333. | Cooper, Joseph |
| 288. | Chatman, Walter | 334. | Cooper, Reginald |
| 289. | Chauvin, Bradley | 335. | Cornish-Gibbs, Donna |
| 290. | Chauvin, Jerry | 336. | Cory, Walter |
| 291. | Childress, Shermaine | 337. | Courtney, Danielle |
| 292. | Childs, Leroy | 338. | Coverdale, Chris Allen |
| 293. | Chimeno, Ryan Levi | 339. | Cowan, Monica |
| 294. | Chow, Carl Lee | 340. | Coward, Robert |
| 295. | Clark, Arthur | 341. | Cowart, Willie |
| 296. | Clark, Brett | 342. | Craddock, Mattie |
| 297. | Clark, Doreatha | 343. | Crane, James William, Sr. |
| 298. | Clark, Katherine | 344. | Crawford, Euroline |
| 299. | Clark, Reginald | 345. | Crawford, Vernon |
| 300. | Clark, Shaunequa | 346. | Criswell, Angie |
| 301. | Clay, Linda | 347. | Criswell, Bob |
| 302. | Clemons, Donald | 348. | Criswell, Curtis |
| 303. | Cloteaux, Crystal | 349. | Criswell, Raymond |
| 304. | Cloteaux, Kevin | 350. | Crocker, Elizabeth Ann |
| 305. | Cobb, Michael | 351. | Crocker, Jerrod Lynn |
| 306. | Cobbs, Joseph | 352. | Crocker, Raymond Van |
| 307. | Cockrell, Emma | 353. | Crockett, Clarence |
| 308. | Cockrell, Prince | 354. | Cross, Joseph |
| 309. | Cofield, Jessie | 355. | Crosson, Douglas Alfred |
| 310. | Colbert, Charlotte | 356. | Cruz, Gilbert |
| 311. | Colbert, Jackie | 357. | Cruz, Joel |
| 312. | Colbert, John | 358. | Cruz, Richard |
| 313. | Cole, Reginald | 359. | Cuellar, Robert |
| 314. | Coleman, Marcelle | 360. | Cuevas, James |
| 315. | Collar, Willie | 361. | Curette, Audrey |
| 316. | Collins, Charles | 362. | Curry, Cannon |
| 317. | Collins, Elmer Leroy | 363. | Curry, Walter |
| 318. | Collins, Gayle | 364. | Dailey, Kennedy |
| 319. | Colvin, Betty | 365. | Dale, Sheila Barden |
| 320. | Colvin, James | 366. | Dale, Wilbert |
| 321. | Comeaux, Thomas | 367. | Dangerfield, Millard, Jr. |
| 322. | Conley, David | 368. | Daniels, Theola |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 369. | Dauzat, Charles | 415. | Dipuccio, Dominic |
| 370. | David, Theodore | 416. | Dixon, Kenneth |
| 371. | Davidson, Brian | 417. | Doan, Benny |
| 372. | Davidson, Courtina | 418. | Dobson, Eugene |
| 373. | Davis, Alvin | 419. | Dockery, Kenneth |
| 374. | Davis, Barry | 420. | Dodd, Doris |
| 375. | Davis, Charlie | 421. | Domingue, Russell |
| 376. | Davis, Damion Sid | 422. | Donley, Leroy |
| 377. | Davis, Dannie Floyd | 423. | Donnell, Steven |
| 378. | Davis, Donald Lynn | 424. | Doolan, Cindy |
| 379. | Davis, Emmit | 425. | Doolan, David |
| 380. | Davis, Hollie | 426. | Dorn, Chris |
| 381. | Davis, Johnnie | 427. | Dorn, Lonnie |
| 382. | Davis, Milton Ray | 428. | Dorough, Antwain |
| 383. | Davis, Stephen | 429. | Doss, Jerry |
| 384. | Davis, Tyrone | 430. | Doss, Phillip |
| 385. | Dawson, Jacob | 431. | Douangdy, Douangd |
| 386. | Deal, Benny | 432. | Doublin, Curtis |
| 387. | Dean, Amanda | 433. | Douglas, Esay |
| 388. | Dean, Francisco | 434. | Douglas, Richmond |
| 389. | Dean, Jackie | 435. | Dowdy, Thomas |
| 390. | Dean, Joseph | 436. | Dowl, Johnny |
| 391. | Dean, Ronnie | 437. | Doze, Retha |
| 392. | Dean, Rodney | 438. | Drago, Joseph Gerard |
| 393. | Decuire, Alfred Gerald | 439. | Drake, Andrew Garrett |
| 394. | DeGrasse, George Edward, Jr. | 440. | Dreier, Sarah Ann |
| 395. | Degrate, Nathan | 441. | Dreier, Todd Lane |
| 396. | Delaney, Darin | 442. | Driskill, Joshua Paris |
| 397. | Delaney, Robert | 443. | Ducote, John |
| 398. | Denby, Gary Wayne | 444. | Dues, Elsie Tolbert |
| 399. | Denmond, Leverne | 445. | Duff, Rupert Malcolm |
| 400. | Denson, Ricky | 446. | Duhl, John William |
| 401. | Derouen, Marcus Lee | 447. | Duke, Joshua David |
| 402. | Deshotel, Albert Vincent | 448. | Duncan, Albert |
| 403. | Deshotel, Jason Ray | 449. | Duncan, Idella |
| 404. | Deshotel, Ricky Ray | 450. | Duncan, Willie |
| 405. | Desormeaux, Leo | 451. | Duplechin, Bruce Adam |
| 406. | Desormeaux, Leo | 452. | Duplecion, Kyle Joseph |
| 407. | Dickison, John | 453. | Dupree, Donald |
| 408. | Diltz, David Dylan | 454. | Dupree, Michael |
| 409. | Diltz, Debra Westman | 455. | Durham, Quensheal |
| 410. | Diltz, Denis Dee | 456. | Durmon, Mark |
| 411. | Diltz, Jacob Daniel | 457. | Dyer, William |
| 412. | Dilworth, Derbert | 458. | Dziuk, Robert |
| 413. | Dilworth, Gloria Escher | 459. | Eads, Brad Deloy |
| 414. | Dimaggio, Joseph | 460. | Earnest, Lee |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 461. | Easterling, Anthony | 507. | Fields, Donald |
| 462. | Eaton, Boyd | 508. | Fields, Dorland |
| 463. | Eckford, Reginald | 509. | Fields, Oddie |
| 464. | Eddings, Ronald | 510. | Fifer, Felix |
| 465. | Edison, Kenneth | 511. | Filer, Martin |
| 466. | Edison, Loretha | 512. | Fillyaw, Sean Deonteria |
| 467. | Edison, Ramona | 513. | Finley, Carrie |
| 468. | Edmond, Clinton Joseph | 514. | Fisher, David |
| 469. | Edmondson, Homer Sr. | 515. | Fisher, Gerald |
| 470. | Edward, Michael | 516. | Fitch, Rochelle |
| 471. | Edwards, Jesse | 517. | Fitzgerald, Reginald |
| 472. | Edwards, Marie | 518. | Flanders, Nicholas Talbot |
| 473. | Edwards, Prince | 519. | Flannel, Roland |
| 474. | Edwards, Vonney | 520. | Fleming, Henry |
| 475. | Egans, Edwin | 521. | Fleming, Pierre Maurice |
| 476. | Elliott, James | 522. | Fleming, Stephen |
| 477. | Ellis, Bobbie | 523. | Flewellen, Fred Alphanzo |
| 478. | Ellis, Darrell | 524. | Flewellen, Geneva Todd |
| 479. | Ellis, Ernest Charles | 525. | Flood, Harold |
| 480. | Ellis, Ralph | 526. | Flores, Eugene |
| 481. | Ellis, Robert | 527. | Flores, Janie |
