UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 | ) | SECTION J; DIVISION 2 |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| (REF: C.A. 13-1711) | ) | MAGISTRATE JUDGE WILKINSON |
| | ) | |

**ORDER**

Considering the foregoing Motion to Enroll as Counsel of Record filed by the Plaintiff, Zat's Restaurants, Inc.,

**IT IS HEREBY ORDERED** that the Motion to Enroll as Counsel of Record be and is **GRANTED** and that JAMES M. GARNER, La. Bar No. 19589; MARTHA Y. CURTIS, La. Bar No. 20446; KEVIN M. MCGLONE, La. Bar No. 28145; and ASHLEY G. COKER, La. Bar No. 30446; of the law firm of **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**, and GLADSTONE N. JONES, III, La Bar No. 22221; LYNN E. SWANSON, La. Bar No. 22650; CATHERINE E. LASKY, La. Bar No. 28652; and H. S. BARTLETT, III, La. Bar No. 26795; of the law firm of **JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**, and JAMES R. SWANSON, La. Bar No. 18455, of the law firm **FISHMAN HAYGOOD, L.L.P.** be, and hereby are, enrolled as counsel of record on behalf of Plaintiff, Zat's Restaurants, Inc., in the captioned matter.

New Orleans, Louisiana this 15th day of August, 2016.

_____
United States District Judge