UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION J |
| | * | |
| **This Filing Applies to:** | * | JUDGE BARBIER |
| **Case No. 12-970** | * | |
| **Claim No. 196643** | * | MAGISTRATE JUDGE |
| | * | WILKENSON |
| | * | |

## MOTION TO FILE DOCUMENT UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Claimant No. 100216080, who moves the Court to file a confidential *Deepwater Horizon* Economic and Property Damages Settlement claim document under seal, pursuant to this Court's confidentiality order (Doc. 6822).

1.

Claimant No. 100216080 is, contemporaneously with the instant motion, filing a Motion for Leave of Court to File Request for Discretionary Court Review, and attaching a copy of the proposed Request for Discretionary Court Review to its motion as an exhibit ("Exhibit A").

2.

The exhibit contains confidential claim information which is subject to the Court's confidentiality order (Doc. 6822); therefore, Claimant No. 100216080 wishes to file the exhibit under seal.

WHEREFORE, Claimant No. 100216080 prays that the Court grant its motion to file Exhibit A to the Motion for Leave of Court to File Request for Discretionary Court Review under seal.

Respectfully Submitted,

/s/      Matthew E. Lundy
Matthew E. Lundy (La. Bar No. 18988)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No*. 100216080

CERTIFICATE OF SERVICE

I, Matthew E. Lundy, do hereby certify that that the above and foregoing Motion to File Document Under Seal will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 15th day of August, 2016.

/s/      Matthew E. Lundy