UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **This Filing Applies to:** | * | **JUDGE BARBIER** |
| **Case No. 12-970** | * | |
| **Claim No. 196643** | * | **MAGISTRATE JUDGE** |
| | * | **WILKENSON** |
| | * | |

### ORDER

**CONSIDERING** the foregoing Motion to File Document Under Seal filed by Claimant No. 100216080, **IT IS HEREBY ORDERED** that Exhibit A to the Motion for Leave of Court to File Request for Discretionary Court Review filed by Claimant No. 100216080 be filed under seal.

SIGNED at New Orleans, Louisiana, this ___ day of _____, 2016.

_____
**United States District Court Judge**

Respectfully Submitted,

/s/      Matthew E. Lundy
Matthew E. Lundy (La. Bar No. 18988)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No.* 100216080