UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION J |
| | * | |
| **This Filing Applies to:** | * | JUDGE BARBIER |
| **Case No. 12-970** | * | |
| **Claim No. 196643** | * | MAGISTRATE JUDGE |
| | * | WILKENSON |
| | * | |

## MOTION LEAVE OF COURT TO
## FILE REQUEST FOR DISCRETIONARY COURT REVIEW

NOW INTO COURT, through undersigned counsel, comes Claimant No. 100216080, who moves the Court for leave to file its Request for Discretionary Court Review, respectfully representing the following:

1.

Claimant No. 100216080 filed a claim (Claim No. 196643) for Business Economic Loss under the *Deepwater Horizon* Economic and Property Damages Settlement Agreement and received a Denial Notice on November 23, 2015. Claimant sought reconsideration and received a Post-Reconsideration Denial Notice on April 20, 2016. Claimant timely appealed on May 12, 2016. The Appeal Panel affirmed the denial of the claim, and notice of the Appeal Panel decision was given on July 14, 2016. The deadline to request Discretionary Court Review was July 27, 2016. See Doc. ID 19628957.

2.

Due to a calendaring error, Claimant's counsel failed to request Discretionary Court Review by the deadline.

3.

When the error was discovered, on August 11, 2016, Claimant's counsel immediately sought consent of BP's counsel to file the instant motion as "unopposed".  BP's counsel asked when the original deadline to submit the request was, and for more information about the nature of the instant motion. Claimant's counsel responded to BP's counsel with the requested information and date, but did not receive any reply to Claimant's request. This motion should therefore be considered opposed.

4.

No party (nor the Settlement Program) will be prejudiced by the granting of the instant motion, filed only nineteen days after the deadline.

5.

Claimant respectfully requests that its delay in seeking Discretionary Court Review be excused[1] and that the Court consider its request for Discretionary Court Review, attached hereto as "Exhibit A". Claimant further requests that the exhibit be filed under seal.[2]

---

[1] Claimant's Motion and Order for Leave of Court to File Request for Discretionary Court Review was first filed on August 12, 2016, but was rejected by the Clerk on August 15, 2016 as deficient. The instant motion was filed to correct and replace said deficient motion.

[2] A Motion to File Document Under Seal is being filed contemporaneously herewith.

WHEREFORE, Claimant prays that the Court grant its Motion for Leave of Court to File Request for Discretionary Court Review, consider its Request for Discretionary Court Review and issue an order directing the Appeals Coordinator of the *Deepwater Horizon* Economic and Property Damages Settlement Program to accept the attached Request for Discretionary Court Review for filing in the claim file, notify the BP parties of the same, and set a deadline by which BP may respond in opposition to said Request for Discretionary Court Review.

Respectfully Submitted,

/s/     Matthew E. Lundy
Matthew E. Lundy (La. Bar No. 18988)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No.* 100216080

CERTIFICATE OF SERVICE

I, Matthew E. Lundy, do hereby certify that that the above and foregoing Motion for Leave of Court to File Request for Discretionary Court Review will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System and also with the LexisNexis File & Serve system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 15th day of August, 2016.

/s/     Matthew E. Lundy