UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Filing Applies to: | * | JUDGE BARBIER |
| Case No. 12-970 | * | |
| Claim No. 196643 | * | MAGISTRATE JUDGE |
| | * | WILKENSON |
| | * | |

## ORDER

**CONSIDERING** the above and foregoing Motion for Leave of Court to File Request for Discretionary Court Review filed by Claimant No. 100216080, the facts, and the law, **IT IS HEREBY ORDERED** that:

1) The Motion for Leave of Court to File Request for Discretionary Court Review filed by Claimant No. 100216080 is hereby **GRANTED**;

2) The Appeals Coordinator of the *Deepwater Horizon* Economic and Property Damages Settlement Program accept the attached Request for Discretionary Court Review for filing in the claim file of Claimant No. 100216080, notify the BP parties through counsel of the same, and set a deadline by which the BP parties may respond in opposition to said Request for Discretionary Court Review.

SIGNED at New Orleans, Louisiana, this ___ day of _____, 2016.

_____
**United States District Court Judge**

Respectfully Submitted,

/s/     Matthew E. Lundy
Matthew E. Lundy (La. Bar No. 18988)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No.* 100216080