UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG : | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the: | * | |
| GULF OF MEXICO, on : | * | |
| APRIL 20, 2010 | * | |
| | * | THIS DOCUMENT |
| | * | RELATES TO: |
| JASON MONES, | * | CIVIL ACTION |
| | * | |
| PLAINTIFF | * | NO.: 13-2361 |
| | * | |
| | * | |
| VERSUS | * | SECTION: J |
| | * | |
| BP Exploration & Production, Inc.; BP America | * | |
| Production Company; BP, plc; Transocean, | * | |
| LTD; Transocean Offshore Deepwater Drilling, | * | JUDGE BARBIER |
| Inc.; Transocean Deepwater, Inc.; Transocean | * | |
| Holdings, LLC; Triton Asset leasing GmbH; | * | |
| Halliburton Energy Services, Inc.; and Sperry | * | |
| Drilling Services, a division of Halliburton | * | MAG. JUDGE WILKINSON |
| Energy Services, Inc. | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE EXHIBIT A, SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS**

Jason Mones, through his attorneys, respectfully requests that this Honorable Court grant him leave to file Plaintiff's Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims, as more fully stated in the attached Memorandum in Support of the Motion for Leave.

1

Respectfully submitted,

　/s/  Bruce C. Betzer　　　　　　　　
Bruce C. Betzer, Bar No.: 26800
Rachel C. Schmidt, Bar No.: 33643
***The Law Office of Bruce C. Betzer***
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
*Attorneys for Plaintiff, Jason Mones*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States Mail, First Class postage prepaid and properly addressed, facsimile and/or electronically by using the CM/ECF system on this  16th day of August, 2016.

　/s/ Bruce C. Betzer　　　　　　　　　
Bruce C. Betzer