UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG : | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the: | * | |
| GULF OF MEXICO, on : | * | |
| APRIL 20, 2010 | * | |
| | * | THIS DOCUMENT |
| | * | RELATES TO: |
| JASON MONES, | * | CIVIL ACTION |
| | * | |
| PLAINTIFF | * | NO.: 13-2361 |
| | * | |
| | * | |
| VERSUS | * | SECTION: J |
| | * | |
| BP Exploration & Production, Inc.; BP America | * | |
| Production Company; BP, plc; Transocean, | * | |
| LTD; Transocean Offshore Deepwater Drilling, | * | JUDGE BARBIER |
| Inc.; Transocean Deepwater, Inc.; Transocean | * | |
| Holdings, LLC; Triton Asset leasing GmbH; | * | |
| Halliburton Energy Services, Inc.; and Sperry | * | |
| Drilling Services,a division of Halliburton | * | MAG. JUDGE WILKINSON |
| Energy Services, Inc. | * | |
| | * | |
| DEFENDANTS | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**<u>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE
EXHIBIT A, SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS</u>**

  **MAY IT PLEASE THE COURT**, Plaintiff, through undersigned counsel, seeks leave of court to file Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims in compliance with Pre-Trial Order 60.

  Plaintiff was not served with Pre-Trial Order 60, which gives notice to Plaintiff of the requirement to file the Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims. Plaintiff has already filed a Complaint

in the foregoing matter and only needs to attach Exhibit A, in compliance with Pre-Trial Order 60. As such, Plaintiff requests leave of court to file Plaintiff's Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims.

Respectfully submitted by,

/s/ Bruce C. Betzer
Bruce C. Betzer, Bar No.: 26800
Rachel C. Schmidt, Bar No.: 33643
***The Law Office of Bruce C. Betzer***
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504)-832-9942
Facsimile: (504) 304-9964
*Attorneys for the Plaintiff, Jason Mones*

### CERTIFICATE OF SERVICE

I Hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the united states mail, first class postage prepaid and properly addressed, facsimile and/or electronically by using the cm/ecf system on this 16th day of August, 2016.

/s/ Bruce C. Betzer
Bruce C. Betzer