UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG : | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the: | * | |
| GULF OF MEXICO, on : | * | |
| APRIL 20, 2010 | * | |
| | * | THIS DOCUMENT |
| | * | RELATES TO: |
| JASON MONES, | * | CIVIL ACTION |
| | * | |
| PLAINTIFF | * | NO.: 13-2361 |
| | * | |
| | * | |
| VERSUS | * | SECTION: J |
| | * | |
| BP Exploration & Production, Inc.; BP America | * | |
| Production Company; BP, plc; Transocean, | * | |
| LTD; Transocean Offshore Deepwater Drilling, | * | JUDGE BARBIER |
| Inc.; Transocean Deepwater, Inc.; Transocean | * | |
| Holdings, LLC; Triton Asset leasing GmbH; | * | |
| Halliburton Energy Services, Inc.; and Sperry | * | |
| Drilling Services,a division of Halliburton | * | MAG. JUDGE WILKINSON |
| Energy Services, Inc. | * | |
| | * | |
| DEFENDANTS | * | |

**************************************************************************

**ORDER**

Considering the foregoing Motion for Leave to File Exhibit A, Sworn Statement for

Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims.

**IT IS ORDERED** that the Plaintiff, Jason Mones, be and is hereby **GRANTED** leave of

court to file the annexed Exhibit A, Sworn Statement for Disclosures Regarding Remaining Non-

Governmental Economic Loss and Property Damage Claims.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**