UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Three motions by the Deepwater Horizon Economic Claims Center ("DHECC") for return of payments are presently before the Court:

1. Motion for Return of Payments Made to Maxim, LC, Briante Palazaeno and Others (Rec. Doc. 18516)

2. Motion for Return of Payments Made to Martin Formento and Made in Reliance on Financial Data Provided by Claims Preparer William A. Becker Consulting, LLC (Rec. Doc. 21402)

3. Motion for Return of Payments Made to Herminia Medina d/b/a Tin tin's Oriental Food Store, Landson Flooring, LLC and Bellasia Nail and Spa Salon, and Made in Reliance on Financial Data Provided by Claim Preparer Raymond G. Flores (Rec. Doc. 21470)

IT IS ORDERED that any response to these Motions shall be filed by Tuesday, September 20, 2016, and shall not exceed 25 pages, double spaced. Any reply by the DHECC shall be filed by Tuesday, October 4, 2016, and shall not exceed 10 pages, double spaced.

The DHECC is instructed to serve a copy of this Order (and the Motion for Return of Payments, if not already done so) on the parties (or their counsel, if represented) targeted in the Motion. By Tuesday, August 30, 2016, the DHECC shall certify to the Court whether service occurred.

New Orleans, Louisiana, this 16th day of August, 2016.

_____
United States District Judge

2