UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Filing Applies to: | * | JUDGE BARBIER |
| Case No. 12-970 | * | |
| Claim No. 196643 | * | MAGISTRATE JUDGE |
| | * | WILKENSON |
| | * | |

## ORDER

**CONSIDERING** the foregoing Motion to File Document Under Seal filed by Claimant No. 100216080, **IT IS HEREBY ORDERED** that Exhibit A to the Motion for Leave of Court to File Request for Discretionary Court Review filed by Claimant No. 100216080 be filed under seal.

New Orleans, Louisiana this 16th day of August, 2016.

_____
United States District Judge