UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| GEORGE E. HUNT, | * | |
| GEORGE E HUNT SR, LLC | * | CIVILACTION No. 16-06105 |
| | * | |
| VERSUS | * | SECTION J |
| | * | |
| BP EXPLORATION & PRODUCTION, INC., | * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | * | |
| BP p.l.c. | * | MAG. JUDGE SHUSHAN |

MOTION TO WITHDRAW AS COUNSEL OF RECORD

**TO THE HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

COME NOW, Plaintiff's counsel of record, Paul M. Sterbcow, Ian F. Taylor, Jessica L. Ibert, the law firm of Lewis, Kullman, Sterbcow & Abramson, Bobby J. Delise and the law firm of Delise & Hall (hereinafter "Movers") and move this Honorable Court for an Order permitting movers to withdraw as counsel of record in the captioned matter. Plaintiff, George E. Hunt resides at 1476 Antioch Road, Cedartown, Georgia 30125. Plaintiff's telephone number is (770) 748-0133.

The basis for the requested relief is contained in the attached Supportive Memorandum.

1

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA L. IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Phone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com

/s/ Bobby J. Delise
BOBBY J. DELISE (#04847)
Delise & Hall
7924 Maple Street
New Orleans, Louisiana 70118
Phone: (504) 836-8000
bjdelise@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of August, 2016.

/s/ Paul M. Sterbcow
Paul M. Sterbcow