UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| GEORGE E. HUNT, | * | |
| GEORGE E HUNT SR, LLC | * | CIVIL ACTION No. 16-06105 |
| | * | |
| VERSUS | * | SECTION J |
| | * | |
| BP EXPLORATION & PRODUCTION, INC., | * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY, | * | |
| BP p.l.c. | * | MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION
TO WITHDRAW AS COUNSEL OF RECORD**

**TO THE HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

MAY IT PLEASE THE COURT:

Movers represent George E. Hunt in his economic loss claim arising out of the April 20, 2010 Macondo Well Disaster.

It is clear that Movers and Plaintiff have significant fundamental irreconcilable differences that preclude further representation of Plaintiff by Movers. Specifically, following the Court's dismissal with prejudice of Oil Pollution Act Test Cases in MDL 2179 (Rec. Doc. 15987 filed 3/10/16), Plaintiff rejected all of Movers' counsel and advice on the appropriate further handling of his economic loss claim. Under the circumstances, and in light of Plaintiff's

1

position that he will not listen to or abide by Movers' advice, Movers can no longer adequately represent Plaintiff's interests in this matter.

Given that a lawsuit was timely filed in the appropriate venue, Plaintiff's interests have been fully protected. Further, the current stay on Plaintiff's lawsuit provides Plaintiff adequate opportunity to retain new counsel and prosecute his claim.

WHEREFORE, based on the forgoing, Movers, Paul M. Sterbcow, Ian F. Taylor, Jessica L. Ibert, the law firm of Lewis, Kullman, Sterbcow & Abramson, Bobby J. Delise and the law firm of Delise & Hall respectfully ask the Honorable Court for an Order withdrawing Movers as counsel of record in this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA L. IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Phone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com

/s/ Bobby J. Delise
BOBBY J. DELISE (#04847)
Delise & Hall
7924 Maple Street
New Orleans, Louisiana 70118
Phone: (504) 836-8000
bjdelise@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Motion to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of August, 2016.

/s/ Paul M. Sterbcow
Paul M. Sterbcow