UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | * | |
| *Pleading Bundle B1* | * | **MAG. JUDGE SHUSHAN** |

| | | |
|---|---|---|
| **GEORGE E. HUNT,** | * | |
| **GEORGE E HUNT SR, LLC** | * | **CIVIL ACTION No. 16-06105** |
| | * | |
| **VERSUS** | * | **SECTION J** |
| | * | |
| **BP EXPLORATION & PRODUCTION, INC.,** | * | **JUDGE BARBIER** |
| **BP AMERICA PRODUCTION COMPANY,** | * | |
| **BP p.l.c.** | * | **MAG. JUDGE SHUSHAN** |

## O R D E R

Considering the above and foregoing:

IT IS HEREBY ORDERED THAT, Paul M. Sterbcow, Ian F. Taylor, Jessica L. Ibert, the law firm of Lewis, Kullman, Sterbcow & Abramson, Bobby J. Delise and the law firm of Delise & Hall are hereby permitted to withdraw as counsel of record in the above captioned matter.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**