# EXHIBIT

# "A"

| Cause Number(s) | Last Name | First Name |
|---|---|---|
| 2:13-cv-01717-CJB-SS;<br>2:13-cv-06651-CJB-SS | BARNETT | RICKEY |
| 2:13-cv-01717-CJB-SS | Celestine | Tashekia |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | COLE | KARYNA |
| 2:13-cv-01717-CJB-SS | DILLON | JAMEISS |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | GILMORE | GARY |
| 2:13-cv-01717-CJB-SS | GREEN | ANTHONY |
| 2:13-cv-05367-CJB-SS | HUNT | CHRISTINA |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0359-CJB-SS | Portlock | Orenthia |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:14-cv-0357-CJB-SS | RAMSEY | GAYLE |
| 2:13-cv-05367-CJB-SS | WEISS | JOHN |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | WILLIS | TOMMY |

| | | |
|---|---|---|
| 2:13-cv-01717-CJB-SS | ALLEN | JOHNNY |