## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| **See Enclosed List.** | |

### NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims and causes of action listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive damages or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

1

|    | Plaintiff Name   | Docket No.                      | Additional SFJ Docket No.         |
|----|------------------|---------------------------------|-----------------------------------|
| 1. | RICHARDS, LANCE  | 2:10-cv-01752<br>2:13-cv-02313  | 2:10-cv-08888-Document 66949      |

Dated:  August 17, 2016                    Respectfully submitted,


                                           _____/s/_____
                                           JEFFREY A. BREIT (LA Bar#03451)
                                           Breit Drescher Imprevento, P.C.
                                           Towne Pavilion Center II
                                           600 22nd Street, Suite 402
                                           Virginia Beach, VA 23451
                                           Tel: (757) 622-6000
                                           Fax: (757) 670-3939
                                           jeffrey@breit.law
                                           *Counsel for Plaintiff*