# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAM TRAN | * | CIVIL ACTION |
| | | NO. 2:16-cv-11977 |
| VERSUS | * | |
| | * | SECTION: J |
| BP EXPLORATION & PRODUCTION INC.; | * | |
| BP AMERICAN PRODUCTION COMPANY; | * | JUDGE BARBIER |
| BP AMERICAN, INC.; BP CORPORATION | * | |
| NORTH AMERICAN, INC.; AND BP | * | MAG. JUDGE SUSHAN |
| PRODUCTS NORTH AMERICA, INC. | * | |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Tran | Tam | | |

| Phone Number | E-Mail Address |
|---|---|
| 408-506-2839 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| | |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Connie Trieu<br>Trieu Law, LLC | ct@trieulawfirm.com |

Any prior name used by Plaintiff from April 2010 to present?

Any prior Mailing Address used by Plaintiff from April 2010 to present?

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff: 1619

Please indicate your status:

☐ Properly opted out of the Economic and Property Damages Settlement*
☒ Not a member of the Economic and Property Damages Settlement Class
☐ Member of the Economic and Property Damages Settlement Class
☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** *(select all that apply)*:

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:16-cv-1977-CJB-SS

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__ . No ____ .

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: Deepwater Horizon Medical Benefits Class Action Settlement

2. The date of presentment (MM/DD/YYYY): 03 / 08 / 2016

3. The claim number(s) (if available). LMPC0040924

4. Did you execute a release of your claims upon receiving payment through any claims program:

Yes ____ . No __X__ .

If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____, 2016

Location (City and State): Gretna, Louisiana

_Tam Tran_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Tam Tran
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

TAM TRAN

*Plaintiff(s)*

v.                                    Civil Action No. 2:16-cv-11977

BP EXPLORATION AND PRODUCTION INC., ET AL

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP EXPLORATION & PRODUCTION, INC., BP AMERICAN, INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC.

CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Connie Trieu
Trieu Law, LLC
537 Holmes Blvd. Suite A
Gretna, Louisiana, 70056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                          _____
                                                *CLERK OF COURT*

                                               _____
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-11977

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: