IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J |
| This document relates to: | § § | JUDGE BARBIER |
| 2:13cv1082; 2:12cv349; 2:10cv0888 | § | MAG. JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, Halliburton Energy Services Inc. and Sperry Drilling Company (if any). Costs taxed as paid.

| Plaintiff | Case No. |
|---|---|
| Archer, Brandon | 113805 |
| Ardoin, Timothy Chad | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Ashabranner, James | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| August, Brandy | 113834 |
| Bass, Jeff | 113948 |
| Brooks, Bessie | 114752 |
| Cantu, Ruben Paul | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Cardenas, Homero | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Carrington, James Edward | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Collins, Elizabeth Stewart | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Dawson, Jacob | 113486 |
| Etheridge, Cornelius | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Godley, Lawrence | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Goudeau, Joyce Berry | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Howard, William | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Jackson, Dustin Ray | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Jackson, Philmore, Jr. | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Johnson, James | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Kemp, Courtney Dail | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| King, Marcus Joseph | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Moore, Albert | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Moore, Phillip | 114036 |
| Moore, Terrell Goldey | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Myers, Lucas Evan | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Napoleon, Michael | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Nelson, Robbie | 114687 |
| Newsome, Thomas Colby | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Odom, Spencer James | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Owens, Bobby Nell | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Pigg, Gary Don | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Pondexter, Harriet | 114304 |
| Reyna, Ignacio Ponce, Jr. | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Slavik, Joseph | 119394 |
| Stobart, George Stanley IV | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Valdez, Mary Jane | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Vanderdoes, Arthur Earl | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |
| Ward, Delisa | 117253 |
| Williams, Abrum | 117425 |
| Williams, Kelly | 117535 |
| Yezak, Howard Bernard | Ardoin (2:10cv1082); Bernard (2:12cv982) and BP MDL (2:10md2179) |

        Respectfully submitted,

        **Weller, Green, Toups & Terrell, L.L.P.**
        P.O. Box 350
        Beaumont, TX 77704
        (409) 838-0101
        Fax: (409) 832-8577
        Email: matoups@wgttlaw.com

        By:    **/s/ Mitchell A. Toups**
                    Mitchell A. Toups
                    Texas Bar No. 20151600

### ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through the File and Serve e-file system, e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on August 18, 2016.

        /s/ Mitchell A. Toups
        Mitchell A. Toups