United States District Court for the
Eastern District of Louisiana

File Number 2:10-md-02179-CJB-SS

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | } } } **Notice of Appeal** } } |
| Economic and Property Damages Settlement | |

     Notice is hereby given that LHS Pensacola #4, Inc., in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the ORDER and JUDGEMENT of Judge Barbier denying Plaintiff's Request for Discretionary Review of Claim No. 60796 entered in this action on the 22nd day of July, 2016.

/s/ Joey M. McCall, Esq.
Joey M. McCall, Esq.
*Counsel for the Claimant*
FARRELL & PATEL, ATTORNEYS AT LAW
2701 Ponce De Leon Blvd.-suite 300
Coral Gables, FL 33134
Office: 305-798-4177 / Fax: 1-800-946-6711
E-mail: jmmccall@farrellpatel.com
