UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010           SECTION J

*Applies to 12-970;*           JUDGE BARBIER
*Bon Secour Fisheries, et al., on*      MAGISTRATE JUDGE SHUSHAN
*behalf of themselves and all similarly situated,*
*vs. BP Exploration & Production, Inc., et al.*
*AND-*
*No.16-12794; Claim ID #60796*

### ORDER and JUDGMENT

Considering the request for discretionary review and having reviewed the objection and the record; Accordingly,

IT IS ORDERED that the request for discretionary review is hereby DENIED and the Appeal Panel's decision will stand as the Settlement Program's final determination of this claim.

New Orleans, Louisiana, this 20th, day of July, 2016.

CARL J. BARBIER
United States District Judge