UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| **This Document Relates to:** *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

The Court has received, and continues to receive, numerous mailings from David Andrew Christenson, pro se, requesting that the Court exercise its discretion to review his claim(s) pending before the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").[1] The Court has twice denied this request because Christenson had not fully exhausted his rights before the Settlement Program. (Rec. Docs. 20923, 21477). Indeed, Christenson's letters reflect that his claim has not yet been denied by the program.

IT IS ORDERED that Christenson's requests for discretionary review are DENIED AS PREMATURE.

IT IS FURTHER ORDERED that Christenson shall **cease and desist** from sending or filing any further letters, motions, etc., to the Court until his claim has been denied by the Settlement Program *and* he has exhausted any and all requests for reconsideration, appeals, etc., before the Settlement Program. **Any violation of this Order will subject Mr. Christenson to monetary or other sanctions.**

---

[1] Several of these letters are attached to this Order.

New Orleans, Louisiana, this 22nd day of August, 2016.

_____
United States District Judge

Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550