UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



RECEIVED
AUG 17 2016
MDL No. 2179
SECTION CHAMBERS OF
JUDGE BARBIER U.S. DISTRICT JUDGE
CARL J. BARBIER
MAGISTRATE SHUSHAN

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Motion for Discretionary Review (24)
The American People deserve to know the truth so please **do not Seal this pleading**.
August 14th, 2016

AS of today, August 14th, 2016, I have satisfied all of the requirements for the settlement. I filed the last three corrected Profit and Loss statements. Reference: the attachment to "Motion for Discretionary Review (23)". "POST-RECONSIDERATION FOLLOW-UP INCOMPLETENESS NOTICE DATE OF NOTICE: August 11, 2016. This is an official Notice from the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I." **My package is now complete.**

Please reference the attachment to this "Motion". You will see that I have made a herculean effort to satisfy the draconian requirements that have been placed on me. The index does not show the communications with the Gulf Coast Claims Facility.

What do you want to bet that they will require additional documents? I fully anticipate being denied even though you would think that I had been approved for the settlement and that it was just a question of the settlement amount and or damages to be awarded. I spent a great deal of money (which I did not have and had to borrow) and time creating the required irrelevant documentation.

**I never would have agreed to this settlement process. Any attorney that agreed to this settlement process should be sued for malpractice. My rights as well as others were given away. Here is the true crime. Less than 10% of the of the total settlement has been paid out. People are suffering. The suffering has lasted over six years. Why would the court not step in and help those people? Only the criminals and attorneys have been paid. Here is the other major crime. BP received tax credits from the US and British that equal the settlement amount.**

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

8/14/2016

Claimant Details

| | | | | | | |
|---|---|---|---|---|---|---|
| 17150245 | (Duplicate) | 06/11/2015 | 6 | 7 | 21319981 | View |
| 16335944 | GCCF Denial Letter | 03/31/2015 | 1 | 2 | 21319982 | View |
| 16335945 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21319983 | View |
| 17509738 | GCCF Denial Letter (Duplicate) | 08/04/2015 | 2 | 3 | 21319983 | View |
| 16335946 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21319984 | View |
| 17509712 | GCCF Denial Letter (Duplicate) | 08/04/2015 | 2 | 3 | 21319984 | View |
| 16335947 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319985 | View |
| 17509697 | GCCF Denial Letter (Duplicate) | 08/04/2015 | 2 | 3 | 21319985 | View |
| 16335948 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319986 | View |
| 17150805 | GCCF Denial Letter (Duplicate) | 06/11/2015 | 2 | 3 | 21319986 | View |
| 16335949 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319987 | View |
| 17150756 | GCCF Denial Letter (Duplicate) | 06/11/2015 | 2 | 3 | 21319987 | View |
| 16335950 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319988 | View |
| 17150724 | GCCF Denial Letter | 06/11/2015 | 2 | 3 | 21319988 | View |
| 16335951 | Correspondence from Claimant | 03/31/2015 | 1 | 3 | 21319989 | View |
| 16335952 | Employment - Pay Stub/Pay Check (Duplicate) | 03/31/2015 | 3 | 7 | 21319989 | View |
| 19212676 | Correspondence from Claimant (Duplicate) | 04/20/2016 | 4 | 4 | 21319989 | View |
| 17150659 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 06/11/2015 | 8 | 10 | 21319989 | View |
| 17150668 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/11/2015 | 10 | 10 | 21319989 | View |
| 16335953 | GCCF Deficiency Letter | 03/31/2015 | 1 | 2 | 21319990 | View |
| 16335954 | Correspondence from Claimant | 03/31/2015 | 1 | 19 | 21319991 | View |
| 16335955 | Correspondence from Claimant | 03/31/2015 | 1 | 4 | 21319992 | View |
| 16335956 | Other Correspondence | 03/31/2015 | 1 | 4 | 21319993 | View |
| 16335957 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 4 | 21319994 | View |
| 16335958 | GCCF Denial Letter | 03/31/2015 | 1 | 1 | 21319995 | View |
| 16335959 | GCCF Interim/Final Payment Claim Deficiency Notice | 03/31/2015 | 1 | | 21319996 | View |
| 16335960 | GCCF Denial Letter | 03/31/2015 | 1 | | 21319997 | View |
| 16335961 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 3 | 21319998 | View |
| 16335962 | Correspondence from Claimant | 03/31/2015 | 1 | 3 | 21319999 | View |
| 16335963 | GCCF Follow-Up Letter to Previously Denied Claimants | 03/31/2015 | 1 | | 21320000 | View |
| 16335964 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320001 | View |
| 16335965 | Correspondence from Claimant | 03/31/2015 | 1 | 2 | 21320002 | View |
| 16335966 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320003 | View |
| 16335967 | Correspondence from Claimant | 03/31/2015 | 1 | 8 | 21320004 | View |
| 16335968 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320005 | View |
| 16335969 | Correspondence from Claimant | 03/31/2015 | 1 | 8 | 21320006 | View |
| 16335970 | Correspondence from Claimant | 03/31/2015 | 1 | 8 | 21320007 | View |
| 16335971 | Correspondence from Claimant | 03/31/2015 | 1 | 10 | 21320008 | View |
| 16335972 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320009 | View |
| 16335973 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320010 | View |
| 16335974 | Correspondence from Claimant | 03/31/2015 | 1 | 10 | 21320011 | View |
| 16335975 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320012 | View |
| 16335976 | Correspondence from Claimant | 03/31/2015 | 1 | 4 | 21320013 | View |
| 16336253 | Registration Form | 03/31/2015 | 1 | | 21320167 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16336358 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320228 | View |
| 16336400 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320255 | View |
| 16336413 | Employment - Pay Stub/Pay Check (Duplicate) | 03/31/2015 | 1 | 2 | 21320262 | View |
| 16336436 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 03/31/2015 | 1 | 3 | 21320273 | View |
| 17149972 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2015 | 3 | 3 | 21320273 | View |
| 16336928 | Individual Economic Loss Claim Form (Blue Form) (Claim ID 343791) | 03/31/2015 | 1 | | 21320533 | View |
| 16410624 | Other Correspondence | 04/03/2015 | 1 | 1 | 21371410 | View |
| 19212769 | Correspondence from Claimant (Duplicate) | 04/03/2015 | 1 | 1 | 21371410 | View |
| 19212742 | Other Correspondence (Duplicate) | 04/03/2015 | 1 | 1 | 21371569 | View |
| 16410985 | Correspondence from Claimant (Duplicate) | 04/03/2015 | 1 | 2 | 21371569 | View |
| 16411674 | Correspondence from Claimant | 04/03/2015 | 1 | 1 | 21371988 | View |
| 16411760 | Other Correspondence | 04/03/2015 | 1 | 2 | 21372041 | View |
| 19212731 | Correspondence from Claimant (Duplicate) | 04/03/2015 | 2 | 2 | 21372041 | View |
| 16481837 | Failed Business Economic Loss Claim Form (Red Form) (Claim ID 348134) | 04/16/2015 | 1 | | 21412231 | View |
| 16482355 | Correspondence from Claimant | 04/16/2015 | 1 | 1 | 21412413 | View |
| 16482374 | Form W-9 | 04/16/2015 | 1 | 4 | 21412417 | View |
| 16482382 | Form W-9 | 04/16/2015 | 1 | 4 | 21412420 | View |
| 16509277 | Correspondence from Claimant | 04/16/2015 | 1 | 1 | 21427831 | View |
| 16515185 | Other Correspondence | 04/16/2015 | 1 | 1 | 21431152 | View |
| 16933415 | Other Correspondence | 05/26/2015 | 1 | 2 | 21704085 | View |
| 17197753 | Other Correspondence | 05/29/2015 | 1 | 5 | 21912929 | View |
| 17520864 | Correspondence from Claimant | 08/05/2015 | 1 | 1 | 22132758 | View |
| 19199729 | Correspondence from Claimant Assistance Center | 04/18/2016 | 2 | 2 | 22132758 | View |
| 19199738 | Correspondence from Claimant Assistance Center | 04/18/2016 | 3 | 7 | 22132758 | View |
| 17529927 | Incompleteness Notice (Claim ID 343791) | 08/07/2015 | 1 | | 22138722 | View |
| 17652997 | Request for Transcript of Tax Return (IRS Form 4506-T) | 08/25/2015 | 1 | 1 | 22190067 | View |
| 17819517 | Incompleteness Notice | 08/25/2015 | 2 | 2 | 22190067 | View |
| 17819522 | Envelope or Other Packaging Only | 08/25/2015 | 3 | 3 | 22190067 | View |
| 18279506 | Incompleteness Notice (Claim ID 348134) | 10/23/2015 | 1 | | 22372461 | View |
| 18573792 | Plan, Budgets, Forecasts (Duplicate) | 10/23/2015 | 1 | 1 | 22372520 | View |
| 18279566 | Correspondence from Claimant (Duplicate) | 10/23/2015 | 1 | 2 | 22372520 | View |
| 18279567 | Correspondence from Claimant | 10/23/2015 | 1 | 1 | 22372521 | View |
| 18279569 | Correspondence from Claimant | 10/23/2015 | 1 | 2 | 22372523 | View |
| 18573760 | Plan, Budgets, Forecasts (Duplicate) | 10/23/2015 | 1 | 1 | 22372552 | View |
| 18279609 | Correspondence from Claimant (Duplicate) | 10/23/2015 | 1 | 2 | 22372552 | View |
| 18286490 | Correspondence from Claimant (Duplicate) | 10/23/2015 | 1 | 3 | 22375008 | View |
| 18573747 | Plan, Budgets, Forecasts (Duplicate) | 10/23/2015 | 2 | 2 | 22375008 | View |
| 18291206 | Request for Transcript of Tax Return (IRS Form 4506-T) | 10/26/2015 | 1 | 1 | 22376118 | View |
| 18291797 | Correspondence from Claimant | 10/23/2015 | 1 | 3 | 22376527 | View |
| 18344251 | Plan, Budgets, Forecasts | 10/23/2015 | 2 | 2 | 22376527 | View |
| 18317885 | Correspondence from Claimant | 10/28/2015 | 1 | 3 | 22386428 | View |
| 18329621 | Correspondence from Claimant (Duplicate) | 10/28/2015 | 1 | 4 | 22391810 | View |
| 18449295 | Correspondence from Claimant | 11/25/2015 | 1 | 2 | 22470436 | View |

