IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30245
_____

IN RE: DEEPWATER HORIZON
-------------------------------------------------

BISSO MARINE, L.L.C.,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees
--------------------------------------------------------------------------------

WADLEIGH INDUSTRIES, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees
--------------------------------------------------------------------------------

CERTIFIED PLATFORM SERVICES, L.L.C.,

    Plaintiff - Appellant

v.

**A True Copy**
**Certified order issued Aug 10, 2016**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

------------------------------------------------------------------------------------

BLAKE INTERNATIONAL USA RIGS, L.L.C.,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

------------------------------------------------------------------------------------

SEAHAWK LIQUIDATING TRUST, as the duly authorized successor to Seahawk Drilling, Inc., Seahawk Holdings LLC, Seahawk Drilling Management LLC, Seahawk Offshore Management LLC, Energy Supply International LLC, Seahawk Drilling LLC, Seahawk Global Holdings, LLC, Seahawk Drilling USA,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

------------------------------------------------------------------------------------

BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C.,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA

PRODUCTION COMPANY,

        Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

        Under FED R. APP. P. 42(b), the appeal is dismissed as of August 10, 2016, pursuant to the stipulation of the parties.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 10, 2016

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 16-30245   In Re: Deepwater Horizon  
                           USDC No. 2:10-MD-2179  
                           USDC No. 2:13-CV-706  
                           USDC No. 2:13-CV-810  
                           USDC No. 2:13-CV-1143  
                           USDC No. 2:13-CV-1185  
                           USDC No. 2:13-CV-1386  
                           USDC No. 2:13-CV-2006

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Allison G. Lopez, Deputy Clerk  
                                        504-310-7702

cc w/encl:  
    Mr. Jeffrey Bossert Clark Sr.  
    Mr. Soren E. Gisleson  
    Mr. Richard Cartier Godfrey  
    Mr. Don Keller Haycraft  
    Mr. Stephen Jay Herman  
    Mr. Samuel Issacharoff  
    Mr. James Andrew Langan  
    Mr. James Parkerson Roy  
    Mr. Paul Maury Sterbcow  
    Mr. Conrad S. P. Williams III  
    Mr. Jimmy Williamson