UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 2:13-cv-01386 | * | MAG. JUDGE WILKINSON |

**MOTION AND ORDER FOR MODIFICATION OF CONFIDENTIALITY ORDER**

**NOW INTO COURT**, through undersigned Counsel, comes Eugene I. Davis, as Trustee of the Seahawk Liquidating Trust, the duly authorized successor to Seahawk Drilling, Inc., et al, who moves this Honorable Court to enter an Order modifying the terms of the Confidentiality Order, Doc. Id. 15718 [Sealed], all for the reasons set forth below.

On January 13, 2016 this Court entered a Confidentiality Order [Concerning Settlement Documents and Discussions] (the "Confidentiality Order") [Doc. Id. 15718] that was later ordered to be Sealed. All recipients of the Confidentiality Order were to "treat as strictly confidential all documentation, draft or otherwise, of all term sheets, release agreements, or other settlement related documentation, and all communications regarding resolution of claims or lawsuits related to this multi-district litigation (including both the fact and substance of any discussions and any document prepared in connection therewith.)" Under the Confidentiality Order, "[a]ny person who has been shown any such documents and/or included in communications shall be bound to keep such information as private and disclosed to no one unless specifically permitted in advance by the undersigned."

Eugene Davis, the liquidating trustee under the confirmed plan of liquidation for Plaintiff, the Seahawk Liquidating Trust (the "Trustee") is in a unique position as compared to other

recipients of the Confidentiality Order. While other private litigants are free to settle without bankruptcy court notice, the Trustee must file pleadings in the bankruptcy court reflecting any settlement of claims or lawsuits related to this multi-district litigation – included the claims asserted in Civil Action No. 13-1386. To seek closure of the bankruptcy case, the Trustee will be required to disclose the settlement and possibly the settlement document itself, as well as information about the agreement and the settlement process. Relief from the Confidentiality Order is therefore necessary to effectuate a settlement.

Accordingly, Eugene I. Davis, as Trustee of the Seahawk Liquidating Trust, the duly authorized successor to Seahawk Drilling, Inc., et al., prays for the following:

1. The Trustee may disclose documentation, communications, and information governed by the Confidentiality Order (hereinafter, the "Confidential Information") for the following purposes:

    a. Disclosures, reporting and motions in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") of settlement of claims related to this lawsuit; and

    b. Complying with any obligations in or requirements of the Bankruptcy Court.

The Trustee shall not disclose Confidential Information for any other purpose without obtaining the advance permission of the undersigned.

                        Respectfully Submitted:

                        **WILLIAMS LAW GROUP LLC**

                        */s/ Conrad S.P. Williams, III*
                        Conrad S.P. Williams, III (#14499)
                        Meredith R. Durham (#33112)
                        909 Poydras Street, Ste. 1625
                        New Orleans, LA 70112
                        Telephone: 985-876-7595

Fax: 504-200-0001
Email: Duke@Williamslawgroup.org
Email: Meredith@Williamslawgroup.org

-and-

**REID COLLINS & TSAI LLP**

*/s/ Eric D. Madden*_____
Thanksgiving Tower
1601 Elm Street, Ste. 4250
Dallas, TX 75201
Telephone: 214-420-8900
Fax: 214-420-8909

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing document has been served on All Counsel by filing with the Court's CM/ECF system and by electronically uploading the same to Lexis Nexis File & Serve on this 23rd day of August, 2016.

*/s/  Conrad S.P. Williams, III*
Conrad S.P. Williams, III

3