UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 2:13-cv-01386 | * | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Motion and Order for Modification of the Confidentiality Order,

**IT IS HEREBY ORDERED** that the **MOTION** is **GRANTED.**

New Orleans, Louisiana this _____ day of August, 2016.

_____
**Joseph C. Wilkinson, Jr.
United States Magistrate Judge**