UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Wilkinson |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION**

Upon request of the Court, comes Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (hereinafter referred to collectively as "Intervening Attorneys"), respectfully submit this Supplemental Memorandum in Support of Motion for Leave to File Complaint in Intervention. The Intervening Attorneys provide the following updated information regarding their Motion for Leave to File Complaint in Intervention [Docket No. 7972].

On November 20, 2012, Intervening Attorneys moved to file a Complaint in Intervention in an attempt to collect their contracted for attorneys' fees from their former clients, Henry Martin (DWH ClaimantID "CID" 100001069), Linda A. Martin (CID 100057014), Jamie Jo, LLC (CID 100001217), Hank a Doodle, LLC (CID 100025899), H&L Martin, LLC (CID 100001068), Linda and Henry, LLC (CID 100025919), Stephanie Lynn, LLC (CID 100001355)

1

2

(together "the Martin Claimants"). These claimants are family members of or entities owned by Henry Martin. After filing that motion, the Claims Administrator established a Third Party Claims Dispute Resolution process where attorney fee liens could be adjudicated by Judge Brown, acting as Attorney Liens Adjudicator. Intervening Attorneys took advantage of that expedited administrative process and filed Third Party Claims against the Martin Claimants on November 20, 2013.

The Third Party Dispute Resolution Process is ongoing, but not yet complete, with respect to the Martin Claimants. This is because the Third Party Claims Adjudicator adjudicates attorneys' liens only upon a claimant's obtaining a payable claim, and not all of the Martin Claimants have yet obtained payable claims.

Accordingly, Intervening Attorneys respectfully request that this motion be granted solely and exclusively for purposes of permitting Intervening Attorneys to continue to assert their pending claims before the Attorney Liens Adjudicator.

Dated: August 23, 2016.

          RESPECTFULLY SUBMITTED:

          BY:  /s/ *Stephen S. Kreller*_____

          THE KRELLER LAW FIRM
          Stephen S. Kreller (LA # 28440)
          757 St. Charles Avenue, Suite 301
          New Orleans, LA  70130
          Telephone:  504-484-3488
          Facsimile:  504-294-6091
          Email:  ssk@krellerlaw.com

          FAEGRE BAKER DANIELS, LLP

          William L. Roberts (admitted pro hac vice)

Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS IN INTERVENTION**

US.107783081.03

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion for Leave to File Complaint in Intervention and Memorandum in Support of Motion for Leave to File Complaint in Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of August, 2016.

                                      /s/ *Stephen S. Kreller*_____