

## POST-RECONSIDERATION ELIGIBILITY NOTICE
### DATE OF NOTICE:  August 1, 2013
### DEADLINE FOR APPEAL REQUEST:  September 2, 2013

### I.  CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>TRAN | First<br>SINH | Middle |
| **Claimant ID** | 100000868 | **Claim ID** | 3268 |
| **Claim Type** | Seafood Compensation Program | | |
| **Law Firm** | Faegre, Baker, Daniels, LLP | | |
| **Catch Type** | Shrimp | **Operator Type** | Boat Captain |
| **Vessel Name** | CAPT T | **Hull ID** | 1127690 |

### II.  COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We previously sent you an Eligibility Notice, you requested Reconsideration. We have reviewed your claim again and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). This Post-Reconsideration Eligibility Notice accounts for any additional documentation that you submitted and the reasons for adjustments you asserted.  If the Award calculation on this Post-Reconsideration Eligibility Notice is the same as the Award calculation on your previous Eligibility Notice, it means that any additional documentation you provided or the reasons for adjustments to the calculation you asserted did not result in a change to your Compensation Award. The following provides a breakdown of the factors relevant to your payment.  See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| **1.** | Compensation Amount: | $288,750.00 |
| **2.** | Additional Risk Transfer Premium Amount: | $0.00 |
| **3.** | Plus Claimant Accounting Support: See Claimant Accounting Support Reimbursement Attachment for additional details. | $0.00 |
| **4.** | Subtotal for this Claim: Sum of Rows 1 through 3. | $288,750.00 |
| **5.** | Less Prior Seafood Spill-Related Payments: All of your eligible Seafood Compensation Program claims must exceed this amount in order to receive payment. If you have multiple Seafood Compensation Program claims eligible for compensation, these offsets will appear on each Eligibility Notice. However, we will apply these offsets for prior Seafood Spill-Related Payments only once against your Total Seafood Compensation Program Award.   If this amount is zero, you do not have any offsets or any previous Seafood Compensation Program offsets already have been deducted from a previous Seafood Compensation Program Payment. | $60,306.00 |
| **6.** | Total Compensation Amount: The Subtotal for this claim minus the Total Prior Payments. This is the total amount you can receive for this claim. | $228,444.00 |
| **7.** | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| **8.** | Award Amount: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $228,444.00 |
| **Summary of All Eligible Seafood Compensation Program Claims** | | |
| **9.** | Seafood Compensation Program Offers to Date: This is the value of all eligible Seafood Compensation Program offers that are not under Reconsideration or Appeal at the time of this Notice. This value includes the Award amount of this claim. | $288,750.00 |

PAY-6 v.16                **WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**

Page 1 of 11

SM-TS-001250
ClaimantID:  100000868
ClaimID:  3268

EXHIBIT
A

| | | |
|---|---|---|
| **10.** | **Total Seafood Compensation Program Award Amount to Date:** Seafood Compensation Program Offers to date minus Prior Seafood Spill Related Payments and any 40% Amount awarded in your first Notice. This is the total value, after offsets for Seafood Spill-Related Payments, of all Seafood Compensation Program awards that are not under Reconsideration or Appeal at the time of this Notice.  This Amount will change if you request reconsideration of a prior Seafood Compensation Program offer or if BP appeals any of your prior Seafood Compensation Program Offers. | $228,444.00 |

| **III.  RECONSIDERATION  ANALYSIS** |
|---|
| The claimant believes the DWH chose the incorrect benchmark period for 2009 shrimp landings. Claimant provided sufficient licenses as well as registration for the claimed vessel. Sinh Tran is the captain of M/V Capt T, which is owned by LVS Investments; Sinh Tran's corporation.  The claimant submitted a SWS-1, confirming revenue which is located on the 2009 Form 1120 (Doc. 16932450 p. 1; 16932246 pp. 1-3).  The claim is compensable for $288,750.00 under the Expedited Compensation Method. |

PAY-6 v.16

**WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**

Page 2 of 11

SM-TS-001251
ClaimantID:  100000868
ClaimID:  3268

## IV. ACCEPTANCE OF AWARD AMOUNT

To accept this Award Amount, you must complete and sign the Full and Final Release, Settlement, and Covenant Not to Sue ("Release") that is attached to this Notice. You must complete and submit an original, signed Release before we can issue payment, but only one Release is required. You do not have to submit a separate Release for each of your payable claims. To be paid, you must use the Release that we send you. Although the terms of this Release are the same as the version attached as Exhibit 26 to the Settlement Agreement, you must sign and return the Release we send you with this Notice. Do not use a copy of Exhibit 26 or any other form of release, for we cannot accept them. The Settlement Program's determination will be binding on you even if you choose not to accept this award, subject to any rights of Appeal.

If you elect to accept the Award Amount and waive any Appeal rights for this claim as explained in Section VI, submit the Release attached to this Notice. **An original of the Release bearing the claimant's signature is required. We will not accept photocopies of the claimant's signature. Once you submit a Release, we must verify your SSN, EIN or ITIN before you can receive payment. If we cannot verify your SSN, EIN, or ITIN or if it changes upon submission of additional information, your Award Amount could change or this Post-Reconsideration Eligibility Notice may be rescinded.** The submitted Release will be binding on you for any additional Settlement Payments you may be eligible to receive under the Settlement Program.

After signing your Release and receiving a payment on your first claim, you will have 180 days from the date we mail or wire your initial payment to file any additional claims you wish to pursue pursuant to Section 4.4.8 of the Settlement Agreement. You will waive all rights to future claims if you do not submit additional claims within this 180-day window. However, if you wish to file a claim in the Seafood Compensation Program, the deadline to file Seafood Compensation Program claims was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedure Announcement.pdf.** You may refer to that procedure for instructions on whether and how you might be able to file any Seafood claims that you have not yet filed.

To obtain more detailed information regarding acceptance of your payment and additional terms and requirements of the Release, go to **www.deepwaterhorizoneconomicsettlement.com.** If you have any questions about your options on this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.
**Note**: Even though we attached a Release to this Notice, we cannot pay your claim until BP's Appeal rights have expired or been waived as explained below.

If the Compensation Amount listed on Row 1 in Section II of this Notice is greater than $25,000, BP has a right to appeal it within certain timeframes that begin from the date of this Eligibility Notice, which means that you cannot receive payment until BP's appeal right has expired or been waived. If the BP Appeal deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day. Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day, and any other day designated by the Office of the Claims Administrator. BP's Appeal timeframes differ depending on the amount of the award as follows: (a) for awards of $25,000.01 to $250,000.00, BP has ten days to appeal; (b) for awards of $250,000.01 to $500,000.00, BP has 15 days to appeal; and (c) for awards greater than $500,000.00, BP has 20 days to appeal. If BP appeals your Compensation Amount, we will send you a separate notification explaining BP's appeal and the appeals process.

SM-TS-001252
ClaimantID: 100000868
ClaimID: 3268

## V. OPTION TO ELECT A STRUCTURED SETTLEMENT

You may be able to place some or all of your Award Amount into a structured settlement to receive multiple payments spread out over more than one year (the "Structured Settlement Option"). You should consult your own tax adviser regarding whether you should consider that Structured Settlement Option, and the tax, financial and other consequences of the Structured Settlement Option.

If you want more information on the Structured Settlement Option, go to **www.deepwaterhorizoneconomicsettlement.com/structuredsettlement.php** or call the Claimant Communications Center at 1-800-353-1262. IF YOU WISH TO BE PAID USING THE STRUCTURED SETTLEMENT OPTION, DO NOT SIGN OR RETURN THE RELEASE SENT TO YOU WITH THIS NOTICE AT THIS TIME.  Instead, a Court-approved structured settlement broker will help you assemble the paperwork necessary to elect the Structured Settlement Option and that broker will send your completed paperwork to the Claims Administrator (this paperwork will include an additional document that will be **Attachment C** to, and submitted at the same time as, your Release). If this paperwork is not submitted on your behalf by a Court approved structured settlement broker by the Deadline Date shown on this Notice, the Claims Administrator will consider that you have accepted your Award Amount to be paid in a lump sum and that you do not want a Structured Settlement Option for this Award Amount.

## VI. APPEALS

If you wish to Appeal your award, the deadline to submit a Request for Appeal is 30 days after the date of the Post-Reconsideration Eligibility Notice.   However, if you filed a Category II or III Seafood Crew claim, you do not have the right to Appeal your award.

To appeal your claim, you must submit a Request for Appeal and pay the filing fee on or before the deadline to Appeal. You may submit your Request for Appeal online through the DWH Portal or complete and return the **Request for Appeal Form** attached to this notice. If you have access to the DWH Portal, submit your appeal online, and use our secure payment system to pay any applicable filing fee. The Request for Appeal form sets out detailed instructions regarding how to file an appeal, including the applicable filing fee.

After you have initiated the Appeal, the Appeals Coordinator will issue a Notice of Claimant Appeal of Eligible Claim to BP and mail or post a copy to your DWH Portal. The Notice of Claimant Appeal of Eligible Claim will contain a schedule of deadlines for submitting appeal documents. **If you do not submit a Request for Appeal Form and pay for your Appeal on or before the deadline for doing so, you will waive your right to appeal and you will not have the option to resubmit your claim to the Settlement Program.**

## VII.  DECEASED, MINOR AND INCOMPETENT CLAIMANTS

If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process.  We will notify you if you need to seek court approval or submit additional proof of authority before payment.

## VIII.  THIRD PARTY CLAIMS/LIENS

If we receive a valid Third Party Claim or Lien against your payment before we begin the payment process, we are required to deduct from your Award Amount identified in Section II of this Notice the third party claim amount and any other deductions required by state or federal law or by any court order.  If your claim is subject to a third party claim, we will send you a Notice of Valid Third Party Claim to explain how it affects your current and/or future Award Amount(s).

## IX.  ACCOUNTING SUPPORT REIMBURSEMENT

You are eligible to receive reimbursement for reasonable and necessary accounting fees related to claims preparation. Reimbursement is limited to the accounting services necessary to complete the Claim Form or prepare supporting documentation.  You will be reimbursed for accounting fees based on the actual fees incurred.

For business claims over $50,000, total accounting fees may not exceed 2% of the Compensation Amount (excluding any applicable Risk Transfer Premium). Accounting fees for all other claims less than or equal to $50,000 are limited to $1,000. All business claims, regardless of the Compensation Amount, shall be subject to an overall accounting support reimbursement limit of $50,000.

## X.  HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**.  If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.  You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## XI.  HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. If you choose to appeal, submit your appeal online by using the DWH Portal.  If you do not have access to the portal, submit the attached **Request for Appeal Form** to the address listed on the Request for Appeal Form along with any accompanying documentation. Please be sure to write your Claimant ID on the top page of all the documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Appeal deadline) | You may take the required information or documents to a Claimant Assistance Center. |

| **EXPLANATION OF CLAIM ATTACHMENT** | | | |
|---|---|---|---|
| **A.  CLAIMANT AND CATCH INFORMATION** | | | |
| **Catch Type** | Shrimp | **Operator Type** | Boat Captain |
| **Vessel Name** | CAPT T | **Hull ID** | 1127690 |
| **Vessel Size** | 93.00 ft | **Vessel Type** | Freezer |
| **Home Port County** | Lafayette | **Home Port State** | LA |

### B.  EXPLANATION OF SEAFOOD PROGRAM COMPENSATION CALCULATIONS

We reviewed all the documents and information you submitted to determine the Compensation Plan Method that maximizes your recovery, even if that plan differed from your selection on the Claim Form. Sections C, D and E explain the calculations from the Expedited and Reduced Expedited Compensation Methods, New Entrant Compensation Method and the Historical Revenue Compensation Method. Your compensation is based on the Expedited Compensation Method.

### C.  EXPLANATION OF EXPEDITED/REDUCED EXPEDITED SEAFOOD COMPENSATION METHOD

**Explanation of Calculation:** This calculation is based on your vessel size, vessel type and operator type. Your Minimum Qualifying Revenue derived from Shrimping for the selected Benchmark Period is  $400,000.00.  If your Shrimping Revenue for the Benchmark Period meets/exceeds your Minimum Qualifying Revenue, your Expedited/Reduced Expedited Seafood Compensation Plan Claim Award is  $288,750.00, which includes a Risk Transfer Premium (RTP) of 7.25.

**Shrimp Vessels with an Ineligible Home Port**:  If your documentation indicates that the home port for the vessel identified above is not within an eligible area, you are not eligible to receive compensation under the Expedited or Reduced Expedited Compensation Methods. Vessels are only eligible to receive compensation under the Expedited or Reduced Expedited Compensation Methods if the governmental issued vessel registration from 2009 or 2010 indicates the home port was in Louisiana, Mississippi, Alabama, and the following Florida counties: Escambia; Santa Rosa; Okaloosa; Walton; Homes; Washington; Bay; Jackson; Calhoun; Gulf; Liberty; Franklin; Gadsden; Leon; and Wakulla.

| **2007 Annual Revenue** | | **2008 Annual Revenue** | | **2009 Annual Revenue** | |
|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $492,150.00 | |

| | | |
|---|---|---|
| **1.** | **Source of Revenue Information:** The information from financial documents, aside from Trip Tickets, will be included in a compensation calculation only if supported by a federal or state tax return for the corresponding year as the financial information. | Sworn Written Statement or Tax Documents |
| **2.** | **Benchmark Period:** Your Benchmark Period may differ from the period you selected on the Claim Form because we selected the Benchmark Period that maximizes your recovery based on the documentation provided. | 2009 |
| **3.** | **Benchmark Revenue:** Your Benchmark Revenue is the highest average of the annual revenue for the claimed vessel or vessels from the Benchmark Period identified above.  Your annual revenue is calculated from the Source of Revenue Information identified above. | $492,150.00 |
| **4.** | **Expedited Calculation:** | $288,750.00 |
| **5.** | **Reduced Expedited Calculation:** | $226,875.00 |
| **6.** | **Expedited or Reduced Expedited Compensation:**  This is the higher of Row 4 or Row 5.  A RTP of 7.25 is included. | $288,750.00 |

### D.  NEW ENTRANT

| | |
|---|---|
| **Explanation of Calculation** This calculation is based on your vessel size, vessel type and operator type. This Compensation Plan Method is only available if you have not previously worked as a Boat Captain. | |
| **New Entrant Compensation**  This includes a Risk Transfer Premium (RTP) of 7.25. | Not Eligible |

### E.  EXPLANATION OF HISTORICAL REVENUE METHOD

**SM-TS-001255**
ClaimantID:  100000868
ClaimID:  3268

**Explanation of Calculation:** This calculation is based on your proven Shrimp harvesting revenue from the Benchmark Period in conjunction with your vessel size and vessel type.

| 2007 Annual Revenue | 2008 Annual Revenue | 2009 Annual Revenue |
|---|---|---|
| $0.00 | $0.00 | $492,150.00 |

| | | |
|---|---|---|
| **1.** | **Source of Revenue Information:** The information from financial documents, aside from Trip Tickets, will be included in a compensation calculation only if supported by a federal or state tax return for the corresponding year as the financial information. | Sworn Written Statement or Tax Documents |
| **2.** | **Benchmark Period:** This Benchmark Period may differ from the Period selected on the Claim Form, because we selected the Benchmark Period that maximizes your recovery based on the documentation provided. | 2009 |

| **Vessels in Category: 75+ feet (Freezer)** | | |
|---|---|---|
| **3.** | **Benchmark Revenue:** The Benchmark Revenue is the highest average of the annual revenue for shrimp harvested for the claimed vessel or vessels from the Benchmark Period identified above. The annual revenue is calculated from the Source of Revenue Information identified above. | $492,150.00 |
| **4.** | **Additional Catch Adjusted Benchmark Revenue:** Row 3 multiplied by the Additional Catch Factor of 1.05. | $516,757.50 |
| **5.** | **Total Adjusted Benchmark Shrimp Revenue:** Row 4 multiplied by 1.2, which is the Adjustment for Changes in 2010-11 Prices. | $620,109.00 |
| **6.** | **Benchmark Cost:** Row 3 multiplied by the Shrimp Cost Percentage of 52%. For Compensation Calculations based on information from tax returns and financial documentation, we did not include a Shrimp Cost Percentage. | $255,918.00 |
| **7.** | **Base Loss:** Row 5 minus Row 6, multiplied by the Shrimp Loss Percentage Factor of 35% | $127,466.85 |
| **8.** | **Base Compensation:** Row 7 multiplied by the Shrimp Boat Captain Share of 25%. If the Benchmark Revenue is determined using documents other than Trip Tickets then Base Compensation equals Base Loss. | $31,866.71 |
| **9.** | **Risk Transfer Premium:** Row 8 multiplied by an RTP 7.25. | $231,033.65 |
| **10.** | **Final Compensation** Row 8 plus Row 9. | $262,900.36 |

| **F. CALCULATED COMPENSATION AMOUNT** | | |
|---|---|---|

The Seafood Compensation Program contains $2.3 billion to distribute to eligible claimants, less all Seafood-Related Payments issued to claimants during the GCCF Transition Period.  In the event there are remaining funds in the Seafood Compensation Program after paying all eligible claimants, then we will distribute the remaining funds to all claimants who received compensation from the Seafood Compensation Program.  The Claims Administrator has discretion on how any remaining funds will be distributed.  The remaining balance may be distributed to you in proportion to your gross compensation expressed as a share of the gross compensation paid by us to all claimants under the Seafood Compensation Program.  Gross compensation reflects the amount paid by us to you prior to deductions for any Seafood Spill-Related Payments.  Because you received a Eligibility Notice, you are entitled to a share of this additional distribution of any remaining balance, even if you received a lump sum or fixed payment as a Category II or III crew member.

