**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the Gulf of | ) | MDL No. 2179 |
| Mexico on April 20, 2010 | ) | |
| | ) | SECTION J |
| This Document Relates to: | ) | |
| | ) | JUDGE BARBIER |
| **LOUIS ELIAS** | ) | |
| | ) | MAGISTRATE JUDGE SUSHAN |
| Docket Number(s) | ) | |
| | ) | |
| 2:16-CV-06283-CJB-SS | ) | |
| | ) | |
| Short Form Joinder Number:    53300 | ) | |
| | ) | |

## <u>AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW the below-listed Plaintiff, by and through the undersigned counsel, and hereby files this Amended Notice of Voluntary Dismissal with Prejudice in order to correct the document number listed as the document number of the Short Form Joinder previously filed by Plaintiff Louis Elias.

Pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, Plaintiff hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean, Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH,  and Halliburton  Energy Services, Inc. (if any).  Costs taxed as paid.

**LOUIS ELIAS**                    2:16-CV-06283-CJB-SS

Short Form Joinder number and identifying information:

      2:10-CV-08888                    Short Form Joinder No. 53300

Respectfully submitted  on this 23nd of August, 2016.

      /s/ Martin D. Crump
      Davis & Crump, P. C.
      2601 14th Avenue
      Gulfport, MS 39501
      228-863-6000
      martincrump@daviscrump.com

      ATTORNEY FOR PLAINTIFF