UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## J U D G M E N T

For the reasons stated in the Order & Reasons of August 23, 2016 (Rec. Doc. 21559), partially granting the Motion of the Deepwater Horizon Economic Claims Center ("DHECC") for Return of Payments Made to Claimants from the Vessels SIR LAWRENCE, CAPT T, LADY KATHLEEN and Others,

It is hereby ORDERED, ADJUDGED, and DECREED that:

1. The DHECC claim award in favor of Christine Ho based upon Claim 17948 is hereby RESCINDED and VACATED; and

2. Judgment is entered against Christine Ho, requiring Christine Ho to make restitution to the DHECC in the amount of $405,848.15, plus post-judgment interest, less $101,462.04 repaid to the DHECC as restitution by former counsel for Christine Ho; and

3. Christine Ho shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

4. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves

multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5. IT IS FURTHER ORDERED that the United States marshal shall provide services as may be needed by the DHECC in enforcement of this judgment.

New Orleans, Louisiana, this 23rd day of August, 2016.

_____
United States District Judge