UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This document relates to:<br><br>Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## WISNER'S RESPONSE TO MOTION TO INTERVENE FOR ATTORNEYS FEES

NOW INTO COURT comes Plaintiff Edward Wisner Donation ("Wisner" or "Donation"), through undersigned counsel, and submits this Response to Waltzer, Wiygul & Garside, LLC, ("WWG") Motion to Intervene for Attorney's Fees [Rec. Doc. 14960].

The Donation does not oppose WWG's procedural right to intervene into the above captioned matters. However, the Donation denies that WWG is entitled to any relief, and reserves any and all arguments and defenses as to the substance of whether WWG is entitled to any fees, costs, or any other claim for remuneration. The Donation does request a status conference with the Magistrate to discuss how to proceed with this matter.

1

Respectfully submitted:

S/Soren E. Gisleson
Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
EMail: calvinfayard@fayardlaw.com

Fred Herman (La Bar #6811)
Thomas J. Barbera (La Bar# 18719)
LAW OFFICES OF FRED HERMAN
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7068
Fax: 504 581 7083
Email: fherman@fredhermanlaw.com
tbarbera@fredhermanlaw.com

***Attorneys for the Edward Wisner Donation Trust,
Mayor Mitch Landrieu, Trustee, and the City of
New Orleans, Beneficiary***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to Motion to Intervene has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of August 2016.

S/Soren E. Gisleson