UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-6674 | * | MAG. JUDGE WILKINSON |

**MOTION FOR ORDER LIFTING STAY OF PROCEEDINGS PENDING PARALLEL CRIMINAL INVESTIGATION**

NOW INTO COURT, come Defendants Mikal C. Watts and Watts Guerra LLP (collectively "Defendants"), through undersigned Counsel, which, for the reasons set forth in the attached memorandum in support, respectfully move to Court for an Order lifting the Stay of Proceedings Pending Parallel Criminal Investigation entered on February 26, 2014 (R. Doc. 12426). Defendants further request that a scheduling conference be set pursuant to Federal Rule of Civil Procedure 16.

Counsel for Plaintiffs have been advised of this motion and have indicated they are unable to voice their consent or objection, at the time of this filing, to the relief requested herein.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

BY: /s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
M. PALMER LAMBERT, #33228
2800 Energy Centre

1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Counsel for Mikal C. Watts and Watts Guerra LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Gerald E. Meunier*
GERALD E. MEUNIER, #9471

Service v. CM/ECF System:

S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Phone: (504) 581-7979
Fax: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Phone: (312) 862-2000
Fax: (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
Washington, D.C. 20005
Phone: (202) 879-5000
Fax: (202) 879-5200

Kevin M. Downey
F. Lane Heard III
Margaret A. Keeley
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 662-5985
Fax: (202) 662-6291

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Phone: (312) 876-8000
Fax: (312) 876-7934

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Phone: (281) 366-2000
Fax: (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP

555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999

ATTORNEYS FOR BP EXPLORATION & PRODUCTION, INC.
AND BP AMERICA PRODUCTION COMPANY