UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-6674 | * | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR ORDER LIFTING STAY OF PROCEEDINGS PENDING PARALLEL CRIMINAL INVESTIGATION**

MAY IT PLEASE THE COURT:

Defendants Mikal C. Watts and Watts Guerra LLP (collectively "Defendants"), through undersigned Counsel, respectfully seek both an Order Lifting Stay of Proceedings Pending Parallel Criminal Investigation and an Order setting a Rule 16 status conference in the above-captioned matter. In support of the instant motion, Defendants aver as follows:

1. Following assignment of MDL 2179, and consolidation to this Court of all federal cases, this Court selected a Plaintiffs' Steering Committee to lead the litigation on behalf of all plaintiffs. The Court appointed Mikal Watts to serve on the PSC through three different orders in 2010, 2011 and 2012 respectively.

3. Consequently, Mikal Watts served as a member of the PSC, and eventually, as a member of its trial team focusing on the liability of BP.

4. In March 2012 on the eve of the first trial date, BP reached a preliminary class action settlement valued at in excess of $7.8 billion, wherein it

1

agreed to pay $2.3 billion to fund the Seafood Compensation Program. Of this total, a maximum of $50 million was allocated to Category III claimants (a category in which most, if not all, of Defendants' clients were included). The Court, pursuant to Federal Rule of Civil Procedure (FRCP) 23, ultimately approved this settlement in December 2012 as fair and reasonable.

5. Because cases brought by the United States, several states abutting the Gulf of Mexico and numerous other litigants had not been resolved by the March, 2012 settlement, this Court then scheduled a fault allocation and punitive damages liability trial for February 25, 2013.

6. Less than three weeks before the start of this Court's fault allocation trial, more than 80 agents from the United States Secret Service raided two offices of Defendant Watts Guerra LLP.

7. Although Mikal Watts publicly stated his innocence and continued to prepare for trial against BP, news of the raid leaked to the press and his presence on the trial team became a distraction. After being asked to do so, he reluctantly resigned his position on the PSC in March, 2013.

8. On December 17, 2013, Plaintiffs BP Exploration & Production, Inc. and BP America Production Company ("Plaintiffs") filed suit herein against Defendants, openly using this suit as a vehicle, pursuant to RCP60(b), to ask the Court "to grant BP relief from the judgment by reducing the size of the Seafood Compensation Fund," because BP claimed it was obtained by fraud. BP also filed, along with its Complaint against Defendants here, a Motion for

2

Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program. The Court denied BP's motion for Preliminary Injunction, and following unsuccessful appeals and subsequent motions, BP has since dropped its efforts to impede the payment of Seafood Fund payments to which it originally agreed.

7. Due to the existence of a parallel criminal investigation, Defendants sought, and this Court granted in February 2014, Defendants' Motion to Stay Proceedings Pending Parallel Criminal Investigation.

8. On September 15, 2015, a grand jury in the Southern District of Mississippi returned an indictment against Mikal Watts and six others on 95 felony counts of conspiracy, mail fraud, wire fraud, identity theft and aggravated identity theft. The case was assigned to Hon. Louis Guirola, Chief United States District Judge for the Southern District of Mississippi, assigned Criminal Case No. 1:15CR65-LG-RHW, and originally set for trial on December 7, 2015.

9. Following two continuances opposed by Mikal Watts, Judge Guirola tried the case to a jury beginning on July 18, 2016. Pretrial motions and subsequent motions during trial led to the dismissal of 29 of the 95 counts, leaving 66 counts for the jury to decide.

10. Following a five-week trial, wherein the government put on 78 witnesses and Mikal Watts put on 25 witnesses in his defense, the jury unanimously returned a verdict of "not guilty" on all 66 counts against Mikal Watts, his brother David Watts, and his legal assistant Wynter Lee. The jury also

found two other co-defendants, Hector Eloy Guerra and Thi Hoang a/k/a "Abbie" Nguyen "not guilty" on all counts, while finding Defendants Gregory Warren and Thi Houng a/k/a "Kristy" Le "guilty" on all 66 counts.

11.  After receiving the verdict, Chief Judge Guirola entered judgments of acquittal as to Mikal Watts and others found not guilty, and remanded to the custody of the United States Marshal's Service the two defendants found guilty by the jury, setting their sentencing for November 22, 2016.

12.  Since the criminal proceedings have been resolved in Mikal Watts' favor, Defendants Mikal Watts and Watts Guerra LLP now move this Court to lift its order staying these proceedings, so that the Court may conduct an initial scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Defendants intend to seek a briefing schedule for dismissal motion practice under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

Accordingly, Defendants ask that this Court enter an order lifting its stay of these proceedings and schedule a Rule 16 conference, pursuant to which a briefing schedule may be established for dismissal motions to be filed by Defendants pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

    Respectfully submitted:

    GAINSBURGH, BENJAMIN, DAVID,
    MEUNIER & WARSHAUER, L.L.C.

    BY:   /s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471

4

> M. PALMER LAMBERT, #33228
> 2800 Energy Centre
> 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone:   504/522-2304
> Facsimile:   504/528-9973
> gmeunier@gainsben.com
> plambert@gainsben.com
>
> *Counsel for Mikal C. Watts and Watts Guerra LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

> */s/ Gerald E. Meunier*
> GERALD E. MEUNIER, #9471

<u>Service v. CM/ECF System</u>:

S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Phone: (504) 581-7979
Fax: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654

Phone: (312) 862-2000
Fax: (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
Washington, D.C. 20005
Phone: (202) 879-5000
Fax: (202) 879-5200

Kevin M. Downey
F. Lane Heard III
Margaret A. Keeley
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 662-5985
Fax: (202) 662-6291

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Phone: (312) 876-8000
Fax: (312) 876-7934

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Phone: (281) 366-2000
Fax: (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999

ATTORNEYS FOR BP EXPLORATION & PRODUCTION, INC.
AND BP AMERICA PRODUCTION COMPANY