UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-6674 | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing motion of Defendants for an order lifting the stay of proceedings,

IT IS ORDERED that the stay established by Order of February 26, 2014 (R. Doc. 12426) is hereby VACATED; and

IT IS FURTHER ORDERED that a Rule 16 scheduling conference is hereby set on the ____ day of _____, 2016 at __:__ _.m.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
**Honorable Carl J. Barbier**
United States District Judge