# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| **This Document Relates to:** *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Claimant No. 100216080's Motion for Leave to File Request for Discretionary Court Review (Rec. Doc. 21484), which requests permission to file a request for Discretionary Court Review after the deadline for doing so has passed.

IT IS ORDERED that the Motion for Leave to File Request for Discretionary Court Review (Rec. Doc. 21484) is DENIED.

New Orleans, Louisiana, this 24th day of August, 2016.

_____
United States District Judge

**Note to Clerk:**
**Send notice to the DHECC Appeals Coordinator (AppealsCoordinator@dhecc.com)**