**UNITED STATES DISTRICT OF COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010, | § | |
| | § | JUDGE BARBIER |
| This document relates to: | § | |
| | § | MAG. JUDGE WILKINSON |
| Case Nos. 15-4143, 15-4654 | § | |
| | § | |
| _____ | § | |

## AGREED MOTION TO EXTEND DATE
## FOR FINAL PAYMENT TOWARD AGGREGATE PAYMENT
## DUE UNDER SECOND AMENDED HESI SETTLEMENT AGREEMENT
## (REC. DOC. NO. 15322-1)

Halliburton Company and Halliburton Energy Services, Inc. (collectively "HESI") file this Agreed Motion to Extend Date For Final Payment Toward Aggregate Payment Due Under Second Amended HESI Settlement Agreement (the "HESI Settlement") (Rec. Doc. No. 15322-1), and would show the Court as follows:

Class Counsel for the classes relevant to the HESI Settlement (the Assigned Claims Class and the Punitive Damages Class) and HESI have agreed that the final payment toward the Aggregate Payment due under the HESI Settlement should be altered in two respects:

1.      The amount of the final payment should be increased from $333,333,333.00 to $335,470,000.00, bringing the total amount of the Aggregate Payment due under the HESI Settlement to $1,030,136,667.00; and

2.      The due date for the final payment of $335,470,000.00 should be extended from September 2, 2016, to March 2, 2017.

2812133 v1-24010/0002 PLEADINGS

Based on this agreement, HESI asks that this Court enter the attached order extending the date for payment of the revised final payment toward the Aggregate Payment due under the HESI Settlement, and granting HESI all other and further relief to which it may be entitled.

Respectfully Submitted,

**GODWIN BOWMAN & MARTINEZ PC**

By: _/s/ Donald E. Godwin_
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinLaw.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinLaw.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinLaw.com
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332


and


R. Alan York
State Bar No. 22167500
AYork@GodwinLaw.com
Misty A. Hataway-Coné
State Bar No. 24032277
MCone@GodwinLaw.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY
SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Agreed Motion to Extend Date For Final Payment Toward Aggregate Payment Due Under Second Amended HESI Settlement Agreement (Rec. Doc. No. 15322-1) will be served on all Counsel by electronically uploading the same in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 25th day of August 2016.

*/s/ Donald E. Godwin*