UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This document relates to: Case Nos. 15-4143, 15-4654 | § § § § § | MAG. JUDGE WILKINSON |

## ORDER

The parties to the HESI Punitive Damages and Assigned Claims Settlement Agreement (the "HESI Settlement") (Rec. Doc. No. 15322-1) have notified the Court of their agreement to modify the final payment toward the Aggregate Payment due under the HESI Settlement, and have asked the Court for approval of that modification. Based upon the agreement of the parties, and because it further appears to the Court that this modification will not adversely impact the class, IT IS ORDERED that:

1. The amount of the final payment toward the Aggregate Payment due under the HESI Settlement is increased from $333,333,333.00 to $335,470,000.00, bringing the total amount of the Aggregate Payment to $1,030,136,667.00; and

2. The due date for the final payment of $335,470,000.00 is extended from September 2, 2016, to March 2, 2017.

CARL J. BARBIER
United States District Judge