UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This document relates to:<br><br>Case Nos. 15-4143, 15-4654 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**ORDER**

The parties to the HESI Punitive Damages and Assigned Claims Settlement Agreement (the "HESI Settlement") (Rec. Doc. No. 15322-1) have notified the Court of their agreement to modify the final payment toward the Aggregate Payment due under the HESI Settlement, and have asked the Court for approval of that modification. Based upon the agreement of the parties, and because it further appears to the Court that this modification will not adversely impact the class, IT IS ORDERED that:

1. The amount of the final payment toward the Aggregate Payment due under the HESI Settlement is increased from $333,333,333.00 to $335,470,000.00, bringing the total amount of the Aggregate Payment to $1,030,136,667.00; and

2. The due date for the final payment of $335,470,000.00 is extended from September 2, 2016, to March 2, 2017.

New Orleans, Louisiana this 25th day of August, 2016.

_____
United States District Judge