10 Md 2179

Case 2:11-cv-01258-CJB-JCW Ingram et al v. BP et al



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 24 2016

WILLIAM W. BLEVINS
CLERK

To Whom It May Concern:

The referenced matter has been settled as it applies to Plaintiffs, Allen R. Ingram and Mary Denise O. Ingram. Further I am retired, have no office, secretary or phone etc. Please enter a Voluntary Dismissal on our behalf. I thought the Claims Administrator's staff was going to handle this. Thank you for your anticipated assistance. If needed my home phone is 337-984-0738.

Sincerely,

Allen R. Ingram

TENDERED FOR FILING

AUG 24 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Sunday, August 21, 2016 AOL: ALIATTY

ALLEN R. INGRAM, ESQ.
P. O. BOX 53233
LAFAYETTE, LA 70505-3233

7014 30 3565728

Clerk's Office
UNITED STATES DISTRICT COURT.
Eastern District of Louisiana
New Orleans, LA 70130