UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br><br>Civil Action No. 13-1386 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Eugene I. Davis, as Trustee of the Seahawk Liquidating Trust, the duly authorized successor to Seahawk Drilling, Inc., et al., has filed a Motion for Modification of Confidentiality Order in Civil Action No. 13-1386. Record Doc. No. 21557. Accordingly,

**IT IS ORDERED** that the motion is hereby set for submission on my **September 7, 2016** motion docket. Defendant, BP Exploration & Production, Inc., must file its written opposition, if any, no later than **September 1, 2016**. Thereafter, the motion will be determined on the briefs without oral argument. The Clerk is directed to file this order in the records of both MDL 2179 and C.A. No. 13-1386.

New Orleans, Louisiana, this   25th   day of August, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER