# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf ) | |
| Of Mexico, on April 20, 2010 ) | SECTION J |
| ) | |
| *This Document Relates to*: ) | JUDGE BARBIER |
| ) | |
| **Lenco Finance of Gonzales Inc.** ) | MAGISTRATE JUDGE WILKENSON |
| ) | |
| Docket Number(s) ) | |
| **2:16-cv-06373** ) | |
| ) | |
| Short Form Joinder Number(s) ) | |
| **2:10-cv-8888 Doc: 133776** ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of this Voluntary Dismissal with Prejudice. This Voluntary Dismissal with Prejudice is for all actions, claims, causes of action, and short-form joiners against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case names and docket numbers to be dismissed are:

**Lenco Finance of Gonzales Inc.**
**2:16-cv-06373**

Short Form Joinder number(s) and identifying information:

**2:10-cv-8888 Doc: 133776**

Respectfully submitted this __29th__ day of August, 2016.

**JASON J. JOY & ASSOCIATES, PLLC**

By: /s/ Jason J Joy
Jason J. Joy (Texas Bar No.: 24058932)
jason@jasonjoylaw.com
Colin Wood ((Texas Bar. No.: 24082535)
colin@jasonjoylaw.com
Michael Barcus (Texas Bar. No.: 24097339)
michael@jasonjoylaw.com
Mariko Weaver (Texas Bar. No.: 24100030)
mariko@jasonjoylaw.com
**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File and Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of August, 2016.

                                            /s/ Jason J Joy
                                            Jason J. Joy