UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No. 10-2771 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and served no later than eight days before the noticed submission date. No memorandum in opposition to the Motion for Attorney's Fees and Costs, Record Doc. No. 8145, filed by Doucet-Speer, APLC, and Leake & Anderson, submitted for decision on August 31, 2016 without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit in part,

IT IS ORDERED that the motion is GRANTED IN PART AND DENIED IN PART as follows. The motion is granted, subject to the ongoing, but not yet complete, Third Party Dispute Resolution Process before the Attorney Liens Adjudicator, Judge Jerry A. Brown. Final determination of the validity and amount of the intervenors' claims being permitted to be asserted in this matter is subject to the appointment of and process conducted by the Attorney Liens Adjudicator "over disputes regarding attorney fee liens filed against payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement," if applicable. Record Doc. No. 9209.

Accordingly, this motion is granted in part solely and exclusively for purposes of allowing the moving attorneys to intervene to assert their claims against their former clients, Henry Michael Nunmaker, III, individually and on behalf of Nunmaker Yachts, Inc., GCCF Claim Identification Number 1179830 in underlying Civil Action No. 10-2771, including before the Attorney Liens Adjudicator.  The motion is denied to the extent it seeks an award of attorney's fees and costs at this time.

The Clerk is directed to file a copy of this order in both MDL 2179 and Civil Action No. 10-2771.

New Orleans, Louisiana, this \_\_\_29th\_\_\_ day of August, 2016.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE