UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG     MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010     SECTION "J"

THIS DOCUMENT RELATES TO:     JUDGE BARBIER
    MAG. JUDGE WILKINSON
Civil Action No. 11-3180

## ORDER ON MOTION

    Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and served no later than eight days before the noticed submission date. No memorandum in opposition to the Motion for Leave to File Complaint in Intervention, Record Doc. No. 7972, filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA (the "Intervening Attorneys"), submitted for decision on August 31, 2016 without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

    IT IS ORDERED that the motion is GRANTED, subject to the ongoing, but not yet complete, Third Party Dispute Resolution Process before the Attorney Liens Adjudicator, Judge Jerry A. Brown. Final determination of the validity and amount of the Intervening Attorneys' claims being permitted to be asserted in this matter is subject to the appointment of and process conducted by the Attorney Liens Adjudicator "over disputes regarding attorney fee liens filed against payments to be made by the Claims

Administrator to eligible claimants under the Settlement Agreement," if applicable. Record Doc. No. 9209. Accordingly, this motion is granted solely and exclusively for purposes of allowing the Intervening Attorneys to intervene to assert their claims, including before the Attorney Liens Adjudicator against their former clients, Henry Martin (DWH Claimant ID "CID" 100001069), Linda A. Martin (CID 100057014), Jamie Jo, LLC (CID 100001217), Hank a Doodle, LLC (CID 100025899), H&L Martin, LLC (CID 100001068), Linda and Henry, LLC (CID 100025919) and Stephanie Lynn, LLC (CID 100001355) in the underlying Civil Action No. 11-3180.

The Clerk is directed to file a copy of this order in both MDL 2179 and Civil Action No. 11-3180.

New Orleans, Louisiana, this \_\_\_29th\_\_\_ day of August, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE