UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG            MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010           SECTION "J"

THIS DOCUMENT RELATES TO:                  JUDGE BARBIER
                                           MAG. JUDGE WILKINSON

Civil Action Nos. 13-1971; 14-1525;
10-8888 Doc No. 133248; 10-9999
Doc. No. 401

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:       Waltzer, Wiygul & Garside, LLC's Motion to Intervene for
              Attorney's Fees, Record Doc. No. 14960

O R D E R E D:

 XXX :  GRANTED IN PART AND DENIED IN PART as follows.  Plaintiff Edward Wisner Donation does not oppose the motion to allow its former attorneys to intervene to assert a claim for attorney's fees as a lien against any settlement or judgment in this matter.  The motion is granted in part as follows.

As to Civil Action Nos. 13-1971, 10-8888 and 10-9999, the motion is granted subject to the ongoing, but not yet complete, Third Party Dispute Resolution Process before the Attorney Liens Adjudicator, Judge Jerry A. Brown.  Record Doc. No. 9209. Accordingly, this motion is granted solely and exclusively for purposes of allowing the moving attorneys, Waltzer, Wiygul & Garside, LLC, to intervene to assert their claims against their former client, Edward Wisner Donation, including before the Attorney Liens Adjudicator in underlying Civil Action Nos. 13-1971, 10-8888 and 10-9999.  The motion is denied to the extent it seeks any other relief at the current time in these cases.

As to Civil Action No. 14-1525, the parties have consented to proceed before a United States Magistrate Judge, Record Doc. No. 26, and this action does not appear automatically to be subject to the process before the Attorney Liens Adjudicator. Accordingly, the unopposed motion is granted to allow the intervention.  The motion is denied to the extent it seeks any other relief at the current time in this case.

IT IS FURTHER ORDERED that the Wisner Donation's request for a status conference is granted in Civil Action No. 14-1525.  A conference is set in this case before me on **SEPTEMBER 15, 2016 at 2:30 p.m.**  Counsel for plaintiff and the

intervenor may participate in the conference in person or by telephone by contacting my chambers at 504-589-7630 at the appointed time.

    The Clerk is directed to file a copy of this order in MDL 2179 and Civil Action Nos. 13-1971, 10-8888, 10-9999 and 14-1525.

New Orleans, Louisiana, this __29th__ day of August, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE