UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| No. 12-970, <u>Bon Secour Fisheries, Inc. et al.</u> <u>v. BP Exploration & Production Inc. et al</u>. | |

## ORDER

APPEARANCES:   None (on the briefs)

MOTION:   DHECC's Motion to Examine Judgment Debtor, Record Doc. No. 16034

O R D E R E D:

 XXX : CONTINUED.  At the request of counsel for the Deepwater Horizon Economic Claims Center, Justin Chopin, and upon being advised that counsel for the judgment debtor, who is represented by Ron Austin, has no objection, the motion, currently set for August 31, 2016, is continued to **September 28, 2016 at 11:00 a.m.** before me.

New Orleans, Louisiana, this __30th__ day of August, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE