# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | MAG. JUDGE WILKINSON |

## EX PARTE MOTION TO WITHDRAW AS COUNSEL

COMES NOW the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for Deepwater Horizon Economic Claims Center (the "DHECC") and as grounds would state:

1.  DHECC and movants have terminated their relationship.

2.  DHECC has been made aware of applicable deadlines and applicable pending court appearances.

3.  DHECC will remain in the litigation.

4.  Vernon Nelson, of the Law Office of Vernon Nelson, enrolled as additional counsel of record for DHECC on August 10, 2016 (Rec. Doc. 21444).

5.  Justin M. Chopin, of The Chopin Law Firm, enrolled as additional counsel of record for DHECC on August 10, 2016 (Rec. Doc. 21445).

6.  This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, both individually and on behalf of her respective law firm moves this court for an order allowing them to withdraw as counsel of record

1

for Deepwater Horizon Economic Claims Center.

The names, state bar numbers, mailing addresses, telephone and facsimile numbers and e-mail addresses of counsel to be withdrawn and removed as counsel for DHECC are as follows:

    Laura S. Rahman
    Louisiana Bar No. 24219
    909 Fannin Street, Suite 3300
    Houston, TX 77010
    Telephone: (713) 353-2000
    Facsimile: (713) 785-7780
    Email: laura.rahman@wilsonelser.com

    Lisa M. Africk
    Louisiana Bar No. 26724
    Poydras Center – Suite 2200
    650 Poydras Street
    New Orleans, Louisiana 70130
    Telephone: (504) 702-1710
    Facsimile: (504) 702-1715
    Email: lisa.africk@wilsonelser.com

    Jill S. Willhoft
    Louisiana Bar No. 28990
    Poydras Center – Suite 2200
    650 Poydras Street
    New Orleans, Louisiana 70130
    Telephone: (504) 702-1710
    Facsimile: (504) 702-1715
    Email: jill.willhoft@wilsonelser.com

Respectfully Submitted this 30th day of August, 2016.

    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

    /s/ Laura Rahman_____
    Laura S. Rahman
    Louisiana Bar No. 24219
    909 Fannin Street, Suite 3300
    Houston, TX 77010
    Telephone: (713) 353-2000
    Facsimile: (713) 785-7780
    laura.rahman@wilsonelser.com

3

                                        Lisa M. Africk
                                        Louisiana Bar No. 26724
                                        Jill S. Willhoft
                                        Louisiana Bar No. 28990
                                        Poydras Center – Suite 2005
                                        650 Poydras Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 702-1710
                                        Facsimile: (504) 702-1715
                                        lisa.africk@wilsonelser.com
                                        jill.willhoft@wilsonelser.com

                                        *Attorneys for Deepwater Horizon Economic Claims Center*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th day of August, 2016, a copy of the foregoing **EX PARTE MOTION TO WITHDRAW AS COUNSEL** was filed with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to counsel by operation of the court's electronic system as well as via first class mail and electronic mail to the following:

Vernon Nelson, Esq.
The Law Office of Vernon Nelson
9480 S. Eastern Ave., Suite 244
Las Vegas, NV 89123
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Deepwater Horizon Economic Claims Center*

Justin M. Chopin, Esq.
The Chopin Law Firm, LLC
650 Poydras Street, Suite 2525
New Orleans, LA 70130
Email: Justin@ChopinLawFirm.com
*Attorney for Deepwater Horizon Economic Claims Center*

/s/ Lani Maile_____
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

1042711v.1