UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

CERTIFICATION OF THE DHECC
TO THE COURT'S ORDER OF AUGUST 16, 2016

By Order of August 16, 2016 [Rec. Doc. 21487] ("Order"), the Court instructed the DHECC to serve a copy of the Order (and the motion for return of payments, if not already done so) on the parties targeted in the following Motions for Repayment:

1. Motion for Return of Payments Made to Maxim, LC, Briante Palazaeno and Others [Rec. Doc. 18516].

2. Motion for Return of Payments Made to Martin Formento and Made in Reliance on Financial Data Provided by Claims Preparer William A. Becker Consulting, LLC [Rec. Doc. 21402].

3. Motion for Return of Payments Made to Herminia Medina d/b/a Tin Tin's Oriental Food Store, Lansdon Flooring, Bellasia Nail and Spa Salon, and Made in Reliance on Financial Data Provided by Claim Preparer Raymond G. Flores [Rec. Doc. 21470].

The Court further instructed the DHECC to certify to the Court by August 30, 2016 whether service occurred.

As directed, the DHECC hereby certifies as follows:

As of this date, August 30, 2016, the following parties were served via hand delivery of the Order [Rec. Doc. 21487]:

1) Briante Palazaeno, of Maxim, L.C.

2) Martin Formento, d/b/a Leave it to Beaver Charters

- 2 -

3) Herminia Medina, d/b/a Tin Tin's Oriental Food Store

4) Robert Lansdon, d/b/a Lansdon Flooring

5) Johnny Q. Nguyen, d/b/a Bellasia Nail and Spa Salon, LLC

Each party listed above, prior to having been served with the Order, was in receipt of the DHECC Motion for Return of Payments directed to each respective party.

Counsel for Raymond Flores, Mollere, Flanagan & Landry, LLC (former counsel for Maxim), along with Bernadette Restivo of Restivo and Reilly, LLC (former counsel for Formento) and Patricia Becker of William Becker Consulting, LLC, have accepted service of the Order via electronic mail; and, prior to having been served with the Order, were in receipt of the DHECC Motion for Return of Payments directed to each respective party.

Respectfully submitted,

Patrick A. Juneau,
Claims Administrator

By: __/s/ Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated: August 30, 2016

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the  30th day of  August , 2016.

                                            /s/Kevin Colomb
                                            Counsel