UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | MAG. JUDGE WILKINSON |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Considering the Ex Parte Motion to Withdraw as Counsel filed by Wilson Elser Moskowitz Edelman & Dicker LLP, and for all of the reasons stated therein,

IT IS ORDERED that the Motion is GRANTED and Wilson Elser Moskowitz Edelman & Dicker LLP is WITHDRAWN as counsel for Deepwater Horizon Economic Claims Center.

New Orleans, Louisiana this 31st day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

1