UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) This document relates to: ) *MDL No. 2179 and all cases in Pleading Bundles B(1) and B(3), Nos. 10-01921, 10-04252, 10-03815, 10-03066, 10-01540, 10-01502, 10-4185, 10-4239, 10-4240, 10-4241, 10-4188, and 10-4536* ) ) ) ) ) ) | MDL No. 2179<br><br>Section "J"<br><br>JUDGE BARBIER<br><br>Magistrate No. 1<br>Magistrate Shushan |

## *EX PARTE* MOTION TO WITHDRAW

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP hereby file their Motion for Withdrawal of Counsel, and respectfully move the Court as follows:

1. Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP respectfully move this court to permit the withdrawal of Sandra Franco, formerly of the law firm of Bingham McCutchen and later the law firm of Morgan, Lewis & Bockius, as counsel of record on their behalf and to order the clerk to remove said counsel and law firm from the above-entitled and numbered cases.

2. The withdrawal of counsel in these actions is not sought for the purpose of delay.

WHEREFORE, Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP respectfully request that this Court enter an order granting their motion to withdraw Sandra Franco as counsel of record in the above-entitled and numbered cases.

DATED: August 31, 2016              Respectfully submitted,

/s/ *James J. Dragna*
James J. Dragna
jim.dragna@morganlewis.com

355 South Grand Avenue
MORGAN, LEWIS & BOCKIUS LLP
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 31, 2016.

                                                              _____/s/ *James J. Dragna*_____
                                                                            James J. Dragna