UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

10-md-2179 J(1)

AARON WALLACE
-vs-
BRITISH PETROLUM
ALL PARTIES
AND
THE UNITED STATES
GOVRENMENT,
NPFC



FILED AUG 29 2016
WILLIAM W. BLEVINS
CLERK

CIVIL ACTION

NO. 13-6153

SECTION "J"

JUDGE WILKINSON

(Request Of The Plaintiff To Speak At The Fairness Hearing)

Pertain to Civil Action No. 13-6153, Aaron Wallace v. British Petrolum , All Parties, and The United States Government, and NPFC.

The Defendant(s) have been Unreasonable, unwilling, and intentionaly excluding thus said certain claim, the Plaintiff would like too excercise his right to speak at the fairness heraing.

Aaron Wallace
200 Mason Ct.
Ocean Springs, Ms.,3956
39564
(228-447-5182
Date; Aug. 25, 2016

TENDERED FOR FILING

AUG 29 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

Aaron A. Wallace Sr.
200 Mason Ct.
Ocean Spring, Ms. 39564

GULFPORT MS 395
25 AUG 2016 PM

United States District
Eastern District
of Louisiana
Court Room No. C268
500 Poydras Street
New Orleans, La. 70130
At The Fairness Hearing

7013 0+3873
70130+3873