UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1 and B3* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| Charles A. Boggs | * | CIVIL ACTION NO. 2:16-cv-13476 |
| | * | SFJ No.: 11988 |
| VERSUS | * | SECTION: J |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**MOTION FOR EXEMPTION FROM MANDATORY
ELECTROINIC CASE FILING BY CHARLES A. BOGGS**

WITH RESPECT, NOW COMES, Charles A. Boggs and moves this Honorable Court for exemption from mandatory electronic case filing for the following reasons:

1. Leukemia and recurrent leukemia, followed by a bone marrow transplant, caused the early and unexpected retirement of movant from the active practice of law approximately 11 years ago.

2. Movant, Charles A. Boggs, is sole plaintiff in this matter.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

3. While he is still a current active member of the Mississippi Bar, he is an inactive member of the Louisiana Bar.

4. He is handling no legal matters whatsoever, except this matter which he is handling with his old and dear law partner, Thomas E. Loehn of the firm of Boggs, Loehn and Rodrigue in Metairie, who is co-counsel of record in this case.

5. It is expected that all filings, in the future, will be through the law firm of Boggs, Loehn and Rodrigue, by Thomas E. Loehn and that they will be by the required electronic filing.

6. Movant, in order to assist in the handling of his own case, would like to receive copies of all pleadings and Orders of Court as to be better prepared to assist Mr. Loehn in the prosecution of this case.

7. In a sense, plaintiff is *pro se* and as a *pro se* plaintiff would request that pleadings and orders be mailed to him addressed to his home, which, it is alleged was oiled and where he suffered personal injury as a result of the casualty which is the subject of this litigation.

8. Plaintiff, at his home, does not possess the equipment of a law office.

9. Exempting movant from electronic filing, either *pro se* or as counsel representing himself, will not cause a burden to the parties or the Court, as it is expected that all future filings will be made by Mr. Loehn as stated above. However, it will enhance the efficiency of case handling as movant will receive copies of pleadings and orders, thus enabling more informed contact with and decisions with Mr. Loehn.

10. Movant would very much appreciate the Court's indulgence in this request.

Respectfully submitted,

_____
CHARLES A. BOGGS
630 West Beach Boulevard
Long Beach, Mississippi 39560
Telephone: (228) 806-8228 (mobile)
            (228) 863-6795 (home)
Email address: cboggs8@gmail.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Exemption from Mandatory Electronic Case Filing by Charles A. Boggs has been served upon J. Andrew Langan, P.C., Stephen J. Herman, Esq., and Thomas E. Loehn, Esq., via U.S. mail, postage prepaid and properly addressed, this _____ day of August, 2016.

_____
CHARLES A. BOGGS

**CHARLES A. BOGGS**
630 WEST BEACH BOULEVARD
LONG BEACH, MISSISSIPPI 39560

cboggs3@gmail.com

TELEPHONE (228) 863-6795

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 AUG 31   A 11: 56

WILLIAM W. BLEVINS
CLERK

August 29, 2016

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

      Re:    Charles A. Boggs v. BP Exploration & Production, Inc., et al
              Civil Action No. 2:16-cv-13476; MDL 2179; Section J

Dear Clerk:

      Please file the enclosed Motion for Exemption from Mandatory Electronic Case Filing by Charles A. Boggs.

                                                            Sincerely,

                                                              Charles A. Boggs

CAB/kmm
Enclosure

cc:     (w/enclosure)
        J. Andrew Langan, P.C.
        Stephen J. Herman, Esq.
        Thomas E. Loehn, Esq.