UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1 and B3* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| Charles A. Boggs | * | CIVIL ACTION NO. 2:16-cv-13476 |
| | * | SFJ No.: 11988 |
| VERSUS | * | SECTION: J |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the forgoing Motion for Exemption from Mandatory Electronic Case Filing by Charles A. Boggs, IT IS HEREBY ORDERED that Charles A. Boggs be exempted from the requirement of electronic filing and that pleadings and orders of this Court be mailed to him at the address below.

Charles A. Boggs
630 West Beach Boulevard
Long Beach, MS  39560
Tel:  228-806-8228 (mobile); 228-893-6795 (home)
Email address:  **cboggs8@gmail.com**

New Orleans, Louisiana, this _____ day of _____, 2016.


_____
JUDGE, UNITED STATES DISTRICT