UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Related to: | |
| | JUDGE BARBIER |
| SOVEREIGN BUILDERS GROUP, LTD. | |
| | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s) | |
| 2:16-cv-03875-CJB-SS | |
| Short Form Joinder Number(s) | |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW, the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether punitive or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc., (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

SOVEREIGN BUILDERS GROUP, LTD.                2:16-cv-03875-CJB-SS

Short Form Joinder number(s) and identifying information:

        Respectfully submitted this 1st day of September, 2016.

        /s/ William B. Weatherly
        William B. Weatherly
        Post Office Box 4077
        Gulfport, MS 35902

        ATTORNEY FOR PLAINTIFF(S)