UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW the below-listed Plaintiff, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, and hereby gives notice of the voluntary dismissal of this "litigation" action, against these Defendants, including but not limited to the action(s) and short-form joinder listed below.  Plaintiff originally filed its claim under the BP Oil Spill Class Action Settlement, but out of an abundance of caution, (due to fears their claim may be excluded from the settlement), Plaintiff also filed this lawsuit.  Plaintiff no longer wishes to pursue the litigation, and instead will continue with its claim under the Class Action Settlement.  This dismissal is not intended to, nor should it, prejudice in any way, Claimant's claim under the Class Action Settlement.  Additionally, this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

|   | Case Name(s): | Docket Number(s) and Short Form Joinder Number(s): |
|---|---|---|
| 1 | WILLIAMS FABRICATION, INC. | 2:13-cv-02006-CJB-SS; 2:10-md-02179-CJB-SS Document 2 |

Respectfully submitted,

Sears Crawford, L.L.P.

*/s/ Ross A. Sears, II*
Ross A. Sears, II
Federal ID No. 51896
Texas State Bar No. 17960011
Email:  ross@searscrawford.com
4310 Yoakum Blvd.
Houston, TX  77006
713-223-3333 Telephone
713-223-3331 Facsimile

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing instrument was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 1, 2016.

         /s/ *Ross A. Sears, II*
        ROSS A. SEARS, II