IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
|     **"Deepwater Horizon" in the Gulf** | * | |
|     **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | MAG. JUDGE SHUSHAN |

2:12-01422-CJB-SS, 2:13-cv-01717, 2:13-cv-5367,
2:13-cv-6009, 2:13-cv-6010, 2:13-cv-6651,
2:14-cv-1106, 2:14-cv-1321, 2:14-cv-357,
2:14-cv-358, 2:14-cv-359, 2:16-cv-01857,
2:16-cv-05833, 2:16-cv-05878, 2:16-cv-05882,
2:16-cv-05903, 2:16-cv-05904, 2:16-cv-05931,
2:16-cv-05954, 2:16-cv-05959, 2:16-cv-05970,
2:16-cv-05971, 2:16-cv-06084, 2:16-cv-06216,
2:16-cv-06238, 2:16-cv-06280, 2:16-cv-06303,
2:16-cv-06325, 2:16-cv-06329, 2:16-cv-06333,
2:16-cv-06335, 2:16-cv-06426, 2:16-cv-06437,
2:16-cv-06441, 2:16-cv-06474, 2:16-cv-06475,
2:16-cv-06476, 2:16-cv-06478, 2:16-cv-06518,
2:16-cv-06556, 2:16-cv-06565, 2:16-cv-06585,
2:16-cv-06607, 2:16-cv-06610, 2:16-cv-06611,
2:16-cv-06653, 2:16-cv-06662, 2:16-cv-06678,
2:16-cv-06696, 2:16-cv-06734, 2:16-cv-06809,
2:16-cv-06870, 2:16-cv-06883, 2:16-cv-06946,
2:16-cv-06988, 2:16-cv-07048, 2:16-cv-07136,
2:16-cv-07137, 2:16-cv-07140, 2:16-cv-07359,
2:16-cv-07361, 2:16-cv-09458, 2:16-cv-11716,
2:16-cv-11744

# BCA LAW FIRM PLAINTIFFS MOTION TO REFER CASES TO MEDIATION

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their Motion to Refer Cases to Mediation and would show this Court as Follows:

## I.

After more than six years of litigation Brent Coon and Associates have resolved in excess of 10,000 individual cases stemming from the *Deepwater Horizon* Oil Spill that occurred in April 2010. At this point only a few dozen cases remain that are both still pending in litigation and were not part of the *Deepwater Horizon Economic and Property Damages* Class.

Pursuant to Local Rule 16.3.1 governing Alternative Dispute Resolution, BCA Represented Plaintiffs respectfully request that this Court order formal mediation on all remaining unsettled Brent Coon and Associates. BCA would further recommend that this mediation be part of a larger mediation effort to resolve the few hundred remaining cases that are still active, but with other law firms.

## PRAYER

Wherefore Plaintiff respectfully prays that the Court order the BP and the BCA plaintiffs to mediate all remaining cases and for any further relief to which they may be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**


_____/s/  Brent W. Coon_____
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com
John R. Thomas
Texas Bar No. 19856400
John@bcoonlaw.com
Lori K. Slocum
Texas Bar No. 24048597
Lori.Slocum@bcoonlaw.com
Robert A. Schwartz_____
Texas Bar No. 17869670
Bob.schwartz@bcoonlaw.com
Mary Jacob
Texas Bar No. 24072165
Mary.jacob@bcoonlaw.com
215 Orleans, Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

ATTORNEY FOR PLAINTIFF(S)

## CERTIFICATE OF SERVICE

      I certify that this document has been filed with the Clerk of the Court and served by ECF on September 1, 2016, upon:

      Respectfully submitted,

      /s/ Brent W. Coon

      *Attorney for BCA Clients*

<u>Attorneys for the Defendants</u>:

    Richard C. Godfrey, P.C. J. Andrew
Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North
LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

    Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

    Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth
Street, N.W. Washington, DC 20005
Telephone: 202-879-5000

    Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans,
LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500
    Lafayette, LA 70501
    Telephone: 337-233-3033
    Fax: 337-233-2796

    Elizabeth Joan Cabraser
    LIEFF, CABRASER, HEIMANN & BERNSTEIN
    275 Battery Street - 29th Floor
    San Francisco, CA 94111
    Telephone: 415-956-1000
    Fax: 415-956-1008

    Samuel Issacharoff
    NEW YORK UNIVERSITY SCHOOL OF LAW
    40 Washington Square, S. - Suite 41 1J
    New York, NY 10012
    Telephone: 212-998-6580
    Fax: 212-995-4590