UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action No. 13-1386 | |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Motion of Eugene I. Davis, as Trustee of the Seahawk Liquidating Trust, the duly authorized successor to Seahawk Drilling, Inc., et al., for Modification of Confidentiality Order in Civil Action No. 13-1386, Record Doc. No. 21557

O R D E R E D:

 XXX : GRANTED. Pursuant to my previous order, Record Doc. No. 21576 in MDL 2179, and Record Doc. No. 10 in C.A. No. 13-1386, the deadline for defendant, BP Exploration & Production, Inc, to file written opposition, if any, to the referenced motion Record Doc. No. 21557, was September 1, 2016. Counsel for BP has notified Judge Barbier's office that BP does not intend to file a response to the referenced motion. Accordingly, this motion is deemed to be unopposed and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED. The Clerk is directed to file a copy of this order in both MDL 2179 and Civil Action No. 13-1386.

New Orleans, Louisiana, this ____1st____ day of September, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE