UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO
KEYS MARINE SERVICE AND SALVAGE, INC. AND OTHERS

COMES NOW Claims Administrator Patrick Juneau on behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), seeking to remedy a fraud committed upon the DHECC by claimant Keys Marine Service & Salvage, Inc. ("Keys"). As set forth in the accompanying memorandum, as part of the claim Keys filed with the DHECC Business and Economic Loss ("BEL") program, it submitted profit and loss statements that misrepresent its earnings and shift revenue out of the 2010 compensation period, inflating Keys's award amount. Relying on the misrepresentations, the DHECC paid Keys $569,886.14.

The DHECC seeks a judgment requiring Keys to return all money the DHECC for its claim. All professionals who assisted the claimant and benefitted from these unjustified payments should be similarly required to return any payments received from the claims.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By:  ___/s/ Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated: September 1, 2016

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   1st   day of September, 2016, by electronic mail, on the following:

     Edwin Armistead "Armi" Easterby
     Williams, Kherker, Hart, Boundas, L.L.P.
     8441 Gulf Freeway
     Suite 600
     Houston, TX 77017
     *Attorney for Keys Marine Service & Salvage, Inc.*

        /s/  Kevin Colomb            
     Kevin Colomb