UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the motion by the Claims Administrator to have claimant Keys Marine Service and Salvage, Inc. return the payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for Return of Payments Made to Keys Marine Service and Salvage, Inc., is GRANTED; and

2. The DHECC claim award in favor of Keys Marine Service and Salvage, Inc., based upon Claim 95994 is hereby RESCINDED and VACATED; and

3. Judgment is entered against Keys Marine Service and Salvage, Inc., requiring Keys Marine Service and Salvage, Inc., to make restitution to the DHECC in the amount of $569,886.14, plus post-judgment interest; and

4. Judgment is entered against Williams, Kherker, Hart & Boundas, LLP, jointly and severally with Keys Marine Service and Salvage, Inc., to make restitution to the DHECC in the amount of $113,977.23, plus post-judgment interest but only up to the amounts listed above in the aggregate. In no event shall the total restitution payable to the DHECC exceed $569,886.14; and

5.  IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

6.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

Signed in New Orleans, Louisiana, this _____ day of _____, 2016.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE