KEYSMARINE 03/10/2009 10 05 PM

Form **1120S**

### U.S. Income Tax Return for an S Corporation
▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation
▶ See separate instructions

OMB No 1545-0130

**2008**

Department of the Treasury
Internal Revenue Service

For calendar year 2008 or tax year beginning _____ , ending _____

| | | | |
|---|---|---|---|
| **A** S election effective date **6/10/08** | Use IRS label Other- wise, print or type | **Name** KEYS MARINE SERVICE AND SALVAGE,INC | **D** Employer Identification number |
| **B** Business activity code number (see instructions) **541990** | | **Number street, and room or suite no If a P O box, see instructions** 5550 5TH AVENUE #1 | **E** Date incorporated **6/10/2008** |
| **C** Check if Sch M-3 attached ☐ | | **City or town, state, and ZIP code** KEY WEST      FL 33040 | **F** Total assets (see instructions) $ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☒ Yes ☐ No   If "Yes," attach Form 2553 if not already filed

**H** Check if **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change
  **(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **2**

Caution Include only trade or business income and expenses on lines 1a through 21 See the instructions for more information

**Income**

| | | | | |
|---|---|---|---|---|
| **1a** | Gross receipts or sales | 12,076 | **b** Less returns and allowances _____ **c** Bal ▶ | **1c** 12,076 |
| **2** | Cost of goods sold (Schedule A, line 8) | | | **2** 2,743 |
| **3** | Gross profit Subtract line 2 from line 1c | | | **3** 9,333 |
| **4** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **4** |
| **5** | Other income (loss) (see instructions—attach statement) | | | **5** |
| **6** | **Total income (loss)** Add lines 3 through 5 ▶ | | | **6** 9,333 |

**Deductions (see instructions for limitations)**

| | | | |
|---|---|---|---|
| **7** | Compensation of officers | | **7** |
| **8** | Salaries and wages (less employment credits) | | **8** |
| **9** | Repairs and maintenance | | **9** 4,452 |
| **10** | Bad debts | | **10** |
| **11** | Rents | | **11** 6,800 |
| **12** | Taxes and licenses | | **12** |
| **13** | Interest | | **13** |
| **14** | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | | **14** |
| **15** | Depletion (**Do not deduct oil and gas depletion** ) | | **15** |
| **16** | Advertising | | **16** |
| **17** | Pension, profit-sharing, etc , plans | | **17** |
| **18** | Employee benefit programs | | **18** |
| **19** | Other deductions (attach statement)        See Stmt 1 | | **19** 13,503 |
| **20** | **Total deductions** Add lines 7 through 19 ▶ | | **20** 24,755 |
| **21** | **Ordinary business income (loss)** Subtract line 20 from line 6 | | **21** -15,422 |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| **b** | Tax from Schedule D (Form 1120S) | **22b** | | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) | | | **22c** |
| **23a** | 2008 estimated tax payments and 2007 overpayment credited to 2008 | **23a** | | |
| **b** | Tax deposited with Form 7004 | **23b** | | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| **d** | Add lines 23a through 23c | | | **23d** |
| **24** | Estimated tax penalty (see instructions) Check if Form 2220 is attached ▶ ☐ | | | **24** |
| **25** | **Amount owed** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** |
| **26** | **Overpayment** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** |
| **27** | Enter amount from line 26 Credited to 2009 estimated tax ▶ _____ Refunded ▶ | | | **27** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true correct, and complete Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

Signature of officer _____   Date _____   Title _____

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ Chuck Weitzel CPA | Date 3/10/09 | Check if self-employed ☒ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code | Charles Weitzel | EIN | |
| | | Phone no | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions

Form **1120S** (2008)

DAA

KEYSMARINE 03/10/2009 10 05 PM

| Form 1120S (2008) | **KEYS MARINE SERVICE AND SALVAGE, INC** | | Page 2 |
|---|---|---|---|

**Schedule A     Cost of Goods Sold (see instructions)**

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 106,828 |
| 3 | Cost of labor | 3 | 5,915 |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | **Total. Add lines 1 through 5** | 6 | 112,743 |
| 7 | Inventory at end of year | 7 | 110,000 |
| 8 | **Cost of goods sold** Subtract line 7 from line 6 Enter here and on page 1, line 2 | 8 | 2,743 |

