| | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 |
|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | $0 | $0 |
| | | | | | | | | |
| Insurance | | | | | | | 1500 | 695.8 |
| Office Expense | | | | | | | 3200 | 1525 |
| Utilities | | | | | | | 125 | 200 |
| Rent | | | | | | | 1,133.33 | 1,133.33 |
| Repair & Maint. | | | | | | | 1527 | 725 |
| Cost of Goods Sold | | | | | | | | |

| Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|
| $6,012.01 | $4,038.12 | $260.55 | $1,150.12 |
| 695.8 | 695.8 | 695.8 | 695.8 |
| 1350 | 886 | 85 | |
| 265 | 305 | 325 | 258 |
| 1,133.33 | 1,133.33 | 1,133.33 | 1,133.35 |
| 634 | 1000 | 566 | |
| 325 | 450 | 389 | 1579 |

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $10,597.62 | $12,259.00 | $12,413.35 | $13,039.91 | $8,451.34 | $11,270.00 | $11,513.52 | $10,625.10 | $8,963.14 | $6,176.54 | $1,623.60 | $1,939.86 |
| Insurance | | | | | | | | | 1564 | | | |
| Meals/Trav | 355 | | 425 | 1459 | | | | | | | | |
| Office Expe | 525 | 375 | 2261.25 | 1329.75 | 2881.69 | 2000.25 | 1630.25 | 1447 | 449.25 | 1919.5 | 896.25 | 845.81 |
| Postage/Fr | 0 | 125 | 250 | 256 | 100 | 64 | | 50.25 | | 29.75 | | |
| Utilities | 455 | 273 | 552 | 422 | 423.56 | 365 | 875 | 725 | 525 | 856 | 925 | 1365.44 |
| Rent | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 |
| Repair & M | 403.25 | 1500 | 1075 | 480.75 | | | | | | | | |
| Advert. | 1000 | 1516.25 | 975 | 560.75 | | | | | | | | |
| Cost of Go | 6003.5 | 5900 | 6302 | 6976 | 4402 | 5343.5 | 5403.5 | 5132.5 | 5105 | 4529 | 3481 | 3564 |

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $83,467.22 | $94,190.91 | $90,264.91 | $83,626.92 | $48,478.56 | $25,678.04 | $18,189.64 | $13,492.19 | $10,666.50 | $11,966.52 | $9,538.29 |
| | | | | | | | | | | | |
| Insurance | 234.5 | 603 | 234.5 | 335 | 234.5 | | | 234.5 | 334.5 | 234.5 | 234.5 |
| Meals/Travel | 675.5 | 1012 | 716 | 625 | 249 | | 253 | 116.5 | 63.5 | 132.5 | 150 |
| Office Expense | 2637 | 3070.5 | 2066.5 | 869 | 644 | | | | | | |
| Postage/Freight | | 325 | 267 | 720 | 200 | | | | | | |
| Small Tools | | 902.5 | | 2020.5 | | | | | | | |
| Phone/Internet | 675 | 1179 | 377 | 433 | 320 | 97 | 359.5 | 289 | 198 | 185 | 113 |
| Utilities | 254 | 764.5 | 152 | 225 | 285 | 194 | 187.5 | 296 | 245 | 298 | 110 |
| Rent | 2050 | 2050 | 2050 | 2050 | 2050 | 2050 | 2050 | 2050 | 2050 | 2050 | 2050 |
| Repair & Maint. | 125 | 1608.5 | 862 | 725 | 154 | | | | | | 96.5 |
| Advert. | 1000 | 1025 | 800 | 621.5 | 1304.5 | | | | | | |
| **Cost of Labor** | 3563.35 | 6238 | 3341.43 | 4267.5 | 3333.19 | 1252.52 | 1952.54 | 2278.15 | 1852.45 | 1896.23 | 1685 |
| **Cost of Goods Sold** | 25623.47 | 21528.78 | 28364.12 | 25327.81 | 28123.96 | 72563.34 | 19632.32 | 22945.73 | 45503.5 | 33512.47 | 38123.7 |

| Dec-10 |
| --- |
| $4,322.42 |
| |
| 134.5 |
| |
| |
| |
| 111.5 |
| 167 |
| 2050 |
| |
| |
| 1432.64 |
| 62387.82 |