Aug 24 12 11:56a        KMS                                                  3052950106                        p.17

# KEYS MARINE SERVICE SALVAGE, INC.

| MONTH | PROFIT | EXPENSES | |
|---|---|---|---|
| SEPT.08 | $20,145.83 | $14,133.82 | $6,012.01 |
| OCT.08 | $11,376.22 | $15,414.34 | ($4,038.12) |
| NOV.08 | $11,216.67 | $10,956.12 | $260.55 |
| DEC.08 | $46,573.16 | $45,423.04 | $1,150.12 |
| JAN.09 | $21,180.97 | $21,398.38 | ($217.41) |
| FEB.09 | $27,935.78 | $29,170.65 | ($1,234.87) |
| TOTAL: | $138,428.63 | $136,496.35 | $1,932.28 |