|                | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance      |        |        |        |        |        |        | 1500    | 695.8   | 695.8   | 695.8   | 695.8   | 695.8   | |
| Office Expense |        |        |        |        |        |        | 3200    | 1525    | 1350    | 886     | 85      |         | |
| Utilities      |        |        |        |        |        |        | 125     | 200     | 265     | 305     | 325     | 258     | |
| Rent           |        |        |        |        |        |        | 1,133.33 | 1,133.33 | 1,133.33 | 1,133.33 | 1,133.33 | 1,133.35 | |
| Repair & Maint. |       |        |        |        |        |        | 1527    | 725     | 634     | 1000    | 566     |         | |
| Total:         | 0      | 0      | 0      | 0      | 0      | 0      | 7485.33 | 4279.13 | 4078.13 | 4020.13 | 2805.13 | 2087.15 | 24755 |

|  | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance |  |  |  |  |  |  |  |  | 1564 |  |  |  |  |
| Meals/Travel | 355 |  | 425 | 1459 |  |  |  |  |  |  |  |  |  |
| Office Expense | 525 | 375 | 2261.25 | 1329.75 | 2881.69 | 2000.25 | 1630.25 | 1447 | 449.25 | 1919.5 | 896.25 | 845.81 |  |
| Postage/Freight | 0 | 125 | 250 | 256 | 100 | 64 |  | 50.25 |  | 29.75 |  |  |  |
| Utilities | 455 | 273 | 552 | 422 | 423.56 | 365 | 875 | 725 | 525 | 856 | 925 | 1365.44 |  |
| Rent | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 | 1446.75 |  |
| Repair & Maint. | 403.25 | 1500 | 1075 | 480.75 |  |  |  |  |  |  |  |  |  |
| Advert. | 1000 | 1516.25 | 975 | 560.75 |  |  |  |  |  |  |  |  |  |
| Total: | 4185 | 5236 | 6985 | 5955 | 4852 | 3876 | 3952 | 3669 | 3985 | 4252 | 3268 | 3658 | 53873 |

|                | Jan-10  | Feb-10  | Mar-10  | Apr-10  | May-10  | Jun-10  | Jul-10  | Aug-10  | Sep-10  | Oct-10  | Nov-10  | Dec-10  |       |
|----------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|-------|
| Insurance      | 234.5   | 603     | 234.5   | 335     | 234.5   |         |         | 234.5   | 334.5   | 234.5   | 234.5   | 134.5   |       |
| Meals/Travel   | 675.5   | 1012    | 716     | 625     | 249     |         | 253     | 116.5   | 63.5    | 132.5   | 150     |         |       |
| Office Expense | 2637    | 3070.5  | 2066.5  | 869     | 644     |         |         |         |         |         |         |         |       |
| Postage/Freight|         | 325     | 267     | 720     | 200     |         |         |         |         |         |         |         |       |
| Small Tools    |         | 902.5   |         | 2020.5  |         |         |         |         |         |         |         |         |       |
| Phone/Internet | 675     | 1179    | 377     | 433     | 320     | 97      | 359.5   | 289     | 198     | 185     | 113     | 111.5   |       |
| Utilities      | 254     | 764.5   | 152     | 225     | 285     | 194     | 187.5   | 296     | 245     | 298     | 110     | 167     |       |
| Rent           | 2050    | 2050    | 2050    | 2050    | 2050    | 2050    | 2050    | 2050    | 2050    | 2050    | 2050    | 2050    |       |
| Repair & Maint.| 125     | 1608.5  | 862     | 725     | 154     |         |         |         |         |         | 96.5    |         |       |
| Advert.        | 1000    | 1025    | 800     | 621.5   | 1304.5  |         |         |         |         |         |         |         |       |
| **Cost of Labor** | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 2757.75 | 33093 |
| Total:         | 7651    | 12540   | 7525    | 8624    | 5441    | 2341    | 2850    | 2986    | 2891    | 2900    | 2754    | 2463    |       |