# KEYS MARINE SERVICE
## 2009 GROSS MONTHLY INCMOE

**GROSS SERVICE - SALES**

| Month | Amount |
|---|---|
| JANUARY | $10,597.62 |
| FEBRUARY | $12,259.00 |
| MARCH | $12,413.35 |
| APRIL | $13,039.91 |
| MAY | $8,451.34 |
| JUNE | $11,270.00 |
| JULY | $11,513.52 |
| AUGUST | $10,625.10 |
| SEPTEMBER | $8,963.14 |
| OCTOBER | $6,176.54 |
| NOVEMBER | $1,623.63 |
| DECEMBER | $1,939.86 |
| TOAL GROSS: | **$108,873.01** |

KEYS MARINE SERVICE
2010 GROSS MONTHLY INCOME

**GROSS SERVICE/SALES**

| Month | Amount |
|---|---|
| JANUARY | $83,467.22 |
| FEBRUARY | $94,190.91 |
| MARCH | $90,264.91 |
| APRIL | $83,626.92 |
| MAY | $48,478.56 |
| JUNE | $25,678.04 |
| JULY | $18,189.64 |
| AUGUST | $13,492.19 |
| SEPTEMBER | $10,666.50 |
| OCTOBER | $11,966.52 |
| NOVEMBER | $9,538.29 |
| DECEMBER | $4,322.42 |
| | **$493,882.12** |