

## Properties

| | |
|---|---|
| Size | 13.7KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 1/31/2013 9:45 PM |
| Created | 1/25/2013 3:06 PM |
| Last Printed | 1/31/2013 4:35 PM |

### Related People

| | |
|---|---|
| Author | Letisia |
| | Add an author |
| Last Modified By | Letisia |

### Related Documents

 Open File Location

Show All Properties



### Properties

| | |
|---|---|
| Size | 14.2KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 1/31/2013 4:43 PM |
| Created | 1/25/2013 3:06 PM |
| Last Printed | 1/31/2013 4:35 PM |

### Related People

| | |
|---|---|
| Author | Letisia |
| | Add an author |
| Last Modified By | Letisia |

### Related Documents

 Open File Location

Show All Properties



## Properties

| | |
|---|---|
| Size | 14.4KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 1/31/2013 4:43 PM |
| Created | 1/25/2013 3:06 PM |
| Last Printed | 1/31/2013 3:23 PM |

### Related People

| | |
|---|---|
| Author | Letisia |
| | Add an author |
| Last Modified By | Letisia |

### Related Documents


Open File Location

Show All Properties

Properties ▾

| | |
|---|---|
| Size | 32.0KB |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |
| Template | |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | **Toshiba** |

Related Dates

| | |
|---|---|
| Last Modified | 9/12/2012 3:48 PM |
| Created | 2/18/2011 2:31 PM |
| Last Printed | 9/10/2012 12:44 PM |

Related People

Manager — Specify the manager

Author  Letisia

Add an author

Last Modified By  Patti

Related Documents


Open File Location

Show Fewer Properties

Properties ▾

| | |
|---|---|
| Size | 31.5KB |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |
| Template | |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | **Toshiba** |

Related Dates

| | |
|---|---|
| Last Modified | 9/12/2012 3:49 PM |
| Created | 2/18/2011 2:31 PM |
| Last Printed | 2/18/2011 2:55 PM |

Related People

Manager — Specify the manager

Author  Letisia

Add an author

Last Modified By  Patti

Related Documents

 Open File Location

Show Fewer Properties



### Properties

| | |
|---|---|
| Size | 13.5KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 2/12/2013 12:04 PM |
| Created | 2/7/2013 4:44 PM |
| Last Printed | Never |

### Related People

| | |
|---|---|
| Author | Amanda |
| | Add an author |
| Last Modified By | Amanda |

### Related Documents

Open File Location

Show All Properties



### Properties ▾

| | |
|---|---|
| Size | 14.0KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 2/7/2013 4:54 PM |
| Created | 2/7/2013 4:49 PM |
| Last Printed | Never |

### Related People

| | |
|---|---|
| Author | Amanda |
| | Add an author |
| Last Modified By | Amanda |

### Related Documents

📁 Open File Location

Show All Properties



### Properties

| | |
|---|---|
| Size | 14.0KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 2/7/2013 4:57 PM |
| Created | 2/7/2013 4:54 PM |
| Last Printed | Never |

### Related People

| | |
|---|---|
| Author | Amanda |
| | Add an author |
| Last Modified By | Amanda |

### Related Documents

Open File Location

Show All Properties