Keys Marine Service and Salvage

| Description | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Credit Card sales | | | | | | | | 60.00 | 10,891.37 | 2,423.87 | 2,056.86 | 389.04 | 15,821.14 |
| Check Deposits | | | | | | 500.00 | 5,214.54 | 1,434.53 | 9,157.48 | 7,096.22 | 5,619.81 | 44,445.68 | 73,468.26 |
| Cash Deposits | | | | | | | | | | 1,800.00 | 1,540.00 | | 3,740.00 |
| 2008 Net Taxable Deposits | | | | | | 500.00 | 5,214.54 | 1,894.53 | 20,048.85 | 11,320.09 | 9,216.67 | 44,834.72 | 93,029.40 |
| | | | | | | | | | | | | | |
| 2008 revenue reported | | | | | | 0.00 | 0.00 | 0.00 | 6,012.01 | 4,038.12 | 260.55 | 1,150.12 | 11,460.80 |
| Difference | | | | | | 500.00 | 5,214.54 | 1,894.53 | 14,036.84 | 7,281.97 | 8,956.12 | 43,684.60 | 81,568.60 |
| | | | | | | | | | | | | | |
| Credit Card sales | 4,859.68 | 6,042.56 | 2,161.83 | 1,684.73 | 1,038.23 | 1,584.86 | 4,197.86 | 10,037.18 | 1,037.39 | 3,041.18 | 2,270.98 | 1,429.13 | 39,385.61 |
| Amex card sales | | | | 0.52 | 1,522.11 | | | 75.23 | | | 71.23 | | 1,669.09 |
| Check Deposits | 4,157.36 | 20,790.09 | 9,241.47 | 24,752.78 | 878.02 | 5,493.58 | 12,732.07 | 2,986.30 | 9,298.21 | 10,096.15 | 6,516.99 | 5,357.27 | 112,300.29 |
| Cash Deposits | | | 2,080.00 | | 190 | 6,150.00 | | 5,800.00 | 4,200.00 | | 2,350.00 | 6,800.00 | 27,570.00 |
| 2009 Net Taxable Deposits | 9,017.04 | 26,832.65 | 13,483.30 | 26,438.03 | 3,628.36 | 13,228.44 | 16,929.93 | 18,898.71 | 14,535.60 | 13,137.33 | 11,209.20 | 13,586.40 | 180,924.99 |
| | | | | | | | | | | | | | |
| 2009 revenue reported | 10,597.62 | 12,259.00 | 12,413.35 | 13,039.91 | 8,451.34 | 11,270.00 | 11,513.52 | 10,625.10 | 8,963.14 | 6,176.54 | 1,623.63 | 1,939.86 | 108,873.01 |
| Difference | -1,580.58 | 14,573.65 | 1,069.95 | 13,398.12 | -4,822.98 | 1,958.44 | 5,416.41 | 8,273.61 | 5,572.46 | 6,960.79 | 9,585.57 | 11,646.54 | 72,052.98 |
| | | | | | | | | | | | | | |
| Credit Card sales | 3,683.08 | 2,509.45 | 3,172.64 | 9,809.75 | 7,857.12 | 4,295.25 | 10,254.10 | 6,866.50 | 10,453.13 | 8,751.93 | 10,305.47 | 6,298.75 | 84,257.17 |
| Amex card sales | | 447.38 | 877.46 | | 207.1 | 104.16 | 434.27 | 4,056.39 | 3,659.32 | 30.13 | 960.24 | 1,570.04 | 12,346.49 |
| Check Deposits | 7,603.44 | 14,013.56 | 11,457.58 | 22,223.39 | 12,274.68 | 11,977.91 | 10,992.25 | 9,667.25 | 8,958.12 | 8,931.01 | 18,248.81 | 18,932.74 | 155,280.74 |
| Cash Deposits | 3,600.00 | 2,000.00 | 5,190.00 | 6,880.00 | 4,450.00 | 4,800.00 | 4,400.00 | 2,600.00 | 5,070.00 | 5,910.00 | 400 | 12,700.00 | 58,000.00 |
| 2010 Net Taxable Deposits | 14,886.52 | 18,970.39 | 20,697.68 | 38,913.14 | 24,788.90 | 21,177.32 | 26,080.62 | 23,190.14 | 28,140.57 | 23,623.07 | 29,914.52 | 39,501.53 | 309,884.40 |
| | | | | | | | | | | | | | |
| 2010 revenue reported | 83,467.22 | 94,190.91 | 90,264.91 | 83,626.92 | 48,478.56 | 25,678.04 | 18,189.64 | 13,492.19 | 10,666.50 | 11,966.52 | 9,538.29 | 4,322.42 | 493,882.12 |
| Difference | -68,580.70 | -75,220.52 | -69,567.23 | -44,713.78 | -23,689.66 | -4,500.72 | 7,890.98 | 9,697.95 | 17,474.07 | 11,656.55 | 20,376.23 | 35,179.11 | -183,997.72 |
| | | | | | | -286,272.61 | | | | | | 102,274.89 | |