# Hardship Letter
# Request for Interim Payment

## Claim # 

### KEYS MARINE SERVICE AND SALVAGE INC

5550 5TH AVENUE #1
KEY WEST FL 33040
305-295-0101

The spill on April 20, 2010 at the Deepwater Horizon drilling rig has adversely affected the commercial MARINE SERVICE AND SALVAGE business in the Florida Keys  The loss of revenue has been significant and the future effects are still uncertain  The extensive damage to marine and wildlife habitats, fishing and tourism industries are still being felt

KEYS MARINE SERVICE AND SALVAGE INC was formed 6/10/08 and has been in continuous existence since that time in the Florida Keys  KEYS MARINE SERVICE AND SALVAGE INC services the commercial maritime and fishing fleet of the Florida Keys  The attached tax returns (see attachments 1,2,3) are for 2008 (a short first year), 2009 and 2010 and reflect income of $12,076  $108,813 and $493,882 respectively  The business has been profitable and has increased its annual sales due to the hard work and dedication of the owners  The business has sustained a loss of revenues due to the oil spill at the Deepwater Horizon drilling rig  We therefore respectfully request that the business be compensated for following documented lost revenue which totals $ 45,997 50

The following is a summary of the documented losses
Robert Hernandez      $23,650 00
Adam Disson           $22,347 50
Total Documented Loss $45,997 50

The invoice to Robert Hernandez (see attachment 4) was for a substantial overhaul of an existing commercial vessel. This work was contracted for just before the spill on April 20, 2010 at the Deepwater Horizon drilling rig. The 50% deposit in the amount of $11,825 was received on April 7,2010 (see attachment 5) and included in the daily deposit (see attachment 5)  The contract was cancelled on June 10, 2010 due to the oil spill  The deposit was returned with check #2419 (see attachment 6)

The invoice to Adam Disson (see attachment 7) was also for a substantial overhaul of an existing commercial vessel  This work was contracted for just after the spill on May13, 2010 at the Deepwater Horizon drilling rig  The contract was cancelled on June 4, 2010 due to the oil spill

The attached map of the area affected (see attachment 8) shows the shop location and its close proximity to Key West Florida

Regards,

Powell