1105415

# KMS, INC.

**KMS**
5550 5th Avenue
Unit #1
Key West, FL 33040

Phone: 305-295-0101
Fax: 305-295-0106

**Invoice No.** T-4610

**Bill To** Robert Hernandez

**For** R&J

**Phone** 305-587-4581

Date: April 6, 2010
**INVOICE**

| Description | Quantity | Amount |
|---|---|---|
| Cabin using composites only 17'Wx23'L; 7' Head Clearance | 1 | $15,000.00 |
| Aluminum Radar Arch 10'Wx4'H (to hold 3 VH Antenna, 5 lights, 3GPS, Open Array Radar, & 2-Cones Apex together Fishing Day Marker | 1 | $7,000.00 |
| **Quote valid 30 days from above stated date** | | |
| ***Work to begin in July*** | | |

*Canceled @ June 10, 2010 RH*

**50% Deposit Required:** $11,825.00
Make all checks payable to KMS, Inc. All invoices are due upon receipt
Customer is responsible for all attorney fees and/or any other collection cost or disputes. Delinquent payments will incur an interest amount of 5% per day after due date.

| | |
|---|---|
| Subtotal | $22,000.00 |
| Tax | $1,650.00 |
| Total | $23,650.00 |
| Deposit Paid | |
| Amount Owed | $23,650.00 |

Customer Signature: *Robert Hernandez*

4