**KEYS MARINE SERVICE AND SALVAGE INC.**
5550 5TH AVENUE
KEY WEST, FL 33040
(305) 295-0101

2419
11.0 5 4 1 5

81-275-829

DATE June 11, 2010

PAY TO THE ORDER OF R & J Corp            $ 11,825.00

Eleven thousand eight hundred twenty-five and 00/100 DOLLARS

FOR Return on Dep.            [signature] Jewell

⑊002565⑊

---

Invoice # T-4010

[signature]

6