

Ck: 2581 - Amt: $2,848.81 - 2/23/2011



Ck: 2581 - Amt: $2,848.81 - 2/23/2011