

02/23/2011   2565   $300.00

