Rev-COGS Analysis

Keys Marine Service & Salvage, Inc.

| Description | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total | | J-M | J-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 - Revenue | 83,467.22 | 94,190.91 | 90,264.91 | 83,626.92 | 48,478.56 | 25,678.04 | 18,189.64 | 13,492.19 | 10,666.50 | 11,966.52 | 9,538.29 | 4,322.42 | 493,882.12 | | 400,028.52 | 93,853.60 |
| % of total | 16.90% | 19.07% | 18.28% | 16.93% | 9.82% | 5.20% | 3.68% | 2.73% | 2.16% | 2.42% | 1.93% | 0.88% | 100.00% | 81% | | 19% |
| | | | | | | | | | | | | | | | | |
| 2010 - COGS | 25,623.47 | 21,528.78 | 23,364.12 | 25,327.81 | 28,123.96 | 72,563.34 | 19,632.32 | 22,945.73 | 45,503.50 | 33,512.47 | 38,123.70 | 62,387.82 | 418,637.02 | | 123,968.14 | 294,668.88 | 70.39% |
| % of total | 6.12% | 5.14% | 5.58% | 6.05% | 6.72% | 17.33% | 4.69% | 5.48% | 10.87% | 8.01% | 9.11% | 14.90% | 100.00% | 29.61% | | |
| | | | | | | | | | | | | | | | | |
| Gross Profit | 57,843.75 | 72,662.13 | 66,900.79 | 58,299.11 | 20,354.60 | -46,885.30 | -1,442.68 | -9,453.54 | -34,837.00 | -21,545.95 | -28,585.41 | -58,065.40 | 75,245.10 | | 276,060.38 | -200,815.28 | -214% |
| GP% | 69.30% | 77.14% | 74.12% | 69.71% | 41.99% | -182.59% | -7.93% | -70.07% | -326.60% | -180.05% | -299.69% | -1343.35% | 15.24% | 69% | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 2009 - Revenue | 10,597.62 | 12,259.00 | 12,413.35 | 12,039.91 | 8,451.34 | 11,270.00 | 11,513.52 | 10,625.10 | 8,963.14 | 6,176.54 | 1,623.60 | 1,939.86 | 107,872.98 | | 55,761.22 | 52,111.76 | 48% |
| % of total | 9.82% | 11.36% | 11.51% | 11.16% | 7.83% | 10.45% | 10.67% | 9.85% | 8.31% | 5.73% | 1.51% | 1.80% | 100.00% | 52% | | |
| | | | | | | | | | | | | | | | | |
| 2009 - GOGS | 6,003.50 | 5,900.00 | 6,302.00 | 6,976.00 | 4,402.00 | 5,343.50 | 5,403.50 | 5,132.50 | 5,105.00 | 4,529.00 | 3,481.00 | 3,564.00 | 62,142.00 | | 29,583.50 | 32,558.50 | 52% |
| % of total | 9.66% | 9.49% | 10.14% | 11.23% | 7.08% | 8.60% | 8.70% | 8.26% | 8.22% | 7.29% | 5.60% | 5.74% | 100.00% | 48% | | |
| | | | | | | | | | | | | | | | | |
| Gross Profit | 4,594.12 | 6,359.00 | 6,111.35 | 5,063.91 | 4,049.34 | 5,926.50 | 6,110.02 | 5,492.60 | 3,858.14 | 1,647.54 | -1,857.40 | -1,624.14 | 45,730.98 | | 26,177.72 | 19,553.26 | 38% |
| GP% | 43.35% | 60.00% | 57.67% | 47.78% | 38.21% | 55.92% | 57.65% | 51.83% | 36.41% | 15.55% | -17.53% | -15.33% | 42.39% | 47% | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 2008 - Revenue | | | | | | | | | 6,012.01 | 4,038.12 | 260.55 | 1,150.12 | 11,460.80 | | | |
| 2008 - COGS | | | | | | | | | 325.00 | 450.00 | 389.00 | 1,579.00 | 2,743.00 | | | |
| | | | | | | | | | | | | | | | | |
| 2011 - Revenue | 26,714.34 | 38,890.10 | 35,606.67 | 41,080.09 | 43,350.24 | 53,851.37 | 40,457.03 | 44,084.96 | 70,762.59 | 44,344.81 | 41,936.32 | 45,978.02 | 527,056.54 | | | |