IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document relates to:<br>*All Cases in Pleading Bundle "B1"* | *   MDL NO. 2179<br>*<br>*   SECTION J<br>*<br>*   JUDGE BARBIER<br>*   MAGISTRATE JUDGE WILKINSON<br>*<br>*<br>* |

**BP'S NOTICE OF NON-OPPOSITION TO CERTAIN PLAINTIFFS' COMPLIANCE
WITH PTO 60 AND BP'S MOTION FOR LEAVE TO FILE SURREPLY
AS TO CERTAIN PLAINTIFFS' PTO 60 SHOW CAUSE SUBMISSIONS**

On July 21, 2016, BP Exploration & Production Inc. and BP America Production Company (collectively "BP"), filed their responses and objections to the submissions filed by plaintiffs in the B1 pleading bundle in response to the Court's Order to Show Cause Regarding Compliance with PTO 60 (Rec. Doc. 18724) (the "Show Cause Order"). By July 28, 2016, several dozen B1 plaintiffs filed eleven reply briefs in support of their show cause submissions. In addition, several B1 plaintiffs filed motions in response to the Court's July 14, 2016 Order Re: Compliance with PTO 60 (Rec. Doc. 20996) (the "Compliance Order"), arguing that they were mistakenly omitted from the compliance list attached as Exhibits 1A and 1B to the Compliance Order. (Rec. Docs. 21154, 21155, 21152, 21153, 21377, 21424, and 21425.)

BP has reviewed those filings and (although it does not necessarily agree with all relief sought in those plaintiffs' submissions) states that it has no objection to the following plaintiffs being deemed compliant with PTO 60:

1. **Johnny's Clams, Inc. (Johnny Sheridan), Civ. A No. 16-05541.** (Motion for Reconsideration and/or Motion for Relief from Order and/or for a Determination that Movant has Complied with PTO 60, and to Set Aside Dismissal (Rec. Docs. 21154, 21155).)

2. **Jelp Barber and Naaba Gas Montgomery, LLC, Civ. A No. 16-07488.** (Motion for Reconsideration and/or Motion for Relief from Order and/ or for a Determination that Movants have Complied with PTO 60, and to Set Aside Dismissal (Rec. Doc. 21152, 21153).)

3. **Richard Lee Blick, Civ. A No. 16-04061.** (Motion for Reconsideration and/or Motion for Relief from Order (Rec. Doc. 21377).)

4. **Richard E. Seward, Sr., Civ. A No. 16-04068.** (Motion for Reconsideration and/or Motion for Relief from Order (Rec. Doc. 21424).)

5. **Richard E. Seward, Jr., Civ. A No. 16-04072.** (Motion for Reconsideration and/or Motion for Relief from Order (Rec. Doc. 21425).)

6. **Louisiana Workers Compensation Corporation, 10-02771 (Rec. Doc. 375).** (Response to Show Cause re: Compliance with PTO 60 (Rec. Doc. 20486); Reply to BP's Objections and Responses to Plaintiff's PTO 60 Show Cause Submission (Rec. Doc. 21311).)

BP maintains its objections to the show cause submissions filed by the other B1 plaintiffs listed on Exhibit 2 to the Compliance Order. In addition, certain of those plaintiffs have raised new facts and arguments for the first time in their show cause reply briefs. In particular, dozens of Mexican fisherman plaintiffs whose cases were identified as "Mass Joinder Complaints" on Exhibit 3 to the Show Cause Order filed more than forty amended complaints only five days after BP submitted its response brief. Those plaintiffs then argued in their reply briefs that those amendments bring them into compliance with PTO 60. (The Mexican fisherman plaintiffs filed reply briefs at Rec. Docs. 21269 and 21330.) In addition, plaintiff First National Bank, USA argues for the first time in its reply brief that PTO 60 does not apply to class actions because case law interpreting the Class Action Fairness Act distinguishes "mass actions" from "class actions." (Rec. Doc. 21336.) It also—for the first time in its reply brief—asks the Court to modify its July 14, 2016 Compliance Order to permit its class claims to proceed. (*Id.* at 3.)

These new arguments and facts presented for the first time in reply warrant an opportunity to respond. *See Vais Arms, Inc. v. Vais*, 383 F.3d 287, 292 (5th Cir. 2004). BP

2

therefore respectfully submits the Surreply, attached as Exhibit A, which is limited to three pages and which addresses the new arguments and factual assertions introduced by First National Bank, USA and the Mexican fisherman plaintiffs.

WHEREFORE, BP respectfully prays the Court for an Order granting its Motion to File a Surreply in Opposition to Certain Plaintiffs' PTO 60 Show Cause Submissions.

September 2, 2016                              Respectfully submitted,

*/s/ Don Haycraft*

Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Rick C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **BP's Motion to File a Surreply in Opposition to Certain Plaintiffs' PTO 60 Show Cause Submissions** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of September, 2016.

*/s/ Don Haycraft*
Don Haycraft