IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * MDL NO. 2179 <br> * <br> * SECTION J <br> * <br> * JUDGE BARBIER <br> * MAGISTRATE JUDGE WILKINSON |
| **This Document relates to:** <br> *All Cases in Pleading Bundle "B1"* | * <br> * <br> * |

## PROPOSED ORDER

Considering BP's Motion to File a Surreply in Opposition to Certain Plaintiffs' PTO 60 Show Cause Submissions:

IT IS HEREBY ORDERED that BP's Motion is GRANTED.  It is further ORDERED that BP's Surreply in Opposition to Certain Plaintiffs' PTO 60 Show Cause Submissions shall be entered on the public docket.

New Orleans, Louisiana, this __ day of September, 2016

                                                                                               _____