UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL No. 2179 ) ) Section "J" ) JUDGE BARBIER |
| This document relates to: *MDL No. 2179 and all cases in Pleading Bundles B(1) and B(3), Nos. 10-01921, 10-04252, 10-03815, 10-03066, 10-01540, 10-01502, 10-4185, 10-4239, 10-4240, 10-4241, 10-4188, and 10-4536* | ) ) Mag. Judge Wilkinson ) ) ) ) ) |

## ORDER

Upon consideration of Defendant Anadarko Petroleum Corporation's Motion for Withdrawal of Counsel, the Motion is hereby GRANTED.

The Court orders that Sandra Franco is withdrawn as attorney of record for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP, and the clerk will remove said counsel from the cases referenced in the motion.

New Orleans, Louisiana this 1st day of September, 2016.

_____
United States District Judge