UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

## CERTIFICATE OF SERVICE

I, Ruth M. Lynch, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed by The Law Office of Vernon Nelson, PLLC, 9480 S. Eastern Avenue, Suite 244, Las Vegas, Nevada 89123. I am readily familiar with The Law Office of Vernon Nelson, PLLC's practice for collection and processing of documents for delivery by way of the service indicated below.

On September 2, 2016, I served the following document(s):

**DHECC'S MOTION TO COMPEL RESPONSES TO POST=JUDGMENT INTERROGATORIES** (Rec. Doc. 16010) and **ORDER** (Rec. Doc. 16028)

on the interested party(ies) in this action as follows:

| | |
|---|---|
| Tony Riley<br>128 Edward Lane<br>Empire, LA   70050 | **Certified Mail Return Receipt**<br><br>7012 2920 0000 9256 7941 |

×**By U. S. Mail and Certified Mail Return Receipt Requested.**  By placing said document(s) in an envelope or package for collection and mailing, addressed to the person(s) at the address(es) listed above, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing of mail. Under that practice, on the same day that mail is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

*/s/ Ruth M. Lynch*
Ruth M. Lynch, An Employee of
The Law Office of Vernon Nelson, PLLC