October 18, 2012

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

    Re.    **Economic Class Opt Out**

Dear Sir/Madam:

    I submit this letter to signify that I wish to be excluded from the Economic Class of the Deepwater Horizon Settlement. I am signing this on behalf of and as the authorized representative of the company listed below.

Sincerely,

*[signature]*

Michael A Gangi Sr
Printed Name

1025 E WM DAVID PKWY
Address METAIRIE LA 70005

504-835-6002 Shop
Phone Number
504-450-3023 Cell

Gangi Shrimp Company LLC
Company Name

**EXHIBIT** "E"