# AFFIDAVIT

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the Parish of Jefferson, State of Louisiana, personally came and appeared:

## MICHAEL A. BRITT

He is an attorney duly authorized and licensed to practice law in the State of Louisiana. Over various years he has represented Mr. Michael A. Gangi in various matters. Michael A. Gangi, Sr. is the owner of Gangi Shrimp Company, LLC, which does business as Michael's Seafood. He has business locations in Jefferson, Louisiana and Hammond, Louisiana. He is a retail seafood dealer, selling fish, crabs, crawfish and shrimp. At some point a number of years ago, Mr. Gangi advised me that he had sustained substantial losses as a result of the BP oil spill.

Mr. Gangi advised the undersigned appearer that he had engaged the services of an accountant and/or other persons to assist him with his claim and the claim process to seek payment of his damages as a result of the oil spill. In 2013, Mr. Gangi was advised by this accountant that a deadline was approaching for the filing of a law suit against BP and the various other defendants. Mr. Gangi provided appearer with a copy of a law suit filed by another attorney and requested that appearer file a law suit to protect the deadline date only. The law suit was filed in 2013 prior to the deadline.

Thereafter, to the best of my knowledge, I received and viewed no notices (after the filing of the law suit for Mr. Gangi in 2013) regarding any deadlines to



EXHIBIT G

file any reports, claim documents, forms or anything of that nature from the Court or any other entity until a notice was received in August, 2016 of a change from Magistrate Shushan to Magistrate Wilkinson.

In late June or early July, 2016, appearer was advised that a list of cases was sent to the Hammond business address of Mr. Gangi regarding various types of classifications of BP cases. Mr. Gangi also advised that he had heard rumors of settlements by other seafood companies. Mr. Gangi then requested appearer to speak with the accountant with whom he had been working all along and look into matters involving his claim.

Mr. Gangi advised that, prior to the list of cases received in later June, or early July, 2013, he had received no notices of any deadlines to file any type of claim form, status report, type of claim, amount of claim or any other type of notice from the Court system or any group appointed by the Court regarding the filing of claims, deadlines to file reports or anything of that nature.

*Michael A. Britt*
_____
MICHAEL A. BRITT

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC, THIS 18th DAY OF AUGUST, 2016.

_____
NOTARY PUBLIC
T. ROBERT LACOUR
Attorney & Notary Public #8077
3220 Williams Boulevard, Kenner
Jefferson Parish, Louisiana
My Commission is Issued for life