UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEP WATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2:10-MD-02179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that Gangi Shrimp Company, LLC (Plaintiff in District Court proceeding Number 13-01117) has filed a Reply to Order to Show Cause (dated June 7, 2016) in this MultiDistrict Litigation proceeding, and that a hearing will be held on this motion, and any objections thereto, on the _____ day of _____, 2016 at _____ A.M. at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Section J, Room C 256, New Orleans, Louisiana 70130.

NOTICE IS FURTHER GIVEN that if any party in interest, or any other person, has an objection or opposition to the motion, an answer or opposition must be filed in writing with the Clerk of this Court, within the time provided by the Federal Rules of Civil Procedure or within the time provided by the local rules of the United States District Court for the Eastern District of Louisiana, and must serve the attorney for Mover by that date, and if a written answer or opposition is

-----Page Two-----

not timely filed and served in accordance with the local rules, the hearing scheduled above may not be held by this Court or the Court may grant the motion without holding the hearing based upon the materials submitted.

RESPECTFULLY SUBMITTED:

/s/   Michael A. Britt

Michael A. Britt          LSBA #3489
3701 Williams Blvd., Suite 255
Kenner, LA 70065
(504) 441-8660          Telephone
(504) 443-2774          Facsimile
mab3489@aol.com          email
Attorney for Gangi Shrimp Company, LLC