IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | MAG. JUDGE SHUSHAN |

2:12-01422-CJB-SS, 2:13-cv-01717, 2:13-cv-5367,
2:13-cv-6009, 2:13-cv-6010, 2:13-cv-6651,
2:14-cv-1106, 2:14-cv-1321, 2:14-cv-357,
2:14-cv-358, 2:14-cv-359, 2:16-cv-01857,
2:16-cv-05833, 2:16-cv-05878, 2:16-cv-05882,
2:16-cv-05903, 2:16-cv-05904, 2:16-cv-05931,
2:16-cv-05954, 2:16-cv-05959, 2:16-cv-05970,
2:16-cv-05971, 2:16-cv-06084, 2:16-cv-06216,
2:16-cv-06238, 2:16-cv-06280, 2:16-cv-06303,
2:16-cv-06325, 2:16-cv-06329, 2:16-cv-06333,
2:16-cv-06335, 2:16-cv-06426, 2:16-cv-06437,
2:16-cv-06441, 2:16-cv-06474, 2:16-cv-06475,
2:16-cv-06476, 2:16-cv-06478, 2:16-cv-06518,
2:16-cv-06556, 2:16-cv-06565, 2:16-cv-06585,
2:16-cv-06607, 2:16-cv-06610, 2:16-cv-06611,
2:16-cv-06653, 2:16-cv-06662, 2:16-cv-06678,
2:16-cv-06696, 2:16-cv-06734, 2:16-cv-06809,
2:16-cv-06870, 2:16-cv-06883, 2:16-cv-06946,
2:16-cv-06988, 2:16-cv-07048, 2:16-cv-07136,
2:16-cv-07137, 2:16-cv-07140, 2:16-cv-07359,
2:16-cv-07361, 2:16-cv-09458, 2:16-cv-11716,
2:16-cv-11744

# PLAINTIFFS' NOTICE OF SUBMISSON OF BCA LAW FIRM PLAINTIFFS MOTION TO REFER CASES TO MEDIATION

**PLEASE TAKE NOTICE** that BCA Law Firm Plaintiffs' Motion to Refer Cases to Mediation respectfully request that this Court order a formal mediation on all remaining unsettled Brent Coon & Associate cases. BCA would further recommend that this mediation be part of a larger mediation effort to resolve the few hundred remaining cases that are still active, but with other law firms.

Respectfully submitted,

**BRENT COON & ASSOCIATES**


_____/s/  Brent W. Coon_____
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com
John R. Thomas
Texas Bar No. 19856400
John@bcoonlaw.com
Lori K. Slocum
Texas Bar No. 24048597
Lori.Slocum@bcoonlaw.com
Robert A. Schwartz_____
Texas Bar No. 17869670
Bob.schwartz@bcoonlaw.com
Mary Jacob
Texas Bar No. 24072165
Mary.jacob@bcoonlaw.com
215 Orleans, Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

ATTORNEY FOR PLAINTIFF(S)

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on September 7, 2016, upon:

Respectfully submitted,

/s/ Brent W. Coon

*Attorney for BCA Clients*

<u>Attorneys for the Defendants</u>:

    Richard C. Godfrey, P.C. J. Andrew Langan, P.C.
    Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North LaSalle Street
    Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W.
    Washington, DC 20005 Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans, LA 70139
    Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:
Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590