UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|      "DEEPWATER HORIZON" IN THE | : | |
|      GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the motion by the Claims Administrator to have claimant Tommy Pham ("Pham") return payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and the opposition filed thereto, for the reasons set forth in this Court's September 6, 2016 Order & Reasons [Rec. Doc. 21618], it is hereby ORDERED, ADJUDGED AND DECREED that the motion is GRANTED, and it is further ORDERED, ADJUDGED AND DECREED that:

    1.  The DHECC claim awards in favor of Pham based upon Claims 1892 and 50387 are hereby RESCINDED and VACATED; and

    2.  Judgment is entered against Pham, requiring Pham to make restitution to the DHECC in the amount of $325,861, plus post-judgment interest; and

    3.  Pham shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

    4.   Pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5. The United States Marshal shall provide services as may be needed by the Claims Administrator and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE