To Whom It may concern,

10-md-2179 J(1)

My name is Hoang Tran. I am writing this letter because I have an address change. So would you please change my address in your system. My new address is 17189 Coventry Estates Blvd. D Iberville MS 39540.

If you have any question please call 941 447 9016

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP - 6 2016
WILLIAM W. BLEVINS
CLERK

TENDERED FOR FILING

SEP - 6 2016
U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.

Bobby Lambert, Sr
13020 Jenkins Pit Road
Spanish Fort, AL 36527

Can Cong Nguyen
124 N. Seashore Drive
Long Beach, MS 39560

Canh Van Tran
15004 Dismuke Avenue
Biloxi, MS 39532

Chi Thanh Nguyen
6044 West Quitman Street
Bay St. Louis, MS 39520

Darren Martin
206 Black Jack Oak Drive
Madisonville, LA 70447

David Jackson
636 Florissant Hwy.
St. Bernard, LA 70085

David Wayne Gregory


Gary Muth, Jr


George Hromadka
544 Kelly Street
Destin, FL 32541

George Wyatt, Jr
P.O. Box 1823
Tappahannock, VA 22560

Gerald Pitre
7325 Barataria Blvd
Marrero, LA 70072

Gerard M. Nolting

Faegre & Benson, LLP (Minneapolis)
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Gregg Anthony Drake
13606 Southern Pine Road
Vancleave, MS 39565-7332

Hai Hong Pham
107 Ollie Drive
Abbeville, LA 70510

Hanh Bich Thi Nguyen


Hien Nguyen
107 Ollie Drive
Abbeville, LA 70510

Hoang Huu Nguyen
916 North East Avenue
Panama City, FL 32401

Hoang Van Tran

TENDERED FOR FILING

SEP -6 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

~~16029 Lorraine Circle~~ ← old address
~~Biloxi, MS 39532~~

17189 Coventry Estates Blvd
D'Iberville MS 39540
← new address

Hong Van Truong
3004 Trentwood Drive
Ocean Springs, MS 39564

Jodi Meyer Bolgiano
320 Turtledove Trail
Lafayette, LA 70458-8077

Jody Simms
8625 Pine Street
Bayou La Batre, AL 36509

Jose Antonio Martinez
P.O. Box 492
Seadrift, TX 77983

Justin Arebalo
13950 John Clark Road
Apt. A
Gulfport, MS 39503

Khuyen Nguyen
7112 Darby Creek Drive
Mobile, AL 36695

Kim Le
22014 Derrick Road
Pass Christian, MS 39571

Larry Mullins
940 Fenton Lane
Unit 35
Lakeland, FL 33809

Linh Van Nguyen
335 Diane Street
D'Iberville, MS 39532

Mederic Meyer, III
P.O. Box 542
St. Bernard, LA 70085

Mederic Meyer, Jr
302 Marina Drive
Slidell, LA 70458

Mederick Meyer, Sr
4315 NE Carpenter Raod
Cedar Rapids, IA 52411-4725

Melonie Johnson
9601 Meadow Street
Vancleave, MS 39565

Michael Gollott
MG Express
P.O. Box 770
Irvington, AL 36544

Ngot T. Nguyen
6692 Balboa Circle
Ocean Springs, MS 39564

Nhat Van Le
205 Bayview Street
Pass Christian, MS 39571

FR: Hoang Tran
17189 Coventry Estates Blvd
DIberville MS 39540



GULFPORT MS 395
02 SEP 2016 PM 2 T

TO: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

70130/5855