# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

**MICHAEL A. GANGI, SR.**

Who, after being duly sworned, and deposed, did state that:

1.

I am a person of the full age of majority and of sound mind and body and competent to testify to the information contained herein.

2.

I am domiciled in the Parish of Jefferson, State of Louisiana.

3.

In April of 2010, I was the owner of Gangi Shrimp Company, LLC, which does business as Michael's Seafood and has business locations in Jefferson, Louisiana and Hammond, Louisiana.

4.

Gangi Shrimp Company, LLC, is a retail seafood dealer, selling fish, crabs, crawfish, and shrimp.



EXHIBIT "B"

5.

As a result of the BP oil spill, Gangi Shrimp Company, LLC, sustained substantial business losses.

6.

Following the BP spill, I did file a claim against BP and other parties for economic damages sustained by Gangi Shrimp Company, L.L.C. .

7.

On February 16, 2012, I received a determination letter from the Gulf Coast Claims Facility (GCCF) regarding a Final Payment of the claim I filed on behalf of Gangi Shrimp Company, L.L.C.

8.

On October 18, 2012, and because I was not satisfied with the Final Payment determination, I submitted a letter to the Deepwater Horizon Court-Supervised Settlement Program Exclusions Department declaring that Gangi Shrimp Company, L.L.C. was opting out of the class settlement.

9.

On November 27, 2012, I received a letter from the above-mentioned Exclusions Department advising me of my right to revoke my prior Opt Out Request, which I refused to do.

10.

In accordance with this Honorable Court's Order and on April 18, 2013, I had attorney Michael Britt file a lawsuit on behalf of Gangi Shrimp Company, L.L.C. seeking damages for the

economic damages sustained by Gangi Shrimp Company, L.L.C. as a direct result of the BP spill. This lawsuit bears case number 2:13-cv-01117 in the United States District Court for Eastern District State of Louisiana .

11.

From the time I had this lawsuit filed in 2013 on behalf of Gangi Shrimp Company, L.L.C. and until Late July 2016, I received no notifications from the Court or my attorney about having to file any additional documents to preserve the rights of Gangi Shrimp Company, L.L.C. to proceed with its claim for damages sustained as a result of the BP spill.

12.

In late July 2016, I did receive a document containing information about the HESI/Transocean Punitive Damages & Assigned Claims Settlements. I also received at the Michaels Seafood location Court Document 20996 dated July 14, 2016 and captioned "**ORDER RE: COMPLIANCE WITH PTO 60**" which I understand to mean that I have lost all my rights to proceed with my claim for damages for Gangi Shrimp Company, L.L.C. due to me not timely filing the Sworn Statement required by PTO 60.

13.

Had I received notification from the Court prior to the date that the Sworn Statement had to be filed of the requirement for filing the Sworn Statement, I would have complied with the

Court's Order prior to the deadline.

_____
MICHAEL A. GANGI, SR.

WITNESSES:

_____
Letitia L. Mercedes

_____
Jared M. Shearman

Sworn to and subscribed before me this

___24___ day of __August__, 2016.

_____
**BRIAN G. SHEARMAN**
**NOTARY PUBLIC (#19151)**