

Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
1-800-916-4893

Claim Number:  01010578
Check Number:  00172027
Check Date:    12/13/10
Check Amount:  $143,800.00

GANGI SHRIMP
ATT: MICHAEL GANGI
1795 S MORRISON ROAD
HAMMOND, LA 70403

Notice of Emergency Advance Payment Determination

The check attached to this letter represents an Emergency Advance Payment from the Gulf Coast Claims Facility ("GCCF") for damages suffered as a result of the Deepwater Horizon Oil Spill on April 20, 2010.  (If you requested multiple checks, those checks should be included here.)

The GCCF has calculated the amount of your Emergency Advance Payment according to the rules that apply uniformly to all claimants. The amount is a reasonable estimate only of your projected losses and cannot be changed or adjusted at this time. At the time of the submission of your Final Claim for Final Payment, you will at that point have the opportunity to present additional documentation and materials that you feel support your position. All such issues will be considered when determining the amount of any Final Payment for all losses.

This check may be presented at any Banking Institution in the country for payment. However, if you do not have your own bank account at which you can cash this check, the GCCF has made arrangements with Whitney National Bank, which has branches located throughout the affected region in the Gulf, to assist you. For more information on this check cashing service, please see the enclosed, Notice of Check Cashing Options For Individuals Who Do Not Have Bank Accounts, along with a list of Whitney bank branches.

The GCCF will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for certain payments made. In early 2011, you will receive your copy of that form. The GCCF cannot provide you with tax advice. You should consult with your own tax advisor to determine the impact of any payments you receive from the GCCF on your individual tax situation.

For assistance or additional information, please visit our website at www.GulfCoastClaimsFacility.com, or call us toll-free at 1-800-916-4893, TTY at 1-866-682-1758 or email us at info@gccf-claims.com.

Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
1-800-916-4893


Whitney National Bank

62-20/311

CHECK NUMBER:  00172027
CHECK DATE:    12/13/10

One hundred forty three thousand eight hundred and 00/100 Dollars                    ****$143,800.00

PAY TO THE ORDER OF

GANGI SHRIMP
ATT: MICHAEL GANGI
1795 S MORRISON ROAD
HAMMOND, LA 70403


EXHIBIT "C"

VOID AFTER 90 DAYS

BY _Edward Morell_
AUTHORIZED SIGNATURE

| Name: | GANGI Shrimp LLC | SSN or EIN: | 72-1480240 | Claimant #: | 01010578 |

I certify that the information provided in this Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any award resulting from that claim, including any appeal of that award, legitimate business purposes associated with administering the GCCF, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

Signature: X /s/ Michael Gangi     Date: 11/15/10 (Month/Day/Year)

Printed Name: First: Michael   Middle: Anthony   Last: GANGI

Title, if a business: X Owner

Has anyone, other than a family member or an Attorney you identified in Section III, assisted you in the preparation of this Claim Form?   ☒ Yes   ☐ No

Name of individual and company, if applicable: Steven Schwed - Pestcoe, Schwed + Associates

Submit this Claim Form and the supporting documents required in Exhibit A to the GCCF by one of the following methods:

**Regular Mail:**
Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958

**Overnight, Certified or Registered Mail:**
Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

**Fax:**
1-866-682-1772

**Email Attachment:**
info@gccf-claims.com

When attaching your supporting documents, be sure to provide the appropriate identification number (your Social Security Number, or other Tax Identification Number). On Exhibit A to this Claim Form, check off each type of document you are submitting in support of your claim. Attach all supporting documents to the Claim Form and submit your Claim to the GCCF.

Claim Form – Page 12

| | 31-Jan-09 | 28-Feb-09 | 31-Mar-09 | 30-Apr-09 | 31-May-09 | 30-Jun-09 | 31-Jul-09 | 31-Aug-09 | 30-Sep-09 | 31-Oct-09 | 30-Nov-09 | 31-Dec-09 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Freezer | 88,662.66 | 109,549.58 | 196,842.26 | 157,974.35 | 307,605.88 | 597,572.75 | 231,555.75 | 224,555.06 | 217,925.08 | 235,958.47 | 241,550.36 | 119,208.43 | 2,728,962.63 |
| Jefferson | 3,446.86 | 9,138.48 | 25,820.40 | 4,334.75 | 29,089.92 | 25,032.10 | 23,636.17 | 16,002.92 | 25,536.49 | 21,776.05 | 30,229.43 | 29,472.28 | 279,515.85 |
| Hammond | 41,823.07 | 39,650.09 | 81,019.26 | 115,191.11 | 79,959.51 | 41,867.08 | 40,515.05 | 40,278.53 | 56,609.82 | 42,689.69 | 40,862.92 | 41,723.77 | 663,190.00 |
| Total | 133,932.59 | 158,338.15 | 303,681.92 | 311,500.21 | 416,655.31 | 664,471.93 | 295,708.97 | 280,836.51 | 300,071.39 | 300,424.21 | 312,642.71 | 190,404.48 | 3,671,668.48 |

| | 31-Jan-10 | 28-Feb-10 | 31-Mar-10 | 30-Apr-10 | 31-May-10 | 30-Jun-10 | 31-Jul-10 | 31-Aug-10 | 30-Sep-10 | 31-Oct-10 | 30-Nov-10 | 31-Dec-10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Freezer add | 47,067.52 | 95,785.35 | 206,321.38 | 193,493.87 | 145,584.12 | 301,501.44 | 135,120.66 | 51,351.05 | 56,646.65 | 73,490.66 | 99,093.05 | 94,354.22 | 1,504,809.97 |
| Freight | 0.00 | 0.00 | 0.00 | 0.00 | 48,077.70 | 42,541.50 | 15,056.80 | 41,755.45 | 26,161.05 | 13,586.40 | 10,274.30 | 1,235.65 | 198,688.85 |
| Total | 47,067.52 | 95,785.35 | 206,321.38 | 193,493.87 | 193,661.82 | 344,042.94 | 150,177.46 | 93,106.50 | 82,807.70 | 87,077.06 | 109,367.35 | 95,589.87 | 1,703,498.82 |
| Jefferson | 16,607.32 | 50,700.29 | 87,621.27 | 111,243.08 | 104,003.89 | 54,479.97 | 16,920.63 | 20,076.92 | 12,618.59 | 14,724.45 | 37,675.96 | 38,170.03 | 567,842.40 |
| Hammond | 27,590.12 | 39,087.11 | 102,463.21 | 13,508.08 | 109,629.90 | 60,259.94 | 23,990.98 | 20,780.92 | 23,688.17 | 25,317.43 | 35,776.05 | 37,157.07 | 537,248.98 |
| Total | 91,264.96 | 185,572.75 | 396,405.86 | 44,245.03 | 407,295.61 | 458,782.85 | 191,089.07 | 133,964.34 | 119,114.46 | 127,118.94 | 182,819.36 | 170,916.97 | 2,908,590.20 |