October 18, 2012

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Re.   **Economic Class Opt Out**

Dear Sir/Madam:

I submit this letter to signify that I wish to be excluded from the Economic Class of the Deepwater Horizon Settlement. I am signing this on behalf of and as the authorized representative of the company listed below.

Sincerely,

_Michael A Gangi Sr_
Printed Name

_1025 E WM DAVID PKWY_
Address _METAIRIE LA 70005_

_504-835-6002 Shop_
Phone Number
_504-450-3023 Cell_

_Gangi Shrimp Company LLC_
Company Name

**EXHIBIT**
_"5"_
tabbies®