# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Gangi Shrimp Company, LLC** | * | CASE NO: 2:10-CV-01117 |
| | * | |
| **VERSUS** | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| **BP, P.L.C.; BP America Production** | * | |
| **Company; BP Exploration & Production,** | * | MAGISTRATE JUDGE SHUSHAN |
| **Inc.; BP America, Inc.; B Products** | * | |
| **North America, Inc.,; Transocean, Ltd.;** | * | |
| **Transocean Offshore Deepwater Drilling,** | * | |
| **Inc.; Transocean Deepwater, Inc.;** | * | |
| **Transocean Holdings, LLC; Halliburton** | * | |
| **Energy Services, Inc.1 and Halliburton** | * | |
| **Company** | * | |
| | * | |
| **Defendants** | * | |

*************************************************************************

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Gangi Shrimp Company, LLC, who in compliance with **PTO 60 [Doc. 16050]** in case MDL NO. 2179 files the attached Sworn Statement.

Respectfully submitted,

/s/ Michael A. Britt

BY: _/s/ Michael A. Britt_

**MICHAEL A. BRITT LSBA #3489**
3701 Williams Blvd., Suite 255
Kenner, Louisiana 70065
Telephone: (504) 441-8660
Telecopier: (504) 443-2774
*Attorneys for Plaintiffs*

EXHIBIT "H"

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2016, that the above and foregoing pleading and its attachment has been served by depositing same in the U.S. Mail to Counsel for BP, Andrew Langan, Kirkland & Ellis, L.L.P. 300 North Lasalle Street Suite 2400, Chicago, Illinois 60654 and have also forwarded a copy to MDL 2179 Plaintiffs' Steering Committee Attn: Steve Herman or Jim Roy, The Exvhhange Centre, Suite 2000, 935 Gravier Street, New Orleans, Louisiana 70112.

/s/ Michael A. Britt
_____
MICHAEL A. BRITT

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Gangi Shrimp Company LLC | | | |

| Phone Number | E-Mail Address |
|---|---|
| 504-835-6002 | mikegangisr@gmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 3917 Jefferson Highway | Jefferson, LA 70121 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Michael A. Britt Attorney at Law | mab3489@aol.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?
No

Any prior name used by Plaintiff from April 2010 to present?
d/b/a Michael's Seafood

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:   72-1480247

Please indicate your status:

☑ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☑ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __13-01117__.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

   Yes _____.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff:_____
_____.

2. The date of presentment (MM/DD/YYYY): ____/____/____.

3. The claim number(s) (if available)._____.

4. Did you execute a release of your claims upon receiving payment through any claims program:

   Yes _____.   No __✓__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*
_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __AUGUST 19__, 2016

Location (City and State): __NEW ORLEANS, LA.__

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

__GANGI SHRIMP COMPANY LLC. BY MICHAEL GANGI, SR.__
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **May 2, 2016**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3