## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| **This Document Relates to:** *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a "Motion for Miscellaneous Relief Under Rule 60" by Claimants 100016801 and 100026409. (Rec. Doc. 19575)

IT IS ORDERED that the Motion (Rec. Doc. 19575) is DENIED.

New Orleans, Louisiana, this 9th day of September, 2016.

_____
United States District Judge