UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 13-2306* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion to Withdraw as Counsel of Record (Rec. Docs. 20652). Having considered the motion;

IT IS ORDERED that Jared A. Kobs, Benjamin N. Philley, and the law firm of Kobs & Philley, PLLC, are hereby allowed to withdraw as counsel of record for plaintiffs Barbara Patton King, Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard Patton, Roy D. Patton, and Carol Patton Shiyou.  Plaintiffs have sixty days (60) from the issuance of this order to enroll new counsel or advise the Court of their intentions to proceed *pro se*.

Counsel shall serve a copy of this Order on the plaintiffs.

Counsel provides the following contact information for the plaintiffs:

Barbara Patton King
12144 W. Monte Lindo Ct.
Sun City, AZ 85337
623.258.3156/623.302.3939

Doye Patton Parker
224 Parker Rd.
Perkinston, MS 39573
601.928.4743

Donald Patton
24405 West Wortham Rd.
Saucier, MS 39574
228.539.4056

Lois Patton
P.O. Box 622
Savannah, TN 38372
228.563.3307

Randall Patton
P.O. Box 622
Savannah, TN 38372
228.363.3231

Richard Patton
P.O. Box 284
Long Beach, MS 39560
228.224.9874

Roy D. Patton
c/o Bobbie J. Patton, Administratrix
11035 Hughes Road
Gulfport, MS 39503
228.864.2200 (Estate Attorney number)

Carol Patton Shiyou
P.O. Box 448
Kiln, MS 39556
228.216.9036

New Orleans, Louisiana, this 9th day of September, 2016.

_____
United States District Judge