UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Nos. 13-974, 13-834, 13-01001, 13-1004, 13-2420, 13-01091* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are Motions to Withdraw as Counsel of Record (Rec. Docs. 20689-20694). Having considered the motions;

IT IS ORDERED that the motions are GRANTED and Frank M. Petosa, Morgan and Morgan Complex Litigation Group, and co-counsel W. Lee Elebash, Esquire, Beggs and Lane, RLLP and Cary MacDougal, Esquire, Baron & Budd, P.C are WITHDRAWN as counsel of record for the following plaintiffs in the following matters:

| Plaintiff | Case No. | Contact Information |
|---|---|---|
| AMT, LLC | 13-974 | Attn: Stephen Bunyard<br>480 Gulf Shore Dr.<br>Destin, FL 32541<br>(831) 620-1263<br>(831) 915-5287 |
| Destin Development, LLC | 13-834 | Roderic M. Wright<br>28581 OLD TOWN Front Street, Suite 102<br>Temecula, CA 92590<br>(850) 520-0101<br>rodmwright@msn.com |
| Zachary Freedman | 13-01001 | P.O. Box 222963<br>Carmel, California 93922<br>(831) 915-2082<br>zakfreedman@gmail.com |
| Eric Peterson | 13-1004 | 28562 Oso Parkway, Suite D-301<br>Rancho Santa Margarita, California 92688 |

| | | |
|---|---|---|
| | | (949) 257-7758<br>ericjpetersen@cox.net |
| Barbara Wright | 13-2420 | 28581 OLD TOWN Front St., Suite 102, Temecula, CA 92590<br>(850) 520-0101<br>bjean850@hotmail.com |
| Roderic Wright | 13-01091 | 28581 OLD TOWN Front St., Suite 102 Temecula, CA 92590<br>(850) 520-0101<br>rodmwright@msn.com |

Plaintiffs have sixty days (60) from the issuance of this order to enroll new counsel or advise the Court of their intentions to proceed *pro se*. Because corporations and other business entities must be represented by an attorney, new counsel must enroll for AMT, LLC and Destin Development, LLC or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

Counsel shall serve a copy of this Order on the plaintiffs.

New Orleans, Louisiana, this 9th day of September, 2016.

_____
United States District Judge