UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 * * * * | MDL NO. 2179<br><br>JUDGE BARBIER |
| * * | SECTION J |
| THIS DOCUMENT RELATES TO: * | MAG. JUDGE WILKINSON |
| All Cases in Pleading Bundle Section III.B(3), Case No. 2010-2771 (In re: Triton Asset Leasing GmbH, et al.), Case No. 2011-445 (Rodrigue Business Associates, LLC v. DRC Emergency Services, LLC), Case No. 2011-449 (Matherne Business Associates, LLC v. DRC Emergency Services, LLC), Case No. 2011-778 (Pearson, et al. v. DRC Emergency Services, LLC), Case No. 2011-1185 (Rogers, et al. v. BP America Production Company, et al.), Case No. 2011-1195 (Foussell, et al. v. Lawson Environmental Service LLC), Case No. 2011-1295 (Rogers, et al. v. BP America Production Company, et al.), Case No. 2011-3179 (Boudreaux v. Craig Creppel, et al.), Case No. 2012-426 (In the Matter of Jambon Supplier II, L.L.C., et al.), Case No. 2012-814 (Duong, et al. v. BP America Production Company, et al.), and Case No. 2012-1295 (Frelich, et al. v. BP America Production Company, et al.) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>O R D E R</u>

Considering the foregoing *Ex Parte* Motion to Withdraw Counsel filed by DRC Emergency Services, LLC;

**IT IS ORDERED** that Stephen M. Pesce (Bar # 29380) is hereby withdrawn as counsel of record for DRC Emergency Services, LLC, in the referenced matters.

New Orleans, Louisiana this 9th day of September, 2016.

_____
United States District Judge