UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION: J |
| This Document Applies to: | * * | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. vs. BP Exploration & Production Inc., et al.* | * * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Motion to Withdraw as Counsel of Record*;

IT IS ORDERED that Hope L. Harper and H.L. Harper & Associates, L.L.C., be and are hereby allowed to withdraw as counsel of record for Defendant, Wardell Parker, in the above-captioned matter. Counsel informs that the last known address of Wardell Parker is 3203 Erickson Ave., New Orleans, LA 70131.

New Orleans, Louisiana this 9th day of September, 2016.

_____
United States District Judge