UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 16-6105* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion to Withdraw as Counsel of Record (Rec. Docs. 21489). Having considered the motion;

IT IS ORDERED that Paul M. Sterbcow, Ian F. Taylor, Jessica L. Ibert, the law firm of Lewis, Kullman, Sterbcow & Abramson, Bobby J. Delisse and the law firm of Delise & Hall are hereby permitted to withdraw as counsel of record for George E. Hunt and George E. Hunt, Sr, LLC in the above captioned matter. Plaintiffs have sixty days (60) from the issuance of this order to enroll new counsel or advise the Court of their intentions to proceed *pro se*. Because corporations and other business entities must be represented by an attorney, new counsel must enroll for George E. Hunt Sr, LLC, or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

Counsel shall serve a copy of this Order on the plaintiffs.

Counsel provides the following contact information for the Plaintiffs:

1476 Antioch Road, Cedartown, Georgia 30125

New Orleans, Louisiana, this 9th day of September, 2016.

                                                _____
                                                United States District Judge