- English |
- En Español |
- Bằng Tiếng Việt

# DEEPWATER HORIZON

# CLAIMS CENTER

## ECONOMIC & PROPERTY DAMAGE CLAIMS

## MDL 2179 In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 – Official Court-Authorized Website.

- Home
- Alerts
- FAQs
- Claim Forms
- Maps
- Court Documents
- Reporting/ Appeals
- Contact Us
- Go To Medical Settlement Website

# Court Documents

**1. Amended Settlement Agreement**

**2. Preliminary Approval Order**

Deepwater Horizon					Page 2 of 7

Case 2:10-md-02179-CJB-DPC   Document 21666-1   Filed 09/12/16   Page 2 of 7

**3. Deepwater Horizon Economic and Property Damage Settlement Claims Administrator's Report Re: Halliburton and Transocean Settlements (6/13/16)**

**4. Order Regarding the Claims Administrator's Report of December 17, 2015 Proposing the Seafood Compensation Program Supplemental Distributions (1/7/2016)**

**5. Order Establishing Rules Governing Discretionary Court Review of Appeal Determinations (12/8/2015)**

**6. Order Establishing Rules Governing Discretionary Court Review of Appeal Determinations (11/16/2015)**

**7. Order Establishing Rules Governing Discretionary Court Review of Appeal Determinations (7/7/2015)**

**8. Economic and Property Damages Detailed Notice (updated on August 28, 2012)**

**9. Order Setting Caps on Attorneys' Fees**

**10. Order Appointing Settlement Appeal Panelists**

**11. Order Regarding the Confidentiality of Claims Information**

**12. Order Extending the Exclusion (Opt-Out) Deadline**

**13. Seafood Compensation Opt-Out Terms**

**14. Order Extending the Objection Deadline**

**15. Claims Administrator's Status Report No. 1 (September 5, 2012)**

**16. Claims Administrator's Status Report No. 2 (September 24, 2012)**

**17. Claims Administrator's Status Report No. 3 (October 5, 2012)**

**18. Claims Administrator's Status Report No. 4 (December 11, 2012)**

**19. Claims Administrator's Status Report No. 5 (January 11, 2013)**

**20. Claims Administrator's Status Report No. 6 (February 11, 2013)**

**21. Claims Administrator's Status Report No. 7 (March 11, 2013)**

**22. Amended Claims Administrator's Status Report No. 8 (June 12, 2013)**

**23. Claims Administrator's Status Report No. 9 (May 13, 2013)**

**24. Claims Administrator's Status Report No. 10 (June 11, 2013)**

**25. Claims Administrator's Status Report No. 11 (July 11, 2013)**

**26. Claims Administrator's Status Report No. 12 (August 14, 2013)**

**27. Claims Administrator's Status Report No. 13 (September 12, 2013)**

**28. Claims Administrator's Status Report No. 14 (October 15, 2013)**

**29. Claims Administrator's Status Report No. 15 (November 25, 2013)**

**30. Claims Administrator's Status Report No. 16 (December 19, 2013)**

**31. Claims Administrator's Status Report No. 17 (January 21, 2014)**

**32. Claims Administrator's Status Report No. 18 (February 28, 2014)**

**33. Claims Administrator's Status Report No. 19 (March 31, 2014)**

**34. Claims Administrator's Status Report No. 20 (May 2, 2014)**

**35. Claims Administrator's Status Report No. 21 (May 30, 2014)**

**36. Claims Administrator's Status Report No. 22 (July 1, 2014)**

**37. Claims Administrator's Status Report No. 23 (July 31, 2014)**

**38. Claims Administrator's Status Report No. 24 (August 29, 2014)**

**39. Claims Administrator's Status Report No. 25 (September 30, 2014)**

**40. Claims Administrator's Status Report No. 26 (October 31, 2014)**

**41. Claims Administrator's Status Report No. 27 (November 26, 2014)**

**42. Claims Administrator's Status Report No. 28 (December 30, 2014)**

**43. Claims Administrator's Status Report No. 29 (January 30, 2015)**

**44. Claims Administrator's Status Report No. 30 (February 27, 2015)**

**45. Claims Administrator's Status Report No. 31 (March 31, 2015)**

**46. Claims Administrator's Status Report No. 32 (April 30, 2015)**

**47. Claims Administrator's Status Report No. 33 (May 29, 2015)**

**48. Claims Administrator's Status Report No. 34 (June 30, 2015)**

**49. Claims Administrator's Status Report No. 35 (July 31, 2015)**

**50. Claims Administrator's Status Report No. 36 (August 31, 2015)**

**51. Claims Administrator's Status Report No. 37 (September 30, 2015)**

**52. Claims Administrator's Status Report No. 38 (October 30, 2015)**

**53. Claims Administrator's Status Report No. 