UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELLI J. LADNER
Plaintiff

-vs-

BRITISH PETROLUEM,
TRANSOCEAN & HALLIBURTON
Defendant(s)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 13 2016
WILLIAM W. BLEVINS
CLERK

CIVIL ACTION No.
2:16-CV-3928 - CJB

MDL 2179
SECTION: J

MAG. JUDGE WILKERSON, Jr.

Motion for leave
TO FILE **AMENDED COMPLAINT**

I am asking the court for permission to file the attached the ammended complaint attached, in an effort to correct my case Number.

*Shelli Ladner*

Shelli LADNer
992 Barth Road
Poplarville MS 39470
601-795-5050

order granted

_____
Judge