LAWSUIT Fee
OF $400 IN CASH

A082
(Rev. 10/89)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF LOUISIANA** 043486

at New Orleans

RECEIVED FROM Shelli J. Ladner

| Fund | | ACCOUNT | AMOUNT |
|------|--|---------|--------|
| 6855XX | Deposit Funds | #200 | 400 00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | 400 00 |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 16-cv-3928 | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | (Shelli Ladner) | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (1/2) | | |
| 510100 | Registry Fee | | |

Checks and drafts are accepted subject to col-
lection and full credit will only be given when the Cash
check or draft has been accepted by the finan-
cial institution on which it was drawn.

DATE 4/29 20 16 | Cash | Check | M.O. | Credit | DEPUTY CLERK Jennifer Schoud



U.S. District Court - Eastern District of Louisiana

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Shelli J. Ladner
992 Barth Road
Poplarville, MS 39470
US

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Case: 2:16-cv-03928   #5
4 pages.
Thu Aug  4  8:08:36 2016

FLEET SURVEY TEAM
EQUIPMENT SPECIALIST (ELECTRONIC)
GS-1670-11

I.    INTRODUCTION

        The position is responsible for the acquisition and
deployment of meteorological and designated oceanographic
equipment systems and subsystems.  It covers most or all of the
equipment stages throughout the life cycle process.  This cycle
includes the design, development, integration, testing
procurement, initial logistics, preproduction/production,
deployment, training, entry into the logistical system and
disposal.

II.    MAJOR DUTIES AND RESPONSIBILITIES

  - .    Collaborates with the Meteorological Equipment Branch
    Head and makes independent decisions related to equipment
    life cycle management which reflect the policies of the
    department.  Independently develops work statements for
    meteorological systems/equipment acquisition, maintenance
    contracts and other requirements to support the overall
    program.  Participates on committees and technical panels
    to develop plans and procedures for acquisition,
    development and support of equipment systems.

  - .    Performs the functions of a Navy Contracting Officer's
    Representative (COR) which includes tracking contract
    delivery dates, contractor's cost and schedule performance
    information, material and equipment procurement, and task
    performance.  Periodically visits contractor sites to
    perform progress reviews and make alternations to system
    design. Conducts meetings to review technical data,
    establish deadlines and modify contracts as necessary to
    assure agency logistical support for the assigned equipment
    system.

  - .    Develops, reviews, and updates Integrated Logistic
    Support Plans (ILSP), life cycle management/support
    policies and other equipment programs that affect complex
    environmental data systems.  The ILSP develops maintenance
    planning, support and test equipment, supply support,
    transportation and handling, technical data, facilities,
    personnel and training.  Manages the
    installation/replacement of systems at worldwide
    COMNAVMETOCCOM activities.

CURRENT JOB DESCRIPTION

- . Performs investigative studies, by analyzing maintenance history records, in the determination of repetitive failures and progressive degradation of systems/equipment hardware performance.  Reviews maintenance and troubleshooting procedures used at COMNAVMETOCCOM activities and documents changes to maintenance procedures or modification of equipment. Issues notices to activities of major modifications to maintenance procedures.

- . Develops environmental systems/equipment allowance parts lists (APF).  These lists must be cost effective, based on operational requirements and must be documented in the Navy's Standard Allowance Lists.

- . Acts as project coordinator for major meteorological equipment acquisitions.  Oversees:  the development of acquisition strategies, procurement actions, receipt and validation of equipment and services, integration, testing and shipping of equipment, development of training material, installation, and life cycle support.

- . Maintains configuration control over equipment systems/subsystems using established policy and procedures.

III.   <u>FACTORS</u>

.   Knowledge Required by the Position

An extensive knowledge of the characteristics, properties uses and interrelationships of complete meteorological equipment systems, groups of commodity classes or several subsystems, to serve as a technical advisor regarding such equipment and make a variety of technical equipment decisions that materially affect the readiness or capability of the equipment distributed worldwide.

Knowledge of electronic theory, corrosion control, electronic, computer, electromechanical equipment and mechanical equipment and trouble-shooting techniques.

