UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Nos. 13-2978, 13-2967, 13-2970, 16-4067* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are multiple Motions to Withdraw as Counsel (Rec. Docs. 21325, 21326, 21327, 21329). Having considered the motions;

IT IS ORDERED that the motions are GRANTED and Robin L. Greenwald and the law firm of Weitz & Luxenberg, P.C. are WITHDRAWN as counsel of record for the following plaintiffs in the following matters:

| Plaintiff | Case No. | Contact Information |
|---|---|---|
| Richard Shindler | 13-2978 | 715 82nd St. Miami Beach, FL 33141 (305) 864-2422 ihsobe@bellsouth.net |
| Southern Pines Apartments, LLC | 13-2967 | 715 82nd St. Miami Beach, FL 33141 (305) 864-2422 ihsobe@bellsouth.net |
| Whispering Pines Apartments, LLC | 13-2970 | 715 82nd St. Miami Beach, FL 33141 (305) 864-2422 ihsobe@bellsouth.net |
| Scott Porter | 16-4067 | PO Box 886 Houma, LA 70361 (985) 226-4856 ecologic2020@aol.com |

Because corporations, LLCs, and other business entities must be represented by an attorney, Southern Pines Apartments, LLC and Whispering Pines Apartments, LLC have sixty (60) days from the issuance of this order to enroll new counsel or their claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

Richard Shindler and Scott Porter have sixty (60) days from the issuance of this order to enroll new counsel or advise the Court of their intent to proceed *pro se*.

Counsel shall serve a copy of this Order on the plaintiffs.

New Orleans, Louisiana, this 14th day of September, 2016.

                                              _____
                                              United States District Judge