UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| | : : | JUDGE BARBIER MAGISTRATE JUDGE WILKINSON |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DANGER CORP d/b/a DANGER CHARTERS, ("Danger") by and through its undersigned counsel hereby voluntarily dismisses its claim against BP, PLC; BP Products North America, Inc.; BP America, Inc.; BP Exploration & Production, Inc.; Transocean, Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Halliburton Energy Services, Inc.; Cameron International Corporation f/k/a Cooper Cameron Corporation; and Anadarko Petroleum Corporation, without prejudice.

Respectfully submitted,

ROSENBAUM MOLLENGARDEN PLLC
250 Australian Avenue South, Suite 500
One Clearlake Centre
West Palm Beach, Florida 33401
Tel. (561)653-2900
Fax (561)820-2542
Email: tyaques@r-mlaw.com

By: /s/ Tatiana B. Yaques
TATIANA B. YAQUES
Florida Bar No. 673048

25F4184