# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010**<br><br>**This document relates to:**<br><br>**Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401** | **MDL No. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

## ORDER

**CONSIDERING** the attached and foregoing Motion for Additional Time to Respond,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the time to respond to Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates Complaint for Attorney's Fees [Rec. Doc. 21858] be extended (7) days to September 26, 2016.

New Orleans, done this _____ day of _____, 2016.

_____
Joseph C. Wilkinson, Jr.