MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 15, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771; 10-8888<br>10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

A status conference was conducted in this matter before me on this date to schedule further proceedings in connection with the complaints in intervention for attorneys fees asserted by the law firm of Waltzer, Wiygul & Garside, LLC. Participating were: Blayne Honeycutt, Fred Herman, Stephen Herman and Soren Gisleson, representing plaintiffs; Stephen Gelé, Robert Wiygul and Joel Waltzer, representing intervenor, Waltzer, Wiygul & Garside, LLC.

During the conference, all parties with an interest in the subject interventions for attorneys fees consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A form of written consent, limited to the intervention claim, is being circulated for signature.

Considering the court's discussions with counsel and my review of the record, I note initially that my references to the Third Party Dispute Resolution Process before the Attorney Liens Adjudicator, Judge Jerry A. Brown, in my order granting the motion to intervene were erroneous. Record Doc. No. 21584. These claims are not subject to that process. Nevertheless,

MJSTAR:  0 : 45

by agreement of all parties to participate, United States Bankruptcy Judge Brown has agreed to act as mediator and conduct a settlement conference as to these claims for attorneys fees. Accordingly,

**IT IS ORDERED** that further proceedings concerning the interventions will be conducted as follows:

A settlement conference will be conducted before Judge Brown on **November 3, 2016 at 3:00 p.m.** No later than **October 28, 2016**, counsel must submit their confidential settlement position papers to Judge Brown.

Intervenor must file its motion for attorneys fees, fully supported by all necessary affidavits and other proof and in the manner required by Local Rule 54.2, no later than **November 18, 2016**, with a notice of submission on my **December 28, 2016** motions docket.

Plaintiffs must file their written opposition memorandum, supported by any affidavits or other proof, no later than **December 9, 2016**.

Intervenor must file its reply memorandum no later than **December 16, 2016**.

Thereafter, the intervention claims will be determined without oral argument or further hearing, unless otherwise ordered by the court upon motion by either side.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**HON. JERRY A. BROWN**