**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, CHAMBERS B409
NEW ORLEANS, LA 70130

JOSEPH C. WILKINSON, JR.
Chief Magistrate Judge

September 16, 2016

Phone: (504) 589-7630
Fax: (504) 589-7633

Joel R. Waltzer, counsel for Intervenors
Waltzer, Wiygul & Garside, LLC
1000 Behrman Hwy.
Gretna, LA 70056

Fred L. Herman, counsel for plaintiffs
1010 Common Street
Suite 3000
New Orleans, LA 70112

*File in the record 9/16/16*

Re: Interventions for Attorneys Fees: C.A. Nos. 10-2771, 10-8888, 10-9999, 14-1525

Gentlemen:

It occurred to me after the conference of September 15, 2016, that the interventions that were filed for attorneys fees sought by the Waltzer, Wiygul & Garside, LLC firm were asserted in all four (4) cases, C. A. Nos. 10-2771, 10-8888, 10-9999 and 14-1525. The Section 636(c) consent forms you previously signed were for C. A. No. 14-1525 only. Because this is an important jurisdictional matter, in an abundance of caution, I am attaching for your consideration a consent form for the interested parties that references all four (4) cases. Please note that this consent is expressly limited to the attorneys fees' interventions <u>only</u>. As I told you during the conference, you are free to withhold consent without any adverse substantive consequence whatsoever. Thanks very much.

Sincerely,

Joseph C. Wilkinson, Jr.

JCW/mcm