UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEP WATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO.   2179 |
| | SECTION:   J |
| This Document Relates to:   13-01117 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

### GANGI SHRIMP COMPANY, LLC'S MOTION TO RE-OPEN CASE

NOW COMES, plaintiff, Gangi Shrimp Company, LLC, through undersigned counsel, who respectfully submits this Motion relative to the Court's Order to Show Cause issued on June 7, 2016 [Doc. 18724] and respectfully requests that this Court re-open this Plaintiff's case and/or permit Gangi's case to proceed with his lawsuit against all named defendants.

As more particularly set out in the Memorandum in Support of this Motion attached hereto, Gangi Shrimp Company attempted to comply with all requirements and orders of this Honorable Court, including completion of the Opt Out Form, submitting a claim for and receipt of emergency funds from the Gulf Coast Claims Facility and other actions demonstrated in its Memorandum and

-----Page Two-----

exhibits thereto. However, despite Gangi's continued participation in the claims process, neither Gangi nor his attorney received information regarding certain requirements to file a sworn statement nor notice of various deadlines for the filing of the sworn statement and/or other motions, rules or responses.

    Accordingly, for the reasons set out more particularly in the Memorandum in Support of this Motion, Gangi Shrimp Company moves this Honorable Court to re-open the claim of Gangi Shrimp Company, LLC and/or permit Gangi's case to proceed with his lawsuit against all named defendants.

                                RESPECTFULLY SUBMITTED:

                                /s/   Michael A. Britt_____

                                Michael A. Britt       LSBA  #3489
                                3701 Williams Blvd., Suite 255
                                Kenner, LA 70065
                                (504) 441-8660           Telephone
                                (504) 443-2774           Facsimile
                                mab3489@aol.com          email
                                Attorney for Gangi Shrimp Company, LLC