| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CASE NO: 10-MD-2179<br><br>SECTION "J" (2) |
| This document applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., Et al.v. BP Exploration & Prod.Inc, et al.* | MAG. JUDGE WILKINSON |

### MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes Briante Palazaeno, who wishes to enroll Frank G. DeSalvo as counsel of record in the above captioned matter.

Respectfully Submitted,

_____/s/ Frank G. DeSalvo_____
FRANK G. DESALVO, APLC
Frank G. DeSalvo, La Bar #4898
Shannon R. Bourgeois, La Bar # 30033
739 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-524-4191
Facsimile: 504-821-0036

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record and the District Attorney by depositing same in the United States mail, postage prepaid, hand delivered or by facsimile, this 19th day of September, 2016.

_____/s/ Frank G. DeSalvo_____