| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CASE NO: 10-MD-2179<br><br>SECTION "J" (2) |
| **This document applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., Et al.v. BP Exploration & Prod.Inc, et al.* | **MAG. JUDGE WILKINSON** |

## ORDER

Considering the above and foregoing Motion to Enroll as Counsel of Record;

  IT IS ORDERED, ADJUDGED AND DECREED that Frank G. DeSalvo be permitted to enroll as counsel of record for, Briante Palazaeno.

  THUS DONE AND SIGNED IN NEW ORLEANS, LOUISIANA this \_\_\_ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE