| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CASE NO: 10-MD-2179<br><br>SECTION "J" (2) |
| **This document applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., Et al.v. BP Exploration & Prod.Inc, et al.* | **MAG. JUDGE WILKINSON** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

NOW INTO COURT, through undersigned counsel, comes Briante Palazaeno, who respectfully requests that the response presently due on September 20, 2016, be continued until October 3, 2016, as undersigned counsel has been just recently retained.

Opposing counsel, Corey Moll, has been contacted and has no opposition to this brief extension.

WHEREFORE, the foregoing considered, it is prayed that this motion be granted.

Respectfully Submitted,

_____/s/ Frank G. DeSalvo_____
FRANK G. DESALVO, APLC
Frank G. DeSalvo, La Bar #4898
Shannon R. Bourgeois, La Bar # 30033
739 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-524-4191
Facsimile: 504-821-0036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record and the District Attorney by depositing same in the United States mail, postage prepaid, hand delivered or by facsimile, this 19th day of September, 2016.

_____/s/ Frank G. DeSalvo_____