| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CASE NO: 10-MD-2179<br><br>SECTION "J" (2) |
| This document applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., Et al.v. BP Exploration & Prod.Inc, et al.* | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing motion,

**IT IS ORDERED** that Briante Palazaeno's response presently due on September 20, 2016, be continued until October 3, 2016. The deadline for filing a reply is extended up to and including October 17, 2016.

New Orleans, Louisiana this 19th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE