

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

10-md-2179 J(1)

_____
PLAINTIFF(S)

CIVIL ACTION

VERSUS

No. 11-3180 J(1)

_____
DEFENDANT(S)

SECTION: J

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

New Address: (PLEASE PRINT)

TRAI V. NGUYEN
(NAME)

101 MARED COURT
(STREET ADDRESS)

LAFAYETTE     LA      70506
(CITY)         (STATE)    (ZIP CODE)

337-704-8839
(TELEPHONE NUMBER)

Submitted by:

_____
(SIGNATURE)

9-14-16
(DATE)

CERTIFICATE OF SERVICE
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20___

_____
(SIGNATURE)

TENDERED FOR FILING
SEP 16 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

04/2004

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

From: TRAI V. NGUYEN
101 MAKED CT
LAFAYETTE, LA 70506

BATON ROUGE
LA 708 2 T
14 SEP 2016 PM

TO: US District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

70130+3973