IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DHECC'S MOTION FOR RETURN OF PAYMENTS**

Claimants, Herminia Medina d/b/a Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon, and claims preparer Raymond G. Flores ("Movants"), by and through undersigned counsel, file this motion for extension of time to file their response to Deepwater Horizon Economic Claims Center's ("DHECC") Motion for Return of Payments, and in support thereof states as follows:

1.  DHECC filed its Motion for Return of Payments against claimants, Herminia Medina d/b/a Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon, and claims preparer Raymond G. Flores on August 10, 2016 (Rec. Doc. 21470).

2.  Pursuant to the Court's Scheduling Order entered August 16, 2016, a response to DHECC's Motion for Return of Payments is due September 20, 2016 (Rec. Doc. 21487).

3.  Movants respectfully request that the deadline to file a response to DHECC's Motion for Return of Payments be extended to September 30, 2016.

4.  Counsel for DHECC has no objection to the extension of time requested herein.

WHEREFORE, Movants respectfully request that this Court grant this motion and enter an order extending the time to file a response to DHECC's Motion for Return of Payments until September 30, 2016.

Respectfully submitted this 20th day of September, 2016.

/s/ H. Lee Strayhan, III
H. LEE STRAYHAN, III
Louisiana Bar No. 27098
CLARK PARTINGTON
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 650-3304
Email: lstrayhan@clarkpartington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically to counsel for the DHECC via the Court's CM/ECF Filing System on this 20th day of September, 2016.

/s/ H. Lee Strayhan, III
H. LEE STRAYHAN, III