UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This document relates to:<br><br>Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

### ORDER

**CONSIDERING** the attached and foregoing Motion for Additional Time to Respond,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the time to respond to Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates Complaint for Attorney's Fees [Rec. Doc. 21858] be extended (7) days to September 26, 2016.

New Orleans, done this  20th  day of  September , 2016.

_____
United States Magistrate Judge