DocuSign Envelope ID: 48F0D55F-6348-4929-B939-6090C7076391

CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.

Attachment B

**Form of Notice of Dismissal**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | |
| **NABI INVESTMENT CORPORATION** | JUDGE BARBIER |
| Docket Number(s) | MAGISTRATE JUDGE SHUSHAN |
| **2:13-cv-5365-CJB-SS** | |
| Short Form Joinder Number(s) | |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater

DocuSign Envelope ID: 48F0D55F-6348-4929-B939-6090C7075391

**CONFIDENTIAL SETTLEMENT COMMUNICATION;
EXEMPT FROM FOIA AND STATE OPEN RECORDS ACTS;
SUBJECT TO CONFIDENTIALITY ORDER ISSUED
JANUARY 13, 2016, PTO NO. 38, AND FRE 408.**

Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

**NABI INVESTMENT CORPORATION          2:13-cv-5365-CJB-SS**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this __27__ day of __June__, 2016.

/s/                              *Wesley Farrell*
Attorney Name:         E017F3BD7FCE4D3...
Attorney Address:

ATTORNEY FOR PLAINTIFF(S)

-15-

OP

**Notices**

2:16-cv-06370-CJB-SS v. BP Exploration & Production, Inc. et al

# U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by McCall, Joey on 6/27/2016 at 9:56 PM CDT and filed on 6/27/2016

| | |
|---|---|
| **Case Name:** | v. BP Exploration & Production, Inc. et al |
| **Case Number:** | 2:16-cv-06370-CJB-SS |
| **Filer:** | Nabi Investment Corporation |
| **Document Number:** | 3 |

**Docket Text:**
**NOTICE of Voluntary Dismissal With as to all Defendants by Nabi Investment Corporation. (McCall, Joey)**

**2:16-cv-06370-CJB-SS Notice has been electronically mailed to:**

Joey M. McCall     jmccall@floridaattorney.com, Lperez@floridaattorney.com

**2:16-cv-06370-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/27/2016] [FileNumber=8036522-0
] [a78c9ca10f89b280b56e304035f7654d12b5cebcb3dfe0c8cca379bae86807958f6
5b3c9bb1e1100c9804ace0b2e12ac2586de9495fecc7e768d6bfca33f6364]]