**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the motion filed by Herminia Medina d/b/a Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon, and claims preparer Raymond G. Flores ("Movants"),

IT IS ORDERED that the motion is GRANTED.  The deadline for Movants to file a response to DHECC's Motion for Return of Payments is extended to September 30, 2016.  The deadline for the DHECC to file a reply is extended to October 14, 2016.

New Orleans, Louisiana this 20th day of September, 2016.

United States District Judge