MOLLERE, FLANAGAN & LANDRY, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
MOLLERE BUILDING
2341 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

JULES G. MOLLERE (1921-1985)
JAMES T. FLANAGAN (1928-1996)

RAYMOND B. LANDRY
RICHARD L. TRAINA

TELEPHONE: 504-837-4950
TELECOPIER: 504-837-3221

Writer's E-MAIL:
RLT@mollereflanagan.com

November 26, 2012

Maxim L.C.
dba Leonardo Trattoria
C/o Shelly Jo Licciardi
709 St. Charles Ave.
New Orleans, LA 70130

Re:   Leonardo Trattoria – General Advices

Dear Shelly:

I hope that you had a good Thanksgiving holiday. I've enclosed my invoice dated November 21 for work that I did last month in my Leonardo Trattoria "general" file. Please let me know if you have any questions or comments about it; otherwise, please place it in line for payment.

Thank you.

Sincerely,

Richard L. Traina

Enclosure
Cc:   Briante Palazaeno (by email, w/ encl.)

EXHIBIT
A

**Mollere, Flanagan & Landry, L.L.C.**
2341 Metairie Road
Metairie, LA 70001

Ph: 504-837-4950       Fax: 504-837-3221

Maxim L.C. dba Leonardo Trattoria
c/o Shelly Jo Licciardi
709 St. Charles Avenue
New Orleans  LA  70130

Page: 1
11/21/2012
Account No.: Maxim2-12331M
Statement No.: 44215

General Advices

## FEES

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/11/2012 | RLT | Review rewards network lawsuit filed in Chicago, IL; exchange emails with Mr. Palazaeno re: same; review W-9 request from GCCF; complete same; exchange emails with Mr. Palazaeno re: same | 250.00 | 0.40 | 100.00 |
| | | For Current Services Rendered | | 0.40 | 100.00 |

Recapitulation

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Richard L. Traina | 0.40 | $250.00 | $100.00 |

## ADVANCES

| Date | Description | Amount |
|---|---|---|
| 10/12/2012 | Secretary of State | 25.00 |
| | Total Advances | 25.00 |
| | Total Current Work | 125.00 |
| | Balance Due | $125.00 |

Maxim L.C. dbaLeonardo Trattoria

General Advices

*Payment is expected within 30 days from date of invoice. A finance charge of 1.5% per month (18% APR) or the maximum allowable rate under Louisiana law, whichever is greater, will be added to any past due amount. If your account is placed with a collection agency and/or attorney for collection of any past due amounts, you will be responsible for court costs and reasonable collection/attorney fees to be determined by a court of competent jurisdiction.*

******************************************

**FOR YOUR CONVENIENCE WE ACCEPT**

\_\_\_\_\_ VISA   and   \_\_\_\_\_ MASTERCARD

**CARD #**_____ **EXP. DATE** _____

**SIGNATURE** _____