**MOLLERE, FLANAGAN & LANDRY, L.L.C.**
**ATTORNEYS AND COUNSELORS AT LAW**
MOLLERE BUILDING
2341 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

JULES G. MOLLERE (1921-1985)
JAMES T. FLANAGAN (1928-1996)

RAYMOND B. LANDRY
RICHARD L. TRAINA

TELEPHONE: 504-837-4950
TELECOPIER: 504-837-3221

Writer's E-MAIL:
RLT@mollereflanagan.com

October 11, 2012

Maxim L.C.
dba Leonardo Trattoria
C/o Shelly Jo Licciardi
709 St. Charles Ave.
New Orleans, LA 70130

Re: Leonardo Trattoria
Deepwater Horizon Oil Spill
Economic & Property Damage Settlement Claim

Dear Shelly:

Please sign the two enclosed W-9 forms where indicated and mail them back to me. If it's easier for you, give me a call when they're signed and I'll pick them up at the restaurant.

Thank you.

Sincerely,

Richard L. Traina

Enclosures
Cc:   Briante Palazaeno (by email, w/ encls)

EXHIBIT
B