MOLLERE, FLANAGAN & LANDRY, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
MOLLERE BUILDING
2341 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

JULES G. MOLLERE (1921-1985)
JAMES T. FLANAGAN (1928-1996)

RAYMOND B. LANDRY
RICHARD L. TRAINA

TELEPHONE: 504-837-4950
TELECOPIER: 504-837-3221

Writer's E-MAIL:
RLT@mollereflanagan.com

July 2, 2012

Maxim, LC
dba Leonardo Trattoria
C/o Shelly Jo Licciardi
709 St. Charles Ave.
New Orleans, LA 70130

Re:  Leonardo Trattoria
     Deepwater Horizon Oil Spill
     Economic & Property Damage Settlement Claim

Dear Shelly:

Briante asked that I send you the enclosed contingency fee agreement form in connection with my representation of Leonardo Trattoria in pursuing its economic and property damage settlement claim arising out of the BP oil spill incident. Please sign and date the agreement and return the agreement to me. I'll then sign the agreement and return a fully executed copy to you.

Thank you; please give me a call if you have any questions or comments.

Sincerely,

Richard L. Traina

Enclosure
Cc:  Briante Palazaeno (by email, w/ encl.)

EXHIBIT C