MOLLERE, FLANAGAN & LANDRY, L.L.C.
ATTORNEYS AND COUNSELORS AT LAW
MOLLERE BUILDING
2341 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

JULES G. MOLLERE (1921-1985)
JAMES T. FLANAGAN (1928-1996)

RAYMOND B. LANDRY
RICHARD L. TRAINA

TELEPHONE: 504-837-4950
TELECOPIER: 504-837-3221

Writer's E-MAIL:
RLT@mollereflanagan.com

July 20, 2012

Maxim, LC
dba Leonardo Trattoria
C/o Shelly Jo Licciardi
709 St. Charles Ave.
New Orleans, LA 70130

Re:  Leonardo Trattoria
     Deepwater Horizon Oil Spill
     Economic & Property Damage Settlement Claim

Dear Shelly:

Further to my letter of July 2, I've enclosed a fully-executed copy of our contingency fee agreement for your records.

Thank you; please give me a call if you have any questions or comments.

Sincerely,

Richard L. Traina

Enclosure

EXHIBIT D