http://www.theadvocate.com/new_orleans/news/business/article_19e45a02-76e2-11e6-a9df-2772bf1e971d.html

<

PREVIOUS



New Orleans area People in Business for Sept. 11, 2016

>

NEXT UP



unveils local startups selected for its latest business accelerator prog…



announced 15 Louisiana-based startups that …

# City to beef up sales tax collection from bars, other businesses

BY JEFF ADELSON | JADELSON@THEADVOCATE.COM   SEP 9, 2016 - 6:06 PM

Jeff Adelson

New Orleans is looking to crack down on businesses, especially bars, that aren't paying their fair share of sales tax.

The City Council approved a package of ordinances Thursday that require businesses to keep more detailed records of their sales and provide them for review by the city.

"Making sure that every business pays their due sales tax is important not only from a fiscal responsibility standpoint for the city but also to level the playing field for businesses that are paying their fair share," Councilwoman Stacy Head said.

All three ordinances were approved unanimously by the council, with Councilman James Gray absent.

Mayor Mitch Landrieu's administration has focused on improving revenue collection in various areas, including sales taxes, since Landrieu took office in 2010. Sales tax collection is up by 48 percent since 2009, an increase that Finance Director Norman Foster told the council was largely due to the growth in retail in the city but also the result of more aggressive enforcement.

The administration developed the ordinances with input from PFM, a financial consulting firm, and French Quarter bars.

The new rules are aimed at making it easier for auditors to check that businesses are paying the proper sales tax, Foster said. An important element of those checks is ensuring proper sales records are kept, he said.

The new ordinance requires businesses to keep sales records for three years. Businesses can be fined $100 for each day's records that are missing.

Alcohol wholesalers would also be required to submit records to the city every year showing the retailers that bought from them.

**EXHIBIT E**

http://www.theadvocate.com/new_orleans/news/business/article_19e45a02-76e2-11e6-a9df-2772bf1e971d.html?sr_source=lift_amplify

While some record-keeping requirements already exist, the new rules beef up the penalties for businesses that fail to comply, Foster said.

Restaurants and bars will also be required to turn over copies of a year's worth of the monthly reports they provide to the state showing their alcohol sales. Reports of the past year's worth of food and alcohol sales will have to be turned over when a business renews its permit to sell alcohol.

City auditors will have the ability to impose fines if the documents are not provided.

Businesses may be fined $100 a day for every day they do not turn records over to the city, an amount that can be increased to $200 a day if those documents do not arrive after three months and to $500 a day after six months.

FOLLOW JEFF ADELSON ON TWITTER, @JADELSON.

## You May Like

Sponsored Links by Taboola

**Warning! This game is highly addicting**
Sparta - Free Online Game

**A Third of Supporters Say 'Trump or Bust': Poll**
Reuters TV

**Stephen Hawking's Stuns Everyone With His New Prediction**
Crazy Koalas

**What You Didn't Know About That AT&T Commercial Girl**
Detonate

**All You Need to Know About Lower Back Pain**
Yahoo

**Photos Of Couples After Decades Together Proves Forever Love Truly Exists**
ItsTheVibe

**The World's 20 Fastest Planes. How Is #1 Even Real?**
WorldLifestyle

**Mandeville, Louisiana Residents Are Stunned By This New Rule**
Provide-Savings Insurance Quotes

- Three Tulane students knocked unconscious and robbed near campus
- Sending a message? LSU board of supervisors punts on bonus pay for Les Miles
- This Simple Quiz will Reveal Your Metabolic Type (Survey from Natural Health Sherpa)
- Monroe police to Nick Saban: Officer who arrested Cam Robinson, Hootie Jones 'throws up in his mouth' when hears LSU

Recommended by