# AFFIDAVIT TO BE SUBMITTED BY MAXIM OR BRIANTE PALAZAENO

# IN ITS FORTHCOMING OPPOSITION MEMORANDUM



EXHIBIT F