## DEEPWATER HORIZON SETTLEMENT PROGRAM
## BUSINESS COMPENSATION
## TOTAL CALCULATED LOSS

### Claimant Summary

| | |
|---|---|
| **Calculation Method** | B    A1 |
| **CLAIMANT** | Leave it to Beaver P&Ls Submitted 11/07/11 |
| **CLAIMANT ID** | 100064547 |
| **CLAIM ID** | 3548513 |
| **BUSINESS TYPE** | Tourism |
| **ECONOMIC LOSS ZONE** | Zone A |
| **RISK TRANSFER PREMIUM** | 2.50 |

**AVAILABLE BENCHMARK PERIODS*** 
* Pass Causation and Not Incomplete/ Deficient

- [x] 2009 Only Benchmark Period
- [x] 2008/2009 Only Benchmark Period
- [ ] 2007/2008/2009 Only Benchmark Period

| | |
|---|---|
| **OPTIMUM BENCHMARK PERIOD** | 2008/2009 |
| **STEP 1 OPTION** | Option 3 - May To October |
| **STEP 2 OPTION** | Option F: July - December |

### Causation

Causation Presumed:   Yes

### Total Calculated Loss Summary

| DESCRIPTION | AMOUNT | |
|---|---:|---|
| STEP 1 - LOST VARIABLE PROFIT | $ 52,699.83 | [A] |
| STEP 2 - LOST VARIABLE PROFIT | 0.00 | [B] |
| SUBTOTAL | 52,699.83 | [C]=[A+B] |
| RISK TRANSFER PREMIUM (RTP) | 2.50 | [D] |
| COMPENSATION PRIOR TO OFFSETS | 184,449.41 | [E]=[C]+[C*D] |
| LESS OFFSETS: | | |
|   BP PAYMENTS | **0.00** | [F] |
|   RE PAYMENTS | **0.00** | [F] |
|   GCCF PAYMENTS | **0.00** | [F] |
|   VoO SETTLEMENT PAYMENT | **0.00** | [F] |
|   VoO EARNED INCOME | **0.00** | [F] |
|   MISCELLANEOUS PAYMENTS | **0.00** | [F] |
| TOTAL NET COMPENSATION | 184,449.41 | [G]=[E-F] |

** For example, prior payments made to owners, payments on duplicate claims prior to closing them, etc.