## DEEPWATER HORIZON SETTLEMENT PROGRAM
## BUSINESS COMPENSATION
## TOTAL CALCULATED LOSS

### Claimant Summary

| | | |
|---|---|---|
| Calculation Method | A | A3 |
| CLAIMANT | | Leave it to Beaver P&Ls Submitted 09/12/11 |
| CLAIMANT ID | | 100064547 |
| CLAIM ID | | 3548513 |
| BUSINESS TYPE | | Charter |
| ECONOMIC LOSS ZONE | | Zone A |
| RISK TRANSFER PREMIUM | | 2.50 |

**AVAILABLE BENCHMARK PERIODS*** 
* Pass Causation and Not Incomplete/ Deficient

- [x] 2009 Only Benchmark Period
- [x] 2008/2009 Only Benchmark Period
- [ ] 2007/2008/2009 Only Benchmark Period

| | |
|---|---|
| OPTIMUM BENCHMARK PERIOD | 2009 |
| STEP 1 OPTION | Option 4 - May To September |
| STEP 2 OPTION | Option F: July - December |

### Causation

Causation Presumed:   Yes

### Total Calculated Loss Summary

| DESCRIPTION | AMOUNT | |
|---|---:|---|
| STEP 1 - LOST VARIABLE PROFIT | $ 33,313.44 | [A] |
| STEP 2 - LOST VARIABLE PROFIT | 0.00 | [B] |
| SUBTOTAL | 33,313.44 | [C]=[A+B] |
| RISK TRANSFER PREMIUM (RTP) | 2.50 | [D] |
| COMPENSATION PRIOR TO OFFSETS | 116,597.02 | [E]=[C]+[C*D] |
| LESS OFFSETS: | | |
|   BP PAYMENTS | 0.00 | [F] |
|   RE PAYMENTS | 0.00 | [F] |
|   GCCF PAYMENTS | 0.00 | [F] |
|   VoO SETTLEMENT PAYMENT | 0.00 | [F] |
|   VoO EARNED INCOME | 0.00 | [F] |
|   MISCELLANEOUS PAYMENTS | 0.00 | [F] |
| TOTAL NET COMPENSATION | 116,597.02 | [G]=[E-F] |

** For example, prior payments made to owners, payments on duplicate claims prior to closing them, etc.