# Leave it to Beaver Charters
# 719 Sharon Place
# Key Largo, FL 33070
## GCCF Claim # 3548513
## EIN # 45-3214117

## Claim Summary

# Letter of Explanation
Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

11/22/2010

Capt Martin Formento
Leave it to Beaver Charters
PO BOX 9262
Tavernier, FL 33070

To Whom It May Concern,

The BP oil spill that occurred in April of 2009 has affected my charter boat business here in Key Largo. I am located at the Holiday Inn at MM 100 Key Largo, FL 33307. I started losing charters when the media implied we were going to have adverse affects from the oil.

This is the slowest summer we have had since we started our business in 2001.

This is the first time in ten years that I have not fished one dolphin tournament.

We had customers cancel weekly due to the threat of the spill.

The affects are still being felt and may last through the winter fishing season.

It has caused me great stress, hardship and possibly losses upwards to $80,000.

Sincerely,

*[signature]*

Capt Martin Formento

# Excerpt from **ATTACHMENT "A"** Documents that establish a relationship to the spill

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

| ATTACHMENT A<br>ESTABLISHING EVIDENCE OF A CONNECTION TO THE SPILL ||| 
|---|---|---|
| The GCCF will review each claim case by case to determine whether the claimant has established that a financial loss occurred as a result of the Oil Spill. The following guidance has been developed to assist claimants with formulating the basis of a claim and providing sufficient supporting documentation. |||
| Assertion | Description | Examples of Evidence |
| **Losses due to the effects of the spill on the Gulf's tourism sector** | A connection to the tourism industry in the Gulf region must be established. Documentation to support this assertion may include evidence of a business-to-business relationship or a primary customer base of tourists within the region. | • ==List of customers/suppliers within the Gulf region==<br>• ==Evidence of cancelled orders / agreements / contracts as a result of the oil spill==<br>• Evidence of modified orders / agreement / contracts as a result of the oil spill<br>• Historical evidence of consistently placed orders<br>• ==Third party affidavits/letters==<br>• Third party invoices/receipts |
| | Example: a regional distributor of ice cream with a loss of sales to beachfront hotels and restaurants. Appropriate documentation to support this assertion would include records reflecting a post-spill reduction in purchases by identified tourism-dependent customers and letters from the purchasers explaining that the reduction in orders was a result of the spill. | • ==Evidence of the traditional location of the affected business activity==<br>• Records of sales reflecting the percentage of sales to out-of-state/out-of-town purchasers |

We have highlighted the examples of evidence that we are providing as required in attachment "A" the examples have been included in an outline of our responses on the following page.

# Excerpt from **ATTACHMENT "A"** Documents that establish a relationship to the spill
Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

As highlighted the examples of evidence as required in attachment "A" the examples of evidence cited on the previous page:

1. List of customers/suppliers within the Gulf region

    A. We are including a file marked "Customer List"

2. Evidence of cancelled orders / agreements / contracts as a result of the oil spill

    A. We are including a pages titled "Cancelations"

3. Third party affidavits/letters

    A. We are including a page titled "Third Party Affidavits"

4. Evidence of the traditional location of the affected business activity

    A. We are including a page titled "Business Location"

These *acceptable examples of evidence* in our attachments should easily ESTABLISH OUR RELATIONSHIP TO THE SPILL as required in Attachment "A".

# Customer List

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

Darren and Constance Askew
Tim Abbott  VA
Pat and Maggie Haynes  VA
Daniel and Meredith Gleitz TX
Del Harkalis FL
Steve and Hunter Tillman  FL
David and Jacky Fenton  FL
Norman Frank  OH
Matt Jacob  MA
Don Mayville  NY
Samantha Sanders  CT
Charles Turner  GA
Robert Bergquist  FL
Wildy Calixte FL
Ann Brown  NC
Sean Fitzpatrick  MO
Ken Bing FL
Andrew Berg  RI
Tom Carrdock  FL
Ron Childers FL
Ron Care MD
Peter Bejte  NC
Sam Custible  IL
Kevan Fouts  KS
Dan Currie DE
Donald Basilius  OH
George Garcia  FL
Kenneth Huseman  TX
Joe Galleno FL
Todd Gan  CA
Michael Green VA
Sam Houser DE
David Garlick UK
Christine Eldon FL
Arthur Lennox  FL
Kevin Kering  TX
David Lathrop VA
Steve Nelson IL
Bob Kensel IL

