| **DWH 6004** | | **Contact Notes Report** | | |
|---|---|---|---|---|
| | | **Claimant Information** | | |
| **Claimant ID:** | 100064547 | | **Claimant Name:** | Martin Formento |
| **Claimant Type:** | Individual With Business | | **Address:** | 719 Sharon Place |
| | | | | |
| **Claim Types Submitted:** | BEL | | | Key Largo FL 33037 |

**Contact Log**

| Date | Call Type | Notes | Callback Team | Callback Information |
|---|---|---|---|---|
| 10/2/2012 12:00 AM | Phone Call To Claimant's Accountant | On 20121002, at 09:35, Claims Analyst contacted William Becker to discuss claim issues identified during the accounting review process. At the conclusion of the conversation, the following is the list of documentation requested to support Claimant's assertions: clarification of the income statement data, IRS transcripts for 2008-2010. Claimant has understood the request and will submit discussed documentation through email within the next 7 business days. | | |
| 10/23/2012 12:00 AM | Claimant Outreach Call To Claimant's Attorney | On October 23, 2012 at 11:00 AM Claims Analyst contacted Jessica Reilly (305-453-4961) to discuss a password protected file (Doc ID 5524787) Ms. Reilly instructed the Claims Analyst to contact William Becker (239-273-0158) regarding the missing password. Ms. Reilly was provided instructions to e-mail the required password to DHECC if she is able to locate it. | | |
| 10/23/2012 12:00 AM | Claimant Outreach Call To Representative Claimant | On October 23, 2012 at 12:50 PM Claims Analyst contacted William Becker (239-273-0158) to request the password to a password protected file (Doc ID # 5524787) Mr Becker handed the phone to his accounting manager, Tom Tyson (575-774-1456). Mr Tyson informed the Claims Analyst that he understood the request, and will provide the requested documentation by e-mail. | | |
| 1/15/2013 12:00 AM | Phone Call To Claimant's Attorney | Called Claimant's Attorney Jan 15 2013, left message to return call | | |
| 1/16/2013 12:00 AM | Phone Call From Claimant's Attorney | Incoming Call from Claimant's Attorney Jan 16 2013, left message to return call | | |
| 1/16/2013 12:00 AM | Phone Call To Claimant's Attorney | Called Claimant's Attorney Jan 16 2013, claimant's attorney will return call | | |
| 1/16/2013 12:00 AM | Phone Call To Claimant's Attorney | Called Claimant's Attorney Jan 16 2013, spoke with claimant's attorney and discussed cure for Incompleteness Reason | | |
| 1/17/2013 12:00 AM | | Email from Claimant's attorney Jan 17 2013; transmitted requested information and/or documents | | |
| 1/17/2013 12:00 AM | | Emailed Claimant's attorney Jan 17 2013; transmitted requested information and/or documents | | |
| 1/17/2013 12:00 AM | Email To Claimant's Attorney | Emailed Claimant's attorney Jan 17 2013; transmitted requested information and/or documents | | |
| 1/17/2013 12:00 AM | Phone Call From Claimant's Attorney | Incoming Call from Claimant's Attorney Jan 16 2013, left message to return call | | |
| 1/17/2013 12:00 AM | Phone Call To Claimant's Attorney | Called Claimant's Attorney Jan 17 2013, spoke with claimant's attorney and discussed cure for Incompleteness Reason | | |
| 1/18/2013 12:00 AM | Email From Claimant's Attorney | Email from Claimant's attorney Jan 18 2013; question regarding documents to submit | | |
| 1/18/2013 12:00 AM | Email To Claimant's Attorney | Email to Claimant's attorney Jan 18 2013; transmitted requested information and/or documents | | |
| 6/20/2016 12:00 AM | Email From Claimant's Attorney | From: Thomas Theisen [mailto:tom@bpclaimpros.com]<br>Sent: Thursday, June 16, 2016 4:37 PM<br>To: Tisa Adkins<br>Cc: patty@bpclaimpro.com; Jeff Gneiser<br>Subject: LEAVE IT TO BEAVER CHARTERS (100064547)<br><br>Tisa,<br><br>We have been contacted by an individual claiming to be an Attorney representing Deepwater. This gentleman is requesting information on a claim that was completed 11/20/2012 by William Becker's office. As the caller did not give the DWH Claimant or Claim ID, only the business name, we would like to confirm that he does represent Deepwater before we return his phone call.<br><br>In the message he gave his name as Cory Mull and asked we call him back at 504-826-8264 or 504-708-1170.<br><br>We would appreciate if you could confirm that Mr. Mull is with DHECC as we find this contact to be unusual. We will wait for your | | |

| | | | | |
|---|---|---|---|---|
| | | response before reaching out to this Attorney with privileged information.<br><br>Thank you,<br>tom | | |
| 6/20/2016 12:00 AM | Email To Claimant's Attorney | From: Tisa Adkins<br>Sent: Monday, June 20, 2016 9:22 AM<br>To: Thomas Theisen<br>Cc: patty@bpclaimpro.com; Jeff Gneiser; 'Bernadette Restivo'; 'Dan Gignac'<br>Subject: RE: LEAVE IT TO BEAVER CHARTERS (100064547)<br><br>Tom,<br><br>I have made an inquiry about Mr. Mull and will follow up as soon as I have any additional information. | | |
| 7/14/2016 12:00 AM | Email To Claimant's Attorney | From: Tisa Adkins<br>Sent: Thursday, July 14, 2016 4:18 PM<br>To: Thomas Theisen<br>Cc: patty@bpclaimpro.com; Jeff Gneiser<br>Subject: RE: LEAVE IT TO BEAVER CHARTERS (100064547)<br><br>Tom,<br><br>Mr. Mull is employed by the Program. | | |