**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# INCOMPLETENESS NOTICE
**DATE OF NOTICE:** October 11, 2012
**DEADLINE FOR RESPONSE:** November 10, 2012

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: LEAVE IT TO BEAVER CHARTERS | First: | Middle: |
| **Claimant ID** | 100064547 | **Claim ID** | 29437 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Restivo & Reilly, LLC | | |
| **Industry Designation** | Charter Fishing | **Economic Loss Zone** | Zone A |

## II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and cannot continue processing it because it is missing documents or information that the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires you to submit before we can evaluate your claim. The Settlement Agreement and the Court's Preliminary Approval Order require us to ask you to submit those materials if you have not done so. This Notice explains what your claim is missing and contains tips for how you can obtain the required documents or information. We are available to help you if you have questions or need assistance. Submit the following documents and/or information no later than the Deadline for Response listed at the top of this Notice so that we may evaluate your claim. If you need more time to collect these materials, let us know. If you already have sent in these materials, let us know, for they may have come in after we did our last review. Also, you should check your Portal for any documents that you have submitted to see if they are labeled as Bad/Corrupt Documents and to make sure that they are legible and not password protected. If you cannot open or read the documents on the Portal, then we cannot use those documents to evaluate your claim and you should upload new documents.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | IRS transcripts for 2008 through 2011; Clarification regarding multiple versions of income statements provided by the claimant - specifically a determination of which information to use as well as a reconciliation of that information to the transcripts also requested. | We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless you submit these documents. |

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## IV. HOW TO RESPOND TO THIS NOTICE

Submit your additional documents online by uploading it to your DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your response deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Response deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Response Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |

| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your response deadline) | (888) 524-1583 |
|---|---|
| **By Email**<br>(Sent no later than 12:00 midnight local time on your response deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your response deadline) | You may take the required information or documents to a Claimant Assistance Center. |