|  | TYPE | Revenue & Expenses reported on P&L dated 09/06/11 Total 2008 | Revenue & Expenses reported on P&L dated 10/11/11 Total 2008 | Difference |
|---|---|---|---|---|
| **Revenues** | | | | |
| Sales | **REVENUE** | $ 83,115.21 | $ 130,000.00 | $ 46,884.79 |
| **Total Revenues** | **SUBTOTAL** | $ 83,115.21 | 130,000.00 | 46,884.79 |
| Adjustment To Revenues | | | | |
| **Total Adjustment To Revenue** | **SUBTOTAL** | $ - | $ - | $ - |
| *Adjusted Total Revenue* | | *$ 83,115.21* | *$ 130,000.00* | *$ 46,884.79* |
| Cost of Goods Sold | | - | - | - |
| COGS | | - | - | - |
| **Total Cost of Goods Sold** | **SUBTOTAL** | $ - | $ - | $ - |
| *Gross Profit* | | *$ 83,115.21* | *$ 130,000.00* | *$ 46,884.79* |
| *Gross Profit/Revenues* | | *100.00%* | *100.00%* | |
| *Expenses:* | | | | |
| Advertising | **FIXED** | $ - | $ 1,359.50 | $ 1,359.50 |
| Boat Payments | **FIXED** | 15,049.73 | 18,565.42 | 3,515.69 |
| Car and Truck Expenses | **FIXED** | 3,138.56 | 3,138.05 | (0.51) |
| Commission and Fees | **VARIABLE** | - | - | $ - |
| Contract Labor | **VARIABLE** | 350.00 | - | $ (350.00) |
| Credit Card Fee | **VARIABLE** | 1,309.78 | 1,308.77 | (1.01) |
| Dockage | **FIXED** | 10,827.00 | 10,824.00 | (3.00) |
| Employee Benefit Program | **PAYROLL** | 100.00 | - | $ (100.00) |
| Fuel | **VARIABLE** | 14,268.15 | 17,525.99 | $ 3,257.84 |
| Insurance (other than health) | **FIXED** | 3,340.91 | 5,500.00 | 2,159.09 |
| Office Expense | **FIXED** | - | - | $ - |
| Repairs and Maintenance | **COMBINED - 50% VARIABLE** | 16,757.25 | 37,549.90 | 20,792.65 |
| Supplies | **VARIABLE** | - | 1,406.45 | $ 1,406.45 |
| Taxes and Licenses | **FIXED** | 405.50 | 663.85 | 258.35 |
| Travel | **VARIABLE** | - | 1,322.34 | $ 1,322.34 |
| Utilities | **FIXED** | 284.21 | 1,200.00 | 915.79 |
| | | | - | |
| **Total Operating Expenses** | | $ 65,831.09 | $ 100,364.27 | $ 34,533.18 |
| **Total Operating Income (Loss)** | | $ 17,284.12 | $ 29,635.73 | $ 12,351.61 |
| Other Income (Loss): | | | | |
| Other Income (Loss) | | $ (22,134.72) | $ - | $ 22,134.72 |
| **Total Other Income (Loss)** | | $ (22,134.72) | $ - | $ 22,134.72 |
| Other Expenses: | | | | |
| Other Expense | | $ 1,945.00 | $ - | $ (1,945.00) |
| **Total Other Expense** | | $ 1,945.00 | $ - | $ (1,945.00) |
| **Total Other Income/ Expense** | | $ (24,079.72) | $ - | $ 24,079.72 |
| **Total Net Income (Loss)** | | $ 41,363.84 | $ 29,635.73 | $ (11,728.11) |
| **Total Variable Expenses** | | $ 24,306.56 | $ 40,338.50 | $ 16,031.95 |
| **Variable Profit before Payroll** | | $ 58,808.66 | $ 89,661.50 | $ 30,852.85 |

