UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG       "DEEPWATER HORIZON" IN THE       GULF OF MEXICO, ON APRIL 20, 2010 | : : : : : : | MDL 2179  Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Wilkinson |

## ORDER

Upon consideration of the motion of the Claims Administrator to have Martin Formento d/b/a Leave Iit to Beaver Charter Charters ("Foremento") and claims preparer William A. Becker Consulting LLC ("Beckewr") return payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), the responses filed thereto, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

The Motion of the DHECC for Return of Payments made to Martin Formento and William A. Becker Consulting LLC is DENIED.

Signed in New Orleans, Louisiana, this _____ day of _____, 2016.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE