**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010       **SECTION J**
*Applies to 12-970;*
*Bon Secour Fisheries, et al., on*       **JUDGE BARBIER**
*behalf of themselves and all similarly situated,*
*vs. BP Exploration & Production, Inc., et al.*     **MAG. JUDGE WILKINSON**
*AND-*
*No. 16-13614; Claim ID #39307*


## MOTION TO ALTER JUDGMENT

      Pursuant to Federal Rule of Civil Procedure 59(e), Claimant ID 100082330 moves the

Court to reconsider the Order and Judgment rendered in this claim on August 24, 2016, (2:16-cv-

13614, Rec. Doc. 3) for the reasons stated in the accompanying Memorandum In Support.


      Respectfully submitted this 21st day of September, 2016,


                                 */s Joel Waltzer*
                                 Joel Waltzer (LA Bar # 19268)
                                 Waltzer Wiygul & Garside, LLC
                                 1000 Behrman Highway
                                 Gretna, LA 70056
                                 joel@wwglaw.com
                                 Tel: (504) 340-6300
                                 Fax: (504) 340-6330


**CERTIFICATE OF SERVICE**
I hereby certify that the above and foregoing Motion To Alter Judgment has been served on All
Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with
Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of
the United States District Court for the Eastern District of Louisiana by using the CM/ ECF
System, which will send a notice of electronic filing in accordance with the procedures
established in MDL 2179, on this 21st day of September, 2016.


*/s Joel Waltzer*