IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL 2179 |
|    *Deepwater Horizon* | § | |
|    in the Gulf of Mexico, | § | SECTION: J |
|    on April 20, 2010, | § | |
| | § | JUDGE BARBIER |
| This Document Relates To: | § | |
| *Pleading Bundle B1* | § | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| ODYSSEY SEAFOOD TRADING, INC., | § | CIVIL ACTION |
|    Plaintiff, | § | NO. 2:16-cv-04082 |
| | § | |
| vs. | § | SECTION J |
| | § | |
| BP AMERICA PRODUCTION COMPANY; | § | JUDGE BARBIER |
| BP EXPLORATION AND PRODUCTION, | § | |
| INC.; ANADARKO PETROLEUM | § | MAG. JUDGE WILKINSON |
| CORPORATION; MOEX OFFSHORE 2007, | § | |
| LLC; MOEX USA CORPORATION; | § | |
| MITSUI OIL EXPLORATION CO., LTD.; | § | |
| TRANSOCEAN HOLDINGS LLC; | § | **MOTION TO WITHDRAW** |
| TRITON ASSET LEASING GMBH; | § | **COUNSEL OF RECORD FOR** |
| TRANSOCEAN DEEPWATER, INC.; | § | **ODYSSEY SEAFOOD** |
| TRANSOCEAN OFFSHORE DEEPWATER | § | **TRADING,INC.** |
| DRILLING, INC.; TRANSOCEAN LTD.; | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION F/K/A COOPER-CAMERON | § | |
| CORPORATION; | § | |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC.; M-I, LLC, WEATHERFORD U.S. L.P., | § | |
|    Defendants. | § | |

Plaintiff Odyssey Seafood Trading, Inc., DWH Claimant ID: 100001352 ("Odyssey") respectfully requests that this Honorable Court enter an order withdrawing Stephen S. Kreller of The Kreller Law Firm and William L. Roberts and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP) as counsel of record for Odyssey in this matter. Odyssey

1

was named in the First Am. Compl. ¶¶ 825-26, 2:11-CV-03180, filed at Docket No. 5667 in Case No. 10-md-2179 and in the Complaint filed at Docket No. 1 in Case No. 2:16-cv-04082.

Dated: September 1, 2016.

    RESPECTFULLY SUBMITTED:

    THE KRELLER LAW FIRM

    BY: /s/ *Stephen S. Kreller*
    Stephen S. Kreller (LA # 28440)
    757 St. Charles Avenue, Suite 301
    New Orleans, LA  70130
    Telephone:  504-484-3488
    Facsimile:  504-294-6091
    Email:  ssk@krellerlaw.com

    FAEGRE BAKER DANIELS, LLP

    BY:  /s/ William L. Roberts
    BY:  /s/ Craig S. Coleman
    William L. Roberts (admitted pro hac vice)
    Craig S. Coleman (admitted pro hac vice )
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN  55402
    Telephone:  612-766-7000
    Facsimile:  612-766-1600

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw Counsel of Record for Odyssey has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of September, 2016.

/s/ *Stephen S. Kreller*