# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL 2179 |
|    *Deepwater Horizon* | § | |
|    in the Gulf of Mexico, | § | SECTION: J |
|    on April 20, 2010, | § | |
| | § | JUDGE BARBIER |
| **This Document Relates To:** | § | |
| *Pleading Bundle B1* | § | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **ODYSSEY SEAFOOD TRADING, INC.,** | § | CIVIL ACTION |
|    Plaintiff, | § | NO. 2:16-cv-04082 |
| | § | |
| vs. | § | SECTION J |
| | § | |
| BP AMERICA PRODUCTION COMPANY; | § | JUDGE BARBIER |
| BP EXPLORATION AND PRODUCTION, | § | |
| INC.; ANADARKO PETROLEUM | § | MAG. JUDGE WILKINSON |
| CORPORATION; MOEX OFFSHORE 2007, | § | |
| LLC; MOEX USA CORPORATION; | § | |
| MITSUI OIL EXPLORATION CO., LTD.; | § | |
| TRANSOCEAN HOLDINGS LLC; | § | |
| TRITON ASSET LEASING GMBH; | § | |
| TRANSOCEAN DEEPWATER, INC.; | § | **ORDER** |
| TRANSOCEAN OFFSHORE DEEPWATER | § | |
| DRILLING, INC.; TRANSOCEAN LTD.; | § | |
| CAMERON INTERNATIONAL | § | |
| CORPORATION F/K/A COOPER-CAMERON | § | |
| CORPORATION; | § | |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC.; M-I, LLC, WEATHERFORD U.S. L.P., | § | |
|    Defendants. | § | |

Considering the foregoing Motion to Withdraw as filed by Stephen S. Kreller of The Kreller Law Firm and William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm and William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP

1

(formerly Faegre & Benson, LLP) are withdrawn as Counsel for Odyssey Seafood Trading, Inc. in this matter.

New Orleans, Louisiana, this _____ day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE