UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to:<br>Nos. 12-970, 15-4143, 15-4146 & 15-4654 | JUDGE BARBIER<br>MAG. WILKINSON |

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ORLEANS

  **BEFORE ME**, the undersigned Notary Public, came and appeared:

**SCOTT R. BICKFORD**

who, after being duly sworn, stated:

To the best of my knowledge and belief, and from personal knowledge of the matters in this affidavit:

1. I am an attorney and principal of the law firm of Martzell, Bickford & Centola, A.P.C.

2. I am special counsel for certain local governmental entities involved in this litigation, including the Plaquemines Parish Government, the Plaquemines Parish School Board, and the Town of Grand Isle.

3. I have personal knowledge that the following claimants are local governmental entities which were excluded from the DHEPDS settlement:

**Plaquemines Parish Government**
8056 LA-23 #200
Belle Chasse, LA 70037
(504) 297-5000



EXHIBIT A

**Plaquemines Parish School Board**
1484 Woodland Hwy
Belle Chasse, LA 70037
(504) 595-6400

**The Town of Grand Isle**
P.O. Box 200
Grand Isle, LA 70358
(985) 787-3196

**Grand Isle Independent Levee District**
P.O. Box 757
Grand Isle, LA 70358
(985) 787-2222

**The Town of Jean Lafitte ("Lafitte")**
2654 Jean Lafitte Blvd
Lafitte, LA 70067
(504) 689-2208

4. By definition, the above-listed local governmental entities qualify as New Class Members under the proposed HESI and Transocean Punitive Damages Class Action Settlements.

5. The above-listed local governmental entities each own real properties which suffered direct impact of oiling sufficient to satisfy Robins Dry Dock standing.

Further, Affiant sayeth not.

_____
SCOTT R. BICKFORD

**SWORN TO AND SUBSCRIBED**
**BEFORE ME** this 23rd day of September, 2016

_____
**NOTARY PUBLIC**
JASON Z. LANDRY
LSBA # 33932
NOTARY PUBLIC
MY COMMISSION IS ISSUED FOR LIFE