

*Source: Abt Associates; photograph © Ocean Imaging Corp., used by permission.*

**Figure 4.2-18.** Movement of DWH thick oil (black) and sheen (grey) into marsh inlets.

**4.2.5**

Exposure at the Sea Surface





*Source:* Abt Associates; photographs © Ocean Imaging Corp. Used by permission.

**Figure 4.2-19**. Surface oil (wavy grey bands) intersecting a marsh shoreline where Shoreline Cleanup Assessment Technique (SCAT) response teams recorded "no observed oiling."

**4.2.5**

Exposure at the Sea Surface

**Table 4.6-1.** Oil exposure category definitions for beaches and coastal wetland habitats.

| Exposure Category | Definition—Beaches | Definition—Wetlands/Other |
|---|---|---|
| NOT SURVEYED[a] | Not surveyed | Not surveyed |
| "NO OIL OBSERVED"[a] | No oil observed during SCAT or NRDA rapid assessment surveys | No oil observed during SCAT or NRDA rapid assessment surveys |
| LIGHTER OILING | Maximum of "Light" or lesser surface or subsurface oiling and persistence of oiling for less than 26 weeks | Maximum of "Light" or lesser surface oiling |
| HEAVIER OILING | Maximum of "Moderate" or greater surface or subsurface oiling and persistence of oiling for less than 26 weeks | Maximum of "Moderate" or greater surface oiling and persistence of such oiling for less than 12 weeks |
| LIGHTER PERSISTENT OILING | Maximum of "Light" or less surface or subsurface oiling and persistence of oiling for 26 weeks or longer | Not used |
| HEAVIER / LIGHTER PERSISTENT OILING | Surface or subsurface oiling of "Moderate" or greater and persistence of "Light" or less surface or subsurface oiling for 26 weeks or longer | Not used |
| HEAVIER PERSISTENT OILING | Maximum of "Moderate" or greater surface or subsurface oiling and persistence of such oiling for 26 weeks or longer | Maximum of "Moderate" or greater surface oiling and persistence of such oiling for 12 weeks or longer |

[a]    "NOT SURVEYED" category applies to locations not surveyed by the field surveys used in this analysis. "NO OIL OBSERVED" category applies to locations where no oil was observed during the field surveys used in this analysis, but does not mean that no oil ever reached the segment.

**4.6.3**
Exposure



**Source:** *Nixon et al. (2015b).*

**Figure 4.6-9.** Extent of shoreline oiling by oil exposure categories for beaches (top), coastal wetland and other shoreline habitats across the Gulf (middle), and coastal wetland and other shoreline habitats in Louisiana (bottom). Oil was observed from Texas to Florida.

**4.6.3**

Exposure

**Table 4.6-2.** Lengths of shoreline oiling in miles (and kilometers) by oil exposure categories and state for beaches, coastal wetlands, and other habitats (rounded to the nearest whole number) (Nixon et al. 2015b).

