UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) | | MDL NO. 2:10-MD-02179 |
| | "DEEPWATER HORIZON" ) | | |
| | IN THE GULF OF MEXICO, ) | | SECTION: J |
| | ON APRIL 20, 2010 ) | | |
| | ) | | |
| | All Cases. ) | | Judge Barbier |
| | ) | | Mag Judge Wilkinson |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE INTERVENTION IN NEW CLASS**

COMES NOW, Durwood Adams, Marcos Aparicio, Alfred Aparicio, Ernest Aparicio, Bernabie Aparicio, David Aparicio, Alfred Aparicio, Ned Baron, Mark Bates, Manny Berlanga, Reynold Busch, Monty Carter, Leslie Casterline, Harry Davis, Benny DeLeon, David DeLeon, Gabriel Ferretiz, Bryan Fields, Henry Garcia, J. Garcia, Rafael Garcia Rodriguez, Rafael Garcia, Carlos Garcia, Ubaldo Garcia, Juan C. Gonzalez, Juan T. Gonzalez, Arturo Gracia, Isidro Guerra, Donnie Helms, Timothy Kinzie, Olivio Kotrulja, Mike Lagasse, Faustino Longoria, Charlie Longoria, III, Travis Lovell, Edward Machacek, Jr., Juan Maldonado, James Milam, Jr., Jerry and Cathy Osborn, Luther Peek, III, Christopher Pitts, Ronald Prewitt, Steve Prihoda, Ausencio Reyna, Dennis Robinson, Juan Rodriguez, Lupe Rojas, Jr., Jose Rosas, Jimmy Rouse, Greg Seaman, John Shelby, Ronnie Smith, Kyle Navarez, Jane Stubbs, Mike Talasek, Linda Tippit, Steven Tipps, Roy and Muriel Tipps, Michelle Tipps - Thomas, Ernest Treybig, Jr., Randall Vossler, Douglas and Mary Jo Walker, Keith Wallis, Craig Wallis, Stewart Wells, John Williams, Gregory and Elizabeth Williams & Daniel Williamson, (hereinafter South Texas Claimants), hereby move pursuant to Fed. R. Civ. P. 24 to participate in New Class as Plaintiffs-Intervenors for the purpose of objecting to the New Class definition of Gulf Coast Areas which excludes the South Texas Claimants, based solely on the location of their Home Port, which in the four Texas counties adjacent to the Gulf Coast Area – Brazoria, Matagorda, Nueces and

1

Calhoun counties. The South Texas Claimants will show that they have been excluded by this definition although they operated in the same area and have sustained the same damage as those claimants included in the class definition of Gulf Coast Areas.

As demonstrated in South Texas Claimant's Memorandum in Support filed herewith, the South Texas Claimants should be granted intervention of right under Fed. R. Civ. P. 24(a)(2) because: (1) the South Texas Commercial Claimant's Motion to Intervene is timely; (2) the South Texas Claimant's have direct, substantial and legally protected interests in the New Class; (3) the disposition of the New Class, as a practical matter, will impair or impede those interests; and (4) the present parties to the action do not adequately represent their interests.

If not granted intervention of right, the South Texas Claimants request that they be granted permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B). The claims and arguments of the South Texas Claimants will serve to present questions of fact in common with the New Class and the South Texas Claimants' Motion to Intervene is timely and will not delay or prejudice the litigation.

WHEREFORE, PREMISES CONSIDERED, Durwood Adams, Marcos Aparicio, Alfred Aparicio, Ernest Aparicio, Bernabie Aparicio, David Aparicio, Alfred Aparicio, Ned Baron, Mark Bates, Manny Berlanga, Reynold Busch, Monty Carter, Leslie Casterline, Harry Davis, Benny DeLeon, David DeLeon, Gabriel Ferretiz, Bryan Fields, Henry Garcia, J. Garcia, Rafael Garcia Rodriguez, Rafael Garcia, Carlos Garcia, Ubaldo Garcia, Juan C. Gonzalez, Juan T. Gonzalez, Arturo Gracia, Isidro Guerra, Donnie Helms, Timothy Kinzie, Olivio Kotrulja, Mike Lagasse, Faustino Longoria, Charlie Longoria, III, Travis Lovell, Edward Machacek, Jr., Juan Maldonado, James Milam, Jr., Jerry and Cathy Osborn, Luther Peek, III, Christopher Pitts, Ronald Prewitt, Steve Prihoda, Ausencio Reyna, Dennis Robinson, Juan Rodriguez, Lupe Rojas, Jr., Jose Rosas, Jimmy Rouse, Greg Seaman, John Shelby, Ronnie Smith, Kyle Navarez, Jane Stubbs, Mike Talasek, Linda Tippit, Steven Tipps, Roy and Muriel Tipps, Michelle Tipps -

Thomas, Ernest Treybig, Jr., Randall Vossler, Douglas and Mary Jo Walker, Keith Wallis, Craig Wallis, Stewart Wells, John Williams, Gregory and Elizabeth Williams & Daniel Williamson respectfully request that this Court enter an Order granting intervention of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively, granting permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

Dated:  September 23, 2016                         Respectfully submitted,

**FIBICH LEEBRON**
**COPELAND BRIGGS JOSEPHSON**

/s/ *Gregory Q. Fibich*_____
Kenneth T. Fibich
Texas State Bar No. 06952600
Gregory Q. Fibich
Texas State Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
Telephone:  713-751-0025
Fax:  713-751-0030
tfibich@fibichlaw.com
gfibich@fibichlaw.com

**ATTORNEYS FOR INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR LEAVE TO FILE INTERVENTION IN NEW CLASS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 23rd day of September, 2016.

/s/ *Gregory Q. Fibich*_____
Gregory Q. Fibich