# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG | ) | MDL NO. 2:10-MD-02179 |
| | "DEEPWATER HORIZON" | ) | |
| | IN THE GULF OF MEXICO, | ) | SECTION: J |
| | ON APRIL 20, 2010 | ) | |
| | | ) | |
| | All Cases. | ) | Judge Barbier |
| | | ) | Mag Judge Wilkinson |

## PLAINTIFFS'/CLAIMANTS' LIMITED OBJECTION TO THE COURT'S FINAL APPROVAL AS TO THE PROPOSED HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs/Claimants, Durwood Adams, Marcos Aparicio, Alfred Aparicio, Ernest Aparicio, Bernabie Aparicio, David Aparicio, Alfred Aparicio, Ned Baron, Mark Bates, Manny Berlanga, Reynold Busch, Monty Carter, Leslie Casterline, Harry Davis, Benny DeLeon, David DeLeon, Gabriel Ferretiz, Bryan Fields, Henry Garcia, J. Garcia, Rafael Garcia Rodriguez, Rafael Garcia, Carlos Garcia, Ubaldo Garcia, Juan C. Gonzalez, Juan T. Gonzalez, Arturo Gracia, Isidro Guerra, Donnie Helms, Timothy Kinzie, Olivio Kotrulja, Mike Lagasse, Faustino Longoria, Charlie Longoria, III, Travis Lovell, Edward Machacek, Jr., Juan Maldonado, James Milam, Jr., Jerry and Cathy Osborn, Luther Peek, III, Christopher Pitts, Ronald Prewitt, Steve Prihoda, Ausencio Reyna, Dennis Robinson, Juan Rodriguez, Lupe Rojas, Jr., Jose Rosas, Jimmy Rouse, Greg Seaman, John Shelby, Ronnie Smith, Kyle Navarez, Jane Stubbs, Mike Talasek, Linda Tippit, Steven Tipps, Roy and Muriel Tipps, Michelle Tipps - Thomas, Ernest Treybig, Jr., Randall Vossler, Douglas and Mary Jo Walker, Keith Wallis, Craig Wallis, Stewart Wells, John Williams, Gregory and Elizabeth Williams & Daniel Williamson (hereinafter referred to as the "South Texas Shrimpers"), respectfully file this Limited Objection To the Court's Final Approval

1

as to the Proposed HESI And Transocean Punitive Damages and Assigned Claims Class Action

Settlements (the New Class) for the following reasons:

## THE SOUTH TEXAS SHRIMPERS ARE EXCLUDED FROM THE NEW CLASS DEFINITION OF ALL COMMERCIAL FISHERMEN OR CHARTERBOAT OPERATORS SOLELY DUE TO THEIR GEOGRAPHIC LOCATION

1.      The South Texas Shrimpers are commercial fishermen or charter boat operators

who, during the relevant timeframe of April 20, 2009 through April 18, 2012, owned, chartered,

leased, rented, managed, operated, utilized or held any proprietary interest in commercial fishing

or charter fishing vessels or worked on or shared an interest in catch from vessels that fished in

Specified Gulf Waters, as defined in the proposed New Class [Rec. Doc. 15322-1 @ 17; Rec.

Doc. 15322-5 @ 2-4]. However, they landed or home ported outside of the Gulf Coast Area, as

currently defined in the proposed New Class, which extends into Texas only through Galveston

County [Rec. Doc. 15322-1 @ 13 and Rec. Doc. 15322-5 @ 1]. The South Texas Shrimpers

landed and/or are home ported in counties just south of Galveston County - Freeport, Texas

(Brazoria County), Palacios, Texas (Matagorda County), Port O'Connor, Texas (Calhoun

County) and Corpus Christi, Texas (Neuces County).  The South Texas Shrimpers operate on

federally permitted vessels and fish regularly in Specified Gulf Waters. They have suffered

precisely the same damages, which were caused by the same defendants and have the same

issues of law and fact as do the owners, operators and workers who are included in the New

Class definition of All Commercial Fisherman or Charter boat Operators [Rec. Doc. 16183 @ 7].

2.      The South Texas Shrimpers are being unfairly discriminated against solely

because they are outside the artificial geographic boundaries proposed in the New Class which

ends, from appearances arbitrarily, in Galveston County, Texas. They have suffered substantial

and direct economic loss as a result of the *Deepwater Horizon* spill. Once Plaintiffs submit

sufficient proof of such loss, whether they are from Galveston County, Brazoria County, Matagorda County or any other coastal Texas County, they should be entitled to compensation. However, under the proposed New Class, all such claims will be disallowed solely because of the artificially established boundary at Galveston County. and "zones" in the Gulf of Mexico. There is no rational reason that the South Texas Shrimpers' claims should be disallowed on these grounds.

3.      Again, the evidence will be that the South Texas Shrimpers' vessels are Federally-permitted vessels that homeport in Freeport, Texas (Brazoria County), Palacios, Texas (Matagorda County), Port O'Connor, Texas (Calhoun County) and Corpus Christi, Texas (Neuces County).  Their vessels have GPS tracking and navigational systems as part of the electronic aids necessary for conducting successful fishing operations across the Gulf of Mexico. Each of these vessel owners can provide historical GPS fishing tracks reflecting their position within the Specified Gulf Waters at a given time. These historical records are a "matter of fact" having been recorded at the time the cruise was being conducted, with the track then electronically stored to provide a historical record of fishing. The South Texas Shrimpers can provide historical GPS records to prove to the Court that they were fishing in the same Specified Gulf Waters as were the New Class members during the relevant timeframe.

4.      The South Texas Shrimpers meet the requirements of numerosity, commonality, typicality and adequacy in the same way as do the presumed New Class members. Fairness requires that they be included in the New Class as All Commercial Fishermen and Charter boat Operators. This can be accomplished by modifying the definition of Gulf Coast Area to include Brazoria, Matagorda, Calhoun and Nueces County, Texas.

WHEREFORE Durwood Adams, Marcos Aparicio, Alfred Aparicio, Ernest Aparicio,

Bernabie Aparicio, David Aparicio, Alfred Aparicio, Ned Baron, Mark Bates, Manny Berlanga, Reynold Busch, Monty Carter, Leslie Casterline, Harry Davis, Benny DeLeon, David DeLeon, Gabriel Ferretiz, Bryan Fields, Henry Garcia, J. Garcia, Rafael Garcia Rodriguez, Rafael Garcia, Carlos Garcia, Ubaldo Garcia, Juan C. Gonzalez, Juan T. Gonzalez, Arturo Gracia, Isidro Guerra, Donnie Helms, Timothy Kinzie, Olivio Kotrulja, Mike Lagasse, Faustino Longoria, Charlie Longoria, III, Travis Lovell, Edward Machacek, Jr., Juan Maldonado, James Milam, Jr., Jerry and Cathy Osborn, Luther Peek, III, Christopher Pitts, Ronald Prewitt, Steve Prihoda, Ausencio Reyna, Dennis Robinson, Juan Rodriguez, Lupe Rojas, Jr., Jose Rosas, Jimmy Rouse, Greg Seaman, John Shelby, Ronnie Smith, Kyle Navarez, Jane Stubbs, Mike Talasek, Linda Tippit, Steven Tipps, Roy and Muriel Tipps, Michelle Tipps - Thomas, Ernest Treybig, Jr., Randall Vossler, Douglas and Mary Jo Walker, Keith Wallis, Craig Wallis, Stewart Wells, John Williams, Gregory and Elizabeth Williams & Daniel Williamson, the South Texas Shrimpers respectfully request that this Court enter an Order modifying the definition of Gulf Coast Area in the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements to include Brazoria, Matagorda, Calhoun and Nueces Counties, and for such other relief to which they may be entitled.

Dated:  September 23, 2016          Respectfully submitted,

**FIBICH LEEBRON**
**COPELAND BRIGGS JOSEPHSON**

/s/ *Gregory Q. Fibich*
Kenneth T. Fibich
Texas State Bar No. 06952600
Gregory Q. Fibich
Texas State Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
Telephone:  713-751-0025
Fax:  713-751-0030
tfibich@fibichlaw.com
gfibich@fibichlaw.com

**ATTORNEYS FOR**
**PLAINTIFFS/CLAIMANTS**
**SOUTH TEXAS SHRIMPERS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing  PLAINTIFFS'/CLAIMANTS' LIMITED OBJECTION TO THE COURT'S FINAL APPROVAL AS TO THE PROPOSED HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 23rd day of September, 2016.

/s/ *Gregory Q. Fibich*
Gregory Q. Fibich

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2:10-MD-02179 SECTION: J |
| | All Cases. | ) ) | Judge Barbier Mag Judge Wilkinson |

MEMORANDUM IN SUPPORT OF
PLAINTIFFS'/CLAIMANTS' LIMITED OBJECTION TO THE COURT'S FINAL
APPROVAL AS TO THE PROPOSED HESI AND TRANSOCEAN PUNITIVE
DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs/Claimants, Durwood Adams, Marcos Aparicio, Alfred Aparicio, Ernest Aparicio, Bernabie Aparicio, David Aparicio, Alfred Aparicio, Ned Baron, Mark Bates, Manny Berlanga, Reynold Busch, Monty Carter, Leslie Casterline, Harry Davis, Benny DeLeon, David DeLeon, Gabriel Ferretiz, Bryan Fields, Henry Garcia, J. Garcia, Rafael Garcia Rodriguez, Rafael Garcia, Carlos Garcia, Ubaldo Garcia, Juan C. Gonzalez, Juan T. Gonzalez, Arturo Gracia, Isidro Guerra, Donnie Helms, Timothy Kinzie, Olivio Kotrulja, Mike Lagasse, Faustino Longoria, Charlie Longoria, III, Travis Lovell, Edward Machacek, Jr., Juan Maldonado, James Milam, Jr., Jerry and Cathy Osborn, Luther Peek, III, Christopher Pitts, Ronald Prewitt, Steve Prihoda, Ausencio Reyna, Dennis Robinson, Juan Rodriguez, Lupe Rojas, Jr., Jose Rosas, Jimmy Rouse, Greg Seaman, John Shelby, Ronnie Smith, Kyle Navarez, Jane Stubbs, Mike Talasek, Linda Tippit, Steven Tipps, Roy and Muriel Tipps, Michelle Tipps - Thomas, Ernest Treybig, Jr., Randall Vossler, Douglas and Mary Jo Walker, Keith Wallis, Craig Wallis, Stewart Wells, John Williams, Gregory and Elizabeth Williams & Daniel Williamson, (hereinafter referred to as the South Texas Shrimpers), respectfully file this Memorandum in Support of Limited Objection To

1

the Court's Final Approval as to the Proposed HESI And Transocean Punitive Damages and Assigned Claims Class Action Settlements (the New Class) as follows:

      1.    The South Texas Shrimpers are commercial fishermen or charter boat operators who, during the relevant timeframe of April 20, 2009 through April 18, 2012, owned, chartered, leased, rented, managed, operated, utilized or held any proprietary interest in commercial fishing or charter fishing vessels or worked on or shared an interest in catch from vessels that fished in Specified Gulf Waters, as defined in the proposed New Class [Rec. Doc. 15322-1 @ 17; Rec. Doc. 15322-5 @ 2-4].  However, they landed or home ported outside of the Gulf Coast Area, as currently defined in the proposed New Class, which extends into Texas only through Galveston County [Rec. Doc. 15322-1 @ 13 and Rec. Doc. 15322-5 @ 1]. The South Texas Shrimpers landed and/or are home ported in counties just south of Galveston County - Freeport, Texas (Brazoria County), Palacios, Texas (Matagorda County), Port O'Connor, Texas (Calhoun County) and Corpus Christi, Texas (Neuces County).  The South Texas Shrimpers operate on federally permitted vessels and fish regularly in Specified Gulf Waters. They have suffered precisely the same damages, which were caused by the same defendants and have the same issues of law and fact as do the owners, operators and workers who are included in the New Class definition of All Commercial Fisherman or Charter boat Operators [Rec. Doc. 16183 @ 7]. Given the questions of law and fact common to the members of the New Class All Commercial Fisherman and Charter boat Operators and the South Texas Shrimpers, the South Texas Shrimpers move this Court to modify the definition of Gulf Coast Area to include Brazoria, Matagorda, Calhoun and Neuces County, Texas.

## ARGUMENT AND AUTHORITIES

2.        Before the Court approves a settlement, the Court must find that the proposed settlement is "fair, reasonable, and adequate." Fed. R. Civ. P. 23(e)(1)(c); *Newby v. Enron Corp.,* 394 F.3d 296, 301 (5th Cir.2004); *Ayers v. Thompson,* 358 F.3d 356, 368 (5th Cir.2004); *In re Educ. Testing Serv. Praxis Principles of Learning and Teaching: Grades 7–12 Litig.,* 447 F.Supp.2d 612, 619 (E.D.La.2006). Counsel for the class and the other settling parties bear the burden of persuasion that the proposed settlement is fair, reasonable, and adequate." Manual for Complex Litigation (Fourth) § 21.631 (2004); *In re Vioxx Prods. Liab. Litig.,* 239 F.R.D. 450, 459 (E.D.La.2006). "If the Court finds portions of the proposed settlement problematic, it may indicate preliminary disapproval of the agreement and recommend that the parties make certain revisions or modifications." *Id.*

The South Texas Shrimpers were excluded from the New Class definition of All Commercial Fisherman and Charter boat Operators even though they fit the substantive definition. This is an injustice that deserves correcting. The South Texas Shrimpers have suffered precisely the same damages, which were caused by the same defendants and have the same issues of law and fact as do the commercial operators and workers who were included in the New Class. They meet the requirements of numerosity, commonality, typicality and adequacy in the same way as do the presumed class members. In the interest of settling all common claims, the definition of Gulf Coast Area should be modified to include the homeport Texas counties of the South Texas Shrimpers - Brazoria, Matagorda, Calhoun and Neuces.

The only thing that distinguishes the South Texas Shrimpers from the New Class is geography - and not great distances at that. For example, most of the South Texas Shrimpers homeport in Palacios, Texas, approximately 67 nautical miles from end of the Gulf Coast Area at

Galveston County, Texas and less than 30 nautical miles from Specified Gulf Waters. If they can demonstrate that their vessels fished in Specified Gulf Waters, their homeport does not change their common damages, defendants or issues of law and fact so as to disqualify them as class members. Indeed, while not directly on point, arguably 28 U.S.C.A. §1744, which prohibits the approval of a proposed settlement that provides for the payment of greater sums to some class members solely on the basis that they are located in closer geographic proximity to the court, is an indicator that geography alone should not be grounds for exclusion from a class action settlement.

The South Texas Shrimpers recognize and appreciate that the Court has concerns about maintaining the integrity of the New Class settlement fund by assuring that only those who are truly impacted by the *Deepwater Horizon* incident can participate. However, those concerns can be alleviated by requiring that all claimants produce good documentary evidence of not only their authorization to fish in Specified Gulf Waters but also of their actual fishing activity in the Specified Gulf Waters.

In support of the request that the definition of Gulf Coast Area be modified to include the addition Texas counties, the South Texas Shrimpers ask the Court to consider the Affidavit of Dr. Benny J. Gallaway, President of LGL Ecological Research Associates, Inc., and its accompanying attachments. The affidavit is attached as Exhibit A. Dr. Gallaway has many years of experience monitoring the distribution and magnitude of shrimp fishing efforts in the Gulf of Mexico utilizing GPS tracking technology. In fact LGL has developed a GPS tracking program – the Electronic Log Book - designed to collect data on the spatial and temporal fishing patterns of the federally permitted Gulf of Mexico shrimp fleet. He has conducted extended studies for NOAA utilizing the ELB program. Most if not all of the South Texas Shrimpers use a GPS

4

tracking program – WinPlot - developed specifically for shrimpers by P-Sea, Inc. of Morro Bay, California. Dr. Gallaway looked at the WinPlot program and talked to the program developer, Greg Hansan, to determine whether he was able to opine about the positioning of vessels from the data history stored in the program. Dr. Gallaway determined that he could export the underlying lat-long data from WinPlot into his ELB program and generate maps showing the location of a subject vessel during a designated time frame. He has processed data for six vessels belonging to South Texas Shrimpers through the ELB program and has generated maps confirming that those vessels fished in Specified Gulf Waters during the relevant time period. The actual maps are attached to his affidavit and clearly support his conclusion. Dr. Gallaway has opined that this type of GPS data is unassailable. The South Texas Shrimpers are in the process of assuring that he has access to the GPS data for all of their vessels. If the South Texas Shrimpers can provide such strong evidence that they fished in exactly the same waters as others porting east of San Luis Pass they should be given the same status within the New Class for settlement purposes.

      For the foregoing reasons and as a matter of fairness the South Texas Shrimpers request that the definition of Gulf Coast Area be expanded to include Brazoria County, Texas, Matagorda County, Texas, Calhoun County, Texas and Nueces County Texas.

Dated:  September 23, 2016                          Respectfully submitted,

                                                    **FIBICH LEEBRON**
                                                    **COPELAND BRIGGS JOSEPHSON**

                                                    /s/ *Gregory Q. Fibich*
                                                    Kenneth T. Fibich
                                                    Texas State Bar No. 06952600
                                                    Gregory Q. Fibich
                                                    Texas State Bar No. 24059745
                                                    1150 Bissonnet Street
                                                    Houston, Texas 77005
                                                    Telephone:  713-751-0025
                                                    Fax:  713-751-0030
                                                    tfibich@fibichlaw.com
                                                    gfibich@fibichlaw.com

                                                    **ATTORNEYS FOR**
                                                    **PLAINTIFFS/CLAIMANTS**
                                                    **SOUTH TEXAS SHRIMPERS**

## CERTIFICATE OF SERVICE

        I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF
PLAINTIFFS/CLAIMANTS' LIMITED OBJECTION TO THE COURT'S FINAL APPROVAL
AS TO THE PROPOSED HESI AND TRANSOCEAN PUNITIVE DAMAGES AND
ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS has been served on All Counsel by
electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was
electronically filed with the Clerk of Court of the United States District Court for the Eastern
District of Louisiana by using the CM/ECF System which will send notice of electronic filing in
accordance with the procedures established in MDL 2179, on the 23rd day of September, 2016.

                                                    /s/ *Gregory Q. Fibich*
                                                    Gregory Q. Fibich

# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|      "Deepwater Horizon" in the Gulf | * | |
|      of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| | * | |

### AFFIDAVIT OF DR. BENNY J. GALLAWAY

**BEFORE ME**, the undersigned authority, on this day personally appeared Dr. Benny J. Gallaway, who swore on oath as follows:

"My name is Dr. Benny J. Gallaway. I am over 18 years of age, of sound mind, and fully competent to make this affidavit. I have personal knowledge of the facts stated herein and they are all true and correct.

1. I am and have been President and a Senior Fisheries Scientist with LGL Ecological Research Associates, Inc. (LGL) since 1974. I hold a PhD from Texas A & M University from the Department of Wildlife and Fisheries Sciences. My resume, reflecting my education, experience and publications is provided in Attachment 1. I have authored several hundred technical reports and have authored or co-authored 70 papers published in the peer-reviewed scientific literature.

2. One of my primary areas of research focus has been to develop an electronic logbook technology for monitoring the distribution and magnitude of shrimp fishing effort in the Gulf of Mexico, particularly the federally permitted shrimp fleet. Shrimpers who are federally permitted are authorized to fish in all U.S. federal waters in the Gulf of Mexico. Those without federal permits are not. This sector of the Gulf of Mexico shrimp fleet consists of relatively large vessels which, regardless of where they homeport, spend 30 to 50 days at sea on a given trip and can (and do) fish anywhere across the entire U.S. Gulf of Mexico.

3. Our work with electronic tracking of the federally permitted fleet has been published in 3 primary papers in the premier journal, the *North American Journal of Fisheries Management*:

    a. Gallaway, B. J., J. G. Cole, L. R. Martin, J. M. Nance and M. Longnecker. 2003. Description of a simple electronic logbook

designed to measure    effort in the Gulf of Mexico shrimp fishery. North American Journal of Fisheries Management 23: 581-589.

b.  Gallaway, B. J. , J. G. Cole, L. R. Martin, J. M. Nance and M. Longnecker.  2003. An evaluation of an electronic logbook as a more accurate method of estimating spatial patterns of trawling effort and bycatch in the Gulf of Mexico shrimp fishery. North American Journal of Fishery Management 23: 787-809.

c.  Cole, J. G., B. J. Gallaway, L. R. Martin, J. M. Nance and M. Longnecker.  2006. Spatial allocation of shrimp catch based on fishing effort: Adjusting for the effects of the Texas opening. North American Journal of Fishery Management 26: 789-792.

Copies of these publications are attached for your convenience at Attachment 2.

4.  Beginning in 2004, the National Marine Fisheries Service (NMFS) or NOAA Fisheries contracted with LGL to design and execute a program to collect data on the spatial fishing patterns, magnitude and temporal fishing patterns of the federally permitted Gulf of Mexico shrimp fleet. This program (hereinafter the Electronic Log Book or ELB) was conducted from 2004 to 2011 and was conducted for an additional year (2012) under the auspices of Gulf States Marine Fisheries Commission (GSMFC).

5.  Many of the Federally-permitted vessels that homeport in Palacios and Freeport (as well as vessels in other ports) have GPS tracking and navigational systems as part of the electronic aids necessary for conducting a successful fishing operation across the Gulf. Each of these vessel owners can provide historical fishing tracks reflecting their position within the Gulf at a given time. My firm has been retained by Fibich, Leebron, Copeland, Briggs & Josephson (Fibich) to analyze data obtained from the GPS tracking and navigational systems on boats owned and operated by Fibich clients who conduct shrimping operations and homeport primarily in Palacios and Freeport, Texas.

