UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2:10-MD-02179 SECTION: J |
| | All Cases. | ) ) | Judge Barbier Mag Judge Wilkinson |

**CERTIFICATE OF CONFERENCE**

Now into Court, come Plaintiffs, "Movants" herein, who file this Certificate of Conference pertaining to Movants' previously-filed Motion for Leave to File Intervention in New Class in the above-mentioned case.

Counsel for Movants certify that they have personally contacted the counsel for Respondents to discuss whether they were opposed or unopposed to Plaintiffs' Motion for Leave to File Intervention in New Class in the case above.

Movants further certify that the Respondents have indicated the following results:

| | |
|---|---|
| BP | Opposed |
| Halliburton | Opposed |
| Transocean | Opposed |
| Plaintiff/New Class | Opposed |

Movants respectfully request that the Court accept this as a confirmation of the certificate of conference for the above-mentioned motion.

Dated:  September 23, 2016	Respectfully submitted,

**FIBICH LEEBRON
COPELAND BRIGGS JOSEPHSON**

/s/ *Gregory Q. Fibich*_____
Kenneth T. Fibich
Texas State Bar No. 06952600
Gregory Q. Fibich
Texas State Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
Telephone:  713-751-0025
Fax:  713-751-0030
tfibich@fibichlaw.com
gfibich@fibichlaw.com

**ATTORNEYS FOR INTERVENORS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing CERTIFICATE OF CONFERENCE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 23rd day of September, 2016.

/s/ *Gregory Q. Fibich*_____
Gregory Q. Fibich