UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2:10-MD-02179 SECTION: J |
| | All Cases. | ) ) | Judge Barbier Mag Judge Wilkinson |

## ORDER

On this date the Court took up the Plaintiffs' Motion for Leave to File Intervention in New Class seeking to intervene in the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlement (New Class) for the limited purpose of filing an objection to a certain definition which causes said Plaintiffs to be excluded from the New Class. Having considered the motion and the arguments of Counsel the Court finds that the Motion is meritorious and should be **GRANTED**. The Court further finds that these Plaintiffs have timely filed their objection to the New Class on September 23, 2016, which objection shall be considered by the Court as part of the Fairness Hearing scheduled for November 10, 2016. Accordingly, it is

**ORDERED** that Plaintiffs' Motion for Leave to File Intervention in New Class is **GRANTED**. It is further

**ORDERED** that the District Clerk shall retain Plaintiffs' Motion for Leave to File Intervention in New Class in the record and filed as of September 23, 2016 and said objection shall be taken up by the Court at the Fairness Hearing on November 10, 2016.

SIGNED at New Orleans, Louisiana this ____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT

1