**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2:10-MD-02179  SECTION: J |
| | All Cases. | ) ) ) | Judge Barbier  Mag Judge Wilkinson |

**PLAINTIFFS'/CLAIMANTS' LIMITED OBJECTION TO THE COURT'S FINAL APPROVAL AS TO THE PROPOSED HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs/Claimants, Durwood Adams, Marcos Aparicio, Alfred Aparicio, Ernest Aparicio, Bernabie Aparicio, David Aparicio, Alfred Aparicio, Ned Baron, Mark Bates, Manny Berlanga, Reynold Busch, Monty Carter, Leslie Casterline, Harry Davis, Benny DeLeon, David DeLeon, Gabriel Ferretiz, Bryan Fields, Henry Garcia, J. Garcia, Rafael Garcia Rodriguez, Rafael Garcia, Carlos Garcia, Ubaldo Garcia, Juan C. Gonzalez, Juan T. Gonzalez, Arturo Gracia, Isidro Guerra, Donnie Helms, Timothy Kinzie, Olivio Kotrulja, Mike Lagasse, Faustino Longoria, Charlie Longoria, III, Travis Lovell, Edward Machacek, Jr., Juan Maldonado, James Milam, Jr., Jerry and Cathy Osborn, Luther Peek, III, Christopher Pitts, Ronald Prewitt, Steve Prihoda, Ausencio Reyna, Dennis Robinson, Juan Rodriguez, Lupe Rojas, Jr., Jose Rosas, Jimmy Rouse, Greg Seaman, John Shelby, Ronnie Smith, Kyle Navarez, Jane Stubbs, Mike Talasek, Linda Tippit, Steven Tipps, Roy and Muriel Tipps, Michelle Tipps - Thomas, Ernest Treybig, Jr., Randall Vossler, Douglas and Mary Jo Walker, Keith Wallis, Craig Wallis, Stewart Wells, John Williams, Gregory and Elizabeth Williams & Daniel Williamson (hereinafter referred to as the "South Texas Shrimpers"), respectfully file this Limited Objection To the Court's Final Approval

1

as to the Proposed HESI And Transocean Punitive Damages and Assigned Claims Class Action Settlements (the New Class) for the following reasons:

### THE SOUTH TEXAS SHRIMPERS ARE EXCLUDED FROM THE NEW CLASS DEFINITION OF ALL COMMERCIAL FISHERMEN OR CHARTERBOAT OPERATORS SOLELY DUE TO THEIR GEOGRAPHIC LOCATION

1.  The South Texas Shrimpers are commercial fishermen or charter boat operators who, during the relevant timeframe of April 20, 2009 through April 18, 2012, owned, chartered, leased, rented, managed, operated, utilized or held any proprietary interest in commercial fishing or charter fishing vessels or worked on or shared an interest in catch from vessels that fished in Specified Gulf Waters, as defined in the proposed New Class [Rec. Doc. 15322-1 @ 17; Rec. Doc. 15322-5 @ 2-4]. However, they landed or home ported outside of the Gulf Coast Area, as currently defined in the proposed New Class, which extends into Texas only through Galveston County [Rec. Doc. 15322-1 @ 13 and Rec. Doc. 15322-5 @ 1]. The South Texas Shrimpers landed and/or are home ported in counties just south of Galveston County - Freeport, Texas (Brazoria County), Palacios, Texas (Matagorda County), Port O'Connor, Texas (Calhoun County) and Corpus Christi, Texas (Neuces County). The South Texas Shrimpers operate on federally permitted vessels and fish regularly in Specified Gulf Waters. They have suffered precisely the same damages, which were caused by the same defendants and have the same issues of law and fact as do the owners, operators and workers who are included in the New Class definition of All Commercial Fisherman or Charter boat Operators [Rec. Doc. 16183 @ 7].

2.  The South Texas Shrimpers are being unfairly discriminated against solely because they are outside the artificial geographic boundaries proposed in the New Class which ends, from appearances arbitrarily, in Galveston County, Texas. They have suffered substantial and direct economic loss as a result of the *Deepwater Horizon* spill. Once Plaintiffs submit

2

sufficient proof of such loss, whether they are from Galveston County, Brazoria County, Matagorda County or any other coastal Texas County, they should be entitled to compensation. However, under the proposed New Class, all such claims will be disallowed solely because of the artificially established boundary at Galveston County. and "zones" in the Gulf of Mexico. There is no rational reason that the South Texas Shrimpers' claims should be disallowed on these grounds.

