UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) | | MDL NO. 2:10-MD-02179 |
| | "DEEPWATER HORIZON" ) | | |
| | IN THE GULF OF MEXICO, ) | | SECTION: J |
| | ON APRIL 20, 2010 ) | | |
| | ) | | |
| | All Cases. ) | | Judge Barbier |
| | ) | | Mag Judge Wilkinson |

## ORDER

On this date the Court considered the Limited Objection to the Court's Final Approval as to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements (New Class). The objection is filed by certain Texas fisherman who share questions of law and fact with the members of the New Class but who are geographically excluded from the New Class as a result of the definition in the New Class of Gulf Coast Area. Having considered the Objection, the Court is of the opinion that the Objection has merit. Accordingly

**IT IS ORDERED** that the New Class definition for Gulf Coast Area be revised to include the Texas counties of Brazoria, Matagorda, Calhoun and Nueces.

SIGNED at New Orleans, Louisiana this ____ day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
JUDGE, UNITED STATES DISTRICT COURT

1