CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 80-5584          DIVISION " H "          DOCKET NO. 1

SUCCESSION OF SIDNEY C. SCHOENBERGER

FILED: _____     _____
                                       DEPUTY CLERK

### JUDGMENT OF POSSESSION

Considering the joint Petition for Possession and the record of this proceeding; satisfactory proof having been submitted to the Court that all inheritance taxes due have been paid by the heirs; there being no necessity for any further administration of this succession; the law and evidence entitling petitioners to the relief prayed for, and for the reasons this date orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED that:

1) Kevin C. Schoenberger, Josephine Marie Schoenberger Peters, Martin J. Schoenberger and Mary Ellen Schoenberger Willkomm, are recognized as the children and sole heirs of the deceased, and as such the owners, and are sent into possession under benefit of inventory of all of the property belonging to the succession of the deceased, all of which property is separate property of the deceased and not subject to any usufruct:

REAL ESTATE:   1/2 undivided interest in the following real estate:

1)          A CERTAIN LOT OF GROUND, together with all
            of the buildings and improvements thereon,
            and all of the rights, ways, privileges,
            servitudes, appurtenances and advantages
            thereunto belonging or in anywise apper-
            taining, situated in the Fourth District
            of the City of New Orleans, in Square 169,
            bounded by Camp, First, Philip and Chestnut
            Streets, designated by the letter "X" on
            survey made by E. Peuch Madden, Civil
            Engineer, dated July 17, 1934; according
            thereto said portion of ground commences
            one hundred and fifty seven (157) feet
            from the corner of First and Camp Streets,





EXHIBIT 1

-1-

Helis-Shell State Lease 1762, et al, Unit #2. Beginning at the northeast corner of the herein described tract, said corner having the Lambert Plane Coordinates of X = 2,545,263.0 and Y = 362,576.3; thence south 00 degrees 51 minutes east 2528.5 feet; thence south 89 degrees 09 minutes west 2756.4 feet; thence north 00 degrees 51 minutes west 2528.5 feet; thence north 89 degrees 09 minutes east 2756.4 feet to the place of beginning.

All bearings and coordinates are based on the Louisiana Lambert Plane Grid Coordinate System (South Zone).

Being the same property acquired by Sidney C. Schoenberger from Mrs. Susie Lou Perez Huey and Arthur Huey on August 1, 1961 recorded in COB 257, folio 412 of the records of Plaquemines Parish, Louisiana and further acquired from Manning Oil Corporation on August 1, 1962 and recorded in COB 257, folio 415 of the records of Plaquemines Parish, Louisiana.

5) An undivided 1/4 interest in and to the following described property, to-wit:

(i) All of that piece or portion of ground, situated in Section Twenty, Township Sixteen South, Range Sixteen East (Sec. 20, T-16-S, R-16-E) Parish of Plaquemines, State of Louisiana, commencing at Point A on a sketch of the said Section 20 annexed hereto and made a part hereof, said Point A being the corner common to Section 17,18,19 and 20, T-16-S, R-16-E, thence along the north boundary of said Section 20, N 89° 24' E a distance of 820' to Point B, thence S 03° 25' E, 677.8 feet to Point D, thence S 03° 47' W, 1,108.6 feet to Point E, thence S 01° 32' E, 825.1 feet to Point F, thence S 65° 5' W, 352.2 feet to Point G, thence directly west 820 feet to the boundary line between Sections 19 and 20, at Point H, then following said boundary line between Sections 19 and 20 from Point H to Point A, the point of beginning.

(ii) All of that piece or portion of ground situated in Section 20, Township 16 South, Range 16 East, (Sec 20, T-16-S, R-16-E) Parish of Plaquemines, State of Louisiana, consisting of 18.72 acres of land bounded north by the line connecting Points G and H, bounded south by the south boundary line of Section 29, bounded west by the western boundary line of Section 20 as same may be determined and bounded east by a line running north and south from the line between Points G and H and the southern boundary line of Section 20, so as to incline within said four lines, 18.72 acres of land.

