CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 84-9110                       DIVISION "G"                       DOCKET NO. 1

SUCCESSION OF JOSEPHINE SCHOENBERGER BEIN

FILED: _____          _____
                                                           DEPUTY CLERK

### SECOND AMENDED JUDGMENT OF POSSESSION

**CONSIDERING** the Second Amended Joint Petition for Possession, and the entire record of this proceeding, satisfactory proof having been submitted to the Court that a clerical error was made in the Amended Judgment of Possession, and the law and evidence being in favor of petitioners, that certain properties of the decedent should be added to the Amended Judgment of Possession which were not heretofore included, and the law and evidence entitling petitioner to the relief as prayed for the reasons this day orally assigned:

**IT IS ORDERED, ADJUDGED AND DECREED:** that Christian Schoenberger Bein, daughter of decedent, be and is hereby recognized as naked owner of, and is hereby sent into and put in possession of all of the decedent's separate property which is listed below. C. Philip Bein, widower of decedent, is hereby granted a usufruct on all of the property described below for his natural life with the right, power and authority to sell all property upon which he has a usufruct, including nonconsumable things. Upon said sale, the usufruct of nonconsumable things shall be converted to a usufruct of consumable things, and the usufruct shall attach to the proceeds from the sale of such nonconsumable things.

An undivided one-quarter (1/4) interest in the following:

1)  That certain piece or portion of ground, together with all the buildings and improvements thereon and all of the rights, ways, privileges and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of Plaquemines, State of Louisiana, on the left bank of the Mississippi River about 25 miles below the City of New Orleans and measuring one-half arpent front on the said Mississippi River by a depth of 40 arpents, bounded above by Bertrandville and below by the lands now or formerly belonging to Salvador Manichia, being the upper-most one-half arpent portion of the property



EXHIBIT 2

Helis-Shell State Lease 1762, et al, Unit #2. Beginning at the northeast corner of the herein described tract, said corner having the Lambert Plane Coordinates of X = 2,545,263.0 and Y = 362,576.3; thence south 00 degrees 51 minutes east 2528.5 feet; thence south 89 degrees 09 minutes west 2756.4 feet; thence north 00 degrees 51 minutes west 2528.5 feet; thence north 89 degrees 09 minutes east 2756.4 feet to the place of beginning.

All bearings and coordinates are based on the Louisiana Lambert Plane Grid Coordinate System (South Zone).

Being the same property acquired by Sidney C. Schoenberger from Mrs. Susie Lou Perez Huey and Arthur Huey on August 1, 1961 recorded in COB 257, folio 412 of the records of Plaquemines Parish, Louisiana and further acquired from Manning Oil Corporation on August 1, 1962 and recorded in COB 257, folio 415 of the records of Plaquemines Parish, Louisiana.

4) An undivided 1/4 interest in and to the following described property, to-wit:

(i) All of that piece or portion of ground, situated in Section Twenty, Township Sixteen South, Range Sixteen East (Sec. 20, T-16-S, R-16-E), Parish of Plaquemines, State of Louisiana, commencing at Point A on a sketch of the said Section 20 annexed hereto and made a part hereof, said Point A being the corner common to Section 17, 18, 19 and 20, T-16S, R-16-E, thence along the north boundary of said Section 20, N 89 degrees 24 minutes E a distance of 820' to Point B, thence S 03 degrees 25 minutes E, 677.8 feet to Point D, thence S 03 degrees 47 minutes W, 1,108.6 feet to Point E, thence S 01 degrees 32 minutes E, 825.1 feet to Point F, thence S 65 degrees 5 minutes W, 352.2 feet to Point G, thence directly west 820 feet to the boundary line between Sections 19 and 20, at Point H, then following said boundary line between Sections 19 and 20 from Point H to Point A, the point of beginning.

(ii) All of that piece or portion of ground situated in Section 20, Township 16 South, Range 16 East, (Sec. 20, T-16-S, R-16-E), Parish of Plaquemines, State of Louisiana, consisting of 18.72 acres of land bounded north by the line connecting Points G and H, bounded south by the south boundary line of Section 29, bounded west by the western boundary line of Section 20 as same may be determined and bounded east by a line running north and south from the line between Points G and H an the southern boundary line of Section 20, so as to incline within said four lines, 18.72 acres of land.

Less and except those portions of land transferred to White Estate, Inc., et al by Compromise Agreement dated June 6, 1961, recorded in COB 242, folio 45, Plaquemines Parish.

The property described hereinabove in Paragraph (ii) is shown in red on the map annexed hereto and made a part hereof, and marked Exhibit "A" for identification.

The excepted portion mentioned hereinabove in Paragraph (ii) is shown in red on the map annexed hereto, and identified as Exhibit "B."

Being the same property acquired by Sidney C. Schoenberger from Manning Oil Corporation, et al on July 24, 1961, recorded in COB 242, folio 59, Plaquemines Parish.

5) One-sixth interest in and to the following described property in the Parish of Plaquemines, State of Louisiana:

Northwest Quarter (NW1/4), South Half of Northeast Quarter (S1/2 of NE1/4), Northwest Quarter of Southeast Quarter (NW1/4 of SE1/4), Section 1, entire Section 2, entire Section 3, Northwest Quarter of Northwest Quarter (NW1/4 of NW1/4), Section 12, Township 18 South, Range 16 East, Southeastern Land District of Louisiana, East of the Mississippi River.

Being the same property acquired by Sidney C. Schoenberger from Irene Black Buhl, et al on February 27, 1959 and recorded in COB 217, folio 903 of the records of Plaquemines Parish, Louisiana.

6) The following described property located in the Parish of Plaquemines, State of Louisiana:

(a) The Northeast Quarter (NE1/4) of Southeast Quarter (SE1/4) of the Northeast Quarter (NE1/4) and East Half (E1/2) of Northwest Quarter (NW1/4) of Southeast Quarter (SE1/4) of Northeast Quarter (NE1/4) of Section 27, containing fifteen acres (15) located in Township Nineteen South, Range Seventeen East (T-19-S, R-17-E).

(b) The South Half (S1/2) of the North Half (N1/2) of South Half (S1/2) of the South Half (S1/2) of North Half (N1/2) of the Northwest Quarter (NW1/4) of Section 22, containing five acres (5) located in Township Nineteen South, Range Seventeen East (T-19-S, R-17-E).

Being the same property acquired from Ethel Hope Frissell, wife of and Lewis F. Frissell on October 31, 1942, in COB 108, folio 228 of the records of Plaquemines Parish, Louisiana.

(c) The North Half (N1/2) of the Northwest Quarter (NW1/4) of the Northeast Quarter (NE1/4) of Section 22, containing twenty acres (20). Located in Township Nineteen South, Range Seventeen East (T-19-S, R-17-E).

Being the same property acquired from Ethel Hope Frissell, dated October 31, 1942, in COB 108, folio 231, as corrected by deed dated January 30, 1951, in COB 152, folio 520 of the records of Plaquemines Parish, Louisiana.

(d) Twenty acres (20) off north side of Northwest Quarter (NW14) of Section 22, bounded on the north by property of F.S. Arbor, east and west by present quarter section boundary lines, and on the south by a line paralleling north boundary line at a sufficient distance to make twenty acres (20). Located in Township Nineteen South, Range Seventeen East (T-19-S, R-17-E).

Being the same property acquired from Ethel Hope Frissell, wife of/ and Lewis F. Frissell, dated October 31, 1942, in COB 108, folio 234 of the records of Plaquemines Parish, Louisiana.

All of the foregoing property was acquired by vendors by inheritance as the widow in community and sole and only legatees and heirs of George W. Fischer.

Being the same property acquired by Sidney C. Schoenberger from Mrs.

Gertrude E. Fischer, et al on June 17, 1970 and recorded in COB 352, folio 161 of the records of Plaquemines Parish, Louisiana.

7) 1/240th Royalty Interest in the following described tract of land:

A certain tract of land located in the Parish of Plaquemines, State of Louisiana, containing fifth-seven and 36/100 (57.36) acres and being all of the land area in Section Eighteen (18) Township Seventeen (17), Range Seventeen (17) East, St. Helena Meridian, in the Southeastern Land District of Louisiana, East of the Mississippi River, which is outlined in red on that certain plot of survey, marked Exhibit "C" and annexed hereto and made a part hereof for all purposes.

Being the same property acquired by Sidney S. Schoenberger from Mrs. Susie Lou Perez, et al on July 16, 1958, and recorded in COB 124, Folio 996, Plaquemines Parish, Louisiana.

8) 1/320th Interest in the following described property, to wit:

All of fractional Section 21, Township 17 South, Range 17 East, St. Helena Meridian, in the Southeastern Land District of Louisiana, East of the Mississippi River, Parish of Plaquemines, Louisiana, shown as Tracts 1, 2, 3, 4 and 5, comprising a total of 63.10 acres as shown on the plat of W.E. Campbell, dated November 5, 1968, and corrected on October 25, 1973, a copy of which is attached hereto and marked "Exhibit "D" for identification.

Being the same property acquired by Sidney S. Schoenberger from Mrs. Susie Lou Perez Huey, et al on December 31, 1974, and recorded in COB 412, Folio 564 of the records of Plaquemines Parish.

9) A one-fourth interest in the following described property, to-wit:

Section 19, Township 23 South, Range 33 East (Sec. 19, T-23-S, R-33-E) located in Plaquemines Parish, containing 46.88 acres, 31.26 A Sea B $80; 15.62 A Trapping $80.; including batture and accretion.

Being the same property acquired by Sidney C. Schoenberger from Philip A. Grove on May 21, 1970, recorded in COB 350, folio 676 of the records of Plaquemines Parish.

10) A 5% Mineral Interest in the following described property, to-wit:

A certain tract of land or portion of land situated in the Parish of Plaquemines, State of Louisiana, on the left bank of the Mississippi River at 63 miles below the City of New Orleans and having and measuring one arpent front on the Mississippi River by a depth of forty arpents, and bounded above by the lands now or formerly belonging to Andrew Franklin or the Board of Levee Commissioners of the Orleans Levee District and below by the property formerly belonging to Thomas Coleman and then to Rev. Hyacinth Hughes and now or formerly belonging to the Board of Levee Commissioners of the Orleans Levee District.

Being the same property acquired by Sidney C. Schoenberger from Floyd J. Reed on May 31, 1973 and recorded in COB 394, folio 199 of the records of

Lewis F. Frissell, et al, on October 31, 1942, COB 47, folio 467 of the records of St. Bernard Parish, Louisiana.

Being the same property acquired by Sidney C. Schoenberger from Mrs. Gertrude E. Fischer, et al on June 17, 1970 and recorded in COB 352, folio 161 of the records of the Plaquemines Parish, Louisiana.

14) An undivided 1/12th interest in and to all of the oil, gas and minerals in the following described property, to-wit:

A certain tract of land or portion of land situated in the Parish of Lafourche, State of Louisiana, on the right descending bank of the Bayou Lafourche at a distance of about twenty-six (26) miles below the Town of Thibodaux, measuring one-half (½) arpent, more or less, fronting on Bayou Lafourche, by a depth of (40) forty arpents, bounded above by property of Warren Harang and below by property of Mrs. Beatrice Uzee Gervais.

Being the same property acquired by Sidney C. Schoenberger from Mrs. Helen Uzee Rodriguez, et al on June 5, 1955, recorded in COB ___, folio ___ of the records of _____.

JUDGMENT READ, RENDERED AND SIGNED in New Orleans, Louisiana, this 5th day of August, 1998.

_____
JUDGE

AUG 05 1998

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA