DELINQUENT NOTICE TAX YEAR 2012

PLAQUEMINES PARISH SHERIFF'S OFFICE
302 MAIN ST.
BELLE CHASSE, LA. 70037

SCHOENBERGER, KEVIN C ET AL
201 ST CHARLES AVE
STE 2422
NEW ORLEANS, LA 70170

TAX NOTICE #: 1460300

PLEASE PAY PROMPTLY TO AVOID FURTHER INTEREST AND COST.

TOTAL TAXES DUE: $3.89

PARCEL NUMBER: 1460300

| CLASS | VALUE | HOMESTEAD | UNITS |
|---|---|---|---|
| MARSH, FRESWA | 60 | 0 | 12 |

| | |
|---|---|
| TOTAL VALUE | 60 |
| HOMESTEAD | 0 |
| LTC VALUE CHANGE | 0 |
| LTC HOMESTEAD CHANGE | 0 |
| TAXABLE | 60 |

===PROPERTY DESCRIPTION===
AN UND 1/4 INT INTO: SEC 19 T23S R33E (46.88 AC).


EXHIBIT 3

1,429

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR    TAX NOTICE# TAX NOTICE
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425    WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 60    LESS HOMESTEAD: 0    TAXABLE: 60

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1460300 | 01.20M ASSESSMENT DIST. | $ 0.07 |
| MARSH, FRESHA-50-12 | 05.32M HOSPITAL DISTRIC | $ 0.32 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNMEN | $ 0.91 |
| AN UND 1/4 INT INTO: SEC 19 T23S R33E (.46 | 24.41M SCHOOL BOARD | $ 1.46 |
| .88 AC). | 14.45M SHERIFF'S OFFICE | $ 0.98 |

3.51

TOTAL DUE ▶    $ 3.74

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT