Date: 06/25/2014
Time: 11:41:16AM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

Page: 1

# 2014 PARCEL LISTING

**OWNER**
SCHOENBERGER, KEVIN C ET AL
201 ST CHARLES AVE
STE 2422
NEW ORLEANS, LA 70170-

**PARCEL# 1610194**

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1610194 | REAL ESTATE | 1 | | TSR |

**LOCATIONS- PARCEL#1610194**

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| Bohemia to SW Pass | | | 01 | 18S | 16E | | | |
| | | | 01 | 18S | 16E | | | |
| | | | 01 | 18S | 16E | | | |
| | | | 02 | 18S | 16E | | | |
| | | | 03 | 18S | 16E | | | |
| | | | 12 | 18S | 16E | | | |

**ITEMS- PARCEL#1610194**

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (SALT) | 360 | | 3,600 | 119.88 | 0.00 |
| **Item Totals** | **360** | | **3,600** | **119.88** | **0.00** |

**LEGAL DESCRIPTION- PARCEL#1610194**

AN UND 1/6 INT INTO: NW/4, S/2 OF NW/4 OF SE/4 OF SEC 1, ENTIRE SEC 2, ENTIRE SEC 3 & NW/4 OF OF SEC 12. ALL IN T18S R16E, OF SE LAND DISTRICT, E OF MISS RIVER.

NOTES:
OTHER PORTION CARRIED IN 1-060200, H BLACK (1/3) &
SUNRISE FISH & OYSTER CO IN 1-491750 (1/2).

**DEEDS- PARCEL#1610194**

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Succ - Succession/Judg of Pos | 146 | | 430 | 663 | 0.00 |
| Older Conveyence | 215 | | 217 | 895 | 0.00 |
| Land - Land Sale Only | | 02/27/1959 | 217 | 903 | 0.00 |
| Succ - Succession/Judg of Pos | 115 | 05/15/1981 | 524 | 611 | 0.00 |
| Succ - Succession/Judg of Pos | 128 | 08/05/1998 | 934 | 581 | 0.00 |

**OWNERSHIP INFORMATION**

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | SCHOENBERGER, KEVIN C ET AL | YES | 100.0000 | 100.0000 | |
| | BEIN, JOSEPHINE S (1/6 INT) | | | | 08/05/1998 |
| | SCHOENBERGER, SIDNEY C (1/6 INT) | | | | 05/15/1981 |
| | BLACK, IRENE (BUHL) ET AL | | | | 02/27/1959 |
| | SCHOENBERGER, JOSEPHINE MD | | | | |
| | SUNRISE FISH & OYSTER CO | | | | |

**USER DEFINED- PARCEL#1610194**

| Code | Value |
|---|---|
| Levee District | Outside District |


EXHIBIT 4

P.   QUEMINES PARISH SHERIFF'S OFFICE
302 MAIN ST.
BELLE CHASSE, LA. 70037



TAX NOTICE #: 1610194

3RD NOTICE OF TAXES DUE

TO AVOID AN ADVERTISEMENT FEE OF $25.00, PAY BEFORE MAY 14, 2012

TOTAL TAXES DUE: $29.39

PARCEL NUMBER: 1610194

| CLASS | VALUE | HOMESTEAD | UNITS |
|---|---|---|---|
| MARSH, SALT | 360 | 0 | 120 |
| TOTAL VALUE | 360 | | |
| HOMESTEAD | 0 | | |
| LTC VALUE CHANGE | 0 | | |
| LTC HOMESTEAD CHANGE | 0 | | |
| TAXABLE | 360 | | |

===PROPERTY DESCRIPTION===

AN UND 1/6 INT INTO: NW/4, S/2 OF NW/4 OF SE/4 OF SEC 1, ENTIRE SEC 2, ENTIRE SEC 3 & NW/4 OF OF SEC 12. ALL IN T18S R16E, OF SE LAND DISTRICT, E OF MISS RIVER.