DELINQUENT NOTICE TAX YEAR 2012

PLAQUEMINES PARISH SHERIFF'S OFFICE
302 MAIN ST.
BELLE CHASSE, LA. 70037

SCHOENBERGER, KEVIN C ET AL
201 ST CHARLES AVE
STE 2422
NEW ORLEANS, LA 70170

TAX NOTICE #: 1460350

PLEASE PAY PROMPTLY TO AVOID FURTHER INTEREST AND COST.

TOTAL TAXES DUE: $3.26

PARCEL NUMBER: 1460350

| CLASS | VALUE | HOMESTEAD | UNITS |
|---|---|---|---|
| MARSH/BRACKISH | 50 | 0 | 12 |

| | |
|---|---|
| TOTAL VALUE | 50 |
| HOMESTEAD | 0 |
| LTC VALUE CHANGE | 0 |
| LTC HOMESTEAD CHANGE | 0 |
| TAXABLE | 50 |

===PROPERTY DESCRIPTION===
AN UND 1/4 INT INTO: (1) ALL THAT PIECE OR PORTION OF GROUND IN SEC 20 T16S R16E BEG @ A POINT ON A SKETCH OF SAID SEC 20 ANNEXED HERETO & MADE A PART HEREOF, SAID POINT BEING THE CORNER COMMON TO SEC 17, 18, 19 & 20 T16S R16E THEN ALONG N BOUNDARY OF SEC 20 N 89 DEG 24' E 820' TO POINT B, THEN S 3 DEG 25' E 677.8' TO POINT D THEN S 3 DEG 47' W 1,108.6' TO POINT E THEN S 1 DEG 32' E 825.1' TO POINT F THEN S 65 DEG 5' W 352.2' TO POINT G THEN DIRECTLY W 820' TO BOUNDARY LINE BETWEEN SEC 19 & 20 @ POINT H THEN FOLLOWING SAID BOUNDARY LINE BETWEEN SEC 19 & 20 FROM POINT H TO A THE POINT OF BEG. (2) ALL OF THAT PIECE OR PORTION OF GROUND IN SEC 20 T16S R16E (18.72 AC) OF LAND BOUNDED N BY THE LINE CONNECTING POINTS G & H BOUNDED S BY THE S BOUNDARY LINE OF SEC 29 BOUNDED W BY THE W BOUNDARY LINE OF SEC 20 AS SAME MAY BE DETERMINED & BOUNDED E BY A LINE RUNNING N & S FROM THE LINE BETWEEN POINTS G & H AS TO INCLUDE WITHIN SAID 4 LINES 18.72 AC OF LAND LESS & EXCEPT THOSE PORTIONS OF LAND TRANSFERRED TO WHITE ESTATE INC ET AL BY COMPROMISE AGREEMENT DATED 06/06/1961 IN 242/45 DESCRIBED HEREIN & ABOVE IN PARAGRAPH (2) IS SHOWN IN RED ON THE MAP ANNEXED HERETO & MADE A PART HEREOF & MARKED EXHIBIT "A" FOR IDENTIFICATION. THE EXCEPTED PORTION MENTIONED HEREINABOVE IN PARAGRAPH (2) IS SHOWN IN RED ON MAP ANNEXED HERETO & IDENTIFIED AS EXHIBIT "B" BEING THE SAME PROPERTY ACQUIRED BY SIDNEY SCHOENBERGER FROM MANNING OIL CORP ET AL ON 07/24/1961 IN 242/59 (50 AC).



EXHIBIT 5

1,430



# OWNERSHIP CONFLICT ANALYSIS

**Tax Assessment ID:** 1264750
**Parish:** Plaquemines Parish
**Claim ID:** 58078
**Claimant Name:** ~~Anne P. Inabnett~~

The Wetlands Expert Review Team conducted a thorough and reasonable research of the chain of title for the Property associated with the Claim ID listed above and identified a potential competing chain of title with the Conflicting Owner(s) listed below. The Wetlands Expert Review Team has been unable to resolve the potential conflict using the available records. Please analyze the records for the Tax Assessments listed below and provide supporting documentation, whether from public records or within private sources that may help the Wetlands Expert Review Team resolve the potential conflict. Alternatively, if you provide a compromise agreement dividing the Parcel's value between the Conflicting Owner(s), the Settlement Program will issue payment of the Compensation Amount in accordance with the compromise agreement.

| Claimant's Property | | |
|---|---|---|
| Tax Assessment ID | Name on Tax Assessment | Location of Conflict |
| 1264750 | ~~redacted~~ | All of Section 20, Township 16 South, Range 16 East, less 1/4 undivided interest to Sidney Schoenberger as per Agreement in COB 242/59. |