## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon: in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| | ) | SECTION:   J |
| | ) ) | JUDGE CARL J. BARBIER |
| | ) ) ) | MAG. JUDGE JOESPH C. WILKINSON |
| This Document Relates to: Nos.  12-9709, 15-4143, 15-4146, 15-4654 | ) ) | |

---

## NOTICE OF APPEARANCE OF COUNSEL

---

COMES NOW, the "New Class" member, The City of Biloxi, Mississippi, under the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements (Preliminary Approval Order, Rec. Doc. 16183) for which the following counsel enters his appearance on behalf of The City of Biloxi, Mississippi as a prerequisite to forwarding the appropriate objection / clarification to counsel and the Clerk of the Court in accordance with the proposed Class Settlement:

> Corban Gunn, (MSB #101752)
> CORBAN GUNN, PLLC
> P.O. Box 1466
> Biloxi, Mississippi 39533
> Telephone:  (228) 284-6905
> Facsimile:  (228) 284-6806
> corban@corbangunn.com

This the 23rd day of September, 2016.

Respectfully Submitted,

s/ Corban Gunn
CORBAN GUNN, (MSB #101752)

Corban Gunn, (MSB #101752)
CORBAN GUNN, PLLC
P.O. Box 1466
Biloxi, Mississippi 39533
Telephone:  (228) 284-6805
Facsimile:  (228) 284-6806
corban@corbangunn.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM / ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 23rd day of September, 2016.

This the 23rd day of September, 2016.

s/ Corban Gunn
CORBAN GUNN, (MSB #101752)