# LIST OF OBJECTORS

| | |
|---|---|
| 1. | NEW ORCHARD GROUP, LLC<br>Address:<br>Steven R. Bradley<br>P.O. Box 611543<br>Rosemary Beach, FL 32461<br>Telephone number: 850-258-3208<br><br>**Property Address:**<br>2 Barrett S 2A<br>ROSEMARY BEACH, FL |
| 2. | VOGT, ERIK<br>KHOURY, MARIANNE<br>Address:<br>P.O. BOX 61-5700<br>ALYS BEACH, FL 32461<br>Telephone number: 850-213-5511<br><br>**Property Address:**<br>28 SEVEN WELLS<br>ALYS BEACH, FL |
| 3. | WILKINSON, CARLOS<br>WILKINSON, MARTHA<br>Address:<br>P.O. BOX 61-5500<br>ALYS BEACH, FL 32461<br>Telephone number: 310-729-4852<br><br>**Property Address:**<br>22 WHITBY<br>ALYS BEACH, FL |
| 4. | STEWART, JAMES C & DEBORAH T<br>Address:<br>6249 CHEVY CHASE DR<br>HOUSTON, TX 77057<br>Telephone number: 713-435-9409<br><br>**Property Address #1:**<br>38 KING CASTLE<br>ALYS BEACH, FL<br><br>**Property Address #2:**<br>10254 CO HWY 30-A 422<br>ROSEMARY BEACH, FL |
| 5. | LAURENDINE, KENNETH H & ALICE R<br>Address:<br>321 GOLF DRIVE<br>BIRMINGHAM, AL 35226<br>Telephone number: 205-915-0221 |

**EXHIBIT "1"**

| | |
|---|---|
| | **Property Address:**<br>31 GOVERNORS<br>ALYS BEACH, FL |
| 6. | COMER, JASON<br>Address:<br>P.O. BOX 61-5501<br>ALYS BEACH, FL 32461<br>Telephone number: 850-225-2953<br><br>**Property Address:**<br>102 BUTTTERWOOD ALLEY<br>ALYS BEACH, FL |
| 7. | SKRIEN, SCOTT<br>QUINONES-SKRIEN, CARMEN<br>Address:<br>P.O. BOX 611633<br>ROSEMARY BEACH, FL 32461<br>Telephone number: 509-993-9162<br><br>**Property Address:**<br>74 BUTTERWOOD ALLEY<br>ALYS BEACH, FL |
| 8. | HUTCHINSON, LARRY J. & JANET M<br>Address:<br>27191 DEL LANE<br>BONITA SPRINGS, FL 34135<br>Telephone number: 864-414-7194<br><br>**Property Address:**<br>1920 CO. HWY 30-A E<br>ROSEMARY BEACH, FL |
| 9. | W III & H INVESTMENT<br>Address:<br>27191 DEL LANE<br>BONITA SPRINGS, FL 34135<br>Telephone number: 864-414-7194<br><br>**Property Address:**<br>409 NEEDLERUSH<br>WATERCOLOR, FL |
| 10. | THE PARAGON GROUP INC.<br>Address:<br>27191 DEL LANE<br>BONITA SPRINGS, FL 34135<br>Telephone number: 864-414-7194<br><br>Property Address:<br>175 SAND HILL CIRCLE<br>WATERCOLOR, FL 32459 |

| | |
|---|---|
| 11. | WESTERN LAKE LLC<br>Address:<br>27191 DEL LANE<br>BONITA SPRINGS, FL 34135<br>Telephone number: 864-414-7194<br><br>**Property Address:**<br>6 MISTFLOWER LN<br>SANTA ROSA BEACH, FL 32459 |
| 12. | WIREGRASS 28 LLC<br>27191 DEL LANE<br>BONITA SPRINGS, FL 34135<br>Telephone number: 864-414-7194<br><br>**Property Address:**<br>LOT 28 WIREGRASS MEADOWS<br>WATERCOLOR, FL |
| 13. | MCCOLLUM JR, FLOYD & ELIZABETH<br>Address:<br>422 ARBOR CIR<br>CELEBRATION, FL 34747<br>Telephone number: 407-566-9330<br><br>**Property Address #1:**<br>46 BUTTERWOOD ALLEY<br>ALYS BEACH, FL<br><br>**Property Address #2:**<br>49 HAMILTON<br>ROSEMARY BEACH, FL |
| 14. | ALYS H5 REAL ESTATE LLC<br>Address:<br>3020 STERLING RD<br>BIRMINGHAM, AL 35213<br>Telephone number: 205-533-0606<br><br>**Property Address:**<br>2551 SOMERSET N<br>ALYS BEACH, FL |
| 15. | BOLLMAN, Kyle;<br>BOWERS, Jeffrey S;<br>COLEMAN, Sean; and<br>DIAMANTIS, Chris;<br><br>Address:<br>1440 OCEANVIEW AVE<br>DEL MAR, CA 92014<br>Telephone number: 850-322-5335 AND 850-339-9278<br>**Property Address:**<br>43 LADY BUG<br>ALYS BEACH, FL |

| | |
|---|---|
| 16. | DODSON, MARK B.<br>Address:<br>2293 FAIRHAVEN CIRCLE NE<br>ATLANTA, GA 30305-4316<br>Telephone number: 404-308-8809<br><br>**Property Address #1:**<br>561 EASTERN LAKE 202<br>SANTA ROSA BEACH, FL<br><br>**Property Address #2:**<br>4100 CO HWY 30-A E 1207<br>SANTA ROSA BEACH, FL |
| 17. | DODSON, MARK B.<br>SMITH, BLAKE T.<br>Address:<br>2293 FAIRHAVEN CIRCLE NE<br>ATLANTA, GA 30305-4316<br>Telephone number: 404-308-8809<br><br>**Property Address:**<br>88 SPARTINA<br>WATERCOLOR, FL |
| 18. | LEE, DUDLEY W.<br>SEWELL, LOUISE<br>Address:<br>55 HOGPENNY ALLEY<br>ALYS BEACH, FL 32413<br>Telephone number: 901-489-4799<br><br>**Property Address:**<br>55 HOGPENNY ALLEY<br>ALYS BEACH, FL 32413 |
| 19. | BOLLMAN, CHARLES & BEVERLY<br>Address:<br>479 SOUTH CREEK DR<br>OSPREY, FL 34229<br>Telephone number: 785-375-5282<br><br>**Property Address:**<br>CARRILLON BEACH PHASE II 6A2 - LOT 9 |
| 20. | TREVELINO, DEAN 1/2 Interest.; and<br>KELLER-DELMONTE, VIRGINIA 1/2 Interest<br>Address:<br>2417 SAGAMORE DR<br>ATLANTA, GA 30305<br>Telephone number: 404-964-4862 AND 404-803-0458<br><br>**Property Address:**<br>33 CALIZA LN<br>ALYS BEACH, FL |

| | |
|---|---|
| | |
| 21. | INCONTRO I LLC<br>Address:<br>9070 NESBIT LAKES DR<br>ALPHARETTA, GA 30022<br>Telephone number: 404-754-5538<br><br>**Property Address:**<br>75 HOGPENNY<br>ALYS BEACH, FL |
| 22. | GRAYTON PARTNERS, LLC<br>Address:<br>2400 PLEASANTDALE RD<br>ATLANTA, GA 30340<br>Telephone number: 770-448-4200 X13<br><br>**Property Address:**<br>262 GARFIELD<br>GRAYTON BEACH, FL |
| 23. | PHILLIPS, MARK C. & KATHERINE;<br>PHILLIPS, EDWARD RICHARD<br>Address:<br>2560 SOUTHERS CIRCLE<br>SWANEE, GA 30024<br>Telephone number: 770-886-1510; 404-787-7547<br><br>**Property Address:**<br>34 BARRETT SQUARE N #3<br>ROSEMARY BEACH, FL |
| 24. | SMC PROPERTIES LLC<br>Address:<br>1214 VILLA DR NE<br>ATLANTA, GA 30306<br>Telephone number: 404-550-9270 AND 404-873-5515<br><br>**Property Address:**<br>16 SEVEN WELLS<br>ALYS BEACH, FL |
| 25. | DOHERTY, DONALD P. & JANE F.<br>Address:<br>8115 UNIVERSITY DR<br>CLAYTON, MO 63105<br>Telephone number: 314-725-3112<br><br>**Property Address:**<br>41 GOVERNORS<br>ALYS BEACH, FL |

| | |
|---|---|
| 26. | PANDION LIMITED LLC<br>Address:<br>3020 STERLING RD<br>BIRMINGHAM, AL 35213<br>Telephone number: 205-533-0606<br><br>**Property Address:**<br>166 MONTGOMERY<br>SANTA ROSA BEACH, FL |
| 27. | LAKE PARTNERS, LLC<br>Address:<br>2826 BALMORAL RD<br>BIRMINGHAM, AL 35223-1236<br>Telephone number: 205-244-5228<br><br>**Property Address:**<br>LOT 1 PHASE 2 DANABCH S/D PLAT BK 10<br>SANTA ROSA BEACH, FL |
| 28. | BOLLMAN, KYLE & HOLLEE and<br>THOMAS, JON & PATSY<br>Address:<br>5061 SEAGROVE COVE<br>SAN DIEGO, CA 92130<br>Telephone number: 850-322-5335; 850-339-9278<br><br>**Property Address:**<br>193 GEOFF WILDER<br>SEACREST BEACH, FL |
| 29. | BROOKS, MARK A. & SHIRLENE M.<br>Address:<br>845 INMAN VILLAGE RD<br>ATLANTA, GA 30307<br>Telephone number: 404-607-1220<br><br>**Property Address:**<br>25 SUGAR LOAF<br>ALYS BEACH, FL |
| 30. | JOHNSON, RONALD E.<br>Address:<br>5 OLD STRATTON CHASE NW<br>ATLANTA, GA 30328<br>Telephone number: 404-642-0439- 404-642-6239<br><br>**Property Address #1:**<br>89 LONG GREENE E<br>ROSEMARY BEACH, FL<br><br>**Property Address #2:**<br>365 WATER E<br>ROSEMARY BEACH, FL |

| | |
|---|---|
| | **Property Address #3**<br>LOT 31 WATERSOUND BRIDGES PH II PB 14<br>WATERSOUND, FL |
| 31. | BERTOLET, TODD & RHONDA W.; and<br>BERTOLET, ROBERT & YVONNE<br>Address:<br>144 OAKHURST TRAIL<br>RIDGELAND, MS 39157<br>Telephone number: 601-605-6615 AND 601-790-4290<br><br>**Property Address:**<br>34 SEA FOAM ALLEY<br>ALYS BEACH, FL |
| 32. | LATITUDE 30 LLC<br>Address:<br>209 10TH AVE S, SUITE 320<br>NASHVILLE, TN 37203<br>Telephone number: 615-500-8049<br><br>**Property Address:**<br>20 SEA VENTURE ALLEY<br>ALYS BEACH, FL |
| 33. | SALAS, CAMILO K. III TRUSTEE<br>Address:<br>1206 SECOND STREET<br>NEW ORLEANS, LA 70130<br>Telephone number: 504-609-9317<br><br>**Property Address:**<br>166 CHARLES St.<br>ALYS BEACH, FL |
| 34. | MEYER, KURT E. Address:<br>1669 LENOX RD<br>ATLANTA, GA 30306<br>Telephone number: 404-679-8986<br><br>**Property Address:**<br>82 CARTAGENA<br>ROSEMARY BEACH, FL |
| 35. | PALMER, MYRON & TERESA- ROSEMARY BEACH<br>Address:<br>9750 DEL THOMAS RD<br>SMYRNA, TN 37167-6028<br>Telephone number: 615-776-2241<br><br>**Property Address #1:**<br>LOT 11 BLOCK MM ALYS BEACH PH IIIS/D<br>ALYS BEACH, FL<br><br>**Property Address #2:**<br>8 BELIZE N<br>ROSEMARY BEACH, FL |

| | |
|---|---|
| 36. | SULLIVAN, DAVID & DIANE<br>Address:<br>P.O. BOX 6876<br>MIRAMAR BEACH, FL 32550<br>Telephone number: 901-277-2867<br><br>**Property Address:**<br>5296 TIVOLI<br>MIRAMAR BEACH, FL |
| 37. | BREWER, DAVID R. & JOSEPHINE<br>Address:<br>BOX 611611<br>ROSEMARY BEACH, FL 32461<br>Telephone number: 850-630-5937<br><br>**Property Address:**<br>17 BELIZE N<br>ROSEMARY BEACH, FL |
| 38. | CRANE, PHILIP & CHERYL<br>Address:<br>17 CLARENDON ROAD<br>BIRMINGHAM, AL 35213<br>Telephone number: 205-966-1303; 205-585-2904<br><br>**Property Address:**<br>23 GOVERNORS<br>ALYS BEACH, FL |
| 39. | BROWN, ROBERT Jr. & JACQUELINE<br>Address:<br>9205 SUMMER SONG LANE<br>SYLVANIA, OH 43560<br>Telephone number: 419-360-3601<br><br>**Property Address:**<br>860 WESTERN LAKE<br>WATERCOLOR, FL |
| 40. | CARROL, VINCENT & ELIZABETH<br>Address:<br>142 POND CYPRESS WAY<br>SANTA ROSA BEACH, FL 32459<br>Telephone number: 850-624-0037<br><br>**Property Address:**<br>142 POND CYPRESS<br>WATERCOLOR, FL |
| 41. | CROSBY, C. DARREN & LISA M.<br>Address:<br>7540 HUNTERS WOODS DR<br>ATLANTA, GA 303050<br>Telephone number: 404-388-3830 |

| | |
|---|---|
| | **Property Address #1:**<br>5 BLUESTEM<br>WATERCOLOR, FL<br><br>**Property Address #2:**<br>320 SPARTINA<br>WATERCOLOR, FL |
| 42. | CROSBY, C. DARREN *1/3 Interest;*<br>WILLIS, JOHN P. *1/3 Interest*; and<br>STRANGE, ADAM H. *1/3 Interest*<br>Address:<br>7540 HUNTERS WOODS DR<br>ATLANTA, GA 303050<br><br>Telephone number: 404-388-3830<br><br>**Property Address:**<br>41 BLUEJACK<br>WATERCOLOR, FL<br>Telephone number: |
| 43. | EMERICK, JACK J. & DEBORA L.<br>Address:<br>85 RED CEDAR WAY<br>SANTA ROSA BEACH, FL 32459<br>Telephone number: 850-468-0060<br><br>**Property Address:**<br>85 RED CEDAR<br>WATERCOLOR, FL |
| 44. | HOWARD, PETER J & SELETA HAYES<br>Address:<br>P. O. BOX 4804<br>SANTA ROSA BEACH, FL 32459<br>Telephone number: 850-502-9433<br><br>**Property Address:**<br>153 POND CYPRESS<br>WATERCOLOR, FL |
| 45. | DONGIEUX, GENE L<br>Address:<br>3501 SEVERN AVE, SUITE 3D<br>METAIRIE, LA 70002<br>Telephone number: 504-835-2273<br><br>**Property Address #1:**<br>51 VENICE<br>SEASIDE, FL<br><br>**Property Address #2:**<br>26 WHITE CLIFFS<br>WHITE CLIFFS, FL |

| | |
|---|---|
| 46. | KIZER, WILLIAM; and<br>SHILLING, MARK<br>Address:<br>P.O. BOX 48180<br>ATLANTA, GA 30362-1180<br>Telephone number: 770-448-4200<br><br>**Property Address:**<br>298 RED CEDARD<br>WATERCOLOR, FL |
| 47. | LOVE, EDWARD J. & JACQUELYN C.<br>Address:<br>207 DEAUVILLE PL<br>LITTLE ROCK AR 72223<br>Telephone number: 504-517-8801<br><br>**Property Address:**<br>360 RED CEDAR<br>WATERCOLOR, FL |
| 48. | McKENZIE, STEPHEN E. & DONNA JILL;<br>SCHILLING, MARK & JANE E<br>Address:<br>7315 BEAUMONT TERRACE<br>SUWANEE, GA 30024<br>Telephone number: 770-844-6509<br><br>**Property Address:**<br>155 DANDELION<br>WATERCOLOR, FL |
| 49. | McKENZIE, STEPHEN & DONNA;<br>GOODSON, BRADLEY & AMY C<br>Address:<br>435 CULLEN COPSE<br>ALPHARETTA, GA 30022<br>Telephone number: 770-844-6509<br><br>**Property Address:**<br>18 LYONIA<br>WATERCOLOR, FL |
| 50. | McWHORTER, STUART C.; and<br>ROBERSON, TIMOTHY R.<br>Address:<br>113 SEABOARD LN, SUITE A-250<br>FRANKLIN, TN 37067<br>Telephone number: 615-320-3010 and 615-397-2111<br><br>**Property Address:**<br>380 SPARTINA<br>WATERCOLOR, FL |

| | |
|---|---|
| 51. | PAOLETTI, THOMAS F. & TRACY C.<br>Address:<br>6 BILLINGTON CIRCLE<br>CUMBERLAND, RI 02864<br>Telephone number: 401-474-8265<br><br>**Property Address:**<br>110 BLUEJACK<br>WATERCOLOR, FL |
| 52. | COPELAND, STEVEN; and<br>RAGSDALE, JOAN<br>Address:<br>7405 KINGS MOUNTAIN COURT<br>BIRMINGHAM, AL 35242<br>Telephone number: 205-994-5275 and 205-515-4878<br><br>**Property Address#1:**<br>66 MYSTIC CBALT<br>WATERCOLOR, F<br><br>**Property Address#2:**<br>13 LAKE DISTRICT<br>WATERCOLOR, FL |
| 53. | SULLIVAN, JOHN D.<br>Address:<br>85 SPARTINA CIR<br>SANTA ROSA BEACH, FL 32459<br>Telephone number: 850-376-7778<br><br>**Property Address:**<br>75 SPARTINA<br>WATERCOLOR, FL |
| 54. | TEALE, FRED & SUSAN<br>Address:<br>6950 ALUREL OAK DRIVE<br>SUWANEE, GA 30024<br>Telephone number: 678-313-0288<br><br>**Property Address:**<br>790 WESTERN LAKE<br>WATERCOLOR, FL |
| 55. | WDC HOLDINGS IV LLC<br>Address:<br>3324 PEACHTREE RD NE, UNIT 3001<br>ATLANTA, GA 302326<br>Telephone number: 678-640-1617<br><br>**Property Address:**<br>LOT 29 CEDAR WOODS<br>WATERCOLOR, FL |

| | |
|---|---|
| 56. | OAK GROVE INVESTMENTS LLC<br>Address:<br>15650 ENSTROM RD<br>WELLINGTON, FL 33414<br>Telephone number: 561-317-4262<br><br>**Property Address:**<br>LOT 14 OAK GROVE<br>WATERCOLOR, FL |
| 57. | CUMMING, JAMES B. (Developer)<br>Address:<br>84 PEACHTREE STREET NW<br>SUITE 901<br>ATLANTA, GA 30303<br>Telephone number: 404-659-1440<br><br>**Property Address #1:**<br>LOT 16 WATERSOUND BEACH PH 3 OR 2588-1038<br>WATERSOUND, FL<br><br>**Property Address #2:**<br>WATERCOLOR S 201<br>SECOND AND THIRD FLOOR<br>WATERCOLOR, FL<br><br>**Property Address #3:**<br>WATERCOLOR S 202<br>SECOND AND THIRD FLOOR<br>WATERCOLOR, FL<br><br>**Property Address #4:**<br>338 BRIDGE, UNIT 110B<br>WATERSOUND, FL<br><br>**Property Address #5:**<br>337 BRIDGE, UNIT 316B<br>WATERSOUND, FL<br><br>**Property Address #6:**<br>338 BRIDGE, UNIT 420B<br>WATERSOUND, FL<br><br>**Property Address #7:**<br>338 BRIDGE, UNIT 425A<br>WATERSOUND, FL<br><br>**Property Address #8:**<br>338 BRIDGE, UNIT 426A<br>WATERSOUND, FL |

| | |
|---|---|
| | **Property Address #9:**<br>LOT 60 WATERSOUND BEACH PH 3 OR 2675-305<br>WATERSOUND, FL |
| 58. | NEW PROVIDENCE INVESTMENTS COMPANY LLC<br>Address:<br>15650 ENSTROM RD<br>WELLINGTON, FL<br>Telephone number: 561-317-4262<br><br>**Property Address:**<br>LOT 75 WATERSOUND BEACH PH 3 OR 2679-4275<br>WATERSOUND, FL |
| 59. | FREEMAN, SHELLEY STEUER AND<br>RIM, JONI HOPE CO TRUSTEES<br>Address:<br>1504 ISLAND BLVD.<br>AVENTURA, FL 33160-5016<br>Telephone number: 310-749-3600<br><br>**Property Address:**<br>LOT 64 WATERSOUND BEACH PH 3 OR 2661-2785 OR 2794-790<br>WATERSOUND, FL |
| 60. | COOPER, JOHN T.<br>Address:<br>295 LAKE FORREST LANE<br>ATLANTA, GA 30342<br>Telephone number: 404-457-5466<br><br>**Property Address:**<br>33 GULF RIDGE<br>SANTA ROSA BEACH, FL |
| 61. | BLUE VIEW, LLC<br>Address:<br>603 NORTHPARK DR, SUITE 300<br>RIDGELAND, MS 39157<br>Telephone number: 601-978-1763<br><br>**Property Address:**<br>25302 PERDIDO BEACH BLVD, UNIT D707<br>ORANGE BEACH, FL |
| 62. | SANDERFORD, JR.,HUGH & SHEILA<br>Address:<br>1201 KATHLEEN AVE<br>METAIRIE, LA 70003<br>Telephone number: 504-302-2542<br><br>**Property Address:**<br>2668 CO HWY 30-A E<br>SANTA ROSA BEACH, FL |

| | |
|---|---|
| 63. | 1-Douglas E Berlin Family Limited Partnership (Douglas FLP)<br>Address:<br>1083 MADISON CREED RD<br>GOODLETTSVILLE, TN 37072-8450<br>Telephone number: 615-419-4003<br><br>**Property Address:**<br>217 GEOFF WILDER<br>SEACREST BEACH, FL |
| 64. | 2-Berlin Douglas and Michelle Family Limited Partnership<br>Address:<br>1083 MADISON CREED RD<br>GOODLETTSVILLE, TN 37072-8450<br>Telephone number: 615-419-4003<br><br>**Property Address:**<br>9961 CO HWY 30-A, E 304<br>SANTA ROSA BEACH, FL |
| 65. | 3-Michelle McGuire Berlin<br>Address:<br>1083 MADISON CREED RD<br>GOODLETTSVILLE, TN 37072-8450<br>Telephone number: 615-419-4003<br><br>**Property Address:**<br>112 FLATWOOD<br>WATERCOLOR, FL |
| 66. | 4-Michelle Berlin<br>Address:<br>1083 MADISON CREED RD<br>GOODLETTSVILLE, TN 37072-8450<br>Telephone number: 615-419-4003<br><br>**Property Address:**<br>LOT 19 OAK GROVE<br>WATERCOLOR, FL |
| 67. | CAPPO, Jeffrey (Developer)<br>Address:<br>3939 HOLDEN DR<br>ANN ARBOR, MI 48103<br>Telephone number: N/A<br><br>**Property Address #1:**<br>307 Water<br>ROSEMARY BEACH, FL<br><br>**Property Address #2:**<br>268 Kingston W<br>ROSEMARY BEACH, FL |

| | |
|---|---|
| | **Property Address #3:**<br>46 Green Turtle<br>ROSEMARY BEACH, FL<br><br>**Property Address #4:**<br>Lot 5, BLK 23 ROSEMARY BEACH PH 10 PB 14-65 OR 2423-85 OR 2808-4433<br>ROSEMARY BEACH, FL |
| 68. | JOHNSON, Phillip & Jennifer<br>Address:<br>2570 SOUTHERS CIRCLE<br>SUWANEE, GA 30024<br>Telephone number: 770-888-4966<br><br>**Property Address:**<br>81 NEEDLERUSH<br>WATERCOLOR, FL |
| 69. | JOHNSON, Phillip & Jennifer; and<br>PHILLIPS, Mark & Katherine<br>Address:<br>2570 SOUTHERS CIRCLE<br>SUWANEE, GA 30024<br>Telephone number: 770-888-4966; 770-886-1510<br><br>**Property Address:**<br>1650 CO. HWY 30-A #101<br>DESTIN, FL |
| 70. | JOHNSON, Phillip & Jennifer;<br>PHILLIPS, Mark & Katherine; and<br>PHILLIPS, Edward R.<br>Address:<br>2570 SOUTHERS CIRCLE<br>SUWANEE, GA 30024<br>Telephone number: 770-888-4966; 770-886-1510<br><br>**Property Address:**<br>5 MAIN, UNIT 2C SAVANNAH<br>ROSEMARY BEACH, FL |
| 71. | JOHNSON, Phillip & Jennifer;<br>PHILLIPS, Mark & Katherine; and<br>PHILLIPS, Edward R.<br>Address:<br>2570 SOUTHERS CIRCLE<br>SUWANEE, GA 30024<br>Telephone number: 770-888-4966; 770-886-1510<br><br>**Property Address:**<br>63 HOGPENNY<br>ALYS BEACH, FL |

| | |
|---|---|
| 72. | MARTZ, Michael & Rhonda<br>Address:<br>21755 INTERSTATE 45 BLDG 11<br>SPRING, TX 77388<br>Telephone number: 281-363-4393<br><br>**Property Address:**<br>429 BRIDGE, UNIT 102A<br>WATERSOUND, FL |
| 73. | PHILLIPS, Edward Richard<br>Address:<br>206 WOODCLIFF CT<br>SUWANEE, GA 30024<br>Telephone number: N/A<br><br>**Property Address:**<br>LOT 105 LAKESIDE AT BLUE MOUNTAIN BEACH<br>BLUE MOUNTAIN, FL |
| 74. | PHILLIPS, MARK C; and<br>WATFORD, TIMOTHY<br>Address:<br>4782 TARRY POST LN<br>SUWANEE, GA 30024<br>Telephone number: 770-886-1510; 404-787-75-47<br><br>**Property Address:**<br>LOT 3 BLK A HIGHLAND PARKS AT BLUE MOUNTAIN BEACH<br>BLUE MOUNTAIN, FL |
| | |