UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>ALL CASES<br><br>(including, particularly, Nos. 12-968 and 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### SUPPLEMENTAL BRIEF IN SUPPORT OF PETITION FOR REIMBURSEMENT OF EXPENSES AND COLLECTIVE COMMON BENEFIT FEE AWARD

Co-Liaison Counsel, the Plaintiff Steering Committee members, and additional Common Benefit Law Firms respectfully submit the following brief, in accordance with Paragraph 21 of Pre-Trial Order No. 59,[1] and in further support of the aggregate Petition for Reimbursement of Expenses and Collective Common Benefit Fee Award[2]:

**MAY IT PLEASE THE COURT:**

No substantive objections to the aggregate fee petition were filed,[3] and Petitioners respectfully rest on their previous submission.

---

[1] Rec. Doc. 14863.

[2] The submission was originally filed into the record and served on all plaintiffs' counsel July 15, 2016, as Rec. Doc. 21024, and re-filed by the Clerk of Court, on July 21, 2016, as Rec. Doc. 21098.

[3] One untimely procedural objection was filed after the deadline. *See* Rec. Doc. 21666 (Sept. 12, 2016). These "objectors" are represented by counsel who was personally served with a copy of the Fee Petition, has no excuse for missing the deadline, and has filed no motion to extend the deadline or for leave to file out of time. The filing is largely a cut-and-paste of the same objection that was made and rejected in 2012, and pursued unsuccessfully by a notorious "professional objector" on appeal. The supposed objectors have no possible stake in the outcome; the objections themselves are not well-founded in fact or in law; indeed, by all appearances, this is nothing more than a bad faith attempt to extort payment from Class Counsel. *See generally* EXHIBITS 1-8; (*see also, e.g.,* Fitzpatrick, *The End of Objector Blackmail?* 62 VAND.L.REV. 1623, 1624-1626 (2009) (defining and describing "professional objections")). Needless to say, the Court should not entertain this untimely objection.

**Conclusion**

For the reasons stated in the original Petition for Reimbursement of Expenses and Collective Common Benefit Fee Award, (and further supported, out of an abundance of caution, by Exhibits 1-8 submitted herewith), the aggregate Fee Petition should be granted.

This 26th day of September, 2016.

Respectfully submitted,


  /s/  Stephen J. Herman
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com

*Plaintiffs Liaison Counsel,*
*Co-Lead Class Counsel, and*
*Co-Chair of the Fee Committee*

  /s/  James Parkerson Roy
**James Parkerson Roy**, La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY EDWARDS
    & COLOMB, LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Plaintiffs Liaison Counsel,*
*Co-Lead Class Counsel, and*
*Co-Chair of the Fee Committee*


**Arnold Levin**
**Sandra L. Duggan**
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone: (215) 592-1500
Fax No. (215) 592-4663
E-Mail: sduggan@lfsblaw.com

*Special Counsel to the Fee Committee*

**FEE COMMITTEE MEMBERS**

Mr. Brian Barr
Levin Papantonio Thomas Mitchell Raferty & Proctor
316 South Baylen St., Suite 600
Pensacola, FL 32502
Phone: (850) 435-7045
E-mail: bbarr@levinlaw.com

Ms. Dawn Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras St, Suite 3650
New Orleans   LA 70139
Phone:  (504) 524-3300
E-mail: barrios@bkc-law.com

Mr. Robert Cunningham
Cunningham Bounds LLC
1601 Dauphin St.
Mobile, AL 36604
Phone:  (251) 471-6191
E-mail: RTC@Cunninghambounds.com

Mr. Calvin C. Fayard, Jr.
Fayard & Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, LA  70726
Phone: (225) 664-4193
E-mail: calvinfayard@fayardlaw.com

Ms. Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Phone: (212) 558-5802
E-mail: rgreenwald@weitzlux.com

**ADDITIONAL PSC / CLASS COUNSEL**

Mr. Jeffrey E. Breit
Breit Drescher Imprevento
600 22nd St., Suite 402
Virginia Beach, VA  23451
Phone:  (757) 670-3888
E-mail: jbreit@bdbmail.com

Ms. Elizabeth Cabraser
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., 29th Floor
San Francisco   CA  94111
Phone: (415) 956-1000
E-mail: ecabraser@lchb.com

Mr. Philip F. Cossich, Jr.
Cossich, Sumich, Parsiola & Taylor LLC
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Phone: (504) 394-9000
E-mail: pcossich@cossichlaw.com

Mr. Michael Espy
Morgan & Morgan
188 East Capitol Street, Suite 777
Jackson, MS  39201
Phone: (601) 949-3388
E-mail: MEspy@forthepeople.com

Mr. Ervin Gonzalez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
Phone: (305) 476-7400
E-mail: Ervin@colson.com

Mr. Rhon E. Jones
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
250 Commerce St.
Montgomery, AL  36103
Phone: (334)269-2343 Ext. 131
E-mail: Rhon.Jones@beasleyallen.com

Mr. Matthew Lundy
Lundy, Lundy, Soileau & South
501 Broad Street
Lake Charles, LA  70601
Phone: (337) 439-0707
E-mail: mlundy@lundylawllp.com

Mr. Michael C. Palmintier
deGravelles, Palmintier, Holthaus & Fruge
618 Main Street
Baton Rouge, LA 70801
Phone:  (225) 344-3735
E-mail: mpalmintier@dphf-law.com

Mr. Joseph Rice
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Phone: (843) 216-9000
E-mail: jrice@motleyrice.com

Mr. Paul Sterbcow
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Phone: (504) 588-1500
E-mail: sterbcow@lksalaw.com

Mr. Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave.     Suite 1100
Dallas   TX       75219
Phone: (214) 521-3605
E-mail: ssummy@baronbudd.com

Mr. Conrad S.P. "Duke" Williams, III
Williams Law Group LLC
909 Poydras Street, Suite 1625
New Orleans, LA  70112
Phone: (504) 200-0000
E-mail: duke@williamslawgroup.org

**ADDITIONAL COMMON BENEFIT ATTORNEYS**

Mr. Roy F. Amedee, Jr.
Law Offices of Roy F. Amedee, Jr.
3723 Canal St.
New Orleans, LA  70119
Phone: (504) 592-3222
E-mail: ramedeejr@aol.com

Mr. Robert  Horkovich
Anderson Kill, P.C.
1251 Avenue of the Americas
New York, NY  10020
Phone:  (212) 278-1322
E-mail: rhorkovich@andersonkill.com

Mr. Jonathan Andry
Andry Law Group
610 Baronne St.
New Orleans, LA 70113
Phone:  (504) 525-5535
E-mail: jandry@andrylawgroup.com

Mr. David A. Bagwell
400 Fairhope Ave, Suite 2E
Fairhope, AL    36532
Phone: (251) 928-2970
E-mail: david@bagwellesq.com

Mr. Jeremy Hebert
Becker and Hebert
201 Rue Beauregard
Lafayette, LA    70508
Phone: (337) 446-2407
E-mail: jeremy@lawbecker.com

Mr. Wiley J. Beevers
Beevers & Beevers, LLP
210 Huey P. Long Ave.
Gretna, LA       70053
Phone:  (504) 361-4287
E-mail: wbeevers@beeverslaw.com

Mr. Mitchell Widom
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2400
Miami, FL   33131
Phone: (305) 375-6127
E-mail: mwidom@bilzin.com

Ms. Kelly Bilek
The Bilek Law Firm, LLP
700 Louisiana St., Suite 3950
Houston, TX 77002
Phone: (713) 227-7720
E-mail: kbilek@bileklaw.com

Mr. Richard Passler
Breazeale, Sachse, & Wilson, LLP
909 Poydras St., Suite 1500
New Orleans, LA 70112
Phone: (504) 584-5454
E-mail: richard.passler@bswllp.com

Mr. Joseph M. Bruno
Bruno and Bruno
855 Baronne St.
New Orleans, LA 70113
Phone: (504) 525-1335
E-mail:  jbruno@brunobrunolaw.com

Mr. Marc Fink
Center for Biological Diversity
209 East 7th St.
Duluth, MN 55805
Phone: (218) 464-0539
E-mail: mfink@biologicaldiversity.org

Mr. Rogen K. Chhabra
Chhabra and Gibbs, P.A.
120 N. Congress St., Suite 200
Jackson, MS    39201
Phone: (601) 948-8005
E-mail: rchhabra@cglawms.com

Mr. Lange Clark
Law Office of Lange Clark, PC
301 19th Street North, Suite 550
Birmingham, AL 35203
Phone: (205) 939-3933
E-mail: langeclark@langeclark.com

Ms. Jayne Conroy
Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Ave., 7th Floor
New York, NY 10016
Phone: (212) 784-6400
E-mail: jconroy@simmonsfirm.com

Mr. Brent Coon
Brent Coon & Associates, P.C.
215 Orleans
Beaumont, TX  77701
Phone: (409) 835-2666
E-mail: brent@bcoonlaw.com

Mr. Brooks Cutter
Cutter Law PC
401 Watt Ave
Sacramento, CA 95864
Phone: (916) 290-9400
E-mail: bcutter@cutterlaw.com

Mr. Gary A. Davis
Gary A. Davis & Associates
21 Battery Park Ave., Suite 206
Asheville, NC   28801
Phone: (828) 622-0044
E-mail: gadavis@enviroattorney.com

Mr. Gerald J. Diaz, Jr.
Diaz Law Firm, PLLC
208 Waterford Square, Suite 300
Madison, MS    39110
Phone: (601) 607-3456
E-mail: joey@diazlawfirm.com

Mr. Kenneth Hooks, III
Dodson & Hooks APLC
112 Founders Drive
Baton Rouge    LA 70810
Phone: (225) 756-0222
E-mail: Kenny@dodsonhooks.com

Mr. Stanwood Duval
Duval, Funderburk, Sundbery, Richard & Watkins, APLC
101 Wilson Avenue
Houma, LA      70364
Phone: (985)876-6410
E-mail: stan@duvallawfirm.com

Mr. Hiram Eastland, Jr.
Eastland Law Offices
307 Cotton St.
Greenwood, MS  38930
Phone:  (662) 453-1227
E-mail: eastlandlaw1@gmail.com

Ms. Kim Evers
Evers Law Group
2603 Edmund Dr.
Gulf Breeze, FL  32563
Phone:  (850)932-773
E-mail: kevers@everslaw.net

Ms. Mila Bartos
Finkelstein Thompson LLP
1077 30th Street, N.W., Suite 150
Washington, DC  20007
Phone: (202) 337-8000
E-mail: mbartos@finkelsteinthompson.com

Mr. James Swanson
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA  70170
Phone: (504) 586-5241
E-mail: jswanson@fishmanhaygood.com

Mr. Jeff Friedman
Friedman, Dazzio, Zulanas & Bowling, P.C.
3800 Corporate Woods Drive
Birmingham, AL  35242
Phone:  (205) 278-7010
E-mail: jfriedman@friedman-lawyers.com

Mr. Gerald Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163
Phone: (504) 522-2304
E-mail: gmeunier@gainsben.com

Mr. Craig Litherland
Gilbert LLP
1100 New York Ave, NW, Suite 700
Washington, DC 20005
Phone: (202) 772-2277
E-mail: litherlandc@gotofirm.com

Mr. Thomas Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Phone: (213) 262-6777
E-mail: tgirardi@girardikeese.com

Mr. Kevin Goldberg
Goldberg Finnegan & Mester, LLC
8401 Colesville Rd., Suite 630
Silver Springs, MD 20910
Phone: (301) 589-2999
E-mail: kgoldberg@gfmlawllc.com

Mr. Gregory Friedlander
Gregory Friedlander & Associates, PC
11 S. Florida St.
Mobile, AL 36606
Phone: (251) 470-0303
E-mail: Isee3@aol.com

Mr. Stuart Grossman
Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL  33134
Phone: (305) 442-8666
E-mail: szg@grossmanroth.com

Mr. George W. Healy, IV
George W. Healy, IV & Assoc.
1323 28th Avenue, Suite A
Gulfport, MS    39501
Phone: (228) 575-4005
E-mail: gwhealyiv@aol.com

Mr. Anthony Irpino
Irpino Law Firm
2216 Magazine St
New Orleans, LA  70130
Phone: (504) 525-1500
E-mail: airpino@irpinolaw.com

Mr. Neil Johnston, Jr.
Law Office of Neil C. Johnston Jr., LLC
3800 Airport Blvd., Suite 302
Mobile, AL  36608
Phone: (251) 709-8251
E-mail: neilcjohnston@ncjlawoffice.com

Mr. Lynn Swanson
Jones, Swanson, Huddell & Garrison, LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Phone: (504)523-2500
E-mail: lswanson@jonesswanson.com

Mr. Lawrence L. Jones, II
Jones Ward, PLC
Marion E. Taylor Building
312 S 4th St., 6th Floor
Louisville, KY 40202
Phone: (502) 587-2002
E-mail: larry@jonesward.com

Mr. Gary Koederitz
Koederitz Law Firm, LLC
4607 Bluebonnet Blvd., Suite B
Baton Rouge, LA  70809
Phone: (225) 295-9494
E-mail: Gary@kwlawbr.com

Mr. Adam Moskowitz
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL  33134
Phone: (305) 372-1800
E-mail: amm@kttlaw.com

Mr. Anthony Tarricone
Kreindler & Kreindler LLP
855 Boylston Streetm Suite 1101
Boston, MA  02116
Phone: (617) 424-9100
E-mail: atarricone@kreindler.com

Mr. Hugh Lambert
The Lambert Firm
701 Magazine St.
New Orleans, LA 70130
Phone: (504) 581-1750
E-mail: hlambert@thelambertfirm.com

Mr. Frank Lamothe, III
Lamothe Law Firm, LLC
400 Poydras St., Suite 1760
New Orleans, LA  70130
Phone: (985) 249-6800
E-mail: felamothe@lamothefirm.com

Mr. Walter Leger, Jr.
Leger & Shaw
935 Gravier St., Suite 2150
New Orleans, LA 70112
Phone: (504) 588-9043
E-mail: wleger@legershaw.com

Mr. Andrew Lemmon
Lemmon Law Firm
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
E-mail: Andrew@lemmonlawfirm.com

Mr. Dewitt Lovelace
Lovelace & Associates, PA
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, FL 32550
Phone: (850) 837-6020
E-mail: dml@lovelacelaw.com

Mr. Scott Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
E-mail: srb@mbfirm.com

Mr. Gary Mason
Mason LLP
1625 Massachusetts Avenue, NW, Suite 605
Washington, DC  20036
Phone: (202) 429-2290
E-mail: gmason@wbmllp.com

Mr. Guy Matthews
Matthews, Lawson, McCutcheon, & Johnson, PLLC
2000 Bering Drive
Houston, TX  77057
Phone: (713) 355-4200
E-mail: gmatthews@matthewsfirm.com

Mr. Derriel McCorvey
The Law Office Of Derriel C. McCorvey
117 Caillouett Place
Lafayette, LA   70511
Phone: (337) 291-2431
E-mail: derriel@mccorveylaw.com

Mr. Harry Smith
McKenzie Law Firm, PA
905 East Hatton Street
Pensacola, FL 32503
Phone: (850) 432-2856
E-mail: jmckenzie@mckenzielawfirm.com

Mr. Stephen B. Murray, Sr.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Phone: (504) 525-8100
E-mail: smurray@murray-lawfirm.com

Mr. Charles B. Musslewhite, Jr.
Musslewhite & Associates, PC
P.O. Box 7886
Houston, TX    77270
Phone: (713) 426-1900
E-mail: cbm@musslewhite-law.com

Mr. Ronnie Penton
Penton Law Firm
503 Georgia Avenue
Bogalusa, LA  70427
Phone: (985) 732-5651
E-mail: fedcourtmail@rgplaw.com

Mr. Drew Ranier
Ranier Law Firm, LLC
1419 Ryan St.
Lake Charles, LA 70601
Phone: (337)494-7171
E-mail: dranier@ranierlaw.com

Mr. Jim Reeves
Reeves & Mestayer
160 Main St., P.O. Drawer 1388
Biloxi, MS 39533
Phone: (228) 374-5151
E-mail: jrr@rmlawcall.com

Mr. Dennis Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
E-mail: dreich@reichandbinstock.com

Mr. Matthew D. Shaffer
Schechter, McElwee, Shaffer & Harris, LLP
3200 Travis Street, 3rd Floor
Houston, TX  77006
Phone: (713) 524-3500
E-mail: mshaffer@smslegal.com

Mr. Jeffrey S. Grand
Seeger Weiss
77 Water St., 26th Floor
New York, NY 10005
Phone: (212) 584-0700
E-mail: jgrand@seegerweiss.com

Mr. Robert Roden
Shelby Roden, LLC
2956 Rhodes Circle
Birmingham, AL 35205
Phone: (205) 933-8383
E-mail: RRoden@shelbyroden.com

Mr. Martha Y. Curtis
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Phone: (504) 299-2100
E-mail: mcurtis@shergarner.com

Mr. Frank Spagnoletti
Spagnoletti & Co
401 Louisiana St., 8th Floor
Houston, TX    77002
Phone: (713) 659-0257
E-mail: frank@spaglaw.com

Mr. Willie James Singleton
The Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA  71108
Phone: (318) 631-5200
E-mail: wjsingleton@singletonlaw.com

Attorney General Luther Strange
The State of Alabama
Office Of The Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 353-4336
E-Mail: lstrange@ago.state.al.us

Mr. Charles Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR  97401
Phone: (541) 344-3505
E-mail: charlie@tebbuttlaw.com

Mr. Tom Thornhill
Thornhill Law Firm, APLC
1308 Ninth Street
Slidell, LA 70458
Phone: (985) 641-5010
E-mail: tom@thornhilllawfirm.com

Ms. Evette Ungar
Ungar & Byrne APLC
650 Poydras Street, Suite 2005
New Orleans, LA  70130
Phone: (504) 566-1616
Email: eungar@ungarlawyers.com

Mr. William S. Vincent, Jr.
Law Office of William S. Vincent, Jr.
2018 Prytania Street
New Orleans, LA  70130
Phone: (504) 522-3220
E-mail: jared@wsvjr.com

Mr. Steve Horner
Waite, Schneider, Bayless & Chesley
1 West Fourth Street
Cincinnati, OH 45202
Phone: (513) 621-0267
E-mail: stevehorner@wsbclaw.com

Mr. Darrel Papillion
Walters, Papillion, Thomas, Cullens LLC
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
E-mail: papillion@lawbr.net

Mr. Joel Waltzer
Waltzer, Wiygul, & Garside, LLC
1000 Behrman Highway
Gretna, LA  70056
Phone:  (504) 340-6300
E-mail: joel@wwglaw.com

Ms. Deborah Waters
Waters Law Firm
150 Boush St., Suite 600
Norfolk, VA 23510
Phone: (757) 446-1434
E-mail: dwaters@waterslawva.com

Mr. Mikal C. Watts
Watts Guerra, LLP
Four Dominion Drive, Bldg. 3, Ste. 100
San Antonio, TX 78257
Phone: (210) 447-0500
E-mail: mcwatts@wgclawfirm.com

Mr. Joshua D. Wilson
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Phone: (615) 964-5215
E-mail: jwilson@wigginschilds.com

Mr. Jimmy Williamson
Williamson, Sears, & Rusnak
4310 Yoakum Boulevard
Houston, TX 77006
Phone: (713) 223-3330
E-mail: jimmy@wsrlawfirm.com

Mr. Tom Young
The Law Office of Thomas Young, PA
209 South Howard Ave.
Tampa, FL 33606
Phone: (813) 251.9706
Email: tyoung@tlylaw.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Response will be served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 26th day of September, 2016.

/s/ Stephen J. Herman and James Parkerson Roy