# UNITED STATES DISTRICT COURT
# Eastern District of Louisiana

The Honorable Kurt D. Engelhardt, Chief Judge
William W. Blevins, Clerk of Court

Text Size: — A +   GO

| Home | Court Information | Judges' Information | Case Information | Attorney Information | Filing Without an Attorney | Juror Information | Forms |

**Oil Spill Home**

- Introduction
- Contacts
- ECF/PACER
- Local Rules
- MDL Manual
- MDL Panel
- Disclaimer

## MDL - 2179 Oil Spill by the Oil Rig "Deepwater Horizon"

**The Honorable Carl J. Barbier**

**Ben Allums, Law Clerk**

500 Poydras Street, Room C-256
New Orleans, LA 70130

| Current Developments | Orders/Minute Entries | Forms |

---

**NOTICES REGARDING THE HALLIBURTON (HESI) AND TRANSOCEAN PUNITIVE DAMAGES AND ASSIGNED CLAIMS SETTLEMENTS** (updated on 6/16/16):
Go to http://www.gulfspillpunitivedamagessettlement.com/ for information about these settlements.  **Do not contact the Court about these Settlements.**

The proposed distribution models for these settlements can be viewed here and here.

The revised date of the Fairness Hearing is Thursday, November 10, 2016, at 9:30 a.m.  A list of other pertinent deadlines (as revised) for these settlements can be viewed here.

The Court's preliminary approval order can be viewed here.

---

**NOTICES REGARDING THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AND THE MEDICAL BENEFITS SETTLEMENT** (updated 6/11/15): The deadline for submitting claims in both settlements has passed. **Do not contact the Court about these settlements.** Questions should be directed to the appropriate claims administration program.
    For the Economic and Property Damages Settlement, contact (866) 992-6174 or (888) 584-7624 (for TTY assistance). Additional information may be found on the Claims Administration website: http://www.deepwaterhorizoneconomicsettlement.com/.
    For the Medical Benefits Settlement, contact 1-877-545-5111 or 1-800-877-8973 (for TTY assistance). Additional information may be found on the Claims Administration website: https://deepwaterhorizonmedicalsettlement.com/en-us/home.aspx
    Additional references/contact information can be found here.
A copy of the Economic and Property Damages Settlement Agreement can be viewed here.
A copy of the Medical Benefits Class Action Settlement Agreement can be viewed here.

---

**August 2, 2016**    Order
On this date, the Court issued an order regarding the Clean-Up Responder Defendants' omnibus motion for summary judgment against the remaining eleven B3 plaintiffs.  All of the remaining B3 plaintiffs' claims against the Clean-Up Responder Defendants were dismissed, with the exception of Nathan Fitzgerald's and Joseph Brown's claims against DRC Emergency Services, LLC.

**August 1, 2016**    Order
On this date, the Court issued a General Order which reassigned all actions in MDL 2179 from retired Magistrate Judge Sally Shushan (Division 1) to Chief Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2).

**July 28, 2016**    Order
On this date, the Court issued an order appointing John. W. Perry, Jr. as a special master.

**July 20, 2016**    Order
On this date, the Court issued an order announcing its intent to appoint John W. Perry, Jr. as a special master as contemplated by Pretrial Order 59, the "Initial Fee Order."  Any responses are due by July 27, 2016.

**July 20, 2016**    Order
On this date, the Court issued an order permitting BP to dispose of superfluous amounts of oil and other material collected during the summer of 2010, provided it complies with certain restrictions.

**July 19, 2016**   Order

On this date, the Court issued an order regarding use of National Oceanic and Atmospheric Administration data in the Halliburton and Transocean settlements.

**July 19, 2016**   Order

On this date, the Court issued an order regarding use of Louisiana Department of Wildlife and Fisheries data in the Halliburton and Transocean settlements.

**July 14, 2016**   Order

On this date, the Court issued an Order regarding compliance with Pretrial Order No. 60 following the Court's Show Cause Order of June 7, 2016 and responses to same.  By July 21, 2016, BP shall file its objections to those Plaintiffs listed on Exhibit 2 to the Order. Any reply by Plaintiffs shall be filed by July 28, 2016.

**June 16, 2016**   Order

On this date, the Court granted Class Counsel's motion to implement changes and procedures to expedite final distribution of the Seafood Compensation Fund.

**June 13, 2016**   Distribution Model (New Class), Distribution Model (DHEPDS Class)

Relative to the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements, the Court received on this date the distribution models for the New Class and the DHEPDS Class.

**June 7, 2016**   Order

On this date, the Court issued an Order regarding compliance with Pretrial Order No. 60.  Plaintiffs who have not complied with PTO 60 must show cause in writing by June 28, 2016, why the Court should not dismiss their claims.

**June 3, 2016**   Order

On this date, the Court issued an order amending paragraph 10 of Pretrial Order No. 60.

**June 2, 2016**   Third Amendment to Pretrial Order No. 59

On this date, the Court issued a third amendment to Pretrial Order No. 59, the "Initial Fee Order."

**June 2, 2016**   First Amended Pretrial Order No. 12

On this date, the Court issued an amended version of Pretrial Order No. 12, governing electronic service in MDL 2179.

**May 27, 2016**   Order

On this date, the Court approved the Class Membership Denial Challenge Procedures for the Deepwater Horizon Medical Benefits Settlement.

**May 6, 2016**   Order

On this date, the Court rescheduled the Fairness Hearing on the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements from October 20, 2016 to **November 10, 2016 at 9:30 a.m.**  The Court changed other dates as well.

**May 2, 2016**   Order

On this date, the Court issued an Order noting BP's voluntary dismissal of its claims against the Economic and Property Damages Class in Civil Action No. 13-6674 (BP v. Mikal Watts, et al.) and BP's withdrawal of its motions for preliminary injunction and for relief under Federal Rule of Civil Procedure 60(b)(3).

**April 15, 2016**   Order

On this date, the Court issued an Order regarding New Lawsuits that are filed pursuant to Pretrial Order No. 60.

**April 12, 2016**   Order

On this date, the Court issued an Order preliminarily approving the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements.

**April 8, 2016**   Order

On this date, the Court issued an Order inviting the Clean-Up Responder Defendants to file motions for summary judgment on the eleven remaining claims in the B3 pleading bundle.

**April 8, 2016**   Order

On this date, the Court issued an Order approving the Dual Representation Resolution Procedures under the Medical Benefits Class Action Settlement.

**April 5, 2016**   Pretrial Order 61

On this date, the Court issued Pretrial Order 61 updating certain evidence preservation obligations of the United States and BP.

**April 4, 2016**   Consent Decree, Final Judgment

On this date, the Court entered a Consent Decree among BP Exploration & Production Inc., the United States of America, and the five Gulf Coast States and a Final Judgment in Civil Action no. 10-4536, *United States v. BP Exploration & Production, Inc., et al.*

**March 29, 2016**   Pretrial Order 60

On this date, the Court issued Pretrial Order 60, which concerns the remaining, unreleased claims in the B1 pleading bundle.  Under the order, plaintiffs who previously filed an individual lawsuit (or individual claim in the limitation action) must complete, file, and serve the attached sworn statement by **May 2, 2016**.  Plaintiffs who did not previously file an individual lawsuit (i.e., plaintiffs who only filed a short form joinder and/or were part of a "mass joinder" lawsuit) must complete, file, and serve the sworn statement **and** an individual complaint by **May 2, 2016**.

**March 22, 2016**   Second Amendment to Pretrial Order 59

On this date, the Court issued an amendment to Pretrial Order No. 59 ("Initial Fee Order"), regarding appearances before the Fee and Cost Committee.

**March 10, 2016**   Order

On this date, the Court issued an Order granting BP's Motion to Dismiss Moratoria/Permitoria Claims in the OPA Test Cases

**March 2, 2016**   Order

On this date, the Court cancelled the hearing on the motion for entry of the US/Gulf States/BP Consent Decree previously scheduled for March 23, 2016.  The United States anticipates filing its motion for entry on March 31, 2016.

**February 16, 2016**   Order

On this date, the Court issued an Order dismissing with prejudice all B3 claims against the Clean-Responder Defendants, with the exception of the claims asserted by 11 plaintiffs identified therein.

**January 7, 2016**   Order

On this date, the Court issued an Order requiring "B3" Plaintiffs to show cause by January 28, 2016, why their claims against the Clean-Up Responder Defendants should not be dismissed with prejudice for the reasons stated in the attached Exhibit A.

**January 7, 2016**   Order

On this date, the Court issued an Order denying a Medical Benefits Settlement Class Member's motion to require BP to pay costs associated with SPC and LMPC claims.

**January 7, 2016**   Order

On this date, the Court issued an Order regarding supplemental and residual distributions in the Seafood Compensation Program.

**December 16, 2015**   Final Judgment

On this date, the Court issued a Final Judgment with respect to the United States' claims under the Clean Water Act and Oil Pollution Act against the Anadarko entities.

**December 11, 2015**   Allocation and Reasons

On this date, the Court-Appointed Allocation Neutral issued his Allocation and Reasons with respect to the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements, allocating $902,083,250 to the New Class and $337,666,750 to the Old Class.

**December 8, 2015**   Order

On this date, the Court issued an Order approving further amendments to the Rules Governing Discretionary Court Review of Appeal Determinations in the Economic Settlement.

**November 30, 2015**   Finding of Facts and Conclusions of Law

On this date, the Court issued the Findings of Fact and Conclusions of Law for the Penalty Phase trial. The Court concluded that Anadarko Petroleum Corporation must pay a civil penalty under the Clean Water Act in the amount of $159.5 million.

**November 19, 2015**

On this date, the Court issued an Order regarding the OPA Test Cases and requiring BP and the plaintiffs to file motions as stated therein.

**November 16, 2015**

On this date, the Court issued an Order approving amended rules governing discretionary review of appeal determinations in the Economic Settlement.

**October 29, 2015**

On this date, the Court issued an Order dismissing the Gulf States' claims against Transocean in light of settlements between those parties.

**October 23, 2015**

On this date, the Court appointed Michael J. Juneau as Claims Administrator for the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements

**October 5, 2015**

On this date, the following documents were filed into the record pertaining to the settlements between the United States, the five Gulf States, and BP:
- Order Regarding Modification of Earlier Confidentiality Orders
- Joint Motion for Dismissal of the Gulf States' Claims, and attached Settlement Agreement between the Gulf States and the BP Entities
- Corrected Notice of Lodging of Proposed Partial Consent Decree between the United States, the Gulf States, and the BP Entities
- Certificates of No Objection to Recommendation of Court-Appointed Neutrals
- Order of Dismissal of the Gulf States' Claims against the BP Entities
- Order Regarding Proposed Consent Decree. A hearing on a motion to enter the Consent Decree as a final settlement (if necessary) will be held on March 23, 2016
- Order Regarding Payment of the Gulf States' Attorney Fees and Costs

**October 2, 2015**

On this date, the Court issued an Order directing the disbursement of funds in the MDL No. 2179 Account and Reserve for Common Benefit Litigation Expenses.

**September 29, 2015**

On this date, the Court issued an Order appointing Magistrate Judge Joseph C. Wilkinson, Jr. as Allocation Neutral for the Halliburton Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims

Settlement Agreement.

**September 4, 2015**
On this date, the Court issued an Order instructing the Clerk of Court to docket no further short from joinders in case no. 10-8888.

**Auguse 28, 2015**
On this date, the Court issued an Order regarding the dismissal of local government entity claims.

**July 27, 2015**
On this date, the Court issued an Order requiring BP to commence processing payment for those local governmental entities which have accepted the Neutrals' recommendation and that all payments be completed within thirty days.

**July 15, 2015**
On this date, the Court issued Pretrial Order 59 ("Initial Fee Order"), appointing a Common Benefit Fee and Cost Committee and establishing guidelines regarding common benefit attorneys' fees and cost reimbursement.

**July 13, 2015**
On this date, the Court issued an Order amending its previous order regarding the holdback for transition payments.

**July 10, 2015**
On this date, the Court Ordered that state and local government entities that accept the settlement announced on July 2, 2015 shall not be subject to the Court's prior holdback orders.

**July 7, 2015**
On this date, the Court issued an Order establishing rules governing discretionary court review of appeal determinations.

**July 2, 2015**
On this date, the Court released a confidentiality order concerning settlement documents and discussions.

**June 10, 2015**
On this date, the Court cancelled the status conference scheduled for Thursday, June 18.

**May 22, 2015**
On this date, the Court added two items to the agenda for the June 18 status conference.

**May 6, 2015**
On this date, the Court issued an Order permitting the Claims Administrator for the Economic and Property Damages Settlement to issue subpoenas as are necessary to conduct the investigation directed by the Order of September 6, 2013, as well as maintain the integrity of the Settlement Agreement.

**May 4, 2015**
On this date, the Court scheduled a status conference for Thursday, June 18 at 9:30 a.m.

**April 27, 2015**
On this date, the Court issued an Order regarding the availability of a jury trial in a BELO (Back-End Litigation Option) lawsuit.

**March 31, 2015**
On this date, the Court issued an Order denying Class Counsel's Motion to Alter or Amend Order Adopting Matching Policy (No. 495).

**March 30, 2015**
On this date, the Court issued an Order denying BP's Motion to Strike the State of Alabama's Jury Demand.

**February 26, 2015**
On this date, the Court issued an Order sanctioning attorneys Lionel Sutton, Jon Andry, and Glen Lerner. These sanctions relate to the Special Master's Report of September 6, 2013.

**February 19, 2015**
On this date, the Court issued an Order determining the maximum civil penalty under the Clean Water Act, 33 U.S.C. § 1321(b)(7)(D), to be $4,300 per barrel of oil discharged.

**February 18, 2015**
On this date, the Court issued an Order approving a notice plan regarding the June 8, 2015 deadline to file claims in the Deepwater Horizon Economic and Property Damage Class Action Settlement.

**January 30, 2015**
On this date, the Court issued an Order denying a motion to extend the deadline to file Proof of Claim Forms in the Medical Benefits Settlement. The deadline to file such forms remains **February 12, 2015.**

**January 15, 2015**
On this date, the Court issued the Findings of Fact and Conclusions of Law for the Phase Two trial.

**January 7, 2015**
On this date, the Court held a Pretrial Conference for the Penalty Phase scheduled to begin on January 20, 2015. The conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript.

**January 6, 2015**

On this date, the Court ordered that the Pretrial Conference for the Penalty Phase will not be open to the press and public.

**December 8, 2014**

On this date, the Court issued a preliminary Order governing the filing of Back-End Litigation Option lawsuits arising out of the Medical Benefits Class Actions Settlement Agreement.

**November 26, 2014**

On this date, the Court issued an Order denying motions for reconsideration of the Court's Order of July 23, 2014 regarding Chronic Specified Physical Conditions and Later-Manifested Physical Conditions under the Medical Benefits Class Action Settlement.

**November 25, 2014**

On this date, the Court issued an Order regarding public filing of the process audit reports from McGladrey LLP. In response to that Order, the Claims Administrator filed with the Court the following documents: McGladrey LLP's Report, DHECC's Response, Audit Committee's First Report, CliftonLarsonAllen LLP's Report.

On this date, the Court issued an Order governing public and press access to the Penalty Phase Trial.

**November 18, 2014**

On this date, the Court issued an Order adopting the Court-Designated Neutrals' Recommendations for the Seafood Compensation Program Supplemental Distribution.

**November 14, 2014**

On this date, the Court issued an Order establishing a settlement fund and appointing an escrow agent for the Halliburton Punitive Damages and Assigned Claims Settlement Agreement.

**November 13, 2014**

On this date, the Court issued an Order denying BP's Motion to Amend the Findings, Alter or Amend the Judgment, or for a New Trial.

**November 10, 2014**

On this date, the Court issued an Order denying BP's Motion to Remove the Claims Administrator and BP's Motion to Supplement Evidence.

**November 7, 2014**

On this date, the Court held an Evidentiary Hearing regarding the Court's Show Cause Order of September 6, 2013. The hearing was transcribed by Toni Tusa, Official Court Reporter. Counsel may contact her at (504) 589-7778 to request a copy of the transcript.

**October 31, 2014**

On this date, the Court issued an Order ruling on Cameron International Corporation's and Liberty Insurance Underwriters, Inc.'s motions for summary judgment in Civil Action no. 12-311.

**September 24, 2014**

On this date, the Court held a Status Conference during which BP's Motion for Restitution and Injunctive Relief was denied; other matters were taken under advisement. The status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript.

**September 23, 2014**

On this date, the Court held a Status Conference regarding the Court's Show Cause Order of September 6, 2013. The status conference was transcribed by Karen Ibos, Official Court Reporter. Counsel may contact her at (504) 589-7776 to request a copy of the transcript.

**September 22, 2014**

On this date, the Court issued a Tentative Agenda for the StatusConference on September 24 at 9:00 a.m.

**September 19, 2014**

On this date, the Court published the Court-Designated Neutrals' recommendations regarding the Seafood Compensation Program. Any objections or comments must be filed by Monday, October 20, 2014.

**September 15, 2014**

On this date, the Court issued an Order denying the OPA Test Case Plaintiffs' Motion to Strike Affirmative Defenses, etc. The Order also admonishes counsel to adhere to the page limits and formatting requirements set by the Court.

**September 4, 2014**

On this date, the Court issued the Findings of Fact and Conclusions of Law relative to the Phase One trial. Note that this document contains multiple figures which are best viewed in color, as opposed to black and white. When printing this document, it is advisable to use a color printer.

**September 2, 2014**

On this date, the PSC and Halliburton Energy Services, Inc. ("HESI") jointly filed the HESI Punitive Damages and Assigned Claims Settlement Agreement.

**July 18, 2014**

On this date, the Court issued Pretrial Order No. 58, governing the production and use of raw laboratory data during the Penalty Phase. On this date, the Court issued Pretrial Order No. 57, establishing a protocol for disclosures clarifying the basis for "B3" claims against the Clean-Up Responder Defendants. Note that this protocol applies to plaintiffs who either are not class members in the Medical Benefits Class Action Settlement or formally opted out of same, and who desire to pursue "B3" claims for exposure injuries and/or damages against any Clean-Up Responder Defendant(s).

**June 6, 2014**

On this date, the Court issued an Order regarding BP's Motion to Clarify or Amend Order Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce Orders of the Court.

**May 28, 2014**

On this date, the Court issued an Order dissolving the injunction regarding Business Economic Loss Claims under the Economic and Property Damages Settlement Agreement and implementing Policy No. 495 ("Business Economic Loss Claims: Matching of Revenue and Expenses).

**May 5, 2014**

On this date, the Court issued an Order approving Policy No. 495 ("Business Economic Loss Claims: Matching of Revenue and Expenses") and authorizing the Settlement Program to immediately implement the processing of BEL claims pursuant to the policy.

**April 29, 2014**

On this date, the Court issued an Order granting the Special Master's motion for return of payments made to Casey C. Thonn and others.

**March 25, 2014**

On this date, the Court issued an Order regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce Orders of the Court.

**March 21, 2014**

On this date, the Court held a Status Conference during which it scheduled the Penalty Phase trial for Tuesday, January 20, 2015. The status conference was transcribed by Jodi Simcox, Official Court Reporter. Counsel may contact her at (504) 589-7780 to request a copy of the transcript.

**March 19, 2014**

On this date, the Court issued Pretrial Order No. 56, amending Pretrial Order No. 9 ("Plaintiffs' Counsel Time and Expense Submissions").

**December 24, 2013**

On this date, the Court issued an Order responding to the remand of Business Economic Loss issues.

**December 5, 2013**

On this date, the Court issued an Order amending the October 18, 2013 preliminary injunction relating to Business Economic Loss (BEL) claims.

**November 22, 2013**

On this date, the Court issued an Order amending and clarifying its previous Order of Nov. 15, 2013 and denying BP's Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims.

**October 21, 2013**

On this date, the Court issued an Order regarding Phase Two post-trial briefing.

**October 18, 2013**

In light of the Fifth Circuit Court of Appeals' decision of October 2, 2013, the Court issued a Preliminary Injunction suspending certain Business Economic Loss and Individual Economic Loss claims under the Economic and Property Damages Settlement.

**October 3, 2013**

In light of the Fifth Circuit Court of Appeals' decision of October 2, 2013, regarding the Business Economic Loss (BEL) framework under the Economic and Property Damages Settlement, the Court issued an Order requiring, among other things, that the Claims Administrator immediately suspend the issuance of any final determination notices or any payments with respect to those BEL claims in which the Claims Administrator determines that the matching of revenues and expenses is an issue.

**October 1, 2013**

On this date, the Court issued Pretrial Order No. 55, re-appointing Plaintiff's Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee.

**September 11, 2013**

On this date, the Court held a Final Pretrial Conference. The conference was transcribed by Karen Ibos, Official Court Reporter. Counsel may contact her at (504) 589-7776 to request a copy of the transcript.

**September 10, 2013**

On this date, the Court ordered that the Pretrial Conference for the Phase Two trial will **not** be open to the press and public. The Court also rescheduled the time of the conference and issued a tentative agenda.

**September 6, 2013**

On this date, the Court issued an Order granting the Defendants' motions for summary judgment, denying the Mexican States' motion for summary judgment, and dismissing all remaining claims by the Mexican States. Also on this date, the Court posted the Report of Special Master Louis J. Freeh and issued an Order regarding same.

**August 22, 2013**

On this date, the Court issued an Order governing access by press and public to the Phase Two trial and materials. The Court also issued an Order regarding presentation of evidence during the Phase Two trial. The Court also issued an Order appointing P. Raymond Lamonica as the Documentation Reviewer under the Economic and Property Damages Settlement.

**August 15, 2013**

On this date, the Court issued an Order providing for amendment to structured settlement option and release.

**July 26, 2013**
On this date, the Court issued an Order appointing Judge Jerry A. Brown as the Third Party Claims Adjudicator over disputes regarding third party claims for attorney fees or fees for other services performed in connection with a Settlement Program claim. The Court also issued an Order approving rules governing the third party claims dispute resolution process within the Settlement Program.

**July 19, 2013**
On this date, the Court issued an Order continuing the Phase Two trial until September 30, 2013 at 8:00 a.m.
The Court also held a hearing during which it denied BP's Motion for Emergency Preliminary Injunction to Suspend Payments from Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report.
The Court also issued an Amendment to Pretrial Orders 1 and 14, regarding communications between counsel for the PSC, Transocean, Halliburton, Alabama, and Louisiana.

**July 2, 2013**
On this date, the Court issued an Order appointing Louis Freeh and the Freeh Group as Special Master.

**June 27, 2013**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript.

**June 25, 2013**
On this date, the Court issued a Tentative Agenda for the Status Conference on June 27 at 2:00 p.m.

**June 19, 2013**
On this date, the Court issued an Order regarding dispositive motions and motions in limine for the Phase Two trial.

**May 31, 2013**
On this date, the Court scheduled a Status Conference for Thursday, June 27, 2013 at 2:00 p.m.

**May 23, 2013**
On this date, the Court issued First Amended Pretrial Order No. 37 and First Amended Pretrial Order No. 39, both relating to testing of samples.

**May 20, 2013**
On this date, the Court issued an Order regarding discretionary Court review of appeal determinations in the Economic and Property Damages Settlement Agreement.
The Court also issued an Order regarding new related cases pending consolidation
The Court also issued an Order regarding filing requests for summons and summons returns.

**April 24, 2013**
On this date, the Court issued an Order regarding post-trial briefing for the Phase One trial. The Court also issued an Order regarding appeals in the Economic and Property Damages Settlement.

**April 15, 2013**
On this date, the Court issued an Order approving rules governing third party claims dispute resolution process as to attorney fee liens.

**April 9, 2013**
On this date, the Court issued an Order instructing the Economic and Property Damages Settlement to follow certain rulings of the Court.

**April 8, 2013**
On this date, the Court issued an Order appointing Judge Jerry A. Brown as Attorney Liens Adjudicator under the Economic and Property Damages Settlement.

**March 11, 2013**
On this date, the Court issued an Order approving the first amended procedure for the processing of third party claims against claimant recoveries under the Economic and Property Damages Settlement.

**February 22, 2013**
On this date, the Court issued an Order regarding public access to trial materials through a FTP website, www.mdl2179trialdocs.com.

**February 19, 2013**
On this date, the Court signed a Partial Consent Decree with Amendment between the United States and the Transocean entities.
The Court also signed a Stipulation mooting BP's motion for partial summary judgment respecting civil penalties for 800,000 barrels of oil.

**January 31, 2013**
On this date, the Court issued an Order providing for a structured settlement option.
The Court also issued an Order appointing Daniel J. Balhoff as joint Court-Designated Neutral to preside with John W. Perry over the settlement of the seafood program. Randi S. Ellis is appointed as Deputy Court-Designated Neutral.

**January 24, 2013**
On this date, the Court issued an Order denying a motion forextension of time to submit claims to the Seafood Compensation Program.

**January 18, 2013**
On this date, the Court held a Final Pretrial Conference. The conference was transcribed by Cathy Pepper, Official Court Reporter.

Counsel may contact her at (504) 589-7779 to request a copy of the transcript.
The Court also issued an Order regarding press and public access to the Phase One trial.

**January 16, 2013**
On this date, the Court issued an Order directing the Medical Benefits Settlement Claims Administrator to send letters regarding requests to revoke exclusion (opt-out) requests.

**January 15, 2013**
On this date, the Court issued an Order directing the Notice Administrator to send letters reminding potential oyster leaseholder class members of the January 22, 2013 deadline for filing claims with the Seafood Compensation Program.
The Court also issued an Order directing the Claims Administrator to send letters regarding requests to revoke exclusion (opt-out) requests.

**January 14, 2013**
On this date, the Court changed the time of the January 18 Final Pretrial Conference from 9:30 a.m. to 8:15 a.m. The Final Pretrial Conference is not open to the public; only trial counsel may attend.

**January 11, 2013**
On this date, the Court issued an Order and Reasons and an Order and Judgment certifying the Medical Benefits Settlement Class and granting final approval of the Medical Benefits Class Action Settlement.

**January 4, 2013**
On this date, the Court issued Amended Pretrial Order No. 54, regarding procedures for Phase One Trial on February 25, 2013.

**December 21, 2012**
On this date, the Court issued an Order and Reasons and Order and Judgment certifying the Economic and Property Settlement Class and granting final approval of the Economic and Property Damages Settlement Agreement.

**December 12, 2012**
On this date, the Court Canceled the Status Conference scheduled for Tuesday, December 18.

**December 7, 2012**
On this date, the Court issued Pretrial Order No. 54, regarding pretrial procedures for the Feb. 25, 2013 Phase One Trial.

**November 28, 2012**
On this date, the Court issued an Order granting Nalco's motion for summary judgment.

**November 16, 2012**
On this date, the Court issued an Order extending deadlines for revoking opt-out requests for the proposed class action settlements.

**November 8, 2012**
On this date, the Court held a Final Fairness Hearing. The hearing was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next Status Conference will be on Tuesday, December 18, 2012, at 9:30 a.m. C.S.T.

**November 1, 2012**
On this date, the Court issued Third Amended Pretrial Order No. 41 [Case Management Order No.5], rescheduling the Phase I Trial for February 25, 2012 at 8:00 a.m. and changing the dates of other conferences.
The Court also issued a Third Amendment to Pretrial Order No. 1, regarding attorneys appearing *pro hac vice*.
The Court also issued an Order regarding objectors' presentations at the November 8 fairness hearing.

**October 26, 2012**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Toni Tusa, Official Court Reporter. Counsel may contact her at (504) 589-7778 to request a copy of the transcript. The next Status Conference will be on Tuesday, December 18 at 9:30 a.m. C.S.T.

**October 24, 2012**
On this date, the Court issued a Tentative Agenda for the 10/26/12 Status Conference.

**October 17, 2012**
On this date, the Court issued an Order approving a procedure for the Claims Administrator of the Medical Benefits Class Action Settlement to process claims on behalf of deceased, minor, or incompetent claimants.

**October 16, 2012**
On this date, the Court issued an Order concerning refund of transition payments.

**October 1, 2012**
On this date, the Court issued an Order granting motions to dismiss the "Pure Stigma Claims," "BP Dealer Claims," and "Recreation Claims."
The Court also rescheduled the next Status Conference for October 26, 2012 at 9:00 a.m.

**September 24, 2012**
On this date, the Court issued an Order approving a procedure for the Claims Administrator of the Economic and Property Damages Settlement to process claims on behalf of deceased, minor, or incompetent claimants.
The Court also received a Report by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement.

**September 18, 2012**

On this date, the Court issued an Order regarding procedures for the Claims Administrator to obtain trip tickets, dealer reports, and/or their equivalents directly from authorities. The Court issued a similar Order regarding commercial fishing licenses and a similar Order regarding vessel registration information.

**September 14, 2012**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next Status Conference will be on Friday, October 19, 2012, at 9:30 a.m. C.D.T.

**September 11, 2012**
On this date, the Court issued an Order changing the time of the 9/14/12 Status Conference to 9:00 a.m.
The Court also issued a Tentative Agenda for the 9/14/12 Status Conference.
The Court also issued an Order regarding procedures for the November 8 Final Fairness Hearing.
The Court also issued an Order approving a procedure to process third party claims against claimant recoveries in the Economic and Property Damages Settlement.

**September 10, 2012**
On this date, the Court issued an Order regarding attendance at Liaison Counsel Meetings.
On this date, the Court issued Pretrial Order No. 53, re-appointing Plaintiff's Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee.

**September 4, 2012**
On this date, the Court issued Pretrial Order No. 52, coordinating Phase Two Discovery with MDL 2185 and amending PTO 27 and PTO 17.

**August 31, 2012**
On this date, the Court issued an Order extending the deadline for filing and service of objections to the two class action settlements through September 7, 2012.

**August 27, 2012**
On this date, the Court issued an Order extending the opt-out deadline for the proposed class action settlements to November 1, 2012.

**August 16, 2012**
On this date, the Court issued an Order granting in part and denying in part Liberty Insurance Underwriters, Inc.'s Motion for Judgment on the Pleadings.

**August 13, 2012**
On this date, the Court canceled the Status Conference scheduled for August 17, 2012.  The next Status Conference is scheduled for September 14, 2012 at 9:30 a.m.

**August 6, 2012**
On this date, the Court issued Pretrial Order No. 51, governing subpoenas to third parties.

**July 19, 2012**
On this date, the Court issued an Order regarding misleading websites.

**July 16, 2012**
On this date, the Court issued Pretrial Order 50, amending Pretrial Order 13, to govern the production of certain information by the United States.

**July 13, 2012**
On this date, the Court held a Status Conference.  The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter.  Counsel may contact her at (504) 589-7779 to request a copy of the transcript.  The next Status Conference will be on Friday, August 17, 2012, at 9:30 a.m.

**July 11, 2012**
On this date, the court issued a Revised Tentative Agenda for the July 13, 2012 Status Conference.

**July 10, 2012**
On this date, the court issued a Tentative Agenda for the July 13, 2012 Status Conference.

**June 26, 2012**
On this date, the Court issued an Order appointing appeal panelist pursuant to the Economic and Property Damages Settlement Agreement.

**June 15, 2012**
On this date, the Court issued an order capping certain attorneys' fees at 25%.

**June 11, 2012**
On this date, the Court cancelled the Status Conference scheduled for June 15, 2012.

**June 5, 2012**
On this date, the Court received a Status Report from the Claims Administrator regarding the transfer of claims, data, etc. to the Court Supervised Settlement Program.

**June 4, 2012**
On this date, the Court issued Pretrial Order No. 49, establishing docket number 10-7777 for filing objections to the proposed

settlements.

**May 30, 2012**
On this date, the Court issued Second Amended Pretrial Order No. 41 (Case Management Order No. 4) regarding the Trial of Liability, Limitation, Exoneration, and Fault scheduled to re-commence on January 14, 2013.

**May 7, 2012**
On this date, the Court issued an Order setting the dates of status conferences through December 2012.

**May 3, 2012**
On this date, the Court held an In-Chambers Status Conference regarding the trial plan. The Limitation and Liability Trial is scheduled for January 14, 2013.
 On this date, the Court issued an Order clarifying the "Hold-Back Order" relative to Settlement Payments made through the Court-Supervised Settlement Program.

**May 2, 2012**
On this date, the Court issued an Order preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Settlement.
The Court also issued an Order preliminarily and conditionally certifying the Medical Benefits Settlement Class and preliminarily approving the proposed Medical Benefits Settlement.
The Court also issued an Order extending the deadline for the acceptance of the GCCF quick pay offers to June 11, 2012.

**April 25, 2012**
On this date, a Preliminary Approval Hearing was held regarding the Motions for Preliminary Approval of the proposed Economic and Property Damage Class Settlement and Medical Benefits Class Settlement.

**April 18, 2012**
On this date, the Court issued an Order scheduling a hearing for Wednesday, April 25, 2012 at 2 p.m., on the request for conditional and preliminary certification of the Economic/Property Damage Class and Medical Benefits Class and the request for preliminary approval of the proposed settlements respecting these putative classes.

**April 16, 2012**
On this date, the Court issued an Order extending the deadline for submitting the motion for preliminary approval to 8:30 a.m. CDT on Wednesday, April 18, 2012.

**March 21, 2012**
On this date, the Court issued a Clarifying Order regarding the transition process and GCCF appeals.

**March 14, 2012**
On this date, the Court issued a Clarifying Order regarding the transition process and "Bundle A" personal injury and/or wrongful death claims.

**March 8, 2012**
On this date, the Court issued an Order appointing John W. Perry to preside over the seafood component of the proposed settlement.
On this date, the Court issued an Order (as amended) creating the transition process and appointing claims administrator and transition coordinator.

**March 5, 2012**
On this date, the Court issued an Order appointing interim class counsel.

**March 2, 2012**
On this date, the Court issued an Order adjourning Phase I of the trial scheduled to commence March 5, 2012.

**February 26, 2012**
On this date, the Court issued an Order adjourning Phase I of the trial until March 5, 2012 at 8:00 a.m.

**February 22, 2012**
On this date, the Court issued an Order regarding the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment on liability under the Oil Pollution Act and Clean Water Act.

**February 17, 2012**
On this date, the Court issued an Order regarding access to the trial by the press and public.

**February 15, 2012**
On this date, the Court issued an Order unsealing documents connected to Weatherford's Motion for Summary Judgment.

**February 7, 2012**
On this date, the Court issued an Order addressing some frequently asked  questions received from the press and the public regarding the Feb. 27, 2012 trial.

**February 3, 2012**
On this date, the Court held a Pretrial Conference regarding the trial scheduled to commence on February 27, 2012.

**January 31, 2012**
On this date, the Court issued an Order changing the time of the 2/3/12 Pretrial Conference to **8:30** a.m. This Pretrial Conference is not a public hearing in court, but intended as a chambers conference with only trial counsel to discuss logistical or other issues relating to the trial scheduled to commence on February 27, 2012.
The Court also issued an Order granting in part and denying in part Halliburton's and BP's Cross-Motions for Partial Summary

Judgment regarding contractual indemnity.

**January 26, 2012**
On this date, the Court issued an Order granting in part and denying in part Transocean's and BP's Cross-Motions for Partial Summary Judgment regarding contractual indemnity.

**January 19, 2012**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The Pretrial Conference will be on Friday, February 3, 2012, at 9:30 a.m. C.S.T. This final Pretrial Conference is not a public hearing in court, but intended as a chambers conference with trial counsel to discuss logistical or other issues relating to the trial scheduled to commence on February 27, 2012.

**January 18, 2012**
On this date, the Court issued a Tentative Agenda for the January 19, 2012 Status Conference.
The Court issued an Order amending and superseding previous Orders relative to the Court-supervised escrow account and reserve.
The Court issued Pretrial Order 48, amending Pretrial Order 26 and appointing Attorney General James D. "Buddy" Caldwell as Co-Coordinating Counsel for State Interests.

**January 4, 2012**
On this date, the Court issued an Order amending and clarifying its Order of December 28, 2011, which established a Court-supervised escrow account and reserve.

**December 28, 2011**
On this date, the Court issued an Order establishing a Court-supervised escrow account and reserve.

**December 21, 2011**
On this date, the Court issued an Order rescheduling the next Status Conference for January 19, 2012 at 9:30 a.m.

**December 16, 2011**
On this date, the Court issued held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next Status Conference will be on Friday, January 20, 2011, at 9:30 a.m. C.S.T.

**December 15, 2011**
On this date, the Court issued a Tentative Agenda for the December 16, 2011 Status Conference.

**December 9, 2011**
On this date, the Court issued an Order granting in part and denying in part Defendants' Motions to Dismiss the Local Government Entity Master Complaint and certain other cases within Pleading Bundle C.

**November 18, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next Status Conference will be on Friday, December 16, 2011, at 9:30 a.m. C.S.T.
On this date, the Court issued a Revised Tentative Agenda for the November 18, 2011 status conference.

**November 16, 2011**
On this date, the Court issued a Tentative Agenda for the November 18, 2011 status conference.

**November 15, 2011**
On this date, the Court issued an Order, denying the BP entities' Motion for Judgment on the Pleadings in the Insurance Actions, Case Nos.11-274 and 11-275.

**November 14, 2011**
On this date, the Court issued an Order, granting in part and denying in part Defendants' Motions to Dismiss the Complaints of the States of Alabama and Louisiana.

**October 21, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next Status Conference will be on Friday, November 18, 2011, at 9:30 a.m. C.S.T.

**October 19, 2011**
On this date, the Court issued a Tentative Agenda for the October 21, 2011 status conference.

**October 12, 2011**
On this date, the Court issued an Order, granting the Joint Motion to Dismiss the claims asserted in the B4 Pleading Bundle.

**October 5, 2011**
On this date, the Court issued Pretrial Order #46, appointing Plaintiffs' Liaison Counsel, Plaintiff Executive Committee, and Plaintiffs' Steering Committee. The Court also issued Pretrial Order #47, regarding designation of documents as "Confidential" or "Highly Confidential" pursuant to Pretrial Order #13.

**October 4, 2011**
On this date, the Court issued an Amended Order, granting in part and denying in part Defendants' Motions to Dismiss the B3 Master Complaint (amending Order of September 30, 2011).

**October 3, 2011**

On this date, the Court issued Pretrial Order #44, relating to deposition protocol, and Pretrial Order #45, relating to the use of sample reference material.

**September 30, 2011**
On this date, the Court issued an Order, granting in part and denying in part Defendants' Motions to Dismiss the B3 Master Complaint).

**September 21, 2011**
On this date, the Court issued Pretrial Order #43, relating to the definition of "sample" and the Court's preservation requirements.

**September 16, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next Status Conference will be on Friday, October 21, 2011, at 9:30 a.m. C.D.T.
The Court also issued Pretrial Order #42, approving forms for Short-Form Joinder and Plaintiff Profile Form amendments and dismissals, adopting forms for the release of medical and employer information, and vacating Pretrial Order 34.

**September 14, 2011**
On this date, the Court issued Pretrial Order #41 (Case Management Order # 3; Amended on September 21, 2011), governing the scope and structure of the Trial scheduled for February 27, 2012. The Court also issued a Tentative Agenda for the September 16, 2011 status conference.

**September 12, 2011**
On this date, the Court issued an Order, regarding the creation and management of a shared database to house data for Bundle B1, Bundle B3, and Bundle C Plaintiffs.

**September 9, 2011**
On this date, the Court issued a Stipulated Order setting deadlines for certain pleadings relative to the B1 Master Complaint, B3 Master Complaint, Limitation Action (10-2771), and *United States v. BP Exploration & Production Inc., et al.* (10-4536).

**August 26, 2011**
On this date, the Court issued an Order, granting in part and denying in part Defendants' Motions to Dismiss the B1 Bundle Master Complaint.

**August 12, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript.

**August 11, 2011**
On this date, the Court issued an Updated Tentative Agenda for the August 12, 2011 status conference.

**August 10, 2011**
On this date, the Court issued a Tentative Agenda for the August 12, 2011 status conference.

**July 20, 2011**
On this date, the Court issued an Order, denying BP's Motion to Dismiss Transocean's Complaint in Intervention in the Insurance Actions.

**July 15, 2011**
On this date, the Court issued an Order, granting BP's Motion to Stay Proceedings Between BP and Anadarko.
On this date, the Court also issued an Order, granting BP's Motion to Dismiss Plaintiffs' RICO Claims (B2 Pleading Bundle).
On this date, the Court issued an Order, granting Plaintiffs' Motion on the Admissibility of the Boots and Coots Report.

**July 12, 2011**
On this date, the Court issued Pretrial Order #40 which addresses the return of tangible items in the possession of the JIT to designated owners.

**July 8, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next status conference will be Friday, August 12, 2011, at 8:30 a.m.
The Court also issued Pretrial Order #38 relating to confidentiality of settlement negotiations, Pretrial Order #39 relating to testing of samples, an Order granting BP's Motion for Non-Applicability of Preservation of Evidence Obligations, and a Case Management Order regarding limited discovery and mediation in connection with Vessels of Opportunity Program contract matters.

**July 6, 2011**
On this date, the Court issued a Tentative Agenda for the July 8, 2011 status conference.

**June 24, 2011**
On this date, the Court issued Pretrial Order #37 relating to United States' and Natural Resource Trustees' testing of samples.

**June 20, 2011**
On this date, the Court issued an agreed-upon Case Management Order governing insurance actions.

**June 16, 2011**
On this date, the Court issued an Order relating to BP's Motion to Stay Proceedings Between BP and Anadarko and instructing the parties to submit further briefing.
On this date, the Court issued an Order granting Defendants' Motions to Dismiss Plaintiffs' D1 Master Complaint, which included

claims for injunctive and regulatory relief.

**May 26, 2011**
On this date, the Court held a Status Conference. The monthly status conference, including the oral argument on the Motions to Dismiss, was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next status conference will be Friday, July 8, 2011, at 9:30 a.m.

**May 23, 2011**
On this date, the Court issued an Agenda for the May 26, 2011 status conference.

**May 16, 2011**
On this date, the Court issued Pretrial Order #36 regarding the production of confidential information by the United States.
On this date, the Court also issued an Amendment to Pretrial Orders #1 and #14 regarding communications between counsel for the United States, the States, and the Plaintiffs' Steering Committee.

**May 12, 2011**
On this date, the Court issued an Order denying certain Plaintiffs' Motion to Clarify Pretrial Order #34.

**April 29, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next status conference will be Thursday, May 26, 2011, at 8:30 a.m.
On this date, the Court also issued Pretrial Order #35, amending Pretrial Order #30 governing out-of-date samples.

**April 27, 2011**
On this date, the Court issued an Agenda for the April 29, 2011 status conference.

**April 15, 2011**
On this date, the Court issued an Order, vacating the St. Joe's Company's Notices of Voluntary Dismissals in two member cases.

**April 12, 2011**
On this date, the Court issued Pretrial Order #34, requiring leave of court for dismissals without prejudice.

**March 25, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next status conference will be Friday, April 29, 2011 at 9:30 a.m.
On this date, the Court also issued an Order granting BP's Motion for Access to the Deepwater Horizon blowout preventer (Rec. Doc. 1533).

**March 24, 2011**
On this date, the Court issued an Agenda for the March 25, 2011 status conference.
On this date, the Court also issued a Stipulated Order governing deadlines in connection with Petitioners' Rule 14(c) Third-Party Complaint and Certain Bundle C Pleadings.

**March 15, 2011**
On this date, the Court issued an Order, which permits the Plaintiffs' Steering Committee to provide Commonly Asked Questions to potential claimants.
On this date, the Court issued another Order, regarding deadlines for answers, cross-claims, and third-party complaints.

**March 9, 2011**
On this date, the Court issued Pretrial Order #33, which provides the Short-Form Joinder form for local government entities and deems Short-Form Joinders filed in CA 10-9999 to be filed within MDL 2179 and the Limitation Action, CA 10-2771.

**March 3, 2011**
On this date, the Court issued Pretrial Order #32 (Case Management Order #2), which includes a revised case management schedule.
On this date, the Court issued Pretrial Order # 31, which clarifies the master complaints, short-form joinders, and responsive pleadings.

**February 25, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next status conference will be Friday, March 25, 2011, at 9:30 a.m.
On this date, the Court issued three Orders relating to parties' preservation-of-evidence obligations: Pretrial Order # 30 (granting the United States' Motion regarding out-of-date samples), Order (granting the United States' Motion regarding destructive testing of rock samples and drill cuttings), and Order (granting BP's Motion regarding various equipment).
On this date, the Court also issued Pretrial Order # 29, regarding documents produced by BP in the Texas City Litigation.

**February 23, 2011**
On this date, the Court issued an Order, which grants the Plaintiffs' Steering Committee's Motion for Court Approval of Proposed Notice (Rec. Doc. 1126).
On this date, the Court also issued a Tentative Agenda for the February 25, 2011 status conference.

**February 14, 2011**
On this date, the Court issued Pretrial Order # 28, which amends Pretrial Order # 25 and Pretrial Order # 11 regarding responsive pleadings deadlines.

**February 2, 2011**
On this date, the Court issued an Order, which grants in part Plaintiffs' Motion to Supervise Ex Parte Communications Between BP Defendants and Putative Class Members (Rec. Doc. 912).
On this date, the Court also issued an Order, granting the State of Louisiana's Motion for Confirmation of Non-Applicability of, or Exemption from, Certain Party-Plaintiff Requirements (Rec. Doc. 876).

**January 28, 2011**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next status conference will be Friday, February 25, 2011, at 9:30 a.m.

**January 27, 2011**
On this date, the Court issued Pretrial Order # 27, which amends Pretrial Order # 17 on deposition protocol.
On this date, the Court issued Pretrial Order # 26, announcing the appointment of Government Coordinating Counsel.
On this date, the Court also issued a Tentative Agenda for the January 28, 2011 status conference.

**January 12, 2011**
On this date, the Court issued Pretrial Order # 25, which clarified the pleading bundles, responsive pleadings, and the master complaints, as well as provided the Amended Plaintiff Profile Form and the Short-Form Joinder form.
On this date, the Court also issued Pretrial Order # 24, which deemed Short-Form Joinders filed in CA 10-8888 to be filed within MDL 2179 and the Limitation Action, CA 10-2771.

**January 4, 2011**
On this date, the Court issued Pretrial Order # 23, which provides notification to unrepresented defendants of depositions.
On this date, the Court also issued Pretrial Order # 22, relating to the United States' preservation of documents and electronically stored information.

**January 3, 2011**
On this date, the Court issued Pretrial Order # 21, which designates the location of BP employee depositions.

**December 17, 2010**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The next status conference will be Friday, January 28, 2011, at 9:30 a.m.
Also on this date, the Court issued an Order, granting the United States' First Amended Petition for Enforcement of Administrative Subpoena (Rec. Doc. 6 in member case 10-4397).
Lastly, the Court issued Pretrial Order # 20, which outlines direct-file procedures for parties wishing to join in a Master Complaint.

**December 15, 2010**
On this date, the Court issued a Tentative Agenda for the December 17, 2010 status conference.

**December 2, 2010**
On this date, the Court issued Pretrial Order # 19, which sets the dates for status conferences through February 2012.

**December 1, 2010**
On this date, the Court issued Pretrial Order # 18, which governs discovery of experts.

**November 19, 2010**
On this date, the Court held a Status Conference. The monthly status conference was transcribed by Cathy Pepper, Official Court Reporter. Counsel may contact her at (504) 589-7779 to request a copy of the transcript. The Court scheduled the next status conference for Friday, December 17, 2010, at 9:30 a.m.
Also on this date, the Court issued an Order, which outlines how Defendant BP will treat different categories of items having varying degrees of evidentiary worth (Rec. Doc. 780).

**November 17, 2010**
On this date, the Court issued a Tentative Agenda for the November 19, 2010 status conference.

**November 16, 2010**
On this date, the Court issued Pretrial Order # 17, which outlines deposition protocol.

**November 8, 2010**
On this date, the Court issued Pretrial Order # 16, which outlines discovery procedures and format relating to the production of documents and electronic data.

**November 5, 2010**
On this date, the Court issued Pretrial Order # 15, which continues without hearing all pending and future motions. No responses to motions are due until two weeks before the hearing date, which will be set by the Court in due course.

**November 3, 2010**
On this date, the Court issued an Order granting relief to Anadarko Petroleum Corporation from the preservation of evidence obligations in Pretrial Order # 1 (Rec. Doc. 650).
Also on this date, the Court issued Pretrial Order # 14, which governs the treatment of privileged and work product materials.

**November 2, 2010**
On this date, the Court issued Pretrial Order # 13, which outlines procedures for protecting confidential material during the discovery process.
Also on this date, the Court issued an Order introducing the Plaintiff Profile Form pursuant to Pretrial Order # 11. The deadline for completion of the form is November 22, 2010 (Rec. Doc. 642).

**October 29, 2010**

On this date, the Court issued an Order ordering Halliburton Energy Services, Inc. to provide cementing components to the Joint Investigation Team and ordering that no destructive testing on the cementing components be conducted (Rec. Doc. 617).

**October 26, 2010**

On this date, the Court issued Pretrial Order # 12, which outlines the procedure for filing documents in MDL 2179 and the process for registering with LexisNexis File & Serve.

**October 25, 2010**

On this date, the Court issued an Order denying Abdon Callais Offshore's Motion to Compel Arbitration and Stay Litigation (Rec. Doc. 114).

**October 22, 2010**

On this date, the Court received a Letter from Don K. Haycraft regarding BP's position on presentment of claims to the Gulf Coast Claims Facility.

**October 21, 2010**

On this date, the Court received a Letter from Kenneth R. Feinberg regarding the Gulf Coast Claims Facility's intent to comply with the provisions of Pretrial Order #1.

**October 18, 2010**

On this date, BP filed a Statement with the Court regarding its position on the applicability of limit of liability under the Oil Pollution Act of 1990.

Also on this date, the Court also issued Pretrial Order # 11 (Case Management Order #1), which establishes important dates and deadlines.

Additionally, the Court issued Pretrial Order # 10, which appoints the members of the Defense Steering Committee and the Defense Liaison Counsel.

**October 15, 2010**

On this date, the Court held a Pretrial Conference in which matters pertaining to proposed Case Management Order #1 were discussed. The Court scheduled the next pretrial conference for Friday, November 19, 2010 at 9:00 a.m.

**October 14, 2010**

On this date, the Court issued a Tentative Agenda for the October 15, 2010 pretrial conference.

**October 12, 2010**

A teleconference call line has been set up for the October 15, 2010 pretrial conference. Starting at 9:15 a.m. central time on October 15, 2010, parties who wish to attend the conference via telephone shall dial 1-800-230-1096. Participants will not be required to enter an access code.

Please be advised that the teleconference is "listen only." Therefore, teleconference participants will not be able to speak during the conference.

**October 8, 2010**

On this date, the Court issued Pretrial Order #8, which appoints the members of the Plaintiffs' Steering Committee and the Plaintiff Executive Committee, and Pretrial Order #9, which establishes standards and procedures to be utilized by plaintiffs' counsel seeking fees and/or expense reimbursement.

**October 7, 2010**

On this date, the Court issued an Order appointing Francis E. McGovern, Professor of Law, Duke University School of Law, as special master in this matter.

**October 6, 2010**

On this date, the Court issued an Order, which denied the State of Louisiana's Motion to Remand, 10-1156 (Rec. Doc. 304).

The Court also issued an Order denying the following motions to remand filed by the State of Louisiana: 10-1757 (Rec. Doc. 9); 10-1758 (Rec. Doc. 7); 10-1156 (Rec. Doc. 309); 10-2179 (Rec. Doc. 65).

Lastly, the Court issued an Order continuing the Limitation Trial in this matter from its tentative start date of October/November 2011 to Monday, February 27, 2012 at 8:30 a.m.

**October 1, 2010**

On this date, the Court issued an Order, which extended the deadline for the filing of proposed Case Management Order No. 1 to October, 6, 2010.

The Court also issued an Order setting the hearing date for Defendants' Motion to Continue Trial for October 5, 2010, without oral argument.

**September 29, 2010**

On this date, the Court held a Status Conference, in which matters pertaining to proposed Case Management Order No. 1 were discussed.

**September 24, 2010**

On this date, the Court issued a Notice stating its intent to appoint Francis E. McGovern, Professor of Law, Duke University School of Law, as special master in this matter. Any objection to this appointment shall be filed by Friday, October 1, 2010.

The Court also issued an Order, which denied Plaintiffs' Motion to Reconsider (Rec. Doc. 44) and canceled oral argument on other pending motions.

**September 16, 2010**

On this date, the Court held its Initial Pretrial Conference. At the conference, important dates and deadlines were established. The Court also scheduled the next pretrial conference for October 15, 2010, at 9:30 a.m.

**September 15, 2010**

On this date, the Court issued a Tentative Agenda for the initial pretrial conference.

A teleconference call line has been set up for the initial pretrial conference. Starting at 2:00 p.m. central time on September 16, 2010, parties who wish to attend the conference via telephone shall dial 1-866-233-3852. Participants will not be required to enter an access code.

Please be advised that the teleconference is "listen only." Therefore, teleconference participants will not be able to speak during the conference.

**September 9, 2010**

On this date, the Court issued Pretrial Order #7, which canceled oral argument on certain pending motions.

**August 27, 2010**

On this date, the Court issued Pretrial Order #6, which appoints James P. Roy & Stephen J. Herman as Plaintiffs' Co-Liaison Counsel.

**August 26, 2010**

On this date, the Court issued an Order, which amends Paragraph 14 of Pretrial Order #1, establishing protocol for the removal, transportation, and immediate storage of the Deepwater Horizon's BOP; the Order further mandates that counsel shall meet and confer regarding longer-term preservation and storage protocol order(s).

**August 25, 2010**

On this date, the Court issued a Consolidation Order, mandating that the limitation action filed by managing owners and operators of the MODU Deepwater Horizon be consolidated with MDL-2179 and that all answers and claims in the limitation action are to be filed in member case 10-2771.

**August 20, 2010**

On this date, the Court held a telephone Status Conference, during which liaison counsel discussed the protocol for removal and preservation of the drill string and the blowout preventer.

On this date, the Court also issued a Second Amendment to Pretrial Order #1, which amends Paragraph 14, changing the protocol for recovery and preservation of physical evidence related to the drill pipe that is the subject of a fishing operation.

**August 17, 2010**

On this date, the Court issued an Amendment to Pretrial Order #3, which changes the date of the motion hearings, with oral argument, from Friday, September 17, 2010 at 9:30 a.m. to Thursday, September 16, 2010 at 2:30 p.m.

**August 16, 2010**

On this date, the Court issued Pretrial Order #5, which discusses this Court's procedure for handling motions filed in cases prior to those cases being transferred to the MDL.

On this date, the Court also issued an Amendment to Pretrial Order #1, which changes the date of the initial pretrial conference from Friday, September 17, 2010 at 9:30 a.m. to Thursday, September 16, 2010 at 2:30 p.m.

**August 12, 2010**

On this date, the Court issued Pretrial Order #4, which designates additional interim liaison counsel for defendants.

**August 11, 2010**

On this date, the Court also issued Pretrial Order #3, which suspended the deadline for requesting class certification. The order also reset the hearing dates for various motions. Those motions will be heard, with oral argument at the initial pretrial conference.

On this date, the Court also issued Pretrial Order #2, which outlines procedures for transferring cases to MDL 2179.

**August 10, 2010**

Pursuant to Pretrial Order #1, the pretrial conference will be held on Friday, September 17, 2010 at 9:30 a.m. in the Courtroom of Judge Carl J. Barbier.

Also on this date, the United States Judicial Panel on Multidistrict Litigation issued a Transfer Order, which transferred 77 related cases in the *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* to this Court.