UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This document relates to:<br><br>Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## EDWARD WISNER DONATION ANSWER TO COMPLAINT

NOW INTO COURT comes Edward Wisner Donation ("Wisner" or "Donation"), Defendant in Intervention, through the Trustee the Mayor of New Orleans, with undersigned counsel, and submits this Answer to Complaint for Attorneys' Fees filed by Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates ("WW&G") [Rec. Doc. 21585]. Wisner responds as follows:

1.     No response needed.

2.     No response needed.

3.     Admitted that this Court has jurisdiction.   Wisner reserves the right to argue whether WW&G may have a claim that exceeds $75,000.

1

4. Admitted.

5. Admitted in part and denied in part. A *Retainer Agreement/Contingent Fee Agreement* was signed by Cathy Norman. Ms. Norman had not have the authority to enter into the agreement. The agreement was not a valid contract. The contract was void *ab initio* for, *inter alia*, lacking the trustee's signature, lacking the trustee's consent, and/or containing one or more unwaived conflicts of interests.

6. Admitted in part and denied in part. It is admitted that WW&G performed some work in furtherance of pursing claims against BP. It is denied that WW&G was *partially* reimbursed. WW&G has been fully compensated for any and all work performed.

7. Denied. WW&G has been fully compensated for any and all work performed.

8. Admitted in part and denied in part. WW&G was discharged and the Joint Venture lawyers were retained. It is disputed that WW&G provided "thousands of hours" of legal services.

9. Admitted in part and denied in part. It is admitted that WW&G drafted and filed a Motion for Partial Summary Judgment. The remaining allegations are denied.

10. Denied. No more attorneys' fees or costs to WW&G are owed than it has already paid.

11. Denied. No more attorneys' fees or costs to WW&G are owed than it has already paid.

## AFFIRMATIVE DEFENSES

In furtherance of the Answer, the following affirmative defenses are so stated:

12. The *Retainer Agreement/Contingent Fee Agreement* signed by Ms. Norman was void *ab initio* for lack of authority. The Trustee did not sign the Agreement nor did the Trustee consent.

13. Any obligation owed under the purported *Retainer Agreement/Contingent Fee Agreement* has been extinguished. WW&G has been paid over $350,000 in attorney's fees and all costs incurred. Even pursuant to *quantum meruit*, WW&G is owed nothing.

14. Any attorney's fees and/or costs owed to WW&G would be offset and/or credited against all previous attorney's fees and costs paid to WW&G.

15. WW&G owes a full accounting of all time spent and reimbursed expenses.

16. WW&G is not entitled to any compensation for attorneys fees or expense reimbursement for any effort or costs expended after being replaced with the Joint Venture attorneys. At all times after replacement, only the Joint Venture lawyers had the authority and valid contract to represent Wisner in all litigation related to the BP Oil Spill. The Joint Venture contract was never amended and WW&G was not authorized by Wisner, formally or informally, by vote or contract, to engage in any efforts on its behalf. Any efforts WW&G may have expended was at the direction, consent, and expense of their separate clients.

17.     All arguments, defenses, and causes of action against WW&G pursuant to Federal Rule of Civil Procedure 12(b) as well as Louisiana law are reserved herein.

WHEREFORE Defendant in Intervention prays that the Answer be deemed sufficient.

Respectfully submitted:

Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

4

Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
EMail: calvinfayard@fayardlaw.com


Fred Herman (La Bar #6811)
Thomas J. Barbera (La Bar# 18719)
LAW OFFICES OF FRED HERMAN
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7068
Fax: 504 581 7083
Email: fherman@fredhermanlaw.com
tbarbera@fredhermanlaw.com

***Attorneys for the Edward Wisner Donation Trust, Mayor Mitch Landrieu, Trustee, and the City of New Orleans, Beneficiary***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon all counsel of record *via* email this 26th day of September, 2016.

S/Soren E. Gisleson