UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater          MDL 2179 SECTION "J"
Horizon" in the Gulf of Mexico, on
April 20, 2010

This Document Applies to:
                                                    JUDGE BARBIER

*No. 12-970, Bon Secour Fisheries, Inc., et*        MAG. JUDGE WILKINSON
*al. v. BP Exploration & Production, Inc.,*
*et al.*

## MOTION FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS

Plaintiff Deep Water Horizon Economics Claim Center ("Deep Water") moves for entry of a writ of execution (fiery facias) ordering the seizure/garnishment of non-exempt funds held for Defendant Joseph Bassler for plaintiff and judgment creditor, Deepwater based on the following:

Judgment is entered against TNN and Bassler, jointly and severally, in the amount of $132,579.40. Judgment is entered against Htun and Bassler, jointly and severally, in the amount of $148,091.98. Judgment is entered against BLR and Bassler, jointly and severally, in the amount of $397,884.93. Under no circumstances shall the DHECC's recovery exceed $678,556.31.

1.       Deepwater is a judgment creditor to Joseph Bassler in the amount of $678,556.31 plus post judgment interest of $204.50 per diem (calculated as $678,566.31 x .11% divided by 365 days) from and after January 1, 2016 until September 1, 2016 (or the date the judgment is satisfied). A copy of that judgment is attached hereto as Exhibit "1."

2.       Deepwater has reason to believe that judgment debtor Joseph Bassler has moneys due and owing from Resource One Accounting and Tax Service Corporation.

3.       Resource One Accounting and Tax Service Corporation is located at 2325 Queen Street South, Saint Petersburg, Florida 33712.

4.       Resource One Accounting and Tax Service Corporation should be cited as

garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "2."

5.        As judgment creditor, Deepwater is entitled to a Writ of Execution (Fieri Facias) authorizing the U.S. Marshal for this District to seize all non-exempt assets of the judgment debtor, Barbara Stokes, in an amount sufficient to satisfy the judgment.

WHEREFORE Plaintiff and judgment creditor, Deepwater Horizon, prays this Court: 1) order the issuance of a Writ of Fieri Facias, directing the U.S. Marshal to seize the non-exempt property of the judgment debtor, Joseph Bassler, sufficient to satisfy Deepwater's claim; 2) order Resource One Accounting and Tax Service Corporation to be cited as garnishee, and 3) order Resource One Accounting and Tax Service Corporation to answer the annexed interrogatories according to law.

DATED this 26th day of September, 2016.

Respectfully Submitted:
THE LAW OFFICE OF VERNON NELSON

_____/s/Vernon Nelson_____
VERNON NELSON
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV   89123
Tel:    702-476-2500
Fax:    702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

*Attorneys for Defendant Deepwater Horizon Economic Claims Center*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court on September 26, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE.** As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

*/s/ Ruth M. Lynch*