# Exhibit 1

# Exhibit 1

{01433759 / 1}

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

### FIRST CORRECTED FINAL JUDGMENT

Upon consideration of the motion (Rec. Doc. 16017) by the Deepwater Horizon Economic Claims Center ("DHECC") for correction of final judgment (Rec. Doc. 15977) against claim preparer Joseph K. Bassler ("Bassler") and claimants TNN Enterprise, Inc. ("TNN"), Htun Nyunt, Inc. ("Htun"), and Beach & Luxury Realty, Inc. ("BLR"); it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion of the DHECC to Correct Final Judgment as to TNN Enterprise, Inc., and Htun Nyunt, Inc. (Rec. Doc. 16017) is GRANTED; and

2. The Motion of the DHECC for Entry of Default Judgment as to Joseph K. Bassler, TNN Enterprise, Inc., Htun Nyunt, Inc., and Beach & Luxury Realty, Inc. (Rec. Doc. 15951)is GRANTED; and

3. The Motion of the DHECC for Return of Payments Made in Reliance on Financial Data Provided by Claim Preparer Joseph K. Bassler (Rec. Doc. 14802) is GRANTED as to Bassler, TNN, Htun, and BLR; and

4. The DHECC claim award in favor of Htun based upon Claim 105198 is hereby RESCINDED and VACATED; and

5. The DHECC claim award in favor of TNN based upon Claim 103045 is hereby

RESCINDED and VACATED; and

     6. The DHECC claim awards in favor of BLR based upon Claim 78339 is hereby RESCINDED and VACATED; and

     7. Judgment is entered against Bassler, TNN, Htun, and BLR, requiring each to make restitution to the DHECC as follows: Judgment is entered against TNN and Bassler, jointly and severally, in the amount of $132,579.40. Judgment is entered against Htun and Bassler, jointly and severally, in the amount of $148,091.98. Judgment is entered against BLR and Bassler, jointly and severally, in the amount of $397,884.93. Under no circumstances shall the DHECC's recovery exceed $678,556.31; and

     8. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

     9. IT IS FURTHER ORDERED IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC in enforcement of this judgment.

     New Orleans, Louisiana, this the 24th day of March, 2016.

THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2