UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER <br><br> MAGISTRATE WILKINSON |

## ORDER

IT IS ORDERED that a Writ of Execution (Fieri Facias) issue, directing the U.S. Marshal of this district to seize the non-exempt property of the judgment debtor, Joseph Bassler, sufficient to satisfy the plaintiff's claim, and according to law.

IT IS FURTHER ORDERED that Resource One Accounting and Tax Service Corporation be cited as the garnishee and answer the annexed interrogatories, as required by law.

New Orleans, Louisiana, this_____ day of _____, 2016.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE