UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al. | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

RE: RESOURCE ONE ACCOUNTING ND TAX SERVICE CORPORTION, Garnishee

**NOTICE OF SEIZURE/GARNISHMENT**

Notice is hereby given that in obedience to a Writ of Execution (Fieri Facias) issued on the _____day of _____, 2016, by the Clerk of the United States District Court for the Eastern District of Louisiana, in the matter entitled Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, No. MDL 2179 to satisfy a judgment of SIX HUNDRED SEVENTY-EIGHT THOUSAND FIVE HUNDRED FIFTY-SIX DOLLARS AND 31/100 ($678,556.31) plus costs and interest, I am this day seizing/garnishing the following property:

Any and all non-exempt funds held for Joseph Bassler (Social Security # XXX-XX-3415) at Resource One Accounting and Tax Service Corporation.

DATED OF SEIZURE/GARNISHMENT: _____ _____, 2016.

U. S. Marshal
Eastern District of Louisiana


By: _____