UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE WILKINSON |

## MOTION FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS

Plaintiff Deep Water Horizon Economics Claim Center ("Deep Water") moves for entry of a writ of execution (fiery facias) ordering the seizure/garnishment of non-exempt funds held for Defendant Anthony Nelson for plaintiff and judgment creditor, Deepwater based on the following:

1. Deepwater is a judgment creditor to Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.) in the amount of $83,625.69 plus post judgment interest of $25.20 per diem (calculated as $83,625.69 x .11% divided by 365 days) from and after January 1, 2016 until September 1, 2016 (or the date the judgment is satisfied). A copy of that judgment is attached hereto as Exhibit "1."

2. Deepwater has reason to believe that judgment debtor Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.) has moneys has moneys on deposit with Merchant & Marine Bank.

3. Merchant & Marine Bank is located at 21536 Highway 613, Moss Point, Mississippi 39562.

4. Merchant & Marine Bank should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "2."

5. Deepwater has reason to believe that judgment debtor Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.) has moneys has moneys on deposit with PNC Bank.

6. PNC Bank is located at 13825 S. Wintzell Avenue, Bayou LaBatre, Alabama

36509.

7.     PNC Bank should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "3."

8.     As judgment creditor, Deepwater is entitled to a Writ of Execution (Fieri Facias) authorizing the U.S. Marshal for this District to seize all non-exempt assets of the judgment debtor, Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.), in an amount sufficient to satisfy the judgment.

WHEREFORE Plaintiff and judgment creditor, Deepwater Horizon, prays this Court: 1) order the issuance of a Writ of Fieri Facias, directing the U.S. Marshal to seize the non-exempt property of the judgment debtor, Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.), sufficient to satisfy Deepwater's claim; 2) order Merchant & Marine Bank and PNC Bank to be cited as garnishees, and 3) order Merchant & Marine Bank and PNC Bank to answer the annexed interrogatories according to law.

DATED this 26th day of September, 2016.

Respectfully Submitted:
THE LAW OFFICE OF VERNON NELSON

_/s/Vernon Nelson_
VERNON NELSON
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Tel:    702-476-2500
Fax:   702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

*Attorneys for Defendant Deepwater Horizon Economic Claims Center*

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of Court on September 26, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

                                                                */s/ Ruth M. Lynch*