UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION J** |
| **Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | **JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

## STATEMENT OF SUMS DUE

| | | |
|---|---|---|
| Principal | $86,625.69 | March 24, 2016 Judgment |
| Interest | $25.20 | Calculated as $86,625.691 multiplied by .11%; divided by 365 days equals $25.20 per diem |
| | | $25.20 x 170 days from date of judgment March 24, 2016 through September 10, 2016 (or date of seizure) equals $4,253.40 |
| U. S. Marshalls' Fees | $100.00 | |
| **TOTAL** | **$90,979.09** | As of September 10, 2016.<br>NOTE: Please add $25.20 per day from September 11, 2016 until date of seizure |

/ / /

/ / /

/ / /

/ / /

/ / /

MDL No. 2179
Statement of Sums Due
Joseph Anthony Nelson, Jr.

DATED this 26th day of September, 2016.

       Respectfully Submitted:
       THE LAW OFFICE OF VERNON NELSON
       */s/Vernon Nelson*
       VERNON NELSON (NV Bar No.: 6434)
       9480 S. Eastern Avenue, Suite 244
       Las Vegas, NV  89123
       Tel: 702-476-2500
       Fax: 702-476-2788
       E-Mail: vnelson@nelsonlawfirmlv.com

       JUSTIN M. CHOPIN (La. Bar No. 31100)
       THE CHOPIN LAW FIRM
       650 Poydras Street, Suite 2525
       New Orleans, Louisiana 70130
       Direct: 504-323-5755
       Fax: 504-324-0640
       Email: justin@chopinlawfirm.com
       *Attorneys for Defendant Deepwater Horizon*
       *Economic Claims Center*

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of Court on September __, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE.** As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

          */s/ Ruth M. Lynch*