# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: No. 12-970, *Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

## ORDER

IT IS ORDERED that a Writ of Execution (Fieri Facias) issue, directing the U.S. Marshal of this district to seize the nonexempt property of the judgment debtor, Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.), sufficient to satisfy the plaintiff's claim, and according to law.

IT IS FURTHER ORDERED that Merchant & Marine Bank be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that PNC Bank be cited as the garnishee and answer the annexed interrogatories, as required by law.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE