## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

### WRIT OF EXECUTION (FIERI FACIAS)

To the U.S. Marshal for the Eastern District of Louisiana:

Greetings:
 PNC Bank
 13825 S. Wintzell Avenue
 Bayou LaBatre, Alabama 36509

We command you to garnish any and all accounts, of Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.) (social security # XXX-XX-3750) at Merchant & Marine Bank, in the manner prescribed by law, the sum of $83,625.69 as and for the principal balance unsatisfied on the judgment plus $25.20 per diem as post judgment interest (calculated as $83,625.69 x .11% divided by 365 days) from and after January 1, 2016 until the date the judgment is satisfied, as well as your own costs and charges, to satisfy a judgment rendered against the debtor Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.), said judgment attached hereto as Exhibit 1.

When you have executed this writ, you shall make return to our said court as the law directs.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Clerk, United States District Court for the
Eastern District of Louisiana