## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL No. 2179** |
| | **SECTION J** |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | **JUDGE BARBIER** |
| | **MAGISTRATE WILKINSON** |

RE: PNC Bank, Garnishee

### NOTICE OF SEIZURE/GARNISHMENT

Notice is hereby given that in obedience to a Writ of Execution (Fieri Facias) issued on the_____day of_____, 2016, by the Clerk of the United States District Court for the Eastern District of Louisiana, in the matter entitled *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* No. MDL 2179 to satisfy a judgment of $83,625.69) plus costs and interest, I am this day seizing/garnishing the following property:

1.  Any and all accounts at PNC Bank of Joseph Anthony Nelson, Jr. (fka Anthony Nelson, Jr.) (Social Security # XXX-XX-3750)

DATED OF SEIZURE/GARNISHMENT: _____, 2016.

_____
U. S. Marshal
Eastern District of Louisiana

By: _____