# Exhibit 1

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 12-970* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

## FIRST AMENDED JUDGMENT [1]

For the reasons stated in the Order & Reasons of January 19, 2016, granting the Motion of the Deepwater Horizon Economic Claims Center ("DHECC") for Return of Payments Made to Vision Design Management,

It is hereby ORDERED, ADJUDGED, AND DECREED that:

1.  The DHECC claim award in favor of Vision Design Management, Inc. ("Vision Design") based upon Claim 36421 is hereby RESCINDED and VACATED; and

2.  Judgment is entered against Vision Design and its members Barbara J. Stokes and Scott B. Stokes, jointly and severally, requiring Vision Design and its members to make restitution to the DHECC in the amount of $1,610,311.13, plus post-judgment interest; and

3.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

---

[1] Pursuant to Federal Rule of Civil Procedure 60(a), the Court amends its previous Judgment (Rec. Doc. 15745) to correct a clerical mistake, *viz.*, the date appearing in the first sentence. No substantive changes are made.

4.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC, the Claims Administrator, or the Special Master in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 20th day of January, 2016.

_____
United States District Judge