UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

RE:  Barbara J. Stokes

## STATEMENT OF SUMS DUE

| | | |
|---|---|---|
| Principal | $1,610,311.13 | January 19, 2016 Judgment |
| Interest | $109,677.80 | Calculated as $1,610,311.13 multiplied by .11%; divided by 365 days equals $1.08 per diem |
| | | $485.30 x 226 days from date of judgment January 19, 2016 through September 1, 2016 (or date of seizure) equals $109,677.80 |
| U. S. Marshalls' Fees | $100.00 | |
| **TOTAL** | **$1,720,088.93** | As of September 1, 2016.<br>NOTE: Please add $485.30 per day from September 1, 2016 until date of seizure |

/ / /

/ / /

/ / /

/ / /

**MDL No. 2179**
**Statement of Sums Due**
**Vision Design Management, Inc.**

DATED this 26th day of September, 2016.

Respectfully Submitted:
THE LAW OFFICE OF VERNON NELSON
*/s/Vernon Nelson*
VERNON NELSON (NV Bar No.: 6434)
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com
*Attorneys for Defendant Deepwater Horizon Economic Claims Center*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court on September ____, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

*/s/ Ruth M. Lynch*