# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER <br><br> MAGISTRATE WILKINSON |

## ORDER

IT IS ORDERED that a Writ of Execution (Fieri Facias) issue, directing the U.S. Marshal of this district to seize the nonexempt property of the judgment debtor, Vision Design Management, Inc., sufficient to satisfy the plaintiff's claim, and according to law.

IT IS FURTHER ORDERED that Regions Bank be cited as the garnishee and answer the annexed interrogatories, as required by law.

New Orleans, Louisiana, this_____ day of _____, 2016.

                                                           CARL J. BARBIER
                                                           UNITED STATES DISTRICT JUDGE