# Exhibit 2

# Exhibit 2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al. | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

## INTERROGATORIES TO GARNISHEE

TO:  Regions Bank
     700 Airport
     Huntsville, AL 35802

You are required to answer the following Interrogatories fully, completely, in writing, and under oath within fifteen (15) days of service of the Writ of Execution (Fieri Facias), to file your Answers with the Clerk of Court, and to serve the Answers on the attorney for the Plaintiff, at the address indicated below.

1. Does the defendant Scott Stokes (social security # XXX-XX-6511) have funds on deposit in any Regions Bank account, and/or did it have said funds on deposit at the time of service upon you of these interrogatories?

2. If your answer to No. 1 is in the affirmative, please list the amounts on deposit in each account currently and at the time of service of these interrogatories.

3. Does the defendant Scott Stokes have funds on deposit in any other bank account, checking, savings, or otherwise other than any identified in your answer to No. 1 and/or did it have said funds on deposit at the time of service upon you of these interrogatories?

4.  If your answer to No. 3 is in the affirmative, please identify each account and state the amounts on deposit for each account currently and at the time of service of these Interrogatories.

5.  Does the Scott Stokes owe any money to Regions Bank as an offset?

6.  If your answer to No. 5 is in the affirmative, please state the date the debt was incurred, the amount of it, the payments which have been made to date, the balance now due, the manner in which the debt is being liquidated, and all other facts connected with the debt.

DATED this 26th day of September, 2016.

Respectfully Submitted:
THE LAW OFFICE OF VERNON NELSON
/s/Vernon Nelson
VERNON NELSON (NV Bar No.: 6434)
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com
*Attorneys for Defendant Deepwater Horizon Economic Claims Center*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court on September 26, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

/s/ Ruth M. Lynch