## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

**MDL 2179 SECTION "J"**

**This Document Applies to:**

**JUDGE BARBIER**

*No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*

**MAG. JUDGE WILKINSON**

## MOTION FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS

Plaintiff Deep Water Horizon Economics Claim Center ("Deep Water") moves for entry of a writ of execution (fiery facias) ordering the seizure/garnishment of any and all accounts and/or non-exempt property or funds held for Defendant Barbara Stokes, for plaintiff and judgment creditor, Deepwater based on the following:

1.      Deepwater is a judgment creditor to Barbara Stokes in the amount of $1,610,311.13 plus post judgment interest of $109,677.80 (calculated as $1,610,311.13 x .11% divided by 365 days) from and after January 1, 2016 until September 1, 2016 (or the date the judgment is satisfied). A copy of that judgment is attached hereto as Exhibit "1."

2.      Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys on deposit with Regions Bank.

3.      Regions Bank is located at 700 Airport, Hunstville, Alabama 35802.

4.      Regions Bank should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "2."

5.      Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys due and owing from VOV, LLC.

6.      VOV, LLC located at 4800 Whitesburg Drive, S.W., Huntsville, AL  35802.

7.      VOV, LLC should be cited as garnishee and ordered to answer the annexed

interrogatories according to law attached hereto as Exhibit "3."

       8.     Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys due and owing from GSH of Alabama, Inc.

       9.     GSH of Alabama, Inc. is located at 125 E. Main Street, Florence, Mississippi 39073.

      10.     GSH of Alabama, Inc. should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "4."

      11.     Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys due and owing from GSH of Alabama, LLC.

      12.     GSH of Alabama, LLC. is located at 125 E. Main Street, Florence, Mississippi 39073.

      13.     GSH of Alabama, LLC. should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "5."

      14.     Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys due and owing from Vision Design Management, Inc.

      15.     Vision Design Management, Inc. is located at 4800 Whitesburg Drive, S.W., Huntsville, AL  35802.

      16.     Vision Design Management, Inc. should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "6."

      17.     Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys due and owing from Carraway Bay Plantation, LLC.

      18.     Carraway Bay Plantation, LLC is located at 4800 Whitesburg Drive, S.W., Huntsville, AL  35802.

      19.     Carraway Bay Plantation, LLC. should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "7."

      20.     Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys

due and owing from Point of View Investments LLC.

21. Point of View Investments LLC is located at 709 School Street NE, Huntsville, AL 35801.

22. Point of View Investments LLC. should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "8."

23. Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys due and owing from Summerplace, LLC.

24. Summerplace, LLC is located at 4800 Whitesburg Drive, S.W., Huntsville, AL 35802.

25. Summerplace, LLC. should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "9."

26. Deepwater has reason to believe that judgment debtor Barbara Stokes has moneys due and owing from Southplace Town Homes, LLC.

27. Southplace Town Homes, LLC is located at 4800 Whitesburg Drive, S.W., Huntsville, AL 35802.

28. Southplace Town Homes, LLC. should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "10."

29. As judgment creditor, Deepwater is entitled to a Writ of Execution (Fieri Facias) authorizing the U.S. Marshal for this District to seize all non-exempt assets of the judgment debtor, Barbara Stokes, in an amount sufficient to satisfy the judgment.

/ / /

/ / /

/ / /

WHEREFORE Plaintiff and judgment creditor, Deepwater Horizon, prays this Court: 1) order the issuance of a Writ of Fieri Facias, directing the U.S. Marshal to seize the non-exempt property of the judgment debtor, Barbara Stokes, sufficient to satisfy Deepwater's claim; 2) order Regions Bank to be cited as garnishee, and 3) order Regions Bank to answer the annexed interrogatories according to law.

DATED this 26th day of September, 2016.

Respectfully Submitted:
THE LAW OFFICE OF VERNON NELSON

_____*/s/Vernon Nelson*_____
VERNON NELSON
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Tel:    702-476-2500
Fax:    702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

*Attorneys for Defendant Deepwater Horizon Economic Claims Center*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court on **September ___26___ , 2016** by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE  ELECTRONIC NOTICE IN THIS CASE.** As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

_____*/s/ Ruth M. Lynch*_____