# Exhibit 9

**Exhibit 9**

{01433759 / 1}

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al. | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

## INTERROGATORIES TO GARNISHEE

TO:  Summerplace, LLC
     4800 Whitesburg Dr. SE, Ste 30-351
     Huntsville, AL 35801

You are required to answer the following Interrogatories fully, completely, in writing, and under oath within fifteen (15) days of service of the Writ of Execution (Fieri Facias), to file your Answers with the Clerk of Court, and to serve the Answers on the attorney for the Plaintiff, at the address indicated below.

1. Are you in any manner indebted to the Defendant Barbara Stokes (social security # XXX-XX-5448) either in property or money, and is the debt now due? If not due, when is the debt to become due? State fully all particulars.

2. Are you an employer of Defendant Barbara Stokes? If so, state the length of your pay period and the amount the Defendant presently earns during a pay period.

3. Did you have in your possession, in your charge or under your control, on the date of the **WRIT OF GARNISHMENT** was served upon you any money, property, effects, goods, chattels, rights, credits or choses in action of the Defendant Barbara Stokes in which Defendant is interested? If so state in full its value and state full all particulars.

4. Do you know of any debts owing to the Defendant, whether due or not due, or any

money, property, effects, goods, chattels, rights, credits or choses in action, belonging to the Defendant or in which Defendant is interested, and now in the possession or under the control of others? If so state particulars.

5. State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served.

6. **NOTE:** If any employer, without legal justification, refuses to withhold the earnings of a Defendant demanded in a Writ of Garnishment or knowingly misrepresents the earnings of the Defendant, the court shall order the employer to pay the Plaintiff the amount of arrearages caused by the employer's refusal to withhold or his misrepresentation of the Defendant's earnings. In addition, the court may order the employer to pay the Plaintiff punitive damages in an amount not to exceed $1,000 for each pay period in which the employer has, without legal justification, refused to withhold the Defendant's earnings or has misrepresented the earnings.

DATED this 26th day of September, 2016.

        Respectfully Submitted:
        THE LAW OFFICE OF VERNON NELSON
        _/s/Vernon Nelson_
        VERNON NELSON (NV Bar No.: 6434)
        9480 S. Eastern Avenue, Suite 244
        Las Vegas, NV  89123
        Tel:    702-476-2500
        Fax:   702-476-2788
        E-Mail:  vnelson@nelsonlawfirmlv.com

        JUSTIN M. CHOPIN (La. Bar No. 31100)
        THE CHOPIN LAW FIRM
        650 Poydras Street, Suite 2525
        New Orleans, Louisiana 70130
        Direct: 504-323-5755
        Fax: 504-324-0640
        Email: justin@chopinlawfirm.com
        _Attorneys for Defendant Deepwater Horizon_
        _Economic Claims Center_

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court on September 26, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

*/s/ Ruth M. Lynch*