# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

## ORDER

IT IS ORDERED that a Writ of Execution (Fieri Facias) issue, directing the U.S. Marshal of this district to seize the accounts and nonexempt property and/or funds of the judgment debtor, Barbara Stokes, sufficient to satisfy the plaintiff's claim, and according to law.

IT IS FURTHER ORDERED that Regions Bank be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that VOV, LLC be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that GSH of Alabama, Inc. be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that GSH of Alabama, LLC be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that Vision Design Management, Inc. be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that Carraway Bay Plantation, LLC be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that Point of View Investments LLC be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that Summerplace, LLC be cited as the garnishee and answer the annexed interrogatories, as required by law.

IT IS FURTHER ORDERED that Southplace Town Homes, LLC be cited as the garnishee and answer the annexed interrogatories, as required by law.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                             CARL J. BARBIER
                                                             UNITED STATES DISTRICT JUDGE