## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

RE: POINT OF VIEW INVESTMENTS, LLC, Garnishee

### WRIT OF EXECUTION (FIERI FACIAS)

To the U.S. Marshal for the Eastern District of Louisiana:

Greetings:
TO: Point of View Investments, LLC
709 School Street NE
Huntsville, AL 35801

We command you to garnish any and all accounts and non-exempt property and/or funds, of Barbara J. Stokes (social security # XXX-XX-5448) held by Point of View Investments, LLC, in the manner prescribed by law, the sum of $1,610,311.13 as and for the principal balance unsatisfied on the judgment plus $485.30 per diem as post judgment interest (calculated as $1,610,311.13 x .11% divided by 365 days) from and after January 19, 2016 until the date the judgment is satisfied, as well as your own costs and charges, to satisfy a judgment rendered against the debtor Barbara Stokes, said judgment attached hereto as Exhibit 1.

When you have executed this writ, you shall make return to our said court as the law directs.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Clerk, United States District Court for the
Eastern District of Louisiana