UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

RE: REGIONS BANK, Garnishee

## NOTICE OF SEIZURE/GARNISHMENT

Notice is hereby given that in obedience to a Writ of Execution (Fieri Facias) issued on the ____ day of _____, 2016, by the Clerk of the United States District Court for the Eastern District of Louisiana, in the matter entitled *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* No. MDL 2179 to satisfy a judgment of $1,610,311.13) plus costs and interest, I am this day seizing/garnishing the following property:

1. Any and all accounts at Regions Bank of Barbara J. Stokes (Social Security # XXX-XX-5448).

DATED OF SEIZURE/GARNISHMENT: _____, 2016.

_____
U. S. Marshal
Eastern District of Louisiana

By: _____