UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| Applies to: <br> *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER <br><br> MAGISTRATE WILKINSON |

RE: POINT OF VIEW INVESTMENTS, LLC, Garnishee

**NOTICE OF SEIZURE/GARNISHMENT**

Notice is hereby given that in obedience to a Writ of Execution (Fieri Facias) issued on the ____ day of _____, 2016, by the Clerk of the United States District Court for the Eastern District of Louisiana, in the matter entitled *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* No. MDL 2179 to satisfy a judgment of $1,610,311.13) plus costs and interest, I am this day seizing/garnishing the following property:

1.  Any and all accounts and non-exempt property and/or funds, of Barbara J. Stokes (social security #XXX-XX-5448) held by Point of View Investments, LLC.

DATED OF SEIZURE/GARNISHMENT: _____, 2016.

_____
U. S. Marshal
Eastern District of Louisiana

By: _____