UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION "J" |
| This Document Relates to: Nos. 12-970, 15-4143, 15-4146 & 15-4654 | JUDGE BARBIER MAG. WILKINSON |

MOTION IN SUPPORT OF
REQUEST FOR ATTORNEY'S FEES IN RE: HESI AND TRANSOCEAN PUNITIVE
DAMAGES CLASS ACTION SETTLEMENTS

**NOW COME** the law firm of Martzell, Bickford & Centola, the Law Office of David Landry and the law firm of King, Krebs & Jurgens, P.L.L.C. (collectively "Petitioners") and, in accordance with this Court's April 12, 2016 Preliminary Approval Order (Rec. Doc. 16183), petition the Court for compensation for legal fees incurred for the common benefit of the "New Class" as defined in Rec. Doc. 14644-1 at pp. 4 17, Rec. Doc. 15322-1 at pp. 4, 18).

As set forth in the attached Memorandum in Support, Petitioners have expended substantial effort in representing the interests of the New Class in connection with the allocation of Aggregate Payments as awarded under the Neutral Allocation and Reasons (Rec. Doc. 15652) and pray for an award of attorneys' fees commensurate with their efforts.

.                                             Respectfully Submitted,

**MARTZELL, BICKFORD & CENTOLA**

*/s/Scott R. Bickford*
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone

{N1229517 -}

AND

*/s/David Landry*
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
2landry@cox.net
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

AND

*/s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
hking@kingkrebs.com
mvincenzo@kingkrebs.com
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
504-582-3800 Telephone

{N1229517 -}

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Request For Attorney Fees will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and this Court's April 12, 2016 Preliminary Approval Order (Rec. Doc. 16183), as well as by email and first-class mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of September, 2016.

      /s/ *Michael L. Vincenzo*
      **MICHAEL L. VINCENZO**