UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to:<br>Nos. 12-970, 15-4143, 15-4146 & 15-4654 | JUDGE BARBIER<br>MAG. WILKINSON |

## MEMORANDUM IN SUPPORT OF REQUEST FOR ATTORNEY'S FEES IN RE: HESI AND TRANSOCEAN PUNITIVE DAMAGES CLASS ACTION SETTLEMENTS

**NOW COME** the law firm of Martzell, Bickford & Centola, the Law Office of David Landry and the law firm of King, Krebs & Jurgens, P.L.L.C. (collectively "Petitioners") and petition the Court for compensation for legal fees incurred for the common benefit of the "New Class" as defined in Rec. Doc. 14644-1 at pp. 4 17, Rec. Doc. 15322-1 at pp. 4, 18).

On October 8, 2015 a scheduled status conference was held before Magistrate Judge Joseph C. Wilkson to "plan and schedule further proceedings concerning the allocation of Aggregate Payments made by HESI under the HESI Settlement Agreement and by Transocean under the Transocean Settlement Agreement [collectively the "Punitive Damage Settlement Agreement"] between the New Class and the DHEPDS Class." (Rec. Doc. 15411)  On the date of the hearing, counsel Scott Bickford and Michael Vincenzo appeared on behalf of the Plaquemines Parish Government as representatives of a member of the "New Class."   At the hearing, Magistrate Wilkinson requested that counsel Bickford and Vincenzo submit a brief on behalf of the New Class which would argue the New Class's  position regarding the allocation of the $1,239,750.00 Aggregate Payments to be made under the Punitive Damage Settlement Agreement.

{N1229489 -}

On November 13, 2015, Petitioners submitted their brief (Rec. Doc. 155574) as requested by the Court and, on December 4, 2015 submitted a reply brief (Rec. Doc. 15615). Petitioners were the only parties to submit briefs on behalf of the New Class.

On December 10, 2015 the Court issued its Neutral Allocation and Reasons (Rec. Doc. 15652) largely adopting the arguments made by Petitioners and allocating $902,083,250.00 (nine hundred two million, eighty-three thousand, two hundred fifty dollars), representing 78% of the Aggregate Payments, to the New Class and $337,666,750.00 (three hundred thirty-seven million, six hundred sixty-six million, seven hundred and fifty dollars), representing 28.2% of the Aggregate Payments, the Old Class.

Following the issuance of the Neutral Allocation and Reasons, Petitioners, at the invitation of the Claims Administrator, also submitted briefing which was utilized to formulate the Distribution Model proposed in connection with the implementation of Punitive Damage Settlement.

Petitioners have incurred hundreds of hours of legal fees in researching and drafting the briefs requested by the Court and Claims Administrator in connection with the allocation of the Aggregate Payments and formulation of the Distribution Model.[1] In the case of the allocation of the Aggregate Payments, Petitioners were the sole party to advocate for the New Class and have provided a common benefit to the New Class of substantial value. Accordingly, Petitioners pray that they be awarded attorney's fees commensurate with their efforts.

---

[1] The firm of King Krebs & Jurgens has incurred 232.6 hrs. and the firm of Martzell, Bickford and Centola has incurred 244.50 hrs. in work related to the punitive damage settlement program. Martzell, Centola and Bickford has previously submitted its hours electronically via Garrett & Co. along with a detail of billing records. Petitioners will supplement this submission with detailed billing records upon request.

Respectfully Submitted,
**MARTZELL, BICKFORD & CENTOLA**


*/s/Scott R. Bickford*
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**usdcedla@mbfirm.com**
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax


AND

*/s/David Landry*
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
**2landry@cox.net**
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

AND

*/s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
**hking@kingkrebs.com**
**mvincenzo@kingkrebs.com**
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
504-582-3800 Telephone
504-582-1233 Fax

{N1229489 -}

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request For Attorney Fees will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and this Court's April 12, 2016 Preliminary Approval Order (Rec. Doc. 16183), as well as by email and first-class mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of September, 2016.

 /s/ *Micheal L. Vincenzo*
**MICHAEL L. VINCENZO**

{N1229489 -}