U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 26 2016
wl
WILLIAM W. BLEVINS
CLERK

The Court of Jurisdiction

Notice to Object

RE: HESI/TPO & ACS  MDL 2179 J

Please be advised that Galan Real Estate Company was never paid one penny on its claims to DWH claims settlement. We were denied and we appealed to no avail.

Thus, we request that said entity be in this new class or roll over into said new class of HESI.

Respectfully submitted per instructions.
9/23/2016

Raoul L. Galan
RAOUL A. GALAN JR., Pres.
504-756-1674
ragalan@gmail.com

TENDERED FOR FILING
SEP 26 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

P.O. Box 27
St. Rose, LA
70087

[Postmark: NEW ORLEANS LA 700, 23 SEP 2016 PM 4 L]

Clerk of Court; AC settlements
HESI/Transocean Punitive District Court
United States
500 Poydras St.
New Orleans, LA
70130

7013 0830 3357 0026