

To the Court of Jurisdiction

MDL 2179 J

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    SEP 26 2016
        WP
WILLIAM W. BLEVINS
CLERK

## Notice to Object

Re: HESI / TPD ; ACS

Please be advised that Cypress Lake MOI, LLC was never paid one penny on its claims to DWH Claims Settlement. We were denied and we appealed to no avail. We did not accept the embarrassing reward. However, DWH attempted to pay.

thus, we request that said entity be in this new class or roll over into said new class of HESI.

Respectfully submitted per instructions
09/23/2016

RAOUL A. GALAN Jr.  Managing Member
Cypress Lake MOI, TENDERED FOR FILING
504-756-1674
ragalan@gmail.com

SEP 26 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___

NEW ORLEANS LA 700
23 SEP 2016 PM 4 L

FOREVER
USA

Clerk of Court, ACJ settlements
H.E.S.I. / Transocean Punitive District Court
United States District Court
500 Poydras
New Orleans, LA
70130

7013 0830 0007 0037 0026

P.O. Box 27
St. Rose, LA
70087