UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br><br>No. 12-970, <u>Bon Secour Fisheries, Inc. et al.</u> <u>v. BP Exploration & Production Inc. et al</u>. | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   DHECC's Motion to Examine Judgment Debtor, Record Doc. No. 16034

O R D E R E D:

 XXX :  CONTINUED.  At the request of counsel for the Deepwater Horizon Economic Claims Center, Justin Chopin, and upon being advised that counsel for the judgment debtor, who is represented by Ron Austin, has no objection, the judgment debtor examination, currently set for September 28, 2016, is continued to **October 26, 2016 at 11:00 a.m.** before me.

New Orleans, Louisiana, this ___28th___ day of September, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE