## NOTICE OF SEIZURE

### SHERIFF'S OFFICE

| | | |
|---|---|---|
| Suit No: | (17) 622672 | Baton Rouge, LA |
| Ser No / Dep Cde: | 10/999 | |
| | | 19th Judicial District |
| JONES WALKER, LLP | | Parish of East Baton Rouge |
| VS | | State of Louisiana |
| INTERNATIONAL EQUIPMENT DISTRIBUTORS, INC | | |
| AND UNIFIED RECOVERY GROUP, L.L.C. | | |

TO:   EASTERN DISTRICT OF LA. U.S. DISTRICT CLERKS OFFICE
      500 POYDRAS ST   C-151
      NEW ORLEANS, LA  70130

Notice is hereby given that I seized, the following described movable property, to wit:

INTERNATIONAL EQUIPMENT DISTRIBUTORS, INC., MAY HAVE IN ANY COMMERCIAL
TORT CLAIMS FOR RECOVERY OF DAMAGES OR BUSINESS LOSSES OF ANY TYPE
OR DESCRIPTION INCIDENT TO OR IN CONNECTION WITH THOSE PROCEEDINGS
IDENTIFIED AS IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010, MDL NO. 2179, PENDING IN THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA.

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

**as the property** of the judgment debtor(s) under a writ of fieri facias, issued herein to satisfy a
claim of $857,802.67, interst and cost.

Davis B. Allgood
8555 United Plaza Blvd. 5th Fl

Baton Rouge, LA  70809

Sid J. Gautreaux, Sheriff
East Baton Rouge Parish

By_____
                    Deputy Sheriff

SERVICE COPY

East Baton Rouge Parish Clerk of Court - C622672 PETITION'S ORDER

COST OK $ 25.00 1 of 1
856813
JUN 27 2013

DEPUTY CLERK OF COURT

JONES WALKER, LLP

vs.

INTERNATIONAL EQUIPMENT
DISTRIBUTORS, INC. and UNIFIED
RECOVERY GROUP, L.L.C.

SUIT NO. _____ DIV _____

C022672-26

19TH JUDICIAL DISTRICT COURT

EAST BATON ROUGE PARISH

STATE OF LOUISIANA

**CONSENT FINAL JUDGMENT**

Upon the joint motion of the plaintiff Jones Walker, LLP ("*Jones Walker*") and the

defendants International Equipment Distributors, Inc. ("*IED*") and Unified Recovery Group,

L.L.C. ("*Unified*"), and upon their representation through undersigned counsel and through the

undersigned fully authorized corporate officer of IED and Unified that they have agreed to the

entry, as a final judgment, of the consent final judgment that follows, the motion is **GRANTED**,

and it is **ORDERED, ADJUDGED** and **DECREED** as follows:

      (a)    that IED pay to Jones Walker the amount of $ 857,802.67, without

           interest; and

      (b)    that Unified pay to Jones Walker the amount of $3,433.00, without

           interest.

Baton Rouge, Louisiana, this 2 day of July, 2013.

Judge, 19th Judicial District Court

Jones Walker, LLP
Davis B. Allgood (Bar Roll No. 2419)
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, LA 70809-7000
Telephone: (225) 248-2000
Facsimile: (225) 248-3038
dallgood@joneswalker.com

By: _____
Davis B. Allgood
*Attorneys for Plaintiff, Jones Walker, LLP*

Daniel B. Davis (Bar Roll No. 30141)
9566 Donna Drive
Baton Rouge, LA 70815
Telephone: 225- 202-3658
Email: ddavis@unifiedrecoverygroup.com

By: _____
Daniel B. Davis
*Attorney for Defendants, International
Equipment Distributors, Inc. and Unified
Recovery Group, L.L.C.*

Approved:

_____
J.S. Lawrence Green
President, International Equipment
Distributors, Inc., and Manager, Unified
Recovery Group, L.L.C.

I hereby certify that on this day a notice of the
above judgment was mailed by me, with sufficient
postage affixed, to: Davis Allgood,
Daniel Davis
Done and signed on July 2, 2013
Donna Bauer ____

EBR1867802

FILED
EAST BATON ROUGE PARISH, LA
2013 JUN 27 PM 4: 30
DEPUTY CLERK OF COURT

Certified True and
Correct Copy
eCertID: 000270857

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/20/2016 9:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)