# EXHIBIT   A

ALTA OWNER'S POLICY

# SCHEDULE A

FILE NO.: **72658**                           POLICY NO.:   **O-9993-3902639**

DATE OF POLICY: **OCTOBER 31, 2005**          AMOUNT OF INSURANCE:   **$575,000.00**

1.      Name of Insured:

   **PRESTON HOBSON**

2.      The estate or interest in the land which is covered by this policy is: **FEE SIMPLE**

3.      Title to the estate or interest in the land is vested in:

   **PRESTON HOBSON**

4.      The land referred to in this policy is described as follows:

   **LOT 25, AUDUBON PLACE, ACCORDING TO PLAT THEREOF RECORDED IN MAP BOOK 57, PAGE 57 OF THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE, MOBILE COUNTY, ALABAMA.**

THE GUARANTEE TITLE COMPANY, L.L.C.

| 1300 MAIN STREET | 759 DOWNTOWNER LOOP WEST | 6001 GRELOT ROAD, SUITE C |
| DAPHNE, ALABAMA  36526 | MOBILE, ALABAMA 36609 | MOBILE, ALABAMA  36609 |
| (251) 621-0404 * FAX (251) 621-0456 | (251) 344-2660 * FAX (251) 344-2698 | (251) 639-0200 * FAX (251) 633-7226 |

OWNERS.FRM

STEWART TITLE GUARANTY COMPANY

ALTA OWNER'S POLICY

# SCHEDULE B

### POLICY NO.: O-9993-3902639

This policy does not insure against loss or damage (and the Company will not pay costs, attorney's fees or expenses) which arise by reason of:

1.  Rights or claims of parties in possession not shown by the public records.

2.  Easements, or claims of easements, not shown by the public records.

3.  Encroachments, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey or inspection of the premises.

4.  Any lien, or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

5.  Community property, dower, courtesy, survivorship, or homestead rights, if any, of any spouse of the insured.

6.  Any titles or rights asserted by anyone including but not limited to persons, corporations, governments or other entities, to tide lands, or lands comprising the shores or bottoms of navigable rivers, lakes, bays, ocean or gulf, or lands beyond the line of the harbor or bulkhead lines as established or changed by the United States Government or water rights, if any.

7.  Reservations contained in Patent from the United States of America or State where the land described in Schedule A is located.

8.  Restrictive Covenants affecting the property described in Schedule A.

9.  **Mortgage from PRESTON HOBSON, single, to WACHOVIA BANK, National Association, in the principal sum of $517,500.00, dated October 24, 2005, recorded on OCTOBER 31, 2005 in Real Property Book 5866 at Page 1943 in the Office of the Judge of Probate of MOBILE COUNTY, ALABAMA.**

10. **Taxes for the year 2006, which became a lien as of October 1, 2005, but are not due and payable until October 1, 2006.**

11. **Building setback line, drainage and utility line easements and notes or restrictions as shown on recorded plat of said subdivision.**

12. **Subject to Articles of Incorporation of Dauphin Island Property Owner's Association, dated February 4, 1954 and recorded in Incorporation Book 18, Page 295, and as amended thereto, together with all rules and regulations promulgated pursuant thereto.**

13. **Restrictive Covenants contained in instrument(s) recorded in Real Property Book 358, Page 284; Real Property Book 2616, Page 727; Real Property Book 3148, Page 256; Real Property Book 4028, Page 238; Real Property Book 4044, Page 287; Real Property Book 4089, Page 80; Real Property Book 4184, Page 871; Real Property Book 4372, Page 565 and Real Property Book 4612, Page 1560, but deleting any covenant, condition or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604 (c).**

14. **The Conditions, Covenants, Reservations, Restrictions, Limitations, Exceptions and Easements applicable to said property described in Schedule "A" as contained in (a) that certain instrument executed by the Mobile Chamber of Commerce captioned " Conditions, Covenants, Reservations, Restrictions, Limitations, Exceptions and Easements Applicable to 1953 Subdivision of Dauphin Island, Alabama", dated June 15, 1954 and recorded in Deed Book 601, Page 402, as amended by instrument dated November 1, 1954 and recorded**

OWNERS.FRM

STEWART TITLE GUARANTY COMPANY

in Deed Book 613, Page 627, and also amended by instrument dated June 1, 1959 and recorded in Real Property Book 69, Page 857.

15.   Title to minerals within and underlying the premises, together with all mining rights and other rights, privileges and immunities relating thereto as recorded in Real Property Book 1571, Page 342.  NOTE: This policy does not attempt to set out the manner in which the minerals are now vested and does not insure any minerals, nor any rights on or easements in connection therewith.

16.   Terms and Conditions of the Articles of Incorporation of Audubon Place Homeowners Association dated March 4, 1993 by instrument recorded in Real Property Book 4028, Page 761.

17.   Coastal construction line as shown on recorded plat of said subdivision.

18.   Oil, Gas and Mineral Lease as recorded in Real Property Book 4028, Page 229.

19.   Right of Way granted to Alabama Power Company by instrument recorded in Real Property Book 4031, Page 635.

20.   Any portion of subject property which may be affected by accretion, reliction, erosion and avulsion.

21.   Rights of other parties, the United States of America or State of Alabama,  in and to the shore, littoral or riparian rights to the property described  in Schedule "A" lying adjacent to Gulf of Mexico.

NOTE: The current tax valuation is in accordance with the present assessment rolls in the Tax Assessor's Office, but is subject to any future adjustment made by either the Tax Assessor's Office or the Board of Equalization.  Neither this Commitment nor any policy of title insurance issued pursuant hereto, purports to, or shall be construed to, insure against the lien of any ad valorem taxes which may become subsequently effective as to the insured property notwithstanding that such lien may retroactively apply to prior tax years by virtue of an escape or change in valuation occasioned by a change in category or use of the property.

NOTE: This policy does not attempt to set out the manner in which the title to oil, gas or other minerals is now vested and does not insure any rights or easements in connection with such interest.

# STEWART TITLE
### GUARANTY COMPANY

INCORPORATED 1908

ESTABLISHED 1893

**A NAME**
RECOGNIZED NATIONALLY
AS BEING
SYNONYMOUS WITH

## QUALITY



*Sanctity of Contract*

# STEWART TITLE
### GUARANTY COMPANY

P.O. Box 2029
Houston, Texas 77252

## POLICY
### OF
## TITLE
## INSURANCE

If you want information about coverage or need assistance to resolve complaints, please call our toll free number: 1-800-729-1902. If you make a claim under your policy, you must furnish written notice in accordance with Section 3 of the Conditions and Stipulations.

Visit our World-Wide Web site at: http://www.stewart.com

POLICY OF TITLE INSURANCE ISSUED BY

# STEWART TITLE
## GUARANTY COMPANY

SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE EXCEPTIONS FROM COVERAGE CONTAINED IN SCHEDULE B AND THE CONDITIONS AND STIPULATIONS, STEWART TITLE GUARANTY COMPANY, a Texas corporation, herein called the Company, insures, as of Date of Policy shown in Schedule A, against loss or damage, not exceeding the Amount of Insurance stated in Schedule A, sustained or incurred by the insured by reason of:

1. Title to the estate or interest described in Schedule A being vested other than as stated therein;
2. Any defect in or lien or encumbrance on the title;
3. Unmarketability of the title;
4. Lack of a right of access to and from the land.

The Company will also pay the costs, attorneys' fees and expenses incurred in defense of the title, as insured, but only to the extent provided in the Conditions and Stipulations.

IN WITNESS WHEREOF, Stewart Title Guaranty Company has caused this policy to be signed and sealed by its duly authorized officers as of the date of Policy shown in Schedule A.

### STEWART TITLE
#### GUARANTY COMPANY

_____
Chairman of the Board

_____
President

Countersigned:

_____
Authorized Signatory

Company  THE GUARANTEE TITLE COMPANY, L.L.C.
Address  759 DOWNTOWNER LOOP WEST
City, State  MOBILE, ALABAMA 36609

## EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1. (a) Any law, ordinance or governmental regulation (including but not limited to building and zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating to (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
   (b) Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
2. Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.
3. Defects, liens, encumbrances, adverse claims or other matters:
   (a) created, suffered, assumed or agreed to by the insured claimant;
   (b) not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;
   (c) resulting in no loss or damage to the insured claimant;
   (d) attaching or created subsequent to Date of Policy; or
   (e) resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the estate or interest insured by this policy.
4. Any claim, which arises out of the transaction vesting in the Insured the estate or interest insured by this policy, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that is based on:
   (a) the transaction creating the estate or interest insured by this policy being deemed a fraudulent conveyance or fraudulent transfer; or
   (b) the transaction creating the estate or interest insured by this policy being deemed a preferential transfer except where the preferential transfer results from the failure:
      (i) to timely record the instrument of transfer; or
      (ii) of such recordation to impart notice to a purchaser for value or a judgment or lien creditor.

Page 1 of
Policy
Serial No.  O-9993- 3902639

ALTA OWNER'S POLICY - 10-17-92

GTC 126058

2005080091  Book-5866 Page-1940
Total Number of Pages: 3

State of Alabama-Mobile County
I certify this instrument was filed on:
        October 31, 2005 @   9:35:48 AM
    DEED TAX                    $51.00
    S.R. FEE                     $2.00
    SURCHARGE                   $10.00
    RECORDING FEES               $8.50
    TOTAL AMOUNT                $71.50

2005080091
Don Davis, Judge of Probate

STATE OF ALABAMA          }

COUNTY OF MOBILE          }

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS that **ROBERT HENDERSON VATCHER, a single man,** the Grantor, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable considerations hereby acknowledged to have been paid to the said Grantor by **PRESTON HOBSON,** the Grantee, does hereby GRANT, BARGAIN, SELL and CONVEY unto the said Grantee, subject to the provisions hereinafter contained, all that real property in the County of Mobile, State of Alabama, described as follows:

LOT 25, AUDUBON PLACE, ACCORDING TO PLAT THEREOF RECORDED IN MAP BOK 57, PAGES 57 OF THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE, MOBILE COUNTY, ALABAMA.

EXCEPTING THEREFROM such oil, gas and other minerals in, on and under said real property, together with all rights in connection therewith, as have previously been reserved by or conveyed to others; it being the intention of the Grantors to convey to Grantee only the interest Grantors own therein, if any.

TOGETHER WITH all and singular the rights, privileges, tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining; TO HAVE and TO HOLD the same unto the said Grantee, his heirs and assigns, FOREVER.

THIS CONVEYANCE IS SUBJECT TO THE FOLLOWING:

1.    Building setback line, drainage and utility line easements and notes or restrictions as shown on recorded plat of said subdivision.

2.    Subject to Articles of Incorporation of Dauphin Island Property Owner's Association, dated February 4, 1954 and recorded in Incorporation Book 18, Page 295, and as amended thereto, together with all rules and regulations promulgated pursuant thereto.

3.    Restrictive Covenants contained in instruments recorded in Real Property Book 358, page 284; Real Property Book 2616, Page 727; Real Property Book 3148, Page 256, Real Property Book 4028, Page 238; Real Property Book 4044, Page 287; Real Property Book 4089, Page 80; Real Property Book 4184, Page 871; Real Property Book 4372, Page 565 and Real Property Book 4612, Page 1560.

4.    The Conditions, Covenants, Reservations, Restrictions, limitations, Exceptions and Easements applicable to said property described as contained in that certain instrument executed by the Mobile Chamber of Commerce captioned "Conditions, Covenants, Reservations, Restrictions Limitations, Exceptions and Easements Applicable to 1953 Subdivision of Dauphin Island, Alabama", dated June 15, 1954 and recorded in Deed Book 601, Page 402, as amended by instrument dated November 1, 1954 and recorded in Deed Book 613, Page 627, and also amended by instrument dated June 1, 1959 and recorded in Real Property Book 69, Page 857.

5.   Title to minerals within and underlying the premises, together with all mining rights and other rights, privileges and immunities relating thereto as recorded in Real Property Book 1571, Page 342.

6.   Terms and conditions of the Articles of Incorporation of Audubon Place Homeowners Association dated March 4, 1993 by instrument recorded in Real Property Book 4028, Page 761.

7.   Coastal construction line as shown on recorded plat of said subdivision.

8.   Oil, Gas and Mineral Lease as recorded in Real Property Book 4028, Page 229.

9.   Right of Way granted to Alabama Power Company by instrument recorded in Real Property Book 4031, Page 635.

AND, except as to the above and the taxes hereafter falling due, the said Grantor, for himself, and

for his heirs and personal representatives, hereby covenants with the said Grantee, his heirs and assigns,

that he is seized of an indefeasible estate in fee simple in and to said property; that he has a good and lawful

right to sell and convey the same in fee simple; that said property is free and clear of all liens and

encumbrances; that he is in the quiet and peaceable possession of said property; and that he does hereby

WARRANT AND WILL FOREVER DEFEND the title to said property, and the possession thereof, unto

the said Grantee, his heirs and assigns, against the lawful claims of all persons, whomsoever.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal on this the 24th

day of _____October_____, 2005.

_____ (SEAL)
**ROBERT HENDERSON VATCHER**

STATE OF ALABAMA
COUNTY OF MOBILE.

I, the undersigned Notary Public in and for said State and County, hereby certify that **ROBERT HENDERSON VATCHER**, whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that being informed of the contents of said conveyance, he executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal on this the 24th day of _____October_____, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 10/04/06

{ SEAL }

The Grantee's address is:
195 14th Street
#910

Atlanta, GA 30309

**This instrument was prepared by:**
Stova F. McFadden, Esq.
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
(251)342-9172

# EXHIBIT     B



# PICKETT Real Estate

*we sell lifestyle*

1250 Rauschkoler Road
Theodore, AL 36582
1-866-873-1829
(251) 973-1929

Dauphin Island Office
(251) 861-3697

## Contact Us

🏠 Home        👤 Your Account

List View        Map View        Detail View

**Dauphin Island - $558,000**                    **MLS# 20695**

Photos 1 to 5 of 6

View Page: 2

Home
Our Residential Listings
Our Lots & Land Listings
Our Commercial Listings
Search Entire MLS
Agents
Longterm Rentals
Vacation Rentals
Calculator
Financing
CMA
Services
Free Reports
Contact Us

⊕ SHARE   💾 Save Property   💵 Estimate Payments   📨 Request Info   ✉ Ema
🖨 Print   🌐 Google Earth

### Property Details

Area                          Dauphin Island
Address                       0 Audubon Pl, #25
                              Dauphin Island, AL 36528

Acreage
Subdivision                   Audubon Place
Remarks
Welcome to Audubon Place! This beautiful private gated community on the desired East End of our Island paradise
your dream home on 76 feet of Sugar white sandy beach on the spectacular Gulf of Mexico. One of the largest lots
Subdivision, at over an acre and located on the western side of Audubon--no erosion issues here. Enjoy all the Islan

Copyright © Pickett Real Estate 2008. All Rights Reserved











Bruce Pfeiffer

**Dauphin Island - $558,000**

**MLS# 206953**

Print



**Please Contact**
**Bruce Pfeiffer**
Cell: 251-689-3682
Office: 251-973-1929
Office Fax: 251-973-0899



**Pickett Real Estate**
**Western Shore**
Phone: 251-973-1929



**Property Details**

| | |
|---|---|
| Area | Dauphin Island |
| Address | 0 Audubon Pl, #25 |
| | Dauphin Island, AL 36528 |
| Acreage | |
| Subdivision | Audubon Place |

**Remarks**

Welcome to Audubon Place! This beautiful private gated community on the desired East End of our island paradise awaits your dream home on 76 feet of Sugar white sandy beach on the spectacular Gulf of Mexico. One of the largest lots in the Subdivision, at over an acre and located on the western side of Audubon--no erosion issues here. Enjoy all the island has to offer with endless amenities that include the bike trail, Fort Gaines, bird sanctuary, boat launch and sandy white beaches. Motivated owners will consider any reasonable offers!!!













# INDEX TO CITIES, TOWNS, AND PLACES

## A

| | |
|---|---|
| ABERNANT | H-3 |
| ADAMSVILLE | 2,344 ... J-12 |
| ADDISON | |
| ADGER | |
| AKRON | |
| ALABASTER | 22,619 ... J-11 |
| ALBERTVILLE | 21,160 ... F-13 |
| ALEXANDER CITY | 14,875 ... J-13 |
| ALICEVILLE | 2,486 ... H-7 |
| ALLGOOD | 648 ... F-12 |
| ALPINE | |
| ALTOONA | 933 ... F-13 |
| ANDALUSIA | 9,015 ... P-11 |
| ANDERSON | 354 ... C-9 |
| ANNISTON | 23,106 ... H-14 |
| ARAB | 8,050 ... E-12 |
| ARDILLA | |
| ARDMORE | 1,194 ... C-10 |
| ARGO | 3,545 ... G-12 |
| ARITON | 772 ... N-14 |
| ARLEY | 290 ... E-10 |
| ARMSTRONG | |
| ASHFORD | 2,022 ... P-15 |
| ASHLAND | 1,993 ... H-14 |
| ASHVILLE | 2,314 ... G-12 |
| ATHENS | 21,897 ... C-10 |
| ATMORE | 10,194 ... P-8 |
| ATTALLA | 6,048 ... F-13 |
| AUBURN | 53,380 ... L-14 |
| AUTAUGAVILLE | 820 ... L-11 |
| AVON | |

## B

| | |
|---|---|
| BANKS | |
| BARBOUR (CO.) | |
| BAY MINETTE | 8,044 ... P-7 |
| BAYOU LA BATRE | 2,558 ... R-5 |
| BEATRICE | |
| BEAVERTON | |
| BELK | |
| BELLAMY | |
| BELLE MINA | |
| BELLWOOD | |
| BERRY | 1,148 ... H-9 |
| BESSEMER | 27,456 ... J-11 |
| BIRMINGHAM | 212,237 ... H-11 |

## C

| | |
|---|---|
| CAHABA HEIGHTS | 5,203 ... H-11 |
| CALERA | 11,620 ... J-11 |
| CAMDEN | 2,020 ... N-10 |
| CAMP HILL | 1,014 ... K-13 |
| CARBON HILL | 2,071 ... G-9 |
| CARDIFF | |
| CARROLLTON | 987 ... H-7 |
| CEDAR BLUFF | |

## Location Map

File No. 8434543266l Page #19

| Borrower/Client | Preston Hobson | | | | | |
|---|---|---|---|---|---|---|
| Property Address | Lot-25 Audubon Place | | | | | |
| City | Dauphin Island | County | Mobile | State | AL | Zip Code | 36528 |
| Lender | Wachovia Bank,NA | | | | | |



Form MAP.LOC — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

(File No. 8434543266) Page #9]

## Building Sketch (Page - 1)

| | |
|---|---|
| Borrower/Client  Preston Hobson | |
| Property Address  Lot-25 Audubon Place | |
| City  Dauphin Island | County  Mobile | State  Al | Zip Code  36528 |
| Lender  Wachovia Bank,NA | |



Comments:

Land

Beginning at a point of the Tract described by Metes and Bounds as follows:
  THENCE Due West, a distance of 40.00 Feet;
  THENCE North 23° 48' 21" West, a distance of 230.40 Feet;
  THENCE Due East, a distance of 200.00 Feet;
  THENCE South 17° 4' 17" West, a distance of 221.42 Feet;

Form SKT.BldSkt — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# EXHIBIT    C



**17622 Scenic Highway 98**
**Point Clear, Alabama 36532**

May 11, 2010

Mr. Preston Hobson
195 14th St. NE, Unit 910
Atlanta, Georgia 30309

Dear Preston,

As discussed in our phone conversation today, this letter is to confirm that we are
formally retracting our purchase offer of $535,000 for your property (lot #25) located in
the Audubon Place subdivision on Dauphin Island, Alabama. We are extremely
disappointed about this decision given our original plans for your beautiful lot.

Our concern about the oil situation and its long term potential impact plus future issues
have caused us to totally rethink our options regarding beach property in the region. We
appreciate the time your parents spent with Donna and me showing the property and your
willingness to work with us during our negotiations. Best of luck to you under these
challenging circumstances.

Sincerely,

Kingsley McCallum
Kingsley McCallum

**www.kingandcompany.org – 50 S. Church St., # 7 Fairhope, Alabama 36532**
**Phone 251-404-6172 – FAX  251-281-2602**

# EXHIBIT     D



**Emerson Poynter LLP**
Attorneys at Law

Little Rock
Houston

Scott E. Poynter
Phone: 501.907.2555
Fax: 501.907.2556
scott@emersonpoynter.com

September 5, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

      *Re:*    *Economic and Property Damages Class*

To Whom It May Concern:

    I represent Plaintiff Preston Hobson, 195 14th Street #910, Atlanta, GA 30309, (404) 388-9091. By this letter, I request that my client Preston Hobson be excluded from the Economic and Property Damages Class.

    Please send all communications to my attention.

                Sincerely,

                Scott E. Poynter

SEP:sk

Preston Hobson

9/5/12
Date