UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE WILKINSON |
| Relevant Civil Actions Nos. 13-1971; 14-1525; | * | |
| 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | * | |
| | * | |

**EDWARD WISNER DONATION *EX PARTE* MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

NOW INTO COURT comes Edward Wisner Donation ("Wisner" or "Donation"), Defendant in Intervention, through the Trustee the Mayor of New Orleans, with undersigned counsel, and submits this *Ex Parte* Motion to Deposit Funds into the Registry of the Court. The Donation states as follows:

1. A *Complaint for Attorneys' Fees* was filed by Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates ("WW&G") [Rec. Doc. 21585].

2. On September 26, 2016, the Donation Answered the Complaint. [Rec. Doc. 21732]

3. The dispute concerns a challenge to the fees and costs pursuant to the Donation's settlement with BP.

4. The Donation's settlement with BP is structured to be paid over a number of years.

5. The first payment is scheduled for October 3, 2016.

6. The amount subject to the dispute totals $2,160,011.92. The total combined costs

1

($927,173.12) and attorney's fees ($1,232,838.80).

7. Depositing the disputed funds into the registry of the court promotes fairness to all parties by ensuring that no payment is issued to any attorney in this case without a court order.

8. No party will be prejudiced. Each party will be provided an opportunity to be heard with arguments submitted to this Court for final resolution.

9. Counsel for WW&G has been contacted and does not oppose this motion.

WHEREFORE Defendant in Intervention prays that the motion be granted and that the Court issue an order directing the depositing of the disputed amount into the registry of the court.

Respectfully submitted:

Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
EMail: calvinfayard@fayardlaw.com

Fred Herman (La Bar #6811)
Thomas J. Barbera (La Bar# 18719)
LAW OFFICES OF FRED HERMAN
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7068
Fax: 504 581 7083
Email: fherman@fredhermanlaw.com
tbarbera@fredhermanlaw.com

*Attorneys for the Edward Wisner Donation Trust, Mayor Mitch Landrieu, Trustee, and the City of New Orleans, Beneficiary*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon all counsel of record *via* email this 30th day of September, 2016.

S/Soren E. Gisleson

3