UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE WILKINSON |
| Relevant Civil Actions Nos. 13-1971; 14-1525; | * | |
| 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | * | |
| | * | |

## ORDER

Considering the foregoing *Ex Parte Motion to Deposit Funds into the Registry of the Court* filed by the Edward Wisner Donation ("Wisner" or "Donation"),

**IT IS ORDERED** that the motion is GRANTED. The Clerk of Court is directed to accept for deposit $2,160,011.92. Any funds withdrawn from the registry shall be by court order pursuant to the Local Rules of this Court.

Done this _____ day of October, 2016.

_____
MAGISTRATE JUDGE WILINKINSON