UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | SECTION J |
| | | JUDGE BARBIER |
| Applies to: No. 11-0893 | * | |
| No. 10-09999 and | * | |
| No. 13-01556 | * | |
| *Document Nos. 350, 349 & 364* | * | MAGISTRATE JUDGE WILKINSON |

*********************************************************************

### ORDER

Considering the Motion of the GRAND ISLE LEVEE INDEPENDENT DISTRICT and CITY OF GRAND ISLE;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims of the GRAND ISLE INDEPENDENT LEVEE DISTRICT and the CITY OF GRAND ISLE, against defendants, BP p.l.c., BP Corporation North America Inc. ("BPCNA"), BP Exploration and Production, Inc. ("BPXP"), and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing, be dismissed with prejudice.

New Orleans, Louisiana this 30th day of September, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE