U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 2 6 2016
WILLIAM W. BLEVINS
CLERK

Robyn Goldstein
Legal Counsel, Disputes and Human Relations
Transocean Offshore Deepwater Drilling, Inc.
4 Greenway Plaza
Houston, TX 77046

10md2179 J(2)

RE:   *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*; HESI and Transocean Settlements; Objection / Clarification

Dear Honorable Judge Barbier and Counsel:

I have recently entered my appearance as counsel for The City of Biloxi, Mississippi ("Biloxi") regarding claims under the HESI and Transocean Settlements. I appreciate the opportunity to voice an objection / clarification for claims under the proposed settlements.

Biloxi is a "Local Government" within the "New Class" of the HESI / Transocean Settlement Plan ("HTSP"). Biloxi is a city within Harrison County, Mississippi. Biloxi owns at least thirty-nine (39) parcels of property within the Coastal Real Property Zone maps. Biloxi is in the process of filing claims within the required framework. A copy of the recent filed claim on behalf of Biloxi is attached hereto and confirms that Biloxi is part of the "New Class".

Biloxi requests clarification of the following matters, which we believe to be reasonable and within the meaning of the HTSP. Until such matters are clarified, Biloxi objects to the current HTSP language out of the abundance of caution.

Item 1 for Clarification:

The HTSP contemplates calculation of the property owner's "2010 Applicable Property Tax". This amount is calculated based on the local tax assessor's "2010 County Appraised Value".[1] As a local government, Biloxi is a tax-exempt municipality. As such, Biloxi does not pay taxes and for purposes of the public record the property is assessed at zero. Fortunately, the Harrison County Tax Assessor did maintain an "Appraised Value" for all such Biloxi parcels inside the Tax Assessor database. This Appraised Value can be retrieved for year 2010, and such Appraised Value would be consistent with any individual taxpayer for that year. Since Biloxi does have the means to submit the 2010 County Appraised Value (Total Value) from the Harrison County Tax Assessor, Biloxi would seek clarification that such submission would be deemed acceptable for purposes of the HTSP.

Item 2 for Clarification:

The HTSP contemplates submission of the property owner's "2010 Property Tax Bill". As a local government, Biloxi is a tax-exempt municipality. As such, Biloxi does not pay

---

[1] For Harrison County, Mississippi, the HTSP defines the tax assessor appraised value for 2010 as "Total Value".

taxes and is unable to submit a "Tax Bill". However, as set forth in Item 1 above, Biloxi does have the means to submit the 2010 County Appraised Value (Total Value) from the Harrison County Tax Assessor. Biloxi and would seek clarification that such submission would be deemed acceptable for the purposes of the HTSP.

Item 3 for Clarification:

The HTSP contemplates submission of the property owner's "Deed showing ownership on April 20, 2010". While Biloxi had deeds for the large majority of its parcels, some of these parcels have been owned by Biloxi for many decades and the origin of ownership is not readily ascertainable. It is believed some of the parcels may have been acquired through state and federal court orders. Undergoing title searches on these parcels would result in an undue expense to Biloxi. It is clear that such parcels have been maintained on the Harrison County tax rolls for several decades prior to April 20, 2010 as being owned by Biloxi. In the event a prior deed is not readily ascertainable, Biloxi would request clarification that alternate means of proof of ownership would be acceptable, such as court orders, official certification by Tax Assessor, official certification by Chancery Clerk, or official certification by City Council. Such certification could state Biloxi has been listed as owner on the tax rolls from at least April 19, 2000 through April 20, 2010, which would encompass Mississippi's ten (10) year adverse possession rules and/or law. Biloxi would request such submission would be deemed acceptable for purposes of the HTSP.

Thanking Your Honor and counsel for their consideration in these matters.

Warm Regards,

Corban Gunn
CORBAN GUNN, PLLC

Enclosure(s)
cc: Peter C. Abide, Esq.

CORBAN GUNN, PLLC
Attorney At Law
P.O. Box 1466, Biloxi, MS 39533
Tel: (228) 284-6805
corban@corbangunn.com
www.corbangunn.com



September 23, 2016

**VIA CERTIFIED U.S. MAIL**

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

James P. Roy
Domengeaux Wright Roy Edwards & Colomb
P.O. Box 3668
Lafayette, LA 70501

Stephen J. Herman
Herman Herman & Katz
820 O'Keefe Avenue
New Orleans, LA 70113

Christopher J. Bellotti
Senior Counsel
Halliburton Energy Services, Inc.
3000 N. Sam Houston Parkway East
Bldg. J, Room 432
Houston, TX 77032-3219

R. Alan York
Godwin PC
131 Lamar, Suite 1665
Houston, Texas 77010

Brady Long
Senior Vice President and General Counsel
Transocean, Ltd.
Chemin de Blandonnet 10
1214 Vernier, Switzerland

CORBAN GUNN, PLLC
Attorney At Law
P.O. Box 1466, Biloxi, MS 39533
Tel: (228) 284-6805
corban@corbangunn.com
www.corbangunn.com



September 22, 2106

VIA CERTIFIED U.S. MAIL

HESI / TRANSOCEAN PUNITIVE DAMAGES
Assigned Claims Settlement
c/o Garden City Group, LLC
P.O. Box 10260
Dublin, OH 43017-5760

RE: Coastal Property Claim; City of Biloxi, Mississippi

To Whom It May Concern:

Please be advised that I, along with Peter C. Abide, Esq., represent the City of Biloxi, Mississippi regarding Biloxi's coastal property claims as a "local government" and files herewith a claim for the its property located at 0 Cadet Street, Biloxi, Mississippi.

Please find enclosed the required documentation along with the Claim Form for the above referenced coastal property claim. This is a "New Class Claim" under the above referenced settlement as the City of Biloxi, Mississippi was a "excluded party" under the DHEPDS Class. The City of Biloxi, Mississippi settled with the "neutrals" as an "excluded party" for which all required settlement documents are enclosed.

Warm Regards,

Corban Gunn
CORBAN GUNN, PLLC

Enclosure(s)
cc: Peter C. Abide, Esq.

```
================================
              BILOXI
           135 MAIN ST
              BILOXI
                MS
            39530-9998
            2707020230
09/23/2016    (800)275-8777  10:55 AM
================================

Product              Sale      Final
Description          Qty       Price

First-Class           1        $2.83
Mail
Large Envelope
   (Domestic)
   (DUBLIN, OH  43017)
   (Weight:0 Lb 9.20 Oz)
   (Expected Delivery Day)
   (Monday 09/26/2016)
Certified             1        $3.30
   (USPS Certified Mail #)
   (70153010000195216629)
Return                1        $2.70
Receipt
   (USPS Return Receipt #)
   (9590940214115329736156)

Total                          $8.83

Credit Card Remitd             $8.83
   (Card Name:AMEX)
   (Account #:XXXXXXXXXXX1018)
   (Approval #:563515)
   (Transaction #:780)

****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
****************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
****************************************

All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

         HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

                 Go to:
       https://postalexperience.com/Pos

       840-5390-0357-001-00008-59718-02

             or scan this code with
              your mobile device:
```



```
           or call 1-800-410-7420.

              YOUR OPINION COUNTS


Bill #: 840-53900357-1-859718-2
Clerk:  05
```

RETURN RECEIPT REQUESTED

**CORBAN GUNN, PLLC**
P.O. BOX 1466
BILOXI, MISSISSIPPI 39533-1466

TO: Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



7015 3010 0001 4521 6636



1000

70130

U.S. POSTAGE PAID
BILOXI, MS
39530
SEP 23, 16
AMOUNT
$8.83
R2305K132126-05



WILLIAM W. BLEVINS



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.