# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

## MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO DHECC'S MOTION FOR RETURN OF PAYMENTS

COMES NOW, Raymond G. Flores ("Flores"), by and through undersigned counsel, and files this motion for a second extension of time to file his response to Deepwater Horizon Economic Claims Center's ("DHECC") Motion for Return of Payments requesting that the Court allow him an additional thirty (30) days to file his response.

1. The current deadline for Flores to file a response to DHECC's Motion for Return of Payments is September 30, 2016 pursuant to the Court's Order entered September 20, 2016 (Rec. Doc. 21708).

2. Counsel for DHECC has no objection to the thirty (30) day extension requested herein.

3. In support of this motion, Flores files a memorandum simultaneously herewith demonstrating good cause to allow Flores additional time to prepare his defense.

WHEREFORE, Flores respectfully requests that this Court grant this motion and enter an order extending the time to file a response to DHECC's Motion for Return of Payments until October 31, 2016.

Respectfully submitted this 30th day of September, 2016.

>/s/ H. Lee Strayhan, III
> H. LEE STRAYHAN, III
> Louisiana Bar No. 27098
> CLARK PARTINGTON
> 4100 Legendary Drive, Suite 200
> Destin, Florida 32541
> (850) 650-3304
> Email: lstrayhan@clarkpartington.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of September, 2016.

>/s/ H. Lee Strayhan, III
> H. LEE STRAYHAN, III