**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO DHECC'S MOTION FOR RETURN OF PAYMENTS**

**NOW INTO COURT**, through undersigned counsel, comes Raymond G. Flores ("Mr. Flores"), who files this memorandum in support of his <u>unopposed</u> Motion for a Second extension of Time to File Response to the Motion for Return of Payments to Deepwater Horizon Economic Claims Center's ("DHECC"). For the reasons more fully set forth below, Mr. Flores submits that this extension is essential in order for him to exercise his right to procedural and substantive due process under the law to fairly and justly adjudicate the issues asserted by the DHECC in its Motion for Return of Payments (hereafter "Clawback Motion").

1. Undersigned counsel has communicated with the DHECC with respect to requesting consent to the requested extension and the DHECC has confirmed that it does not object to the extension relief requested herein.

2. On August 10, 2016, the DHECC filed the Clawback Motion directed to Herminia Medina d/b/a Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon, as claimants (collectively referred to hereafter as "Claimants"), and Mr. Flores as claims preparer for each claim (Rec. Doc. 21470).

3. As per the Clawback Motion, the DHECC seeks to hold Mr. Flores personally, and individually, liable for the repayment of Business Economic Loss claims awarded and paid by the DHECC under the Settlement Agreement to the Claimants on the basis of fraud.

4. Mr. Flores is a Certified Public Accountant ("CPA"). As per the Clawback Motion, the DHECC accuses Mr. Flores of utilizing his skills and services as a CPA to fraudulently prepare, file and submit the claims on behalf of Claimants.

5. As per the Clawback Motion, the DHECC accuses only Mr. Flores of fraud, not the claimants. Based on the purported fraud of Mr. Flores, the DHECC seeks to disgorge all monies paid to the three claimants and to hold Mr. Flores jointly and severally liable with each Claimant respectively, for all such monies paid in settlement of the subject claims.

6. If Mr. Flores is not provided the right to fully respond to the serious allegations asserted against him in the Clawback Motion, he would suffer unjust and irreparable harm, both personally and professionally.

7. On August 16, 2016, the Court entered a Scheduling Order setting a deadline to respond to the Clawback Motion for September 20, 2016. (Rec. Doc. 21487).

8. Undersigned counsel was recently tasked by his law firm with representing Mr. Flores in defense of the Clawback Motion.

9. On September 20, 2016, undersigned filed a Consent Motion for Extension of Time to File Response to DHECC's Motion for Return of Payments[1] (Rec. Doc. 21697).

10. On September 20, 2016, the Consent Motion was granted by the Court permitting an extension to respond until today September 30, 2016 (Rec. Dec. 21708).

---

[1] Please take notice that our law firm has only been engaged by Raymond Flores and does not represent the Claimants, as the Consent Motion would to seem to indicate.

11. Despite good faith efforts, undersigned counsel is not yet able to fully respond to the serious allegations raised by the DHECC on behalf of Mr. Flores both due to the lack of complete records pertaining to the Clawback Motion, and due to pre-existing obligations of undersigned counsel.

12. Due to the recent nature of the Scheduling Order, the recent involvement of undersigned counsel and the complexity of the subject claims and allegations, the DHECC has graciously consented to the requested extension.

13. The Motion for Extension is not being requested for purposes of delay. Rather, the extension relief is being sought in good faith to protect Mr. Flores procedural and substantive due process rights under the law in the adjudication of the claims set forth in the Clawback Motion.

WHEREFORE, Mr. Flores respectfully requests that this Court grant Mr. Flores's Motion for Second Extension of Time to File Response to DHECC's Motion for Return of Payments until October 31, 2016.

Respectfully submitted this 30th day of September, 2016.

/s/ H. Lee Strayhan, III
H. LEE STRAYHAN, III
Louisiana Bar No. 27098
CLARK PARTINGTON
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 650-3304
Email: lstrayhan@clarkpartington.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of September, 2016.

                                          /s/ H. Lee Strayhan, III
                                          H. LEE STRAYHAN, III