**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| *No. 12-970* | * | **MAG. JUDGE WILKINSON** |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Raymond G. Flores's Motion for Second Extension of Time to File Response to DHECC's Motion for Return of Payments is submitted for consideration pursuant to Local Rule 78.1 to United States District Judge Carl J. Barbier on October 19, 2016 at 9:30 a.m.

Dated this 30th day of September, 2016.

/s/ H. Lee Strayhan, III
H. LEE STRAYHAN, III
Louisiana Bar No. 27098
CLARK PARTINGTON
4100 Legendary Drive, Suite 200
Destin, Florida 32541
(850) 650-3304
Email: lstrayhan@clarkpartington.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of September, 2016.

/s/ H. Lee Strayhan, III
H. LEE STRAYHAN, III