UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * * * | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAGISTRATE WILKINSON |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | * * * | |

**ORDER**

Considering the foregoing *Ex Parte Motion to Deposit Funds into the Registry of the Court* filed by the Edward Wisner Donation ("Wisner" or "Donation"),

**IT IS ORDERED** that the motion is GRANTED. The Clerk of Court is directed to accept for deposit $2,160,011.92. Any funds withdrawn from the registry shall be by court order pursuant to the Local Rules of this Court.

Done this  30th  day of September, 2016.

_____
United States Magistrate Judge