UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Considering Raymond G. Flores' Motion for Second Extension of Time to File Response to the DHECC's Motion for Return of Payments (Rec. Doc. 21754) and the DHECC's consent to same;

IT IS ORDERED that the deadline for Raymond G. Flores to respond to the DHECC's clawback motion (Rec. Doc. 21470) is extended up to and including Monday, October 31, 2016. Any reply by the DHECC shall be filed by Monday, November 17, 2016.

New Orleans, Louisiana, this 3rd day of October, 2016.

_____
United States District Judge