UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

*City of St. Pete Beach, Florida v. BP Exploration & Production, Inc., et al*
Civil Action Number 2:13-cv-05355-CJB-JCW

*City of St. Pete Beach, Florida v. BP Exploration & Production, et al*
Civil Action Number 2:13-cv-05359-CJB-JCW

*In Re: Oil Spill by "Deepwater Horizon"*
2:10-cv-09999-CJB-SS
Short Form Joinder Document Number 233

## Notice of Voluntary Dismissal With Prejudice

**COMES NOW** the below-listed Plaintiff, each and by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal, with prejudice, of all actions, claims, causes of action, and short-form joinders against all Defendants, including, but not limited to, the actions and short form joinders listed below, and withdrawn from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean, Inc. Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (if any).  Costs taxed as paid.

Case name and docket numbers:

*City of St. Pete Beach, Florida v. BP Exploration & Production, Inc., et al*
Civil Action Number 2:13-cv-05355-CJB-JCW

*City of St. Pete Beach, Florida v. BP Exploration & Production, et al*
Civil Action Number 2:13-cv-05359-CJB-JCW

*In Re: Oil Spill by "Deepwater Horizon"*
2:10-cv-09999-CJB-SS
Short Form Joinder Document Number 2

THE PENTON LAW FIRM
503 GEORGIA AVENUE
BOGALUSA, LOUISIANA  70427
PHONE:       985-732-5651
FAX:           985-735-5579
EMAIL:        fedcourtmail@rgplaw.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiff
Louisiana Bar Roll Number 10462


**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleadings was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

October 3, 2016.

s/Ronnie G. Penton
Ronnie G. Penton