# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2:10-MD-02179 SECTION: J |
| | All Cases. | ) ) | Judge Barbier Mag Judge Wilkinson |

## PLAINTIFFS' NOTICE OF SUBMISSION MOTION FOR LEAVE TO FILE INTERVENTION IN NEW CLASS

A Motion for Leave to File Intervention in New Class has been filed (Document 21717) and will be submitted to the court for consideration on Wednesday, October 19, 2016 at 9:30 a.m. The court will consider and rule on the motion without a hearing, unless one is requested.

Dated: October 4, 2016            Respectfully submitted,

**FIBICH LEEBRON**
**COPELAND BRIGGS JOSEPHSON**

/s/ *Gregory Q. Fibich*
Kenneth T. Fibich
Texas State Bar No. 06952600
Gregory Q. Fibich
Texas State Bar No. 24059745
1150 Bissonnet Street
Houston, Texas 77005
Telephone: 713-751-0025
Fax: 713-751-0030
tfibich@fibichlaw.com
gfibich@fibichlaw.com

**ATTORNEYS FOR INTERVENORS**

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing PLAINTIFFS' NOTICE OF SUBMISSION ON MOTION FOR LEAVE TO FILE INTERVENTION IN NEW CLASS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 4th day of October, 2016.

                                                  /s/ *Gregory Q. Fibich*_____
                                                  Gregory Q. Fibich