UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Wilkinson |

<u>EX PARTE/CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION FILED BY MOLLERE, FLANAGAN, AND LANDRY, LLC.</u>

The Deepwater Horizon Economic Claims Center (the "DHECC") moves, *ex parte*, for an extension of time to file its reply to the Opposition to the Motion of the DHECC for Return of Payments Made to Maxim, L.C., Briante Palazeno, and Others filed by Mollere Flanagan, & Landry, LLC ("MFL"), and in support thereof states as follows:

1. The DHECC filed its Motion of Return of Payments Made to Maxim, L.C., Briante Palazaeno, and Others on May 26, 2016.

2. Pursuant to the Court's Scheduling Order of August 16, 2016, MFL filed its Opposition to the DHECC's Motion.

3. On September 19, 2016 the Court granted Briante Palazaeno's motion for extension to file its opposition until October 3, 2016, extending the deadline for the DHECC to file a Reply to Palazaeno's opposition to October 17, 2016.

4. In the interest of judicial economy, the DHECC seeks an extension to file its Reply to MFL until its already established deadline for Palazaeno of October 17, 2016.

5. Counsel for MFL has no objection to this request.

- 2 -

WHEREFORE, the DHECC prays that this motion be granted, ex parte, and that the accompanying order be entered granting the DHECC an extension until October 17, 2016 to file its Reply to the Opposition submitted by MFL.

    Respectfully submitted,

    Patrick Juneau
    Claims Administrator
    By:  /s/ Kevin Colomb
    Kevin Colomb
    Manager of Compliance and Internal Integrity

Date: October 4, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 4th day of October, 2016, by electronic mail, on the following:

    Raymond Landry, Esq
    Mollere, Flanagan, and Landry, LLC
    2341 Metairie Rd.
    Metairie, LA 70004


    ____/s/_ Kevin Colomb_____
    Kevin Colomb