UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

EX PARTE/CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO CLAIMANT MARTIN FORMENTO AND WILLIAM A. BECKER CONSULTING, LLC

The Deepwater Horizon Economic Claims Center (the "DHECC") moves, *ex parte*, for an extension of time to file its reply to the Opposition (the "Opposition") to Motion of the DHECC for Return of Payments Made to Claimant Martin Formento and William A. Becker Consulting, LLC  (the "Motion")(Rec. Doc. 21710) and in support thereof states as follows:

1. The DHECC filed the Motion on August 1, 2016. (Rec. Doc. 21402).

2. Pursuant to the Court's Scheduling Order of August 16, 2016 (Rec. Doc. 21487), the Opposition was to the DHECC's Motion (Rec. Doc. 21710).

3. The DHECC seeks a brief extension to complete its Reply to the Opposition filed until October 7, 2016.

4. The DHECC certifies that both counsel for the opponents of the Motion have no objection to this request.

- 2 -

WHEREFORE, the DHECC prays that this motion be granted, ex parte, and that the accompanying order be entered granting the DHECC an extension until October 7, 2016 to file its Reply to the Opposition.

    Respectfully submitted,

    Patrick Juneau
    Claims Administrator
    By:    /s/ Kevin Colomb
    Kevin Colomb
    Manager of Compliance and Internal Integrity

Date: October 4, 2016

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 4th day of October, 2016, by electronic mail, on the following:

        Bernadette Restivo
        Restivo & Vigil-Farinas, LLC
        103400 Overseas Hwy.
        Pink Plaza, Suite 237
        Key Largo, FL 33037

        Dennis M. Malone
        100 E. Main Street, Suite 209
        Trinidad, CO 81082

        ____/s/_ Kevin Colomb_____
        Kevin Colomb