UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          :          MDL 2179
      "DEEPWATER HORIZON" IN THE          :
      GULF OF MEXICO, ON APRIL 20, 2010          :          Section J
                                               :
This Document Applies to:          :          Judge Barbier
                                               :
*No. 12-970, Bon Secour Fisheries, Inc., et*          :          Mag. Judge Wilkinson
*al. v. BP Exploration & Production Inc., et al.*          :

ORDER GRANTING EX PARTE/CONSENT MOTION OF THE DHECC FOR EXTENSION OF
TIME TO FILE REPLY TO OPPOSITION TO MOTION OF THE DHECC FOR RETURN OF
PAYMENTS MADE TO MARTIN FORMENTO AND WILLIAM A. BECKER CONSULTING, LLC

Considering the foregoing ex-parte/consent motion and the Court finding the same

to be warranted and appropriate and should be granted; accordingly,

IT IS ORDERED that the motion be and is hereby GRANTED; and

IT IS FURTHER ORDERED that the DHECC's Reply to the Opposition to the Motion of

the DHECC for Return of Payments Made to Claimant Martin Formento and William A.

Becker Consulting, LLC [Rec. Doc. 21710] presently due on October 4, 2016, be continued

until October 7, 2016.

New Orleans, Louisiana this __ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE