UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 12-968* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are three motions filed by David Strong, who is *pro se*. (Rec. Docs. 12934, 14073, 15713).

Mr. Strong filed a claim under the Deepwater Horizon Medical Benefits Settlement ("Medical Settlement"). Only class members are entitled to the Medical Settlement's benefits. (*See* Medical Settlement § IV, Rec. Doc. 6427-1). The Claims Administrator determined that Mr. Strong is not a class member, because he did not reside in one of the Medical Settlement's defined geographic zones during the relevant time period.[1] Mr. Strong responded by filing a motion requesting that the Court set aside the Claims Administrator's determination. (Rec. Doc. 12934).[2] The Court has reviewed this motion and finds that it fails to show that Mr. Strong is a class member. It is undisputed that Mr. Strong's former residence in Gulf Shores is outside the Medical Settlement's geographic zones. The Court will deny this motion.[3]

---

[1] Mr. Strong does not contend that he was a "Clean-up Worker," who are class members regardless of their residence.

[2] The Medical Settlement permits a person to challenge the Claims Administrator's determination regarding class membership by filing a challenge with the Court. (Medical Settlement § V.N.)  These challenges are now governed by a set of procedures approved by the Court on May 27, 2016. (Rec. Doc. 18533). Mr. Strong's motion was filed before these procedures had been established.

[3] The Court has similarly denied an identical challenge by Mr. Strong that was submitted under the Court-approved procedures. (*See* C.A. 16-14543)

Mr. Strong filed another motion requesting that the Court "set aside" the Zone A map in the Medical Settlement, because "BP and [the Medical Settlement] Claims Administrator knew that the . . . map intentionally discriminated against Mr. Strong . . . ." (Rec. Doc. 15713). The Medical Settlement is a negotiated agreement between BP and the class representatives, which the Court approved in January 2013. The Court cannot and will not alter the explicit terms of this agreement, including the Zone A map. Furthermore, as Mr. Strong is not included within the class, he lacks standing to object to the terms of the Medical Settlement. Even if Mr. Strong had standing to object to the Settlement, the time for making an objection has long since passed. Accordingly, the Court will deny this motion.

Finally, Mr. Strong filed a third motion that requested the Court to order the Claims Administrator and BP to compensate him in the amount of $25 million for his alleged injury due to exposure to oil and/or chemical dispersant. (Rec. Doc. 14073). It appears, however, that except for the docket that was created solely as a means of filing his challenge to the Claims Administrator's class membership denial, Mr. Strong is not a party to any case before this Court. As mentioned, Mr. Strong is not a member of the Medical Settlement class, thus he is not a party, named or otherwise, in C.A. no. 12-968. Mr. Strong never filed his own law suit in this Court, nor did he file a short form joinder, which would have joined him in one of the master complaints. Thus, putting aside the other procedural and substantive deficiencies in Mr. Strong's motion, because he is not a party before this Court (outside of the limited purpose of challenging his denial of class membership), Mr. Strong is not entitled to the requested relief. The Court will deny this motion as well.

For these reasons,

IT IS ORDERED that the motions filed by David Strong (Rec. Docs. 12934, 14073, 15713) are DENIED.

New Orleans, Louisiana, this 4th day of October, 2016.

United States District Judge

**Clerk to Send Notice to:**

David Strong
P.O. Box 219
Topping, VA 23169

and

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112