UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER GRANTING EX PARTE/CONSENT MOTION OF THE DHECC FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION FILED BY MOLLERE, FLANAGAN, LANDRY, LLC

Considering the foregoing ex-parte/consent motion, and the Court finding the same to be warranted and appropriate and serves the interests of judicial economy and should be granted; accordingly,

IT IS ORDERED that the motion be and is hereby GRANTED; and

IT IS FURTHER ORDERED that the DHECC's response presently due on October 4, 2016, be continued until October 17, 2016.

New Orleans, Louisiana this 5th day of October, 2016.

_____
United States District Judge