UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL No. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010          Section: J

                                                          JUDGE BARBIER

Document relates to No. 12-970          MAGISTRATE WILKINSON

EX PARTE MOTION FOR EXTENSION OF TIME OF 30 DAYS TO FILE A
NOTICE OF APPEAL
PURSUANT TO FRAP 4(a)(5)

Claimants, 100016801 and 100026409 through undersigned counsel, move the Court requesting an extension of time of 30 days to file a Notice of Appeal of the Order dated September 9, 2016, Document 21657.

The Court denied relief by order dated September 9, 2016.

Counsel of record did not receive the order electronically via the ECF electronic system nor by mail.

Counsel for claimant located the order on September 26, 2016 when viewing the court record.

The deadline to file the notice of appeal is within 30 days of September 9, 2016.

Claimants through counsel wish to have an additional 30 days from the October 8, 2016 deadline to file the Notice of Appeal.

INCORPORATED MEMORANDUM CITING LAW

Federal Rules of Appellate Procedure Rule 4 provides the following:

Federal Rules of Appellate Procedure Rule 4, 28 U.S.C.A.

**Rule 4. Appeal as of Right--When Taken**
**(a) Appeal in a Civil Case.**
**(1) Time for Filing a Notice of Appeal.**
(A) In a civil case, except as provided in Rules 4(a)(1)(B), 4(a)(4), and 4(c), the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from. Fed. R. App. P. 4

Federal Rules of Appellate Procedure Rule 4(a)(5) for extension of time provides the following:

**(5) Motion for Extension of Time.**
(A) The district court may extend the time to file a notice of appeal if:
(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires;
…………….
(B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise.
……………..
(C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later. Fed. R. App. P. 4

Wherefore, claimants request an extension of time to file the Notice of Appeal.

Respectfully submitted,

Miller-Radovic, L.L.C.
Attorney at Law for claimants

s/Lizette Radovic

Lizette Radovic (LA Bar No 26425)
650 Poydras St., Suite 1400
New Orleans, Louisiana 70130
Phone: (504) 299-3477
FAX: (504)617-6087
Email: lizette@miller-radovic.com
and

**VASQUEZ LAW OFFICE**
Jessica M. Vasquez (LA Bar No. 27124)
650 Poydras St., Suite 1414
New Orleans, Louisiana 70130
Phone: (504) 571.9582
Fax: (504) 684.1449
Email: jvasquez@vasquezlawoffice.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Lizette Radovic