UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL No. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010           Section: J

          JUDGE BARBIER

Document relates to 12-970           MAGISTRATE WILKINSON

## ORDER

    Considering the claimants foregoing Motion for Extension of time to file a Notice of Appeal;

IT IS ORDERED that claimants 100016801 and 100026409 are granted an additional 30 days or until November 7, 2016 to file a Notice of Appeal.

Signed in New Orleans, Louisiana, October _____, 2016.

_____
UNITED STATES DISTRICT JUDGE