## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010

This Document Relates To:
No. 2:13-cv-2714

MDL 2179

SECTION: J

JUDGE BARBIER

MAG. JUDGE WILKINSON

---

FLORIDA COMMUNITY
SERVICES CORPORATION OF
WALTON COUNTY,
PLAINTIFF

VERSUS

BP EXPLORATION &
PRODUCTION, INC.; BP
AMERICA PRODUCTION
COMPANY; BP P.L.C.;
TRANSOCEAN LTD.;
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER,
INC.; TRANSOCEAN HOLDINGS,
LLC; TRITON ASSET LEASING
GMBH; HALLIBURTON ENERGY
SERVICES, INC.; and SPERRY
DRILLING SERVICES, A
DIVISION OF HALLIBURTON
ENERGY SERVICES, INC.,
DEFENDANTS

CIVIL ACTION No. 2:13-cv-2714

### PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Pretrial Order 1, Plaintiff files its notice of dismissal under Federal Rule of

Civil Procedure 41(a)(1)(A)(i).

1.     Plaintiff is Florida Community Services Corporation of Walton County.

2.      Defendants are BP Exploration & Production, Inc., BP America Production Company, BP p.l.c., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., and Sperry Drilling Services.

3.      On April 19, 2013, plaintiff sued the defendants.

4.      The defendants have not been served with process and have not served any answers or filed any motions for summary judgment.

5.      This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6.      A receiver has not been appointed in this case.

7.      This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.      Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9.      All defendants are dismissed from this lawsuit.

10.     This dismissal is with prejudice.

Dated:  October 7, 2016

Respectfully submitted,

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By:    /s/ *Armi Easterby*
E. Armistead "Armi" Easterby
Texas State Bar No. 00796500
8441 Gulf Freeway, Suite 600
Houston, Tx 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: aeasterby@williamskherkher.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing  Notice of Dismissal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of October 2016.


*/s/ Armi Easterby*