UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.10- 2179<br><br>Section: J |
| | JUDGE BARBIER |
| This Document Relates to:<br>No. 12-970 | MAGISTRATE WILKINSON |

NOTICE OF APPEAL

Notice is hereby given that Claimants, 100016801 and 100026409, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Order and Reasons [R. Doc. No.21657] entered in this action on September 9, 2016.

Signed this 7th day of October, 2016

                                      Respectfully submitted,

                                      **VASQUEZ LAW OFFICE**

                                      ___/s/Jessica Vasquez_____
                                      Jessica M. Vasquez (LA Bar No. 27124)
                                      650 Poydras St., Suite 1414
                                      New Orleans, Louisiana 70130
                                      Phone: (504) 571.9582
                                      Fax: (504) 684.1449
                                      Email: jvasquez@vasquezlawoffice.com

                                      -and-

                                      Miller-Radovic, L.L.C.
                                      Lizette Radovic (LA Bar No 26425)
                                      650 Poydras St., Suite 1400
                                      New Orleans, Louisiana 70130
                                      Phone: (504) 299-3477
                                      FAX: (504)617-6087
                                      Email: lizette@miller-radovic.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 7, 2016, a copy of the foregoing pleading was filed by hand and electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

_____/s/ Jessica Vasquez_____