UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *No. 12-970* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion for Extension of Time to File a Notice of Appeal by Claimants 100016801 and 10026409.  (Rec. Doc. 21771)

On September 9, 2016, the Court denied Claimant's Motion for Miscellaneous Relief Under Rule 60.  (Rec. Doc. 21657)  Claimants report that the deadline for filing a notice of appeal from that decision is October 8, 2016.  Claimants request a 30-day extension, because their counsel "did not receive the [September 9th order] electronically via the ECF electronic system nor by mail."  (Rec. Doc. 21711 at 1).  However, it has long been the procedure in this Multidistrict Litigation that service of documents occurs via File & ServeXpress, not ECF or mail, and "[a]ttorneys who fail to register [with File & ServeXpress] will no longer receive service of documents filed in the MDL."  (Amended Pretrial Order No. 12 ¶ 18, Rec. Doc. 18627; Pretrial Order No. 12 ¶ 20, Rec. Doc. 600)

IT IS ORDERED that the Motion for Extension of Time to File a Notice of Appeal (Rec. Doc. 21771) is DENIED.

New Orleans, Louisiana this 7th day of October, 2016.

_____
United States District Judge