# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill By The Oil Rig | ) | MDL NO. 2:10-MD-02179 |
| "Deepwater Horizon" In | ) | |
| The Gulf Of Mexico, | ) | SECTION J |
| on April 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| All Cases | ) | |
| | ) | MAG. JUDGE WILKINSON |

### NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESS

Defendants Halliburton Energy Services, Inc. ("HESI") and Halliburton Company ("Halliburton"), by and through their undersigned counsel serve this Notice of Change of Firm Name and E-Mail Address in this matter.  R. Alan York has changed firms and is no longer with the firm of Godwin Bowman & Martinez PC.  R. Alan York's new firm contact information should be changed to:

R. Alan York
**REED SMITH LLP**
811 Main Street
Suite 1700
Houston, Texas 77002
AYork@ReedSmith.com
Telephone:  713-469-3800
Facsimile:  713-469-3899

Respectfully submitted,

**REED SMITH LLP**

By: */s/ R. Alan York*
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  713-469-3800
Facsimile:  713-469-3899

Donald E. Godwin
**GODWIN BOWMAN & MARTINEZ PC**
State Bar No. 08056500
DGodwin@GodwinLaw.com
1201 Elm Street
Suite 1700
Dallas, Texas 75270
Telephone:  214-939-4400
Facsimile:  214-760-7332

**ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2016, an electronic copy of the foregoing Notice of Change of Firm Name and E-Mail Address was filed with the Clerk of the Court for the United States District Court Eastern District of Louisiana using the CM/ECF system, and that service will be accomplished by the CM/ECF system.

*/s/ R. Alan York*
R. Alan York