UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.10- 2179<br><br>Section: J |
| | JUDGE BARBIER |
| This Document Relates to:<br>No. 12-970 | MAGISTRATE WILKINSON |

### MOTION TO PROCEED IN FORMA PAUPERIS IN APPEAL

**NOW INTO COURT**, comes Claimants, 100016801 and 100026409 in the above-entitled action, who move to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in the above-entitled action. They are unable to make full prepayment of fees or to give security therefore for the appeal, and it is their belief that they is entitled to relief. They has have not divested any property, monies, or any items of value for the purpose of avoiding payment of said fees and submits the Application to Proceed In Forma Pauperis to support this motion.

Respectfully submitted,

___/s/Jessica Vasquez_____
Jessica M. Vasquez (LA Bar No. 27124)
650 Poydras St., Suite 1414
New Orleans, Louisiana 70130
Phone: (504) 571.9582
Fax: (504) 684.1449
Email: jvasquez@vasquezlawoffice.com

-and-

Miller-Radovic, L.L.C.
Lizette Radovic (LA Bar No 26425)
650 Poydras St., Suite 1400
New Orleans, Louisiana 70130
Phone: (504) 299-3477
FAX: (504)617-6087
Email: lizette@miller-radovic.com

## CERTIFICATEOFSERVICE

**I HEREBY CERTIFY**that on October 12, 2016, a copy of the foregoing pleading was filed by hand and electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.



_____/S/ JESSICA VASQUEZ_____

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Claimants, 100016801 and 100026409 )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 10-2176
Oil Spill by Oil Well Deep Water Horizon )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ 1200 , and my take-home pay or wages are: $ 1,000.00 per
*(specify pay period)* month .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☑ Yes   ☐ No
(b) Rent payments, interest, or dividends               ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments        ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments       ☐ Yes   ☑ No
(e) Gifts, or inheritances                              ☐ Yes   ☑ No
(f) Any other sources                                   ☐ Yes   ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 50.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I own a car which has a car loan of $200/month

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Child support: $400/month
Rent: $800/month
Car Insurance: $75/month
Utilities : $150/month
Food: $400/month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
My son 16 years old. I pay $400/month

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10·12·2016

Applicant's signature

Carlos Hernandez
Printed name

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Claimants, 100016801 and 100026409 ) | |
| *Plaintiff/Petitioner* ) | |
| v. ) | Civil Action No. 10-2176 |
| Oil Spill by Oil Well Deep Water Horizon ) | |
| *Defendant/Respondent* ) | |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 733.00 , and my take-home pay or wages are: $ 733.00 per
*(specify pay period)* month .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments     ☑ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☑ No
(f) Any other sources                                 ☑ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 100.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I own a car which has a car loan of $315/month
I receive child support in the amount of $400/month

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent: $350/month
Car Insurance: $131/month
Utilities : $76/month
Food: $400/month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/12/16

*Applicant's signature*

Vivian Granado
*Printed name*