UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>           "Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL No.10- 2179<br><br>Section: J |
| | **JUDGE BARBIER** |
| **This Document Relates to:**<br>No. 12-970 | **MAGISTRATE WILKINSON** |

**ORDER TO PROCEED IN FORMA PAUPERIS IN APPEAL**

The court considering the Motion to Proceed In Forma Pauperis on Appeal;

    IT IS ORDERED, that Claimants, 100016801 and 100026409 Motion to Proceed In Forma Pauperis in Appeal is hereby GRANTED.

    New Orleans, Louisiana this _____ day of October, 2016.


                                                                                                    _____
                                                                                     UNITED STATES DISTRICT JUDGE