UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases.* | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

**ORDER**
[Regarding Proposed Pretrial Order No. 62]

The Court has received the attached proposed "Pretrial Order No. 62 Regarding the Preservation Requirements in Light of the Entry of the Consent Decree Among Defendant BP Exploration & Production Inc., the United States of America, and the Five Gulf States," which has been agreed to by BP Exploration & Production, Inc. and the States of Alabama, Florida, Louisiana, Mississippi, and Texas. Any party who objects to the entry of the attached proposed Pretrial Order No. 62 shall file an objection no later than Wednesday, October 19, 2016.

New Orleans, Louisiana this 12th day of October, 2016.

_____
United States District Judge