

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 OCT 12 P 3:37

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

MDL NO. 2179

SECTION "J"

THIS DOCUMENT RELATES ONLY TO:
Civil Action Nos. 10-2771; 10-8888
10-9999 & 14-1525

JUDGE BARBIER
MAG. JUDGE WILKINSON

## LIMITED CONSENT TO PROCEED BEFORE A UNITED STATES MAG. JUDGE (ATTORNEYS FEES INTERVENTIONS ONLY)

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to C. A. Nos. 10-2771, 10-8888, 10-9999 and 14-1525 hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in these cases, limited to the attorneys fees claims of the intervenor, Waltzer, Wiygul & Garside, LLC, against plaintiffs, for all dispositive proceedings, including trial, if necessary, and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

9/28/16
_____    _____    _____
DATE                        PLAINTIFFS                  INTERVENOR

RECEIVED
OCT 5 2016
CHAMBERS OF
U.S. MAGISTRATE JUDGE
DANIEL E. WILKINSON, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771; 10-8888<br>10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**LIMITED CONSENT TO PROCEED BEFORE A UNITED STATES MAG. JUDGE (ATTORNEYS FEES INTERVENTIONS ONLY)**

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to C. A. Nos. 10-2771, 10-8888, 10-9999 and 14-1525 hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in these cases, <u>limited to</u> the attorneys fees claims of the intervenor, Waltzer, Wiygul & Garside, LLC, against plaintiffs, for all dispositive proceedings, including trial, if necessary, and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

_____    _____    _____
DATE                    PLAINTIFFS              INTERVENOR

RECEIVED
SEP 2016
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this 10th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed hereon represent the consent of all parties to the suit.

Marilyn Mosley