# IN RE: OIL SPILL by "Deepwater Horizon"

**MDL 2179**      **SECTION: J**     **JUDGE CARL BARBIER**

## MDL 2179 Counsel Contact Information Form
Please print or type below.

### ATTORNEY INFORMATION

Check One: [ ] Plaintiff Counsel  [X] Defense Counsel  [ ] Third Party Defense Counsel

| Field | Value |
|---|---|
| Last Name | York |
| First Name | Robert |
| Middle Name/Maiden | Alan |
| Suffix | |
| Bar Number | 22167500 |
| E-mail Address | AYork@ReedSmith.com |
| Party Representing | Halliburton Energy Services, Inc.; Halliburton Company, Inc. |
| Direct Dial No. | 713-469-3824 |
| Cell Phone | 713-302-4055 |
| Pager | |
| Secretary Name | Lindi Chavez |
| Paralegal Name | |

### LAW FIRM INFORMATION

| Field | Value |
|---|---|
| Firm Name | Reed Smith LLP |
| Address | 811 Main Street, Suite 1700 |
| City | Houston |
| State | TX |
| Zip | 77002 |
| Phone | 713-469-3800 |
| Fax | 713-469-3899 |

Other members of firm involved in this litigation:

*/s/ R. Alan York*      10/14/16

**Signed**     **Date**