IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL 2179 |
| *Deepwater Horizon* | § | |
| in the Gulf of Mexico, | § | SECTION: J |
| on April 20, 2010, | § | |
| | § | JUDGE BARBIER |
| **This Document Relates To:** | § | |
| Case No. 2:11-cv-03180 | § | |
| Case No. 2-16:cv-04082 | § | MAG. JUDGE WILKINSON |

## REQUEST FOR STATUS CONFERENCE

Plaintiff, ODYSSEY SEAFOOD TRADING, INC., respectfully requests the Court schedule a status conference in the above-referenced cause of action.

The parties reached an impasse with regard to the settlement of this matter in June, 2016. At present, there is not a trial date or pending pre-trial deadlines known to ODYSSEY SEAFOOD TRADING, INC. In an effort to keep the case progressing forward, Plaintiff ODYSSEY SEAFOOD TRADING, INC., respectfully requests a status conference be scheduled, so the progression of this case may be discussed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves this Court to schedule a status conference in this matter and for any other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

DABNEY & PAPPAS

By: /s/ Gus E. Pappas
    Gus E. Pappas (admitted PHV)
    1776 Yorktown, Suite 425
    Houston, Texas 77056
    (713) 621-2678   Telephone
    (713) 621-0074   Facsimile
    gus@dabneypappas.com

## **CERTIFICATE OF SERVICE**

I, Gus E. Pappas, counsel for the Plaintiff, do hereby certify that the above and foregoing Motion for Status Conference has been served on all counsel by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 14th day of October, 2016.

/s/ Gus E. Pappas
Gus E. Pappas
