UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-cv-03180 and Case No. 2:16-cv-04082 | Honorable Carl J. Barbier |
| | Magistrate Judge Wilkinson |

_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL FOR ODYSSEY SEAFOOD TRADING, INC. IN CASE NO. 2:11-CV-03180 AND MOTION TO WITHDRAW AS COUNSEL FOR ODYSSEY SEAFOOD TRADING, INC. IN CASE NO. 2:16-CV-04082**
_____

Plaintiff, Odyssey Seafood Trading, Inc. (DWH Claimant ID: 100001352) (hereinafter referred to as "Odyssey") respectfully requests that this Honorable Court enter an order enrolling Gus Pappas of Dabney & Pappas in substitution for Stephen S. Kreller of The Kreller Law Firm, Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA as counsel of record for Odyssey in Case No. 2:11-cv-03180. Odyssey was named in the First Am. Compl. ¶¶ 825-26, 2:11-cv-03180, filed at Docket No. 5667 in Case No. 10-md-2179.

Moreover, Odyssey respectfully requests that this Honorable Court enter an order withdrawing Stephen S. Kreller of The Kreller Law Firm and William L. Roberts, Craig S. Coleman, and Jonathan W. Dettmann of Faegre Baker Daniels, LLP (formerly Faegre &

1

Benson, LLP) as counsel of record for Odyssey in Case No. 2:16-CV-04082. Gus Pappas of Dabney & Pappas will remain counsel of record for Odyssey in Case No. 2:16-cv-04082.

Dated: October 17, 2016.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| **DABNEY & PAPPAS** | **THE KRELLER LAW FIRM** |
| /s/ Gus E. Pappas<br>Gus E. Pappas<br>1776 Yorktown Street, No. 425<br>Houston, TX 77056<br>T: 713-621-2678<br>F: 713-621-0074<br>E: gus@dabneypappas.com<br>***Attorneys for Odyssey Seafood Trading, Inc.*** | /s/ Stephen S. Kreller<br>Stephen S. Kreller (LA # 28440)<br>757 St. Charles Avenue, Suite 301<br>New Orleans, LA 70130<br>T: 504-484-3488<br>F: 504-294-6091<br>E: ssk@krellerlaw.com |
| | **FAEGRE BAKER DANIELS, LLP** |
| | /s/ William L. Roberts<br>William L. Roberts (admitted PHV)<br>Craig S. Coleman (admitted PHV)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>T: 612-766-7000<br>F: 612-766-1600<br>***Attorneys for Odyssey Seafood Trading, Inc.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Counsel for Odyssey Seafood Trading, Inc. in Case No. 2:11-cv-03180 and Motion to Withdraw as Counsel for Odyssey Seafood Trading, Inc. in Case No. 2:16-cv-04082 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October, 2016.

/s/ *Stephen S. Kreller*