UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:11-cv-03180 and Case No. 2:16-cv-04082 | Honorable Carl J. Barbier |
| | Magistrate Judge Wilkinson |

_____

**ORDER**
_____

Considering the foregoing Motion to Substitute Counsel for Odyssey Seafood Trading, Inc. in Case No. 2:11-cv-03180 filed by Stephen S. Kreller of The Kreller Law Firm and Gerard M. Nolting, William L. Roberts, and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA and Gus Papas of Dabney & Pappas;

**IT IS HEREBY ORDERED** that Gus Papas of Dabney & Pappas is enrolled as counsel for Odyssey in substitution for Stephen S. Kreller and The Kreller Law Firm and Gerard M. Nolting, William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP), and Duncan Lott and Casey L. Lott of Langston & Lott, PA in Case No. 2:11-cv-03180.

Considering the foregoing Motion to Withdraw as Counsel for Odyssey Seafood Trading, Inc. in Case No. 2:16-cv-04082 filed by Stephen S. Kreller of The Kreller Law Firm

1

and William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP);

**IT IS HEREBY ORDERED** that Stephen S. Kreller and The Kreller Law Firm and William L. Roberts, Craig S. Coleman, Jonathan W. Dettmann, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP) are withdrawn as Counsel for Odyssey Seafood Trading, Inc. in Case No. 2:16-cv-04082. Gus Pappas of Dabney & Pappas will remain counsel of record for Odyssey in Case No. 2:16-cv-04082.

New Orleans, Louisiana, this _____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE