UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION: 10-MD-2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771; 10-8888;<br>10-9999; and 14-1525 | *<br>*<br>* | HONORABLE CARL J. BARBIER<br>*<br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

******************************************************************************

### *EX PARTE* MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD LIMITED TO ATTORNEYS' FEES PROCEEDING

Now into Court come Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., ("Movers"), pursuant to Local Rule 83.2.12, who move to enroll Daniel Lund, John Y. Pearce, Stephen L. Williamson, and C. Byron Berry, Jr., of Montgomery Barnett, L.L.P., as additional counsel of record, limited to the pending attorneys' fees proceedings and any ancillary matters arising therefrom. In support of this Motion, Movers state:

1.

Movers are plaintiffs in these actions pursuant to this Court's Order dated August 28, 2014 and the Amended Complaint filed March 10, 2015. See, 14-cv-1525, Rec.Doc. 57 and 59 respectively. Movers are currently represented in these actions by Joel Waltzer, Robert Wiygul, and Clay Garside of the law firm Waltzer Wiygul & Garside, LLC ("WW&G").

2.

On July 31, 2016, counsel for WWG filed a Motion to Intervene for Attorneys' Fees for services WW&G provided to the Wisner Donation from 2010 through 2012. WWG alleged they

are owed a share of the fee paid to the lawyers who replaced them. See, 10-md-2179, Rec.Doc. 14952.

3.

Issues regarding the calculation and division of attorneys' fees and costs are now before the Court. The Mayor of New Orleans, purportedly on behalf of the Edward Wisner Donation, has placed $2,160,011.92 into the registry of the court, and this Court has accepted same. See 14-cv-1525, Rec.Doc. 196.

4.

WWG seeks to recuse itself in matters concerning attorneys' fees and costs, to avoid any potential conflict of interest. See, Louisiana Rules of Professional Conduct Rule 1.7(a), adopted by Local Rule 83.2.3.

5.

Movers want WWG to remain enrolled and to continue to represent them in matters concerning the MC252 oil spill as they may arise. As such, Movers seek to enroll additional counsel to represent them before this Court, limited to the attorneys' fees proceedings and any ancillary matters arising therefrom.

6.

Daniel Lund, John Y. Pearce, Stephen L. Williamson, and C. Byron Berry, Jr., are members in good standing of the Bar of this court, and wish to appear as attorneys for Movers for the limited purpose of the attorneys' fees proceedings and any ancillary matters arising therefrom.

7.

As indicated above, WW&G joins in and consents to the enrollment of additional counsel in connection with the attorneys' fees proceedings.

8.

A proposed form of Order is attached.

WHEREFORE, Movers respectfully request that this Motion be granted.

Respectfully submitted,

**MONTGOMERY BARNETT, L.L.P.**


By:    /s/ Daniel Lund
_____
DANIEL LUND (Bar No. 12782)
E-mail: dlund@monbar.com
JOHN Y. PEARCE (Bar No. 10374)
E-mail: jpearce@monbar.com
STEPHEN L. WILLIAMSON (Bar No. 8316)
E-Mail: swilliamson@monbar.com
C. BYRON BERRY, JR. (Bar No. 21476)
E-Mail: bberry@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688
Attorneys for Mark E. Peneguy,
Edward W. Peneguy, Jr., Richard A. Peneguy, Jr.,
and Wendell H. Cook, Jr.


**WALTZER, WIYGUL & GARSIDE, LLC**


By:  /s/ Joel Waltzer
_____
1000 Behrman Highway
Gretna, Louisiana 70056
Telephone: (504) 340-6300
Facsimile: (504) 340-6330

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that he has electronically filed the foregoing *Ex Parte* Motion to Enroll as Additional Counsel of Record Limited to Attorneys' Fees Proceeding with the Clerk of Court by using the CM/ECF system on this 18th day of October, 2016, which will send a copy of the foregoing pleading to counsel of record by notice of electronic filing.

                  /s/ Daniel Lund
                  _____