UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION: 10-MD-2179 SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO: Civil Action Nos. 10-2771; 10-8888; 10-9999; and 14-1525 | * * * | HONORABLE CARL J. BARBIER * MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the *ex parte* motion filed,

IT IS ORDERED THAT THE Motion is GRANTED, and, accordingly,

Daniel Lund, John Y. Pearce, Stephen L. Williamson, and C. Byron Berry, Jr. of Montgomery Barnett, L.L.P., are hereby enrolled as additional counsel for Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., in the pending attorneys' fees proceedings and any ancillary matters arising therefrom.

New Orleans, Louisiana, October _____, 2016

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE