UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL 2179  SECTION "J"(2) |
| **This document applies to:** | * * | JUDGE BARBIER |
| **No. 12-970**, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Prod. Inc., et al. | * * * * | MAG. JUDGE WILKINSON |

<u>**UNOPPOSED MOTION FOR LEAVE TO
SUPPLEMENT MOLLERE, FLANAGAN, & LANDRY's
OPPOSITION WITH THE AFFIDAVIT OF BRIANTE PALAZAENO**</u>

**NOW INTO COURT,** through undersigned counsel, comes Mollere, Flanagan, & Landry, LLC, and, pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 7.6E of the Uniform Local Rules of the United States District Courts for the Eastern, Middle and Western Districts of Louisiana, moves this Court for leave to supplement its Opposition to the Motion of the DHECC for Return of Payments Made to Maxim, L.C., Briante Palazaeno, and others with the Affidavit of Briante Palazaeno attached hereto. Mollere, Flanagan, & Landry, LLC hereby substitutes the attached Affidavit in place of Exhibit "F" attached to its original opposition.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.6E

In accordance with Local Rule 7.6E, undersigned counsel for Mollere, Flanagan, & Landry, LLC has spoken with counsel for the DHECC and Briante Palazaeno and they have no opposition to this motion.

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**

BY: /s CHARLES V. GIORDANO
_____
**CHARLES V. GIORDANO, T.A.**
Louisiana Bar No: 22392
giordano@hebblergiordano.com
3501 N. Causeway Blvd., Ste. 400
Metairie, LA 70002
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866

*Counsel for Mollere, Flanagan, & Landry*

## C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 19th day of OCTOBER, 2016.

/s CHARLES V. GIORDANO
_____
**CHARLES V. GIORDANO, T.A.**
Louisiana Bar No: 22392
giordano@hebblergiordano.com
**HEBBLER & GIORDANO, L.L.C.**
3501 N. Causeway Blvd., Ste. 400
Metairie, LA 70002
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866