UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL 2179<br><br>SECTION "J"(2) |
| **This document applies to:** | * * | JUDGE BARBIER |
| **No. 12-970**, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Prod. Inc., et al. | * * * * | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Unopposed Motion for Leave;

**IT IS HEREBY ORDERED** that Mollere, Flanagan, & Landry, LLC is granted leave of Court to file, and the Clerk of this Court is hereby directed to file into the record of the above numbered and entitled cause, the attached Affidavit of Briante Palazaeno.

This _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**