# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL** | **\*MDL NO. 2179** |
| | **RIG "DEEPWATER HORIZON"** | **\*** |
| | **IN THE GULF OF MEXICO, ON** | **\*SECTION J** |
| | **APRIL 20, 2010** | **\*** |
| | | **\*JUDGE BARBIER** |
| | | **\*MAG. JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

*Treasure Island City, Florida v. BP Exploration & Production, Inc., et al*
**Civil Action Number 2:13-cv-05354-CJB-JCW**

*Treasure Island City, Florida v. BP Exploration & Production, Inc., et al*
**Civil Action Number 2:13-cv-05360-CJB-JCW**

*Heath and Amanda Rushing, Panther Ridge Estates, Inc., Christopher B. Parker and Glenda B. Parker*
*v. BP Exploration & Production, Inc., et al*
**Civil Action Number 2:13-cv-05366**

*Panther Ridge Estates, Inc., v. BP Exploration & Production, et al*
**Civil Action Number 2:16-cv-05112-CJB-JCW**

*Bird of Paradise, LLC v. BP Exploration & Production, et al*
**Civil Action Number 2:13-cv-02550-CJB-JCW**

*John DeSilva, Individually, and as the Sole Member, Owner, and Operator of the Bird of Paradise, LLC*
**Civil Action Number 2:16-cv-05277**

## LIMITED OBJECTION TO PROPOSED PRETRIAL ORDER 62

NOW INTO COURT, come Plaintiffs, CITY OF TREASURE ISLAND,
FLORIDA, PANTHER RIDGE ESTATES, INC., BIRD OF PARADISE, and JOHN
DeSILVA, INDIVIDUALLY, AND AS THE SOLE MEMBER, OWNER, AND
OPERATOR OF THE BIRD OF PARADISE, LLC, (hereinafter "Objecting
Plaintiffs") who, pursuant to and in compliance with the Court's Order dated October
12, 2016 (Rec. Doc. 21782), hereby submit the following objections to proposed
Pretrial Order No. 62 Regarding the Preservation Requirements in Light of the Entry

1

of the Consent Decree Among Defendant BP Exploration &  Production, Inc., the United States of America, and the Five Gulf States."[1]

Plaintiffs, City of Treasure Island, Florida, The Bird of Paradise, John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, are domiciled in Pinellas County, Florida.  Plaintiff, Panther Ridge Estates, Inc., is a domiciled in Levy County, Florida.

All Objecting Plaintiffs have complied with Pretrial Order 60 (Rec. Doc. 1605) dated March 29, 2016.

Objecting Plaintiffs have active cases filed against BP Exploration & Production, Inc., et al, Halliburton and Transocean under the Oil Pollution Act, as well as the General Maritime Law.[2]

Objecting Plaintiffs file this limited objection to proposed Pretrial Order Number 62 inasmuch as it seeks to terminate legal obligations on the enumerated Gulf States and BP to preserve evidence that could be relevant to Plaintiffs' litigation against these parties.  The preserved evidence would include, but is not limited to, "samples and reference materials", including but not limited to, coastal vegetation, crude oil, oil treatment additives, oil dispersants, top kill mud, source oil and weathered oil, as defined

---

[1]     See Rec. Doc. 21782-1

[2]     See City of Treasure Island's Complaint for Damages and Jury Demand (Rec.Doc. 1-1)  in Civil Action Number 2:13-cv-05354-CJB-JCW, and Complaint for Damages and Demand for Jury Trial (Rec.Doc. 1-1) in Civil action 2:13-cv-05360-CJB-JCW; and Panther Ridge Estates, Inc.'s Class Complaint for Damages in Admiralty Under the Oil Pollution Act of 1990 and Under General Maritime Law (Rec.Doc 1-1) in Civil Action Number 2:13-cv-05366, and Complaint (Rec. Doc 1-1) in Civil Action Number 2:16-cv-05112-CJB-JCW; and Bird of Paradise's Complaint for Damages (Rec.Doc. 1-1) in Civil Action Number 2:13-cv-02550-CJB-JCW, and Complaint (Rec. Doc. 1) in Civil Action Number 2:16-cv-05277

in Pretrial Order 45, as well as documents, data, and other tangible things potentially containing information relevant to the subject litigation.

Objecting Plaintiffs limit their objection to preserved evidence collected on the West Coast of Florida, if any.  As Objecting Plaintiffs do not have access, nor have they reviewed any listing, logs, or indexes of the evidentiary materials collected and preserved, it is requested that Plaintiffs be afforded the opportunity to review those documents and inspect the materials to determine if such evidence in that geographic area, in fact, exists.  Further, Objecting Plaintiffs request that they be afforded the same protections to be ordered in favor of BP and the Gulf States in the accounting for said evidence.[3]

Inasmuch as Objecting Plaintiffs have not been procedurally allowed to review and inspect the evidence preserved by the Gulf States and BP, that the right to inspect the physical evidence and the documentation be allowed and that it be given a minimum of ninety (90) days to determine the relevancy of the preserved evidence to their litigation as a matter of due process of law.

Similarly, Objecting Plaintiffs request that they be given a minimum of ninety (90) days notice prior to any party destroying and/or disposing of any such preserved evidence.

---

[3]     "Such accounting shall include (1) the ID/Name and description of each sample (including its medium (water, sediment, oyster, dolphin carcass, e.g.)), (2) the dates on which the sample was taken; (3) the location at which the sample was taken; (4) the work plan under which the samples were taken; (5) (a) whether the sample has been subject to analysis; (b) the analytes tested for and the analytical methods used; and (c) whether that analysis report has been maintained; and (6) where applicable, identify the quality assurance project plan (QAPP) or similar quality assurance document for those samples. All reports, notes, and analysis related to such samples shall be preserved." Rec. Doc. 21782-1, pp. 4-5, ¶ 6

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:          985-732-5651
FAX:               985-735-5579
EMAIL:          fedcourtmail@rgplaw.com


/s/ Ronnie G. Penton
Ronnie G. Penton
Louisiana Bar Roll Number 10462
Counsel for Objecting Plaintiffs, City of Treasure
Island, Florida, Panther Ridge Estates, Inc., Bird of
Paradise, and John DeSilva, Individually, and as the
Sole Member, Owner, and Operator of the Bird of
Paradise, LLC


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objections and Proposed Amendments to  proposed "Pretrial Order No. 62 Regarding the Preservation Requirements in Light of the Entry of  the Consent Decree Among Defendant BP Exploration & Production, Inc., the United States of  America, and the Five Gulf States" will be served on All Counsel by U.S. Mail, as well as by email  and first-class mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System,  which will send a notice of electronic filing in accordance with the procedures established in MDL  2179, on this 19th day of October, 2016.


s/Ronnie G. Penton
Ronnie G. Penton