UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

### ORDER ~~TO SHOW CAUSE~~

Considering the foregoing Motion to Set Judgment Debtor Exam filed by judgment creditor, Deepwater Horizon Economic Claims Center,

**IT IS HEREBY ORDERED** that **WARDELL PARKER**:

(1)  Appear before the undersigned on _November 30_, 2016 at 11:00 a.m. to submit for a judgment debtor examination; and

(2)  To produce all of the documents referenced as part of the Motion to Examine Judgment Debtor.

(3) Counsel for movant must serve this order on the judgment debtor, file the return of service in the record, and provide a private court reporter for the exam.

New Orleans, Louisiana, this _19th_ day of _October_, 2016.

_____
United States Magistrate Judge