UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION "J"(2) |
| **This document applies to:** | * * | JUDGE BARBIER |
| **No. 12-970**, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Prod. Inc., et al. | * * * * | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Unopposed Motion for Leave;

**IT IS HEREBY ORDERED** that Mollere, Flanagan, & Landry, LLC is granted leave of Court to file, and the Clerk of this Court is hereby directed to file into the record of the above numbered and entitled cause, the Affidavit of Briante Palazaeno, which shall be considered as Exhibit "F" to mover's opposition previously filed at Rec. Doc. 21709.

New Orleans, Louisiana this 20th day of October, 2016.

_____
United States District Judge