UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" | ) | MDL No. 10-MD-2179 |
| | ) | |
| | ) | JUDGE CARL E. BARBIER |
| This document relates to: | ) | |
| No. 12-970 | ) | CHIEF MAGISTRATE JUDGE |
| | ) | JOSEPH C. WILKINSON, JR. |

## MOTION TO QUASH SUBPOENA

COMES NOW, Westerfield, Janoush & Bell, P.A. on behalf of themselves and Barksdale Farms and moves this Honorable Court to quash the subpoena to produce documents served on the Law Offices of Westerfield Janoush & Bell, P.A., on the grounds set forth more fully in the attached memorandum in support.

                                          Respectfully submitted,

                                          /s/ Warren B. Bell
                                          WARREN B. BELL (MSB: 101754)
                                          Westerfield Janoush & Bell, P.A.
                                          307 Cotton Row, Suite 1
                                          P.O. Box 1448
                                          Cleveland, MS 38732
                                          Telephone: (662) 846-1716
                                          Facsimile: (662) 846-7134
                                          Email: wbell@wesjan.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has this date been electronically filed with the Clerk of the Court using the ECF system, which sent notification to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail and may access this filing through the Court's system.

      Kevin Colomb
Deepwater Horizon Economic Claim Center
935 Gravier St., Suite 700
New Orleans, LA 70112
kcolomb@dheclaims.com

Jeff Smith
Deepwater Horizon Economic Claim Center
935 Gravier St., Suite 700
New Orleans, LA 70112
jsmith@dheclaims.com

Corey Moll
Deepwater Horizon Economic Claim Center
935 Gravier St., Suite 700
New Orleans, LA 70112

      /s/ Warren B. Bell
      WARREN B. BELL