# **ATTACHMENT A**

**SUBPOENA ISSUED TO:**

Lewis J. Barksdale, IV, Partner
Barksdale Farms
1175 Barksdale Rd.
Marks, MS 38646-8150

c/o:
Westerfield, Janoush & Bell, P.A.
Attn: Warren Bell, Attorney at Law
307 Cotton Row, Suite 1
Cleveland, MS 38732
(662)-846-1716

**FOR THE TIME PERIOD:**

January 1, 2009 through December 31, 2010

**RECORDS:**

Any and all records used in or resulting from the preparation of the DHECC Business Economic Loss Claim for Barksdale Farms for the time period stated above, including, but not limited to:

1. Any and all bank records, including monthly bank statements, canceled checks, deposit slips and items of deposit, and wire transfer records (incoming and outgoing).

2. Any and all contemporaneously prepared accounting records (e.g., check registers, general ledger, sales journal, purchases journal, cash receipts journal, cash payments journal) documenting the financial transactions of Barksdale Farms.

3. Any and all contemporaneously prepared monthly and/or annual financial statements, including income statements and balance sheets.

4. Any and all documentation of any adjusting journal entries.

5. Any and all copies of state and local sales tax returns, if any, and any documentation indicating that returns were filed with the appropriate federal or state entity.

6. Any and all work papers, notes, documents referencing or showing revisions made to the client's original financial statements, regarding the preparation, processing, and/or appeal of any DHECC claims.