UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" | ) | MDL No. 10-MD-2179 |
| | ) | |
| | ) | JUDGE CARL E. BARBIER |
| This document relates to: | ) | |
| No. 12-970 | ) | CHIEF MAGISTRATE JUDGE |
| | ) | JOSEPH C. WILKINSON, JR. |

## NOTICE OF SUBMISSION

NOTICE IS HEREBY GIVEN that the Motion to Quash Subpoena filed by Westerfield, Janoush & Bell, P.A. will be submitted for hearing at 9:00 o'clock a.m. on the 16th day of November 2016, before the Honorable Joseph C. Wilkinson, Jr.

Respectfully submitted,

/s/   Warren B. Bell
WARREN B. BELL (MSB:  101754)
Westerfield Janoush & Bell, P.A.
307 Cotton Row, Suite 1
P.O. Box 1448
Cleveland, MS 38732
Telephone:  (662) 846-1716
Facsimile:  (662) 846-7134
Email:  wbell@wesjan.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document has this date been electronically filed with the Clerk of the Court using the ECF system, which sent notification to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and may access this filing through the Court's system.

    Kevin Colomb
    Deepwater Horizon Economic Claim Center
    935 Gravier St., Suite 700
    New Orleans, LA 70112
    kcolomb@dheclaims.com

    Jeff Smith
    Deepwater Horizon Economic Claim Center
    935 Gravier St., Suite 700
    New Orleans, LA 70112
    jsmith@dheclaims.com

    Corey Moll
    Deepwater Horizon Economic Claim Center
    935 Gravier St., Suite 700
    New Orleans, LA 70112

        /s/   Warren B. Bell
        WARREN B. BELL