UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon"** | ) | **MDL No. 10-MD-2179** |
| | ) | |
| | ) | **JUDGE CARL E. BARBIER** |
| **This document relates to:** | ) | |
| **No. 12-970** | ) | **CHIEF MAGISTRATE JUDGE** |
| | ) | **JOSEPH C. WILKINSON, JR.** |

## ORDER

Upon consideration of the foregoing Motion to Quash Subpoena filed by Westerfield, Janoush & Bell, P.A.:

**IT IS ORDERED** that the Motion to Quash Subpoena is hereby **GRANTED**.

New Orleans, Louisiana, this the _____ day of _____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE