INTO THE UNITED STATES DISTRICT COURTS FOR THE EASTERN DISTRICT OF LOUISIANA

SHANNON FERGUSON
VS
BRITISH PETROLIUM AND ALL AFFILIATIONS

Case # MDL-2179
Judge: The Honorable Carl J. Barbier
Claim # 207342
Deepwater Horizon Oil-spill

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 20 2016
WP
WILLIAM W. BLEVINS
CLERK

* * * * * * * * * *

MOTION FOR SUMMARY JUDGEMENT AND JUDGEMENT OF DEFAULT

* * * * * * * * * *

NOW INTO THE COURTS COMES, Shannon Ferguson, A PRO SE Plaintiff in the above mention matter, before the Honorable Carl J. Barbier.

## STATEMENT OF Facts

1.) ON Feb. 13, 2014 I recieved a settlement offer on my claim from the claim center, through my attorneys DIAZ Law firm.

2.) On Mar 13, 2016 I met with a claim representative and my attorney at that meeting, I was told by the claim representative, that that was the final step and at the end of the meeting that my claim would be paid within the next 30 days.

3) I was informed that B.P. claim representative had been to my home of record 904 Crish Bend Road Franklin, La. 70538, on the bayou teche east of Charenton and west of Calumet cut. Two direct route to the Gulf of no more than about 3 or 4 miles.

4.) I have seen in the News paper where 40,000 claims in Texas including Dogs and cats have been paid. and the claims people have went to court while trying to recover their funds.

5.) The handling of this claim has not been handled timely.

6.) I have write the claim center and my attorney about this and Neither have responded.

7.) When B.P. claim rep. informed me I would have my claim within 30 days of the interview and to then not pay and give no reason, why cause unnecessary stress and mental anguish. why lie to me?

## Conclusion

everything in this case has been finalized. either the claim must be Paid or we can go to trial. Pick Jury of my Peers and see what they give me.

## Relief Sought

### I

1.) The Court's intervention as to the timelyness of this matter.
2.) a Summery Judgement in the Plaintiff favor on this matter.
3.) a ruling and Judgement placing the Defendants in default.
4.) and because of the untimelyness of the Claim Center's (defendant's) action, that the Plaintiff recieve interest of 12% on his claim, from the date of the incident which is 4/20/10.

### II

With the alternative being Schelude a Summerary Hearing Date in which my attorneys and Deepwater Horizon Claims Department can explain their position to me and the Courts

### III

as in my 1st Amendment Right to access to the Court. I have the right as a citizen of these United States to bring my greivance before the Court and have this matter acted on in accordance of law.

Thus this Plaintiff further sayth naught.

Self Certification — that the foregone is true and Correct to the Best of my ability and knowledge. Signed under Penalty of law.

I Am
Shannon Ferguson
* Esquire *

## ORDERS

IT IS ORDERED BY THE COURT, that Deepwater Horizon oil spill (Claim Center) defendant herein, Show cause on the _____ day of _____ 2016 at ____ o'clock ____ m, why Summary Judgement should not be rendered in favor of the plaintiff as prayed for in plaintiff's petition herein.

_____
Judge

(Place and Date)

_____
Shannon Ferguson
Pro Se Petitioner
Address
Louisiana State Penitentiary
General Delivery
Angola, La. 70712

Judgement on Default

On Motion of Shannon Ferguson, Pro se plaintiff, with the record in this matter as proof supporting of plaintiff's demand, that a ruling of preliminary default be hereby confirmed and made final and accordingly the defendant Deepwater Horizon oil spill Claim Center, is ordered to pay to plaintiff Shannon Ferguson, the full sum of the Settlement Offer of $17,819.43, with 12 per cent % interest thereon from the date of incident, the 20th day of April 2010, until paid, and an additional 25% sum of said Principal and interest as attorney fees, and all costs.

Judgement read, rendered and signed in open court this ____ day of ____ 20___, at _____, Louisiana.

_____
Judge

_____
Date

TO: The office of the Honorable William W. Blevins Clerk of Court United States District for the Eastern District of Louisiana.

Enclosed you will find motion and orders to go before the Honorable Carl J. Barbier

Notice of reciept expected.
Thk you in advance

I AM
Shannon P. Ferguson
~~esquire~~
Louisiana State Pentitintiary
General Delivery
Angola, La.
70712

RECEIVED
OCT 20 2016
Legal Programs Department

SCANNED at LSP and Emailed
10/20/16  by CM  . 5  pages
date       initials  No.