IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30063
_____

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-970

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2016
Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON

-------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP p.l.c.,

      Defendants - Appellees

v.

ANDRY LAW FIRM, L.L.C.,

      Movant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before CLEMENT, PRADO, and OWEN, Circuit Judges.

# J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of appellate jurisdiction.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Oct 17, 2016**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-30063

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2016
Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON

-------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

BP EXPLORATION ; PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP p.l.c.,

    Defendants - Appellees

v.

ANDRY LAW FIRM, L.L.C.,

    Movant - Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana

Before CLEMENT, PRADO, and OWEN, Circuit Judges.

No. 16-30063

PER CURIAM:*

The Andry Law Firm, LLC ("Andry") moved the district court to enforce its purported settlement with BP Exploration & Production, Inc. ("BP") and "order the Claims Administrator to promptly pay [Andry's] final award in the amount of $7,818,693.95." The district court summarily denied Andry's motion. Andry appeals, asserting that this court has appellate jurisdiction pursuant to 28 U.S.C. § 1291.

Section 1291 "generally vests courts of appeals with jurisdiction over appeals from final decisions of the district courts." *Cunningham v. Hamilton Cty.*, 527 U.S. 198, 203 (1999) (internal quotation marks omitted). A decision is final when "it ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Id.* at 204 (internal quotation marks omitted). The district court's decision here is not a final decision because it clearly does not end the litigation between Andry and BP. The decision simply allows the Claims Administrator to comply with the district court's previous order "to process the claim in accordance with its applicable rules and policies."

We therefore DISMISS this appeal for lack of appellate jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 17, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 16-30063   In Re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Jamei R. Schaeffer, Deputy Clerk

cc:

Mr. Jeffrey Bossert Clark Sr.
Mr. Stephen Michael Gele'
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Randall Alan Smith