IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-30139
_____

IN RE: DEEPWATER HORIZON

**A True Copy**
**Certified Oct 20, 2016**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

-----------------------------------------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing business as Rae Leytham; KIRBY JOSEPH RIVERE,; ET AL,

    Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED; BP, P.L.C.,

    Defendants-Cross Claimants – Appellees

v.

STATE OF ALABAMA,

    Claimant - Appellant

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal of the State of Alabama is dismissed as of October 20, 2016, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Case No. 15-30139

IN RE: DEEPWATER HORIZON

-----------------------------------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing business as Rae Leytham; KIRBY JOSEPH RIVERE,; ET AL,

                Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED; BP, P.L.C.,

                Defendants-Appellees

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 20, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 15-30139   In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:10-CV-2771

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate as to the notice of appeal filed by the State of Alabama on February 23, 2015.

The appeal remains open as to the appeal of the Plaintiffs and Claimants in Limitation filed February 9, 2015.

A revised case caption is enclosed to all parties.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

cc w/encl:
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Miguel Angel Estrada
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. James Andrew Langan
    Mr. Corey L. Maze
    Mr. Theodore B. Olson
    Mr. James Parkerson Roy
    Mr. Amir Cameron Tayrani