IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 14-31374
_____

IN RE: DEEPWATER HORIZON

--------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing business as Rae Leytham; KIRBY JOSEPH RIVERE; ET AL,

       Plaintiffs - Appellees - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellants - Appellees

BP p.l.c.,

       Defendant - Appellee

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

**A True Copy**
Certified order issued Oct 20, 2016

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

     Under FED R. APP. P. 42(b), the appeals are dismissed as of October 20, 2016, pursuant to the joint stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Shea E. Pertuit*  
_____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 20, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-31374    In Re: Deepwater Horizon
                              USDC No. 2:10-MD-2179
                              USDC No. 2:10-CV-2771
                              USDC No. 2:10-CV-4536

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc w/encl:
    Mr. George Howard Brown
    Ms. Elizabeth Joan Cabraser
    Mr. Miguel Angel Estrada
    Mr. Russell Scott Frye
    Mr. Soren E. Gisleson
    Mr. Philip S. Goldberg
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Samuel Issacharoff
    Mr. James Andrew Langan
    Mr. Daniel Benjamin Levin
    Mr. Scott Payne Martin
    Mr. Kerry J. Miller
    Mr. Theodore B. Olson
    Mr. James Parkerson Roy
    Mr. Amir Cameron Tayrani
    Mr. Robert Alan York\