IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-30139

_____

IN RE: DEEPWATER HORIZON

A True Copy
Certified order issued Oct 21, 2016

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

-------------------------------------------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing business as Rae Leytham; KIRBY JOSEPH RIVERE,; ET AL,

      Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED; BP, P.L.C.,

      Defendants-Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

      Under FED R. APP. P. 42(b), the notice of appeal filed February 9, 2015 is dismissed without prejudice as of October 21, 2016, pursuant to the joint stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 21, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 15-30139   In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:10-CV-2771

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Allison G. Lopez, Deputy Clerk
                           504-310-7702

cc w/encl:
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Miguel Angel Estrada
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. James Andrew Langan
    Mr. Theodore B. Olson
    Mr. James Parkerson Roy
    Mr. Amir Cameron Tayrani