UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| **Applies to:** *All Cases.* | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

### ORDER
[Regarding Proposed Pretrial Order No. 62]

On October 12, 2016, the Court issued an order indicating its intent to issue a proposed "Pretrial Order No. 62 Regarding the Preservation Requirements in Light of the Entry of the Consent Decree Among Defendant BP Exploration & Production Inc., the United States of America, and the Five Gulf States," unless it received an objection by October 19, 2016. (Rec. Doc. 21782). The Court has received two objections. (Rec. Docs. 21806, 21807). The parties are encouraged to attempt to resolve this matter among themselves. Nevertheless, and to the extent the parties are not able to reach a resolution on their own,

IT IS ORDERED that the matter concerning proposed Pretrial Order No. 62 is hereby REFERRED to Magistrate Judge Wilkinson for resolution.

New Orleans, Louisiana this 21st day of October, 2016.

_____
United States District Judge