UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL 2179 SECTION "J"(2) |
| This document applies to: | * * | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Prod. Inc., et al.* | * * * * | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Mollere, Flanagan & Landry, L.L.C. be and hereby is granted leave to file its sur-reply to the reply of DHECC in support of DHECC's motion for return of payments made to Maxim, L.C., Briante Palazaeno and others.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
**Hon. Carl Barbier
United States District Judge**