UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON IN THE | * | MDL 2179 |
| GULF OF MEXICO, | * | |
| ON APRIL 20, 2010 | * | SECTION "J"(2) |
| | * | |
| This document applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc.,* | * | MAG. JUDGE WILKINSON |
| *et al. v. BP Exploration & Prod. Inc., et al.* | * | |
| | * | |
| | * | |

## MOTION OF MOLLERE, FLANAGAN, & LANDRY, L.L.C. FOR LEAVE OF COURT TO FILE A SUR-REPLY TO THE REPLY OF DHECC IN SUPPORT OF DHECC'S MOTION FOR RETURN OF PAYMENTS MADE TO MAXIM, L.C., BRIANTE PALAZAENO AND OTHERS

Mollere, Flanagan & Landry, L.L.C. ("MFL"), through its undersigned counsel, moves the Court for leave to file the brief sur-reply submitted herewith to the reply of DHECC in support of DHECC's motion for return of payments made to Maxim, L.C., Briante Palazaeno and others.  MFL's sur-reply addresses an issue raised by DHECC in its reply – the failure of Maxim, L.C. to file an opposition to DHECC's clawback motion – and explains that DHECC's arguments on that issue must fail because Maxim, L.C. never was served with the clawback motion.

WHEREFORE, MFL moves the Court for leave to file the accompanying sur-reply.

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**

BY: */s/ Charles V. Giordano*
**CHARLES V. GIORDANO, T.A., #22392**
3501 N. Causeway Blvd., Ste. 400
Metairie, LA 70002
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

*Counsel for Mollere, Flanagan & Landry, L.L.C.*

## Certificate of Service

I hereby certify that on October 25, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Charles V. Giordano*