UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010         SECTION "J"

THIS DOCUMENTS RELATES TO:               JUDGE BARBIER
                                         MAG. JUDGE WILKINSON

Civil Action No. 12-970, Bon Secour Fisheries, Inc.
et al. v. BP Exploration & Production Inc. et al.

## ORDER

Westerfield, Janoush & Bell, P.A. and Barksdale Farms have filed a Motion to Quash Subpoena in this matter.  Record Doc. No. 21812.  Accordingly,

IT IS ORDERED that the motion is set for submission on my **NOVEMBER 16, 2016** motion docket.  Written opposition, if any, must be filed no later than **November 8, 2016**.  Thereafter, the motion will be determined on the briefs without oral argument.

The Clerk is directed to file this order in the records of both MDL 2179 and C.A. No. 12-970.

New Orleans, Louisiana, this ___25th___ day of October, 2016.

                                    _____
                                    JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE