UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010          SECTION "J"

                                          JUDGE BARBIER
**APPLIES TO ALL CASES**                  MAG. JUDGE WILKINSON

## ORDER

The captioned case was recently referred to me for resolution of objections "concerning proposed Pretrial Order No. 62." Record Doc. Nos. 21782, 21806, 21807 and 21843. Accordingly,

**IT IS ORDERED** that a telephone conference is set in this matter before the undersigned magistrate judge on **November 1, 2016 at 10:30 a.m.** in which only attorneys Scott Bickford, Ronnie Penton, Steve Herman, Steven Jones, Don Haycraft and Joseph DeSanctis may participate. Counsel must initiate the call and jointly contact my office at 504-589-7630 at the appointed time.

New Orleans, Louisiana, this _____25th_____ day of October, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
Scott Bickford, usdcedla@mbfirm.com
Ronnie Penton, fedcourtmail@rgplaw.com
Steve Herman, SHERMAN@hhklawfirm.com
Steven Jones, JonesST@ag.louisiana.gov
Don Haycraft, dkhaycraft@liskow.com
Joseph DeSanctis, jdesanctis@kirkland.com