UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179  SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER  MAG. JUDGE WILKINSON |
| No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al. | |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   DHECC's Motion to Examine Judgment Debtor, Record Doc. No. 16034

O R D E R E D:

 XXX : CONTINUED. At the request of counsel for the Deepwater Horizon Economic Claims Center, Justin Chopin, and upon being advised that counsel for the judgment debtor, who is represented by Ron Austin, has no objection, the judgment debtor examination, currently set for October 26, 2016, is continued to **November 16, 2016 at 11:00 a.m.** before me.

New Orleans, Louisiana, this ___26th___ day of October, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE