UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG     MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010     SECTION "J"

    JUDGE BARBIER
**APPLIES TO ALL CASES**     MAG. JUDGE WILKINSON

## ORDER

At the request of attorney Ronnie Penton, and having been advised that all other participating counsel have agreed,

**IT IS ORDERED** that the telephone conference previously set in this matter before me on **NOVEMBER 1, 2016** at 10:30 a.m. Record Doc. No. 21847, is hereby **RESET ON THE SAME DATE AT 9:30 a.m.** Only attorneys Scott Bickford, Ronnie Penton, Steve Herman, Steven Jones, Don Haycraft and Joseph DeSanctis may participate. Counsel must initiate the call and jointly contact my office at 504-589-7630 at the appointed time.

New Orleans, Louisiana, this __26th__ day of October, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
Scott Bickford, usdcedla@mbfirm.com
Ronnie Penton, fedcourtmail@rgplaw.com
Steve Herman, SHERMAN@hhklawfirm.com
Steven Jones, JonesST@ag.louisiana.gov
Don Haycraft, dkhaycraft@liskow.com
Joseph DeSanctis, jdesanctis@kirkland.com