UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | \* | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | \* | |
| **Of Mexico, on April 20, 2010** | \* | **SECTION:  J** |
| | \* | |
| **Applies to:** | \* | **JUDGE BARBIER** |
| *Nos. 13-1971, 14-1525, 10-8888 (Rec.* | \* | |
| *Doc. 133248)* | \* | **MAG. JUDGE WILKINSON** |

### ORDER

The Court previously appointed a team of neutrals to assist Magistrate Judge Sally Shushan with settlement efforts, including claims by local governmental entities. These settlement discussions were subject to a confidentiality order issued by Judge Shushan.  (Rec. Doc. 14801).  Since most of these governmental entities are subject to various open meeting and public record laws, the final resolution of such claims typically required that the settlement agreement be approved in a public hearing.  Judge Shushan amended the confidentiality order to accommodate such laws.  (Rec. Doc. 14806).  After the settlements were accepted, Judge Shushan relieved the local governmental entities of the obligations contained in the confidentiality order and permitted them to "publicly disclose the amount of the settlement with BP."  (Rec. Doc. 14930).

The Court has received an inquiry from Mark Schleifstein, a reporter for the Times-Picayune newspaper, pointing out that he has been unsuccessful in his attempts to obtain documents or information from the City of New Orleans and the Wisner Donation relating to the Donation's recent settlement with BP.  Specifically, Mr. Schleifstein states that he has made public record requests to the Mayor's Office and to the Advisory Committee for the Donation. The Advisory Committee responded that the requested documents are subject to a sealed

confidentiality order previously issued by Judge Shushan.  Presumably this refers to another confidentiality order issued by Judge Shushan on January 13, 2016. (Rec. Doc. 15718).

The Wisner Donation appears to be a public or quasi-public entity.  The City's website lists the Edward Wisner Donation Advisory Committee under "Boards and Commissions."  The Mayor of New Orleans serves as its trustee, and the Advisory Committee was created and is subject to oversight by the New Orleans City Council.  The City itself is one of the primary beneficiaries of the trust.  For these reasons, the Court finds that the confidentiality order issued by Judge Shushan should be amended.  Accordingly,

IT IS ORDERED:

The confidentiality order issued by Magistrate Judge Sally Shushan on January 13, 2016 (Rec. Doc. 15718) and any similar confidentiality orders from this Court applicable to the settlement between the Wisner Donation and BP are hereby amended as follows:

The Wisner Donation, the Wisner Donation Advisory Committee and the Mayor for the City of New Orleans are permitted to make public disclosure of the settlement agreement existing between the Donation and BP, including the amount of such settlement and any conditions or provisions relating to use of the settlement funds.

However, the confidentiality order remains in full force and effect as it relates to any settlement discussions or negotiations, including draft documents, etc., which were preliminary to the final settlement agreement.

New Orleans, Louisiana this 27th day of October, 2016.

_____
United States District Judge

**Note to Clerk: Docket in 10-md-2179, 14-1525, and 13-1971.**