## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

### MEMORANDUM IN SUPPORT OF MOTION FOR THIRD AND FINAL EXTENSION OF TIME TO FILE RESPONSE TO DHECC'S MOTION FOR RETURN OF PAYMENTS

**NOW INTO COURT**, through undersigned counsel, comes Raymond G. Flores ("Mr. Flores"), who files this memorandum in support of his <u>unopposed</u> Motion for a Third and Final Extension of Time to File Response to the Motion for Return of Payments to Deepwater Horizon Economic Claims Center's (hereafter "Clawback Motion").

1. Undersigned counsel has communicated with the DHECC with respect to requesting its consent to a 3 day extension and the DHECC has confirmed that it does not object to said extension.

2. Since entry of the Court's order granting the last extension, undersigned and Mr. Flores have been working diligently to meet the October 31, 2016 deadline and in the days leading up to said deadline, undersigned counsel believed we would be prepared to timely file the response.

3. However, undersigned counsel has been made aware of an unforeseen delay in securing the affidavit of an out of state witness critical to the defense of Mr. Flores.

4. This motion for a very short and final extension is being sought in good faith is not being requested for purposes of delay.

WHEREFORE, Mr. Flores respectfully requests that this Court grant Mr. Flores's Motion for a Third and Final Extension of Time to File Response to DHECC's Motion for Return of Payments until November 3, 2016.

Respectfully submitted this 31st day of October, 2016.

>/s/ H. Lee Strayhan, III
> H. LEE STRAYHAN, III
> Louisiana Bar No. 27098
> CLARK PARTINGTON
> 4100 Legendary Drive, Suite 200
> Destin, Florida 32541
> (850) 650-3304
> Email: lstrayhan@clarkpartington.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of October, 2016.

> /s/ H. Lee Strayhan, III
> H. LEE STRAYHAN, III