MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 1, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER |
| **APPLIES TO ALL CASES** | MAG. JUDGE WILKINSON |

Pursuant to the court's previous orders, Record Doc. Nos. 21843 and 21847, a telephone conference was conducted on November 1, 2016, concerning proposed Pretrial Order No. 62 and the objections to it. Record Doc. Nos. 21782, 21806, 21807, 21843, 21847. Participating were attorneys Scott Bickford and Ronnie Penton, representing objectors; Steve Herman, representing plaintiffs; Steven Jones, representing the State of Louisiana; Don Haycraft and Joseph DeSanctis, representing BP.

Counsel reported that they have been in discussions and are close to reaching an agreed-upon protocol that would relieve the proponents of the proposed pretrial order from some of their continuing evidence preservation requirements imposed by the court's prior orders. However, no agreement has yet been finalized. The court finds that any such protocol must provide the objectors with adequate notice of the specific evidence the proponents have preserved but seek to dispose of and a reasonable time period during which the objectors may inspect those materials <u>before</u> its disposal and determine if the objectors

MJSTAR: 0 : 15

desire to take custody themselves (at their expense) of any such evidence. The current version of Proposed Pretrial Order No. 62 does not do so. All aspects of the litigation that is part of these MDL proceedings have not been completed. It is unclear whether all or some of the materials as to which the proposed pretrial order applies will be needed for what remains to be litigated. For those reasons, the current version of Proposed Pretrial Order No. 62 will not be entered by the court at this time, and the objections are sustained. The court's previously imposed evidence preservation requirements remain in effect.

If the parties reach an agreement as to the evidence preservation issues presented by the proposed pretrial order, they may submit a new order for the court's consideration, accompanied by a motion certifying that the movants have conferred with the objectors, who consent to its entry. If no agreement is reached, any request to alter the previously imposed evidence preservation orders of the court must be made by motion, noticed for submission before me, so that an opportunity to oppose any such motion will be provided.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER and**
Scott Bickford, usdcedla@mbfirm.com
Ronnie Penton, fedcourtmail@rgplaw.com
Steve Herman, SHERMAN@hhklawfirm.com
Steven Jones, JonesST@ag.louisiana.gov
Don Haycraft, dkhaycraft@liskow.com
Joseph DeSanctis, jdesanctis@kirkland.com