**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** *No. 15-4143, 15-4146 & 15-4654* | **Judge Barbier** <br><br> **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

| REPORT BY THE NEW CLASS CLAIMS ADMINISTRATOR OF THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS | | | |
|---|---|---|---|
| **STATUS REPORT NO.** | **4** | **DATE** | **NOVEMBER 1, 2016** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** *No. 15-4143, 15-4146 & 15-4654* | **Judge Barbier** <br><br> **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

REPORT BY THE NEW CLASS CLAIMS ADMINISTRATOR OF THE
HALLIBURTON AND TRANSOCEAN SETTLEMENTS
STATUS REPORT NO. 4  NOVEMBER 1, 2016

The New Class Claims Administrator of the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Settlement Agreements) submits this quarterly report (Status Report) pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements as of October 31, 2016. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

I. STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS
A. Overview

Under the direction of the Parties and the New Class Claims Administrator, Garden City Group (GCG) and Kinsella Media continued to implement the remaining aspects approved Notice Plan. The Parties and the New Class Claims Administrator were provided confirmation of all steps undertaken to fully execute the Notice Plan and made the evidentiary filing regarding

2

the completion of Class Notice on November 1, 2016 pursuant to the Court's Preliminary Approval Order [Rec. Doc. 16183].

Objections regarding the New Class Distribution Model filed on June 13, 2016 [Rec. Doc 16183] were due to be sent to the Parties and the Court no later than September 23, 2016. To date, a total of eight filings have been made with the Court, of which three objections and two requests for clarification specifically addressed limited aspects of the New Class Distribution Model. The New Class Claims Administrator filed the New Class Claims Administrator's Clarification of New Class Distribution Model Issues [Rec. Doc. 21778] on October 11, 2016.

A limited number of claims have been received to date. It is anticipated that the majority of new claims will be filed following the Court's ruling on final approval for the Settlements and the proposed Distribution Model.

B. **Notice Program**

Since the June 15, 2016 initial mailing the HESI and Transocean Settlements Program has handled email, hard copy mail, and telephone inquiries from potential Old and New Class members. The New Class Claims Administrator has also requested updates to the case website to post documents such as the Parties' Final Approval Brief [Rec. Doc. 21423].

The New Class Claims Administrator directed GCG to identify and send targeted communications to a limited number of New Class members that were at risk for not recognizing the need to file a claim form if they wish to be considered for payment from the HESI/Transocean Settlements Program as well. Although not required by the Notice Plan, after consultation with the Parties, the New Class Claims Administrator deemed a follow-up notification to this population of potential New Class members worthwhile to ensure maximum participation in the Settlements.

### C. Claims Process

There have been 169 claim forms received to date; this quantity is consistent with the expectations of the New Class Claims Administrator. Given most individuals' and entities' claims will transfer automatically from the Deepwater Horizon Economic and Property Damages Settlement (DHEPDS) Program for consideration under the proposed New Class Distribution Model, it is expected that the claim volume will remain low.

Stage 1 processing of demographic information and basic claim type data capture has been completed for 138 claimants and 122 acknowledgments have been sent to parties that submitted claims.

Stage 2 substantive processing of the underlying New Class claims and application of the calculation methodologies proposed in the New Class Distribution Model will not occur until the New Class Distribution Model is finalized following Court approval and expiration of the appeal period.

After the filing deadline passes on December 15, 2016, and assuming the proposed Distribution Model is final at this time, it is anticipated that new claims processing will take six to eight months depending on the volume of claims received and the number of appeals post-determination. Simultaneously, the DHEPDS Program will be completing its determinations on outstanding claims, which should allow for DHEPDS determination data transfer to begin in mid-to-late 2017 as the various claim categories' determinations are deemed final. At that time the two data sets - new claims and DHEPDS existing claims - will be merged and determinations under the Court-approved distribution logic will be made.

## II.     CONCLUSION

The New Class Claims Administrator respectfully submits this third Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements.  In the event the Court would like additional information the New Class Claims Administrator is prepared to provide further details at the Court's request.

  /s/ Michael J. Juneau
MICHAEL J. JUNEAU
NEW CLASS
CLAIMS ADMINISTRATOR