IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br><br>No. 15-4143, 15-4146 & 15-4654 | * * * * * * | HONORABLE CARL J. BARBIER<br><br>CHIEF MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**SUPPLEMENTAL DECLARATION OF STEPHEN J. CIRAMI REGARDING (A) NOTICE PLAN IMPLEMENTATION; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, STEPHEN J. CIRAMI, declare as follows:

1.   I am the Executive Vice President and Chief Operating Officer of Garden City Group, LLC ("GCG").  This declaeration supplements my declaration dated July 29, 2016 ("Mailing Declaration"), to provide information on additional mailings and contact with potential New Class members.  The following statements are based on personal knowledge and information provided to me by other experienced GCG employees.[1]

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the HESI Punitive Damages and Assigned Claims Settlement Agreement as amended on September 2, 2015, as well as the Transocean Punitive Damages and Assigned Claims Settlement Agreement dated May 29, 2015 (the "Settlements").

## IMPLEMENTATION OF THE NOTICE PLAN

2. Since the date of the Mailing Declaration, GCG has mailed an additional 34,494 Notices to persons whose Notice was returned by the USPS with an updated address one or more times and for whom the USPS provided an updated address upon return; or who had requested a Notice be mailed to them via email, helpline request, or written letter.

3. As of October 20, 2016, the original Notices for 56,776 individuals have been returned as undeliverable by the USPS. Using Advanced Address Searches, GCG was able to update addresses and re-mail Notices to 32,933 of these individuals. The total number of Email Notices disseminated remains 75,355.

## TELEPHONE HELPLINE

4. GCG has received 20,762 calls to the toll-free helpline including 9,887 calls with a live operator.

## WEBSITE

5. As of the date of this declaration, there have been 20,537 unique visitors and 23,401 total visits to the case website, [www.GulfSpillPunitiveDamagesSettlement.com](www.GulfSpillPunitiveDamagesSettlement.com); GCG will continue operating, maintaining and, as appropriate, updating the website until the conclusion of the administration.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

6.  As reported in the Mailing Declaration, GCG has received a total of 36 timely requests for exclusion. GCG has not received any late requests for exclusion.

## REPORT ON OBJECTIONS RECEIVED TO DATE

7.  GCG has not received any objection filings addressed to the case Post Office Box or email address that were not also filed with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Lake Success, New York on November 1, 2016.

_____
Stephen J. Cirami