UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION: 10-MD-2179 SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO: Civil Action Nos. 10-2771; 10-8888; 10-9999; and 14-1525 | * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

*****************************************************************************

**ANSWER TO COMPLAINT**

NOW INTO COURT come plaintiffs, Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., who are some of the Wisner Heirs who were made plaintiffs in this action (hereinafter referred to as "Wisner Heirs"), through undersigned counsel, and who answer the Complaint for Attorneys' Fees filed by Waltzer, Wiygul & Garside, LLC ("WW&G") as follows:

Answering the numbered allegations:

1. Admitted upon information and belief.

2. No answer required.

3. Admitted.

4. Admitted.

5. Admitted. It is further averred that the contract for services is the best evidence of its contents.

1

6. Admitted with the exception that Wisner Heirs do not know the amount of hours of legal services that WW&G provided to the Edward Wisner Donation pursuant to the contract.

7. Admitted upon information and belief. It is further averred that as attorneys seeking recovery of legal fees, compliance with Rule 1.5 of the Louisiana Rules of Professional Conduct, adopted by this Court, is required.

8. Admitted with the exception that Wisner Heirs do not know the amount of hours of legal services that WW&G provided to the Edward Wisner Donation pursuant to the contract.

9. Admitted upon information and belief.

10. Admitted upon information and belief.

11. Paragraph 11 contains a conclusion of law to which no answer is required.

Further answering:

12. Wisner Heirs have a significant interest in this matter as beneficiaries of the Edward Wisner Donation. They and their family members and all of the Wisner heirs and assignees who are plaintiffs will bear the burden of a significant portion of attorneys' fees and costs awarded in this matter.

13. The Edward Wisner Donation has deposited certain funds in the registry of this Court allegedly representing attorneys' fees and costs at issue. R. Docs. 21746 and 21755.

14. In accordance with Local Rule 67.3, only such funds should be distributed from the registry that this Court orders distributed pursuant to motion and proof of entitlement.

WHEREFORE, Wisner Heirs pray that this Answer be deemed good and sufficient and that the Court enter such Orders and Judgments in this matter as are just and reasonable.

Respectfully submitted,

**MONTGOMERY BARNETT, L.L.P.**

By:  /s/ Daniel Lund
_____
DANIEL LUND (Bar No. 12782)
E-mail: dlund@monbar.com
JOHN Y. PEARCE (Bar No. 10374)
E-mail: jpearce@monbar.com
STEPHEN L. WILLIAMSON (Bar No. 8316)
E-Mail: swilliamson@monbar.com
C. BYRON BERRY, JR. (Bar No. 21476)
E-Mail: bberry@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688
Attorneys for
Mark E. Peneguy, Edward W. Peneguy, Jr.,
Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing Answer to Complaint with the Clerk of Court by using the CM/ECF system on this 1st day of November, 2016, which will send a copy of the foregoing pleading to counsel of record by notice of electronic filing.

/s/ Daniel Lund
_____

3