UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THIER COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the following change of address and new firm affiliation for attorney, David B. Franco:

>FrancoLaw, PLLC
>1001 Studewood Street, 2nd Floor
>Houston, Texas 77008
>Telephone (504) 226-5226
>Facsimile (504) 229-6730
>Email: dfranco@dfrancolaw.com

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Dated: November 2, 2016

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (TX# 24072097)
**FRANCOLAW, PLLC**
1001 Studewood Street, 2nd Floor
Houston, Texas 77008
Telephone: (504) 226-5226
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Change of Address and Firm Affiliation has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of November, 2016.

*s/ David B. Franco*
David B. Franco