UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRISHA ANSHAW,
    Plaintiff,

vs.                                                    CASE NO.: 2:16-cv-5483

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
and BP P.L.C.
    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF TRISHA ANSHAW

COMES NOW the undersigned, counsel of record for the Plaintiff, Trisha Anshaw, and files this Motion to Withdraw as Counsel of Record for Plaintiff. In support thereof, the Court is shown as follows:

1. The undersigned has attempted on several occasions to contact the Plaintiff to no avail. The undersigned had to resort to hiring a private investigator to locate the Plaintiff. (See copy of Invoice attached as Exhibit A.) Upon location of the Plaintiff, a certified letter was mailed to the Plaintiff requesting that she contact the undersigned.

2. The Plaintiff and the undersigned have not communicated since the letter as attempts to call the Plaintiff have been met with conversations with a third

party who only identifies himself as "Kevin," who refuses to give his last name, but says that he is the husband of the Plaintiff and that all communications with the Plaintiff should be through him.

3. All attempts at correspondence continue to be ignored and avoided by the Plaintiff, or otherwise intercepted by third parties.

4. Thus, the undersigned cannot effectively represent the Plaintiff in this matter.

5. That a copy of this Motion will be served upon the Plaintiff at her last known address.

WHEREFORE, the undersigned prays that he be allowed to withdraw as counsel of record for the Plaintiff.

Respectfully submitted,

/s/ William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@billpricelaw.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850) 763-0647

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw as Counsel of Record Without Substitution has been filed electronically on this the 2nd day of November, 2016 using the Court's CM/ECF system and sent via USPS Mail to Plaintiff Trisha Anshaw at her last known address of:

542 Eglin Parkway, NE
Fort Walton Beach, FL  3254

/s/ *William B. Price*
WILLIAM B. PRICE
Florida Bar No: 28277
bill@billpricelaw.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850) 763-0647