UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>TRISHA ANSHAW,<br>        Plaintiff, | JUDGE BARBIER<br>MAG. JUDGE WILINSON |
| vs. | CASE NO.:  2:16-cv-5483 |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.<br>        Defendants.<br>_____/ | |

**<u>AMENDED</u>**
**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**
**<u>WITHOUT SUBSTITUTION FOR PLAINTIFF TRISHA ANSHAW</u>**

COMES NOW the undersigned, counsel of record for the Plaintiff, Trisha Anshaw, and files this Amended Motion to Withdraw as Counsel of Record for Plaintiff.  In support thereof, the Court is shown as follows:

1.    The undersigned has attempted on several occasions to contact the Plaintiff to no avail.  The undersigned had to resort to hiring a private investigator to locate the Plaintiff.  (See copy of Invoice attached as Exhibit A.)  Upon location

of the Plaintiff, a certified letter was mailed to the Plaintiff requesting that she contact the undersigned.

2. The Plaintiff and the undersigned have not communicated since the letter as attempts to call the Plaintiff have been met with conversations with a third party who only identifies himself as "Kevin," who refuses to give his last name, but says that he is the husband of the Plaintiff and that all communications with the Plaintiff should be through him.

3. All attempts at correspondence continue to be ignored and avoided by the Plaintiff, or otherwise intercepted by third parties.

4. Thus, the undersigned cannot effectively represent the Plaintiff in this matter.

5. That a copy of this Motion will be served upon the Plaintiff at her last known address.

WHEREFORE, the undersigned prays that he be allowed to withdraw as counsel of record for the Plaintiff.

Respectfully submitted,

        */s/ William B. Price*
        WILLIAM B. PRICE
        Florida Bar No: 28277
        bill@billpricelaw.com
        P. O. Box 351
        Panama City, FL 32402
        Telephone: (850) 215-2195
        Facsimile: (850) 763-0647

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion to Withdraw as Counsel of Record Without Substitution has been filed electronically on this the 3rd day of November, 2016 using the Court's CM/ECF system and sent via USPS Mail to Plaintiff Trisha Anshaw at her last known address of:

542 Eglin Parkway, NE
Fort Walton Beach, FL  3254

                                     */s/ William B. Price*
                                     WILLIAM B. PRICE
                                     Florida Bar No: 28277
                                     bill@billpricelaw.com
                                     P. O. Box 351
                                     Panama City, FL 32402
                                     Telephone: (850) 215-2195
                                     Facsimile: (850) 763-0647