

# Invoice

D. A. Estes & Associates, Inc.

P.O. Box 689
Lynn Haven, FL 32444
(850) 248-8508

| Date | Invoice # |
|---|---|
| 10/25/2016 | 12719 |

**Bill To**

The Price Law Firm
William B. Price, Attorney
438 N Cove Blvd
Panama City, FL 32401

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4 | Person Search/Finder: Trisha Anshaw | 70.00 | 280.00 |

THANK YOU!!! We appreciate your business. Dan

**Total** $280.00