# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| This document relates to: | JUDGE BARBIER <br> MAG. JUDGE WILINSON |
| TRISHA ANSHAW, <br>       Plaintiff, | |
| vs. | CASE NO.:  2:16-cv-5483 |
| BP EXPLORATION & PRODUCTION, INC., <br> BP AMERICA PRODUCTION COMPANY, <br> and BP P.L.C. <br>       Defendants. <br> _____/ | |

# ORDER

THIS CAUSE coming before the Court on the Amended Motion to Withdraw as Counsel of Record for Plaintiff Trisha Anshaw (Doc#_____), and after due consideration of same,

IT IS HEREBY ORDERED that said Amended Motion to Withdraw as Counsel of Record for Plaintiff Trisha Anshaw be GRANTED.

New Orleans, Louisiana, this the _____ day of _____, 2016.

_____
CARL J. BARBIER
United States District Judge