UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Raymond G. Flores' Motion (Rec. Doc. 21854) for Third and Final Extension of Time to File Response to DHECC's Motion (Rec. Doc. 21470) for Return of Payments. The Motion reports that counsel for the DHECC does not object to the requested 3-day extension. Having considered the motion;

IT IS ORDERED that the Motion (Rec. Doc. 21854) is GRANTED. The deadline for responding to the DHECC's Motion for Return of Payments (Rec. Doc. 21470) is extended from October 31, 2016 up to and including November 3, 2016. Any reply by the DHECC shall be filed by Thursday, November 17, 2106.

New Orleans, Louisiana this 3rd day of November, 2016.

_____
United States District Judge