UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | JUDGE BARBIER<br>MAG. JUDGE WILINSON |
| CASE NO.: 2:16-cv-5483 | |

### ORDER

THIS CAUSE coming before the Court on the Amended Motion to Withdraw as Counsel of Record for Plaintiff Trisha Anshaw (Doc. 21870), and after due consideration of same,

IT IS HEREBY ORDERED that said Amended Motion to Withdraw as Counsel of Record for Plaintiff Trisha Anshaw be GRANTED.  Counsel reports that Plaintiff's last known address is 542 Eglin Parkway, NE, Fort Walton Beach, FL 3254.

New Orleans, Louisiana this 3rd day of November, 2016.

_____
CARL J. BARBIER
United States District Judge