UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.10- 2179<br><br>Section: J |
| | JUDGE BARBIER |
| This Document Relates to:<br>No. 12-970 | MAGISTRATE WILKINSON |

ORDER TO PROCEED IN FORMA PAUPERIS IN APPEAL

The court considering the Motion to Proceed In Forma Pauperis on Appeal;

IT IS ORDERED, that Claimants, 100016801 and 100026409 Motion to Proceed In Forma Pauperis in Appeal is hereby GRANTED.

New Orleans, Louisiana this 3rd day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE