IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

## AFFIDAVIT OF RAYMOND G. FLORES

STATE OF FLORIDA

COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority, personally appeared Raymond G. Flores, who, after being first duly sworn, deposes and says:

1. My name is Raymond G. Flores. I am over the age of 18 and provide the information contained in this affidavit from my own personal knowledge.

2. I am a partner with the accounting firm Flores, Flores and Garg, P.A. I am a licensed Certified Public Accountant and operate one of the top five accounting firms in Pensacola. I have over twenty years of experience performing accounting services for the firm's clients.

3. I am familiar with the three claims that are the subject of the DHECC's Motion for Repayment: (1) Herminia Medina d/b/a Tin Tin's Oriental Food Store ("Tin Tin"); (2) Landon Flooring, LLC ("Lansdon"); and (3) Bellasia Nail and Spa Salon ("Bellasia"). In no way did I commit fraud or any wrongdoing in the preparation of the profit and loss statements for the three claimants that are the subject of the DHECC's Motion.

4.     I prepared the profit and loss statements for each of the three claimants.  I never manipulated any data on the profit and loss statements for any reason.  I adamantly dispute the allegations of wrongdoing made against me by the DHECC.  I prepared the profit and loss statement using three primary sources of information:  (1) bank records; (2) documentation provided by each claimant; and (3) verbal information provided by each claimant.  None of the subject claimants created profit and loss statements contemporaneously with the operations of their businesses.  The profit and loss statements were created using information provided by each claimant for each year that a profit and loss statement was prepared.

5.     Contrary to the DHECC's assertion in its Motion, I was not primarily involved in preparing the Business Economic Loss claims for the subject claimants.  I initially assisted Tin Tin and Bellasia in filing claims with the Gulf Coast Claims Facility ("GCCF") and I created the profit and loss statements for those claimants to file with the GCCF. Once the DHECC settlement program took effect I transferred nearly all of the oil spill claims I was working on to another accounting firm, HSG Accounting, in Panama City, Florida.  I had very little involvement in the three subject claims once they were transferred to HSG Accounting.

Claimant:  Herminia Medina d/b/a Tin Tin's Oriental Food & Import

6.     The owner of Tin Tin's, Herminia Medina, is a longtime client of my accounting firm.  She uses our services only for year-end tax preparation.  My firm has never been involved in Tin Tin's accounting processes throughout the year.  Ms. Medina operates Tin Tin's using the cash basis method of accounting.

7.     Tin Tin's operates an Oriental food store in Pensacola and is a vendor at seafood festivals and special events throughout the Gulf Coast.  Due to the nature of Tin Tin's cash basis

business, the bank records for Tin Tin's do not reconcile to the profit and loss statements I created. The variance is due to several factors.

        A.       Airline Tickets

Tin Tin's sells airline tickets to customers, often for overseas travel to the Philippines, and makes a small profit from the sale, yet Tin Tin's bank records show significantly more money was deposited than the profit made by Tin Tin's on each sale. The difference is the cash provided to Tin Tin's by the customer for the purchase of the ticket. Tin Tin's regularly held that money and would purchase the ticket from the airline or agency several days or even weeks after the customer purchased the ticket from Tin Tin's.

        B.       Money Orders

Tin Tin's sells money orders to its customers. Similar to the handling of the purchase of airline tickets, Tin Tin's bank records often show a significant deposit attributable to the purchase of a money order, however, the profit is slim and the majority of the deposit is consists of the customer's money that is the basis for the money order.

Between May and December 2009 there was non-store and non-festival deposits (money orders and airline ticket sales) of $44,082.50 that are in-and-out fee based transactions. There was $87,915.30 for the same type of transactions from May through December 2010

        C.       Checks Returned for Insufficient Funds

From May through December 2009 there was $23,217.83 in returned checks that show as deposits on the bank records. Specifically, a returned check would be posted as negative and then posted as a "deposit" to "zero out" the entry. For the period of May through December 2010 there was $15,191.62 in returned checks that are shown as deposits on the bank records.

      D.      Deposits and Transfers of Ms. Medina's Personal Funds Into Tin Tin's Bank Account

Ms. Medina regularly deposited and transferred personal money into Tin Tin's account in order to capitalize the business. From May through December 2009 there was $4,532 in transfers from personal accounts that are shown as deposits on the bank records. From May through December 2010 there was $6,960 in transfers from personal accounts that are shown as deposits. Between May and December 2009 there was $2,950 in deposits from Ms. Medina's personal funds that are shown as deposits on the bank records. Between May and December 2010 there was $12,110 in deposits from personal funds.

      E.      Seafood Festivals – Impact of Spill on 2010 Revenue from Festivals

May through August is the primary season for seafood festivals, however, many special events occur during the fall months through November. Tin Tin's revenue from seafood festivals and special events decreased between 20% and 100% in 2010 compared to previous years and its variable profit in 2010 was ultimately negative due to the losses attributable to the seafood festivals. For the period of May through December 2010, I addressed with Ms. Medina the losses for the majority of the festivals during a personal meeting with her. After the oil spill in 2010, it is industry knowledge that the seafood and holiday festivals had poor admissions. Because Ms. Medina had insufficient documentation of her losses as a vendor at seafood festivals and special events in 2010, I was unable to consider those losses when preparing her 2010 tax returns. Claiming those losses without proper documentation would have drawn the attention of the Internal Revenue Service and likely an audit. After consulting with Ms. Medina, she agreed those losses could not be sufficiently substantiated and she did not claim those losses

in her 2010 tax returns. That is one of the major reasons the profit and loss statements reflect significantly different values in the post-spill months of 2009 compared to 2010.

I evaluated Tin Tin's bank statements and prepared the attached deposit reconciliations for May through December 2009 and 2010. They are attached to this affidavit as **Composite Exhibit 1.** These reconciliations demonstrate the accuracy of the profit and loss statements I created for Tin Tin's.

<u>Claimant:  Bellasia Nail and Spa Salon</u>

8. Bellasia was an annual tax return preparation client of my accounting firm. It used the cash basis method of accounting. Bellasia did not maintain profit and loss statements for its business.

9. The bank statements for Bellasia do not correspond to the profit and loss statement because of the "in and out" nature of transactions and because the owner regularly loaned and capitalized the business with as much as $3,000 to $4,000 a month at times. I know how Bellasia financially operated because I personally met with the owner to understand the company's financial operations.

10. I assisted Bellasia with its oil spill claim with the GCCF. I prepared profit and loss statements for Bellasia at the request of the GCCF. I used the scheduling book and a rate schedule to prepare the profit and loss statements because the schedule book is the most accurate source document of services provided by Bellasia. The employees noted the service performed on the scheduling book. I used Bellasia's rate schedule to calculate the total amount of services performed each day then calculated the amounts on a monthly basis in order to create the profit and loss statements.

11. In response to the DHECC's motion, I revisited Bellasia's records and prepared the reconciliations attached to this affidavit as **Composite Exhibit 2**. These reconciliations demonstrate the accuracy of the profit and loss statements I created for Bellasia.

Claimant:   Lansdon Flooring, LLC

12. Just like the other two claimants, Lansdon Flooring is a once-a-year annual tax return client of my accounting firm. I assisted Lansdon Flooring with its oil spill claim. I prepared the profit and loss statements for Lansdon Flooring's claim.

13. Lansdon Flooring is a small flooring company that installs flooring along the Gulf Coast. Lansdon Flooring's gross revenues ranged from $23,281.80 to $32,500.89 per year.

14. Lansdon Flooring's business model includes quoting the job for installing the flooring (tile or carpet) and purchasing the flooring for the customer using Lansdon Flooring's discount wholesale price. For example, Lansdon Flooring would use its wholesale license to purchase flooring at a discount for $2,000 and then charge $300 to install the flooring, which is typical in the flooring industry. Lansdon Flooring profits $300 for the labor and it passes along the flooring material discount directly to the customer.

15. The other service revenue occurs when Lansdon Flooring is hired by a contractor on larger jobs. In these instances it regularly hires 1 to 2 temporary workers and only invoices for the labor and nominal material. Lansdon Flooring may quote a large job for the contractor for $1,500 and increasing up to $5,000 per job.

16. Lansdon Flooring's bank statements do not match the profit and loss statements I created. Specifically, for the May through Dec 2010 period, Landson Flooring's profit and loss statements do not account for its purchase of the flooring materials and subsequent reimbursement from its customer. Lansdon Flooring did not profit from its purchase of materials

6

at a discount. It provided the discount to the customer to get the job. In doing so, the variance of $24,954.93 was primarily materials/labor costs (variable costs) and a slight timing difference. In 2010, Lansdon Flooring primarily performed private customer jobs.

17.     Because the DHECC claim was calculated based on variable lost profits (sales less costs/labor), the claim awarded to Lansdon Flooring was correct. The cost of materials was treated as "in and out transactions" that yield the same variable net profit.

18.     The variance of $7,718.12 for 2008 was primarily for subcontract work completed for Lonnie King Construction. These monies were not deposited into the business account and were paid to Mr. Lansdon personally rather than Lansdon Flooring, LLC. Mr. Lansdon would typically cash these payments in order to pay his workers. Also, the variance also takes into consideration private jobs that were paid in cash.

19.     The variance of $4,782.29 for 2009 was caused by a combination of the above: passed-through materials costs, cash jobs, and payments not deposited into the bank accounts.

20.     Mr. Lansdon also made personal loans to the business in order to help pay for business expenses.

21.     Lansdon Flooring's claim was appropriately calculated based on variable lost profits – sales less cost of materials and labor.

22.     In response to the DHECC's motion, I revisited Lansdon Flooring's records and prepared the reconciliations attached to this affidavit as **Composite Exhibit 3**. These reconciliations demonstrate the accuracy of the profit and loss statements I created for Lansdon Flooring.

Additional Items

23.     The DHECC accused me of being uncooperative with the investigation. That is not true. A DHECC's investigator appeared at my office for an unscheduled visit to "interview" me. Despite being embarrassed at this interruption during a meeting with one of my clients, I did cooperate with coordinating an interview and submitted to same.

24.     My accounting practice is based nearly exclusively on business clients that I work with closely throughout the year. The three claimants that are identified by the DHECC in its Motion for Repayment are former clients of my father. My relationship with them has been historically limited to assisting them prepare and file their annual tax returns.

25.     I do not maintain documentation concerning the claimants' annual tax returns. After completing and filing the returns, I return their documentation. Similarly, once I prepared the profit and loss statements for these claimants I generally returned the documents to the claimants. Each client provided me with documentation, including contemporary source documents, to create the profit and loss statements. I did not retain all source documentation provided by the claimants and returned much of their information. I provided the GCCF and the DHECC with documents that were required and with additional documents specifically requested during the claims process.

26.     When the DHECC lawyers requested the bank statements used to create the profit and loss statements, I advised them that my server had been hacked by a well known ransomware Trojan virus called "Crypto-Locker" that encrypted all files on my server. All of my files were held hostage until I paid the criminals a ransom of $800. The person I use for technology needs, Son Truong, lives in Pensacola and can verify this occurred and the impact it had on my practice. It took over 4 weeks to retrieve my files.

27.     Additionally, some of the bank records the DHECC lawyers were requesting me to produce had been uploaded with the claim documents as part of the BEL claim.

28.     I also informed the DHECC representatives that I experienced the awful personal event of a near death drowning of a relative's child at my home.  This occurred shortly after my wife and I also had a new baby.  Additionally, my wife was suffering from postpartum depression.  In short, the timeframe that the DHECC lawyers were contacting me and requesting information was one of great personal turmoil in my life.

29.     I in no way intended to be difficult with the DHECC's lawyers or in their investigation.  I worked on over one hundred oil spill claims and committed no wrongdoing in any of them.  These three claimants all share the common fact that they did not prepare profit and loss statements concurrently with their business operations.  I utilized the best information available to me to create accurate profit and loss statements.  The fact that the profit and loss statements do not match to the analysis performed by the DHECC in no way proves that I committed fraud.  I did not commit fraud nor would I ever jeopardize my family, career or reputation.  The DHECC's analysis fails to take into the account the information available to me on the true operations of the businesses of these three claimants.

_____
RAYMOND G. FLORES

The foregoing instrument was sworn and subscribed before me this **3rd** day of **November**, 2016 by RAYMOND G. FLORES, who is (X) personally known to me or ( ) has produced _____ as identification.

_____
Notary Public (Signature)

[SEAL]

**SUMIKO K. EVANS**
Printed Name
My Commission Expires: OCT 7, 2020
Commission No.: GG 023121

SUMIKO KATAOKA EVANS
Notary Public - State of Florida
Commission # GG 023121
My Comm. Expires Oct 7, 2020
Bonded through National Notary Assn.

## TIN TINS ORIENTAL FOOD & IMPORT
## Deposit Reconciliation
### May through December 2010

| | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | |
|   **Income** | | | | | | | | | |
|     **Flores P&L Income** | | | | | | | | | |
|       Store Sales | 6,600.49 | 6,850.41 | 5,529.22 | 5,238.66 | 5,139.31 | 2,335.87 | 2,612.70 | 2,307.97 | 36,614.63 |
|       Festival Sales | 14,870.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,870.00 |
|     **Total Flores P&L Income** | 21,470.49 | 6,850.41 | 5,529.22 | 5,238.66 | 5,139.31 | 2,335.87 | 2,612.70 | 2,307.97 | 51,484.63 |
|     **In & Out Deposits** | | | | | | | | | |
|       Airline Tickets Escrow | 11,212.80 | 3,816.50 | 9,105.67 | 6,934.68 | 13,767.41 | 2,890.15 | 9,933.99 | 20,799.64 | 78,460.84 |
|       Money Orders | 623.16 | 108.59 | 1,174.30 | 0.00 | 585.64 | 1,317.55 | 0.00 | 5,645.22 | 9,454.46 |
|       Other Personal Loans | 700.00 | 1,450.00 | 1,040.00 | 600.00 | 1,350.00 | 3,800.00 | 800.00 | 2,370.00 | 12,110.00 |
|       Personal Funding | 1,978.00 | 11,700.00 | 6,800.00 | 8,490.00 | 8,610.00 | 24,997.11 | 18,770.00 | 9,800.00 | 91,145.11 |
|       Return Chk Deposits | 1,103.69 | 4,091.50 | 4,973.37 | 2,000.00 | 0.00 | 3,023.06 | 0.00 | 0.00 | 15,191.62 |
|       Transfers | 1,160.00 | 0.00 | 0.00 | 450.00 | 4,500.00 | 400.00 | 450.00 | 0.00 | 6,960.00 |
|     **Total In & Out Deposits** | 16,777.65 | 21,166.59 | 23,093.34 | 18,474.68 | 28,813.05 | 36,427.87 | 29,953.99 | 38,614.86 | 213,322.03 |
|   **Total Income** | 38,248.14 | 28,017.00 | 28,622.56 | 23,713.34 | 33,952.36 | 38,763.74 | 32,566.69 | 40,922.83 | 264,806.66 |
| **Gross Profit** | 38,248.14 | 28,017.00 | 28,622.56 | 23,713.34 | 33,952.36 | 38,763.74 | 32,566.69 | 40,922.83 | 264,806.66 |
| **Net Ordinary Income** | 38,248.14 | 28,017.00 | 28,622.56 | 23,713.34 | 33,952.36 | 38,763.74 | 32,566.69 | 40,922.83 | 264,806.66 |
| **Net Income** | **38,248.14** | **28,017.00** | **28,622.56** | **23,713.34** | **33,952.36** | **38,763.74** | **32,566.69** | **40,922.83** | **264,806.66** |

# TIN TINS ORIENTAL FOOD & IMPORT
## Deposit Reconciliation
### May through December 2009

|  | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | | |
| **Income** | | | | | | | | | |
| **Flores P&L Income** | | | | | | | | | |
| Store Sales | 7,070.92 | 5,520.86 | 7,059.39 | 6,155.25 | 5,525.21 | 3,889.25 | 3,221.61 | 4,709.25 | 43,151.74 |
| Festival Sales | 23,550.00 | 25,655.00 | 21,670.00 | 20,070.00 | 18,640.00 | 18,820.00 | 18,375.00 | 14,300.00 | 161,080.00 |
| **Total Flores P&L Income** | 30,620.92 | 31,175.86 | 28,729.39 | 26,225.25 | 24,165.21 | 22,709.25 | 21,596.61 | 19,009.25 | 204,231.74 |
| **In & Out Deposits** | | | | | | | | | |
| Airline Tickets Escrow | 1,390.30 | 7,417.16 | 1,436.68 | 3,259.55 | 5,352.52 | 3,345.57 | 7,318.61 | 2,799.35 | 32,319.74 |
| Money Orders | 648.87 | 656.13 | 466.00 | 1,129.24 | 3,240.12 | 856.54 | 1,876.69 | 2,889.17 | 11,762.76 |
| Other Personal Loans | 0.00 | 450.00 | 100.00 | 0.00 | 0.00 | 700.00 | 550.00 | 1,150.00 | 2,950.00 |
| Personal Funding | 8,548.07 | 10,660.00 | 15,620.00 | 7,050.00 | 8,414.00 | 21,470.00 | 19,610.00 | 6,100.00 | 97,472.07 |
| Return Chk Deposits | 1,050.00 | 1,150.00 | 5,880.68 | 7,238.00 | 1,424.45 | 0.00 | 0.00 | 6,474.50 | 23,217.63 |
| Transfers | 0.00 | 2,800.00 | 0.00 | 0.00 | 0.00 | 180.00 | 400.00 | 1,152.00 | 4,532.00 |
| **Total In & Out Deposits** | 11,637.24 | 23,133.29 | 23,503.36 | 18,676.79 | 18,431.09 | 26,552.11 | 29,755.30 | 20,565.02 | 172,254.20 |
| **Total Income** | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |
| **Gross Profit** | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |
| **Net Ordinary Income** | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |
| **Net Income** | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |

| | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|
| 1 | 585.50 | 69.80 | 468.00 | | 35.00 | 287.00 | 100.50 | 485.30 |
| 2 | 514.20 | 267.30 | 782.00 | 1,165.00 | 240.50 | 735.00 | 33.00 | 232.80 |
| 3 | | 227.10 | 430.00 | 265.00 | 464.00 | 458.50 | 285.60 | 304.00 |
| 4 | 244.30 | 909.80 | | 150.00 | 182.00 | 147.00 | 645.50 | 532.10 |
| 5 | 437.00 | 196.00 | | 327.00 | 72.00 | 263.30 | 365.50 | |
| 6 | 400.10 | | 213.50 | 438.00 | 274.90 | 310.00 | 449.50 | 275.00 |
| 7 | 475.10 | 185.00 | 105.00 | 401.00 | | 465.00 | | 285.90 |
| 8 | 370.00 | 645.00 | 44.10 | | | 60.00 | 293.80 | 813.00 |
| 9 | | 125.00 | 465.30 | 62.00 | 166.80 | 46.30 | 137.00 | 353.60 |
| 10 | 327.00 | 642.80 | 160.50 | 59.00 | 498.80 | 365.00 | 21.60 | 237.00 |
| 11 | 210.00 | 1,049.30 | | 60.00 | 235.60 | | 272.00 | 260.50 |
| 12 | 233.00 | 695.00 | 112.00 | 750.10 | | 132.60 | 594.50 | |
| 13 | 549.00 | 379.50 | 264.60 | 257.50 | | | 479.50 | 183.30 |
| 14 | 473.50 | | 45.00 | 708.10 | 125.00 | 130.00 | | 501.30 |
| 15 | 234.50 | 518.48 | 329.80 | | 333.70 | 77.00 | 46.50 | 357.70 |
| 16 | 234.50 | 742.00 | 462.50 | 235.50 | 69.30 | 455.30 | 82.80 | 268.80 |
| 17 | 27.00 | 685.00 | 89.80 | 224.10 | 403.60 | 252.00 | 172.00 | 315.50 |
| 18 | 80.00 | 793.00 | | 32.40 | 694.70 | | 220.30 | 89.80 |
| 19 | 570.00 | 495.00 | 112.00 | 590.80 | | 439.30 | 131.24 | |
| 20 | 160.60 | | 171.50 | 586.10 | 30.80 | 170.80 | | 197.80 |
| 21 | 234.00 | 324.10 | 372.00 | 730.90 | 210.00 | 317.50 | 233.66 | 225.60 |
| 22 | 705.00 | 717.30 | 110.00 | | 459.30 | 105.00 | 228.50 | 184.30 |
| 23 | | 589.00 | 239.25 | 114.30 | 580.30 | 115.00 | 172.80 | 106.00 |
| 24 | 185.80 | 393.10 | 363.75 | 440.00 | 348.00 | 205.00 | 500.30 | 574.00 |
| 25 | 122.00 | 668.30 | | 408.70 | 611.50 | | | 125.00 |
| 26 | 265.30 | 875.00 | 347.30 | 286.10 | | 181.60 | 386.00 | |
| 27 | | | 270.30 | 373.80 | 182.30 | 474.50 | 920.80 | 30.80 |
| 28 | 454.00 | 538.50 | 434.00 | 919.00 | 450.50 | 345.80 | | 432.80 |
| 29 | 663.00 | 172.80 | 418.80 | | 259.60 | 403.50 | 124.10 | 335.30 |
| 30 | 369.60 | 86.00 | 240.00 | 133.50 | 352.80 | | 114.00 | 90.50 |
| 31 | | | 411.00 | 287.10 | | | | 420.30 |
| Total | 9,124.00 | 12,989.18 | 7,462.00 | 10,005.00 | 7,281.00 | 6,942.00 | 7,011.00 | 8,218.00 |

2009 SCHEDULE BOOK RECONCILES TO PROFIT & LOSS STATEMENTS

|       | MAY      | JUNE     | JULY     | AUG      | SEP      | OCT      | NOV      | DEC      |
|-------|----------|----------|----------|----------|----------|----------|----------|----------|
| 1     | 30.00    |          |          |          | 35.00    | 320.00   |          | 157.00   |
| 2     | 95.00    | 60.00    | 235.00   |          | 305.00   | 150.00   |          |          |
| 3     | 25.00    | 45.00    | 240.00   |          | 400.00   |          | 230.00   | 525.00   |
| 4     | 95.00    | 110.00   | 230.00   | 125.00   | 95.00    |          | 510.00   | 375.00   |
| 5     | 105.00   | 88.00    |          | 150.00   |          | 300.00   | 331.00   | 355.00   |
| 6     | 295.00   | 50.00    |          | 165.00   |          | 280.00   | 270.00   |          |
| 7     | 140.00   | 90.00    |          | 475.00   |          | 120.00   |          | 230.00   |
| 8     | 100.00   | 135.00   | 305.00   |          | 75.00    | 460.00   |          | 90.00    |
| 9     |          | 107.00   | 80.00    |          | 200.00   | 272.00   | 145.00   | 150.00   |
| 10    | 305.00   | 175.00   | 290.00   | 175.00   | 205.00   |          | 42.00    | 125.00   |
| 11    | 255.00   | 105.00   |          | 230.00   | 285.00   |          |          | 150.00   |
| 12    |          | 175.00   | 260.00   | 400.00   |          | 150.00   | 230.00   |          |
| 13    | 210.00   |          | 90.00    | 210.00   |          | 205.00   | 405.00   |          |
| 14    | 90.00    | 45.00    | 135.00   | 239.00   | 340.00   | 305.00   |          | 190.00   |
| 15    |          | 270.00   | 265.00   | 142.00   | 250.00   | 210.00   |          | 210.00   |
| 16    | 120.00   | 84.00    | 145.00   | 160.00   | 10.00    | 310.00   | 239.00   | 177.00   |
| 17    |          | 140.00   | 215.00   |          | 247.00   |          | 260.00   | 210.00   |
| 18    | 15.00    | 225.00   |          |          | 220.00   |          | 410.00   | 325.00   |
| 19    | 15.00    |          |          | 105.00   |          | 210.00   | 235.00   |          |
| 20    | 120.00   | 90.00    | 225.00   | 115.00   |          | 175.00   | 740.00   |          |
| 21    |          | 210.00   | 155.00   | 125.00   | 75.00    | 245.00   | 920.00   | 215.00   |
| 22    | 15.00    | 165.00   | 370.00   |          | 125.00   | 375.00   |          | 205.00   |
| 23    |          | 185.00   | 525.00   |          | 90.00    | 205.00   |          | 520.00   |
| 24    | 20.00    | 440.00   | 170.00   | 125.00   | 50.00    |          | 960.00   |          |
| 25    |          | 225.00   |          | 107.00   | 80.00    |          |          |          |
| 26    | 30.00    | 98.00    |          | 85.00    |          | 50.00    |          |          |
| 27    | 10.00    |          | 145.00   | 85.00    |          | 150.00   | 15.00    |          |
| 28    | 11.00    |          | 140.00   | 124.00   | 60.00    | 165.00   |          |          |
| 29    |          |          | 150.00   |          | 40.00    | 255.00   |          |          |
| 30    |          |          | 75.00    |          | 207.00   |          | 112.00   | 57.00    |
| 31    |          |          | 28.00    |          |          |          |          | 113.00   |
| Total | 2,101.00 | 3,317.00 | 4,473.00 | 3,342.00 | 3,394.00 | 4,912.00 | 6,054.00 | 4,379.00 |

2010 SCHEDULE BOOK RECONCILES TO PROFIT & LOSS STATEMENTS

# LANSDON FLOORING, L.L.C.
## Deposit Reconciliation
### May through December 2008

|  | May 08 | Jun 08 | Jul 08 | Aug 08 | Sep 08 | Oct 08 | Nov 08 | Dec 08 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | | |
|   **Income** | | | | | | | | | |
|     **SALES Deposited** | 3,013.82 | 2,718.80 | 3,164.96 | 3,630.50 | 3,857.62 | 2,562.99 | 0.00 | 0.00 | 18,948.69 |
|     **SALES Not Deposited** | 2,660.00 | 2,885.00 | 1,875.00 | 1,325.00 | 0.00 | 0.00 | 891.40 | 187.60 | 9,824.00 |
|     **Materials Purchases/Labor** | 0.00 | 0.00 | 0.00 | 0.00 | 1,967.28 | 742.01 | 0.00 | 0.00 | 2,709.29 |
|   **Total Income** | 5,673.82 | 5,603.80 | 5,039.96 | 4,955.50 | 5,824.90 | 3,305.00 | 891.40 | 187.60 | 31,481.98 |
|   **Gross Profit** | 5,673.82 | 5,603.80 | 5,039.96 | 4,955.50 | 5,824.90 | 3,305.00 | 891.40 | 187.60 | 31,481.98 |
|   **Net Ordinary Income** | 5,673.82 | 5,603.80 | 5,039.96 | 4,955.50 | 5,824.90 | 3,305.00 | 891.40 | 187.60 | 31,481.98 |
| **Net Income** | **5,673.82** | **5,603.80** | **5,039.96** | **4,955.50** | **5,824.90** | **3,305.00** | **891.40** | **187.60** | **31,481.98** |

# LANSDON FLOORING, L.L.C.
## Deposit Reconciliation
### May through December 2009

|  | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | | |
| **Income** | | | | | | | | | |
| SALES Deposited | 4,206.15 | 3,620.65 | 930.29 | 2,420.25 | 1,638.59 | 1,321.64 | 3,167.62 | 117.00 | 17,422.19 |
| SALES Not Deposited | 574.63 | 393.91 | 4,263.46 | 1,130.11 | 0.00 | 0.00 | 0.00 | 0.00 | 6,362.11 |
| Bank Fee Refund | 0.00 | 0.00 | 0.00 | 92.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 |
| Materials Purchases/Labor | 0.00 | 0.00 | 0.00 | 0.00 | 88.78 | 2,911.00 | 1,004.98 | 4,125.00 | 8,129.76 |
| **Total Income** | 4,780.78 | 4,014.56 | 5,193.75 | 3,642.36 | 1,727.37 | 4,232.64 | 4,172.60 | 4,242.00 | 32,006.06 |
| **Gross Profit** | 4,780.78 | 4,014.56 | 5,193.75 | 3,642.36 | 1,727.37 | 4,232.64 | 4,172.60 | 4,242.00 | 32,006.06 |
| **Net Ordinary Income** | 4,780.78 | 4,014.56 | 5,193.75 | 3,642.36 | 1,727.37 | 4,232.64 | 4,172.60 | 4,242.00 | 32,006.06 |
| **Net Income** | **4,780.78** | **4,014.56** | **5,193.75** | **3,642.36** | **1,727.37** | **4,232.64** | **4,172.60** | **4,242.00** | **32,006.06** |

# LANSDON FLOORING, L.L.C.
## Deposit Reconciliation
### May through December 2010

|  | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | | |
|   **Income** | | | | | | | | | |
|     SALES Deposited | 875.50 | 1,351.40 | 950.00 | 1,100.00 | 0.00 | 914.00 | 200.00 | 200.00 | 5,590.90 |
|     Materials Purchases/Labor | 1,186.00 | 2,150.70 | 4,742.40 | 900.00 | 0.00 | 3,071.00 | 2,325.32 | 10,557.41 | 24,932.83 |
|   **Total Income** | 2,061.50 | 3,502.10 | 5,692.40 | 2,000.00 | 0.00 | 3,985.00 | 2,525.32 | 10,757.41 | 30,523.73 |
| **Gross Profit** | 2,061.50 | 3,502.10 | 5,692.40 | 2,000.00 | 0.00 | 3,985.00 | 2,525.32 | 10,757.41 | 30,523.73 |
| **Net Ordinary Income** | 2,061.50 | 3,502.10 | 5,692.40 | 2,000.00 | 0.00 | 3,985.00 | 2,525.32 | 10,757.41 | 30,523.73 |
| **Net Income** | **2,061.50** | **3,502.10** | **5,692.40** | **2,000.00** | **0.00** | **3,985.00** | **2,525.32** | **10,757.41** | **30,523.73** |