IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| No. 12-970 | * | MAG. JUDGE WILKINSON |

## AFFIDAVIT OF HERMINIA MEDINA

STATE OF FLORIDA

COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority, personally appeared Herminia Medina, who, after being first duly sworn, deposes and says:

1.     My name is Herminia Medina.   I am over the age of 18 and provide the information contained in this affidavit from my own personal knowledge.

2.     I am the sole proprietor of Tin Tin's Oriental Food & Imports ("Tin Tin's") that is located at 4922 West Fairfield Drive, Pensacola, Florida 32506.

3.     Tin Tin's operates a small oriental food store and is a vendor at seafood festivals and special events.   The company uses the cash basis method of accounting.   Tin Tin's does not have a regular accountant, but employs Flores, Flores, and Garg, P.A. to prepare its annual tax returns.   I personally handle the accounting for Tin Tin's through the year except for preparation of year-end taxes.

4.     Tin Tin's employed Ray Flores, CPA, to assist with preparing an oil spill claim due to the significant impact the oil spill had on Tin Tin's business, especially its business as a seafood festival and special events vendor.   Mr. Flores assisted when Tin Tin's was filing a claim

with the Gulf Coast Claims Facility; however, the claim was transferred to Ben Golden of HSG Accounting shortly after the Deepwater Horizon Claims Center began operating.

5.      Tin Tin's does not and never has maintained profit and loss statements contemporaneous with its operations.  Mr. Flores prepared profit and loss statements for Tin Tin's to file for its oil spill claim in response to a request by the Gulf Coast Claims Facility.  In order for Mr. Flores to create the profit and loss statements for Tin Tin's I provided him with bank records and other financial information, including applications and permits for Tin Tin's seafood festival vendor business.  I also provided Mr. Flores with information concerning Tin Tin's business and finances during a personal meeting with him.

6.      Tin Tin's does not deposit all revenue into its bank account.  Tin Tin's regularly uses its cash to capitalize the business.

7.      Tin Tin's also assists its customers in booking airline tickets and in purchasing money orders.  These transactions are reflected on the bank statements as deposits.  However, the deposits are not a gross receipt of the company.  Rather, the vast majority of said deposits consist of monies provided by the customer to purchase the ticket or the money order and only a small fraction of said deposits are ultimately applicable toward gross receipts of the company.  The documents attached as **Composite Exhibit 1** are samples of airline tickets sold by Tin Tin's in 2009 and 2010.

8.      Tin Tin's suffered significant financial losses during the 2010 seafood festival season.  I provided Mr. Flores with documentation for each of the seafood festivals and events that Tin Tin's registered to participate in and provided him with a verbal account of the financial loss Tin Tin's suffered in each festival.  Because the seafood festivals and special events are nearly exclusively cash-based events and because I did not have documentation on the sales and

2

expenses for each festival, Mr. Flores advised me that he could not consider the losses from the festivals in 2010 for tax reporting purposes. He also advised me that he could not consider those losses when preparing the profit and loss statements to file with the Gulf Coast Claims Facility. The information I provided to Mr. Flores concerning the 2010 seafood festivals and events is attached as **Composite Exhibit 2**.

9.      I reviewed the profit and loss statements with Mr. Flores before they were filed with the Gulf Coast Claims Facility. The profit and loss statements were accurate and consistent with the information I provided to Mr. Flores. The profit and loss statements I reviewed are attached as **Composite Exhibit 3**.

10.     I have reviewed the Deposit Reconciliations for May through December 2009 and May through December 2010 that are attached as **Composite Exhibit 4** to this affidavit. The Deposit Reconciliations are a true and accurate reconciliation of Tin Tin's deposits for May through December 2009 and May through December 2010.

_____
HERMINIA MEDINA

     The foregoing instrument was sworn and subscribed before me this **3rd** day of __November__ 2016 by HERMINIA MEDINA, who is (X) personally known to me or ( ) has produced _____ as identification.

_____
Notary Public (Signature)

SUMIKO K EVANS
Printed Name
My Commission Expires: OCT 7, 2020
Commission No.: GG 023121

[SEAL]



SUMIKO KATAOKA EVANS
Notary Public - State of Florida
Commission # GG 023121
My Comm. Expires Oct 7, 2020
Bonded through National Notary Assn.

Composite Exhibit 1

| | |
|---|---|
| Subject: | PAYMENT REQUIREMENT TO FINALIZE THE RESERVATION Re: Reservation confirmation for SISON JOMER MR |
| From: | Reservations (reservations@mangotours.com) |
| To: | tintins13@yahoo.com; |
| Date: | Wednesday, December 29, 2010 9:14 PM |

Dear Ms. Medina,


Please be informed that for the security of the cardholder and the company, we are asking the card holder to submit the requirements below **within 24 hours**. This applies for all passengers who are using a credit/debit card as form of payment.

Kindly fax or email the requirements below;
1. Duly filled-out Credit Card Authorization form (see attached)
2. Clear copy of credit/debit card (front and back)
3. Clear copy of any government issued photo ID that show your signature (driver's license, passport, etc.)

Please send the duly accomplished form and requirements to mangotours@mangotours.com, or fax to 1-510-280-8065 to finalize the reservation otherwise the fare and confirmation will not be guaranteed.

Please also take note for the type of cards we are accepting;

American Express
Visa
MasterCard
Discover Card except for Philippine Airlines, China Airlines and Eva Air, Asiana Airlines

For any other concerns and inquiry you may call us at 1 866 2-MANILA.



 Thank you.


MANGOTOURS INC.
Reservation Office



On Wed, Dec 29, 2010 at 7:08 PM, <reservations@mangotours.com> wrote:

| **Your Trip Reservation** |
|---|
| **Booking Reservation number:73BTPS** |
| **Trip Status:**Confirm |
| *Your trip is confirmed and the reservation is guaranteed. |
| *We recommend you to make a note of the booking reservation number or print this page. |
| *An Email confirmation will be sent. |
| **Traveler Information** |
| 1.) Sison, Jomer MR(ADT)  Seat Request: Aisle |
| **Contact Information** |

**Email:** tintins13@yahoo.com
**Home Phone::** 8504585545
**Mobile Phone:** 8504585545
**Business Phone:** 8504585545

## Your Flight selection

### Departure                                          Flight Duration: 26 Hours 40 Minutes

From: Tampa Int'l. Airport (TPA) Terminal:      to: Detroit-Wayne      Airline:   Delta Air Lines
County Metropolitan Airport (DTW) Terminal: EM                         DL2192
Departs: Monday, January 10, 2011 08:30 AM                             Aircraft: McDonnell Douglas
Arrives: 11:18 AM                                                      MD88
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class:   U
Electronic Ticket

From: Detroit-Wayne County Metropolitan Airport (DTW)                  Airline:   Delta Air Lines
Terminal: EM    to:  Ninoy Aquino Int'l. Airport (MNL) Terminal:  I1   DL629
Departs: Monday, January 10, 2011 03:35 PM                             Aircraft: Boeing 747-400
Arrives: 12:10 AM +1 day(s)
Number of stop(s): 1
Technical Stop Detail :
Komaki Nagoya Departs:08:50 PM Arrives:07:05 PM

Fare Type: Economic Standard
Booking Class:  U
Electronic Ticket

### Return                                             Flight Duration: 23 Hours 01 Minutes

From: Ninoy Aquino Int'l. Airport (MNL) Terminal:  I1   to:  Narita    Airline:   Delta Air Lines
Airport (NRT) Terminal:  1                                             DL172
Departs: Thursday, January 27, 2011 08:05 AM                           Aircraft: Boeing 747-400
Arrives: 01:05 PM
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class:   U
Electronic Ticket

From: Narita Airport (NRT) Terminal:  1   to: Hartsfield Int'l. Airport  Airline:   Delta Air Lines
(ATL) Terminal:  S                                                    DL280
Departs: Thursday, January 27, 2011 03:25 PM                          Aircraft:
Arrives: 01:50 PM
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class:  U
Electronic Ticket

From: Hartsfield Int'l. Airport (ATL) Terminal:  S    to: Tampa Int'l.  Airline:   Delta Air Lines
Airport (TPA) Terminal:                                               DL067
Departs: Thursday, January 27, 2011 04:35 PM                          Aircraft: McDonnell Douglas
Arrives: 06:06 PM                                                     MD88
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class:  U
Electronic Ticket

## Flight Payment

1,086.00 USD    total to all travelers

1,086.00 USD to herminia card *************3872

**Flight Notes**

» Not all seat and meal options are offered on all flights.

» To ensure you get this fare, the reservation should be made now. This fare is not valid until ticketed. This
means that although this is the lowest available fare right now, this fare is not guaranteed until ticketed by your
travel agency.

» Specific rules and restrictions may apply to this fare.

» Taxes are included, except where local airport taxes are collected at check-in time.

» Indicates airline has confirmed your seat or meal request. if it has not been confirmed within 24 hours, you
may want to contact the airline directly.

Important

  We would like to inform you that your online booking request will not be processed due to account
verification failure. We are now using a new security system for verifying credit cards, and we regret to
inform you that we are receiving **"Failed Authentication"** response from your issuing bank. For the
security of the card holder and our company, you are to follow our standard procedure by submitting the
following documents within 24 hours. Please indicate the date before option if submitted earlier to be able
to finalize your online reservation.

  **Kindly fax or email the requirements below:**

» Duly filed-out Credit Card Authorization form (see attachment)

» Clear copy of credit/debit card (front and back)

» Clear copy of any government issued Identification Card (driver's license, passport, etc.)

Please send the duly accomplished form and requirements to reservations@mangotours.com, or fax at
1-510-280-8065 (telefax) and attention to the Ticketing Department.

## Reservation Office

Travel Consultant

Website Mangotours

**Mangotours Inc.**

870 Market Street, Suite 611 San Francisco, CA 94102

USA - United States

Telephone: 1-310-362-9379

Toll Free 1-866-262-6452

**For inquiries, you may contact us at** reservations@mangotours.com. **or call toll free no.: 1-866-
262-6452**

Thank you for choosing Mangotours Inc..

--
Reservation office
MANGO TOURS INC.
870 Market Street, Suite 611
San Francisco, CA 94102
Telephone No.: 1-310-362-9379
Toll Free No.: 1-866-262-6452
Fax No. 1-510- 280-8065
reservations@mangotours.com



-----
-----
www.blog.mangotours.com
(Your #1 source for travel news, fare specials and industry updates)

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you!

## Attachments

- MTI CCA FORM_1.pdf (131.03KB)

**Subject:**   Itinerary for Alvin Agato and E-ticket Number

**From:**   Meny Mendoza (tintins13@yahoo.com)

**To:**   lhei2x@yahoo.com;

**Date:**   Sunday, December 19, 2010 11:07 PM

Traveler:

ALVIN  INIGO  AGATO

E-ticket Number -  0068621392191

Trip Information

Friday, December 24, 2010
Delta Air Lines - Flight 5656                    Confirmed
Delta Air Lines Reservation Number: G9CYXJ Confirmed

| | | | | |
|---|---|---|---|---|
| | | | Flight Operated By: | COMPASS DBA DELTA CONNECTION |
| Depart: | Chicago O'Hare Int'l Arpt Chicago, IL, Chicago, IL, US (ORD) | 12:05 PM | Terminal: | 2 |
| | | | Fare Basis Code : | LHWS/736FN |
| Arrive: | Detroit Wayne County Arpt Detroit, MI, Detroit, MI, US (DTW) | 02:35 PM | Terminal: | EM |

Friday, December 24, 2010
Delta Air Lines - Flight 629                    Confirmed
Delta Air Lines Reservation Number: G9CYXJ Confirmed

| | | | | |
|---|---|---|---|---|
| Depart: | Detroit Wayne County Arpt Detroit, MI, Detroit, MI, US (DTW) | 03:30 PM | Terminal: | EM |

|         |                                                                  |           | Fare Basis Code : | LHWS/736FN |
|---------|------------------------------------------------------------------|-----------|-------------------|------------|
| Arrive: | Manila Ninoy Aquino Int'l Arpt<br>Manila, Manila, PH (MNL)       | 12:10 AM  | Terminal:         | I1         |

Sunday, January 9, 2011

Delta Air Lines - Flight 630                 Confirmed

Delta Air Lines Reservation Number: G9CYXJ Confirmed

|         |                                                                        |           | Fare Basis Code : | KHWS/763FN |
|---------|------------------------------------------------------------------------|-----------|-------------------|------------|
| Depart: | Manila Ninoy Aquino Int'l Arpt<br>Manila, Manila, PH (MNL)             | 06:15 AM  | Terminal:         | I1         |
| Arrive: | Detroit Wayne County Arpt<br>Detroit, MI, Detroit, MI, US<br>(DTW)     | 10:40 AM  | Terminal:         | EM         |

Sunday, January 9, 2011

Delta Air Lines - Flight 2567               Confirmed

Delta Air Lines Reservation Number: G9CYXJ Confirmed

|         |                                                                        |           | Fare Basis Code : | KHWS/763FN |
|---------|------------------------------------------------------------------------|-----------|-------------------|------------|
| Depart: | Detroit Wayne County Arpt<br>Detroit, MI, Detroit, MI, US<br>(DTW)     | 05:25 PM  | Terminal:         | EM         |
| Arrive: | Chicago O'Hare Int'l Arpt<br>Chicago, IL, Chicago, IL, US<br>(ORD)     | 05:55 PM  | Terminal:         | 2          |

Passenger Notice

1. Positive Identification required at Check-In
2. The Electronic Ticket Record will not reflect flight reservation changes, schedule changes, or cancellations made after the electronic ticket was issued

| | |
|---|---|
| **Subject:** | BARANGAN ITINERARY |
| **From:** | Robert Schmidt (bobleonor3@bellsouth.net) |
| **To:** | tintins13@yahoo.com; |
| **Date:** | Friday, December 17, 2010 7:46 PM |

Travelers:

VIRGILIO C.  BARANGAN
LAURA M. BARANGAN

E-ticket Number -  1808621392630-631
E-ticket Number -  1808621392632-633

Ticket Issue
Date:    Friday, December 17, 2010          Trip Locator:          3BPU5M

Trip Information

Friday, January 14, 2011
Delta Air Lines - Flight 1234          Confirmed
Delta Air Lines Reservation Number: G94D74 Confirmed
Depart:    Pensacola Regional Arpt          06:30 AM
           Pensacola, FL, Pensacola, FL,
           US (PNS)

| | | |
|---|---|---|
| | *Baggage Allowance: | 2PC |
| | Fare Basis Code : | QLAWEE |
| Arrive:    Atlanta Hartsfield-Jackson Arpt  08:53 AM | Terminal: | S |
| Atlanta, GA, Atlanta, GA, US (ATL) | | |

Not Valid for Travel - Before Friday, January 14/After Friday, January 14

Friday, January 14, 2011
Korean Air - Flight 36          Confirmed
Korean Air Reservation Number: EP8U2L Confirmed

| Depart: | Atlanta Hartsfield-Jackson Arpt<br>Atlanta, GA, Atlanta, GA, US<br>(ATL) | 11:55 AM | Terminal: | N |
|---|---|---|---|---|
| | | | *Baggage<br>Allowance: | 2PC |
| | | | Fare Basis<br>Code : | QLAWEE |
| Arrive: | Seoul Incheon Intl Seoul,<br>Seoul, KR (ICN) | 05:00 PM | | |

Not Valid for Travel - Before Friday, January 14/After Friday, January 14

Saturday, January 15, 2011
Korean Air - Flight 631                     Confirmed
Korean Air Reservation Number: EP8U2L Confirmed

| Depart: | Seoul Incheon Intl Seoul,<br>Seoul, KR (ICN) | 07:55 PM | | |
|---|---|---|---|---|
| | | | *Baggage<br>Allowance: | 2PC |
| | | | Fare Basis<br>Code : | QLAWEE |
| Arrive: | Cebu Mactan Intl Arpt<br>Philippines Cebu, Cebu, PH<br>(CEB) | 11:40 PM | | |

Not Valid for Travel - Before Saturday, January 15/After Saturday, January 15

Tuesday, February 1, 2011
Korean Air - Flight 622                     Confirmed
Korean Air Reservation Number: EP8U2L Confirmed

| Depart: | Manila Ninoy Aquino Int'l Arpt<br>Manila, Manila, PH (MNL) | 12:25 PM | Terminal: | I1 |
|---|---|---|---|---|
| | | | *Baggage<br>Allowance: | 2PC |
| | | | Fare Basis<br>Code : | QLAWEE |
| Arrive: | Seoul Incheon Intl Seoul,<br>Seoul, KR (ICN) | 05:10 PM | | |

Not Valid for Travel - Before Tuesday, February 1/After Tuesday, February 1

Tuesday, February 1, 2011
Korean Air - Flight 33                     Confirmed
Korean Air Reservation Number: EP8U2L Confirmed
Depart:                                   07:15 PM

Seoul Incheon Intl Seoul,
Seoul, KR (ICN)

|  |  |
|---|---|
| *Baggage Allowance: | 2PC |
| Fare Basis Code : | QLAWEE |

Arrive: Atlanta Hartsfield-Jackson Arpt 06:40 PM    Terminal:  N
Atlanta, GA, Atlanta, GA, US
(ATL)

Not Valid for Travel - Before Tuesday, February 1/After Tuesday, February 1

---

Tuesday, February 1, 2011
Delta Air Lines - Flight 1435    Confirmed
Delta Air Lines Reservation Number: G94D74 Confirmed

Depart: Atlanta Hartsfield-Jackson Arpt 10:53 PM    Terminal:  S
Atlanta, GA, Atlanta, GA, US
(ATL)

|  |  |
|---|---|
| *Baggage Allowance: | 2PC |
| Fare Basis Code : | QLAWEE |

Arrive: Pensacola Regional Arpt    11:09 PM
Pensacola, FL, Pensacola, FL,
US (PNS)

Not Valid for Travel - Before Tuesday, February 1/After Tuesday, February 1

NOTE:

KOREAN AIRLINES  WILL NO LONGER BE ACCEPTED FOR ANY MEDICAL REASON
***

Form of payment
• **Credit Cards**
We  accepts MasterCard, VISA, Discover Card and American Express as a form of payment
for most major carrier agreements. Certain carriers may have some credit card restrictions
based on the type of fare being purchased.

Fee's & Penalties: Changes, Cancellations & Refunds:
Cancellations: $275 - $300 per passenger / Tickets are NON- REFUNDABLE.
:Carrier imposed penalties will vary by carrier and by destination. In addition to the airline
penalty, Agency reserves the right to charge a $100 service fee for any change, cancellation
made to any reservation that has been ticketed.

**Subject:**   Ara and Kelly's Itineraries

**From:**   Meny Mendoza (tintins13@yahoo.com)

**To:**   asa5144@psu.edu; lhei2x@yahoo.com;

**Date:**   Thursday, December 16, 2010 9:06 PM

Travelers:

ARA ISABEL AGATO
KELLY LORRAINE BYERS

E-ticket Number -  0068620842099
E-ticket Number -  0068620842100

Trip Locator:            M7IVXL

Trip Information

Sunday, December 19, 2010
Delta Air Lines - Flight 4302            Confirmed
Delta Air Lines Reservation Number: G9H5H2 Confirmed     Flight        PINNACLE DBA
                                                         Operated By:  DELTA
                                                                       CONNECTION

Depart:   Cleveland Hopkins Int'l Arpt    12:00 PM
          Cleveland, OH, Cleveland, OH,
          US (CLE)
                                                         Fare Basis   LPWS/795FN
                                                         Code :
Arrive:   Detroit Wayne County Arpt       01:03 PM       Terminal:    EM
          Detroit, MI, Detroit, MI, US
          (DTW)

---

Sunday, December 19, 2010
Delta Air Lines - Flight 629            Confirmed
Delta Air Lines Reservation Number: G9H5H2 Confirmed
Depart:                                   03:30 PM       Terminal:    EM

Detroit Wayne County Arpt
Detroit, MI, Detroit, MI, US
(DTW)

|  |  | Fare Basis Code : | LPWS/795FN |
|---|---|---|---|
| Arrive: | Manila Ninoy Aquino Int'l Arpt<br>Manila, Manila, PH (MNL) 12:10 AM | Terminal: | I1 |

---

Saturday, January 8, 2011
Delta Air Lines - Flight 630                    Confirmed
Delta Air Lines Reservation Number: G9H5H2 Confirmed

| Depart: | Manila Ninoy Aquino Int'l Arpt<br>Manila, Manila, PH (MNL) 06:15 AM | Terminal: | I1 |
|---|---|---|---|
|  |  | Fare Basis Code : | KPWS/795FN |
| Arrive: | Detroit Wayne County Arpt<br>Detroit, MI, Detroit, MI, US<br>(DTW) 10:40 AM | Terminal: | EM |

---

Saturday, January 8, 2011
Delta Air Lines - Flight 3664                   Confirmed
Delta Air Lines Reservation Number: G9H5H2 Confirmed

| Flight Operated By: | PINNACLE DBA DELTA CONNECTION |
|---|---|

| Depart: | Detroit Wayne County Arpt<br>Detroit, MI, Detroit, MI, US<br>(DTW) 05:15 PM | Terminal: | EM |
|---|---|---|---|
|  |  | Fare Basis Code : | KPWS/795FN |
| Arrive: | Cleveland Hopkins Int'l Arpt<br>Cleveland, OH, Cleveland, OH,<br>US (CLE) 06:28 PM |  |  |

**Subject:**   Alvin Inigo Agatos' Itinerary

**From:**   Meny Mendoza (tintins13@yahoo.com)

**To:**   lhei2x@yahoo.com;

**Date:**   Monday, December 13, 2010 10:58 AM


Itinerary
Travel Plans for ALVIN INIGO AGATO
 Reservation ID  22SR6U


Flight - Delta Air Lines                                          Friday, December 24, 2010

Confirmation Number:            G9CYXJ
Flight Number:                  DL5656
Class:                          COACH
Flight Operated By:  COMPASS DBA DELTA CONNECTION
Depart:                         Chicago O'Hare Int'l Arpt
                                Chicago, IL USA
                                Terminal 2
                                12:05 PM , Friday, December 24

Arrive:                         Detroit Wayne County Arpt
                                Detroit, MI USA
                                Terminal EM
                                02:35 PM , Friday, December 24

Seat:
Meal:                           None
Aircraft:                       E75
Stopovers:                      0
Mileage:                        240
Travel Time:                    1:30


Flight - Delta Air Lines                                          Friday, December 24, 2010

Confirmation Number:            G9CYXJ
Flight Number:                  DL0629
Class:                          COACH
Depart:                         Detroit Wayne County Arpt
                                Detroit, MI USA
                                Terminal EM
                                03:30 PM , Friday, December 24

Arrive:                         Manila Ninoy Aquino Int'l Arpt
                                Manila PH

Terminal I1
12:10 AM , Sunday, December 26

Seat:
Meal:                Dinner
Aircraft:            Boeing 747-400
Stopovers:           1
Mileage:             8253
Travel Time:         19:40

Flight - Delta Air Lines                                    Sunday, January 9, 2011

Confirmation Number:    G9CYXJ
Flight Number:          DL0172
Class:                  COACH
Depart:                 Manila Ninoy Aquino Int'l Arpt
                        Manila PH
                        Terminal I1
                        08:05 AM , Sunday, January 9

Arrive:                 New York John F. Kennedy Int'l Arpt
                        New York, NY USA
                        Terminal 4
                        02:00 PM , Sunday, January 9

Seat:
Meal:                   Breakfast
Aircraft:               Boeing 747-400
Stopovers:              1
Mileage:                8617
Travel Time:            18:55

Flight - Delta Air Lines                                    Sunday, January 9, 2011

Confirmation Number:    G9CYXJ
Flight Number:          DL3082
Class:                  COACH
Flight Operated By:  MESABA DBA DELTA CONNECTION
Depart:                 New York John F. Kennedy Int'l Arpt
                        New York, NY USA
                        Terminal 3
                        06:30 PM , Sunday, January 9

Arrive:                 Chicago O'Hare Int'l Arpt
                        Chicago, IL USA
                        Terminal 2
                        08:40 PM , Sunday, January 9

Seat:
Meal:                   Refreshment at cost
Aircraft:               CR9

Stopovers:                   0
Mileage:                     725
Travel Time:              3:10
*Your Itinerary has been changed*

**Subject:** Itinerary Cleveland to manila //$2380 tax inc.

**From:** Robert Schmidt (bobleonor3@bellsouth.net)

**To:** tintins13@yahoo.com;

**Date:** Monday, December 13, 2010 9:32 AM

Itinerary
Travel Plans for ARA ISABEL AGATO, KELLY LORRAINE BYERS
Reservation ID  M7IVXL

Flight - Delta Air Lines                                     Sunday, December 19, 2010

|  |  |
|---|---|
| Confirmation Number: | G9H5H2 |
| Flight Number: | DL6567 |
| Class: | COACH |
| Flight Operated By: | COMAIR DBA DELTA CONNECTION |
| Depart: | Cleveland Hopkins Int'l Arpt |
| | Cleveland, OH USA |
| | 01:28 PM , Sunday, December 19 |
| Arrive: | Detroit Wayne County Arpt |
| | Detroit, MI USA |
| | Terminal EM |
| | 02:35 PM , Sunday, December 19 |
| Seat: | |
| Meal: | |
| Aircraft: | Canadair Regional Jet |
| Stopovers: | 0 |
| Mileage: | 93 |
| Travel Time: | 1:07 |

Flight - Delta Air Lines                                     Sunday, December 19, 2010

|  |  |
|---|---|
| Confirmation Number: | G9H5H2 |
| Flight Number: | DL0629 |
| Class: | COACH |
| Depart: | Detroit Wayne County Arpt |
| | Detroit, MI USA |
| | Terminal EM |
| | 03:30 PM , Sunday, December 19 |
| Arrive: | Manila Ninoy Aquino Int'l Arpt |
| | Manila PH |

Terminal I1
12:10 AM , Tuesday, December 21

Seat:
Meal:                                           Dinner
Aircraft:                                       Boeing 747-400
Stopovers:                                      1
Mileage:                                        8253
Travel Time:                                    19:40

Flight - Delta Air Lines                                              Saturday, January 8, 2011

Confirmation Number:              G9H5H2
Flight Number:                    DL0630
Class:                            COACH
Depart:                           Manila Ninoy Aquino Int'l Arpt
                                  Manila PH
                                  Terminal I1
                                  06:15 AM , Saturday, January 8

Arrive:                           Detroit Wayne County Arpt
                                  Detroit, MI USA
                                  Terminal EM
                                  10:40 AM , Saturday, January 8

Seat:
Meal:                             Breakfast
Aircraft:                         Boeing 747-400
Stopovers:                        1
Mileage:                          8253
Travel Time:                      17:25

Flight - Delta Air Lines                                              Saturday, January 8, 2011

Confirmation Number:              G9H5H2
Flight Number:                    DL3664
Class:                            COACH
Flight Operated By:  PINNACLE DBA DELTA CONNECTION
Depart:                           Detroit Wayne County Arpt
                                  Detroit, MI USA
                                  Terminal EM
                                  05:15 PM , Saturday, January 8

Arrive:                           Cleveland Hopkins Int'l Arpt
                                  Cleveland, OH USA
                                  06:28 PM , Saturday, January 8

Seat:
Meal:
Aircraft:                         Canadair Regional Jet
Stopovers:                        0

Mileage:                          93
Travel Time:                    1:13

**Subject:** Re: lea lorraine lino

**From:** lea lino-agato (lhei2x@yahoo.com)

**To:** tintins13@yahoo.com;

**Date:** Friday, December 10, 2010 3:25 PM

Got mine and ivan"s salamat po!

Sent via BlackBerry by AT&T

**From:** Meny Mendoza <tintins13@yahoo.com>
**Date:** Thu, 9 Dec 2010 20:49:07 -0800 (PST)
**To:** <lhei2x@yahoo.com>
**Subject:** lea lorraine lino

### Manila 12/24/10

### Flight reservation

Orbitz Mobile: Serious Travel Power
View your trips, check flight
status and book travel on
your phone. Learn more.

Download the iPhone     iPhone Image

Download the Android app

Or go to m.orbitz.com.

| Airline record locator: | Delta Air Lines - GBJYNW |
| Ticket numbers: | 0068620746708-709 |

**Traveler(s)**          Frequent flier details
LEALORRAINE LINO

**Leave Friday, December 24, 2010**

**Delta Air Lines 2190** Economy | McDonnell Douglas MD-80 (M80) | 1hr 24min | 273 miles
Depart:   **7:30am   Pensacola, FL**  Pensacola Regional (PNS)
Arrive:   **9:54am   Atlanta, GA**  Atlanta Hartsfield-Jackson ATL (ATL)
Your flight is confirmed.

**Change planes. Time between flights: 2hr 51min**

**Delta Air Lines 1082** Economy | McDonnell Douglas MD-80 (M80) | 2hr 0min | 604 miles
Depart:   **12:45pm  Atlanta, GA**  Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   **2:45pm   Detroit, MI**  Detroit Wayne County (DTW)
Your flight is confirmed.

**Change planes. Time between flights: 0hr 45min**

**Delta Air Lines 629** Economy | Boeing 747-400 Passenger (744) | 13hr 35min | 6537 miles
Depart:   **3:30pm   Detroit, MI**  Detroit Wayne County (DTW)
Arrive:   **7:05pm   Nagoya, Japan**  Nagoya Chubu Centrair Intl (NGO)
Your flight is confirmed.
**No plane change. Time between flights: 1hr 45min**

**Delta Air Lines 629** Economy | Boeing 747-400 Passenger (744) | 4hr 20min | 1716 miles
Depart:   **8:50pm   Nagoya, Japan**  Nagoya Chubu Centrair Intl (NGO)
Arrive:   **12:10am  Manila, Philippines**  Manila Ninoy Aquino Intl (MNL)
Your flight is confirmed.
**This flight arrives two days later.**
Total duration: 26hr 40min | Total miles: 9130 miles

**Return Sunday, January 9, 2011**

**Delta Air Lines 630** Economy | Boeing 747-400 Passenger (744) | 3hr 30min | 1716 miles
Depart:   **6:15am   Manila, Philippines**  Manila Ninoy Aquino Intl (MNL)
Arrive:   **10:45am  Nagoya, Japan**  Nagoya Chubu Centrair Intl (NGO)
Your flight is confirmed.
**No plane change. Time between flights: 1hr 45min**

**Change planes. Time between flights: 1hr 25min**

**Delta Air Lines 630** Economy | Boeing 747-400 Passenger (744) | 12hr 10min | 6537 miles
Depart:   **12:30pm  Nagoya, Japan**  Nagoya Chubu Centrair Intl (NGO)
Arrive:   **10:40am  Detroit, MI**  Detroit Wayne County (DTW)
Your flight is confirmed.

**Change planes. Time between flights: 1hr 25min**

**Delta Air Lines 1026** Economy | McDonnell Douglas MD-80 (M80) | 2hr 12min | 604 miles
Depart:   **12:05pm  Detroit, MI**  Detroit Wayne County (DTW)
Arrive:   **2:17pm   Atlanta, GA**  Atlanta Hartsfield-Jackson ATL (ATL)
Seat: 27C | Your flight is confirmed.

**Change planes. Time between flights: 3hr 23min**

**Delta Air Lines 1236** Economy | McDonnell Douglas DC-9-50 Passenger (D95) | 1hr 20min | 273 miles
Depart:   **5:40pm   Atlanta, GA**  Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   **6:00pm   Pensacola, FL**  Pensacola Regional (PNS)
Seat: 21D | Your flight is confirmed.

**Subject:**   Fw: Romeo B. Torio and Rosalinda M. Torio's Itinerary

**From:**   Meny Mendoza (tintins13@yahoo.com)

**To:**   tintins13@yahoo.com;

**Date:**   Wednesday, December 8, 2010 3:44 PM

----- Forwarded Message ----
**From:** Meny Mendoza <tintins13@yahoo.com>
**To:** tintins13@yahoo.com
**Sent:** Wed, December 8, 2010 3:41:41 PM
**Subject:** Romeo B. Torio and Rosalinda M. Torio's Itinerary

## PASSENGER(S) NAME: ROMEO B. TORIO-9/7/44-PASSPORT 215283813 EXP. 9/5/16
##                             ROSALINDA M. TORIO- 7/19/51-PASSPORT 213234847 EXP.
**4/7/15**

Depart: Thursday, January 20, 2011 Total Travel Time:1d 02h 30m - 2 stops - Second Day Arrival

| | | | | |
|---|---|---|---|---|
| **Delta** Flight 302 | **Depart** | 6:35 PM **Jan 20** | Pensacola Rgnl (PNS), **Pensacola**, FL, USA | Flight Time: 01h 20m Miles Flown: 272 Aircraft: Douglas DC-9-50 Cabin: Economy |
| | Arrive | 8:55 PM **Jan 20** | Hartsfield - Jackson Atlanta Intl (ATL), **Atlanta**, GA, USA | |

Time between flights 03h 35m

| | | | | |
|---|---|---|---|---|
| **Korean Air** Flight 34 | **Depart** | 12:30 **Jan 21** | Hartsfield - Jackson Atlanta Intl (ATL), **Atlanta**, GA, USA | Flight Time: 15h 15m Miles Flown: 7152 Aircraft: Boeing 777-200 Cabin: Economy |
| | Arrive | 5:45 AM **Jan 22** | Inchon International Airport (ICN), **Inchon**, South Korea | |

Time between flights 02h 25m

| | | | | |
|---|---|---|---|---|
| **Korean Air** Flight 621 | **Depart** | 8:10 AM **Jan 22** | Inchon International Airport (ICN), **Inchon**, South Korea | Flight Time: 03h 55m Miles Flown: 1616 Aircraft: Boeing 777-300ER Cabin: Economy |
| | Arrive | 11:05 AM **Jan 22** | Ninoy Aquino Intl Airport (MNL), **Manila**, Philippines | |

Return: Monday, February 14, 2011 Total Travel Time:1d 01h 51m - 2 stops - Same Day Arrival

| | | | | |
|---|---|---|---|---|
| **Korean Air** Flight 624 | **Depart** | 12:30 AM **Feb 14** | Ninoy Aquino Intl Airport (MNL), **Manila**, Philippines | Flight Time: 03h 35m Miles Flown: 1616 Aircraft: Airbus A330-300 Cabin: Economy |
| | Arrive | 5:05 AM **Feb 14** | Inchon International Airport (ICN), **Inchon**, South Korea | |

Time between flights 05h 00m

| **Korean Air** Flight 35 | **Depart** | 10:05 AM **Feb 14** | Inchon International Airport (ICN), **Inchon**, South Korea | Flight Time: 13h 30m Miles Flown: 7152 Aircraft: Boeing 747-400 Cabin: Economy |
| | Arrive | 9:35 AM **Feb 14** | Hartsfield - Jackson Atlanta Intl (ATL), **Atlanta**, GA, USA | |

Time between flights 02h 30m

| **Delta** Flight 2130 | **Depart** | 12:05 PM **Feb 14** | Hartsfield - Jackson Atlanta Intl (ATL), **Atlanta**, GA, USA | Flight Time: 01h 16m Miles Flown: 272 Aircraft: Douglas MD-88 Cabin: Economy |
| | Arrive | 12:21 PM **Feb 14** | Pensacola Rgnl (PNS), **Pensacola**, FL, USA | |

**TOTAL: $1,387.00/EACH PASSENGER**
**GRAND TOTAL: $2,774.00 (TAXES INCLUDED)**
**\*SUBJECT TO CHANGE WITHOUT PRIOR NOTICE\***

| Subject: | [No Subject] |
|---|---|
| From: | Robert Schmidt (bobleonor3@bellsouth.net) |
| To: | tintins13@yahoo.com; |
| Date: | Wednesday, December 8, 2010 11:10 AM |

Itinerary
Travel Plans for JODY LEE WILSON, MAILENE M WILSON, JUSTIN WILSON, ZIALYN WILSON
Reservation ID  2VWGYS

Flight - Delta Air Lines                                          Monday, December 20, 2010

    Confirmation Number:        G8IRHJ
    Flight Number:              DL3815
    Class:                      COACH
    Flight Operated By:  PINNACLE DBA  DELTA CONNECTION
    Depart:                    Pensacola Regional Arpt
                               Pensacola, FL USA

                               06:00 AM , Monday, December 20

    Arrive:                    Memphis Int'l Arpt
                               Memphis, TN USA
                               07:30 AM , Monday, December 20
    Seat:                     Not Assigned
    Meal:                    None
    Aircraft:               Canadair Regional Jet
    Stopovers:            0
    Mileage:              357
    Travel Time:           1:30

Flight - Delta Air Lines                                          Monday, December 20, 2010

    Confirmation Number:        G8IRHJ
    Flight Number:              DL1562
    Class:                      COACH
    Depart:                    Memphis Int'l Arpt
                               Memphis, TN USA

                               10:00 AM , Monday, December 20

    Arrive:                    Detroit Wayne County Arpt
                               Detroit, MI USA
                               Terminal EM

|              |                                |
|--------------|--------------------------------|
|              | 12:57 PM , Monday, December 20 |
| Seat:        | Not Assigned                   |
| Meal:        | Refreshment at cost            |
| Aircraft:    | Airbus A319                    |
| Stopovers:   | 0                              |
| Mileage:     | 620                            |
| Travel Time: | 1:57                           |

Flight - Delta Air Lines                                Monday, December 20, 2010

| Confirmation Number: | G8IRHJ                          |
|----------------------|---------------------------------|
| Flight Number:       | DL0629                          |
| Class:               | COACH                           |
| Depart:              | Detroit Wayne County Arpt       |
|                      | Detroit, MI USA                 |
|                      | Terminal EM                     |
|                      | 03:30 PM , Monday, December 20  |
| Arrive:              | Manila Ninoy Aquino Int'l Arpt  |
|                      | Manila PH                       |
|                      | Terminal I1                     |
|                      | 12:10 AM , Wednesday, December 22 |
| Seat:                | Not Assigned                    |
| Meal:                | Dinner                          |
| Aircraft:            | Boeing 747-400                  |
| Stopovers:           | 1                               |
| Mileage:             | 8253                            |
| Travel Time:         | 19:40                           |

Flight - Delta Air Lines                                Saturday, January 8, 2011

| Confirmation Number: | G8IRHJ                          |
|----------------------|---------------------------------|
| Flight Number:       | DL0630                          |
| Class:               | COACH                           |
| Depart:              | Manila Ninoy Aquino Int'l Arpt  |
|                      | Manila PH                       |
|                      | Terminal I1                     |
|                      | 06:15 AM , Saturday, January 8  |
| Arrive:              | Detroit Wayne County Arpt       |
|                      | Detroit, MI USA                 |
|                      | Terminal EM                     |
|                      | 10:40 AM , Saturday, January 8  |
| Seat:                | Not Assigned                    |
| Meal:                | Breakfast                       |
| Aircraft:            | Boeing 747-400                  |
| Stopovers:           | 1                               |
| Mileage:             | 8253                            |

Travel Time:                        17:25

Flight - Delta Air Lines                                    Saturday, January 8, 2011

Confirmation Number:        G8IRHJ
Flight Number:               DL0349
Class:                       COACH
Depart:                      Detroit Wayne County Arpt
                             Detroit, MI USA
                             Terminal EM
                             12:00 PM , Saturday, January 8

Arrive:                      Memphis Int'l Arpt
                             Memphis, TN USA
                             01:19 PM , Saturday, January 8
Seat:                        Not Assigned
Meal:                        Refreshment at cost
Aircraft:                    D95
Stopovers:                   0
Mileage:                     620
Travel Time:                 2:19

Flight - Delta Air Lines                                    Saturday, January 8, 2011

Confirmation Number:        G8IRHJ
Flight Number:               DL3951
Class:                       COACH
Flight Operated By:  PINNACLE DBA DELTA CONNECTION
Depart:                      Memphis Int'l Arpt
                             Memphis, TN USA

                             07:35 PM , Saturday, January 8

Arrive:                      Pensacola Regional Arpt
                             Pensacola, FL USA
                             09:02 PM , Saturday, January 8
Seat:                        Not Assigned
Meal:                        None
Aircraft:                    Canadair Regional Jet
Stopovers:                   0
Mileage:                     357
Travel Time:                 1:27

**Subject:**  Reservation confirmation for AGATO ALEXIE IVAN MR

**From:**  reservations@mangotours.com (reservations@mangotours.com)

**To:**  tintins13@yahoo.com;

**Date:**  Monday, December 6, 2010 2:14 PM

## Your Trip Reservation

### Booking Reservation number: 2I37QZ
**Trip Status: Confirm**

*Your trip is confirmed and the reservation is guaranteed.
*We recommend you to make a note of the booking reservation number or print this page.
*An Email confirmation will be sent.

### Traveler Information

1.) Agato, Alexie Ivan MR(ADT)  Seat Request: Aisle

**Contact Information**
**Email:** tintins13@yahoo.com
**Home Phone::** 8504585545

## Your Flight selection

| Departure | Flight Duration: 26 Hours 40 Minutes |
|---|---|
| From: Pensacola Airport (PNS) Terminal:    to: Hartsfield Int'l. Airport (ATL) Terminal: S<br>Departs: Wednesday, December 15, 2010 07:30 AM<br>Arrives: 09:49 AM<br>Number of stop(s): 0 | Airline:  Delta Air Lines DL2190<br>Aircraft: McDonnell Douglas MD88 |
| Fare Type: Economic Standard<br>Booking Class:  L<br>Electronic Ticket | |
| From: Hartsfield Int'l. Airport (ATL) Terminal:  S   to: Detroit-Wayne County Metropolitan Airport (DTW) Terminal:  EM<br>Departs: Wednesday, December 15, 2010 10:55 AM<br>Arrives: 01:00 PM<br>Number of stop(s): 0 | Airline:  Delta Air Lines DL027<br>Aircraft: Boeing 777 |
| Fare Type: Economic Standard<br>Booking Class:  L<br>Electronic Ticket | |
| From: Detroit-Wayne County Metropolitan Airport (DTW) Terminal:  EM   to: Ninoy Aquino Int'l. Airport (MNL) Terminal:  I1<br>Departs: Wednesday, December 15, 2010 03:30 PM<br>Arrives: 12:10 AM +1 day(s)<br>Number of stop(s):  1<br>Technical Stop Detail :<br>Komaki Nagoya Departs:08:50 PM Arrives:07:05 PM | Airline:  Delta Air Lines DL629<br>Aircraft: Boeing 747-400 |
| Fare Type: Economic Standard<br>Booking Class:  L<br>Electronic Ticket | |

**Return**                                              **Flight Duration: 25 Hours 45 Minutes**

From: Ninoy Aquino Int'l. Airport (MNL) Terminal: I1   to: Detroit-     Airline:  Delta Air Lines
Wayne County Metropolitan Airport (DTW) Terminal: EM              DL630
Departs: Sunday, January 09, 2011 06:15 AM                        Aircraft: Boeing 747-400
Arrives: 10:40 AM
Number of stop(s): 1
Technical Stop Detail :
Komaki Nagoya Departs:12:30 PM Arrives:10:45 AM

Fare Type: Economic Standard
Booking Class:  L
Electronic Ticket

From: Detroit-Wayne County Metropolitan Airport (DTW)            Airline:  Delta Air Lines
Terminal: EM    to: Hartsfield Int'l. Airport (ATL) Terminal:  S   DL1026
Departs: Sunday, January 09, 2011 12:05 PM                        Aircraft: McDonnell Douglas
Arrives: 02:17 PM                                                 MD88
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class:  L
Electronic Ticket

From: Hartsfield Int'l. Airport (ATL) Terminal:  S   to: Pensacola   Airline:  Delta Air Lines
Airport (PNS) Terminal:                                          DL1236
Departs: Sunday, January 09, 2011 05:40 PM                        Aircraft: Douglas DC-9-50
Arrives: 06:00 PM
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class:  L
Electronic Ticket

## Flight Payment

1,988.00 USD    total to all travelers

**1,988.00 USD to herminia card ************3872**

## Flight Notes

» Not all seat and meal options are offered on all flights.

» To ensure you get this fare, the reservation should be made now. This fare is not valid until ticketed. This
means that although this is the lowest available fare right now, this fare is not guaranteed until ticketed by your
travel agency.

» Specific rules and restrictions may apply to this fare.

» Taxes are included, except where local airport taxes are collected at check-in time.

» Indicates airline has confirmed your seat or meal request. if it has not been confirmed within 24 hours, you
may want to contact the airline directly.

## Important

  We would like to inform you that your online booking request will not be processed due to account
verification failure. We are now using a new security system for verifying credit cards, and we regret to
inform you that we are receiving **"Failed Authentication"** response from your issuing bank. For the

| Subject: | jose biag and theresa's itinerary |
|---|---|
| From: | Meny Mendoza (tintins13@yahoo.com) |
| To: | tintins13@yahoo.com; |
| Date: | Tuesday, November 9, 2010 12:28 PM |

Airline record locator: Delta Air Lines - G4K62B
Ticket numbers: 0068618893564-567

| *Traveler(s) | *Gender | *Date of Birth | Frequent flier details |
|---|---|---|---|
| JOSE BIAG | M | 10/15/1936 | |
| MARIATHERESA BIAG | F | 12/19/1968 | |

*Each traveler's information must match their government issued photo ID.

Access change traveler information to update gender and/or date of birth.

## Leave Wednesday, November 17, 2010

Delta Air Lines 2190 Economy | McDonnell Douglas MD-80 (M80) | 1hr 15min | 273 miles

| Depart: | 7:34am | **Pensacola, FL** Pensacola Regional (PNS) |
|---|---|---|
| Arrive: | 9:49am | **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL) |

Seats: 29D, 29E
Your flight is confirmed. Seats are confirmed. You may | View/change seats |

**Change planes.** Time between flights: **1hr 11min**

Delta Air Lines 281 Economy | Boeing 767-200LR (77L) | 14hr 55min | 6853 miles

| Depart: | 11:00am | **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL) |
|---|---|---|
| Arrive: | 3:55pm | **Tokyo, Japan** Tokyo Narita (NRT) |

Seats: 49H, 50H
Your flight is confirmed. Seats are confirmed. You may | View/change seats |

**Change planes.** Time between flights: **2hr 20min**

Delta Air Lines 173 Economy | Boeing 747-400 Passenger (744) | 5hr 0min | 1880 miles

Depart:    **6:15pm**       **Tokyo, Japan** Tokyo Narita (NRT)

Arrive:    **10:15pm**      **Manila, Philippines** Manila Ninoy Aquino Intl (MNL)

Your flight is confirmed. The airline will assign seats at check-in or you may <u>View/change seats</u> |

**This is an overnight flight.**

Total duration: 24hr 41min | Total miles: 9006 miles

## Return Tuesday, January 25, 2011

Delta Air Lines 630 Economy | Boeing 747-400 Passenger (744) | 3hr 30min | 1716 miles

Depart:    **6:00am**       **Manila, Philippines** Manila Ninoy Aquino Intl (MNL)

Arrive:    **10:30am**      **Nagoya, Japan** Nagoya Chubu Centrair Int'l (NGO)

Seats: 43D, 43E
Your flight is confirmed. Seats are confirmed. You may | <u>View/change seats</u> |

**No plane change.** Time between flights: **1hr 45min**

**Change planes.** Time between flights: **1hr 35min**

Delta Air Lines 630 Economy | Boeing 747-400 Passenger (744) | 12hr 10min | 6537 miles

Depart:    **12:15pm**      **Nagoya, Japan** Nagoya Chubu Centrair Int'l (NGO)

Arrive:    **10:25am**      **Detroit, MI** <u>Detroit Wayne County (DTW)</u>

Seats: 43D, 43E
Your flight is confirmed. Seats are confirmed. You may | <u>View/change seats</u> |

**Change planes.** Time between flights: **1hr 35min**

Delta Air Lines 349 Economy | McDonnell Douglas DC-9-50 Passenger (D95) | Snack Breakfast | 2hr 19min | 620 miles

Depart:    **12:00pm**      **Detroit, MI** <u>Detroit Wayne County (DTW)</u>

Arrive:      **1:19pm**        **Memphis, TN** Memphis International (MEM)

Seats: 10B, 10A
Your flight is confirmed. Seats are confirmed. You may | View/change seats |

**Change planes.** Time between flights: **1hr 11min**

Delta Air Lines 4268 Economy | Canadair Regional Jet (CRJ) | 1hr 27min | 357 miles

Operated by: PINNACLE DBA DELTA CONNECTION. Please check in with the operating carrier.

Depart:      **2:30pm**        **Memphis, TN** Memphis International (MEM)

Arrive:      **3:57pm**        **Pensacola, FL** Pensacola Regional (PNS)

Seats: 11C, 11D
Your flight is confirmed. Seats are confirmed. You may | View/change seats |

Total duration: 23hr 57min | Total miles: 9230 miles

Home | Mail | Search | News | Sports | Finance | Celebrity | Weather | Answers | Flickr | Mobile | More ⌄

All ⌄ | Meny, search your mailbox | Search Mail | Search Web | Home | Meny

Compose

← Search results ← ⇆ → | Archive | Move ⌄ | Delete | Spam ⌄ | More × | AdChoices ▷

## Travelocity Confirmation      Travel ☆

- Inbox (9999+)
- Drafts (123)
- Sent
- Archive
- Spam (2290)
- Trash
- Smart Views
- Folders
  - Sent Items
  - tickets
- Recent

A i r l i n e s

Travel time: 2 hrs 10 mins

1 Stop - change planes in Atlanta, GA (ATL)
Connection Time: 46 min

**Depart:** 02:56 pm     Atlanta, GA (ATL)     Delta Air Lines, Flight 5947
**Arrive:** 03:14 pm     Pensacola, FL (PNS)    Operated by
SHUTTLE AMERICA DELTA
CONNECTION

*2/2/10*

D e l t a A i r L i n e s

Travel time: 1 hr 18 mins

| Passengers | E-ticket Numbers | Frequent Flier Information |
|---|---|---|
| GENEROSO Q JR BALAGAO | 0067726994419 | Add your number at the airport. |

Flight policies

### Pricing

| | |
|---|---|
| 1 Adult: | $880.20 |
| Taxes & Fees: | $62.20 |
| **Total:** | **$942.40** |

We charged a total of $942.40 to your Visa® xxxx-xxxx-xxxx-2723.

### Complete Your Travel Plans for Pensacola

**Add a Hotel**
2-Stars: Executive Inn from $39 / night
2-Stars: Days Inn Pensacola from $48 / night
2-Stars: Baymont Inn And Suites Pensacola from $42 / night
More hotel deals

**Add a Car**
Compact Car from $67 /day
Intermediate Car from $73 /day
Economy Car from $66 /day
More car deals

**Add an Activity**
Plan now and play later! Choose from oodles of
activities to make your trip more fun.
More things to do

### The Travelocity Guarantee

We look out for you all trip long, and even
before you go.

The Travelocity Guarantee is our commitment
to you that we are here for you.

We stand behind everything we sell,

Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    More

All    Meny, search your mailbox         Search Mail    Search Web    Home    Meny

Compose

Search results    Archive    Move    Delete    Spam    More

### Travelocity Confirmation                                                    Travel

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash
Smart Views
Folders
  Sent Items
  tickets
Recent

Travel time: 2 hrs 10 mins
Seat request: 13D

1 Stop - change planes in Atlanta, GA (ATL)
Connection Time: 46 mins

**Depart:** 02:56 pm          Atlanta, GA (ATL)          Delta Air Lines, Flight 5947
**Arrive:** 03:14 pm          Pensacola, FL (PNS)        Operated by
                                                        SHUTTLE AMERICA DELTA
                                                        CONNECTION

*(handwritten)* 12/28/09

Travel time: 1 hr 18 mins
Seat request: 6B

**Passengers**              **E-ticket Numbers**        **Frequent Flier Information**
GENEROSO Q JR BALAGAO       0067726994419              Add your number at the airport.

Flight policies

**Pricing**

1 Adult:                                     $880.20
Taxes & Fees:                                $62.20
**Total:**                                   **$942.40**

We charged a total of $942.40 to your Visa® xxxx-xxxx-xxxx-2723.

**Complete Your Travel Plans for Manila**

Add a Hotel    **Add a Hotel**
               4-Stars: Waterfront Manila Pavilion Htl Csno from $73 / night       More hotel deals
               4-Stars: Holiday Inn Galleria Manila from $74 / night
               4-Stars: The Malayan Plaza from $77 / night

Add a Car      **Add a Car**
               From compacts to SUVs, we've got cars well-suited                   More car deals
               for your time behind the wheel.

Add an         **Add an Activity**
Activity       Plan now and play later! Choose from oodles of                      More things to do
               activities to make your trip more fun.

**The Travelocity Guarantee**                              Click Here

We look out for you all trip long, and even
before you go.

The Travelocity Guarantee is our commitment
to you that we are here for you.

We stand behind everything we sell,
everything about your booking will be right, or
we'll work with our partners to make it right.

🏠 Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    More ▾

🔍 All ▾   Meny, search your mailbox     Search Mail    Search Web    🏠 Home   👤 Meny   ⚙

✏ Compose

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash
> Smart Views
˅ Folders
   Sent Items
   tickets
> Recent

◀ Search results   ↶ ↷   🗄 Archive   📁 Move ˅   🗑 Delete   🚫 Spam ˅   ⬆ More ✕

## Expedia travel confirmation - Pensacola, FL - Jul 14, 2009 - (Itin# 1...    Travel ↗

⚫ **Expedia US** <travel@expediamail.com>       07/06/09 at 6:49 PM ☆

To   tintins13@yahoo.com

*7/6/09* (handwritten)

### Travel Confirmation

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked; a complete itinerary that includes all applicable ticket numbers, reservation IDs, etc. will follow in the next 4 days.

Remember that you can always view your itinerary online for the most up-to-date information. Our interactive demo can show you how easy it is to get information about your itinerary.

Did you know about all the ways you can earn ThankYou® Points on Expedia? Although this itinerary doesn't qualify for ThankYou Points, you can still earn points if you add a hotel booking today or any time before you travel. Learn more about how to earn points for future bookings.

**Flight:** Manila to Pensacola

| | | | Total ticket cost: | $1,730.00 |
|---|---|---|---|---|
| Traveler name: Catalinaconcep Natividad | | | Taxes & Fees: | $39.10 |
| | | | Airfare total: | $1,769.10 |

| | | |
|---|---|---|
| Manila (MNL) to Tokyo (NRT) | 07/14/09 9:00 AM - 2:25 PM | Japan Airlines 746 Operated By: JALWAYS |
| Tokyo (NRT) to Houston (IAH) | 07/14/09 3:55 PM - 1:55 PM | Continental 6 |
| Houston (IAH) to Pensacola (PNS) | 07/14/09 4:15 PM - 5:55 PM | Continental 2840 Operated By: /EXPRESSJET AIRLINES INC DBA CO EXPRESS |

### Special requests

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Free and special meals are not available on many flights.

➲ View your itinerary for complete and up-to-date trip details, or to make changes online.

### Customer Support

**Itinerary number: 128396265744**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

### What else can we help you with?

🏨 **Save on hotels** in Pensacola       ➲ Search for more hotels

🚗 **Save on a car** in Pensacola
   At the airport:       ➲ Search for more cars
     • Economy
     • Midsize
     • Full Size

🎫 **Save on other Activities & Services** in Pensacola
     • Sightseeing       ➲ Search for more Activities and services
     • Ground transportation
     • Attraction passes

AdChoices ▷

Ashley G...
1 Bed
$834
Charleston, SC
View Now



Home  Mail  Search  News  Sports  Finance  Celebrity  Weather  Answers  Flickr  Mobile  More ⌄

All ⌄ | Meny, search your mailbox | Search Mail | Search Web | 🏠 Home | Meny | ⚙

Compose

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash

> Smart Views
⌄ Folders
  Sent Items
  tickets
> Recent

← Search results  ↶ ↩ ↪  🗄 Archive  📁 Move ⌄  🗑 Delete  ⊘ Spam ⌄  ↑ More ✕

Travelocity Confirmation                              Travel ⚲



a A Airlines

Travel time: 14 hrs 5 mins
Seat request: 33E

1 Stop - change planes in Tokyo, Japan (NRT)
Connection Time: 2 hrs 30 mins

**Depart:** 07:15 pm        Tokyo, Japan (NRT)         Delta Air Lines, Flight 173
**Arrive:** 10:45 pm        Manila, Philippines (MNL)
Next day

Delta Airlines

Travel time: 4 hrs 30 mins
Seat request: 27E

**Passengers**              **E-ticket Numbers**       **Frequent Flier Information**
JAMES LOMBARDO              0067915168934             Add your number at the airport.

Flight policies

**Pricing**

1 Adult:                                    $657.10
Taxes & Fees:                               $31.90
Total:                                      $689.00

We charged a total of $689.00 to your Visa® xxxx-xxxx-xxxx-3872.

**Complete Your Travel Plans for Manila**

**Add a Hotel**
3-Stars: G Hotel by Waterfront from $80 / night          More hotel deals
4-Stars: The Linden Suites from $91 / night
4-Stars: Waterfront Manila Pavilion Htl Csno from $58 / night

**Add a Car**
From compacts to SUVs, we've got cars well-suited        More car deals
for your time behind the wheel.

**Add an Activity**
Plan now and play later! Choose from oodles of           More things to do
activities to make your trip more fun.

**The Travelocity Guarantee**

We look out for you all trip long, and even          Click Here
before you go.

The Travelocity Guarantee is our commitment
to you that we are here for you

BEST BUY

HP - 63 2-Pack Ink
Cartridges -
Black/Cyan/Magenta/Yel

SEE PRICE IN CART

Shop Now

PRICE MATCH
GUARANTEE
We won't be
beat on price.

©2016 Best Buy

Home   Mail   Search   News   Sports   Finance   Celebrity   Weather   Answers   Flickr   Mobile   More

All ▾   Meny, search your mailbox      Search Mail   Search Web   Home   Meny

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash
Smart Views
Folders
  Sent Items
  tickets
Recent

Ashley G...
1 Bed
$834
Charleston, SC
View Now

Search results   Archive   Move ▾   Delete   Spam ▾   More ✕

**AIR TICKET NUMBER & AIRLINE CONFIRMATION. TID# 2412882**                  Travel

AdChoices
XELJANZ/XELJANZ XR is a prescription medicine called a Janus kinase (JAK) inhibitor.

| | | | | |
|---|---|---|---|---|
| | Operated by JAL Ways Continental Airlines | | | |
| 14Jul,Tue | Flight 6 | NRT - Tokyo Narita | IAH - Houston Intercont | Nonstop |
| | Airline reservation ID: AW2PCP | 03:55pm-14Jul,Tue | 01:55pm - 14Jul,Tue | Econ |
| | Operated by Continental Airlines | | | |
| | Continental Airlines | | | |
| 14Jul,Tue | Flight 2840 | IAH - Houston Intercont | PNS - Pensacola Mcpl | Nonstop |
| | Airline reservation ID: AW2PCP | 04:15pm-14Jul,Tue | 05:55pm - 14Jul,Tue | Econ |
| | Operated by Continental Airlines | | | |
| | | | Total Trip Time: | 21hr 55min |

Add Insurance
Check Hot Deals on Hotels in Manila
Check Special Car Rental Rates in Manila
Meal & Special Requests

*8/30/10*

Price Details (USD)

| | 2 Adult/s | 1 Child/ren |
|---|---|---|
| Travelers: | | |
| Fare: | 1,238.10 | 1,103.10 |
| Taxes & Fees: | 87.60 | 87.60 |
| Sub-Total: | 2,651.40 | 1,190.70 |

| | |
|---|---|
| Insurance: | 0.00 |
| Discount Amount: | $-60.00 |
| Total Fare: | 3,782.10  USD |

Credit Card Details

Credit Card: Visa -4744 (First 4 digits)

Expiration Date: 03/12

Account Holder: Herminia Medina

**Please note:** Your credit card may be billed in 2 charges totaling the above amount. Your total will not exceed the above amount.

Notice

**IMPORTANT NOTE:** All tickets will be automatically issued and are non-refundable. If you do not receive an email with ticket # information, please contact us to get the ticket #s or call the Airline to receive ticket # information. IN NO CASE WILL TICKETS BE REFUNDABLE, even if ticket is not utilized.

**NOTE:** If it is a third party credit card, you may receive a phone call and email from our customer service department asking to verify this transaction before the tickets can be issued. A third party credit card is when the traveler is not the card holder.

Advice to Travelers

- Please add cheapoair@app.topica.com in your address book to ensure delivery of Special Travel Offers in your Inbox.
- For **international flights**, please reconfirm your flights 72 hours prior to departure. It is recommended to check in 3 hours prior to departure for all international flights.
- For **domestic flights**, please reconfirm your flights at least 24 hours prior to departure. It is recommended that you check in 2 hours prior for all domestic flights.
- Please re-confirm your seat and other special requests such as Frequent Flyer miles with the airline directly Airline Phone Numbers
- Please check your travel documents such as PASSPORT and VISAS. You are responsible for entry and visa requirements to the country you are visiting. At times there is an airport change at your connection city, please be sure you follow instructions for the change of Airport. Please review your itinerary carefully for such airport changes and other flight details.

IMPORTANT SAFETY INFORMATION
What is the most important information I should know about XELJANZ® (tofacitinib citrate)/XELJANZ XR?
XELJANZ/XELJANZ XR may cause serious side effects, including:
Serious infections. XELJANZ/XELJANZ XR can lower the ability of your immune system to fight infections. Some people can have serious infections while taking XELJANZ/XELJANZ

Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    More ˅

All ˅   Meny, search your mailbox    Search Mail    Search Web    🏠 Home    Meny    ⚙

✎ Compose

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash
Smart Views
Folders
  Sent Items
  tickets
Recent

← Search results   ⇠  ⇠  →    Archive    Move ˅    Delete    Spam ˅    More ✕

Travelocity Confirmation                                      Travel ★

**Wed, Dec 30, 2009**                          Online check-in code: 7WMM9E

**Depart:** 06:20 am    Manila, Philippines (MNL)    Northwest Airlines, Flight 318
**Arrive:** 10:40 am    Detroit, MI (DTW)

Travel time: 17 hrs 20 mins
Seat request: 58A, 58B

1 Stop - change planes in Detroit, MI (DTW)
Connection Time: 4 hrs 35 mins

**Depart:** 03:15 pm    Detroit, MI (DTW)    Northwest Airlines, Flight 8955
**Arrive:** 05:35 pm    Atlanta, GA (ATL)    Operated by
                                             DELTA AIR LINES INC

Travel time: 2 hrs 20 mins
Seat request: 24A, 24B

1 Stop - change planes in Atlanta, GA (ATL)
Connection Time: 1 hr 30 mins

**Depart:** 07:05 pm    Atlanta, GA (ATL)    Northwest Airlines, Flight 4888
**Arrive:** 07:31 pm    Pensacola, FL (PNS)   Operated by
                                             DELTA AIR LINES INC

Travel time: 1 hr 26 mins
Seat request: 15D, 15E

**Passengers**          **E-ticket Numbers**    **Frequent Flier Information**
DAVID HAWKS             0067720287822           Add your number at the airport.
JULIETA HAWKS          0067720287824           Add your number at the airport.

Flight policies

**Pricing**

2 Adults:        $2,320.40 ($1,160.20 per person)    11/19/09
Taxes & Fees:    $147.20
**Total:**       $2,467.60

We charged a total of $2,467.60 to your Visa® xxxx-xxxx-xxxx-3872.

**The Travelocity Guarantee**                        Click Here

We look out for you all trip long, and even
before you go.

The Travelocity Guarantee is our commitment
to you that we are here for you.

We stand behind everything we sell,
everything about your booking will be right, or
we'll work with our partners to make it right,
right away.

Learn more

**Complete Your Travel Plans for Manila**

**Add a Hotel**
Book your hotel now and reserve a room that's just    More hotel deals
your style, in just the right spot.

**Add a Car**

BEST BUY

HP - 63 2-Pack Ink
Cartridges -
Black/Cyan/Magenta/Yel

SEE PRICE IN CART

hp

Shop Now

PRICE MATCH
GUARANTEE
We won't be
beat on price.
For details, see BestBuy.com/PMG
©2016 Best Buy



Home   Mail   Search   News   Sports   Finance   Celebrity   Weather   Answers   Flickr   Mobile   More

All | Meny, search your mailbox | Search Mail | Search Web | Home | Meny

Compose

Search results   Archive   Move   Delete   Spam   More

Travel Document - Las Vegas 5/10/10                                      Travel

**Arrival (IAH):** May 27, 11:59 AM CDT (morning)
**Class:** Economy Seat: 23B, 23E | Seats are confirmed
view/change seats

View the latest airport conditions at: SFO | IAH
**Thursday, May 27, 2010**
**Continental Airlines # 2174 Operated by: /EXPRESSJET
AIRLINES INC DBA CO EXPRESS - Please check in with
the operating carrier**

Houston George Bush Intercntl. (IAH) to Pensacola Regional
(PNS)
**Departure (IAH):** May 27, 12:57 PM CDT (afternoon)
**Arrival (PNS):** May 27, 2:19 PM CDT (afternoon)

**Class:** Economy Seat: 19A, 19C | Seats are confirmed
view/change seats

View the latest airport conditions at: IAH
**Have your travel plans changed?** Many tickets can be
exchanged or canceled online by visiting "My trips" and
clicking the Change/cancel airline ticket option.

**Cost and billing summary**

**Booking Confirmation**

**Total airfare:** $1,030.98USD (including taxes)

Price Assurance: Get a cash refund if another
customer books the same flight at a lower price. How
it works

Please note that your fare may carry restrictions. Changes to
your itinerary may result in additional fees. Review the fare
rules in "My Trips" to learn more.

Important notice related to ticket terms and conditions.

**Billing Information**
**Credit card holder's name:** HERMINIA MEDINA
**Credit card type:** Visa
**Credit card number:** xxxxxxxxxxxx3872

**Address:**
4922 W. FAIRFIELD DR.

PENSACOLA, FL 32506
United States

**E-mail:** tintins13@yahoo.com

**At the airport**

**At the airport**
Enjoy a hassle-free airport experience with these travel tips
from Orbitz Care:

– Remember to print a copy of this e-mail and bring it with you
to the airport. Your itinerary and ticket numbers may be



**ticket** option.

## Cost and billing summary

## Purchase Confirmation

**Total airfare:** $1,452.19USD (including taxes)

Unless otherwise specified, all costs are provided in US dollars.

Please note that your fare may carry restrictions. Changes to your itinerary may result in additional fees. Review the fare rules in "**My Trips**" to learn more.

Important notice related to ticket **terms and conditions**.

## Billing Information
**Credit card holder's name:** Herminia Medina

**Credit card type:** Visa
**Credit card number:** xxxxxxxxxxxx9558

**Address:**
4922 W. FAIRFIELD DR.

PENSACOLA, FL 32506
United States

**E-mail:** tintins13@yahoo.com

## At the airport

## At the airport
Enjoy a hassle-free airport experience with these travel tips:
-- Remember to bring a valid government-issued photo ID to the airport. Check specific **visa and passport requirements**.
-- Obtain your boarding pass before entering the security checkpoint. See more **check-in tips**
-- Plan ahead and arrive early for airport security. Please review these updated security and packing **guidelines**, as they may change periodically.

## Check-in Information
Because you're traveling with an e-ticket, no ticket will be mailed to you.

## International Travel

Check **visa and passport requirements**.

Lastly, please remember that your travel itineraries and information always are available online in "**My Trips**". If you have any questions, you can **e-mail** us.

## Schedule Changes

Home　Mail　Search　News　Sports　Finance　Celebrity　Weather　Answers　Flickr　Mobile　More ▾

All ▾　Meny, search your mailbox　　　Search Mail　　Search Web　　🏠 Home　Meny　⚙

✉ 📥 📅 📇 ☺ 📋

✏ Compose　　　◀ Search results　　↩ ↪　📁 Archive　　📦 Move ▾　🗑 Delete　　🚫 Spam ▾　　⬆ More ✕

AdChoices ▷

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash
› Smart Views
▾ Folders
　　Sent Items
　　tickets
› Recent

● Reservation confirmation for AGATO ALEXIE IVAN MR　　　　　　　★

Technical Stop Detail :
Komaki Nagoya Departs:08:50 PM Arrives:07:05 PM

Fare Type: Economic Standard
Booking Class:  L
Electronic Ticket

| Return | | Flight Duration: 2 |
|---|---|---|

From:  Ninoy Aquino Int'l. Airport (MNL) Terminal:  I1   to:  Detroit-Wayne County
Metropolitan Airport (DTW) Terminal:  EM
Departs: Sunday, January 09, 2011 06:15 AM
Arrives: 10:40 AM
Number of stop(s):  1
Technical Stop Detail :
Komaki Nagoya Departs:12:30 PM Arrives:10:45 AM

Airline:  Delta Air
Aircraft: Boeing 7.

Fare Type: Economic Standard
Booking Class:  L
Electronic Ticket

From:  Detroit-Wayne County Metropolitan Airport (DTW) Terminal:  EM
to:  Hartsfield Int'l. Airport (ATL) Terminal:  S
Departs: Sunday, January 09, 2011 12:05 PM
Arrives: 02:17 PM
Number of stop(s):  0

Airline:  Delta Air
Aircraft: McDonne

Fare Type: Economic Standard
Booking Class:  L
Electronic Ticket

From:  Hartsfield Int'l. Airport (ATL) Terminal:  S   to:  Pensacola Airport (PNS)
Terminal:
Departs: Sunday, January 09, 2011 05:40 PM
Arrives: 06:00 PM
Number of stop(s):  0

Airline:  Delta Air
Aircraft: Douglas I

Fare Type: Economic Standard
Booking Class:  L
Electronic Ticket

**Flight Payment**

1,988.00 USD　total to all travelers

1,988.00 USD to herminia card ************3872

**Flight Notes**

» Not all seat and meal options are offered on all flights.

» To ensure you get this fare, the reservation should be made now. This fare is not valid until ticketed. This
means that although this is the lowest available fare right now, this fare is not guaranteed until ticketed by
travel agency.

» Specific rules and restrictions may apply to this fare.

» Taxes are included, except where local airport taxes are collected at check-in time.

» Indicates airline has confirmed your seat or meal request. if it has not been confirmed within 24 hours, yo
may want to contact the airline directly.

**Important**

We would like to inform you that your online booking request will not be processed due to account verific
now using a new security system for verifying credit cards, and we regret to inform you that we are receivir
**Authentication"** response from your issuing bank. For the security of the card holder and our company, yo
standard procedure by submitting the following documents within 24 hours. Please indicate the date befor
earlier to be able to finalize your online reservation.

**Kindly fax or email the requirements below:**

» Duly filed-out Credit Card Authorization form (see attachment)

» Clear copy of credit/debit card (front and back)

» Clear copy of any government issued Identification Card (driver's license, passport, etc.)

Please send the duly accomplished form and requirements to reservations@mangotours.com, or fax at 1
(telefax) and attention to the Ticketing Department.

Reservation Office

Travel Consultant

Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    More

All    Meny, search your mailbox     Search Mail    Search Web    Home   Meny

Search results    Archive    Move    Delete    Spam    More

**Reservation confirmation for SISON JOMER MR**

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash
Smart Views
Folders
   Sent Items
   tickets
Recent

Ashley G...
1 Bed
$834
Charleston, SC
View Now

Number of stop(s): 1
Technical Stop Detail :
Komaki Nagoya Departs:08:50 PM Arrives:07:05 PM

Fare Type: Economic Standard
Booking Class: U
Electronic Ticket

| Return | | | Flight Duration: 2 |
|---|---|---|---|

From: Ninoy Aquino Intl. Airport (MNL) Terminal: I1   to: Narita Airport (NRT)    Airline: Delta Air
Terminal: 1                                           Aircraft: Boeing 7
Departs: Thursday, January 27, 2011 08:05 AM
Arrives: 01:05 PM
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class: U
Electronic Ticket

From: Narita Airport (NRT) Terminal: 1   to: Hartsfield Intl. Airport (ATL)    Airline: Delta Air
Terminal: S                                           Aircraft:
Departs: Thursday, January 27, 2011 03:25 PM
Arrives: 01:50 PM
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class: U
Electronic Ticket

From: Hartsfield Intl. Airport (ATL) Terminal: S   to: Tampa Intl. Airport (TPA)    Airline: Delta Air
Terminal:                                           Aircraft: McDonne
Departs: Thursday, January 27, 2011 04:35 PM
Arrives: 06:06 PM
Number of stop(s): 0

Fare Type: Economic Standard
Booking Class: U
Electronic Ticket

**Flight Payment**

1,086.00 USD    total to all travelers

1,086.00 USD to herminia card ************3872

**Flight Notes**

» Not all seat and meal options are offered on all flights.

» To ensure you get this fare, the reservation should be made now. This fare is not valid until ticketed. This means that although this is the lowest available fare right now, this fare is not guaranteed until ticketed by travel agency.

» Specific rules and restrictions may apply to this fare.

» Taxes are included, except where local airport taxes are collected at check-in time.

» Indicates airline has confirmed your seat or meal request. if it has not been confirmed within 24 hours, yo may want to contact the airline directly.

**Important**

We would like to inform you that your online booking request will not be processed due to account verific now using a new security system for verifying credit cards, and we regret to inform you that we are receivir Authentication" response from your issuing bank. For the security of the card holder and our company, yo standard procedure by submitting the following documents within 24 hours. Please indicate the date befor earlier to be able to finalize your online reservation.

**Kindly fax or email the requirements below:**

» Duly filed-out Credit Card Authorization form (see attachment)

» Clear copy of credit/debit card (front and back)

» Clear copy of any government issued Identification Card (driver's license, passport, etc.)

Please send the duly accomplished form and requirements to reservations@mangotours.com, or fax at 1 (telefax) and attention to the Ticketing Department.

**Reservation Office**

Travel Consultant
Website Mangotours

The wait is over.
Now available at Sprint!

#UpgradeSeason
Buy Now

Restrictions apply

🏠 Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    More ⌄

🔍 All ⌄   Meny, search your mailbox          Search Mail    Search Web    🏠 Home   👤 Meny   ⚙

✉  👤  📅  🗓  🙂  📇

✏ Compose          ← Search results   ↩ ⤢ ⤡   🗄 Archive   📥 Move ⌄   🗑 Delete   ☰ Collapse All   ↑ More ✕

Reservation: ZKMP9M Departing: Thu Apr 23 2009 06:45 AM (3)                    ☆

SOAK UP
SOME
SAVINGS

GEICO
Local Office

CLICK to find a
local agent in
Tallahassee

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash
> Smart Views
⌄ Folders
   Sent Items
   tickets
> Recent

Tri-Count...  ▲
$575
Charleston, SC
[ View Now ]  ▼

---

                                          Arrival: Mon, Nov 30 12:45 PM       Tokyo-Narita, JP(NRT)
   BOEING 747-400 JET

#2 Airline: Northwest Airlines, Flight #5800
* Flight operated by: Delta Air Lines

   Departure: Mon, Nov 30 03:30 PM       Tokyo-Narita, JP(NRT)
   Arrival: Mon, Nov 30 01:35 PM         Atlanta, GA, US(ATL)

   BOEING 747-400 JET

#3 Airline: Northwest Airlines, Flight #9733
* Flight operated by: Delta Air Lines

   Departure: Mon, Nov 30 04:10 PM       Atlanta, GA, US(ATL)
   Arrival: Mon, Nov 30 04:27 PM         Pensacola, FL, US(PNS)

   MCDONNELL DOUGLAS MD-80 ALL SERIES JET

:. Traveler Details

Guest One : [adult]                      Address :
Frank Yabut

tintins13@yahoo.com
+1 (850) 458-5545

:. Pricing Details

| Item name |  | Guest 1 | Total |
|-----------|---|---------|-------|
| Airfare   |  | $1,251.00 | $1,251.00 |
| Air Tax   |  | $89.70 | $89.70 |
| Total     |  | $1,340.70 | $1,340.70 |
|           |  | **TOTAL DUE:** | **$1,340.70** |

:. Payment Schedule

| Payment Type | Due Date/Time | Paid Date | Amount |
|--------------|---------------|-----------|--------|
| Full Payment | 4/15/2009 | 4/15/2009 | $1,340.70 |

:. Billing Summary

Name: Herminia Medina
Credit Card: VI xxxxxxxx9558
Amount Authorized: $1,340.70
Address 1: 4922 W. Fairfield Dr.
Address 2:
City: Pensacola
State: FL
Zip/Postal Code: 32506
Country: US


   Again, thank you for choosing Air-Savings.com.

   Regards,
   **Air-Savings.com**


:. Change Rules

**Changes are subject to the following rules/penalties plus any difference in the airfare at the tin
the changes are made.**

   (1) Changes (before or after departure): **Not allowed**
   (2) Cancel / Refund (before or after departure): **Not allowed**

:. Important, please read

Electronic Tickets (e-tickets) will be issued where possible. Certain airlines do not offer e-tickets on all
reservations. If e-tickets cannot be issued for your reservation a paper ticket will be shipped to you

🏠 Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    More ⌄

✉ 👤 📅 🖼 😊 🖼

All ⌄   Meny, search your mailbox          Search Mail    Search Web    🏠 Home   👤 Meny   ⚙

← Search results   ↰ ↱ ↳   🗄 Archive   📁 Move ⌄   🗑 Delete   ≡ Collapse All   ⬆ ⬇ ✕

Inbox (9999+)
Drafts (123)
Sent
Archive
Spam (2290)
Trash

❯ Smart Views
⌄ Folders
   Sent Items
   tickets
❯ Recent

Ashley G...
1 Bed
$834
Charleston, SC
View Now

**receipt and itinerary for elaine parco (2)**          People ⌝

departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov.

🟦 F - Food available for
🟦 purchase
🟦 L - Lunch
🟦 LV - Departs
🟦 M - Movie
🟦 R - Refreshments -
🟦 Complimentary
🟦 S - Snack
🟦 T - Cold meal
🟦 V - Snacks for Sale

**Passenger Information**

ELAINEJ PARCO

**Billing Details**
**Receipt Information**

Fare Details:  MNL DL X/DTT DL X/ATL DL PNS M1380.00M
NUC1380.00END ROE1.00 XF
DTW4.5ATL4.5

Fare:      1380.00 USD          Form of Payment
VI************3872
Tax:        122.60 TX           FP A/CUSD681.00/TL756.00
Total:     ==1502.60 USD==      Org Tkt 00674668530793
                                Org FOP Check

PENALTY APPLIES

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

**Detailed Tax Information**

Total Tax: ==122.60 USD==

YC        5.50   XY       7.00  US      16.10  XA
5.00   AY         5.00
YQ       75.00   XF       9.00

**Service Charge/Fees**

Psgr: ==ELAINEJ PARCO==        Service Charge/Fee
Number: 00621757774934
Not Transferable

Retain this receipt for your records. The amount shown below is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/charges, including any direct ticket charge included in the fare you were quoted.

Original Ticket Number: 00674668530793         Date
of Issue: ==28FEB10==
New Ticket Number: 00621757774934              Place
of Issue: CVGRES
PNR Code: CAFOO1
Issuing Agent ID: DL/CA

**Ticketing Details**

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

Homeowners and Renters Insurance, too.

FIND A LOCAL AGENT

GEICO
VA Beach

🏠 Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    More ▾

🔍 All ▾   Meny, search your mailbox     Search Mail    Search Web    🏠 Home    Meny    ⚙

✉  ⬆  📅  📑  😊  📋

✏ Compose

← Search results    ⬅  ➡  ➡  Archive    ▾ Move ▾    🗑 Delete    Ⓢ Spam ▾    ⬆ More ✕

**Inbox (9999+)**
Drafts (123)
Sent
Archive
Spam (2290)
Trash
› Smart Views
▾ Folders
    Sent Items
    tickets
› Recent

Tri-Count...
1 Bed
**$575**
Charleston, SC
[View Now]



### AIR TICKET NUMBER & AIRLINE CONFIRMATION. TID# 5206443

Travel ▾

Flight Duration :    3hr 40min                                    Total Trip Time:    3hr 40min
**Please note:** As Airlines have frequent schedule changes, please call the Airline 24 hours before departure to reconfirm your flight details.

Traveler Name              Ticket No.              Seat Request        Special Request
Lombardo, James (Adult)    0057916884760          Any seat

Notice

**Please note:** Your ticket is NON-REFUNDABLE . For any changes to dates or routing, please call our Customer Service. These changes may have airline penalty and our fees. Some flights may be completely NON CHANGEABLE even with an airline penalty.

Click here to claim your **$15 Rebate**
on the reservation you just made.

[ Continue ]

Billing terms and conditions apply.
Claim your Cash Back with enrollment in Affinion's service.
*Advertisement*

Price Detail (USD)

**Flight Price Details**
Traveler/s        Base            Tax & Fee Breakdown
1 Adult/s         $389.00         $58.36                        $4
                                  Insurance:
Credit Card :     4744**72        Promo Discount:               $
                                  Flight Total:                 $4
**PLEASE NOTE:** Your credit card may be billed in 2 charges totaling the above amount. The second charge of "**Ticketing Automation Service Fee**" will appear as "**Agent Fee**" . This "Ticketing Automation Service Fee" allows us to provide you with the highest level of service and pricing and provides for automating the ticketing process. Your total will not exceed the above amount.

**Total Booking Amount:**    $43

### Flight Booking Terms & Conditions

**Remarks**

**IMPORTANT NOTE:** All Tickets will be automatically issued and are non-refundable, if you do not receive an email with ticket # information, please contact us to get the Ticket #s or call the Airline to receive ticket # information. NO CASE WILL TICKETS BE REFUNDABLE , even if not utilized.

NOTE: If it is a third party credit card, you may receive a phone call and email from our customer service department asking to verify this transaction before the tickets can be issued. A Third party credit card is when the Traveler the Card Holder.

Advice to Travelers

- Please add cheapoair@mycheapoair.com in your address book to ensure delivery of Special Travel Offers in your Inbox.
- Effective November 3, 2008, travelers who have purchased discounted fares such as student, military senior citizen's fares are required to present a valid photo ID for verification purposes. A Government issued photo ID must be presented by all travelers for boarding any domestic and international flights.
- Please re-confirm your seat and/or other special requests such as Frequent Flyer miles with the respective airlines directly: Airline Phone Numbers
- Please re confirm flight schedules and departure times with the respective airlines at least four hours before departure. It is recommended to check in 3 hours prior to departure for all international flights and to check in 2 hours prior to departure for all domestic flights.
- If you have a last minute reservation, please re-confirm flight schedules and departure times with the respective airlines directly at least 24 hours before departure.
- If an airline has a change to any of its flights and such changes are within a 4 hour period of your original flight times, we will notify you of such change by email.
- We will attempt to contact you via phone; however, due to various reasons if we are unable to get in touch with you, our email will serve as a final notice.

**Subject:**   Re: Merlina A. Manialong Itinerary

**From:**   merlina manialong (merlin214mm@yahoo.com)

**To:**   tintins13@yahoo.com;

**Cc:**   tintins13@yahoo.com;

**Date:**   Monday, September 28, 2009 5:15 AM

Hi Meny,

I got your email. Thanks!

Merlina ☺

---

**From:** Meny Mendoza <tintins13@yahoo.com>
**To:** merlin214mm@yahoo.com
**Cc:** tintins13@yahoo.com
**Sent:** Saturday, September 26, 2009 12:01:03 AM
**Subject: Merlina A. Manialong Itinerary**


| Sun, Nov 22, 2009 | NW logo | Northwest Airlines 318 | Equipment: 747 |
|---|---|---|---|
| Depart: 6:20 AM | | Manila (MNL) | Meal: Breakfast |
| Arrive: 10:55 AM | | Nagoya (NGO) | Approx. flight miles: 1,740 |
| Duration: 3 hr 35 min | | | |
| Time between flights: 1 hr 50 min | | | |
| Sun, Nov 22, 2009 | NW logo | Northwest Airlines 318 | Equipment: 747 |
| Depart: 12:45 PM | | Nagoya (NGO) | Meal: Dinner |
| Arrive: 10:30 AM | | Detroit, MI (DTW) | Approx. flight miles: 6,510 |
| Duration: 11 hr 45 min | | | |
| Time between flights: 3 hr 0 min | | | |
| Sun, Nov 22, 2009 | NW logo | Northwest Airlines 4881 | Equipment: 777 |
| Depart: 1:30 PM | | Detroit, MI (DTW) | Meal: None |
| Arrive: 3:30 PM | | Atlanta, GA (ATL) | Approx. flight miles: 602 |
| Duration: 2 hr 0 min | | Operated by Delta Air Lines | |
| Time between flights: 2 hr 6 min | | | |
| Sun, Nov 22, 2009 | NW logo | Northwest Airlines 4724 | Equipment: CR7 |
| Depart: 5:36 PM | | Atlanta, GA (ATL) | Meal: None |
| Arrive: 5:55 PM | | Pensacola, FL (PNS) | Approx. flight miles: 273 |
| Duration: 1 hr 19 min | | Operated by Atlantic Southeast Airli | |

Sat, May 22, 2010 ☒ NW logo  Northwest Airlines 9231       Equipment: MD-80
Depart: 9:25 AM                Pensacola, FL (PNS)           Meal: None
Arrive: 11:30 AM               Atlanta, GA (ATL)             Approx. flight miles: 273
Duration: 1 hr 5 min           Operated by Delta Air Lines
Time between flights: 0 hr 40 min
Sat, May 22, 2010 ☒ NW logo  Northwest Airlines 5615       Equipment: MD-80
Depart: 12:10 PM               Atlanta, GA (ATL)             Meal: None
Arrive: 2:13 PM                Detroit, MI (DTW)             Approx. flight miles: 602
Duration: 2 hr 3 min           Operated by Delta Air Lines
Time between flights: 1 hr 32 min
Sat, May 22, 2010 ☒ NW logo  Northwest Airlines 319 Equipment: 747
Depart: 3:45 PM                Detroit, MI (DTW)             Meal: Dinner
Arrive: 5:45 PM                Nagoya (NGO)                  Approx. flight miles: 6,510
Duration: 13 hr 0 min
Time between flights: 2 hr 0 min
Sun, May 23, 2010 ☒ NW logo  Northwest Airlines 319 Equipment: 747
Depart: 7:45 PM                Nagoya (NGO)                  Meal: Dinner
Arrive: 10:30 PM               Manila (MNL)                  Approx. flight miles: 1,740
Duration: 3 hr 45 min
This flight arrives 1 day after departure

**TOTAL: $ 1,532.70 TAXES INCLUDED\*\***
**\*\*SUBJECT TO CHANGE WITHOUT PRIOR NOTICE\*\***

Composite Exhibit 2



# Alabama Gulf Coast Area Chamber of Commerce

May 14, 2010



**CONGRATULATIONS!** You have been accepted into the 39th Annual National Shrimp Festival taking place October 7-10, 2010 as a Food Vendor.

**Booth fees will be deposited on June 3, 2010**. We will be sending your space assignment and other pertinent information approximately three (3) weeks prior to the Festival dates. Please do not contact us regarding booth locations.

There is no subletting of booths allowed. Anyone who sublets their space or allows a person who was not accepted into the Festival will be expelled from the 2010 Annual National Shrimp Festival and future festivals. If you cannot participate in the Festival and we are notified in sufficient time so that we can place a waiting list applicant into your space, we will refund your money.

**You may only have ONE freezer and ONE quartz light for signage. All other lighting, with the exception of food heat lamps, should be fluorescent low wattage tubes or bulbs.**

Please fax the **required** one million dollar liability insurance certificate, reflecting the Alabama Gulf Coast Chamber of Commerce, as additional insured for the festival dates. The certificate must be received no later than August 30, 2010. The fax number is 251-968-5332.

If you have any questions, you can contact us at events@alagulfcoastchamber.com.

Thank you for your participation in the 39th Annual National Shrimp Festival. We look forward to seeing you in October!

Sincerely,

Ann Motes
Special Events Assistant





ROBERT CRAFT - Mayor
STEVE GARMAN - City Administrator

June 25, 2010

Dear Shrimp Festival Vendor:

We are excited about your participation in the 2010 Shrimp Festival.  We hope your time here is prosperous.

This year we are implementing some procedures in hopes of obtaining a true accounting of the sales tax due to the City in regards to this event.  We are hopeful that these procedures will not be overly burdensome on the Shrimp Festival vendors but feel it is the first step in ensuring that the taxes are collected and remitted in accordance with the Laws of Alabama and Ordinances of the City of Gulf Shores.

1. Each vendor will need to submit a **festival business license application.** Vendors who currently have an active business license with the City **MUST** submit the form also.
2. Each vendor will then be assigned a **taxpayer number for this event**.  This number will be used to report/remit all the sales taxes due to the City of Gulf Shores as it relates to this event.
3. A **certificate of permission** to conduct business will be issued under authority of the festival business license for the duration of the Shrimp Festival; provided, however, no person who has any delinquent liability to the City will be issued a certificate of permission until all  liabilities are paid in full to the city.
4. The certificate of permission **must be posted** at all times in the booth or trailer of the vendor.
5. <u>**RANDOM AUDITS WILL BE CONDUCTED DURING THE EVENT.**</u>

PLEASE NOTE: **Local businesses** that will be operating a booth at the Shrimp Festival will need to follow the above procedure and will receive a certification of permission for this event.  Local businesses will be expected to report/remit a sales tax return like all other vendors at the end of the event.  Sales and tax should **NOT** be included on the monthly sales tax return of the local business.

If we determine after this festival that the taxes continue to be misrepresented, we will have no choice but to require more burdensome methods to assure proper sales tax reporting in the future.

If you should have any questions regarding this process, please do not hesitate to contact me at 251.968.2426 or by email at <u>sstevens@gulfshoresal.gov</u>.

Sincerely,

Sandra Stevens
City Treasurer

— COUNCILMEN —

CAROLYN M. DOUGHTY  -  JASON DYKEN  -  JOE GARRIS  -  PHILIP HARRIS  -  STEPHEN E. JONES
P.O. Box 299  •  Gulf Shores, Alabama 36547  •  251-968-2425

STATE OF ALABAMA
DEPARTMENT OF PUBLIC HEALTH

BALDWIN COUNTY HEALTH DEPARTMENT

Environmental Office
P.O. Drawer 369
Robertsdale, Alabama 36567-0369

049JB2048879
$00.440
09/10/2010
Mailed From  36567
US POSTAGE
neopost™

Herminia Medina
Tin - Tin's Oriental Food
4922 West Fairfield Drive
Pensacola, FL  32506

# 39th Annual National Shrimp Festival



**FOOD Application**

### Festival Schedule

40⁰¹⁰ ↓

Thursday, October 7, 2010: 10:00 a.m.—10:00 p.m.
Friday, October 8, 2010: 10:00 a.m.—10:00 p.m.
Saturday, October 9, 2010: 10:00 a.m.—10:00 p.m.
Sunday, October 10, 2010: 10:00 a.m.—5:00 p.m.

### Exhibitor Schedule

Set-Up: Tuesday, October 5, 2010: 8:00 a.m.—5:00 p.m.
Check-In: Wednesday, October 6, 2010: 9:00 a .m.—5:00 p.m.

Dear Applicant:

Thank you for requesting an application for the 39th Annual National Shrimp Festival. The Annual National Shrimp Festival began in 1971 as a way to attract tourists to local businesses during the off season. It has since grown into a large four day event that attracts over 300,000 people.

The Annual National Shrimp Festival features over 300 vendors in four categories which include: Fine Art, Arts & Crafts, Food and a Retail Marketplace. The Festival also includes live music all four days. The Annual National Shrimp Festival is held every year during the second full weekend in October on the beautiful beaches of Gulf Shores, Alabama.

Carefully review the entire application. If you have any questions after thoroughly reading ALL information, I can be reached Monday through Friday, 8:00 a.m. until 5:00 p.m. at 251-968-7220 or by email at events@alagulfcoastchamber.com. We appreciate your interest and look forward to receiving your Annual National Shrimp Festival application for 2010!

Deadline April 16/2010 before

Yours shrimply,

Ann Motes
Special Events Assistant

Alabama Gulf Coast Area
Chamber of Commerce

# Application Rules, Procedures & Fees



1. A signed application is a commitment to participate personally if accepted.

2. Complete and sign Annual National Shrimp Festival application

3. Application must be accompanied by:

   - **detailed proposed menu including prices**
   - **photograph of tent/trailer**
   - **diagram (showing) of food prep area**
   - **Electrical Load Plan– showing every electrical appliance/ fixture, its location, wattage, and volts. This includes <u>LIGHTS (interior & exterior)</u>, warmers, freezers, anything that requires electricity.**

   **\*\*Plan will be reviewed by electrician prior to application acceptance. Any electrical item not approved by the Shrimp Fest Electrician, will NOT be allowed!\*\***

4. Submit payment in the form of check, money order or Visa/MasterCard

5. Applications will not be accepted without payment:

   - Processing Fee; $15.00
   - Booth Fee; see application for formula to calculate fee
   - Utility Fee; $85.00
   - Health Department Fee $50.00

6. Payment in full is required with application and will be processed on May 17, 2010. Vendors not accepted will be placed on a waiting list and will receive a non-acceptance letter, to be mailed by the first full week of May, 2010.

   **\*\*IN THE EVENT A CHECK IS RETURNED DUE TO INSUFFICIENT FUNDS, CHECK WILL BE RE-DEPOSITED AND THE VENDOR WILL BE ASSESSED A $25.00 RETURNED CHECK FEE. THIS FEE MUST BE PAID WITHIN 10 BUSINESS DAYS OF SUCH OCCURRENCE. IF CHECK IS RETURNED FOR A SECOND TIME, VENDOR WILL NOT BE ALLOWED TO ATTEND THE FESTIVAL.\*\***

7. Upon acceptance vendors will be required to provide certificate of insurance listing a one million dollar liability insurance policy naming the Alabama Gulf Coast Area Chamber of Commerce as an additional insured.

8. Application must be postmarked on or before April 16, 2010. Applications postmarked after April 16, 2010 **WILL NOT BE ACCEPTED.**

## Notification and Withdrawal Information

1. Acceptance and non-acceptance letters will be mailed by the first full week of May, 2010.

2. Acceptance or non-acceptance will ABSOLUTELY not be confirmed or discussed by telephone.

3. If you receive a non-acceptance letter, you may write or e-mail the Annual National Shrimp Festival committee for the reason why you were denied entry into the show.

4. Only cancellations in writing signed by applicant and postmarked no later than Friday, September 3, 2010 will be eligible for a full refund or booth fee. Any cancellations after this date will result in a loss of all fees.

## Vendor Priority





### Priority One

\*Members in the service area of the Alabama Gulf Coast Area Chamber of Commerce

\*Baldwin County Civic Groups-a letter of certification must be presented with application and must state that 100% of the profits from the food booth will benefit the organization.

**\*To Receive Discount the Business Listed on this application must be a Current Chamber Member in Good standing**

### Priority Two

\*Members outside the service area of the Alabama Gulf Coast Area Chamber of Commerce

\*Restaurants and businesses that are not members of the Alabama Gulf Coast Area Chamber of Commerce



Release And Indemnification Agreement

Completion of application represents my commitment to participate in the Annual National Shrimp Festival to be held in Gulf Shores, Alabama. In the event that The Alabama Gulf Coast Area Chamber of Commerce is unable to hold the Annual National Shrimp Festival as scheduled by reason of war, insurrection, or acts of God or nature, then no refund shall be made and it is agreed that all contracts are null and void and there shall be no responsibility on the part of The Alabama Gulf Coast Area Chamber of Commerce and the Annual National Shrimp Festival for losses sustained by any person caused by such an event.

I have received and read the general guidelines and Festival Regulations and all of the rules and conditions contained therein which are hereby incorporated by reference. I agree to abide by them. For good value and consideration, including participant being permitted to participate in the Annual National Shrimp Festival ("EVENT") to be held October 7-10, 2010 at the Public Beach Area at the end of Highway 59 South, Gulf Shores, Alabama, the undersigned participant, for myself and my successors, heirs, employees, agents and affiliates (and in case of corporation, its officers, directors, and shareholders), (collectively the "PARTICIPANT") forever release and discharge the Annual National Shrimp Festival and The Alabama Gulf Coast Area Chamber of Commerce and each of its officers, directors, employees, agents and affiliates (herein collective~ referred to as "ANNUAL NATIONAL SHRIMP FESTIVAL" ) from all claims, demands, losses, costs, expenses, suits, damages, obligations, liabilities, causes of action and judgment whatsoever, in law or in equity which any of the foregoing, any or all of the PARTICIPANT ever had, now or which they hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever existing out of the EVENT.

The participant AGREES TO AND DOES HEREBY ASSUME ANY AND ALL RISKS OF PERSONAL INJURIES TO THE participant, including death, and damages to PARTICIPANTS property, caused by or arising out of PARTICIPANT'S involvement in the EVENT. The participant HEREBY AGREES TO DEFEND, INDEMNIFY AND HOLD The Alabama Gulf Coast Area Chamber of Commerce and the Annual National Shrimp Festival harmless from and against any claim, demand, suit, loss causes of action, damages, liabilities obligations, costs, expenses, and judgments (including without limitation death and damages to property) caused by PARTICIPANTS acts or omissions or failure to abide by the rules and conditions contained herein. The Alabama Gulf Coast Area Chamber of Commerce and the Annual National Shrimp Festival reserve the right to final interpretation of all rules.

**\*UNSIGNED APPLICATIONS WILL NOT BE CONSIDERED\***

*HERMINIA MEDINA*

**Print Name**

*(signature)*                                                    *4/12/10*

**Applicant's Signature**                                    **Date**

# Festival Rules & Regulations

The Alabama Gulf Coast Area Chamber of Commerce retains the exclusive and sole right to sell *Official* Shrimp Festival art, souvenirs and merchandise at The Annual National Shrimp Festival.  Vendors will not be allowed to sell any items that include the words, "Annual National Shrimp Festival" or any derivative thereof including but not limited to, "Shrimp Festival", "National Shrimp Festival", "Shrimp Fest", "Annual Shrimp Fest".

Coca-Cola will be the Official Soft Drink Sponsor. Products from other soft drink companies will not be allowed. Selling alcoholic beverages is prohibited. For product ordering information or for information regarding vending trailers, contact The Coca-Cola Company at (251) 947-5977.

1. ____(initial)   The Annual National Shrimp Festival Committee will assign booth space. Booth spaces are awarded based on the categories listed in the enclosed vendor priority box. Space assignments are FINAL.

2. ____(initial)   Vendors are required to be open from 10:00 a.m. until 10:00 p.m. Thursday-Saturday and 10:00 a.m. until 5:00 p.m. Sunday.

3. ____(initial)   Vendors who breakdown their displays or depart before closing time on any day of Festival operations will not be allowed to return.

4. ____(initial)   Vendors must have sufficient amount of product in order to operate required hours.

5. ____(initial)   VENDORS ARE REQUIRED TO DISPLAY A MENU WITH PRICES IN PLAIN VIEW FOR PATRONS.

6. ____(initial)   Electricity is provided to all food booths. A 220 circuit breaker will be provided upon request. Vendors will be responsible for providing a 220 pig-tail to connect to breaker. A load plan must be provided for approval showing all electrical items with voltage and watts.

7. ____(initial)   Each vendor must provide proper electrical cords in order to connect to the electrical source provided.  ONLY ONE high wattage quartz flood light can be used for signage. Anything additional should be eco-friendly or fluorescent for the purpose of providing better electrical service at the Festival.

8. ____(initial)   Vendors must set-up on Tuesday, October 5, 2010 beginning at 8:00 a.m. or lose space without refund.

9. ____(initial)   Heavy weighting with independent devices is mandatory. It is strictly prohibited to anchor booth or any other items to standing Gulf Shores property including poles, benches or parking stoppers.

10. ____(initial)   A self contained food booth is required and is defined as an enclosed structure with a three-compartment sink, hand washing sink, hot and cold water, waste and fresh water hook-up, screened serving window and dry/cold storage. ALL UNITS MUST MEET HEALTH DEPARTMENT REQUIREMENTS.

11. ____(initial)   All food vendors may *NOT* place anything other than used oil in grease barrels. If barrels are used to deposit any other debris, Vendor will not be invited back.

12. ____(initial)   The Baldwin County Health Department will be teaching a MANDATORY Temporary Food Vendor Class on Wednesday of the Festival. Additional information will be provided upon acceptance.

13. ____(initial)   All food vendors are REQUIRED to have at least one operational fire extinguisher along with at least one environmentally safe spill absorption substance/kit.

14. ____(initial)   Use of Electric fryers is highly discouraged and can be a cause for your application to be rejected based on electrical load plan. Vendors should use GAS fryers. Fryers must be covered overhead with hard surface roofing, i.e. metal, fiber glass etc.

15. ____(initial)   Vendors cannot sublease assigned booths. Subletting or sharing booth space may result in eviction from Festival.

16. ____(initial)   Breakdown will begin at 5:00 p.m. Sunday. Additional breakdown instruction will be provided upon acceptance.

17. ____(initial)   Unit space must be cleaned and cleared no later than Sunday at midnight.

18. ____(initial)   Vendors are responsible for collecting, reporting and paying all sales taxes collected to the appropriate revenue division. Forms and information will be provided in the check-in package.

19. ____(initial)   Limited parking will be available by Festival passes only. ONLY ONE PASS PER BOOTH WILL BE DISTRIBUTED!! (Maximum of TWO passes allowed!!)

20. ____(initial)   Active solicitation outside booth is prohibited.

21. ____(initial)   Amplification devices, boom boxes and walking vendors are prohibited.

22. ____(initial)   Animals are not allowed.

23. ____(initial)   Nominal security will be provided after hours. The Annual National Shrimp Festival will not be responsible in any way for loss or damage to participants property.



# 39th Annual National Shrimp Festival
## Food Vendor Application



### Applicant Information

Contact Name: *HERMINIA MEDINA*

Business Name: *TIN TIN'S ORIENTAL FOOD + SEAFOOD*

Mailing Address: *4922 W. FAIRFIELD DR.*

City: *PENSACOLA*   State: *FL.*   Zip: *32506*

Primary Phone #: *850 458-5545*   Cell #: *850 485-4071*

Have you been a food vendor in the past? If so what year(s): *YES / 1997*

Are you a current member of the Alabama Gulf Chamber of Commerce? *NO*

Email: *TINTINS13@yahoo.com*

### Trailer/Tent Information

Trailer/Tent Length: *N*

Trailer/Tent Depth: *N*

### Processing Fee

**\*Non-Refundable Processing Fee Due with Application. Make separate check payable to Alabama Gulf Coast Area Chamber of Commerce**

### Booth Fee

Priority Two   $135   *15* ft = $ *2,025.00*

Annual Enclosed = $ *2,160.00*

Signature: *[signature]*   *4/12/10*

INFORMATION

NAME - HERMINIA MEDINA

COMPANYS NAME - TIM-TIN'S ORIENTAL FOOD

STREET ADDRESS - 4922 W. FAIRFIELD DR.

CITY - PENSACOLA, FLORIDA 32506

PHONE - (850) 458-9627 (HOME)
(850) 458-5545 (WORK)
(850) 485-4071 (CELL NO.)

E-MAIL - TINTINS 13 @ yahoo.com


MENU -

1) SHISKABOB (CHICKEN, SHRIMP, ALLGATOR, PORK) FRIED
GRILLED
2) FRIED RICE / P. Fries / Onion Rings
3) CHICKEN lomai
4) EGG ROLL
5) EGG PLANT
6) POLISH SAUSAGE
7) Blooming Onion
8) TURKEY LEG
9) COMBOG / NACHOS
10) LEMMADE / TEA

Mary -
324-5577
Ace -
___


APPLYING FOR July 10 mayberry DAY FESTIVAL
Hope to heau from you soon!
THANKS,
MEDINCE

TIN -TIN'S ORIENTAL FOOD + SEAFOOD

ELECTRICAL PLAN



GRILL PROPANE

FOOD WARMER    HEAT LAMPS
(2) 30 aYs 110V

FREEZER    110V

PROPANE WATER HEATER
(CONTINUOUS SUPPLY)

EVERYTHING IS PROPANE GAS
    THE ONLY THING THAT I NEEDED 110V (2) 30 aYs
cur for THE HEAT LAMPS & FOOD WARNER
    Freezer & WATER HEATER).

Julys
elech
report

Anne —    251 - 968 7220
    251 - 968  6904

FAX    251 - 968  5332



# L O U I S I A N A
# SHRIMP & PETROLEUM FESTIVAL
## & FAIR ASSOCIATION, INC.

### Louisiana's Oldest State-Chartered Harvest Festival
### Every Labor Day Weekend

March 15, 2010

*30'10*

Dear Food Vendors,

The 2010 La. Shrimp & Petroleum Festival will be held on Sept. 3rd through Sept. 6th. We are hoping for a festival like the one in 2009. If you are a "veteran" vendor, we appreciate your loyalty to our festival and if you are new to our festival, we look forward to working with you.

As you know, the La. Dept. of Environmental Quality (DEQ) "visited" us last year & we were forced to make a temporary solution to the dish-water problem. In cooperation with the city of Morgan City, we will have installed a permanent sewer line under the bridge. Since this is an expensive "fix", we are forced to raise the fees for all vendors. Please consult your application for the new rate.

Once you have been approved, please make sure that I receive your up-dated insurance certificate along with your contract promptly.

As I have in the past, I will try to be readily available to you during the festival. You may contact me through the office at 985-385-0703; leave a message and I will get to you ASAP (or just look for me on a golf cart).

Check- in will be held Friday, September 3rd from 8am until 4pm at the corner of Greenwood and Third Streets (under the bridge). You must check in with me at this time to receive your booth number. Returning vendors may request the same booth as last year, but **no booth spot is guaranteed.**

<u>**All fees, contract, and insurance paperwork must be in by July 15, 2010.**</u> **Late fee of $50 after this date.** I will let you know as soon as possible if you are NOT accepted so that you may book another festival.

Mrs. Lee Darce, Vendor Chairman

P.O. Box 103 - 715 Second Street, Morgan City, Louisiana 70381-0103
(985) 385-0703   Fax: (985) 384-4628   www.shrimp-petrofest.org   info@shrimp-petrofest.org

OFFICE USE ONLY

REC'D DATE: _____   BOOTH # _____

## LOUISIANA SHRIMP & PETROLEUM FESTIVAL
## 2010 FOOD VENDOR APPLICATION

NAME OF
COMPANY/INDIVIDUAL _TIN-TIN'S ORIENTAL FOOD + SEAFOOD_

ADDRESS _4922 W. FAIRFIELD DR._

CITY _PENSACOLA_ STATE _FL_ ZIP CODE _32506_

PHONE NUMBER_(850) 478-5745_ CONTACT PERSON _MARY NGUYEN_

*INSURANCE INFORMATION: (PLEASE CHECK ONE. THIS PORTION MUST BE COMPLETED!)*

___✓___ I/WE DO HAVE LIABILITY INSURANCE & WILL SUPPLY REQUIRED CERTIFICATE

_____ I/WE WILL OBTAIN INSURANCE (SEE REGULATIONS)($120.)

YOU WILL BE LIMITED TO FOUR (4) ENTREE ITEMS IN ADDITION TO 2 SIDE ITEMS SUCH AS FRENCH
FRIES, ETC.  HOWEVER, ALL ITEMS TO BE SOLD MUST BE LISTED.

**ENTREE ITEMS REQUESTED:** _ALLIGATOR, PORK / FRIES_

1ST CHOICE _SHISHKABOB (CHICKEN, SHRIMP)_ 2ND CHOICE _TEMPURA SEAFOOD PLATE (SHRIMP / CALAMARI FISH OYSTER CRAWFISH, SOFT SHELL)_

3RD CHOICE _POLISH SAUSAGE_ 4TH CHOICE _BLOOMING ONION_

5TH CHOICE _CORNDOG NACHO PLATE_ 6TH CHOICE _TURKEY LEG_   _DRINKS_
_LEMONADE_
_TEA_

(Please list two alternate items should any of the first four be already assigned to others.)

**SIDE ITEMS (fries, tater tots, onion rings/strips, egg rolls, fried rice/noodles, red beans/rice, etc.)**

_FRIES / ONION RINGS / EGG ROLL / FRIED RICE / CORN / EGGPLANT_

**ELECTRICITY ($20.00 PER DAY)** YES ___✓___ NO _____

**CAMPING SPACE ($20.00 PER DAY)** YES _____ NO ___✓___

LENGTH OF CAMPER _____ (WE MUST HAVE THIS INFO FOR APPROVAL)

DO YOU OPERATE FROM A TRAILER OR OTHER MOBIL UNIT? _TENT_

IF YES, WIDTH _15_ LENGTH _20_   **SELL FROM:**
A ____
B ____
C ____
D ____

THE ELECTRICITY INFORMATION MUST BE ANSWERED ACCURATELY!!!!

ELECTRICITY: HOW MANY 110 RECEPTACLES WILL YOU USE? _30 amps (1_
TOTAL AMPS OF ALL EQUIPMENT TO BE USED? _(2) 30 amps_
DO YOU REQUIRE MORE THAN A 110 CIRCUIT? _(√) NO_
IF YES, HOW MUCH DO YOU REQUIRE?_____

PLEASE NOTE SPACE GUIDELINES (15' WIDE X 20' DEEP) YOU MAY NOT EXTEND BEYOND THESE
PERIMETERS.

IF THIS REQUEST IS ACCEPTED, I AGREE TO PROVIDE A CERTIFICATE OF INSURANCE, WITH A
MINIMUM OF $300,000.00 PRODUCT AND GENERAL LIABILITY COVERAGE, NAMING THE

# RULES/POLICIES
## *Artisan & Crafter Merchant/Vendertainer Rules:*
We thank you for your interest in our 9th year of
Mobile Renaissance Faire.

### *You have been accepted as a merchant at Mobile Renaissance Faire 2010! DON'T FORGET! SITE HAS MOVED! NEW SITE! NOW AT THE ABBA SHRINERS LODGE, 7701 HITT ROAD, MOBILE, AL, 36695.*

You are expected to use only that area assigned to you to display merchandise and to be thoughtful and cooperative of adjacent vendors at all times during the event.

Mobile Renaissance Faire's event hours are from 10 am — 5 pm Sat. Nov. 13, and 10 am—5pm Sun.Nov. 14, 2010. **Merchants may begin checking in and setting up at 8 am THURSDAY, Nov. 11, and must be fully set up and ready by 1 HOUR BEFORE OPENING on Saturday. There will be no Saturday morning check-ins or setups.  Check-in will end at 6pm on Friday. No vehicles are allowed on the event site after setup on Friday until breakdown time Sunday night completely after all patrons have left the premises.**

All displays and other items must be off the grounds by noon Monday the 15th. Mobile Renaissance Faire reserves the right to halt vehicular traffic at the end of the day to insure that all performances have finished and that all patrons have left the faire grounds.  The roadway will not be opened until APPROX. 6:00 pm on Sunday, and may remain closed longer if deemed unsafe by the Site Manager.  GC Renaissance Faire/MRF reserves the right to make exceptions in cases of medical or other emergencies. It is up to you to make accommodation to transport any necessary items to and from your space or stage area. No exceptions!

Participants are responsible for cleaning up and the orderly maintenance of their own space, including keeping said space free from any conditions which might be dangerous to persons coming upon the site. Merchants should bring plastic bags to the site to be used for disposal of garbage and trash. All merchants' areas must be policed and left clean when leaving .Please do not leave any trash or other items behind. **THERE WILL BE  A $50 CLEANUP FEE ASSIGNED TO YOUR NEXT APPLICATION IF YOUR SITE IS NOT CLEARED OF TRASH BEFORE LEAVING EVENT. THERE ARE DUMPSTERS ON THE PREMISES FOR YOUR USE, PLEASE USE THEM!** MRF Staff and Mobile Renaissance Faire are not responsible for any lost or stolen items.

Check-in will start at 8 am THURSDAY NOV. 11 prior to faire and will continue to 6 pm FRIDAY NOV. 12. After that, merchants who are late must contact the M. Renaissance Faire Merchant Advisor and plead their case. There will be no after dark placements—and there will be no Saturday check-in or placement. You will not pick or move your allotted merchant space, doing so will result in being asked to leave the faire.

Unloading area during the event will be next to your merchant space.  All vehicles must be removed immediately following unloading. Vehicles are to be parked in the M. Renaissance Faire merchant parking area in the back of the SHRINERS LODGE. Trailers will have a separate placing as will over sized vehicles. Persons not complying with these stipulations may be asked to leave or may have their vehicle towed at their expense. Although there will be volunteers and

Although there will be volunteers and security personnel patrolling the area, MRF is not responsible for vehicles so parked or for any lost or stolen items.

Vendors are expected to participate both days per faire weekend unless other arrangements are made with the M. Renaissance Faire Staff beforehand. There will be no early break downs, except for emergency, without the express permission, and/or at the request of the M. Renaissance Faire staff. This may result in the fining of double full fare booth fees to be paid within 7 days of the departure from site and refusal to allow you back for a period of three years.

The general set-up and display media used in the booths is expected to appeal to medieval period styles. All participants must dress in costuming or appropriate attire of the Medieval/renaissance period, which participant will provide at their own expense. All costumes or attire are subject to review and approval by the faire. All individuals are expected to wear clothing that is acceptable to our theme and conduct themselves in a manner appropriate to our mission. Merchants must adhere to the standards of middle class or lower stations. The faire will not allow merchants to participate in NOBLE costuming or character when such dress and actions are inappropriate. Merchants in doubt should contact the Production Staff for approval.   Shoes can be leather sandals, black or brown leather boots, cloth or leather Mary Janes etc. Everyone involved in the faire must be in costume depicting our themed period. If no costume is worn, the booth is subject to expulsion. *This is mandatory for you and your personnel!!!* If you have any question about costume or dress, please ask as soon as possible.

The M. Renaissance Faire is open to all artisans, crafters, and/or their representatives provided the work to be sold meets the above time period and is appropriate for the theme of our faire.

All merchandise presented for sale must be in good taste and non-discriminatory. We reserve the right to jury works at the M. Renaissance Faire and immediately dismiss any merchant who has violated this policy. If dismissed, no refunds will be given. Appeals to this process should be directed to the Merchant Advisor of the M. Renaissance Faire Staff in writing with documentation supporting the reason for the appeal. If in violation of this during Faire then the Fair Staff can and will shut down the booth/tent, and will allow it to be removed after hours of the show. No refunds will be granted and the vender will not be allowed to participate in this Faire for a period of three years, and then only under a probation contract. The M. Renaissance Faire staff will have final decision on any object or display media that is deemed anachronistic to these periods of time. It is the sole responsibility of the individual vendors to provide their own display media. Non-period tables must be covered, including the legs, in such manner that suggests they conform to the standard theme. The M. Renaissance Faire staff requests a neat and professional appearance at all times. Tents/Booths must have at least one all-purpose fire extinguisher available and in sight at all times and must meet with safety inspector's approval. Weapon booths must have a first aid kit available.

There is no exclusive venue type of booth in this faire. An artist or crafter should count on their individual style and talent to ensure an item sells. All an exclusive does is to give the message that one is afraid of all others vending similar items and can't rely on themselves to sell what they have made or purchased for resale.

This is the rules for weapons selling that you may employ:
      1. That Vendors will not sell a weapon to anyone under 18 years of age. The merchant is responsible to enforce this policy. This includes, but is not limited to: patrons, volunteers and other merchants.

2.   That Vendors will not sell a major weapon to anyone under the age of 21, a major weapon being an item with a blade longer than 21" in size, a hafted {24"+ haft} weapon or a projectile style weapon.

3.   The only exception to these rules is if one has a Teacher, Instructor, or Master of Arts that comes to us and states the person needs the weapon as part of their training. Then the weapon will be purchased by the teacher for their student.

4.   The vendor will always have the right to refuse to sell any weapon to anyone they don't feel right about.

5.   Weapons are to be peace-tied at the time of sale.

### AND ALL SHOULD POST THIS in their tent for all to read….

…thus preventing any trouble from happening through any sales. Though that is not to say that you are ever responsible for any one's actions after they have purchased any item. For what ever they do with it we cannot control nor govern once it leaves our control. For it is not the item's fault nor ours, only the person(s) using it

POST…..Legal status of products:

**It is the *responsibility of the buyer, NOT THE SELLER,* to ascertain, and obey, all applicable local, state, federal and international laws in regard to the possession and use of any item on this site. All equipment is sold subject to public law 90-351, title III, U.S.D., Section 2511, and any local, state or federal ordinances. Consult your local and state laws before buying if you are in doubt. Absolutely no sales to minors! By placing an "order", the buyer represents that the products purchased will be used in a lawful manner, and that he/she is of legal age. {BOOTH#/shop name} will not be held liable for the misuse of any product in this tent. Also, as no product is 100% effective against attack, {BOOTH#/shop name} assumes no responsibility if a product used bought on this site is not effective in preventing bodily injury, dismemberment or death. **By entering this tent, the buyer represents that they have read the above information!**

### Or this policy could be put into place:

At the Faire when a weapon sold is a matter of safety a ticket pickup system will be used. Being that a weapon is purchased. Then the vendor gives the person a ticket to pick up the weapon upon leaving the Faire, from the main gate officials.  Thus preventing any trouble from happening through weapons sales.

Only merchants who apply for and receive permission to sell weapons are allowed to sell weapons. Should you be selling weapons to minors your booth will be shut down immediately.

Vendors and Merchants are encouraged, pending on required, to bring and use period style pavilions to display their wares and assist the Mobile Renaissance Faire staff in providing a specific look to their faire and theme. If you do not own a period tent/pavilion we will allow a two year grace to acquire one. Upon the third year of participating in this faire if a period-style pavilion is not acquired, we reserve the right to not allow you into the faire. You can also rent a tent, tables & chairs from local sources. Contact the merchant coordinator for a list of what types of pavilions or tent rental companies are available.  All merchant decorations must be in keeping with the theme of the M. Renaissance Faire. Banners, pennants, dagging, gaily colored ribbon, and other fanciful items should be used to camouflage the 20th century portions of your area.  If you have any questions about what is appropriate it should be asked before the event.  All non-period equipment on your person or in your tent must be out of sight of the patrons.  All pagers & cell phones must be silent during operational hours of the faire so that they will not distract from the atmosphere of the faire.  MRF will have the final decision on any object or display media.

The choice of leaving your tent contents out overnight is yours. MRF is not responsible for lost or damaged items.

M. Renaissance Faire must approve your booth, merchandise and merchant's costumes. Items will be considered for appropriateness to the faire, uniqueness, and quality. Should merchandise, booth, or costumes be found unsuitable, M. Renaissance Faire may reject the applicant outright or request changes to the booth, costumes, or merchandise. If your application is denied for any of the above reasons, your application fees will be refunded to you, within seven days of the decision. An appeal to the decision may be sent within 7 days stating reasons for the appeal.

All participants in the M. Renaissance Faire are expected to adhere to Civil Codes of Conduct represented by U.S. federal and local laws, such as sales taxes. Current point of contact for this is ALABAMA DEPT. OF REVENUE. As vender/merchants in a profiteering enterprise you are required to meet certain requirements within the state of ALABAMA, it will be the sole responsibility of the vender/merchant to meet those requirements applicable to the vendor/merchant's enterprise. The Staff of M. Renaissance Faire bears no responsibility or liability in this matter. Vendor/merchants shall retain all proceeds of their sales. Anyone not following these laws during the run of the M. Renaissance Faire may be prosecuted to the fullest extent of the law and dismissed from the M. Renaissance Faire and will not be asked back. Non-business like practices as well are grounds for dismissal

Participants should accommodate all rules of the faire and the grounds the faire is on.  We also ask that private alcoholic beverages not to be consumed during open hours of the event by the vendors to ensure a professional atmosphere during the public hours of the event. Possession of firearms and/or narcotics is reason for dismissal and could warrant applicable police involvement. All participants are required to carry faire identification (YOUR MERCHANT ID) on their person while on the faire site.

Guide animals are welcome within Mobile Renaissance Faire, with prior notification to the Merchant Director. You may contact the Merchant Director for a list of boarding facilities near the site, if you need to board a pet. No pets allowed on the grounds! They effect the Falconry demo and can pose a safety issue for patrons.

***Proof of insurance is not required but strongly recommended for merchants and merchants demos! If you don't have insurance you are self insured and are personally liable for anything that may occur!***

Vendors are expected to conduct themselves in a manner consistent with reputable business practices. "Hagglespeak" or agreeable price augmentation {dickering} is welcomed and encouraged by the M. Renaissance Faire Staff. This provides a wonderful period experience and interaction between the customers and vendors. Merchant interactions with the patrons and performers are expected and encouraged, however no interaction may disrupt M. Renaissance Faire proceedings.

We strongly encourage enthusiastic hawking of your merchandise from your own tent/booth space. However, if you decide to travel the grounds in conjunction with your booth (i.e. beyond three booths past your tent) and sell your goods away from your space, there is a traveling hawking fee of $50.00 for the run of the fair. Or full booth fees if just a wandering style booth is used.

*Camper space for RVs or campers will be provided for a $20.00 per day charge to merchants and must be reserved/ arranged for on your own  and paid directly to ABBA SHRINERS LODGE...you can reach the ABBA LODGE at  251 633 5561 for reserving RV Space Merchants can also camp in their booths. Those persons camping on site are expected to be courteous to the people around them, and good neighbors in the surrounding community at all times. NO GROUND FIRES WHATSOEVER ARE ALLOWED!!!!!*

While the M. Renaissance Faire Staff recognizes that bathing was not a popular pastime in the past times, it is requested that while in the realm, those who would be visiting of whatever ilk avail themselves of frequent and liberal applications of soap, water and some form of preventative {deodorant}, if required, to lessen the possibility that we might offend the more delicate sensitivities of our special guests and those with whom we must work. Hair of whatever variety should be clean and neatly trimmed or styled. Special dispensations may be given in case of trolls and other such creatures, peasants and those to whom such would be appropriate. But the remainder of us should attend to keeping ourselves presentable. Battles and jousts notwithstanding, clothing should be neat, clean well-maintained and in keeping with the character of your persona. It should also assist you in reproducing, as much as possible, the look and feel of your character. Also, even though our realm abounds in magical incidents, pains should be taken to avoid 20th century phenomenon such as athletic shoes, caps or any other clothing with brand names visible, and modern looking jeans so that we may more easily create the feel of a "medieval faire". But remember that peasants and others may be more scraggly than noted here.

Remember that every participant in the faire represents the faire to the public and to any media. Please conduct yourself in an appropriate business manner at all times.  Every visitor to our GC Renaissance Faire is considered to be "noble born" by all volunteers, staff and personnel. Grovel before our visitors if you will, but remember that the purpose of this M. Renaissance Faire is to bring laughter, joy and light-hearted entertainment to <u>ALL</u> of our visitors and to any who seek to join us. Do nothing contrary to this notion while taking part in any M. Renaissance Faire activity or representing yourself as a M.  Renaissance Faire participant. A reminder: that overtly sexual behavior must be kept well in acceptable limits as determined by the sensibilities of any watching guests. If in doubt, keep it tame. Also all primary and secondary sexual characteristics are to be kept covered unless approved in advance by the staff.  Please bring any problems directly to faire organizer so that a solution can be found. ***OUR RATING IS PG-13!!!!!!!!!!!!***

THE SITE ADDRESS IS AS FOLLOWS:
ABBA SHRINERS LODGE,
7701 HITT ROAD, Mobile, AL, 36695.  THEIR PHONE NUMBER IS 251-633-5561. A MAP IS INCLUDED WITH THIS CORRESPONDENCE.

THANK YOU, SEE YOU SOON! HAVE A SAFE JOURNEY! ***CALL IF YOU HAVE ANY QUESTIONS 850 429 8462 OR 850 572 1407!!!!!!***




FOOD VENDOR EVENT RULES
WITH CONTRACT & APPLICATION

## 27TH ANNUAL LIGHT UP OCALA
### Saturday, November 20, 2010 – 2 p.m. to 8:30 p.m.

The City of Ocala Recreation & Parks Department cordially invites you to participate in the 27th Annual Light Up Ocala on Saturday, November 20, 2010 from 2 p.m. to 8:30 p.m. in Downtown Ocala. This event will feature a variety of activities including live entertainment, clowns, face painting, rock climbing, train rides and more for the children. Adults will enjoy craft booths and a variety of food vendors. Santa Claus will be in his sleigh from 2 p.m. to 3 p.m. and then from 6 p.m. to 7 p.m. At 4:00 p.m., children will display their holiday spirit as they march in the annual Junior Sunshine Christmas Parade. At 7:30 p.m., Ocala Utility Services will illuminate downtown with a lighted 40-ft Christmas tree, over 3 dozen silhouettes, and various other Christmas lights throughout the downtown area. The estimated attendance for this event is 25,000.

## EVENT RULES

**ACCEPTANCE & PREFERRED SPACE** - Submittal of an application does not guarantee acceptance into the event. Fees will be refunded to those vendors not accepted in the event. Applications will be approved or denied based on event needs, space availability, overall appearance and/or amount of duplicated products. Event canopies are preferred over concession trailers; however, trailers and carts (particularly those of returning vendors) will be given consideration. All event canopies (tents) are to be solid white only and flame resistant. No carport-type tents are allowed. The City does not guarantee exclusivity for vendors on particular items. Vendors must select their preferred space for the event as indicated on the attached event layout. If the preferred space is not available or is not indicated by the applicant on the application, the City reserves the right to place the vendor accordingly. Assignment of preferred space will be on a first come, first serve basis; however, *vendors from previous year's event will have priority provided said vendor had a good overall presentation at past event(s) with minimal problems, if any, and the completed event application is received by* ***September 10, 2010***. The City may relocate space numbers within any event area to serve the best interest of the event (i.e. unsold spaces, gaps in craft & food area(s), etc.) All decisions are at the City's absolute discretion.

**VENDOR SPACE** - Staking anything into the ground, pavement and/or street is prohibited. Only one vendor is permitted per space. Vendors are responsible for providing all needed supplies including, but not limited to, food service unit, fire extinguisher(s), tables, chairs, trash cans, trash bags, extension cords, power strip, etc. All displays must be contained within the assigned booth space. This includes canopies, tables, awnings, trailer tongues, equipment, coolers, grills, supplies, etc. Vendors are responsible for maintaining their booth and surrounding areas during and after the show - disposing of all trash in event dumpster(s). Any food vendor found dumping or spilling grease/oil on the ground, or any other area on event property, will bear the cost and responsibility of cleaning up the grease/oil and paying for any damage. Cardboard boxes must be broken down before being disposed of. Only approved food items as listed on the event acceptance letter may be sold. Additional products or substitutions may not be sold without prior written approval of the event coordinator. Vendors may not sell any other items including items bearing the event name or likeness (i.e. t-shirts, cups, beads, etc.) during the event without prior written approval by event coordinator. Please see attached vendor map for locations and corresponding fees. Vendor map subject to change.

**COMMITMENT** - A completed application is a commitment to participate in the event. Representatives or employees are not permitted in lieu of your presence. The vendor listed on the application must be present for the entire show. Should you choose to not participate, the booth fee may be refunded (less the convenience fee for credit card transactions or $5 processing fee for other transactions), provided your cancellation request is made in writing and postmarked by **September 10, 2010**. No refund will be issued after that date **for any reason.** There is not a rain date.

**ELECTRICAL** - Vendors are limited to one 110/20 outlet or one 110/30 RV outlet regardless of space size. Only a limited number of 110/30 RV outlets are available. Vendors using 30 amps must bring a 30 amp RV adaptor to the event. Failure to bring an adaptor will cause you to be without electric service and therefore, unable to participate in event. 220 volt outlets are not available; 220 volts can not be split off to two 110 outlets. If pulling more electric than allowed, you will be instructed to minimize your food service to the point at which you meet the electrical load allowed. If the problem can not be addressed before the scheduled set-up completion time, you will be asked to disconnect and remove your display from the site. This will be done without refund of fees paid. Vendors are responsible for securing

star   352   629 8444

cords - be prepared to tape and/or mat your cords. Generators are will be considered on a case by case basis and are highly discouraged at this event.

**FLORIDA DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION INSPECTION** - All food vendors must follow all rules set forth in the *Guidelines for Temporary Events* produced by the Florida Department of Business and Professional Regulations (DBPR), Division of Hotels and Restaurants. Responsibility to meet all of these requirements is the sole responsibility of vendors. Failure to meet requirements may lead to removal from the event without refund. For a copy of the guidelines, contact the DBPR at 850-487-1395. Inspectors will be on site to license and inspect vendors. Food vendors that do not have an annual license will need to apply for and purchase a temporary event license on site. Vendors possessing a license to sell food in the state of Florida must bring their license to the event as proof for the inspector. Non-profit organizations are exempt from the fee but must meet requirements and present their 501 (c)(3) form to the inspector at the event. All vendors must bring their driver's license as proof of ID.

**OCALA FIRE RESCUE INSPECTION** - For the protection of liability to yourself, sponsoring organizations and the City of Ocala, your vendor space, equipment and canopy (tent)/concession trailer will be inspected by Ocala Fire Rescue and shall comply with local, state and federal fire codes and ordinances. For your convenience and information, the attached *Fire Safety Guidelines for Temporary Events* outlines the safety issues that shall be complied with. Failure to meet requirements may disqualify your participation in the event.

**SET-UP AND TEAR-DOWN** - Set-up will begin at 10 a.m. All vendors need to arrive no later than 12 noon for set-up and be completely set-up and ready for inspection by 1 p.m. Failure to arrive by 12 noon may result in your loss of space. Upon arrival, after unloading and before setting up, vehicles should be moved to the appropriate parking area assigned for vendor parking. Exhibits must be open and manned during event hours. No vehicles will be allowed into the event area for tear-down until after 9 p.m.  Anyone tearing down early will not be allowed as a vendor in future events.

**PHOTOGRAPHS & RETURN ENVELOPES** - Submit two 4" x 6" photographs, one representative of your food products and one of your tent/trailer. Label each photograph with your name. Enclose a standard No. 10 self-addressed stamped envelope (4 - 1/8" x 9 - 1/2") with sufficient postage for confirmation of entry. Please indicate if you would like to have your photographs returned.  If an envelope is not provided with sufficient postage, photographs will not be returned nor kept.

**CERTIFICATE OF LIABILITY** - All vendors MUST provide evidence of insurance by way of a valid Certificate of Liability to be submitted with the event application.  Limits are to be a minimum of $200,000.

**GENERAL** - Representatives or employees are not permitted in lieu of your presence. The vendor listed on the application must be present for the entire show. Professional behavior and dress is required and will be determined at the sole discretion of the event coordinator. Vendors are prohibited from smoking within the event site. Vendors are prohibited from having animals within the confines of the event, except for legitimate Seeing Eye dogs authorized by State Statute. Handwritten signs/fliers are not permitted. Stopping/approaching customers as they walk by is prohibited. Vendors are responsible for maintaining their own booth space during the event. Booth space should be left clean after tear-down; no trash, trash bags, empty boxes, etc. Failure to follow application rules, including attempts to sell food/beverages not approved for sale will result in ineligibility for this and future events. Vendors are responsible for collecting and reporting sales tax on all sales. Approved vendors will receive a vendor acceptance letter by October 15, 2010.

**DETAILED LIST OF FOOD & BEVERAGES PROPOSED FOR SALE** - All vendors must complete the attachment Contract & Application to include a *Detailed List of Foods & Beverages Proposed for Sale*. This detailed list is to provide a description of all food & beverage items that you propose to sell at the event and are to include the serving size (oz. per piece/serving) and price per serving for all items. The event coordinator reserves the right to refuse or deny certain menu items including beverages. **Vendors are prohibited from selling carbonated beverages at the event.** Any bottled water and/or power drinks sold must be products of Coca-Cola due to an agreement with Coca-Cola.  At the event, the event coordinator reserves the right to prohibit the sale of any products unacceptable and/or those products not included on the list of items approved for sale.

**Please complete the attached *Food Vendor Contract & Application* (both sides – including a complete list of foods requested to be sold) and return with payment, photographs and a copy of your valid Certificate of Liability to the City of Ocala by September 10, 2010.**



27TH ANNUAL LIGHT UP OCALA

FOOD VENDOR CONTRACT & APPLICATION

SATURDAY, NOVEMBER 20, 2010 – 2 P.M. TO 8:30 P.M.



*Type or print legibly using black ink. Illegible and/or incomplete applications will be returned. Complete both sides.*

**Contract and Application**

Vendor/Applicant Name ___HERMINIA MEDINA___

Company/Organization ___TIN TINS ORIENTAL FOOD___ Mailing Address ___4622 W. FAIRFIELD DR___

City ___PENSACOLA___ State ___FLORIDA___ Zip Code ___32506___

Phone (Day) (850) 418-6545 Phone (Evening) (850) 418-9627 E-mail ___TINTINS B@ yan.cn___

Do you possess a license to sell food in the state of Florida? ☑Yes  ☐No

Please indicate Preferred Booth Space #: ___71___ Total fee enclosed or amount to be charged: $ ___169.60___

### ALL CHECKS AND MONEY ORDERS TO BE MADE PAYABLE TO THE CITY OF OCALA

**Payment by:**

A. ☑Check  Check # ___4401___ B. ☐Money Order or Cashier's Check #_____

C. Credit Card (Indicate one): ☐Visa ☐MasterCard ☐Discover ☐American Express

Credit Card #_____ EXP DATE: ____/____ CVC Code: _____

Billing Address (Including City, State, Zip): _____

Printed Name on Credit Card:_____ Billing Phone #: _____

There will be a convenience fee charge to all customers paying by Visa, MasterCard, Discover or American Express of 2.95% with a minimum of $5. This will be added to the 'amount to be charged' for booth space. I agree to these terms and authorize this charge to my credit card listed above. I understand that a receipt will be mailed to the address listed above upon approval of charge. **Card Holder Signature:**_____

**Booth Description:**

☐Canopy - Total size of canopy: ___TENT N'X15___  ☐ Using Cart **without** Canopy - Total size of cart: _____

☐Concession Trailer - Total dimensions of trailer including tongue, awnings, etc.:_____

If you have a trailer, please mark which side(s) you can or will serve food out of:  [____] ─ Hitch

Please indicate desired electric (only one outlet per vendor despite approved space size-*requires special approval):

☐ NA  ☐ 1-110/20  ☑ 1-110/30 RV  ☐ Other_____*

**Generators are highly discouraged and will be considered on a case by case basis.** For events allowing generators, use will be reviewed and approved on a case-by-case basis. If allowed, all generators must be quiet and non-fume emitting and meet Fire Safety Guidelines.

Will you be using a generator? ☐Yes  ☐No  Type of generator _____

Generator Model # _____ Year _____ Horsepower _____

**NAME OF EVENT:**        **LIGHT UP OCALA**

**DATE OF EVENT:**        **NOVEMBER 20, 2010**

Continued listing of food & beverage items proposed to be sold at the event including the serving size (oz. per piece/serving) and price per serving for all items. **Vendors are prohibited from selling carbonated beverages at the event.** Any bottled water and/or power drinks sold must be products of Coca-Cola due to an agreement with Coca-Cola.

**Type or print legibly using black ink- illegible applications will be returned.**

**ALL ITEMS SOLD AT EVENT MUST BE APPROVED.**

| Food | Description | Serving Size | Price Per Serving |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| RETURNING THE COMPLETED APPLICATION ||
|---|---|
| *INCOMPLETE APPLICATIONS WITHOUT THE REQUIRED APPLICATION FEE, CERTIFICATE OF LIABILITY, PHOTOGRAPHS, SELF ADDRESSED AND STAMPED ENVELOPE WILL BE RETURNED APPLICATION DEADLINE IS SEPTEMBER 10, 2010* ||
| **RETURN COMPLETED APPLICATIONS TO:** | **IF YOU HAVE ADDITIONAL QUESTIONS:** |
| City of Ocala Recreation & Parks<br>Attn: Light Up Ocala<br>828 NE 8th Ave<br>Ocala, Florida 34470 | Call: 352-368-5517<br>Fax: 352-368-5514<br>Email: RECPARK@ocalafl.org |

Provide a detailed list of food & beverages proposed for sale including the serving size (oz. per piece/serving) and price per serving for all items. **Vendors are prohibited from selling carbonated beverages at the event.** Any bottled water and/or power drinks sold must be products of Coca-Cola due to an agreement with Coca-Cola.

*Attach additional sheet if necessary.*

| Food | Description | Serving Size | Price Per Serving |
|---|---|---|---|
| Sausages (chicken, beef, pork) | Chicken sausage, alligator (fried, ground) | 2 inch, 4th | $5.00 |
| Fried Rice | Rice / Beef / Vegetable | 2 lb box | $4.00 |
| Egg Roll | Pork / Veg | 1 lb 2 oz | $3.00 |
| Eggplant | Eggplant | 3 lb box | $5.00 |
| Blooming Onion | Onion | 9nd floz | $7.00 |
| Turkey Leg | Turkey | Per Plate | $7.00 |
| Onion Rings | Onion | 3 lb box | $4.00 |
| Polish Sausage | Polish Kielbasa | 5 lb box | $6.00 |
| Soft Shell Sand. | Soft Shell Crab | 3 lb box | $8.00 |
| Fried Pickles | Pickles | 5 lb box | $5.00 |
| Chicken Lunch | Noodles / Chicken | 3 lb box | $4.00 |
| Corn Dog | Corn Dog | 2 lb box | $3.00 |
| Nachos | Nachos | 3 lb box | $3.00 |
| Lemonade | Lemonade | 16 oz | $2.00 |
| Tea | Tea | 32 oz / 16 oz / 32 oz | $4.00 / $2.00 / $4.00 |
| | | | |

## GENERAL RELEASE

The undersigned, individually and/or on behalf of the Company/Organization, in consideration for the City of Ocala's permission to attend Light Up Ocala does hereby discharge, release, indemnify and hold harmless the City of Ocala, its employees, agents and officers, and all other sponsoring organizations from any and all manner of actions, suit, damages or claims whatsoever arising from any loss or damage to the person or property of the undersigned and the undersigned's employees, volunteers, representatives or agents while in possession of Vendor space or participating in the Light Up Ocala.

I understand that, if accepted into the event, my booth fee shall not be refunded if all or part of the event is cancelled, including but not limited to inclement weather or acts of nature.

**I HAVE READ ALL THE RULES PERTAINING TO THIS APPLICATION/CONTRACT AND AGREE TO ABIDE BY THEM.**

Signature of Vendor _____   Date  8/30/10

| VENDOR SPEICAL REQUESTS | FOR OFFICE USE ONLY |
|---|---|
| _____ | Postmark Date _____ Check # _____ |
| _____ | Date Received _____ Amount _____ |
| _____ | Accepted ☐ Yes ☐ No |
| _____ | Self Addressed & Stamped Envelope ☐ Yes ☐ No |
| _____ | Space(s) Assigned _____ |






# Pine Apple Promotions, Inc.
## P.O. Box 97
## Pine Apple, Alabama 36768

## 15th Annual Hunter Appreciation Day Festival
## Pine Apple Homecoming Celebration
## Saturday, November 27, 2010

Thank you for supporting Pine Apple Promotions, Inc. by purchasing a booth at the 15th Annual Hunter Appreciation Day Festival and Pine Apple Homecoming Celebration. Through the cooperation and patronage of our vendors, sponsors, merchants, and local supporters, we have become an annual event that continues to grow.

We are pleased to have you join us this year and hope that you will enjoy the festivities that have been planned.

When you arrive Saturday morning, check in at the registration area (the Pine Apple Volunteer Fire Department in town) and receive your booth number, vendor packets, and complimentary doughnuts and coffee. We will have you sign a release and acknowledgement form at that time.

Our event is open to the public from 9:00 a.m. - 4:00 p.m. Please arrive before 6:30 a.m. to expedite set-up and avoid traffic problems. Plan to have your booth ready for display by 8:00 a.m. After set-up, move your vehicle to the designated parking areas. There is not enough room in the booth area to leave vehicles during booth hours. No booth items should be removed until 4 p.m. Food vendors that operate out of their wagons should remove their vehicles from the wagons.

Area lodging is located in Camden and Greenville. Camden hotels include American Inn (334) 682-4555 and Southern Inn (334) 682-4148. Greenville hotels include Hampton Inn (334) 382-9631 and Best Western (334) 382-9200. Campground facilities are located at Roland Cooper State Park in Camden (334) 682-4050 and Sherling Lake in Greenville (334) 382-3638. Pine Apple does not have a campground.

Pine Apple Promotions is sponsoring a supper with live entertainment on Friday, November 26th, from 5:00 - 8:00 p.m. Everyone is invited to attend. This event will be held in the Moore Academy Gymnasium. The typical cost of the Friday night meal is $7.00.

Again, we are pleased to have you join us for this exciting event and hope your stay in Pine Apple will be one of true southern hospitality and delight.

*Joyce H. Wall & Yvonne Sessions*
Chairpersons for the Arts and Crafts Vendors
Pine Apple Promotions, Inc.








Pine Apple Promotions, Inc.
P.O. Box 97
Pine Apple, AL  36768

MONTGOMERY AL 361
27 OCT 2010 PM 2 T

TIN TIN'S ORIENTAL
4922 WEST FAIRFIELD DR
PENSACOLA, FL 32506

32506+4112



# 34th ANNUAL BOGGY BAYOU MULLET FESTIVAL
## 15 • 16 • 17 OCTOBER 2010
### **FOOD BOOTH APPLICATION ONLY**
### PLEASE RETURN APPROPRIATE FEES WITH APPLICATION

Name of booth or organization:                           Person in charge of booth:

_____                           _____

Types of food to be served: _____

_____

Only the food types listed on your application, and approved by the Committee, will be served. THERE WILL BE NO EXCEPTIONS. Any violation of this rule will be cause for expulsion from the festival.

Fee for booth 10' wide by 20' deep which includes water, trash removal, electricity, etc., are:
(If trailer including tongue is over 10' wide you will need two spaces).
      Non-Profit $275 **per space needed** _____
      Profit $450 + $27 sales tax = Total $477 **per space needed** _____
      **All** Vendors $50 refundable damage deposit _____
           (**to be paid separately, see reverse**)

Total amount of amperage/voltage your booth will need during event: _____ / _____

      TOTAL AMOUNT OF MONEY SUBMITTED: _____

At what location will any food be prepared in advance? _____

Method of keeping food hot and/or cold at event site: _____

_____

Food must be protected from dust, insects, coughs, and sneezes. How will you provide this protection? Describe your structure: _____

_____

Adequate facilities and supplies shall be provided for employee hand washing. How will you provide this?

_____

R. V. SPACES ARE RESERVED FOR VENDORS UNTIL OCT 1. ANY AVAILABLE SPOTS ARE FIRST

COME FIRST SERVED: $100 PER SPACE

**INSURANCE: A certificate of insurance showing a minimum of $1,000,000 liability coverage must accompany this application. If you don't have insurance, then include a check in the amount of $80 so that we can purchase coverage for you. Applications received without an insurance certificate or the $80 check will be refused. Do you understand this? Yes ☐ No ☐**



# Rules and Regulations

## IMPORTANT INFORMATION
## PLEASE READ



Thank you for your interest in the 34th Annual Boggy Bayou Mullet Festival. There are 90 spaces available for food vendors. Each space is 10 feet on the front by 20 feet deep. You may purchase as many spaces as necessary to operate your business. However, if you purchase a single 10-foot wide space and your trailer tongue or tie downs exceed the width of the space, then you will not be allowed to encroach on an adjacent assigned space. If the door of your booth opens out, you must allow for that also. The reason for these constraints is that there is no room between the booth spaces. The side boundary of your space is the side boundary of the adjacent space. For this reason, the public may not have access to the side of your booth.

Vendors are selected based on the attached criteria.

Mullet will be sold only by those booths which are so designated by the Mullet Festival Council. Prior participation in the Mullet Festival does not guarantee you a space for this year.

Our goal is producing the best festival on the Gulf Coast. All booth operators who are selected to participate must abide by the following rules. If you cannot do so, then do not return the application fees.

## RULES

1. No booth or part of any booth may be sublet to any other person or organization, whether profit or nonprofit. There will be no exceptions. You will sell only menu items which have been listed on the application, or have been otherwise approved in writing by the Festival Council. Chips, candy, and condiments are not required to be listed. Violation of the above could result in your ejection from the festival. In addition, any unauthorized sub-tenant will be ejected.

2. The Mullet Festival Council has designated the Coca-Cola (Coke) Bottling Company as the official Soft Drink Sponsor for the Boggy Bayou Mullet Festival. NO OTHER SOFT DRINK COMPANIES or vendors will be allowed to advertise or sell their products.

3. The Mullet Festival reserves the right to all beer and wine sales. No drink of any kind will be sold in glass containers.

4. All booths are responsible for collecting and remitting sales tax to the State of Florida.

5. All booths must be set up by 7:00 p.m., Thursday, October 14. Set up times will begin no earlier than Tuesday, October 12 between the hours of 10:00 a.m. - 6:00 p.m. Booths and trailers must be removed by Tuesday night after the festival. Hours of operation are: 12:00 p.m.- 12:00 midnight Friday, 12:00 p.m. - midnight Saturday, and 12:00 p.m. - 7:00 p.m. Sunday. Food booths may be open at any hour during the day and must be open during the hours listed above.

6. Vehicle parking in or behind the booths is subject to the following instructions. One vehicle may be parked behind your assigned booth, provided there is space available. A camper or small truck may be parked behind your booth if the vehicle is necessary for storage of cold food. Other campers must park in the area adjacent to festival site which is designated for vendor parking.

7. If your booth requires electricity, then you must make sure that you do not overload your circuit. Indicate your voltage and amperage requirements on the enclosed application and do not exceed these figures in your operation. Any camper parked behind your booth shall not plug into Mullet Festival power during festival hours. If an unauthorized camper violates this provision, then your power cord will be confiscated.

8. Any booth using any type of oven, grill, deep fat fryer, flame operated appliance, or stove is required to have a minimum of one 40BC fire extinguisher.

9. If you will be using electricity, then you must supply a 50' heavy-duty, all weather extension cord. Cost of electricity is included in your booth fee (see attached application).



# 34th Annual Boggy Bayou
# Mullet Festival
# October 15, 16, 17, 2010
# Criteria for Selection
# of Food Vendors



1. FIRST PRIORITY WILL BE GIVEN to local organizations, businesses and individuals.

2. PRIORITY WILL BE GIVEN to churches, non-profit, and charitable organizations over individuals and for-profit vendors.

3. VENDORS WILL BE SELECTED with the goal of providing a wide variety of foods, with emphasis on seafood. The council reserves the right to limit the number of vendors serving any type or specific items for food.

4. SPONSORS HAVE BEEN GRANTED exclusive for their products. Vendors may not sell, display, advertise, or dispense without charge similar products or lines of products from other companies during the year or years an exclusive has been granted by the Council.

5. PHYSICAL AND AESTHETIC CHARACTERISTICS OF THE BOOTH or booths will be considered in the selection of vendors.

6. THE UNIQUENESS OR ORIGINALITY OF a vendor's menu may be considered in making a selection.

   THE BOGGY BAYOU MULLET FESTIVAL COUNCIL RESERVES THE RIGHT TO EXCLUDE FROM THE FESTIVAL ANY DISPLAY OR CONCESSION DEEMED UNSUITABLE.

7. IN THE EVENT THE MULLET FESTIVAL COUNCIL is unable to hold The Boggy Bayou Mullet Festival by reason of war, insurrection or acts of God or nature, then, no refund shall be made. In such an event, it is agreed that all contracts are null and void, and there shall be no responsibility on the part of the Boggy Bayou Mullet Festival Council, Inc., for losses sustained by any person caused by this event.

8. DUE TO OUR EXCLUSIVE AGREEMENT WITH COCA-COLA, ALL COKE PRODUCTS MUST BE PURCHASED ON SITE. NO CAN DRINKS WILL BE ALLOWED. ALL COKE PRODUCTS WILL BE AVAILABLE ON SITE IN 20 OUNCE BOTTLES.

9. Each booth is required to have sanitizers for hands and equipment onsite.

SUBMIT ALL APPLICATIONS TO:
Boggy Bayou Mullet Festival
208 N. Partin Drive
Niceville, FL 32578

# Guide To

# Temporary Food Service Events

*For Florida's*
*Public Food Service*
*Establishments*



## Division of Hotels and Restaurants



www.MyFloridaLicense.com/dbpr/hr

DBPR Form HR 5030-034                    2009 January 28

# To Prevent Foodborne Illness

- Obtain foods from an approved source.  Home prepared food is not allowed.
- Wash hands thoroughly before handling food, single-service items and clean equipment and utensils.
- Maintain hot foods at temperatures of 135° Fahrenheit or above.
- Maintain cold foods at temperatures of 41° Fahrenheit or below.
- Cook pork or seafood to a minimum temperature of 145° Fahrenheit for at least 15 seconds.
- Cook beef to a minimum temperature of 155° Fahrenheit for at least 15 seconds.
- Cook chicken and other poultry to a minimum temperature of 165° Fahrenheit for at least 15 seconds.
- Reheat cooked foods to a minimum temperature of 165° Fahrenheit within two hours for hot holding.
- Check food temperatures frequently with a probe type thermometer.
- Heat foods quickly and cool foods rapidly.
- Keep raw and cooked foods separated.
- Thaw foods properly: completely submerged under cold running water not longer than four hours, as part of the cooking process, or under refrigeration.
- Use single-service articles whenever possible.
- Keep foods covered and protected from dust, dirt, insects, vermin and human cross contamination.
- Protect all food, including displayed food, from customer contamination (touching, coughing, sneezing, etc.).
- Minimize handling of foods before, during and after preparation.
- Do not store food directly in contact with ice used for beverages.
- Do not use swollen, leaking or damaged canned goods.
- Store all food products and equipment at least six inches off the ground.



**When in doubt, throw it out!**

# Water

All food service operations that prepare or portion food on the premises must provide an adequate supply of potable water for purposes of cleaning and employee handwashing.  Municipal connections, holding tanks or portable containers are accepted means to provide an adequate supply.

Steam used in contact with food or food-contact surfaces must be free from contamination.

# Solid and Liquid Waste

Operators must remove all garbage and rubbish from the premises often enough to prevent nuisance conditions and dispose solid waste properly in tight-fitting, covered containers.

Operators must dispose liquid waste in a public or other approved sewerage system.

# Required Items

- Sanitizer (properly diluted, unscented bleach may be used)
- Probe thermometer
- Chemical test strips (for measuring sanitizer concentration)
- Three-compartment sink to wash, rinse and sanitize equipment and utensils or access to such facilities at an approved commissary or food service establishment
- Hair restraints
- Adequate supply of back-up utensils
- Adequate supply of potable water
- Soap and single-service towels
- Adequate equipment and facilities to maintain food at the proper temperatures
- Adequate protection from flying insects, vermin, dust, dirt and weather
- Adequate protection for displayed, prepared, and stored food
- If required by local fire authority, properly tagged and sized portable fire extinguisher

NICEVILLE, FLORIDA
BOGGY BAYOU MULLET FESTIVAL

Lavon Mason
Mullet Festival Committee
North Partin Dr.
Niceville, FL 32578

32506341 1 2

Tin-Tin's Oriental Foods
Herminia Medina
4922 W Fairfield Dr
Pensacola, FL 32506

Oct 15 /16/17

934 - 5044

Nick Wheatley

UNITED STATES POSTAGE
$ 00.61°
02 1P
0002427756   MAY 12   2010
PITNEY BOWES

## 46th Annual Harvest Festival
### Boaz, Alabama  *  Downtown Mall
### October 1& 2, 2010
### 8am- 5pm



#### Food Vendor Application

Selected Food Vendors will be invited to participate in the 46th annual Harvest Festival to be held on October 1 and 2, 2010. Non-profit organizations, members of the Boaz Area Chamber of Commerce and our food vendors from previous years will have priority before others are considered for participation as a food vendor in the Harvest Festival. Vendors will be invited on an individual basis in order to prevent duplication of major food specialties. For example, in the south area of the mall, we are initially inviting one funnel cake vendor, one kabob vendor, one barbeque vendor and one lemonade vendor. There may still be some duplication of side orders, i.e., tea, water, fries, carbonated soft drinks, etc. among the selected vendors.

The Boaz Area Chamber of Commerce will review Food Vendor applications and vendor menus during the vendor selection process. The Chamber reserves the right to delete items from submitted menus to prevent the duplication of food specialties. Menu variations from those submitted with this application will only be allowed with written permission of the Boaz Area Chamber of Commerce. Spaces will be assigned upon your acceptance to the Harvest Festival. In the event of non-selection, checks will be returned to you. Initial selection of vendors will be made during the month of September, 2010.

Name: MENY MEDINA

Street Address 4922 W. FAIRFIELD DR.

City PENSACOLA          State FLORIDA

Phone (870) 458-5545  Cell (880) 485-4071/ Fax (880) 458-4319

Email TINTINS 13 @ yahoo. com

Space Required: Length............15.......Width.......15...........................

Submit a check or money order for the following amounts with your application to the Harvest Festival:

Food Vendor in the Food Court..........................................................$475

Specialty Vendor (one food item) outside the Food Court..............................$125

Local Civic Club or Church...............................................................$75

**Menu Declaration –** We submit the following menu of items that we propose to serve at the Boaz Harvest Festival. The Boaz Area Chamber of Commerce may, with proper notice at the time of selection of vendors, delete any item that it feels will be an unnecessary duplication of specialty food items for the Festival.

Food

1. SHISHKABOB (CHICKEN) EGG PLANT / onion kwep
3. FRIED RICE / P. farin BLOOMING onion
5. CHICKEN Looney 6. TURKEY LEG / POLISH SAUSAGE
7. EGG ROLL / HOT CORN 8. FRIED PICKLE / SOFT SHELL CRABS

Drink

1. LEMONADE 2. WATER / SODA
3. TEA 4. SMOOTHIES

Note:

1. Application forms must be completed and returned to the Boaz Area Chamber of Commerce, 100 Bartlett Ave., Boaz, Al 35957; Fax 256-593-1233; Email boazchamber@charter.net. For more information call 256-593-8154

2. Food Vendors must submit a copy of a valid food permit approved by a local Alabama Health Department to the Chamber, or submit a completed application for a food permit to the Marshall County Health Department, P.O. Drawer 339, Guntersville Al 35976, by no later than Monday, September 27, 2010. A copy of the permit application must also be sent to the Chamber by September 27, 2010.

3. Applications will be accepted, as long as spaces are available, but no later than Monday September 27, 2010. Make checks payable to the Boaz Area Chamber of Commerce.

4. In the event of rain, the festival will not be rescheduled.

5. Neither the Boaz Area Chamber of Commerce nor the City of Boaz is responsible for any loss or injury to property or person while participating in this festival.

6. Food Court vendors may begin setup after 1pm all other food vendors may begin setup after 5pm on Thursday, September 30th. Police will watch the area, but cannot guarantee that vandalism will not occur. All vendors must be setup by and ready to operate by 8am both Friday and Saturday.

7. Down Town Boaz has been renovated and there is now a street that runs from Bartlett Ave to Al Hwy 205,



# MISSISSIPPI GULF COAST BLUES COMMISSION, INC.
## P.O. BOX 1129
## GAUTIER, MS 39553

## 19th Annual Blues & Heritage Festival
### September 11, 2010
### Jackson County Fairgrounds
### Pascagoula, MS

### Vendors
### Application
### 2010

Application Deadline: August 15, 2010
Advanced Tickets: $ 18.00   $ 30.00 Day of Show
*** Must be money order/Cashier check***

**Chairman: Ike Edwards-228-863-4420**
For more info: Addie Brent, President, 228-497-5493
or Sam Walley 228-249-1668

# Blues Festival Vendors Guidelines

## (Please read carefully, We will only process applications which includes all the required information and payment.)

1. MGCBC retains all right for sale of screened/mass production blues-t-shirts.
2. Food vendors must indicate what food items will be sold. Food venders approved to sell certain meats will not be permitted to sell anything other than what is approved.
3. All profits belong to the vender; you are required to pay taxes to State Tax Commission.

**Taxes** must be paid on items sold the day of the festival. The Chairman of vending at the end of the day will collect state tax. Please DO NOT LEAVE THE FAIRGROUNDS BEFORE PAYING TAXES. Venders are responsible for paying Federal Tax.

**Please note:** Vendors must have Vendor's insurance papers a week before the festival. Mail your insurance papers to same address on the application.

4. Vendors may not bring animals or alcoholic beverage to the fairgrounds.
5. Vendors should bring long extension cards and water hoses if needed.
6. Vendors must comply with all government regulations.

**Fire regulations:** Food venders and persons using heat of any type and/or flammable liquids are required to have a fire extinguisher. Fire extinguisher must have be a current tag.

7. Vendors can start setting up at 7.A.M. on the day of the festival.
8. Please take out an ad in our brochure book. (See attached)
9. No glass containers.
10. Food vendors must have some type of covering where food is served.
11. Ticket, brochure and vendor's fee must be purchased with separate checks or money orders.
12. No, reproduction of CD's on property the day of festival.

### VERY IMPORTANT----PLEASE READ
Application deadline: August 15
All vendors will purchase $ 18.00 ticket for every member of their party.
Advance tickets $ 25.00-----Day of show $ 30.00

**\*\*\*\*\*\*\*\*\*No application fees will be refunded\*\*\*\*\*\*\*\*\***

# Blues Festival Vending Guidelines (Cont'd)

**Fees**-Tickets are to be purchase separate-so **make out two checks:**
There will be a limited number of vendors in each category.

| Category | Fees | # of spaces available |
|---|---|---|
| Individual Visual Artists/Photography | $ 50.00 | 6 |
| Individual Handmade Arts and Crafts | $ 50.00 | 6 |
| Individual Handmade Jewelry | $ 50.00 | 3 |
| African/Other Imported Goods | $ 50.00 | 2 |
| Bookseller | $ 50.00 | 2 |
| Printer Material /Music, (CD's, etc.) | $ 50.00 | 2 |
| Mom/Pop Retailers | $100.00 | 2 |
| Individual Food Vendor | $100.00 | 10 |
| Chicken | | 2 |
| Barbecue Ribs | | 2 |
| Hot Dogs/ Hamburgers | | 2 |
| Fish | | 2 |
| Other Seafood | | 2 |
| West Indian Caribbean | | 2 |
| Vegetarian | | 1 |
| Health Food Beverage | | 1 |
| Dessert Items | | 1 |

| | | |
|---|---|---|
| Corporate Food Vendors | $175.00 | 2 |
| Non-profit Organization (no-vending) | $100.00 | 2 |

Fees include: Electricity, 12 X15 ft vending space, one 6 ft table, fire inspection, and permit fee.

**\*\*\*\*\*MONEY ORDERS, CASHIER'S CHECK ONLY\*\*\*\*\***



# Florida Seafood Festival
### Food Vendor Application
### Festival Dates and Times:



Friday, November 5th 2010 10 a.m. - 11 p.m. • Saturday, November 6 th 2010 10 am-11 pm
Entry Fee: *$428 (10 foot booth)•$856 (20 foot booth) This Includes Fl Sales Tax*

(PLEASE PRINT)
Name: _MENY MEDINA_

Address: _4922 W. FAIRFIELD DR._

City/State/Zip: _PENSACOLA   FL  3350 6_

Owner/Manager: _LIENY MEDINA_

Phone: (Work) _(857) 458 -5545_ (Home) _(857) 458 -9627_ (Cell) _(850) 485 -4071_

Sales Tax Number/Exemption: _27-80/2350899-0_

*In submitting your application, please read and initial the following to indicate your acceptance of the following rules:*

You must be covered by $100,000 of recovery liability insurance.
You must provide an original copy of your certificate of insurance policy with Florida Seafood Festival named a additionally insured for our files. Your application is not complete without this certificate. You will not be allowed to set up if this is not received by FSF.
You must have copies of the above certificate available during the event.
You must keep the area around your position free of litter.
You must clean the area around your position every evening at closing.
You must properly dispose of grease during the Festival in the appointed grease disposal unit.
You must ensure that the paved area around your position is grease free.
You must only operate during Festival hours, this will be strictly monitored.
You may SET UP and TAKE DOWN only at your designated time.
*You may sell ONLY the items accepted by the Food Vendor committee, who will notify you of your accepted menu.*
*No Imitation Ingredients Allowed. You will be closed down if such ingredients are present in your menu, and you will forfeit your entire paid amount.*
You must accept the location assigned to you by the committee.
You must cooperate with all matters related to the electrical and plumbing connections of your unit.
You are responsible for payment of any services rendered by the electrician on duty.
You must adequately muffle any generator that your food service unit may be equipped with.
You may not use any public address system or musical amplifiers.
You must provide a fire extinguisher in your unit.
You must provide tip to toe length of your unit on the sheet which follows.
You must pay all fees when applying.
The Florida Seafood Festival Committee reserves the right to close any vendor who does not comply with all Festival rules to the satisfaction of the Florida Seafood Festival Committee.
Vendors shall conduct business only within the confines of their space.
*All applicable electrical, fire and health department regulations and all city, county, state and federal laws must be complied with.*
*The 13 Florida Seafood Festival Board Members as part of the entry fee will not be charged for food (Members will have proper Idenification)*
*A Menu of all Items for sale along with prices must be visible to the public.*   LEMONADE / TEA Lover  P Fries  on

Signature _Jennine Medina_   MEN LEY LEE / SOFT SHELL CRABS / FRIED PICKLES / HUSH

Items to be sold _FISH AND CHIPS (CATFISH SHRIMP) FRIED RICE / EGG ROLL / EGG PLANT / POLISH SAUSAGE / BLANAUT_

I understand and agree with the rules and regulations that are set forth in this application, and I understand and agree that the Florida Seafood Festival Committee are not responsible in any way for damage, loss or theft of my firm, or of my customers. I hereby submit my signed application for the 2007 Florida Seafood Festival. I understand that my failure to follow all rules to the satisfaction of the committee may result in the loss of one or both of my deposits and/or the closing of my booth.

_Jennine Medina_        _Owner_          _9/19/10_
Signature            Title          Date

## INDEMNIFICATION AGREEMENT

IN CONSIDERATION OF $1.00 AND OTHER GOOD AND VALUABLE CONSIDERATION, THE SUFFICIENCY AND RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, I/WE, _HER KLINDA NEEDA_ OF THE CITY OF _PENSACOLA_, STATE OF _FLORIDA_, AGREE TO INDEMNIFY THE FLORIDA SEAFOOD FESTIVAL, INC. (HEREINAFTER "FSF") OF THE CITY OF APALACHICOLA, COUNTY OF FRANKLIN, STATE OF FLORIDA, FROM AND AGAINST ALL CLAIMS, DEMANDS, COSTS OR JUDGMENTS, EVEN IF SUCH CLAIM, DEMAND, COSTS OR JUDGMENT RESULT FROM THE NEGLIGENCE OF THE FSF, ARISING FROM MY PARTICIPATION IN THE FOLLOWING ACTIVITY (SPECIFICALLY DESCRIBE ACTIVITY IN THE SPACE PROVIDED BELOW):
FLORIDA SEAFOOD FESTIVAL. _____

THE ABOVE INDEMNITY INCLUDES INDEMNIFYING THE FSF EVEN IF SUCH CLAIM, DEMAND, COSTS OR JUDGMENT AGAINST THE FSF RESULTS FROM THE FSF'S OWN NEGLIGENCE.
MADE AND EXECUTED THIS ___10th___ DAY OF ___September___, 2007

_____          ___September 10/2010___
SIGNATURE OF INDEMNITOR/APPLICANT          DATE

PARTICIPATING VENDORS OF THE FLORIDA SEAFOOD FESTIVAL SHALL NOT MARKET, SELL OR OTHERWISE DISTRIBUTE ITEMS OF ANY TYPE THAT BEAR THE NAME OF "FLORIDA SEAFOOD FESTIVAL," "KING RETSYO," APALACHICOLA OR FRANKLIN COUNTY OR ANY PARTS THEREOF WITHOUT EXPRESS WRITTEN CONSENT OF THE SEAFOOD FESTIVAL COMMITTEE. VENDORS IN VIOLATION WILL BE EXPELLED FROM THE FESTIVAL WITHOUT REFUND.

### PLEASE READ THIS CAREFULLY

1. Your Booth Space will NOT be reserved until the enclosed application, pictures or slides, full payment and list of menu items to be sold are received and approved by the Florida Seafood Festival Vendor Committee. DEADLINE FOR RECEIPT OF APPLICATIONS IS Sept. 30, 2009,

2. Inspection by the DPBR will be held on friday November 6th, any vendors without FL. License will be asked to pay $ 91.00 in money order form .

3. .Only products with prior approval will be allowed for sale at festival. Any changes or additions MUST be approved in advance by the committee. No Exceptions allowed!! Items for sale by Arts & Crafts Vendors shall be hand made. No Buy/Resale. No exceptions.

4. We will mail you notification or Phone you of acceptance or denial . Acceptance is not implied upon application being recived you will be contacted by mail or by phone after application is recived

5. . BOOTH APPEARANCE IS EXTREMELY IMPORTANT!! Exhibitor must furnish their OWN canopy, tables, chairs, trash receptacles, etc. The more attractive your booth, the better you will sell. BE PREPARED FOR RAIN OR SHINE, as the show will go on!

6. Welcome packets containing gate passes and parking instructions will be given upon check in By the food commitee

7. Designated areas for RV parking will be available in limited supply (on a first received application / first served basis). RV's must be self-contained as far as POWER/WATER and SEWAGE are concerned.

8. **Setup will be on Thursday, November 4th from 9:00 - 5 p.m.** Gates open 10 a.m. and close at 11 p.m. on Friday and Saturday.

9. Cancelation deadline is Thursday Oct.27th by 5:00pm . Any cancelations after this date will be non-refundable

10. The Florida Seafood Festival Vendor Committee reserves the right to: review and compare items sold with items listed on this application, have removed for sale any items not approved in advance or found to be re-sale items. Vendors not complying with this rule will be subject to removal from the Festival without refund of their fees.

11. Absolutely NO projectiles, silly string, Poop bombs, fireworks/firecrackers or rubber band operated toys shall be sold by any vendor!!

12. No Vendor may break down before Sunday November 7th 1:00 AM EST.

13. No Vendors may sell outside of festival grounds.

14. **NO PETS. NO SELLING OF T SHIRTS.** NO EXCEPTIONS.

15. All NON-Profit Groups Will Have a Certain type of Local Seafood and they will an have Exclusive Sell of that item this is for only Seafood .

16. The Festival reserves the right to deny applications at our sole and exclusive discretion.

17. Included in Entry Fee the 13 members of the Board of Directors of The Florida Seafood Festival will not be Charged for Food

18. Additional information and forms can be obtained through our website at: www.floridaseafoodfestival.com, or by emailing us at food@floridaseafoodfestival.com

### SCHEDULE

Sept. 30 Application Deadline. or until booths are filled.
Oct. 10 Acceptance or Denial Notification by Phone

November 4th: Setup begins at 9 a.m. EST and ends at 8:00 PM EST.
Festival Times:
Friday, November 5th 10 a.m. EST to 11:00 p.m.EST
Saturday, November 6th 10:00 AM EST to 11:00 PM EST
Breakdown: Sunday, November 7th 1:00 AM EST

Mail Application to:
Florida Seafood Festival
ATTN. Food Row
P.O. Box 758
Apalachicola, Fl
32329

## 2009 Goombay Festival
## Food Vendor Application

**Location:**  Belmont/Devillers Neighborhood in Pensacola, FL.

**Entry Fee:**
$175.00 (on or before March 31)
$200.00 (after 15-April 1)

**Set up date & time:**
Setup:Saturday, April 25, 2009          7:30 a.m. - 10:00 a.m.
Day:   Saturday, April 25, 2009         10:00 a.m. -   6:00 p.m.
Night:Saturday, April 25, 2009          7:00 p.m. - 12:00 p.m.

Day:    Sunday, April 26, 2009           12:00 p.m. - 5:00 p.m.

**Booth Requirements:**
** Able to meet Health Requirements and Inspection
** By Fire Dept. regulations, all fuel and used cooking oil must be in
approved containers ONLY
** Display menu with prices
** Bottled water, soft drinks and beer will ONLY be sold by Goombay
   Gulf Coast, Inc.
** Non-profits selling food are subject to food vendor's fees

1.   The festival will be in Pensacola's Belmont Devilliers Neighborhood area and streets.
Spaces are 10x10.  If you require a space larger than 10x10 an additional fee will be
assess based on space needed.  Any special needs should be indicated on your
application. The committee will TRY to accommodate your requests.  By order of the
City of Pensacola, NO vehicles are allowed in the festival area once the event begins.

2.   Entry fee by money order/cashiers check, signed release form, and a menu are due
with the application.  __Your application will not be reviewed without them.__
Application and fee are not a guarantee of acceptance.  This fee will be returned in full if
your application is not accepted.

**NO REFUNDS WILL BE GIVEN TO ACCEPTED VENDORS AFTER APRIL 5, OR FOR WEATHER, ACTS OF GOD, CIVIL  DISOBEDIENCE OR  ANY CIRCUMSTANCE GOOMBAY GULF COAST DEEMS OUT OF ITS SOLE CARE, CUSTODY OR  CONTROL.**

3.   Acceptance in the festival is a commitment for you to serve all hours listed above.  If you wish to stay after 6 p.m., you will be required to stay through the entire event. **Goombay Gulf Coast will not provide lighting for booths.**  Battery power lighting will be allowed.

4.   Acceptance and assignment space in the festival is non-transferable.  Only the person/group/business on the application may operate the booth.

5.   Shade is not guaranteed.  Vendors are encouraged to use a free standing 10 x 10 canopy/tent.  Should rain occur, no vehicles will be allowed into the streets within the barricaded area of the festival site.  **Vendors must provide their own tables, chairs and tent (if needed).**

6.   Goombay will provide continuous security.  However, it is the vendor's sole responsibility to provide for his own protection.  Goombay Gulf Coast, Inc. assumes no liability for loss, damage or misplacement of merchandise and equipment from any or all causes.

7.   No animals will be allowed except guide dogs used by blind persons.

8.   Vendors may not utilize music, loud speaker systems, or megaphone devices.  **No trailers, cars, wagons or carts will be left in the area after unloading on the day of the festival. Doing so will result in a vendor not being accepted the following year.**

No one may check in earlier under any circumstances. Any vendor doing so will **NOT BE ACCEPTED THE FOLLOWING YEAR**. You will be notified in writing of set-up time, booth space number and more details by April 15, 2009.

**2009 Goombay Festival**
**Food Vendor Application**
**Part Two**

Name: _____

Business Name: _____

Florida Sales Tax # (if applicable): _____

Business License # _____

Street Address: _____

City: _____ State: _____ Zip code: _____

Phone: (work)  (    ) _____

Phone: (home) (    ) _____

Phone: (cell)  (    ) _____

Please list and describe any special requirements: _____

_____

_____

<u>**Remember all fees must be paid with application.**</u>

I understand and agree with the rules and regulations that are set forth in this application
and agree to abide by and fully comply with said rules.  I understand and agree that
Goombay Gulf Coast, Inc. is not responsible in any way for damage, loss or theft of
property of mine, my firm or of my customers and agree to indemnify and hold harmless
Goombay Gulf Coast, Inc., against such loss, damage or theft.

In the event that Goombay Gulf Coast, Inc. is unable to hold the 2009 Goombay Festival, as scheduled, by reason of war acts of God or acts of nature, or any other reason, or the Festival is interrupted in any way, no refund shall be made and it is agreed that all contracts are null and void.

There shall be no responsibility or liability on the part of Goombay Gulf Coast Inc., for any losses sustained by any person caused by such event.  Goombay Gulf Coast, Inc., in no way guarantees any return or benefits to vendors.

It is further agreed and understood that Goombay Gulf Coast, Inc., assumes no liability for any injury to person or property or any other damages or losses occurring in the Festival premises during the Festival.  I agree to forever indemnify and hold harmless Goombay Gulf Coast, Inc., from and against any and all claims for loss, death or damage of person or property and any other loss whatsoever arising out of any act, omission or negligence in the operation or conduct of me/my business, including violation of any law, and all attorney fees and costs incurred by those parties.

All the foregoing is agreed to in consideration of and as a condition precedent to the Goombay Gulf Coast, Inc., providing to me/my business the applied for vendor space. The indemnification provisions shall survive after the 2009 Goombay Festival

Signature: _____

Title: _____  Date: _____



Goombay Gulf Coast, Inc.
P. O. Box 12823
Pensacola, FL 32591
Questions?  Call Blair Anderson @ 850-207-0206
Web site: www.goombaygulfcoast.com

# 2009 Goombay Festival
# Food Vendor Application

**Location:**  Belmont/Devillers Neighborhood in Pensacola, FL.

**Entry Fee:**
$175.00 (on or before March 31)
$200.00 (after 15-April 1)

**Set up date & time:**

| | | |
|---|---|---|
| Setup: | Saturday, April 25, 2009 | 7:30 a.m. - 10:00 a.m. |
| Day: | Saturday, April 25, 2009 | 10:00 a.m. -   6:00 p.m. |
| Night: | Saturday, April 25, 2009 | 7:00 p.m. - 12:00 p.m. |
| Day: | Sunday, April 26, 2009 | 12:00 p.m. - 5:00 p.m. |

**Booth Requirements:**
** Able to meet Health Requirements and Inspection
** By Fire Dept. regulations, all fuel and used cooking oil must be in approved containers ONLY
** Display menu with prices
** Bottled water, soft drinks and beer will ONLY be sold by Goombay Gulf Coast, Inc.
** Non-profits selling food are subject to food vendor's fees

1.  The festival will be in Pensacola's Belmont Devilliers Neighborhood area and streets. Spaces are 10x10.  If you require a space larger than 10x10 an additional fee will be assess based on space needed.  Any special needs should be indicated on your application. The committee will TRY to accommodate your requests.  By order of the City of Pensacola, NO vehicles are allowed in the festival area once the event begins.

2.  Entry fee by money order/cashiers check, signed release form, and a menu are due with the application.  **Your application will not be reviewed without them.** Application and fee are not a guarantee of acceptance.  This fee will be returned in full if your application is not accepted.

**<u>NO REFUNDS WILL BE GIVEN TO ACCEPTED VENDORS AFTER APRIL 5, OR FOR WEATHER, ACTS OF GOD, CIVIL  DISOBEDIENCE OR  ANY CIRCUMSTANCE GOOMBAY GULF COAST DEEMS OUT OF ITS SOLE CARE, CUSTODY OR  CONTROL.</u>**

3.   Acceptance in the festival is a commitment for you to serve all hours listed above.  If you wish to stay after 6 p.m., you will be required to stay through the entire event.  **<u>Goombay Gulf Coast will not provide lighting for booths.</u>**  Battery power lighting will be allowed.

4.   Acceptance and assignment space in the festival is non-transferable.  Only the person/group/business on the application may operate the booth.

5.   Shade is not guaranteed.  Vendors are encouraged to use a free standing 10 x 10 canopy/tent.  Should rain occur, no vehicles will be allowed into the streets within the barricaded area of the festival site.  **<u>Vendors must provide their own tables, chairs and tent (if needed).</u>**

6.   Goombay will provide continuous security.  However, it is the vendor's sole responsibility to provide for his own protection.  Goombay Gulf Coast, Inc. assumes no liability for loss, damage or misplacement of merchandise and equipment from any or all causes.

7.   No animals will be allowed except guide dogs used by blind persons.

8.   Vendors may not utilize music, loud speaker systems, or megaphone devices.  **No trailers, cars, wagons or carts will be left in the area after unloading on the day of the festival. Doing so will result in a vendor not being accepted the following year.**

No one may check in earlier under any circumstances. Any vendor doing so will **NOT BE ACCEPTED THE FOLLOWING YEAR.** You will be notified in writing of set-up time, booth space number and more details by April 15, 2009.



City of Linden
211 North Main Street
Linden, Alabama 36748

Bruce Compton

Dec 10 -
Dec 11

Meny Medina
4806 w. Fairfield Dr.
Pensacola, FL 32506

343 - 245 - 5051

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.440
02 1P
0001603381  NOV 11 2010
MAILED FROM ZIP CODE 36748

4066

Myesthy
CHILLY
FESTIVAL



### Specific Rules Pertaining to All Concessionaires

The Department of Business and Professional Regulations, Hotels and Restaurant Division will be coming around to collect the $105.00 fee from you.  They <u>ONLY</u> accept a cashiers check or a money order.  <u>NO</u> cash or personal checks will be accepted.

### 1.  PEPSI & CORN DOG EXCLUSIVE

The Pensacola Interstate Fair has an exclusive contract with Pepsi Cola Company and <u>ONLY</u> products produced by Pepsi can be sold in your stand.  This includes WATER produced by and offered through the Pepsi representative.

There will be Pepsi personnel on the grounds at all times to supply you with your needs.

Pepsi also has ICE for sale for those concessionaries needing ice.

There is a corn dog exclusive–ANY dog on a stick.

### 2. GARBAGE DISPOSAL

*<u>DO NOT</u>* dispose of any of your trash or garbage in containers placed throughout the grounds for the use of the general public. *<u>THIS IS STRICTLY ENFORCED!!!!!</u>*

Collect your trash in bags and place them outside (in front) of your location to be picked up by our personnel after closing hours.

In accordance with your signed contract "All concessionaires will maintain their area in a neat, clean manner". Under NO circumstances will water, grease, or other liquids be dumped on the ground. Check with Fair personnel for proper disposal of these items.

### 3. INSURANCE

Each concessionaire MUST provide adequate insurance information (as outlined in your contract) before opening.

### 4. <u>*EXHIBITS, CONCESSIONS, ARTICLES, ETC. WILL NOT BE REMOVED OR ALTERED IN ANY MANNER BEFORE THE CLOSING OF THE FAIR.*</u>

### 5.  The Fair management has the right to cancel your contract or lease if at anytime during the run of the Fair it is determined that the operation of the lessee is not considered in the best interest of the goals and policies of the Fair and no refunds will be given.

### 6. ELECTRICAL

Each concessionaire has paid for electrical hook-up with a 60 amp maximum. An additional charge will be made for usage above the 60 amp minimum. This will be strictly enforced. All concessionaires are required to use code approved lights, wires, and extension cords. The fair's electrical supervisor retains the right of final inspection of all service connections in accordance with National electrical codes.

## 7. DISMANTLING EXHIBITS OR CONCESSIONS

Dismantling of exhibits or concessions will NOT BE ALLOWED UNTIL AFTER OFFICIAL CLOSING OF THE FAIR ON CLOSING DAY OF THE FAIR. All exhibits and concessions must be removed from the fairgrounds by 5:00 on Monday following the close of the Fair.

Our Commercial Building will be open at 10:00 a.m. on Monday, November 1st for you to begin removing your things. You will **NOT** be allowed access before 10:00 a.m.

## 8. SALES TAX

Exhibitors and concessionaires are responsible for any applicable state, city, or county sales tax. The Florida Department of Revenue will be represented on the grounds at some time during the Fair.

## 9. DELIVERIES

UPS is making us their first stop of the morning so they will arrive on the grounds between 9:15 and 9:30 a.m.  Any exhibitor or concessionaire expecting merchandise should be available to meet the driver. The Fair office will **NOT** accept CODs or be responsible for packages left at or shipped to the Fair office. **PLEASE PICK UP AS SOON AS POSSIBLE AS SPACE IS LIMITED!**

## 10. OPENING HOURS

| | |
|---|---|
| October 21 | 4 p.m. |
| October 22 | 4 p.m. |
| October 23 & 24 | 10 a.m. |
| October 25 | 2 p.m. |
| October 26-29 | 4 p.m. |
| October 30 & 31 | 10 a.m. |

Both Friday nights are Midnight Madness Nights and the midway is open until 2:00 a.m.

The Commercial Building closes usually at 10 p.m. but is subject to discretion of management depending on the flow of traffic.

## 11. PUMPING TRAILERS

Pump trucks will be on the grounds each morning to pump personal trailers or concessions and will be done at the cost of the concessionaire for $25.00 per pump.

**Once the Fair has opened to the public, golf carts may NOT be on the midway. If you have deliveries to make, you MUST walk or drive your golf carts on the outskirts of the Fair--NOT on the midway!**

THANK YOU FOR YOUR PARTICIPATION AND GOOD LUCK!

**PENSACOLA INTERSTATE FAIR, INC.**
2172 West Nine Mile Rd., PMB 210
Pensacola, Florida 32534-9413
www.pensacolafair.com

www.Pensacolafair.com
Northwest Florida's Big...

Tin Tin's Oriental Foods
4922 W. Fairfield Drive
Pensacola, Florida 32506
458-5545

In5.



50°/o

April 29, 2010

We would like to express our gratitude to you for your participation in this year's Downtown Festival of the Arts. We couldn't make this event successful without you, the artists and vendors. Without knowing what Mother Nature will bring over the next couple of days, I am optimistic that we will have a wonderful festival.

On a side note, we have decided to change the Emerging Artist Award to the Judge's Award for this festival and going forward. It is our opinion that choosing an emerging artist is too subjective and we want to be as fair as possible with all awards.

Your package has your name tag, assistant name tag, one dinner ticket per paid booth fee, one wristband per paid booth fee, your tax information package from the Department of Revenue and a 2010 Downtown Festival of the Arts Survey. We would appreciate you filling out the survey and leaving it at the Hospitality tent once the festival concludes. We hope, with your input, to continue to make this event better each year. Also, in an effort to recycle, please leave your lanyards and pouches at the hospitality booth upon exit.

Lunch will be provided on Friday for you and your assistant at the hospitality tent at 1130AM or later. The hospitality tent will also have water and crackers available to you throughout the festival.

Dinner will be served from 6-9PM on Friday evening. We hope you will enjoy the menu, catered by The Boatyard Restaurant. To receive your Downtown Festival of the Arts wine glass, please check in at the hospitality tent, wearing your wristband. This will entitle you to free wine refills Friday evening only. Your dinner tickets will be taken at the buffet line.

The awards ceremony will take place on Saturday, May 1 at approximately 5PM. You must be present to receive your award. There are city trash cans located on the sidewalks on Harrison. Please make every effort to keep your area clean.

If you have any questions during the festivities, please see one of the VAC staff who will be wearing turquoise t-shirts and ready to help. Again, thank you for your support of the arts.

Sincerely,

Michelle Smith
Operations Manager
Visual Arts Center of Northwest Florida
850-769-4451
www.visualartscenterofnorthwestflorida.org



March 24, 2010

In continuing the tradition of an arts festival in the historic downtown of Panama City, the Visual Arts Center of Northwest Florida and the Downtown Improvement Board proudly present the **Downtown Festival of the Arts, April 30 - May 2, 2010.** For over 40 years our city has been host to a juried arts festival the first weekend of May, and the Downtown Festival of the Arts will continue to support artists and arts education.

Formerly the Spring Festival of the Arts, this is a great tradition with a new name and new vision. Advertising will take on a regional focus to our tourists as well as locals. Proceeds from this event will help support the various youth education programs the Visual Arts Center offers the community.

I would like to personally invite **Tin Tin's Oriental Food** to be a part of the festival this year. We would love to offer "a taste of the Panhandle" to our visitors. Please fill out the application and return no later than **April 9, 2010**.

Set up date/time is **May 1st, 7AM**. Booth must be ready by 10AM. Once all vendors are committed, we will send out a final information packet explaining set-up details and booth locations.

We hope to see you at the festival!

Michelle Smith
Operations Manager
Visual Arts Center of Northwest Florida
850-769-4451
www.vac.org.cn

## Rules & Regulations

1.) **You will only be contacted by phone if you are _not_ accepted. Payment must accompany application and will be refunded if you are not accepted into the event.**

2.) Please submit proof of your valid State Tax Permit or proof that you have applied for it, if your items for sale are subject to sales tax. If you are not sure, please call the Department of Revenue at **850-747-5687.**

3.) Streets close to public traffic at **8AM May 1**. Booths must be set up by **10AM**, with vehicles off the street. You will be notified of off-site parking location prior to the festival. Vehicles must not enter festival area once set-up is complete due to issues of safety, security and insurance.

4.) **No refunds.** Due to the fact that the Festival must pay expenses and administrative costs in advance, we cannot give refunds for booth fees except clean-up deposit.

5.) Trashcans are provided, please use them.

6.) All food vendors must comply with Health Department and fire code regulations; for additional information on these codes, please call **850-747-2923**. You will be inspected!

7.) Rain Policy: No refunds due to rain. Many a festival has run well with rain. If rain turns to storms, the Festival will wait out a one-hour period before calling the status of the event. After the one-hour wait, a staff member on site will notify you if the event has been called off. You are then allowed to drive your vehicle on site. If you chose to leave the event site before the Festival is called off, you must walk your merchandise from the area.

8.) Vendors are responsible for trash removal from their area. If trash is left behind, the cleaning deposit will be forfeited.

9.) **There is NO exclusivity of products. We will make every effort to limit the amount of duplicate products.**

**\*\*YOU MAY NOT SELL OR GIVE AWAY ANY PRODUCT OTHER THAN WHAT IS LISTED. SALE OR DISTRIBUTION OF ANY PRODUCT NOT LISTED IS GROUNDS FOR EJECTION FROM THE EVENT AND FORFEITURE OF ALL FEES AND DEPOSITS.\*\***

I have read, understand and agree to comply with the rules stated above.

Signed by: _____     Date: _____

**The above signed vendor hereby agrees to indemnify and hold harmless the Visual Arts Center of Northwest Florida, it's successors, agents and assigns, all persons, firms or corporations, from any and all suits of any kind or nature whatsoever, and particularly on account of injuries, both to person and property which may result from the use of streets, parks and public or private property in Panama City, Florida during the before mentioned event.**

**2010 Downtown Festival of the Arts**
**Set-Up Date/Hours: May 1st, 7-10AM**
**Event Dates/Hours:  May 1st 10AM–8PM & May 2nd 10AM–6PM**
**Event location: Harrison Avenue & 4th Street, Downtown, Panama City, Florida**

Please return application <u>no</u> later than <u>April 9, 2010 with all fees</u>

Make check payable to: *Visual Arts Center of Northwest Florida*
Mail to: Visual Arts Center, 19 East 4th Street, Panama City, FL 32401

Name: _Heliza Mendoza / Herminia Medina_

Business Name: _TINTINS ORIENTAL FOOD_
Address: _4922 W. Fairfield Dr._
City: _Pensacola_  State: _FL_  Zip: _32506_
Phone: _(850) 458-5345_  Fax: _(850) 458-4319_
E-Mail: _TINTINS13 @ yahoo . com_
Tax I.D. # _37 - 8012350999-0_

Product:  Food ☑  (Drink)/Snack ☑

Specifically describe the food / drink you sell including price points: _SHISH-BOB (CHICKEN, CHICKEN, PORK, SHRIMP) FRIED RICE, LOMEIN, EGG EGGPLANT, TURKEY LEG, POLISH SAUSAGE, BLOOMING ONION, TEMPURA SEAFOOD BASKET, CORN DOG / NACHOS / SOFT SHELL CRABS, SAUSAGES, ONION RINGS, P. FRIES / LEMONADE / TEA_
**\*\*Please include photo of booth display\*\***

Applications are subject to approval. Only product(s) described above are allowable to be vended or vendor will be rejected from festival area and vendor fee forfeited. Payment must be made in the form of a check, cash, credit card, or money order AT THE TIME YOU SUBMIT YOUR APPLICATION.  For payments received later than the deadline, a **$50.00** late fee will be charged.  All vendors are **required** to submit a clean-up deposit of **$100.** Providing your booth is clean, your deposit will be refunded upon request.

<u>Food</u> : booth size is 20' X 10'     _1_ # of booths x **$500.00** =$ _500 . 00_
<u>Drink</u>:  booth size is 10' x 10'     ____ # of booths x **$250.00** =$_____
Clean-up deposit    + **$100.00**
Total    =$ _600 . 00_

Water and electricity will be provided to food vendors. Electricity will be provided to retail vendors, if requested.

**\*\*Vendors must supply a minimum of a 100' heavy-duty extension cord.\*\***
Will you use electricity?  (✓) yes ( ) no  Amps used: ___ _2_ )30amp (110v ✓ or 220v ___ )
**\*\*If you use 220v you will be required to arrive early for the City Electrician to wire you.\*\***

Downtown Festival
The Visual Arts Center
19 E. 4th Street
Panama City, FL 32401

Before
April 9

31 MAR 2010 PM 2 L

2010 Census
Mail it Back

USA44

Meliza Mundosa
4922 W Fairfield Drive
Pensacola, FL 32405



**Pine Apple Promotions, Inc.**
**P.O. Box 97**
**Pine Apple, Al 36768**
**251-746-2293**





**OFFICERS:**
Yvonne Sessions
President
Lucy Tracy
Vice President
Lou Harmon
Secretary
Joyce H. Wall
Treasurer

**MEMBERS:**
Gladys Anderson
Carolyn Crawford
Don Donald
Mary Charles Donald
Virginia Grimes
Edward Hale
Lou Harmon
James Huggins
Joyce Martin
Ron Menees
Vela Pugh
Yvonne Sessions
Mary Stanford
Lucy Tracy
Joyce H. Wall
Dale Winters

Dear Friends, Family, and Supporters:

The members of Pine Apple Promotions, Inc. are busy preparing for the 15th annual **Hunter Appreciation Day Arts and Crafts Festival**. This year's event, to be held November 27th, will be a wholesome family fun-filled day featuring various craft vendors, a big buck contest, antique car parade, and live entertainment. This is also a special day because we will be celebrating **"2010 The Year of Small Towns and Downtowns - The Great Alabama Homecoming."** Please consider what a great year this would be to include an old Pine Apple picture with a personal advertisement.

We hope you will join us as we commerate the commercial district of Pine Apple. A historical marker will be unveiled in remembrance of businesses, their owners, and civic leaders of the Pine Apple.

On Friday night November 26th we invite you to join us for supper from 5 p.m. until 8 p.m. in the Moore Academy Gymnasium. A great way to visit friends and listen to some talented live entertainment.

We can not thank you enough for your past support and contributions. As we continue to grow, we hope that again we can count on you to purchase an advertisement.

If you have not purchased an advertisement before we welcome your contribution. Approximately one thousand of these books are distributed locally and in surrounding counties. We encourage all our members and attendees to support our patrons.

Through your support we have been able to achieve many beautification and community service projects. We invest 100% of our proceeds to providing wholesome family events and to promote and beautify the Town of Pine Apple.

Please find attached our ad sales sheet and pricing guide. Your support is needed. We will be sending our book to the printers in October so your prompt reply will be greatly appreciated.

Thanks again.

Yvonne Sessions, President
& The Officers and Members of
Pine Apple Promotions, Inc.

# 2010 Advertising Sales Sheet
# Hunter Appreciation Day
# &
# Pine Apple Homecoming Celebration

Business Name: TIN TIN'S ORIENTAL FOOD

Contact Name: HERMINIA MEDINA

Address: (billing/mailing): 4922 W. FAIRFIELD DR.

PENSACOLA FL. 32506

Telephone: ( 850 ) 478 - 5545

Ad Size: _____  Dollar Amount: _____  Date Paid: _____

Authorizing Signature: _____

## THANK YOU!!!!!

If you would like to keep the same advertisement copy as last year please write "Same as last year" below. Please note you must send your picture if you would like to include it in book with your advertisement.

Affix or write advertisement below – Use reverse if needed

2009 Ad Size: _____  Dollar Amount: _____

# 2010 Advertising Price List

Back Cover - $1000.00
(first come – first serve)

Inside Front and Back Cover -   $500.00
(first come - first serve)

Whole Page - $500.00

1/2 page  -    $250.00

1/4 page -    $100.00

1/8 page -    $50.00

1/16 page -    $25.00

Please make checks payable to:
Pine Apple Promotions, Inc.
P.O. Box 97
Pine Apple, AL  36768

# STEINHAUER PRODUCTIONS



## CONTRACT FOR 2010 EXHIBIT SPACE

**PLEASE PRINT ALL INFORMATION CLEARLY**

NAME _____ FIRM NAME _____

ADDRESS _____ PHONE ( ) _____

CITY _____ STATE _____ ZIP _____ FAX ( ) _____

TYPE OF ART OR CRAFT _____ EMAIL _____

IS YOUR MERCHANDISE PRODUCED BY YOU? YES ____ NO ____ IF NO PLEASE EXPLAIN _____

### MAKE MONEY ORDERS OR CHECKS PAYABLE TO SUNDRA STEINHAUER.

| IMPORTANT! APPLICATIONS AND INFORMATION MAY BE PRINTED FROM OUR WEBSITE www.steinhauerproductions.com steinhauerproductions@charter.net | 1. Each show requires a separate deposit and balance checks. |
|---|---|
| | 2. Each booth requires a $75.00 deposit to be paid by money order or personal check. |
| | 3. Please send your booth fee payment within 21 days prior to show. |
| | 4. A late fee of $25.00 will be enforced this year for late booth payment. |
| | 5. You are allowed 15% commercial only if it compliments your mainline. |
| | 6. This contract is a commitment between Steinhauer and you on booth reservations. |
| | (We must be notified of any emergency situation that would void booth space contract.) |

**SPRINGFEST FESTIVAL**
**APRIL 17-18**
*Livingston Parish Fairgrounds*
| 10X10 | $200.00 ____ |
| 10X15 | $300.00 ____ |
| 10X20 | $400.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $20.00
This is an outdoor event. Canopies must be used.

**52ND ANNUAL CONTRABAND DAYS FESTIVAL**
**MAY 8-9**
*Lake Charles Civic Center (Exhibition Hall)*
| 10X10 | $200.00 ____ |
| 10X15 | $300.00 ____ |
| 10X20 | $400.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $30.00
Table $13.00 _____ Chairs $1.00 _____

**NOLA HOT SAUCE AND GOURMET FOOD SHOW**
**JUNE 26-27 (New Orleans Area)**
*Pontchartrain Center, Kenner, LA*
| 10X10 | $400.00 ____ |
| 10X15 | $600.00 ____ |
| 10X20 | $800.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $40.00
Table $13.00 _____ Chairs $1.00 _____

**26TH ANNUAL CHRISTMAS IN JULY**
**JULY 17-18 (New Orleans Area)**
*Pontchartrain Convention Center, Kenner, LA*
| 10X10 | $320.00 ____ |
| 10X15 | $480.00 ____ |
| 10X20 | $640.00 ____ |
| 10X25 | $800.00 ____ |
| 10X30 | $960.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $40.00
Table $13.00 _____ Chairs $1.00 _____
★All Booths are corners

**17TH ANNUAL CHRISTMAS IN JULY LAFAYETTE**
**JULY 24-25**
*Blackham Coliseum, Lafayette, LA*
| 10X10 | $200.00 ____ |
| 10X15 | $300.00 ____ |
| 10X20 | $400.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $30.00 _____ No Tables or Chairs
★All Booths are corners

**FLEUR-DE-LIS FEST MANDEVILLE**
**SEPTEMBER 11-12**
*Castine Center, Mandeville, LA*
| 10X10 | $275.00 ____ |
| 10X15 | $410.00 ____ |
| 10X20 | $550.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Booth is supplied with pipe and drapes.
Electricity one table and two chairs.

**5TH ANNUAL FALL FEST SLIDELL**
**SEPTEMBER 18-19**
*Northshore Harbor Center, Slidell, LA*
| 10X10 | $200.00 ____ |
| 10X15 | $300.00 ____ |
| 10X20 | $400.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $30.00
Table $13.00 _____ Chairs $1.00 _____

**19TH ANNUAL CHRISTMAS IN NEW ORLEANS**
**NOVEMBER 6-7 (New Orleans Area)**
*Pontchartrain Center, Kenner, LA*
| 10X10 | $320.00 ____ |
| 10X15 | $480.00 ____ |
| 10X20 | $640.00 ____ |
| 10X25 | $800.00 ____ |
| 10X30 | $960.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $40.00
Table $13.00 _____ Chairs $1.00 _____
★All Booths are corners

**14TH ANNUAL CAJUN CHRISTMAS LAFAYETTE**
**NOVEMBER 27-28**
*Heymann Convention Center, Lafayette, LA*
| 10X10 | $200.00 ____ |
| 10X15 | $300.00 ____ |
| 10X20 | $400.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $30.00
Table $13.00 _____ Chairs $1.00 _____

**25TH ANNUAL CHRISTMAS EXTRAVAGANZA**
**DECEMBER 3-4-5**
*Covington Fairgrounds* Covered Pavilion Festival Tents
| 10X10 | $320.00 ____ |
| 10X15 | $480.00 ____ |
| 10X20 | $640.00 ____ |
| 10X25 | $800.00 ____ |
| 10X30 | $960.00 ____ |

Dep. $ _____ Bal. $ _____ Ck # _____
Electricity $30.00 _____ (For 3 Days)
R.V. _____ nights at $25.00 =
To be paid prior to the show with booth fee.

Occupational License Fee of $10 is to be paid
prior to the show with booth fee. ____ Paid.

• All covered booths are under metal pavilion and festival tents.

**Prices for totally Outdoor Booth**
*Must supply own canopy*
| 10X10 | $270.00 ____ |
| 10X15 | $405.00 ____ |
| 10X20 | $540.00 ____ |
| 10X25 | $675.00 ____ |

• A three-sided display forming an "individual setting" is required for all booths. We do not supply a side and backdrop for this show. You must supply your own sides and backdrop. Canopies may be used for this.

**COMMERCIAL TENT** This tent will be related to healthcare, beauty aids and home products etc.
| 10X10 | $400.00 ____ |
| 10X20 | $800.00 ____ |

### MAKE MONEY ORDERS OR CHECKS PAYABLE TO SUNDRA STEINHAUER.

BOOTH DISPLAY MUST BE ATTRACTIVE WITH SKIRTED TABLES AND COMPLY WITH BOOTH QUALIFICATIONS

Sales tax will be collected one hour before the show ends of the last day. Electricity charge for booths range from $30.00 to $40.00 for the two days depending on the show and type of electricity needed. The Producer (STEINHAUER Productions will not be liable for refunds and/or any other liabilities whatsoever for the failure to fulfill this contract due to reasons of the enclosure in which the show to be produced being before or during the show is destroyed by fire or other calamity or by any act of God public enemy strikes statues ordinances or any legal authority or any other cause beyond the producers control. If Exhibitor cancels 21 days prior to a show, 50% of the deposit will be refunded or total of deposit will be transferred to another show if Exhibitor cancels after that period 100% of deposit is nonrefundable. Exhibitors are asked (not mandatory) to donate a small door prize when asked. A small admission fee will be charged at all shows. Show management reserves the right to restrict, modify or expel any exhibit that is deemed undesirable without refund. I have read and understood the terms of this contract and agree to apply fully with all rules and regulations. Covington, Mandeville, & Slidell, LA shows will require a $10.00 occupational license, you will buy when you check in at the show. Thank you for selecting our shows please sign and date contract.

Signature _____ *Thank You!* Date _____

Sundra & Herman Steinhauer • 16471 Hwy. 40, Folsom, LA 70437 • (985) 796-5853 • Fax (985) 796-5040
Website: steinhauerproductions.net • Email: steinhauerproductions@charter.net

The Mobile Renaissance Faire Sat. & Sun., November 13-14, 2010 Office: 3603 Mobile Hwy,, Pensacola, FL 32505. (850) 429-8462 or 572-1407. Fax (850) 470-0012 Site address: ABBA SHRINERS TEMPLE, 7701 HITT ROAD, MOBILE, ALABAMA 36695.

Medieval/Renaissance merchants are cordially invited to participate in the NINTH Annual Mobile Renaissance Faire held at the ABBA SHRINERS TEMPLE GROUNDS.

Merchanting will be for $50.00 for the tent merchants per 10 X 10 space utilized (including tent ropes/stakes). Your booth & ropes must fit in 10x10 space or there will be an additional charge of $25.00 per each additional 10x10 space for any merchant booth utilizing more than a 10x10 space. INDEPENDENT FOOD MERCHANTS ARE ALLOWED AT THIS EVENT. COST FOR FOOD MERCHANTS IS $375.00 FOR THE WEEKEND AND INCLUDES WATER AND ELECTRIC.

Those traveling with RV's: IF YOU WANT WATER/ELECTRIC HOOKUPS FOR RV YOU MUST CONTACT ABBA SHRINE TEMPLE AND RESERVE YOUR RV SPACE, CONTACT ABBA SHRINE TEMPLE AT 251 633 5195. If you are self contained you may bring your RV and camp for free at the site.

We will be advertising strongly on TV, radio, and news media with a large advertising budget! Booked entertainment consists of Jousting Knights, Magicians, Medieval Fighters, Falconry Display, Renaissance Dancers, Arabian Dancers, jesters, jugglers, fire breathers, Renaissance Music, Minstrels, Games of Skill, Food and Drink and MUCH MORE!!

Merchant Applications MUST BE RECEIVED BY October 20, 2010. Spaces/booths are assigned on a 1st come, 1st served basis. Merchants must be completely set up by 9 am on the day of the event. Set up on Fri.,Nov. 12 is REQUIRED!!!! All vehicles must be removed from the premises to merchant parking no later than 9 am each day of the event. Tear down after the event must be completed by Monday Nov. 15, by noon with all vehicles and tents removed from the premises. A complete set of rules for the event will follow and be mailed to you upon your acceptance as a merchant. For more merchant info or for assistance in any way, contact Steven at 850-429-8462 or 572-1407 or email gcrenfaire@aol.com. Also, for more info on the event see the website at www.mzrf.us

**Liability and photo release form and Agreement to comply by Gulf Coast Renaissance Faire/Mobile Ren Faire regulations.**

I have read the current Renaissance Faire regulations. I understand these rules and guidelines and agree to abide by them while acting in any capacity as a representative of the Renaissance Faire. Furthermore, I agree to release and hold blameless/harmless Gulf Coast Renaissance Faire,Inc/Mobile Renaissance Faire (MRF) and the Renaissance Faire Staff for any injury or damage caused to me or others by my own acts or the acts of others while engaged in any Renaissance Faire activity. In addition, I shall indemnify and save harmless Gulf Coast Renaissance Faire/MRF and/or their affiliates from and against any and all liability in the event of accident, damage, liability, loss or theft which occurs while on any Gulf Coast Renaissance Faire premises before, during, and after faire hours. {Please initial after reading this whole document._____}INITIAL In addition, I agree to peace bind all weapons carried while on Gulf Coast Renaissance Faire/MRF grounds unless I have applied for and received written permission from the Renaissance Faire Staff to do otherwise. All blade weapons carried or sold are to be in scabbards {of some sort} while traveling the Renaissance Faire grounds. ANY weapon may be inspected at any time by Renaissance Faire Staff and must be deemed safe or it will have to be taken off and put away. I also understand that by signing this release I am, without payment to me, granting Gulf Coast Renaissance Faire/MRF the right to use for all promotional, educational and other purposes to promote the Renaissance Faire any photo, video, or other reproduction of any representation in which I may appear. Your space{s} will be reserved upon the conditions of the Renaissance Faire Staff. Reservations will be taken on first come, first served basis. I hereby certify that I have read, understand and agree to comply with all regulations contained in the information sheet/application for the Gulf Coast Renaissance Faire . _____
Applicant's Signature Date Please remember that each person that travels to this event must read and sign a copy of this waiver.
For our records: Legal Name : HEATH MCMA  MCCOWAN Event name: PEN SALE Location while at
event : {Merchant site ____ #} Phone: { 850 498 - 5565 } Primary Phone:
{ 850 } 498 - 4319 Secondary FAX: { } Address : PENSACOLA City :
_____ State : FL 9 digit Zip code : 3306 E- Mail : TINY TIM @ TL Web site :
_____ Any other POC: _____ Off event site emergency contact:
Name: NELL MCMAHON Phone: { 850 } 498 - 6320 Primary Phone: { 850 } 498-5565
Secondary ARE THERE ANY MEDICAL OR HEALTH CONDITIONS THAT WE SHOULD BE AWARE OF THAT YOU
MAY NEED ASSISTANCE WITH? NO

Please remember that each person that participates to this event must fill out and turn in a copy of this information.

**MINOR Liability and photo release form and Agreement to comply by Gulf Coast/Mobile Renaissance Faire regulations.**

I have read the above Renaissance Faire regulations. I understand these rules and guidelines and agree to abide by them while acting in any capacity as a representative of the Renaissance Faire. Furthermore, I agree to release and hold blameless/harmless Gulf Coast Renaissance Faire Inc/Mobile Renaissance Faire (MRF) and the Renaissance Faire Staff for any injury or damage caused to me or others by my own acts or the acts of others while engaged in any Renaissance Faire activity. In addition, I shall indemnify and save harmless Gulf Coast Renaissance Faire/MRF and/or their affiliates from and against any and all liability in the event of accident, damage, liability, loss or theft which occurs while on any Gulf Coast Renaissance Faire premises before, during, and after faire hours. {Please initial after reading this whole document._____}INITIAL In addition, to peace bind all weapons carried while on Gulf Coast Renaissance Faire grounds unless I have applied for and received written permission from the Renaissance Faire Staff to do otherwise. All blade weapons carried or sold are to be in scabbards {of some sort} while traveling the Renaissance Faire grounds. ANY weapon may be inspected at any time by Renaissance Faire Staff and must be deemed safe or it will have to be taken off and put away. I also understand that by signing this release I am, without payment to me, granting Gulf Coast Renaissance Faire/MRF the right to use for all promotional, educational and other purposes to promote the Renaissance Faire any photo, video, or other reproduction of any representation in which I may appear. Your space{s} will be reserved upon the conditions of the Renaissance Faire Staff. Reservations will be taken on first come, first served basis. I hereby certify that I have read, understand and agree to comply with all regulations contained in the information sheet/application for the Gulf Coast Renaissance Faire/MRF. _____ Parent/Guardian
of below named minor Signature Date Please remember that each person that travels to this event must read and sign a copy of this waiver. For our records: Parent/Guardian Name: _____
_____ Event Name:
_____ Minors Legal Name : _____ Event name:
_____ Date Of Birth: ____ / ____ / ____ Working Booth: ____Yes ____No Location while at event : {Merchant site ____ #} Phone: {____} Primary Phone: {_____ Secondary Off
event site emergency contact: Primary Name: _____ Secondary Name:
_____ Phone: {____} _____ Primary Phone:
{____} _____ Secondary Address : _____ City : _____ State : _____ 9 digit Zip
code : _____ Any other point of contact:_____ MEDICAL/ HEALTH CONDITIONS THAT YOU NEED
ASSISTANCE WITH?

If working booth and parents are not on Faire site a letter from the parent must also accompany this form stating all their contact information and their wishes for an emergency if one occurs. Please remember that each person that participates to this event must fill out and turn in a copy of this information.

# MERCHANT APPLICATION

Please understand that this agreement will serve as a contract once accepted. A $50.00 tent merchant fee (minimum) for a 10x10 space PLUS $25.00 FOR EACH ADDITIONAL 10X10 SPACE OR PORTION THEREOF (example: 12x12 tent = $75 fee', 20x20 tent = $125.00 fee, 30x30 tent = $175.00 fee, etc) a copy of the business owner's drivers license or photo ID and photos showing your tent and some of your crafts/wares MUST be submitted with this application-you may send them through email also or provide links where photos can be seen. The tent/wares photo is required for all merchants. Should the applicant not be accepted, the fees will be refunded. Vendor understands all taxes and licensing, including any local, state or federal are the responsibility of vendor. Vendor is responsible for it's own insurance. Insurance is not required but is strongly recommended. Those without insurance are considered self insured for this event and will indemnify GCRF Inc DBA Mobile Renaissance Faire from all claims.

RV SPACE is LIMITED, YOU MUST PRE-RESERVE FOR RV SPACE WITH ABBA TEMPLE DIRECTLY (CALL 251 633 5195 TO REACH ABBA TEMPLE TO RESERVE RV SPACE)

Business Name ___TIN TIN'S ORIENTAL FOOD + SEAFOOD___
Merchant Name & SS No. ___HERMINIA MEDINA 589-51-814___
Merchant Address ___4922 W. FAIRFIELD DR. PENSACOLA FL 3506___
Cell and Home/Work Phone #s ___(80) 485-4071 /(80) 346-3192 /(80) 458-5___
Email ___TINTIN'S 13 @ yahoo ___  (STORE)
Emergency Contact and Phone ___NERY MOSUMZA (800) 485 6375___
Mobile Renaissance Faire and Vendor Agree as Follows:
1. Vendor understands that only approved crafts and exhibits listed below & shown in photos will be permitted. (please use back of form for additional space) ___FOOD___ ___SHISH KABOB (HICKERY, ALIGATOR, SHRIMP, PORK) FRIED + GRILLED FRIED NOODLE / MEAT EGGROLL / EGGPLANT / BATMAN ONION FRIED PAKRILL / POUCH SAUSAGE / TURKEY LEG / TEMPURA SEAFOOD DELISH / RUNG / POTATO FRIES / CORN DOG NACHOS___
2. Size of tent or vending space requested (add 2 ft. to all sides of tent IF ropes are used)
TOTAL SIZE ___N X N___ Frontage size ___N___ Depth size ___N___
*requested size is all that will be provided
3. NON FOOD MERCHANT SPACES ARE 10 X 10. I am requesting _____ space(s)-
PLEASE ENCLOSE A CHECK OR MONEY ORDER FOR $50.00 FOR A 10X10 AND $25.00 FOR EACH ADD'L 10X10 YOU NEED.
***** ✓ I am a food merchant and I need a ___N X 15___ size space (food merchants fee of $375.00 covers up to a 20x20 space, extra fees will apply and be collected if your food vending operation exceeds 20x20)
4. I AM BRINGING AN RV ____YES ✗NO (PLEASE CHECK IF YOU WOULD LIKE RV SPACE BUT YOU STILL MUST CALL ABBA TEMPLE AT 2516335195 to reserve your RV space)
5. Description of tent: (plastic/canvas tarp, pop-up, medieval pavilion, other)___15 X 15    OR    20 X 20___ (include photo of tent if you have never vended here before or if set up has changed)
6. Please list name(s), address(es), and age(s) of all persons working your merchant business:



LESLIE        JESSICA
NEY          ACE
GRACE        AVENUE

7. DON'T FORGET! A. You must wear a medieval/Ren costume during the full time of the event. B. You must have a sign with Medieval Lettering or with rustic appearance C. You must be completely set up with vehicles removed and ready to sell to public by 9 am on 11/13/10. YOU MUST SET UP between 8 am and 6 pm on 11/12/10 !!!! THERE WILL BE NO OTHER SET UP TIMES FOR THIS EVENT AS THIS IS A HIGHLY REGULATED FAIRGROUND. D. For each person working the booth, each must fill out and sign the regular and/or minor liability form and return it with this application to be accepted as a merchant.

I HEREBY CERTIFY THAT I CARRY LIABILITY INSURANCE FOR MY MERCHANT BUSINESS OR THAT I AM SELF INSURED AND BY SIGNING I HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS GULF COAST RENAISSANCE FAIRE INC DBA MOBILE RENAISSANCE FAIRE FROM ANY CLAIMS FOR INJURIES OR OTHER ACCIDENTS OR LAWSUITS THAT RESULT FROM MY BUSINESS ACTIVITIES. I FURTHER AGREE THAT MY BUSINESS IS LICENSED AND/OR COMPLIES WITH ALL LOCAL, STATE AND FEDERAL LAWS AND THAT I AM COMPLETELY RESPONSIBLE FOR COLLECTING, REPORTING AND PAYING ANY AND ALL SALES OR OTHER TAXES THAT ARE DUE UNDER MOBILE COUNTY, ALABAMA AND FEDERAL LAWS AND SHALL HOLD HARMLESS AND INDEMNIFY GCRF, INC. FROM ALL CLAIMS IN THIS OR ANY REGARD. I FURTHER AGREE NOT TO SELL ANY WEAPONS TO MINORS OR ANYTHING ELSE REGULATED BY LAW NOT TO BE SOLD TO MINORS AND WILL DISPLAY FOR THE ENTIRE EVENT A WEAPONS POLICY AT MY BOOTH THAT INCLUDES WORDING THAT WEAPONS WILL NOT BE SOLD TO MINORS.

Merchant Signature
Date  10/12/10

Please make check or money order payable to Renaissance Faire **Mail full application & Fees to : Mobile Renaissance Faire, c/o Steven Melei, 3603 Mobile Hwy., Pensacola, FL 32505. DON'T FORGET, APPLICATION DUE BY OCTOBER 20, 2010. Due to the incredible costs of mailing applications and dealing with paperwork, there will be no refunds of merchant fees for any reason. INSURANCE NOT REQUIRED BUT RECOMMENDED!!!! INSURANCE AVAILABLE THROUGH SHOFF DARBY CO. VENDORS PROGRAM 1-800-840-7762 OR SEE WWW.SHOFFDARBY.COM



PENSACOLA FL 325

28 JUL 2010 PM 2 T

PENSACOLA, FL 32505

Herminia Medina
4922 W. fairfield Dr
Pensacola Fl 32506



2010
10⁶/⁶/V

## DE LUNA FEST
## FOOD VENDOR INFORMATION

**Vendors at De Luna Fest:**

- MUST operate both days of the festival
- MUST be able to scale to the expected patron volume
- Will serve food only, no beverages may be served
- Must supply final menus for printing no later than September 15, 2010
- Must complete Application and email/fax/deliver to our offices before September 1, 2010
- Must adhere to setup/breakdown regulations and times as described below
- Provide liability insurance as described below
- Adhere to Cleanup/Disposal/Grease Removal/Trash policies

**De Luna Fest, Five Flags Tourism Group and Pensacola Bay Beverage, LLC will provide all vendors:**

- All menu Signage
- Access to vendor area for load-in beginning at 8am Thursday, October 14, 2010
- Ice as needed
- Electricity (1 20A circuit, additional circuits are available for an additional fee)
- Overnight Security
- Trash facilities
- Grey water facilities

PLEASE NOTE: Acceptance as a vendor is at the SOLE DISCRETION of Pensacola Bay Beverage, LLC. Selections are based on the committee's evaluation of menu items, adherence to the goals of De Luna Fest to feature local flavors, business affiliations in the local community and other factors. If your application is approved, you will be notified via email by September 7, 2010.

**Vendor Fees:**

Pensacola Bay Beverage, LLC will provide a 20'x20' reserved space for **$1250.00**. Pensacola Bay Beverage, LLC will also provide a 20'x20' tent, four 10' tables and 10 chairs, and up to 20 amps of power for use throughout the event. 10'x10' spaces are also available for **$750.00**. These spaces will be provided 2 10' tables and 6 chairs and 20 amps of power for use throughout the event. Should a vendor wish to bring their own vending trailer, space will be available for **$1500.00** minimum, and **$100.00** per linear foot over 20ft. In addition to the vendor fee, which is due with your completed acceptance letter, a $500.00 cleanup deposit will be required, and will be returned by check on Wednesday, October 20, 2010, provided the vendor meets checkout requirements.

Vendor will be accepted when the completed acceptance letter, vendor contract and vendor fee are received to the Pensacola Bay Beverage, LLC offices by check or money order in the amount of $1750.00. Contracts received after September 1, 2010 will be considered, but will be subject to a $125 late fee.

All vendors will pay **TWENTY PERCENT (20%) of GROSS SALES** to Pensacola Bay Beverage, LLC. For the purposes of all vendor contracts, "gross sales" is ACTUAL SALES before all applicable state and local taxes and SRIA fee deductions. All vendors will, **by law**, pay the Santa Rosa Island Authority **FIVE PERCENT (5%)** of gross sales. These totals will be audited throughout the festival by Pensacola Bay Beverage, LLC, its' managers or supervisors and through the festival office. Any vendors caught falsifying documents or sales figures will be asked to close their location immediately, will forfeit their deposit, and will not be allowed to EVER return as a vendor to De Luna Fest, or ANY event managed or produced by Five Flags Tourism Group or Pensacola Bay Beverage, LLC.

## Food Items:

Pensacola and the surrounding areas are rich in local cuisine and in that spirit, vendors at De Luna Fest should exemplify the "Southern Style" of cooking.  Examples of our preferred foods include:
- -Seafood
- -Barbeque
- -Other local favorites

Preference will be given to local businesses supplying each given food item.  In order to keep the diversity of food items, only two options of each type of food will be allowed.

Pricing for all food items **MUST** round to the nearest dollar.

As stated in vendor responsibilities, final menus are due to the Pensacola Bay Beverage, LLC offices no later than September 15, 2010.  Each vendor's final menu submission will be approved by September 30, 2010, and this final agreement between the festival and the vendor will constitute the ONLY items the vendor is allowed to sell at De Luna Fest.

## Florida Department of Health Requirements:

All vendors will be required to adhere to all Florida Department of Health standards and requirements.

All vendors must have a working ABC Fire Extinguisher, and a K-Type Fire Extinguisher, if using a fryer, for each booth.

If vendor uses compressed propane cylinders, they must be secured to a solid object by a chain or placed in a rack designed for storing high-pressure cylinders.

## Required Documents:

At vendor check-in, all vendors must provide:
- Certificate of Insurance, naming "Pensacola Bay Beverage, LLC", "Five Flags Tourism Group, LLC" "Escambia County" and "Santa Rosa Island Authority" as additional insureds
- List of employees with copies of state issued IDs for security purposes
- Proof of Worker's Compensation coverage
- Copy of Florida Department of Revenue Sales/Use Tax Certificate
- Valid Florida Department of Health Compliance Certificate

## Ticketing Vendor:

The **$1250.00** vendor fee includes six (6) festival vendor credentials.  The **$750.00** vendor fee includes four (4) festival credentials.  These credentials are NON-TRANSFERRABLE.  If your vendor booth requires more than four employees, additional vendor credentials are available, up to 6 additional, for $50 per credential.  All vendor employees MUST have their credentials to enter the event, and vendor credentials must be worn at all times.

NOTE: Credentials will be pre-printed with employee names submitted to Pensacola Bay Beverage, LLC by the final menu submission date, and any changes in names must be submitted for credentialing at vendor check-in.

*Pensacola Bay Beverage, LLC | Vendor Information Agreement*
*Updated Wednesday, July 28, 2010*

- 2 -

Applicant Name: _HERMINIA   MEDINA_

Company Name: _TIN TIN'S ORIENTAL FOOD_

Company Address: _4922   W. FAIRFIELD   DR._

City: _PENSACOLA_   State: _FL_   Zip Code: _32506_

Work Phone: _(82) 458-5345_   Cell Phone: _(810) 485-4071_

Fax Number: _(810) 458-4319_   E-mail: _TINTINS 13 @ yahoo.com_

Florida Sales/Use Tax License # (if applicable) _27-8012350899-0_

Number of Vendor Credentials Required: _6_

Electricity Required: _2 / 30_ Amps
(20amp is included, more circuits available for fee)

Please Select a Vendor Type:
□ Food Vendor 20'x20'   ($1,250)   _____
□ Food Vendor 10'x10'   ($750)   _____
□ Concessions Trailer   ($1,500)   _____

Will you be receiving any deliveries during the Festival? If so, what time of day and how often?
_NO_

De Luna Fest & Pensacola Bay Beverage, LLC believe in equal opportunities for all vendors and we will actively seek fair evaluation of all applications. We do not allow personal beliefs to conflict with application consideration. In selecting participants, criteria may include menu items, past history, the promptness of application arrival, and event area accommodations. We reserve the right to deny acceptance of any applicant if past experience or other factors warrant exclusion.

As a participant in De Luna Fest 2010, I fully understand and agree to the following:

I recognize and acknowledge that I assume full risk of any injury, property damage or loss which I may sustain as a result of my participation in any and all activities connected with or associated with my participation in the Festival. Furthermore, I understand that I should carry my own insurance and that I store my products and equipment overnight at my own risk.

I agree to waive and relinquish all claims I may have against De Luna Fest, Five Flags Tourism Group, LLC and Pensacola Bay Beverage, LLC, and all associated sponsors and staff of the Festival and agents thereof from any and all claims other parties may have resulting from injuries, damage, or loss caused by, arising out of, connected with, or in any way associated with the activities of the Festival.

I agree to provide a specified list of all menu items I plan to sell, and I acknowledge that I may not be permitted to sell each of the items I submit. I understand that I must comply with all Escambia County and State of Florida Health Regulations pertaining to food sales at special events. I understand that failure to comply with these regulations may result in being asked to leave the Festival, forfeiting all fees.

I agree that I am responsible for the transportation, insurance and sale of my products. I also understand that I am responsible for collecting and reporting sales tax and SRIA fees on all transactions made during the Festival. I agree to pay 20% of my gross proceeds to Pensacola Bay Beverage, LLC.

I agree to pay all the necessary fees set forth in this application. I understand that my checks will be deposited upon application arrival, although I may not be selected to be in De Luna Fest 2010. I understand that all cancellations must be made in writing and must be postmarked, emailed, or faxed by no later than September 15, 2010 and that absolutely no refunds will be considered after September 15, 2010.

I agree to be present for both days of the Festival: Friday, October 15, 2010 and Saturday, October 16, 2010. I agree that if I have not set up by 12pm on Friday, October 15, or if I leave the Festival early, I forfeit my booth space and all fees. If I intend to be late on either of the days, I must acknowledge this to the Event Manager in my area or I may forfeit my booth space. I agree that all demonstrations and exhibits may be photographed for publicity purposes. I understand and will abide by the rules of this application.

I have read through the application and I agree to abide by all rules set forth in this agreement.

Applicant Signature: _[signature]_   Date: _9/14/10_

*Pensacola Bay Beverage, LLC | Vendor Information Agreement*
*Updated Wednesday, July 28, 2010*

## LOUISIANA SHRIMP & PETROLEUM FESTIVAL
## 2010 FOOD VENDOR INFORMATION & REGULATIONS



**The Louisiana Shrimp and Petroleum Festival & Fair Association as governed by its Board of Directors has complete and final authority over the festival.  S&P Festival reserves the right to immediately, or at any time, remove any Vendor from the Festival who violates any stated Regulation.**

### SCHEDULE

The following is the operating schedule for concession booths:

| | |
|---|---|
| Friday, Sept. 3rd | 5 p.m. until 11 p.m. |
| Sat., Sept. 4th | 11 a.m. until Midnight |
| Sun., Sept. 5th | 11 a.m. until Midnight |
| Mon., Sept. 6th | 11 a.m. until 9 pm |

Set up may begin NO EARLIER THAN 8 am ON FRIDAY (as no one will be available before that time to assist you in locating your space.)

### FOOD SELECTIONS

List all foods that you plan to serve as these items will be detailed in your contract and will be strictly enforced.  For each booth rented, a vendor will be able to sell **4 entrees & 2 side orders-** (sides: French fries, Curly/Butterfly fries, Tater Tots, Onion rings/strips, Candy, Egg Rolls, Red Beans/rice, Fried rice, Noodles, Pickles. **Each item must be listed separately:** BBQ Pork, Shrimp, Chicken, etc. will be considered separate entrée items.  **"Kabobs" and "On-a-Stick"** will be considered the same no matter how they are prepared or cooked.  Six **(6)** vendors will be allowed to sell shrimp-on-a-stick as one of the purposes of our festival is to promote the consumption of shrimp.

### FEES

Commercial booths will be operational for four days (Friday, 9/04 through Monday, 9/07).  Each space measures approximately 15' wide and 20' deep.  The rental price of $650.00 covers the entire four day period. **All booth rental fees must be paid upon signing of contract.  DO NOT SEND FEES WITH APPLICATION!!** An additional charge of $20.00 per day is implemented if you require electricity.  Please remember that the festival provides **ONLY** a space and does not provide an actual booth, tables, chairs or extension cords.

### CHECK-IN

All Vendors must check-in at the corner of Greenwood and Third Streets near the bridge pillar.  Check in times will be 8:00 a.m. through 4:00 p.m., Friday, Sept. 4th, 2009.  Your set-up must be complete before the 5:00 p.m. start of the show.  (Anyone requiring a different check-in time should call the festival office to make arrangements).  You will receive your tax forms and booth confirmation # at this time.

### BOOTH ASSIGNMENTS

Booths will be located beneath the elevated Atchafalaya River Bridge.  Under no circumstances may your booth extend beyond the area designated by the festival.  Booth choice is encouraged but is NOT guaranteed.  All food vendors will be assigned a space in an area designated for food vendors (the only exception to food vendor location will be impulse foods, such as ice cream, snow cones, etc…).  It is to the Vendor's advantage to submit an application as early as possible.  Applications will be accepted until all spaces are filled.

### SET-UP & REMOVAL

Set-up is Friday 8:00 a.m. -- 4:00 p.m. (anyone requiring a different check-in time should call the festival office to make arrangements). There will be a patrol each night after show closes, however you are responsible for your own merchandise. To ease unloading and setting up, avoid blocking aisles and roadways for excessive periods of time, all set-ups must be completed by 4:00 p.m. on Friday and all vehicles moved to designated parking areas.  Extend the courtesy to your fellow vendors that you expect for yourself. No vehicles are allowed in the sales area during hours of operation without permission from festival officials. Each food vendor will be allowed **one** service/utility unit that is placed into location and will not be moved until end of festival.  All displays must be removed within 24 hours of the festival (or in the event of an evacuation being declared) or you will be assessed a clean-up fee of $100.

### HOOK-UPS

Vendors must provide their own special electrical hook-ups such as "male and female" plugs and

**PARKING**

Reserved vendor parking is limited to space for one vehicle and one utility trailer per paid booth space. The S&P Festival reserves the right to limit the size of vehicles or trailers that can be accommodated on the grounds.

**CAMPING**

A limited number of camping spaces will be available in area beneath the elevated Atchafalaya River Bridge (approx. 3 blocks east of booth spaces). The cost of rental will be $20.00 per day. If you are interested in renting a camping space, please send a separate cashier's check or money order for this amount. If camping space is not available, that amount will be refunded to you. Also, it is very important that you indicate the length of your camper on your application. We **MUST** have this info. ***Self contained gray water units only. Water and electric are provided. (No sewer connections)

**ANIMALS/PETS**

Animals/pets are prohibited, except service animals for the disabled. City ordinance prohibits pitt bulls.

**SALES TAXES**

Vendors must collect their own sales tax of 8% (State 4%, St. Mary Parish 4%). Forms will be given at check-in time. Any vendor with back sales taxes due (according to tax officials) may not be allowed to open. You may contact our office at 985-385-0703 or the tax office at 985-385-4531 for assistance.

**HOLD HARMLESS CLAUSE**

Vendor agrees and covenants to indemnify, defend, and hold harmless the Louisiana Shrimp & Petroleum Festival and Fair Association and the City of Morgan City, its officers, directors, volunteers, officials, employees, and agents from and against any and all liabilities, claims, suits, and causes of action of whatever nature or type (including but not limited to causes of action based upon tort, strict liability or otherwise), and all attorney fees, costs, and expenses incidental thereto, which may arise or in any way be connected directly or indirectly, with Vendor's participation in the festival. This indemnification is absolute, personal to the Vendor, and is not limited by the insurance coverage which vendor may have in place.

**EXHIBITION STANDARDS & RULES**

- *INSURANCE* - All commercial vendors must provide a **Certificate of Insurance, with a minimum of $300,000.00 product and general liability coverage, naming the Louisiana Shrimp & Petroleum Festival & Fair Association and The City of Morgan City as additional insured(s). This certificate MUST be sent, along with your final contract which will be mailed to you at a later date, if your application is approved.** If your application is approved and you do not have liability insurance, please contact our office. A limited number of vendors may acquire insurance through the festival at a cost of $120.
- Booth spaces may not be transferred or otherwise assigned.
- The festival logo and name are registered trademarks and neither, nor imitation thereof, may be used on any merchandise without license by the festival.
- All booths must have at least one 10 pound ABC fire extinguisher.
- All cooking equipment must be isolated from the public by at least 4 feet or by a barrier.
- All Pots & deep fat fryers must have (a) lids available for immediate use and (b) be separated from each other by at least 2 feet horizontal distance.
- **ABSOLUTELY NO DUMPING OF GREASE OR WATER** is allowed in booth area. Drums will be located in accessible areas for Grease and sinks for water.
- Vendors are responsible for cleaning up vendor spaces (including areas in front and to the rear of booth).
- Signage listing approved items and their prices are to be clearly visible.
- Only approved items for sale may appear on signage. All other items must be covered.

*ON SITE EVALUATIONS WILL BE CONDUCTED TO INSURE THAT EXHIBITION STANDARDS AND RULES ARE FOLLOWED. FAILURE TO COMPLY COULD RESULT IN A NEGATIVE EVALUATION AND/OR EXPULSION FROM THE FESTIVAL AND LOSS OF ALL FEES PAID.*

**BOOTH RENTAL AND CONTRACT**

At this time, simply complete the enclosed application and return to festival office. No fees will be paid until your application has been approved and a contract sent to you. Contract will be

*Gulf Coast Full Contact Jousting Tournament*
*Fri., Sat. & Sun., January 22-24, 2010*
*Office: 3603 Mobile Hwy,, Pensacola, FL 32505. (850) 429-8462 or 572-1407. Fax (850) 470-0012*
*Site address: Escambia County Equestrian Center, 7750 Mobile Hwy, Pensacola, FL 32526*

Medieval/Renaissance merchants are cordially invited to participate in the 1st Annual GULF COAST FULL CONTACT JOUSTING TOURNAMENT held at the ESCAMBIA COUNTY EQUESTRIAN CENTER in Pensacola, Florida. The Tournament will be held Friday Night from 6 to 10 pm, Saturday from 12-4 and Saturday Night from 6-10 pm, and Sunday Finals Matinee from 12-4 pm.  There may be a School Day planned for Friday 9 am – 3 pm but it is not for certain.

### *NON FOOD MERCHANTS*

MERCHANT SPACE IS LIMITED TO 20 NON FOOD MERCHANTS & THEY HAVE 3 OPTIONS:
1. SELL FROM A CART THAT YOU PROVIDE-NO ELECTRIC.
2. SELL FROM A 10X10 EZ UP OR OTHER 10X10 TENT THAT YOU PROVIDE-NO ELECTRIC.
3. RENT A 12X12 HARD BOOTH SPACE FROM US, NO TENT REQUIRED-INCLUDES ELECTRIC & WATER.-LIMITED NUMBER OF HARD BOOTHS SO NO GUARANTEES, FIRST COME FIRST SERVED UNTIL ALL RESERVED.

ALL SPACES ARE 10 FOOT WIDE ONLY, CANNOT ACCOMMODATE ANY TENTS WIDER THAN 10 FOOT. TENT MUST BE CAPABLE OF SET UP ON CONCRETE OR YOU MUST REQUEST PRE-APPROVAL FOR GRASS SET UP AS THERE IS VERY LIMITED GRASS VENDOR SPACE. THERE WILL BE NO ELECTRIC AVAILABLE FOR NON FOOD MERCHANTS UNLESS A  HARD BOOTH SPACE IS RENTED FROM US AS DETAILED ABOVE. ***NO TENT CAMPING ALLOWED AT THIS SITE, only RV Camping Allowed!!!!***

COST:
1. CART OR 10X10 EZ UP/TENT SPACE = $120.00 FOR THE WEEKEND
2. 12X12 BOOTH=$120.00 FOR THE WEEKEND

### *FOOD VENDORS*
FOOD VENDING WILL BE LIMITED TO 5 FOOD VENDORS! FIRST COME FIRST SERVED. FOOD VENDORS HAVE 2 OPTIONS.

1.BRING YOUR OWN FOOD TRAILER OR COOKING SETUP THAT MUST FIT WITHIN A 10X15 SPACE MAXIMUM.

2.RENT THE INSIDE CONCESSION AREA BOOTH AT THE EQUESTRIAN CENTER (COMES WITH EQUIPMENT FOR FOOD OPERATIONS)-ONLY 1 AVAILABLE

    COST:
1. UP TO 10X15 TRAILER OR 10X15 SPACE WITH WATER & ELECTRIC=<u>$350.00 FOR THE WEEKEND.</u>
2. INSIDE CONCESSION BOOTH AT THE EQUESTRIAN CENTER (COMES WITH FOOD VENDING EQUIPMENT, GRILL, FREEZER, FRIDGE, ETC.) = <u>$500.00 for the weekend (only 1 available)</u>

    <u>**Those traveling with RV's must pre-reserve for that purpose and must pay a $25.00 per night camping & electric/water fee that must be included with this application.**</u>

    The site is over 100 beautiful acres, the grounds are well known locally as this is the place all horse and animal/livestock events in Escambia County take place!  The site has wonderful amenities like flush toilets, paved parking for 1000 + cars, good location in the city of Pensacola and much more!  We will be advertising strongly on TV, radio, and news media! Strong possibility ESPN or other Sports Television coverage will take place!!!

    <u>THIS IS A MEDIEVAL SPORTING EVENT WITH 3 DAYS OF REAL FULL CONTACT JOUSTING COMPETITION FROM KNIGHTS FROM AROUND THE WORLD FOR A CASH PURSE AND TROPHY CROWNING THE WINNER THE GULF COAST FULL CONACT JOUSTING CHAMPION!!! There will also be entertainment during intermissions & at halftime such as a Falconry Demo & Medieval Army Swordfight Battles!!!</u>

    Merchant Applications **MUST BE RECEIVED BY DECEMBER 31, 2009.**  Spaces/booths are assigned on a 1ˢᵗ come, 1ˢᵗ served basis.  A full copy of setup/teardown and other event/site rules and regulations will be mailed to you upon acceptance as a merchant.

    For more merchant info or for assistance in any way, contact Steven at 850-429-8462 or 572-1407 or email gcrenfaire@aol.com. Also, for more info on the event see the website at www.gcrf.us or www.myspace.com/fullcontactjousting  ****Site address-*do not mail anything to this address*!!! **ESCAMBIA EQUESTRIAN CENTER, 7750 Mobile Hwy, Pensacola, FL 32526.**

**GULF COAST FULL CONTACT JOUSTING TOURNAMENT-
VENDOR'S APPLICATION/AGREEMENT**
Site Address: ESCAMBIA EQUESTRIAN CENTER, 7750 Mobile Hwy., Pensacola, FL
32526.
Contact address:  3603 Mobile Hwy, Pensacola, FL 32505.
Contact Phone:  (877) 429 8462 Fax (850) 470 0012   www.gcrf.us
Email: gcrenfaire@aol.com
*Make all checks payable to RENAISSANCE FAIRE!!!! Deadline for app. Is 12/31/10!*

# MERCHANT APPLICATION

Please understand that this agreement will serve as a contract once accepted.  *The
merchant/vendor fee*, a *copy of the business owner's drivers license or photo ID*
and *photos showing your tent and some of your crafts/wares* MUST be submitted
with this application.  *The tent/wares photo is required for all merchants unless you
have merchanted at our events before.*  Should the applicant not be accepted, the fees
will be refunded.  Vendor understands all taxes and licensing, including any local, state
or federal are the responsibility of vendor.  Vendor is responsible for it's own insurance.
Insurance is not required but is strongly recommended.  Those without insurance are
considered self insured for this event and will indemnify GCRF Inc &/or DBA Gulf Coast
Full Contact Jousting Tournament from all claims.  *Food and non food merchants* must
submit the appropriate *vendor fee* at the time of mailing in this application or your
application will be rejected.

**RV SPACE is LIMITED, YOU MUST PRE-RESERVE FOR RV SPACE AND INCLUDE A $75
FEE FOR THE WEEKEND (Fri., sat. & sun. night)  or $25 per day.**

Business Name_____
Merchant Name & SS No._____
Merchant Address_____
Cell and Home/Work Phone #s_____
Email_____
Emergency Contact and Phone_____

GCRF, Inc. dba GCFCJ and Vendor Agree as Follows:
1. Vendor understands that only approved crafts and exhibits listed below & shown in
   photos will be permitted.  (please use back of form for additional
   space)_____
   _____
   _____
   _____

2. Type of space requested **food vendor or tent merchant** (please check one)
   _____Food vendor                NON FOOD tent merchant_____

3. Size of tent or vending space requested-tents must be capable of self standing on
   concrete-cannot be larger than 10 feet wide-you must contact us & get pre-approval
   to bring a tent that has to be set up on GRASS
   TOTAL SIZE_____  Frontage size_____ Depth/width size_____
   *requested size is all that will be provided

4.   **NON –FOOD MERCHANT SPACES ARE 10 X 10. I am requesting _____ space(s)-PLEASE ENCLOSE A CHECK OR MONEY ORDER FOR $120.00 FOR each 10X10 space needed (cannot be wider than 10 feet total for set up)**

5.   **I REQUEST A FOOD VENDOR SPACE_____**
**COST IS $350.00 FOR A 10X15 FOOD VENDOR SPACE OR $500.00 FOR THE FOOD CONCESSION BOOTH SPACE FOR THE WEEKEND.**

6. I AM BRINGING AN RV ____**YES** ____**NO**  (PLEASE CHECK IF YOU WOULD LIKE RV SPACE AND **PLEASE INCLUDE $75.00 WITH THIS APPLICATION FOR RV SPACE FOR FRI, SAT & SUN NIGHT) OR $25 PER NIGHT (**includes space, electric, water & sewer hookups)

7. Description of tent: (plastic/canvas tarp, pop-up, medieval pavilion, other)_____
(include photo of tent if you have never vended here before or if set up has changed)

8. Please list name(s), address(es), and age(s) of all persons working your merchant business (***each business limited to 3 total workers or additional charges apply of $25 per person beyond 3 which you must include with this application!!!***):
_____
_____
_____

9. **DON'T FORGET!  A.  You must wear a medieval/Ren costume during the full time of the event. B.  You must have a sign with Medieval Lettering or with rustic appearance for your tent/booth  C.  You must be completely set up by 9 am on 1/22/10. You may set up between 8 am and 6 pm on 1/21/10 also.  THERE WILL BE NO OTHER SET UP TIMES FOR THIS EVENT AS THIS IS A HIGHLY REGULATED FACILITY.  D.  For each person working the booth, each must fill out and sign the regular and/or minor liability form and return it with this application to be accepted as a merchant.**

**I HEREBY CERTIFY THAT I CARRY LIABILITY INSURANCE FOR MY MERCHANT BUSINESS OR THAT I AM SELF INSURED AND BY SIGNING I HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS GULF COAST RENAISSANCE FAIRE INC DBA GULF COAST FULL CONTACT JOUSTING TOURNAMENT FROM ANY CLAIMS FOR INJURIES OR OTHER ACCIDENTS OR LAWSUITS THAT RESULT FROM MY BUSINESS ACTIVITIES. I FURTHER AGREE THAT MY BUSINESS IS LICENSED AND/OR COMPLIES WITH ALL LOCAL, STATE AND FEDERAL LAWS AND THAT I AM COMPLETELY RESPONSIBLE FOR COLLECTING, REPORTING AND PAYING ANY AND ALL SALES OR OTHER TAXES THAT ARE DUE UNDER Escambia COUNTY, Florida AND FEDERAL LAWS AND SHALL HOLD HARMLESS AND INDEMNIFY GCRF, INC. FROM ALL CLAIMS IN THIS OR ANY REGARD. I FUTHER AGREE NOT TO SELL ANY WEAPONS TO MINORS OR ANYTHING ELSE REGULATED BY LAW NOT TO BE SOLD TO MINORS or ANYONE AND WILL DISPLAY FOR THE ENTIRE EVENT A WEAPONS POLICY AT MY BOOTH THAT INCLUDES WORDING THAT WEAPONS WILL NOT BE SOLD TO MINORS.**

_____          _____
Merchant Signature                                                            Date

**Liability and photo release form and**
**Agreement to comply by Gulf Coast Renaissance Faire Inc DBA Gulf Coast Full Contact Jousting**
**Tournament  rules, policies & regulations.**

I have read the current rules, policies & regulations for this event.  I understand these rules and guidelines and agree to abide by them while acting in any capacity as a representative  participating at the Jousting Tournament.

Furthermore, I agree to release and hold blameless/harmless Gulf Coast Renaissance Faire,Inc DBA **Gulf Coast Full Contact Jousting Tournament** and the Event Staff for any injury or damage caused to me or others by my own acts or the acts of others while engaged in any **Gulf Coast Full Contact Jousting Tournament** activity.  In addition, I shall indemnify and save harmless Gulf Coast Renaissance Faire Inc dba **Gulf Coast Full Contact Jousting Tournament** and/or their affiliates from and against any and all liability in the event of accident, damage, liability, loss or theft which occurs while on any Gulf Coast Renaissance Faire inc dba **Gulf Coast Full Contact Jousting Tournament** premises before, during, and after faire hours.  {Please initial after reading this whole document._____}**INITIAL**

In addition, I agree to peace bind all weapons carried while on Gulf Coast Renaissance Faire inc dba **Gulf Coast Full Contact Jousting Tournament** grounds unless I have applied for and received written permission from the Event Staff to do otherwise.  All blade weapons carried or sold are to be in scabbards {of some sort} while traveling the **Gulf Coast Full Contact Jousting Tournament** grounds. ANY weapon may be inspected at any time by Event Staff and must be deemed safe or it will have to be taken off and put away.

I also understand that by signing this release I am, without payment to me, granting Gulf Coast Renaissance Faireinc dba **Gulf Coast Full Contact Jousting Tournament** the right to use for all promotional, educational and other purposes to promote the event(s) any photo, video, or other reproduction of any representation in which I may appear.

Your space{s} will be reserved upon the conditions of the Event Staff. Reservations will be taken on first come, first served basis.

I hereby certify that I have read, understand and agree to comply with all regulations contained in the information sheet/application for the **Gulf Coast Full Contact Jousting Tournament.**

_____
Applicant's Signature                                                                  Date
**Please remember that each person that travels to this event must read and sign a copy of this waiver.**

For our records:
Legal  Name : _____  Event  name: _____
Location while at event : {Merchant site _____#}
Phone: {_____}_____Primary
Phone: {_____}_____ Secondary
FAX:{_____}_____
Address : _____ City : _____
State :_____ 9 digit Zip code : _____
E- Mail : _____
Web site : _____
Any other POC:_____
Off event site emergency contact:
Name: _____
Phone: {_____}_____Primary
Phone: {_____}_____ Secondary
_____
**Please remember that each person that participates to this event must fill out and turn in a copy of this information.**

*MINUS* Liability and photo release form and
Agreement to comply by Gulf Coast Renaissance Faire Inc DBA Gulf Coast Full Contact Jousting
Tournament  rules, policies & regulations.

I have read the event rules, policies & regulations.  I understand these rules and regulations and
agree to abide by them while acting in any capacity as a representative at the Jousting Tournament.

Furthermore, I agree to release and hold blameless/harmless Gulf Coast Renaissance Faire Inc
**DBA Gulf Coast Full Contact Jousting Tournament and the Event Staff** for any injury or damage
caused to me or others by my own acts or the acts of others while engaged in any Jousting Tournament
related activity.  In addition, I shall indemnify and save harmless Gulf Coast Renaissance Faire **Inc DBA
Gulf Coast Full Contact Jousting Tournament** and/or their affiliates from and against any and all
liability in the event of accident, damage, liability, loss or theft which occurs while on any Gulf Coast Full
Contact Jousting Tournament premises before, during, and after faire hours. {Please initial after reading
this whole document._____}**INITIAL**

In addition, to peace bind all weapons carried while on the event grounds unless I have applied for
and received written permission from the Event Staff to do otherwise.  All blade weapons carried or sold
are to be in scabbards {of some sort} while traveling the event grounds. ANY weapon may be inspected at
any time by Event Staff and must be deemed safe or it will have to be taken off and put away.

I also understand that by signing this release I am, without payment to me, granting Gulf Coast
Renaissance Faire **Inc DBA Gulf Coast Full Contact Jousting Tournament**  the right to use for all
promotional, educational and other purposes to promote the event(s) any photo, video, or other
reproduction of any representation in which I may appear.

Your space{s} will be reserved upon the conditions of the Event Staff. Reservations will be taken
on first come, first served basis.

I hereby certify that I have read, understand and agree to comply with all regulations contained in
the information sheet/application for the Gulf Coast Renaissance Faire **Inc DBA Gulf Coast Full Contact
Jousting Tournament**.

_____                     _____
Parent/Guardian of below named minor Signature                          Date
**Please remember that each person that travels to this event must read and sign a copy of this waiver.**
For our records:
Parent/Guardian  Name:_____
Event Name: _____
Minors Legal  Name : _____     Event  name: _____
Date Of Birth: _____/_____/_____ Working Booth: ____Yes____No
Location while at event : {Merchant site_____#}
Phone: {_____}_____Primary
Phone: {_____}_____Secondary
Off event site emergency contact:
Primary Name: _____
Secondary Name: _____
Phone: {_____}_____Primary
Phone: {_____}_____Secondary
Address : _____ City :_____
State :_____ 9 digit Zip code : _____
Any other point of contact:_____

**If working booth and parents are not at event site a letter from the parent must also accompany this
form stating all their contact information and their wishes for an emergency if one occurs.
Please remember that each person that participates to this event must fill out and turn in a copy of
this information.**

Composite Exhibit 3

**FF&G**

## FLORES FLORES & GARG, P.A.

Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

ACCOUNTANT'S COMPILATION REPORT

January 29, 2012

Tin-Tin's Oriental Food & Imports & Food Concession:

We have compiled the income statement of Tin-Tin's Oriental Food & Imports & Food Concession for the year ending of December 31, 2010. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements.

Sincerely,

Raymond G. Flores, C.P.A.

MEMBER:
FLORIDA INSTITUTE OF C.P.A.'S

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
*PHONE* 850.435.6845  *FAX* 850.433.2371

*Established 1982*

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-YTD
January through December 2010

|  | Jan - Dec 10 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Grocery & Concession Sales | 158,016.68 | 100.0% |
| Total Income | 158,016.68 | 100.0% |
| **Cost of Goods Sold** | | |
| Food & Beverage Purchases | 98,855.23 | 62.6% |
| Supplies Expense | 6,273.27 | 4.0% |
| Total COGS | 105,128.50 | 66.5% |
| Gross Profit | 52,888.18 | 33.5% |
| **Expense** | | |
| Auto & Fuel Expense | 4,963.00 | 3.1% |
| Insurance Expense | 683.00 | 0.4% |
| Interest - Mortgage | 15,282.71 | 9.7% |
| Rental, Booth Space, & Taxes | 9,521.00 | 6.0% |
| Shipping Charges | 1,383.93 | 0.9% |
| Telephone Expense | 2,406.00 | 1.5% |
| Utilities Expense | 3,437.21 | 2.2% |
| Total Expense | 37,676.85 | 23.8% |
| Net Ordinary Income | 15,211.33 | 9.6% |
| Net Income | 15,211.33 | 9.6% |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|  | Jan 10 | Feb 10 | Mar 10 |
|---|---|---|---|
| **Ordinary Income/Expense** |  |  |  |
|   Income |  |  |  |
|     Grocery & Concession Sales | 23,027.42 | 27,977.29 | 27,063.28 |
|   Total Income | 23,027.42 | 27,977.29 | 27,063.28 |
|   Cost of Goods Sold |  |  |  |
|     Food & Beverage Purchases | 14,405.95 | 17,502.59 | 16,930.79 |
|     Supplies Expense | 914.19 | 1,110.70 | 1,074.41 |
|   Total COGS | 15,320.14 | 18,613.29 | 18,005.20 |
|   Gross Profit | 7,707.28 | 9,364.00 | 9,058.08 |
|   Expense |  |  |  |
|     Auto & Fuel Expense | 122.00 | 208.00 | 435.00 |
|     Insurance Expense | 0.00 | 0.00 | 683.00 |
|     Interest - Mortgage | 1,338.24 | 1,324.86 | 1,311.48 |
|     Rental, Booth Space, & Taxes | 300.00 | 605.00 | 890.00 |
|     Shipping Charges | 0.00 | 1,383.93 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 403.22 | 0.00 | 0.00 |
|   Total Expense | 2,363.96 | 3,722.29 | 3,519.98 |
| Net Ordinary Income | 5,343.32 | 5,641.71 | 5,538.10 |
| Net Income | 5,343.32 | 5,641.71 | 5,538.10 |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|  | Apr 10 | May 10 | Jun 10 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     Grocery & Concession Sales | 28,236.25 | 21,470.50 | 6,923.62 |
|   Total Income | 28,236.25 | 21,470.50 | 6,923.62 |
|   **Cost of Goods Sold** | | | |
|     Food & Beverage Purchases | 17,664.60 | 13,431.94 | 4,331.42 |
|     Supplies Expense | 1,120.98 | 852.38 | 274.87 |
|   Total COGS | 18,785.58 | 14,284.32 | 4,606.29 |
|   Gross Profit | 9,450.67 | 7,186.18 | 2,317.33 |
|   **Expense** | | | |
|     Auto & Fuel Expense | 509.00 | 602.00 | 653.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest - Mortgage | 1,298.09 | 1,284.71 | 1,271.33 |
|     Rental, Booth Space, & Taxes | 1,288.00 | 1,825.00 | 1,005.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 683.14 | 0.00 | 783.14 |
|   Total Expense | 3,978.73 | 3,912.21 | 3,912.97 |
| Net Ordinary Income | 5,471.94 | 3,273.97 | (1,595.64) |
| **Net Income** | 5,471.94 | 3,273.97 | (1,595.64) |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
### January through December 2010

|  | Jul 10 | Aug 10 | Sep 10 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| Grocery & Concession Sales | 5,596.28 | 5,237.43 | 5,115.41 |
| Total Income | 5,596.28 | 5,237.43 | 5,115.41 |
| Cost of Goods Sold | | | |
| Food & Beverage Purchases | 3,501.03 | 3,276.54 | 3,200.20 |
| Supplies Expense | 222.17 | 207.93 | 203.08 |
| Total COGS | 3,723.20 | 3,484.47 | 3,403.28 |
| Gross Profit | 1,873.08 | 1,752.96 | 1,712.13 |
| Expense | | | |
| Auto & Fuel Expense | 689.00 | 597.00 | 521.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Mortgage | 1,257.95 | 1,244.56 | 1,231.18 |
| Rental, Booth Space, & Taxes | 904.00 | 705.00 | 285.00 |
| Shipping Charges | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 200.50 | 200.50 | 200.50 |
| Utilities Expense | 605.19 | 559.38 | 0.00 |
| Total Expense | 3,656.64 | 3,306.44 | 2,237.68 |
| Net Ordinary Income | (1,783.56) | (1,553.48) | (525.55) |
| Net Income | (1,783.56) | (1,553.48) | (525.55) |

See Accountant's Compilation Report                                   Page 3

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|                                  | Oct 10      | Nov 10      | Dec 10     |
|----------------------------------|-------------|-------------|------------|
| Ordinary Income/Expense          |             |             |            |
|   Income               |             |             |            |
|     Grocery & Concession Sales | 2,325.83 | 2,724.86 | 2,318.51 |
|   Total Income         | 2,325.83    | 2,724.86    | 2,318.51   |
|   Cost of Goods Sold   |             |             |            |
|     Food & Beverage Purchases | 1,455.04 | 1,704.67 | 1,450.46 |
|     Supplies Expense | 92.34 | 108.18 | 92.04 |
|   Total COGS           | 1,547.38    | 1,812.85    | 1,542.50   |
| Gross Profit                     | 778.45      | 912.01      | 776.01     |
|   Expense              |             |             |            |
|     Auto & Fuel Expense | 382.00 | 103.00 | 142.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest – Mortgage | 1,217.80 | 1,204.42 | 1,298.09 |
|     Rental, Booth Space, & Taxes | 1,414.00 | 175.00 | 125.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 0.00 | 403.14 | 0.00 |
|   Total Expense        | 3,214.30    | 2,086.06    | 1,765.59   |
| Net Ordinary Income              | (2,435.85)  | (1,174.05)  | (989.58)   |
| Net Income                       | (2,435.85)  | (1,174.05)  | (989.58)   |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Grocery & Concession Sales | 158,016.68 |
| Total Income | 158,016.68 |
| Cost of Goods Sold | |
| Food & Beverage Purchases | 98,855.23 |
| Supplies Expense | 6,273.27 |
| Total COGS | 105,128.50 |
| Gross Profit | 52,888.18 |
| Expense | |
| Auto & Fuel Expense | 4,963.00 |
| Insurance Expense | 683.00 |
| Interest - Mortgage | 15,282.71 |
| Rental, Booth Space, & Taxes | 9,521.00 |
| Shipping Charges | 1,383.93 |
| Telephone Expense | 2,406.00 |
| Utilities Expense | 3,437.21 |
| Total Expense | 37,676.85 |
| Net Ordinary Income | 15,211.33 |
| Net Income | 15,211.33 |

**FF&G**

## FLORES FLORES & GARG, P.A.

Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

ACCOUNTANT'S COMPILATION REPORT

January 29, 2012

Tin-Tin's Oriental Food & Imports & Food Concession:

We have compiled the income statement of Tin-Tin's Oriental Food & Imports & Food Concession for the year ending of December 31, 2008.  We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements.

Sincerely,

Raymond G. Flores, C.P.A.

MEMBER:
FLORIDA INSTITUTE OF C.P.A.'S

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
*PHONE* 850.435.6845  *FAX* 850.433.2371

*Established 1982*

### TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-YTD
January through December 2008

|  | Jan - Dec 08 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Grocery & Concession Sales | 226,318.00 | 100.0% |
| Total Income | 226,318.00 | 100.0% |
| **Cost of Goods Sold** | | |
| Food & Beverage Purchases | 167,814.80 | 74.2% |
| Supplies Expense | 0.00 | 0.0% |
| Total COGS | 167,814.80 | 74.2% |
| **Gross Profit** | 58,503.20 | 25.9% |
| **Expense** | | |
| Auto & Fuel Expense | 0.00 | 0.0% |
| Insurance Expense | 1,505.00 | 0.7% |
| Interest - Installment Loan | 5,585.04 | 2.5% |
| Interest - Mortgage | 17,109.91 | 7.6% |
| Legal & Professional | 280.00 | 0.1% |
| Rental, Booth Space, & Taxes | 9,417.00 | 4.2% |
| Shipping Charges | 1,483.00 | 0.7% |
| Telephone Expense | 3,018.96 | 1.3% |
| Utilities Expense | 4,860.85 | 2.1% |
| Total Expense | 43,259.76 | 19.1% |
| **Net Ordinary Income** | 15,243.44 | 6.7% |
| **Other Income/Expense** | | |
| **Other Income** | | |
| Other Income | 24.04 | 0.0% |
| Total Other Income | 24.04 | 0.0% |
| **Net Other Income** | 24.04 | 0.0% |
| **Net Income** | 15,267.48 | 6.7% |

See Accountant's Compilation Report

Page 1

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2008

|  | Jan 08 | Feb 08 | Mar 08 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 14,167.51 | 17,154.90 | 16,973.85 |
| Total Income | 14,167.51 | 17,154.90 | 16,973.85 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 10,505.21 | 12,720.36 | 12,586.11 |
| Supplies Expense | 0.00 | 0.00 | 0.00 |
| Total COGS | 10,505.21 | 12,720.36 | 12,586.11 |
| **Gross Profit** | 3,662.30 | 4,434.54 | 4,387.74 |
| **Expense** | | | |
| Auto & Fuel Expense | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 1,505.00 |
| Interest - Installment Loan | 465.42 | 465.42 | 465.42 |
| Interest - Mortgage | 1,498.24 | 1,483.26 | 1,468.28 |
| Legal & Professional | 0.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 355.00 | 605.00 | 813.00 |
| Shipping Charges | 0.00 | 0.00 | 803.04 |
| Telephone Expense | 251.58 | 251.58 | 251.58 |
| Utilities Expense | 379.14 | 363.44 | 359.72 |
| Total Expense | 2,949.38 | 3,168.70 | 5,666.04 |
| **Net Ordinary Income** | 712.92 | 1,265.84 | (1,278.30) |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Other Income | 0.00 | 0.00 | 0.00 |
| Total Other Income | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Income** | 712.92 | 1,265.84 | (1,278.30) |

See Accountant's Compilation Report

Page 1

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2008

|  | Apr 08 | May 08 | Jun 08 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 19,237.03 | 23,808.65 | 24,238.66 |
| Total Income | 19,237.03 | 23,808.65 | 24,238.66 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 14,264.26 | 17,654.12 | 17,972.96 |
| Supplies Expense | 0.00 | 0.00 | 0.00 |
| Total COGS | 14,264.26 | 17,654.12 | 17,972.96 |
| **Gross Profit** | 4,972.77 | 6,154.53 | 6,265.70 |
| **Expense** | | | |
| Auto & Fuel Expense | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Installment Loan | 465.42 | 465.42 | 465.42 |
| Interest - Mortgage | 1,453.29 | 1,438.31 | 1,423.33 |
| Legal & Professional | 280.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 1,805.00 | 1,889.00 | 1,103.00 |
| Shipping Charges | 0.00 | 0.00 | 679.96 |
| Telephone Expense | 251.58 | 251.58 | 251.58 |
| Utilities Expense | 404.47 | 421.19 | 459.09 |
| Total Expense | 4,659.76 | 4,465.50 | 4,382.38 |
| **Net Ordinary Income** | 313.01 | 1,689.03 | 1,883.32 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Other Income | 8.50 | 0.00 | 0.00 |
| Total Other Income | 8.50 | 0.00 | 0.00 |
| **Net Other Income** | 8.50 | 0.00 | 0.00 |
| **Net Income** | 321.51 | 1,689.03 | 1,883.32 |

See Accountant's Compilation Report

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2008

|  | Jul 08 | Aug 08 | Sep 08 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 22,337.59 | 20,391.25 | 18,784.39 |
| Total Income | 22,337.59 | 20,391.25 | 18,784.39 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 16,563.32 | 15,120.11 | 13,928.63 |
| Supplies Expense | 0.00 | 0.00 | 0.00 |
| Total COGS | 16,563.32 | 15,120.11 | 13,928.63 |
| **Gross Profit** | 5,774.27 | 5,271.14 | 4,855.76 |
| **Expense** | | | |
| Auto & Fuel Expense | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Installment Loan | 465.42 | 465.42 | 465.42 |
| Interest - Mortgage | 1,408.35 | 1,393.36 | 1,378.38 |
| Legal & Professional | 0.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 705.00 | 664.00 | 325.00 |
| Shipping Charges | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 251.58 | 251.58 | 251.58 |
| Utilities Expense | 459.03 | 403.89 | 352.38 |
| Total Expense | 3,289.38 | 3,178.25 | 2,772.76 |
| **Net Ordinary Income** | 2,484.89 | 2,092.89 | 2,083.00 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Other Income | 0.00 | 9.01 | 0.00 |
| Total Other Income | 0.00 | 9.01 | 0.00 |
| Net Other Income | 0.00 | 9.01 | 0.00 |
| **Net Income** | 2,484.89 | 2,101.90 | 2,083.00 |

See Accountant's Compilation Report

Page 3

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2008

|  | Oct 08 | Nov 08 | Dec 08 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 17,652.80 | 16,792.80 | 14,778.57 |
| Total Income | 17,652.80 | 16,792.80 | 14,778.57 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 13,089.55 | 12,451.86 | 10,958.31 |
| Supplies Expense | 0.00 | 0.00 | 0.00 |
| Total COGS | 13,089.55 | 12,451.86 | 10,958.31 |
| **Gross Profit** | 4,563.25 | 4,340.94 | 3,820.26 |
| **Expense** | | | |
| Auto & Fuel Expense | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Installment Loan | 465.42 | 465.42 | 465.42 |
| Interest - Mortgage | 1,363.40 | 1,348.42 | 1,453.29 |
| Legal & Professional | 0.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 525.00 | 403.00 | 225.00 |
| Shipping Charges | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 251.58 | 251.58 | 251.58 |
| Utilities Expense | 335.42 | 431.22 | 491.86 |
| Total Expense | 2,940.82 | 2,899.64 | 2,887.15 |
| **Net Ordinary Income** | 1,622.43 | 1,441.30 | 933.11 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Other Income | 0.00 | 0.00 | 6.53 |
| Total Other Income | 0.00 | 0.00 | 6.53 |
| **Net Other Income** | 0.00 | 0.00 | 6.53 |
| **Net Income** | 1,622.43 | 1,441.30 | 939.64 |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2008

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Grocery & Concession Sales | 226,318.00 |
| Total Income | 226,318.00 |
| Cost of Goods Sold | |
| Food & Beverage Purchases | 167,814.80 |
| Supplies Expense | 0.00 |
| Total COGS | 167,814.80 |
| Gross Profit | 58,503.20 |
| Expense | |
| Auto & Fuel Expense | 0.00 |
| Insurance Expense | 1,505.00 |
| Interest - Installment Loan | 5,585.04 |
| Interest - Mortgage | 17,109.91 |
| Legal & Professional | 280.00 |
| Rental, Booth Space, & Taxes | 9,417.00 |
| Shipping Charges | 1,483.00 |
| Telephone Expense | 3,018.96 |
| Utilities Expense | 4,860.85 |
| Total Expense | 43,259.76 |
| Net Ordinary Income | 15,243.44 |
| **Other Income/Expense** | |
| Other Income | |
| Other Income | 24.04 |
| Total Other Income | 24.04 |
| Net Other Income | 24.04 |
| Net Income | 15,267.48 |

**FF&G**

## FLORES FLORES & GARG, P.A.

Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

ACCOUNTANT'S COMPILATION REPORT

January 29, 2012

Tin-Tin's Oriental Food & Imports & Food Concession:

We have compiled the income statement of Tin-Tin's Oriental Food & Imports & Food Concession for the year ending of December 31, 2009. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements.

Sincerely,

Raymond G. Flores, C.P.A.

MEMBER:
FLORIDA INSTITUTE OF C.P.A.'S

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
*PHONE* 850.435.6845  *FAX* 850.433.2371

*Established 1982*

**TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION**
## Income Statement-YTD
January through December 2009

|                                      | Jan - Dec 09 | % of Income |
|--------------------------------------|-------------:|------------:|
| **Ordinary Income/Expense**          |              |             |
| **Income**                           |              |             |
| Grocery & Concession Sales           | 291,099.00   | 100.0%      |
| Total Income                         | 291,099.00   | 100.0%      |
| **Cost of Goods Sold**               |              |             |
| Food & Beverage Purchases            | 214,248.85   | 73.6%       |
| Supplies Expense                     | 12,138.82    | 4.2%        |
| Total COGS                           | 226,387.67   | 77.8%       |
| **Gross Profit**                     | 64,711.33    | 22.2%       |
| **Expense**                          |              |             |
| Auto & Fuel Expense                  | 5,218.00     | 1.8%        |
| Insurance Expense                    | 1,531.00     | 0.5%        |
| Interest - Mortgage                  | 17,109.91    | 5.9%        |
| Legal & Professional                 | 280.00       | 0.1%        |
| Rental, Booth Space, & Taxes         | 10,233.00    | 3.5%        |
| Shipping Charges                     | 1,586.47     | 0.5%        |
| Telephone Expense                    | 3,105.00     | 1.1%        |
| Utilities Expense                    | 5,204.31     | 1.8%        |
| Total Expense                        | 44,267.69    | 15.2%       |
| **Net Ordinary Income**              | 20,443.64    | 7.0%        |
| **Net Income**                       | 20,443.64    | 7.0%        |

See Accountant's Compilation Report                    Page 1

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2009

|  | Jan 09 | Feb 09 | Mar 09 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     Grocery & Concession Sales | 18,222.80 | 22,065.30 | 21,832.43 |
|   Total Income | 18,222.80 | 22,065.30 | 21,832.43 |
|   Cost of Goods Sold | | | |
|     Food & Beverage Purchases | 13,411.98 | 16,240.06 | 16,068.66 |
|     Supplies Expense | 759.89 | 920.12 | 910.41 |
|   Total COGS | 14,171.87 | 17,160.18 | 16,979.07 |
|   Gross Profit | 4,050.93 | 4,905.12 | 4,853.36 |
|   Expense | | | |
|     Auto & Fuel Expense | 200.00 | 200.00 | 500.00 |
|     Insurance Expense | 0.00 | 0.00 | 1,531.00 |
|     Interest - Mortgage | 1,498.24 | 1,483.26 | 1,468.28 |
|     Legal & Professional | 0.00 | 0.00 | 0.00 |
|     Rental, Booth Space, & Taxes | 400.00 | 685.00 | 900.00 |
|     Shipping Charges | 0.00 | 0.00 | 829.54 |
|     Telephone Expense | 258.75 | 258.75 | 258.75 |
|     Utilities Expense | 380.12 | 352.76 | 353.62 |
|   Total Expense | 2,737.11 | 2,979.77 | 5,841.19 |
| **Net Ordinary Income** | 1,313.82 | 1,925.35 | (987.83) |
| **Net Income** | **1,313.82** | **1,925.35** | **(987.83)** |

See Accountant's Compilation Report

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2009

|  | Apr 09 | May 09 | Jun 09 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Grocery & Concession Sales | 24,743.42 | 30,623.61 | 31,176.70 |
| Total Income | 24,743.42 | 30,623.61 | 31,176.70 |
| **Cost of Goods Sold** | | | |
| Food & Beverage Purchases | 18,211.15 | 22,538.98 | 22,946.05 |
| Supplies Expense | 1,031.80 | 1,277.00 | 1,300.07 |
| Total COGS | 19,242.95 | 23,815.98 | 24,246.12 |
| **Gross Profit** | 5,500.47 | 6,807.63 | 6,930.58 |
| **Expense** | | | |
| Auto & Fuel Expense | 600.00 | 818.00 | 700.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Mortgage | 1,453.29 | 1,438.31 | 1,423.33 |
| Legal & Professional | 280.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 2,099.00 | 1,910.00 | 1,209.00 |
| Shipping Charges | 0.00 | 0.00 | 756.93 |
| Telephone Expense | 258.75 | 258.75 | 258.75 |
| Utilities Expense | 503.43 | 609.72 | 558.01 |
| Total Expense | 5,194.47 | 5,034.78 | 4,906.02 |
| **Net Ordinary Income** | 306.00 | 1,772.85 | 2,024.56 |
| **Net Income** | 306.00 | 1,772.85 | 2,024.56 |

See Accountant's Compilation Report

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2009

|  | Jul 09 | Aug 09 | Sep 09 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| Grocery & Concession Sales | 28,731.47 | 26,228.02 | 24,161.22 |
| Total Income | 28,731.47 | 26,228.02 | 24,161.22 |
| Cost of Goods Sold | | | |
| Food & Beverage Purchases | 21,146.36 | 19,303.82 | 17,782.66 |
| Supplies Expense | 1,198.10 | 1,093.71 | 1,007.52 |
| Total COGS | 22,344.46 | 20,397.53 | 18,790.18 |
| Gross Profit | 6,387.01 | 5,830.49 | 5,371.04 |
| Expense | | | |
| Auto & Fuel Expense | 405.00 | 505.00 | 425.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Interest - Mortgage | 1,408.35 | 1,393.36 | 1,378.38 |
| Legal & Professional | 0.00 | 0.00 | 0.00 |
| Rental, Booth Space, & Taxes | 800.00 | 625.00 | 395.00 |
| Shipping Charges | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 258.75 | 258.75 | 258.75 |
| Utilities Expense | 450.56 | 454.24 | 301.43 |
| Total Expense | 3,322.66 | 3,236.35 | 2,758.56 |
| Net Ordinary Income | 3,064.35 | 2,594.14 | 2,612.48 |
| **Net Income** | **3,064.35** | **2,594.14** | **2,612.48** |

See Accountant's Compilation Report                                    Page 3

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2009

|                                      | Oct 09    | Nov 09    | Dec 09    |
|--------------------------------------|-----------|-----------|-----------|
| **Ordinary Income/Expense**          |           |           |           |
| **Income**                           |           |           |           |
| Grocery & Concession Sales           | 22,705.72 | 21,599.55 | 19,008.76 |
| **Total Income**                     | 22,705.72 | 21,599.55 | 19,008.76 |
| **Cost of Goods Sold**               |           |           |           |
| Food & Beverage Purchases            | 16,711.41 | 15,897.27 | 13,990.45 |
| Supplies Expense                     | 946.83    | 900.70    | 792.67    |
| **Total COGS**                       | 17,658.24 | 16,797.97 | 14,783.12 |
| **Gross Profit**                     | 5,047.48  | 4,801.58  | 4,225.64  |
| **Expense**                          |           |           |           |
| Auto & Fuel Expense                  | 405.00    | 305.00    | 155.00    |
| Insurance Expense                    | 0.00      | 0.00      | 0.00      |
| Interest - Mortgage                  | 1,363.40  | 1,348.42  | 1,453.29  |
| Legal & Professional                 | 0.00      | 0.00      | 0.00      |
| Rental, Booth Space, & Taxes         | 485.00    | 500.00    | 225.00    |
| Shipping Charges                     | 0.00      | 0.00      | 0.00      |
| Telephone Expense                    | 258.75    | 258.75    | 258.75    |
| Utilities Expense                    | 294.87    | 406.12    | 539.43    |
| **Total Expense**                    | 2,807.02  | 2,818.29  | 2,631.47  |
| **Net Ordinary Income**              | 2,240.46  | 1,983.29  | 1,594.17  |
| **Net Income**                       | 2,240.46  | 1,983.29  | 1,594.17  |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2009

|                                   | TOTAL      |
|-----------------------------------|-----------:|
| **Ordinary Income/Expense**       |            |
|   Income                |            |
|    Grocery & Concession Sales | 291,099.00 |
|   Total Income          | 291,099.00 |
|   Cost of Goods Sold    |            |
|    Food & Beverage Purchases | 214,248.85 |
|    Supplies Expense | 12,138.82 |
|   Total COGS            | 226,387.67 |
| **Gross Profit**                  | 64,711.33  |
|   Expense               |            |
|    Auto & Fuel Expense | 5,218.00 |
|    Insurance Expense | 1,531.00 |
|    Interest - Mortgage | 17,109.91 |
|    Legal & Professional | 280.00 |
|    Rental, Booth Space, & Taxes | 10,233.00 |
|    Shipping Charges | 1,586.47 |
|    Telephone Expense | 3,105.00 |
|    Utilities Expense | 5,204.31 |
|   Total Expense         | 44,267.69  |
| **Net Ordinary Income**           | 20,443.64  |
| **Net Income**                    | **20,443.64** |

**FF&G**

## FLORES FLORES & GARG, P.A.

Certified Public Accountant & Associates
Accounting, Tax Preparation & Consulting Services

ACCOUNTANT'S COMPILATION REPORT

January 29, 2012

Tin-Tin's Oriental Food & Imports & Food Concession:

We have compiled the income statement of Tin-Tin's Oriental Food & Imports & Food Concession for the year ending of December 31, 2010.  We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements.

Sincerely,

Raymond G. Flores, C.P.A.

MEMBER:
FLORIDA INSTITUTE OF C.P.A.'S

ffgcpa.com

809 Beverly Parkway, Pensacola, Florida 32505
*PHONE* 850.435.6845  *FAX* 850.433.2371

*Established 1982*

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-YTD
January through December 2010

|  | Jan - Dec 10 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| **Income** |  |  |
| Grocery & Concession Sales | 158,016.68 | 100.0% |
| Total Income | 158,016.68 | 100.0% |
| **Cost of Goods Sold** |  |  |
| Food & Beverage Purchases | 98,855.23 | 62.6% |
| Supplies Expense | 6,273.27 | 4.0% |
| Total COGS | 105,128.50 | 66.5% |
| **Gross Profit** | 52,888.18 | 33.5% |
| **Expense** |  |  |
| Auto & Fuel Expense | 4,963.00 | 3.1% |
| Insurance Expense | 683.00 | 0.4% |
| Interest - Mortgage | 15,282.71 | 9.7% |
| Rental, Booth Space, & Taxes | 9,521.00 | 6.0% |
| Shipping Charges | 1,383.93 | 0.9% |
| Telephone Expense | 2,406.00 | 1.5% |
| Utilities Expense | 3,437.21 | 2.2% |
| Total Expense | 37,676.85 | 23.8% |
| **Net Ordinary Income** | 15,211.33 | 9.6% |
| **Net Income** | 15,211.33 | 9.6% |

## TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
### January through December 2010

|                                      | Jan 10    | Feb 10    | Mar 10    |
|--------------------------------------|-----------|-----------|-----------|
| **Ordinary Income/Expense**          |           |           |           |
|   **Income**               |           |           |           |
|     Grocery & Concession Sales | 23,027.42 | 27,977.29 | 27,063.28 |
|   Total Income             | 23,027.42 | 27,977.29 | 27,063.28 |
|   **Cost of Goods Sold**   |           |           |           |
|     Food & Beverage Purchases | 14,405.95 | 17,502.59 | 16,930.79 |
|     Supplies Expense | 914.19    | 1,110.70  | 1,074.41  |
|   Total COGS               | 15,320.14 | 18,613.29 | 18,005.20 |
|   **Gross Profit**         | 7,707.28  | 9,364.00  | 9,058.08  |
|   **Expense**              |           |           |           |
|     Auto & Fuel Expense | 122.00    | 208.00    | 435.00    |
|     Insurance Expense | 0.00      | 0.00      | 683.00    |
|     Interest - Mortgage | 1,338.24  | 1,324.86  | 1,311.48  |
|     Rental, Booth Space, & Taxes | 300.00    | 605.00    | 890.00    |
|     Shipping Charges | 0.00      | 1,383.93  | 0.00      |
|     Telephone Expense | 200.50    | 200.50    | 200.50    |
|     Utilities Expense | 403.22    | 0.00      | 0.00      |
|   Total Expense            | 2,363.96  | 3,722.29  | 3,519.98  |
| **Net Ordinary Income**              | 5,343.32  | 5,641.71  | 5,538.10  |
| **Net Income**                       | 5,343.32  | 5,641.71  | 5,538.10  |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|                                  | Apr 10    | May 10    | Jun 10     |
|----------------------------------|-----------|-----------|------------|
| **Ordinary Income/Expense**      |           |           |            |
|   Income               |           |           |            |
|     Grocery & Concession Sales | 28,236.25 | 21,470.50 | 6,923.62 |
|   Total Income         | 28,236.25 | 21,470.50 | 6,923.62   |
|   Cost of Goods Sold   |           |           |            |
|     Food & Beverage Purchases | 17,664.60 | 13,431.94 | 4,331.42 |
|     Supplies Expense | 1,120.98 | 852.38 | 274.87 |
|   Total COGS           | 18,785.58 | 14,284.32 | 4,606.29   |
|   Gross Profit         | 9,450.67  | 7,186.18  | 2,317.33   |
|   Expense              |           |           |            |
|     Auto & Fuel Expense | 509.00 | 602.00 | 653.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest - Mortgage | 1,298.09 | 1,284.71 | 1,271.33 |
|     Rental, Booth Space, & Taxes | 1,288.00 | 1,825.00 | 1,005.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 683.14 | 0.00 | 783.14 |
|   Total Expense        | 3,978.73  | 3,912.21  | 3,912.97   |
| **Net Ordinary Income**          | 5,471.94  | 3,273.97  | (1,595.64) |
| **Net Income**                   | 5,471.94  | 3,273.97  | (1,595.64) |

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|                                  | Jul 10       | Aug 10       | Sep 10      |
|----------------------------------|-------------|-------------|------------|
| **Ordinary Income/Expense**      |             |             |            |
|   **Income**           |             |             |            |
|     Grocery & Concession Sales | 5,596.28 | 5,237.43 | 5,115.41 |
|   Total Income         | 5,596.28    | 5,237.43    | 5,115.41   |
|   **Cost of Goods Sold** |           |             |            |
|     Food & Beverage Purchases | 3,501.03 | 3,276.54 | 3,200.20 |
|     Supplies Expense | 222.17 | 207.93 | 203.08 |
|   Total COGS           | 3,723.20    | 3,484.47    | 3,403.28   |
|   **Gross Profit**     | 1,873.08    | 1,752.96    | 1,712.13   |
|   **Expense**          |             |             |            |
|     Auto & Fuel Expense | 689.00 | 597.00 | 521.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest - Mortgage | 1,257.95 | 1,244.56 | 1,231.18 |
|     Rental, Booth Space, & Taxes | 904.00 | 705.00 | 285.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 605.19 | 559.38 | 0.00 |
|   Total Expense        | 3,656.64    | 3,306.44    | 2,237.68   |
| **Net Ordinary Income**          | (1,783.56)  | (1,553.48)  | (525.55)   |
| **Net Income**                   | (1,783.56)  | (1,553.48)  | (525.55)   |

# TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
### January through December 2010

|  | Oct 10 | Nov 10 | Dec 10 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     Grocery & Concession Sales | 2,325.83 | 2,724.86 | 2,318.51 |
|   Total Income | 2,325.83 | 2,724.86 | 2,318.51 |
|   Cost of Goods Sold | | | |
|     Food & Beverage Purchases | 1,455.04 | 1,704.67 | 1,450.46 |
|     Supplies Expense | 92.34 | 108.18 | 92.04 |
|   Total COGS | 1,547.38 | 1,812.85 | 1,542.50 |
| **Gross Profit** | 778.45 | 912.01 | 776.01 |
|   Expense | | | |
|     Auto & Fuel Expense | 382.00 | 103.00 | 142.00 |
|     Insurance Expense | 0.00 | 0.00 | 0.00 |
|     Interest – Mortgage | 1,217.80 | 1,204.42 | 1,298.09 |
|     Rental, Booth Space, & Taxes | 1,414.00 | 175.00 | 125.00 |
|     Shipping Charges | 0.00 | 0.00 | 0.00 |
|     Telephone Expense | 200.50 | 200.50 | 200.50 |
|     Utilities Expense | 0.00 | 403.14 | 0.00 |
|   Total Expense | 3,214.30 | 2,086.06 | 1,765.59 |
| **Net Ordinary Income** | (2,435.85) | (1,174.05) | (989.58) |
| **Net Income** | (2,435.85) | (1,174.05) | (989.58) |

See Accountant's Compilation Report

TIN TINS ORIENTAL FOOD & IMPORTS & MOBILE CONCESSION
## Income Statement-By Month
January through December 2010

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
|   Income | |
|     Grocery & Concession Sales | 158,016.68 |
|   Total Income | 158,016.68 |
|   Cost of Goods Sold | |
|     Food & Beverage Purchases | 98,855.23 |
|     Supplies Expense | 6,273.27 |
|   Total COGS | 105,128.50 |
| **Gross Profit** | 52,888.18 |
|   Expense | |
|     Auto & Fuel Expense | 4,963.00 |
|     Insurance Expense | 683.00 |
|     Interest - Mortgage | 15,282.71 |
|     Rental, Booth Space, & Taxes | 9,521.00 |
|     Shipping Charges | 1,383.93 |
|     Telephone Expense | 2,406.00 |
|     Utilities Expense | 3,437.21 |
|   Total Expense | 37,676.85 |
| **Net Ordinary Income** | 15,211.33 |
| **Net Income** | 15,211.33 |

Composite Exhibit 4

# TIN TINS ORIENTAL FOOD & IMPORT
## Deposit Reconciliation
### May through December 2009

| | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | |
| **Income** | | | | | | | | | |
| **Flores P&L Income** | | | | | | | | | |
| Store Sales | 7,070.92 | 5,520.86 | 7,059.39 | 6,155.25 | 5,525.21 | 3,889.25 | 3,221.61 | 4,709.25 | 43,151.74 |
| Festival Sales | 23,550.00 | 25,655.00 | 21,670.00 | 20,070.00 | 18,640.00 | 18,820.00 | 18,375.00 | 14,300.00 | 161,080.00 |
| Total Flores P&L Income | 30,620.92 | 31,175.86 | 28,729.39 | 26,225.25 | 24,165.21 | 22,709.25 | 21,596.61 | 19,009.25 | 204,231.74 |
| **In & Out Deposits** | | | | | | | | | |
| Airline Tickets Escrow | 1,390.30 | 7,417.16 | 1,436.68 | 3,259.55 | 5,352.52 | 3,345.57 | 7,318.61 | 2,799.35 | 32,319.74 |
| Money Orders | 648.87 | 656.13 | 466.00 | 1,129.24 | 3,240.12 | 856.54 | 1,876.69 | 2,889.17 | 11,762.76 |
| Other Personal Loans | 0.00 | 450.00 | 100.00 | 0.00 | 0.00 | 700.00 | 550.00 | 1,150.00 | 2,950.00 |
| Personal Funding | 8,548.07 | 10,660.00 | 15,620.00 | 7,050.00 | 8,414.00 | 21,470.00 | 19,610.00 | 6,100.00 | 97,472.07 |
| Return Chk Deposits | 1,050.00 | 1,150.00 | 5,880.68 | 7,238.00 | 1,424.45 | 0.00 | 0.00 | 6,474.50 | 23,217.63 |
| Transfers | 0.00 | 2,800.00 | 0.00 | 0.00 | 0.00 | 180.00 | 400.00 | 1,152.00 | 4,532.00 |
| Total In & Out Deposits | 11,637.24 | 23,133.29 | 23,503.36 | 18,676.79 | 18,431.09 | 26,552.11 | 29,755.30 | 20,565.02 | 172,254.20 |
| Total Income | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |
| Gross Profit | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |
| Net Ordinary Income | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |
| Net Income | 42,258.16 | 54,309.15 | 52,232.75 | 44,902.04 | 42,596.30 | 49,261.36 | 51,351.91 | 39,574.27 | 376,485.94 |

# TIN TINS ORIENTAL FOOD & IMPORT
## Deposit Reconciliation
### May through December 2010

| | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | |
| **Income** | | | | | | | | | |
| **Flores P&L Income** | | | | | | | | | |
| Store Sales | 6,600.49 | 6,850.41 | 5,529.22 | 5,238.66 | 5,139.31 | 2,335.87 | 2,612.70 | 2,307.97 | 36,614.63 |
| Festival Sales | 14,870.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,870.00 |
| **Total Flores P&L Income** | 21,470.49 | 6,850.41 | 5,529.22 | 5,238.66 | 5,139.31 | 2,335.87 | 2,612.70 | 2,307.97 | 51,484.63 |
| **In & Out Deposits** | | | | | | | | | |
| Airline Tickets Escrow | 11,212.80 | 3,816.50 | 9,105.67 | 6,934.68 | 13,767.41 | 2,890.15 | 9,933.99 | 20,799.64 | 78,460.84 |
| Money Orders | 623.16 | 108.59 | 1,174.30 | 0.00 | 585.64 | 1,317.55 | 0.00 | 5,645.22 | 9,454.46 |
| Other Personal Loans | 700.00 | 1,450.00 | 1,040.00 | 600.00 | 1,350.00 | 3,800.00 | 800.00 | 2,370.00 | 12,110.00 |
| Personal Funding | 1,978.00 | 11,700.00 | 6,800.00 | 8,490.00 | 8,610.00 | 24,997.11 | 18,770.00 | 9,800.00 | 91,145.11 |
| Return Chk Deposits | 1,103.69 | 4,091.50 | 4,973.37 | 2,000.00 | 0.00 | 3,023.06 | 0.00 | 0.00 | 15,191.62 |
| Transfers | 1,160.00 | 0.00 | 0.00 | 450.00 | 4,500.00 | 400.00 | 450.00 | 0.00 | 6,960.00 |
| **Total In & Out Deposits** | 16,777.65 | 21,166.59 | 23,093.34 | 18,474.68 | 28,813.05 | 36,427.87 | 29,953.99 | 38,614.86 | 213,322.03 |
| **Total Income** | 38,248.14 | 28,017.00 | 28,622.56 | 23,713.34 | 33,952.36 | 38,763.74 | 32,566.69 | 40,922.83 | 264,806.66 |
| **Gross Profit** | 38,248.14 | 28,017.00 | 28,622.56 | 23,713.34 | 33,952.36 | 38,763.74 | 32,566.69 | 40,922.83 | 264,806.66 |
| **Net Ordinary Income** | 38,248.14 | 28,017.00 | 28,622.56 | 23,713.34 | 33,952.36 | 38,763.74 | 32,566.69 | 40,922.83 | 264,806.66 |
| **Net Income** | 38,248.14 | 28,017.00 | 28,622.56 | 23,713.34 | 33,952.36 | 38,763.74 | 32,566.69 | 40,922.83 | 264,806.66 |