IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| No. 12-970 | * | MAG. JUDGE WILKINSON |

## AFFIDAVIT OF EVA LANSDON

STATE OF ALABAMA

COUNTY OF MOBILE

BEFORE ME, the undersigned authority, personally appeared Eva Lansdon, who, after being first duly sworn, deposes and says:

1. My name is Eva Lansdon. I am over the age of 18 and provide the information contained in this affidavit from my own personal knowledge.

2. I was one of the managing members of Lansdon Flooring, LLC ("Lansdon Flooring") that is located at 2801 Longleaf Drive, Pensacola, Florida 32526.

3. Lansdon Flooring is a small flooring company that primarily works in the Florida panhandle. Lansdon Flooring uses the cash basis method of accounting. The company does not create profit and loss statements contemporaneous with its operation.

4. Lansdon Flooring uses Flores, Flores, and Garg, P.A. as its accountants to prepare year-end tax returns.

5. Lansdon Flooring employed Ray Flores, CPA, to assist with preparing an oil spill claim.

6. Lansdon Flooring purchases the flooring materials for its customers at a discount and passes that discount to its customer. Lansdon Flooring makes no profit on the purchase of

materials. This was true for its business in 2009 and 2010. Lansdon Flooring offers this discount in order to secure jobs from individuals that have a flooring project in their home or business.

7. Lansdon Flooring did not profit from its purchase of materials at a discount. It and provided the discount to the customer to get the job. Lansdon Flooring primarily performed private customer jobs in 2010.

8. Lansdon Flooring does not deposit all revenue into its bank account. This is true from before the oil spill until the present date. As a small business, Lansdon Flooring regularly uses cash to pay ordinary expenses, such as laborers and general overhead.

9. I reviewed the profit and loss statements with Mr. Flores before they were filed for the oil spill claim. The profit and loss statements were accurate and consistent with the information I provided to Mr. Flores and consistent with Lansdon Flooring's business operations.

10. I have reviewed the Deposit Reconciliations for 2008, 2009 and 2010 that are attached as **Composite Exhibit 1** to this affidavit. The Deposit Reconciliations are a true and accurate reconciliation of Lansdon Flooring's deposits for these years.

_____
EVA LANSDON

The foregoing instrument was sworn and subscribed before me this 3rd day of November, 2016 by EVA LANSDON, who is ( ) personally known to me or (X) has produced FL Driver's License as identification.
L523-212-57-961-0

_____
Notary Public (Signature)
SUMIKO K. EVANS
Printed Name
My Commission Expires: OCT 7, 2020
Commission No.: GG 023121

[SEAL]
SUMIKO KATAOKA EVANS
Notary Public - State of Florida
Commission # GG 023121
My Comm. Expires Oct 7, 2020
Bonded through National Notary Assn.

2

# LANSDON FLOORING, L.L.C.
## Deposit Reconciliation
### May through December 2008

|  | May 08 | Jun 08 | Jul 08 | Aug 08 | Sep 08 | Oct 08 | Nov 08 | Dec 08 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | | |
|   Income | | | | | | | | | |
|     SALES Deposited | 3,013.82 | 2,718.80 | 3,164.96 | 3,630.50 | 3,857.62 | 2,562.99 | 0.00 | 0.00 | 18,948.69 |
|     SALES Not Deposited | 2,660.00 | 2,885.00 | 1,875.00 | 1,325.00 | 0.00 | 0.00 | 891.40 | 187.60 | 9,824.00 |
|     Materials Purchases/Labor | 0.00 | 0.00 | 0.00 | 0.00 | 1,967.28 | 742.01 | 0.00 | 0.00 | 2,709.29 |
|   Total Income | 5,673.82 | 5,603.80 | 5,039.96 | 4,955.50 | 5,824.90 | 3,305.00 | 891.40 | 187.60 | 31,481.98 |
|   Gross Profit | 5,673.82 | 5,603.80 | 5,039.96 | 4,955.50 | 5,824.90 | 3,305.00 | 891.40 | 187.60 | 31,481.98 |
|   Net Ordinary Income | 5,673.82 | 5,603.80 | 5,039.96 | 4,955.50 | 5,824.90 | 3,305.00 | 891.40 | 187.60 | 31,481.98 |
| **Net Income** | **5,673.82** | **5,603.80** | **5,039.96** | **4,955.50** | **5,824.90** | **3,305.00** | **891.40** | **187.60** | **31,481.98** |

# LANSDON FLOORING, L.L.C.
## Deposit Reconciliation
### May through December 2009

|  | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | | |
|   **Income** | | | | | | | | | |
|     SALES Deposited | 4,206.15 | 3,620.65 | 930.29 | 2,420.25 | 1,638.59 | 1,321.64 | 3,167.62 | 117.00 | 17,422.19 |
|     SALES Not Deposited | 574.63 | 393.91 | 4,263.46 | 1,130.11 | 0.00 | 0.00 | 0.00 | 0.00 | 6,362.11 |
|     Bank Fee Refund | 0.00 | 0.00 | 0.00 | 92.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 |
|     Materials Purchases/Labor | 0.00 | 0.00 | 0.00 | 0.00 | 88.78 | 2,911.00 | 1,004.98 | 4,125.00 | 8,129.76 |
|   **Total Income** | 4,780.78 | 4,014.56 | 5,193.75 | 3,642.36 | 1,727.37 | 4,232.64 | 4,172.60 | 4,242.00 | 32,006.06 |
| **Gross Profit** | 4,780.78 | 4,014.56 | 5,193.75 | 3,642.36 | 1,727.37 | 4,232.64 | 4,172.60 | 4,242.00 | 32,006.06 |
| **Net Ordinary Income** | 4,780.78 | 4,014.56 | 5,193.75 | 3,642.36 | 1,727.37 | 4,232.64 | 4,172.60 | 4,242.00 | 32,006.06 |
| **Net Income** | **4,780.78** | **4,014.56** | **5,193.75** | **3,642.36** | **1,727.37** | **4,232.64** | **4,172.60** | **4,242.00** | **32,006.06** |

## LANSDON FLOORING, L.L.C.
## Deposit Reconciliation
### May through December 2010

|  | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | | |
|   **Income** | | | | | | | | | |
|     SALES Deposited | 875.50 | 1,351.40 | 950.00 | 1,100.00 | 0.00 | 914.00 | 200.00 | 200.00 | 5,590.90 |
|     Materials Purchases/Labor | 1,186.00 | 2,150.70 | 4,742.40 | 900.00 | 0.00 | 3,071.00 | 2,325.32 | 10,557.41 | 24,932.83 |
|   **Total Income** | 2,061.50 | 3,502.10 | 5,692.40 | 2,000.00 | 0.00 | 3,985.00 | 2,525.32 | 10,757.41 | 30,523.73 |
| **Gross Profit** | 2,061.50 | 3,502.10 | 5,692.40 | 2,000.00 | 0.00 | 3,985.00 | 2,525.32 | 10,757.41 | 30,523.73 |
| **Net Ordinary Income** | 2,061.50 | 3,502.10 | 5,692.40 | 2,000.00 | 0.00 | 3,985.00 | 2,525.32 | 10,757.41 | 30,523.73 |
| **Net Income** | **2,061.50** | **3,502.10** | **5,692.40** | **2,000.00** | **0.00** | **3,985.00** | **2,525.32** | **10,757.41** | **30,523.73** |