UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | |
| "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO.: 2179 |
| | SECTION:  J |
| This Document Applies to: | HONORABLE CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | MAGISTRATE JUDGE WILKINSON |

### DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES

Claims Administrator Patrick Juneau, through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby moves the Court to for an order compelling Vision Design Management, Inc., Barbara Stokes, and Scott B. Stokes (collectively "Claimants") to respond to DHECC's post-judgment interrogatories. In hereof, DHECC states the following:

1. On September 12, 2015, the DHECC served the Claimants with Post-Judgment Interrogatories in accordance with Federal Rules of Civil Procedure 26, 33, 69 and Louisiana Code of Civil Procedure CCP 1457, 1469, 2451, and 2456.

2. The Claimants were required to respond to the Post-Judgment Interrogatories within 30 days. However, the Defendant failed to respond.

3. DHECC requires the Court's assistance in the form of an Order compelling the Claimants to respond to the Post-Judgment Interrogatories.

4. A memorandum of law in support of this motion and a proposed order is filed herewith.

DATED this 5th day of November, 2016.

  _/s/ Vernon Nelson_____

Vernon Nelson
THE LAW OFFICE OF VERNON NELSON
9480 South Eastern Ave, Suite 244
Las Vegas, NV 89123
Tel: 702.476.2500
vnelson@nelsonlawfirmlv.com
*Attorney for Deepwater Horizon Economic Claims Center*

1

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th day of November, 2016, a copy of the foregoing **DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES** was filed with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system.

                              __/s/ Vernon Nelson___  _____
                              THE LAW OFFICE OF VERNON NELSON