**BOH BROS. CONSTRUCTION CO., L.L.C.**
DWH Claimant ID:  100131904
DWH Claim ID:  93256

EXHIBIT "A"

<u>**CHRONOLOGY**</u>

- <u>**October 2012**</u>, Boh Bros. submits a BEL claim in the amount of $17,138,555, supported by documents reflecting the business structure and ownership of Boh Bros., contemporaneously-prepared monthly profit and loss statements that tie to Boh Bros.' federal tax returns; federal tax returns; and financial statements audited (establishing monthly revenues and expenses for 2007 – 2011) by Ernst & Young.  The claim is independently verified by local accounting firm, Bourgeois Bennett.

- Between <u>**October 2012 and November 2013**</u>, numerous Settlement Program vendors request additional source documentation from Boh Bros.  Settlement Program vendors, including Pricewaterhouse Coopers ("PwC"), ask for and receive multiple conferences with Boh Bros.' internal and external accountants and with Bourgeois Bennett.  Boh Bros. produces volumes of supplemental source documents as requested.

- <u>**December 2013**</u>, Boh Bros. writes Claims Administrator, Patrick Juneau, and requests a status conference in order to see if Boh Bros.' Claim is close to an eligibility notice and what, if any, additional documents need to be filed.

- <u>**January 15, 2013**</u>, Boh Bros. attends a meeting with Mr. Juneau and numerous PwC accountants, during which Mr. Juneau asks PwC: "What else do you need from Boh Bros.?"  PwC states that all it needs are records from 2008-2011 showing a breakdown of revenue by project, so that PwC can analyze whether Boh Bros. is a DOD contractor.  Significantly, Boh Bros. is *not* a DOD contractor, and produces the source project files.  The claims facility confirms this.

- <u>**March 22, 2013**</u>, PwC advises Boh Bros. that PwC will complete the evaluation of Boh Bros.' claim by the end of the week.

- Contrary to PwC's advices, the claims facility announces that because Boh Bros. website had a picture of a boat (related to bridge repair to the Twin Span post-Katrina), Boh Bros.' claim has been sent to review for "potential moratoria loss", notwithstanding the fact that:

**BOH BROS. CONSTRUCTION CO., L.L.C.**
DWH Claimant ID:  100131904
DWH Claim ID:  93256

1.      Boh Bros.' NAICS code is <u>not</u> marked by an "x" in Exhibit 19 to the Settlement Agreement;

2.      Exhibit 19 to the Settlement Agreement, expressly <u>excludes</u> claims of companies such as Boh Bros. who are "Roadway, Highways, Bridges and Distribution Line Contractors" from moratoria review; and

3.      In its claim form, Boh Bros. answered "No" to the question about providing significant services to the oil and gas industry in the Gulf of Mexico.

•      Nonetheless, the claims facility also requests Boh Bros. to submit more highly confidential project files showing the nature of its work.  Boh Bros. does so, together with an affidavit from the President of its company showing that Boh Bros.' principal work is Highway, Bridges, Roads and Distribution Lines and the balance is civil.

•      <u>**May 2013**</u>, the claims facility removes Boh Bros. from moratoria review and PwC advises that the only additional documents needed to finalize Boh Bros.' claim are documents confirming "below-the-line expenses."  Boh Bros. provides these documents.

•      The claims facility then spends the next year analyzing the supplemental financial documentation provided by Boh Bros. in order to "match revenues to expenses".

•      <u>**June, 2014**</u>, after the Fifth Circuit stay is lifted, Boh Bros. follows up with PwC to inquire about the status of Boh Bros.' claim.

•      <u>**July 16, 2014**</u> an attorney with the claims facility advises that Boh Bros.' claim is back in accounting review under Policy 495 to determine if there are any unresolved matching issues.

•      <u>**October 21, 2014**</u>, Boh Bros. again contacts the attorney for the claims facility noting that Boh Bros. has not received any information on the processing of Boh. Bros.' claim other than the notification that the Policy 495 process is underway.  Boh Bros. requests a status conference with PwC, as PwC has previously confirmed the magnitude of work (over the last two years) PwC has already performed on Boh Bros.' claim.

•      <u>**October 29, 2014**</u>, without notice or explanation from the claims facility, its vendors, or PwC, Boh Bros.' portal reflects that Boh Bros.' claim is "re-routed" for another moratoria review and that the accountants have ceased "the Policy 495 review".

•      Boh Bros. assumes this was an error and contacts the attorney for the claims facility.

•      <u>**November 11, 2014**</u>, as to the "re-routing" of Boh Bros.' claim to moratoria review, the claims facility again refers to Boh Bros.' website.

**BOH BROS. CONSTRUCTION CO., L.L.C.**
DWH Claimant ID:  100131904
DWH Claim ID:  93256

- **March 30, 2015**, Robert S. Boh, President of Boh Bros., and counsel meet with Ted Martens (the PwC accountant in charge of "moratoria review") and John Petzold (the PwC accountant handling the claim of Boh Bros.).  Mr. Martens brings a list of projects that the new PwC moratoria team has extracted from Boh Bros.' confidential customer files and "flagged" as potential services to the "oil and gas industry in the Gulf of Mexico," and, therefore, subject to "potential moratoria review".

- At the meeting on **March 30, 2015**, Mr. Boh reviews in detail each and every "flagged project" with Mr. Martens.  Mr. Boh explains the nature of the work, the location, the client/customer etc.  As explained, none of the projects are for services to the oil and gas industry in the Gulf of Mexico.  Most of the projects are civil/land-based projects and a few are pilings or work in protected waters. Mr. Boh further explains that Boh Bros. does not have any equipment for use in the Gulf and does not perform such work.  Mr. Martens concurs in removing Boh Bros. from "moratoria review".  Mr. Petzold assures Mr. Boh, that notwithstanding all of this, PwC would continue with the processing of Boh Bros.' claim.  Mr. Petzold requests some supplemental documentation and Boh Bros. provides this.

- **August 10, 2015**, Boh Bros requests an update on the progress with the processing of Boh Bros.' claim and anticipated timetable for resolution, noting it has been three years since Boh Bros. submitted its claim; two years since the Settlement Program evaluated and removed Boh Bros. from moratoria review; another year since the Settlement Program re-routed Boh Bros. to moratoria review; and nine months since the meeting with PwC, promising removal again from moratoria review and final processing of the claim.  The portal still reflects that Boh Bros.' claim is stuck in "moratoria limbo".

- **November 18, 2015**, Robert S. Boh, president of Boh Bros. and counsel participated in a telephone conference with the claims facility, Ted Martens (a partner in PwC's New York office and head of the Settlement Program's "moratoria review team"), Tom Frangella and John Petzold, also a partner in PwC New York and the lead accountant for calculating Boh Bros. claim.  During the telephone conference, Mr. Martens asked about three (3) projects -- all of which were delineated in the March 2013 production of documents, all of which were discussed in the March 2015 meeting, and all of which are land based and clearly, obviously, not moratoria/oil and gas projects.  Further, none of the projects were performed in 2009, except one -- the 2009 Versabar project, which was less than one day's work and generated a mere $32,000 in revenue (i.e., .0008% of the total revenue for that year).

- **November 19, 2015**, Robert Boh, president of Boh Bros, and counsel participated in a telephone conference with the claims facility, Ted Martens, John Petzold, and Randy Young (the Settlement Program's third party "oil and gas" expert).  During the telephone conference, Mr. Young asked Boh Bros. a few questions about the same three projects.  Mr. Boh answered again, and Mr. Young confirmed that was "all he had."  Mr. Petzold confirmed that the accountant team in charge of calculating Boh Bros. claims was "very close" to finishing.

**BOH BROS. CONSTRUCTION CO., L.L.C.**
DWH Claimant ID:  100131904
DWH Claim ID:  93256

- **December 8, 2015**, the Settlement Program asked about the same project files produced in March 2013, because of a "keyword" search performed by unidentified members of the "Moratoria Team."  Once again, we called upon Boh Bros. to provide information on projects that files clearly show are *de minimis*, ranging from 0.0005% - 0.1897% of total yearly revenue with only one project at slightly more than 1%, i.e., 1.0210%.

- **December 10, 2015**, Robert S. Boh, president of Boh Bros, and counsel provided the Settlement Program with details and documentation confirming that none of the work performed on the flagged projects are moratoria/oil and gas related.

- **February 26, 2016**, the Settlement Program, for the first time in the four year history of this claim, advised that until BP agreed on how to "back out" these *de minimis* alleged "moratoria losses" the Settlement Program could not finish processing Boh Bros.' claim.

- **September 2016 – October 2016**, Boh Bros. again proposed an easy solution to the dilemma, suggesting the Settlement Program simply back out the *de minimis* revenue, a relatively simple endeavor for the sophisticated forensic accountants who have analyzed Boh Bros.' claim for four years.  The Settlement Program said it could not do this unless BP agreed.