UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| | § | SECTION J |
| This Document Relates To: | § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-00834 *Destin Development, LLC v. BP Exploration & Production, Inc., et al.* | § § § § | MAGISTRATE JUDGE SHUSHAN |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Destin Development, LLC.

Dated: November 8, 2016.

    s/ Tucker H. Byrd
    Tucker H. Byrd
    Florida Bar No. 381632
    J. Carlos Real
    Florida Bar No. 012869
    BYRD CAMPBELL, P.A.
    180 Park Avenue North, Suite 2A
    Winter Park, FL  32789
    Telephone: (407) 392-2285
    Facsimile: (407) 392-2286
    Primary Email: TByrd@ByrdCampbell.com
    Primary Email: CReal@ByrdCampbell.com
    Secondary Email: DPortera@ByrdCampbell.com
    Secondary Email: SGaines@ByrdCampbell.com
    Counsel for Plaintiff

**<Certificate of Service on Following Page>**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided a copy via United States mail to Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis, LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee, Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA, 70112 on November 8, 2016.

s/ Tucker H. Byrd
Tucker H. Byrd
Florida Bar No. 381632