## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: Oil Spill by the Oil Rig** | ) | **MDL NO. 10-MD-2179** |
| **"Deepwater Horizon"** | ) | |
| | ) | **SECTION "J"** |
| | ) | |
| **This document relates to:** | ) | **JUDGE CARL E. BARBIER** |
| **Civil Action No. 12-970, <u>Bon Secour</u>** | ) | |
| **Fisheries, Inc. et al. v. BP Exploration** | ) | **CHIEF MAGISTRATE JUDGE** |
| **& Production Inc. et al.** | ) | **JOSEPH C. WILKINSON, JR.** |

### *EX PARTE* CONSENT MOTION TO WITHDRAW
### <u>MOTION TO QUASH SUBPOENA [DOC. 21812]</u>

NOW INTO COURT, through undersigned counsel, come Westerfield, Janoush & Bell, P.A. and Barksdale Farms, who move this Honorable Court to withdraw their Motion to Quash Subpoena, upon suggesting that the matters at issue have been resolved by the parties, moves, *ex parte*, with express consent of Corey Moll, DHECC Senior Compliance Counsel, for the entry of the accompanying Order authorizing and effecting the withdrawal of Westerfield, Janoush & Bell, P.A. and Barksdale Farms' Motion to Quash Subpoena [Doc. 21812] filed on October 20, 2016.

WHEREFORE, Westerfield, Janoush & Bell, P.A. and Barksdale Farms pray that this motion be granted *ex parte*, and that the accompanying Order authorizing and effecting the withdrawal of their motion be entered.

DATED this the 8th day of November, 2016.

Respectfully submitted,

/s/ Warren B. Bell
WARREN B. BELL (MSB:  101754)
Westerfield Janoush & Bell, P.A.
307 Cotton Row, Suite 1
P.O. Box 1448
Cleveland, MS 38732
Telephone:  (662) 846-1716
Facsimile:  (662) 846-7134
Email:  wbell@wesjan.com

CONSENTED TO:

/s/ Corey Moll
Corey Moll
Senior Compliance Counsel
Deepwater Horizon Claims Center
935 Gravier Street, Suite 700
New Orleans, LA 70112
Telephone: 504-708-1170
cmoll@dheclaims.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has this date been electronically filed with the Clerk of the Court using the ECF system, which sent notification to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail and may access this filing through the Court's system.

                    Kevin Colomb
                    Deepwater Horizon Economic Claim Center
                    935 Gravier St., Suite 700
                    New Orleans, LA 70112
                    kcolomb@dheclaims.com

                    Jeff Smith
                    Deepwater Horizon Economic Claim Center
                    935 Gravier St., Suite 700
                    New Orleans, LA 70112
                    jsmith@dheclaims.com

                    Corey Moll
                    Deepwater Horizon Economic Claim Center
                    935 Gravier St., Suite 700
                    New Orleans, LA 70112
                    cmoll@dheclaims.com

                          /s/ Warren B. Bell
                            WARREN B. BELL