UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| Civil Action No. 12-970, <u>Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al</u>. | |

## ORDER

Claims Administrator Patrick Juneau, on behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), has filed a Motion to Compel Responses to Post-Judgment Interrogatories in this matter. Record Doc. No. 21879. Accordingly,

**IT IS ORDERED** that the motion is set for submission on my **NOVEMBER 30, 2016** motion docket. Written opposition, if any, must be filed no later than **November 22, 2016**. Thereafter, the motion will be determined on the briefs <u>without</u> oral argument.

**IT IS FURTHER ORDERED** that no later than **November 15, 2016**, counsel for movant must supplement this motion by filing a copy of the subject interrogatories.

The Clerk is directed to file this order in the records of <u>both</u> MDL 2179 <u>and</u> C.A. No. 12-970.

New Orleans, Louisiana, this ___8th___ day of November, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE