Claim Number SPC0002895

UNITED STATES DISTRICT COURT
Eastern District of Louisiana
Office of the Clerk
October 25, 2016

WILLIAM W. BLEVINS
CLERK

David M, Strong
P.O. Box 219
Topping, VA 23169
804 286-9030



10md 2179
Ref - 12-968

500 Poydras ST., RM. C-151
NEW ORLEANS, LA   70130

REFERENCE:  MDL – 2179"J"(1) IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HOSIZON"

APPEAL

Case 2:10-md - 02179-CJB-SS  Document 18533 Field 05/27/16

David M. Strong

Plaintiff

V

Deepwater Horizon Medical Benefit Claims Administrator

Defendant

\*\*\*\*\*MOTION TO RESTORE \*\*\*\*\*

This motion was entered because Mr. Strong challenge pending before the Court is a Challenge for equal Rights.

RATIONALE/FACTS

DEEPWATER HORIZON OIL SPILL IN THE GULF OF MEXICO. Case Number MDL – 2179 "J"(1) IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HOSIZON".

TENDERED FOR FILING

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

NOV - 7 2016

U.S. DISTRICT COURT
Eastern District of Louisiana

Mr. Strong is going to contrast unrefined crude oil with refined crude oil. Unrefined crude oil has a greater density than salt water so the unrefined crude oil with a greater density than salt water would fall to bottom of the Gulf of Mexico. The highs tides could carry the unrefined crude oil on to beaches or the unrefined crude oil will remain in channels of bays. However, when the Defendant added disbursing agents/solvents to the salt water the unrefined crude oil was refined into a petroleum solution. When the high tides carried the petroleum solution into the mouth of creeks, rivers and wetlands and came in contact with fresh water the petroleum precipitated and concentrated in the mouth of creeks, rivers and wetlands emitted petroleum distillate poisoning gases and odors into the air.

The Deepwater Horizon Medical Benefits Claims Administrator (DHMBCA) wrote Mr. David Strong in a letter dated 3/28/14 and said "If you believe that Claims Administrator made a mistake in determining that you are not a Medical Benefits Settlement Class Member, you may file a challenge with the Court. You must file any such challenge within 60 days of the date of this notice." When the DHMBCA gave Mr. Strong the right to file a challenge with the Court the DHMBCA rendered jurisdiction over this case to the Court.

Mr. David Strong filed a timely challenge dated May 22, 2014 with the Court and the Court noticed 'THE DOCUMENT TITLED, MOTION TO SET ASIDE, HAS ALSO BEEN RECEIVED AND IS BEING PROCESSED."

**The issue Mr. Strong brought before the Court is the individual exposed to refined crude oil should have the same Right as an individual exposed to unrefined crude oil.**

As you see in Case 2:10md-02179-CJB-JCW Document 21766 Filed 10/04/16

In the above entitlement Mr. Strong Case Number (Rec. Docs. 12934, 14073, 15713).

Mr. David M. Strong was hospitalized on June 15, 2010 because the petroleum was concentrated in the mouth of Cotton Creek at the Intracoastal Waterway emitting petroleum distillate poisoning gases and odors and exacerbated Mr. Strong COPD.

Did the Court error when it allowed DHMBCA change the geographic zones after June 15, 2010?

Did the Court error when it allowed the DHMBCA make a recommendation on Mr. Strong challenge (MOTION TO SET ASIDE) that was pending before the Court since May 22, 2014?

Did the Court error when it moved Mr. Strong challenge (MOTION TO SET ASIDE) filed on May 22, 2014 under Court procedures effective on May 27, 2016?

Did the Court error when the Court's decision was predicated on a member of a class rather than equal protection under the law?

*****ORDER*****

I David McArthur Strong hereby move that the United States District Court for the Eastern District of Louisiana restore Mr. Strong's MOTION TO SET ASIDE since the material facts warrant that the Court should take this action to ensure equal protection under the law.

Respectfully Submitted

*David M. Strong*

David M. Strong, pro se                Dated *November 1, 2016*

Deepwater Horizon Medical Benefits

Settlement Claims Administrator

935 Gravier Street, Suite 1400

New Orleans, LA 70112

Not served

MDL – 2179
DHMBS SP0002895

Clerk's Office
UNITED STATES DISTRICT COURT
Eastern District of Louisiana
The Honorable Judge William W. Blevins, Clerk
500 Poydras Street, Room C – 151
New Orleans, LA 70130

October 25, 2016

<u>Certified Mail Return Receipt</u>
7015 1520 0000 5082 4721

David M. Strong
P.O. Box 219
Topping, VA 23169
(804) 286 – 9030
(251) 895 – 0529

RE: Appeal

This letter is to submit the appeal!

Respectfully Submitted

*David M. Strong*

David M. Strong, Pro Se



David Stern
P.O. Box 219
Topping, VA 23169

U.S. POSTAGE PAID
WILLIAMSBURG, VA
23188
NOV 01, 16
AMOUNT
$6.47
R2305K141902-03

70130

CERTIFIED MAIL

7015 1520 0000 5082 4721

RETURN RECEIPT REQUESTED

Clerk's Office for
U.S. District Court for
Eastern District of Louisiana
The Honorable Judge William W. Blevins, Clerk
500 Poydras Street, Room C-151
New Orleans, LA 70130