UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>*This Document Relates to:*<br><br>Nos. 12-970, 15-4143, 15-4146 and 15-4654 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## NOTICE OF FILING

For the benefit of the Court, as well as all potentially affected parties, appointed Co-Lead Class Counsel for the Economic & Property Damages Settlement Class and Co-Lead Settlement Class Counsel for the New Class respectfully submit the Supplemental Declaration of Stephen J. Cirami, dated November 8, 2016, regarding the final number of opt-out requests by members of the New Class.

This 8th day of November, 2016.

Respectfully submitted,

| | |
|---|---|
| /s/  Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY EDWARDS** |
| 820 O'Keefe Avenue | **& COLOMB LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |

Page | 1

| | |
|---|---|
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Co-Lead Class Counsel* | E-Mail: jimr@wrightroy.com |
| | *Co-Lead Class Counsel* |

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Notice of Filing, together with the Supplemental Declaration, will be served on All Counsel by electronically uploading the same to File & ServeExpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 8th day of November, 2016.

/s/ Stephen J. Herman and James Parkerson Roy