## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This Document Relates To:  No. 15-4143, 15-4146 & 15-4654 | * * * * * * | HONORABLE CARL J. BARBIER CHIEF MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## SUPPLEMENTAL DECLARATION OF
## STEPHEN J. CIRAMI REGARDING EXCLUSION REQUESTS

I, STEPHEN J. CIRAMI, declare as follows:

1.     I am the Executive Vice President and Chief Operating Officer of Garden City Group, LLC ("GCG").  This declaration supplements my declaration dated July 29, 2016 ("Mailing Declaration"), to provide information on additional mailings and contact with potential New Class members.  The following statements are based on personal knowledge and information provided to me by other experienced GCG employees.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

2.     On November 7, 2016, the exclusion request revocation deadline, GCG received requests to revoke six of the 36 timely exclusion requests previously

reported to the Court in the declarations of Stephen J. Cirami dated July 28, 2016 and November 1, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Lake Success, New York on November 8, 2016.

_____
Stephen J. Cirami