UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| | § | SECTION J |
| This Document Relates To: | § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01091 | § | |
| *Roderic Wright v. BP Exploration & Production, Inc., et al.* | § § § | MAGISTRATE JUDGE SHUSHAN |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Roderic Wright.

Dated: November 9, 2016.

>
> s/ Tucker H. Byrd
> Tucker H. Byrd
> Florida Bar No. 381632
> J. Carlos Real
> Florida Bar No. 012869
> BYRD CAMPBELL, P.A.
> 180 Park Avenue North, Suite 2A
> Winter Park, FL  32789
> Telephone: (407) 392-2285
> Facsimile: (407) 392-2286
> Primary Email: TByrd@ByrdCampbell.com
> Primary Email: CReal@ByrdCampbell.com
> Secondary Email: DPortera@ByrdCampbell.com
> Secondary Email: SGaines@ByrdCampbell.com
> Counsel for Plaintiff

**&lt;Certificate of Service on Following Page&gt;**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided a copy via United States mail to Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis, LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee, Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA, 70112 on November 9, 2016.

                                                             s/ Tucker H. Byrd
                                                             Tucker H. Byrd
                                                             Florida Bar No. 381632