UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 10-MD-2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 12-970, <u>Bon Secour</u> <u>Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al.</u> | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the *Ex Parte* Consent Motion to Withdraw Motion to Quash Subpoena [Doc. 21812]. Accordingly,

**IT IS ORDERED** that the *Ex Parte* Consent Motion be **GRANTED**, and

**IT IS FURTHER ORDERED** that Westerfield, Janoush & Bell, P.A. and Barkdale Farms' Motion to Quash Subpoena [Doc. 21812] is **DISMISSED** as **MOOT**.

The Clerk is directed to file this Order in the records of <u>both</u> MDL 2179 <u>and</u> C.A. No. 12-970.

New Orleans, Louisiana, this the  10th  day of November, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE