UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| Applies to: | JUDGE BARBIER |
| Nos. 12-970 and 12-968 and All Cases | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**MOTION FOR CONSIDERATION OF CORRECTIONS TO EXPENSE SUBMISSIONS**

      COMES NOW counsel in the above-captioned action and respectfully requests that this Court grant the Motion for Consideration of Corrections to Expense Submissions, and that this Court issue an order granting leave to review for payment corrected expenses from Cutter Law, P.C. for common benefit work authorized in advance by the PSC Executive Committee ("Committee"). A Memorandum of Points and Authorities and Declaration in support of this motion is submitted herewith.

Dated:  November 10, 2016              Respectfully Submitted,

                                                  /s/C. Brooks Cutter
                                                  C. Brooks Cutter (CA SBN 121407)
                                                  Cutter Law, P.C.
                                                  401 Watt Avenue
                                                  Sacramento, CA 95864
                                                  Telephone:  (916) 290-9400
                                                  bcutter@cutterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/C. Brooks Cutter
C. Brooks Cutter