UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| **Applies to:** | JUDGE BARBIER |
| **Nos. 12-970 and 12-968 and All Cases** | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**NOTICE OF SUBMISSION**

COMES NOW counsel in the above-captioned action and files a Motion for Consideration of Corrections to Expense Submission, accompanied by a Memorandum of Points and Authorities and Declaration in Support, before the Honorable Judge Carl J. Barbier. This motion will be submitted to the Court on November 30, 2016, at 9:30 a.m. before the Honorable Carl J. Barbier, at the U.S. Courthouse, 500 Poydras Street, Courtroom C268, New Orleans, LA.

Dated:  November 10, 2016            Respectfully Submitted,

/s/C. Brooks Cutter
C. Brooks Cutter (CA SBN 121407)
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
bcutter@cutterlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/C. Brooks Cutter
C. Brooks Cutter