UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| Applies to: | JUDGE BARBIER |
| Nos. 12-970 and 12-968 and All Cases | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**DECLARATION OF C. BROOKS CUTTER IN SUPPORT OF MOTION FOR CONSIDERATION OF CORRECTIONS TO EXPENSE SUBMISSIONS**

1. I am an attorney at law licensed to practice before all courts in the State of California and I am admitted to the United States District Court for the Eastern District of California. Pursuant to PTO 1, section 12, in this matter, I am admitted pro hac vice in this litigation. I am a partner at Cutter Law, P.C., ("the firm). The firm is counsel for an individual plaintiff in the above-captioned matter.

2. The firm was selected for participation in the Discovery Workgroup Committee ("DWC") and participated in meetings and conference calls with the DWC. The firm attended the DWC meeting in New Orleans on October 11, 2010, and the Common Benefit meeting in New Orleans on February 24, 2011. The firm provided attorney review of documents at the Depository. The firm assisted in drafting written discovery requests to Defendants BP, Anadarko and MOEX.

3. The work undertaken was pre-approved by the Committee, assigned by the Committee, and was done for the common benefit of all plaintiffs.

4. The firm Administrator went out on maternity leave in late 2015, and returned February 29, 2016.

1

5. On February 12, 2016, the firm received notification that the FCC required the filing of an affidavit regarding submitted costs in this matter.

6. On February 12, 2016, the firm immediately attempted to access the website to review time and expenses that had been timely submitted and to make any necessary corrections prior to submitting the required affidavit. The firm was unable to access the website because they could not locate the log-in credentials needed for access.

7. Between February 12, 2016 and February 29, 2016, the firm made five requests for new log-in credentials to the website host, CPA Garrett, which were not answered.

8. The firm was able to access the website only on the return of the firm Administrator on February 29, 2016.

9. Late in the day on February 29, 2016, the firm was able to determine that three of our submittals were rejected. One was rejected because it had been paid as a shared cost. The other two travel expenses were rejected because supporting documents were not uploaded with the submittal. The travel expenses total $7,534.27.

10. On March 1, 2016, the firm attempted to upload the supporting documents. The system would not upload one of the documents, and only accepted the other after several attempts. My legal assistant who originally submitted the expenses never realized the system did not upload the backup documents. Because the system did not upload the documents, the firm emailed them to CPA Garrett with a request to consider the late-submitted corrections because the firm was not able to get log-in credentials from his office.

11. Mr. Garrett indicated in a return email that he would not be able to consider them without leave of the FCC or the Court.

12. On March 10, 2016, the firm sent a request to the members of the FCC for leave for Mr. Garrett to review the expenses. The firm received no response from the FCC.

13. On August 5, 2016, the firm sent another request to the FCC. The firm received a response by email from the FCC indicating they could review and make a recommendation, but the ultimate decision would be up to the court.

14. The firm learned on October 31, 2016, that any review or recommendation would come only after a motion to the court.

Dated:  November 10, 2016                                  Respectfully Submitted,


                                                             /s/C. Brooks Cutter  
                                                             C. Brooks Cutter (CA SBN 121407)  
                                                             Cutter Law, P.C.  
                                                             401 Watt Avenue  
                                                             Sacramento, CA 95864  
                                                             Telephone:  (916) 290-9400  
                                                             bcutter@cutterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/C. Brooks Cutter
C. Brooks Cutter
