UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| ALL CASES | MAGISTRATE JUDGE WILKINSON |

### AMENDMENT TO ORDER APPOINTING JOHN W. PERRY, JR. AS SPECIAL MASTER

The Court's Order of July 28, 2016 appointing John W. Perry, Jr., as Special Master (Rec. Doc. 21281) is hereby clarified and amended as follows:

The scope of the Special Master's appointment shall not only include the consideration of an appropriate allocation and distribution of the Aggregate BP Common Benefit Cost and Fee Award,[1] but shall also extend to consideration of the appropriate allocation of the common benefit fees earned in connection with the States' economic loss settlements,[2] and to any common benefit fees that may be awarded in connection with the Halliburton and Transocean Settlements.[3]

New Orleans, Louisiana, this 10th day of November, 2016.

_____
The Honorable Carl J. Barbier
United States District Judge

---

[1] Rec. Doc. 21849.

[2] *See* Rec. Docs. 15437 and 15441.

[3] *See* Rec. Docs. 14644-1 and 15322-1.