Minute Entry
Barbier, J.
NOVEMBER 10, 2016
JS 10:  1 hr. 41 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br>(Ref: All cases, including 15-4143, 15-4146, 15-4654, 12-970)<br><br>SECTION: J (2)<br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

COURTROOM DEPUTY:                              COURT REPORTER:
STEPHANIE KALL                                    TONI TUSA
GAIL CHAUVIN

FAIRNESS HEARING

THURSDAY NOVEMBER 10, 2016   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

The Court held a Fairness Hearing on two proposed class action settlements: the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) (Rec. Doc. 15322-1 to 15322-6) and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1 to 14644-5).

Class Counsel Jim Roy and Class Counsel Steve Herman presented and argued in favor of settlement approval.

Michelle LaCount of Garden City Group, LLC, the Notice Administrator, presented on the class notice procedure.

Mike Juneau, Claims Administrator for the New Class, presented on settlement administration, including the distribution models for the New Class and the Old Class.

Halliburton Counsel Alan York presented and argued in favor of settlements' approval.

Transocean Counsel Kerry Miller presented and argued in favor of settlement approval.

The Court heard objections from Scott Bickford, counsel for Plaquemines Parish, et al.; Kevin Schoenberger, counsel for the Schoenberger Claimants; and Camilo Salas, counsel for New Orchard Group, LLC, et al.

Mike Juneau, Claims Administrator for the New Class, responded to the objections.

The Court announced its intent to cap attorneys' fees at 25%, similar to what was done in the class action settlements with BP.  (*See* Order of 6/15/2012, Rec. Doc. 6684)

ORDERED that this matter is TAKEN UNDER ADVISEMENT.


PRESENT: See attached