# CONFERENCE ATTENDANCE RECORD

DATE: 11/10/2016          TIME: 9:30am

CASE NAME: MDL 2179

CIVIL DOCKET NO. _____          CRIMINAL DOCKET NO. _____

CIRCLE ONE:          STATUS   PRE-TRIAL   SETTLEMENT

Fairness Hearing

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| Name | Party |
|---|---|
| CAMILO K. SALAS III | "SALAS" OBJECTORS |
| Michael J. Juneau | New Class Claims Administrator |
| Michelle M LaCount | Garden City Group LLC |
| Scott R Bickford | Plaq. Parish / Plaq Parish School Board |
| MATT LUNDY | PSC |
| Kerry Miller | Transocean |
| Erler Williams | Transocean |
| Walter J. Leger, Jr. | various TT Local Governments |

# CONFERENCE ATTENDANCE RECORD

DATE: 11/10/2016          TIME: 9:30am

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

CIVIL DOCKET NO. MDL 10-2179          CRIMINAL DOCKET NO. _____

CIRCLE ONE:          STATUS     PRE-TRIAL     SETTLEMENT

Fairness Hearing

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| Name | Phone | Party |
|---|---|---|
| Alan York | 713-469-3824 | Halliburton |
| Brad Taylor | | Halliburton |
| Calvin Fayard | | |
| Duke Williams | 985-226-6640 | PSC |