# NEW CLASS CLAIMS ADMINISTRATOR'S REPORT

HESI/Transocean Settlements
Fairness Hearing
November 10, 2016

# Key Dates

| | |
|---|---|
| Appointment of New & Old Class Claims Administrators | October 23, 2015 |
| Preliminary Approval | April 12, 2016 |
| Filing of Proposed Distribution Model | June 13, 2016 |
| Exclusion & Objection Deadlines | September 23, 2016 |
| Fairness Hearing | November 10, 2016 |
| Claims Filing Deadline | December 15, 2016 |

# New Class Members:

| General Maritime Law Punitive Damages Standing ||
|---|---|
| ***Robins Dry Dock*** | Physical Damage to property where the claimant has a proprietary interest; damage cannot be purely economic |
| **Other Categories** | - Commercial Fishermen<br><br>- Subsistence Fishermen<br><br>- Charterboat Operators<br><br>- Charterboat Crew |

# Relevant Claim Types from the Deepwater Horizon Ecomomic & Property Damages Settlement (DHEPDS)

| Relevant DHEPDS Claim Categories |
| --- |
| Coastal Real Property |
| Wetlands Real Property |
| Real Property Sales |
| Vessel Physical Damage |
| Seafood Program |
| Subsistence |
| Charterboat Operators (Business Economic Loss) |
| Charterboat Crew Members (Individual Economic Loss) |

# Filing a Claim:

| General Class Member Categories | Requirements for Consideration of New Class Claim(s) |
|---|---|
| Prior DHEPDS Claimants | - Need not file a New Class claim<br><br>- Eligibility and compensation in the New Class will be based on their DHEPDS eligibility determination |
| DHEPDS Opt Outs/Excluded Parties | - Still potentially eligible for New Class benefits<br><br>- Must file a New Class claim form by December 15, 2016 |
| Court-Appointed Neutral Settlement Parties | - Still potentially eligible for New Class benefits<br><br>- Must file a New Class claim form by December 15, 2016 |

# Distribution Model's Allocation of Funds by Claim Category

| New Class Claim Category | Net Settlement Fund Percentage Allocation |
|---|---|
| Real Property | 80.0% |
| Personal Property | 0.6% |
| Commercial Fishermen | 17.8% |
| Charterboat Operator | 0.2% |
| Loss of Subsistence | 1.4% |
| **TOTAL** | 100.00% |

# Claims Process Highlights

## DHEPDS Relevant Claims

| Type of Claim | Quantity to Transfer |
|---|---|
| Real Property | 76,463 |
| Personal Property | 1,648 |
| Commercial Fishermen | 24,129 |
| Charterboat | 1,200 |
| Subsistence | 68,523 |
| Total | 171,963 |

**Anticipated/Estimated total, relevant DHEPDS claims that will transfer automatically:  171,963**

# Claims Process Highlights

## New Class Claim Forms

| Type of Claim | Quantity Received |
|---|---|
| Real Property | 62 |
| Personal Property | 23 |
| Commercial Fishermen | 53 |
| Charterboat | 2 |
| Subsistence | 111 |
| Total | 250 |

**Claim Forms Received To Date:** 250

**Claim Filing Deadline:** December 15, 2016

# Additional Information/Updates:

## www.GulfSpillPunitiveDamagesSettlement.com