

# Notice Administration

HESI/Transocean Settlements
Fairness Hearing
November 10, 2016

Voted the Top Class Action Settlement Administrator by the *New York Law Journal*

Recognized as a Best Claims Administrator by *The Recorder*

Acknowledged as a Best in Claims Administration by *The Legal Intelligencer*

# INITIAL NOTICE CAMPAIGN

## Notices Initially Disseminated on June 15, 2016:

| Email | 75,355 |
|-------|--------|
| Mail  | 442,464 |

## Returned Notices:

| Notices Returned as Undeliverable by the USPS | 62,975 |
|-----------------------------------------------|--------|
| Notices Remailed with a New Address           | 34,390 |



1

# WEBSITE AND EMAIL ADDRESS

**Website Visitors**

| | |
|---|---|
| Unique Visitors | 21,010 |
| Total Visits | 23,944 |

**Website Downloads**

| | |
|---|---|
| Long Form Notice | 2,055 |
| New Class Distribution Model | 1,555 |
| Old Class Distribution Model | 1,803 |
| Halliburton & Transocean Settlement Agreements | 1,118 |
| Transocean Settlement Agreement | 1,019 |
| Claim Forms | 2,348 |

**Website Inquiries / Emails**

| | |
|---|---|
| Total Inbound/Outbound Emails/Inquiries Handled | 1,058 |



# CALL CENTER AND POST OFFICE BOX

## Calls Received

| | |
|---|---|
| Total Calls | 20,978 |

## Mail Pieces Received

| | |
|---|---|
| Opt Outs | 36 |
| Opt Out Revocations | 6 |
| Claim Forms | 250 |
| Other Correspondence | 491 |



3