IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig * | MDL No. 2179 |
| "Deewater Horizon"in the Gulf * | |
| of Mexico, on April 20, 2010 * | SECTION "J" |
| * | |
| Applies to:  12-970 * | JUDGE BARBIER |
| Claimant ID 100051612 * | |
| Claim ID 425709 * | MAGISTRATE SHUSHAN |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO EXTEND DEADLINE TO REQUEST
DISCRETIONARY COURT REVIEW**

Undersigned counsel for Claimant ID 100051612 moves for leave of court to extend the deadline request for discretionary court review for Claim ID 425709.  Counsel misread the Notice Of Appeal Panel Decision dated October 11, 2016 believing that the deadline to request discretionary court review was on November 4, 2016 when in fact the deadline was October 24, 2016.  The November 4, 2016 date was the set deadline to object to the request for discretionary court review.  Counsel uploaded "Claimant's Discretionary Review Memorandum" to the portal on November 3, 2016 and requested an extension from the Claims Administrator but was informed that they do not have authority to grant an extension.

**WHEREFORE,** Counsel prays for leave of court to grant Claimant an extension of time to file Claimant's Discretionary Review Memorandum and that the Court will consider whether to grant or deny the review of the Appeal Panel Decision for Claim ID 425709.

1

Respectfully submitted:


s/John G. Toerner
John G. Toerner, Bar No. 23575
19335 N. Ninth Street
Covington, Louisiana 70433
(985) 273-0798 (voice)
(985) 590-5177 (fax)