IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deewater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| Applies to: 12-970  Claimant ID 100051612  Claim ID 425709 | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion to Extend Deadline to Request Discretionary Court Review filed by Claimant ID 100051612, Claimant ID 100051612 is granted an extension of time until the _____ day of _____, 2016 to file Claimant's Discretionary Review Memorandum for Claim ID 425709 and the Court will consider whether to grant or deny the review of the Appeal Panel Decision for Claim ID 425709.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Judge