<u>**FILED UNDER SEAL**</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | **SECTION J** |
| | |
| Applies to: *All Cases* | **JUDGE BARBIER** |

<u>**ORDER**</u>

**[Amending Confidentiality Order re Bankruptcy Matters]**

This Court previously entered a Confidentiality Order in this matter. (Rec. Doc. 21581) All recipients of the Confidentiality Order must "treat as strictly confidential all drafts of all term sheets, release agreements, and communications regarding resolution of claims or lawsuits related to this multi-district litigation (including both the fact and substance of any discussions and any document prepared in connection therewith)." Under the Confidentiality Order, "[a]ny person who has been shown any such documents and/or included in communications shall be bound to keep such information as private and disclosed to no one unless specifically permitted **in advance** by the undersigned."

When a plaintiff/claimant is undergoing bankruptcy, however, it is often the case that a settlement must be approved by the bankruptcy court, which requires the plaintiff/claimant or the bankruptcy trustee to disclose the settlement document itself, as well as information about the agreement and the settlement process. The Court hereby amends its Confidentiality Order in order to facilitate settlement in these instances. Accordingly,

IT IS ORDERED that a plaintiff/claimant, the trustee in bankruptcy, or other recipient of the Confidentiality Order may disclose documentation, communications, and information governed by the Confidentiality Order (hereinafter, the "Confidential Information") for the purposes of: (1) seeking approval by a United States Bankruptcy Court of settlement of the claims

related to this Multidistrict Litigation No. 2179; and (2) complying with any obligations in or requirements of a United States Bankruptcy Court.  Confidential Information shall not be disclosed for any other purpose without obtaining the advance permission of the undersigned.

New Orleans, Louisiana, this 14th day of November, 2016.

CARL J. BARBIER
United States District Judge