MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 16, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER |
| THIS DOCUMENTS RELATES TO:<br>No. 12-970, <u>Bon Secour Fisheries, Inc. et al.</u><br><u>v. BP Exploration & Production Inc. et al</u>. | MAG. JUDGE WILKINSON |

## **HEARING AND ORDER ON MOTION**

APPEARANCES: Justin Chopin, representing Deepwater Horizon Economic Claims Center ("DHECC"); Jevan Fleming, representing Judgment Debtor Jarrod Burrle, who also appeared

MOTION: Motion of Deepwater Horizon Economic Claims Center to Examine Judgment Debtor, Jarrod Burrle, Record Doc. No. 16034; Judgment Debtor Examination

O R D E R E D:

XXX : SATISFIED, **BUT ONLY IN PART**. Judgment Debtor Jarrod Burrle appeared in person and was sworn before the court. He was ordered to proceed directly to DHECC's office to answer questions under oath as part of the judgment debtor examination. He complied. Subsequently, counsel for DHECC, Justin Chopin, informed the court that the judgment debtor examination was only **PARTIALLY SATISFIED** in that **no documents were produced by Burrle**. Burrle is hereby reminded that the court's previous order, Record Doc. No. 16051, required him to produce at the judgment debtor examination all documents listed in Section IV of DHECC's Motion to Examine Judgment Debtor, <u>a copy of which is attached hereto as Exhibit A</u>. Accordingly,

MJSTAR:  0 : 05

**IT IS ORDERED** that Judgment Debtor Jarrod Burrle must produce all documents listed on attached Exhibit A to counsel for the DHECC no later than **January 17, 2017**. Failure again to comply with the court's order to produce the responsive documents may result in the imposition of sanctions, including a contempt of court citation.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**JEVAN FLEMING**
**at the offices of Ron Anthony Austin**
**Austin & Associates, LLC**
**400 Manhattan Blvd.**
**Harvey, LA 70058**