11/06/2016

Dear Judge Barbier

[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED NOV 10 2016 WILLIAM W. BLEVINS CLERK]

[Handwritten: 10md2179 Ck Ref: 12-970, MDL 2179 doc# 11760, #11860]

Please remove my name : Slawomir Smektala from your mail list.
Take under consideration that i never make any application or retain services from this Attorney Firm.
Never have a contact with this Firm.
Please contact me @ 727 560-7675 if your office have any more questions.
I will return any future correspondence.
Kind regards,

*[signature]*
S. Smektala.

[Stamp: RECEIVED NOV 1? 2016 CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.]

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br><br>Civil Action No. 12-970, <u>Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al</u>. | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Westerfield, Janoush & Bell, P.A. and Barksdale Farms have filed a Motion to Quash Subpoena in this matter. Record Doc. No. 21812. Accordingly,

IT IS ORDERED that the motion is set for submission on my **NOVEMBER 16, 2016** motion docket. Written opposition, if any, must be filed no later than **November 8, 2016**. Thereafter, the motion will be determined on the briefs <u>without</u> oral argument.

The Clerk is directed to file this order in the records of <u>both</u> MDL 2179 <u>and</u> C.A. No. 12-970.

New Orleans, Louisiana, this ___25th___ day of October, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:Efile_Notice@laed.uscourts.gov
To:Efile_Information
Bcc:
--Case Participants: Matthew Ian David Andrews (dlankford@ejsaadlaw.com,
mandrews@ejsaadlaw.com), Ian Lewis Atkinson (ian@semmlaw.com,
rachel@semmlaw.com), Stanley Paul Baudin (sbaudin@pbclawfirm.com), Scott R. Bickford
(usdcedla@mbfirm.com), Robert C. Mike Brock (mike.brock@kirkland.com), Orran
L. Brown (docketharvester@browngreer.com, jbutler@browngreer.com,
jswoody@browngreer.com, kcopeland@browngreer.com, obrown@browngreer.com,
tblankenship@browngreer.com), Lawrence J. Centola, III (lcentola@mbfirm.com,
usdcedla@mbfirm.com), Ethan Jude Cheramie (ejcheramie@yahoo.com), Paul Kevin
Colomb, Sr (bplaisance@dheclaims.com, kcolomb@dheclaims.com), David L. Colvin
(davec@dcolvinlaw.com, dhart@dcolvinlaw.com, gwininger@dcolvinlaw.com,
jhufft@dcolvinlaw.com, kdragobratovich@dcolvinlaw.com,
shale@dcolvinlaw.com), Martha Y. Curtis (kwilliams@shergarner.com, mcurtis@shergarner.com),
Frank Jacob D'Amico, Jr (frank@damicolaw.net, nicole@damicolaw.net), Frank G.
DeSalvo (brigid@fdesalvo.com, frankd@fdesalvo.com,
sbourgeois@fdesalvo.com), Douglas Scott Draper (ddraper@hellerdraper.com,
gbrouphy@hellerdraper.com, kfritscher@hellerdraper.com), C. Berwick Duval, II
(berwick@duvallawfirm.com, julie@duvallawfirm.com), Stanwood R. Duval (ann@duvallawfirm.com,
stan@duvallawfirm.com), George Davidson Fagan (bburst@leakeandersson.com,
gfagan@leakeandersson.com), Lawrence A. Farese (lafarese@rkmc.com,
tlkriberscheck@rkmc.com), Wesley J. Farrell (sspigener@farrellpatel.com,
wesfarrell@floridaattorney.com), Gregory Quin Fibich (gfibich@fibichlaw.com,
sharp@fibichlaw.com), Kenneth Thomas Fibich (rsolis@fibichlaw.com,
tfibich@fhl-law.com), J. David Forsyth (jdf@sessions-law.com), James M. Garner
(bbishop@shergarner.com, jchocheles@shergarner.com, jgarner@shergarner.com,
lerskin@shergarner.com, priggs@shergarner.com, sroussel@shergarner.com), Clay
Joseph Garside (clay@waltzerlaw.com, joel@waltzerlaw.com,
samantha@waltzerlaw.com), George Martin Gates, IV (ggates@gateslawinc.com,
zoearp@yahoo.com), Stephen M. Gele (sgele@smithfawer.com), William P. Gibbens
(billy@semmlaw.com, terri@semmlaw.com, wpgibbens@hotmail.com), Richard C. Godfrey
(caroline.lippert@kirkland.com, richard.godfrey@kirkland.com), Terry A.C.
Gray (terrygray@floridaattorney.com), Lynn C Greer (adwyre@browngreer.com,
cmoll@dheclaims.com, docketharvester@browngreer.com,
jdforsyth@sessions-law.com, jswoody@browngreer.com, lgreer@browngreer.com, phron@dheclaims.com,
tblankenship@browngreer.com, tsteilberg@dheclaims.com), Virginia Weichert
Gundlach (ggundlach@joneswalker.com), William Corban Gunn
(corban@cgvclaw.com, rachel@cgvclaw.com), Pauline Hardin (jpeterson@joneswalker.com,
phardin@joneswalker.com), Anton L. Hasenkampf (ahasenkampf@leakeandersson.com,
rbeck@leakeandersson.com), Don Keller Haycraft (agoldman@liskow.com,
bevers@liskow.com, dcreid@liskow.com, dkhaycraft@liskow.com,
pfussell@liskow.com), Stephen J. Herman (jchauvin@hhklawfirm.com, sherman@hhkc.com), Russell
Keith Jarrett (epanzeca@liskow.com, rkjarrett@liskow.com), Henry A. King
(cwomack@kingkrebs.com, dbaldassaro@kingkrebs.com, hking@kingkrebs.com),
Frederick Thurman Kuykendall, III (ftkuykendall@yahoo.com,
grantamey@grantamey.com, marylhern@att.net), David L. Landry (dlandry4393@gmail.com), J.
Andrew Langan (andrew.langan@kirkland.com, frank.sramek@kirkland.com,
jbarlow@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com),
Douglas Conrad Longman, Jr (dlongman@joneswalker.com,
kfulton@joneswalker.com), Kevin Michael McGlone (cclary@shergarner.com,
kmcglone@shergarner.com), Ronnie Glynn Penton (fedcourtmail@rgplaw.com), Richard P Petermann
(kwatkins@asglegal.com, rpetermann@asglegal.com), Mary Olive Pierson
(mop2@mopslaw.com, mop@mopslaw.com), Scott E. Poynter (kim@swcfirm.com,
scott@poynterlawgroup.com, scott@swcfirm.com), Martin E. Regan, Jr
(chenab@reganlaw.net, danielpatrickegan@gmail.com, davidarenalaw@gmail.com,
kanshia@reganlaw.net, mregan@reganlaw.net, spursell@reganlaw.net), Kevin P. Riche
(kevin@inabnetjones.com), Carmen M. Rodriguez (carmenrodriguez@joneswalker.com,
jbates@joneswalker.com), Harry Rosenberg (donna.parker@phelps.com,
harry.rosenberg@phelps.com), James P. Roy (jimr@wrighttroy.com, sandym@wrighttroy.com,
susanl@wrighttroy.com), Elias J Saad (dlankford@ejsaadlaw.com,
ejsaad@ejsaadlaw.com), Camilo Kossy Salas, III (csalas@salaslaw.com,
dgarner@salaslaw.com), Nisha Sandhu (ns.law@mac.com), Ellie T. Schilling
(ellie@semmlaw.com, jbailey@semmlaw.com, rachel@semmlaw.com), Kevin C. Schoenberger
(kcschoenberger@gmail.com), Kyle D. Schonekas (amanda@semmlaw.com,
kyle@semmlaw.com, laura@semmlaw.com), John D. Sileo (amanda@johnsileolaw.com,
casey@johnsileolaw.com, jack@johnsileolaw.com, noele@johnsileolaw.com), Randall A.
Smith (mmzornes@smithfawer.com, rasmith@smithfawer.com), Sarah E. Spigener
```

(sspigener@rgplaw.com), Richard C. Stanley (hrs@stanleyreuter.com,
jo@stanleyreuter.com, pl@stanleyreuter.com, rcs@stanleyreuter.com), Margaret
Frohn Swetman (krastanis@leakeandersson.com, mswetman@leakeandersson.com),
William W Taylor, III (jschilling@zuckerman.com, wtaylor@zuckerman.com),
Jennifer L. Thornton (emg@stanleyreuter.com, jlt@stanleyreuter.com,
jo@stanleyreuter.com, pl@stanleyreuter.com), Lance Covington Unglesby
(bogdan@unglesbylaw.com, charlotte@unglesbylaw.com, lance@unglesbylaw.com,
logan@unglesbylaw.com), Lewis O. Unglesby (lisa@unglesbylaw.com), Michael L. Vincenzo
(cwomack@kingkrebs.com, mvincenzo@kingkrebs.com), Adrian Wager-Zito
(adrianwagerzito@jonesday.com), Michael S. Walsh (maryjo.scott@taylorporter.com,
michael.walsh@taylorporter.com), Joel R. Waltzer (binh@waltzerlaw.com,
joel@waltzerlaw.com, samantha@waltzerlaw.com, teresa@waltzerlaw.com,
victoria@waltzerlaw.com), Robert Baxter Wiygul (maile@wwglaw.com,
michael@wwglaw.com, robert@wwglaw.com), Margaret Emily Woodward (mewno@aol.com), James E.
Wright, III (cbarker@joneswalker.com, jwright@joneswalker.com), Thomas L.
Young (tyoung@tlylaw.com), GDC View, LLC (rpetermann@asglegal.com)
--Non Case Participants: Vernon Albert Nelson, Jr
(justin@chopinlawfirm.com)
--No Notice Sent:

Message-Id:<8300102@laed.uscourts.gov>
Subject:Activity in Case 2:12-cv-00970-CJB-JCW Bon Secour Fisheries, Inc et
al v. BP Exploration & Production Inc. et al Order
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.


U.S. District Court
Eastern District of Louisiana

Notice of Electronic Filing
The following transaction was entered on 10/25/2016 11:20 AM CDT and filed
on 10/25/2016


Case Name: Bon Secour Fisheries, Inc
et al v. BP Exploration & Production Inc. et al

Case Number: 2:12-cv-00970-CJB-JCW
https://ecf.laed.uscourts.gov/cgi-bin/DktRpt.pl?150235

Filer:


Document Number: 34


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.laed.uscourts.gov/doc1/08518914174?caseid=150235&de_seq_num=104
1&magic_num=MAGIC


Docket Text:
ORDER: Westerfield, Janoush & Bell,
P.A. and Barksdale Farms have filed a Motion to Quash Subpoena in this
matter.
Record Doc. No. 21812. Accordingly,IT IS ORDERED that the motion is set for

submission on my NOVEMBER 16,2016 motion docket. Written opposition, if any,
must be filed no later than November 8, 2016. Thereafter, the motion will
be determined on the briefs without oral argument. The Clerk is directed
to file this order in the records of both MDL 2179 and C.A. No.
12-970.Signed
by Magistrate Judge Joseph C. Wilkinson, Jr on 10/25/2016.(my)

2:12-cv-00970-CJB-JCW Notice has been electronically mailed to:
Scott R. Bickford  usdcedla@mbfirm.com
Harry Rosenberg  harry.rosenberg@phelps.com, donna.parker@phelps.com

Paul Kevin Colomb, Sr  kcolomb@dheclaims.com, bplaisance@dheclaims.com

George Davidson Fagan  gfagan@leakeandersson.com, bburst@leakeandersson.com

David L. Colvin  davec@dcolvinlaw.com, dhart@dcolvinlaw.com,
gwininger@dcolvinlaw.com,
jhufft@dcolvinlaw.com, kdragobratovich@dcolvinlaw.com, shale@dcolvinlaw.com

Douglas Scott Draper  ddraper@hellerdraper.com, gbrouphy@hellerdraper.com,
kfritscher@hellerdraper.com
C. Berwick Duval, II  berwick@duvallawfirm.com, julie@duvallawfirm.com

J. David Forsyth  jdf@sessions-law.com
Pauline Hardin  phardin@joneswalker.com, jpeterson@joneswalker.com

Don Keller Haycraft  dkhaycraft@liskow.com, agoldman@liskow.com,
bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com

Henry A. King  hking@kingkrebs.com, cwomack@kingkrebs.com,
dbaldassaro@kingkrebs.com

David L. Landry  dlandry4393@gmail.com
Douglas Conrad Longman, Jr  dlongman@joneswalker.com,
kfulton@joneswalker.com

Ronnie Glynn Penton  fedcourtmail@rgplaw.com
Mary Olive Pierson  mop@mopslaw.com, mop2@mopslaw.com
Martin E. Regan, Jr  mregan@reganlaw.net, chenab@reganlaw.net,
danielpatrickegan@gmail.com, davidarenalaw@gmail.com, kanshia@reganlaw.net,

spursell@reganlaw.net
James P. Roy  jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

Kevin C. Schoenberger  kcschoenberger@gmail.com
Kyle D. Schonekas (Terminated)  kyle@semmlaw.com, amanda@semmlaw.com,
laura@semmlaw.com
Randall A. Smith  rasmith@smithfawer.com, mmzornes@smithfawer.com

Richard C. Stanley  rcs@stanleyreuter.com, hrs@stanleyreuter.com,
jo@stanleyreuter.com, pl@stanleyreuter.com
Michael S. Walsh  michael.walsh@taylorporter.com,
maryjo.scott@taylorporter.com

Margaret Emily Woodward  mewno@aol.com
James E. Wright, III  jwright@joneswalker.com, cbarker@joneswalker.com

Frank G. DeSalvo (Terminated)  frankd@fdesalvo.com, brigid@fdesalvo.com,
sbourgeois@fdesalvo.com
Robert Baxter Wiygul  robert@wwglaw.com, maile@wwglaw.com,
michael@wwglaw.com

Frank Jacob D'Amico, Jr  frank@damicolaw.net, nicole@damicolaw.net

Russell Keith Jarrett rkjarrett@liskow.com, epanzeca@liskow.com

Virginia Weichert Gundlach ggundlach@joneswalker.com
Camilo Kossy Salas, III csalas@salaslaw.com, dgarner@salaslaw.com

James M. Garner jgarner@shergarner.com, bbishop@shergarner.com,
jchocheles@shergarner.com, lerskin@shergarner.com, priggs@shergarner.com,
sroussel@shergarner.com
John D. Sileo jack@johnsileolaw.com, amanda@johnsileolaw.com,
casey@johnsileolaw.com, noele@johnsileolaw.com
Lewis O. Unglesby lisa@unglesbylaw.com
Martha Y. Curtis mcurtis@shergarner.com, kwilliams@shergarner.com

Joel R. Waltzer joel@waltzerlaw.com, binh@waltzerlaw.com,
samantha@waltzerlaw.com,
teresa@waltzerlaw.com, victoria@waltzerlaw.com
Kenneth Thomas Fibich tfibich@fhl-law.com, rsolis@fibichlaw.com

Stephen J. Herman sherman@hhkc.com, jchauvin@hhklawfirm.com
Michael L. Vincenzo mvincenzo@kingkrebs.com, cwomack@kingkrebs.com

Richard C. Godfrey richard.godfrey@kirkland.com,
caroline.lippert@kirkland.com

Stephen M. Gele sgele@smithfawer.com
Stanley Paul Baudin sbaudin@pbclawfirm.com
Carmen M. Rodriguez carmenrodriguez@joneswalker.com, jbates@joneswalker.com


Ethan Jude Cheramie ejcheramie@yahoo.com
George Martin Gates, IV ggates@gateslawinc.com, zoearp@yahoo.com

Stanwood R. Duval stan@duvallawfirm.com, ann@duvallawfirm.com

Lawrence A. Farese lafarese@rkmc.com, tlkriberscheck@rkmc.com

William P. Gibbens (Terminated) billy@semmlaw.com, terri@semmlaw.com,
wpgibbens@hotmail.com
Jennifer L. Thornton jlt@stanleyreuter.com, emg@stanleyreuter.com,
jo@stanleyreuter.com, pl@stanleyreuter.com
Lawrence J. Centola, III lcentola@mbfirm.com, usdcedla@mbfirm.com

Kevin Michael McGlone kmcglone@shergarner.com, cclary@shergarner.com

Clay Joseph Garside clay@waltzerlaw.com, samantha@waltzerlaw.com

Margaret Frohn Swetman mswetman@leakeandersson.com,
krastanis@leakeandersson.com

Scott E. Poynter scott@swcfirm.com, kim@swcfirm.com,
scott@poynterlawgroup.com

Lance Covington Unglesby lance@unglesbylaw.com, bogdan@unglesbylaw.com,
charlotte@unglesbylaw.com, logan@unglesbylaw.com
Nisha Sandhu ns.law@mac.com
Orran L. Brown obrown@browngreer.com, DocketHarvester@BrownGreer.com,
jbutler@browngreer.com, jswoody@browngreer.com, kcopeland@browngreer.com,
tblankenship@browngreer.com
Kevin P. Riche kevin@inabnetjones.com
Sarah E. Spigener sspigener@rgplaw.com
J. Andrew Langan andrew.langan@kirkland.com, frank.sramek@kirkland.com,
jbarlow@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com


Elias J Saad ejsaad@ejsaadlaw.com, dlankford@ejsaadlaw.com
Ian Lewis Atkinson (Terminated) ian@semmlaw.com, rachel@semmlaw.com

Frederick Thurman Kuykendall, III ftkuykendall@yahoo.com,

grantamey@grantamey.com,
marylhern@att.net
Ellie T. Schilling ellie@semmlaw.com, jbailey@semmlaw.com,
rachel@semmlaw.com

William Corban Gunn corban@cgvclaw.com, rachel@cgvclaw.com
Robert C. Mike Brock mike.brock@kirkland.com
Matthew Ian David Andrews mandrews@ejsaadlaw.com, dlankford@ejsaadlaw.com

Lynn C Greer lgreer@browngreer.com, DocketHarvester@BrownGreer.com,
adwyre@browngreer.com, cmoll@dheclaims.com, jdforsyth@sessions-law.com,
jswoody@browngreer.com, phron@dheclaims.com, tblankenship@browngreer.com,
tsteilberg@dheclaims.com
Gregory Quin Fibich gfibich@fibichlaw.com, sharp@fibichlaw.com

Richard P Petermann rpetermann@asglegal.com, kwatkins@asglegal.com

Terry A.C. Gray terrygray@floridaattorney.com
Thomas L. Young tyoung@tlylaw.com
Wesley J. Farrell WesFarrell@floridaattorney.com,
sspigener@farrellpatel.com

William W Taylor, III wtaylor@zuckerman.com, jschilling@zuckerman.com

Adrian Wager-Zito adrianwagerzito@jonesday.com
Anton L. Hasenkampf ahasenkampf@leakeandersson.com,
rbeck@leakeandersson.com


2:12-cv-00970-CJB-JCW Notice has been delivered by other means to:
Cypress Lake No. I, LLC
c/o Raoul A. Galan, Jr.
P.O. Box 27
St. Rose, LA 70087

Galan Real Estate Co
c/o Raoul A. Galan, Jr.
P.O. Box 27
St. Rose, LA 70087

JPMorgan Chase Bank, N.A.


Alliance & Associates, LLC(Terminated)
c/o Laughlin Associates, Inc.
9120 Double Diamond Parkway
Reno, NV 89521

Vision Design Management Inc(Terminated)
c/o Barbara J. Stokes and Scott B. Stokes
4800 Whiteburg Drive
Suite 30-351
Huntsville, AL 35802

Daniel J. Levitan
650607
Century Correctional Institution
400 Tedder Road
Century, FL 32535

George May
P.O. Box 32247
Palm Bch. Gardens, FL 33420

Gill Johnson, Sr(Terminated)
14690 Tom Jones Avenue
Coden, AL 36523

H Freddie Boothe, Jr
14248 Highway 1077
Folsom, LA 70437

Slawomir J. Smektala
775 Wildflower Drive
Palm Harbor, FL 34683

Thomas L. Gray

U. S. Equal Employment Opportunity Commission (Washington/E)
2401 E St., N. W.
Room 440
Washington, DC 20507

Wardell Parker(Terminated)
3203 Erickson Ave.
New Orleans, LA 70131


The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=10/25/2016] [FileNumber=8300101-0]
[064ad803295442da0ce91f7764601240888507d2d73d092bc134c9f315fa991fb3d0c3c7dd
59526fb6d41c5572608668fdd742a2cf0e3ef67f7e6b9e2584f4f5]]

U.S. District Court - Eastern District of Louisiana

------------------------------------------------

```
Slawomir J. Smektala
775 Wildflower Drive
Palm Harbor, FL 34683
US
```

------------------------------------------------

```
Case: 2:12-cv-00970  #34
8 pages.
Tue Oct 25 12:02:43 2016
```

