UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER GRANTING EX PARTE/CONSENT MOTION OF THE DHECC FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO HERMINIA MEDINA D/B/A TIN TIN'S ORIENTAL FOOD STORE, LANDSDON FLOORING, LLC, AND BELASIA NAIL AND SPA SALON, AND MADE IN RELIANCE ON FINANCIAL DATA PROVIDED BY CLAIM PREPARER RAYMOND FLORES

Considering the foregoing ex-parte/consent motion and the Court finding the same to be warranted and appropriate and should be granted; accordingly,

IT IS ORDERED that the motion be and is hereby GRANTED; and

IT IS FURTHER ORDERED that the DHECC's Reply to the Opposition to the Motion of the DHECC for Return of Payments Made to Herminia Medina D/B/A Tin Tin's Oriental Food Store, Landsdon Flooring, LLC, and Belasia Nail and Spa Salon, and Made in Reliance on Financial Data Provided by Claim Preparer Raymond Flores [Rec. Doc. 21470] presently due on November 17, 2016, be continued until December 16, 2016.

New Orleans, Louisiana this 18th day of November, 2016.

_____
United States District Judge