UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | MAGISTRATE JUDGE |
| 10-9999; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR ATTORNEY'S FEES

**NOW INTO COURT**, through undersigned counsel, come Waltzer, Wiygul & Garside, L.L.C. ("WWG"), as successor of Waltzer & Wiygul, LLP and Waltzer & Associates, who, pursuant to Rule 54 of the Federal Rules of Civil Procedure and this Honorable Court's Order of September 16, 2016 (Doc. 21679), respectfully move this Court for fees earned in prosecution of the Edward Wisner Donation's claims against BP.

For the reasons fully set forth in the accompanying memorandum, WWG seeks attorney's fees in the amount of approximately fifty percent (50%) of the total contingency fee, subject to a credit for offsets of WWG's invoices previously reimbursed by BP, which the Edward Wisner Donation has contracted to pay in this matter.

**WHEREFORE,** Waltzer, Wiygul & Garside, L.L.C., as successor of Waltzer & Wiygul, LLP and Waltzer & Associates, prays that this Honorable Court grant this *Motion for Attorney's Fees* and award Waltzer, Wiygul & Garside, L.L.C. fees of fifty percent (50%) of the total contingency fee which the Edward Wisner Donation has contracted to pay in this matter.

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
    OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

***Counsel for Intervenor, Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates***

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of November, 2016, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.

*/s/ Stephen M. Gelé*
**STEPHEN M. GELÉ**

2