UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | MAGISTRATE JUDGE |
| 10-9999; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, plaintiff-in-intervention Waltzer, Wiygul & Garside, L.L.C.'s *Motion for Attorney's Fees* will be submitted to this Honorable Court on December 28, 2016 at 11:00 a.m. in the courtroom typically reserved to Magistrate Judge Joseph C. Wilkinson, Jr. in the United States District Courthouse for the Eastern District of Louisiana.

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
  OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

*Counsel for Intervenor, Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of November, 2016, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.

                                         */s/ Stephen M. Gelé*
                                         **STEPHEN M. GELÉ**