DECLARATION OF FORREST TRAVIRCA

I.

My name is Forrest Travirca. I am of the full age of majority, and I have personal knowledge of everything in this declaration.

II.

My work background is in law enforcement, primarily as a Wildlife and fisheries Agent. After I retired from law enforcement, and at the time of the BP oil spill, I was working with the Edward Wisner Donation under contract.  In general my work on the Donation Lafourche Parish property included observation, documentation, and reporting of conditions on the property.

III.

The first oil came ashore on the Wisner Donation property at Fourchon in early May 2010.  At that point BP had hired several contractors to address the oil.  To describe the situation that summer I can only say it was like an ant nest when it was disturbed.  There were hundreds and sometimes a thousand folks scurrying around looking to do something. To say there was pandemonium would be an understatement.

IV.

I first met Robert Wiygul and Joel Waltzer when they came to the beach in July 2010. After that for the next two years I was in touch with them by email or by telephone, many times on a daily basis, as the response developed.  All I know is what I saw working with them. They came out to beach often which was important to see what was being found and what was happening.  Anytime I called them they got back with me.  I don't know how much time they spent but they knew what was happening on that property.  They kept after me to take pictures, and  keep up with their GPS coordinates, and document

what was happening every day.  This is a picture from when Robert Wiygul was on the beach looking at

buried oil layers in May 2011.



Under 28 U.S.C. § 1746, I declare under penalty of perjury that the things in this declaration

are true and correct. Executed on November 18, 2016.


/s/ Forrest Travirca
Forrest Travirca

**EXHIBIT 1**

**College**
- Meadows-Draughon Jr. College
- University of New Orleans

**Professional**
- Louisiana State Police Academy
- Florida Marine Patrol Academy - Boating Accident Reconstruction and Marine Law Enforcement
- Marine Surveyors Guild - Boating Accident Reconstruction
- Federal Law Enforcement Academy Criminal Investigator
- Federal Law Enforcement Academy Special Agent
- Federal Law Enforcement Academy Marine Law Enforcement
- Martin International - 1993 Loran C-Navigation
- USCG GPS Navigation - Oil Spill reporting and review

**Law Enforcement Experience**
- LWF Enforcement (retired Enforcement Sgt.)
- Federal Agent - National Marine Fisheries Service Enforcement

**Teaching Experience**
- Registered Substitute Parish of Lafourche
- Louisiana Department of Wildlife & Fisheries Training Academy - courses in Commercial Fishing Methods, and General Marine Law Enforcement - Marine Investigations

**Military**
- U.S. Navy - 1964 - 1970 rank at discharge PN2 (E-5)

**General**
- Written and presented several papers regarding Archaeological resources in Lafourche
- Written a book on Commercial Fishing Methods in the Gulf of Mexico Twenty five plus years of Court Room experience
- Established as an expert witness in Federal Court and 17 JD Parish of Lafourche in boating accident investigation and marine investigations

3

- Established as an expert in GPS application by USCG and NMFS (National Marine Fisheries Service)

**Investigative Experience:** As a Wildlife Agent was responsible in investigating deaths caused by illegal fisheries activity & marine accidents. Records fraud, civil and other criminal activities.

**Organizational Memberships**
- Life Member American Legion (Past State Commander)
- Disabled American Veterans, 40/8 Veteran Organization

**General Professional Accomplishments:** Lead WLF in case production from 1984 - 990 personally involved in approximately 9000 career cases. Was the first Agent to use Loran C in state law enforcement application. Was the leading Agent in federal fish law enforcement. Was the only State Agent trained as a Federal NMFS Special Agent. Was the first Agent to utilize GPS applications in inland marine law enforcement.  Commissioned Notary since 1992.  Chairman Lafourche Parish Fish & Game Management Commission. Licensed/Insured Investigator

Forrest A Travirca
163 Lockport La
Lockport, La
Lafourche Parish