UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | MAGISTRATE JUDGE |
| 10-9999; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL
AN UNREDACTED DECLARATION

**PLEASE TAKE NOTICE** that Waltzer, Wiygul & Garside, L.L.C. ("WWG"), as successor of Waltzer & Wiygul, LLP and Waltzer & Associates, respectfully requests leave to file under seal an unredacted *Declaration of Joel Waltzer*.  Orders of this Court dated January 13, 2016 (Doc. 15718) and October 27, 2016 (Doc. 21852) subject any settlement discussions or negotiations, including draft documents, etc., which were preliminary to the final settlement agreement to an order of confidentiality. Filing the unredacted *Declaration of Joel Waltzer* under seal will allow the Court's consideration of the confidential settlement materials offered in support of WWG's *Motion for Attorney's Fees*. Further, in an abundance of caution, WWG respectfully requests leave to file under seal certain exhibits to the *Declaration of Joel Waltzer* which are communications between representatives of the Edward Wisner Donation and its attorneys.

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
       OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

*Counsel for Intervenor, Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2016, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.

*/s/ Stephen M. Gelé*
**STEPHEN M. GELÉ**

2