**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | MAGISTRATE JUDGE |
| 10-9999; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Waltzer, Wiygul & Garside, L.L.C.'s *Ex Parte Motion for Leave to File Under Seal* an unredacted version of the *Declaration of Joel Waltzer*:

**IT IS ORDERED** that the Motion is **GRANTED** and that an unredacted version of the *Declaration of Joel Waltzer* will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this ___ day of November, 2016.

_____
**JOSEPH C. WILKINSON, JR.**
**UNITED STATES MAGISTRATE JUDGE**