United States District Court
Eastern District of Louisiana

10 md 2179
Re: 15-5762
11/8/2016  2(2)

Case # 2:15-cv-05762

This is to inform the clerk and to update records of my address change. Bennettsville Correctional Institution P.O Box 52020 Bennettsville, SC 29512.

COLUMBIA SC 290

24 NOV 2016 PM 3 L

William McKnight 60667-018
Bennettsville Federal Correctional Facility
P.O. Box 5020
Bennettsville S.C. 29512

✧60667-018✧
Eastern District Court
500 Poydras ST
NEW Orleans, LA 70130
United States

70130-307254