UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Claimant 100051612's Motion to Extend Deadline to Request Discretionary Court Review (Rec. Doc. 21901) regarding Claim No. 425709.

IT IS ORDERED that the motion (Rec. Doc. 21901) is DENIED

New Orleans, Louisiana this 21st day of November, 2016.

_____
United States District Judge

**Note to Clerk:** Notify DHECC Appeals Coordinator: AppealsCordinator@dhecc.com