## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

### MOTION IN REPSONSE TO JUDGE WILKINSON'S ORDER (Rec. 21886)

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby responds to Order (Rec. 21886) by supplementing its Motion to Compel Responses to Post-Judgment Interrogatories with the attached Post Judgment Interrogatories as submitted to Barbara J. Stokes, individually; to Scott B. Stokes, individually; and to Vision Design Management, Inc., attached hereto as Exhibits 1, 2, and 3 respectively.

DATED this 21st day of November, 2016.

THE LAW OFFICE OF VERNON NELSON

*/s/ Vernon Nelson*
Vernon Nelson, NV Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Tel:  702-476-2500 / Fax:  702-476-2788
vnelson@nelsonlawfirmlv.com

THE CHOPIN LAW FIRM, LLC
Justin M. Chopin, LA Bar No.: 31100
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Tel: 504-323-5755 / Fax: 504-324-0640
justin@chopinlawfirm.com

*Attorney for Defendant Deepwater Horizon Economic Claims Center*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2016, a copy of the foregoing

**MOTION IN REPSONSE TO JUDGE WILKINSON'S ORDER (Rec. 21886)** was

electronically filed with the Clerk of the Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

to counsel by operation of the court's electronic system.

An Employee of
The Law Office of Vernon Nelson

# Exhibit 1

# Exhibit 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

Applies to:
*No. 12-970, Bon Secour Fisheries, Inc., et al v.*
*BP Exploration & Production Inc., et al.*

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE WILKINSON

**POST JUDGMENT INTERROGATORIES**

### IMPORTANT NOTICE - PLEASE READ CAREFULLY. FAILURE TO RESPOND TO THIS POST JUDGMENT DISCOVERY MAY RESULT IN A CONTEMPT OF COURT ORDER FROM THE ISSUING COURT

The United States District Court, Eastern District of Louisiana to: Barbara J. Stokes Judgment has been entered against you in the United States District Court, Eastern District of Louisiana on January 19, 2015 in the amount of One Million Six Hundred Ten Thousand Three Hundred Eleven and 13/100 US Dollars (US $1,610,311.13) to bear interest at the Louisiana statutory rate from the Entry of Judgment until Satisfaction. The unsatisfied Judgment is attached as Exhibit 1.

Attached to this document are: (1) a list of questions that court rules require you to answer within thirty (30) days from the date you receive this pleading; and (2) a list of documents that court rules require that you produce within thirty (30) days from the date you receive this pleading. If you do not answer the attached questions and/or provide the attached documents, within the time required, the opposing party may ask the court to conduct a hearing to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appearance and the appropriate motion to the Court. Contact an

attorney or the Clerk of the Court for information on making such a motion. Even if you dispute

the judgment, you must answer all of the attached questions.

You must answer each question by giving complete answers, attaching additional pages it

necessary. False or misleading answers may subject you to punishment by the Court. A failure to

respond may also subject you to punishment by the court. You need not provide information

concerning the income and assets of others living in your household unless you have a financial

interest in the assets or incomes. Be sure to sign and date your answers and return them to the

address on the bottom left hand Corner of this second page of this Subpoena within 30 days.

DATED this _____ day of September, 2016.

Issued By:
THE LAW OFFICE OF VERNON NELSON

_____ /s/ Vernon Nelson _____
VERNON NELSON
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV   89123
Tel:    702-476-2500
Fax:    702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

*Attorneys for Defendant Deepwater Horizon
Economic Claims Center*

## QUESTIONS FOR INDIVIDUALS

**A.    PERSONAL INFORMATION**

1.    Full Name _____

2.    Address _____

3.    Birth Date _____ Place _____

4.    Social Security No. _____-_____-_____

5.    Driver's License No., Expiration Date _____/_____/_____

6.    Telephone Nos. _____-_____-_____          _____-_____-_____

        _____-_____-_____          _____-_____-_____

7.    Are you Married?    Yes ___          No ___

        If so, give your spouse's first and maiden name if applicable. _____

        _____

        Date of Marriage ____/_____/_____

8.    Have you married previously? If so, please provide names and address of former

        Spouses, dates of marriage, and dates of divorce or death

        _____

        _____

        _____

9.    Do you own the property where you reside? Yes _ No _ If yes, state the following:

        (a)    Name of the Owner or Owners _____

        (b)    Date Property was purchased _____

        (c)    Purchase Price _____

        (d)    Name and address of mortgage holder _____

        _____

_____

    (e)    Balance due on mortgage _____

10.    If you do not own the property you reside in, do you live in an apartment or private

home? _____

11.    If you live in a private home, who owns it? _____

_____

12.    Do you have a lease?

    (a)    Landlord Name and Address _____

_____

    (b)    How much is Rent $_____ per _____

    (c)    Who pays the Rent? _____

    (d)    Do you pay by cash, check or other means? _____

    (e)    Do you have any boarders, dependents, or subtenants? _____

    (f)    If so, please provide names and the amount of rent paid by each. _____

_____

_____

**B:    EMPLOYMENT INFORMATION**

1.    What is your occupation? _____

2.    Are you employed, if so, please provide the following:

    (a)    Name of Business _____

    (b)    Address _____

    (c)    Phone Number _____-_____-_____

    (d)    Length of Contract of Employment _____

(e) Weekly Salary _____

(f) Pay Periods _____

(g) Commissions _____

(h) Outstanding amounts owed to you by employer _____

(i) Other compensations _____

3. Do you have any part-time Employment _____

    (a) Name of Business _____

    (b) Address _____

    (c) Phone Number _____-_____-_____

    (d) Length of Contract of Employment _____

    (e) Weekly Salary _____

    (f) Pay Periods _____

    (g) Commissions _____

    (h) Outstanding amounts owed to you by employer _____

    (i) Other compensations _____

4. Do you receive any regular income from other sources, such as hobbies? _____

_____

5. If not presently employed, provide the name and address of last employer. _____

_____

6. If you are not the sole support of your family, please state the amount of contributions of

each member of your family toward the support of your home. _____

_____

_____

7.    Do you own a business? Yes _____ No _____ If yes, state the following:

    (a)    Name and address of business _____

    (b)    Is the business a Corporation, Sole Proprietorship, or Partnership? _____

    _____

    (c)    The name and address of all stockholders, officers, and/or partners:

    _____

    _____

    _____

    _____

    (d)    The amount of income received by you from the business during the last twelve

        (12) months._____

8.    Are you an officer director, member, partner, or shareholder of any other business entity?

If so, state the following:

    (a)    Name of Company _____

    (b)    Address _____

    (c)    Phone Number ____-_____-_____

    (d)    Position in Business _____

    (e)    Derived  income  received by you in the last twelve (12) months _____

9.    Is there currently a wage execution on your salary? Yes ___       No _____

**C:    CASH, BANK DEPOSITS**

1.    Do you have in your own name, or jointly, any bank accounts, commercial, savings,

Credit union accounts, or otherwise?  Yes ____       No ____

    (a)    Name of Bank _____

    (b)   Address of Bank _____

    (c)   Account Number _____

Second Bank

    (a)   Name of Bank _____

    (b)   Address of Bank _____

    (c)   Account Number _____

Third Bank

    (a)   Name of Bank _____

    (b)   Address of Bank _____

    (c)   Account Number _____

2.   Can you write checks on any of these accounts? _____

3.   If you do not currently have a bank account, when and where did you last have

possession of one? _____

4.   When and for how much did you make your last deposit? _____

_____

5.   When and where did you draw your last check? _____

6.   Do you have power of attorney or other authority to sign checks or other instruments

from the payment of money on bank accounts? _____

7.   Does your spouse have a bank account? _____

    (a)   Name of Bank _____

    (b)   Address of Bank _____

    (c)   Account Number _____

8.   Explain the source of money in your spouse's bank account. _____

9.     Do you or your spouse have a safe deposit box?

    (a)     Name of Bank _____

    (b)     Address of Bank _____

10.    Do you have the right of access? _____

11.    What property have you disposed of since the service on you of this Order? Either Cash

personal, or real property? _____

_____

**D:**   **INSURANCE**

1.     Do you have any accident, health, disability, annuity, income, retirement pension, or life

insurance, if so:

    (a)     Name of insurance company. _____

    (b)     The amount, type, and date of issuance of policy _____

        _____

    (d)     Number of each policy _____

    (e)     Annual Premium $_____

    (f)     Any Assignments of Policy _____

    (g)     Dates and amounts of any loans against policies _____

        _____

2.     Have you borrowed any money against your insurance policies? If so, how much, and has

the money been used? _____

3.     Do you receive or have any claims for disability payments on these policies? _____

_____

4.    Do you have fire insurance on the contents of your home? _____

    (a)    Name of Policy _____

    (b)    Name Policy is issued under _____

    (c)    Where do you keep policies _____

**E:    PROPERTY AND ASSETS**

1.    If you receive money from any of the following sources, list the amount, frequency, and

the name and address of the source:

| Type | Amount/Frequency | Name and Address of Source |
|------|------------------|----------------------------|
| Alimony | | |
| Loan Payments | | |
| Rental Income | | |
| Pension | | |
| Bank Interest | | |
| Stock Dividend | | |
| Other | | |
| | | |

2.    Do you own any of the following?

| Type | Description |
|------|-------------|
| Stocks | |
| Bonds | |
| Securities | |
| Mortgages | |
| Trust Deeds | |
| Stockbroker Account | |
| Promissory Notes | |
| Bills of Exchange | |
| Other Commercial Paper | |
| Jewelry | |
| Judgments | |

3.   Do you receive any of the following, which are exempt from levy? Any levy on disclosed exempt funds may result in the monetary penalties including reimbursement of the debtor's out of pocket expenses.

| Type | Amount per Month | Yes | No |
|---|---|---|---|
| Social Security Benefits | | | |
| SSI Benefits | | | |
| Welfare Benefits | | | |
| VA Benefits | | | |
| Unemployment Benefits | | | |
| Worker's Compensation | | | |
| Child Support Payments | | | |

Attach copies of your three most recent bank statements for each account listed in this Subpoena.

4.   Do you own any other real estate?

Yes ___ No ___ If yes, state the following:

(a)   Address of Property _____

(b)   Date Property was Purchased _____

(d)   Purchase Price _____

(e)   Name and Address of all owners _____

(f)   Name and Address of Mortgage Holder _____

(f)   Balance due on Mortgage _____

(g)   Names and addresses of all tenants and monthly payments paid by each:

_____

_____

_____

_____

_____

_____

5.    Does the present value of your personal property, including automobiles, furniture appliances, stocks, bonds, and cash on hand exceed $12,000.00?

Yes ___ No____ If "yes" you must itemize all personal property

Cash on Hand: $_____.

Other personal property (set forth, make model and serial number). If financed provide name and address of party to whom you made payments to.

| Item | Purchase Date | Purchase Price | Balance Due |
|------|---------------|----------------|-------------|
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |

6.    Do you own a vehicle?

Yes ___ No ___ If yes, state the following for each vehicle:

(a)    Make, Model, and Year _____

(b)    If there is a lien on the vehicle, state the name and address of lien holder, and the amount due _____

(c)    License Plate # _____

(d)    Vehicle Identification _____

7.    Have you or your spouse purchased or are purchasing any items on an installment plan?

Purchase _____

Amount of full value _____

Installment payments and frequency _____

8.    Do you or your spouse have any interest in the estate of a deceased person?

_____

9.      Have you or your spouse inherited any money or property?

_____

10.    Are you the beneficiary of or do you have any interest in any will or insurance policy?

_____

11.    Within the past year, have you received any payments or money other than those already

described?     _____

12.    Are you a member of any organization, union, or club?

_____

13:    Are you entitled to any other money from any state, city, county, or federal government

Agency? _____

14.    Does anyone owe you money?

        (a)    Person/Entity _____

        (b)    Amount of money owed? _____

        (c)    Payment Plan _____

## F:    DEBTS AND COLLECTIONS

1.    What are your average monthly expenses and how are they met?

| Type of Expense | Amount | Payment Method |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

2.    Are you currently making payments to any Creditors?

_____

3.      What are the totals of your liability, excluding this judgment?

_____

4.      Have you applied for a loan from any bank, financing company, or other lending

Institution within the last five years? Result?

_____

_____

5.      Have you issued any financial statements in the past five years?

_____

6.      Are you a party to any other contracts?

_____

7.      Have you ever been in bankruptcy?   Yes ___ No ___If yes, please answer the following:

      (a)     When _____

      (b)     Where _____

      (c)     Disposition _____

8.      Are you or your spouse currently the Plaintiff or Defendant in any other court action?

      If so, state the following:

| Party | Court | Docket Number | Type of Action |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9.   Set forth all other judgments that you are aware of that have been entered against you:

| Creditor Name | Creditor Attorney | Amount Due | Court | Docket |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

10.   Have you made payments on these judgments? _____

_____

11.   Are there any outstanding executions, orders, subpoenas, debtor exams, or orders for

payments against you? _____

12.   How do you propose to satisfy the current pending judgment? _____

_____

I declare under penalty of perjury under the law of the State of _____

that the foregoing is true and correct.

Date: _____          _____
                                        Signature of Person making Declaration

**DOCUMENTS TO BE PRODUCED**
**BY**
**JUDGMENT DEBTOR BARBARA J. STOKES**

1.      All Documents included in Barbara Stokes's "Response of Defendant to Post-Judgment Discovery" in the matter entitled Bancorpsouth Bank v. Barbara Stokes; which has been filed in the Circuit Court of Madison County, Alabama, Civil Action No. CV-15-900345 (See Notice of Service attached as Exhibit "1")

2.      Copies of all State and Federal income tax returns of Barbara J. Stokes, as Judgment Debtor ("Judgment Debtor") from January 2011 to the present (the **"Time Period"**).

3.      All records (records herein include, without limitation, all computer records and disks), contracts, promissory notes, negotiable instruments, mortgages, deeds of trust, pledge agreements and documents regarding any and all amounts payable to, for the benefit of, or held in trust for Judgment Debtor, whether or not the same is now due and/or payable, during the Time Period.

4.      Journals and ledgers and other books and records reflecting assets and liabilities of Judgment Debtor prepared during the Time Period.

5.      Copies of all income statements, financial statements and balance sheets prepared by or for Judgment Debtor during the Time Period, including drafts, interim copies and final copies, whether audited or unaudited, whether or not disseminated or not disseminated to another, prepared during the Time Period.

6.      Records of all bank accounts, savings and loan, credit union, or other depository accounts in which Judgment Debtor has had an interest during the Time Period, or have an interest at this time, including but not limited by enumeration to: checking and savings accounts, credit union accounts, savings and loan accounts, certificates of deposit, all statements, passbooks, stubs, checks (cashed, outstanding, cancelled, or otherwise), and other documents evidencing withdrawals or deposits made during the Time Period, receipts for all safety deposit boxes, and any correspondence to or from the holding bank or entity.

7.      Accounts receivable ledgers and records of all persons indebted to Judgment Debtor during the Time Period, including without limitation, the names and addresses of such persons, the amount of the indebtedness, when same was due or will become due, and copies of any and all promissory notes, contracts, negotiable instruments, mortgages, pledge agreements, and other documents and records evidencing the indebtedness.

8.      Certificates of title, bills of sale, registrations, documents, and records containing information regarding description, serial number, date of transfer, to whom transferred and the amount received therefore for all motor vehicles, trailers, boats or aircraft in which Judgment Debtor has an interest at this date or has had an interest during the Time Period.

9.      All fire, burglary or similar insurance policies in force upon real or personal property owned, or held for Judgment Debtor, including copies of such inventories thereon, during the Time Period.

10.     All automobile insurance policies of whatever kind issued in the name of Judgment Debtor during the Time Period.

11.     All property assessment notices issued to Judgment Debtor during the Time Period.

12.     A listing of all safety deposit boxes whether privately maintained or in institutions, either within or outside the State of Nevada and the State of Louisiana, now maintained in the name of, or to the benefit of, Judgment Debtor or in which they have an interest during the Time Period.

13.     If not included in any of the foregoing, records of all accounts receivable of Judgment Debtor, if any, including itemization of names and addresses of the accounts, amounts of indebtedness and due dates thereof.

14.     Records, including, without limitation, bills of sale and other documents of title, reflecting any transfer of assets by Judgment Debtor, during the Time Period, including names and addresses of transferee, consideration received from the transfer, and description of the property transferred.

15.     Records, including, without limitation, bills of sale and other documents of title, ownership or interest in all equipment, tools, machinery, furniture and fixtures in which Judgment Debtor has an interest during the Time Period, including date of purchase and purchase price.

16.     Copies of financing statements, security agreements and other documents and records evidencing security interest in any assets in which Judgment Debtor has an interest at this time or had an interest during the Time Period.

17.     All titles and deeds which reflect an interest or title of Judgment Debtor in real or personal property, and contracts of sale of real property or personal property, which is presently the subject of a contract to sell by Judgment Debtor.

18.     All books and records reflecting income received by Judgment Debtor during the Time Period, including, without limitation; (a) all cash receipts, journals and books of account; (b) all W-2 forms; (c) records or proceeds received from sale of any assets; and (d) copies of quarterly estimated tax statements.

19.     All contracts, deeds, mortgages and other documents and records of sale and/or title evidencing an interest of any kind by Judgment Debtor in real property, including options to purchase or acquire same during the Time Period.

20.     Copies of all liens or mortgages against any property of Judgment Debtor during the Time Period.

21.     Any and all documents and records reflecting any interest by Judgment Debtor in any stocks, mutual funds, bonds, commodities or the like, including without limitation, original stock certificates, bonds, mutual fund certificates, debentures or other chooses in action in which Judgment Debtor have an interest during the Time Period.

22.     Records of all accounts payable of Judgment during the Time Period and a list of all creditors of Judgment Debtor, including the names and addresses thereof, the amount due and when same was due or will become due, and the nature of the indebtedness and contracts or notes evidencing same.

23.     Any and all documents and records reflecting any interest by Judgment Debtor in any business entity, including but not limited to, corporations, partnerships, sole proprietorships, limited partnerships, limited liability companies, in which Judgment Debtor has an interest during the time Period.

24.     For each business entity provided in Question 22, please provide all documents responsive to Questions 1-21 relating to that entity.

# Exhibit 2

# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

Applies to:
*No. 12-970, Bon Secour Fisheries, Inc., et al v.*
*BP Exploration & Production Inc., et al.*

MDL No. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE WILKINSON

**POST JUDGMENT INTERROGATORIES**

## IMPORTANT NOTICE - PLEASE READ CAREFULLY. FAILURE TO RESPOND TO THIS POST JUDGMENT DISCOVERY MAY RESULT IN A CONTEMPT OF COURT ORDER FROM THE ISSUING COURT

The United States District Court, Eastern District of Louisiana to:  Scott B. Stokes Judgment has been entered against you in the United States District Court, Eastern District of Louisiana on January 19, 2015 in the amount of One Million Six Hundred Ten Thousand Three Hundred Eleven and 13/100 US Dollars (US $1,610,311.13) to bear interest at the Louisiana statutory rate from the Entry of Judgment until Satisfaction. The unsatisfied Judgment is attached as Exhibit 1.

Attached to this document are: (1) a list of questions that court rules require you to answer within thirty (30) days from the date you receive this pleading; and (2) a list of documents that court rules require that you produce within thirty (30) days from the date you receive this pleading. If you do not answer the attached questions and/or provide the attached documents, within the time required, the opposing party may ask the court to conduct a hearing to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appearance and the appropriate motion to the Court. Contact an

attorney or the Clerk of the Court for information on making such a motion. Even if you dispute the judgment, you must answer all of the attached questions.

You must answer each question by giving complete answers, attaching additional pages it necessary. False or misleading answers may subject you to punishment by the Court. A failure to respond may also subject you to punishment by the court. You need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or incomes. Be sure to sign and date your answers and return them to the address on the bottom left hand Corner of this second page of this Subpoena within 30 days.

DATED this _____ day of September, 2016.

Issued By:
THE LAW OFFICE OF VERNON NELSON

_____ /s/ Vernon Nelson _____
VERNON NELSON
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV 89123
Tel:    702-476-2500
Fax:    702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

*Attorneys for Defendant Deepwater Horizon
Economic Claims Center*

## QUESTIONS FOR INDIVIDUALS

**A.    PERSONAL INFORMATION**

1.    Full Name _____

2.    Address _____

3.    Birth Date _____ Place _____

4.    Social Security No. _____-_____-_____

5.    Driver's License No., Expiration Date _____/_____/_____

6.    Telephone Nos. _____-_____-_____          _____-_____-_____

         _____-_____-_____          _____-_____-_____

7.    Are you Married?    Yes ___          No ___

      If so, give your spouse's first and maiden name if applicable. _____

      _____

      Date of Marriage ____/_____/_____

8.    Have you married previously? If so, please provide names and address of former

      Spouses, dates of marriage, and dates of divorce or death

      _____

      _____

      _____

9.    Do you own the property where you reside? Yes _ No _ If yes, state the following:

      (a)    Name of the Owner or Owners _____

      (b)    Date Property was purchased _____

      (c)    Purchase Price _____

      (d)    Name and address of mortgage holder _____

         _____

(e)    Balance due on mortgage _____

10.    If you do not own the property you reside in, do you live in an apartment or private

home? _____

11.    If you live in a private home, who owns it? _____

_____

12.    Do you have a lease?

    (a)    Landlord Name and Address _____

                _____

    (b)    How much is Rent $_____ per _____

    (c)    Who pays the Rent? _____

    (d)    Do you pay by cash, check or other means? _____

    (e)    Do you have any boarders, dependents, or subtenants? _____

    (f)    If so, please provide names and the amount of rent paid by each. _____

                _____

                _____

**B:**    **EMPLOYMENT INFORMATION**

1.    What is your occupation? _____

2.    Are you employed, if so, please provide the following:

    (a)    Name of Business _____

    (b)    Address _____

    (c)    Phone Number _____-_____-_____

    (d)    Length of Contract of Employment _____

    (e)    Weekly Salary _____

    (f)    Pay Periods _____

    (g)    Commissions _____

    (h)    Outstanding amounts owed to you by employer _____

    (i)    Other compensations _____

3.    Do you have any part-time Employment _____

    (a)    Name of Business _____

    (b)    Address _____

    (c)    Phone Number _____-_____-_____

    (d)    Length of Contract of Employment _____

    (e)    Weekly Salary _____

    (f)    Pay Periods _____

    (g)    Commissions _____

    (h)    Outstanding amounts owed to you by employer _____

    (i)    Other compensations _____

4.    Do you receive any regular income from other sources, such as hobbies? _____

_____

5.    If not presently employed, provide the name and address of last employer. _____

_____

6.    If you are not the sole support of your family, please state the amount of contributions of

each member of your family toward the support of your home. _____

_____

_____

7.    Do you own a business? Yes _____ No _____ If yes, state the following:

    (a)    Name and address of business _____ _____

    (b)    Is the business a Corporation, Sole Proprietorship, or Partnership? _____

_____

    (c)    The name and address of all stockholders, officers, and/or partners:

_____

_____

_____

_____

    (d)    The amount of income received by you from the business during the last twelve

        (12) months._____

8.    Are you an officer director, member, partner, or shareholder of any other business entity?

If so, state the following:

    (a)    Name of Company _____

    (b)    Address _____

    (c)    Phone Number ____-_____-_____

    (d)    Position in Business _____

    (e)    Derived   income   received by you in the last twelve (12) months _____

9.    Is there currently a wage execution on your salary? Yes ___      No _____

**C:    CASH, BANK DEPOSITS**

1.    Do you have in your own name, or jointly, any bank accounts, commercial, savings,

Credit union accounts, or otherwise?  Yes ____      No ____

    (a)    Name of Bank _____

      (b)     Address of Bank _____

      (c)     Account Number _____

Second Bank

      (a)     Name of Bank _____

      (b)     Address of Bank _____

      (c)     Account Number _____

Third Bank

      (a)     Name of Bank _____

      (b)     Address of Bank _____

      (c)     Account Number _____

2.    Can you write checks on any of these accounts? _____

3.    If you do not currently have a bank account, when and where did you last have

possession of one? _____

4.    When and for how much did you make your last deposit? _____

_____

5.    When and where did you draw your last check? _____

6.    Do you have power of attorney or other authority to sign checks or other instruments

from the payment of money on bank accounts? _____

7.    Does your spouse have a bank account? _____

      (a)     Name of Bank _____

      (b)     Address of Bank _____

      (c)     Account Number _____

8.    Explain the source of money in your spouse's bank account. _____

9.    Do you or your spouse have a safe deposit box?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

10.    Do you have the right of access? _____

11.    What property have you disposed of since the service on you of this Order? Either Cash personal, or real property? _____

_____

**D:**    **INSURANCE**

1.    Do you have any accident, health, disability, annuity, income, retirement pension, or life insurance, if so:

    (a)    Name of insurance company. _____

    (b)    The amount, type, and date of issuance of policy _____

             _____

    (d)    Number of each policy _____

    (e)    Annual Premium $_____

    (f)    Any Assignments of Policy _____

    (g)    Dates and amounts of any loans against policies _____

             _____

2.    Have you borrowed any money against your insurance policies? If so, how much, and has the money been used? _____

3.    Do you receive or have any claims for disability payments on these policies? _____

_____

4.   Do you have fire insurance on the contents of your home? _____

    (a)   Name of Policy _____   _____

    (b)   Name Policy is issued under _____

    (c)   Where do you keep policies _____

## E:   PROPERTY AND ASSETS

1.   If you receive money from any of the following sources, list the amount, frequency, and

the name and address of the source:

| Type | Amount/Frequency | Name and Address of Source |
|---|---|---|
| Alimony | | |
| Loan Payments | | |
| Rental Income | | |
| Pension | | |
| Bank Interest | | |
| Stock Dividend | | |
| Other | | |
| | | |

2.   Do you own any of the following?

| Type | Description |
|---|---|
| Stocks | |
| Bonds | |
| Securities | |
| Mortgages | |
| Trust Deeds | |
| Stockbroker Account | |
| Promissory Notes | |
| Bills of Exchange | |
| Other Commercial Paper | |
| Jewelry | |
| Judgments | |

3.   Do you receive any of the following, which are exempt from levy? Any levy on disclosed

exempt funds may result in the monetary penalties including reimbursement of the debtor's out

of pocket expenses.

| Type | Amount per Month | Yes | No |
|------|------------------|-----|-----|
| Social Security Benefits | | | |
| SSI Benefits | | | |
| Welfare Benefits | | | |
| VA Benefits | | | |
| Unemployment Benefits | | | |
| Worker's Compensation | | | |
| Child Support Payments | | | |

Attach copies of your three most recent bank statements for each account listed in this Subpoena.

4.   Do you own any other real estate?

   Yes __ No __ If yes, state the following:

   (a)   Address of Property _____

   (b)   Date Property was Purchased _____

   (d)   Purchase Price _____

   (e)   Name and Address of all owners _____

   (f)   Name and Address of Mortgage Holder _____

   (f)   Balance due on Mortgage _____

   (g)   Names and addresses of all tenants and monthly payments paid by each:

   _____

   _____

   _____

   _____

   _____

   _____

5.   Does the present value of your personal property, including automobiles, furniture appliances, stocks, bonds, and cash on hand exceed $12,000.00?

Yes ___ No___ If "yes" you must itemize all personal property

Cash on Hand: $_____

Other personal property (set forth, make model and serial number). If financed provide name and address of party to whom you made payments to.

| Item | Purchase Date | Purchase Price | Balance Due |
|------|---------------|----------------|-------------|
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |
|      |               |                |             |

6.   Do you own a vehicle?

Yes ___ No ___ If yes, state the following for each vehicle:

(a)   Make, Model, and Year _____

(b)   If there is a lien on the vehicle, state the name and address of lien holder, and the amount due _____

(c)   License Plate # _____

(d)   Vehicle Identification _____

7.   Have you or your spouse purchased or are purchasing any items on an installment plan?

Purchase _____

Amount of full value _____

Installment payments and frequency _____

8.   Do you or your spouse have any interest in the estate of a deceased person?

_____

9.      Have you or your spouse inherited any money or property?

_____

10.     Are you the beneficiary of or do you have any interest in any will or insurance policy?

_____

11.     Within the past year, have you received any payments or money other than those already

described?        _____

12.     Are you a member of any organization, union, or club?

_____

13:     Are you entitled to any other money from any state, city, county, or federal government

Agency? _____

14.     Does anyone owe you money?

        (a)     Person/Entity _____

        (b)     Amount of money owed? _____

        (c)     Payment Plan _____

F:      **DEBTS AND COLLECTIONS**

1.      What are your average monthly expenses and how are they met?

| Type of Expense | Amount | Payment Method |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2.      Are you currently making payments to any Creditors?

_____

3.      What are the totals of your liability, excluding this judgment?

_____

4.      Have you applied for a loan from any bank, financing company, or other lending

Institution within the last five years? Result?

_____

_____

5.      Have you issued any financial statements in the past five years?

_____

6.      Are you a party to any other contracts?

_____

7.      Have you ever been in bankruptcy?   Yes ___ No ___If yes, please answer the following:

    (a)      When _____

    (b)      Where _____

    (c)      Disposition _____

8.      Are you or your spouse currently the Plaintiff or Defendant in any other court action?

    If so, state the following:

| Party | Court | Docket Number | Type of Action |
|-------|-------|---------------|----------------|
|       |       |               |                |
|       |       |               |                |
|       |       |               |                |
|       |       |               |                |
|       |       |               |                |
|       |       |               |                |
|       |       |               |                |

9.   Set forth all other judgments that you are aware of that have been entered against you:

| Creditor Name | Creditor Attorney | Amount Due | Court | Docket |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

10.   Have you made payments on these judgments? _____

_____

11.   Are there any outstanding executions, orders, subpoenas, debtor exams, or orders for

payments against you? _____

12.   How do you propose to satisfy the current pending judgment? _____

_____

I declare under penalty of perjury under the law of the State of _____

that the foregoing is true and correct.

Date: _____          _____
                                        Signature of Person making Declaration

## DOCUMENTS TO BE PRODUCED

1. Copies of all State and Federal income tax returns of Scott Stokes, as Judgment Debtor ("Judgment Debtor") from January 2011 to the present (the **"Time Period"**).

2. All records (records herein include, without limitation, all computer records and disks), contracts, promissory notes, negotiable instruments, mortgages, deeds of trust, pledge agreements and documents regarding any and all amounts payable to, for the benefit of, or held in trust for Judgment Debtor, whether or not the same is now due and/or payable, during the Time Period.

3. Journals and ledgers and other books and records reflecting assets and liabilities of Judgment Debtor prepared during the Time Period.

4. Copies of all income statements, financial statements and balance sheets prepared by or for Judgment Debtor during the Time Period, including drafts, interim copies and final copies, whether audited or unaudited, whether or not disseminated or not disseminated to another, prepared during the Time Period.

5. Records of all bank accounts, savings and loan, credit union, or other depository accounts in which Judgment Debtor has had an interest during the Time Period, or have an interest at this time, including but not limited by enumeration to: checking and savings accounts, credit union accounts, savings and loan accounts, certificates of deposit, all statements, passbooks, stubs, checks (cashed, outstanding, cancelled, or otherwise), and other documents evidencing withdrawals or deposits made during the Time Period, receipts for all safety deposit boxes, and any correspondence to or from the holding bank or entity.

6. Accounts receivable ledgers and records of all persons indebted to Judgment Debtor during the Time Period, including without limitation, the names and addresses of such persons, the amount of the indebtedness, when same was due or will become due, and copies of any and all promissory notes, contracts, negotiable instruments, mortgages, pledge agreements, and other documents and records evidencing the indebtedness.

7. Certificates of title, bills of sale, registrations, documents, and records containing information regarding description, serial number, date of transfer, to whom transferred and the amount received therefore for all motor vehicles, trailers, boats or aircraft in which Judgment Debtor has an interest at this date or has had an interest during the Time Period.

8. All fire, burglary or similar insurance policies in force upon real or personal property owned, or held for Judgment Debtor, including copies of such inventories thereon, during the Time Period.

9. All automobile insurance policies of whatever kind issued in the name of Judgment Debtor during the Time Period.

10. All property assessment notices issued to Judgment Debtor during the Time Period.

11. A listing of all safety deposit boxes whether privately maintained or in institutions, either within or outside the State of Nevada and the State of Louisiana, now maintained in the name of, or to the benefit of, Judgment Debtor or in which they have an interest during the Time Period.

12. If not included in any of the foregoing, records of all accounts receivable of Judgment Debtor, if any, including itemization of names and addresses of the accounts, amounts of indebtedness and due dates thereof.

13.     Records, including, without limitation, bills of sale and other documents of title, reflecting any transfer of assets by Judgment Debtor, during the Time Period, including names and addresses of transferee, consideration received from the transfer, and description of the property transferred.

14.     Records, including, without limitation, bills of sale and other documents of title, ownership or interest in all equipment, tools, machinery, furniture and fixtures in which Judgment Debtor has an interest during the Time Period, including date of purchase and purchase price.

15.     Copies of financing statements, security agreements and other documents and records evidencing security interest in any assets in which Judgment Debtor has an interest at this time or had an interest during the Time Period.

16.     All titles and deeds which reflect an interest or title of Judgment Debtor in real or personal property, and contracts of sale of real property or personal property, which is presently the subject of a contract to sell by Judgment Debtor.

17.     All books and records reflecting income received by Judgment Debtor during the Time Period, including, without limitation; (a) all cash receipts, journals and books of account; (b) all W-2 forms; (c) records or proceeds received from sale of any assets; and (d) copies of quarterly estimated tax statements.

18.     All contracts, deeds, mortgages and other documents and records of sale and/or title evidencing an interest of any kind by Judgment Debtor in real property, including options to purchase or acquire same during the Time Period.

19.     Copies of all liens or mortgages against any property of Judgment Debtor during the Time Period.

20.     Any and all documents and records reflecting any interest by Judgment Debtor in any stocks, mutual funds, bonds, commodities or the like, including without limitation, original stock certificates, bonds, mutual fund certificates, debentures or other chooses in action in which Judgment Debtor have an interest during the Time Period.

21.     Records of all accounts payable of Judgment during the Time Period and a list of all creditors of Judgment Debtor, including the names and addresses thereof, the amount due and when same was due or will become due, and the nature of the indebtedness and contracts or notes evidencing same.

22.     Any and all documents and records reflecting any interest by Judgment Debtor in any business entity, including but not limited to, corporations, partnerships, sole proprietorships, limited partnerships, limited liability companies, in which Judgment Debtor has an interest during the time Period.

23.     For each business entity provided in Question 22, please provide all documents responsive to Questions 1-21 relating to that entity.

# Exhibit 3

# Exhibit 3

{01433759 / 1}

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf of** | |
| **Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al* | |
| *v. BP Exploration & Production Inc., et al.* | **MAGISTRATE WILKINSON** |
| | |
| | **POST JUDGMENT INTERROGATORIES** |

**IMPORTANT NOTICE - PLEASE READ CAREFULLY. FAILURE TO RESPOND TO
THIS POST JUDGMENT DISCOVERY MAY RESULT IN A CONTEMPT OF COURT
ORDER FROM THE ISSUING COURT**

The United States District Court, Eastern District of Louisiana to:  Vision Design Judgment

has been entered against you in the United States District Court, Eastern District of Louisiana on

January 19, 2015 in the amount of One Million Six Hundred Ten Thousand Three Hundred Eleven

and 13/100 US Dollars (US $1,610,311.13) to bear interest at the Louisiana statutory rate from the

Entry of Judgment until Satisfaction. The unsatisfied Judgment is attached as Exhibit 1.

Attached to this document are: (1) a list of questions that court rules require you to answer

within thirty (30) days from the date you receive this pleading; and (2) a list of documents that

court rules require that you produce within thirty (30) days from the date you receive this pleading.

If you do not answer the attached questions and/or provide the attached documents, within the time

required, the opposing party may ask the court to conduct a hearing to determine if you should be

held in contempt. You will be compelled to appear at the hearing and explain your reasons for your

failure to answer.

If this judgment has resulted from a default, you may have the right to have this default

judgment vacated by making an appearance and the appropriate motion to the Court. Contact an

attorney or the Clerk of the Court for information on making such a motion. Even if you dispute

the judgment, you must answer all of the attached questions.

You must answer each question by giving complete answers, attaching additional pages it necessary. False or misleading answers may subject you to punishment by the Court. A failure to respond may also subject you to punishment by the court. You need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or incomes. Be sure to sign and date your answers and return them to the address on the bottom left hand Corner of this second page of this Subpoena within 30 days.

DATED this _____ day of September, 2016.

Issued By:
THE LAW OFFICE OF VERNON NELSON

_____ */s/ Vernon Nelson* _____
VERNON NELSON
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Tel:    702-476-2500
Fax:    702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

*Attorneys for Defendant Deepwater Horizon*
*Economic Claims Center*

**POST-JUDGMENT INTERROGATORIES**
**AND REQUEST FOR PRODUCTION OF DOCUMENTS**

**DEFINITIONS AND INSTRUCTIONS**

## DEFINITIONS

The following definitions apply to the defined terms as used in the propounded Interrogatories and Requests for Production of Documents. The definitions also apply to any usage of the defined term elsewhere in the Definitions and Instructions section.

1. Reference to "You" or "Your" includes any and all variations of that pronoun, and reference to "defendant" shall be deemed to refer to Vision Design, as appropriate, personally, as well as to all employees, attorneys, assigns, agents, representatives or any other person or entity otherwise acting in concert with the defendants. Addition, reference to "You" or "Your" specifically refers to any corporation, partnership, sole Proprietorship, association, or any other kind of entity to which defendant has any control or ownership interest.

2. "Person(s)" means all natural persons, corporations, partnerships, sole Proprietorships, unions, associations, firms, federations and any other kind of entity.

3. "Complaint" shall mean the complaint or petition which was filed in this action and any amendments and supplements thereto.

4. "Identity" when used in connection with a person, firm or corporation shall be deemed to call for the first and last name of such entity, the present or last known address, and such other information necessary to fully identify such person, firm or corporation.

5. "Identify" when used in connection with documents or tangible evidence shall be deemed to call for a complete description of such matters and call for the full name and address of the person preparing it, the name of the person who signed it or under whose name it was issued, the name of each person to whom it was addressed and/or distributed, who has custody or such evidence sufficiently that a subpoena *duces tecum* might issue to compel production thereof, the nature and substance of the document with sufficient particularity to enable it to be identified, the date, or if bearing none, the date of preparation and the physical location of the document and the name of its custodians.

6. "Identify" when used in reference to natural persons, shall mean to specifically state the person or persons' name(s), title, position or office, current business address, current resident address, or most recent known address and such person's telephone number.

7. "Identify" when used in reference to a person other than a natural person, shall mean to state specifically the full name of such entity, its form of organizations, its present

address of principal place of business, any and all addresses in the State of Louisiana, any and all other addresses and any and all telephone numbers.

8.  "Identify" when used in reference to a conversation, shall mean to specifically state the date on which the conversation occurred, the place where the conversation occurred, the identity of the persons participating in the conversation and the identity of any documents as defined above memorializing or referring to the conversation or which was otherwise referred to in the conversation.

9.  "Identify" when used in reference to a recording, shall mean to specifically state the date on which the recording occurred, the place where the recording occurred, the identity of the person(s) participating in the recording and the identity of any documents as defined above memorializing or referring to the recording or which was otherwise referred to in the recording.

10. "Identify" when used in reference to an agreement or contract, shall mean to state the names of each party to the agreement or contract, the date on which it was entered into, the place where it was confected, its terms and/or conditions, its present location, the name and address of its custodian and the substance of the contents thereof. If the agreement or contract has been amended, this must be stated and the above information furnished on each such amendment. In lieu of identifying any agreement or contract, copies thereof may be furnished.

11. "Identify" when used in reference to any act, occurrence, occasion, meeting, transaction, or conduct ("act"), shall mean to set forth the event or events constituting such act, its location, the date and persons participating, present or involved and the documents relating or referring in any way thereto.

12. "Identify" when used in reference to any other discussion, communication, or statement ("discussion") shall mean in addition to the foregoing to set forth the substance of the discussion.

13. "Communication" is used in its broadest sense to encompass without limitation of its generality, statements, discussions, conversations, speeches, meetings, remarks, questions, answers, panel discussions and symposia or any other transmittal of information in the form of acts, ideas, inquiries, or otherwise, whether written, oral or otherwise. The term further includes, without limitation, both communications and statements which are face-to-face and those which are transmitted by media such as intercom, telephone, television, radio or computer.

14. "Document" or "documents" is used in its broadest sense and includes writings, drawings, graphs, charts, photographs, phono-records and other data complications from which information can be obtained as well as any written, printed, typed, recorded, reported, pictorial, or graphic matter of every kind and description, both original and copies and all attachments and appendices. Without limiting the foregoing, the terms "Document" and "Documents" shall include all agreement,

contracts, communications, correspondence, letters, opinion letters, telegrams, telexes, telefaxes, messages, memoranda, records, reports, books, summaries or other records of personal conversations or interviews, minutes, summaries, or other records of meeting and conferences, statements obtained from witnesses, summaries or other records of negotiations, other summaries, diaries, diary entries, calendars, appointment books, time records, instructions, work assignments, forecasts, progress reports, statistical data, statistical statements, financial statements, worksheets, work papers, drafts, graphs, charts, tables, accounts, analytical records, consultants' and experts' reports, appraisals, bulletins, notes, notices, marginal notations, notebooks, telephone records, bills, statements, records of obligation and expenditure, invoices, lists, journals, printouts, compilation, tabulations, analyses, studies, surveys, expense reports, microfilm, microfiche, tape or disc recordings, sound recordings, video recordings, film, tape, photographs, programs and data compilations from which information can be obtained (including matter used in data processing) and other printed, written, handwritten, typewritten, recorded, stenographic, computer-generated, computer stored (including e-mail), magnetically-stored, optically-stored, or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made. The words, "Document" and "Documents" also include all copies of documents by whatever means made, except that where a document is produced, identical copies of it that do not contain any markings, additions, or deletions that are different from the original do not have to be separately produced.

15. Copies of "Documents" that contain any markings, additions, deletions, or any other change from the original, whether material or minor changes, constitute separate documents.

16. "Control" with respect to "Documents" as used in these Interrogatories and Requests for Production of Documents includes, but is not limited to, any document wherein you have possession or have the right to secure the document, or a copy thereof, from another person, whether a party or otherwise, or from a public or private entity having actual physical possession thereof.

17. "All Documents" means every document within a stated category that is within your possession, custody, or control if you have the ability to require production of the document from someone else, whether because of an employment relationship, contract or otherwise.

18. Documents or communications that "relate to" or "related thereto" a given subject means all documents or communications that constitute, contain, embody, comprise, reflect, identify, state, refer to, deal with comment or respond to, describe, analyze, or are in any way pertinent to that subject, including, without limitation documents concerning the presentation of other documents.

19. "Any" refers to all documents, persons, or entities inclusively, not the option of responding as some but not others.

20. These definitions are intended to incorporate the scope and intent of the Louisiana Code of Civil Procedure.

**INSTRUCTIONS**

1. Each Interrogatory or Request for Production of Documents is to be read, construed and responded to separately and independently without reference to or being limited by any other Interrogatory or Request for Production of Documents, unless otherwise instructed.

2. In answering these Interrogatories and Requests for Production of Documents, Defendant is requested to furnish all information available to them, including information in the possession of his attorney(s), claims representatives, reinsurers, agents and all person acting on his behalf and not merely such information known to his own personal knowledge.

3. If Defendant cannot answer these Interrogatories and Requests for Production of Documents in full after exercising due diligence to secure the information, he is required to answer these Interrogatories and Requests for Production of Documents to the fullest extent possible, specifying his ability to answer the remainder of the Interrogatories and Requests for Production of Documents, stating what information or knowledge he has concerning the unanswered portions of the Interrogatories and Requests for Production of Documents and stating why he is unable to answer the unanswered portion.

4. The terms "and" and "or" are to be construed either disjunctively or conjunctively, whichever is appropriate, so as to bring within the scope of these Interrogatories and Requests for Production of Documents any information that would otherwise be beyond its scope under the more restrictive of the two alternative readings.

5. The singular form of a word is to be interpreted as plural and the plural form of the word shall be interpreted as singular, whichever is appropriate, so as to bring within the scope of these Interrogatories and Requests for Production of Documents that might otherwise be considered to be beyond its scope.

6. If a claim of privilege is asserted with respect to any of these Interrogatories or Requests for Production of Documents, in whole or in part, or if Defendant(s) are to answer any Interrogatory or Request for Production of Documents on any other ground, specify the exact basis of your claim that such Interrogatory or Request for Production of Documents need not be answered with sufficient specificity to permit the Court to determine the validity of your objection or position.

7. In the event that you file a proper and timely objection to a portion of an Interrogatory or Request for Production of Documents, please respond to all portions of the Interrogatory or Request for Production of Documents that do not fall within the ambit of your objection. For example, if you object to an Interrogatory on the grounds that it

is too broad insofar as it covers time periods that you contend are irrelevant to this litigation, you should answer as to all time periods that you contend are relevant.

8. With respect to each communication and piece of information otherwise discoverable under the Louisiana Code of Civil Procedure and covered by these requests which you presently contend that you are not required to disclose because of any privilege or work-product doctrine by claiming it is privileged or subject to protection as trial preparation matter, we request that you comply with the Louisiana Code of Civil Procedure. In order to do so, you must:

    a. make the claim expressly and state the nature of the privilege asserted (e.g., attorney-client, self-incrimination, work-product, spousal, clergy-client, etc.);

    b. identify all facts, statutes, or rules which you contend support the assertion of such privilege;

    c. identify each person who was present when it was prepared, communicated, or revealed in any manner, or who has seen such document or information, or heard such communication or information; and

    d. identify the date of, parties to, and general subject matter of such document, communication, or information;

    e. describe the nature of the documents, communications or things not produced or disclosed in a manner that, without revealing information itself privileged or protected, will enable the plaintiff, as well as, the presiding Judge to assess the applicability of the privilege or protection.

9. You are obligated to divulge any and all documents which may be in your care, custody, or control or which are in the possession of your agents, subsidiaries, affiliates, employees, accountants, investigators, attorneys, or any other representatives who are subject to your control or direction wherever located.

10. For any document no longer in existence or that cannot be located, identify the document, state how and when it passed out of existence or could no longer be located and the reasons. In addition, identify each person having knowledge concerning such disposition or loss and each document evidencing the document's prior existence or facts concerning its non-existence or loss.

11. If you are uncertain as to the meaning of any of the following Interrogatories or Requests for Production of Documents, please state your understanding as to the meaning of the Interrogatory or Request for Production of Documents and answer accordingly.

## INTERROGATORIES

**INTERROGATORY NO. 1**:

Please state the full names, current home addresses, work addresses, telephone numbers, dates of birth, of each person that assisted in preparing your responses to these Interrogatories and Requests for Production of Documents.

**INTERROGATORY NO. 2**:

Describe the purpose and business activities for each and every company of which you are a member, partner, officer, director, or have any ownership interest whatsoever and state whether or not each of those entities is actively engaged in any business operations.

**INTERROGATORY NO. 3**:

Provide the full name, current home addresses, work addresses, and telephone numbers of each person or person(s) or entity that You have retained to provide accounting, book keeping, tax preparation, or other financial services, for You, or any company, corporation, partnership, or sole proprietorship for which you have any ownership interest, for the past ten (10) years.

**INTERROGATORY NO. 4**:

List all immovable property which You, or any entity listed in your answer to Interrogatory No. 2, currently own and which have had any interest in for the past ten (10) years and provide the following:

    a. The address and legal description of each tract or parcel;
    b. The date on which each property or ownership interest was acquired;
    c. Extent of your ownership interest and the names and addresses of any person(s) who own the remaining interest;
    d. The purchase price of each property;
    e. Any lien against each property;
    f. The present fair market value of each property, if ownership interest is current; and
    g. Description of any improvement located upon the property.

**INTERROGATORY NO. 5:**

Provide the following information regarding any motor vehicle owned by You, or any entity listed in your answer to Interrogatory No. 2:

    a. Make and model;
    b. License plate number;
    c. Purchase price;
    d. Date acquired; and
    e. Current mileage.

**INTERROGATORY NO. 6:**

List each corporation (or other form of business entity) in which You, either currently or within in the last ten (10) years) own any interest; and, include a description of the business activities of that entity and the state in which that entity was formed.

**INTERROGATORY NO. 7:**

List any and all bank accounts, savings and loan association, credit union, brokerage firms, or other financial institution (both foreign and domestic) which You, or any entity listed in your answer to Interrogatory No. 2, presently maintain an account of any kind, or in which You have maintained an account in the last ten (10) years, and provide the following:

    a. Name and address of institution;
    b. Account number of each account;
    c. Name in which the account is held or was held;
    d. Name and address of any person on the account;
    e. Current balance; and
    f. Date in which the account was closed.

**INTERROGATORY NO. 8:**

List any and all debts or obligations that You, or any entity listed in your answer to Interrogatory No. 2, may owe to other persons or entities, including promissory notes, mortgages or bonds, and provide the following information:

    a. Nature of the debt or obligation;

    b.  Name and address of the obligor;
    c.  Name and address of the oblige;
    d.  Face amount of the debt or obligation;
    e.  Rate of interest;
    f.  Terms of payment;
    g.  Current principal balance owing;
    h.  Whether or not those debts or obligations are secured;
    i.  If those debts or obligations are secures, state how they are secured; and
    j.  Whether or not payments on the obligation are current.

### INTERROGATORY NO. 9:

List any and all life insurance policies on Your life, or anyone else's life, providing the

following:

    a.  Name of the insurance company;
    b.  Policy number;
    c.  Face value of each policy;
    d.  Present cash value of each policy; and
    e.  Name and address of the owner and beneficiary of each policy.

### INTERROGATORY NO. 10:

State the amount of cash You, or any entity listed in your answer to Interrogatory No. 2,

presently have in Your possession or subject to Your control and the location of such cash.

### INTERROGATORY NO. 11:

Do You, or any entity listed in your answer to Interrogatory No. 2, maintain a safety deposit

box or similar facility at a bank or other financial institution?   If so, provide the following

information:

    a.  Name and address of each institution;
    b.  Name and address of holder or holders;
    c.  Date opened;
    d.  Inventory of the contents of the box; and

### INTERROGATORY NO. 12:

List any and all intangible property owned by You, or any entity listed in your answer to

Interrogatory No. 2, and please provide its description, the date acquired, and current market value.

**INTERROGATORY NO. 13**:

How much income did You report for income tax purposes to the IRS for the years 2009-2015?

**INTERROGATORY NO. 14**:

List and itemize Your current total monthly expenses.

**INTERROGATORY NO. 15**:

List and itemize all account receivables for any company or business entity in which you hold any ownership interest.

**INTERROGATORY NO. 16**:

List and itemize all upcoming projects or business activities for any company or business entity in which You hold any ownership interest for 2016 and its projected net revenue.

**INTERROGATORY NO. 17**:

Do You owe money to the Internal Revenue Service or Louisiana Department of Revenue? If so, provide any current amount which is due and owing and include the principal amount, fees, and interest.

**INTERROGATORY NO. 18**:

Have You ever declared bankruptcy? If so, provide a list of each entity You own which has declared bankruptcy and provide the Civil Action Number accompanied with that proceeding, as well as the current status of that proceeding.

**INTERROGATORY NO. 19**:

Provide a list of all upcoming jobs, contracts, or other business activities for each entity You listed in Interrogatory No. 2 and their respective value.

**INTERROGATORY NO. 20:**

Provide Your social security number and the EIN or Federal Tax ID No for each entity you listed in your answer to Interrogatory No. 2.

**INTERROGATORY NO. 21:**

Identify the location of the settlement funds You, or any entity you listed in Interrogatory No. 2, received from Your BP Claim.

**INTERROGATORY NO. 22:**

Identify the balance of the settlement funds You, or any entity you listed in Interrogatory No. 2, received from Your BP Claim.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Please produce a copy of any and all documents used or referred to in answering the foregoing Interrogatories.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of any monthly statements for each and every bank account, brokerage account, mutual funds, stocks, bonds, or other investments held by You or for Your benefit for the past ten (10) years.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all federal and state income tax returns filed by You for the last six (6) years together with all schedules and W-2 forms annexed thereto, whether said returns were filed individually or jointly with your spouse.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce a full and complete copy of the any life insurance policy in effect.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce a full and complete copy of articles of incorporation, partnership agreements, operating agreements, or any other corporate document for each and every business entity for which You possess an ownership interest.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all federal and state corporate tax returns filed by You or any entity You listed in your answer to Interrogatory No. 2 for the last six (6) years together with all schedules and forms annexed thereto.

**REQUEST FOR PRODUCTION NO. 7:**

Copies of all legal documents evidencing ownership of any motor vehicle or immovable property identified in Your responses to the foregoing Interrogatories.

**REQUEST FOR PRODUCTION NO. 8:**

Produce a copy of profit and loss statements for each entity You listed in Interrogatory No. 2 for the past five (5) years.

**REQUEST FOR PRODUCTION NO. 9:**

Produce a copy of all sales tax records for each entity You listed in Interrogatory No. 2 for the past five (5) years.

**REQUEST FOR PRODUCTION NO. 10:**

Produce a copy of bank statements for each entity You listed in Interrogatory No. 2 for the past five (5) years.

**REQUEST FOR PRODUCTION NO. 11:**

Produce receipts for any items purchased with the settlement funds You received from your BP Claim.