UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

EX PARTE MOTION OF THE DHECC FOR LEAVE TO FILE MEMORANDUM CONTAINING
EXCESS PAGES IN SUPPORT OF MOTION OF THE DHECC FOR RETURN OF PAYMENTS
MADE TO CLAIMANTS JAMES AURELIO, OUTPOST MARINE, INC.,
THEODORE WHEELER, STEPHEN FERRARA, CAROL NELSON, AND
<u>THEIR CLAIMS PREPARER WILLIAM A. BECKER CONSULTING, LLC</u>

The Deepwater Horizon Economic Claims Center (the "DHECC") moves, *ex parte*,
pursuant to this Court's Local Rules 7.7. and 7.3 to file the annexed Motion, Order, and
supporting Memorandum, which contains 34 pages, upon suggesting that the Motion of the
DHECC for Return of Payments Made to Claimants James Aurelio, Outpost Marine, Inc.,
Theodore Wheeler, Stephen Ferrara, Carol Nelson and Their Claims Preparer William A.
Becker Consulting, LLC, in support of which the Memorandum is being submitted, addresses
claims filed by five separate claimants all assisted by the same claims preparer using the
same method to calculate their claims, and avoids the need for the DHECC to file five separate
motions – which would burden the Court with even more paperwork. Since there is a
commonality of issues involved with respect to each of the five claimants, judicial economy
is served by combining these in one, thus requiring additional pages.

WHEREFORE, the DHECC prays that this motion be granted, ex parte, and that the
accompanying order be entered granting the DHECC leave to file the annexed Motion, Order
and Memorandum in Support of Motion of the DHECC for Return of Payments Made to

Claimants James Aurelio, Outpost Marine, Inc., Theodore Wheeler, Stephen Ferrara, Carol Nelson and Their Claims Preparer William A. Becker Consulting, LLC.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By: ___/s/ Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Date: November 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 23rd day of November, 2016, by overnight courier, on the following:

Dennis M. Malone, Esq.
100 E. Main Street, Suite 209
Trinidad, CO 81082
*Attorney for William A. Becker Consulting, LLC*

Bernadette Restivo, Esq.
Restivo & Vigil-Farinas, LLC
103400 Overseas Hwy., Pink Plaza, Suite 237
Key Largo, FL 33037

Theodore Wheeler
Anima Chartres & Sailing
822 NE 16 Court
Ft. Lauderdale, FL 33305

Carol Nelson
Carol Nelson Pro Cleaning
22 Sexton Cove Road
Key Largo, FL 33037

Stephen Ferrara
622 La Paloma Road
Key Largo, FL 33037

James Aurelio
Guy's Towing
99275 Overseas Hwy.
Key Largo, FL 33037

Penny Wheeler
Registered Agent for Outpost Marine, Inc.
1119 E. Carribean Drive
Summerland Key, FL 33042

_____/s/ Kevin Colomb_____
Kevin Colomb

- 3 -