UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER GRANTING EX PARTE MOTION OF THE DHECC FOR LEAVE TO FILE
MEMORANDUM CONTAINING EXCESS PAGES IN SUPPORT OF MOTION OF THE DHECC
FOR RETURN OF PAYMENTS
MADE TO CLAIMANTS JAMES AURELIO, OUTPOST MARINE, INC.,
THEODORE WHEELER, STEPHEN FERRARA, CAROL NELSON, AND
THEIR CLAIMS PREPARER WILLIAM A. BECKER CONSULTING, LLC

Considering the foregoing ex-parte motion, and the Court finding the same to warranted and appropriate and serves the interests of judicial economy and should be granted; accordingly,

IT IS ORDERED that the motion be and is hereby GRANTED; and

IT IS FURTHER ORDERED that the DHECC be and is hereby granted leave to file the annexed Motion, Order, and Memorandum in Support of Motion of the DHECC for Return of Payments Made to Claimants James Aurelio, Outpost Marine, Inc., Theodore Wheeler, Stephen Ferrara, Carol Nelson and their Claims Preparer William A. Becker Consulting, LLC.

New Orleans, Louisiana this __ day of November, 2016.

_____
Carl J. Barbier
United States District Judge