UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|         "DEEPWATER HORIZON" IN THE | : | |
|         GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR RETURN OF PAYMENTS
MADE TO CLAIMANTS JAMES AURELIO, OUTPOST MARINE, INC.,
THEODORE WHEELER, STEPHEN FERRARA, CAROL NELSON, AND
THEIR CLAIMS PREPARER, WILLIAM A. BECKER CONSULTING, LLC

The Deepwater Horizon Economic Claims Center ("DHECC") moves to have James Aurelio, d/b/a "Guys Towing Sales & Service"[1]; Outpost Marine, Inc.; Theodore Wheeler, d/b/a "Anima Charters & Sailing"; Stephen Ferrara, and Carol Nelson, d/b/a "Carol Nelson Pro Cleaning" (collectively "Claimants",) and their claims preparer, William A. Becker Consulting LLC ("Becker"),[2] return payments the DHECC made in reliance on false financial and other information they provided to the DHECC. *See generally,* Ex. A, Declaration of J. Lynn Barker. Becker provided inaccurate information and manipulated monthly profit and loss statements ("P&Ls") to increase the purported economic loss Claimants suffered after the oil spill. *See id.* Relying on these misrepresentations, the DHECC paid Claimants $313,600.42, in the aggregate, including $98,447.10 to James Aurelio, $91,002.01 to Outpost Marine, Inc., $41,654.25 to Theodore Wheeler, $46,993.95 to Stephen Ferrara, and

---

[1] Though the claim was filed by James Aurelio individually, based on the Florida Secretary of State's records, Guys Towing Sale & Service LLC is listed as a Florida limited liability company, incorporated on April 19, 2016, of which James Aurelio is a member. Ex. B.

[2] William Becker died on July 10, 2014. The Florida Secretary of State's records indicate that William and Patricia Becker managed William A. Becker Consulting LLC. According to its latest annual report, Patricia Becker is now the sole manager and registered agent for service of process, at 1127 Gulf Stream Lane, Key Largo, Florida 33037. *See* Ex. C, Florida Secretary of State's records.

$35,503.11 to Carol Nelson. *Id*. As claim preparer, Becker received a portion of each award, totaling over $66,000. And Claimants' attorneys received additional contingency fee amounts. *Id*.

    The DHECC seeks a judgment requiring Claimants and Becker to return the $313,600.42 it paid on these improper claims, and prohibiting them from participating in any further DHECC distributions. All attorneys and any other professionals who assisted Claimants or Becker and benefitted from these unjustified payments also should be required to return any payments they received from these fraudulent claims.

    Respectfully submitted,

    Patrick Juneau
    Claims Administrator
    By: ___/s/ Kevin Colomb_____
    Kevin Colomb
    Manager of Compliance and Internal Integrity

Date: November 23, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 23rd day of November 2016, by overnight courier, on the following:

Dennis M. Malone, Esq.
100 E. Main Street, Suite 209
Trinidad, CO 81082
*Attorney for William A. Becker Consulting, LLC*

Bernadette Restivo, Esq.
Restivo & Vigil-Farinas, LLC
103400 Overseas Hwy., Pink Plaza, Suite 237
Key Largo, FL 33037

Theodore Wheeler
Anima Chartres & Sailing
822 NE 16 Court
Ft. Lauderdale, FL 33305

Carol Nelson
Carol Nelson Pro Cleaning
22 Sexton Cove Road
Key Largo, FL 33037

Stephen Ferrara
622 La Paloma Road
Key Largo, FL 33037

James Aurelio
Guy's Towing
99275 Overseas Hwy.
Key Largo, FL 33037

Penny Wheeler
Registered Agent for Outpost Marine, Inc.
1119 E. Carribean Drive
Summerland Key, FL 33042

                 /s/ Kevin Colomb
                 Kevin Colomb