# EXHIBIT B

# Electronic Articles of Organization
# For
# Florida Limited Liability Company



353
FILED 8:00 AM
April 19, 2016
Sec. Of State
cgolden

## Article I

The name of the Limited Liability Company is:

GUYS TOWING SALES & SERVICE LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

99275 OVERSEAS HIGHWAY
APT. 4
KEY LARGO, FL.   33037

The mailing address of the Limited Liability Company is:

99275 OVERSEAS HIGHWAY
APT. 4
KEY LARGO, FL.   33037

## Article III

The name and Florida street address of the registered agent is:

JAMES J AURELIO SR.
99275 OVERSEAS HIGHWAY
APT. 4
KEY LARGO, FL.   33037

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   JAMES AURELIO SR.

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  AMBR
JAMES J AURELIO SR
99275 OVERSEAS HIGHWAY APT 4
KEY LARGO, FL.   33037

Title:  AMBR
GAETANO A BAUST
92157 OVERSEAS HIGHWAY LOT M11
TAVERNIER, FL.   33070



353
FILED 8:00 AM
April 19, 2016
Sec. Of State
cgolden

## Article V

The effective date for this Limited Liability Company shall be:

04/14/2016

Signature of member or an authorized representative

Electronic Signature: JAMES AURELIO SR.

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.