# EXHIBIT C

**2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**
DOCUMENT# L11000

FILED
Mar 30, 2016
Secretary of State
CC9357

**Entity Name:** WILLIAM A. BECKER CONSULTING, LLC

**Current Principal Place of Business:**
1127 GULF STREAM LANE
KEY LARGO, FL 33037

**Current Mailing Address:**
1127 GULF STREAM LANE
KEY LARGO, FL 33037 US

**FEI Number:**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**
BECKER, PATRICIA
1127 GULF STREAM LANE
KEY LARGO, FL 33037 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
Electronic Signature of Registered Agent                                                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | BECKER, PATRICIA |
| Address | 1127 GULFSTREAM LN |
| City-State-Zip: | KEY LARGO FL 33037 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PATRICIA BECKER                        MANAGER                        03/30/2016
Electronic Signature of Signing Authorized Person(s) Detail                                      Date