# EXHIBIT D

## Restivo & Reilly, LLC
### Attorneys at Law
103400 Overseas Highway, Suite 237, Key Largo, Florida 33037 • (305) 453-4961 • Fax (886) 496-4131

### Contingency Fee Agreement

I, Guys Towing_____, hereby retain and employ Restivo & Reilly, LLC, as my attorneys to represent me in my claims for against BP and/or Hyundai Heavy Industries and/or Transocean and/or Anadarko Petroleum Corp. and/or MOEX Offshore 2007 and/or Mitsui and/or Gulf Coast Claims Facility for lost profits and/or lost income resulting from the Deepwater Horizon Oil Spill.

The undersigned client has, before signing this contract, received and read this document and understands each of the rights set forth therein. The undersigned client has voluntarily signed the statement and received a signed copy to refer to while being represented by the undersigned attorneys. The undersigned client acknowledges that he/ she has not been solicited by the firm of Restivo & Reilly, LLC. The undersigned attorneys acknowledge that the client has a pre-existing contingency fee arrangement with William A. Becker Consulting, LLC, and that the fees to be paid to Restivo and Reilly, LLC are separate and apart from the client's pre-existing contingency fee arrangement with William A. Becker Consulting, LLC.

THE PARTIES AGREE that the attorneys may advance the costs of filing fees which will be recovered by the attorneys from any recovery. The Parties agree that attorney's fees may be awarded by the Court or paid directly by the Defendants. In the event that attorney's fees are not awarded by the Court or paid by Defendants directly, as compensation for attorney services, I agree to pay my attorneys, from the proceeds or recovery, the following fee:*

Joinder in the Deepwater Horizon Economic & Property Damages Class and settlement of claim for the duration of the Court-Ordered stay of litigation:

If you accept settlement offered in class-action lawsuit, 5% (excluding fees owed to William A. Becker Consulting, LLC.)

If you reject the settlement offer/opt out of the settlement group, and proceed with litigation:

20% of settlement paid to client before all fees and costs (excluding fees owed to William A. Becker Consulting, LLC.)

An additional 5% of any recovery after notice of appeal is filed or post-judgment relief or action is required for recovery on the judgment.

I understand this contract may be canceled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown below, and if canceled the client shall not be obligated to pay any fees to the attorneys for the work performed during that time. If the attorneys have advanced funds to others in representation of the client, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

DATED this _____ day of _____, 2012.

_____                                    _____
Client Signature / Phone                                   Jessica Reilly, Esquire


**Bernadette Restivo** • Licensed in Florida and Ohio • bernadette@restivoandreilly.com
**Jessica Reilly** • Licensed in Florida • jessica@restivoandreilly.com

# Restivo & Reilly, LLC

Attorneys at Law

103400 Overseas Highway, Suite 237, Key Largo, Florida 33037 • (305) 453-4961 • Fax (888) 496-4131

### Contingency Fee Agreement

I, _Fred L Wheeler_ , hereby retain and employ Restivo & Reilly, LLC, as my attorneys to represent me in my claims for against BP and/or Hyundai Heavy Industries and/or Transocean and/or Anadarko Petroleum Corp. and/or MOEX Offshore 2007 and/or Mitsui and/or Gulf Coast Claims Facility for lost profits and/or lost income resulting from the Deepwater Horizon Oil Spill.

The undersigned client has, before signing this contract, received and read this document and understands each of the rights set forth therein. The undersigned client has voluntarily signed the statement and received a signed copy to refer to while being represented by the undersigned attorneys. The undersigned client acknowledges that he/ she has not been solicited by the firm of Restivo & Reilly, LLC. The undersigned attorneys acknowledge that the client has a pre-existing contingency fee arrangement with William A. Becker Consulting, LLC, and that the fees to be paid to Restivo and Reilly, LLC are separate and apart from the client's pre-existing contingency fee arrangement with William A. Becker Consulting, LLC.

THE PARTIES AGREE that the attorneys may advance the costs of filing fees which will be recovered by the attorneys from any recovery. The Parties agree that attorney's fees may be awarded by the Court or paid directly by the Defendants. In the event that attorney's fees are not awarded by the Court or paid by Defendants directly, as compensation for attorney services, I agree to pay my attorneys, from the proceeds or recovery, the following fee:*

Joinder in the Deepwater Horizon Economic & Property Damages Class and settlement of claim for the duration of the Court-Ordered stay of litigation:

If you accept settlement offered in class-action lawsuit, 5% (excluding fees owed to William A. Becker Consulting, LLC.)

If you reject the settlement offer/opt out of the settlement group, and proceed with litigation:

20% of settlement paid to client before all fees and costs (excluding fees owed to William A. Becker Consulting, LLC.)

An additional 5% of any recovery after notice of appeal is filed or post-judgment relief or action is required for recovery on the judgment.

I understand this contract may be canceled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown below, and if canceled the client shall not be obligated to pay any fees to the attorneys for the work performed during that time. If the attorneys have advanced funds to others in representation of the client, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

DATED this _12_ day of _June_, 2012.

_____          ▮▮▮▮▮▮▮          _____
Client Signature / Phone                                          Jessica Reilly, Esquire

DBA out postmarine

**Bernadette Restivo** • Licensed in Florida and Ohio • bernadette@restivoandreilly.com
**Jessica Reilly** • Licensed in Florida • jessica@restivoandreilly.com

Restivo & Reilly, LLC
Attorneys at Law

103400 Overseas Highway, Suite 237, Key Largo, Florida 33037 • (305) 453-4961 • Fax (888) 496-4131

Contingency Fee Agreement

I, **Anima Charters and Sailing**, hereby retain and employ Restivo & Reilly, LLC, as my attorneys to represent me in my claims for against BP and/or Hyundai Heavy Industries and/or Transocean and/or Anadarko Petroleum Corp. and/or MOEX Offshore 2007 and/or Mitsui and/or Gulf Coast Claims Facility for lost profits and/or lost income resulting from the Deepwater Horizon Oil Spill.

The undersigned client has, before signing this contract, received and read this document and understands each of the rights set forth therein. The undersigned client has voluntarily signed the statement and received a signed copy to refer to while being represented by the undersigned attorneys. The undersigned client acknowledges that he/ she has not been solicited by the firm of Restivo & Reilly, LLC. The undersigned attorneys acknowledge that the client has a pre-existing contingency fee arrangement with William A. Becker Consulting, LLC, and that the fees to be paid to Restivo and Reilly, LLC are separate and apart from the client's pre-existing contingency fee arrangement with William A. Becker Consulting, LLC.

THE PARTIES AGREE that the attorneys may advance the costs of filing fees which will be recovered by the attorneys from any recovery. The Parties agree that attorney's fees may be awarded by the Court or paid directly by the Defendants. In the event that attorney's fees are not awarded by the Court or paid by Defendants directly, as compensation for attorney services, I agree to pay my attorneys, from the proceeds or recovery, the following fee:*

Joinder in the Deepwater Horizon Economic & Property Damages Class and settlement of claim for the duration of the Court-Ordered stay of litigation:

If you accept settlement offered in class-action lawsuit, 5% (excluding fees owed to William A. Becker Consulting, LLC.)

If you reject the settlement offer/opt out of the settlement group, and proceed with litigation:

20% of settlement paid to client before all fees and costs (excluding fees owed to William A. Becker Consulting, LLC.)

An additional 5% of any recovery after notice of appeal is filed or post-judgment relief or action
is required for recovery on the judgment.

I understand this contract may be canceled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown below, and if canceled the client shall not be obligated to pay any fees to the attorneys for the work performed during that time. If the attorneys have advanced funds to others in representation of the client, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

DATED this 21 day of SEPT., 2012.

_____
Client: Theodore Wheeler, (954) 763-8464

_____
Jessica Reilly, Esquire

**Bernadette Restivo** • Licensed in Florida and Ohio • bernadette@restivoandreilly.com
**Jessica Reilly** • Licensed in Florida • jessica@restivoandreilly.com

# Restivo & Reilly, LLC
## Attorneys at Law
103400 Overseas Highway, Suite 237, Key Largo, Florida 33037 • (305) 453-4961 • Fax (888) 496-4131

### Contingency Fee Agreement

I, _Stephen Ferrara_ , hereby retain and employ Restivo & Reilly, LLC, as my attorneys to represent me in my claims for against BP and/or Hyundai Heavy Industries and/or Transocean and/or Anadarko Petroleum Corp. and/or MOEX Offshore 2007 and/or Mitsui and/or Gulf Coast Claims Facility for lost profits and/or lost income resulting from the Deepwater Horizon Oil Spill.

The undersigned client has, before signing this contract, received and read this document and understands each of the rights set forth therein. The undersigned client has voluntarily signed the statement and received a signed copy to refer to while being represented by the undersigned attorneys. The undersigned client acknowledges that he/ she has not been solicited by the firm of Restivo & Reilly, LLC. The undersigned attorneys acknowledge that the client has a pre-existing contingency fee arrangement with William A. Becker Consulting, LLC, and that the fees to be paid to Restivo and Reilly, LLC are separate and apart from the client's pre-existing contingency fee arrangement with William A. Becker Consulting, LLC.

THE PARTIES AGREE that the attorneys may advance the costs of filing fees which will be recovered by the attorneys from any recovery. The Parties agree that attorney's fees may be awarded by the Court or paid directly by the Defendants. In the event that attorney's fees are not awarded by the Court or paid by Defendants directly, as compensation for attorney services, I agree to pay my attorneys, from the proceeds or recovery, the following fee:*

Joinder in the Deepwater Horizon Economic & Property Damages Class and settlement of claim for the duration of the Court-Ordered stay of litigation:

If you accept settlement offered in class-action lawsuit, 5% (excluding fees owed to William A. Becker Consulting, LLC.)

If you reject the settlement offer/opt out of the settlement group, and proceed with litigation:

20% of settlement paid to client before all fees and costs (excluding fees owed to William A. Becker Consulting, LLC.)

An additional 5% of any recovery after notice of appeal is filed or post-judgment relief or action is required for recovery on the judgment.

I understand this contract may be canceled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown below, and if canceled the client shall not be obligated to pay any fees to the attorneys for the work performed during that time. If the attorneys have advanced funds to others in representation of the client, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

DATED this _8_ day of _Oct_ , 2012.

Client Signature / Phone

Jessica Reilly, Esquire

**Bernadette Restivo** • Licensed in Florida and Ohio • bernadette@restivoandreilly.com
**Jessica Reilly** • Licensed in Florida • jessica@restivoandreilly.com

CONTINGENT FEE CONTRACT

I, _Carol Nelson_, hereby retain and employ Restivo & Reilly, LLC, as my attorneys to represent me in my claims for against BP and/or Hyundai Heavy Industries and/or Transocean and/or Anadarko Petroleum Corp. and/or MOEX Offshore 2007 and/or Mitsui and/or Gulf Coast Claims Facility for lost profits and/or lost income resulting from the Deepwater Horizon Oil Spill.

The undersigned client has, before signing this contract, received and read this document and understands each of the rights set forth therein. The undersigned client has voluntarily signed the statement and received a signed copy to refer to while being represented by the undersigned attorneys. The undersigned client acknowledges that he/ she has not been solicited by the firm of Restivo & Reilly, LLC. The undersigned attorneys acknowledge that the client has a pre-existing contingency fee arrangement with William A. Becker Consulting, LLC, and that the fees to be paid to Restivo and Reilly, LLC are separate and apart from the client's pre-existing contingency fee arrangement with William A. Becker Consulting, LLC.

THE PARTIES AGREE that the attorneys may advance the costs of filing fees which will be recovered by the attorneys from any recovery. The Parties agree that attorney's fees may be awarded by the Court or paid directly by the Defendants. In the event that attorneys fees are not awarded by the Court or paid by Defendants directly, as compensation for attorney services, I agree to pay my attorneys, from the proceeds or recovery, the following fee:*

Joinder in the Deepwater Horizon Economic & Property Damages Class and settlement of claim for the duration of the Court-Ordered stay of litigation:

If you accept settlement offered in class-action lawsuit, 5% (excluding fees owed to William A. Becker Consulting, LLC.)

If you reject the settlement offer/opt out of the settlement group, and proceed with litigation:

20% of settlement paid to client before all fees and costs (excluding fees owed to William A. Becker Consulting, LLC.)

An additional 5% of any recovery after notice of appeal is filed or post-judgment relief or action is required for recovery on the judgment.

I understand this contract may be canceled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown below, and if canceled the client shall not be obligated to pay any fees to the attorneys for the work performed during that time. If the attorneys have advanced funds to others in representation of the client, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

DATED this **22** day of **May**, 2012.

_Carol Nelson_

Client Signature / Phone

Jessica Reilly, Esquire