# EXHIBIT E

## Final Fee Disbursement Agreement
### Guy's Towing

| | | | |
|---|---|---|---:|
| Compensation Amount: | | | 38,978.84 |
| Risk Transfer Premium: | | | 58,468.26 |
| Accounting Support: | | | 1,000.00 |
| Less Any Prior Spill-Related Payments: | | | - |
| Total Amount: | | | 98,447.10 |
| Accounting Fee Paid By Client: | | | 1,000.00 |
| Balance of Accounting Fee to William A. Becker Consulting if any: | | | - |
| Total Award Amount less Accounting Support: | | | **97,447.10** |
| Recovery Fee to William A. Becker Consulting: | Recovery % | 20% | 19,489.42 |
| Recovery Fee to Restivo and Reilly: | Recovery % | 5% | 4,872.36 |
| Net to Client From Recovery: | | | 73,085.33 |
| Accounting Fee Reimbursement: | | | 1,000.00 |
| Total To Client: | | | **74,085.33** |

Signed _____
James Aurelio Sr

Signed _____
William A. Becker Consulting, LLC.

Signed _____
Restivo and Reilly, LLC.

# Final Fee Disbursement Agreement

Outpost Marine Inc.

| | | | |
|---|---|---|---:|
| Compensation Amount: | | | 25,714.86 |
| Risk Transfer Premium: | | | 64,287.15 |
| Accounting Support: | | | 1,000.00 |
| Less Any Prior Spill-Related Payments: | | | -- |
| Total Amount: | | | 91,002.01 |
| Accounting Fee Paid By Client: | | | 1,000.00 |
| Balance of Accounting Fee to William A. Becker Consulting if any: | | | -- |
| **Total Award Amount less Accounting Support:** | | | **90,002.01** |
| Recovery Fee to William A. Becker Consulting: | Recovery % | 20% | 18,000.40 |
| Recovery Fee to Restivo and Reilly: | Recovery % | 5% | 4,500.10 |
| Net to Client From Recovery: | | | 67,501.51 |
| Accounting Fee Reimbursement: | | | 1,000.00 |
| **Total To Client:** | | | **68,501.51** |

Signed  _____ /s/ Fred Wheeler _____
Fred Wheeler

Signed  _____
William A. Becker Consulting, LLC.

Signed  _____/s/_____
Restivo and Reilly, LLC.

# Final Fee Disbursement Agreement
## ANIMA CHARTERS & SAILING

| | |
|---|---:|
| Compensation Amount: | 11,615.50 |
| Risk Transfer Premium: | 29,038.75 |
| Accounting Support: | 1,000.00 |
| Less Any Prior Spill-Related Payments: | - |
| Total Amount: | 41,654.25 |
| Accounting Fee Paid By Client: | - |
| Balance of Accounting Fee to William A. Becker Consulting if any: | 1,000.00 |
| Total Award Amount less Accounting Support: | 40,654.25 |
| Recovery Fee to William A. Becker Consulting: Recovery % 20% | ~~1,000.00~~ 9,130.85 (handwritten) 8,130.85 |
| Recovery Fee to Restivo and Reilly: Recovery % 5% | 2,032.71 |
| Net to Client From Recovery: | 30,490.69 |
| Accounting Fee Reimbursement: | - |
| Total To Client: | 30,490.69 |

Signed _____   2/21/2013
Theodore Wheeler

Signed _____
William A. Becker Consulting, LLC.

Signed _____
Restivo and Reilly, LLC.

## Final Fee Disbursement Agreement

Stephen Ferrara

| | |
|---|---:|
| Compensation Amount: | 18,397.58 |
| Risk Transfer Premium: | 27,596.37 |
| Accounting Support: | 1,000.00 |
| Less Any Prior Spill-Related Payments: | - |
| Total Amount: | 46,993.95 |
| Accounting Fee Paid By Client: | 250.00 |
| Balance of Accounting Fee to William A. Becker Consulting if any: | 750.00 |
| Total Award Amount less Accounting Support: | **45,993.95** |
| Recovery Fee to William A. Becker Consulting: Recovery % 20% | 9,198.79 |
| Recovery Fee to Restivo and Reilly: Recovery % 5% | 2,299.70 |
| Net to Client From Recovery: | 34,495.46 |
| Accounting Fee Reimbursement: | **250.00** |
| Total To Client: | **34,745.46** |
| Accounting Fee to William A. Becker Consulting | 750.00 |

Signed  _____[signature]_____ Stephen Ferrara      2/8/2013

Signed  _____[signature]_____ William A. Becker Consulting, LLC.

Signed  _____[signature]_____ Restivo and Reilly, LLC.

# Final Fee Disbursement Agreement

Carol Nelson Pro Cleaning

| | |
|---|---:|
| Compensation Amount: | 16,996.62 |
| Risk Transfer Premium: | 25,494.93 |
| Accounting Support: | 1,000.00 |
| Less Any Prior Spill-Related Payments: | 7,988.44 |
| Total Amount: | 35,503.11 |
| Accounting Fee Paid By Client: | 1,000.00 |
| Balance of Accounting Fee to William A. Becker Consulting if any: | - |
| Total Award Amount less Accounting Support: | **34,503.11** |

| | | | |
|---|---|---|---:|
| Recovery Fee to William A. Becker Consulting: | Recovery % | 20% | 6,900.62 |
| Recovery Fee to Restivo and Reilly: | Recovery % | 5% | 1,725.16 |
| Net to Client From Recovery: | | | 25,877.33 |
| Accounting Fee Reimbursement: | | | **1,000.00** |
| Total To Client: | | | **26,877.33** |

Signed _____
Carol Nelson

Signed _____
William A. Becker Consulting, LLC.

Signed _____
Restivo and Reilly, LLC.