# DEC. EXHIBIT A

**2008   Form 4868**                                                                            **Department of the Treasury**
                                                                                                 **Internal Revenue Service**

## Detach Coupon Below

## Before Mailing

# FILE COPY

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US4868$1   Rev. 1

▼ DETACH HERE ▼

|  |  | 1045 |
|---|---|---|
| Form **4868** | **Application for Automatic Extension of Time** | OMB No. 1545-0074 |
| Department of the Treasury | **To File U.S. Individual Income Tax Return** | **2008** |
| Internal Revenue Service (99) | For calendar year 2008, or other tax year beginning           , 2008, ending          , 200     . |  |

| Part I   Identification | Part II   Individual Income Tax |
|---|---|
|  | 4  Estimate of total tax liability for 2008 ...$ _____ 5,000. |
|  | 5  Total 2008 payments ................. _____ |
|  | 6  Balance due. Subtract line 5 from |
| JAMES J & ARLENE AURELIO SR |    line 4 (see instructions) ............... _____ 5,000. |
|  | 7  Amount you are paying (see instructions) ▶ _____ 5,000. |
|  | 8  Check here if you are "out of the country" and a U.S. |
|  |    citizen or resident (see instructions) ............ ▶ ☐ |
|  | 9  Check here if you file Form 1040NR or 1040NR-EZ and did |
|  |    not receive wages as an employee subject to U.S. income |
|  |    tax withholding ........................... ▶ ☐ |

290407602 IF AURE 30 0 200812 670 500000

| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 **2008** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See instructions for Schedule C (Form 1040). | Attachment Sequence No. **09** |

Name of proprietor: JAMES J AURELIO SR

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): TOWING

**B** Enter code from instr.: 488000

**C** Business name. If no separate business name, leave blank.: GUYS TOWING

**D** Employer ID no. (EIN), if any:

**E** Business address (including suite or room no.) ▶ 99060 OVERSEAS HWY
City, town or post office, state, and ZIP code: KEY LARGO FL 33037

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2008? If "No," see instructions for limit on losses ...... [X] Yes [ ] No

**H** If you started or acquired this business during 2008, check here ▶ [ ]

### Part I — Income

| # | Description | Amount |
|---|---|---|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ [ ] | 162,008. |
| 2 | Returns and allowances | |
| 3 | Subtract line 2 from line 1 | 162,008. |
| 4 | Cost of goods sold (from line 42 on page 2) | 16,722. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 145,286. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 145,286. |

### Part II — Expenses. Enter expenses for business use of your home **only** on line 30.

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 4,466. | 18 | Office expense | 731. |
| 9 | Car and truck expenses (see instructions) | | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | | 20a | a Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | b Other business property | 36,758. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 27,626. | 21 | Repairs and maintenance | 6,535. |
| | | | 22 | Supplies (not included in Part III) | |
| | | | 23 | Taxes and licenses | 2,900. |
| | | | 24 | Travel, meals, and entertainment: | |
| | | | 24a | a Travel | |
| 14 | Employee benefit programs (other than on line 19) | | 24b | b Deductible meals and entertainment (see instructions) | 15. |
| 15 | Insurance (other than health) | 10,958. | 25 | Utilities | 2,408. |
| 16 | Interest: | | 26 | Wages (less employment credits) | |
| 16a | a Mortgage (paid to banks, etc.) | | 27 | Other expenses (from line 48 on page 2) | 16,020. |
| 16b | b Other | | | | |
| 17 | Legal and professional services | 1,105. | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | | | | 109,522. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 35,764. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on Form **1041, line 3.** • If a loss, you **must** go to line 32. | | | | 35,764. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | | |

For Paperwork Reduction Act Notice, see instructions.    Schedule C (Form 1040) 2008

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   USSCHC$1   Rev. 1

| Form **8879** | **IRS e-file Signature Authorization** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. This is not a tax return.<br>▶ Keep this form for your records. See instructions. | **2008** |

Declaration Control Number (DCN) ▶ 00652340016099

| Taxpayer's name | Social security number |
|---|---|
| JAMES J AURELIO SR | |
| Spouse's name | Spouse's social security number |
| ARLENE AURELIO | |

### Part I   Tax Return Information-Tax Year Ending December 31, 2008   (Whole Dollars Only)

| | | | |
|---|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 50,371. |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 8,964. |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 12a) | 4 | |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | 3,494. |

### Part II   Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2008, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize KEYS ACCOUNTING & TAX SERVICE INC to enter or generate my PIN [____]
ERO firm name                                                                 Enter five numbers, but
                                                                              do not enter all zeros
as my signature on my tax year 2008 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____   Date ▶ 10/14/2009

**Spouse's PIN: check one box only**

[X] I authorize KEYS ACCOUNTING & TAX SERVICE INC to enter or generate my PIN [____]
ERO firm name                                                                 Enter five numbers, but
                                                                              do not enter all zeros
as my signature on my tax year 2008 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____   Date ▶ 10/14/2009

### Practitioner PIN Method Returns Only-continue below

### Part III   Certification and Authentication-Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.   [_____]
                                                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2008 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶  *Sandra K Haab*   Date ▶ 10/14/2009

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see the instructions.                                Form **8879** (2008)

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US8879$1   Rev. 1

Form 4797 (2008)      JAMES J & ARLENE AURELIO SR                                                                          Page 2

### Part III — Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | TOW VEHICLE | 01/01/2005 | 02/06/2008 |
| B | | | |
| C | | | |
| D | | | |

| | These columns relate to the properties on lines 19A – 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 20 | 12,000. | | | |
| 21 | Cost or other basis plus expense of sale | 21 | 12,000. | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 12,000. | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 12,000. | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 12,000. | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | 12,000. | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instr.) | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

**Summary of Part III Gains.**    Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 12,000. |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 12,000. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 39. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

### Part IV — Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation (see instructions) | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Form **4797** (2008)

Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.      US4797$2   Rev. 1

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | (Also Involuntary Conversions and Recapture Amounts<br>Under Sections 179 and 280F(b)(2))<br>▶ Attach to your tax return.  ▶ See separate instructions. | **2008**<br>Attachment<br>Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| JAMES J & ARLENE AURELIO SR | |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2008 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) .................................... **1**

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year  (see instructions)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**3** Gain, if any, from Form 4684, line 45 .................................................................... **3**
**4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 ............................. **4**
**5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ............................. **5**
**6** Gain, if any, from line 32, from other than casualty or theft ............................. **6**
**7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: ...... **7**

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years (see instructions) ............................. **8**
**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions). ............................. **9**

### Part II  Ordinary Gains and Losses  (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**11** Loss, if any, from line 7 .................................................................... **11** (               )
**12** Gain, if any, from line 7 or amount from line 8, if applicable ............................. **12**
**13** Gain, if any, from line 31 .................................................................... **13**   12000.
**14** Net gain or (loss) from Form 4684, lines 37 and 44a ............................. **14**
**15** Ordinary gain from installment sales from Form 6252, line 25 or 36 ............................. **15**
**16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 ............................. **16**
**17** Combine lines 10 through 16 .................................................................... **17**   12000.
**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:
  **a** If the loss on line 11 includes a loss from Form 4684, line 41, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions ............................................................................. **18a**
  **b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ............................................................................. **18b**   12000.

For Paperwork Reduction Act Notice, see the instructions.  Form **4797** (2008)

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US4797$1   Rev. 1

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Including Information on Listed Property)<br>► See separate instructions.   ► Attach to your tax return. | **2008**<br>Attachment<br>Sequence No. **67** |
| Name(s) shown on return<br>JAMES J & ARLENE AURELIO SR | Business or activity to which this form relates<br>TOWING | Identifying number |

### Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | **1** 250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** 36,582. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** 800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** 250,000. |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 TOW VEHICLE | 12,310. | 12,310. |
| TOW VEHICLE | 13,077. | 13,077. |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ............... **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** 25,387. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8. | **9** 25,387. |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** 73,151. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** 25,387. |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ........ ► **13** | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ........ ► ☐ | |

**Section B—Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 11,195. | 5 | HY | 200 DB | 2,239. |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** 27,626. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** |

For Paperwork Reduction Act Notice, see separate instructions.           Form **4562** (2008)

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.        US4562$1   Rev. 1

| Schedule SE (Form 1040) 2008 | Attachment Sequence No. 17 | Page 2 |

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| JAMES J AURELIO SR | |

## Section B - Long Schedule SE

### Part I — Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is **not** church employee income. See instructions.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ............................................................................▶ ☐

| | | |
|---|---|---|
| **1 a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip lines 1a and 1b if you use the farm optional method (see instructions) | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X | **1b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) | **2** | 35,764. |
| **3** Combine lines 1a, 1b, and 2 | **3** | 35,764. |
| **4a** If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | **4a** | 33,028. |
| **b** If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | **4b** | |
| **c** Combine lines 4a and 4b. If less than $400, **stop**; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income**, enter -0- and continue ▶ | **4c** | 33,028. |
| **5a** Enter your **church employee income** from Form W-2. See instructions for definition of church employee income .............. **5a** | | |
| **b** Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | **5b** | |
| **6** **Net earnings from self-employment.** Add lines 4c and 5b | **6** | 33,028. |
| **7** Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2008 | **7** | 102,000.00 |
| **8a** Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $102,000 or more, skip lines 8b through 10, and go to line 11 .............. **8a** | | |
| **b** Unreported tips subject to social security tax (from Form 4137, line 10) .............. **8b** | | |
| **c** Wages subject to social security tax (from Form 8919, line 10) .............. **8c** | | |
| **d** Add lines 8a, 8b, and 8c | **8d** | |
| **9** Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | **9** | 102,000. |
| **10** Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | **10** | 4,095. |
| **11** Multiply line 6 by 2.9% (.029) | **11** | 958. |
| **12** **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 57** | **12** | 5,053. |
| **13** **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 27** .............. **13** 2,527. | | |

### Part II — Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only if (a)** your gross farm income [1] was not more than $6,300 **or (b)** your net farm profits [2] were less than $4,548

| | | |
|---|---|---|
| **14** Maximum income for optional methods | **14** | 4,200.00 |
| **15** Enter the **smaller** of: two-thirds (2/3) of gross farm income [1] (not less than zero) **or** $4,200. Also include this amount on line 4b above | **15** | |

**Nonfarm Optional Method.** You may use this method **only if (a)** your net nonfarm profits [3] were less than $4,548 and also less than 72.189% of your gross nonfarm income, [4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.
**Caution.** You may use this method no more than five times.

| | | |
|---|---|---|
| **16** Subtract line 15 from line 14 | **16** | |
| **17** Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income [4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | **17** | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

BCA    Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.    USSCHSE2    Rev. 1    Schedule SE (Form 1040) 2008

Schedule C (Form 1040) 2008    JAMES J AURELIO SR                                                                          Page 2

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:    a [X] Cost    b [ ] Lower of cost or market    c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............................................................    [ ] Yes   [X] No

| | | |
|---|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36  Purchases less cost of items withdrawn for personal use | 36 | 16,722. |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38  Materials and supplies | 38 | |
| 39  Other costs | 39 | |
| 40  Add lines 35 through 39 | 40 | 16,722. |
| 41  Inventory at end of year | 41 | |
| 42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 16,722. |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____.

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

  a  Business _____    b  Commuting (see instr.) _____    c  Other _____

45  Was your vehicle available for personal use during off-duty hours? ............................   [ ] Yes   [ ] No

46  Do you (or your spouse) have another vehicle available for personal use? ......................   [ ] Yes   [ ] No

47a  Do you have evidence to support your deduction? .........................................   [ ] Yes   [ ] No

  b  If "Yes," is the evidence written? .......................................................   [ ] Yes   [ ] No

### Part V — Other Expenses.    List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| ACCOUNTING | 1,400. |
| BANK SERVICE CHARGES | 546. |
| COMMISSION | 100. |
| DUES & SUBSCRIPTIONS | 189. |
| FUEL | 8,200. |
| HAULING | 2,200. |
| TELEPHONE | 3,385. |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27     48 | 16,020. |

Schedule C (Form 1040) 2008

BCA    Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.    USSCHC$2    Rev. 1

| Form 1040 (2008) | JAMES J & ARLENE AURELIO SR | | Page 2 |
|---|---|---|---|

**Tax and Credits**

Standard Deduction for -
- People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instr.
- All others:
Single or Married filing separately, $5,450
Married filing jointly or Qualifying widow(er), $10,900
Head of household, $8,000

| 38 | Amount from line 37 (adjusted gross income) | 38 | 50,371. |
|---|---|---|---|
| 39a | Check if: ☐ You were born before Jan. 2, 1944, ☐ Blind. ☒ Spouse was born before Jan. 2, 1944, ☐ Blind. Total boxes checked ▶ 39a | 1 | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | |
| c | Check if standard deduction includes real estate taxes or disaster loss (see inst) ▶ 39c ☐ | | |
| 40 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 11,950. |
| 41 | Subtract line 40 from line 38 | 41 | 38,421. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see inst. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 7,000. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 31,421. |
| 44 | Tax (see instructions). Check if any tax is from: **a** ☐ Form(s) 8814   **b** ☐ Form 4972 | 44 | 3,911. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 ▶ | 46 | 3,911. |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| 48 | Credit for child and dependent care exp. Attach Form 2441 | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit (see inst.). Attach Form 8901 if required | 52 | |
| 53 | Credits from Form: **a** ☐ 8396 **b** ☐ 8839 **c** ☐ 5695 | 53 | |
| 54 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 54 | |
| 55 | Add lines 47 through 54. These are your **total credits** | 55 | |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 3,911. |

**Other Taxes**

| 57 | Self-employment tax. Attach Schedule SE | 57 | 5,053. |
|---|---|---|---|
| 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60 | Additional taxes: **a** ☐ AEIC payments **b** ☐ Household employment taxes. Attach Sch. H | 60 | |
| 61 | Add lines 56 through 60. This is your **total tax** ▶ | 61 | 8,964. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
|---|---|---|---|
| 63 | 2008 estimated tax pymts and amt applied from 2007 return | 63 | |
| 64a | **Earned income credit (EIC)** | 64a | |
| b | Nontaxable combat pay election ☐ 64b | | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see inst) | 65 | |
| 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| 67 | Amount paid with request for extension to file (see inst) | 67 | 5,000. |
| 68 | Credits from Form: **a** ☐ 2439 **b** ☐ 4136 **c** ☐ 8801 **d** ☐ 8885 | 68 | |
| 69 | First-time homebuyer credit. Attach Form 5405 | 69 | |
| 70 | Recovery rebate credit (see worksheet in the instructions) | 70 | 600. |
| 71 | Add lines 62 through 70. These are your **total payments** ▶ | 71 | 5,600. |

**Refund**
Direct deposit? See instructions and fill in 73b, 73c, and 73d, or Form 8888.

| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 | |
|---|---|---|---|
| 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a | |
| b | Routing number | | |
| c | Type: ☐ Checking ☐ Savings | | |
| d | Account number | | |
| 74 | Amount of line 72 you want **applied to your 2009 estimated tax** ▶ 74 | | |

**Amount You Owe**

| 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see inst. ▶ | 75 | 3,494. |
|---|---|---|---|
| 76 | Estimated tax penalty (see instructions) | 76 | 130. |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ **Yes.** Complete the following.  ☐ **No**
Designee's name ▶ SANDRA K HAAB    Phone no. ▶ 305-451-3464    Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | *Sandra K Haab* | Date 10/14/2009 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | KEYS ACCOUNTING & TAX SERVICE
P O BOX 1578
KEY LARGO FL 33037 | | EIN | |
| | | | Phone no. | 305-451-3464 |

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US1040$2   Rev. 1   Form **1040** (2008)

COPY

# Form 1040 — Department of the Treasury - Internal Revenue Service
## U.S. Individual Income Tax Return 2008 (99)

IRS Use Only-Do not write or staple in this space.

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2008, or other tax year beginning , 2008, ending , 20

OMB No. 1545-0074

| Name | Spouse's Name (if Joint Return) | Home Address | City, State, and ZIP Code |
|---|---|---|---|
| JAMES J AURELIO SR | | | |

Your social security number: [redacted]
Spouse's social security no.: [redacted]

You **must** enter your SSN(s) above.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status** — Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- c Dependents:

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
- lived with you: 0
- did not live with you due to divorce or separation (see instr.): 0
- Dependents on 6c not entered above: 0

Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 46. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 35,764. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | 12,000. |
| 15a | IRA distributions | |
| 15b | Taxable amount (see inst.) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits — 5,986. | |
| 20b | Taxable amount (see inst.) | 5,088. |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 52,898. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 2,527. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 2,527. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 50,371. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  Form **1040** (2008)

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.  US1040$1  Rev. 1