# DEC. EXHIBIT C

# Form 1040 — U.S. Individual Income Tax Return — 2010

Department of the Treasury - Internal Revenue Service

(99)   IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1 - Dec. 31, 2010, or other tax year beginning _____, ending _____

**Name, Address, and SSN** (See separate instructions.)

Your first name and initial: JAMES J
Last name: AURELIO
Your social security number: [redacted]

If a joint return, spouse's first name and initial: [redacted]
Last name: [redacted]
Spouse's social security number: [redacted]

Home address (number and street): [redacted]    Apt. no.: 

City, town or post office, state, and ZIP code: [redacted]

▲ Make sure the SSN(s) above and on line 6c are correct.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund. ▶ ☐ You  ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a .......
b  ☒ Spouse .......

Boxes checked on 6a and 6b: 2

c Dependents:
(1) First name / Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

No. of children on 6c who:
- lived with you: ___
- did not live with you due to divorce or separation (see instructions): ___

Dependents on 6c not entered above: ___

If more than four dependents, see instructions and check here ▶ ☐

Add numbers on lines above ▶ 2

d Total number of exemptions claimed .......

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 11,794 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits: 6,330 | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 - 21. This is your **total income** ▶ | 11,794 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 834 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 834 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 10,960 |

MXA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   RF 01/10/11   Form **1040** (2010)

Form 1040 (2010) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 10,960 |
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. ☒ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | | 1 |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 12,500 |
| | 41 | Subtract line 40 from line 38 | 41 | -1,540 |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | 42 | 7,300 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | NONE |
| | 44 | Tax (see instr). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | NONE |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ _____ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | NONE |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | 1,667 |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | a ☐ Form(s) W-2, box 9  b ☐ Schedule H  c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | 60 | 1,667 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | |
| | 63 | Making work pay credit. Attach Schedule M | 63 | 680 |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | 457 |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885 | 71 | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 1,137 |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 73 | |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions | b | Routing number _____  ▶c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number _____ | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 | 530 |
| | 77 | Estimated tax penalty (see instructions)  77 | | NONE |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below.  ☒ No | | |
| | | Designee's name ▶  Phone no. ▶  Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | | Your signature  Date  Your occupation TOWING  Daytime phone number | | |
| | | Spouse's signature. If a joint return, both must sign.  Date  Spouse's occupation RETIRED HOUSEWIFE | | |
| **Paid Preparer Use Only** | | Print/Type preparer's name Shelina McCullough  Preparer's signature  Date  Check ☐ if self-employed  PTIN | | |
| | | Firm's name ▶ Jackson Hewitt Tax Service  Firm's EIN ▶ | | |
| | | Firm's address ▶ 33501 S. Dixie Hwy.  Florida City  FL  33034  Phone no. (305) 247-2727 | | |

RF 01/10/11                                                                  Form **1040** (2010)

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc. generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

SCHC-3

**2010**

Attachment Sequence No. **09**

Name of proprietor: JAMES J AURELIO

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see the instructions): OTHER TRANSIT

**B** Enter code from instructions: ▶ 485990

**C** Business name. If no separate business name, leave blank: GUYS TOWING SERVICE

**D** Employer ID number (EIN), if any:

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses ...... ☒ Yes ☐ No

**H** If you started or acquired this business during 2010, check here ........................................... ▶ ☐

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See the instructions and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked or,<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ ☐ | 1 | 60,541 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 60,541 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 60,541 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 60,541 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 1,760 | 18 | Office expense | 18 | 250 |
| 9 | Car and truck expenses (see instructions) | 9 | 2,141 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 36,000 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 232 | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 500 |
| | | | | 23 | Taxes and licenses | 23 | 64 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 3,000 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | 4,800 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | NONE |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | | 28 | 48,747 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 11,794 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the instructions). Estates and trusts, enter on **Form 1041, line 3**.<br>• If a loss, you **must** go to line 32. | | | | | 31 | 11,794 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**.<br>• If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited. | | | | | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the instructions.                           Schedule C (Form 1040) 2010

F 12/28/10

MXA

| SCHEDULE M<br>(Form 1040A or 1040) | Making Work Pay Credit | OMB No. 1545-0074<br>**2010** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to Form 1040A or 1040.    ▶ See separate instructions. | Attachment<br>Sequence No. **166** |

Name(s) shown on return: JAMES J & ▓▓▓ AURELIO

Your social security number: ▓▓▓

**Caution!** To take the making work pay credit, you must include your social security number (if filing a joint return, the number of either you or your spouse) on your tax return. A social security number does not include an identification number issued by the IRS. Only the Social Security Administration issues social security numbers.

**Caution!** You cannot take the making work pay credit if you can be claimed as someone else's dependent or if you are a nonresident alien.

**Important:** Check the "No" box on line 1a and see the instructions if:
  (a) You have a net loss from a business,
  (b) You received a taxable scholarship or fellowship grant not reported on a Form W-2,
  (c) Your wages include pay for work performed while an inmate in a penal institution,
  (d) You received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or
  (e) You are filing Form 2555 or 2555-EZ.

1a  Do you (and your spouse if filing jointly) have 2010 wages of more than $6,451 ($12,903 if married filing jointly)?
  ☐ **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
  ☒ **No.** Enter your earned income (see instructions) . . . . . . . . . . . . . . . . .  **1a** 10,960

b  Nontaxable combat pay included on line 1a (see instructions) . . . . . . . . . . . . . .  **1b**

2  Multiply line 1a by 6.2% (.062) . . . . . . . . . . . . . . . . . . . . . . . . . . .  **2** 680

3  Enter $400 ($800 if married filing jointly) . . . . . . . . . . . . . . . . . . . . . .  **3** 800

4  Enter the **smaller** of line 2 or line 3 (unless you checked "Yes" on line 1a) . . . . . . . . . . . . . . . .  **4** 680

5  Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . . . . . . . . . .  **5** 10,960

6  Enter $75,000 ($150,000 if married filing jointly) . . . . . . . . . . . . . . . . . . .  **6** 150,000

7  Is the amount on line 5 more than the amount on line 6?
  ☒ **No.** Skip line 8. Enter the amount from line 4 on line 9 below.
  ☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **7**

8  Multiply line 7 by 2% (.02) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **8**

9  Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . .  **9** 680

10  Did you (or your spouse, if filing jointly) receive an economic recovery payment in **2010**? You may have received this payment in 2010 if you did not receive an economic recovery payment in 2009 but you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits in November 2008, December 2008, or January 2009 (see instructions).
  ☒ **No.** Enter -0- on line 10 and go to line 11.
  ☐ **Yes.** Enter the total of the payments you (and your spouse, if filing jointly) received in **2010**. Do not enter more than $250 ($500 if married filing jointly) . . . . . . . . . . . . . . . . . . . . . . . . . .  **10** 0

11  **Making work pay credit.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter the result here and on Form 1040, line 63; or Form 1040A, line 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **11** 680

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

For Paperwork Reduction Act Notice, see your tax return instructions.            Schedule M (Form 1040A or 1040) 2010

F 12/16/10

MXA

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| JAMES J AURELIO | |

### Section B - Long Schedule SE
### Part I   Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income**, see the instructions. Also see the instructions for the definition of church employee income.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . . . . . . . . . ▶ ☐

**1 a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip lines 1a and 1b if you use the farm optional method (see instructions) . . . . . . . . . . | **1a** |

   **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y . . . . . . . . . | **1b** | (      ) |

**2**   Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report.
**Note.** Skip this line if you use the nonfarm optional method (see instructions) . . . . . . . . . . . . . . . . . | **2** | 11,794 |

**3**   Combine lines 1a, 1b, and 2. Subtract from that total the amount on form 1040, line 29, or Form 1040NR, line 29, and enter the result (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 11,794 |

**4 a** If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 . . . . . . . . . .
**Note.** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see the instructions. | **4a** | 10,892 |

   **b** If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . . . . . . . . . . . | **4b** |

   **c** Combine lines 4a and 4b. If less than $400, **stop;** you do not owe self-employment tax.
**Exception.** If less than $400 and you had **church employee income**, enter -0- and continue . . . . . . . . . . ▶ | **4c** | 10,892 |

**5 a** Enter your **church employee income** from Form W-2.
See instructions for definition of church employee income . . . . . . . . . . . . . . . | **5a** | |

   **b** Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- . . . . . . . . . . . . . . . . . . . . . . . | **5b** |
**6**   Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 10,892 |

**7**   Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2010 . . . . . . . . . . . . . . . . . | **7** | 106,800. |

**8 a** Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $106,800 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . | **8a** | |

   **b** Unreported tips subject to social security tax (from Form 4137, line 10) . . . . . . . . | **8b** | |

   **c** Wages subject to social security tax (from Form 8919, line 10) . . . . . . . . . . . | **8c** | |

   **d** Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8d** |
**9**   Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . . . . . . . . . ▶ | **9** | 106,800 |
**10**   Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 1,351 |
**11**   Multiply line 6 by 2.9% (.029) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 316 |
**12**   **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 56,** or **Form 1040NR, line 54** . . . | **12** | 1,667 |
**13**   **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.50).
Enter the result here and on **Form 1040, line 27, or Form 1040NR, line 27** . . . . . . | **13** | 834 |

### Part II   Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] was not more than $6,720 **or (b)** your net farm profits[2] were less than $4,851.

**14**   Maximum income for optional methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 4,480. |
**15**   Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $4,480. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $4,851 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.
**Caution.** You may use this method no more than five times.

**16**   Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
**17**   Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A -- minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

F 12/30/10            Schedule SE (Form 1040) 2010

C EF

Form **4562**
Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**
▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172
**2010**
Attachment Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| JAMES J. AURELIO | SCHC-3: GUYS TOWING SERVICE | |

**Part I   Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3   2,000,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4   0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instrs. | 5   0 |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . .   7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2009 Form 4562 | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11   NONE |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12   NONE |
| 13 | Carryover of disallowed deduction to 2011. Add lines 9 and 10, less line 12 . . . . ▶   13 | NONE |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II   Special Depreciation Allowance and Other Depreciation** (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 |
| 15 | Property subject to section 168(f)(1) election | 15 |
| 16 | Other depreciation (including ACRS) | 16 |

**Part III   MACRS Depreciation** (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2010 | 17 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐ | |

**Section B - Assets Placed in Service During 2010 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2010 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV   Summary** (See instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21   232 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22   232 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . .   23 | |

**For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2010)

F 01/17/11

MXA

## Part V — Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No   24b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| See Stmt 1 | | | 81,000 | 2,490 | | S/L- | 232 | |
| | | | | | | S/L- | | |
| | | | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 232 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | 10,000 | | 3,000 | | 14,000 | | 10,000 | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | 320,000 | | 107,000 | | 312,000 | | 325,000 | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | 330,000 | | 110,000 | | 326,000 | | 335,000 | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | X | | X | | X | | X | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | X | | X | | X | | X | | | | | |
| 36 Is another vehicle available for personal use? | X | | X | | X | | X | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2010 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2010 tax year | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | |

# Carryover Report Tax Year 2010

| Form 1040 | Carryover into Tax Year 2010 | Carryover into Tax Year 2011 |
|---|---|---|
| Federal refund applied to next year | | |
| Net operating loss (NOL) carryforward | | |
| **Schedule D** | | |
| Short term capital loss carryover | | |
| Long term capital loss carryover | | |
| **Traditional IRA Basis, Form 8606** | | |
| Taxpayer nondeductible traditonal IRA contributions | | |
| Spouse nondeductible traditional IRA contributions | | |
| **Roth IRA Basis, Form 8606** | | |
| Taxpayer Roth basis carryover | | |
| Spouse Roth basis carryover | | |
| **Unallowed Passive Loss Carryovers** | | |
| Schedule K-1, partnership - ordinary | | |
| Schedule K-1, partnership - Form 4797 | | |
| Schedule K-1, s-corp - ordinary | | |
| Schedule K-1, s-corp - Form 4797 | | |
| Schedule K-1, estate/trust | | |
| Schedule E, rental property | | |
| Form 4835, Farm rental property | | |
| **State and Local Taxes** | | |
| Prior year refund(s) | | |
| Prior year balance(s) due | | |
| **Disallowed Section 179 Carryover** | | |
| Schedule C | | |
| Schedule F | | |
| Form 2106 | | |
| Form 4835 | | |
| **Schedule A** | | |
| Disallowed investment interest expense | | |
| Charitable contributions carryover | 252 | |
| **Form 5405** | | |
| First-Time Homebuyer Credit Repayment | | |
| **Form 5695** | | |
| Residential energy efficient property credit carryforward | | |
| **Form 8396** | | |
| Mortgage interest credit carryforward | | |
| **Form 8801** | | |
| Minimum tax credit carryforward | | |
| **Form 8829** | | |
| Carryover of operating expenses | | |
| Carryover of excess casualty losses & depreciation | | |
| **Form 8839** | | |
| Adoption credit carryforward | | |
| **Form 8859** | | |
| DC first-time homebuyer credit carryforward | | |

F 8/25/10                                          Date/Time Printed: 04/06/2011 07:32:22 PM EDT

Supplementary Statements
For Year Ended 12/31/2010

JAMES J 8    AURELIO

### Regular Depreciation Report

| Date Acquired | Conv | Method | Period | Cost | Bus. % | Section 179 Expense | Bonus Depreciation | Depreciable Basis | Prior Depreciation | Current Depreciation | Accumulated Depreciation | Current % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-002  1989 FORD TOW TRUCK | | | | | | | | | | | | |
| 01/01/2006 HY | S/L | 05-YR | 8,000 | 3.0% | | | 242 | 168 | 48 | 216 | LIST:19.83% |
| 03-003  1997 INTERNATIONAL | | | | | | | | | | | | |
| 01/01/1997 HY | S/L | 05-YR | 40,000 | 2.7% | | | 1,092 | 791 | 48 | 839 | LIST:04.40% |
| 03-004  1996 INTERNATIONAL | | | | | | | | | | | | |
| 01/01/2006 HY | S/L | 05-YR | 13,000 | 4.3% | | | 558 | 360 | 80 | 440 | LIST:14.34% |
| 03-005  2000 INTERNATIONAL | | | | | | | | | | | | |
| 01/01/2006 HY | S/L | 05-YR | 20,000 | 3.0% | | | 598 | 330 | 56 | 386 | LIST:09.36% |
| Total | | | | 81,000 | | | | 2,490 | 1,649 | 232 | 1,881 | |

### Alternative Minimum Depreciation Report

| Date Acquired | AMT Conv Method | AMT Period | Cost | Bus. % | Section 179 Expense | Bonus Depr | Depreciable Basis | Prior AMT Depr | Current AMT Depr | Accum. AMT Depr | Current % | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-002  1989 FORD TOW TRUCK | | | | | | | | | | | | |
| 01/01/2006 HY S/L | 05-YR | 8,000 | 3.0% | | | | 242 | 168 | 48 | 216 | LIST:19.83% | |
| 03-003  1997 INTERNATIONAL | | | | | | | | | | | | |
| 01/01/1997 HY S/L | 05-YR | 40,000 | 2.7% | | | | 1,092 | 791 | 48 | 839 | LIST:04.40% | |
| 03-004  1996 INTERNATIONAL | | | | | | | | | | | | |
| 01/01/2006 HY S/L | 05-YR | 13,000 | 4.3% | | | | 558 | 360 | 80 | 440 | LIST:14.34% | |
| 03-005  2000 INTERNATIONAL | | | | | | | | | | | | |
| 01/01/2006 HY S/L | 05-YR | 20,000 | 3.0% | | | | 598 | 330 | 56 | 386 | LIST:09.36% | |
| Total | | | 81,000 | | | | 2,490 | 1,649 | 232 | 1,881 | | |

Supplementary Statements
For Year Ended 12/31/2010

JAMES J & AURELIO

Pro Forma Depreciation Report

| Date Acquired | Conv Method Period | Cost | Bus. % | Sec. 179 & Special Depr. | ITC Basis Reduction | Depreciable Basis | Prior Depreciation | Proforma Depreciation |
|---|---|---|---|---|---|---|---|---|
| 03-002 1989 FORD TOW TRUCK | | | | | | | | |
| 01/01/2006 | HY S/L 05-YR | 8,000 | 3.0% | 0 | 0 | 242 | 216 | 24 |
| 03-003 1997 INTERNATIONAL | | | | | | | | |
| 01/01/1997 | HY S/L 05-YR | 40,000 | 2.7% | 0 | 0 | 1,092 | 839 | 48 |
| 03-004 1996 INTERNATIONAL | | | | | | | | |
| 01/01/2006 | HY S/L 05-YR | 13,000 | 4.3% | 0 | 0 | 558 | 440 | 54 |
| 03-005 2000 INTERNATIONAL | | | | | | | | |
| 01/01/2006 | HY S/L 05-YR | 20,000 | 3.0% | 0 | 0 | 598 | 386 | 56 |
| Total | | 81,000 | | 0 | 0 | 2,490 | 1,881 | 182 |

Supplementary Statements
For Year Ended 12/31/2010

C EF

JAMES J &  AURELIO

Statement 1
Form 4562 Listed Property Used 50% or Less

| Description | Date | Business Use % | Cost | Basis | Period | Method | Conv | Deduction |
|---|---|---|---|---|---|---|---|---|
| 1989 FORD | 01/01/2006 | 3.0% | 8,000 | 242 | 05-YR | S/L | HY | 48 |
| 1997 INTER | 01/01/1997 | 2.7% | 40,000 | 1,092 | 05-YR | S/L | HY | 48 |
| 1996 INTER | 01/01/2006 | 4.3% | 13,000 | 558 | 05-YR | S/L | HY | 80 |
| 2000 INTER | 01/01/2006 | 3.0% | 20,000 | 598 | 05-YR | S/L | HY | 56 |
| Total | | | 81,000 | 2,490 | | | | 232 |