| 482. | Ellis, Stephanie | 528. | Flowers, Kerney |
| 483. | Ellison, I.V. | 529. | Fobbs, Eddy |
| 484. | Enderle, Cory James | 530. | Fobbs, Elizabeth |
| 485. | English, David | 531. | Fontenot, Lionel |
| 486. | English, Vernon | 532. | Ford, Bernard |
| 487. | Eppler, Jerry Alton | 533. | Ford, John Thomas, Jr. |
| 488. | Eppler, Martha English | 534. | Ford, Ron |
| 489. | Erickson, Cary | 535. | Foster, Rhoshonda |
| 490. | Erskine, Malcolm | 536. | Fountain, Greg |
| 491. | Espree, John Alfred, II | 537. | Frank, James |
| 492. | Ester, Lela | 538. | Frank, Nelson |
| 493. | Evans, Betty | 539. | Franklin, Willie |
| 494. | Evans, Charlie | 540. | Frazier, Marisa |
| 495. | Evans, James | 541. | Frederick, Donald |
| 496. | Evans, Jessica | 542. | Frederick, Michael W., Jr. |
| 497. | Evans, Leon | 543. | Freeman, Cory |
| 498. | Evans, Shirley | 544. | Freeman, Kenneth |
| 499. | Faseler, Payton Robert | 545. | Freeman, Mack |
| 500. | Feaster, Larry | 546. | Freeman, Robert |
| 501. | Felder, Estella | 547. | Freeman, Vanessa |
| 502. | Ferguson, Charles | 548. | Fridia, Elmer |
| 503. | Ferguson, Jason | 549. | Gage, Garfield |
| 504. | Ferguson, Johnnie | 550. | Gaines, Eugene |
| 505. | Fernandez, John | 551. | Gallerson, Ronald Trent |
| 506. | Fields, Brian | 552. | Gallien, Gary |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 553. | Galloway, Brad Allen | 599. | Gordon, Mark Douglas |
| 554. | Gamble, Harvey | 600. | Gordon, Sandra |
| 555. | Gantt, Lee | 601. | Gordwin, James |
| 556. | Garcia, Adrian Rocky | 602. | Gordwin, James |
| 557. | Garcia, Joe | 603. | Goss, Clifton |
| 558. | Garcia, Juan Manuel | 604. | Goudeau, Clifton Jr. |
| 559. | Garcia, Juan Manuel, Jr. | 605. | Goudeau, Leona Derouen |
| 560. | Garcia, Wayne | 606. | Graham, Darrell |
| 561. | Garfield, Vivian | 607. | Granger (Deceased), Gregory |
| 562. | Garrett, Jack | 608. | Grant, Ronald |
| 563. | Garrett, James | 609. | Graves, Ricky |
| 564. | Gary, Patrick | 610. | Gray, David Glenn |
| 565. | Gary, Sharon | 611. | Green, Abe |
| 566. | Gary, Terri | 612. | Green, Audrie |
| 567. | Garza, Dale | 613. | Green, Charles |
| 568. | Garza, Roel | 614. | Green, Christopher |
| 569. | Gaston, Bobby | 615. | Green, David |
| 570. | Gaston, Carl | 616. | Green, Debbie Kay |
| 571. | Gately, Brian | 617. | Green, Henry |
| 572. | Gaulden, Thomas | 618. | Green, Paul |
| 573. | Gavard, Cody Franklin | 619. | Green, Ray |
| 574. | George, Robert Lee | 620. | Green, Raymond |
| 575. | Gerard, Knolly | 621. | Green, Rosie |
| 576. | Gibson, Michael | 622. | Green, Sharon Lynett |
| 577. | Gibson, Robyn | 623. | Green, Wilada |
| 578. | Gilbert, Chris | 624. | Green, Wilma |
| 579. | Gilbert, Farrell | 625. | Gregory, William |
| 580. | Gilbert, Lashuna | 626. | Gremillion, John |
| 581. | Gilbert, Sue Ellen | 627. | Grice, Carl Lewis, Sr. |
| 582. | Gilbert, William Stephen | 628. | Griffith, Thaddeus |
| 583. | Giles, William | 629. | Griggs, Eugene |
| 584. | Gilley, Beverly | 630. | Griggs, Mary |
| 585. | Gilley, David | 631. | Griggs, Sharon |
| 586. | Gillies, Daniel | 632. | Griggs, Ywonda |
| 587. | Gilmer, William | 633. | Grogan, Glenn |
| 588. | Glaze, Michael | 634. | Grovey, Maurice |
| 589. | Gobert, Chester | 635. | Guidry, Glenn Wade |
| 590. | Gobert, Jr., Wilfred | 636. | Guidry, Katherine Louise |
| 591. | Godley, Lawrence | 637. | Guidry, Wilbert |
| 592. | Gonzales, Christopher | 638. | Guilbeau, Ricky |
| 593. | Gonzales, David | 639. | Guillory (Deceased), Paul |
| 594. | Gonzalez, Leopoldo | 640. | Guillory, Douglas |
| 595. | Gonzalez, Veronica | 641. | Guillory, Florina |
| 596. | Gooden, Troy | 642. | Guillory, Irvin J. |
| 597. | Goolsby, John Henry | 643. | Guillory, Linda |
| 598. | Gordon, Ellie Louise | 644. | Guzman, Laura |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 645. | Guzman, Richard J. | 691. | Hearne, Robert |
| 646. | Guzman, Rigoberto | 692. | Hebert, Charles Adam |
| 647. | Ha, An | 693. | Hebert, Myles |
| 648. | Hadnot, Demarcus L | 694. | Hebert, Rachelle |
| 649. | Hadnot, Letony Warren | 695. | Hecker, Robert |
| 650. | Hadnot, Willie Jr. | 696. | Hector, Auriel Llewellyn |
| 651. | Hadnott, William Winston | 697. | Heinrich, Keith |
| 652. | Haines, George | 698. | Henderson, Edward |
| 653. | Hall, Curtis | 699. | Henderson, Jason Grant |
| 654. | Hall, Jimmy | 700. | Henderson, Kenneth |
| 655. | Hall, Larry | 701. | Henderson, Nikia |
| 656. | Hall, Larry | 702. | Henderson, Roosevelt |
| 657. | Hall, Wilford | 703. | Hendricks, Boyd |
| 658. | Haltom, Stacy | 704. | Hendricks, Lorraine |
| 659. | Hamilton, Robert | 705. | Henley, Brenda |
| 660. | Hammock, Novie | 706. | Henley, Teddy |
| 661. | Hand, Joseph | 707. | Henry, Charletha |
| 662. | Hansen, Robert | 708. | Henry, Daniel |
| 663. | Hardy, Karl | 709. | Henry, Richard |
| 664. | Harper, Tommie Dell | 710. | Hernandez, Miguel |
| 665. | Harrell, Charles | 711. | Hernandez, Moises |
| 666. | Harrell, Lewis | 712. | Hernandez, Richard |
| 667. | Harris, Amos | 713. | Herrera, Eduardo |
| 668. | Harris, Clint | 714. | Herrera, Leticia |
| 669. | Harris, Don | 715. | Herrigan, Charles James, III |
| 670. | Harris, Howard | 716. | Hester, James |
| 671. | Harris, Melvin | 717. | Hickman, Charles |
| 672. | Harris, Sandra | 718. | Hidalgo, Troy Calvin |
| 673. | Harrison, Dwight | 719. | Hightower, Frank |
| 674. | Harrison, James | 720. | Hill, Bennie |
| 675. | Harrison, James | 721. | Hill, Troy |
| 676. | Harrison, Joseph | 722. | Hill, Wilburt |
| 677. | Harrison, Rusty | 723. | Hines, John |
| 678. | Hartel, John Kent III | 724. | Hinkins, Michael Anthony |
| 679. | Haven, Kyle | 725. | Hoa, Tran |
| 680. | Hawkins, Frank | 726. | Hobbs, Thelma |
| 681. | Hawkins, Gary | 727. | Hoggatt, David |
| 682. | Hawkins, Shannon | 728. | Holden, Aaron |
| 683. | Hawthorne, Frederick | 729. | Holifield, Leonard |
| 684. | Hayes, Clarence | 730. | Holley, Cedric |
| 685. | Hayes, Erica | 731. | Hollier, Rayford Ray |
| 686. | Hayes, Samuel | 732. | Holman, Charles |
| 687. | Haynes, Oscar | 733. | Holmes, Chukuma |
| 688. | Haynes, Richard | 734. | Holmes, Clarence |
| 689. | Haynes, Richard Lee | 735. | Holmes, Joseph |
| 690. | Hays, Isaac | 736. | Holmes, Sandra |

Exhibit "1"

Subsistence Fishermen

| | | | | |
|---|---|---|---|---|
| 737. | Holmes, Woodrow | 783. | Jackson, Charlie |
| 738. | Holt, Raugers | 784. | Jackson, Christopher |
| 739. | Holt, Ronald Eugene | 785. | Jackson, Earnest |
| 740. | Honeycutt, Jordan Janae | 786. | Jackson, Frankie |
| 741. | Hooks, Whyrlin | 787. | Jackson, Larry |
| 742. | Hopkins, Gregory | 788. | Jackson, Larry |
| 743. | Horger, Tim | 789. | Jackson, Pauletta |
| 744. | Horton, Jeremiah | 790. | Jackson, Philmore, Jr. |
| 745. | Houston, Jesse | 791. | Jackson, Roxanna |
| 746. | Howard, George | 792. | Jackson, Roy |
| 747. | Howard, Glen Terrence | 793. | Jackson, Stanley |
| 748. | Howard, Robert | 794. | Jackson, Vanessa |
| 749. | Howell, Alan | 795. | Jackson, W. M. |
| 750. | Howell, James | 796. | Jackson, Walter |
| 751. | Howell, Jr., David | 797. | Jackson, Willie |
| 752. | Howell, Susan | 798. | Jacob, Jonas |
| 753. | Hubbard, Joe | 799. | Jacobs, Alcus |
| 754. | Hudgins, Patricia | 800. | James, Arthur |
| 755. | Hudgins-Vandible, James | 801. | James, Edward |
| 756. | Hudson, Brennan | 802. | James, Frank |
| 757. | Hudson, Eric | 803. | James, George |
| 758. | Hudson, Wayne Conrad, Jr. | 804. | James, Irma |
| 759. | Huff, Justin Taylor | 805. | James, Trenice |
| 760. | Huff, Wesley Lamar | 806. | James, Wilfred |
| 761. | Hughes, Karen Stark | 807. | Jammer, Randy |
| 762. | Hughes, Linton Pierce | 808. | Jann, Edward |
| 763. | Hulet, Gregory Scott | 809. | Jann, Louis |
| 764. | Humphrey, Willie David | 810. | Jaramillo, Richard |
| 765. | Hunt, Barry | 811. | Jarmon, Alzina |
| 766. | Hunt, James | 812. | Jarmon, Vollie |
| 767. | Hunteman, Jerry Daniel | 813. | Jasek, Mark |
| 768. | Hunter, Choicetta | 814. | Jefferson, Estella |
| 769. | Hunter, Patsy | 815. | Jefferson, Jenkins |
| 770. | Hutchins, Charles | 816. | Jefferson, Raymond |
| 771. | Hutton, Louise | 817. | Jefferson, Reginald |
| 772. | Hynson, Deidre | 818. | Jeffries, Donald |
| 773. | Ieans, Daryl | 819. | Jenkins, Anthony |
| 774. | Isaac, Ronald | 820. | Jenkins, Austen Taylor |
| 775. | Isaacks, Russell | 821. | Jenkins, Mario |
| 776. | Isac, Darence Antonio | 822. | Jenkins, Willie |
| 777. | Isadore, William Deadmon | 823. | Jimmons, James |
| 778. | Isbell, Charmon Deanne | 824. | Jnohope, Emile |
| 779. | Jacko, Mirinda | 825. | Johnican, Larry |
| 780. | Jackson, Ashton | 826. | Johns, Susie |
| 781. | Jackson, Billy Joel, Jr. | 827. | Johnson, Abraham |
| 782. | Jackson, Charles | 828. | Johnson, Bryan Gerald |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 829. | Johnson, Carolyn | 875. | Jones, Ivison |
| 830. | Johnson, Chandra Bell | 876. | Jones, James |
| 831. | Johnson, Charles | 877. | Jones, Jesse James, Jr. |
| 832. | Johnson, Cheryl Rae | 878. | Jones, Jimmie |
| 833. | Johnson, Danny | 879. | Jones, Jimmy |
| 834. | Johnson, Dexter | 880. | Jones, Johnny Gus |
| 835. | Johnson, Earl | 881. | Jones, Joseph |
| 836. | Johnson, Ed, Jr. | 882. | Jones, Keith |
| 837. | Johnson, Elizabeth | 883. | Jones, Lavada |
| 838. | Johnson, Emmitt | 884. | Jones, Lewis |
| 839. | Johnson, Everett Wayne | 885. | Jones, McAlvin Sr. |
| 840. | Johnson, Frederick | 886. | Jones, Michael |
| 841. | Johnson, Glenn | 887. | Jones, Norris |
| 842. | Johnson, Greg | 888. | Jones, Patrick |
| 843. | Johnson, Jimmie | 889. | Jones, Rodney |
| 844. | Johnson, Jonathan | 890. | Jones, Ronald Craig |
| 845. | Johnson, Joseph | 891. | Jones, Sabastian |
| 846. | Johnson, Joseph | 892. | Jones, Sanders |
| 847. | Johnson, Joseph | 893. | Jones, Shyana |
| 848. | Johnson, Joseph | 894. | Jones, Sumantha |
| 849. | Johnson, Kevin | 895. | Jones, William |
| 850. | Johnson, Kimbley | 896. | Jordan, Lloyd |
| 851. | Johnson, Leslie | 897. | Joseph, Alcide |
| 852. | Johnson, Lois | 898. | Joseph, Alex |
| 853. | Johnson, Marjorie | 899. | Joseph, Ingram |
| 854. | Johnson, Peter | 900. | Joseph, James |
| 855. | Johnson, Rance | 901. | Joseph, Lois |
| 856. | Johnson, Reginald Elwin | 902. | Joseph, Wilbert |
| 857. | Johnson, Roger Lee | 903. | Julien, Demarcus D. |
| 858. | Johnson, Sylvia Y. | 904. | Kadri, Ali |
| 859. | Johnson, Timothy | 905. | Keeler, Patrick |
| 860. | Johnson, Willard | 906. | Keener, Henry |
| 861. | Johnson, William | 907. | Keith, Marvin |
| 862. | Johnson, Willis | 908. | Kellams, Donna Lynn |
| 863. | Johnston, Leo Wayne | 909. | Keller, Mckinley |
| 864. | Joiner, Carl | 910. | Kendrick, Danger |
| 865. | Joiner, Ellison | 911. | Keneson, Walter Gerard, Jr. |
| 866. | Joiner, Malcolm | 912. | Kennard, McKinley James, Sr. |
| 867. | Jones, Antonia | 913. | Kennedy, Ned |
| 868. | Jones, Barry | 914. | Kennerson, Sidney |
| 869. | Jones, Brucsel | 915. | Kent, Robert Paul |
| 870. | Jones, Calvin, Sr. | 916. | Key, Joseph Leeman |
| 871. | Jones, Carlas | 917. | King, Brian |
| 872. | Jones, Elaskia Harrison | 918. | King, Elijah |
| 873. | Jones, Elijah | 919. | King, Jackie |
| 874. | Jones, Evelyn | 920. | King, Jacqueline Denise Bendy |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 921. | King, James | 967. | Lechler, Derek |
| 922. | King, John | 968. | Ledesma, Jonathan |
| 923. | King, Rosie | 969. | Lee Jr., Martin |
| 924. | King, Tommy | 970. | Lee, Clarence |
| 925. | Knight, Lathan | 971. | Lee, Cory |
| 926. | Koehl, John | 972. | Lee, James |
| 927. | Krenek, Chad Michael | 973. | Lee, Venessa |
| 928. | Kressman, Ross Edward | 974. | Lee, William |
| 929. | Krouse, Patrcia | 975. | Leftwich, Maureana |
| 930. | Krushall, David | 976. | Leger, Anthony James |
| 931. | Kulackoski, Gary | 977. | Leigh, Ira (Deceased) |
| 932. | Kyle, George | 978. | Leighton, Kylee |
| 933. | Kyle, Kory | 979. | Lemelle, Jesse Hillary |
| 934. | Kyle, Wilma | 980. | Lemke, Richard Kent |
| 935. | Labat, Jermaine | 981. | Lett, Bonnie |
| 936. | Labauve, Ralph | 982. | Lewis Sr., Samuel |
| 937. | Labba, Gilbert | 983. | Lewis, Aaron |
| 938. | Labeaux, Brian | 984. | Lewis, Dameon |
| 939. | Labeaux, Colette | 985. | Lewis, Dedrick |
| 940. | Labove, Ethelyn | 986. | Lewis, Donald |
| 941. | Labove, John | 987. | Lewis, Harlean |
| 942. | Labove, M | 988. | Lewis, John Carl |
| 943. | Lacour, George | 989. | Lewis, Lawrence |
| 944. | Lafayette, Erica | 990. | Lewis, Lee Edward |
| 945. | Lafrance, Carol | 991. | Lewis, Lola |
| 946. | Lamb, Allen | 992. | Lewis, Mary Smith |
| 947. | Lancon, Roland | 993. | Lewis, Michelle |
| 948. | Lane, Lewo | 994. | Lewis, Raymond Peter |
| 949. | Lange, Charles Anthony | 995. | Lewis, Troy |
| 950. | Langford, Richard | 996. | Lewis, Valry |
| 951. | Langham, Roy | 997. | Lewis, Wilbur |
| 952. | Laramore, James | 998. | Lewis, Wilfred |
| 953. | Larkins, Larry James | 999. | Lindon, Patrick |
| 954. | Lasoya, Raymond | 1000. | Lindsey, Ben |
| 955. | Latin, Roland | 1001. | Linsey, Dever |
| 956. | Laughlin, Randall | 1002. | Linton, Steven |
| 957. | Laus, Roy | 1003. | Lister, Adrian Brent |
| 958. | Lavergne, Lawrence | 1004. | Little, Gerald |
| 959. | Lavine, Leonard Jr. | 1005. | Little, Jo |
| 960. | Lawrence, Jerome | 1006. | Little, Paul |
| 961. | Lawson, Patricia | 1007. | Lively, Tim |
| 962. | Leavatts, Lacie | 1008. | Livings, Charles Clinton |
| 963. | LeBlanc, Joshua Richard | 1009. | Livingston, Earline |
| 964. | LeBlanc, Sean Roy | 1010. | Lockett, Ethan |
| 965. | Lebleu, Coleman | 1011. | Lockmondy, Gregory |
| 966. | Lebouef, Alan | 1012. | Lockridge, Anton |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1013. | Lofton, James | 1059. | Martin, John |
| 1014. | Lofton, John | 1060. | Martin, Lee |
| 1015. | Long, Dexter | 1061. | Martin, Luther |
| 1016. | Long, Pearson | 1062. | Martinez, Joe |
| 1017. | Long, Preslie | 1063. | Mason, Brian |
| 1018. | Longmyers, Johnny | 1064. | Matak, Danny Michael |
| 1019. | Lonzo, Orah | 1065. | Matherne, Jeffrey |
| 1020. | Lopez, Carlos | 1066. | Mathisen, Cynthia |
| 1021. | Lopez, Edward Gerard | 1067. | Matthews, Angelo |
| 1022. | Lornette, George | 1068. | Matthews, Anthony Lane |
| 1023. | Lornette, Martin | 1069. | Matthews, Casey |
| 1024. | Lott, Kevin | 1070. | Matthews, Myron |
| 1025. | Love, Kenneth | 1071. | Mattina, John |
| 1026. | Lovings, Clyde | 1072. | Maura, Robert |
| 1027. | Lowery, Fred | 1073. | Maxwell, David |
| 1028. | Lowery, Henry | 1074. | May, Chad Duaine |
| 1029. | Luchak, George | 1075. | Mayberry, Darrin |
| 1030. | Luong, Lieu | 1076. | Mayberry, General |
| 1031. | Luong, Mike | 1077. | Maybery, Mable |
| 1032. | Luong, Vu | 1078. | Mayes, Nathaniel |
| 1033. | Lutz, Herbert Dennis | 1079. | Mayo, Ryan Allan |
| 1034. | Ly, Sa | 1080. | Mayordomo, Elmer Roglan |
| 1035. | Lyles, Leonard | 1081. | McBride, Mary (Ann) Souell |
| 1036. | Madison, Derrick | 1082. | Mccain-Norman, Jon |
| 1037. | Madria, Lloyd | 1083. | McCalister, Travis Lewis |
| 1038. | Magee, Elbert | 1084. | McChristian, Donald |
| 1039. | Magee, Jerlon | 1085. | McClelland, Mark William |
| 1040. | Maitland, William | 1086. | McClenon, Mark |
| 1041. | Malone, Garry | 1087. | McClinton, Thomas |
| 1042. | Malvo, Michael Wayne, Sr. | 1088. | McCloskey, Patrick |
| 1043. | Malvo, Vertis | 1089. | McCorvey, Ashelia |
| 1044. | Manning, Barbara Kate | 1090. | McCune, Timmie |
| 1045. | Manning, Brannon Lee | 1091. | McDaniel, Charles Lonzo |
| 1046. | Manning, William Lee | 1092. | McDaniel, Damien |
| 1047. | Manuel, Clint | 1093. | McDaniel, Maxine |
| 1048. | Manuel, Jean | 1094. | McDaniel, Otis Lee |
| 1049. | Manuel, Tom | 1095. | McDaniel, Stewart |
| 1050. | Mark, Lola | 1096. | McDaniel, Verlie |
| 1051. | Marks, Ronald | 1097. | McDonald, Anthony |
| 1052. | Marlin, Siobhon | 1098. | McDonald, McClain Allen |
| 1053. | Marlow, Robert Shane | 1099. | McDonald, Ranseney |
| 1054. | Marshall, Donnie | 1100. | McDonald, Ray |
| 1055. | Martin, Avery Monroe | 1101. | McElduff, Gary Patrick |
| 1056. | Martin, Carroll Edwin | 1102. | McGee, Magnus |
| 1057. | Martin, Daniel | 1103. | McGill, Bonnie |
| 1058. | Martin, Eric | 1104. | McGough, Shawn Christopher |

Exhibit "1"

Subsistence Fishermen

| | |
|---|---|
| 1105. McGregor, David | 1151. Miller, Sarah Marie |
| 1106. McGuire, Latarsha | 1152. Millican, William Edward |
| 1107. McKelvey, Aneither Juanita | 1153. Mills, Clennon |
| 1108. McKelvey, Eddie Lee | 1154. Mingo, Vernon |
| 1109. McKinney, James | 1155. Minix, Ray, Sr. |
| 1110. McLamore, Eddie Mathis | 1156. Miranda, Joe |
| 1111. McManus, Kirk | 1157. Mitchell, Cleola |
| 1112. McNeely, Maxine Thomas | 1158. Mitchell, Danny |
| 1113. McPhate, William | 1159. Mitchell, Freddie |
| 1114. McPherson, Glen | 1160. Mitchell, Maloney |
| 1115. McRay, John | 1161. Mitchell, Otis |
| 1116. McShan, David Duane | 1162. Mitchell, Ralph |
| 1117. McShan, Steven Duane | 1163. Mitchell, William |
| 1118. McSwain, Emanuel | 1164. Mohead, Lisa C. |
| 1119. Meas, Chandara | 1165. Monroe, Arthur |
| 1120. Medford, Finis Diamond, Jr. | 1166. Monroe, Timothy Andrew |
| 1121. Medina, Carlos | 1167. Montalvo, Joshua Paul |
| 1122. Menard, Donald | 1168. Montelepre, Ryan |
| 1123. Menard, Yvonne | 1169. Moon, Agatha |
| 1124. Mendez, Heather Darrell | 1170. Moon, Denise |
| 1125. Mendez, Jose Reynaldo, Jr. | 1171. Moore, A. |
| 1126. Mendez, Sylvester | 1172. Moore, Albert |
| 1127. Mendoza, James | 1173. Moore, Alfred |
| 1128. Meredith, Nguyen T. | 1174. Moore, Alfred |
| 1129. Meredith, Reginald Eric | 1175. Moore, Donald |
| 1130. Merida, Freddie | 1176. Moore, Dora |
| 1131. Merritt, Dorothy | 1177. Moore, Dustin Elliott |
| 1132. Merritt, John | 1178. Moore, Jousha, Jr. |
| 1133. Merritt, Michael | 1179. Moore, Larry |
| 1134. Merritt, Michael | 1180. Moore, Michael |
| 1135. Merritt, Theresa | 1181. Moore, Phillip |
| 1136. Michael, Preston | 1182. Moore, Sheena Riehl |
| 1137. Milburn, Raymond | 1183. Moore, Terrell Goldey |
| 1138. Milby, John Charles | 1184. Moore, Yolanda |
| 1139. Miles, Clifton | 1185. Moore, Yolanda |
| 1140. Miles, Denny | 1186. Morgan, Berry, Jr. |
| 1141. Millard, Charles Raymond | 1187. Morgan, Bertha |
| 1142. Miller, Christopher | 1188. Morgan, Holly Tabetha |
| 1143. Miller, Johnney | 1189. Morrell, Joseph Wayne |
| 1144. Miller, Joni | 1190. Morris, Allen |
| 1145. Miller, Lender | 1191. Morris, George |
| 1146. Miller, Lender | 1192. Morris, Leroy |
| 1147. Miller, Melvin | 1193. Morris, Shannon |
| 1148. Miller, Melvin | 1194. Morris, Stephen Richard |
| 1149. Miller, Ray | 1195. Morris, Walter |
| 1150. Miller, Raymond | 1196. Morrison, Ben |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1197. | Moses, Jonathan | 1243. | O'Neal, Brenda Anderson |
| 1198. | Mosley, Donald | 1244. | O'Neal, Terri Murphy |
| 1199. | Mosley, Rickie | 1245. | Obey, Hershel |
| 1200. | Moss, Derek Glenn | 1246. | O'brien, Daniel |
| 1201. | Moten, Harry | 1247. | Ocanas, Jose |
| 1202. | Mouton, Robin Donatta | 1248. | Ochoa, Rosendo |
| 1203. | Moye, Fabian | 1249. | Odoms, Terry |
| 1204. | Mullins, Jeffery | 1250. | Odoms, Terry |
| 1205. | Mumphrey, Sheila | 1251. | Okun, Curtis Ann |
| 1206. | Muonagolu, Mary | 1252. | Okun, Glenda Kay |
| 1207. | Murphy, Clyde | 1253. | Okun, James Dale |
| 1208. | Murphy, Ethan | 1254. | Oneal, Colleen |
| 1209. | Murphy, Timothy | 1255. | O'neal, Jeffrey |
| 1210. | Murray, Gregory | 1256. | Orr, Mark |
| 1211. | Murray, Hastle | 1257. | Ortiz, Alfredo |
| 1212. | Myers, Christopher Lee | 1258. | Ortiz, Miguel Angel |
| 1213. | Myers, Jeffrey | 1259. | Orville, Harriet |
| 1214. | Myers, Michael Ray | 1260. | Osteen, Vallon |
| 1215. | Naquin, Barry | 1261. | Owens, Bobby Nell |
| 1216. | Nash, Carey | 1262. | Owens, Chandra |
| 1217. | Nash, Edna | 1263. | Owens, Spencer |
| 1218. | Navarre, Robert | 1264. | Ozane, Thelma |
| 1219. | Neal, Dexixie | 1265. | Padgett, Alfred |
| 1220. | Nellums, Billy | 1266. | Parker, Mary |
| 1221. | Newsome, Thomas Wade | 1267. | Parker, Ronnie |
| 1222. | Newton, Ray | 1268. | Parker, Roy W. |
| 1223. | Nguyen, Dan | 1269. | Parker, Sharon |
| 1224. | Nguyen, Diep | 1270. | Parkerson, Elvin |
| 1225. | Nguyen, Luong | 1271. | Parks, Kenitra |
| 1226. | Nguyen, Oanh | 1272. | Parks, Lahoma |
| 1227. | Nguyen, Phuong | 1273. | Pate, Alesia Chaplin |
| 1228. | Nguyen, Thai | 1274. | Patterson, Carla Nichole |
| 1229. | Nguyen, Tony | 1275. | Patterson, Johnny |
| 1230. | Nguyen, Xuyen | 1276. | Payne, Darwin |
| 1231. | Nickerson, Catherine | 1277. | Pearson, Mark Anthony, Sr. |
| 1232. | Nickerson, David | 1278. | Peavy, Matthew Joseph |
| 1233. | Nickerson, Lila | 1279. | Pegues, Ronald |
| 1234. | Nielssen, Robert Lehman, III | 1280. | Peltier, Robert |
| 1235. | Nixon, Jason | 1281. | Penegar, Michael |
| 1236. | Nobles, Ryan Joseph | 1282. | Peno, Gursen |
| 1237. | Noggerath, Chris | 1283. | Penton, Claude |
| 1238. | Noggerath, Richard | 1284. | Penton, Julia |
| 1239. | Norman, Ernest | 1285. | Penton, Scott |
| 1240. | Norman, Nathan | 1286. | Penton, Warren |
| 1241. | Norvell, Trey | 1287. | Percival, Thomas |
| 1242. | Nunnery, Ted | 1288. | Perkins, Clint Louis |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1289. | Perkins, Jane | 1335. | Pullens, Hershell |
| 1290. | Perkins, Mary | 1336. | Quigley, Cody Alan |
| 1291. | Perkins, Tommie | 1337. | Racca, Joseph |
| 1292. | Pete, Henry | 1338. | Radford, Jessie |
| 1293. | Peter, Diane | 1339. | Ragan, Charlotte |
| 1294. | Petties, Walter | 1340. | Rainey, Alice |
| 1295. | Phillips, Cora | 1341. | Ramirez, Rodolfo |
| 1296. | Phillips, Leroy | 1342. | Ramsey, Brett Joseph |
| 1297. | Phillips, William | 1343. | Randall, Lovell |
| 1298. | Pierre, Kevin | 1344. | Randle, Herbert |
| 1299. | Pipkin, Bruce | 1345. | Randolph, Ralph Bunch |
| 1300. | Pipkin, Grayson | 1346. | Randon, Clifford |
| 1301. | Pippin, Brent Justin | 1347. | Randon, Eddie |
| 1302. | Pisciotta, Michael | 1348. | Randon, Eddie |
| 1303. | Pittman, Rhett | 1349. | Randon, Patricia |
| 1304. | Platt, Henry | 1350. | Randon, Velda |
| 1305. | Pleasant, Joyce Marie | 1351. | Raney, Patrick |
| 1306. | Pokluda, Jerald | 1352. | Rankin, Joseph Eugene |
| 1307. | Polar, Ronald Antonio | 1353. | Raven, John |
| 1308. | Polk, Matthew | 1354. | Rawlings, William |
| 1309. | Polk, Ronald Allen | 1355. | Ray, Andrew |
| 1310. | Polk, Scott | 1356. | Ray, Darnell |
| 1311. | Polk, Timothy | 1357. | Ray, Eric |
| 1312. | Pollard, Nathaniel | 1358. | Ray, Jeff |
| 1313. | Ponce, Agustin Medrano | 1359. | Raymond, Esther |
| 1314. | Ponce, Javier | 1360. | Reed, Donald |
| 1315. | Ponder, Harold | 1361. | Reed, Jay Michael |
| 1316. | Pondexter, Clarvell | 1362. | Reed, Joshua Brennan |
| 1317. | Pool, Troy Lane | 1363. | Reed, Willie |
| 1318. | Pope, Andrew | 1364. | Renfrow, Lester Wayne |
| 1319. | Portier, Michael Lee | 1365. | Renick, Jon Scott |
| 1320. | Poston, Christopher | 1366. | Rentz, Terrance |
| 1321. | Pouncy, David Henry, Jr. | 1367. | Reynolds, Bennie |
| 1322. | Pouwels, Bart | 1368. | Reynolds, Carl |
| 1323. | Powe, Leighton | 1369. | Reynolds, Harlie |
| 1324. | Powell, Earnest | 1370. | Reynolds, Robert |
| 1325. | Powell, Jerry | 1371. | Rice, Leonard |
| 1326. | Powell, Pamela | 1372. | Rich, Mable |
| 1327. | Powers, Jimmy | 1373. | Richard, Adley |
| 1328. | Predium, David | 1374. | Richard, Joseph |
| 1329. | Price, Kenneth Ray | 1375. | Richard, Lenard |
| 1330. | Price, William James, Jr. | 1376. | Richard, Preston |
| 1331. | Provenzano, Michael | 1377. | Richardson, Frederick |
| 1332. | Provo, Albert, Jr. | 1378. | Richardson, Jon |
| 1333. | Provost, Joseph Early | 1379. | Richardson, Marcus |
| 1334. | Pugh, Barbara Deanda | 1380. | Richardson, Royal |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1381. | Richmond, Delois Mason | 1427. | Ryals, David Junior |
| 1382. | Richmond, Robert | 1428. | Ryen, Benjamin |
| 1383. | Richter, Shannon Rinhart | 1429. | Ryen, Daniel |
| 1384. | Ricks, Ray | 1430. | Ryherd, Mark David |
| 1385. | Ripple, James | 1431. | Ryherd, Susan King |
| 1386. | Rivera, Bernardo | 1432. | Rylander, John Albert |
| 1387. | Rivera, Carlos | 1433. | Saenz, Steven |
| 1388. | Rivera, Daniel | 1434. | Sager, James |
| 1389. | Rivera, Rogelio | 1435. | Salassi, Kelly Ann |
| 1390. | Roach, Lorinza | 1436. | Salayandia, Jackelyn G. |
| 1391. | Roberds, Kristina Michelle | 1437. | Salazar, Robert |
| 1392. | Roberson, Michael | 1438. | Salinas, Sylvia |
| 1393. | Roberson, Mozell | 1439. | Salter, Charles Albert |
| 1394. | Roberts, David Hal | 1440. | Sampson, Edward |
| 1395. | Roberts, Eddie | 1441. | Sampson, Steve Anthony |
| 1396. | Roberts, Kenny | 1442. | Samrow, Chad |
| 1397. | Roberts, Wesley | 1443. | Samrow, Jason |
| 1398. | Robertson, Roy | 1444. | Samrow, Joleen |
| 1399. | Robicheaux, Eric Joseph | 1445. | San Salvador, Jason |
| 1400. | Robinson, Alexander | 1446. | San Salvador, Justin |
| 1401. | Robinson, Alfred Charles | 1447. | San Salvador, Teri |
| 1402. | Robinson, Arthur | 1448. | Sanchez, Bernardo |
| 1403. | Robinson, Candace | 1449. | Sanchez, Charles Silva |
| 1404. | Robinson, Charles | 1450. | Sanders, Chester |
| 1405. | Robinson, Irvin Dale | 1451. | Sanders, Patricia |
| 1406. | Robinson, Regina | 1452. | Sandifer, Dominique |
| 1407. | Robinson, Robert | 1453. | Sandoval, Eduardo |
| 1408. | Robinson, Robert | 1454. | Sandoval, Margie |
| 1409. | Robinson, Roosevelt | 1455. | Sarradet, Keith |
| 1410. | Rocker, Robert | 1456. | Satchell, Lloyd |
| 1411. | Rodgers, Louis | 1457. | Saucier, Robert |
| 1412. | Rodrigue, Michael | 1458. | Savoie, Percy |
| 1413. | Rodriguez, Pete | 1459. | Savoy, Percy |
| 1414. | Rodriguez, Regan | 1460. | Says, Cody Wade |
| 1415. | Rodriguez, Rene | 1461. | Scarbrough, Ronnie |
| 1416. | Rodriguez, Victor | 1462. | Scarpetta, Fabian |
| 1417. | Rogers, Colby Keith | 1463. | Schelsteder, Michael |
| 1418. | Rogers, Joseph Lynn | 1464. | Schexsnaider, Jason Wayne |
| 1419. | Rogers, Keith Ray | 1465. | Schwartz, Randy |
| 1420. | Romero, Felicia Marie | 1466. | Scott, Adair |
| 1421. | Rooks, Clarence Perry | 1467. | Scott, Clarence |
| 1422. | Roquemore, Tommy | 1468. | Scott, Columbus |
| 1423. | Rosemon, Kenneth | 1469. | Scott, Herman Monte |
| 1424. | Ross, Donald | 1470. | Scott, Jeannie |
| 1425. | Ross, Ronald | 1471. | Scott, Jeannie |
| 1426. | Ruysenaars, Peter John | 1472. | Scott, Luke |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1473. | Seale, Richard | 1519. | Smith, Clyde, Jr. |
| 1474. | Seamann, Bradley Wayne | 1520. | Smith, Dietrich |
| 1475. | Searcy, Pamula | 1521. | Smith, Donald Paul |
| 1476. | Sears, Donald | 1522. | Smith, Dorthy |
| 1477. | Sedille, Kevin | 1523. | Smith, Eonald |
| 1478. | Sedille, Kurt | 1524. | Smith, Henry |
| 1479. | Seghers, Diane | 1525. | Smith, John Evrin |
| 1480. | Seghers, Paul | 1526. | Smith, Michael |
| 1481. | Sellers, Stephen William | 1527. | Smith, Norris Lee |
| 1482. | Semien, John | 1528. | Smith, Orlando |
| 1483. | Sendejas, Walter | 1529. | Smith, Orlando |
| 1484. | Sepulvado, Michael Glynn | 1530. | Smith, Patrick |
| 1485. | Sessions, George | 1531. | Smith, Richard |
| 1486. | Sessions, Jack | 1532. | Smith, Stacey |
| 1487. | Shankle, Artie | 1533. | Smith, Willie |
| 1488. | Shepherd, Dessie Lee | 1534. | Sneed, Charles |
| 1489. | Shepherd, Michael | 1535. | Snyder, John |
| 1490. | Sheppard, Joan Hindley | 1536. | Soileau, Patrick Emile |
| 1491. | Sheppard, Kent | 1537. | Solis, Jose Antonio |
| 1492. | Sheppard, Willie | 1538. | Solis, Juan |
| 1493. | Sherwood, Osbe | 1539. | Solis, Raymond |
| 1494. | Shields, Robert | 1540. | Solomon, Calvin |
| 1495. | Shish, Mary Frances | 1541. | Solomon, Calvin |
| 1496. | Shynett, Frank William | 1542. | Somphonphakdy, Somphavanh |
| 1497. | Siebe, Carliss | 1543. | Sonn, Gregory Keith |
| 1498. | Sikes, Anthony Carroll | 1544. | Sonnier, Earl Peter |
| 1499. | Silvertooth, Eugene | 1545. | Sowders, Giovanni |
| 1500. | Simino, Casey Lee | 1546. | Specht, Stephen |
| 1501. | Simmons, Clyde | 1547. | Spencer, Florence |
| 1502. | Simmons, Cynthia | 1548. | Spencer, George |
| 1503. | Simmons, Gerron | 1549. | Spencer, George |
| 1504. | Simmons, John | 1550. | Sperling, Michael |
| 1505. | Simmons, Rudy | 1551. | Spikes, Bobby |
| 1506. | Simmons-Moore, Yolanda | 1552. | Spikes, Calvin (Deceased) |
| 1507. | Simolke-Chambers, Nonie | 1553. | Spindler, George |
| 1508. | Simon, Joseph | 1554. | Spindler, Mary |
| 1509. | Simon, Maxine | 1555. | Spoto, Giovanni Anthony |
| 1510. | Simpson, Leonard | 1556. | St. Bernard, Lennox |
| 1511. | Sims, James Brandon | 1557. | Stafford, Lonnie Joseph |
| 1512. | Singletary, Dan | 1558. | Staley, Eugene |
| 1513. | Singleton, Charlie | 1559. | Stamps, Mary |
| 1514. | Smallwood, Herman | 1560. | Stanley, Deltus |
| 1515. | Smetek, Michael | 1561. | Stanley, Faye |
| 1516. | Smiley, Larry | 1562. | Stanley, George |
| 1517. | Smith, Albert Dorsey, Jr. | 1563. | Stanley, Gregory |
| 1518. | Smith, Ben | 1564. | Stanley, Ira Sebring |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1565. | Stanley, Jeffrey | 1609. | Sweet, Betty |
| 1566. | Stanley, Jeffrey | 1610. | Swinson, Fred Astaire |
| 1567. | Stanley, Richard | 1611. | Sykes, Benton |
| 1568. | Stanley, Skip | 1612. | Talazac, Michael |
| 1569. | Starling, J | 1613. | Tanton, Bobby Lee |
| 1570. | Starr, Roland | 1614. | Tarpey, Clay |
| 1571. | Statia, Barry | 1615. | Tarver, William |
| 1572. | Statum, Bobby | 1616. | Tate, James |
| 1573. | Stauter, Dustin | 1617. | Taylor, Halls |
| 1574. | Stavis, William | 1618. | Taylor, James |
| 1575. | Stearnes, Reynard | 1619. | Taylor, James |
| 1576. | Stelly, Leroy Charles | 1620. | Taylor, Jeneene |
| 1577. | Stephens, Bobbie | 1621. | Taylor, Justin |
| 1578. | Stephens, Richard | 1622. | Taylor, Melvin |
| 1579. | Stephenson, Douglas | 1623. | Taylor, Terry Daniel |
| 1580. | Stephenson, Wanda | 1624. | Taylor, Willie |
| 1581. | Stevens, Christopher | 1625. | Teasar, Jimmy |
| 1582. | Stevens, Gregory | 1626. | Tennyson, Earl |
| 1583. | Stevens, Joyce | 1627. | Tenopir, Christopher Allen |
| 1584. | Stevenson, Gregory | 1628. | Terranova, Victor |
| 1585. | Stewart, Beverly | 1629. | Terrell, William Taylor |
| 1586. | Stewart, Edward, Jr. (5494) | 1630. | Theriot, Bryan |
| 1587. | Stokke, Celia | 1631. | Theriot, Marcus |
| 1588. | Stone, Dorsey | 1632. | Thibodeaux, Janice |
| 1589. | Stone, Littie | 1633. | Thigpen, Derek |
| 1590. | Storm, Jordan | 1634. | Thigpen, John |
| 1591. | Storm, Kurt | 1635. | Thomas, Christopher Doyle |
| 1592. | Stovall, Tammie | 1636. | Thomas, David |
| 1593. | Strahan, Ivory | 1637. | Thomas, Delvin |
| 1594. | Strahan, Royce | 1638. | Thomas, Floyd |
| 1595. | Stredic, Alvin | 1639. | Thomas, Harvel |
| 1596. | Streety, Michael | 1640. | Thomas, Leon |
| 1597. | Strickland, Wesley Aaron | 1641. | Thomas, Lisa McWilliams |
| 1598. | Stubblefield Sr., John | 1642. | Thomas, Michael |
| 1599. | Stubblefield, J | 1643. | Thomas, Michael |
| 1600. | Stutes, April Nicole | 1644. | Thomas, Robert |
| 1601. | Sumlin, Kenyon | 1645. | Thomas, Samuel |
| 1602. | Surratt, Lemuel | 1646. | Thomas, Tatiana |
| 1603. | Swafford, Ricky | 1647. | Thomas, Troy |
| 1604. | Swain, James Edward, Jr. | 1648. | Thomas, William |
| 1605. | Swartz, Judith Eberhardt, Individually and obo Richard Randall, Deceased | 1649. | Thomas, Zonya Faye |
| | | 1650. | Thompson, Irene Hadnot |
| 1606. | Swartz, Judy, Individually and obo Randall, Richard L., Deceased | 1651. | Thymes, Rodgers |
| | | 1652. | Tilden, Robert |
| 1607. | Sweeney, Christine | 1653. | Tillis, Lorene |
| 1608. | Sweeney, Henry | 1654. | Tillis, Lula |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1655. | Tillis, Willis | 1701. | Uptigrove, Ryan Daniel |
| 1656. | Tilton, Paul Dewayne | 1702. | Vada, Melinda (Osborne) |
| 1657. | Times, Curtis | 1703. | Valdez, Guadalupe |
| 1658. | Times, Louisiana | 1704. | Valentine, Gerald D. |
| 1659. | Times, Roy | 1705. | Vallier, Gadrial |
| 1660. | Tobar, Lupe | 1706. | Vallier, Joseph |
| 1661. | Todora, Gale | 1707. | Vastakis, Alexandros |
| 1662. | Torres, Jessie, III | 1708. | Vastakis, Christos |
| 1663. | Trahan, Brandon | 1709. | Vayon, Michelle Rey |
| 1664. | Trahan, Denise | 1710. | Venable, Patrick |
| 1665. | Trahan, Eldaw | 1711. | Venzant, Larry |
| 1666. | Trahan, Eric | 1712. | Viator, Anthony |
| 1667. | Trahan, Glenn | 1713. | Victorian, Jocelyn Barfield |
| 1668. | Trahan, Heather | 1714. | Villemez, Percy Joseph, Jr. |
| 1669. | Trahan, John | 1715. | Viltz, James |
| 1670. | Trahan, Justin | 1716. | Viltz, Lawrence |
| 1671. | Trahan, Randy | 1717. | Vincent, Elizabeth |
| 1672. | Trahan, Roy | 1718. | Vincent, Harold |
| 1673. | Trahan, Timothy | 1719. | Voelker, Joseph |
| 1674. | Trahan, Tonya | 1720. | Vu, Phuong |
| 1675. | Trahan, Travis | 1721. | Wada, Kazuo Otis |
| 1676. | Trahan, Vickie | 1722. | Waddy, Gastonia, Jr. |
| 1677. | Tran, Chau | 1723. | Wagenhauser, Amy O'Neal |
| 1678. | Tran, Chi | 1724. | Waire, Gloria |
| 1679. | Tran, Scotty | 1725. | Wakat, Michael |
| 1680. | Tran, Thanh | 1726. | Waldon, Roy T. |
| 1681. | Travis, Matthew West | 1727. | Walker, Carver |
| 1682. | Travis, Samuel | 1728. | Walker, Jimmie |
| 1683. | Treadaway, Robert | 1729. | Walker, Kenneth |
| 1684. | Trent, Shawn D. | 1730. | Walker, Terry |
| 1685. | Trevino, Dustin | 1731. | Walker, Timothy Andrew, III |
| 1686. | Trevino, Dustin Reyes | 1732. | Walley, Scott |
| 1687. | Trevino, Edward | 1733. | Walters, Percy Edward |
| 1688. | Tribble, Brandon James | 1734. | Ward, Delisa |
| 1689. | Trim, Oliver | 1735. | Ward, Edith B. |
| 1690. | Troutner, James Russell | 1736. | Ward, Janedra |
| 1691. | Trusty, William Bryant | 1737. | Ward, Jeane |
| 1692. | Tsai, Loc | 1738. | Ware, David Charles |
| 1693. | Tubbs, James Mason | 1739. | Warhola, Ryan |
| 1694. | Tumlinson, Christa Lyn | 1740. | Warneke, Hollis |
| 1695. | Tumlinson, Joe Lee, Jr. | 1741. | Warner, Gregory |
| 1696. | Turner, Calvin | 1742. | Warren, Darrel |
| 1697. | Turner, Kert Wayne, Jr. (4191) | 1743. | Warren, Horace, Jr. |
| 1698. | Turner, Robert | 1744. | Warren, Raymond |
| 1699. | Turpen, George Michael | 1745. | Washington, Booker |
| 1700. | Tyson, Benjamin Everett, III | 1746. | Washington, John Artemus |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1747. | Washington, Mack | 1793. | Wiggins, Jamal |
| 1748. | Washington, Martha | 1794. | Wigley, Wayne Russel |
| 1749. | Washington, Matthew | 1795. | Wilder, Christopher |
| 1750. | Washington, Yolanda | 1796. | Wiley, Jeff |
| 1751. | Waters, Jason Levi | 1797. | Wiley, Kenneth |
| 1752. | Waters, Joshua | 1798. | Wilfer, Amos Lawrence |
| 1753. | Watkins, Church, Jr. | 1799. | Wilkes, Samuel, Jr. |
| 1754. | Watson, Fred | 1800. | Williams Sr., Larry |
| 1755. | Watson, Kelly | 1801. | Williams, Amos |
| 1756. | Watts, Ronald | 1802. | Williams, Arthur |
| 1757. | Watts, Ronald | 1803. | Williams, Benford |
| 1758. | Weatherly, Johnathon Tate | 1804. | Williams, Billy |
| 1759. | Weatherspoon, Gary | 1805. | Williams, Collier |
| 1760. | Webb, Luther James | 1806. | Williams, Darren Keith |
| 1761. | Webber, Tena | 1807. | Williams, Ellis |
| 1762. | Webster, Clifton | 1808. | Williams, Flossie Ray |
| 1763. | Webster, Clifton | 1809. | Williams, Godfrey |
| 1764. | Weiss, Brian | 1810. | Williams, Henry |
| 1765. | Welch, Michael | 1811. | Williams, Henry |
| 1766. | Welch, Tamra | 1812. | Williams, James |
| 1767. | Werdlow, Lawrence | 1813. | Williams, Jay |
| 1768. | West, John | 1814. | Williams, Joseph |
| 1769. | West, Mitchell | 1815. | Williams, Jr., Joseph |
| 1770. | Westbrook, Charles Edsel, Jr. | 1816. | Williams, Larry |
| 1771. | Westbrook, Randy Erroll | 1817. | Williams, Lloyd |
| 1772. | Wheaton, Joeann | 1818. | Williams, Martin |
| 1773. | Wheaton, Regina | 1819. | Williams, Oscar |
| 1774. | Wheaton, Tyrone | 1820. | Williams, Paul |
| 1775. | Wheeler, John Stanley | 1821. | Williams, Quentin |
| 1776. | Whitcomb, Richard | 1822. | Williams, Robert |
| 1777. | White, Albert | 1823. | Williams, Robert |
| 1778. | White, Bernadette Holloway | 1824. | Williams, Robert |
| 1779. | White, Eddie | 1825. | Williams, Rodney |
| 1780. | White, Ernestine | 1826. | Williams, Ruby |
| 1781. | White, Henry | 1827. | Williams, Ruby Jean |
| 1782. | White, James | 1828. | Williams, Sr., Shelby |
| 1783. | White, Lenoria | 1829. | Williams, Tiffany Michelle |
| 1784. | White, Michael | 1830. | Williams, Vertis |
| 1785. | White, Pamela | 1831. | Williams, Willie |
| 1786. | White, Ralph | 1832. | Williamson, Calvin |
| 1787. | White, Wilbert | 1833. | Williamson, Jason |
| 1788. | Whittington, Archie | 1834. | Willis, Dennis |
| 1789. | Whittington, Cleveland | 1835. | Willis, Johnnie Clark, Jr. |
| 1790. | Whittington, Robert | 1836. | Wilridge, Errol |
| 1791. | Whittington, Vincent | 1837. | Wilson, Billy Ray |
| 1792. | Wiebelt, Chad | 1838. | Wilson, Dante Cornelius |

Exhibit "1"

Subsistence Fishermen

| | | | |
|---|---|---|---|
| 1839. | Wilson, David Eugene, Jr. | 1885. | Zeringue, Alan |
| 1840. | Wilson, Debra | 1886. | Zeringue, Robert |
| 1841. | Wilson, Homer | | |
| 1842. | Wilson, John Baptiste | | |
| 1843. | Wilson, Joshua | | |
| 1844. | Wilson, Vincent | | |
| 1845. | Winfrey, Mary Ethel | | |
| 1846. | Wingate, Chandra | | |
| 1847. | Wolfe, Jon-Foxx Austin | | |
| 1848. | Wolsefer, Adam | | |
| 1849. | Wolsefer, Michelle | | |
| 1850. | Wolsefer, Wesley | | |
| 1851. | Woodard, Patricia | | |
| 1852. | Woodard, Robert | | |
| 1853. | Woodard, Sharon | | |
| 1854. | Woodberry, Elzira | | |
| 1855. | Woods, Charles, III | | |
| 1856. | Woods, Daryl | | |
| 1857. | Woods, Holly | | |
| 1858. | Woods, Jay | | |
| 1859. | Woods, Jimmie | | |
| 1860. | Woods, John | | |
| 1861. | Woods, Kolonia | | |
| 1862. | Woods, Mary | | |
| 1863. | Woods, Tiffany | | |
| 1864. | Woodside, Keith Alan | | |
| 1865. | Woodside, Mikerial Bush | | |
| 1866. | Woolsey, Robert | | |
| 1867. | Wooten, Cheryl | | |
| 1868. | Wooten, Jeffrey | | |
| 1869. | Wright, Curtis | | |
| 1870. | Wright, Doyle | | |
| 1871. | Wright, J. | | |
| 1872. | Wright, Mary | | |
| 1873. | Wright, Merlis | | |
| 1874. | Wright, Sheronica | | |
| 1875. | Wyant, Thomas | | |
| 1876. | Wyatt, Willie | | |
| 1877. | Wyckoff, Robert | | |
| 1878. | Yancy, Roosevelt | | |
| 1879. | Young, Anthony | | |
| 1880. | Young, Carolyn | | |
| 1881. | Young, Donnell | | |
| 1882. | Young, Katie | | |
| 1883. | Young, Phillip | | |
| 1884. | Zemke, Christopher | | |