Claimant Details

| | (Duplicate) | | | | | |
|---|---|---|---|---|---|---|
| 18573709 | Plan, Budgets, Forecasts (Duplicate) | 11/25/2015 | 1 | 2 | 22470436 | View |
| 18449296 | Request for Transcript of Tax Return (IRS Form 4506-T) | 11/25/2015 | 1 | 5 | 22470437 | View |
| 18449297 | Request for Transcript of Tax Return (IRS Form 4506-T) | 11/25/2015 | 1 | 5 | 22470438 | View |
| 18450027 | 2008 Federal Income Return Form 1040 (Jointly Filed) | 11/25/2015 | 1 | 25 | 22470932 | View |
| 19200035 | 2008 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 5 | 6 | 22470932 | View |
| 18573519 | 2008 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 7 | 7 | 22470932 | View |
| 18571708 | 2008 State Tax Return | 11/25/2015 | 26 | 26 | 22470932 | View |
| 18450064 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 11/25/2015 | 1 | 22 | 22470953 | View |
| 18573481 | 2009 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 6 | 7 | 22470953 | View |
| 19200210 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 11/25/2015 | 8 | 9 | 22470953 | View |
| 18573496 | 2009 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 10 | 14 | 22470953 | View |
| 18571712 | 2009 State Tax Return | 11/25/2015 | 23 | 23 | 22470953 | View |
| 18450093 | Correspondence from Claimant's Counsel | 11/25/2015 | 1 | 2 | 22470968 | View |
| 18573717 | Plan, Budgets, Forecasts (Duplicate) | 11/25/2015 | 1 | 2 | 22470968 | View |
| 19213223 | Correspondence from Claimant (Duplicate) | 11/25/2015 | 2 | 2 | 22470968 | View |
| 18450107 | 2010 Federal Income Return Form 1040 (Jointly Filed) | 11/25/2015 | 1 | 15 | 22470976 | View |
| 18571719 | 2010 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 6 | 7 | 22470976 | View |
| 19200127 | 2010 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 8 | 8 | 22470976 | View |
| 18571718 | 2010 State Tax Return | 11/25/2015 | 16 | 19 | 22470976 | View |
| 18458394 | Pre-2007 Federal Income Return Form 1040 (Jointly Filed) | 11/30/2015 | 1 | 2 | 22475565 | View |
| 18458415 | 2011 Federal Income Return Form 1040 (Jointly Filed) | 11/30/2015 | 1 | 10 | 22475574 | View |
| 18571684 | 2011 Federal Income Return Form 1040, Schedule C | 11/30/2015 | 5 | 6 | 22475574 | View |
| 18571692 | 2011 State Tax Return | 11/30/2015 | 11 | 15 | 22475574 | View |
| 18461457 | Other Correspondence | 11/23/2015 | 1 | 1 | 22476885 | View |
| 19210905 | Plan, Budgets, Forecasts (Duplicate) | 11/23/2015 | 2 | 2 | 22476885 | View |
| 19210911 | Correspondence from Claimant | 11/23/2015 | 2 | 4 | 22476885 | View |
| 18592022 | Follow- Up Incompleteness Notice (Claim ID 348134) | 12/24/2015 | 1 | | 22553083 | View |
| 18703856 | Correspondence from Claimant | 01/21/2016 | 1 | 2 | 22625737 | View |
| 19199508 | Correspondence from Claimant (Duplicate) | 01/21/2016 | 2 | 4 | 22625737 | View |
| 19210921 | Plan, Budgets, Forecasts (Duplicate) | 01/21/2016 | 3 | 3 | 22625737 | View |
| 18877025 | SWS-18 Failed Business Economic Loss Authorized Business Representative Sworn Written Statement | 01/21/2016 | 5 | 6 | 22625737 | View |
| 19060867 | Incompleteness Denial Notice (Claim ID 348134) | 03/23/2016 | 1 | | 22853023 | View |
| 19106117 | Correspondence from Claimant | 03/31/2016 | 1 | 1 | 22880414 | View |
| 19198035 | Request for Reconsideration Form (from Incompleteness Denial) | 03/31/2016 | 2 | 3 | 22880414 | View |
| 19198059 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2016 | 4 | 6 | 22880414 | View |
| 19198102 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2016 | 7 | 8 | 22880414 | View |
| 19198115 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2016 | 9 | 9 | 22880414 | View |
| 19198146 | Correspondence from Claimant | 03/31/2016 | 10 | 14 | 22880414 | View |
| 19252504 | Notice of Duplicate Claim (Claim ID 343791) | 04/27/2016 | 1 | | 22967002 | View |

8/14/2016

Claimant Details

| | | | | | | |
|---|---|---|---|---|---|---|
| 19259961 | Correspondence from Claimant (Duplicate) | 04/27/2016 | 1 | 1 | 22971187 | View |
| 19328320 | Appeal- Appeal Correspondence (Duplicate) | 04/27/2016 | 1 | 2 | 22971187 | View |
| 19259962 | Correspondence from Claimant (Duplicate) | 04/27/2016 | 1 | 1 | 22971188 | View |
| 19328313 | Appeal- Appeal Correspondence (Duplicate) | 04/27/2016 | 1 | 2 | 22971188 | View |
| 19259969 | Correspondence from Claimant | 04/27/2016 | 1 | 2 | 22971190 | View |
| 19328296 | Appeal- Appeal Correspondence | 04/27/2016 | 2 | 2 | 22971190 | View |
| 19261632 | Correspondence from Claimant | 04/28/2016 | 1 | 1 | 22972368 | View |
| 19261677 | Correspondence from Claimant | 04/28/2016 | 1 | 1 | 22972397 | View |
| 19261733 | Correspondence from Claimant | 04/28/2016 | 1 | 1 | 22972425 | View |
| 19283041 | Correspondence from Claimant (Duplicate) | 05/02/2016 | 1 | 2 | 22985243 | View |
| 19328362 | Appeal- Appeal Correspondence (Duplicate) | 05/11/2016 | 2 | 3 | 22985243 | View |
| 19328369 | Correspondence from Claimant (Duplicate) | 05/11/2016 | 4 | 4 | 22985243 | View |
| 19328373 | Appeal - Compromise Form (Duplicate) | 05/11/2016 | 4 | 5 | 22985243 | View |
| 19328350 | Correspondence from Claimant (Duplicate) | 05/11/2016 | 1 | 1 | 22985271 | View |
| 19328345 | Appeal- Appeal Correspondence (Duplicate) | 05/11/2016 | 2 | 4 | 22985271 | View |
| 19328342 | Correspondence from Claimant (Duplicate) | 05/11/2016 | 5 | 5 | 22985271 | View |
| 19283086 | Appeal- Appeal Correspondence (Duplicate) | 05/02/2016 | 5 | 6 | 22985271 | View |
| 19342997 | Notice of Reclassified Claim (Claim ID 348134) | 05/13/2016 | 1 | | 23022096 | View |
| 19366410 | Correspondence from Claimant | 05/18/2016 | 1 | 3 | 23036546 | View |
| 19405729 | Other Correspondence | 05/18/2016 | 1 | 3 | 23036546 | View |
| 19371989 | Correspondence from Claimant | 05/18/2016 | 1 | 1 | 23039684 | View |
| 19371996 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 348134 ) | 05/18/2016 | 1 | 1 | 23039686 | View |
| 19405670 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 348134 ) | 05/18/2016 | 2 | 2 | 23039686 | View |
| 19405677 | 2011 Financial - Income Statements / Profit & Loss (Claim ID: 348134 ) | 05/18/2016 | 3 | 3 | 23039686 | View |
| 19375584 | Correspondence from Claimant (Duplicate) | 05/19/2016 | 1 | 1 | 23042071 | View |
| 19375588 | 2009 Financial - Income Statements / Profit & Loss (Duplicate) | 05/19/2016 | 1 | 1 | 23042074 | View |
| 19405765 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 05/19/2016 | 2 | 2 | 23042074 | View |
| 19405769 | 2011 Financial - Income Statements / Profit & Loss (Duplicate) | 05/19/2016 | 3 | 3 | 23042074 | View |
| 19376630 | Correspondence from Claimant | 05/19/2016 | 1 | 1 | 23042656 | View |
| 19405745 | Correspondence from Claimant (Duplicate) | 05/19/2016 | 1 | 2 | 23042656 | View |
| 19404314 | Correspondence from Claimant | 05/25/2016 | 1 | 1 | 23059435 | View |
| 19451687 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 2 | 21 | 23059435 | View |
| 19451695 | Request for Reconsideration Form (from Denial Notice) (Duplicate) | 06/03/2016 | 3 | 4 | 23059435 | View |
| 19451700 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 5 | 6 | 23059435 | View |
| 19451705 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 7 | 7 | 23059435 | View |
| 19451712 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 8 | 9 | 23059435 | View |
| 19451716 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 10 | 10 | 23059435 | View |
| 19451658 | Other Correspondence (Duplicate) | 06/03/2016 | 1 | 5 | 23059606 | View |
| 19404485 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 6 | 23059606 | View |
| 19404486 | Correspondence from Claimant Correspondence from Claimant | 05/25/2016 | 1 | 1 | 23059607 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19451632 | (Duplicate) | 06/03/2016 | 2 | 10 | 23059607 | View |
| 19451635 | SWS-18 Failed Business Economic Loss Authorized Business Representative Sworn Written Statement (Duplicate) | 06/03/2016 | 11 | 12 | 23059607 | View |
| 19404487 | Correspondence from Claimant | 05/25/2016 | 1 | 1 | 23059608 | View |
| 19451589 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 2 | 20 | 23059608 | View |
| 19451593 | Request for Reconsideration Form (from Denial Notice) (Duplicate) | 06/03/2016 | 7 | 8 | 23059608 | View |
| 19451601 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 9 | 10 | 23059608 | View |
| 19451609 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 11 | 11 | 23059608 | View |
| 19451615 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 12 | 13 | 23059608 | View |
| 19451618 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 14 | 14 | 23059608 | View |
| 19404524 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 4 | 23059645 | View |
| 19451524 | Other Correspondence (Duplicate) | 06/03/2016 | 3 | 5 | 23059645 | View |
| 19404532 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 5 | 23059653 | View |
| 19451507 | Other Correspondence (Duplicate) | 06/03/2016 | 3 | 5 | 23059653 | View |
| 19404799 | Correspondence from Claimant | 05/25/2016 | 1 | 2 | 23059920 | View |
| 19451400 | Other Correspondence | 06/03/2016 | 3 | 4 | 23059920 | View |
| 19451486 | Other Correspondence (Duplicate) | 06/03/2016 | 4 | 8 | 23059920 | View |
| 19451479 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 4 | 10 | 23059920 | View |
| 19404801 | Other Correspondence | 05/25/2016 | 1 | 1 | 23059922 | View |
| 19451368 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 1 | 6 | 23059922 | View |
| 19451371 | 2009 Financial - Income Statements / Profit & Loss (Duplicate) | 06/03/2016 | 7 | 7 | 23059922 | View |
| 19451374 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 06/03/2016 | 8 | 8 | 23059922 | View |
| 19451376 | 2011 Financial - Income Statements / Profit & Loss (Duplicate) | 06/03/2016 | 9 | 9 | 23059922 | View |
| 19404802 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 5 | 23059923 | View |
| 19580984 | Post-Reconsideration Incompleteness Notice (Claim ID 348134) | 07/01/2016 | 1 | | 23173902 | View |
| 19581068 | Correspondence from Claimant | 07/01/2016 | 1 | 1 | 23173960 | View |
| 19614301 | Post-Reconsideration Incompleteness Notice | 07/01/2016 | 2 | 5 | 23173960 | View |
| 19581071 | Court Filing | 07/01/2016 | 1 | 1 | 23173963 | View |
| 19614339 | Post-Reconsideration Incompleteness Notice | 07/01/2016 | 2 | 5 | 23173963 | View |
| 19602919 | Correspondence from Claimant | 06/23/2016 | 1 | 2 | 23189543 | View |
| 19609111 | Correspondence from Claimant | 06/29/2016 | 1 | 2 | 23193371 | View |
| 19609142 | Correspondence from Claimant | 07/01/2016 | 1 | 4 | 23193402 | View |
| 19613825 | Post-Reconsideration Incompleteness Notice | 07/01/2016 | 5 | 8 | 23193402 | View |
| 19609294 | Correspondence from Claimant | 07/09/2016 | 1 | 2 | 23193554 | View |
| 19609295 | Bankruptcy Documents | 07/09/2016 | 1 | 3 | 23193555 | View |
| 19609298 | Court Filing | 07/09/2016 | 1 | 1 | 23193558 | View |
| 19609300 | Other | 07/09/2016 | 1 | 6 | 23193560 | View |
| 19611856 | Other Correspondence | 07/11/2016 | 1 | 3 | 23195280 | View |
| 19616086 | Correspondence from Claimant | 07/05/2016 | 1 | 3 | 23198276 | View |
| 19618154 | Envelope or Other Packaging Only | 07/05/2016 | 4 | 5 | 23198276 | View |
| 19621729 | Correspondence from Claimant's Counsel | 07/12/2016 | 1 | 2 | 23201958 | View |
| 19621731 | Other Correspondence | 07/12/2016 | 1 | 2 | 23201960 | View |

8/14/2016

Claimant Details

| | | | | | | |
|---|---|---|---|---|---|---|
| 19672604 | Court Filing | 07/12/2016 | 3 | 3 | 23201960 | View |
| 19621732 | Supporting Document | 07/12/2016 | 1 | 3 | 23201961 | View |
| 19621733 | Ownership - Titles/Deeds/Other Documents | 07/12/2016 | 1 | 2 | 23201962 | View |
| 19621735 | Insurance Card | 07/12/2016 | 1 | 2 | 23201963 | View |
| 19621737 | Bank Statements | 07/12/2016 | 1 | 1 | 23201965 | View |
| 19621738 | Supporting Document | 07/12/2016 | 1 | 1 | 23201966 | View |
| 19621739 | Supporting Document | 07/12/2016 | 1 | 1 | 23201967 | View |
| 19621765 | 2015 Federal Income Return Form 1040 (Jointly Filed) | 07/12/2016 | 1 | 20 | 23201990 | View |
| 19672715 | 2015 Federal Income Return Form 1040, Schedule C | 07/12/2016 | 4 | 9 | 23201990 | View |
| 19634725 | Correspondence from Claimant's Counsel | 07/11/2016 | 1 | 3 | 23210797 | View |
| 19634726 | Correspondence from Claimant | 07/11/2016 | 1 | 5 | 23210798 | View |
| 19651552 | Other Correspondence | 07/19/2016 | 1 | 5 | 23222687 | View |
| 19652562 | Correspondence from Claimant | 07/15/2016 | 1 | 3 | 23223579 | View |
| 19663353 | Correspondence from Claimant | 07/15/2016 | 1 | 1 | 23228009 | View |
| 19658833 | Court Filing | 07/15/2016 | 2 | 4 | 23228009 | View |
| 19663406 | Supporting Document | 07/15/2016 | 5 | 36 | 23228009 | View |
| 19663417 | Correspondence from Claimant | 07/15/2016 | 37 | 52 | 23228009 | View |
| 19663432 | Supporting Document | 07/15/2016 | 53 | 53 | 23228009 | View |
| 19663457 | Court Filing | 07/15/2016 | 54 | 64 | 23228009 | View |
| 19663463 | Correspondence from Claimant | 07/15/2016 | 65 | 67 | 23228009 | View |
| 19658836 | Correspondence from Claimant | 07/09/2016 | 1 | 5 | 23228012 | View |
| 19663423 | Correspondence from Claimant's Counsel | 07/09/2016 | 6 | 7 | 23228012 | View |
| 19663430 | Supporting Document | 07/09/2016 | 8 | 15 | 23228012 | View |
| 19658837 | Correspondence from Claimant | 07/11/2016 | 1 | 5 | 23228013 | View |
| 19663446 | Correspondence from Claimant's Counsel | 07/11/2016 | 6 | 7 | 23228013 | View |
| 19663454 | Supporting Document | 07/11/2016 | 8 | 15 | 23228013 | View |
| 19658839 | Correspondence from Claimant | 07/12/2016 | 1 | 7 | 23228015 | View |
| 19663478 | Correspondence from Claimant's Counsel | 07/12/2016 | 8 | 9 | 23228015 | View |
| 19663485 | Oil and Gas Support Services Incompleteness Form | 07/12/2016 | 10 | 22 | 23228015 | View |
| 19658840 | Correspondence from Claimant | 07/12/2016 | 1 | 1 | 23228016 | View |
| 19663511 | Other Tax Document | 07/12/2016 | 2 | 2 | 23228016 | View |
| 19663518 | 2015 Federal Income Return Form 1040 (Individually Filed) | 07/12/2016 | 3 | 4 | 23228016 | View |
| 19663531 | 2015 Federal Income Return Form 1040, Schedule C | 07/12/2016 | 5 | 21 | 23228016 | View |
| 19663535 | Supporting Document | 07/12/2016 | 22 | 32 | 23228016 | View |
| 19658842 | Correspondence from Claimant | 07/16/2016 | 1 | 3 | 23228018 | View |
| 19663548 | Supporting Document | 07/16/2016 | 4 | 4 | 23228018 | View |
| 19665110 | Supporting Document | 07/19/2016 | 1 | 4 | 23232825 | View |
| 19671598 | Court Filing | 07/23/2016 | 1 | 11 | 23237627 | View |
| 19671599 | Court Filing | 07/23/2016 | 1 | 2 | 23237628 | View |
| 19671600 | Court Filing | 07/23/2016 | 1 | 11 | 23237629 | View |
| 19684035 | Correspondence from Claimant | 07/20/2016 | 1 | 17 | 23246363 | View |
| 19684916 | Correspondence from Claimant | 07/27/2016 | 1 | 2 | 23247084 | View |
| 19684924 | Correspondence from Claimant | 07/27/2016 | 1 | 3 | 23247091 | View |
| 19686900 | Correspondence from Claimant | 07/27/2016 | 1 | 2 | 23248603 | View |
| 19691656 | Correspondence from Claimant | 07/28/2016 | 1 | 2 | 23251904 | View |

Claimant Details

| 19700055 | Envelope or Other Packaging Only | 07/28/2016 | 3 | 5 | 23251904 | View |
| 19700069 | Correspondence from Claimant | 07/28/2016 | 6 | 7 | 23251904 | View |
| 19700074 | Court Filing | 07/28/2016 | 8 | 10 | 23251904 | View |
| 19692827 | Correspondence from Claimant | 07/28/2016 | 1 | 1 | 23252710 | View |
| 19700103 | Court Filing | 07/28/2016 | 2 | 18 | 23252710 | View |
| 19696746 | Correspondence from Claimant | 07/19/2016 | 1 | 11 | 23255258 | View |
| 19698583 | Supporting Document | 07/19/2016 | 12 | 12 | 23255258 | View |
| 19696747 | Correspondence from Claimant | 07/19/2016 | 1 | 12 | 23255259 | View |
| 19696748 | Other Correspondence | 07/20/2016 | 1 | 9 | 23255260 | View |
| 19696749 | Correspondence from Claimant | 07/19/2016 | 1 | 2 | 23255261 | View |
| 19702725 | Court Filing | 07/30/2016 | 1 | 2 | 23259100 | View |
| 19702880 | Court Filing | 07/31/2016 | 1 | 10 | 23259255 | View |
| 19702882 | Court Filing | 07/31/2016 | 1 | 15 | 23259257 | View |
| 19714879 | Correspondence from Claimant | 07/30/2016 | 1 | 18 | 23267760 | View |
| 19716038 | Court Filing | 08/03/2016 | 1 | 18 | 23268668 | View |
| 19731268 | Court Filing | 08/06/2016 | 1 | 6 | 23279847 | View |
| 19731270 | Court Filing | 08/06/2016 | 1 | 2 | 23279849 | View |
| 19738256 | Court Filing | 08/09/2016 | 1 | 2 | 23285165 | View |
| 19739310 | Court Filing | 08/09/2016 | 1 | 6 | 23285910 | View |
| 19751637 | Court Filing | 08/11/2016 | 1 | 4 | 23294635 | View |
| 19754111 | Court Filing | 08/11/2016 | 1 | 5 | 23296313 | View |
| 19754987 | Post-Reconsideration Follow-up Incompleteness Notice (Claim ID 348134) | 08/12/2016 | 1 | | 23297150 | View |
| 19758444 | CLAIMANT: Financial - Income Statements / Profit & Loss | 08/12/2016 | 0 | | 23299468 | View |
| 19758454 | CLAIMANT: Financial - Income Statements / Profit & Loss | 08/12/2016 | 0 | | 23299475 | View |
| 19760994 | CLAIMANT: Financial - Income Statements / Profit & Loss | 08/14/2016 | 0 | | 23301337 | View |

## Registration Form Submission Status

Submitted

## Claim Types

| Claim ID | Claim Type | Details | Submission Status |
| --- | --- | --- | --- |
| 343791 | Individual Economic Loss | | Submitted |
| 348134 | Business Economic Loss | | Submitted |

PENSACOLA FL 325

15 AUG 2016 PM 1 L

Judge Carl Barbier
C-256
500 Poydras Street
New Orleans, LA 70130

70130-336156

1522
1063
PANAMA BEACH, FL
32550



RECEIVED
AUG 17 2016
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

Motion for Discretionary Review (24 B)
The American People deserve to know the truth so please **do not Seal this pleading**.
August 15th, 2016

Additional information. Attachment 1 is "Claims Events/Notices". This shows how difficult it has been to receive a settlement. They reclassified my claim and I objected. Look at when the reclassification took place which was long after I filed my original claims. I should have had three claims. Louisiana is a community property state. My individual claim, my wife's individual claim and my business claim. This is how our tax returns were filed. One tax return(s), which the claim center has for all of the required years, for the business, my wife and me. That is the way the IRS does it for individuals that are sole proprietors. Any loss or gain was for both my wife and me. Attached is a letter, dated April 16th 2015, that I sent and uploaded asking if my wife and I could file jointly. I operated thinking that she had a claim. I filed all of her documents. This was before the June 8th, 2015 cutoff date for filing claims. The last attachment is a letter dated April 28th, 2016 that asks for my wife to be allowed to correct the defect of filing a simple form.

I lost my business, my wife lost her job and we lost our home to foreclosure. All of this has been documented and supplied to the claims center.

If we had received $35,000.00 after the spill we could have survived and hence no further claim on our part. My wife had to liquidate her retirement accounts in order for us to survive. We had to pay penalties and taxes on the disbursements. All of the documentation has been supplied to the claims center. We made between $80,000.00 and $130,000.00 from 2006 until the BP Oil Spill. We had expenses associated with my starting a business. 2009 was a break out year for my business. Our income would have doubled in 2010 if not for the BP Oil Spill. Our loss is currently $10,000,000.00 net and climbing.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

# DEEPWATER HORIZON
# CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

English  |  En Español  |  Bằng Tiếng Việt

| | |
|---|---|
| Home | |
| News and Developments | |
| Download Files | |
| Claimant Info | |
| Notices | |
| Forms | |
| Payments | |
| Reporting | |
| Change Password / Email | |
| Log Off | |

## Claims Events/Notices

`<< Back`

### Claimant Information

| | |
|---|---|
| Claimant ID: 100302987 | Name: CHRISTENSON, DAVID |
| GCCF Claimant ID: 3364391 | Business: DAVID CHRISTENSON |
| Taxpayer Type: Individual With Business | Address: PO BOX 9063 |
| SSN/EIN: | MIRAMAR BEACH FL 32550 |
| Represented By: Pro Se | Preferred Language: |
| Portal User: Yes | |

### Claim Information

| | |
|---|---|
| Claim ID: 348134 | Business name: David A. Christenson (Real Estate) |
| Claim Type: Business Economic Loss | Address: 842 Camp Street, Unit 4, New Orleans, LA, 70130 |
| Claimed Benchmark Period: | |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Post-Reconsideration Follow-Up Incompleteness Notice | 08/11/2016 | 09/12/2016 11:59 PM CST | | 08/12/2016 | David, Christenson |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/29/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/25/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/11/2016 | | | | |
| Post-Reconsideration Incompleteness Notice | 06/30/2016 | 08/01/2016 11:59 PM CST | | 07/01/2016 | David, Christenson |
| Reclassified Claim Notice | 05/12/2016 | | Print / View Notice | 05/13/2016 | David, Christenson |
| Reconsideration of Incompleteness Denial Notice Requested | 03/31/2016 | | | | |
| Incompleteness Denial Notice | 03/22/2016 | 04/21/2016 11:59 PM CST | | 03/23/2016 | David, Christenson |
| Claims Review | 03/14/2016 | | | | |
| Response to Follow-Up Incompleteness Notice Received | 02/19/2016 | | | | |
| Follow-Up Incompleteness Notice | 12/23/2015 | 01/22/2016 11:59 PM CST | | 12/24/2015 | David, Christenson |
| Claims Review | 12/21/2015 | | | | |
| Response to Incompleteness Notice Received | 12/18/2015 | | | | |
| Claims Review | 11/02/2015 | | | | |
| Response to Incompleteness Notice Received | 11/02/2015 | | | | |
| Incompleteness Notice | 10/22/2015 | 11/23/2015 11:59 PM CST | | 10/23/2015 | David, Christenson |
| Claims Review | 06/11/2015 | | | | |
| Claim Form Submitted | 04/16/2015 | | | | |

Claim: 100302987
GCCF 3364391
April 16th, 2015

Sir,

My wife was a vice president and commercial lender for Chase Bank in New Orleans. Her loan production and pipeline came to a complete stop. This was the beginning of the end.

I was a real estate agent and most of my clients came from my affiliation, through my wife, with Chase Bank. My production and pipeline came to a complete stop. This was the beginning of the end.

Can we file jointly?

I am unable to file a Real Property Sales loss. Where is the form for property that does not show up in the zone?

I have attached our W-9s

Sincerely,
David Andrew Christenson
504-715-3086
SS 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
DOB 02/21/1958
dchristenson6@hotmail.com

Renee Christenson
504-715-3085
SS 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
DOB 08/20/1965
rchristenson6@hotmail.com

04/28/2016
From: David Andrew Christenson and Renee T. Christenson
Claimant ID 100302987 Claim ID 343791 and 348134
Claim Type: Failed Business Economic Loss and Individual

My wife should be allowed to file a claim. I asked you before the deadline and titled everything with both of our names. Why was I not notified that she had to file a document? She should be allowed to correct this defect, please.

We thought she had a claim. Please review my file.


Godspeed.
Sincerely,


David Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com



Christenson
Box 9063
Miramar Beach, FL
32550

70130-336156

PENSACOLA FL 325
25 AUG 2016 PM 11

Judge Carl Barbier
C "256
500 Poydras Street
New Orleans, LA
70130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



RECEIVED
AUG 19 2016

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179 CHAMBERS OF
U.S. DISTRICT JUDGE
SECTION CARL J. BARBIER
JUDGE BARBIER
MAGISTRATE SHUSHAN

Motion for Discretionary Review (25)
The American People deserve to know the truth so please **do not Seal this pleading**.
August 17th, 2016

Further proof that I have satisfied all of the requirements for the settlement. Reference the Court's
order dated August 12th, 2016 denying my Notice of Appeal (Attachment 4).
Reference my Motions for Discretionary Review 24 and 24 B for documentation and completeness.
Attachment 1 is the Incompleteness **Denial** Notice dated 03/22/2016.
Attachment 2 is Claims Events/Notices index.

I was denied on March 22nd, 2016 but have continued to cure the defects without bothering the Court
until I realized that I could not prevail without the assistance of the Court. I satisfied all of the
requirements of the Incompleteness Denial Notice with the exception of the Profit and Loss statements
which now have been provided. The Claims Center has no excuse for denying me my claim and
settlement. From the index you can see that I have made a herculean effort.

What else can I do? I continue to suffer and so do thousands of other claimants.

I wish the Court would address this situation so that all of us can receive our settlements and move on.

Attachment 3 is a Notice of Reclassified Claim. Why did they do this on May 12th, 2016. My wife and I
had both an Individual(s) and Business(s) claim(s). My wife was a loan officer for Chase Bank, she owned
a Mary Kay business and she taught aerobics at Tulane University, the Hilton Health Club and the Capital
One Health club located in Place St. Charles where she worked for Chase Bank. We have lost Ten Million
Dollars Net because of the BP Oil Spill.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

Attachment 1

## Claimant Information

| | |
|---|---|
| **Claimant ID:** 100302987 | **Name:** CHRISTENSON, DAVID |
| **GCCF Claimant ID:** 3364391 | **Business:** DAVID CHRISTENSON |
| **Taxpayer Type:** Individual With Business | **Address:** PO BOX 9063 |
| **SSN/EIN:** *****3413 | MIRAMAR BEACH FL 32550 |
| **Represented By:** Pro Se | **Preferred Language:** |

## Claim Information

| | |
|---|---|
| **Claim ID:** 348134 | **Business Name:** David A. Christenson (Real Estate) |
| **Claim Type:** Business Economic Loss | **Address:** 842 Camp Street, Unit 4, New Orleans, LA, 70130 |
| **NAICS Code/Desc:** 531210, Offices of Real Estate Agents and Brokers | |

**Industry Designation:** Non-Tourism

**NAICS Code Selection Details:** The Claims Administrator assigned a NAICS Code that differs from the code listed on the Business Entity's 2009 tax return because the code on the 2009 tax return is not a valid 2007 NAICS Code. The 2009 tax return lists NAICS Code 531100, which is not a valid 2007 U.S. NAICS Code, and lists the primary business service or activity as "real estate." David A. Christenson (Real Estate) did not submit financials. David A. Christenson (Real Estate) does not maintain a website. Online sites show that this claimant worked as a real estate agent at http://tinyurl.com/qxeyd74 & http://tinyurl.com/orgahx3. NAICS Code 531210 – Offices of Real Estate Agents and Brokers is the most appropriate NAICS Code for the Business Entity because this claimant was engaged as a real estate agent.

| | |
|---|---|
| **Zone:** Zone B | **Headquarters:** No |
| **Causation Presumed:** No | **Claimed Benchmark Period:** Claims Administrator Selected Benchmark |

**Review Queue:**       Initial Review Queue

1. Select Business Entity or Rental Property:              Business
2. Select the Facility associated with this Claim:              279858, David A. Christenson (Real Estate), 842 Camp Street, Unit 4, New Orleans, LA, 70130
   Doc ID

## Total Revenues

| Month | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| May | | | $2,211.00 | $0.00 | $0.00 |
| June | | | $2,211.00 | $0.00 | $0.00 |
| July | | | $2,211.00 | $0.00 | $0.00 |
| August | | | $2,211.00 | $0.00 | $0.00 |
| September | | | $2,211.00 | $0.00 | $0.00 |
| October | | | $2,211.00 | $0.00 | $0.00 |
| November | | | $2,211.00 | $0.00 | $100,000.00 |
| December | | | $2,211.00 | $0.00 | $0.00 |

## Business Economic Loss - V-Shaped Revenue Pattern

V-Shaped Revenue Pattern:

| Benchmark Period | | Result |
|---|---|---|

### Benchmark Period: 2007-2009 3 Year

| Benchmark  Period 2007-2009 | Result | Three Month Period(s) that Pass |
|---|---|---|

### Benchmark Period: 2008-2009 2 Year

| Benchmark  Period 2008-2009 | Result | Three Month Period(s) that Pass |
|---|---|---|

### Benchmark Period: 2009 1 Year

| Benchmark  Period 2009 | Result | Three Month Period(s) that Pass |
|---|---|---|

Attachment 1

## Business Economic Loss - Modified V-Shaped Revenue Pattern

Modified V-Shaped Revenue Pattern:

| Benchmark Period | | Result |
|---|---|---|

| Benchmark Period: 2007-2009 3 Year | | |
|---|---|---|
| Benchmark  Period 2007-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2008-2009 2 Year | | |
|---|---|---|
| Benchmark  Period 2008-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2009 1 Year | | |
|---|---|---|
| Benchmark  Period 2009 | Result | Three Month Period(s) that Pass |

1. Does the Claimant demonstrate a decline of 10% in the share of total revenue generated by non-local customers over the same period of three consecutive months from May-December 2010 as selected by Claimant from the Modified V-Shaped Pattern compared to the same three consecutive month period in 2009?

Document:

2. Does the business have customers in Zones A-C and demonstrate a decline of 10% in the share of total revenue generated by customers located in Zones A-C over the same period of the three consecutive months from May-December 2010 as selected by Claimant for the Modified V-Shaped Revenue Pattern compared to the same three consecutive month period in 2009?

Document:

## Business Economic Loss - Decline Only Revenue Pattern

Decline -Only Revenue Pattern:

| Benchmark Period | | Result |
|---|---|---|

| Benchmark Period: 2007-2009 3 Year | | |
|---|---|---|
| Benchmark  Period 2007-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2008-2009 2 Year | | |
|---|---|---|
| Benchmark  Period 2008-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2009 1 Year | | |
|---|---|---|
| Benchmark  Period 2009 | Result | Three Month Period(s) that Pass |

**Claim Form Answer:**

1. Has the Claimant provided specific documentation identifying factors outside the control of the Claimant prevented the recovery of revenues in 2011?

Document:

   Specific Documentation:

2. Does the Claimant demonstrate a decline of 10% in the share of total revenue generated by non-local customers over the same period of three consecutive months from May-December 2010 as selected by Claimant from the Modified V-Shaped Pattern compared to the same three consecutive month period in 2009?

Document:

3. Does the business have customers in Zones A-C and demonstrate a decline of 10% in the share of total revenue generated by customers located in Zones A-C over the same period of the three consecutive months from May-December 2010 as selected by Claimant for the Modified V-Shaped Revenue Pattern compared to the same three consecutive month period in 2009?

Document:

Review Result:

1. Has the Claimant submitted specific documentation to establish that the Spill results in reservation cancellations that the Claimant's business was unable to rebook?

Claim Form Answer:

Review Result:

(a) Has the Claimant submitted specific documentation to establish that the Spill resulted in reservation cancellations that the Claimant's business was unable to rebook?

Document:

If Yes, check the boxes that correspond to the specific documentation provided:

Letters created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation

Document:

Emails crated during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation

Document:

Hotel logs for the relevant time created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation

Document:

Sworn Written Statement from an independent third party citing the Spill as the reason for the cancellation

Document:

Written evidence of the original reservation

Document:

(b) Was the reservation in place as of April 20, 2010?

Unable to Determine

Document:

(c) Enter the date that the reservation was to occur.

Unable to Determine

(d) Enter the date the reservation was canceled.

Unable to Determine

(e) Has the Claimant established that he/she/it was unable to rebook on the same or similar terms? If no such documentation exists, has the claimant provided a Sworn Written Statement (1) stating that no such contemporaneous written evidence exists, (2) describing the claimant's efforts to replace the canceled reservations(s), and (3) describing the extent to which the claimant was not able to replace the canceled reservation(s)?

Document:

2. Has the Claimant provided sufficient proof of Spill-related contract cancellations that the Claimant was unable to replace under the same terms?

Claim Form Answer:

Review Result:

(a) Has the Claimant submitted specified documentation to establish that the Spill resulted in canceled contracts that the Claimant's business was unable to replace?

Document:

If Yes, check the boxes that correspond to the specific documentation provided:

Contemporaneous written evidence of the cancellation of a contract as the direct result of the Spill that the Claimant was not able to replace under the same terms

Document:

Sworn Written Statement from an independent third party citing the Spill as the reason for the cancellation

Document:

A copy of all corresponding contracts

Document:

(b) Was the contract in place as of April 20, 2010?

Unable to Determine

Document:

(c ) Enter the date the contract was to be performed

Unable to Determine

(d) Enter the date the contract was canceled

Unable to Determine

(e) Has the Claimant established that he/she/it was unable to replace the contract on the same or similar terms between April 21, 2010 and the date the Claimant's claim was filed? If no such documentation exists, has the claimant provided a Sworn Written Statement (1) stating that no such contemporaneous written evidence exists, (2) describing the claimant's efforts to replace the canceled contract(s), and (3) describing the extent to which the claimant was not able to replace the canceled contract(s)?

Doc ID:

Document:

Review Result: Fail

| | Result | Evidence |
|---|---|---|

| | | |
|---|---|---|
| 1. Does the Claimant have annual revenue of $75,000 or below for all of the years 2007 through 2011? | No | Year: 2011<br>Document-Type: Financial - Income Statements / Profit & Loss<br>Dollar-Amount: $100,000.00 |
| 2. Has the Claimant provided a Sworn Written Statement documenting:<br><br>1. Contact information and verification of status in MDL 2179 Settlement of the Causation Proxy Claimant to be used by the Claimant to satisfy causation;<br>2. Business linkage between the Claimant and the Causation Proxy Claimant; and<br>3. Proximity of the Claimant to the Causation Proxy Claimant is within 100 yards for urban claimants and within one-quarter mile for rural claimants. | No | Doc ID:<br><br>Page#: |
| 3. Has the Claimant provided a Sworn Written Statement from the Causation Proxy Claimant authorizing the Claimant's use of the Causation Proxy Claimant's documentation to satisfy causation? | No | Doc ID:<br><br>Page#: |
| 4. Physical address of Causation Proxy Claimant: | | Not Provided |
| 5. Distance form Claimant to Causation Proxy Claimant: | | 0.000000 Miles |
| 6. Is the Claimant located in an area outside an urban area or urban cluster, as defined by the US Census Bureau's classification (i.e., a "Rural Business")? | Yes | |
| 7. Has the Causation Proxy Claimant established Causation? | No | Proxy Claimant: |
| 8. Has the Claimant provided information sufficient to establish that a causal relationship exists between the Claimant's financial performance and the financial performance of the Causation Proxy Claimant? | | |

Document:

1. Has the Claimant demonstrated purchases of Gulf of Mexico harvested seafood from Zone A, Zone B, Zone C vendors representing at least 10% of food costs during 2009, as reflected in historical purchase orders and / or invoices?

Document:

2. Has the Claimant demonstrated a decline of 7.5% in gross profit (gross sales less cost of goods sold) over a period of the three consecutive months between May – December 2010 compared to the same months in 2009?

Document:

1. Was the result of this causation analysis predominantly driven by inclusion of the moratorium losses in the calculation?

Document:

2. Based on an individual review of the claim file, was the non-moratorium portion of the loss in whole or in part due to or resulting from the Spill?

Document:

1. Is this claim for a non-Seafood-related business directly involving the use of vessel?

2. Select all payments to the vessel on which this claim is based for services performed under the VOO Master Vessel Charter Agreement:

Selected Payment IDs:                                    ☐ No VoO Earned Income Data Found

| Payment ID | TaxPayer ID | Vessel Name | Hull ID | Federal # | State # | Length of Vessel | MVCA Contract # | MVCA Signatory | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|

Total Payment Selected:

# Attachment 1

(Calculate different fields if total Selected):

**DEFENSE CONTRACTING**                                                      ☐ Yes ☒ No

**Accountant Compensation Calculation Workbook Specifications:**

**Accountant Workbook Version:**

**Policy 495 Methodology Triggered?**

**Policy 495 Methodology:**

**Fiscal Year End:**

| Incompleteness Reasons | |
|---|---|
| **Reason Number** | **Description** |
| BEL-I-31 | We are unable to determine the Pre-Spill annual and monthly revenues and expenses of the Failed Business.  The Settlement Agreement requires documents identifying a creation date and describing the Pre-Spill annual revenues and expenses for the Failed Business.  If you do not have these documents, you may be able to get them:  (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. |
| BEL-I-42 | We are unable to determine the date the business ceased operations.   If you do not have this information, you may be able to get this information from:  (a) your financial advisor or accountant; (b) bankruptcy documents; or (c) monthly or annual profit and loss statements. |

| Denial Reasons | |
|---|---|
| **Reason Number** | **Description** |
| BEL-D-01 | You have not provided documents sufficient to establish that your lost revenue occurred as a result of the Spill, in accordance with Exhibit 4B of the Settlement Agreement.  For your business to be eligible for payment, it must be the type of business that is entitled to a causation presumption or it must satisfy one of the following causation test(s):  (A) V-Shaped Revenue Pattern.  Your business must submit documentation showing a decline of an aggregate of [Insert V Downturn Percentage] or more in total revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period and a later increase of an aggregate of [Insert V Upturn Percentage] or more in total revenues over the same period of three consecutive months in 2011 compared to 2010; (b) Modified V-Shaped Revenue Pattern.  Your business must submit documentation showing a decline of an aggregate of [Insert Modified V Downturn Percentage] or more in total revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period and a later increase of an aggregate of [Insert Modified V Upturn Percentage] or more in total revenues over the same period of three consecutive months in 2011 compared to 2010; and either (1) Proof of a decline of 10% in the share of total revenue for non-local customers; or (2) Proof of a decline of 10% in the share of total revenue for customers in Economic Loss Zones A, B, or C.  (B) Decline-Only Revenue Pattern.  Your business must submit documentation showing a decline of an aggregate of [Insert Decline Only Downturn Percentage] or more in revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period; and (1) Documentation identifying factors outside the control of the claimant that prevented the recovery of revenues in 2011; and (2) Documentation showing one of the following: (a) Proof of a decline of 10% in the share of total revenue for non-local customers, or (b) Proof of a decline of 10% in the share of total revenue for customers in Economic Loss Zones A, B, or C.  (C) Proof of Spill-Related Cancellations.  Your business must submit contemporaneous written evidence of the cancellation of a contract or reservation as a direct result of the Spill that your business was not able to replace.  (D) Causation Proxy Analysis.  Your business must submit documentation showing that it has an annual revenue of $75,000 or less, and that it is in close proximity to the property of a separate business claimant in the Settlement Program that has established causation.  (E) [Insert Seafood Retailer Language] |
| GEN-D-01 | Your claim is denied because you did not provide the documents required by the Settlement Agreement after two written notifications of Incompleteness. |

| Result | |
|---|---|
| **Claim Result** | **Estimated Award Amount** |
| Denied – Incomplete | |

**Attachment 2**

# DEEPWATER HORIZON
# CLAIMS CENTER
## ECONOMIC & PROPERTY DAMAGE CLAIMS

English  |  En Español  |  Bảng Tiếng Việt

| | |
|---|---|
| Home | |
| News and Developments | |
| Download Files | |
| Claimant Info | |
| Notices | |
| Forms | |
| Payments | |
| Reporting | |
| Change Password / Email | |
| Log Off | |

## Claims Events/Notices

`<< Back`

### Claimant Information

| | |
|---|---|
| **Claimant ID:** 100302987 | **Name:** CHRISTENSON, DAVID |
| **GCCF Claimant ID:** 3364391 | **Business:** DAVID CHRISTENSON |
| **Taxpayer Type:** Individual With Business | **Address:** PO BOX 9063 |
| **SSN/EIN:** *****3413 | MIRAMAR BEACH FL 32550 |
| **Represented By:** Pro Se | **Preferred Language:** |
| **Portal User:** Yes | |

### Claim Information

| | |
|---|---|
| **Claim ID:** 348134 | **Business name:** David A. Christenson (Real Estate) |
| **Claim Type:** Business Economic Loss | **Address:** 842 Camp Street, Unit 4, New Orleans, LA, 70130 |
| **Claimed Benchmark Period:** | |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Response to Post-Reconsideration Follow-Up Incompleteness Notice Received | 08/15/2016 | | | | |
| Post-Reconsideration Follow-Up Incompleteness Notice | 08/11/2016 | 09/12/2016 11:59 PM CST | | 08/12/2016 | David, Christenson |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/29/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/25/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/11/2016 | | | | |
| Post-Reconsideration Incompleteness Notice | 06/30/2016 | 08/01/2016 11:59 PM CST | | 07/01/2016 | David, Christenson |
| Reclassified Claim Notice | 05/12/2016 | | Print / View Notice | 05/13/2016 | David, Christenson |
| Reconsideration of Incompleteness Denial Notice Requested | 03/31/2016 | | | | |
| Incompleteness Denial Notice | 03/22/2016 | 04/21/2016 11:59 PM CST | | 03/23/2016 | David, Christenson |
| Claims Review | 03/14/2016 | | | | |
| Response to Follow-Up Incompleteness Notice Received | 02/19/2016 | | | | |
| Follow-Up Incompleteness Notice | 12/23/2015 | 01/22/2016 11:59 PM CST | | 12/24/2015 | David, Christenson |
| Claims Review | 12/21/2015 | | | | |
| Response to Incompleteness Notice Received | 12/18/2015 | | | | |
| Claims Review | 11/02/2015 | | | | |
| Response to Incompleteness Notice Received | 11/02/2015 | | | | |
| Incompleteness Notice | 10/22/2015 | 11/23/2015 11:59 PM CST | | 10/23/2015 | David, Christenson |
| Claims Review | 06/11/2015 | | | | |
| Claim Form Submitted | 04/16/2015 | | | | |

**DEEPWATER HORIZON**
**CLAIMS CENTER**
Attachment 5

| NOTICE OF RECLASSIFIED CLAIM |
|:---:|
| **DATE OF NOTICE: May 12, 2016** |

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>CHRISTENSON | | First<br>DAVID | Middle |
|---|---|---|---|---|
| **Claimant ID** | 100302987 | | **Claim ID** | 348134 |
| **Claim Type** | Business Economic Loss | | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. You filed a Claim Form for the wrong type of claim. We reclassified your claim to a **Business Economic Loss**. We are evaluating your claim under that framework. You do not have to take any action in response to this Notice. The Settlement Agreement may require you to submit additional documents. If so, we will send you another Notice asking for those documents. You do not need to re-submit any documentation that you have previously submitted to the Settlement Program. For a complete list of documents required to support your claim, go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for this claim type.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

### IV. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section III of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the Settlement Program homepage at **www.deepwaterhorizoneconomicsettlement.com**.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Individual Economic Loss | 343791 | Notice Issued After Review: Duplicate Claim |

**Attachment 4** Case 2:10-md-02179-CJB-JCW   Document 21477   Filed 08/12/16   Page 1 of 2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 12-970 | * * | MAG. JUDGE WILKINSON |

---

## ORDER

Before the Court is a filing by David Andrew Christenson, who is pro se, which he styles as a "Notice of Appeal." (Rec. Doc. 21474). Christenson has a claim before the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). Christenson previously filed a "Motion to Intervene," which the Court denied as premature. (Rec. Doc. 20923).

In this filing, it is not clear whether Christenson seeks relief from this Court or whether he is noticing an appeal to the Fifth Circuit Court of Appeals. To the extent Christenson seeks relief from this Court, the Notice of Appeal is denied for essentially the same reasons as before—Christenson has not fully exhausted his rights within the Settlement Program. As reflected in the e-mail from the Claims Administrator's Office, which Christenson includes with his filing, Christenson's claim has not been denied by the Settlement Program, but it is incomplete. If he does not cure the incompleteness, the Settlement Program will issue an Incompleteness Denial, at which point Christenson may appeal to the Documentation Reviewers, per Section 6.1.1.1 of the Settlement Agreement (Rec. Doc. 6430).

Accordingly, and to the extent it seeks relief from this Court, IT IS ORDERED that the "Notice of Appeal" (Rec. Doc. 21474) is DENIED AS PREMATURE.

To the extent Christenson seeks relief from the Court of Appeals, this Court takes no action other than to forward a copy of the "Notice of Appeal" and this Order to the Clerk of the Fifth Circuit.

**Attachment 4**

New Orleans, Louisiana, this 12th day of August, 2016.

_____
United States District Judge

Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

AND

Clerk of Court, United States Court of Appeals, Fifth Circuit.

2

PENSACOLA FL 325

17 AUG 2016 PM 1 1



Judge Carl Barbier
C - 256
500 Poydary Street
New Orleans, LA
70130

70130-336136

U.S. Marshals

Christensen
Box 2063
M. Amal Beach, FL
32550