| | | |
|---|---|---|
| **1.** | **Seafood Compensation Plan Claim Award:**   This is the highest calculation from all Compensation Plan Methods that you are eligible for under the Shrimp Compensation Plan. | $288,750.00 |
| **2.** | **Accounting Support Reimbursement:** See Claimant Accounting Support Reimbursement Attachment for additional details, if applicable. | $0.00 |
| **3.** | **Subtotal for this Claim:** Sum of Rows 1 and 2. | $288,750.00 |
| **4.** | **Less Prior Seafood Spill-Related Payments:** If you have multiple Seafood Compensation Program claims eligible for compensation, these offsets will appear on each Eligibility Notice. However, we will apply these offsets for prior Seafood Spill-Related Payments only once against your Total Seafood Compensation Program Award. If this amount is zero, you do not have any offsets or any previous Seafood Compensation Program offsets already have been deducted from a previous Seafood Compensation Program Payment. | $60,306.00 |
| | Prior BP Payments of $35,306.00 | |

SM-TS-001256
ClaimantID:  100000868
ClaimID:  3268

| | | |
|---|---|---|
| | Prior GCCF Emergency Payments of $25,000.00 | |
| | Prior GCCF Interim Payments of $0.00 | |
| | Prior GCCF 60% Transition Payments of $0.00 | |
| | Prior DWH Seafood Program Payments of $0.00 | |
| **5.** | **Total Claim Amount**: Row 3 minus Row 4. This is the total value of this Seafood Compensation Program Claim. | $228,444.00 |
| **Summary of All Eligible Seafood Compensation Program Claims** | | |
| **6.** | **Total Seafood Compensation Plan Claimant Award:** This is the value of all Eligibility Notices from the Seafood Compensation Program not under Reconsideration or Appeal at the time of this Notice. This amount will change if you request reconsideration of a prior Seafood Compensation Program offer or if BP appeals any of your prior Seafood Compensation Program Offers. | $288,750.00 |
| **7.** | **Total Seafood Compensation Program Award Amount to Date:** Row 6 minus Row 4 minus any prior 40% Offer.  This is the total value of all Seafood Compensation Program offers not under Reconsideration or Appeal as of the date of this Notice. This amount may be reduced by payments made to you for other Seafood Compensation Program offers that are not included in Row 4 above due to the timing of this Notice. | $228,444.00 |

PAY-6 v.16

**WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**

Page 8 of 11

SM-TS-001257
ClaimantID:  100000868
ClaimID:  3268

## Seafood Compensation Plan
## Sworn Written Statement for Sufficient Documentation of Benchmark Revenue

This Sworn Written Statement allows you to supplement your claim's non-Trip Ticket supporting documentation with vessel-specific Benchmark Revenue information. You must include in this Statement all Benchmark Revenue earned on the vessel you identify in this Form relevant to your claim, indicating whether that revenue is all of the revenue for the entire vessel or all of the boat captain's share of revenue from that vessel. You cannot submit multiple Statements for the same vessel. You must complete the Benchmark Revenue Information only for the Catch Types you have claimed or will claim in the future. If you need more space to complete this Statement, attach additional pages, and they will be incorporated into this document. In order to have the financial information presented in this Form considered as part of your compensation calculation, you must either submit, or have already submitted, federal or state tax returns and schedules for the years that correspond to the Benchmark Revenue years you completed on this Form.

### A. CLAIMANT INFORMATION

| Name: | Last Tran | First Sinh | Middle Initial |
|---|---|---|---|

**Deepwater Horizon Settlement Program Claimant Number:** | 1 | 0 | 0 | 0 | 0 | 0 | 8 | 6 | 8 |

| **Social Security Number:**  or | | 5 | 8 | 6 | - | 3 | 0 | - | 5 | 5 | 6 | 0 | |
|---|---|
| **Individual Taxpayer Identification Number:**  or | |
| **Employer Identification Number:** | \|  \|  \|-\|  \|  \|  \|  \|  \| |

### B. SEAFOOD PROGRAM SWORN WRITTEN STATEMENT
### FOR SUFFICIENT DOCUMENTATION OF BENCHMARK REVENUE

Provide all supplemental information required to support your vessel-specific Benchmark Revenue in the sections below.

### 1. VESSEL INFORMATION

| Vessel Name Capt. T | Home Port County Lafayette |
|---|---|

| City Lafayette | State LA | Zip Code |
|---|---|---|

| State Registration Number | Federal Registration Number 1127690 |
|---|---|

| Hull ID | Vessel Length 93.3 | Vessel Type ☐ Ice  ☑ Freezer  ☐ N/A |
|---|---|---|

Complete this section only if the vessel identified above is included as part of a boat captain claim. The revenue reported below is:

☑ the revenue for the entire vessel identified in this Form   **OR**   ☐ the boat captain's share of revenue for the vessel identified in this Form

### 2. STATEMENT OF REVENUE, LANDING, AND CATCH TYPE

For the singular vessel identified above, indicate by catch type – Shrimp, Oyster, Finfish, Blue Crab, or Other Seafood – the total revenue you derived from Seafood landed in and outside of the Gulf Coast Areas for years identified below. As defined in the Settlement Agreement, the Gulf Coast Areas ("GCA") are the States of Louisiana, Mississippi, or Alabama, the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas, or the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama, or those described counties of Texas or Florida. "Other Seafood" refers to "all forms of seafood included in Exhibit 3 of the *Deepwater Horizon* Economic And Property Damages Settlement Agreement (Seafood Distribution Chain Definitions) including stone crab and spiny lobster, but excluding shrimp, oysters, finfish and blue crab."

EXHIBIT
**B**

SM-TS-001647

| SHRIMP | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| **2007** | TOTAL: $ | | TOTAL: $ | |
| **2008** | TOTAL: $ | | TOTAL: $ | |
| **2009** | TOTAL: $        492,150.00 | | TOTAL: $        0.00 | |
| **OYSTER** | Landed In GCA | | Landed Outside GCA | |
| **Oyster Bed Type** | **Public Grounds** | **Private Leaseholds** | **Public Grounds** | **Private Leaseholds** |
| **2007** | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| **2008** | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| **2009** | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| **FINFISH** | Landed In GCA | | Landed Outside GCA | |
| **2007** | TOTAL: $ | | TOTAL: $ | |
| **2008** | TOTAL: $ | | TOTAL: $ | |
| **2009** | TOTAL: $ | | TOTAL: $ | |
| **BLUE CRAB** | Landed In GCA | | Landed Outside GCA | |
| **2007** | TOTAL: $ | | TOTAL: $ | |
| **2008** | TOTAL: $ | | TOTAL: $ | |
| **2009** | TOTAL: $ | | TOTAL: $ | |
| **OTHER SEAFOOD** | Landed In GCA | | Landed Outside GCA | |
| **2007** | TOTAL: $ | | TOTAL: $ | |
| **2008** | TOTAL: $ | | TOTAL: $ | |
| **2009** | TOTAL: $ | | TOTAL: $ | |

SM-TS-001648

| C. SIGNATURE |
| --- |

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

An attorney may sign the claimant's name on this Sworn Written Statement for Sufficient Documentation of Benchmark Revenue if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com.

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| | | |
| --- | --- | --- |
| **Claimant Signature**<br><br>**Date Signed:** | 10 / 9 / 2012<br>(Month/Day/Year) | **Sinh Tran**<br><small>Digitally signed by Sinh Tran<br>DN: cn=Sinh Tran, o=Represented by Faegre Baker Daniels, ou, email=william.roberts@FaegreBD.com, c=US<br>Date: 2012.10.09 13:19:16 -05'00'</small><br>―――――――――――――――<br>Signature<br>Sinh Tran<br>―――――――――――――――<br>Name (Printed or Typed) |
| **Attorney Signature**<br><br>**Date Signed:** | 10 / 9 / 2012<br>(Month/Day/Year) | **William Roberts**<br><small>Digitally signed by William Roberts<br>DN: cn=William Roberts, o=Faegre Baker Daniels, ou, email=william.roberts@FaegreBD.com, c=US<br>Date: 2012.10.09 13:19:25 -05'00'</small><br>―――――――――――――――<br>Signature<br>William Roberts<br>―――――――――――――――<br>Name (Printed or Typed) |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | : | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | : | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | : | **SECTION "J"** |
| | : | |
| **This Document Applies to:** | : | **Judge Barbier** |
| | : | |
| **No. 12-970, Bon Secour Fisheries, Inc., et** | : | **Mag. Judge Shushan** |
| **al. v. BP Exploration & Production Inc., et al.** | : | |
| | : | |

## SECOND DECLARATION OF SINH TRAN

**STATE OF TEXAS**

**COUNTY OF JEFFERSON**

Now comes, **SINH TRAN**, who under penalty of perjury, states:

1.  I am a person of the full age of majority and a resident of Jefferson County, Texas.  I have personal knowledge of the statements made in this affidavit and each is true and correct.

2.  I am the principal of Gulf Finest Investment Co. ("Gulf Finest"), which owns the *Sir Lawrence*, and the principal of LVS Investment Group, Inc. ("LVS"), which owns the *Capt T*.

3.  The *Sir Lawrence* and the *Capt T* are the primary vessels that I have used to fish for shrimp for years.  I have shrimped on the *Sir Lawrence* from 2003 to the present, and on the *Capt T* from 2007 to the present.



EXHIBIT

**C**

1

4.      All of Gulf Finest's revenue comes from shrimp caught on the *Sir Lawrence* off the coast of Texas or Louisiana, and all of LVS' revenue comes from shrimp caught on the *Capt T* off the coast of Texas or Louisiana.

5.      I am responsible for filing Gulf Finest's and LVS' tax returns, which reflect the gross shrimp sales for the *Sir Lawrence* and the *Capt T*, so I have personal knowledge of that information.

6.      When I was preparing my claims, I asked the manager of Flor-Tex several times for copies of Flor-Tex invoices for the *Sir Lawrence* and the *Capt T*, but he would not give them to me. I stopped selling shrimp to Flor-Tex in 2010, and they lost a lot of money that year, so I think that is why they would not help me.

7.      Until recently, I did not know that the Texas Parks & Wildlife trip ticket database even existed. Vessel owners and boat captains are not responsible for filing trip tickets, and many Texas processors just give you an invoice and do not fill-out a trip ticket.

8.      My business was heavily damaged by the oil spill, and I thought that I had to submit invoices or the claims would be denied.

9.      I did not have those documents, but I knew if I used the corporate tax returns and notes I had from each vessel's landings that the amount of the shrimp sales would be accurate for those years.

10.     I no longer have those notes because it was many year ago. I do have my notes for the 2014 shrimp landings for the *Sir Lawrence* and the *Capt T*. Attached hereto are true and accurate copies of those notes, with their corresponding invoices and the 2014 tax returns filed by Gulf Finest and LVS.

11.     Phi Nguyen was a Boat Captain for the *Sir Lawrence* for a few trips in 2008, which is why I provided him with a 1099 for 2008. He never captained the *Sir Lawrence* during 2009, which is why he does not have a 1099 from Gulf Finest for that year.

12.     I do not know why Phi Nguyen is listed in the Texas database for one trip ticket for the *Sir Lawrence* in 2009. The processor who filed the report must have made a mistake. They often cut and paste from old invoices and then just change the quantity and the price of the shrimp.

13.     Christine Ho and I do not live together. She lives in Louisiana and I live in Port Arthur, Texas. I sometimes use her mailing address for important mail because it is difficult to get mail down at the dock where I live, and I have had problems with things not being delivered in the past.

14.     To my knowledge, my 2009 personal 1040 tax return was filed. An accountant prepared the return for me, and I thought she had mailed it to the IRS. I was not aware that it had not been filed until this proceeding.

15.     I am diligent about filing tax returns for myself and my companies, so I had no problem authorizing the claims center to request those documents from the IRS. It must have been a mistake that the one missing tax return was not filed.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on the 5th day of November, 2015.

**SINH TRAN**

3

Date 1/13/14  SIR LawRENCE

Ban        112,788

chi phi                      phân
Dâu        53,600       THu  1,000 +
nhât                         1,500 + 700
chô         5,450           800
bao tôm, bao tay         GIANG  1,000
muôi, nuôc uông          500 + 900 +
Truon oile                  800
Hydrolic oile            phât  1,000 + 500
reo + dây                   600 + 400
Dây câu duôi, câu bân   1,000
cap Keo
Bân ve câu           Dung  3000
Xich rat            1,500 + 500
mong/roc            1,000
Den cang
supply + EQUIP   22,740

       phât chuc      16,918

EXHIBIT
C-1




101 HOUSTON AVENUE
PORT ARTHUR, TEXAS 77640

**JBS PACKING, INC.**

2170 S. GULFWAY DRIVE
PORT ARTHUR, TEXAS 77640

## INCOMING RECEIVING SHEET

SULFITING AGENT PRESENT PER TEST RESULTS ☐ YES ☐ NO ON VAT LABEL INITIAL _Iam_ TIME _____

☐ RECEIVED   FROM _Sir Lawrence_   TRUCK _freezer Boo_

☐ SALES   TO _____   DATE _01-13-14_

TEMPERATURE _____   SEAL # _____

| COUNT | P | SIZE | COLOR | WEIGHT | SX | Q | COMMENTS | % TRASH | NET WEIGHT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1 | 9-12 | HOW | 1607 | 20 | 1 | | 0 | 1575 | 5.35 | 8426.2 |
| 11½ | 2 | 9-12 | HOW | 1588 | 20 | 1 | | | 1556 | 5.35 | 8324.1 |
| 11½ | 3 | 9-12 | HOW | 1588 | 20 | 1 | | | 1556 | 5.35 | 8324.0 |
| 11½ | 4 | 9-12 | HOW | 1521 | 20 | 1 | | | 1491 | 5.35 | 7976. |
| 11½ | 5 | 9-12 | HOW | 1539 | 20 | 1 | | | 1508 | 5.35 | 8067.8 |
| 11½ | 6 | 9-12 | HOW | 1570 | 20 | 1 | | | 1539 | 5.35 | 8233. |
| 11½ | 7 | 9-12 | HOW | 1525 | 20 | 1 | | | 1495 | 5.35 | 7998. |
| 11½ | 8 | 9-12 | HOW | 1416 | 18 | | | | 1388 | 5.35 | 7425.8 |
| 14 | 9 | 13-15 | HOW | 1537 | 20 | | | | 1506 | 4.75 | 7153. |
| 14½ | 10 | 13-15 | HOW | 1426 | 19 | | | | 1397 | 4.75 | 6635. |
| 19½ | 11 | 9-21 | HOW | 1522 | 21 | 1 | | | 1492 | 3.95 | 5893. |
| 34 29 | 12 | 26-35 | HOW | 1847 | 25 | 2 | | | 1810 | 3.40 | 6154.0 |
| 34 33 | 13 | 31-35 | HOW | 782 | 10 | 2 | | | 766 | 3.30 | 2527.8 |
| 29 | 14 | 26-30 | HOB | 1644 | 20 | 2 | | | 1611 | 3.50 | 5638.5 |
| 29½ | 15 | 26-30 | HOB | 1673 | 20 | 2 | | | 1640 | 3.50 | 5740. |
| 29½ | 16 | 26-30 | HOW | 1689 | 21 | 2 | | | 1655 | 3.50 | 5792. |
| | | | | 24474 x 98% = 23985 | | | | | 23985 | $ | 110,313. |
| | | 9-12 | HOW | 12108 | X | 5³⁵ | 64777.80 | | | Bonus | |
| | | 13-15 | HOW | 2903 | X | 4⁷⁵ | 13789.25 | | 9/12w | 12108 x .15 = 181 |
| | | 19-21 | HOW | 1492 | X | 3⁹⁵ | 5893.40 | | 13/15w | 2903 x .15 = 435 |
| | | 26-30 | HOB | 4906 | X | 3⁵⁰ | 17171.00 | | 19/21w | 1492 x .15 = 223 |
| | | 26-35 | HOW | 1810 | X | 3⁴⁰ | 6154.00 | | | 16503 | 2475. |
| | | 31-35 | HOW | 766 | X | 3³⁰ | 2527.80 | | | | |

DATE _____
009A   23985   $110,313.25   total = $112,788.70

REVIEWED BY _____

Date 3/24/14    SiR Lawrence

Ban            67,233

chi phi                          phân
Dâu        41,863      QuâN2 4,000
chô          3,600
nuôt
bao tôn, bao tay      Dung  500 +
muôi, nuôc uông        500
Freon oil
Hydrolic oil          phat  500 +
luôi vá               400
Dôi luôi  +
lôp rua   +           Nhâ  500
Trôi cang             500
motor
rong/rọc cang

Supply/+EQUip        15,900


      Labor        9,601



**JBS PACKING, INC.**

101 HOUSTON AVENUE
PORT ARTHUR, TEXAS 77640

2170 S. GULFWAY DRIVE
PORT ARTHUR, TEXAS 77640

## INCOMING RECEIVING SHEET

SULFITING AGENT PRESENT PER TEST RESULTS ☐ YES  ☑ NO  ON VAT LABEL INITIAL _KM_  TIME _____

☑ RECEIVED  FROM _SIR LAWRENCE_  TRUCK _freezer Boa._

☐ SALES  TO _____  DATE _03-24-14_

TEMPERATURE _____  SEAL # _____

| COUNT | P | SIZE | COLOR | WEIGHT | SX | Q | COMMENTS | % TRASH | NET WEIGHT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 1 | U-10 | HOW | 1482 | 20 | 1 | | | 1452 | 5.70 | 8276.4 |
| 92 | 2 | U-10 | HOW | 1456 | 20 | 1 | | | 1427 | 5.70 | 8133.96 |
| 92 | 3 | U-10 | HOW | 1365 | 20 | 1 | | | 1338 | 5.70 | 7626.6 |
| 92 | 4 | U-10 | HOW | 1129 | 15 | 1 | | | 1106 | 5.70 | 6304.2 |
| 92 | 5 | U-10 | HOW | 1337 | 20 | 1 | | | 1310 | 5.70 | 7467. |
| 92 | 6 | U-10 | HOW | 433 | 6 | 1 | | | 424 | 5.70 | 2416.8 |
| 24 | 7 | 22-25 | HOB | 645 | 9 | 1 | | | 632 | 3.70 | 2338.4 |
| 19 | 8 | 19-21 | HOB | 1448 | 20 | 1 | | | 1414 | 4.00 | 5676.0 |
| 202 | 9 | 19-21 | HOB | 1421 | 20 | 1 | | | 1393 | 4.00 | 5572.0 |
| 21 | 10 | 19-21 | HOB | 561 | 7 | 1 | | | 550 | 4.00 | 2240.0 |
| 27 | 11 | 26-30 | HOW | 353 | 5 | 1 | | | 346 | 3.65 | 1262.90 |
| 12 | 12 | 9-12 | HOW | 942 | 13 | 1 | | | 923 | 5.35 | 4938.0 |
| | 13 | | | 12572 | ×98% | 12321 | | | 12320 | | 62,212.8 |
| | 14 | | | | | | | | | | |
| | | U-10 | HOW | 7057 | | | × 5.70 | 40224.90 | | | |
| | | 9-12 | HOW | 923 | | | × 5.35 | 4938.05 | | | |
| | | 19-21 | HOB | 3362 | | | × 4.00 | 13448.00 | | | |
| | | 22-25 | HOB | 632 | | | × 3.70 | 2338.40 | | | |
| | | 26-30 | HOW | 346 | | | × 3.65 | 1262.90 | | | |
| | | | | 12320 | | | $ | 62,212.25 | | | |
| | | Bonus | | | | | | | | | |
| | | U-10 | HOW | 7057 | | | × .15 | 1058.55 | | | |
| | | 9-12 | HOW | 923 | | | × .15 | 138.45 | | | |
| | | 19-21 | HOB | 3362 | | | × .15 | 504.30 | | | |
| | | 22-25 | HOB | 632 | | | × .15 | 94.80 | | | 64,008.35 |
| | | | | 11974 | | | REVIEWED BY | 1796.10 | | | |

DATE _____
009A

Date    Sir Lawrence   9/2/14

Bar        275,820

chi phi                          phải Trừa
Dầu      102,960      Huế  1,000 +
chỏ        7,496      1,500
nhớt
lao tần, lao tay          chìn  1,000 +
muỗi, nước uống           1,000
Freon + oil
Hydrolic oil
Lưới    8.           Si   500 +
compressor freezer      700
Bàn UC
Trởi lỏn         Tình  500 +
Lifecraft        5,000
radar
rong roc cang
Máy cánh

Supply + EQUIP    35,620

       Labor     41,373



**Best Sea-Pack** of Texas, Inc.

12901 County Road 171 • P.O. BOX 139 • Danbury, Texas 77534
Phone (281) 393-3500 • Fax (281) 581-9351

## INVOICE

INVOICE NUMBER:

INVOICE DATE: 9/2/14

PAGE:

SOLD TO: Titan Seafood Co.
Sir Lawrence Boat.

SHIP TO:

| CUSTOMER ID | | CUSTOMER PO | | PAYMENT TERMS |
| --- | --- | --- | --- | --- |
| SALES REP ID | | SHIPPING METHOD | SHIP DATE | DUE DATE |

| QUANTITY | UOM | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- |
| 5,311 | | | 6/10 WHO/IQF | 5.55 | 29,476.05 |
| 24,846 | | | 13/15 BHO/IQF | 4.80 | 119,260.80 |
| 3,877 | | | 16/18 BHO/IQF | 4.45 | 17,252.65 |
| 20,845 | | | 26/30 BHO/IQF | 2.70 | 56,281.50 |
| 11,949 | | | 31/35 BHO/IQF | 2.40 | 28,677.60 |
| 11,054 | | | 36/40 BHO/IQF | 2.25 | 24,871.50 |
| 77,882 | | | | | |

All claims must be made within 30 days. No claims or deductions allowed unless made immediately on receipt of goods. Do not dispose of disputed stock without our approval. A service charge will be assessed on past due accounts 1½% per month which is equal to an annual percentage rate of 18%.

TOTAL INVOICE DUE: 275,820.10

Thank You for your business!

Date 12/25/14   Sir Lawrence

Ban        7 8 4 3 9

chi phi                        phâi
Dàu        45,100      muôn truôc
chô        4,500        Hung  1,000 +
nholl                        1500
bao tôm, bao tay
muôi, nuôc uông    QUANG  1,500 +
Freon + oil            900
Hydralic oil
luôi vai                NHAC  1,000 +
compressor Freezer      500
bô thung
cáp va thêm        Hung  1,000 +
                        500
supply + equip    16,700


labor            11,800

TICKET NO. **0000718**

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

CHRISTINE HO
12527 KATRINA CT

HOUSTON          TX   77089

**VESSEL NAME**

F/V SIR LAWRENCE

Coast Guard Document Number     1119661
                      OR
State Vessel Registration Num

Fisher License #     145560022548

Dealer:  **Kim and Son Seafood, LLC**

Dealer Code:    1420

Trip Time:   35.00        Fishing Time:   4.00
Area Fished:  17.0        Gulf off Sabine

Gear Used:1          Shrimp Trawl

---

Transaction Date: 12/23/2014        Trip Time:  35.00

**Transactions:**

Total Purchases        $78,439.30
Total Deductions       $78,439.30
Total Paid                  $0.00

| Code | Species Description | Unit | Proc | Cnt | Market | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| SHRWHITC | SHRIMP, WHITE | P | O | 9 | 12 | 11,235.00 | $5.20 | $58,422.00 |
| SHRWHITC | SHRIMP, WHITE | P | O | 13 | 15 | 3,840.00 | $4.20 | $16,128.00 |
| SHRWHITC | SHRIMP, WHITE | P | O | 22 | 25 | 1,691.00 | $2.30 | $3,889.30 |

Total:   16,766.00    $4.68    $78,439.30

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2014 or tax year beginning _____ ending _____
▶ Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.*

OMB No. 1545-0123

**2014**

| A Check if: | | | Name | B Employer identification number |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | **TYPE OR PRINT** | **Gulf Finest Investment Co.** | 7530 |
| b Life/nonlife consolidated return | ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. | C Date incorporated |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | **2949 Procter St** | **12/22/2003** |
| 3 Personal service corp. (see instructions) | ☐ | | City or town, state, or province, country and ZIP or foreign postal code | D Total assets (see instructions) |
| 4 Schedule M-3 attached | ☐ | | **Port Arthur, TX 77640** | $ **285,375.** |

E Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | | |
|---|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . . . . . . . | 1a | 534,280. |
| | b | Returns and allowances . . . . . . . . . . . . . . | 1b | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . | 1c | 534,280. |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . | 3 | 534,280. |
| | 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . | 9 | |
| | 10 | Other income (see instructions-attach statement) . . . . . . . . . . . . . | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . ▶ | 11 | 534,280. |
| **Deductions (See instructions for limitations on deductions)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . . ▶ | 12 | 1,000. |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . | 13 | |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . | 14 | |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 34,177. |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . | 23 | |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . . . . . | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) . . . . . . . . . | 25 | |
| | 26 | Other deductions (attach statement) . . . . . . . . . . . . . . . . | 26 | 510,447. |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . ▶ | 27 | 545,624. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . | 28 | -11,344. |
| | 29a | Net operating loss deduction (see instructions) . . . . . | 29a | |
| | b | Special deductions (Schedule C, line 20) . . . . . . . | 29b | |
| | c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) . . . . . . . . | 30 | -11,344. |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . | 31 | |
| | 32 | Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . . | 32 | |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ▶ ☐ | 33 | |
| | 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . . . . | 34 | |
| | 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . . . . | 35 | |
| | 36 | Enter amount from line 35 you want: Credited to 2015 estimated tax ▶ _____ Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No |
|---|---|---|---|
| ▶ Signature of officer | Date | Title | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Dan D Tran | Dan D Tran | | | P00390790 |
| Firm's name ▶ Tran CPA LLC | | | Firm's EIN ▶ 46-3607040 | |
| Firm's address ▶ 9820 Gulf Freeway Suite A19 Houston, TX 77034 | | | Phone no. 713-941-8726 | |

For Paperwork Reduction Act Notice, see separate instructions.

UYA

Form **1120** (2014)

Date 1/20/14 ơn T T

Bến Tôm        184,918        Tiền mướn
chi phí

Dầu            67980        Huy 1000
chổ            4700              1500
nhớt

bao Tôm, bao tay              Quảng 1000
nước uống, mười              500 + 1000
Hydrolic oil
Trên đồi              Tủ  500 +
Dưới lưới              1000 + 500
đạp Càu càng
lưới mất              Hóc 1000 +
song sác              500 + 500
Đèn càng
Dây câu bán              chìa  500
Compressor              1000 + 500
Xích sư

supply / equip    20,853

Tiền phạt    29,990





**101 HOUSTON AVENUE**
PORT ARTHUR, TEXAS 77640

**JBS**
**PACKING, INC.**

**2170 S. GULFWAY DRIVE**
PORT ARTHUR, TEXAS 77640

## INCOMING RECEIVING SHEET

SULFITING AGENT PRESENT _____ ☐ YES _____ ☐ NO ON VAT LABEL INITIAL _____ TIME _____
PER TEST RESULTS

☑ RECEIVED   FROM _____ Capt T _____   TRUCK _Bodi Freezer_

☐ SALES   TO _____   DATE _1/20/14_

TEMPERATURE _____ SEAL # _____

| COUNT | P | SIZE | COLOR | WEIGHT | SX | Q | COMMENTS | % TRASH | NET WEIGHT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14¹ | 24 | 1315 | HOW | 1534 | 20 | 2 | | | 1503 | 4.75 | 7139.25 |
| 14² | 25 | 1315 | HOW | 1489 | 20 | 2 | | | 1459 | 4.75 | 6930.25 |
| 14¹ | 26 | 1315 | HOW | 1403 | 20 | 2 | | | 1375 | 4.75 | 6531.25 |
| 13² | 27 | 1315 | HOW | 576 | 8 | 2 | | | 564 | 4.75 | 2679.00 |
| 9² | 28 | U110 | HOW | 1437 | 20 | 2 | | | 1408 | 5.70 | 8025.60 |
| 9¹ | 29 | U110 | HOW | 1424 | 20 | 2 | | | 1396 | 5.70 | 7957.20 |
| 11² | 30 | 9112 | HOW | 1396 | 20 | | | | 1368 | 5.35 | 7318.80 |
| 13-13 | 31 | 1315 | HOW | 1457 | 20 | | (9/1544) | | 1428 | 4.75 | 6783.00 |
| 11¹ | 32 | 9112 | HOW | 1471 | 20 | | | | 1442 | 5.35 | 7714.70 |
| 11² | 33 | 9112 | HOW | 1457 | 20 | | | | 1428 | 5.35 | 7639.80 |
| 11 | 34 | 9112 | HOW | 1616 | 22 | | | | 1581 | 5.35 | 8474.40 |
| 19² | 35 | 19121 | HOW | 349 | 5 | | | | 342 | 3.95 | 1350.90 |
| | | | | 46761 | x98²⁵=45826 | | price | | 45819 | | $ 80649.70 |
| | | | | | | | | | | Bonus | |
| | | 12-10 | HOW | 2804 | X 5⁵⁰ | 15982.80 | | | 10 W 2804 x | .15=420.60 | |
| | | 9-12 | HOW | 5822 | X 5³⁵ | 31147.70 | | | 9/12 W 5822 x | .15=873.30 | |
| | | 13-15 | HOW | 12221 | X 4¹⁵ | 50049.75 | | | 13/15 W 12221 x | .15=1833.15 | |
| | | 19-21 | HOW | 342 | X 3⁹⁵ | 1350.90 | | | 19/21 W 342 x | .15=51.30 | |
| | | 21-25 | HOW | 4410 | X 3⁵⁵ | 15655.50 | | | 24/25 W 4410 x | .15= 661.5 | |
| | | 26-30 | HOW | 6741 | X 3⁵⁰ | 23593.50 | | | 26-30 | $3839.85 | |
| | | 36-40 | HOW | 2627 | X 3²⁰ | 8406.40 | | | | | |
| | | 40-50 | HOW | 1487 | X 3¹⁰ | 4461.00 | | price adj. | | | |
| | | 50-60 | HOW | 1435 | X 2⁷⁵ | 3946.25 | | 1315 1428x | .30=428.40 | |
| | | 60-70 | HOW | 7378 | X 2³⁵ | 17338.30 | | #1- | | |
| | | 80-100 | HOW | 552 | X 1.30 | 717.60 | | | | |
| | | | | 45819 ↑ price | | 180649.70 | | | 184,917.95 | |

**DATE 009A**   REVIEWED BY _____

CRTT   Date  7/02/14

Bán tôn          84,731      Tiền mườn
chi phi
Dầu            48,057.     Huy  1,500 +
chổ          4,000          500
nhật
muôi, nước uống            QUANG  1,000
Facon    oil                900 + 600
Hydrolic oil
Lốp sửa  4 cái        TU   500 +
Dưới Lưới 4 cái        700 + 800
Lifecraft phao
Binh chua lữa        Hoà  1,000 +
Trôi dã thân        700 + 500
Dây cầu đức
Lưới  4 Cái           Thanh  1,000 +
                  500

supply & EQUIP        15,150

     Tiền bán        13,558



**JBS PACKING, INC.**

101 HOUSTON AVENUE
PORT ARTHUR, TEXAS 77640

2170 S. GULFWAY DRIVE
PORT ARTHUR, TEXAS 77640

## INCOMING RECEIVING SHEET

SULFITING AGENT PRESENT ☐ YES ☑ NO ON VAT LABEL INITIAL *Iam* TIME _____
PER TEST RESULTS

☑ RECEIVED   FROM *Capt T* _____  TRUCK *freezer Bag*

☐ SALES   TO _____  DATE *07-02-14*

TEMPERATURE _____ SEAL # _____

| COUNT | P | SIZE | COLOR | WEIGHT | SX | Q | COMMENTS | % TRASH | NET WEIGHT | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 1 | 9-12 | HOW | 1724 | 25 | 1 | | | 1690 | 5.25 | 8872.5 |
| 12 | 2 | 9-12 | HOW | 1260 | 17 | 1 | | | 1235 | 5.25 | 6483.5 |
| 12 | 3 | 9-12 | HOW | 1840 | 25 | 1 | | | 1803 | 5.25 | 9465.7 |
| 12 | 4 | 9-12 | HOW | 2227 | 29 | 1 | | | 2182 | 5.25 | 11455. |
| 24 | 5 | 31-35 | HOB | 2032 | 25 | 2 | | | 1991 | 3.05 | 6072.5 |
| 24 | 6 | 31-35 | HOB | 1996 | 25 | 2 | | | 1956 | 3.05 | 5965.8 |
| 32 | 7 | 36-40 | HOB | 2035 | 25 | 2 | | | 1994 | 2.60 | 5184.4 |
| 40 | 8 | 36-40 | HOB | 911 | 12 | 2 | | | 893 | 2.60 | 2321.8 |
| 28 | 9 | 26-30 | HOB | 1870 | 25 | 2 | | | 1833 | 3.55 | 6507.1 |
| 29 | 10 | 26-30 | HOB | 1881 | 25 | 2 | | | 1843 | 3.55 | 6542.6 |
| 28 | 11 | 26-30 | HOB | 1885 | 25 | 2 | | | 1847 | 3.55 | 6556.8 |
| 20 | 12 | 26-30 | HOB | 473 | 6 | 2 | | | 464 | 3.55 | 1647.20 |
| 46 | 13 | 40-50 | HOB | 1868 | 25 | 2 | (1868) | | 1831 | 2.25 | 4119.75 |
| 49 | 14 | 40-50 | HOB | 1134 | 15 | 2 | | | 1111 | 2.25 | 2499.7 |
| | 15 | | | 23136 x 98% = 22673 | | | | | 22673 | | 83695. |
| | 16 | | | | | | | | | | |
| | | 9-12 | HOW | 6910 | X | 5²⁵ | 36277.50 | | | Bonus | |
| | | 26-30 | HOB | 5987 | X | 3⁵⁵ | 21253.85 | | 9/12W | 6910x.15=1036.5 | |
| | | 31-35 | HOB | 3947 | X | 3⁰⁵ | 12038.35 | | | | |
| | | 36-40 | HOB | 2887 | X | 2⁶⁰ | 7506.20 | | | | |
| | | 40-50 | HOB | 2942 | X | 2²⁵ | 6619.50 | | | | |
| | | | | 22673 | | $ | 83695.40 | | | | |

DATE _____   REVIEWED BY _____ *84,731.90*

009A

CHPT T   9/2 - /14

Ban Tom   254,173

chi phí                              Tien mua'n
Dau             108,150
ch?                7,542      tuny  1,000 +
nhot                          500 + 500
bao tom, bao tay
muoi, nuoc uong    Tu'   900 +
Freon & oil        800 + 500
Hydrolic oil
Compressor         QUNG  1,000
may lanh           900 + 700
Troi Hydrolic cang  Hoá  1,000 +
Luoi  4 cai        600 , 900
Ban Ve Keo
rong roc cang      Thanh  500 +
Den cang           500 + 700
zich ra
Supply + EQUIP   26,577

Tien luan    42,660



**INVOICE**

Best Sea-Pack
of Texas, Inc.

12901 County Road 171 • P.O. BOX 139 • Danbury, Texas 77534
Phone (281) 393-3500 • Fax (281) 581-9351

INVOICE NUMBER:

INVOICE DATE: 9/2/14

PAGE:

SOLD TO: Titan Seafood
Capt T&T

SHIP TO:

| QUANTITY | UOM | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 19,230 | | | 13/15 B/to/ IQF | 4.80 | 92,304.00 |
| 1,527 | | | 22/25 B/to/ IQF | 3.35 | 5,115.45 |
| 33,585 | | | 26/30 B/to I QF | 2.70 | 90,679.50 |
| 23,349 | | | 31/35 B/to IQF | 2.40 | 56,037.60 |
| 4,461 | | | 36/40 B/to IQF. | 2.25 | 10,037.25 |
| 82,152 | | | | | |

**CUSTOMER ID** | **CUSTOMER PO** | **PAYMENT TERMS**

**SALES REP ID** | **SHIPPING METHOD** | **SHIP DATE** | **DUE DATE**

All claims must be made within 30 days. No claims or deductions allowed unless made immediately on receipt of goods. Do not dispose of disputed stock without our approval. A service charge will be assessed on past due accounts 1½% per month which is equal to an annual percentage rate of 18%.

TOTAL INVOICE DUE: 254,173.80

Thank You for your business!

CAPT  T  Date 12/22/14

Bán Tôm      109,388      Tiền muốn
chi phí
Đèn            60200        Huy   500 +
chở           5,300         1,000
nhớt
bao Tôm, baotay          Tư    800 +
muối, nước cường          700
Tron + oil
Hydrolic oil             Hoa  1,000
neo + dây                500
Lưới, bàn ủi             QUANG  500
cắp kéo                  + 1,000
người máy
M-tor                    John  500 +
                              1,000
Supply + EQUIP    125,93

         Tiền phần    19,200

# FRESH & FROZEN SHRIMP UNLOADING FORM # 011

Boat Name: __First Cast "T"__    Date: __12/22/14__

| Size | HO/Tail | CLR | Total Sk's | Color Sack | Temp. | Quality | Counts | Weight |
|------|---------|-----|-----------|------------|-------|---------|--------|--------|
| 9/12 | H/O | W | 25 | Purple | 1-3 | I·Q·F | 11° | 2072 |
| 9/12 | H/O | W | 25 | Purple | 1-4 | I·Q·F | 11¹ | 2064 |
| 9/12 | H/O | W | 25 | Purple | 1-4 | I·Q·F | 12° | 2052 |
| 9/12 | H/O | W | 25 | Purple | 1-0 | I·Q·F | 11° | 2124 |
| 9/12 | H/O | W | 25 | Purple | 1-3 | I·Q·F | 11° | 2090 |
| 9/12 | H/O | W | 25 | Purple | 1-5 | I·Q·F | 11¹ | 2048 |
| 9/12 | H/O | W | 5 | Purple | 1-9 | I·Q·F | 11° | 386 |
| 13/15 | H/O | W | 25 | Red | 1-7 | I·Q·F | 14° | 2074 |
| 13/15 | H/O | W | 25 | Red | 1-2 | I·Q·F | 14° | 2018 |
| 13/15 | H/O | W | 7 | Red | 1-0 | I·Q·F | 14¹ | 508 |
| 16/18 | H/O | W | 25 | Green | 1-1 | I·Q·F | 17° | 1910 |
| 16/18 | H/O | W | 14 | Green | 1-3 | I·Q·F | 17¹ | 984 |
| 19/21 | H/O | W | 25 | Pink | 1-5 | I·Q·F | 20¹ | 1888 |
| 19/21 | H/O | W | 3 | Pink | 1-0 | I·Q·F | 20° | 240 |
| 31/35 | H/O | B | 25 | Green | 1-6 | I·Q·F | 32 | 2124 |
| 31/35 | H/O | B | 8 | Green | 1-2 | I·Q·F | 33° | 708 |
| 21/25 | H/O | W | 3 | Red | 1-0 | I·Q·F | 23¹ | 256 |
| 13/15 | H/O | B | 4 | Purple | 1-2 | I·Q·F | 14° | 282 |
| | | | | | | | | |
| | | | | | | | | |

SUPERVISOR: _[signature]_    CAPTAIN SIGNATURE: _[signature]_

ROOM TEMPERATURE: __66°__    START: __9:40__    FINISH: _____

SULFITE PPM: __YES__

EMPLOYEE ATTIRE: __✓__

TEXAS GULF SEAFOOD INC.
P.O. Box 788, Galveston, Tx 77553
7th and Wharf-Galveston Island, Texas
Ph: (409) 762-7822
Fax: (409) 765-5822

COMMENTS: _____

①





Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2014 or tax year beginning _____ ending _____

▶ Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.*

OMB No. 1545-0123

**2014**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name** LVS Investment Group Inc
Captain T

**Number, street, and room or suite no. If a P.O. box, see instructions.**
2949 Procter St

**City or town, state, or province, country and ZIP or foreign postal code**
Port Arthur, TX 77640

**B Employer Identification number**
2389

**C Date incorporated**
01/01/2009

**D Total assets (see instructions)**
$ 442,967.

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . | 1a | 631,973. |
| | b | Returns and allowances . . . . . . | 1b | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . | 1c | 631,973. |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . | 3 | 631,973. |
| | 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . | 9 | |
| | 10 | Other income (see instructions-attach statement) . . . . . . . . . . . . . | 10 | |
| | 11 | **Total income. Add lines 3 through 10** . . . . . . . . . . . . . . . . . ▶ | 11 | 631,973. |

| | | | | |
|---|---|---|---|---|
| **Deductions (See instructions for limitations on deductions)** | 12 | Compensation of officers (see instructions—attach Form 1125-E). . . . . . . . ▶ | 12 | 1,000. |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . | 13 | |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . | 14 | 84,278. |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 31,426. |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 43,807. |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . | 23 | |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) . . . . . . . . . . | 25 | |
| | 26 | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . | 26 | 485,251. |
| | 27 | **Total deductions. Add lines 12 through 26** . . . . . . . . . . . . . . . ▶ | 27 | 645,762. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . ▶ | 28 | -13,789. |
| | 29a | Net operating loss deduction (see instructions) . . . . . | 29a | |
| | b | Special deductions (Schedule C, line 20) . . . . . . . | 29b | |
| | c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . | 29c | |

| | | | | |
|---|---|---|---|---|
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) . . . . . . . . | 30 | -13,789. |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . | 31 | |
| | 32 | Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . . . | 32 | |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ☐ | 33 | |
| | 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . | 34 | |
| | 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . . | 35 | |
| | 36 | Enter amount from line 35 you want: **Credited to 2015 estimated tax ▶** _____ **Refunded ▶** | 36 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title |
|---|---|---|
| | | |

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Dan D Tran | Dan D Tran | | | P00390790 |

Firm's name ▶ Tran CPA LLC

Firm's address ▶ 9820 Gulf Freeway Suite A19
Houston, TX 77034

Firm's EIN ▶ 46-3607040

Phone no. 713-941-8726

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2014)

UYA



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| **Certification of Marital Status** |
|---|
| **A.  Claimant Information** |

| **Name:** | Last Name<br>Ho | First Name<br>Christine | Middle Initial |
|---|---|---|---|

**Deepwater Horizon Settlement Program Claimant Number:**  1 0 0 0 2 2 4 7 1

| **B.  Marital Status** |
|---|

To receive payment under the Settlement Program, you and your spouse, if applicable, must sign a Full and Final Release, Settlement, and Covenant Not to Sue ("Release"). Use this form in the following situations to update your marital status and spouse's name, if applicable:

    (1) Your marital status or spouse's name has changed from your Registration Form;

    (2) Your marital status or spouse's name was incorrect on your Registration Form;

    (3) Your spouse signed his/her name on the Release other than how it appears on the Registration Form or Updated Release Cover Sheet.

Enter your marital status and your spouse's name if applicable in the field below. This information needs to match the name on the Release exactly to receive payment.

| **Marital Status:** | ☐ Married | ☑ Single | |
|---|---|---|---|
| **Spouse's Name :** | Last Name | First Name | Middle Initial |

| **C.  Signature** |
|---|

By my signature below, I certify and declare pursuant to 28 U.S.C. Section 1746 that the information provided in this Certification of Marital Status is true and accurate to the best of my knowledge.

An attorney may sign his or her name on behalf of the claimant if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com. **We do not require signatures from both the attorney and the claimant.**

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| **Claimant's Signature:** | | **Date:** | _____/_____/_____<br>(Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | | | |



**EXHIBIT**
**D**

SM-TS-000106



**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Attorney Signature: | *William L. Roberts* | Date: | 2 / 26 / 2013 |
| --- | --- | --- | --- |
| | | | (Month/Day/Year) |
| Printed Name: | William L. Roberts | | |
| Law Firm: | Faegre Baker Daniels LLP | | |

| **D. How to Submit this Form** | |
| --- | --- |
| Submit the signed **Certification of Marital Status** in one of these ways: | |
| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** | (888)524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |

GEN-2
v.1
412138

WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM
Page **2** of **2**

Claimant ID:

SM-TS-000107

| SWS-1 | **Seafood Compensation Plan Sworn Written Statement for Sufficient Documentation of Benchmark Revenue** |
|---|---|

This Sworn Written Statement allows you to supplement your claim with vessel-specific Benchmark Revenue information. You must include in this Statement all Benchmark Revenue earned on the vessel you identify in this Form relevant to your claim, indicating whether that revenue is all of the revenue for the entire vessel or all of the boat captain's share of revenue from that vessel. You cannot submit multiple Statements for the same vessel. You must complete the Benchmark Revenue Information only for the Catch Types you have claimed or will claim in the future. If you need more space to complete this Statement, attach additional pages, and they will be incorporated into this document. In order to have the financial information presented in this Form considered as part of your compensation calculation, you must either submit, or have already submitted, federal or state tax returns and schedules for the years that correspond to the Benchmark Revenue years you completed on this Form.

## A. CLAIMANT INFORMATION

**Name:** Last **Nguyen** First **Loc** Middle Initial

**Deepwater Horizon Settlement Program Claimant Number:** 1 0 0 0 4 1 0 4 4

**Social Security Number:** 5 4 1 - 3 5 - 7 2 9 8

*or*

**Individual Taxpayer Identification Number:**

*or*

**Employer Identification Number:** | | | - | | | | | | |

## B. SEAFOOD PROGRAM SWORN WRITTEN STATEMENT FOR SUFFICIENT DOCUMENTATION OF BENCHMARK REVENUE

Provide all supplemental information required to support your vessel-specific Benchmark Revenue in the sections below.

### 1. AUTHORIZATION OF USE

If you do not submit copies of Trip Tickets to support your claim, the Claims Administrator will use this SWS-1 Form in conjunction with your federal or state tax records to calculate your loss. If you do submit any Trip Tickets, you must indicate here whether you authorize the CA to use solely your SWS-1 Form to calculate your loss and potentially expedite the processing of your claim, or whether you prefer that the CA use your Trip Tickets if they result in a higher compensation amount than your SWS-1 Form. Check one of these:

◯ Use only my SWS-1 Form to calculate my losses **OR** ◯ Use my Trip Tickets if they result in a higher award than my SWS-1 Form

### 2. VESSEL INFORMATION

Vessel Name **Sir Lawrence**     Home Port County

City     State     Zip Code

State Registration Number     Federal Registration Number

Hull ID     Vessel Length     Vessel Type ☐ Ice ☐ Freezer ☐ N/A

Complete this section only if the vessel identified above is included as part of a boat captain claim. The revenue reported below is:

◯ the revenue for the entire vessel identified in this Form **OR** ◯ the boat captain's share of revenue for the vessel identified in this Form

### 3. STATEMENT OF REVENUE, LANDING, AND CATCH TYPE

For the singular vessel identified above, indicate by catch type – Shrimp, Oyster, Finfish, Blue Crab, or Other Seafood – the total revenue you derived from Seafood landed in and outside of the Gulf Coast Areas for years identified below. As defined in the Settlement Agreement, the Gulf Coast Areas ("GCA") are the States of Louisiana, Mississippi, or Alabama, the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas, or the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama, or those described counties of Texas or Florida. "Other Seafood" refers to "all forms of seafood included in Exhibit 3 of the *Deepwater Horizon* Economic And Property Damages Settlement Agreement (Seafood Distribution Chain Definitions) including stone crab and spiny lobster, but excluding shrimp, oysters, finfish and blue crab."

SWS-1
v.3

1

SM-TS-000890

**EXHIBIT E**

| SHRIMP | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $   600,000 | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |

| OYSTER | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| Oyster Bed Type | Public Grounds | Private Leaseholds | Public Grounds | Private Leaseholds |
| 2007 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |

| FINFISH | Landed In GCA | Landed Outside GCA |
|---|---|---|
| 2007 | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ |

| BLUE CRAB | Landed In GCA | Landed Outside GCA |
|---|---|---|
| 2007 | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ |

| OTHER SEAFOOD | Landed In GCA | Landed Outside GCA |
|---|---|---|
| 2007 | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ |

## C.  SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

An attorney may sign the claimant's name on this Sworn Written Statement for Sufficient Documentation of Benchmark Revenue if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com.

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| Claimant Signature<br><br>Date Signed: | 3 , 6 , 13<br>(Month/Day/Year) | _Signature_<br>Signature<br><br>_Loc nguyen_<br>Name (Printed or Typed) |
|---|---|---|
| Attorney Signature<br><br>Date Signed: | / /<br>(Month/Day/Year) | Signature<br><br>Name (Printed or Typed) |

| SWS-1 | **Seafood Compensation Plan Sworn Written Statement for Sufficient Documentation of Benchmark Revenue** |
|---|---|

This Sworn Written Statement allows you to supplement your claim with vessel-specific Benchmark Revenue information.  You must include in this Statement all Benchmark Revenue earned on the vessel you identify in this Form relevant to your claim, indicating whether that revenue is all of the revenue for the entire vessel or all of the boat captain's share of revenue from that vessel.  You cannot submit multiple Statements for the same vessel. You must complete the Benchmark Revenue Information only for the Catch Types you have claimed or will claim in the future.  If you need more space to complete this Statement, attach additional pages, and they will be incorporated into this document.   In order to have the financial information presented in this Form considered as part of your compensation calculation, you must either submit, or have already submitted, federal or state tax returns and schedules for the years that correspond to the Benchmark Revenue years you completed on this Form.

## A.  CLAIMANT INFORMATION

**Name:**  Last  Nguyen   First  Loc   Middle Initial

**Deepwater Horizon Settlement Program Claimant Number:**  1 0 0 0 4 1 0 4 4

**Social Security Number:**  5 4 1 - 3 5 - 7 2 9 8
  or
**Individual Taxpayer Identification Number:**
  or
**Employer Identification Number:**

## B.  SEAFOOD PROGRAM SWORN WRITTEN STATEMENT FOR SUFFICIENT DOCUMENTATION OF BENCHMARK REVENUE

Provide all supplemental information required to support your vessel-specific Benchmark Revenue in the sections below.

### 1.  AUTHORIZATION OF USE

If you do not submit copies of Trip Tickets to support your claim, the Claims Administrator will use this SWS-1 Form in conjunction with your federal or state tax records to calculate your loss.  If you do submit any Trip Tickets, you must indicate here whether you authorize the CA to use solely your SWS-1 Form to calculate your loss and potentially expedite the processing of your claim, or whether you prefer that the CA use your Trip Tickets if they result in a higher compensation amount than your SWS-1 Form.  Check one of these:

◯ Use only my SWS-1 Form to calculate my losses   **OR**   ◯ Use my Trip Tickets if they result in a higher award than my SWS-1 Form

### 2.  VESSEL INFORMATION

| Vessel Name  St Micheal II | Home Port County  Biloxi MS | | |
|---|---|---|---|
| City | | State | Zip Code |

| State Registration Number | Federal Registration Number  1131967 | |
|---|---|---|
| Hull ID | Vessel Length  91.7 | Vessel Type  ☐ Ice  ☑ Freezer  ☐ N/A |

Complete this section only if the vessel identified above is included as part of a boat captain claim.  The revenue reported below is:

☑ the revenue for the entire vessel identified in this Form   **OR**   ◯ the boat captain's share of revenue for the vessel identified in this Form

### 3.  STATEMENT OF REVENUE, LANDING, AND CATCH TYPE

For the singular vessel identified above, indicate by catch type – Shrimp, Oyster, Finfish, Blue Crab, or Other Seafood – the total revenue you derived from Seafood landed in and outside of the Gulf Coast Areas identified below.  As defined in the Settlement Agreement, the Gulf Coast Areas ("GCA") are the States of Louisiana, Mississippi, or Alabama, the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas, or the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama, or those described counties of Texas or Florida. "Other Seafood" refers to "all forms of seafood included in Exhibit 3 of the *Deepwater Horizon* Economic And Property Damages Settlement Agreement (Seafood Distribution Chain Definitions) including stone crab and spiny lobster, but excluding shrimp, oysters, finfish and blue crab."

| SHRIMP | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| 2007 | TOTAL: $ 550,000 | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| OYSTER | Landed In GCA | | Landed Outside GCA | |
| Oyster Bed Type | Public Grounds | Private Leaseholds | Public Grounds | Private Leaseholds |
| 2007 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| FINFISH | Landed In GCA | | Landed Outside GCA | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| BLUE CRAB | Landed In GCA | | Landed Outside GCA | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| OTHER SEAFOOD | Landed In GCA | | Landed Outside GCA | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |

SWS-1
v.3

2

**SM-TS-000894**

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

An attorney may sign the claimant's name on this Sworn Written Statement for Sufficient Documentation of Benchmark Revenue if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com.

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| Claimant Signature<br><br>Date Signed: | _____/_____/_____<br>(Month/Day/Year) | _____<br>Signature<br><br>_Loc Nguyen_<br>Name (Printed or Typed) |
|---|---|---|
| Attorney Signature<br><br>Date Signed: | _____/_____/_____<br>(Month/Day/Year) | _____<br>Signature<br><br>_____<br>Name (Printed or Typed) |

| SWS-1 | **Seafood Compensation Plan Sworn Written Statement for Sufficient Documentation of Benchmark Revenue** |
|---|---|

This Sworn Written Statement allows you to supplement your claim with vessel-specific Benchmark Revenue information.  You must include in this Statement all Benchmark Revenue earned on the vessel you identify in this Form relevant to your claim, indicating whether that revenue is all of the revenue for the entire vessel or all of the boat captain's share of revenue from that vessel.  You cannot submit multiple Statements for the same vessel. You must complete the Benchmark Revenue Information only for the Catch Types you have claimed or will claim in the future.  If you need more space to complete this Statement, attach additional pages, and they will be incorporated into this document.   In order to have the financial information presented in this Form considered as part of your compensation calculation, you must either submit, or have already submitted, federal or state tax returns and schedules for the years that correspond to the Benchmark Revenue years you completed on this Form.

### A.  CLAIMANT INFORMATION

| Name: | Last  Nguyen | First  Loc | Middle Initial |
|---|---|---|---|

**Deepwater Horizon Settlement Program Claimant Number:**   | 1 | 0 | 0 | 0 | 4 | 1 | 0 | 4 | 4 |

**Social Security Number:**   | 5 | 4 | 1 |-| 3 | 5 |-| 7 | 2 | 9 | 8 |

*or*

**Individual Taxpayer Identification Number:**   | | |-| | | | | | |

*or*

**Employer Identification Number:**   | | | |-| | | | | | | |

### B.  SEAFOOD PROGRAM SWORN WRITTEN STATEMENT FOR SUFFICIENT DOCUMENTATION OF BENCHMARK REVENUE

Provide all supplemental information required to support your vessel-specific Benchmark Revenue in the sections below.

### 1.  AUTHORIZATION OF USE

If you do not submit copies of Trip Tickets to support your claim, the Claims Administrator will use this SWS-1 Form in conjunction with your federal or state tax records to calculate your loss.  If you do submit any Trip Tickets, you must indicate here whether you authorize the CA to use solely your SWS-1 Form to calculate your loss and potentially expedite the processing of your claim, or whether you prefer that the CA use your Trip Tickets if they result in a higher compensation amount than your SWS-1 Form.  Check one of these:

◯ Use only my SWS-1 Form to calculate my losses   **OR**   ◯ Use my Trip Tickets if they result in a higher award than my SWS-1 Form

### 2.  VESSEL INFORMATION

| Vessel Name   Master Kevin | Home Port County |  |  |
|---|---|---|---|
| City | | State | Zip Code |
| State Registration Number | | Federal Registration Number | |

| Hull ID | Vessel Length | Vessel Type  ☐ Ice  ☐ Freezer  ☐ N/A |
|---|---|---|

Complete this section only if the vessel identified above is included as part of a boat captain claim.  The revenue reported below is:

☑ the revenue for the entire vessel identified in this Form   **OR**   ◯ the boat captain's share of revenue for the vessel identified in this Form

### 3.  STATEMENT OF REVENUE, LANDING, AND CATCH TYPE

For the singular vessel identified above, indicate by catch type – Shrimp, Oyster, Finfish, Blue Crab, or Other Seafood – the total revenue you derived from Seafood landed in and outside of the Gulf Coast Areas for years identified below.  As defined in the Settlement Agreement, the Gulf Coast Areas ("GCA") are the States of Louisiana, Mississippi, or Alabama, the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas, or the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama, or those described counties of Texas or Florida.  "Other Seafood" refers to "all forms of seafood included in Exhibit 3 of the *Deepwater Horizon* Economic And Property Damages Settlement Agreement (Seafood Distribution Chain Definitions) including stone crab and spiny lobster, but excluding shrimp, oysters, finfish and blue crab."

| SHRIMP | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ 500,000 | | TOTAL: $ | |
| OYSTER | Landed In GCA | | Landed Outside GCA | |
| Oyster Bed Type | Public Grounds | Private Leaseholds | Public Grounds | Private Leaseholds |
| 2007 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| FINFISH | Landed In GCA | | Landed Outside GCA | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| BLUE CRAB | Landed In GCA | | Landed Outside GCA | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| OTHER SEAFOOD | Landed In GCA | | Landed Outside GCA | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |

SM-TS-000897

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

An attorney may sign the claimant's name on this Sworn Written Statement for Sufficient Documentation of Benchmark Revenue if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com.

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| Claimant Signature<br><br>Date Signed: | 3 , 6 , 13<br>(Month/Day/Year) | _____<br>Signature<br><br>Loc Nguyen<br>Name (Printed or Typed) |
|---|---|---|
| Attorney Signature<br><br>Date Signed: | ___ / ___ / ___<br>(Month/Day/Year) | _____<br>Signature<br><br>_____<br>Name (Printed or Typed) |

RESPONSE TO FOLLOW UP  INCOMPLETE NOTICE

Claimant:  LOC PHI NGUYEN
Claimant ID#:  100041044
Claim ID#:  22203

 Vessel Name:  KEVIN RICO
Coast Guard Vessel Registration#:  1039041
Vessel Type:  Freezer (Mr. Nguyen worked on vessel in 2010 – a Non Benchmark year)
– Incorrectly entered on claim form as a boat he worked on as a captain during the
benchmark years.

Vessel Name: SIR LAWRENCE
Coast Guard Vessel Registration#:  1119661
Vessel size: 88.4 ft.
Vessel Type:  Freezer (Mr. Loc Nguyen worked as Captain in bench marks years 2008 &
2009)



SM-TS-000899

| SWS-1 | Seafood Compensation Plan Sworn Written Statement for Sufficient Documentation of Benchmark Revenue |
|---|---|

This Sworn Written Statement allows you to supplement your claim with vessel-specific Benchmark Revenue information. You must include in this Statement all Benchmark Revenue earned on the vessel you identify in this Form relevant to your claim, indicating whether that revenue is all of the revenue for the entire vessel or all of the boat captain's share of revenue from that vessel. You cannot submit multiple Statements for the same vessel. You must complete the Benchmark Revenue Information only for the Catch Types you have claimed or will claim in the future. If you need more space to complete this Statement, attach additional pages, and they will be incorporated into this document. In order to have the financial information presented in this Form considered as part of your compensation calculation, you must either submit, or have already submitted, federal or state tax returns and schedules for the years that correspond to the Benchmark Revenue years you completed on this Form.

### A. CLAIMANT INFORMATION

**Name:** Last **Nguyen**   First **Loc**   Middle Initial

**Deepwater Horizon Settlement Program Claimant Number:** 1 0 0 0 4 1 0 4 4

**Social Security Number:** 5 4 1 - 3 5 - 7 2 9 8

*or*

**Individual Taxpayer Identification Number:**

*or*

**Employer Identification Number:**

### B. SEAFOOD PROGRAM SWORN WRITTEN STATEMENT FOR SUFFICIENT DOCUMENTATION OF BENCHMARK REVENUE

Provide all supplemental information required to support your vessel-specific Benchmark Revenue in the sections below.

### 1. AUTHORIZATION OF USE

If you do not submit copies of Trip Tickets to support your claim, the Claims Administrator will use this SWS-1 Form in conjunction with your federal or state tax records to calculate your loss. If you do submit any Trip Tickets, you must indicate here whether you authorize the CA to use solely your SWS-1 Form to calculate your loss and potentially expedite the processing of your claim, or whether you prefer that the CA use your Trip Tickets if they result in a higher compensation amount than your SWS-1 Form. Check one of these:

(●) Use only my SWS-1 Form to calculate my losses   **OR**   ( ) Use my Trip Tickets if they result in a higher award than my SWS-1 Form

### 2. VESSEL INFORMATION

**Vessel Name** Sir Lawrence   **Home Port County** New Orleans

**City** New Orleans   **State** LA   **Zip Code**

**State Registration Number**   **Federal Registration Number** 1119661

**Hull ID**   **Vessel Length** 88.4   **Vessel Type** [ ] Ice  [X] Freezer  [ ] N/A

Complete this section only if the vessel identified above is included as part of a boat captain claim. The revenue reported below is:

(●) the revenue for the entire vessel identified in this Form   **OR**   ( ) the boat captain's share of revenue for the vessel identified in this Form

### 3. STATEMENT OF REVENUE, LANDING, AND CATCH TYPE

For the singular vessel identified above, indicate by catch type – Shrimp, Oyster, Finfish, Blue Crab, or Other Seafood – the total revenue you derived from Seafood landed in and outside of the Gulf Coast Areas for years identified below. As defined in the Settlement Agreement, the Gulf Coast Areas ("GCA") are the States of Louisiana, Mississippi, or Alabama, the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas, or the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama, or those described counties of Texas or Florida. "Other Seafood" refers to "all forms of seafood included in Exhibit 3 of the *Deepwater Horizon* Economic And Property Damages Settlement Agreement (Seafood Distribution Chain Definitions) including stone crab and spiny lobster, but excluding shrimp, oysters, finfish and blue crab."

SWS-1
v.3

1

SM-TS-000900

| SHRIMP | Landed In GCA | Landed Outside GCA |
|---|---|---|
| 2007 | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ 175,299.30 | TOTAL: $ |
| 2009 | TOTAL: $ 23,910.05 | TOTAL: $ |

| OYSTER | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| Oyster Bed Type | Public Grounds | Private Leaseholds | Public Grounds | Private Leaseholds |
| 2007 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |

| FINFISH | Landed In GCA | Landed Outside GCA |
|---|---|---|
| 2007 | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ |

| BLUE CRAB | Landed In GCA | Landed Outside GCA |
|---|---|---|
| 2007 | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ |

| OTHER SEAFOOD | Landed In GCA | Landed Outside GCA |
|---|---|---|
| 2007 | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ |

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

An attorney may sign the claimant's name on this Sworn Written Statement for Sufficient Documentation of Benchmark Revenue if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com.

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| Claimant Signature<br><br>Date Signed: | 3 , 6 , 13<br>(Month/Day/Year) | _Signature_<br><br>_Loc nguyen_<br>Name (Printed or Typed) |
|---|---|---|
| Attorney Signature<br><br>Date Signed: | / /<br>(Month/Day/Year) | Signature<br><br>Name (Printed or Typed) |

SWS-1
v.3

3

SM-TS-000902

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1049

32-1/1110 TX
0

DATE 9 - 24 - 2009

PAY TO THE
ORDER OF  SINH TICAN                          $ 3329 80/100

Three Thousand Three Hundred Twentynine 80/100                    DOLLARS

Bank of America
Customer Connection

FOR Bonus on Capt Daggie

⑆00 10 4 9⑈ ⑆1 1 10000 1 2⑈ 4 4 2 694 5 2 9 5⑈



EXHIBIT
G

SM-TS-001185

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1171

32-1/1110 TX
0

PAY TO THE
ORDER OF   LUC   NGUYEN

DATE 11-3-09

$ 1080.15

ONE THOUSAND EIGHTY 15/100                                    DOLLARS

**Bank of America**
Customer Connection

FOR Justin Bay

⑊"001171⑊" ⑊:111000012⑊: 442 694 5298⑊"

---

DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

DATE 11-3-2009

1 Check 1171   From-Tex 1080.15

TOTAL 1080.15

32-1/1110 TX
0

TOTAL
ITEMS

CHECKS AND OTHER ITEMS
ARE RECEIVED FOR DEPOSIT
SUBJECT TO THE PROVISIONS
OF THE UNIFORM COMMER-
CIAL CODE OR ANY APPLICA-
BLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAIL-
ABLE FOR IMMEDIATE WITH-
DRAWAL.

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

**Bank of America**
Customer Connection

LUC NGUYEN
JUSTIN BAY

$   1080.15

⑊:540900071⑊: 442 694 5295⑊"

BOAT # 1
LOT # 1307
EXCHANGED FOR CASH

SM-TS-001186

DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY

DATE 11-10-09

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 1172 | | |
| 2 FLOR-TEX | 920 | 00 |
| TOTAL | 920 | 00 |

32-1/1110 TX
0

TOTAL ITEMS

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

**Bank of America**
Customer Connection

SINH TRAN
JUSTIN BOY

$   920.00

⑆540900071⑆ 442 694 5295⑈

BOAT #1
LOT #1307

EXCHANGED FOR CASH

---

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1172

32-1/1110 TX
0

DATE 11-4-09

PAY TO THE ORDER OF   SINH TRAN   $ 920 00

NINE HUNDRED TWENTY 00/100   DOLLARS

**Bank of America**
Customer Connection

FOR JUSTIN BOY

⑆001172⑆ ⑆4410000042⑆ 442 694 5295⑈

SM-TS-001187

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1155

32-1/1110 TX
0

DATE 10 - 29 -09

PAY TO THE
ORDER OF _SINH TRAN_____ $ 2000 00

_TWO THOUSAND 00/100_____ DOLLARS

**Bank of America**
Customer Connection

FOR JUSTIN BOY

⑈"001155" ⑈111000012⑈ 442 694 5295⑈  ⑈"0000 200000"⑈

VENDOR # 166
INVOICE # 1029 00
INVOICE DATE 10 - 29 - 08
DATE POSTED 11 - 14 - 09
G/L # 4310 *
AMOUNT 2,000.00
CHECK # _____
DATE PAID _____

SM-TS-001188

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1171

32-1/1110 TX
0

DATE 11-3-09

PAY TO THE
ORDER OF    LUC  NGUYEN                                    $ 1080.15

ONE THOUSAND EIGHTY 15/100                                 DOLLARS

**Bank of America**
Customer Connection

FOR Gastronomy

⑆0017⑆ ⑆111000012⑆ 442 694 5285⑆

SM-TS-001189

VENDOR # _IC6_

INVOICE # _ICC-29A_

INVOICE DATE _11-4-09_

DATE POSTED _11-23-09_

G/L # _4216 #_

AMOUNT _920.00_

CHECK # _____

DATE PAID _____

1172

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

32-1/1110 TX
0

11-4-09

$920⁰⁰

SIUH TRIN

NINE HUNDRED TWENTY %/100

**Bank of America**
Customer Connection

JISIUN BUT

⑆001172⑆ ⑆111000012⑆ 442 694 5295⑆  NOT NEGOTIABLE

BOAT #1

LOT # 1309

SM-TS-001190



**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1174

32-1/1110 TX
0

DATE 11-5-2009

PAY TO THE
ORDER OF _Sinh Tuan_ ............ $ 30,000 °°

_Thirty Thousand 0/100_ .................... DOLLARS

**Bank of America**
Customer Connection

FOR _Justin Boyl_

⑈⋮00 1174⋮⋮ ⋮:1110000124⋮: 442 694 5295⋮

Traded for Cashier
Ck# 430Z410

SM-TS-001191

VENDOR # _____
INVOICE # _____
INVOICE DATE _____
DATE POSTED _____
G/L # _____
AMOUNT _____
CHECK # _____
DATE PAID _____

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1174

32-1/1110 TX
0

11 - 5 - 2009

30,000 ⁰⁰

SINH TRINH

THIRTY THOUSAND) 00/100

**Bank of America** 〰〰
Customer Connection

JASON BUI

NOT NEGOTIABLE

⑈001174⑈ ⑆11100012⑆ 442 694 5 295⑈

BOAT #1

LOT # 1209

SM-TS-001192

EXAMPLE1
FOR CASH ADV

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1175

32-1/1110 TX
0

DATE  11-4-09

PAY TO THE
ORDER OF  Sacah Team                              $ 3000⁰⁰

Three Thousand ⁰⁰/00                         DOLLARS


**Bank of America**
Customer Connection

FOR  Joshua Bog

⑆00⏡1175⑆ ⑆⏡1110000121⑆ 442 694 5295⑈

SM-TS-001193



FLOR-TEX SHRIMP LLC
PO BOX 759
DOVER, FL 33527

1193

DATE 11-9-2009

PAY TO THE
ORDER OF _Sinh Tran_ | $ 1500<sup>00</sup>

_One Thousand Five Hundred 00/100_ DOLLARS

Bank of America
Customer Connection

FOR _Justin Boy_

⑈00⑈193⑈ ⑈211000012⑈ 442 694 6295⑈

BOAT #1
LOT #1306

SM-TS-001194

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1195

32-1/1110 TX
0

DATE 11-10-2009

PAY TO THE
ORDER OF __Sinh Tran__ | $ 17708 66

__Seventeen Thousan Seven Hundred Eight 64/100__ DOLLARS

**Bank of America**
Customer Connection

FOR __Justin Boy / Captain Davinik__

⑈001195⑈ ⑆110001⑆ 442 694 8295⑈

SM-TS-001195



FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1196

32-1/1110 TX
0

DATE 11-10-2009

PAY TO THE
ORDER OF   Sin H Tran

$ 20379 29/00

Twenty Thousand Three Hundred Seventy Nine 29/00 — DOLLARS

**Bank of America** 🇺🇸
Customer Connection

FOR Sur Lawrence

⑆001196⑆ ⑆1110000124⑆ 442 694 5295⑆

MP



FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1215

32-11/1110 TX
0

PAY TO THE
ORDER OF ___SINH TRAN OR CASH_____

DATE 11-3-09

$ 4800 00

FOUR THOUSAND 00/100_____ DOLLARS 🏠

Bank of America
Customer Connection

FOR _JUSTIN BOY_

⑈001215⑈ ⑆111000012⑆ 442 694 5895⑈

SM-TS-001197



FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1217

32-1/1110 TX
0

11-17-09

10⁹

LUC NEUVIN OR CASH

Five Hundred / 10⁰

$96.⁰⁰

Bank of America
Customer Connection

NOT NEGOTIABLE

Justin Boy

⑆0012171⑆ ⑈111000012⑈ 442 694 5245⑆

PRINT DATE:10-06-09(205)

PAYMENT for SHRIMP F/V JUSTIN BOY

BOAT # 1

LOT # 1320

SM-TS-001198

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1218

32-1/1110 TX
0

DATE 11-17-2009

PAY TO THE
ORDER OF ___Sinh Tran___ | $ 13,761 60/100

___Thirteen Thousand Seven Hundred Sixty one 40/100___ DOLLARS

**Bank of America**
Customer Connection

FOR ___Justin Boy___

⑈001218⑈ ⑆111000012⑆ 442 694 5249⑈

PAYMENT FOR SHRIMP F/U JUSTIN BOY

BOAT #1

LOT #1320

SM-TS-001199



FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1309

32-1/1110 TX
0

DATE 12 - 2 - 09

PAY TO THE
ORDER OF  Sinh Tran

Nine Thousand %/100                    $ 9,000 00

DOLLARS

Bank of America
Customer Connection

FOR  S R  Lawrence

⑈001309⑈  ⑆0111000012⑆  442 694 1295⑈



SM-TS-001201

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1369

32-1/1110 TX
0

DATE 12-16-2009

PAY TO THE
ORDER OF ___ SINA TRAN _____ $ 4360.60

FOUR THOUSAND THREE HUNDRED SIXTY 00/100 _____ DOLLARS

Bank of America
Customer Connection

FOR SUB LAWRENCE

⑆00i369⑆ ⑆i⑈0000ii8⑈ 442 694 5295⑈

SM-TS-001202



FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1374

32-1/1110 TX
0

12-19-09

Siuu TRAN

$2000—

Two Thousand 00/100

**Bank of America**
Customer Connection

Justin Box

⑆000 1374⑆  ⑈1110000 12⑈  442 694  5295⑈  NOT NEGOTIABLE

SM-TS-001203

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1375

32-1/1110 TX
0

12-15-05

SICH TWAN

$2776.40

Two Thousand Seven Hundred SEUENTY SIX 40/100 —

**Bank of America**
Customer Connection

John Bay

NOT NEGOTIABLE

⑈⑈001375⑈⑈ ⑆⑆111000012⑆⑆ 442 694, 5 285⑈⑈

SM-TS-001204



SM-TS-001205

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1391

32-1/110 TX
0

DATE 12-21-09

PAY TO THE
ORDER OF  BANK OF AMERICA                        $ 56,250 00

Fifty Six Thousand Two Hundred Fifty 00/100 _____ DOLLARS

**Bank of America**
Customer Connection

FOR Suncoast Resources / Justin Boy

⑈00139⑈  ⑆⑈110000⑈2⑈: 442 694 3295⑈

SM-TS-001206

FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1392

32-1/110 TX
0

PAY TO THE
ORDER OF _____ SINH TRAN

DATE 12-21-09

$ 4,686 00

Four Thousand Six Hundred Eighty Six 00/100 _____ DOLLARS

Bank of America
Customer Connection

FOR _____ Justin Boy Shrimp

⑆001392⑆ ⑈110000012⑈ 442 694 5295⑈

SM-TS-001207



FLOR-TEX SHRIMP LLC
PO BOX 750
DOVER, FL 33527

1398

32-1/1110 TX

DATE 12-22-07

PAY TO THE
ORDER OF _____ SINH TRAN _____ $ 486 60/100

FOUR THOUSAND SIX HUNDRED EIGHTY SIX 60/100 _____ DOLLARS

Bank of America
Customer Connection

FOR 161 N BOT

⑆001398⑆ ⑆111000012⑆ 442 694 5745⑆

**FLOR-TEX SHRIMP LLC**
PO BOX 750
DOVER, FL 33527

1414

32-1/1110 TX

DATE 12-31-07

PAY TO THE
ORDER OF ___Sinh Tran___  $ 5,800 00

___Five Thousand Eight___ DOLLARS

**Bank of America**
Customer Connection

FOR ___ destin boat ___

⑈00 14 14⑈  ⑈⑈ 11 10000 1 2⑈  44 2  694  5295⑈

SM-TS-001209

**Bank of America** 🏦

Cashier's Check

No. 4302298

30-1/1140
NTX

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be registered within 90 days.

Banking
Center        MERRILAND

0007744 0002  004302299

Date        OCTOBER 09, 2009

Remitter (Purchased By)        FLOR DEL SHRIMP

Pay         **TWENTY THOUSAND DOLLARS AND 00 CENTS**                    $        **20000.00**

To
The
Order       **A & A MARINE SERVICES**
Of          **S. LAVERGT**

                //// Non-Negotiable ////

                Authorized Signature

VOID AFTER 90 DAYS
                Customer Copy
                Retain For Your Records

Bank of America, N.A.
San Antonio, Texas

43-14-37268 09-2005

00164100375 5

ORIGINAL — PICE PURCHASE —

P.O. 10032 — 11/9/2007 — 40,379.20

              PAID CH# 196  20,379.20

              2O,OOO.OO — PRODUCT DELIVERED

2ND — PRE PAY   11/6/01 - $20,080 - CK# 4302447

SM-TS-001210

VENDOR # 161
INVOICE # 11604
INVOICE DATE 11-6-09
DATE POSTED — 101.9610
G/L # 4310*
AMOUNT 29790.74
CHECK # 062410
DATE PAID 11-6-2009

## Bank of America

Notice to Purchaser: In the event this check is lost, misplaced or stolen a written statement and 90-day waiting period will be required prior to requested prior to replacement. This check is valid for 90 days.

Banking
Center
**MIDLAND**

0907364   00905   0043024110

Cashier's Check

Date **NOVEMBER 06, 2009**

No. 4302410

R0-171149
NTX

**FLOR-TEX SHRIMP, LLC**

Remitter (Purchased by)

**TWENTY NINE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND 74 CENTS**

Pay
To
The
Order
Of

**FLORIDA'S MARINE SERVICE & FUEL**

$ **29790.74**

* VOID AFTER 90 DAYS

**Non-Negotiable**

Authorized Signature

Customer Copy
Retain For Your Records

0164\003755

Bank of America, N.A.
San Antonio, Texas

FUEL FOR SHRIMP JUSTIN BOY

BOAT #1

LOT #1 367

FUEL ADVANCE SIR LAWRENCE

BOAT #28

2ND PREPAY

**Bank of America** 🇺🇸

Cashier's Check

No. 4302447

Notice to Purchaser: If the cashier's check is lost, stolen, or destroyed, a report and an indemnity agreement will be required prior to replacement. This check will be replaced within 90 days.

Banking
Center   **REDBREAND**

SP-14144Q
NTX

Date: **NOVEMBER 15, 2005**

**FLOR-TEX SHRIMP LLC**
Remitter (Purchased By)

$ **\*\*20000.00\*\***

0007564  08003    0043302447

Pay**\*\*TWENTY THOUSAND DOLLARS AND 00 CENTS\*\***

To
The         **\*\*FALEN'S MARINE & FUEL\*\***
Order      **\*\*FUEL SIR LAWRENCE\*\***
Of

43-14-3726B 09-2005

Bank of America, N.A.
San Antonio, Texas

**VOID AFTER 90 DAYS**

Authorized Signature

⑂"430244?" ⑊"114000019⑊ 0016100375⑊"

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

SM-TS-001212



Bank of America

Cashier's Check

No. 4555149

Banking Center
NEDERLAND

0007561 00003 004555149

43-14-3726EB  09-2005

Date   DECEMBER 21, 2005

Pay   **FIFTY SIX THOUSAND TWO HUNDRED FIFTY DOLLARS AND 00 CENTS**

To The Order Of
**SUNCOAST RESOURCES**
**JUSTIN BOX**

FIGR-FEE SERIP LLC
Remitter (Purchased By)

$ **56250.00**

3021790
N/A

$

Authorized Signature

VOID AFTER 90 DAYS

Bank of America, N.A.
San Antonio, Texas

⑈4555149⑈ ⑆114000019⑆ 0016410003755⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

SM-TS-001213

*claim #1098582*

OMB No. 1545-0123

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2009 or tax year beginning _____ , ending _____

▶ See separate instructions.

**2009**

**A** Check if:
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
**2** Personal holding co. (attach Sch PH) ☐
**3** Personal service corp. (see instructions) ☐

**Use IRS label. Otherwise, print or type.**

Name
**GULF FINEST INVESTMENT CO**

**B** Employer identification number
_____7530

Number, street, and room or suite no. If a P.O. box, see instructions.
2420 ROBLEY DRIVE

**C** Date incorporated
12/22/2003

City or town    State    ZIP code
LAFAYETTE    LA    70503

**D** Total assets (see instructions)
$    274,245

**4** Schedule M-3 attached ☐    **E** Check if:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☒ Address change

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 472,780 | **b** Less returns and allowances | 88,600 | **c** Bal ▶ | 1c | 384,180 |

| | | | |
|---|---|---|---|
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 292,728 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 91,452 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions—attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 91,452 |

**Deductions** (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) ▶ | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | 25,350 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | |
| 18 | Interest | 18 | 18,125 |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | 14,000 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule) | 26 | 39,293 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 96,768 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -5,316 |
| 29 | **Less:** a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 20) | 29b | |
| | | 29c | 0 |

**Tax, Refundable Credits, and Payments**

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | -5,316 |
| 31 | **Total tax** (Schedule J, line 10) | 31 | |
| 32a | 2008 overpayment credited to 2009 | 32a | |
| b | 2009 estimated tax payments | 32b | |
| c | 2009 refund applied for on Form 4466 | 32c ( ) | d Bal ▶ | 32d | |
| e | Tax deposited with Form 7004 | 32e | |
| f | Credits: (1) Form 2439 | (2) Form 4136 | 32f | 0 | |
| g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | 32g | | 32h | 0 |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | Amount owed. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0 |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 0 |
| 36 | Enter amount from line 35 you want: Credited to 2010 estimated tax ▶    Refunded ▶ | 36 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____    ▶ _____
Signature of officer    Date    Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ | Date 5/24/2010 | Check if self-employed ☒ | Preparer's SSN or PTIN P00799185 |
| Firm's name (or yours if self-employed), address, and ZIP code | TAX ACCOUNTING SERVICE | EIN |
| | 15128 BELLAIRE BLVD | Phone no. (281) 498-0333 |
| | HOUSTON    State TX | ZIP code 77083 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2009)

**EXHIBIT**
**H**

Claim #1098582

Form 1120 (2009)   GULF FINEST INVESTMENT CO                                    7530   Page **2**

## Schedule A — Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year. | **1** | |
| 2 | Purchases | **2** | 247,150 |
| 3 | Cost of labor | **3** | 45,578 |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | Total. Add lines 1 through 5 | **6** | 292,728 |
| 7 | Inventory at end of year | **7** | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | 292,728 |

9a  Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☒ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

  b  Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . ▶ ☐

  d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing

     inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . . ☐ Yes   ☒ No

  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?

     If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

## Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | 0 |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | 0 |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instruct. | 0 |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | 0 |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | 0 |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | 0 |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | 0 |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | 0 |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | 0 |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | 0 |
| 11 | Dividends from affiliated group members | | 100 | 0 |
| 12 | Dividends from certain FSCs | | 100 | 0 |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 . . . . ▶ | 0 | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . . . . . . ▶ | | | 0 |

## Schedule E — Compensation of Officers (see instructions for page 1, line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 0 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return . . . . . . . . . . . . . . | | | | 0 |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 . . . . . . . . . . . . . | | | | 0 |

Form **1120** (2009)

claim #1098582

Form 1120 (2009)  GULF FINEST INVESTMENT CO                                          7530        Page **3**

### Schedule J    Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . . . . . . . ▶ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) . . . . . . . . . . . . . ▶ | **2** | |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . . . . **5a** | | |
| b | Credit from Form 8834 . . . . . . . . . . . . . . . . . . . . . . . . **5b** | | |
| c | General business credit (attach Form 3800) . . . . . . . . . . . . . . . . **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . . . . **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . . . . . . **5e** | | |
| 6 | Total credits. Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0 |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other taxes. Check if from:  ☐ Form 4255  ☐ Form 8611  ☐ Form 8697 | | |
| | ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) . . . . . | **9** | |
| 10 | **Total tax.** Add lines 7 through 9. Enter here and on page 1, line 31 . . . . . . . . . . . . . . . . | **10** | 0 |

### Schedule K    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 114110 | | |
| b | Business activity ▶ COMERCIAL FISHING | | |
| c | Product or service ▶ SEAFOOD | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . . | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . . | | X |
| 5 | At the end of the tax year, did the corporation: | Yes | No |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions . . | | X |
| | If "Yes," complete (i) through (iv). | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **1120** (2009)

claim # 1098582

Form 1120 (2009)    GULF FINEST INVESTMENT CO                                                 7530        Page **4**

| Schedule K | Continued |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . [ ] X

If "Yes," complete (i) through (iv).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | · | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . . . . . .  X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of the corporation's stock entitled to vote or (b) the total value of all classes of the corporation's stock? . . . . . . . . . . .  X

For rules of attribution, see section 318. If "Yes," enter:

(i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____

(c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . ▶ [ ]

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . . . . . . . ▶ [ ]

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ _____ 6,336

**13** Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year.  ▶ $

Form **1120** (2009)

claim #1098582

Form 1120 (2009)   GULF FINEST INVESTMENT CO                                                                    7530   Page **5**

| Schedule L | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . | | 623 | | 1,245 |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts . . . . . . . | ( ) | 0 | ( ) | 0 |
| 3 | Inventories . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . | | | | |
| 6 | Other current assets (attach schedule) . . . . . | | | | |
| 7 | Loans to shareholders . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . | | | | |
| 9 | Other investments (attach schedule) . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . | 350,000 | | 350,000 | |
| b | Less accumulated depreciation . . . . . . | ( 63,000) | 287,000 | ( 77,000) | 273,000 |
| 11a | Depletable assets . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . | ( ) | 0 | ( ) | 0 |
| 12 | Land (net of any amortization) . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . | | | | |
| b | Less accumulated amortization . . . . . . | ( ) | 0 | ( ) | 0 |
| 14 | Other assets (attach schedule) . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . | | 287,623 | | 274,245 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . | | | | |
| 18 | Other current liabilities (attach schedule) . . . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . | | 6,264 | | 13,678 |
| 20 | Mortgages, notes, bonds payable in 1 year or more . | | 291,391 | | 275,915 |
| 21 | Other liabilities (attach schedule) . . . . . . | | | | |
| 22 | Capital stock:   a   Preferred stock . . . . | | | | |
| | b   Common stock . . . . . . . . | 1,000 | 1,000 | 1,000 | 1,000 |
| 23 | Additional paid-in capital . . . . . . . . . | | | | |
| 24 | Retained earnings—Appropriated (attach schedule) . | | | | |
| 25 | Retained earnings—Unappropriated . . . . . . | | ( 11,032) | | ( 16,348) |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock . . . . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . . . | | 287,623 | | 274,245 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return | | | | |
|---|---|---|---|---|---|
| | Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions | | | | |
| 1 | Net income (loss) per books . . . . . . . . | -5,316 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books . . . . . . . . | | | Tax-exempt interest   $ _____ | |
| 3 | Excess of capital losses over capital gains . . . . | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | _____ | 0 |
| | _____ | 0 | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . . . $ _____ | |
| a | Depreciation . . . . . . . $ _____ | | b | Charitable contributions   $ _____ | |
| b | Charitable contributions . . . $ _____ | | | _____ | |
| c | Travel and entertainment . . . $ _____ | | | _____ | 0 |
| | _____ | 0 | 9 | Add lines 7 and 8 . . . . . . . . . | 0 |
| 6 | Add lines 1 through 5 . . . . . . . . . . . | -5,316 | 10 | Income (page 1, line 28)—line 6 less line 9 | -5,316 |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . . | -11,032 | 5 | Distributions:   a   Cash . . . . . | |
| 2 | Net income (loss) per books . . . . . . . . | -5,316 | | b   Stock . . . . . . | |
| 3 | Other increases (itemize): | | | c   Property . . . . . | |
| | _____ | | 6 | Other decreases (itemize): | |
| | _____ | | | _____ | |
| | | 0 | 7 | Add lines 5 and 6 . . . . . . . . | 0 |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . | -16,348 | 8 | Balance at end of year (line 4 less line 7) | -16,348 |

Form **1120** (2009)

claim #1098582

| Form **4562** | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **(Including Information on Listed Property)** ► See separate instructions.    ► Attach to your tax return. | | **2009** Attachment Sequence No. **67** |

| Name(s) shown on return GULF FINEST INVESTMENT CO | Business or activity to which this form relates 1120 - COMERCIAL FISHING | Identifying number 7530 |
|---|---|---|

**Part I    Election To Expense Certain Property Under Section 179**

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | **1** | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 250,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ............ **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562. | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ....... ► **13** | 0 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | **17** | 14,000 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ....................... ► ☐ | | |

**Section B - Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV    Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 ..................... | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** | 14,000 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs ............. **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

(HTA)

Form 4562 (2009)

GULF FINEST INVESTMENT CO

claim # 1098582

7530

## Line 26 (1120) - Other Deductions

| | | | |
|---|---|---|---|
| 1 | Insurance | 1 | 13,525 |
| 2 | Supplies | 2 | 11,247 |
| 3 | Food on board | 3 | 14,521 |
| 4 | Total other deductions | 4 | 39,293 |
| 5 | Total deductions less expenses for offsetting credits | 5 | 39,293 |

claim # 1098582

## Assets by Classification - 1120

12/31/2009    GULF FINEST INVESTMENT CO    7530

| Item No. | Description of Property **** indicates SOLD | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec., 179, Bonus | 2009 Deprec. | 2009 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **7-yr Genl purp tools, mach. equip** | | | | | | | | | | | | | | |
| 1 | BOAT SIR LAWRENC | 4/28/2004 | F-10 | 100.00% | 350,000 | 0 | 0 | 0 | 350,000 | 25 | SL/ADS | HY | 63,000 | 14,000 | 77.00( |
| | Total: 7-yr General purpose tools, machinery, and equip | | | | 350,000 | 0 | 0 | 0 | 350,000 | | | | 63,000 | 14,000 | 77.00( |
| | SubTotals | | | | 350,000 | 0 | 0 | 0 | 350,000 | | | | 63,000 | 14,000 | 77.00( |
| | Less: Assets Sold | | | | 0) | 0) | 0) | 0) | 0) | | | | 0) | 0) | 0 |
| | Ending Totals | | | | 350,000 | 0 | 0 | 0 | 350,000 | | | | 63,000 | 14,000 | 77.00( |

# Detail Report

claim #1098582

12/31/2009    GULF FINEST INVESTMENT CO        7530

## 1120

| Item No. | Description of Property | Date Placed in Service | Asset Code | Bus. Use % | Cost or Other Basis | Less Sec. 179 Deduction | Special Allowance | Salvage Value | Recovery Basis | AMT Type | Recovery Period (years) | Method | Con- vention Code | Prior Accum Deprec., 179, Bonus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 350,000 | 0 | 0 | 0 | 350,000 | | | | | 63,000 |
| 1 | BOAT SIR LAWRENC | 4/26/2004 | F-10 | 100.00% | 350,000 | 0 | 0 | 0 | 350,000 | | 25 | SL/ADS | HY | 63,000 |

claim #1095582

**Detail Report**

**1120**

| Item No. | Description of Property | Date Placed in Service | 14,000 2009 Current Deprec. | 77,000 2009 Accum. Deprec. |
|---|---|---|---|---|
| 1 | BOAT SIR LAWRENC | 4/26/2004 | 14,000 | 77,000 |

Form **1120**

Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**

For calendar year 2007 or tax year beginning _____, ending _____

▶ See separate instructions.

OMB No. 1545-0123

**2007**

**A** Check if:

1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**Use IRS label. Otherwise, print or type.**

Name

GULF FINEST INVESTMENT CO

Number, street, and room or suite no. If a P.O. box, see instructions

3310 DUCHESS PARK LN

City or town                State                ZIP code

FRIENDSWOOD        TX          77546

**B** Employer identification number

7530

**C** Date incorporated

12/22/2003

**D** Total assets (see instructions)

$          301,715

**E** Check if:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| Income | | | | | |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 450,320 | b Less returns and allowances | c Bal ▶ | 1c | 450,320 |
| 2 | Cost of goods sold (Schedule A, line 8) | | | | 2 | 309,210 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | | 3 | 141,110 |
| 4 | Dividends (Schedule C, line 19) | | | | 4 | |
| 5 | Interest | | | | 5 | |
| 6 | Gross rents | | | | 6 | |
| 7 | Gross royalties | | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | | 9 | |
| 10 | Other income (see instructions—attach schedule) | | | | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | | | ▶ | 11 | 141,110 |

| Deductions (See instructions for limitations on deductions.) | | |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | 44,275 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | 2,150 |
| 18 | Interest | 18 | 27,630 |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | 14,000 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule) | 26 | 55,130 |
| 27 | **Total deductions.** Add lines 12 through 26 | ▶ 27 | 143,185 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -2,075 |
| 29 | Less: a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 20) | 29b | | 29c | 0 |

| Tax and Payments | | |
|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | -2,075 |
| 31 | **Total tax** (Schedule J, line 10) | 31 | |
| 32a | 2006 overpayment credited to 2007 | 32a | |
| b | 2007 estimated tax payments | 32b | |
| c | 2007 refund applied for on Form 4466 | 32c ( ) d Bal ▶ 32d | |
| e | Tax deposited with Form 7004 | 32e | |
| f | Credits: (1) Form 2439 | (2) Form 4136 | 32f | 0 | 32g | 0 |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | **Amount owed.** If line 32g is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0 |
| 35 | **Overpayment.** If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 0 |
| 36 | Enter amount from line 35 you want: Credited to 2008 estimated tax ▶ 0 Refunded ▶ | 36 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____   Date 7-15-08   Title XIPRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | Cathy | Date 7/18/2008 | Check if self-employed ☒ | Preparer's SSN or PTIN P00799185 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | TAX & ACCOUNTING SERVICE | | EIN | |
| | 15128 BELLAIRE BLVD | | Phone no. (281) 498-0333 | |
| | HOUSTON | State TX | ZIP code 77083 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

(HTA)

Form **1120** (2007)

**EXHIBIT**

**I**

Form 1120 (2007)     GULF FINEST INVESTMENT CO     7530     Page **2**

### Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 263,105 |
| 3 | Cost of labor | 3 | 46,105 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 309,210 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 309,210 |

9a Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☒ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation.)   ▶ ------------------------------------

   b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

   c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . ▶ ☐

   d If the LIFO inventory method was used for this tax year, enter percentage (or amounts)

     of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . | 9d | |

   e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . ☐ Yes   ☒ No

   f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?

     If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

### Schedule C    Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | 0 |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | 0 |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . . | | see instruct. | 0 |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . | | 42 | 0 |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 48 | 0 |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . | | 70 | 0 |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . | | 80 | 0 |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . | | 100 | 0 |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation . . . . . . . . . | | | 0 |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . | | 100 | 0 |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . | | 100 | 0 |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . | | 100 | 0 |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 . . . . | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . . . . . . . | | | |
| 17 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . . ▶ | 0 | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . . . ▶ | | | 0 |

### Schedule E    Compensation of Officers (see instructions for page 1, line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | % | % | % | 0 |
| | | % | % | % | 0 |
| | | % | % | % | 0 |
| | | % | % | % | 0 |
| | | % | % | % | 0 |
| 2 Total compensation of officers . . . . . . . . . . . . . . . . . . . . . | | | | | 0 |
| 3 Compensation of officers claimed on Schedule A and elsewhere on return . . . . . . . . . | | | | | 0 |
| 4 Subtract line 3 from line 2. Enter the result here and on page 1, line 12 . . . . . . . . . . | | | | | 0 |

Form **1120** (2007)

Form 1120 (2007)  GULF FINEST INVESTMENT CO  ⬛⬛⬛7530  Page **3**

## Schedule J   Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . . . ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) . . . . . . . ▶ ☐ | 2 | |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . | 5a | | |
| b | Credits from Forms 5735 and 8834 . . . . . . . . . | 5b | | |
| c | General business credit. Check applicable box(es): ☐ Form 3800 ☐ Form 5884 ☐ Form 6478 ☐ Form 8835, Section B ☐ Form 8844 ☐ Form 8846 | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . | 5d | | |
| e | Bond credits from: ☐ Form 8860 ☐ Form 8912 . . . . | 5e | | |
| 6 | Total credits. Add lines 5a through 5e . . . . . . . . . . . . . . . . . . | 6 | 0 |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . | 8 | |
| 9 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Form 8902 ☐ Other (attach schedule) | 9 | |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 . . . . . . . . . . | 10 | 0 |

## Schedule K   Other Information (see instructions)

**1** Check accounting method:    a ☒ Cash

   b ☐ Accrual   c ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

a  Business activity code no. ▶ _____ 114110

b  Business activity ▶ COMERCIAL FISHING

c  Product or service ▶ SEAFOOD

**3** At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) . . . . . . . . .  **[No: X]**

If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deduction of such corporation for the tax year ending with or within your tax year.

**4** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . .  **[No: X]**

If "Yes," enter name and EIN of the parent corporation ▶ _____

_____

**5** At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) . . .  **[No: X]**

If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ _____

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . .

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on **Form 851**, Affiliations Schedule, for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of stock of the corporation entitled to vote or **(b)** the total value of all classes of stock of the corporation? . . . . . . . . .  **[No: X]**

If "Yes," enter: **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

c  The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ _____

**13** Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . .  **[No: X]**

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

Form **1120** (2007)

Form 1120 (2007)      GULF FINEST INVESTMENT CO      ▬530     Page **4**

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1  Cash | | 920 | | 715 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | 0 | | 0 |
| 3  Inventories | | | | |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach schedule) | | | | |
| 7  Loans to shareholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 350,000 | | 350,000 | |
| b Less accumulated depreciation | ( 35,000) | 315,000 | ( 49,000) | 301,000 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | 0 | | 0 |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | 0 | ( ) | 0 |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 315,920 | | 301,715 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach schedule) | | | | |
| 19 Loans from shareholders | | 2,616 | | 3,510 |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 317,000 | | 303,976 |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock:  a Preferred stock | | | | |
| b Common stock | 1,000 | 1,000 | 1,000 | 1,000 |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings—Appropriated (attach schedule) | | | | |
| 25 Retained earnings—Unappropriated | | ( 4,696) | | ( 6,771) |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 315,920 | | 301,715 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -2,075 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 Federal income tax per books | | | Tax-exempt interest  $ _____ | |
| 3 Excess of capital losses over capital gains | | | _____ | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | | 0 |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | 0 | 8 | Deductions on this return not charged against book income this year (itemize): | |
| a Depreciation  $ _____ | | | a Depreciation  $ _____ | |
| b Charitable contributions  $ _____ | | | b Charitable contributions  $ _____ | |
| c Travel and entertainment  $ _____ | | | _____ | |
| _____ | | | | 0 |
| | 0 | 9 | Add lines 7 and 8 | 0 |
| 6 Add lines 1 through 5 | -2,075 | 10 | Income (page 1, line 28)—line 6 less line 9 | -2,075 |

## Schedule M-2   Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -4,696 | 5 | Distributions:  a Cash | |
| 2 Net income (loss) per books | -2,075 | | b Stock | |
| 3 Other increases (itemize): | | | c Property | |
| _____ | | 6 | Other decreases (itemize): _____ | |
| _____ | 0 | 7 | Add lines 5 and 6 | 0 |
| 4 Add lines 1, 2, and 3 | -6,771 | 8 | Balance at end of year (line 4 less line 7) | -6,771 |

Form **1120** (2007)

| Form **4562** | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|
| | **(Including Information on Listed Property)** | | 2007 |
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. | ▶ Attach to your tax return. | Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| GULF FINEST INVESTMENT CO | 1120 - COMERCIAL FISHING | 7530 |

**Part I**  **Election To Expense Certain Property Under Section 179**

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | **1** | 125,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 500,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 125,000 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 . . . . . . . ▶ | **13** | 0 |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  **Special Depreciation Allowance and Other Depreciation (Do not** include listed property.**) (See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**  **MACRS Depreciation (Do not** include listed property.**) (See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 | **17** | 14,000 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B - Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary** (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . . . . | **22** | 14,000 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . . . . . . | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.  Form **4562** (2007)

(HTA)

## Line 26 (Form 1120) - Other Deductions

| | | | |
|---|---|---|---:|
| 1 | Food on board | 1 | 14,115 |
| 2 | Insurance | 2 | 22,800 |
| 3 | Supplies | 3 | 18,215 |
| 4 | Total other deductions | 4 | 55,130 |
| 5 | Total deductions less expenses for offsetting credits | 5 | 55,130 |

## Assets by Classification - 1120

12/31/2007    GULF FINEST INVESTMENT CO    7530

| Item No. | Description of Property ***** indicates SOLD | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec. 179 Bonus | 2007 Deprec. | 2007 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **7-yr Genl purp tools, mach, equip** | | | | | | | | | | | | | |
| 1 | BOAT SIR LAWRENC | 4/26/2004 | F-10 | 100.00% | 350,000 | 0 | 0 | 350,000 | 25 | SL/ADS | HY | 35,000 | 14,000 | 49,000 |
| | Total: 7-yr General purpose tools, machinery, and equip | | | | 350,000 | 0 | 0 | 350,000 | | | | 35,000 | 14,000 | 49,000 |
| | SubTotals | | | | 350,000 | 0 | 0 | 350,000 | | | | 35,000 | 14,000 | 49,000 |
| | Less: Assets Sold | | | | 0 | 0 | 0 | 0 | | | | 0 | 0 | 0 |
| | Ending Totals | | | | 350,000 | 0 | 0 | 350,000 | | | | 35,000 | 14,000 | 49,000 |

## TITAN SEAFOOD CO
### WHOLESALE
### FRESH & FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT #  714-873-9900

## INVOICE # 8330

| Invoice Number: | 8330 |
| Date Buy: | 5/30/2007 |
| Boat Name : | SIR LAWRENCE |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 53007 | HOW | 9*12 | 2480 | 39 | 48.82 | 2,392.18 | 2.90 | 6,937.32 |
| 2 | 53008 | HOW | 9*12 | 2471 | 48 | 48.46 | 2,374.54 | 2.90 | 6,886.17 |
| 3 | 53009 | HOW | 9*12 | 2411 | 38 | 47.46 | 2,325.54 | 2.90 | 6,744.07 |
| 4 | 53010 | HOW | 9*12 | 2430 | 29 | 48.02 | 2,352.98 | 2.90 | 6,823.64 |
| 5 | 53011 | HOW | 9*12 | 2458 | 47 | 48.22 | 2,362.78 | 2.90 | 6,852.06 |
| 6 | 53012 | HOW | 9*12 | 2466 | 24 | 48.84 | 2,393.16 | 2.90 | 6,940.16 |
| 7 | 53013 | HOW | 9*12 | 2395 | 41 | 47.08 | 2,306.92 | 2.90 | 6,690.07 |
| 8 | 53014 | HOW | 16/18 | 2495 | 34 | 49.22 | 2,411.78 | 2.15 | 5,185.33 |
| 9 | 53015 | HOW | 16/18 | 2475 | 40 | 48.70 | 2,386.30 | 2.15 | 5,130.55 |
| 10 | 53016 | HOW | 9*12 | 2489 | 41 | 48.96 | 2,399.04 | 2.90 | 6,957.22 |
| 11 | 53017 | HOW | 9*12 | 2485 | 38 | 48.94 | 2,398.06 | 2.90 | 6,954.37 |
| 12 | 53018 | HOW | 13/15 | 2451 | 51 | 48.00 | 2,352.00 | 2.50 | 5,880.00 |
| 13 | 53019 | HOW | 13/15 | 2421 | 45 | 47.52 | 2,328.48 | 2.50 | 5,821.20 |
| 14 | 53020 | HOW | 13/15 | 2200 | 41 | 43.18 | 2,115.82 | 2.50 | 5,289.55 |
| | | | GROSS WEIGHT | 34,127 | | NET WEIGHT | 32,899.58 | | |

| H.O.W. : | HEAD ON WHITE |
| H.O.B. : | HEAD ON BROWN |
| T./ W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

water weight deduction is equal to 2%

| TOTAL: | | 89,091.70 |

ADVANCE
FUEL
PURCHASE  SALT

| GRAND TOTAL | 89,091.70 |


EXHIBIT
J

## TITAN SEAFOOD CO

**WHOLESALE**

**FRESH & FROZEN**

3931 SOUTH M.L.K. Dr.

PORT ARTHUR, TX 77642

TEL.# 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE # 8338

| Invoice Number: | 8338 |
|---|---|
| Date Buy: | 6/18/2007 |
| Boat Name : | LADY KATHLEEN |
| FRESH OR IQF: | FRESH |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6180701 | HOW | 16/18 | 1540 | 39 | 30.02 | 1,470.98 | 2.20 | 3,236.16 |
| 2 | 6180702 | HOW | 19/21 | 1500 | 34 | 29.32 | 1,436.68 | 2.00 | 2,873.36 |
| 3 | 6180703 | HOW | 50/60 | 640 | 49 | 11.82 | 579.18 | 1.05 | 608.14 |
| | | | | | | | | | |
| | | | GROSS WEIGHT | 3,680 | | NET WEIGHT | 3,486.84 | | |

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T./ W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

water weight deduction is equal to 2%

| GRAND TOTAL: | | 6,717.66 |
|---|---|---|

ADVANCE
FUEL
NET AMOUNT

*ck 10175*
*paid in full*

SM-TS-000184

# TITAN SEAFOOD CO

## WHOLESALE
### FRESH & FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE # 8339

| Invoice Number: | 8339 |
|---|---|
| Date Buy: | 7/7/2007 |
| Boat Name : | LADY KATHLEEN |
| FRESH OR IQF: | FRESH |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7070701 | HOW | 16/21 | 2299 | 50 | 44.98 | 2,204.02 | 2.10 | 4,628.44 |
| 2 | 7070702 | HOW | 16/21 | 2266 | 41 | 44.50 | 2,180.50 | 2.10 | 4,579.05 |
| 3 | 7070703 | HOW | 16/21 | 2368 | 37 | 46.62 | 2,284.38 | 2.10 | 4,797.20 |
| 4 | 7070704 | HOW | 16/18 | 2282 | 42 | 44.80 | 2,195.20 | 2.25 | 939.20 |
| 5 | 7070705 | HOW | 16/21 | 2289 | 43 | 44.92 | 2,201.08 | 2.10 | 4,522.27 |
| 6 | 7070706 | HOW | 13/15 | 1522 | 46 | 29.52 | 1,446.48 | 2.60 | 3,760.85 |
| 7 | 7070707 | HOB | 50/60 | 1833 | 47 | 35.72 | 1,750.28 | 1.00 | 1,750.28 |
| | | | GROSS WEIGHT | 14,859 | | NET WEIGHT | 14,261.94 | | |

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T.J W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

water weight deduction is equal to 2%

| GRAND TOTAL: | 29,077.29 |
|---|---|

ADVANCE
FUEL
NET AMOUNT

6 7/7 66
500

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE # 8340

| Invoice Number: | 8340 |
|---|---|
| Date Buy: | 7/7/2007 |
| Boat Name : | SIR LAWRENCE |
| FRESH OR IQF: | |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7070708 | HOW | 13/15 | 2454 | 50 | 48.08 | 2,355.92 | 2.65 | 6,243.19 |
| 2 | 7070709 | HOW | 13/15 | 2535 | 38 | 49.94 | 2,447.06 | 2.65 | 6,484.71 |
| 3 | 7070710 | HOW | 13/15 | 2422 | 54 | 47.36 | 2,320.64 | 2.65 | 6,149.70 |
| 4 | 7070711 | HOW | 13/15 | 2405 | 45 | 47.20 | 2,312.80 | 2.65 | 6,128.92 |
| 5 | 7070712 | HOW | 13/15 | 2301 | 46 | 45.10 | 2,209.90 | 2.65 | 5,856.24 |
| 6 | 7070713 | HOW | 13/15 | 2333 | 39 | 45.88 | 2,248.12 | 2.65 | 5,957.52 |
| 7 | 7070714 | HOW | 13/15 | 2322 | 48 | 45.48 | 2,228.52 | 2.65 | 5,905.58 |
| 8 | 7070715 | HOW | 13/15 | 1408 | 39 | 27.38 | 1,341.62 | 2.65 | 3,555.29 |
| 9 | 7070716 | HOB | 13/15 | 2173 | 39 | 42.68 | 2,091.32 | 2.65 | 5,542.00 |
| 10 | 7070717 | HOW | 9*12 | 2155 | 53 | 42.04 | 2,059.96 | 3.00 | 6,179.88 |
| 11 | 7070718 | HOW | 9*12 | 2104 | 30 | 41.48 | 2,032.52 | 3.00 | 6,097.56 |
| 12 | 7070719 | HOW | 13/15 | 329 | 41 | 5.76 | 282.24 | 2.65 | 747.94 |
| 13 | 7070720 | HOW | 9*12 | 2034 | 58 | 39.52 | 1,936.48 | 3.00 | 5,809.44 |
| 14 | 7070721 | HOW | 13/18 | 2047 | 45 | 40.04 | 1,961.96 | 2.50 | 4,904.90 |
| 15 | 7070722 | HOW | 13/18 | 765 | 36 | 14.58 | 714.42 | 2.50 | 1,786.05 |
| 16 | 7070723 | HOB | 50/60 | 1997 | 54 | 38.86 | 1,904.14 | 1.00 | 1,904.14 |
| 17 | 7070724 | HOB | 50/60 | 2048 | 53 | 39.90 | 1,955.10 | 1.00 | 1,955.10 |
| 18 | 7070725 | HOB | 50/60 | 1277 | 49 | 24.56 | 1,203.44 | 1.00 | 1,203.44 |
| 19 | 7070726 | HOB | 31/35 | 2078 | 49 | 40.58 | 1,988.42 | 1.30 | 2,584.95 |
| 20 | 7070727 | HOB | 31/35 | 2021 | 50 | 39.42 | 1,931.58 | 1.30 | 2,511.05 |
| 21 | 7070728 | HOB | 31/35 | 1971 | 41 | 38.60 | 1,891.40 | 1.30 | 2,458.82 |
| 22 | 7070729 | HOB | 31/35 | 1331 | 37 | 25.88 | 1,268.12 | 1.30 | 1,648.56 |
| | | GROSS WEIGHT | 42,510 | | | NET WEIGHT | 40,685.68 | | |

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T./ W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

water weight deduction is equal to 2%

| TOTAL: | | 91,614.96 |
|---|---|---|

ADVANCE          500
FUEL          -
PURCHASE SALT

| GRAND TOTAL | 91,114.96 |
|---|---|

## *TITAN SEAFOOD CO*

**WHOLESALE**

**FRESH & FROZEN**

3931 SOUTH M.L.K. Dr.

PORT ARTHUR, TX 77642

TEL.# 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE # 8518

| Invoice Number: | 8518 |
|---|---|
| Date Buy: | 7/24/2008 |
| Boat Name : | Sir Lawrence |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | PALLET Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2073 | 39 | 40.68 | 1,993.32 | 3.90 | 7,773.95 |
| 2 | | HOW | 9*12 | 2077 | 34 | 40.86 | 2,002.14 | 3.90 | 7,808.35 |
| 3 | | HOW | 9*12 | 2078 | 33 | 40.90 | 2,004.10 | 3.90 | 7,815.99 |
| 4 | | HOW | 9*12 | 2076 | 38 | 40.76 | 1,997.24 | 3.90 | 7,789.24 |
| 5 | | HOW | 9*12 | 2033 | 43 | 39.80 | 1,950.20 | 3.90 | 7,605.78 |
| 6 | | HOW | 9*12 | 1000 | 42 | 19.16 | 938.84 | 3.90 | 3,661.48 |
| 7 | | HOB | 26/30 | 2396 | 47 | 47.02 | 2,303.98 | 1.85 | 4,262.36 |
| | | GROSS WEIGHT | | 13,735 | | NET WEIGHT | 13,189.82 | | 46,717.14 |

water weight deduction is equal to 2%

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T./ W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

ADVANCE   *pallet salt $240*

*water $500*

**TOTAL**      $   46,717.14

*CK#727 — $10,000*

*742 — $15,000*

*743 — $10,000*

*931 — $50,000*

*749 — $20,000*



**EXHIBIT**

**K**

## TITAN SEAFOOD CO
### WHOLESALE
### FRESH & FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-3001

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE # 8525

| Invoice Number: | 8525 |
|---|---|
| Date Buy: | 8/11/2008 |
| Boat Name : | SIR LAWRENCE |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | PALLET Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2113 | 53 | 41.20 | 2,018.80 | 3.80 | 7,671.44 |
| 2 | | HOW | 9*12 | 2123 | 45 | 41.56 | 2,036.44 | 3.80 | 7,738.47 |
| 3 | | HOW | 9*12 | 2158 | 36 | 42.44 | 2,079.56 | 3.80 | 7,902.33 |
| 4 | | HOW | 9*12 | 2128 | 49 | 41.58 | 2,037.42 | 3.80 | 7,742.20 |
| 5 | | HOW | 9*12 | 2101 | 42 | 41.18 | 2,017.82 | 3.80 | 7,667.72 |
| 6 | | HOW | 9*12 | 1719 | 35 | 33.68 | 1,650.32 | 3.80 | 6,271.22 |
| 7 | | HOW | 9*12 | 698 | 38 | 13.20 | 646.80 | 3.80 | 2,457.84 |
| 8 | | HOB | 13/15 | 2129 | 44 | 41.70 | 2,043.30 | 3.35 | 6,845.06 |
| | | HOB | 13/15 | 1791 | 45 | 34.92 | 1,711.08 | 3.35 | 5,732.12 |
| 9 | | HOB | 16/18 | 1944 | 39 | 38.10 | 1,866.90 | 2.85 | 5,320.67 |
| 10 | | HOB | 16/18 | 1570 | 44 | 30.52 | 1,495.48 | 2.85 | 4,262.12 |
| 11 | | HOB | 26/30 | 2038 | 48 | 39.80 | 1,950.20 | 1.90 | 3,705.38 |
| 12 | | HOB | 26/30 | 1986 | 55 | 38.62 | 1,892.38 | 1.90 | 3,595.52 |
| 13 | | HOB | 36/40 | 2150 | 63 | 41.74 | 2,045.26 | 1.50 | 3,067.89 |
| 14 | | HOB | 36/40 | 2103 | 38 | 41.30 | 2,023.70 | 1.50 | 3,035.55 |
| 15 | | HOB | 36/40 | 2095 | 45 | 41.00 | 2,009.00 | 1.50 | 3,013.50 |
| 16 | | HOB | 36/40 | 2072 | 43 | 40.58 | 1,988.42 | 1.50 | 2,982.63 |
| 17 | | HOB | 36/40 | 878 | 37 | 16.82 | 824.18 | 1.50 | 1,236.27 |
| 18 | | HOB | 36/40 | 2115 | 41 | 41.48 | 2,032.52 | 1.50 | 3,048.78 |
| 19 | | HOB | 16/18 | 58 | 0 | 1.16 | 56.84 | 2.85 | 161.99 |
| | | GROSS WEIGHT | | 35,969 | | NET WEIGHT | 31,512.88 | | 93,458.68 |

water weight deduction is equal to 2%

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T./ W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

ADVANCE
SALT
8/8/2008  CK.# 734
8/8/2009  CK.# 735
8/9/2008  cash

$ 20,000

| TOTAL | $ 93,458.68 |
|---|---|

## TITAN SEAFOOD CO
### WHOLESALE
### FRESH & FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-3001

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

# INVOICE # 8540

| Invoice Number: | 8540 |
|---|---|
| Date Buy: | 8/30/2008 |
| Boat Name : | sir lawrence |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | PALLET Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 26/30 | 804 | 43 | 15.22 | 745.78 | 1.80 | 1,342.40 |
| 2 | | HOB | 9*12 | 312 | 33 | 5.58 | 273.42 | 3.45 | 943.30 |
| 3 | | HOW | 9*12 | 736 | 33 | 14.06 | 688.94 | 3.55 | 2,445.74 |
| 4 | | HOW | 16/18 | 745 | 32 | 14.26 | 698.74 | 2.70 | 1,886.60 |
| 5 | | HOB | 16/18 | 532 | 38 | 9.88 | 484.12 | 2.70 | 1,307.12 |
| | | | GROSS WEIGHT | 3,129 | | NET WEIGHT | 2,891.00 | | 7,925.16 |

water weight deduction is equal to 2%

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T.J W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

ADVANCE  *cash B*  2,800

| TOTAL | $ | 7,925.16 |
|---|---|---|

CK#
CK#

## TITAN SEAFOOD CO

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-3001

VICTOR TRAN, C.E.O.
DIRECT #  714-873-9900

### INVOICE # 8543

| Invoice Number: | 8543 |
|---|---|
| Date Buy: | 9/8/2008 |
| Boat Name : | SIR LAWRENCE |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | PALLET Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 31/35 | 1630 | 49 | 31.62 | 1,549.38 | 1.45 | 2,246.60 |
| 2 | | HOW | 13/15 | 2611 | 42 | 51.38 | 2,517.62 | 3.20 | 8,056.38 |
| 3 | | HOW | 16/18 | 547 | 38 | 10.18 | 498.82 | 2.60 | 1,296.93 |
| | | GROSS WEIGHT | | 4,788 | | NET WEIGHT | 4,565.82 | | 11,599.92 |

water weight deduction is equal to 2%

ADVANCE

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T./ W. : | TAIL WHITE |
| B. / T. : | TAIL BROWN |

## TOTAL      $   11,599.92

CK#
CK#

*TITAN SEAFOOD CO*

**WHOLESALE**

**FRESH & FROZEN**

3931 SOUTH M.L.K. Dr.

PORT ARTHUR, TX 77642

TEL.# 409-983-4334 & FAX.# 409-982-3001

VICTOR TRAN, C.E.O.

DIRECT # 714-873-9900

## INVOICE # 8556

| Invoice Number: | 8556 |
|---|---|
| Date Buy: | 10/8/2008 |
| Boat Name : | Capt. Dalvik |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | PALLET Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 13/15 | 2537 | 54 | 49.66 | 2,433.34 | 2.90 | 7,056.69 |
| 2 | | HOW | 22/25 | 929 | 30 | 17.98 | 881.02 | 1.65 | 1,453.68 |
| 3 | | HOW | 9*13 | 2141 | 62 | 41.58 | 2,037.42 | 3.15 | 6,417.87 |
| 4 | | HOW | 9*13 | 1421 | 41 | 27.60 | 1,352.40 | 3.15 | 4,260.06 |
| 5 | | HOW | 16/18 | 452 | 25 | 8.54 | 418.46 | 2.30 | 962.46 |
| 6 | | HOW | 16/18 | 2145 | 40 | 42.10 | 2,062.90 | 2.40 | 4,950.96 |
| 7 | | HOW | 13/15 | 2058 | 47 | 40.22 | 1,970.78 | 2.90 | 5,715.26 |
| 8 | | HOW | 15/18 | 2041 | 41 | 40.00 | 1,960.00 | 2.70 | 5,292.00 |
| 9 | | HOW | 16/18 | 2251 | 50 | 44.02 | 2,156.98 | 2.40 | 5,176.75 |
| 10 | | HOW | 16/18 | 1952 | 41 | 38.22 | 1,872.78 | 2.40 | 4,494.67 |
| 11 | | HOW | 16/18 | 2015 | 56 | 39.18 | 1,919.82 | 2.40 | 4,607.57 |
| 12 | | HOW | 16/18 | 2145 | 68 | 41.54 | 2,035.46 | 2.30 | 4,681.56 |
| 13 | | HOW | 16/18 | 2100 | 48 | 41.04 | 2,010.96 | 2.30 | 4,625.21 |
| 14 | | HOW | 16/18 | 2145 | 25 | 42.40 | 2,077.60 | 2.40 | 4,986.24 |
| 15 | | HOW | 16/18 | 2145 | 40 | 42.10 | 2,062.90 | 2.40 | 4,950.96 |
| 16 | | HOW | 16/18 | 2245 | 38 | 44.14 | 2,162.86 | 2.30 | 4,974.58 |
| 17 | | HOW | 15/18 | 2011 | 41 | 39.40 | 1,930.60 | 2.70 | 5,212.62 |
| 18 | | HOW | 15/18 | 2055 | 40 | 40.30 | 1,974.70 | 2.70 | 5,331.69 |
| 19 | | HOW | 15/18 | 2144 | 61 | 41.66 | 2,041.34 | 2.70 | 5,511.62 |
| 20 | | HOW | 22/25 | 2033 | 36 | 39.94 | 1,957.06 | 1.65 | 3,229.15 |
| 21 | | HOW | 22/25 | 2014 | 35 | 39.58 | 1,939.42 | 1.75 | 3,393.99 |
| 22 | | HOW | 22/25 | 2089 | 52 | 40.74 | 1,996.26 | 1.65 | 3,293.83 |
| 23 | | HOW | 22/25 | 2278 | 55 | 44.46 | 2,178.54 | 1.75 | 3,812.45 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | GROSS WEIGHT | | 45,346 | | NET WEIGHT | 3,314.36 | | 104,391.85 |

water weight deduction is equal to 2%

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T./ W. : | TAIL WHITE |

ADVANCE                                  $20,000.00

**TOTAL**        $   84,391.85

CK # 1006 — $  510.37

## TITAN SEAFOOD CO

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-3001

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE # 8562

| Invoice Number: | 8562 |
|---|---|
| Date Buy: | 11/8/2008 |
| Boat Name : | lady kathleen |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | PALLET Weight | Water Weight,LB. | Net Weight,LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 13/15 | 2316 | 50 | 45.32 | 2,220.68 | 2.40 | 5,329.63 |
| 2 | | HOW | 13/15 | 2334 | 47 | 45.74 | 2,241.26 | 2.40 | 5,379.02 |
| 3 | | HOW | 13/15 | 2440 | 41 | 47.98 | 2,351.02 | 2.40 | 5,642.45 |
| 4 | | HOW | 13/15 | 2346 | 45 | 46.02 | 2,254.98 | 2.40 | 5,411.95 |
| 5 | | HOW | 13/15 | 1465 | 44 | 28.42 | 1,392.58 | 2.40 | 3,342.19 |
| 7 | | HOW | 21/25 | 2369 | 72 | 45.94 | 2,251.06 | 1.70 | 3,826.80 |
| 8 | | HOW | 21/25 | 2395 | 44 | 47.02 | 2,303.98 | 1.70 | 3,916.77 |
| 9 | | HOW | 22/25 | 2267 | 37 | 44.60 | 2,185.40 | 1.70 | 3,715.18 |
| 10 | | HOW | 22/25 | 2405 | 55 | 47.00 | 2,303.00 | 1.70 | 3,915.10 |
| 11 | | HOW | 26/30 | 2616 | 40 | 51.52 | 2,524.48 | 1.55 | 3,912.94 |
| | | | GROSS WEIGHT | 22,953 | | NET WEIGHT | 22,028.44 | | 44,392.04 |

water weight deduction is equal to 2%

| H.O.W. : HEAD ON WHITE |
|---|
| H.O.B. : HEAD ON BROWN |
| T.W. : TAIL WHITE |

ADVANCE

**TOTAL**   $   44,392.04

SM-TS-000197