9a Check all methods used for valuing closing inventory     (i)  ☐ Cost as described in Regulations section 1 471-3
(ii) ☒ Lower of cost or market as described in Regulations section 1 471-4
(iii) ☐ Other (Specify method used and attach explanation ) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1 471-2(c)     ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)     ▶
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
inventory computed under LIFO | 9d |
e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?     ☐ Yes  ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?     ☐ Yes  ☒ No
If "Yes," attach explanation

**Schedule B     Other Information (see instructions)** | Yes | No

1 Check accounting method     a ☒ Cash     b ☐ Accrual     c ☐ Other (specify) ▶
2 See the instructions and enter the
a Business activity ▶ **MARINE SERVICE**     b Product or service ▶ **MARINE SERVICE**
3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic
corporation? (For rules of attribution, see section 267(c) ) If "Yes," attach a statement showing **(a)** name and employer
identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a QSub election made?     | | X
4 Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable
transaction?     | | X
5 Check this box if the corporation issued publicly offered debt instruments with original issue discount     ▶ ☐
If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount
Instruments
6 If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an
asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a
C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized
built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior
years     ▶ $
7 Enter the accumulated earnings and profits of the corporation at the end of the tax year     $
8 Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year
less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1     | X |

**Schedule K     Shareholders' Pro Rata Share Items** | | Total amount

| | | | | |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -15,422 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss)  Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends  a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)      Type ▶ | 10 | |

Form **1120S** (2008)

DAA

KEYSMARINE 03/10/2009 10 05 PM

Form 1120S (2008) **KEYS MARINE SERVICE AND SALVAGE, INC** Page 3

| | | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|---|
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures (1) Type ▶  (2) Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e | Other rental credits (see instructions) Type ▶ | 13e | |
| | f | Alcohol and cellulosic biofuels credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U S possession ▶ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Passive category | 14d | |
| | e | General category | 14e | |
| | f | Other (attach statement) | 14f | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | g | Interest expense | 14g | |
| | h | Other | 14h | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i | Passive category | 14i | |
| | j | General category | 14j | |
| | k | Other (attach statement) | 14k | |
| | | Other information | | |
| | l | Total foreign taxes (check one) ▶ ☐ Paid ☐ Accrued | 14l | |
| | m | Reduction in taxes available for credit (attach statement) | 14m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties-gross income | 15d | |
| | e | Oil, gas, and geothermal properties-deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Property distributions | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| **Recon-ciliation** | 18 | Income/loss reconciliation Combine the amounts on lines 1 through 10 in the far right column From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | |

Form **1120S** (2008)

DAA

KEYSMARINE 03/10/2009 10 05 PM

Form 1120S (2008)   **KEYS MARINE SERVICE AND SALVAGE, INC**   [redacted]   Page 4

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | | ( | |
| 3 | Inventories | | | | |
| 4 | U S government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | | ( | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | | ( | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | | ( | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | ( | ) | ( | ) |
| 27 | Total liabilities and shareholders' equity | | | | |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note  Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize) | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize) | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize) | |
| a | Depreciation  $ | | a | Depreciation  $ | |
| b | Travel and entertainment  $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | | 8 | Income (loss) (Schedule K, line 18) Line 4 less line 7 | |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 15,422 | | |
| 5 | Other reductions | ( | | |
| 6 | Combine lines 1 through 5 | -15,422 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year  Subtract line 7 from line 6 | -15,422 | | |

DAA

Form **1120S** (2008)

KEYSMARINE 03/10/2009 10 05 PM

| | Final K-1 | | Amended K-1 | | 671108 |
|---|---|---|---|---|---|
| | | | | | OMB No 1545-0130 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2008**

For calendar year 2008, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

**Part I    Information About the Corporation**

A  Corporation's employer identification number

B  Corporation's name, address, city, state, and ZIP code
   KEYS MARINE SERVICE AND SALVAGE,INC

   5550 5TH AVENUE #1
   KEY WEST          FL 33040

C  IRS Center where corporation filed return
   Ogden, UT  84201

**Part II   Information About the Shareholder**

D  Shareholder's identifying number

E  Shareholder's name, address, city, state, and ZIP code
   STEVEN POWELL

F  Shareholder's percentage of stock
   ownership for tax year                50.000000 %

For IRS Use Only

**Part III   Shareholder's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | -7,711 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

* See attached statement for additional information

For Paperwork Reduction Act Notice, see Instructions for Form 1120S

Schedule K-1 (Form 1120S) 2008

DAA

KEYSMARINE 03/10/2009 10 05 PM

☐ Final K-1   ☐ Amended K-1                671108
                                    OMB No 1545-0130

| Schedule K-1 | **2008** |
|---|---|
| (Form 1120S) | For calendar year 2008, or tax |
| Department of the Treasury | year beginning _____ |
| Internal Revenue Service | ending _____ |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions

**Part I   Information About the Corporation**

A  Corporation's employer identification number

B  Corporation's name, address, city state, and ZIP code
KEYS MARINE SERVICE AND SALVAGE, INC

5550 5TH AVENUE #1
KEY WEST          FL 33040

C  IRS Center where corporation filed return
Ogden, UT  84201

**Part II   Information About the Shareholder**

D  Shareholder's identifying number

E  Shareholder's name, address, city, state, and ZIP code
LETISIA POWELL

F  Shareholder's percentage of stock ownership for tax year          50.000000 %

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −7,711 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | | |

\* See attached statement for additional information

For Paperwork Reduction Act Notice, see Instructions for Form 1120S

Schedule K-1 (Form 1120S) 2008

DAA

KEYSMARINE  KEYS MARINE SERVICE AND SALVAGE,INC                    3/10/2009  10 05 PM
**Federal Statements**
FYE· 12/31/2008

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| OFFICE EXPENSES | $ 7,046 |
| UTILITIES | 1,478 |
| INSURANCE | 4,979 |
| Total | $ 13,503 |



1

KEYSMARINE 03/14/2010 3 20 PM

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation
▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation
▶ See separate instructions

OMB No 1545-0130

**2009**

For calendar year 2009 or tax year beginning _____ , ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>06/10/08 | Use<br>IRS<br>label.<br>Other-<br>wise,<br>print or<br>type | **Name**<br>KEYS MARINE SERVICE AND SALVAGE,INC | **D** Employer identification number | |
| **B** Business activity code<br>number (see instructions)<br>541990 | | **Number, street, and room or suite no  If a P O  box, see instructions**<br>5550 5TH AVENUE #1 | **E** Date incorporated<br>06/10/2008 | |
| **C** Check if Sch M-3<br>attached ☐ | | **City or town, state, and ZIP code**<br>KEY WEST            FL 33040 | **F** Total assets (see instructions)<br>$ | |

**G** Is the corporation electing to be an S corporation beginning with this tax year?     ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if **(1)** ☐ Final return  **(2)** ☐ Name change **(3)** ☐ Address change
 **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year     ▶    2

**Caution** Include **only** trade or business income and expenses on lines 1a through 21  See the instructions for more information

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 108,813 | **b** Less returns and allowances | **c** Bal ▶ | **1c** | 108,813 |
| 2 | Cost of goods sold (Schedule A, line 8) | | | **2** | 62,142 |
| 3 | Gross profit  Subtract line 2 from line 1c | | | **3** | 46,671 |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **4** | |
| 5 | Other income (loss) (see instructions—attach statement) | | | **5** | |
| 6 | **Total income (loss)**  Add lines 3 through 5 | | ▶ | **6** | 46,671 |

### Deductions (see instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 7 | Compensation of officers | | **7** | |
| 8 | Salaries and wages (less employment credits) | | **8** | |
| 9 | Repairs and maintenance | | **9** | 3,459 |
| 10 | Bad debts | | **10** | |
| 11 | Rents | | **11** | 17,361 |
| 12 | Taxes and licenses | | **12** | |
| 13 | Interest | | **13** | |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | | **14** | |
| 15 | Depletion (**Do not deduct oil and gas depletion** ) | | **15** | |
| 16 | Advertising | | **16** | 4,052 |
| 17 | Pension, profit-sharing, etc , plans | | **17** | |
| 18 | Employee benefit programs | | **18** | |
| 19 | Other deductions (attach statement)     See Stmt 1 | | **19** | 29,001 |
| 20 | **Total deductions**  Add lines 7 through 19 | ▶ | **20** | 53,873 |
| 21 | **Ordinary business income (loss)**  Subtract line 20 from line 6 | | **21** | -7,202 |

### Tax and Payments

| | | | | | |
|---|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | | |
| b | Tax from Schedule D (Form 1120S) | **22b** | | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | **22c** | |
| 23a | 2009 estimated tax payments and 2008 overpayment credited to 2009 | **23a** | | | |
| b | Tax deposited with Form 7004 | **23b** | | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | | |
| d | Add lines 23a through 23c | | | **23d** | |
| 24 | Estimated tax penalty (see instructions)  Check if Form 2220 is attached | ▶ ☐ | | **24** | |
| 25 | **Amount owed**  If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** | |
| 26 | **Overpayment**  If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** | |
| 27 | Enter amount from line 26 Credited to 2010 estimated tax ▶ | Refunded ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements,
and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than taxpayer)
is based on all information of which preparer has any knowledge

May the IRS discuss this return with the preparer
shown below (see instructions)?  ☒ Yes  ☐ No

Signature of officer     Date     Title

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's<br>signature ▶ | *Charles Weitzel CPA*<br>Charles Weitzel | Date<br>03/14/10 | Check if self-<br>employed ☒ | Preparer's SSN or PTIN |
| Firm's name (or<br>yours if self-employed),<br>address, and ZIP code ▶ | | EIN | |
| | | Phone no | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Form **1120S** (2009)

DAA

KEYSMARINE 03/14/2010 3 20 PM

Form 1120S (2009)  **KEYS MARINE SERVICE AND SALVAGE, INC** ▮▮▮▮▮▮▮▮ Page 2

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 110,000 |
| 2 | Purchases | 2 | 202,142 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | **Total** Add lines 1 through 5 | 6 | 312,142 |
| 7 | Inventory at end of year | 7 | 250,000 |
| 8 | **Cost of goods sold** Subtract line 7 from line 6  Enter here and on page 1, line 2 | 8 | 62,142 |

9a Check all methods used for valuing closing inventory     (i) ☐ Cost as described in Regulations section 1 471-3

    (ii) ☒ Lower of cost or market as described in Regulations section 1 471-4

    (iii) ☐ Other (Specify method used and attach explanation ) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1 471-2(c)     ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)     ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
inventory computed under LIFO       9d

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?     ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?     ☐ Yes ☒ No
If "Yes," attach explanation

## Schedule B    Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the   a Business activity ▶ **MARINE SERVICE**   b Product or service ▶ **MARINE SERVICE** | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c) )  If "Yes," attach a statement showing  **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount   ▶ ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments | | |
| 6 | If the corporation  **(a)** was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years   ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year   $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | | Total amount |
|---|---|---|---|---|---:|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | | 1 | -7,202 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss)  Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income | | 4 | |
| | 5 | Dividends   a Ordinary dividends | | 5a | |
| | |        b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions)     Type ▶ | | 10 | |

Form **1120S** (2009)

DAA

KEYSMARINE 03/14/2010 3 20 PM

Form 1120S (2009)   **KEYS MARINE SERVICE AND SALVAGE, INC** ▇▇▇▇▇▇▇   Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11  Section 179 deduction (attach Form 4562) | 11 | |
| | 12a  Contributions | 12a | |
| | b  Investment interest expense | 12b | |
| | c  Section 59(e)(2) expenditures   (1) Type ▶ _____   (2) Amount ▶ | 12c(2) | |
| | d  Other deductions (see instructions)   Type ▶ | 12d | |
| **Credits** | 13a  Low-income housing credit (section 42(j)(5)) | 13a | |
| | b  Low-income housing credit (other) | 13b | |
| | c  Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d  Other rental real estate credits (see instructions)   Type ▶ | 13d | |
| | e  Other rental credits (see instructions)   Type ▶ | 13e | |
| | f  Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | 13f | |
| | g  Other credits (see instructions)   Type ▶ | 13g | |
| **Foreign Transactions** | 14a  Name of country or U S  possession ▶ | | |
| | b  Gross income from all sources | 14b | |
| | c  Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d  Passive category | 14d | |
| | e  General category | 14e | |
| | f  Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g  Interest expense | 14g | |
| | h  Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i  Passive category | 14i | |
| | j  General category | 14j | |
| | k  Other (attach statement) | 14k | |
| | Other information | | |
| | l  Total foreign taxes (check one) ▶ ☐ Paid  ☐ Accrued | 14l | |
| | m  Reduction in taxes available for credit (attach statement) | 14m | |
| | n  Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a  Post-1986 depreciation adjustment | 15a | |
| | b  Adjusted gain or loss | 15b | |
| | c  Depletion (other than oil and gas) | 15c | |
| | d  Oil, gas, and geothermal properties—gross income | 15d | |
| | e  Oil, gas, and geothermal properties—deductions | 15e | |
| | f  Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a  Tax-exempt interest income | 16a | |
| | b  Other tax-exempt income | 16b | |
| | c  Nondeductible expenses | 16c | 2,239 |
| | d  Property distributions | 16d | |
| | e  Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a  Investment income | 17a | |
| | b  Investment expenses | 17b | |
| | c  Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d  Other items and amounts (attach statement) | | |
| **Reconciliation** | 18  **Income/loss reconciliation**  Combine the amounts on lines 1 through 10 in the far right column  From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | |

Form **1120S** (2009)

DAA

KEYSMARINE 03/14/2010 3 20 PM

Form 112uS (2009)   **KEYS MARINE SERVICE AND SALVAGE, INC** ▮▮▮▮▮▮   Page 4

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U S government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | | | |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize) | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize) | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize) | |
| a | Depreciation  $ | | a | Depreciation  $ | |
| b | Travel and entertainment  $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | | 8 | Income (loss) (Schedule K, line 18) Line 4 less line 7 | |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -15,422 | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 7,202) | | |
| 5 | Other reductions   Stmt 2 | ( 2,239) | | |
| 6 | Combine lines 1 through 5 | -24,863 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year   Subtract line 7 from line 6 | -24,863 | | |

DAA

Form **1120S** (2009)

KEYSMARINE 03/14/2010 3 20 PM

**671109**

| Final K-1 ☐ | Amended K-1 ☐ |
| --- | --- |

OMB No 1545-0130

| Schedule K-1<br>(Form 1120S)<br>Department of the Treasury<br>Internal Revenue Service | **2009**<br>For calendar year 2009, or tax<br>year beginning _____<br>ending _____ |
| --- | --- |

**Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss)<br>-3,601 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16<br>C* | Items affecting shareholder basis<br>1,120 |
| 12 | Other deductions | | |
| | | 17 | Other information |

**Shareholder's Share of Income, Deductions, Credits, etc.**  ▶ See back of form and separate instructions

**Part I  Information About the Corporation**

A  Corporation's employer identification number

B  Corporation's name, address, city, state, and ZIP code
KEYS MARINE SERVICE AND SALVAGE, INC

5550 5TH AVENUE #1
KEY WEST          FL  33040

C  IRS Center where corporation filed return
Ogden, UT  84201

**Part II  Information About the Shareholder**

D  Shareholder's identifying number

E  Shareholder's name, address, city, state, and ZIP code
STEVEN POWELL

F  Shareholder's percentage of stock
ownership for tax year          50.000000 %

For IRS Use Only

* See attached statement for additional information

For Paperwork Reduction Act Notice, see Instructions for Form 1120S

Schedule K-1 (Form 1120S) 2009

DAA

KEYSMARINE 03/14/2010 3 20 PM

671109

| | ☐ Final K-1 | ☐ Amended K-1 | | OMB No 1545-0130 |

**Schedule K-1** **2009**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate Instructions

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code
KEYS MARINE SERVICE AND SALVAGE, INC

5550 5TH AVENUE #1
KEY WEST          FL 33040

**C** IRS Center where corporation filed return
Ogden, UT 84201

| Part II | Information About the Shareholder |

**D** Shareholder's identifying number
[redacted]

**E** Shareholder's name, address, city, state, and ZIP code
LETISIA POWELL
[redacted]

**F** Shareholder's percentage of stock
ownership for tax year          **50.000000 %**

[barcode image]

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −3,601 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) Items |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis 1,119 |
| 12 | Other deductions | | |
| | | 17 | Other Information |

* See attached statement for additional information

DAA

KEYSMARINE  KEYS MARINE SERVICE AND SALVAGE,INC                    3/14/2010  3:20 PM

███████

**Federal Statements**

FYE. 12/31/2009

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| OFFICE EXPENSES | $      16,561 |
| UTILITIES | 7,762 |
| INSURANCE | 1,564 |
| FREIGHT | 875 |
| 50% of Meals & Entertainment | 2,239 |
| Total | $      29,001 |



1

KEYSMARINE  KEYS MARINE SERVICE AND SALVAGE,INC          3/14/2010  3 20 PM
**Federal Statements**

FYE 12/31/2009

### Statement 2 - Form 1120S, Page 4, Schedule M-2, Line 5(a) - Other Reductions

| Description | | Amount |
|---|---|---|
| Disallowed Entertainment Exp | $ | 2,239 |
| Total | $ | 2,239 |



KEYSMARINE  KEYS MARINE SERVICE AND SALVAGE, INC

**Federal Statements**

FYE: 12/31/2009

**STEVEN POWELL**

3/14/2010  3 19 PM

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Page 1 Meals/Entertainment | $ 1,120 |
| Total | $ 1,120 |



KEYSMARINE  KEYS MARINE SERVICE AND SALVAGE,INC          3/14/2010  3 19 PM
**Federal Statements**
FYE  12/31/2009                              **LETISIA POWELL**

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| Page 1 Meals/Entertainment | $ 1,119 |
| Total | $ 1,119 |



1105415

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation
▶ See separate instructions

OMB No 1545-0130

**2010**

For calendar year 2010 or tax year beginning _____ , ending _____

| | | | |
|---|---|---|---|
| **A** S election effective date 06/10/08 | Use IRS label Otherwise, print or type | **Name** KEYS MARINE SERVICE AND SALVAGE, INC | **D** Employer identification number |
| **B** Business activity code number (see instructions) 541990 | | Number, street, and room or suite no If a P O box, see instructions 5550 5TH AVENUE #1 | **E** Date incorporated 06/10/2008 |
| **C** Check if Sch M-3 attached ☐ | | City or town, state and ZIP code KEY WEST      FL 33040 | **F** Total assets (see instructions) $ 0 |

**G** Is the corporation electing to be an S corporation beginning with this tax year?   ☐ Yes   ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if   (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change
(4) ☐ Amended return   (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year   ▶  2

**Caution** Include only trade or business income and expenses on lines 1a through 21 See the instructions for more information

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales 493,882 | **b** Less returns and allowances | **c** Bal ▶ | **1c** | 493,882 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | **2** | 423,637 |
| | 3 | Gross profit Subtract line 2 from line 1c | | **3** | 70,245 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **4** | |
| | 5 | Other income (loss) (see instructions – attach statement) | | **5** | |
| | 6 | **Total income (loss)** Add lines 3 through 5 | ▶ | **6** | 70,245 |

| | | | | |
|---|---|---|---|---|
| **Deductions** (see instructions for limitations) | 7 | Compensation of officers | **7** | |
| | 8 | Salaries and wages (less employment credits) | **8** | |
| | 9 | Repairs and maintenance | **9** | 3,571 |
| | 10 | Bad debts | **10** | |
| | 11 | Rents | **11** | 24,600 |
| | 12 | Taxes and licenses | **12** | |
| | 13 | Interest | **13** | |
| | 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | **14** | |
| | 15 | Depletion **(Do not deduct oil and gas depletion )** | **15** | |
| | 16 | Advertising | **16** | 4,751 |
| | 17 | Pension, profit-sharing, etc , plans | **17** | |
| | 18 | Employee benefit programs | **18** | |
| | 19 | Other deductions (attach statement)      See Stmt 1 | **19** | 28,044 |
| | 20 | **Total deductions.** Add lines 7 through 19 | ▶ **20** | 60,966 |
| | 21 | **Ordinary business income (loss)** Subtract line 20 from line 6 | **21** | 9,279 |

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Payments** | 22a | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** | Tax from Schedule D (Form 1120S) | **22b** | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | 23a | 2010 estimated tax payments and 2009 overpayment credited to 2010 | **23a** | | |
| | **b** | Tax deposited with Form 7004 | **23b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** | Add lines 23a through 23c | | **23d** | |
| | 24 | Estimated tax penalty (see instructions)  Check if Form 2220 is attached | ▶ ☐ | **24** | |
| | 25 | **Amount owed** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | 27 | Enter amount from line 26 Credited to 2011 estimated tax ▶ | Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes   ☐ No

Signature of officer _____ Date _____ Title _____

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer's Use Only** | Print/Type preparer's name Charles Weitzel CPA | Preparer's signature Charles Weitzel CPA | Date 02/22/11 | Check ☒ if self-employed | PTIN |
| | Firm's name   ▶ Charles Weitzel | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2010)

OAA

Form 1120S (2010)   **KEYS MARINE SERVICE AND SALVAGE, INC** ▉▉▉▉▉   Page **2**

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 250,000 |
| 2 | Purchases | 2 | 243,434 |
| 3 | Cost of labor | 3 | 33,093 |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 526,527 |
| 7 | Inventory at end of year | 7 | 102,890 |
| 8 | **Cost of goods sold** Subtract line 7 from line 6  Enter here and on page 1, line 2 | 8 | 423,637 |

9a  Check all methods used for valuing closing inventory    (i) ☐ Cost as described in Regulations section 1 471-3
   (ii) ☒ Lower of cost or market as described in Regulations section 1 471-4
   (iii) ☐ Other (Specify method used and attach explanation ) ▶

b  Check if there was a writedown of subnormal goods as described in Regulations section 1 471-2(c)  ▶ ☐
c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)  ▶ ☐
d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing
   inventory computed under LIFO  | 9d | |
e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?  ☐ Yes  ☒ No
f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?  ☐ Yes  ☒ No
   If "Yes," attach explanation

## Schedule B    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method    a ☒ Cash    b ☐ Accrual    c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the a Business activity ▶ **MARINE SERVICE**    b Product or service ▶ **MARINE SERVICE** | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c) )  If "Yes," attach a statement showing **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a qualified subchapter S subsidiary election made? | | X |
| 4 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount  ▶ ☐  If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments | | |
| 6 | If the corporation  **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions)  ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year  $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |
| 9 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 9,279 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss)  Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends  a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)              Type ▶ | 10 | |

Form **1120S** (2010)

DAA

Form 1120S (2010)   **KEYS MARINE SERVICE AND SALVAGE, INC**                    Page 3

| | | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|---|
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures   (1) Type ▶                     (2) Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions)              Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d | Other rental real estate credits (see instructions)        Type ▶ | 13d | |
| | e | Other rental credits (see instructions)              Type ▶ | 13e | |
| | f | Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)              Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U S  possession ▶ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Passive category | 14d | |
| | e | General category | 14e | |
| | f | Other (attach statement) | 14f | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | g | Interest expense | 14g | |
| | h | Other | 14h | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i | Passive category | 14i | |
| | j | General category | 14j | |
| | k | Other (attach statement) | 14k | |
| | | Other information | | |
| | l | Total foreign taxes (check one) ▶  ☐ Paid   ☐ Accrued | 14l | |
| | m | Reduction in taxes available for credit (attach statement) | 14m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 3,992 |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| **Recon-ciliation** | 18 | **Income/loss reconciliation**  Combine the amounts on lines 1 through 10 in the far right column  From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 9,279 |

DAA

Form 1120S (2010)   **KEYS MARINE SERVICE AND SALVAGE,INC**   ███████   Page **4**

## Schedule L     Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U S government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | 0 | 0 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | 0 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( | ) | ( ) |
| 27 | Total liabilities and shareholders' equity | | 0 | | 0 |

## Schedule M-1     Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more – see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 5,287 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize) | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize) | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize) | |
| a | Depreciation  $ | | a | Depreciation this year (itemize) | |
| b | Travel and entertainment  $  3,992 | 3,992 | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 9,279 | 8 | Income (loss) (Schedule K, line 18) Line 4 less line 7 | 9,279 |

## Schedule M-2     Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -24,863 | | |
| 2 | Ordinary income from page 1, line 21 | 9,279 | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( ) | | |
| 5 | Other reductions            Stmt 2 | ( 3,992 ) | ( ) | |
| 6 | Combine lines 1 through 5 | -19,576 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year  Subtract line 7 from line 6 | -19,576 | | |

DAA

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2010**

For calendar year 2010, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**   ▸ See back of form and separate instructions

**Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 4,640 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis  C*  1,996 | |
| 17 | Other information | |

**Part I   Information About the Corporation**

A  Corporation's employer identification number
▮▮▮▮▮▮

B  Corporation's name, address, city, state, and ZIP code
KEYS MARINE SERVICE AND SALVAGE, INC
5550 5TH AVENUE #1
KEY WEST          FL 33040

C  IRS Center where corporation filed return
Ogden, UT  84201

**Part II   Information About the Shareholder**

D  Shareholder's identifying number
▮▮▮▮▮▮

E  Shareholder's name, address, city, state, and ZIP code
STEVEN POWELL
▮▮▮▮▮▮▮▮▮▮▮▮

F  Shareholder's percentage of stock
ownership for tax year          50.000000 %

For IRS Use Only

\* See attached statement for additional information

For Paperwork Reduction Act Notice, see Instructions for Form 1120S

Schedule K-1 (Form 1120S) 2010

DAA

KEYSMARINE 02/22/2011 5:46 AM

11 0751415

OMB No 1545-0130

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2010**

For calendar year 2010, or tax
year beginning _____
ending _____

☐ Final K-1    ☐ Amended K-1

**Shareholder's Share of Income, Deductions, Credits, etc.**  ▶ See back of form and separate instructions

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 Ordinary business income (loss) | 4,639 | 13 Credits |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | |
| 4 Interest income | | |
| 5a Ordinary dividends | | |
| 5b Qualified dividends | | 14 Foreign transactions |
| 6 Royalties | | |
| 7 Net short-term capital gain (loss) | | |
| 8a Net long-term capital gain (loss) | | |
| 8b Collectibles (28%) gain (loss) | | |
| 8c Unrecaptured section 1250 gain | | |
| 9 Net section 1231 gain (loss) | | |
| 10 Other income (loss) | | 15 Alternative minimum tax (AMT) items |
| 11 Section 179 deduction | | 16 Items affecting shareholder basis |
| | | C* 1,996 |
| 12 Other deductions | | |
| | | 17 Other information |

**Part I   Information About the Corporation**

A  Corporation's employer identification number
▮▮▮▮▮▮▮▮▮▮

B  Corporation's name, address, city, state, and ZIP code
KEYS MARINE SERVICE AND SALVAGE,INC

5550 5TH AVENUE #1
KEY WEST          FL 33040

C  IRS Center where corporation filed return
Ogden, UT  84201

**Part II   Information About the Shareholder**

D  Shareholder's identifying number
▮▮▮▮▮▮▮▮

E  Shareholder's name, address, city, state, and ZIP code
LETISIA POWELL
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

F  Shareholder's percentage of stock
ownership for tax year          50.000000 %

For IRS Use Only

* See attached statement for additional information

For Paperwork Reduction Act Notice, see Instructions for Form 1120S

Schedule K-1 (Form 1120S) 2010

DAA

KEYSMARINE - KEYS MARINE SERVICE AND SALVAGE INC

**Federal Statements**

2/22/2011  9:46 AM

**1 1 0 5 4 1 5**

FYE 12/31/2010

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| OFFICE EXPENSES | $ 9,287 |
| UTILITIES | 3,178 |
| INSURANCE | 2,814 |
| FREIGHT | 1,512 |
| TOOLS | 2,923 |
| TELEPHONE | 4,337 |
| 50% of Meals & Entertainment | 3,993 |
| Total | $ 28,044 |