39 (November 30, 2015)**

**54. Claims Administrator's Status Report No. 40 (December 31, 2015)**

**55. Claims Administrator's Status Report No. 41 (January 29, 2016)**

**56. Claims Administrator's Status Report No. 42 (February 29, 2016)**

**57. Claims Administrator's Status Report No. 43 (March 31, 2016)**

**58. Claims Administrator's Status Report No. 44 (April 29, 2016)**

**59. Claims Administrator's Status Report No. 45 (May 31, 2016)**

**60. Claims Administrator's Status Report No. 46 (June 30, 2016)**

**61. Claims Administrator's Status Report No. 47 (July 29, 2016)**

**62. Claims Administrator's Status Report No. 48 (August 31, 2016)**

**63. Order Regarding First Amended Court Approved Procedure for Third Party Claims
(March 11, 2013)**

**64. Order Regarding Court Approved Procedure for Claims on Behalf of Deceased, Minor, and Incompetent Claimants (September 24, 2012)**

**65. Order Extending Deadlines for Revocation of Exclusion (Opt-out) Requests (November 16, 2012)**

**66. Order and Reasons certifying the Economic and Property Settlement Class and granting final approval of the Economic and Property Damages Settlement Agreement
(December 21, 2012)**

**67. Order and Judgment certifying the Economic and Property Settlement Class and granting final approval of the Economic and Property Damages Settlement Agreement
(December 21, 2012)**

**68. Order Providing for Structured Settlement Option and Amendment to Release
(January 31, 2013)**

**69. Review of Issue from Panel (Matching of Revenue and Expenses)
(March 5, 2013)**

**70. Order Approving the Rules Governing the Third Party Claims Dispute Resolutions Process as to Attorney Fee Liens (July 26, 2013)**

**71. Order Appointing Adjudicator for Resolution of Third Party Claim Disputes (July 26, 2013)**

**72. 5th Circuit Court's Ruling (October 2, 2013)**

**73. District Court Order (October 3, 2013)**

**74. Preliminary Injunction (October 18, 2013)**

**75. Declaration of Patrick Juneau, Claims Administrator (October 25, 2013)**

**76. Order Clarifying Preliminary Injunction (November 5, 2013)**

**77. Amended Preliminary Injunction Order (December 5, 2013)**

**78. Order Responding to Remand of Business Economic Loss Issues (December 24, 2013)**

**79. 5th Circuit Court's Ruling (January 10, 2014)**

**80. 5th Circuit Court's Ruling (March 3, 2014)**

**81. Order on Petition for Panel Rehearing (May 19, 2014)**

**82. Appeal from the USDC for the EDLA (May 19, 2014)**

**83. Order on Petition of Rehearing En Banc (May 20, 2014)**

**84. Order re Petition for Rehearing En Banc (Approval) (May 20, 2014)**

**85. Order Dissolving Preliminary Injunction Related to BEL Claims (May 28, 2014)**

**86. Order Regarding Motion to Clarify and/or to Alter or Amend Order Lifting Injunction (June 27, 2014)**

**87. McGladrey LLP Claims Processing Review Report and the CSSP Response (November 25, 2014)**

**88. McGladrey LLP Vendor Oversight Report (November 25, 2014)**

**89. McGladrey LLP Vendor Compliance Report (November 25, 2014)**

**90. McGladrey LLP Financial Controls Report (November 25, 2014)**

**91. McGladrey LLP Management and Design Report (November 25, 2014)**

**92. First Report By the Audit Committee (November 25, 2014)**

**93. Independent Auditor's Report of CliftonLarsonAllen LLP (November 25, 2014)**

**94. Management Letter By CliftonLarsonAllen LLP (November 25, 2014)**

**95. Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution (September 19, 2014)**

**96. Order Adopting the Court-Designated Neutrals' Recommendations for the Seafood Compensation Program Supplemental Distribution (November 18, 2014)**

# Learn More

## Claimant Resources

- [Claimant Assistance Centers](#)
- [Structured Settlement Option and Instructions](#)
- [Deceased, Minor or Incompetent Claimant Signature Documentation](#)
- [Online Filing Tutorials](#)
- [Report Fraud](#)
- [USDA Crop Schedules](#)
- [Professional Services Case/Engagement Walkthrough](#)
- [Professional Services Case/Engagement Summary Template](#)

## Other Forms

- [Attorney Representation Forms](#)
- [Personal Representative Forms](#)
- [Subsistence Interview Form](#)
- [Sworn Written Statements and Authorizations](#)
- [Tax Forms](#)

[Privacy Policy](#) | **All Rights Reserved © 2016**

**MULTILINGUAL TOLL FREE: 1-800-353-1262**