Thorough knowledge of the principles, practices and procedures used in the design, procurement, construction, overhaul, operation, supply, maintenance, modification and repair of complete equipment systems, groups of commodity classes and/or several subsystems, and an extensive knowledge of

current and proposed programs regarding these functions, to
manage and coordinate the work of a number of government and
private organizations engaged in the variety of functional areas
and provide the management leadership and technical data
necessary to establish deadlines, phase programs in and out and
ensure agency/department-wide logistical support for the
equipment.

Knowledge of the agency's maintenance and repair echelons
and their capabilities and those of private organizations to
coordinate the activities of a variety of these organizations in
support of assigned complete equipment systems, groups of
commodity classes and/or several subsystems and to resolve broad
maintenance and repair problems that reduce the effectiveness of
the agency's equipment programs.

Knowledge of the primary manufactures of items of
complete equipment systems, groups of commodity classed or
several subsystems and other sources of supply, to evaluate the
overall feasibility/acceptability of various sources of supply
for assigned equipment, and/or to recognize broad trends,
problems or deficiencies regarding equipment programs and take
broad corrective action.

Ability to communicate extensively, orally and in writing,
with a variety of internal personnel and numerous contractors
and representatives of other organizations on wide-ranging
controversial, sensitive or serious equipment problems for
assigned complete equipment systems, groups of commodity classes
or several subsystems which require broad corrective action.

Ability to compose technical reports and evaluations
concerning assigned equipment to persuade equipment-related
personnel to adopt technical points and recommendations about
which there are conflicts.

.   Supervisory Controls

Assignments are given in terms of overall purposes and
scope.  Deadlines, projects and work to be done are established
through mutual agreement with the supervisor.  Work is carried
out with extreme independence and the activity's commitments to
a course of action are made by the employee without prior
approval.  Active taken is subject only to activity/department
policy and written material is given a policy review by the
supervisor.

. Guidelines

Guidelines consist primarily of technical manuals and handbooks, specifications, catalogs, agency and internal policy, directives and precedents which are almost always inapplicable. The employee uses a great deal of judgment to resolve wide-ranging controversial, critical equipment problems and is subject only to agency policy.

. Complexity

The authority and responsibility includes organizing and leading a team of peers/subordinates to successfully establish procedures for the acquisition and deployment of systems, monitoring equipment support policies, and establishing contracts to support the present and future inventory of the Navy meteorological systems.

Performs varied and complex assignments concerning broad meteorological equipments and equipment programs/activities. Decisions made require consideration of major areas of uncertainty in approach, methodology, interpretation and evaluation processes resulting from such elements as continuing changes in programs, technological developments or conflicting requirements. Originates new techniques, established criteria and develops new information.

. Scope and Effect

The employee provides advisory, planning or reviewing services on meteorological equipment problems, projects, programs and functions. Work may include developing criteria, procedures, or instructions for agency equipment activities. The employee commits the command, bureau or agency to definite courses of action with regard to assigned equipment without approval and work impacts upon a wide range of the agency's equipment program.

. Personal Contacts

Contacts regularly include employees in the agency but outside the immediate office such as engineers and supply personnel as well as a variety of officials, managers, professionals or executives of other agencies and outside organizations (e.g., contractor, higher headquarters personnel, managers/officials of the operating units and/or personnel from other services, agencies or activities).

.   Purpose of Contacts

Contacts are made to influence personnel to adopt technical points and methods about which there are conflicting opinions/interest, to justify the feasibility and desirability of work proposals to agency officials and to negotiate agreements with agencies where conflicts exist.

.   Physical Demands

The work is primarily sedentary.  Some walking, bending or stooping and occasional lifting of meteorological equipment/systems weighing up to 75 pounds is required.

.   Work Environment

Work is usually performed in an office setting.  There may be occasional exposure to conditions in contractor plants, field installations or organizations using/maintaining assigned equipment during material investigations, equipment installations and/or contractor site evaluations.

Some work is required within an electronic laboratory where eye protection is required when utilizing power tools or working with chemical agents.  Lethal voltages are present and all necessary safety precautions are required in reducing electrical shock hazards.

# IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179 and Civil Action No. 10-2771      SECTION: J      JUDGE CARL BARBIER

PLAINTIFF PROFILE FORM - PART I

*(handwritten left margin: 1st PLAINTIFF PROFILE Filed)*

| Last Name | LADNER | First Name | SHELLI | Middle/Maiden | JEANFREAU | Suffix | MRS |
|---|---|---|---|---|---|---|---|

| Phone Number | 228.688.4868 | E-Mail Address | SHELLI.LADNER@NAVY.MIL |
|---|---|---|---|

| Address | 992 BARTH ROAD | City / State / Zip | POPLARVILLE, MS 39470 |
|---|---|---|---|

| INDIVIDUAL CLAIM | ☒ | BUSINESS CLAIM | ☐ |
|---|---|---|---|

| Employer Name | UNITED STATES NAVY | Business Name | |
|---|---|---|---|
| Job Title / Description: EQUIPMENT SPECIALIST FOR HYDROGRAPHIC NAVAL SURVEYS | | Type of Business | |
| Address | 1032 NEPTUNE PASS | Address | |
| City / State / Zip | STENNIS SPACE CENTER, MS | City / State / Zip | |
| Social Security Number | 427216860 | Tax ID Number | |
| Attorney Name | N/A | Firm Name | |
| Address | | City / State / Zip | |
| Phone Number | (601) 795-5050 | E-Mail Address | |

| Claim filed with BP? | YES ☒ NO ☐ | Claim Filed with GCCF? | YES ☒ NO ☐ |
|---|---|---|---|
| If yes, BP Claim No.: DWH 100030259 | | If yes, Claimant Identification No.: 3515466 | |

**Claim Type (Please check all that apply):** ☒ Damage or destruction to real or personal property; ☐ Earnings/Profit Loss; ☐ Personal Injury/Death; ☒ Fear of Future Injury and/or Medical Monitoring; ☒ Loss of Subsistence use of Natural Resources; ☒ Removal and/or clean-up costs; ☐ Other _____

| Original Case Caption | SHELLI LADNER VS B.P., ETAL | Original Civil Action Number | 2:16-CV-03928-CJB |
|---|---|---|---|
| Originating Court | US EASTERN COURT OF LA | EDLA Civil Action Number | 2:16-CV-03928-CJB |

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☒ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☒ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.

☒ Person who utilizes natural resources for subsistence.

☒ Other: DISABLED VET..CURRENTLY EMPLOYED US NAVY (30+YRS) *(handwritten: Civil Servant)*

*(handwritten: ☒ BP's INABILITY to get my LAWSUIT # correct)*

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ Boat captain or crew involved in the Vessels of Opportunity program.

☐ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☒ Resident who lives or works in close proximity to coastal waters.

☒ Other: FLEET SURVEY TEAM , U.S. NAVY - "BOTTOM MAPPERS" for the War Fighters, PERSONNEL & HYDRO EQUIPMENT IN CONSTANT CONTACT WITH GULF WATER/OIL/BACTERIA

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

_____

_____

_____

_____

_____

_____

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

_____

_____

_____

_____

_____

_____

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

_____

_____

_____

_____

_____

_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____     _____
Claimant or Attorney Signature        Date  9/8/16

OPT-OUT FORM

11/1/2012

I, Shelli Ladner, DWH Claim # 100030259, no longer wish to be in the Economic & Property Damages Class Action Settlement. I choose to "OPT OUT" of the Class Action.

Very Respectfully

Shelli Ladner

Dwayne

Cott

Don Coyell Shack

601 798-8493

Shelli Ladner
992 Bmth Rd
Poplarville, MS

I Do 11-4

W0030259

GCCF #
351546 6

Shelli's
Lawsuit #
2:16-CV-03928
CJB

Bunni's
Lawsuit #
2:16-CV-03927

Warranty
Deed

**INDEXING INSTRUCTIONS:**
Lots 13, 14, 15 AND 16, Blk. 82, Gulfview Subdiv., Hancock City, MS.

STATE OF MISSISSIPPI
COUNTY OF HANCOCK

BK B 303 PG 258

PREPARED BY
AND RETURN TO:
GEX AND ARTIGUES
700 Highway 90, Suite A
P. O. Drawer 47
Waveland, MS  39576-0047
(228) 467-5636

### WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration not necessary to be mentioned herein, the receipt and sufficiency of which is hereby acknowledged, I, JOHN L. A. LENFANT, IV, do hereby convey and warrant unto SHELLI J. LADNER and BUNNI J. LADNER, as joint tenants with full rights of survivorship and not as tenants in common, the following described land situated in Hancock County, Mississippi, to-wit:

Lots 13, 14, 15 and 16, Block 82, GULFVIEW SUBDIVISION, Lakeshore, Hancock County, Mississippi, as per the official plat of said Subdivision on file in the office of the Clerk of the Chancery Clerk of Hancock County, Mississippi.

Together with all and singular the rights, privileges, improvements and appurtenances to the same belonging or in anywise appertaining.

The Grantors herein acquired the above property by Judgment dated in Cause No. C2301-04-451(1) entitled "In the matter of the estate of Carmel M. Jeanfreau" filed in the Chancery Court of Hancock County, Mississippi.

Taxes for the year 2004 are hereby prorated and assumed by the Grantees.

WITNESS MY SIGNATURE, this the 25 day of February, 2005.

_____
JOHN L. A. LENFANT, IV

STATE OF LOUISIANA

PARISH OF St. Tammany

PERSONALLY appeared before me, the undersigned authority in and for said jurisdiction aforesaid, on this 25 day of February, 2004, within my jurisdiction, the within named JOHN L. A. LENFANT, who acknowledged that he executed the above and foregoing instrument.

_____
NOTARY PUBLIC
My Commission Expires:

GRANTOR'S ADDRESS:
2355 bayou Liberty Rd.
Mandeville, La.
70471

GRANTEE'S ADDRESS:
49 Woods Rd.
Perkinston, MS 39573
601 795-3134

STATE OF MISSISSIPPI
COUNTY OF HANCOCK

I, TIMOTHY A. KELLAR, Clerk of the Chancery Court of said County, hereby certify that the foregoing instrument of writing was filed in my office for record on the ___ day of MARCH, 20 05, at 3:01 o'clock P.M., and duly recorded in Deed Record Book No. BB 303, Page No. 258, on the ___ day of MARCH, 20 05.

WITNESS my hand and Seal of said Court, this the 4 day of MARCH, 20 05.

By: _____ D.C.

*All orders show my name* (handwritten)
*as compliant.* (handwritten)

**Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
|  | 13-05779 |
| Kozy MHP, LLC | 16-04062 |
|  | 12-5370 |
|  | 13-05370 |
|  | 13-5370 |
|  | 16-03635 |
| Kristin Lee, Inc. | 16-03746 |
|  | 13-00685 |
| Ku, Shiu | 13-00685 |
|  | 13-00700 |
| Ku, Shun | 13-00700 |
| KUNIT, EUGENE | 16-05692 |
|  | 10-1245 |
|  | 10-01245 |
|  | 11-00715 |
|  | 13-737 |
|  | 13-00737 |
|  | 13-00786 |
| Kurka, Mark | 16-03837 |
|  | 10-1245 |
|  | 10-01245 |
|  | 11-00715 |
|  | 13-737 |
|  | 13-00737 |
|  | 13-00786 |
| Kurka, Michelle | 16-03837 |
| Kuwica, Sandra Lee | 13-02246 |
| KVS Development, LLC | 16-05336 |
|  | 13-00842 |
| L & F Homes and Development, LLC | 16-03905 |
|  | 13-5367 |
|  | 13-06009 |
|  | 13-06010 |
| L & L Glick Ltd. Partnership | 16-06303 |
| L & M MEK, Inc. | 16-04817 |
|  | 10-04216 |
| L & O Trawlers, Inc. | 16-06024 |
| L ORANGE VENTURES | 16-04153 |
| L&L Ironworks, LLC | 16-05868 |
| L.D. Amory, Co. Inc. | 13-001855 |
| LA Boilers, Inc.; | 13-01471 |
| LA Boilers, Seafood, Inc. | 16-05753 |
|  | 13-02791 |
| La Palma Restaurant; | 13-2791 |
| Restaurante/Bar La Palma | 16-06301 |
|  | 13-05144 |
| La Roux Spoon, LLC | 16-05693 |
|  | 10-04224 |
| La Spiagga LLC | 16-05552 |
| LA Vista PK LLC | 16-03824 |
| Ladner, Bunni J. | 16-03927 |
|  | 10-02675 |
|  | 13-00137 |
| Ladner, Keath | 13-01037 |
| Ladner, Shelli J | 16-03929 |

(Handwritten annotations in left margin, rotated): ONE OF Several orders w/incorrect case # reported by

(Handwritten right margin, rotated): Attachment 11

(Handwritten near Ladner, Bunni J. row): Correct CASE # for my sister who owns 50%.

(Handwritten near Ladner, Shelli J row): INCOrrect Case # recorded by BP to date. 9/12/16 Should Be 16-03928

(Handwritten left bottom): BP has recorded incorrect case # Repeatedly

(Handwritten bottom): BP's ("in camera") Exhibit 1A- PTO 60 Compliant Plaintiffs- Dated 03JUN16 very inaccurately List my Case # as CV-16-03929 when it which I have Absolutely have no ties with. My CV# is CV-16-03928

**DD FORM 214** 09.27 PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| JEANFREAU-HOWARD, SHELLI ANN | NAVY-USN | 427 21 6860 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| SN | E3 | 22 APR 63 | NEW ORLEANS, LA |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| CNAP, NASNI SAN DIEGO, CA | PERSUPPDET NASNI SAN DIEGO, CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NRPC NEW ORLEANS, LA 70147 | AMOUNT $ 50 ,000  [ ] NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|---|
| SN — 9750/FUNCTIONAL SUPPORT AND ADMINISTRATION 4 YEARS, 00 MONTHS, 22 DAYS | a. Date Entered AD This Period | 81 | OCT | 19 |
| | b. Separation Date This Period | 86 | FEB | 10 |
| | c. Net Active Service This Period | 04 | 03 | 22 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 01 | 07 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 82 | NOV | 16 |
| | i. Reserve Oblig Term Date | 87 | OCT | 18 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| FIRST GOOD CONDUCT AWARD FOR PERIOD ENDING 85OCT18. |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | [ ] YES  [X] NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT | [X] YES  [ ] NO | 17. DAYS ACCRUED LEAVE PAID 16.0 |
|---|---|---|---|---|

| 18. REMARKS |
|---|
| MEMBER WAS EXAMINED WITHIN 90 DAYS PRIOR TO SEPARATION. FURTHER DENTAL TREATMENT NEEDED.X |

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 954 PICADOR BLVD SAN DIEGO, CA 92154 | SENT TO CA DIR. OF VET AFFAIRS [X] YES [ ] NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| Shelli Jeanfreau Howard | DUKE PNC USN MILPERSUPVR BY DIR |

**SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)**

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RELEASED FROM ACTIVE DUTY AND TRANSFERRED TO NAVAL RESERVE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| MILPERSMAN 3620150.1A | LBK | RE-1 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| USN RELEASE FROM ACTIVE DUTY AND TRANSFER TO NAVAL RESERVE |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL: NONE | INITIALS |

SN 0102-LF-000-2140

DD 214 (1981-) Active Duty 1987

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

## REQUEST FOR PERSONNEL ACTION

*Civil Servant to date 9/12/16*

*Disabled 10% Veteran (Compensated)*

### PART A - Requesting Office *(Also complete Part B, Items 1, 7 - 22, 32, 33, 36 and 39.)*

| 1. Actions Requested | 2. Request Number |
|---|---|
| Correction | MSL9387368-17164 |

| 3. For Additional Information Call *(Name and Telephone Number)* | 4. Proposed Effective Date |
|---|---|
| | 01/10/2016 |

| 5. Action Requested By *(Typed Name, Title, Signature, and Request Date)* | 6. Action Authorized By *(Typed Name, Title, Signature, and Concurrence Date)* |
|---|---|
| | |

### PART B - For Preparation of SF 50 *(Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)*

| 1. Name *(Last, First, Middle)* | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LADNER, SHELLI J | 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 | 04/22/1963 | 01/10/2016 |

#### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 002 | Correction |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

#### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 894 | Gen Adj |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| QWM | Reg 531.207 |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| ZLM | E.O. 13715, Dated 18-DEC-2015 |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| EQUIPMENT SPECIALIST | EQUIPMENT SPECIALIST |
| 10087          484389 | 10087          484389 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1670 | 11 | 09 | $74,179.00 | PA | GS | 1670 | 11 | 09 | $75,044.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $64,978.00 | $9,201.00 | $74,179.00 | $0 | $65,627.00 | $9,417.00 | $75,044.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| NB3131AN61 | NB3131AN61 |
| SURVEY SUPPORT DEPARTMENT | SURVEY SUPPORT DEPARTMENT |
| LOGISTICS & EQUIPMENT DIVISION | LOGISTICS & EQUIPMENT DIVISION |
| FLEET SURVEY TEAM | FLEET SURVEY TEAM |
| SSC, MS 39522-5001 | SSC, MS 39522-5001 |

*Proof of Compensated Disabled American Veteran*

#### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | X YES      NO |
| 4 | 1 | | |

| 27. FEGLI Basic + Option B (5x) + Option A + Option C (5x) | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5 | 9    Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K    FERS and FICA | 07/09/1986 | F    Full-Time | |

#### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E - Exempt<br>N - Nonexempt | NAVY | | 5928 |
| 1 | E | | |

| 38. Duty Station Code | 39. Duty Station *(City - County - State or Overseas Location)* |
|---|---|
| 282447045 | STENNIS SPACE CENTER, HANCOCK, MS |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | UIC: 3131A | ORG: N61 | CC: FST10 | PAY OFF: CH/LOC ID: |

| 45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| 07 | | | 00 | 1 1 - USA  8 - Other | N | 8 |

### PART C - Reviews and Approvals *(Not to be used by requesting office.)*

| 1. Office / Function | Initials / Signature | Date | Office / Function | Initials / Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

| 2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements. | Signature Regenia E. Simmons<br>SUPV HUMAN RESOURCES SPEC - Electronically Signed | Approval Date 01/13/2016 |
|---|---|---|

CONTINUED ON REVERSE SIDE
52-119

OVER

Editions Prior to 7/91 Are Not Usable After 6/30/93
540-01-333-6239

# DEPARTMENT OF DEFENSE

| | |
|---|---|
| **1. Pay Period End** | 09/03/16 |
| **2. Pay Date** | 09/09/16 |

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| LADNER SHELLI J | GS 11 09 | 35.96 | 38.76 | 65627.00 9417.00 75044.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6860 | 14.35 | E | 07/09/86 | 240 | 01/07/17 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| KEESLER FEDERAL CREDIT UNIO | KEESLER FEDERAL CREDIT UNIO | KEESLER FEDERAL CREDIT UNIO |

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|
| FED M 3 0 | | FERS 9433.88 | PAID: 1369.52 |
| MS S P0/D00 0 | | | OWED: |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2876.80 | 49177.66 | |
| TAXABLE WAGES | 2338.56 | 40714.27 | |
| NONTAXABLE WAGES | 238.24 | 4263.39 | |
| TAX DEFERRED WAGES | 300.00 | 4200.00 | |
| DEDUCTIONS | 1981.16 | 33988.64 | |
| AEIC | | | |
| NET PAY | 895.64 | 15189.02 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2876.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 775.00 | 13950.00 | FEGLI | Z5 | 11.70 | 210.45 |
| FEGLI OPTNL | ABC | 47.50 | 862.35 | FEHB | 105 | 238.24 | 4263.39 |
| MEDICARE | | 38.26 | 651.26 | OASDI | | 163.59 | 2784.68 |
| RETIRE, FERS | K | 23.01 | 393.38 | TAX, FEDERAL | | 195.69 | 3315.43 |
| TAX, STATE | MS | 81.00 | 1386.00 | TSP LOANS | 418011G | 107.17 | 1071.70 |
| TSP LOANS | 401010G | | 900.00 | TSP SAVINGS | | 300.00 | 4200.00 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 8.00 | 142.16 | 8.00 | 142.16 | | | |
| SICK | -31.11 | 4.00 | 71.11 | 8.00 | 110.50 | | -70.50 | |
| HOLIDAY | | | 32.00 | | | | | |
| ADMIN | | | 12.00 | | | | | |
| LWOP | | | 71.50 | | | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.85 | 105.23 | FEHB | 488.50 | 8753.07 |
| MEDICARE | 38.26 | 651.26 | OASDI | 163.59 | 2784.68 |
| RETIRE, FERS | 394.12 | 6737.33 | TSP BASIC | 28.77 | 491.78 |
| TSP MATCHING | 115.07 | 1542.67 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380600 - DEPARTMENT OF DEFENSE.
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION,
ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG
IN AT HTTPS://MYPAY.DFAS.MIL/MYPAY.ASPX AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
THE FEDERAL EMPLOYEES' GROUP LIFE INSURANCE (FEGLI) PROGRAM IS HAVING AN OPEN SEASON! IT
STARTS ON THURSDAY SEPTEMBER 1 AND ENDS ON FRIDAY SEPTEMBER 30, 2016. MORE INFORMATION
IS AVAILABLE AT HTTPS://WWW.OPM.GOV/HEALTHCARE-INSURANCE/LIFE-INSURANCE/
VERIFY DATA FOR YOUR AFFORDABLE CARE ACT (ACA) 1095 FORM.
LOG ON TO HTTPS://MYPAY.DFAS.MIL/ OPT IN TO RECEIVE YOUR ACA FORM ELECTRONICALLY
SO YOU GET IT SOONER AND MORE SECURELY THAN THE HARDCOPY.
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEP 17)
PLEASE VISIT HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
PRETAX FEHB EXCLUSION $ 238.24

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**



Very Extensive
Damage

Deepwater Horizon Gulf of Mexico
Response, Damage Assessment & Restoration

Search Layers  Folders  and Bookmarks

**Layers**  Legend  Query Tools  Zoom  Doc

**Active View:** 1. Approach To Injury Asses

clear all  collapse all  **show all layers**

☐ **Background Layers**
  ☐ Esri
    • Esri National Geographic
☐ **BP Deepwater Horizon Oil Spill**
    • Wellhead Surface Location
☐ **NRDA Workgroup Data**
  ☐ **Analytical Data**
    ✓ NRDA Contaminant Chemistry, Stat
      Analytical Results Available (11/06/20
☐ **Cumulative Oiling**
    • Cumulative TCNNA SAR Oiling - D

**Bookmark Views:**
☐ **Shared Views**
☐ **Deepwater Horizon Programmatic**
    Assessment and Restoration Plan
  ☐ **Chapter 4 Injury Assessment**
    ☐ **4.1 Approach To The Injury As**
      1. Approach To Injury Assessment D
    ☐ 4.2 Natural Resource Exposure
      1. Natural Resource Exposure Defa
    ☐ 4.4 Water Column
    ☐ 4.5 Benthic Resources
    ☐ 4.6 Nearshore Marine Ecosyste
    ☐ 4.8 Sea Turtles
    ☐ 4.9 Marine Mammals

Geographic
Search

**Zoom Level:** 6         **Location:** 35.43113° -98.21986°



G

June 20, 2012 *****Beaches Closed, Tourism ruined and chance of now getting $2 Million for my *C-4 Zoned Beachview* Property *(6014 CHICAGO Ave)* are little to null...

JUN 18, 2012 -  TAR BALLS THREATEN HANCOCK COUNTY BEACH PROJECT (LAKESHORE, MS – across from my property at 6014 Chigago Ave)

2012 – Mounds of  debris have been dumped on my property (6014 Chicago Ave. ZONED C-4) after the oil spill, during clean up activity along the coast.  No one knows who did it or what is in those mounds of debris..Tar Balls, dispersant??  Who will pay for all these studies?  ___Who will pay for me to get another piece of non-oil & debris polluted property with 200+ YEAR OLD OAK TRESS ON IT___ (AS CAN BE SEEN ON MY PROPERTY @ 6014 Chicago Ave., BSL, MS  39520)

Small storms and tides push all this oil inland, to my property...

***NOTES:  BP hired unemployed people to do clean-up after the oil spill???  NON PROFESSIONALS, IMPROPERLY TRAINED)  It showed.  Mississippi's clean up received little if any clean up focus – rules were relaxed, tar balls are being DUG UP EVERY DAY.  Workers had little to NO SUPERVISION or PRECAUTION.  Oil was much less moved around and no REMOVED, especially in the marsh areas (i.e. Bayou Caddy/LAKESHORE area).  Booms lay idle in the water & no special clean-up was done in my area of the beaches & wetland of Lakeshore.

Louisiana got all the attention, just like with Hurricane Katrina.  We were resilient after Katrina & now our efforts are in vain after a devastating oil spill such as the Deep Water Horizon Oil Spill.  See pictures of Lakeshore Beach taken after clean-up crews left for the day & had already supposeably 'cleaned' up

JUN 17, 2012 – SECTION OF BEACH CLOSED DUE TO DREDGING

SEPT 7, 2011  - TAR BALLS DUMPED ON ALABAMA SHORE BY LEE CLEARED BY BP (STORM SURGE)

JULY 2010 – BEACH CLOSED IN HANCOCK COUNTY (LAKESHORE) – 'due to huge amounts of tar balls washing up on the shore and on the road.' -  Waveland, MS (WLOX) – PHOTO SOURCE:  MDEQ

***MY PROPERTY (Zoned C-4) IS DEAD CENTER OF THE BEACH CLOSURES, BETWEEN Silver Slipper & East to Pointset Ave., Clermont Harbor, MS*** & mid-center of Sears Ave & Silver Slipper where beaches were AGAIN closed****

APRIL 2010 – DEEPWATER HORIZON OIL SPILL DEVASTED THE GULF OF MEXICO

# Clermont Harbor, Mississippi

Coordinates: 30°15′42″N 89°24′58″W

From Wikipedia, the free encyclopedia *(Lakeshore) on*

**Clermont Harbor** is an unincorporated community on the *Bay St. Louis* western end of Hancock County on the Gulf Coast of Mississippi. It is part of the Gulfport–Biloxi, Mississippi Metropolitan Statistical Area.

The US Post Office considers the area an extension of Bay St. Louis although Waveland lies between them. It is approximately seven blocks wide and about five blocks inland (1/2 mile) to the CSX Transportation line. Clermont Harbor was completely destroyed by Hurricane Katrina. *Lakeshore is Clermont Harbors adjacent neighbor.* Before and since Katrina, Clermont Harbor has been in the news because developers wanted to build high-rise condominiums on the beach in the area. The Hancock County Board of Supervisors had already approved the Silver Slipper Casino nearby at Bayou Caddy and numerous condominiums towers as tall as 36 stories very close to or in front of Clermont Harbor. The Silver Slipper Casino opened on November 9, 2006 as the first newly built, land-based casino in the Mississippi Gulf Coast region. However, the proposed condominium towers appear to be on hold indefinitely.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Clermont_Harbor,_Mississippi&oldid=633478493"

Categories: Unincorporated communities in Hancock County, Mississippi | Unincorporated communities in Mississippi | Gulfport–Biloxi metropolitan area | Populated coastal places in Mississippi | Mississippi geography stubs

---

- This page was last modified on 12 November 2014, at 03:54.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.



Bay St. Louis, MS
Bridge - FST's
Fleur De Lis

Prior To
Oil Spill

for remnant of early coastland + waterways NOT depicted on BEN MAP

THIS IS the canal that isn't depicted; + drains from Bayou boldly to falseshore. Between my property + Bayou "(west)"

Lakeshore MS

Silver Slipper (Bayou Caddy)

UWR↓D 1000 30°09







ENVIRONMENTAL SENSITIVITY INDEX MAP

HAASWOOD, LA.-MISS. (1976) ESI-29

Happy Holidays from the
Fleet Survey Team

Hydro Survey
Vessels I maintain

Myself, Shelli Leduc &
my grand daughter at Engaged
Christmas Point