Johnnie Jacobs  FL
William Cook FL
Ken Eshleman  PA
Terry Mcnamee  PA
Kevin Poynter FL
George Mayhew OH
Daniel Kesselring  GA
John Gifford MI
Wayne Perez  FL
Thomas Oglesby  NJ
Hank Sontag  NY
Mark Schulz  FL
Joseph Sass MA
Bernard Skiba  FL
Carl Tarro FL
Sandy Shultz FL
James Stpehens PA
Barry Vance  KY
Mark Steffen VA
Dale Steventon PA
Timothy Sulter NY
Joseph Wier  MI
James Wright FL
Boyd Walker PA
Dan Buchanan CT
Hershman Family NJ
Adam Undorfer FL
Mark Undorfer
Max and Adam Undorfer
Richard Watson DE
Jerry McManus MD
Roger Kruser  DE

# Cancelations

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

Jeanie Kruser
342 Silver Leaf Lane
Dover, De 19901

September 8, 2011

To whom it may concern:

Re: Leave it to Beaver Charters

Over the last several years my husband and I have made the trip to Key Largo to visit a couple times a year. We have fished with Leave it to Beaver Charters and Captain Martin Formento.

We have come by ourselves and have brought others to Fish on these trips.

Last year during the oil spill in the Gulf of Mexico, we did not make our trip to the Keys to fish with Leave it to Beaver due to this situation.

Sincerely,
Jeanie Kruser

# Cancelations

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

Dear Sirs,

I usually come to the Florida Keys to fish with Leave it to Beaver Charters during the summer months for dolphin. I usually stay for a week and fish two to three times while I am there.

I did not during the summer of 2010 due to the spill in the Gulf of Mexico.

Sincerely,

Bob Kensel

 

Henry J. Sontag
390 ½ Linwood Ave.
Buffalo, NY  14209

Sept. 9, 2011

To Whom it May Concern,

RE: Leave It to Beaver Fishing Charters
Capt. 'Beaver' Martin Formento
Key Largo, FL

We have been fishing with Beaver for a few years, myself and my two sons, two or three times a week, sometimes four, over a two week period. In 2010, we did fish with him and our plan was to come back again that year to Florida, once or twice. Due to the unsettling situation with the oil spill, we decided not to make any more trips until the situation was all cleaned up.

Thank you,

Hank Sontag and family

# Third Party Affidavits
Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117



Cancelation Letter #1.JPG
Type: JPG File
Size: 116 KB
Dimension: 848 x 1096 pixels

... Care     Cell: 301-573-3457
100 Tarks Lane     Mike Cell: 410-320-7060
Severna Park, Md. 21146
Authorized Franchise Dealer Serving Professional Shop
Owners and Professional Technicians Since 1978

6/15/2010

Hi Martin: I am very sorry that I have to write this letter, but, due to the Oil Spill and the Fishing Ban, I am canceling my trips to Key Largo.

    I have no reason to visit Florida if I can not fish, therefore I need to cancel my week fishing with you the end on this month, the end of July and also the 3rd week of October.

Sorry,

Ron Care

Third Party Affidavits
Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

September 1, 2011

To whom it may concern;

My name is Adam Undorfer. My family and I usually fish 7 to 8 times per summer. Due to the BP Oil spill we were unable to fish at all during the summer of 2010.

Sincerely,

_____

Adam Undorfer

# Business Location

## 99701 Overseas Highway, Key Largo, FL 33037
Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117





# Excerpt from **ATTACHMENT "C"** Financial Test
## Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

The financial test is to establish whether there was damage due to the Oil Spill.

- First, 2010 is divided into two parts – pre-Oil Spill and post-Oil Spill.
    - The pre-Oil Spill period is January through April
    - The post-Oil Spill period is May through December of that year

- Second, the January through April financial performance in 2010 is compared to the average financial performance in the January through April period from prior years (for example January through April for 2008/2009) – pre-Oil Spill Financial Performance.

- Third, the May through December end of year financial performance in 2010 is compared to the average financial performance in May through December from prior years (for example May through December for 2008/2009) – post-Oil Spill Financial Performance.

To qualify for compensation, the financial performance test must show:

- #1: A decline in revenue from the average revenue earned May through December in 2008/2009. In effect, the business must show there is a decline in post-Oil Spill financial performance relative to earlier years.

- #2: The percent decline in 2010 post-Oil Spill revenue from #1 above must exceed the percent decline in 2010 pre-Oil Spill revenue.

We Pass the Financial Test # 1 & # 2 as outlined above and supported by our P&L Summary that follow.

| **Attachment "C" Financial Test** <br> **Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | Total | | | | |
| **Average Pre-Spill for 2008 - 2009** | 6,415 | 5,644 | 9,888 | 5,390 | 27,337 | | | | |
| **Pre-Spill Income 2010** | 3,250 | 5,524 | 5,061 | 8,520 | 22,355 | | | | |
| | | | | | **Pre-Spill Average 81.78%** | | | | |
| | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| **Average Post Spill 2008 - 2009** | 6,704 | 10,890 | 8,250 | 7,041 | 6,700 | 2,825 | 1,825 | 11,220 | 55,455 |
| **Post Spill 2010** | 5,838 | 2,360 | 7,150 | - | 1,000 | 2,170 | 4,850 | 6,886 | 30,254 |
| | | | | | | | | | **Post Spill Average 54.56%** |

# P&L Summary

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

**Profit & Loss Summary**
Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

| | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | Total | May-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 4,550 | 5,437 | 10,026 | 7,130 | 4,525 | 5,790 | 7,500 | 7,251 | 6,130 | 5,650 | 2,350 | 16,775 | 83,114 | |
| | | | | | | | | | | | | | | 55,971 |
| Total Cost of Goods | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | | | | | | | | | | | | | | - |
| Gross Profit | 4,550 | 5,437 | 10,026 | 7,130 | 4,525 | 5,790 | 7,500 | 7,251 | 6,130 | 5,650 | 2,350 | 16,775 | 83,114 | |
| | | | | | | | | | | | | | | 55,971 |
| Total Expense | 5,665 | 4,110 | 6,449 | 5,757 | 4,425 | 3,571 | 5,106 | 4,231 | 4,285 | 3,568 | 16,028 | 2,230 | 65,425 | |
| | | | | | | | | | | | | | | 43,444 |
| Net Income | (1,115) | 1,327 | 3,577 | 1,373 | 100 | 2,219 | 2,394 | 3,020 | 1,845 | 2,082 | (13,678) | 14,545 | 17,689 | |
| | | | | | | | | | | | | | | 12,527 |
| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Total | |
| Total Revenue | 8,280 | 5,850 | 9,750 | 3,650 | 8,883 | 15,990 | 9,000 | 6,830 | 7,270 | - | 1,300 | 5,665 | 82,468 | |
| | | | | | | | | | | | | | | 54,938 |
| Total Cost of Goods | - | - | - | - | - | - | - | - | - | - | - | - | | |
| | | | | | | | | | | | | | | - |
| Gross Profit | 8,280 | 5,850 | 9,750 | 3,650 | 8,883 | 15,990 | 9,000 | 6,830 | 7,270 | - | 1,300 | 5,665 | 82,468 | |
| | | | | | | | | | | | | | | 54,938 |
| Total Expense | 2,304 | 4,143 | 4,477 | 4,635 | 4,170 | 4,007 | 6,738 | 5,295 | 3,450 | 2,412 | 3,826 | 3,664 | 49,121 | |
| | | | | | | | | | | | | | | 33,562 |
| Net Income | 5,976 | 1,707 | 5,273 | (985) | 4,713 | 11,983 | 2,262 | 1,535 | 3,820 | (2,412) | (2,526) | 2,001 | 33,347 | |
| | | | | | | | | | | | | | | 21,376 |
| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total | |
| Total Revenue | 3,250 | 5,524 | 5,061 | 8,520 | 5,838 | 2,360 | 7,150 | - | 1,000 | 2,170 | 4,850 | 6,886 | 52,609 | |
| | | | | | | | | | | | | | | 30,254 |
| Total Cost of Goods | - | - | - | - | - | - | - | - | - | - | - | - | | |
| | | | | | | | | | | | | | | - |
| Gross Profit | 3,250 | 5,524 | 5,061 | 8,520 | 5,838 | 2,360 | 7,150 | - | 1,000 | 2,170 | 4,850 | 6,886 | 52,609 | |
| | | | | | | | | | | | | | | 30,254 |
| Total Expense | 4,977 | 3,039 | 3,711 | 3,474 | 4,204 | 6,195 | 4,509 | 3,228 | 1,103 | 4,618 | 3,276 | 3,405 | 45,739 | |
| | | | | | | | | | | | | | | 30,538 |
| Net Income | (1,727) | 2,485 | 1,350 | 5,046 | 1,634 | (3,835) | 2,641 | (3,228) | (103) | (2,448) | 1,574 | 3,481 | 6,870 | |
| | | | | | | | | | | | | | | (284) |
| 08-09 Pre-Spill Average | 6,415 | 5,644 | 9,888 | 5,390 | 6,704 | 10,890 | 8,250 | 7,041 | 6,700 | 2,825 | 1,825 | 11,220 | | |
| | | | | | | | | | | | | | | 55,455 |

**2008 - 2010 Revenue**

(Line chart showing 2008 Revenue, 2009 Revenue, and 2010 Revenue by month from Jan to Dec, with Y-axis from 0 to 18,000.)

**2008 - 2009 Average VS. 2010 Revenue**

(Line chart showing 2008 & 2009 Average Revenue and 2010 Revenue by month from Jan to Dec, with Y-axis from 0 to 12,000.)

# ATTACHMENT "D" Documents That Establish A Business Lost Profits Claims
## Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

1. Documents that establish revenue and income from January 1, 2008, to the present
    a) ***Provide federal income tax returns for 2008 and all subsequent years up to your most recently filed return. Include all W-2 forms, 1099 forms, and other attachments or schedules to each return. If any of your prior-year federal income tax returns are not available, provide a statement explaining why.***

    b) ***For any prior year for which you cannot provide a federal tax return, and for the current year through the date you are claiming a loss, you still must establish your revenue and income history for the entire period with at least one of the following sources:***
        I. ***Monthly and annual Profit and Loss statements.***
        II. Monthly sales and use tax returns.
        III. For seafood harvesting businesses, a report, obtained from the applicable governmental agency, of the claimant's landings since January 1, 2008.
        IV. For new or start-up businesses, all available financial statements and business plans.

    c) In addition to federal tax returns, any business claimant seeking more than $200,000 must submit monthly and annual profit and loss statements from 2008 to the present.

2. Documents that establish the effects of the Spill on your earnings

    You must demonstrate how the Spill affected the business's revenue and income, such as with a letter from an authorized representative, customers and/or vendors describing the effects, or with other business records such as customer lists and invoices. For claims based on business cancellations as a result of the Spill, such as from a canceled rental agreement, contract or tour reservation, the claimant must submit copies of documents that demonstrate any cancellations, and documentation of any refunds of deposits or escrows that resulted from the cancellation. A claimant asserting no revenues or income for any period after the Spill, or a total failure of the business as a result of the Spill, must submit documents, such as profit and loss statements or other financial records demonstrating that the claimant was closed and/or had no revenue.

3. ***Documents that establish ownership or authority to act***

    ***Business claimants must establish that the representative who signs a Claim Form is authorized to act on behalf of the business claimant. Examples of documents that establish authorization include operating agreements, corporate bylaws or board resolutions, shareholder agreements, partnership agreements, or certificates of incumbency. If the claim is for loss of rental income, the claimant must submit copies of the deeds to the rental property owned by the claimant. If the claimant is a business entity with officers (or individuals with similar authority), the claimant must submit a list of the name and title of each officer.***

4. Documents supporting increased costs

    If the claimant is claiming that it suffered a loss as a result of increased costs of operating or additional expenses incurred as a result of the Spill, the claimant must submit copies of documents that support such increased costs.

5. **Fishing Licenses**

    ***If the claimant asserts losses from any commercial fishing or harvesting operation, the claimant must also submit copies of any valid fishing license from any state or federal entity held by the claimant from 2008 until the present.***

6. Documents that establish how rental property is managed

    Claims for lost rental property income by property owners must document whether the rental property is managed by the claimant or by a third party, such as a management agreement or invoices from a property management company.

7. Insurance for Lost Income

    Claimants must document any amounts received or anticipated from any insurance policy or program for lost income or interruption in business operations as a result of the Spill, as well as the dates that the claimant received such payments and the date that such payments are scheduled to cease.

8. Mitigation

    Claimants must submit documentation of efforts made to reduce or otherwise mitigate losses during any period since the Spill.

9. For Full Review Final Payment Claims—Documents supporting future damages (if any)

    Claimants who submit a Full Review Final Payment Claim Form may submit documents that support amounts claimed as future damages as a result of the Spill, including documents demonstrating the manner in which such future damages have been calculated, the period of time for which they are claimed, and any expert reports or other analyses on which the calculation is based.

# 4 Penny Tax Trend

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

## 2010 4 Penny Tax Trend for Monroe County

The Monroe County 4 Penny Tax is the most accurate gauge as to the number of tourist staying in the Florida Keys. This tax is unbiased and it is levied on every Hotel, Motel, and Registered Rental Unit in Monroe County, Florida. As demonstrated in the following graph the impact on our tourism in the Keys was directly related to the timing of the Deep Water Horizon Disaster. The 4 Penny Tax was increased by 25% in June 2009, we adjusted the figures to reflect that increase to Tourism before and after the Gulf Coast Disaster to produce the following Chart.



The 4 Penny tax figures used in this analysis are based on a management report that reflects tourist tax revenues collected and remitted in Monroe County. (See attached file marked 4 Penny Tax) Revenue is shown in the month collected in Monroe County. The figures are provided by DOR/Finance Department/Tax Collector's Office.

# Claim Preparation

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

We meet the guidelines as published by the GCCF for qualification for an Interim Claim as described under attachment "C" Financial Test and attachment "A" Evidence of a Connection to the Spill.

We used a factor of 2 for "undeterminable losses" as outlined in Attachment "A" even though the 4 Penny Tax Trend included demonstrates a greater losses for the period of the spill and the fact that researchers and scientists are still publishing articles regarding the "long term" affect the oil and dispersants will have on the Gulf, Fishing, and Tourism in general in the Florida Keys also increases the undeterminable loss factor.

We are including new media articles as current as April 20, 2011, regarding dispersants and the long term affect it will have on the Gulf (see files marked Oil Dispersants). In addition we would like to call attention to the Reuters news article I have attached dated February 24th 2011 regarding nearly 60 dolphin that were found dead on the beaches and the fact that these juvenile dolphin would have been conceived about the same time as the spill. (see file starting with Dolphins Deaths)

We used our income as shown on our P & L statements and Tax Returns to complete both attachment "A" and "B" as published by the GCCF. We used **ATTACHMENT B: EXPLANATION OF DOCUMENTED LOST EARNINGS AND INCOME** to calculate our projected and actual incomes. And **ATTACHMENT A: EVALUATION OF CLAIM** as used by the GCCF for claim processing, to calculate our Interim and Final losses.

# ATTACHMENT B: EXPLANATION OF DOCUMENTED LOST INCOME

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

| **ATTACHMENT B: EXPLANATION OF DOCUMENTED LOST PROFITS** ||||
|---|---|---|---|
| **Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117** ||||
| **A. DOCUMENTED LOST PROFITS PERIODS** ||||

We are submitting documents showing our revenue and lost profits for the periods shown below. We are asking the GCCF to base its calculation of our Interim Payment Amount, if any, and the Calculated Final Payment Amount upon this submitted documentation.

| | Measurement Period | Projected Monthly Revenues | Actual Post-Spill Revenues From Attached P & L Statements | Net Loss (Projected Monthly minus Actual Post-Spill Revenues) |
|---|---|---|---|---|
| 1. | 5/1/2010 - 05/31/2010 | 8,883.00 | 5,838.00 | 3,045.00 |
| 2. | 6/1/2010 - 06/30/2010 | 15,990.00 | 2,360.00 | 13,630.00 |
| 3. | 7/1/2010 - 07/31/2010 | 9,000.00 | 7,150.00 | 1,850.00 |
| 4. | 8/1/2010 - 08/31/2010 | 6,830.00 | - | 6,830.00 |
| 5. | 9/1/2010 - 09/30/2010 | 7,270.00 | 1,000.00 | 6,270.00 |
| 6. | 10/1/2010 - 10/31/2010 | - | 2,170.00 | (2,170.00) |
| 7. | 11/1/2010 - 11/30/2010 | 1,300.00 | 4,850.00 | (3,550.00) |
| 8. | 12/1/2010 - 12/31/2010 | 5,665.00 | 6,886.00 | (1,221.00) |
| **Total Documented Past Lost Revenue** || **54,938.00** | **30,254.00** | **24,684.00** |

# ATTACHMENT A: EVALUATION OF CLAIM
Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

| ATTACHMENT A: EVALUATION OF CLAIM | | | | | |
|---|---|---|---|---|---|
| **Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117** | | | | | |
| **A. Annual Pre-Spill Revenues** | | | | | |
| **2008** | | **2009** | | **2010 Projected Revenue** | |
| 83,114.00 | | 82,468.00 | | 54,938.00 | |
| **Methodology used to calculate 2010 Projected Revenues** | Projected revenue was calculated based on gross revenue for the corresponding months in the previous year. | | | | |
| **B. CALCULATION OF PAST LOST PROFITS** | | | | | |
| 1. | **2010 Projected Revenues** (projected for the periods within May-Dec. 2010 based upon documented financial records, as shown in Attachment B, Section A) | | | | 54,938.00 |
| 2. | **Less: 2010 Actual Revenues** (for May-Dec. 2010 from submitted financial records as shown in Attachment B, Section A) | | | | 30,254.00 |
| 3. | **2010 Lost Revenues** (Row 1 minus Row 2) | | | | 24,684.00 |
| 4. | **Loss of Income % (LOI %)** (the LOI percentage adjusts the calculated Lost Revenues to reflect saved or discontinued expenses) | | | | 100.00% |
| 5. | **Resulting 2010 Lost Profits** (Row 3 multiplied by Row 4 to determine the Lost Profits from the Lost Revenues) | | | | 24,684.00 |
| **C. INTERIM PAYMENT** | | | | | |
| 1. | **2010 Lost Profits** (from Row 5 in Section B above) | | | | 24,684.00 |
| 2. | **2010 Lost Profits Multiplier by Future Loses Factor of 2** | | | | 49,368.00 |
| 3. | Less Offsets: | | | | |
| | | Payments by BP | | | - |
| | | GCCF Emergency Payments | | | - |
| | | GCCF Interim Payments | | | - |
| | | Other Offsets | | | - |
| 4. | **Calculated Interim Payment** | | | | **24,684.00** |
| **D. FINAL PAYMENT OFFER** | | | | | |
| 5. | Final Payment Offer to GCCF: 2010 Losses are multiplied by a factor to 2 to compensate for the losses demonstrated by the 4 Penny tax factor and the continued media coverage regarding the spill (see included files marked 4 Penny Tax summary and files starting with News) less the Offsets shown in Section C above and all Interim Payments. | | | | 24,684.00 |

# Claim Summary

Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117

| Claim Summary | |
|---|---|
| **Leave it to Beaver Charters GCCF Claim # 3548513 EIN # 45-3214117** | |
| **ATTACHMENT A: EVALUATION OF CLAIM   INTERIM PAYMENT** | 24,684.00 |
| **ATTACHMENT A: EVALUATION OF CLAIM   FINAL PAYMENT** | 24,684.00 |
| **Total Claim** | 49,368.00 |