Source Documents
160801 Dec Ex D

Source Documents
Doc File ID 17272922

|  | TYPE | Revenue & Expenses reported on P&L dated 9/8/2011 Total 2009 | | Revenue & Expenses reported on P&L dated 10/11/2011 Total 2009 | | Difference | |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| Sales | **REVENUE** | $ | 82,468.00 | $ | 100,000.00 | $ | 17,532.00 |
| | | | | | | | |
| **Total Revenues** | **SUBTOTAL** | | 82,468.00 | $ | 100,000.00 | $ | 17,532.00 |
| Adjustment To Revenues | | | | | | | |
| **Total Adjustment To Revenue** | **SUBTOTAL** | $ | - | $ | - | $ | - |
| *Adjusted Total Revenue* | | *$* | *82,468.00* | *$* | *100,000.00* | *$* | *17,532.00* |
| Cost of Goods Sold | | | - | | - | | - |
| COGS | | | - | | - | | - |
| **Total Cost of Goods Sold** | **SUBTOTAL** | $ | - | $ | - | $ | - |
| *Gross Profit* | | *$* | *82,468.00* | *$* | *100,000.00* | *$* | *17,532.00* |
| *Gross Profit/Revenues* | | | *100.00%* | | *100.00%* | | |
| *Expenses:* | | | | | | | |
| Advertising | **FIXED** | $ | - | $ | 270.00 | $ | 270.00 |
| Boat Payments | **FIXED** | | 13,213.13 | | 18,564.48 | $ | 5,351.35 |
| Car and Truck Expenses | **FIXED** | | 3,843.57 | | 3,843.06 | $ | (0.51) |
| Commission and Fees | **VARIABLE** | $ | - | | - | $ | - |
| Contract Labor | **VARIABLE** | | 325.00 | | - | $ | (325.00) |
| Credit Card Fee | **VARIABLE** | | 2,063.52 | | 2,063.30 | $ | (0.22) |
| Dockage | **FIXED** | | 13,512.00 | | 14,688.50 | $ | 1,176.50 |
| Employee Benefit Program | **PAYROLL** | | 805.50 | | - | $ | (805.50) |
| Fuel | **VARIABLE** | | 8,276.77 | | 13,000.00 | $ | 4,723.23 |
| Insurance (other than health) | **FIXED** | | 4,311.57 | | 5,552.25 | | 1,240.68 |
| Office Expense | **FIXED** | | 764.08 | | - | $ | (764.08) |
| Repairs and Maintenance | **COMBINED - 50% VARIABLE** | | 2,263.42 | | 2,253.32 | $ | (10.10) |
| Supplies | **VARIABLE** | | 200.00 | | 5,107.07 | $ | 4,907.07 |
| Taxes and Licenses | **FIXED** | | 455.50 | | 878.00 | $ | 422.50 |
| Travel | **VARIABLE** | | - | | 314.82 | $ | 314.82 |
| Utilities | **FIXED** | | 295.00 | | 1,200.00 | $ | 905.00 |
| | | | | | - | | |
| **Total Operating Expenses** | | $ | 50,329.06 | $ | 67,734.80 | $ | 17,405.74 |
| **Total Operating Income (Loss)** | | $ | 32,138.94 | $ | 32,265.20 | $ | 126.26 |
| Other Income (Loss): | | | | | | | |
| Other Income (Loss) | | $ | (13,541.00) | $ | - | $ | 13,541.00 |
| **Total Other Income (Loss)** | | $ | (13,541.00) | $ | - | $ | 13,541.00 |
| Other Expenses: | | | | | | | |
| Other Expense | | $ | 9,584.07 | $ | - | $ | (9,584.07) |
| **Total Other Expense** | | $ | 9,584.07 | $ | - | $ | (9,584.07) |
| **Total Other Income/ Expense** | | $ | (23,125.07) | $ | - | $ | 23,125.07 |
| **Total Net Income (Loss)** | | $ | 55,264.01 | $ | 32,265.20 | $ | (22,998.81) |
| **Total Variable Expenses** | | $ | 11,997.00 | $ | 21,611.85 | $ | 9,614.85 |
| **Variable Profit before Payroll** | | $ | 70,471.00 | $ | 78,388.15 | $ | 7,917.15 |

Source Documents    Source Documents
160801 Dec Ex E      Doc File ID 17272922

| | | Revenue & Expenses reported on P&L dated 11/23/10 | Revenue & Expenses reported on P&L dated 10/11/2011 | Difference |
|---|---|---|---|---|
| | TYPE | Total 2010 | Total 2010 | |
| **Revenues** | | | | |
| Sales | REVENUE | $          52,611.37 | $          39,620.52 | $          (12,990.85) |
| | | | | |
| **Total Revenues** | SUBTOTAL | $          52,611.37 | $          39,620.52 | $          (12,990.85) |
| Adjustment To Revenues | | | | |
| | | | | |
| **Total Adjustment To Revenue** | SUBTOTAL | $                    - | $                    - | $                    - |
| ***Adjusted Total Revenue*** | | *$          52,611.37* | *$          39,620.52* | *$          (12,990.85)* |
| Cost of Goods Sold | | - | - | - |
| COGS | | - | - | - |
| **Total Cost of Goods Sold** | SUBTOTAL | $                    - | $                    - | $                    - |
| ***Gross Profit*** | | *$          52,611.37* | *$          39,620.52* | *$          (12,990.85)* |
| ***Gross Profit/Revenues*** | | *100.00%* | *100.00%* | |
| ***Expenses:*** | | | | |
| Advertising | FIXED | $                286.09 | $             2,292.77 | $             2,006.68 |
| Boat Payments | FIXED | $             5,518.10 | $             8,694.60 | $             3,176.50 |
| Car and Truck Expenses | FIXED | $                900.00 | $                900.00 | $                    - |
| Commission and Fees | VARIABLE | $             5,047.35 | - | $             (5,047.35) |
| Contract Labor | VARIABLE | $                600.00 | 1,200.00 | $                600.00 |
| Credit Card Fee | VARIABLE | $                479.11 | 1,381.78 | $                902.67 |
| Dockage | FIXED | $          16,477.33 | 14,768.92 | $             (1,708.41) |
| Employee Benefit Program | PAYROLL | $                  48.00 | - | $                 (48.00) |
| Fuel | VARIABLE | $             6,582.69 | 6,079.87 | $                (502.82) |
| Insurance (other than health) | FIXED | $             3,560.52 | 5,553.53 | $             1,993.01 |
| Office Expense | FIXED | $                152.53 | - | $                (152.53) |
| Repairs and Maintenance | COMBINED - 50% VARIABLE | $             4,684.44 | 6,398.56 | $             1,714.12 |
| Supplies | VARIABLE | $                108.80 | 3,610.10 | $             3,501.30 |
| Taxes and Licenses | FIXED | $             1,733.50 | 527.63 | $             (1,205.87) |
| Travel | VARIABLE | $                    - | - | $                    - |
| Utilities | FIXED | $                167.48 | 1,200.48 | $             1,033.00 |
| | | | - | |
| **Total Operating Expenses** | | $          46,345.94 | $          52,608.24 | $             6,262.30 |
| **Total Operating Income (Loss)** | | $             6,265.43 | $          (12,987.72) | $          (19,253.15) |
| Other Income (Loss): | | | | |
| Other Income (Loss) | | $             (2,570.00) | $                    - | $             2,570.00 |
| **Total Other Income (Loss)** | | $             (2,570.00) | $                    - | $             2,570.00 |
| Other Expenses: | | | | |
| Other Expense | | $             3,766.81 | $                    - | $             (3,766.81) |
| **Total Other Expense** | | $             3,766.81 | $                    - | $             (3,766.81) |
| **Total Other Income/ Expense** | | $             (6,336.81) | $                    - | $             6,336.81 |
| **Total Net Income (Loss)** | | $          12,602.24 | $          (12,987.72) | $          (25,589.96) |
| **Total Variable Expenses** | | $          15,160.17 | $          15,471.03 | $                310.86 |
| **Variable Profit before Payroll** | | $          37,451.20 | $          24,149.49 | $          (13,301.71) |

Source Documents          Source Documents
160801 Dec Ex F          Doc File ID 17272922