| Exposure Category | | NO OIL OBSERVED[a] | LIGHTER OILING | LIGHTER PERSISTENT OILING | HEAVIER OILING | HEAVIER / LIGHTER PERSISTENT OILING | HEAVIER PERSISTENT OILING | TOTAL OILED |
|---|---|---|---|---|---|---|---|---|
| FLORIDA | Beaches | 236 (380) | 63 (101) | 76 (123) | 0 (0) | 37 (60) | 1 (1) | 176 (284) |
| | Wetlands | 146 (235) | 0 (0) | NA | 0 (0) | NA | 0 (0) | 0 (0) |
| | Other | 16 (26) | 1 (2) | NA | 0 (0) | NA | 0 (0) | 1 (2) |
| ALABAMA | Beaches | 18 (29) | 4 (6) | 37 (60) | 1 (1) | 43 (69) | 1 (1) | 85 (136) |
| | Wetlands | 62 (100) | 4 (7) | NA | 0 (0) | NA | 0 (0) | 4 (7) |
| | Other | 47 (76) | 6 (9) | NA | 1 (1) | NA | 0 (0) | 6 (10) |
| MISSISSIPPI | Beaches | 21 (33) | 14 (22) | 72 (116) | 1 (1) | 24 (39) | 11 (18) | 121 (195) |
| | Wetlands | 101 (163) | 25 (41) | NA | 2 (3) | NA | 0 (0) | 27 (44) |
| | Other | 17 (27) | 9 (15) | NA | 0 (0) | NA | 0 (0) | 9 (15) |
| LOUISIANA | Beaches | 73 (118) | 39 (63) | 24 (39) | 9 (15) | 56 (90) | 53 (86) | 182 (293) |
| | Wetlands | 3,839 (6,178) | 439 (707) | NA | 171 (276) | NA | 45 (72) | 656 (1,055) |
| | Other | 42 (68) | 6 (10) | NA | 2 (4) | NA | 1 (2) | 10 (16) |
| TEXAS | Beaches | 0 (0) | 35 (57) | 0 (0) | 0 (0) | 0 (0) | 0 (0) | 35 (57) |
| | Wetlands | 0 (0) | 0 (0) | NA | 0 (0) | NA | 0 (0) | 0 (0) |
| | Other | 0 (0) | 0 (0) | NA | 0 (0) | NA | 0 (0) | 0 (0) |
| TOTALS | Beaches | 348 (560) | 154 (248) | 209 (337) | 10 (16) | 160 (258) | 65 (105) | 600 (965) |
| | Wetlands | 4,148 (6,675) | 469 (754) | NA | 173 (278) | NA | 45 (73) | 687 (1,105) |
| | Other | 122 (197) | 22 (36) | NA | 3 (5) | NA | 1 (2) | 27 (43) |

a   "NO OIL OBSERVED" category applies to locations where no oil was observed during the field surveys used in this analysis.

Table 4.6-3 provides additional detail by presenting lengths of shoreline oiling for different coastal wetland habitats (Nixon et al. 2015b). For the purpose of deriving shoreline lengths, the Louisiana vegetation types described in Sasser et al. (2014) were applied to Louisiana wetlands. Mainland and back-barrier salt marshes included saline and brackish vegetation types. The category Delta *Phragmites* marsh and other fresh/intermediate marsh was composed almost entirely of marshes on the Delta; however, the category also included small contributions from fresh and intermediate marshes off the Delta.

Louisiana mainland salt marshes represent the majority of shoreline oiling, with 509 miles (820 kilometers) oiled. The next largest category of oiling was Delta *Phragmites* marshes with 89 miles (143 kilometers), followed by Louisiana back-barrier salt marshes and Mississippi mainland salt marshes both with 18 miles (29 kilometers) (Nixon et al. 2015b).

**Table 4.6-3.** Lengths of shoreline oiling for coastal wetland habitat types by state and oiling category (Nixon et al. 2015b).

| ALABAMA | Mainland Salt/Brackish Marsh | | Back-Barrier Salt/Brackish Marsh | | Delta/Inland Fresh/Intermediate Marsh | | Mangrove/Marsh Complex | |
|---|---|---|---|---|---|---|---|---|
| Wetland Exposure Class | Length (mi) | Length (km) | Length (mi) | Length (km) | Length (mi) | Length (km) | Length (mi) | Length (km) |
| LIGHTER OILING | 4 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| HEAVIER OILING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HEAVIER PERSISTENT OILING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| MISSISSIPPI | Mainland Salt/Brackish Marsh | | Back-Barrier Salt/Brackish Marsh | | Delta/Inland Fresh/Intermediate Marsh | | Mangrove/Marsh Complex | |
| Wetland Exposure Class | Length (mi) | Length (km) | Length (mi) | Length (km) | Length (mi) | Length (km) | Length (mi) | Length (km) |
| LIGHTER OILING | 18 | 29 | 8 | 12 | 0 | 0 | 0 | 0 |
| HEAVIER OILING | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 |
| HEAVIER PERSISTENT OILING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18 | 29 | 9 | 15 | 0 | 0 | 0 | 0 |
| LOUISIANA | Mainland Salt/Brackish Marsh | | Back-Barrier Salt/Brackish Marsh | | Delta/Inland Fresh/Intermediate Marsh | | Mangrove/Marsh Complex | |
| Wetland Exposure Class | Length (mi) | Length (km) | Length (mi) | Length (km) | Length (mi) | Length (km) | Length (mi) | Length (km) |
| LIGHTER OILING | 355 | 571 | 7 | 11 | 50 | 80 | 28 | 45 |
| HEAVIER OILING | 116 | 187 | 11 | 18 | 36 | 58 | 8 | 13 |
| HEAVIER PERSISTENT OILING | 39 | 62 | 0 | 0 | 3 | 5 | 3 | 5 |
| | 509 | 820 | 18 | 29 | 89 | 143 | 39 | 63 |

**4.6.3**
Exposure

Although based on a compilation of results from several large surveys, these oiled shoreline lengths are not inclusive of all shoreline oil observations. The extent of actual oiling is thus likely greater than reported here. Further, no survey observed all northern Gulf of Mexico shorelines, and surveying a given segment of shoreline did not guarantee that all oil on that segment was observed. Oil can be difficult to find in marshes, and oil sometimes washed ashore after segments were surveyed.

Although the 2008 shoreline was the standard used by SCAT to support cleanup operations, it represents the land-water interface at a relatively low tide 2 years prior to the spill. More importantly, because of the spatial resolution of the 2008 shoreline layer, it does not capture many details of the vegetated land-water interface where most marsh oiling occurred. Consequently, marsh shoreline lengths that are based on the 2008 data layer underestimate the actual length of oiled vegetated marsh edge. To investigate the implications of this, the Trustees allocated the information in the shoreline exposure database onto a digital representation of the shoreline from 2010, focusing on the Louisiana marsh habitats where the most oil exposure occurred (Wobus et al. 2015). This analysis indicated that the length of the oiled marsh edge in Louisiana exceeds calculations based on the 2008 shoreline by up to 40 percent in some areas—in other words, the actual shoreline oiling was greater than the estimates reported in this section. It should also be noted that oiled shoreline lengths represent the cumulative shoreline observed to be oiled at any time over 4 years of observations. Some shorelines were oiled only once, and others were repeatedly oiled.

### Exposure of Coastal Wetland Plants

While Trustees relied on the shoreline oiling categories and oiled shoreline lengths as the basis for exposure and quantification for many nearshore receptors, another approach was used for coastal wetland plants. For these plants, Trustees conducted a pre-assessment survey to collect shoreline and plant oiling information in 2010 (see Section 4.2, Natural Resource Exposure) (Nixon et al. 2015a). This extensive dataset was used to evaluate exposure to plants and serve as the basis for sampling coastal wetland vegetation. Locations were divided by habitat type (e.g., marsh versus mangrove) and were further divided into five plant stem oiling categories: reference (0 percent stem oiling and "no oil observed"), 0 to 10 percent, 10 to 50 percent, 50 to 90 percent, and 90 to 100 percent (Nixon et al. 2015b). As mentioned above, some shoreline locations characterized as "no oil observed" exhibited plant oiling; when this occurred, those locations were not used as reference locations for other NRDA studies.

These pre-assessment data provided Trustees the ability to estimate miles of coastal wetland impacted based on plant oiling. Two approaches based on different statistical methods were used to calculate ranges of oiled shoreline lengths for the five plant stem oiling categories (Goovaerts 2015; Nixon et al. 2015a). The range of shoreline length for each plant stem category is shown in Table 4.6-4. In addition to the categories shown in the table, these results also yield an estimated 99 kilometers (61 miles) of unobserved shoreline oiling where plant oiling occurred but where oiling was not documented in the shoreline oiling database (Nixon et al. 2015a). This represents 1.6 percent of the 6,178 kilometers (3,839 miles) of wetland shoreline in Louisiana where no oil was observed during SCAT or rapid assessment surveys (Table 4.6-2).

**4.6.3**
Exposure