6.  We have been provided with definitions for "Specified Gulf Waters" and "Gulf Coast Area", along with maps pertaining to the definitions. Copies of the definitions and maps are attached as Attachment 3. We have downloaded a copy of the WinPlot GPS program utilized by most if not all of FLCBJ clients on their boats. We have extracted the GPS data from several of the Fibich clients' boats through WinPlot. We have then imported that data into our ELB program and generated electronic logs for each trimester of the year for the period April 20, 2009 through April 18, 2012 for each boat. Trimester 1 is January to April; Trimester 2 is May to August and Trimester 3 is September to December.

7.  An example of such a set of plots is provided in Attachment 4:

a.  Palacios F/V Rhonda Lynn, a shrimp trawler I understand to be owned and operated by a Fibich client. The area outlined in red on each map is the area of "Waters Not Included in the Class Definition". As is clearly evident from examination of the 12 maps, the Rhonda Lynn fished extensively outside of this red zone and in Specified Gulf Waters in all trimesters for years  2009 – 2012.

    b. Palacios F/V Little David, another shrimp trawler I understand to be owned and operated by a Fibich client. The area outlined in red on each map is again the area of "Waters Not Included in the Class Definition", as above. Once more, the data clearly reflect that the Little David fished extensively in "Specified Gulf Waters" during 2009-2012 and spent relatively little effort fishing in the "Waters Not Included in the Class Definition".

    c. Palacios F/V Little Ernie is yet another shrimp trawler I understand to be owned and operated by a Fibich client. The map format is the same as defined for the Rhonda Lynn and the Little David above. This vessel also fished extensively in "Specified Gulf Waters" with a much smaller effort shown to have occurred in the area designated as "Waters Not Included in the Class Definition".

8. We are in the process of compiling similar maps for additional vessels owned and operated by Fibich clients. To date, all examined have shown the preponderance of their fishing occurs in Specified Gulf Waters.

9. Records such as those in Attachment 4 are a "matter of fact" having been recorded at the time the cruise was being conducted, with the track then electronically stored to provide a historical record of fishing. The exemplars at Attachment 4 represent the type of report we can generate through the ELB for each vessel for which we have underlying GPS data. We are then able to express an opinion as to whether or not vessels have fished within Specified Gulf Waters within any designated timeframe.

10. These results are not surprising. They are consistent with what we found as part of the NOAA study. As of the end of 2012, ELB had recorded the location of 573,769 fishing tows (bottom trawls are used to collect shrimp), covering 3.2 million hours and providing 58.3 million raw data points including over 20.1 million within-tow points. The ELB we designed is a simple yet rugged and accurate system. A Global Positioning System (GPS) antennae is hooked to a mini-computer programmed to activate every 10-min (24 hours a day, 7-days a week) and record the location (latitude/longitude) of the vessel and the time and date for that location. The data are stored on data storage chips. These chips were periodically retrieved by LGL technicians, and returned to the laboratory for analyses. The ELB location data were analyzed to calculate the location of tows made by a vessel on a trip-by-trip basis. The data were pooled by subarea, depth zone and trimester (January to April, May to August, September – December). The vessels we studied were selected based on a stratified/random sampling design. The universe of vessels consisted of the 2,666 vessels that had been issued a federal permit by the 6 December 2003 control date. The Gulf was stratified into nine port regions, ranging along the Gulf coast from Key West, Florida to Brownsville, Texas, including Palacios, Texas. By 2012, we had installed ELBs on 33 federally permitted vessels from Palacios of which 27 were still operative in 2012. These 27 vessels made 112 trips in 2012 in federally permitted waters.

11. Our results confirmed that fleets like the one at Palacios fished in very distinctive and consistent patterns for the same seasons across years (percent similarities averaged 70 – 88%) and that, in contrast, similarities in fishing patterns between fleets was low. Attachment 5 shows the distribution of trawling by Palacios vessels in our sample for the years 2004 (small sample size) to 2012. The data are depicted for each trimester (1= Jan-Apr; 2= May – Aug; 3= Sept – Dec) stacked by year. As can be seen, this fleet regularly

fishes throughout the northern Gulf even into eastern Louisiana, well within Specified Gulf Waters.

12. One Palacios fleet owner, also a Fibich client, Craig Wallis, participated in the NOAA study and gave us permission to show data for his vessels from that study: the F/V Master Alston (6 Jan to Dec 20, 2007; 8 Jan to Dec 16, 2008; 10 Jan to Dec 13, 2009; 1 Jan to Dec 20, 2010; 8 June to Dec 13, 2012; 17 Jan to June 23, 2013); F/V Wallace B (Jan 15 to Dec 14, 2011, Jan 8 to Dec 18, 2012; 25 May to Aug 12, 2013); F/V Miss Sonya (18 Jan to Dec 7, 2011; Jan to Dec 18, 2012; 9 Jan to 9 Feb, 2013). In all, the records for these vessels reflect that the location of trawling for a total of 16,752 hours (about 700 days fished) all occurred in Specified Gulf Waters (Attachment 6). In fact, a high percentage of that time was spent trawling in Gulf waters offshore of Galveston County and other Texas and Louisiana counties to the east, well within the Specified Gulf Waters zone.

13. In summary, if provided the underlying onboard GPS navigational system data from Fibich clients, we can import that data into our ELB program, a program successfully utilized by NOAA to study fishing patterns in the Gulf of Mexico for many years. Once that data is imported into the ELB we are then able to generate maps that reflect the positioning of each vessel within a designated time frame. We will then be able to opine with certainty as to whether or not any given vessel operated within Specified Gulf Waters between April 20, 2009 and April 18, 2012. We have received additional data for other vessels owned and operated by Fibich clients and are processing it.

SIGNED on May **20**, 2016

_____
Dr. Benny J. Gallaway

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 20th, 2016 by Dr. Benny J. Gallaway.

JACQUELINE D BROADWAY
Notary Public, State of Texas
My Commission Expires
DECEMBER 24, 2018

_____
Notary Public, State of Texas

4

# ATTACHMENT 1

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



## EDUCATION

| | |
|---|---|
| 1969 | Texas A&M University: B.S. - Wildlife Sciences, Fisheries option. |
| 1970 | Texas A&M University: M.S. - Wildlife Sciences, Fisheries option. |
| 1978 | Texas A&M University: Ph.D. - Wildlife and Fisheries Sciences. |

## PROFESSIONAL SUMMARY

1974-  President and Ecologist, LGL Ecological Research Associates, Inc. Overall duties include corporate and program management, direction of interdisciplinary studies, participation in field data collection and analysis, and technical report writing and editing. Since 1994, has served as the principal consultant to the Gulf of Mexico shrimp industry dealing with bycatch issues. Presently actively involved in Gulf of Mexico fishery stock assessments and analysis of leatherback sea turtle status and trends in the Atlantic basin. Historical projects include numerous ecological studies in the Beaufort and Bering Seas, commercial shrimp studies in the Gulf of Mexico, reviews of the Gulf of Mexico ecosystem in relation to petroleum production activities, coral reef monitoring, and ecological studies of the continental slope of the northern Gulf of Mexico.

1973  Research Associate and Assistant Field Leader. Conducted an environmental impact study for a nuclear power station in Newton County, Texas, near Toledo Bend Reservoir.

1972- 1973  Research Associate. Preparation of research report of effects of thermal effluents on marine fishes. Texas A&M University, Department of Wildlife and Fisheries Sciences, Texas Agricultural Extension Service.

1970-1972  Marine Advisory Program Assistant. Preparation of illustrated field guide to the marine fishes of Texas. Texas A&M University, Department of Wildlife and Fisheries Sciences, Texas Agricultural Extension Service.

1970  Instructor, Marine and Freshwater Ichthyology. Texas A&M University. Department of Wildlife and Fisheries Sciences.

1969  Research Assistant for thermal pollution study conducted by Texas A&M Research Foundation. Instructor, Marine Ichthyology. Texas A&M University, Department of Wildlife and Fisheries Sciences. Teaching and Laboratory Assistant, Freshwater Ichthyology, Texas A&M University, Department of Wildlife and Fisheries Sciences.

1968  Collected field data for thermal pollution study conducted by Texas A&M Research Foundation.

## SELECTED PROJECTS

2016-  **Ichthyoplankton Collection and Assessment**. Assessment of impacts for a deepwater offshore oil development in the Gulf of Mexico. Confidential client.

2015-  **Ichthyoplankton Collection and Assessment**. Assessment of impacts for a deepwater offshore oil development in the Gulf of Mexico. Confidential client.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



2014-        **Consulting Services.** Services provided to a confidential client addressing marine science issues related to offshore oil and gas development.

2013-2016  **Deepwater Ichthyoplankton Studies**. Monitoring and assessment studies conducted under subcontract to Continental Shelf Associates, Inc. for the Gulf of Mexico Offshore Operators Committee.

2013-        **Kemp's Ridley Stock Assessment Update**. Assessment was updated to include density dependent effects on vital rates. Supported by the Gulf of Mexico Fishery Management Council.

2004-2013  **Electronic Logbooks:** Monitoring shrimp fishing effort in the Gulf of Mexico using Electronic Logbooks (ELBs). Conducted for National Marine Fisheries Service and Gulf States Marine Fisheries Commission.

2012-2013  **Kemp's ridley Stock Assessment:** On behalf of the Gulf States Marine Fisheries Commission, Dr. Gallaway chaired a Stock Assessment workshop for the Kemp's ridley sea turtle to evaluate stock status following various conservation efforts and the Deepwater Horizon Oil Spill.

2012-2013  **The effects of modeled dispersed and undispersed hypothetical oil spills on red drum and red snapper stocks in the Gulf of Mexico.** A desktop study for ExxonMobil Research.

2011-2012  **Effects of Turtle Exclusion Devices on bycatch of small coastal sharks in the Gulf of Mexico penaeid shrimp fishery.** Conducted for Southern Shrimp Alliance.

2010-2011  **Chukchi Sea Fish Monitoring Project for offshore oil and gas development in the Alaska Chukchi Sea**. Conducted for Fairweather Oolinik, Inc.

2009        **A life history review for red snapper in the Gulf of Mexico with an evaluation of the importance of offshore petroleum platforms.** Conducted for NMFS and VERSAR Inc.

2008-2009  **Gulf of Mexico cooling water intake structure assessment for offshore oil and gas facilities.** Conducted for the offshore operators committee.

2004-2008  **Liquified Natural Gas Terminals:** Principal investigator assessing estimated impingement and entrainment losses of ichthyoplankton for five proposed Liquid Natural Gas Terminals (LNG) located in the western Gulf of Mexico and one in the northern Adriatic Sea.

2008        **Leatherback Sea Turtle Critical Habitat**. Principal scientist for an evaluation of a petition to revise the critical habitat designation off the U.S. west coast for the Pacific leatherback sea turtle under the endangered species act. For the Federation of Independent Seafood Harvesters.

2008        **Platform Debris Fields**. Working in cooperation with Louisiana State University and for the Minerals Management Service, LGL conducted high-resolution side-scan sonar surveys of debris fields associated with two sites in the Blue Dolphin Field (Buccaneer Gas and Oilfield) in the northern GOM

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist** 

2002-2003 **Northern Gulf of Mexico Continental Slope Studies.** Principal author of a synopsis reviewing results from of the Northern Gulf of Mexico Continental Slope Studies conducted by the Minerals Management Service from 1983-1988.

1998-2007 **Artificial Wetlands**: Principal investigator for a study designed to characterize and monitor short- and long-term changes in the ichthyofaunal community of a constructed biological treatment wetland at a DuPont chemical plant in Victoria, TX. (Annual)

1998 **Synthesis of shrimp fishery bycatch and the use of bycatch reduction devices:** Prepared a synthesis report for the Texas Shrimp Association, Inc. describing and addressing the concerns and issues related to Gulf of Mexico shrimp fishery bycatch of red snapper and the use of bycatch devices (BRDs).

1998-1999 **Study of synthetic drilling fluid discharge**: Project director and principal investigator for benthic surveys sponsored by BP Exploration that assessed the effects of synthetic drilling fluid discharge (Petrofree LE) on macrofauna and megafauna assemblages at a deep-water drill site on the continental slope of the Gulf of Mexico.

1997 **Synthesis of oil and gas platform ecology:** Prepared a synthesis document pertaining to the cumulative ecological significance of oil and gas structures in the Gulf of Mexico for the National Biological Survey. Incorporated habitat evaluation procedures (HEP) in conjunction with a Geographic Information System (GIS) to form habitat suitability indices for numerous fish species.

1997 **Synthesis of environmental trends in the Gulf of Mexico in the 20th century:** Prepared an integration, assessment and synthesis document for the American Petroleum Institute that addressed the effects of the petroleum industry on the Gulf of Mexico over the past 50 years relative to factors unrelated to the oil and gas industry.

1996 **Synthesis of shrimp fishery bycatch of sea turtles:** Prepared a synthesis report for the Texas Shrimp Association, Inc. describing and addressing the concerns and issues related to Gulf of Mexico shrimp fishery bycatch of sea turtles and the use of turtle excluder devices (TEDs).

1993 **Impact assessment regarding the EXXON VALDEZ oil spill:** Prepared a series of impact assessments for the Trans-Alaska Pipeline Liability Fund regarding the EXXON VALDEZ oil spill. Impact assessments focused on harvesters (salmon, groundfish, halibut, herring, crab, and shrimp), life history development (salmon, herring, shrimp and crab), and the fish processing industry.

1991-1996 **The Endicott Development Synthesis:** Contributor to the development and production of an integration, assessment, and synthesis document that would effectively outline the principal environmental issues that have been associated with Arctic oil development in the Prudhoe Bay region of Alaska over the past 15-20 years. Prepared for BP Exploration (Alaska) Inc., the North Slope Borough (NSB) and the NSB Science Advisory Committee.

1989-1990 **Assessment of marine environmental impacts of West Dock causeway:** Prepared a synthesis of historical information dealing with the impacts of an oil industry causeway on regional fish populations for the Prudhoe Bay Unit Owners represented by ARCO Alaska Inc.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



1988-1989   **Endicott Fish Monitoring Program:** Project director and principal investigator for summer studies designed to monitor the effects of an oil and gas production causeway on the abundance, migration, growth, and health of regional anadromous fish stocks. For BP Exploration (Alaska) Inc.

1986-1987   **Ecological Database for Arctic Anadromous Fish:** Program manager and co-developer of a computer database of scientific information on Arctic fisheries compiled from available literature dating from 1771 through 1985. Data obtained from review of 1,200 scientific publications, state and federal government reports, and consultant reports were integrated into a common format divided among major biological file types which provided a standardization and integration of data from a diverse array of studies. Contract for Standard Alaska Production Company.

1984-1988   **Study of the Boulder Patch kelp and epilithic community, Prudhoe Bay, Alaska:** Co-project director and principal investigator for a five-year study of the Boulder Patch kelp and epilithic community and the reactions of this ecosystem to oil and gas development on the Arctic coast. Under contract to BP Exploration (Alaska) Inc.

1983   **Baseline survey of the fishes of the western Beaufort Sea:** Principal investigator for a survey which characterized fish usage of coastal waters of western Beaufort Sea for the National Oceanic and Atmospheric Administration.

1983-1987   **Study of southwest Florida shelf benthic communities:** Project director and principal investigator for a Minerals Management Service-sponsored study designed to examine the community structure and dynamics of hard and soft bottoms of the southwest Florida continental shelf from nearshore to a depth of 150 m.

1983-1988   **Study of the outer continental slope in the northern Gulf of Mexico:** Project director and principal investigator for a study sponsored and supported by the Minerals Management Service that surveyed the outer continental slope of the Gulf of Mexico. The program included hydrographic and geological surveying and detailed biological assessments for meiofauna, macroinfauna, and epifauna using remote cameras on tethered vehicles, box corers, and trawls.

1982   **Environmental summer studies (1982) for the Endicott Development:** Project director and principal investigator for a SOHIO-sponsored study designed to profile abundance and migration patterns for fish populations that inhabit the Sagavanirktok River delta during summer. This was a baseline study for the eventual construction of and petroleum production causeway.

1982-1983   **Ixtoc-I Oil Spill Damage Assessment Program:** Project director and principal investigator for a study that analyzed the abundance and geographical distribution of subtidal macroinfauna along the lower Texas coast and the impacts from the IXTOC-I oil spill on the benthic community. The program was conducted for the Bureau of Land Management.

1981   **Ecosystem analysis of oil and gas development on the Texas-Louisiana continental shelf:** Prepared a first-order holistic overview of the ecological systems of the Texas-Louisiana continental shelf area and described the potential effects of oil and gas development activities on this system for the U.S. Fish and Wildlife Service.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



1981-1982   **The ecology of petroleum platforms in the NW Gulf of Mexico:** Produced as a public document for U.S. Fish and Wildlife Service Office of Biological Services and the Minerals Management Service an overview of the structure and ecological functions of petroleum platforms in the northwestern Gulf of Mexico.

1980-1983   **Study of the Flower Garden Banks:** Project director and principal investigator for a two and one half year study of the ecological effects of energy development on reef fish and benthos populations in the Flower Garden Banks of the Gulf of Mexico. Sponsored by the National marine Fisheries Service, LGL defined, described and characterized the movements, migrations, recruitment and standing stocks of red snapper and upper reef fishes associated with the natural reef system.

1980-1981   **Shrimp population studies in relation to West Hackberry Brine disposal sites off Louisiana and Texas coasts:** Project director and principal investigator for a penaeid shrimp mark-recapture study for the National Marine Fisheries Service. Data collected with trawls and plankton nets, sediment analyses, and hydrographic analyses were used to describe sites in terms of their importance to shrimp biology.

1979-1982   **Effects of the Ixtoc-I and Burmah Agate oil spills:** Project director and principal investigator for a study that evaluated the subtidal biological effects of the Ixtoc-I and Burmah Agate oil spills in south Texas waters for the Minerals Management Service. The study analyzed spatial and temporal variability of the infaunal community of the south Texas shelf.

1979-1982   **Shrimp population studies in relation to Bryan Mound disposal site off Freeport, Texas:** Project director and principal investigator for a mark-recapture and port interview study to determine the population dynamics and spawning activity of brown and white shrimp in relation to a brine disposal site in the area. Contract to the National Marine Fisheries Service.

1978        **Biosystem modeling for the Buccaneer oil and gas field:** Developed a detailed model of Buccaneer oil and gas field production platform communities for the National Marine Fisheries Service. The model was designed as a set of linear, donor-controlled equations formulated to test whether community dynamics could be explained in terms of resource limitations.

1978-1979   **Ecological investigations of petroleum platforms in the central Gulf of Mexico:** Project director and principal investigator for a study that quantitatively characterized and contrasted each of four predetermined production platforms in terms of their associated biofouling communities and fish populations. LGL was under subcontract to Southwest Research Institute as part of a larger Bureau of Land Management baseline survey.

1978-1979   **Environmental assessment of an active oil field in the NW Gulf of Mexico:** Project director and principal investigator for National Marine Fisheries Service study that assessed the types and extent of environmental and ecosystem alterations to fish and macrocrustacean communities in response to contaminant discharge from an active oil and gas field.

1978-1979   **Synthesis of the Illinois mud turtle ecology:** Prepared a synthesis of historical and new research information on distribution and ecology of the Illinois mud turtle, with recommendations for conservation, for Monsanto Agricultural Products Company.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



1977-1979   **Effects of the Buccaneer gas and oil fields on biofouling and fish communities:** Project director and principal investigator for a National Marine Fisheries Service-sponsored study of biofouling communities in the Buccaneer oil field, Gulf of Mexico. The study identified the long-term effects of structures and produced-water discharge on the species diversity and biomass of biofouling and fish communities.

1977-1978   **Effects of structures in the Buccaneer oil and gas field, Gulf of Mexico:** Project director and principal investigator for a National Marine Fisheries Service study that collected samples of fouling macroepifauna from offshore production platforms in the northern Gulf of Mexico to provide estimates of total biomass, species diversity, and seasonal changes in the biomass and abundance relative to platform type, water depth, community depth, and proximity to platforms.

1976-1977   **Effects of brine disposal from the Strategic Petroleum Reserve Program on shrimp populations:** Analyzed historical shrimp catch data to provide a statistical baseline for the monitoring of the effects of brine disposal into the Gulf of Mexico from the Department of Energy's Strategic Petroleum Reserve underground oil storage caverns.

1976   **Ecosystem model of Buccaneer oil and gas field, Texas:** Developed a conceptual ecosystems model for the National Marine Fisheries Service to show interrelationships among system components and how they might be affected by oil field activities.

## PEER REVIEWED PUBLICATIONS

Caillouet, C.W. Jr., **B. J. Gallaway** and N. F. Putman. 2016. The Kemp's ridley sea turtle saga and setback: Novel analyses of cumulative hatchlings released and time-logged annual nest in Tamaulipas, Mexico. Chelonian Conservation and Biology 15(1):000-000.

Bevan, E., T. Wibbels, B. M. Z. Najera, L. Sarti, F. I. Martinez, J. M. Cuevas, **B. J. Gallaway**, L. J. Pena, and P. M. Burchfield. 2016. Estimating the historic size and current status of the Kemp's ridley sea turtle (Lepidochelys kempii) population. Ecosphere 7 (3):e01244. 10.1002/ecs2.1244.

**Gallaway, B.J.**, W. J. Gazey, D. Shaver, T. Wibbels and E. Bevan. *In Press*. Evaluation of the status of the Kemp's ridley sea turtle following the 2010 Deepwater Horizon Oil Spill. Gulf of Mexico Science.

**Gallaway, B.J.** and 36 others. *In Press*. Development of a Kemp's ridley sea turtle stock assessment. Gulf of Mexico Science.

Caillouet, C., Jr. **B.J. Gallaway** and A.M. Landry. 2015. Cause and call for modification of the BiNational Recovery Plan for the Kemp's ridley sea turtle (*Lepidochelys kempii*)-Second Revision. Marine Turtle Newsletter 145:1-4.

Gazey, W.J, **B.J. Gallaway**, J. G. Cole and D.A. Fournier (2014). Accounting for fishing mortality when comparing density-dependent with density-independent mortality in Gulf of Mexico red snapper: response to comment. North American Journal of Fisheries Management 34(2):352-358.

Day, R.H., T.J. Weingartner, R.R. Hopcroft, L.A.M. Aerts, A.L. Blanchard, A.E. Gall, **B.J. Gallaway**, D.E. Hannay, B.A. Holladay, J.T. Mathis, B.L. Norcross, J.M. Questel, and S.S. Wisdom. 2013. The

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



offshore northeastern Chuckchi Sea, Alaska: A complex high-latitude ecosystem. Continental Shelf Research 67:147-165.

Norcross, B.L., S.W. Raborn, B.A. Holladay, **B.J. Gallaway**, S.T. Crawford, J.T. Priest, L.E. Edenfield, and R. Meyer. 2013. Northeastern Chukchi Sea demersal fishes and associated environmental characteristics, 2009-2010. Continental Shelf Research 67:77-95

Raborn, S.W., **B.J. Gallaway**, J.G. Cole, W.J. Gazey, and K.I. Andrews. 2012. Effects of Turtle Excluder Devices (TEDs) on the bycatch of three small coastal sharks in the Gulf of Mexico penaeid shrimp fishery. North American Journal of Fisheries Management 00:1-13. In Press.

**Gallaway, B.J.**, S.T. Szedlmayer, and W.J. Gazey. 2009. A life history review for red snapper in the Gulf of Mexico with an evaluation of the importance of offshore petroleum platforms and other artificial reefs. Review in Fisheries 17:1-18.

Gazey, W.J, **B.J. Gallaway, B.J.**, J.G. Cole, and D.A. Fournier. 2008. Age composition, growth, and density-dependent mortality in juvenile red snapper estimated from observer data from the Gulf of Mexico penaeid shrimp fishery. North American Journal of Fisheries Management 28:1828-1842.

**Gallaway, B.J.**, R.G. Fechhelm, and R.G. Howells. 2008. Introduction of the bluefin killifish (*Lucania goodei*) in Texas. Texas Journal of Science 60(1):69-72..

**Gallaway, B.J.**, J.G. Cole, J.M. Nance, R.A. Hart, and G.L. Graham. 2008. Shrimp loss associated with turtle excluder devices: Are historical estimates statistically biased? North American Journal of Fisheries Management 28:203-211.

Fechhelm, R.G., B. Streever, and **B.J. Gallaway**. 2007. The Arctic Cisco (*Coregonus autumnalis*) subsistence and commercial fisheries, Colville River, Alaska: A conceptual model. Arctic 60(4):421-420.

**Gallaway, B.J.**, W.J. Gazey, J.G. Cole, and R.G. Fechhelm. 2007. Estimation of potential impacts from offshore liquefied natural gas terminals on red snapper and red drum fisheries of the Gulf of Mexico: An alternative approach. Transaction of the American Fisheries Society 136:655-677.

**Gallaway, B.J.** 2006. Making a difference from working cooperatively. American Fisheries Society Symposium 52:71-73.

Cole, J.G, **B.J. Gallaway**, L.R. Martin, J.M. Nance, and M. Longnecker. 2006. Spatial allocation of shrimp catch based upon fishing effort: adjusting for the effects of the Texas opening. North American Journal of Fisheries Management 26:789-792.

**Gallaway, B.J.**, J.G. Cole, L.R. Martin, J.M. Nance, and M. Longnecker. 2003. Description of a simple electronic logbook designed to measure effort in the Gulf of Mexico shrimp fishery. North American Journal of Fisheries Management 23:581-589.

**Gallaway, B.J.**, J.G. Cole, L.R. Martin, J.M. Nance, and M. Longnecker. 2003. An evaluation of an electronic logbook (ELB) as a more accurate method of estimating spatial patterns of trawling effort and bycatch in the Gulf of Mexico shrimp fishery. North American Journal of Fisheries Management 23:787-809.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



Fechhelm, R.G., **B.J. Gallaway**, G.F. Hubbard, S.A. MacLean, and L.R. Martin. 2001. Opportunistic sampling at a deep-water synthetic drilling fluid discharge site in the Gulf of Mexico. Gulf of Mexico Science 19(2):97-106.

Fechhelm, R.G., L.R. Martin, **B.J. Gallaway**, W.J. Wilson, and W.B. Griffiths. 2001. Estimating the hydrographic effects of Prudhoe Bay causeway breaches using the Before-After Control-Impact (BACI) analysis. Arctic 54(2): 162-173.

**Gallaway, B.J.** and R.G. Fechhelm. 2000. Anadromous and amphidromous fishes. Chapter 17. Pages 349-369 *in* The Natural History of an Arctic Oil-Field: Development and the Biota. Academic Press, San Diego.

**Gallaway, B.J.**, J.G. Cole, R. Meyer, and P. Roscigno. 1999. Delineation of essential habitat for juvenile red snapper (*Lutjanus campechanus*) in the northwestern Gulf of Mexico. Transactions of the American Fisheries Society 128: 713-726.

**Gallaway, B.J.**, and J.G. Cole. 1999. Reduction of juvenile red snapper bycatch in the U.S. Gulf of Mexico shrimp trawl fishery. North American Journal of Fisheries Management 19: 342-355.

Fechhelm, R.G., L.R. Martin, **B.J. Gallaway**, W.J. Wilson, and W.B. Griffiths. 1999. Prudhoe Bay causeways and the summer coastal movements of Arctic cisco and least cisco. Arctic 52(2): 139-151.

**Gallaway, B.J.**, M. Longnecker, J.G. Cole, and R.M. Meyer. 1998. Estimates of shrimp trawl bycatch of red snapper (*Lutjanus campechanus*) in the Gulf of Mexico. Pages 817-839 *in* F. Funk, T.J. Quinn II, J. Heifetz, J.N. Ianelli, J.E. Powers, J.F. Schweigert, P.J. Sullivan, and C.-I. Zhang (Eds.), Fishery Stock Assessment Models. Alaska Sea Grant College Program Report No. AK-SG-98-01, University of Alaska Fairbanks, Fairbanks, Alaska.

Griffiths, W.B., R.G. Fechhelm, **B.J. Gallaway**, L.R. Martin, and W.J. Wilson. 1998. Abundance of selected fish species in relation to temperature and salinity patterns in the Sagavanirktok Delta, Alaska, following the construction of the Endicott causeway. Arctic 51(2): 94-104.

Wilson, W.J., and **B.J. Gallaway**. 1997. Characteristics of Alaska's nearshore marine habitats and resources. Pages 1-8 *in* K. Koski and W.J. Hauser (Eds.), Proceedings of the Symposium on Aquatic Habitat Restoration in Northern Ecosystems. Alaska Chapter of the American Society, Anchorage, Alaska. 97 p.

Patton, J.C., **B.J. Gallaway**, R.G. Fechhelm, and M.A. Cronin. 1997. Genetic variation of microsatellite and mitochondrial DNA markers in broad whitefish (*Coregonus nasus*) in the Colville and Sagavanirktok rivers in northern Alaska. Canadian Journal of Fisheries and Aquatic Sciences. 54:1548-1556.

Bickham, J.W., J.C. Patton, S. Minzenmayer, L.L. Moulton, and **B.J. Gallaway**. 1997. Identification of Arctic and Bering ciscoes in the Colville River Delta, Beaufort Sea Coast, Alaska. American Fisheries Society Symposium 19: 224-228.

Colonell, J.M., and **B.J. Gallaway**. 1997. Wind-driven transport and dispersion of age-0 Arctic ciscoes along the Beaufort Sea coast. American Fisheries Society Symposium 19: 90-103.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



Wilson, W.J., and **B.J. Gallaway**. 1997. Synthesis in applied fish ecology: 20 years of studies on effects of causeway development on fish populations in the Prudhoe Bay region, Alaska. American Fisheries Society Symposium 19: 326-339.

**Gallaway, B.J**. 1997. DNA fingerprinting and its application to aviculture: nice to know, for the birds, or critical?. American Federation of Aviculture. Watchbird XXIV(1):26-29.

**Gallaway, B.J.**, R.G. Fechhelm, and W.J. Gazey. 1997. Estimating abundance of arctic anadromous fish in the coastal Beaufort Sea during summer: Is an open population necessary? American Fisheries Society Symposium 19: 274-286.

**Gallaway, B.J.**, R.G. Fechhelm, W.B. Griffiths, and J.G. Cole. 1997. Broad whitefish (*Coregonus nasus*) population dynamics in the Prudhoe Bay region of Alaska: Classical density dependence? American Fisheries Society Symposium 19: 194-207.

Fechhelm, R.G., W.B. Griffiths, L.R. Martin, and **B.J. Gallaway**. 1996. Intra- and inter-annual variation in the relative condition and proximate body composition of Arctic ciscoes from the Prudhoe Bay Region of Alaska. Transactions of the American Fisheries Society 125:600-612.

Fechhelm, R.G., W.B. Griffiths, J.D. Bryan, **B.J. Gallaway**, and W.J. Wilson. 1995. Application of an in situ growth model: inferred instance of interspecific trophic competition between anadromous fishes of Prudhoe Bay, Alaska. Transactions of the American Fisheries Society 124: 55-69.

Fechhelm, R.G., W.B. Griffiths, W.J. Wilson, **B.J. Gallaway**, and J.D. Bryan. 1995. Intra- and inter-seasonal changes in the relative condition and proximate body composition of broad whitefish from the Prudhoe Bay region of Alaska. Transactions of the American Fisheries Society 124: 508-519.

Martin, L.R., and **B.J. Gallaway**. 1994. The effects of the Endicott Development Project on the Boulder Patch, an Arctic kelp community in Stefansson Sound, Alaska. Arctic l47: 54-64.

Fechhelm, R.G., J.D. Bryan, W.B. Griffiths, W.J. Wilson, and **B.J. Gallaway**. 1994. The effect of coastal winds on the summer dispersal of young least cisco (*Coregonus sardinella*) from the Colville River to Prudhoe Bay, Alaska: A simulation model. Canadian Journal of Fisheries and Aquatic Sciences 51: 890-899.

Fechhelm, R.G., P.S. Fitzgerald, J.D. Bryan, and **B.J. Gallaway**. 1993. Effects of salinity on the growth of yearling Arctic cisco (*Coregonus autumnalis*) from the Alaskan Beaufort Sea. Journal of Fish Biology 43: 463-474.

Morales, J.C., B.G. Hanks, J.W. Bickham, J.N. Derr, and **B.J. Gallaway**. 1993. Allozyme analysis of population structure in Arctic cisco (*Coregonus autumnalis*) from the Beaufort Sea. Copeia 1993: 863-867.

Fechhelm, R.G., R.E. Dillinger, Jr., **B.J. Gallaway**, and W.B. Griffiths. 1992. Modeling of in situ growth and temperature relationships of yearling broad whitefish in Prudhoe Bay, Alaska. Transactions of the American Fisheries Society 121: 1-12.

Griffiths, W.B., **B.J. Gallaway**, W.J. Gazey, and R.E. Dillinger. 1992. Growth and condition of Arctic cisco and broad whitefish as indicators of causeway-induced effects in the Prudhoe Bay region, Alaska. Transactions of the American Fisheries Society 121: 557-577.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



Gallaway, B.J., W.J. Gazey, J.M. Colonell, A.W. Niedoroda, and C.J. Herlugson. 1991. The Endicott Development Project: Preliminary Assessment of impacts from the first major offshore oil development in the Alaskan Arctic. American Fisheries Society Symposium 11: 42-80.

Christiansen, J.L., B.J. Gallaway, and J.W. Bickham. 1990. Population estimates and geographic distribution of the yellow mud turtle (*Kinosternon flavescens*) in Iowa. Journal of the Iowa Academy of Sciences 97: 105-108.

Pequegnat, W.E., B.J. Gallaway, and L.H. Pequegnat. 1990. Aspects of the ecology of the deepwater fauna of the Gulf of Mexico. American Zoologist 30: 45-64.

Neill, W.H., and B.J. Gallaway. 1989. 'Noise' in the distribution responses of fish to environment: an exercise in deterministic modeling motivated by the Beaufort Sea experience. Biological Papers of the University of Alaska 24: 123-130.

Gallaway, B.J., W.J. Gazey, and L.L. Moulton. 1989. Population trends for the Arctic cisco (*Coregonus autumnalis*) in the Colville River of Alaska as reflected by the commercial fishery. Biological Papers of the University of Alaska 24: 153-165.

Slaybaugh, D.K., B.J. Gallaway, and J.S. Baker. 1989. The databank for Arctic anadromous fish: Description and overview. Biological Papers of the University of Alaska 24: 4-25.

Bickham, J.W., S.M. Carr, B.G. Hanks, D.W. Burton, and B.J. Gallaway. 1989. Genetic analysis of population variation in the Arctic cisco (*Coregonus autumnalis*) using electrophoretic, flow cytometric, and mitochondrial DNA restriction analyses. Biological Papers of the University of Alaska 24: 112-122.

Hubbard, G.F., R.L. Howard, and B.J. Gallaway. 1988. Loricifera, a recently described phylum, occurring in the northern Gulf of Mexico. Northeast Gulf Science 10: 49-50.

Lewbel, G.S., R.L. Howard, and B.J. Gallaway. 1987. Zonation of dominant fouling organisms on northern Gulf of Mexico petroleum platforms. Marine Environmental Research 21:1-26.

Gallaway, B.J., J.W. Bickham, and M.D. Springer. 1985. A controversy surrounding an endangered species listing: the case of the Illinois mud turtle: another perspective. Smithsonian Herpetological Information Services 64: 1-17.

Christiansen, J.L., J.A. Cooper, J.W. Bickham, B.J. Gallaway, and M.D. Springer. 1985. Aspects of the natural history of the yellow mud turtle *Kinosternon flavescens* (Kinosternidae) in Iowa: a proposed endangered species. Southwestern Naturalist 30: 413-425.

Christiansen, J.L., and B.J. Gallaway. 1984. Raccoon removal, nesting success, and hatchling emergence in Iowa turtles with special reference to *Kinosternon flavescens* (Kinosternidae). Southwestern Naturalist 29: 343-348.

Bickham, J.W., M.D. Springer, and B.J. Gallaway. 1984. Distribution survey of the yellow mud turtle (*Kinosternon flavescens*) in Iowa, Illinois, and Missouri: a proposed endangered species. Southwestern Naturalist 29: 123-132.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



Fechhelm, R.G., W.H. Neill, and **B.J. Gallaway**. 1983. Temperature preference of juvenile Arctic Cisco (*Coregonus autumnalis*) from the Alaskan Beaufort Sea. Biological Papers of the University of Alaska 21: 24-38.

**Gallaway, B.J.**, W.B. Griffiths, P. Craig, W.J. Gazey, and J. Helmericks. 1983. An assessment of the Alaskan stock of Arctic cisco (*Coregonus autumnalis*) – migrants from Canada? Biological Papers of the University of Alaska 21: 4-23.

Neill, W.H., R.G. Fechhelm, **B.J. Gallaway**, J.D. Bryan, and S.W. Anderson. 1983. Modeling movements and distribution of Arctic cisco (*Coregonus autumnalis*) relative to temperature/salinity regimes of the Beaufort Sea near the Waterflood Causeway, Prudhoe Bay, Alaska. Biological Papers of the University of Alaska 21: 39-61.

**Gallaway, B.J.**, and G.S. Lewbel. 1982. The ecology of petroleum platforms in the northwestern Gulf of Mexico: A community profile. U.S. Fish and Wildlife Service, Office of Biological Services, Washington, D.C. FWS/ OBS-82/27. 106 p. +Plates.

**Gallaway, B.J**. 1981. An ecosystem analysis of oil and gas development on the Texas-Louisiana continental shelf. U.S. Fish and Wildlife Service, Office of Biological Services, Washington, D.C. FWS/OBS-81-27. 89 p.

Middleditch, B.S., and **B.J. Gallaway**. 1981. Prologue. Pages 1-13 *in* B.S. Middleditch (Ed.), Environmental effects of offshore oil production. The Buccaneer gas and oil field study. Marine Science Vol. 14, Plenum Press, New York.

**Gallaway, B.J.**, L.R. Martin, R.L. Howard, G.S. Boland, and G.D. Dennis. 1981. Effects on artificial reef and demersal fish and macrocrustacean communities. Pages 237-293 *in* B.S. Middleditch (Ed.), Environmental effects of offshore oil production. The Buccaneer gas and oil field study. Marine Science Vol. 14, Plenum Press, New York.

**Gallaway, B.J.**, L.R. Martin, R.L. Howard, and M.F. Johnson. 1978. Comparisons of fouling community biomass on offshore oil field structures in the Gulf of Mexico and apparent effects of produced water discharges. Pages 1171-129 *in* J. Lindstedt-Siva (Ed.), Proceedings Energy/Environment '78, a symposium on energy development impacts, 22-24 August 1978, Los Angeles, California Society of Petroleum Industry Biologists.

Mohsin, A.K.M., and **B.J. Gallaway**. 1977. Seasonal abundance, distribution, food habits and condition of the southern brook lamprey, *Ichthyomyzon gagei* Hubbs and Trautman, in an East Texas watershed. Southwestern Naturalist 22: 107-114.

**Gallaway, B.J.**, and K. Strawn. 1975. Seasonal abundance and distribution of the blue crab, *Callinectes sapidus* Rathbun, in the discharge area of the P. H. Robinson Generating Station, Galveston Bay, Texas. Contributions to Marine Science 26: 185-201.

**Gallaway, B.J.**, and K. Strawn. 1974. Seasonal abundance and distribution of marine fishes at a hot water discharge in Galveston Bay, Texas. Contributions to Marine Science 18: 71-137.

**Gallaway, B.J.**, J.C. Parker (Ed.), and D. Moore. 1972. Key to the estuarine and marine fishes of Texas, Second Edition. Texas A&M University Press, College Station, Texas.

**BENNY J. GALLAWAY, Ph.D**
**President/Ecologist**



**Gallaway, B.J.** 1968. A habitat study of the Brazos River Snake, *Natrix harteri harteri,* in Texas. *TASCA* 23: 13-15.

## PROFESSIONAL AFFILIATIONS

- NOAA Turtle Expert Working Group: Leatherback
- NOAA Turtle Expert Working Group: Kemp's Ridley and Loggerhead
- American Fisheries Society, Member
- Arctic Institute of North America, Member
- American Federation of Aviculture, President, 2000-2007
- Texas Artificial Reef Advisory Committee, Member
- Visiting Member of the Graduate Faculty of the Department of Wildlife & Fisheries Sciences, Texas A&M University. 1989-2002.

**ATTACHMENT 2**

*North American Journal of Fisheries Management* 23:581–589, 2003
© Copyright by the American Fisheries Society 2003

# Description of a Simple Electronic Logbook Designed to Measure Effort in the Gulf of Mexico Shrimp Fishery

BENNY J. GALLAWAY,* JOHN G. COLE, AND LARRY R. MARTIN

*LGL Ecological Research Associates, Inc.,
1410 Cavitt Street,
Bryan, Texas 77801, USA*

JAMES M. NANCE

*National Marine Fisheries Service,
Galveston Laboratory,
4700 Avenue U,
Galveston, Texas 77551-5997, USA*

MICHAEL LONGNECKER

*Department of Statistics,
Texas A&M University,
College Station, Texas 77843-3143, USA*

*Abstract.*—The magnitude and spatial distribution of fishing effort in the Gulf of Mexico penaeid shrimp fishery has been the subject of great contention. Here, we describe a simple and inexpensive electronic logbook (ELB) and algorithms tested to describe the temporal and spatial patterns of fishing effort, based on nothing more than the position of the vessel at 10-min intervals; these algorithms were tested with 788 tows (4,558 h of trawling). On average, the difference between ELB estimates and recorded levels of effort were less than 1%; spatial agreement was also good. On a spatial basis, ELB estimates accounted for more than 84–97% of the variance observed in recorded effort, depending on the grid size used in the analysis. Further, analysis of data from more than 18,000 tows yielded a strong within-trip relationship between catch and effort. This relationship enables accurate allocation of the total landings from a trip to the subareas fished, based on nothing more than trawling times within each subarea fished. Because National Marine Fisheries Service port agents already collect landings on a trip total basis, a large-scale installation of inexpensive (<US$500) ELB units should be able to measure shrimp fishing effort accurately.

The Gulf of Mexico penaeid shrimp fishery is one of the largest (more than 3,500 vessels) and most valuable commercial fisheries in the USA. The primary gear utilized in this fishery is the otter trawl. Otter trawls capture shrimp effectively but also take a significant amount of bycatch (MRAG Americas 1997; Gallaway et al. 1998; Gallaway and Cole 1999; Ortiz et al. 2000). Thus, accurate measures of effort and catch per unit effort (CPUE) are important in management of the shrimp fishery as well as of those fisheries for species that are taken as bycatch in the shrimp fishery. The National Marine Fisheries Service (NMFS) is responsible for estimating fishing effort and CPUE in the Gulf shrimp fishery.

Estimation of shrimp fishing effort has long been problematic (Nance 1992; Gulf of Mexico Fishery Management Council [GMFMC] 1994; Griffin et al. 1997). The number of vessels participating in the fishery is not well known and is believed to vary greatly both annually and within the year. Effort is thus currently estimated independently of the number of vessels (Nance 1992; GMFMC 1994; Griffin et al. 1997). Nonrandom interviews are obtained from a sample of the fleet by NMFS port agents to determine monthly estimates of days fished and catches in some 210 statistical area and depth zone combinations (Figure 1). The interview data are used to calculate area-specific data on catch per nominal day fished [CPUE]. Landings data for each trip are obtained from dealers and are allocated to specific statistical areas and depth zones by the port agents, using the best data available or their own judgment. The CPUE values are then used to estimate the total effort for each zone by dividing the total landings that have been allocated to that zone by the sample CPUE. Missing values are imputed by using a general linear model (GLM). The zone values are then summed to obtain total monthly effort, and monthly efforts are summed to provide an annual estimate of shrimp fishing effort.

---

* Corresponding author: bgallaway@lgl.com

Received March 8, 2002; accepted June 20, 2002

582                                             GALLAWAY ET AL.



FIGURE 1.—The 21 statistical areas (subdivided by 5-fathom depth intervals [1 fathom = 1.83 m]) used to manage the Gulf of Mexico penaeid shrimp fishery. The combination of the 21 statistical areas with 10 depth zones per area results in 210 cells, each requiring an estimate of shrimp fishing effort on a monthly basis.

Contention regarding the Gulf of Mexico shrimp fishing effort and the associated bycatch estimates (especially those for the red snapper *Lutjanus campechanus*) led the U.S. Congress in 1998 to allocate funding to industry (Gulf and South Atlantic Fisheries Foundation, Inc. [GSAFF]) to address these issues through a series of pilot studies to be conducted in cooperation with NMFS. One of these pilot studies (this study) sought to develop inexpensive and unobtrusive alternatives to the present approach that would provide for better estimates of shrimp fishing effort. Our first objective was to develop a simple, reliable, and low-cost electronic logbook (ELB) that would accurately measure the magnitude and spatial patterns of fishing effort within a trip. The second objective was to determine whether the amount of time fished in a zone within a trip would provide a reasonable approximation of the corresponding fraction of the total trip landings taken in that zone. If these two objectives could be attained, then shrimp fishing effort could be better estimated from the combination of new (ELB records) and existing information (landings), with minimal inconvenience and additional cost to either the fishers or NMFS.

The pilot studies have been in progress since the late spring of 1999. In these studies (Gallaway

et al. 2000, 2001), randomly selected and volunteer shrimp fishing vessels have either maintained a paper logbook of effort and catch on a tow-by-tow basis for each fishing trip, carried an ELB designed to estimate fishing activity in each zone fished, carried an observer who documented shrimp catch and effort and red snapper bycatch on a tow-by-tow basis, or used some combination of two or more of these methods. In 1999, observer vessels also carried an ELB, and ELB vessels also maintained a paper logbook. In 2000, emphasis was placed on implementing an expanded ELB program. Vessels that were selected to carry an ELB or observer were not required to maintain a paper logbook, although some volunteered to do so.

## Methods

After describing below the underlying rationale supporting the use of a simple ELB, the associated hardware and software we developed, and the analyses we used to measure its performance, we will discuss the rationale for and the analyses used to determine whether total landings can be allocated to subareas fished within a trip in direct proportion to the time spent in that subarea. If we are able to show that the catch within a trip can be reasonably allocated on the basis of effort, then a statistically

valid program can be designed by using data from vessel monitoring systems, which record only effort and location. The results of such a vessel monitoring program, assuming noninterference by the fishers, could be used to improve the critical process of catch allocation.

The pilot studies utilized a stratified random sampling protocol. The random selection procedure was conducted on a trimester basis (January–April, May–August, and September–December), following NMFS precedent. All vessels that had made a landing in a given trimester in the previous year were used as the universe for sample selection. Within each trimester, the landings by vessel were ordered from high to low, and this list was divided into quartiles. The ratio of the summed landings for each quartile to the total landings for that trimester constituted the proportion of the sample that was to be drawn from each quartile. The size of the sample to be allocated was governed by project resources. Because this was a pilot study with limited resources, sample sizes were small. Volunteer vessels were used in instances where the selected vessel could not be located within the time frame available.

*The electronic logbook.*—Individual tows in the Gulf shrimp fishery typically last 4–12 h and are conducted at lower speeds than when the vessel is steaming to, from, or between trawling sites. Accordingly, we believed that we could not only track the position of a vessel but also reasonably infer its fishing activity if we could establish and store its position at 10-min intervals. With this information, we believed that fishing activity could be estimated by using an algorithm based on the immediate speed of the vessel in relation to its speed in previous and subsequent observations.

The simple ELB we designed consists of a global positioning system (GPS) interfaced with a microprocessor and a read-only memory circuit. The unit is powered by either a 110-V transformer producing 12 V or by a group of 12-V batteries. The cost of the unit was less than US$500. The details of its design and construction are given in Gallaway et al. (2000, 2001). Software for the ELB was developed to run under the Windows operating system, allowing the user to select an ELB data file to analyze, run the analysis and summarization programs, and save the results. The resulting files, which are comma-separated ASCII files, include position data that can be loaded directly into a geographical information systems (GIS) program for viewing. The tracking file provides all position information collected by the logbook, along with

an interpretation of activity for each position. The logbook estimate file shows each ELB-detected trawl tow and includes positional data and total tow time. Details of the software and its underlying algorithms derived from observer data are given in Gallaway et al. (2000, 2001).

*ELB evaluation analyses.*—In the 1999 and 2000 studies, data from the subset of vessels that carried an ELB and also maintained a paper logbook were used to test the overall agreement of the ELB-detected tow times with the recorded ones and to evaluate the spatial accuracy of the ELB-detected tows. This subset of the ELB vessels recorded tow-by-tow detail for the trip in a paper logbook that was used in a separate element of the overall study. The cover sheet of the paper logbook included vessel and gear detail, the overall duration of the trip, and the total landings for the trip (Figure 2A). The date, location, time of day, duration, catch in pounds, and nature of the catch (tails only or heads on) were recorded for each individual tow made on a trip (Figure 2B).

The matched data sets (tow duration and location as recorded in the paper logbook versus the corresponding estimates derived from the ELB algorithm developed in 1999) were prepared for testing by "joining" each set to an ArcView© shapefile, which contained polygons for each of the statistical area and depth zone combinations. The resulting data set contained the original data in addition to the statistical area and depth zone in which the tow record occurred.

To test the agreement of tow time estimates derived from the ELB algorithm with recorded effort, we performed an analysis of variance (ANOVA) on the values for total trip tow time (nominal days fished, i.e., total hours trawled divided by 24) from the logbook versus that for the ELB from each of the trips. The model contained terms for vessel, trip within vessel, and method of estimating effort (ELB or paper logbook). To evaluate the agreement in the spatial allocation of effort from the ELB with the recorded paper logbook values, we used ANOVA to compare the recorded and ELB estimates of total tow time subdivided within each trip by statistical zone and 5-fathom depth interval (1 fathom = 1.85 m). The model contained terms for vessel, trip within vessel, depth zone, and method of estimating effort (ELB or logbook). We then repeated the spatial analysis using larger depth zone "bins" (15-fathom depth zone groupings) within statistical areas to reduce the effect of the many, small depth zones (see Figure 1) on the analysis. In each case, we also regressed re-

584                                   GALLAWAY ET AL.

A) Cover Sheet

 Ecological Research Associates, Inc.           *Texas Shrimp Association* 

## SHRIMP VESSEL LOGBOOK

| Vessel I.D. No. | Vessel Name | Captain |
|---|---|---|
| _____ | _____ | _____ |

| Date of Departure | Date of Landing | Port Landed – State |
|---|---|---|
| _____ | _____ | _____ |

| Number of Nets Fished | BRD Type (Check Box) | TED Types (Check Boxes) |
|---|---|---|
| _____ | ☐ Fisheye  ☐ Jones-Davis | ☐ Hard  ☐ Top   ☐ Soft  ☐ Bottom |

| Lead Line Length | Pounds Landed | |
|---|---|---|
| _____ | _____ | |

| BIB  ☐ Yes   ☐ No | ☐ Heads On   ☐ Tails | Questions or Information Contact: Benny J. Gallaway LGL Ecological Research Associates, Inc. 1410 Cavitt St., Bryan, TX 77801 (409) 775-2000 |
|---|---|---|

B) Sample Sheet

### SHRIMP VESSEL LOGBOOK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/25/99 | 28°23.12' | 94°16.08' | 9:00 PM | 2:00 AM | 120 | T | |
| 3/26/99 | 28°24.10' | 94°10.52' | 9:30 PM | 1:15 AM | 75 | T | |
| 3/27/99 | 28°30.05' | 94°11.44' | 10:00 AM | 5 PM | 45 | T | TED failed, lost one net |
| 3/27/99 | 28°37.21' | 94°15.02' | 9:15 PM | 3:15 AM | 78 | T | |
| 3/29/99 | 28°27.04' | 95°19.22' | 6:30 PM | 5:20 AM | 92 | T | changed to hard TED-Bottom |
| 3/30/99 | 28°24.03' | 95°6.07' | 9:15 PM | 4:30 AM | 49 | T | |
| 4/1/99 | 26°19.56' | 96°49.90' | 8:15 AM | 1:15 PM | 32 | T | Hooked BIB up |
| 4/1/99 | 26°24.95' | | | 1 PM | 4 | | released BIB |
| 4/2/99 | 26°30.84' | 96°42.23' | | 4 AM | 41 | | one shark-torn - fished 3 |
| 4/3/99 | 26°18.88' | 97°13. ' | 5:30 | 4 AM | | | |
| 4/4/99 | 26°48.24' | 96°39.13' | 7:15 PM | 4:45 AM | 26 | T | |
| 4/5/99 | 26°50.12' | 96°43.38' | 9:45 PM | 7:15 AM | 29 | T | |
| 4/6/99 | 26°54.97' | 96°30.15' | 8:15 PM | 6 AM | 2 | T | TEDs clogged, lost catch |
| 4/7/99 | 26°49.23' | 95°24.81' | 7:30 PM | 2:30 AM | 55 | T | fishing 4 nets |
| 4/8/99 | 26°48.05' | 95°42.08' | 8:15 PM | 3:30 AM | 55 | T | |
| 4/9/99 | 26°44.62' | 95°54.93' | 10 PM | 6:15 AM | 45 | T | Shark bit net, lost catch |

corded effort for a trip on the ELB estimates of effort for the same trip. If the ELB estimates were tracking the actual or recorded effort, the regressions should reflect a slope approximating 1.0 and an intercept of 0.0.

*Landings allocations.*—As described above, the ELB was not designed to record the fractional catch per tow within a trip. However, the total pounds of shrimp landed from each trip are obtained from dealers and recorded by NMFS port agents. These trip landings can be matched with the corresponding ELB record for that trip. Our hypothesis was that vessels spend more time in zones with greater catch rates than in zones with lower catch rates. If this is true, then time fished in a zone within a trip could be used to allocate the portions of the total landing for a trip to each of the zones fished in direct proportion to the time fished in each zone. The tow and catch data from paper logbooks and observer records enabled us to evaluate this hypothesis. If reasonable agreement was obtained between the actual catches recorded within zones and the corresponding estimated catches based on time fished and total catch alone, the inexpensive ELB could then be used to allocate landings reliably to statistical area and depth zones and to calculate area CPUEs.

The paper logbook and observer elements of the program recorded the location, duration, and catch associated with each tow within a trip. When summarized within trip by zone fished, these data constituted the "actual-catch" data set. The "expected-catch" data set was calculated by multiplying the effort in each zone by the overall CPUE for the trip:

expected zone catch

$$= \sum \text{trip effort in zone} \left[ \frac{\text{total landings on trip}}{\text{total effort fished on trip}} \right]$$

The "observer" and "paper logbook" data sets were analyzed independently with simple regression models. Studentized residuals, difference-from-fitted-values statistic (DFFITS), and Cook's SD (Draper and Smith 1998) were used to identify and remove outliers and very high leverage points that unduly influenced the observed relationships.

The actual catch was then regressed on the expected catch.

## Results

### ELB Estimates versus Recorded Effort

In 1999, ELBs were in the developmental phase. Overall, prototype ELBs were placed on 11 randomly selected vessels, but only 5 of these carried the ELB unit of final design (i.e., ELBs installed on 6 vessels were initial prototypes; the final ELB design was developed by trial and error). Each of the five vessels that carried the final-design ELB prototype in 1999 were also required to fill out a paper logbook for each trip. Homeports of the 1999 vessels extended from Cutoff, Louisiana, to Port Arthur on the Texas–Louisiana border and then to Palacious and Brownsville, in central and south Texas, respectively.

In 2000, 26 randomly selected and 25 volunteer vessels participated in the pilot study by carrying the final-design ELB. However, only 5 of these vessels also filled out a paper logbook covering the same trips monitored by the ELB. Filling out a paper logbook was not required in 2000 if the vessel carried an ELB. The homeports of the 2000 vessels included Bon Secour, Alabama, and Port Isabel, Texas.

Thus, in 1999 and 2000, paired paper logbook and corresponding ELB data were obtained from 10 vessels, which collectively made 16 trips out of ports extending from Alabama to south Texas. In total, these trips recorded data associated with 788 individual tows representing approximately 4,558 h of trawling effort. According to the paper logbook records, the average for these 16 trips was 11.9 nominal days fished (SE, 2.5 d). The ELB algorithm estimated that these same trips averaged 11.8 d fished (SE, 2.3 d). The mean difference between the recorded and estimated effort (0.10 d fished) was less than 1%, which was statistically insignificant ($F = 0.24$, $P = 0.64$).

Incorporating a spatial component did not substantially reduce the overall agreement between the recorded and estimated effort values. When the data were tabulated by statistical area and 5-fathom depth intervals, a total of 177 trip–zone combinations were fished. The mean effort re-

←

FIGURE 2.—Information content of the paper logbook utilized in this study. Panel (A) shows the information recorded on the cover of the trip logbook; panel (B) provides a hypothetical example of the information recorded for each tow.

586                                         GALLAWAY ET AL.

corded within trip by statistical area and 5-fathom depth zone was 1.07 d fished per zone depth combination (SE, 0.13 d), compared with an ELB estimate of 1.06 d fished (SE, 0.13 d). Again the mean difference was less than 1% and insignificant ($F = 0.11$, $P = 0.74$). Binning the 5-fathom depth zones into 15-fathom zones yielded a sample size of 96 observations. The mean recorded effort for each zone–trip combination was 1.98 d fished (SE, 0.32 d), compared with an ELB estimate of 1.96 d fished (SE, 0.32 d). The mean difference between the estimates was 0.02 d fished, which was insignificant ($F = 0.00$, $P = 0.99$).

The agreement between ELB estimates and recorded effort for statistical areas subdivided by 5-fathom depth zones was reasonable, with the estimates explaining some 84% of the variance in recorded effort (Figure 3A). The slope of the regression (0.91) was less than, but near, 1.0, and the intercept (0.10) was not significantly different from zero ($P = 0.10$). However, considerable improvement in spatial agreement was obtained when the 5-fathom grids were binned into 15-fathom subdivisions (Figure 3B). The fit of the observations, based on 96 paired observations, was much tighter, some 97% of the variance in recorded effort being explained by the ELB estimates of effort. Further, the slope of this regression was 1.01, and the intercept was 0.00 ($P = 0.95$). Thus, agreement improved by decreasing the spatial precision from 5-fathom depth strata to 15-fathom depth strata.

*Catch Allocation*

During 1999 and 2000, we obtained paper logbooks from 116 shrimp vessels in the Gulf fleet covering 486 trips and more than 18,000 tows (Figure 4). When consolidated, these data included 2,796 trip–zone combinations for the analysis. The data set from the observer program was much smaller, yielding 145 trip–zone combinations. Three of the 2,796 paired data points from logbook observations and 6 of the 145 observer data pairs were identified as either outliers or extremes exerting undue leverage and were removed before the analyses. In one case, removal of these points actually decreased the $R^2$ values, but their inclusion would have distorted the model.

The expected catch from the paper logbook program explained approximately 90% of the observed variance in actual catch (Figure 5A). Further, the slope was 1.0 and the intercept ($-11.7$ lb) was not significantly different from



FIGURE 3.—Recorded effort for statistical area–depth zones fished within trips regressed on the corresponding electronic logbook estimates of effort. Panel (A) shows the relationship for statistical areas subdivided by 5-fathom depth zones; panel (B) shows the relationship for statistical areas subdivided by 15-fathom zones.

zero ($P = 0.18$). The observer data yielded similar results (Figure 5B); expected catch explained approximately 92% of the variance in actual catch. The slope of the regression was near 1.0 (0.991) and the intercept was $-4.7$ lb, which was not significantly different from zero ($P = 0.86$).

**Discussion**

The ELB and algorithms developed in our pilot study provide reasonable estimates of the magnitude and spatial patterns of shrimp fishing effort. Although sample sizes were small (10 vessels), the geographic coverage extended across the region of the Gulf shrimping grounds with the greatest landings—from Alabama to the Texas–Mexico border.



FIGURE 4.—Distribution of the 18,000 paper logbook tows used to compile the actual and expected catches by statistical area and depth zone within trip. Compilation of these tows by trip and zone resulted in 2,796 trip–zone combinations for the analysis.

The unit is relatively inexpensive (<$500) and requires no input from the captain or crew. Based on results of our continuing studies and discussions at meetings with fishery participants, these factors contribute to its high level of acceptance by many fishers. Further, the hypothesis that catch within a zone can be estimated from the total trip CPUE multiplied by the time spent fishing in the respective zone has been shown to be a reasonable one. This maximizes the utility of the existing port agent system now in place. Port agents already gather landings information on a trip basis but have little or incomplete information necessary to assign these catches to which subareas were fished. With the ELB data, they would not only know which areas were fished but also be better able to allocate the landings among the areas.

Interestingly, the strong relationship observed between catch and effort within trips was surprising to many of our colleagues. Previous attempts to delineate a relationship between shrimping effort and catch have not been successful. However, previous studies used as input data the trip totals of effort and catch rather than the catch and effort levels on a tow-by-tow basis within trips. Catch rates vary tremendously between trips, and this among-trip variation ob-

scures the relationship that becomes evident when within-trip data are used.

The captain of a shrimp vessel has no control over what abundance of potential catch will be encountered on a given trip. Similar levels of effort among trips may yield greatly different amounts of catch. Within a trip, however, the captain has control over where the vessel fishes and for how long. Additionally, the captain receives the necessary real-time feedback (catch) to make good decisions regarding whether to stay in an area or move. Because the captain's goal is to maximize catch, it follows that more time will be spent in areas where the catch rates are high than in areas of low catch rates. This premise appears to be borne out by the data.

Another possibility is the progression of either high or low catches associated with individual tows towards the overall mean catch for a trip. We believe the fisher will probably stay in an area even when catches are decreasing as long as they still exceed the "overall" catch rate for that trip. Similarly, the fisher may spend more time in a less productive area if the catch rates are improving towards the overall trip catch rate.

Despite these possible confounding factors, the data suggest that within a trip (1) there is a clear



$y = -11.717 + 1.003x$
$P = <0.0001$
$n = 2,793$
$R^2_{(adj)} = 0.9028$

$y = -4.670 + 0.991x$
$P = <0.0001$
$n = 139$
$R^2_{(adj)} = 0.9212$

FIGURE 5.—Actual catch for statistical area–depth zones fished within trips regressed on the expected catch. Panel (A) shows the relationship based on paper logbook data, panel (B) the relationship based on observer data. The expected catch was obtained by multiplying the overall trip catch rate by the time fished within a zone.

relationship between catch and effort and (2) the time spent in an area can be used to allocate within-trip catches. These findings provide strong support for using the ELB in the Gulf of Mexico shrimp fishery. The results also suggest that the potential use of the ELB should be investigated for other fisheries that are subject to temporal and spatial restrictions.

## Acknowledgments

The funding enabling the study was provided by the U.S. Congress to the GSAFF. This work was conducted under GSAFF contract numbers 70-02-362888 and 75-01-408869. We express our appreciation to Judy Jamison, Executive Director of the Foundation, for her past and ongoing support for our component of the overall project. We also thank the many fishers from across the Gulf of Mexico who participated in the study. We especially acknowledge Wilma Anderson (Executive Director of the Texas Shrimp Association, Inc.), Chris and John Andrew Nelson (Bon Secour Fisheries, Alabama), and Dave Burrage (Mississippi Sea Grant Program), all of whom actively promoted grassroots participation in the program. Lastly, we acknowledge the support of Texas A&M University and the University of Georgia Sea Grant personnel (Gary Graham and David Harrington, respectively) and Russell O'Brien of GSAFF for their help in locating specific vessels and conducting the observer component of the overall project.

## References

Draper, N., and H. Smith. 1998. Applied regression analysis, 3rd edition. Wiley, New York.

Gallaway, B. J., and J. G. Cole. 1999. Reduction of juvenile red snapper bycatch in the U.S. Gulf of Mexico shrimp trawl fishery. North American Journal of Fisheries Management 19:342–355.

Gallaway, B. J., J. G. Cole, and L. R. Martin. 2000. Development of direct measures of Gulf of Mexico shrimp fishing effort as a means to evaluate existing measures of effort and juvenile red snapper bycatch, pilot study. Report of LGL Ecological Research Associates to the Gulf and South Atlantic Fisheries Foundation, Contract 70-02-362888, Tampa, Florida.

Gallaway, B. J., J. G. Cole, and L. R. Martin. 2001. Development of direct measures of Gulf of Mexico shrimp fishing effort as a means to evaluate existing measures of shrimp fishing effort and juvenile red snapper bycatch, year II pilot study. Report of LGL Ecological Research Associates to the Gulf and South Atlantic Fisheries Foundation, Contract 75-01-408869, Tampa, Florida.

Gallaway, B. J., M. Longnecker, J. G. Cole, and R. M. Meyer. 1998. Estimates of shrimp trawl bycatch of red snapper (*Lutjanus campechanus*) in the Gulf of Mexico. Pages 817–839 *in* F. Funk, T. J. Quinn II, J. Heifetz, J. N. Ianelli, J. E. Powers, J. F. Schweigert, P. J. Sullivan, and C.-I. Zhang, editors. Fishery stock assessment models. University of Alaska Fairbanks, Alaska Sea Grant College Program, Report AK-SG-98-01, Fairbanks.

GMFMC (Gulf of Mexico Fishery Management Council). 1994. Report to the Gulf Council on shrimp effort from the shrimp effort committee. GMFMC, Tampa, Florida.

Griffin, W. L., A. K. Shaw, and J. M. Nance. 1997. Estimation of standardized effort in the heterogeneous Gulf of Mexico shrimp fleet. U.S. National Marine Fisheries Service Marine Fisheries Review 59:23–33.

MRAG Americas. 1997. Consolidated report on the peer review of red snapper (*Lutjanus campechanus*) research and management in the Gulf of Mexico. National Marine Fisheries Service, Report to the Office of Science and Technology, Silver Spring, Maryland.

Nance, J. M. 1992. Estimation of effort for the Gulf of Mexico shrimp fishery. NOAA Technical Memorandum NMFS-SEFC-300.

Ortiz, M., C. M. Legault, and N. M. Earhardt. 2000. An alternative method for estimating bycatch from the U.S. shrimp trawl fishery in the Gulf of Mexico, 1972–1995. U.S. National Marine Fisheries Service Fishery Bulletin 98:583–599.

*North American Journal of Fisheries Management* 23:787–809, 2003
© Copyright by the American Fisheries Society 2003

# An Evaluation of an Electronic Logbook as a More Accurate Method of Estimating Spatial Patterns of Trawling Effort and Bycatch in the Gulf of Mexico Shrimp Fishery

Benny J. Gallaway,* John G. Cole, and Larry R. Martin

*LGL Ecological Research Associates, Inc.,
1410 Cavitt Street, Bryan, Texas 77801, USA*

James M. Nance

*National Marine Fisheries Service, Galveston Laboratory,
4700 Avenue U, Galveston, Texas 77551-5997, USA*

Michael Longnecker

*Department of Statistics, Texas A&M University,
College Station, Texas 77843-3143, USA*

*Abstract.*—Penaeid shrimp trawling effort in the Gulf of Mexico is not measured directly but is estimated from landings and interview data gathered by port agents of the National Marine Fisheries Service (NMFS). The total pounds landed from each trip are assigned to one or more of the 219 statistical area–depth zone cells for which a catch rate (pounds per nominal day fished or catch per unit effort [CPUE]) is also obtained. Each month, the total landings in pounds for each cell are divided by the CPUE of the cell to determine effort or days fished. These values are summed across all cells and months to provide an estimate of total effort. The accuracy of total effort estimates is directly proportional to the accuracy of the landings allocations and estimated CPUE values. It has been assumed that allocation errors are random and that directional bias is negligible. In a previous paper, we described an electronic logbook (ELB) that enables accurate measurement of the spatial patterns of fishing effort. Herein, we provide comparisons of actual areas fished, pounds landed, and catch rates as measured with ELBs to the corresponding estimates made by NMFS port agents. The results show that directional bias occurs and that CPUE is often underestimated. Based on 135 trip comparisons, midshelf effort in 2000 was greatly overestimated, whereas nearshore and deepwater effort was substantially underestimated. If our effort results are representative, present estimates of the bycatch of midshelf species may therefore be greatly overestimated, whereas the converse may be true for nearshore and deepwater species. We suggest that a cooperative program involving both NMFS and industry should be implemented based on ELB technology and the port agent network to obtain more precise and accurate estimates of shrimp trawling effort with minimal impact on the fishers.

The National Marine Fisheries Service (NMFS), like its predecessor (the Bureau of Commercial Fisheries), is responsible for measuring fishing effort in the Gulf of Mexico (Gulf) penaeid shrimp otter-trawl fishery on a temporal and spatial basis and has done so since 1960 (Nance 1992). The fishing effort is estimated in units of "nominal days fished" (total trawl bottom time divided by 24 h). The pattern of total annual effort shows that nominal days fished generally increased starting in 1960, reaching an intermediate plateau of about 150,000 d fished from 1969 to 1976 (Figure 1). From that point, effort increased sharply to about 200,000 d fished as a result of the 200-mi Exclusive Economic Zone (EEZ) imposed by the USA with the passage of the Magnuson–Stevens Fishery Conservation and Management Act in 1976. Other countries around the Gulf and elsewhere retaliated against this action by imposing their own EEZs. Shrimp fishing effort from the U.S. fleet in Mexico, Central America, and South America shifted to the U.S. Gulf. Since that time, effort has oscillated around 200,000 d fished, peaking at about 250,000 d fished in 1987 and declining thereafter (Figure 1). In 2000, NMFS estimated shrimp fishing effort in the U.S. Gulf was about 206,259 d fished (Figure 1). The magnitude of shrimp fishing effort in the Gulf has raised concerns regarding bycatch in the fishery.

## Background on Bycatch in the Gulf Shrimp Fishery

Prior to the 1990 reauthorization of the Magnuson–Stevens Fisheries Conservation and Management Act, finfish bycatch in the Gulf shrimp fishery was rec-

* Corresponding author: bgallaway@lgl.com

Received July 3, 2002; accepted November 13, 2002



FIGURE 1.—Annual totals of shrimp fishing effort (nominal days fished) in U.S. waters of the Gulf of Mexico, 1960–2000. Nominal days fished is calculated as the total estimated hours of bottom trawling time divided by 24 h. The dashed line labeled "Today's Effort" depicts an average of about 200,000 d fished for the period 1976–2000.

ognized as large but was not perceived as representing a major problem. Initial studies of the species and size composition of the shrimp trawl bycatch were conducted by Gunter (1938, 1945) and Hildebrand (1954) and were followed by the studies of Chittenden and McEachran (1976). The latter authors concluded that the shrimp fishery was not overharvesting the dominant demersal fishes because the species and size compositions observed were similar to the historical results that were reported two to three decades earlier. Chittenden and McEachran (1976) further noted that the 15 species of finfish that collectively comprised 75–90% of the Gulf shrimp trawl bycatch were small and short lived (less than 2 years), with total annual mortality rates of 90% or more. These attributes, in contrast to the larger size, longer lives, and lower mortality rates characterizing fish in northern waters (e.g., Collette and Klein-MacPhee 2002), suggest that most species of Gulf demersal fishes have higher harvest potential than northern fishes, and are therefore not as susceptible to overfishing. Most have population dynamics very similar to the target penaeid shrimp, which are considered highly resistant to overfishing (Klima et al. 1990; Nance 1993).

During the 1990 reauthorization of the Magnuson–Stevens Fisheries Conservation and Management Act, finfish bycatch in the Gulf shrimp fishery became an issue because of the high level of trawling effort and the nonselective nature of the trawl fishery. An amendment was enacted that mandated the Secretary of Commerce, through NMFS, to initiate bycatch studies

with the following goals: (1) to identify stocks that were being overfished through incidental capture in shrimp trawls and (2) to evaluate the efficacy of bycatch reduction devices (BRDs). The NMFS initiated a 4-year research program, providing its report to Congress in April 1995 (NMFS 1995).

The NMFS (1995) results generally concurred with the previous bycatch studies referenced above. While the numbers of fish taken annually were large, over 99% of the shrimp trawl bycatch consisted of small, demersal species with similar dynamics to the targeted shrimp. Further, the dominant species in the bycatch were the same as had been found earlier (NMFS 1995). However, several of the species constituting the remaining 1% of the bycatch were characterized by longer life spans, larger size, and lower rates of annual mortality than the dominant species. Foremost among these longer-lived species, in terms of abundance, is the red snapper *Lutjanus campechanus*.

The red snapper is a federally managed reef fish of the Gulf that supports both recreational and commercial fisheries (Goodyear 1995). The results of Goodyear's (1995) stock assessment suggested that it was highly overfished at all life stages from ages 0 and 1 (as shrimp trawl bycatch) to older fish (by the directed fishery). A 50% reduction in juvenile bycatch mortality, accompanied by substantial reductions in total allowable catch (TAC), was believed necessary to recover the species to a nonoverfished status (Goodyear 1995; Schirripa

and Legault 1999). A particular BRD, believed by NMFS to have the potential to reduce bycatch mortality by 59%, was mandated for use in the western Gulf in May 1998 (U.S. Office of the Federal Register 1998). However, Gallaway and Cole (1999) showed that the maximum potential exclusion of juvenile red snapper by this device was only about 25–27%, not 59% as had been estimated. Furthermore, TAC has not been reduced since being set at 9.12 million pounds in 1996 (U.S. Office of the Federal Register 1996). Despite these failures to reduce bycatch of juveniles and harvest of adults by the amounts believed necessary, the red snapper population continues to increase, and the TAC is typically taken well prior to the end of the year (Schirripa and Legault 1997, 1999; Gallaway and Cole 1999).

Estimates of the level of red snapper bycatch in the Gulf shrimp fishery have been subjected to considerable debate. The general linear models (GLMs) used in the red snapper stock assessments to estimate bycatch mortality rates (Nichols et al. 1987, 1990; Nichols and Pellegrin 1992) have been challenged; alternative models that are more appropriate for the underlying data have been proposed (Gallaway et al. 1998; Ortiz et al. 2000). The primary problem that has been addressed is the nature of the bycatch data. Red snapper bycatch data are characterized by a high percentage (~70%) of observations with zero bycatch. Observations with catches typically include a high number of low catches along with a few high catches. As presently structured, the GLMs currently used appear inappropriate for these data.

Gallaway et al. (1998) addressed this problem by revising the structure of the GLM. They used fewer and larger time–space cells and pooled catch and effort data to reduce the number of zeros. They also incorporated significant interactions and used epochs to guard against nonstationarity. This revised approach resulted in model $R^2$ values that were two to three times higher than those of the NMFS GLM, and the distribution of residuals was greatly improved. The resulting bycatch estimates for juvenile red snapper in recent years (1985–1995) averaged 30–47% lower than the NMFS estimates used in the stock assessments (Gallaway et al. 1998). Further, Gallaway et al. (1998) found that the age composition of the bycatch had a larger fraction of age-0 fish and fewer age-1 fish than were used in the stock assessments. This finding had ramifications regarding the efficacy of existing BRDs that do not effectively exclude age-0 red snapper (Gallaway and Cole 1999).

Ortiz et al. (2000) addressed the problems evident in the red snapper bycatch data and bycatch data for two other species by using a delta lognormal model to estimate bycatch rates. This model has two components. Component 1 models the proportion of zeros, and component 2 models the positive catches. Results of this model showed that, for recent years (1987–1995), bycatch averaged 22.1 million juvenile red snapper, 40% lower than the NMFS GLM estimate of 36.8 million red snapper used in the stock assessments. These results are in basic agreement with Gallaway et al. (1998), who estimated red snapper bycatch to average between 30% and 47% lower than the NMFS estimates. The Ortiz et al. (2000) bycatch estimates for the nearshore-dwelling Atlantic croaker *Micropogonias undulatus* were 75% lower than had been estimated with the NMFS GLM, whereas the estimates for Spanish mackerel *Scomberomorus maculatus* were, on average, 97% higher than the NMFS GLM estimates.

## Background on Shrimp Fishing Effort Estimates

While the catch-rate term of the bycatch estimation equation for red snapper and other Gulf species has been addressed, none of the analyses to date have evaluated the effects of spatial allocation errors in the effort term of the equation. Shrimp fishing effort is not measured directly but is estimated from data gathered by NMFS port agents based upon nonrandom interviews from a sample of the fleet and landings data. This information is used to determine monthly estimates of days fished and catches within 219 statistical area and depth zone combinations (Figure 2). The interview data are used to calculate area-specific catch per nominal day fished, or CPUE data. Landings data for each trip are obtained from dealers and are allocated to specific statistical area–depth zone cells by each port agent using the best data available (interview samples) or judgment drawn from the agent's understanding of the fishing pattern of the local fleet. Lastly, effort is estimated for each statistical area–depth zone cell by dividing the total landings allocated to that cell by the sample CPUE for the cell. Effort for cells that have reported landings but no CPUE value are estimated with a GLM that includes historical CPUE as well as estimates of current shrimp abundance (Nance 1992).

The validity of effort estimates for a cell is highly dependent upon the ability to assign the landings to the actual cells fished and to obtain a represen-

790                                          GALLAWAY ET AL.



FIGURE 2.—The 21 statistical areas, subdivided by 5-fathom depth zones, used by the National Marine Fisheries Service (NMFS) for fishery management purposes in the Gulf of Mexico.

tative CPUE for each cell (GMFMC 1994). To date, there have been no means of evaluating the accuracy of either the numerator (landings) or dominator (CPUE) in the NMFS effort estimation equation, or of the overall effort estimates. The absence of any means to evaluate the potential error in the effort estimates has been a source of great contention. The Gulf of Mexico Fishery Management Council (GMFMC 1994) recognized that the accuracy of calculated time fished was directly proportional to the accuracy of allocations of landings and CPUE. However, they believed that while port agent judgement might result in random sampling error, directional bias would probably be negligible. Nevertheless, the GMFMC (1994) noted that the degree of inaccuracy might have increased over the long run as average vessel size and time away from port increased.

## This Study

The contention regarding Gulf shrimp fishing effort and the associated bycatch estimates (especially those for red snapper) led the U.S. Congress in 1998 to allocate funding to the industry (Gulf and South Atlantic Fisheries Foundation, Inc., Tampa, Florida) to address these issues through a series of pilot studies and other research to be conducted in cooperation with NMFS. One of these pilot studies sought to develop inexpensive and unobtrusive alternatives to the present

approach that would better estimate shrimp fishing effort. As reported earlier, Gallaway et al. (2003) developed an electronic logbook (ELB) that was demonstrated to accurately measure the spatial patterns of fishing effort within a trip. Of particular significance, Gallaway et al. (2003) demonstrated that total landings from a trip could be accurately allocated to specific areas fished in direct proportion to the time spent fishing in each zone. For example, based upon paper logbook data, expected catch (pounds in a zone within a trip) based on fishing time explained over 90% of the variance in actual catch recorded for the corresponding zones ($n = 2,793$ trips, $P < 0.0001$; Gallaway et al., 2003). Similar results were obtained from analysis of a smaller observer data set ($n = 139$ trips, $R^2 = 0.92$, $P < 0.0001$). Given these results, ELB data, in conjunction with the corresponding total landings data for a trip, enable accurate assignment of effort and landings to the cells actually fished.

The overarching purpose of this paper is to evaluate the present estimates of effort and to contribute to the development of a better and more accurate approach for estimating bycatch in the Gulf shrimp fishery. Accurate estimates of shrimp fishing effort in both time and space are necessary, and we will show that the present estimates may not be adequate for this purpose. In this paper, we first define a less complex spatial scheme for recording effort that is based upon habitat zones and

the distribution of faunal assemblages. The present scheme utilizes over 210 arbitrarily defined spatial cells, which we believe is unnecessarily complex and implies a precision that cannot be obtained with available resources.

The second objective of this paper is to compare NMFS estimates of the magnitude and spatial patterns of shrimp fishing effort in the year 2000 with the corresponding estimates derived from the ELB observations for the same trips. Specifically, we evaluate the potential for directional bias by determining (1) whether the landings used in the numerator of the effort calculations were correctly assigned to the zones where the shrimp were caught and (2) whether the CPUEs used in the denominator of the effort calculations were correct for the zones to which they were assigned. The results for areas that were reasonably well sampled enable a direct evaluation of the accuracy of the effort estimates generated by NMFS port agents in 2000, as well as the identification of spatial biases that may affect the red snapper and other bycatch estimates.

## Study Area

Our study area includes the U.S. Gulf EEZ. The NMFS subdivides this region into 21 statistical areas, each partitioned by up to 11 depth zones of 5 fathoms each (Figure 2). We used an alternative spatial scheme consisting of seven areas, some of which were further subdivided into 10-fathom depth zones. We believe the resulting reduced number of cells is adequate for management purposes and appropriate for the precision of the underlying data.

The NMFS statistical subareas 1–9 occur off the western coast of Florida (Figure 2). Only about 6% of the total shrimp landings from the Gulf are trawled from this region. Given this observation, we believed subdivision of this region (area 7) was unnecessary for the purposes of this paper. As a habitat, area 7 (or the eastern Gulf) differs greatly from the habitats of the western Gulf. Oceanic water enters the Gulf from the Caribbean Sea through the Yucatan Channel and exits the Gulf through the Florida Straits (Gallaway 1981). Both openings are in the southeastern sector of the Gulf. This characteristic, combined with the observation that runoff from about two-thirds of the USA and more than half of Mexico empties into the northern and western sectors of the Gulf basin, serves to divide the Gulf shelf into two major provinces: a carbonate province to the east (area 7) and a terrigenous one to the west (Gallaway [1981] and

references therein). In our judgment, the boundary between NMFS statistical subareas 9 and 10 provides a reasonable dividing line between these two provinces (Figure 2).

The Mississippi Bight region (Darnell et al. 1987) comprised by NMFS statistical subareas 10–12 (Figures 2, 3) constitutes a transitional area between the biological assemblages characteristic of the eastern Gulf and the biological assemblages that occur west of the mouth of the Mississippi River. While the Mississippi Bight region has roughly equal representation of species from both the east and west (Darnell et al. 1987), the numerically dominant fish and crustacean species of the Mississippi Bight are the same estuarine-dependent and midshelf marine species (e.g., red snapper) that characterize the region west of the Mississippi River.

We subdivided the Mississippi Bight region into areas 4 (in part), 5, and 6 (Figure 3). In our classification, area 4 is considered as one deepwater (>30 fathoms) region extending across the entire western Gulf. The 30-fathom demarcation line for this zone is based upon the seaward boundary of the distribution of high-value habitat for juvenile red snapper, as described by Gallaway et al. (1999). In that study, high-value habitat for juvenile red snapper (and likely other midshelf species) in the western Gulf was bounded by depths between 10 and 30 fathoms. These depths of the Mississippi Bight region constituted area 6, and the shallower waters in this region constituted area 5 (Figure 3).

The region of the Gulf west of the mouth of the Mississippi River and inshore of area 4, or 30 fathoms, was divided into two primary areas. Each area was further subdivided by the same 10- and 30-fathom depth contours that were used to subdivide the Mississippi Bight region. The South Texas area (NMFS statistical subareas 19–21) was defined as area 1 and was treated separately from the more northerly statistical areas (13–18) based upon the rationale elaborated in Gallaway et al. (1998). Area 1 (Figure 3) corresponds to the Texas transitional faunal province of Pulley (1952) and the dry subhumid climatological zone of Parker (1960). Area 1 differs greatly from the more northerly areas of the western Gulf (areas 2 and 3; Figure 3) in terms of circulation, freshwater inflow, water quality, bathymetry gradients, and density and distribution of natural and artificial reefs (Gallaway et al. 1998).

Area 2 includes all of the offshore area inshore of the 10-fathom depth contour in NMFS statistical



FIGURE 3.—Six of the seven geographic areas used to define habitat zones in the western Gulf of Mexico and their relationship to NMFS statistical areas. Area 7 consists of offshore western Florida and corresponds to statistical areas 1–9 (see Figure 2). See Table 1 for details regarding how the depth divisions of these areas were used to define the 12 habitat zones. The five ports contributing most of the data for this study are denoted by black dots and bold letters.

subareas 13–18 (Figure 3). This region corresponds generally to the white shrimp *Litopenaeus setiferus* ground faunal assemblage as defined by Gunter (1967), Chittenden and McEachran (1976), Gallaway (1981), Darnell et al. (1983), and Darnell et al. (1987). Area 3 is the part of NMFS statistical subareas 13–18 that is located between 10 and 30 fathoms (Figure 3). This area corresponds to the distribution of high-value habitat for juvenile red snapper in this region (Gallaway et al. 1999) and, generally, to the brown shrimp *Farfantepenaeus aztecus* ground faunal assemblage (Chittenden and McEachran 1976; Gallaway 1981).

## Methods

Only 50 ELB units were available for use in this pilot study. We arbitrarily decided to attempt to have 44 randomly selected vessels carrying ELBs each trimester (January–April; May–August; and September–December). Vessels with at least one landing in a given trimester in the previous year were used as the universe for sample selection. Within each trimester, the landings by vessel were ordered from high to low; and this list was divided into quartiles. The ratio of the summed landings for each quartile to the total landings observed for

that trimester constituted the proportion of the sample that was to be drawn from each quartile. These selections were made independent of the port from which the vessel operated. If the full quota of randomly-selected vessels could not be located, the ELB units were installed on volunteer vessels.

The ELB data were retrieved from each vessel, summarized by trawl tow (starting point was used to assign each tow to a geographic location) as described in Gallaway et al. (2003), and combined into a single data set. These data were analyzed to associate a trip completion date with each tow record. The NMFS landings data file was acquired, and reduced to records that matched vessel numbers and approximate trip completion dates from the ELB data set. These data were likewise summarized into a set containing the vessel and trip information, along with total pounds landed.

The NMFS statistical subareas and depth zones were digitized into an ESRI ArcView shapefile. The shapefile was then adjusted by adding areas approximately 31–62 mi offshore of the statistical zones to capture tows that were deeper than the fixed offshore boundaries of the statistical areas. Tows in these extra zones were added to the "over

TABLE 1.—Definition of the habitat zones used to describe shrimp trawl effort and bycatch in the Gulf of Mexico, as an alternative to the National Marine Fisheries Service's (NMFS) current spatial stratification scheme.

| Area | Habitat zone | Zone description | Red snapper | Other | Habitat description |
|---|---|---|---|---|---|
| 1 | 110 | 0–10 fathoms, NMFS statistical areas 19–21 | | X | Shallow, southern Texas coast Transitional faunal province |
| | 120 | 11–20 fathoms, NMFS, statistical areas 19–21 | X | | Brown shrimp grounds |
| | 130 | 21–30 fathoms, NMFS statistical areas 19–21 | X | | Brown shrimp grounds |
| 2 | 210 | 0–10 fathoms, NMFS statistical areas 13–18 | | X | White shrimp grounds Shallow, northern Texas and western Louisiana coasts |
| 3 | 320 | 11–20 fathoms, NMFS statistical areas 13–18 | X | | Brown shrimp grounds |
| | 330 | 21–30 fathoms, NMFS statistical areas 13–18 | X | | Brown shrimp grounds |
| 4 | 440 | 31–40 fathoms, NMFS statistical areas 10–21 | | X | Deep, western Gulf shelf |
| | 450 | 41 fathoms and above | | X | Deep, western Gulf shelf |
| 5 | 510 | 0–10 fathoms | | X | Mississippi Bight White shrimp grounds |
| 6 | 620 | 11–20 fathoms | X | | Mississippi Bight Brown shrimp grounds |
| | 630 | 21–30 fathoms | X | | Mississipi Bight Brown shrimp grounds |
| 7 | 700 | Eastern Gulf, statistical areas NMFS 1–9, all depths | | X | Carbonate province Eastern Gulf faunal assemblage |

45 fathoms" NMFS depth category. The ELB tow starting-point data were spatially joined with the shapefile to add the data for statistical area–depth zone location to each tow record. The resulting data were then combined with the NMFS trip total landings data, and each tow record was assigned landings based on the percent effort for the trip multiplied by the total landings associated with the trip, as described in Gallaway et al. (2003).

The data were organized as two basic data sets for analyses. The first data set, which we call the NMFS current spatial stratification scheme (hereafter, NMFS current) consisted of the data partitioned by the same NMFS statistical areas and depth zones that have been historically used, shown in Figure 2. The second organization of the data (habitat zones) is based on habitat and biological characteristics of areas 1–7 described above and depth. These subdivisions resulted in 12 habitat zones, as summarized in Table 1. While all depth zones have been lumped in the eastern Gulf for this paper, area-7 data are partitioned into the same 10-fathom depth zones used in areas 1–6.

*Similarity of landings and fishing area allocations.*—The agreement between the NMFS allocations of landings and areas fished from the ELB records for the same trips was determined by means of a coefficient of similarity ($C$) calculated, based on landings, as

$$C = \frac{\sum \min(\text{NMFS, ELB})}{\text{Trip landings}},$$

where $\sum \min$ (NMFS, ELB) is the sum over all cells of the minimum values of the paired allocations of pounds landed for each cell. "Trip landings" are defined as the total landings for the trip. The similarity coefficient based on zones fished was calculated in the same manner.

*Directional bias in landings allocations.*—The basic equation that NMFS uses to estimate effort from landings and interview data can be expressed as

$$\text{Effort} = \frac{\sum \text{Landings}_{\text{CELL}}}{\text{CPUE}_{\text{CELL}}}.$$

The accuracy, or potential for directional bias, of the NMFS port agent estimates of the numerator of this equation was evaluated with the habitat zone data set. Each landings record from the NMFS current data set was assigned to the appropriate habitat zone based upon the statistical area and depth zone recorded for the landings by the

NMFS port agents. The data were then summed by vessel, trip, and habitat zone. The ELB records for the same trips were compiled in the same format. A difference variable, NMFS pounds allocated to a zone minus the ELB pounds recorded as actually occurring in that zone, was then calculated for each record in the data set. These data were subjected to an analysis of variance (ANOVA) based on the Statistical Analysis System's PROC GLM function, where habitat zone was treated as a class variable. Brown and Forsythe's (1974) test was used to evaluate homogeneity of variance. When this test was significant ($P = 0.05$), a Kruskal–Wallis test was used to determine the significance of the observed differences among the class variables.

When significant differences were indicated among habitat zones, the data were organized as two class variables: red snapper habitat (habitat zones 120, 130, 320, 330, 620, and 630; Table 1; Figure 3) and other (habitat zones 110, 210, 440, 450, and 510; Table 1; Figure 3). The regional data were summed by vessel, trip, and red snapper habitat class. A difference variable was calculated for each record and then analyzed with either PROC GLM or a Kruskal–Wallis test, depending upon results of heterogeneity of variance tests.

The number of ELB trips comprising the paired samples was small relative to the total number of trips taken from a port during the same time frame. We calculated a similarity coefficient for the landings allocations from sample trips relative to the data from all trips conducted during the same time frame. This enabled us to evaluate the representativeness of the samples in characterizing the total landings allocations. Landings from each data category (ELB trips and total trips) were allocated to habitat zones and then converted to percent of the total. The similarity coefficient was calculated from these data as described above.

*Directional bias in CPUE allocations.*—The potential for directional bias in the denominator or CPUE term of the effort estimation equation was evaluated based upon paired (NMFS and ELB) observations of CPUE for each habitat zone, with the same approach as described above for the numerator term of the equation. However, the available data set was reduced to just those 62 ELB trips that were subjected to an interview (and hence a calculable CPUE) by a NMFS port agent. This reduced number compares to a sample of 135 trips available to evaluate the numerator of the effort equation. Thus, a large amount of NMFS interview and ELB data were available but not used.

In order to increase sample size, habitat zone CPUEs based on data from all ELB trips were compared with the CPUEs for the same zones based on all NMFS interviews conducted during the same time period and from the same ports covered by the ELB trips. A grand mean CPUE value was calculated for NMFS and ELB data for each habitat zone, and the differences were evaluated via a $t$-test.

*Effort adjustment.*—The working hypothesis was that the port agent allocations of annual landings and CPUEs to the spatial cells used in the analyses would not be significantly different from the values calculated from the ELB data. If true, the ratios of NMFS landings to ELB landings for the habitat zones would be 1.0, as would be the ratios of NMFS CPUEs to ELB CPUEs. However, if significant differences between the paired samples were evident, an adjustment factor was calculated to determine the magnitude or consequences of the error in the estimates.

The first step in this analysis was to divide the respective means of the NMFS port agent landings and CPUEs for the habitat zones by the corresponding means calculated from the ELB data. These values were, in turn, inserted into the effort estimation equation to measure the magnitude of overall error. For example, if the numerator ratio of NMFS to ELB landings for a habitat zone was 0.04, and the denominator ratio of NMFS to ELB CPUEs was 0.73, these values would indicate that the ratio of NMFS effort to ELB effort was 0.04/0.73, or 0.05. In this example, NMFS would be reporting only 5% of the actual effort for the habitat zone. These ratios were then used to calculate an adjustment rate (1.0 divided by the observed ratio) that was multiplied by the NMFS estimates of total effort in each habitat zone to provide an adjusted measure of effort.

## Results and Discussion

The landings data file provided by NMFS showed that during 2000, a total of 3,442 Coast Guard-documented vessels made 37,713 identified trips to the offshore waters of the Gulf, landing 105,193,615 lb of penaeid shrimp. These identified vessels and trips accounted for 89% of the 118,512,208 total pounds of shrimp landed from offshore waters of the Gulf in 2000. Landings were recorded from 43 ports across the Gulf, of which 23 were characterized by landings in excess of 1 million pounds.

A total of 51 vessels participated in our ELB pilot study, including 26 that were randomly se-

TABLE 2.—The five major ports sampled in the 2000 pilot study of Gulf of Mexico shrimp trawl effort allocation, their ranks in terms of total landings, the number of trips made with electronic logbooks (ELBs), the number of ELB trips with interviews by National Marine Fisheries Service port agents, and the total number of trips made from each port during the ELB study.

| Port | Landings rank | Trips with ELB on vessel | ELB trips with interview | Total trips during ELB period |
|---|---|---|---|---|
| Brownsville, Texas | 1 | 18 | 12 | 1,447 |
| Port Isabel, Texas | 4 | 41 | 30 | 1,271 |
| Aransas, Texas | 13 | 24 | 1 | 656 |
| Palacios, Texas | 3 | 26 | | 829 |
| Bon Secour, Alabama | 20 | 19 | 19 | 112 |
| Total | | 128 | 62 | 4,315 |

lected and 25 volunteer vessels. The planned total of 132 randomly-selected vessels was only approximately 20% successful. However, the proportional distribution of the volunteer vessels among quartiles was not significantly different from the target distribution ($\chi^2 = 2.77$, $P = 0.43$), and the results obtained from these vessels were included in the analyses.

It is important to note that the failure to achieve planned sample size was not due to a lack of cooperation from the industry. Rather, the failure was due largely to our having badly underestimated the logistics and time required to locate the vessels, especially in areas like Louisiana, where ports that host shrimp landings are small and scattered, and not easily accessed by road. Further, even in areas where the ports are large and centralized in easily accessed areas, the vessels do not keep regular hours, which makes them difficult to intercept. Lastly, there was good cooperation from the large sector of Vietnamese shrimp fishers, primarily from those individuals having a good command of the English language. In contrast, study personnel were unskilled in the Vietnamese language, which led to the inability to explain the program when a vessel was intercepted but no translator was present.

In the pilot study, the 51 vessels equipped with ELBs made 180 vessel × trip combinations. Corresponding NMFS data were identified for 135 of the 180 vessel × trip combinations. Of these, 128 trips came from five ports, and seven additional trips came from four other ports, with no more than two trips originating from any one port. The data from 62 of the 128 trips, involving four of the five ports, were recorded as interview data in the NMFS landings files and are summarized in Table 2. Overall, samples included three of the top four ports, as ranked from high to low by total pounds landed in 2000.

The geographic distribution of the five major ports that had reasonable numbers of vessels participating in our study reflects an absence of ports located on the upper Texas coast and in Louisiana, Mississippi, and western Alabama (see Figure 3). Landings from the study ports (Table 3) accounted

TABLE 3.—Pounds of shrimp landed from each Gulf of Mexico habitat zone from our five primary study ports versus landings in the same zones from all ports in 2000. Total landings and National Marine Fisheries Service interviewed landings are summarized.

| Habitat zone | All landings | | | Interviewed landings | | |
|---|---|---|---|---|---|---|
| | Study port landings | Total landings | Proportion of all landings | Study port landings | Total landings | Proportion of all landings |
| 110 | 595,128 | 1,342,637 | 0.4433 | 255,947 | 262,842 | 0.9738 |
| 120 | 8,987,155 | 13,295,905 | 0.6759 | 4,592,989 | 5,426,168 | 0.8465 |
| 130 | 10,373,938 | 12,564,248 | 0.8257 | 4,303,751 | 4,336,823 | 0.9924 |
| 210 | 221,600 | 51,599,641 | 0.0043 | 110,585 | 1,334,211 | 0.0829 |
| 320 | 3,055,654 | 11,747,644 | 0.2601 | 1,652,677 | 2,879,096 | 0.5740 |
| 330 | 2,344,298 | 4,169,880 | 0.5622 | 1,118,785 | 1,550,996 | 0.7213 |
| 440 | 3,174,315 | 3,189,638 | 0.9952 | 2,390,644 | 2,396,927 | 0.9974 |
| 450 | 605,439 | 622,109 | 0.9732 | 393,073 | 393,349 | 0.9993 |
| 510 | 304,227 | 7,886,312 | 0.0386 | 263,727 | 492,577 | 0.5354 |
| 620 | 420,648 | 4,199,225 | 0.1002 | 304,719 | 758,704 | 0.4016 |
| 630 | 95,719 | 555,881 | 0.1722 | 79,513 | 361,317 | 0.2201 |
| 700 | 242,888 | 7,339,088 | 0.0331 | 105,758 | 1,071,429 | 0.1039 |
| Total | 30,421,009 | 118,512,208 | | 15,572,168 | 21,210,439 | |

for less than 5% of the landings from habitat zones 210 (upper Texas coast and western Louisiana) and 510 (east Louisiana, Mississippi, and Alabama; see Figure 3). Habitat zone 700 (offshore western Florida; see Figure 2) also was not sampled well by the study.

In contrast, landings from the five major study ports accounted for 10–99% of the landings from the other habitat zones (Table 3). With the exception of habitat zones 620 (10%) and 630 (17%), data from these ports accounted for over 26% and up to 99% of the landings. The fractions of the habitat zone landings interviewed by NMFS from the five ports were also low for habitat zones 210 (8%) and 700 (10%) (Table 3). However, 54% of the total pounds included in the NMFS interview sample for habitat zone 510 came from the five study ports.

Given these results, the focus of the study is placed upon habitat zones 110, 120, 130, 320, 330, 440, 450, 620, and 630. Landings from the five ports represented in the study comprised at least 10% (and usually >20%) of the total pounds landed from these zones, and the geographic coverage of tows within these zones was reasonably good (Figure 4).

### Distribution of Landings and Fishing Areas

Examples of the distribution of the actual fishing effort versus effort allocation by NMFS port agents for six selected trips from each of the five study ports (see Gallaway et al. [2001] for a complete depiction of data from all trips) are provided in the figures in the Appendix. Overall, the ELB data reflected that, on average, 9.06 of the 219 statistical area–depth zone cells currently used for management purposes by NMFS were fished on a trip (Table 4). This compared to the NMFS estimate of 1.32 cells fished on a trip. The interviewed subset of the paired samples reflected an even higher disparity. Vessels that were interviewed were estimated by NMFS port agents to have fished only 1.15 of the potential cells per trip, whereas ELB data showed that they actually fished 10.79 cells per trip (Table 4). Overall, 101 distinct zones were fished by sample vessels, compared to the port agent estimates of 47 distinct cells fished for the same vessel × trip combinations.

Similarly, the ELB data reflected that about 3.85 of the 12 habitat zones proposed in this study were fished on a trip, as compared with a corresponding port agent estimate of 1.21 zones per trip. The imbalance between estimated and actual areas fished from ELB data was higher for the interviewed subset of the samples than for the noninterviewed subset. Overall, all 12 of the habitat zones were actually fished according to the ELB data, whereas NMFS estimated that only 10 habitat zones were fished.

While starkly different, the observed disparities in areas fished might be insignificant if the NMFS port agent estimates reflected only the areas where the majority of the pounds were taken (or time was spent) on a trip. In other words, disparities would be more acceptable if NMFS did not attempt to capture the overall complexity of the fishing effort, but instead identified the important areas in terms of pounds landed. If this was the case, the calculated similarity coefficients should have been reasonably high.

### Similarity of Landings and Fishing Area Allocations

The similarity coefficients for the paired trips in terms of pounds landed ranged from about 4.5% to 13.0% based upon the NMFS current data set and from about 16.0% to 34.3% based upon our habitat zones (Table 5). These data suggest a low degree of similarity between the NMFS allocations of landings and fishing areas relative to the actual landings and fishing areas from ELB data. The next question to be addressed is whether the errors were random in nature or reflected a directional bias. If random, as has been assumed (GMFMC 1994), the spatial errors might "balance out" and might therefore be insignificant. However, evidence of directional or spatial bias would have important ramifications regarding bycatch estimation.

### Directional Bias in Landings Allocations

The mean differences between the paired landings from the same trips (NMFS–ELB) observed for 11 habitat zones (zone 700 excluded) reflected evidence of directional bias (Figure 5A). Based upon the paired samples, the NMFS port agents' data typically (five out of six zones) overestimated shrimp landings in high-value juvenile red snapper habitat (10–30 fathoms) and, in each case, underestimated landings in the two deepwater or shelf-edge habitats constituting area 4. Landings from the NMFS port agents' data were also underestimated for two of the three shallow habitat zones, especially zone 110 located off the coast of southern Texas (Figure 5A).

The ANOVA suggested that the observed differences were significant ($F = 6.95$, $P < 0.0001$), but the data were characterized by heterogeneity of variance. The results of the Kruskal–Wallis test



FIGURE 4.—Distribution of shrimp trawl tows in (A) nearshore waters of south Texas, (B) high-value juvenile red snapper habitat, and (C) deepwater areas of the western Gulf of Mexico.

also reflected significant differences among habitat zones ($\chi^2 = 85.36$, $P < 0.0001$). The landings differences observed for the data organized by red snapper habitat class (red snapper habitat versus other habitat) were also significant (Kruskal–Wallis test, $\chi^2 = 101.29$, $P < 0.0001$). The NMFS port agents' data significantly overestimated landings from red snapper habitat and significantly under-estimated landings from other habitat.

As described above, landings represent the nu-

GALLAWAY ET AL.

TABLE 4.—Spatial cells fished for shrimp on a trip as recorded by the electronic logbook versus the corresponding estimates of cells fished on the same trips made by National Marine Fisheries Service (NMFS) port agents in 2000.

| | Interview | | Non-interview | | Total | |
|---|---|---|---|---|---|---|
| Description | ELB | NMFS | ELB | NMFS | ELB | NMFS |
| **NMFS current spatial stratification (219 cells)** | | | | | | |
| Number of trips | 62 | 62 | 73 | 73 | 135 | 135 |
| Mean cells fished per trip | 10.79 | 1.15 | 7.59 | 1.45 | 9.06 | 1.32 |
| Number of distinct cells | 86 | 33 | 76 | 27 | 101 | 47 |
| **Habitat zones** | | | | | | |
| Number of trips | 62 | 62 | 73 | 73 | 135 | 135 |
| Mean zones fished per trip | 4.35 | 1.10 | 3.42 | 1.30 | 3.85 | 1.21 |
| Number of distinct zones | 12 | 9 | 11 | 7 | 12 | 10 |

merator of the effort estimation equation. The data reflect that there is evidence of directional bias in the landings allocations made by NMFS port agents (Table 6; Figure 5A). The degree of bias by habitat zone suggests that the NMFS port agents' landings data in zones 130 and 320 were overestimated by a factor of more than 2.5 in 2000, whereas landings allocated to zone 110 by NMFS port agents represented only 4% of the actual landings (Table 6). In summary, landings from red snapper habitat were significantly overestimated in 2000 by NMFS port agents, who also underestimated landings in areas inshore and offshore of this habitat when compared with ELB data.

Habitat zone 110 is an area of particular interest because of its value as habitat for the Kemp's ridley sea turtle *Lepidochelys kempii*. Shrimp fishing has been restricted in this area by the Texas Parks and Wildlife Department (Texas Register 2000) to further protect this sea turtle species, despite the fact that the population is growing exponentially

(TEWG 2000). One of the justifications for the restrictions was that, based upon NMFS landings estimates, this area was not important to the fishery. Data from our study suggest that landings in zone 110 may be substantially greater than has been estimated—landings from this zone in 2000 were about 23 times the estimated value from the NMFS data (Table 6).

Based upon coefficients of similarity, the port agent allocations of the study's sample appeared representative of the total allocations made for all trips that were conducted from the five ports during the same time frame as the ELB trips (Table 7). Similarity ranged between 73% and 93%, with the degree of similarity appearing to be relatively independent of sample size. The highest similarity coefficient was observed for the Palacios allocations (93%), where the sample constituted only about 3% of the total trips that were taken during the same time frame. The Brownsville sample constituted only about 1% of the total trips, yet the

TABLE 5.—Similarity coefficients of the spatial allocations of shrimp landings and fishing areas by National Marine Fisheries Service (NMFS) port agents compared with the actual landings and fishing areas as measured by the electronic logbook, based on a total sample of 128 trips originating from five Gulf of Mexico ports in 2000.

| | | Areas fished | | | Pounds landed | | |
|---|---|---|---|---|---|---|---|
| Port | County | Cells fished | Cells in common | Similarity coefficients (%) | Total pounds | Pounds in common | Similarity coefficient (%) |
| **NMFS current spatial stratification** | | | | | | | |
| 82 | Brownsville | 225 | 19 | 8.44 | 147,994 | 12,804 | 8.65 |
| 81 | Port Isabel | 413 | 27 | 6.54 | 373,017 | 21,026 | 5.64 |
| 78 | Aransas–San Patricio | 232 | 16 | 6.90 | 102,564 | 4,637 | 4.52 |
| 87 | Palacios | 193 | 26 | 13.47 | 195,091 | 25,380 | 13.01 |
| 20 | Baldwin | 211 | 9 | 4.27 | 125,216 | 5,979 | 4.77 |
| **Habitat zones spatial stratification** | | | | | | | |
| 82 | Brownsville | 82 | 22 | 26.83 | 147,994 | 50,687 | 34.25 |
| 81 | Port Isabel | 164 | 40 | 24.39 | 373,017 | 102,701 | 27.53 |
| 78 | Aransas–San Patricio | 102 | 21 | 20.59 | 102,564 | 16,592 | 16.18 |
| 87 | Palacios | 91 | 31 | 34.07 | 195,091 | 55,509 | 28.45 |
| 20 | Baldwin | 96 | 12 | 12.50 | 125,216 | 20,002 | 15.97 |

Case 2:10-md-02179-CJB-DPC   Document 21717-2   Filed 09/23/16   Page 53 of 133





Pattern of Observed Differences

FIGURE 5.—Patterns of observed differences electronic logbook estimates of (A) mean National Marine Fisheries Service (NMFS) shrimp landings and (B) mean CPUE per nominal days fished, by habitat zone.

similarity of sample and total trip allocations was 84%. In Bon Secour, the sample constituted about 15% of the total trips and the similarity of sample and total allocations was 77%. Although sample size in this study was small, the data for the five major ports sampled appear to be representative of total landings allocations during the sample period.

*Directional Bias in CPUE Allocations*

The CPUE term in the effort estimation equations used by NMFS can be expressed as

800                                    GALLAWAY ET AL.

TABLE 6.—Difference in mean shrimp landings (lb) and the ratio of National Marine Fisheries Service (NMFS) estimated to actual electronic logbook (ELB) landings by habitat zone. The numerator adjustment ratio (numerator adj.) is used to adjust the numerator of the NMFS effort estimation equation to reflect the actual distribution of the landings. These results are based on a total sample of 135 trips originating from nine Gulf of Mexico ports in 2000.

| Habitat zone | N | Mean landings | | | Numerator adj. |
| | | Difference | NMFS | ELB | |
|---|---|---|---|---|---|
| 110 | 54 | −1,144.38 | 51.80 | 1,196.18 | 0.04330 |
| 120 | 98 | 368.05 | 2,700.17 | 2,332.13 | 1.15782 |
| 130 | 97 | 2,167.46 | 3,550.96 | 1,383.50 | 2.56665 |
| 210 | 12 | −438.90 | 914.08 | 1,352.98 | 0.67561 |
| 320 | 32 | 1,328.37 | 2,081.19 | 752.82 | 2.76451 |
| 330 | 44 | 1,045.48 | 2,205.43 | 1,159.95 | 1.90131 |
| 440 | 95 | −1,747.54 | 954.31 | 2,701.84 | 0.35321 |
| 450 | 68 | −1,642.55 | 599.75 | 2,242.30 | 0.26747 |
| 510 | 14 | 270.26 | 600.00 | 329.74 | 1.81959 |
| 620 | 18 | 613.47 | 1,568.33 | 954.86 | 1.64248 |
| 630 | 15 | −251.04 | 832.00 | 1,083.04 | 0.76821 |

$$CPUE_{CELL} = \frac{\sum \text{Interview landings}_{CELL}}{\sum \text{Interview effort}_{CELL}}.$$

In this study, 62 of the 135 trips made by vessels equipped with ELBs were also subjected to a NMFS interview. Based upon these interviews, NMFS determined that effort for these trips averaged 11.9 nominal days fished, which compares to the ELB determinations that these trips averaged 10.4 nominal days fished. Thus, actual effort from ELB data was about 13% lower than the NMFS estimated effort. The results of a paired $t$-test showed that the observed effort difference was significant ($t = 4.77$, $P \le 0.0001$).

The differences between the grand means of CPUE for each habitat zone (NMFS − ELB) showed that the NMFS grand mean was lower than the corresponding ELB grand mean in 9 of the 11 cases (Table 8; Figure 5B). The results of a Satterthwaite $t$-test (the variances were unequal) showed that the observed difference between NMFS and ELB CPUE estimates was significant ($P = 0.0149$). Habitat zone 510 was the only zone for which the grand mean of the NMFS CPUE values was substantially higher (161%) than the

grand mean of the ELB CPUE values (Table 8). This zone (as well as habitat zone 210) was not well represented in our samples. Thus, given these results, the denominator (or CPUE) term in the effort estimation equation for each cell needed adjustment. The magnitude of the adjustments is shown in Table 8. In summary, CPUE for all but two of the habitat zones (510 and 620) were underestimated by NMFS in 2000 relative to the ELB estimates.

*Effort Adjustments*

The results presented above show that a pronounced directional bias was evident in the NMFS landings allocations when compared with ELB estimates and that CPUE was systematically underestimated by NMFS port agents. These results were obtained by comparing NMFS port agent determinations to data obtained from ELBs for the same vessel × trip combinations. Possible ramifications of these errors are illustrated in Table 9. Before describing these approximations of possible error, we must list two major caveats. First, we assumed that the differences observed without regard to a temporal component could be applied to

TABLE 7.—Similarity of National Marine Fisheries Service (NMFS) port agent landings allocations for electronic logbook (ELB) study trips to NMFS allocations of shrimp landings for all trips made during the same time frame in 2000.

| Port | Sample trips | Total trips during ELB period | Habitat zones fished | Similarity coefficient (% of pounds landed) |
|---|---|---|---|---|
| Brownsville | 18 | 1,447 | 11 | 84 |
| Port Isabel | 41 | 1,271 | 12 | 73 |
| Aransas | 24 | 656 | 7 | 88 |
| Palacios | 26 | 829 | 5 | 93 |
| Bon Secour | 19 | 112 | 8 | 77 |

EVALUATION OF AN ELECTRONIC LOGBOOK                    801

TABLE 8.—Differences in mean catch per unit effort (CPUE; catch per nominal days fished) and the ratio of National Marine Fisheries Service (NMFS) estimated to actual electronic logbook (ELB) CPUE, by habitat zone. The denominator adjustment ratio (denominator adj.) is used to adjust the denominator of the NMFS effort estimation equation to reflect measured CPUE for each habitat zone. These results are based on a total sample of 135 trips landing in nine Gulf of Mexico ports in 2000.

| Habitat zone | NMFS CPUE | ELB CPUE | Difference | Denominator adj. |
|---|---|---|---|---|
| 110 | 564.125 | 774.974 | −210.849 | 0.72793 |
| 120 | 668.831 | 836.836 | −168.005 | 0.79924 |
| 130 | 699.422 | 860.685 | −161.263 | 0.81263 |
| 210 | 493.817 | 644.020 | −150.202 | 0.76677 |
| 320 | 504.250 | 780.348 | −276.098 | 0.64619 |
| 330 | 460.516 | 706.733 | −246.217 | 0.65161 |
| 440 | 487.924 | 799.606 | −311.681 | 0.61021 |
| 450 | 460.219 | 859.389 | −399.171 | 0.53552 |
| 510 | 604.186 | 374.359 | 229.826 | 1.61392 |
| 620 | 556.062 | 504.501 | 51.561 | 1.10220 |
| 630 | 508.720 | 535.366 | −26.646 | 0.95023 |

the NMFS annual estimates of effort. It should be noted that the NMFS annual estimates are the sum of 12 individual monthly estimates. Also, we assumed that the observed differences were consistent across all months, which may or may not be the case. Second, we assumed that both the results obtained for this relatively small study fleet and the data acquired by NMFS port agents were representative of the entire Gulf fleet. This assumption also may or may not be true. Neither source of data meets the requirements necessary for claiming that the data constitute a truly representative sample of the Gulf fleet.

Overall, the adjustments resulted in a 16% reduction in the NMFS estimate of total effort (173,121 versus 206,259 nominal days fished),

even though we did not attempt to make any adjustments for over 50% of the total effort (Table 9). A total of 112,851 nominal days were estimated by NMFS to have been fished in 2000 in habitat zones 210, 510, and 700. These values were not adjusted because they represented areas that were poorly sampled in our program. The NMFS estimate of total effort outside of these habitat zones was 93,408 nominal days fished, which corresponds to our estimate of 60,270 nominal days fished, with a 35% reduction.

The largest relative disparity in the effort estimates, however, reflected an increase in effort in habitat zone 110 after adjustment (Table 9). Effort in this zone during 2000 was estimated as 8,725 nominal days fished, a level that is nearly 17 times larger than the NMFS estimate of 519 nominal days fished. Three other habitat zones (440, 450, and 630) also reflected an increase in estimated effort after adjustment (Table 9). Adjusted effort in habitat zones 440 (11,588 nominal days fished) and 450 (3,019 nominal days fished) were higher than the corresponding NMFS estimates (6,707 and 1,508 nominal days fished) by factors of 1.7 and 2.0, respectively. The adjusted effort for habitat zone 630 was 1,176 nominal days fished, which was higher than the NMFS estimate of 950 nominal days fished by a factor of 1.2 (Table 9).

Substantial reductions in effort were observed for the remaining five habitat zones (120, 130, 320, 330, and 620). Three of these zones were ranked 2, 3, and 4 by NMFS in terms of absolute levels of effort in 2000, with 24,621 nominal days fished in zone 320, 20,661 in zone 130, and 20,194 in zone 120 (Table 9). The adjusted effort levels for these habitat zones were 5,755 nominal days fished

TABLE 9.—National Marine Fisheries Service (NMFS) estimates of Gulf of Mexico shrimp fishing effort (nominal days fished) by habitat zone in 2000 versus adjusted effort for the same zones based on electronic logbook (ELB) data. The values in the second and third columns are from Tables 6 and 8, respectively.

| Habitat zone | Numerator adj. (N) | Denominator adj. (D) | N/D | NMFS total effort | Adjustment rate | Adjusted effort |
|---|---|---|---|---|---|---|
| 110 | 0.0433 | 0.7279 | 0.0595 | 519 | 16.811 | 8,725 |
| 120 | 1.1578 | 0.7992 | 1.4487 | 20,194 | 0.6903 | 13,940 |
| 130 | 2.5667 | 0.8126 | 3.1584 | 20,661 | 0.3166 | 6,542 |
| 210 | 0.6756 | 0.7668 | 0.8811 | 87,525 | | 87,525 |
| 320 | 2.7645 | 0.6462 | 4.2782 | 24,621 | 0.2337 | 5,755 |
| 330 | 1.9013 | 0.6516 | 2.9179 | 8,294 | 0.3427 | 2,842 |
| 440 | 0.3532 | 0.6102 | 0.5788 | 6,707 | 1.7276 | 11,588 |
| 450 | 0.2675 | 0.5355 | 0.4995 | 1,508 | 2.0022 | 3,019 |
| 510 | 1.8196 | 1.6139 | 1.1274 | 8,445 | | 8,445 |
| 620 | 1.6425 | 1.1022 | 1.4902 | 9,953 | 0.6711 | 6,679 |
| 630 | 0.7682 | 0.9502 | 0.8084 | 950 | 1.2369 | 1,176 |
| 700 | | | | 16,881 | | 16,881 |
| Total effort | | | | 206,259 | | 173,121 |

in zone 320, 6,542 in zone 130, and 13,940 in zone 120. These estimates reflect reductions of 77, 68, and 31%, respectively. The NMFS estimates of effort for habitat zones 330 and 620 were 8,294 and 9,953 nominal days fished, respectively (Table 9). Based on the ELB measurements, these levels should be reduced to 2,842 nominal days fished in habitat zone 320 (a 66% reduction) and 6,679 nominal days fished in habitat zone 620 (a 33% reduction).

Overall, the NMFS effort estimates for 2000 suggest that 84,673 nominal days fished occurred in the habitat zones classified as high-value red snapper habitat (see Table 1). Based upon adjustments using ELB data, it is more likely that only 36,934 nominal days fished occurred in these habitats, a 56% reduction. In contrast, the adjusted effort data for the shallow habitat zones (110, 210, and 510) reflected 104,699 nominal days fished as compared to the NMFS estimate of 96,489 nominal days fished, a 9% increase. However, no adjustments were made to the NMFS estimates for habitat zones 210 and 510, which hosted over 96% of the effort in shallow zones (Table 9). In contrast, the ELB data reflected that effort in habitat zone 110 was almost 17 times higher than that estimated by NMFS. The adjusted effort for the deepwater habitat zones (440 and 450) was also higher than was estimated by NMFS: 14,607 nominal days fished versus 8,215 nominal days fished.

These results indicate a need to reevaluate all the Gulf shrimp trawl bycatch estimates, from Kemp's ridley sea turtles to red snapper. Data from ELBs show that the bycatch of midshelf marine species like red snapper is probably substantially overestimated by NMFS, whereas nearshore species (e.g., Atlantic croaker and sea turtles) and deepwater species under federal management (e.g., vermilion snapper *Rhomboplites aurorubens*) are probably subjected to much higher rates of shrimp trawl encounters and/or harvest than present estimates suggest.

The results of this study also point to the need for restructuring the NMFS port agent system of estimating shrimp trawl fishing effort in the Gulf. Through no fault of the port agents, the data obtained do not appear to have the spatial accuracy necessary for some management purposes, especially the estimation of bycatch. More accurate reporting is required, and can be obtained from logbook data. It is probable that inexpensive ELBs like those developed in this pilot program (Gallaway et al. 2003) would be adequate for such a purpose and would be more readily accepted by the fishing industry than paper logbooks.

An ELB-based program could also maximize use of the existing port agent network and enhance the potential for conducting cooperative studies with industry. The port agents could be used to help install ELBs and retrieve the data. They would benefit from the results in that they would have a better basis for allocating the unsampled landings and estimating CPUE. Under the present system, neither the port agents nor their managers have any feedback enabling them to evaluate their allocations. We have found that industry, in general, is receptive to the installation of ELBs. These devices require no extra work, which is a serious consideration given small crew sizes and the work required to catch, sort, and process the shrimp. Both industry and managers would benefit from more accurate estimates of effort, which would enable better management of the target resources.

## Acknowledgments

The funding for this study from was provided by the U.S. Congress to the Gulf and South Atlantic Fisheries Foundation, Inc. (GSAFF). This work was conducted under GSAFF Contracts 70-O2-362888 and 75-01-408869. We express our appreciation to Judy Jamison, Executive Director of the GSAFF, for her past and ongoing support for our component of the overall project. Frank Patella of the National Marine Fisheries Service Galveston Laboratory provided the shrimp landings files necessary for the comparative analyses. We also thank the many fishermen from across the Gulf of Mexico who participated in the study. We especially acknowledge Wilma Anderson (Executive Director of the Texas Shrimp Association, Inc.), Chris and John Andrew Nelson (Bon Secour Fisheries, Alabama), and Dave Burrage (Mississippi Sea Grant Program), all of whom actively promoted grass-roots participation in the program. In addition to Professor Gary Graham of Texas A&M University, we acknowledge a lifetime of support for the Gulf of Mexico and southeastern U.S. regional fisheries provided by David Harrington of the University of Georgia. Dave strongly supported this program. He frequently assured us that "a vessel not making waves is not doing its job." Dave, who passed away in March 2002, will be missed by all who knew him.

## References

Brown, M. B., and A. B. Forsythe. 1974. Robust tests for the equality of variances. Journal of the American Statistical Association 69:264–267.

Chittenden, M. E., and J. D. McEachran. 1976. Composition, ecology and dynamics of demersal fish communities on the northwestern Gulf of Mexico continental shelf, with a similar synopsis for the entire Gulf. Texas A&M University, Sea Grant Publication TAMU-SG-76–208, College Station.

Collette, B. B., and G. Klein-MacPhee, editors. 2002. Bigelow and Schroeder's fishes of the Gulf of Maine, 3rd edition. Smithsonian Institution Press, Washington, D.C.

Darnell, R. M., R. E. Defenbaugh, and D. Moore. 1983. Northwestern gulf shelf bio-atlas; a study of the distribution of demersal fishes and penaeid shrimp of soft bottoms of the continental shelf from the Rio Grande to the Mississippi River Delta. Minerals Management Service, Gulf of Mexico Outer Continental Shelf Regional Office, Open-file Report 82–04, Metairie, Louisiana.

Darnell, R. M., J. A. Kleypas, and R. E. Defenbaugh. 1987. Eastern gulf shelf bio-atlas. A study of the distribution of demersal fishes and penaeid shrimp of soft bottoms of the continental shelf from the Mississippi River Delta to the Florida Keys. Minerals Management Service, Gulf of Mexico Outer Continental Shelf Regional Office, Outer Continental Shelf Study MMS 86–0041, New Orleans, Louisiana.

Gallaway, B. J. 1981. An ecosystem analysis of oil and gas development on the Texas–Louisiana continental shelf. U.S. Fish and Wildlife Service, Office of Biological Services, FWS/OBS-81/27, Washington, D.C.

Gallaway, B. J., and J. G. Cole. 1999. Reduction of juvenile red snapper bycatch in the U.S. Gulf of Mexico shrimp trawl fishery. North American Journal of Fisheries Management 19:342–355.

Gallaway, B. J., J. G. Cole, and L. R. Martin. 2001. Development of direct measures of Gulf of Mexico shrimp fishing effort as a means to evaluate existing measures of effort and juvenile red snapper bycatch, year II pilot study. Report of LGL Ecological Research Associates to the Gulf and South Atlantic Fisheries Foundation, Contract 75–01–408869, Tampa, Florida.

Gallaway, B. J., J. G. Cole, L. R. Martin, J. M. Nance, and M. Longnecker. 2003. Description of a simple electronic logbook designed to measure effort in the Gulf of Mexico shrimp fishery. North American Journal of Fisheries Management 23:581–589.

Gallaway, B. J., J. G. Cole, R. Meyer, and P. Roscigno. 1999. Delineation of essential habitat for juvenile red snapper in the northwestern Gulf of Mexico. Transactions of the American Fisheries Society 128: 713–726.

Gallaway, B. J., M. Longnecker, J. G. Cole, and R. M. Meyer. 1998. Estimates of shrimp trawl bycatch of red snapper (Lutjanus campechanus) in the Gulf of Mexico. Pages 817–839 in F. Funk, T. J. Quinn II, J. Heifetz, J. N. Ianelli, J. E. Powers, J. F. Schweigert, P. J. Sullivan, and C. -I. Zhang, editors. Fishery stock assessment models. University of Alaska,

Alaska Sea Grant College Program Report AK-SG-98-01, Fairbanks.

Goodyear, C. P. 1995. Red snapper in the U. S. waters of the Gulf of Mexico. National Marine Fisheries Service, Southeast Fisheries Science Center, MIA-97/98–05, Miami.

GMFMC (Gulf of Mexico Fishery Management Council). 1994. Report to the Gulf Council on Shrimp Effort from the Shrimp Effort Committee. GMFMC, Tampa, Florida.

Gunter, G. 1938. Seasonal variations in abundance of certain estuarine and marine fishes in Louisiana, with particular reference to life histories. Ecological Monographs 8:313–346.

Gunter, G. 1945. Studies on marine fishes of Texas. Publications of the Institute of Marine Science, University of Texas 1:1–190.

Gunter, G. 1967. Some relationships of estuaries to the fisheries of the Gulf of Mexico. Estuaries 83:621–638.

Hildebrand, H. H. 1954. A study of the fauna of the brown shrimp, Penaeus aztecus Ives, grounds in the western Gulf of Mexico. Publications of the Institute of the Marine Science, University of Texas 3: 229–366.

Klima, E. F., J. M. Nance, E. X. Martinez, and T. Leary. 1990. Workshop on definition of shrimp recruitment overfishing. NOAA Technical Memorandum NMFS-SEFC-264.

Nance, J. M. 1992. Estimation of effort for the Gulf of Mexico shrimp fishery. NOAA Technical Memorandum NMFS-SEFC-300.

Nance, J. M. 1993. Gulf of Mexico shrimp fishery recruitment overfishing definition, workshop 2. NOAA Technical Memorandum NMFS-SEFC-323.

NMFS (National Marine Fisheries Service). 1995. Cooperative research program addressing finfish bycatch in the Gulf of Mexico and south Atlantic shrimp fisheries. NMFS Report to Congress, Washington, D.C.

Nichols, S., and G. J. Pellegrin, Jr. 1992. Revision and update of estimates of shrimp fleet bycatch 1972–1991. National Marine Fisheries Service, Southeast Fisheries Science Center, Pascagoula, Mississippi.

Nichols, S., A. Shah, G. Pellegrin, Jr., and K. Mullin. 1987. Estimates of annual shrimp fleet bycatch for thirteen finfish species in the offshore waters of the Gulf of Mexico. National Marine Fisheries Service, Southeast Fisheries Science Center, Pascagoula, Mississippi.

Nichols, S., A. Shah, G. J. Pellegrin, Jr., and K. Mullin. 1990. Updated estimates of shrimp fleet bycatch in the offshore waters of the U.S. Gulf of Mexico 1972–1989. National Marine Fisheries Service, Southeast Fisheries Science Center, Pascagoula, Mississippi.

Ortiz, M., C. M. Legault, and N. M. Earhardt. 2000. An alternative method for estimating bycatch from the U.S. shrimp trawl fishery in the Gulf of Mexico, 1972–1995. U.S. National Marine Fisheries Service Fishery Bulletin 98:583–599.

Parker, R. H. 1960. Ecology and distributional pattern

804                                    GALLAWAY ET AL.

of marine invertebrates, northern Gulf of Mexico.
Pages 203–337 *in* F. P. Shepard, F. B. Pheleger, and
T. H. van Andel, editors. Recent sediments, north-
west Gulf of Mexico. American Association of Pe-
troleum Geologists, Tulsa, Oklahoma.

Pulley, T. E. 1952. A zoogeographic study based on the
bivalves of the Gulf of Mexico. Doctoral disserta-
tion. Harvard University, Cambridge, Massachu-
setts.

Schirripa, M. J., and C. M. Legault. 1997. Status of the
red snapper in the U.S. waters of the Gulf of Mex-
ico. National Marine Fisheries Service, Southeast
Fisheries Science Center, MIA-97/98-05, Miami.

Schirripa, M. J., and C. M. Legault. 1999. Status of the
red snapper in U.S. waters of the Gulf of Mexico
updated through 1998. National Marine Fisheries
Service, Southeast Fisheries Science Center, SFD-
99/00–75, Miami.

TEWG (Turtle Expert Working Group). 2000. Assess-
ment update for the Kemp's Ridley and loggerhead
sea turtle populations in the western North Atlantic.
NOAA Technical Memorandum NMFS-SEFSC-44.

Texas Register 25:40 [October 6, 2000]:10152–10182.

U.S. Office of the Federal Register. 1996. Federal Reg-
ister 61 (September 16, 1996):48641–48642.

U.S. Office of the Federal Register. 1998. Federal Reg-
ister 63 (April 14, 1998):18139–18147.

EVALUATION OF AN ELECTRONIC LOGBOOK                    805

## Appendix: Comparisons of Areas Where Landings Were Allocated and Where They Actually Occurred



FIGURE A.1.—Statistical areas where trip landings of shrimp were allocated (shaded portions) and where they actually occurred (black dots). The results from these trips were selected from 18 electronic logbook (ELB) trips originating at Brownsville, Texas, in 2000. See Figure 2 for geographic context.

806                    GALLAWAY ET AL.



FIGURE A.2.—Statistical areas where trip landings of shrimp were allocated (shaded portions) and where they actually occurred (black dots). The results from these trips were selected from 41 ELB trips originating at Port Isabel, Texas.



FIGURE A.3.—Statistical areas where trip landings of shrimp were allocated (shaded portions) and where they actually occurred (black dots). The results from these trips were selected from 24 ELB trips originating at Aransas Pass, Texas.

808 GALLAWAY ET AL.



FIGURE A.4.—Statistical areas where trip landings of shrimp were allocated (shaded portions) and where they actually occurred (black dots). The results from these trips were selected from 26 ELB trips originating at Palacios, Texas.

Case 2:10-md-02179-CJB-DPC   Document 21717-2   Filed 09/23/16   Page 63 of 133



FIGURE A.5.—Statistical areas where trip landings of shrimp were allocated (shaded portions) and where they actually occurred (black dots). The results from these trips were selected from 19 ELB trips originating at Bon Secour, Alabama.

North American Journal of Fisheries Management 26:789–792, 2006
© Copyright by the American Fisheries Society 2006
DOI: 10.1577/M05-182.1

[Management Brief]

# Spatial Allocation of Shrimp Catch Based on Fishing Effort: Adjusting for the Effects of the Texas Opening

JOHN G. COLE, BENNY J. GALLAWAY, AND LARRY R. MARTIN

*LGL Ecological Research Associates, Inc., 1410 Cavitt Street, Bryan, Texas 77801, USA*

JAMES M. NANCE

*National Marine Fisheries Service, Galveston Laboratory,
4700 Avenue U, Galveston, Texas 77551-5997, USA*

MICHAEL LONGNECKER

*Department of Statistics, Texas A&M University, College Station, Texas 77843-3143, USA*

*Abstract.*—Estimates of fishing effort for the Gulf of Mexico penaeid shrimp fishery depend on the ability of National Marine Fisheries Service port agents to accurately assign fractional catches within a fishing trip to 5-fathom-depth bins within 21 Gulf of Mexico statistical areas. In previous studies, we showed that the method used for assigning landings was inaccurate and developed an algorithm for assigning landings based up observer and captain's logbook data on fishing effort and catch. The resulting algorithm explained over 92% of the variance in actual catch. Results of regression analyses of new observer data collected for over 7,700 tows confirm that the algorithm provides reliable estimates of fractional catches associated with the different subareas fished within a trip (adjusted $r^2 = 0.96$ when 11 outliers are removed from 1,845 observations). Nine of the 11 outliers occurred within a month of the Texas opening, a period when catches are initially high but then decay rapidly. Here, we have incorporated this decay as part of the allocation algorithm for this period. The agreement of expected and actual shrimp catch declined slightly from the regression with outliers removed (adjusted $r^2 = 0.95$). Nevertheless, we suggest that data from this period should be modeled separately to better evaluate the consequences of management actions that might be taken during the Texas opening time frame.

In cooperation with the National Marine Fisheries Service (NMFS) and the Gulf and South Atlantic Fisheries Foundation (GSAFF), Gallaway et al. (2003a) developed a simple electronic logbook (ELB) that uses global positioning satellite technology to map the location and amount of fishing effort for selected vessels in the Gulf of Mexico (Gulf) offshore penaeid shrimp fishing fleet. As described in Gallaway et al. (2003a), these data enable one to assign shrimp catch to the areas fished (e.g., statistical area and 5-fathom-

depth bins) and calculate the corresponding catch per unit effort (CPUE) values. These data can be used to calculate more accurate estimates of total fleet fishing effort and to allocate catches to subareas for comparison with similar estimates obtained with the historical methodology.

Historically, NMFS port agents have allocated penaeid shrimp effort and catches to specific depth zones or cells within standard statistical areas (Patella 1975), based on limited interviews with shrimp fishermen and personal knowledge of fishing patterns (Nance 1992; Gulf of Mexico Fishery Management Council [GMFMC] 1994). Comparison of the two methods showed that the historical system was inadequate for describing the temporal/spatial patterns of shrimp fishing effort and the corresponding catches in the Gulf (Gallaway et al. 2003b). The historical method provides a single estimate of effort for each geographic cell but does not allow for estimates of error. When compared with observer data, the results of the ELB method of catch allocation more accurately reflected the distribution and magnitude of effort and catch in subareas of the Gulf. On the basis of these results, the NMFS and the GMFMC adopted the ELB approach and NMFS funded a 5-year program to refine and implement the ELB methodology.

Gallaway et al. (2003a) used paper logbook data and a limited amount of NMFS-sponsored observer data gathered in 1999 and 2000 to demonstrate that penaeid shrimp catch in a statistical area–depth zone combination within a trip could be reliably predicted by multiplying the effort within any specific zone by the mean CPUE for the overall trip. When the 139 observer data trip and zone combinations of actual catch were regressed against the predicted or expected catch by the proposed model, the results were significant ($P < 0.0001$), the intercept was not significantly different from 0 ($P = 0.86$), the slope was approximately equal

---

* Corresponding author: cole@lgl.com

Received October 25, 2005; accepted March 31, 2006
Published online November 2, 2006

to 1, and the adjusted $r^2$ value was 0.9212. Similar results were observed from analyses of the paper logbook data. Despite the apparent good agreement between actual and predicted catches, however, some viewed the algorithm with skepticism. Testing the hypothesized algorithm required new data, as all available data had been used in the initial analyses.

The ELB was not designed to record the fractional catch per tow within a trip (Gallaway et al. 2003a). However, the total pounds of penaeid shrimp landed from each trip are obtained from dealers and recorded by NMFS port agents. These trip landings can be matched with the corresponding ELB records for that trip. Our hypothesis is that vessels spend more time in zones with greater catch rates than in zones with lower catch rates. If this is true, then the portion of the total landing taken in each zone within any single trip should be directly proportional to the time fished within each zone. If reasonable agreement is obtained between the actual catches recorded within zones and the corresponding estimated catches based on time fished and total catch alone, the inexpensive ELB can be used to allocate landings reliably to statistical area and depth zones and to calculate area CPUEs.

Beginning in 2000, NMFS expanded both their observer studies and those they sponsored in conjunction with the GSAFF. These studies have produced a considerable body of new data (total records include observations for over 7,700 tows from 330 trips), thereby enabling us to test the catch allocation algorithm with this additional information. The expanded data set also includes records from 29 trips that began on or during the Texas opening, a time when shrimp catches are exceptionally high for a short period. This article provides the results of the expanded analyses.

## Methods

Data from all of the NMFS-sponsored observer programs were obtained from the NMFS Galveston Laboratory. These files included data from 10 different studies and contained 7,721 tows for which location (latitude and longitude), duration (hours fished), and shrimp catch (pounds of tails) were recorded. Some of the records included penaeid shrimp catch for each of the nets towed, whereas some recorded catch for a subset or combination of the nets towed. Data were standardized to catch per net per hour. When these values were multiplied by effort for each tow and summarized within trip by zone fished, the data constituted the "actual-catch" data set.

The "expected-catch" data set was calculated by multiplying the effort in each zone by the overall CPUE for the trip (Gallaway et al. 2003a):

expected zone catch $= \Sigma$ trip effort in zone
$\times$ (total landings on trip/total effort on trip)

Actual catch was then regressed on expected catch. A combination of standardized residuals, difference-from-fitted-values statistic (DFFITS), and Cook's distances (Draper and Smith 1998) were examined to identify and remove outliers and very high leverage points that unduly influenced the observed relationships. Observations that had standardized residuals greater than 5 or less than −5 were treated as outliers.

Of the 11 identified outliers, 9 represented tows on trips that had started in Texas waters within a month of the opening of the Texas penaeid shrimping season. Accordingly, a model was developed specifically for this time frame in an attempt to improve the overall algorithm. This model was based on the observation that remarkably high CPUE at the opening of the Texas shrimping season was followed by an exponential decay in catch rate over the first 30 d of fishing.

The observed exponential decay in daily CPUE was modeled according to Venables and Ripley (2002) and Krebs (1998) with use of a reciprocal transformation (1/[day number + 2]). The model coefficients, along with overall trip catch rate and trip length, were used to calculate the CPUE for each day fished on the trip. For the 29 trips starting at or within a month of the Texas opening, the daily CPUE was multiplied by the number of hours fished for each tow made on that day to yield expected catch by statistical/depth zone. These values were summed by zone fished for each trip. For the other 301 trips, we used the method of Gallaway et al. (2003a) and multiplied the hours fished in each zone by the overall trip CPUE (see equation ).

Analyses were performed with the statistical program R, an open-source version of S-Plus, available under the GNU Public License (R Development Core Team 2004).

## Results and Discussion

At the time of these analyses, the observer database contained information from 7,721 tows made over the course of 330 trips (Table 1). These observations reduced to a total of 1,845 trip–zone combinations, of which 216 (11.7%) were made on trips that started within 1 month after the Texas opening.

The regression of actual catch on expected catch, based on all 1,845 data pairs, was significant ($P < 2 \times 10^{-16}$), with an adjusted $r^2$ of 0.928. The intercept was not significantly different from 0 and the slope was approximately 1 (0.997). The analysis detected 11 outlier observations. When these were removed, the adjusted $r^2$ for the resulting regression increased to 0.962 (Figure 1). Again, the resulting intercept was not

TABLE 1.—Summary of observer information (trips, tows, and trip–zone combinations) made during two time periods. The Texas opening period includes data within 30 days of the opening and the rest of the year is included in the non–Texas opening period (335 days).

| Period | Trips | Tows | Trip–zone combination |
|---|---|---|---|
| Texas opening | 29 | 1,013 | 216 |
| Non–Texas opening | 301 | 6,708 | 1,629 |
| Total | 330 | 7,721 | 1,845 |

significantly different from 0, and the slope was 1.01. With or without inclusion of the outliers, the regression results confirm that the original algorithm (Gallaway et al. 2003a) provides reliable estimates of the fractional catches associated with the different areas fished within a trip.

Nine of the 11 observations identified as outliers occurred on trips that began on or within 30 d of the Texas opening. The Texas opening is a major event in the penaeid shrimp fishery of the Gulf. Both federal and state waters offshore the Texas coast are closed to shrimping from mid-May to early to mid-July. This allows shrimp that are migrating from estuarine nursery areas to offshore habitats to attain larger sizes of greater economic value before being harvested (Nance et al. 1989, 1990, 1994; Nance 1996). When these waters are opened to shrimping in July, a high proportion of the entire Gulf shrimp fishing fleet moves into Texas waters to reap the benefits of high densities of relatively large shrimp. However, the initial high



FIGURE 2.—The decay in catch per unit effort (CPUE) values (pounds of tails/net per hour) after the opening of the Texas shrimping season versus the number of days after the opening. The mean catch and 95% confidence intervals are shown by the open circle and vertical lines; the numbers reflect the number of tows on which the mean is based. The filled circle represents an outlier removed from the analysis because of undue leverage (Cook's distance > 8).

densities decrease rapidly, as evidenced by a plot of the mean daily catch rates based on the observer data collected during this period (Figure 2). The model describing these data had an adjusted $r^2 = 0.961$; the intercept was 4.51 (SE = 0.267) and the slope was 79.82 (SE = 2.669).

Using this model, we estimated the expected catch for 216 of the total 1,845 observations for trips that began on or during the first 30 d of the opening; the expected catch for the remaining 1,629 observations was estimated with the base model. When actual catch was regressed on expected catch by using the combination of the two models (Figure 3), the adjusted $r^2$ was 0.947, the regression had a slope near 1 (0.989) and the intercept (0.035) was not significantly different from 0 ($P = 0.98$).

Because the original algorithm used to assign fractional catch levels to individual zones explains over 92% of the observed variance in catch, and the adjusted $r^2$ can be improved to over 96% by removing a small number of outliers (11 of 1,845 observations), why should one model the brief Texas opening period as a separate entity? The brief period following the Texas opening is characterized by the highest annual catch rates and the highest total catches that will occur



FIGURE 1.—Regression of actual catch on expected catch with no adjustment for Texas opening. The + symbol represents extreme outlier values identified by standardized residual values greater than 0.5 or less than −0.5.

792                                                COLE ET AL.



$y = 0.035 + 0.989x$
adj $r^2 = 0.947$
$N = 1,845$

FIGURE 3.—Regression of actual catch on expected catch according to the model adjusted for the Texas opening.

at any time during the course of a given year. The success of the season and the annual economics of the fishery are highly influenced by what occurs during this 1-month period. Further, a substantial fraction of the entire Gulf penaeid shrimp fishing fleet is consolidated in Texas offshore waters during this period. This aggregation may result in an increase in bycatch offshore Texas, but a corresponding decrease in bycatch would be expected in other areas. Given these considerations, and the corresponding importance of any management actions that might be proposed for this time or region, we deem prudent to maintain as much realism in the model as possible.

## References

Draper, N., and H. Smith. 1998. Applied regression analysis, 3rd edition. Wiley, New York.

Gallaway, B. J., J. G. Cole, L. R. Martin, J. M. Nance, and M. Longnecker. 2003a. Description of a simple electronic logbook designed to measure effort in the Gulf of Mexico shrimp fishery. North American Journal of Fisheries Management 23:581–589.

Gallaway, B. J., J. G. Cole, L. R. Martin, J. M. Nance, and M. Longnecker. 2003b. An evaluation of an electronic logbook as a more accurate method of estimating spatial patterns of trawling effort and bycatch in the Gulf of Mexico shrimp fishery. North American Journal of Fisheries Management 23:787–809.

GMFMC (Gulf of Mexico Fishery Management Council). 1994. Report to the Gulf Council on shrimp effort from the shrimp effort committee. GMFMC, Tampa, Florida.

Krebs, C.J. 1998. Ecological methodology, 2nd edition. Benjamin/Cummings, Menlo Park, California.

Nance, J. M. 1992. Estimation of effort for the Gulf of Mexico shrimp fishery. NOAA Technical Memorandum NMFS-SEFC-300.

Nance, J. M. 1996. Biological review of the 1995 Texas closure. NOAA Technical memorandum NMFS-SEFSC-379.

Nance, J. M., E. X. Martinez, and E. F. Klima. 1994. Feasibility of improving the economic return from the Gulf of Mexico brown shrimp Penaeus aztecus Ives) fishery. North American Journal of Fishery Management 14:522–536.

Nance, J. M., E. F. Klima, K. N. Baxter, F. J. Patella, and D. B. Koi. 1989. Review of the 1988 Texas Closure for the shrimp fishery off Texas and Louisiana. NOAA Technical Memorandum NMFS-SEFC-218.

Nance, J. M., E. F. Klima, E. Scott-Denton, K. N. Baxter, and F. J. Patella. 1990. Biological review of the 1989 Texas Closure for the brown shrimp fishery off Texas and Louisiana. NOAA Technical Memorandum NMFS-SEFC-248.

Patella, F. 1975. Water surface area within statistical subareas used in reporting Gulf coast shrimp data. Marine Fisheries Review 37(12):22–24.

R Development Core Team. 2004. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria. Available: http://www.R-project.org.

Venables, W. N., and B. D. Ripley. 2002. Modern applied statistics with S, 4th edition. Springer, New York.

# ATTACHMENT 3

(aaa)   Specified Gulf Waters means the United States and state territorial waters of the Gulf of Mexico where residents of Gulf Coast Areas are allowed to lawfully fish, under a United States or state-issued permit or otherwise, and all adjacent bays, estuaries, straits, and other tidal or brackish waters within the territory of the States of Louisiana, Mississippi, and Alabama and the Texas and Florida counties listed in the definition Gulf Coast Areas, and which are shown on the map attached as Attachment D.

(bbb)   Taxes means all federal, state, local and/or foreign taxes of any kind on any income earned by or with respect to the Settlement Fund, or any other funds associated with the settlement of this matter, including the expenses and costs of tax attorneys and accountants retained by New Class Counsel, DHEPDS Counsel or the escrow agent of the Settlement Fund.

(ccc)   Transocean means Transocean Ltd., Transocean, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH and all and any of their Affiliates, other than any Natural Person or Entity that is also an Affiliate of any of the BP Released Parties as of April 16, 2012.

(ddd)   Transocean Settlement means the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. No. 14644-1) as may be amended from time to time.

(eee)   Vessel means every description of watercraft or other artificial contrivance used, or capable of being used, as a means of transportation on water.

17

(ee)   **Gulf Coast Areas** means the States of Louisiana, Mississippi, and Alabama; the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas; and the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama or those described counties of Texas or Florida.

(ff)   **Halliburton Released Parties** means HESI, Halliburton Company and their subsidiary companies, and any past, present and future HESI Affiliates, and each of their respective business units, divisions, product service lines (*e.g.*, Sperry Drilling Services), predecessors, and successors, and each of their respective insurers, agents, servants, representatives, officers, directors (or Natural Persons performing similar functions), employees, attorneys and administrators, all and only in their capacities as such. Future HESI Affiliates expressly does not include any Entity created by or resulting from a merger with a Transocean Entity or a BP Entity, or acquisition of an ownership interest among any of the same.

(gg)   **HESI Affiliate** means with respect to HESI, any other Natural Person or Entity that, directly or indirectly, through one or more intermediaries, controls or is controlled by, or has the power to control or be controlled by, or is under common control or common ownership with HESI. HESI Affiliate includes "Halliburton Parties" as defined in Exhibit 21, Section 2.7, to the DHEPDS. HESI Affiliate

13

Map of Gulf Coast Area





## BOUNDARY POINTS

| Point | Latitude | Longitude |
|-------|----------|-----------|
| A | 29.197°N | -95.057°W |
| B | 29.086°N | -95.130°W |
| C | 29.063°N | -95.092°W |
| D | 28.986°N | -94.978°W |

## LEGEND

Specified Gulf Waters

Waters Not Included in Class Definition: State Waters Within 3 Marine Leagues (9 Nautical Miles) of Coasts of Texas Counties Not Included in Gulf Coast Area

Boundaries of National Territorial Waters

County Boundaries



BOUNDARY POINTS IN GULF OF MEXICO

| Point | Latitude | Longitude | Point | Latitude | Longitude |
|-------|----------|-----------|-------|----------|-----------|
| A | 28.206°N | -96.318°W | G | 25.703°N | -91.092°W |
| B | 25.956°N | -97.145°W | H | 25.669°N | -88.385°W |
| C | 25.971°N | -96.980°W | I | 24.933°N | -87.210°W |
| D | 25.997°N | -93.445°W | J | 24.941°N | -86.938°W |
| E | 24.734°N | -93.664°W | K | 25.207°N | -86.553°W |
| F | 25.445°N | -91.645°W | L | 23.925°N | -81.216°W |

LEGEND

Specified Gulf Waters

Waters Not Included in Class Definition: State Waters Within 3 Marine Leagues (9 Nautical Miles) of Coasts of Texas Counties Not Included in Gulf Coast Area

Boundaries of National Territorial Waters



## BOUNDARY POINTS

| Point | Latitude | Longitude |
|-------|----------|-----------|
| A | 25.306°N | -80.372°W |
| B | 25.354°N | -80.265°W |
| C | 25.342°N | -80.251°W |
| D | 25.314°N | -80.150°W |
| E | 25.184°N | -79.692°W |

## LEGEND

Specified Gulf Waters

Waters Not Included in Class Definition: State Waters Within 3 Marine Leagues (9 Nautical Miles) of Coasts of Texas Counties Not Included in Gulf Coast Area

Boundaries of National Territorial Waters

County Boundaries

# ATTACHMENT 4

4a F/V Rhonda Lynn



Rhonda Lynn WindPlot in-tow points from trimester 1 of 2009

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 2 of 2009

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 3 of 2009

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 1 of 2010

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 2 of 2010

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 3 of 2010

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 1 of 2011

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 2 of 2011

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 3 of 2011

Red Area Covers Waters Not Included



Rhonda Lynn WindPlot in-tow points from trimester 1 of 2012

Red Area Covers Waters Not Included





Rhonda Lynn WindPlot in-tow points from trimester 3 of 2012

Red Area Covers Waters Not Included

4b F/V Little David

4b F/V Little David



Little David WindPlot in-tow points from trimester 1 of 2009

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 2 of 2009

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 3 of 2009

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 1 of 2010

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 2 of 2010

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 3 of 2010

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 1 of 2011

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 2 of 2011

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 3 of 2011

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 1 of 2012

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 2 of 2012

Red Area Covers Waters Not Included



Little David WindPlot in-tow points from trimester 3 of 2012

Red Area Covers Waters Not Included

4c F/V Little Ernie



Little Ernie WindPlot in-tow points from trimester 1 of 2009

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 2 of 2009

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 3 of 2009

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 1 of 2010

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 2 of 2010

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 3 of 2010

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 1 of 2011

Red Area Covers Waters Not Included





Little Ernie WindPlot in-tow points from trimester 3 of 2011

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 1 of 2012

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 2 of 2012

Red Area Covers Waters Not Included



Little Ernie WindPlot in-tow points from trimester 3 of 2012

Red Area Covers Waters Not Included

**ATTACHMENT 5**







**ATTACHMENT 6**



ELB Tows from Master Alston in 2007 (1899 hours)

From 1/6–12/20   53.9% hours spent east of line



ELB Tows from Master Alston in 2008 (1473 hours)

From 1/8–12/16    28.4% hours spent east of line



ELB Tows from Master Alston in 2009 (985 hours)

From 1/10–12/13   89.4% hours spent east of line



ELB Tows from Master Alston in 2010 (1141 hours)

From 1/11–12/20   70.2% hours spent east of line



ELB Tows from Master Alston in 2012 (2175 hours)

From 6/8-12/13   70.9% hours spent east of line



ELB Tows from Master Alston in 2013 (927 hours)

From 1/17–6/23    96.3% hours spent east of line



ELB Tows from Wallace B in 2011 (1244 hours)

From 1/15–12/14   63.5% hours spent east of line





ELB Tows from Wallace B in 2013 (900 hours)

From 5/25–8/21   66.7% hours spent east of line



ELB Tows from Miss Sonya in 2011 (343 hours)

From 1/18–12/7   87% hours spent east of line





ELB Tows from Miss Sonya in 2013 (428 hours)

From 1/9–2/9    83.5% hours spent east of line

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG | ) | MDL NO. 2:10-MD-02179 |
| | "DEEPWATER HORIZON" | ) | |
| | IN THE GULF OF MEXICO, | ) | SECTION: J |
| | ON APRIL 20, 2010 | ) | |
| | | ) | |
| | All Cases. | ) | Judge Barbier |
| | | ) | Mag Judge Wilkinson |

---

## ORDER

On this date the Court considered the Limited Objection to the Court's Final Approval as to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements (New Class). The objection is filed by certain Texas fisherman who share questions of law and fact with the members of the New Class but who are geographically excluded from the New Class as a result of the definition in the New Class of Gulf Coast Area. Having considered the Objection, the Court is of the opinion that the Objection has merit. Accordingly

**IT IS ORDERED** that the New Class definition for Gulf Coast Area be revised to include the Texas counties of Brazoria, Matagorda, Calhoun and Nueces.

SIGNED at New Orleans, Louisiana this _____ day of _____, 2016.

_____

HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT

1