3. Again, the evidence will be that the South Texas Shrimpers' vessels are Federally-permitted vessels that homeport in Freeport, Texas (Brazoria County), Palacios, Texas (Matagorda County), Port O'Connor, Texas (Calhoun County) and Corpus Christi, Texas (Neuces County). Their vessels have GPS tracking and navigational systems as part of the electronic aids necessary for conducting successful fishing operations across the Gulf of Mexico. Each of these vessel owners can provide historical GPS fishing tracks reflecting their position within the Specified Gulf Waters at a given time. These historical records are a "matter of fact" having been recorded at the time the cruise was being conducted, with the track then electronically stored to provide a historical record of fishing. The South Texas Shrimpers can provide historical GPS records to prove to the Court that they were fishing in the same Specified Gulf Waters as were the New Class members during the relevant timeframe.

4. The South Texas Shrimpers meet the requirements of numerosity, commonality, typicality and adequacy in the same way as do the presumed New Class members. Fairness requires that they be included in the New Class as All Commercial Fishermen and Charter boat Operators. This can be accomplished by modifying the definition of Gulf Coast Area to include Brazoria, Matagorda, Calhoun and Nueces County, Texas.

WHEREFORE Durwood Adams, Marcos Aparicio, Alfred Aparicio, Ernest Aparicio,

Bernabie Aparicio, David Aparicio, Alfred Aparicio, Ned Baron, Mark Bates, Manny Berlanga, Reynold Busch, Monty Carter, Leslie Casterline, Harry Davis, Benny DeLeon, David DeLeon, Gabriel Ferretiz, Bryan Fields, Henry Garcia, J. Garcia, Rafael Garcia Rodriguez, Rafael Garcia, Carlos Garcia, Ubaldo Garcia, Juan C. Gonzalez, Juan T. Gonzalez, Arturo Gracia, Isidro Guerra, Donnie Helms, Timothy Kinzie, Olivio Kotrulja, Mike Lagasse, Faustino Longoria, Charlie Longoria, III, Travis Lovell, Edward Machacek, Jr., Juan Maldonado, James Milam, Jr., Jerry and Cathy Osborn, Luther Peek, III, Christopher Pitts, Ronald Prewitt, Steve Prihoda, Ausencio Reyna, Dennis Robinson, Juan Rodriguez, Lupe Rojas, Jr., Jose Rosas, Jimmy Rouse, Greg Seaman, John Shelby, Ronnie Smith, Kyle Navarez, Jane Stubbs, Mike Talasek, Linda Tippit, Steven Tipps, Roy and Muriel Tipps, Michelle Tipps - Thomas, Ernest Treybig, Jr., Randall Vossler, Douglas and Mary Jo Walker, Keith Wallis, Craig Wallis, Stewart Wells, John Williams, Gregory and Elizabeth Williams & Daniel Williamson, the South Texas Shrimpers respectfully request that this Court enter an Order modifying the definition of Gulf Coast Area in the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements to include Brazoria, Matagorda, Calhoun and Nueces Counties, and for such other relief to which they may be entitled.

Dated:  September 23, 2016            Respectfully submitted,

**FIBICH LEEBRON
COPELAND BRIGGS JOSEPHSON**

/s/ *Gregory Q. Fibich*_____
Kenneth T. Fibich
Texas State Bar No. 06952600
Gregory Q. Fibich
Texas State Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
Telephone:  713-751-0025
Fax:  713-751-0030
tfibich@fibichlaw.com
gfibich@fibichlaw.com

**ATTORNEYS FOR
PLAINTIFFS/CLAIMANTS
SOUTH TEXAS SHRIMPERS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing  PLAINTIFFS'/CLAIMANTS' LIMITED OBJECTION TO THE COURT'S FINAL APPROVAL AS TO THE PROPOSED HESI AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS CLASS ACTION SETTLEMENTS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 23rd day of September, 2016.

/s/ *Gregory Q. Fibich*_____
Gregory Q. Fibich