146035D

16/0/94

16/0/94

Less and except those portions of land transferred to White Estate, Inc., et al by Compromise Agreement dated June 6, 1961, recorded in COB 242, folio 45, Plaquemines Parish.

The property described hereinabove in Paragraph (ii) is shown in red on the map annexed hereto and made a part hereof, and marked Exhibit "A" for identification.

The excepted portion mentioned hereinabove in Paragraph (ii) is shown in red on the map annexed hereto, and identified as Exhibit "B".

Being the same property acquired by Sidney C. Schoenberger from Manning Oil Corporation, et al on July 24, 1961, recorded in COB 242, folio 59, Plaquemines Parish.

6) ✓  One-sixth interest in and to the following described property in the Parish of Plaquemines, State of Louisiana:

Northwest Quarter (NW1/4), South Half of Northeast Quarter (S1/2 of NE1/4), Northwest Quarter of Southeast Quarter (NW1/4 of SE1/4) Section 1, entire Section 2, entire Section 3, Northwest Quarter of Northwest Quarter (NW1/4 of NW1/4), Section 12, Township 18 South, Range 16 East, Southeastern Land District of Louisiana, East of the Mississippi River.

Being the same property acquired by Sidney C. Schoenberger from Irene Black Buhl, et al on February 27, 1959 and recorded in COB 217, folio 903 of the records of Plaquemines Parish, Louisiana.

7)  The following described property located in the Parish of Plaquemines, State of Louisiana:

(a) The Northeast Quarter (NE1/4) of Southeast Quarter (SE1/4) of Northeast Quarter (NE1/4) and East Half (E1/2) of Northwest Quarter (NW1/4) of Southeast Quarter (SE1/4) of Northeast Quarter (NE1/4) of Section 22, containing fifteen acres (15) located in Township Nineteen South, Range Seventeen East (T-19-S, R-17-E)

(b) The South Half (S1/2) of North Half (N1/2) of South Half (S1/2) of South Half (S1/2) of North Half (N1/2) of Northwest Quarter (NW1/4) of Section 22, containing five acres (5) located in Township Nineteen South, Range Seventeen East (T-19-S, R-17-E)

Being the same property acquired from Ethel Hope Frissell, wife of/and Lewis F. Frissell, dated October 31, 1942, in COB 108, folio 228 of the records of Plaquemines Parish, Louisiana.

1460300

the Mississippi River, Parish of Plaquemines, Louisiana, shown as Tracts 1,2,3,4 and 5, comprising a total of 63.10 acres as shown on the plat of W.E. Campbell, dated November 5, 1968, and corrected on October 25, 1973, a copy of which is attached hereto and marked Exhibit "D" for identification.

Being the same property acquired by Sidney C. Schoenberger from Mrs. Susie Lou Perez Huey, et al on December 31, 1974, recorded in COB 413, folio 564 of the records of Plaquemines Parish.

10) ✓ 1/4 interest in the following described property, to-wit:

Section 19, Township 23 South, Range 33 East (Sec. 19, T-23-S, R-33-E) located in Plaquemines Parish, containing 46.88 acres, 31.26 A Sea B $80.; 15.62 A Trapping $80.; including batture and accretion.

Being the same property acquired by Sidney C. Schoenberger from Philip A. Grove on May 21, 1970, recorded in COB 350, folio 676 of the records of Plaquemines Parish.

11) A 5% mineral interest in the following described property, to-wit:

A certain tract or portion of land situated in the Parish of Plaquemines, State of Louisiana, on the left bank of the Mississippi River at about 63 miles below the City of New Orleans, and having and measuring one arpent front on the Mississippi River by a depth of forty arpents and bounded above by the lands now or formerly belonging to Andrew Franklin or the Board of Levee Commissioners of the Orleans Levee District and below by the property formerly belonging to Thomas Coleman and then to Rev. Hyacinth Hughes and now or formerly belonging to the Board of Levee Commissioners of the Orleans Levee District.

Being the same property acquired by Sidney C. Schoenberger from Floyd J. Reed on May 31, 1973 and recorded in COB 394, folio 199 of the records of Plaquemines Parish, Louisiana.

12) 1/6th of 25% of 8/8ths of all oil, gas and minerals in the following described property, to-wit:

A certain piece or portion of ground situated on the east bank of the Mississippi River, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, at about 65 miles below the City of New Orleans, in the Parish of Plaquemines, State of Louisiana,

          Being the same property acquired by Sidney C. Schoenberger from Mrs. Gertrude E. Fischer, et al on June 18, 1970, and recorded in COB 106, folio 566 of the records of St. Bernard Parish, Louisiana.

15) An undivided 1/12th interest in and to all of the oil, gas and minerals in the following described property, to-wit:

          A certain tract of land situated in the Parish of Lafourche, State of Louisiana, on the right descending bank of Bayou Lafourche at a distance of about twenty-six (26) miles below the town of Thibodaux, measuring one-half (1/2) arpent, more or less, fronting on Bayou Lafourche, by a depth of forty (40) arpents; bounded above by property of Warren Harang and below by property of Mrs. Beatrice Uzee Gervais.

          Being the same property acquired by Sidney C. Schoenberger from Mrs. Helen Uzee Rodriguez, et al on June 5, 1955, recorded in COB _____, folio _____ of the records of Lafourche Parish.

STOCKS:

1) One (1) share of New Orleans Country Club stock.

CASH:

1) Cash                                   $91,015.00

2) Accounts receivable             39,922.00

OTHER PROPERTY:

1) One (1) 1977 Cadillac automobile bearing vehicle identification number 6D69S7Q181776

2) One (1) 1979 Cadillac automobile bearing vehicle identification number 6D47S99100713

3) Office furniture

4) Home furnishings and personal property

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

2) Kevin C. Schoenberger is discharged as Provisional Administrator of this succession, and the bond filed by him in this proceeding on the  24th  day of ____June____, 1980 with Hartford Accident and Indemnity Company as Surety, is cancelled.

80-9584

JUDGMENT READ, RENDERED AND SIGNED in Chambers at New Orleans, Louisiana, this 15th day of May, 1981.

_____
JUDGE

A TRUE COPY

_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

-10-

CIVIL DISTRICT COURT FOR THE

PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 76-3712    DIVISION A                    DOCKET NO. 1

SUCCESSION

OF

MRS. JOSEPHINE MARIE DOODY
WIFE OF SIDNEY C. SCHOENBERGER

FILED: _____

_____
DEPUTY CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>JUDGMENT OF POSSESSION</u>

Considering the petition and affidavits on file herein and it appearing that all Inheritance Tax due The State of Louisiana has been paid, and the law and evidence being in favor of the petitioners,

IT IS ORDERED, ADJUDGED AND DECREED that Sidney C. Schoenberger be recognized as the surviving spouse in community with Mrs. Josephine Marie Doody Schoenberger and as such he be sent and put into possession of an undivided one-half interest in all of the community property owned by the decedent, Mrs. Josephine Marie Doody Schoenberger, at the time of her death and, more particularly, the property hereinafter described;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Sidney C. Schoenberger be also sent and put into possession of the usufruct of the other undivided one-half interest in all of the community property owned by the decedent, Mrs. Josephine Marie Doody Schoenberger, at the tume of her death and, more particularly, the property hereinafter described;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Mrs. Josephine M. Schoenberger Peters, Kevin C. Schoenberger, Martin J. Schoenberger, and Mary Ellen Schoenberger be recognized as the sole and only heirs of the decedent, Mrs. Josephine Marie Doody Schoenberger, and as such that they are hereby sent and put into possession of an undivided one-half interest in all of the community property owned by

north 89 degrees 09 minutes east 2535.8 feet to the place of beginning.

All bearings and coordinates are based on the Louisiana Lambert Plane Grid Coordinate System (South Zone).

Helis-Shell State Lease 1762, et al Unit #2. Beginning at the northeast corner of the herein described tract, said corner having the Lambert Plane Coordinates of X = 2,545,263.0 and Y = 362,576.3; thence south 00 degrees 51 minutes east 2528.5 feet; thence south 89 degrees 09 minutes west 2756.4 feet; thence north 00 degrees 51 minutes west 2528.5 feet; thence north 89 degrees 09 minutes east 2756.4 feet to the place of beginning.

All bearings and coordinates are based on the Louisiana Lambert Plane Grid Coordinate System (South Zone).

Being the same property acquired by Sidney C. Schoenberger from Mrs. Susie Lou Perez Huey and Arthur Huey on August 1, 1961, recorded in COB 257, Folio 412 of the records of Plaquemines Parish, Louisiana and further acquired from Manning Oil Corporation on August 1, 1962 and recorded in COB 257, Folio 415 of the records of Plaquemines Parish, Louisiana.

6b  An undivided 1/4 interest in and to the following described property, to-wit:

(i) All of that piece or portion of ground, situated in Section Twenty, Township Sixteen South, Range Sixteen East (Sec. 20, T-16-S, R-16-E) Parish of Plaquemines, State of Louisiana, commencing at Point A on a sketch of the said Section 20 annexed hereto and made a part hereof, said Point A being the corner common to Section 17, 18, 19 and 20, T-16-S, R-16-E, thence along the north boundary of said Section 20, N 89° 24' E, a distance of 820', to Point B, thence S 03° 25' E, 677.8 feet to Point D, thence S 03° 47' W, 1,108.6 feet to Point E, thence S 01° 32' E, 825.1 feet to Point F, thence S 65° 5' W, 352.2 feet to Point G, thence directly west 820 feet to the boundary line between Sections 19 and 20, at Point H, then following said boundary line between Sections 19 and 20 from Point H to Point A, the point of beginning.

(ii) All of that piece or portion of ground situated in Section 20, Township 16 South, Range 16 East (Sec. 20, T-16-S, R-16-E) Parish of Plaquemines, State of Louisiana, consisting of 18.72 acres of land bounded north by the line connecting Points G and H, bounded south by the south boundary line of Section 29, bounded west by the western boundary line of Section 20 as same may be determined and bounded east by a line running north and south from the line between Points G and H and the southern boundary line of Section 20, so as to include within said four lines, 18.72 acres of land.

Less and Except those portions of land transferred to White Estate, Inc. et al by Compromise Agreement, dated June 6, 1961, recorded in COB 242, Folio 45, Plaquemines Parish.

The property described hereinabove in Paragraph (ii) is shown in red on the map annexed hereto and made a part hereof, and marked Exhibit "A" for identification.

The Excepted portion mentioned hereinabove in Paragraph (ii) is shown in red on the map annexed hereto, and identified as Exhibit "B".

Being the same property acquired by Sidney C. Schoenberger from Manning Oil Corporation, et al on July 24, 1961, recorded in COB 242, Folio 59, Plaquemines Parish.

7. One-sixth interest in and to the following described property in the Parish of Plaquemines, State of Louisiana:

Northwest Quarter (NW1/4), South Half of Northeast Quarter (S1/2 of NE1/4), Northwest Quarter of Southeast Quarter (NW1/4 of SE1/4) Section 1, entire Section 2, entire Section 3, Northwest Quarter of Northwest Quarter (NW1/4 of NW1/4) Section 12, Township 18 South, Range 16 East, Southeastern Land District of Louisiana, East of the Mississippi River.

Being the same property acquired by Sidney C. Schoenberger from Irene Black Buhl, et al on February 27, 1959 and recorded in COB 217, Folio 903 of the records of Plaquemines Parish, Louisiana.

8. The following described property located in the Parish of Plaquemines, State of Louisiana:

(a) The Northeast Quarter (NE/4) of Southeast Quarter (SE/4) of Northeast Quarter (NE/4) and East Half (E/2) of Northwest Quarter (NW/4) of Southeast Quarter (SE/4) of Northeast Quarter of Section 22, containing fifteen (15) acres located in Township Nineteen South, Range Seventeen E st (T-19-S, R-17-E).

Being the same property acquired from Ethel Hope Frissell, wife of and Lewis F. Frissell, dated October 31, 1942, COB 108, Folio 225 of the records of Plaquemines Parish, Louisiana.

(b) The South Half (S/2) of the Southwest Quarter (SW/4) of the Southeast Quarter (SE/4) of Southeast Quarter (SE/4) containing five (5) acres and one (1) acre off of extreme south portion of North Half (N/2) of Southwest Quarter (SW/4) of Southeast Quarter (SE/4) of Southeast Quarter (SE/4), bounded north by property of M. C. Allan and the South Half (S/2) of the North Half (N/2) of the South Half (S/2) of South Half (S/2) of the North Half (N/2) of Northwest Quarter (NW/4) containing five (5) acres. Total acreage of 11

All of fractional Section 31, Township 17 South, Range 17 East, St. Helena Meridian, in the Southeastern Land District of Louisiana, East of the Mississippi River, Parish of Plaquemines, Louisiana, shown as Tracts 1, 2, 3, 4 and 5, comprising a total of 63.10 acres as shown on the plat of W. E. Campbell, dated November 5, 1968, and corrected on October 25, 1973, a copy of which is attached hereto and marked "Exhibit D" for identification.

Being the same property acquired by Sidney C. Schoenberger from Mrs. Susie Lou Perez Huey, et al on December 31, 1974, recorded in COB 413, Folio 564, of the records of Plaquemines Parish.

11. 1/4 Interest in the following described property, to-wit:

Section 19, Township 23 South, Range 33 East (Sec. 19, T-23-S, R-33-E) located in Plaquemines Parish, containing 46.88 acres, 31.26 A Sea B $80.00; 15.62 A Trapping $80.; including batture and accretion.

Being the same property acquired by Sidney C. Schoenberger from Philip A. Grove on May 21, 1970, recorded in COB 250, Folio 676 of the records of Plaquemines Parish, Louisiana.

12. A 5% Mineral Interest in the following described property, to-wit:

A certain tract or portion of land situated in the Parish of Plaquemines, State of Louisiana, on the left bank of the Mississippi River at about 63 miles below the City of New Orleans, and having and measuring one arpent front on the Mississippi River by a depth of forty arpents and bounded above by the lands now or formerly belonging to Andrew Franklin or the Board of Levee Commissioners of the Orleans Levee District and below by the property formerly belonging to Thomas Coleman and then to Rev. Hyacinth Hughes and now or formerly belonging to the Board of Levee Commissioners of the Orleans Levee District.

Being the same property acquired by Sidney C. Schoenberger from Floyd J. Reed on May 31, 1973 and recorded in COB 394, Folio 199 of the records of Plaquemines Parish, Louisiana.

13. 1/6th of 25% of 8/8ths of all oil, gas and minerals in the following described property, to-wit:

A certain piece or portion of ground situated on the east bank of the Mississippi River, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, and advantages thereunto belonging or in anywise appertaining, at about 65 miles below the City of New Orleans, in the Parish of Plaquemines, State of Louisiana, having and measuring one arpent front on the Mississippi River by forty arpents in depth, more or less, bounded on the upper side by property presently or formerly belonging to J. P. Cosse and the lower side by property presently or formerly

decedent, Mrs. Josephine Marie Doody Schoenberger, at the time of her death.

JUDGMENT READ, RENDERED AND SIGNED in New Orleans, Louisiana, this 10th day of March, 1976.

_____
J U D G E

A TRUE COPY
CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA