# DEC. EXHIBIT D

```
                                  Page   1
                        Checking
                        Period Ending  1-31-09
                        Acct  No      ████████
                        Enclosures             15
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

|  | BUSINESS CHECKING ACCOUNT | ████████ |
|---|---|---|
| Previous Balance | 12-31-08 | 3,402 71 |
| +Deposits/Credits | 11 | 13,034 90 |
| −Checks/Debits | 19 | 9,610 48 |
| −Service Charge | | 18 85 |
| Current Balance | | 6,808 28 |

---------------------------DEPOSITS AND OTHER ACTIVITY------------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 1-02 | 10900 | TRANSFER TO CHECKING | 1025 00− |
| 1-05 | 8 | DEPOSIT | 900 00 |
| 1-05 | 8 | DEPOSIT | 1705 00 |
| 1-07 | 2 | DEPOSIT | 1120 90 |
| 1-12 | 6 | DEPOSIT | 952 00 |
| 1-13 | 6 | DEPOSIT | 550 00 |
| 1-16 | 9 | DEPOSIT | 1645 00 |
| 1-20 | 7 | DEPOSIT | 2200 00 |
| 1-21 | 8 | DEPOSIT | 995 00 |
| 1-23 | 5 | DEPOSIT | 1000 00 |
| 1-28 | 13 | DEPOSIT | 1132 00 |
| 1-29 | 2 | DEPOSIT | 835 00 |

--------------------------------CHECKS PAID----------------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|---|---|---|---|---|---|
| 1242 | 1-06 | 14 00 | 1251 | 1-20 | 600 00 |
| 1243 | 1-07 | 300 00 | 1252 | 1-29 | 100 00 |
| 1244 | 1-06 | 3063 75 | 1254* | 1-27 | 1089 55 |
| 1245 | 1-07 | 477 55 | 1255 | 1-26 | 258 83 |
| 1246 | 1-13 | 825 52 | 1256 | 1-27 | 576 40 |
| 1247 | 1-20 | 121 00 | 1257 | 1-26 | 203 85 |
| 1248 | 1-12 | 170 74 | 1258 | 1-27 | 200 00 |
| 1250* | 1-26 | 87 85 | | | |

          * Gap in check number sequence

----------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 1-14 | 5013 | CLARKE AMERICAN  CHK ORDER | 23 94− |
| | − | JAMES J AURELIO | |
| 1-16 | 1016 | CAPITAL ONE ARC  CHECK PYMT | 248 50− |
| | | SERIAL NUMBER  1249 | |
| | | 752910590156756005424 1 | |
| 1-27 | 2027 | FPB CR CARD      INTERNET | 224 00− |
| | | JAMES AURELIO SR | |

----------------------------SERVICE CHARGE SUMMARY---------------------------

| Service Charge | Date |
|---|---|
| 18 85 | 1-31 |

----------------------------DAILY BALANCE SUMMARY----------------------------

| Date | Balance | Date | Balance | Date | Balance | |
|---|---|---|---|---|---|---|
| 12-31 | 3402 71 | 1-02 | 2377 71 | 1-05 | 4982 71 | (Cont'd) |

First State Bank of the Florida Keys

```
                        Page   2
Checking
Period Ending  1-31-09
Acct  No        ████████
Enclosures              15
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

| | | | | | |
|---|---|---|---|---|---|
| 1-06 | 1904 96 | 1-07 | 2248 31 | 1-12 | 3029 57 |
| 1-13 | 2754 05 | 1-14 | 2730 11 | 1-16 | 4126 61 |
| 1-20 | 5605 61 | 1-21 | 6600.61 | 1-23 | 7600 61 |
| 1-26 | 7050 08 | 1-27 | 4960 13 | 1-28 | 6092 13 |
| 1-29 | 6827 13 | 1-31 | 6808 28 | | |

```
                                          Page    1
                              Checking
                              Period Ending  2-28-09
                              Acct  No      ████████
                              Enclosures         11




            JAMES J AURELIO
            DBA GUYS TOWING SALE AND SERVICE
            PO BOX 528
            TAVERNIER FL 33070-0528
```

```
            BUSINESS CHECKING ACCOUNT      ████████
            Previous Balance    1-31-09       8,808.28
            +Deposits/Credits         7       9,929 00
            -Checks/Debits           14       8,083 10
            -Service Charge                      16 16
            Current Balance                   8,638.02
```

---------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 2-02 | 10903 | TRANSFER TO CHECKING | 1025 00- |
| 2-03 | 13 | DEPOSIT | 275 00 |
| 2-09 | 4 | DEPOSIT | 925 00 |
| 2-11 | 11 | DEPOSIT | 4086 00 |
| 2-13 | 24 | DEPOSIT | 607.00 |
| 2-18 | 9 | DEPOSIT | 2153 00 |
| 2-26 | 9 | DEPOSIT | 894.00 |
| 2-27 | 3 | DEPOSIT | 989 00 |

-------------------------------CHECKS PAID----------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1253 | 2-02 | 120 00 | 1264 | 2-06 | 490 96 |
| 1259* | 2-05 | 212 70 | 1265 | 2-17 | 165 00 |
| 1260 | 2-05 | 3063 75 | 1266 | 2-19 | 100.00 |
| 1261 | 2-13 | 40 00 | 1267 | 2-26 | 1037.67 |
| 1262 | 2-13 | 300 00 | 1268 | 2-27 | 1099 22 |
| 1263 | 2-11 | 154 80 | | | |

                    * Gap in check number sequence

--------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 2-17 | 2048 | CAPITAL ONE    ONLINE PMT | 174 00- |
| | | ██████.URELIO JAME | |
| 2-20 | 1051 | CAPITAL ONE    ONLINE PMT | 100 00- |
| | | ██████ AURELIO JAME | |

--------------------------------SERVICE CHARGE SUMMARY-------------------------

| Service Charge | Date |
|----------------|------|
| 16 16 | 2-28 |

--------------------------------DAILY BALANCE SUMMARY-------------------------

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1-31 | 6808 28 | 2-02 | 5663 28 | 2-03 | 5938 28 |
| 2-05 | 2661 83 | 2-06 | 2170 87 | 2-09 | 3095 87 |
| 2-11 | 7027 07 | 2-13 | 7294 07 | 2-17 | 6955 07 |
| 2-18 | 9108 07 | 2-19 | 9008 07 | 2-20 | 8908 07 |
| 2-26 | 8764 40 | 2-27 | 8654 18 | 2-28 | 8638 02 |

```
                                        Page    1
                            Checking
                            Period Ending  3-31-09
                            Acct  No.
                            Enclosures              11
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT
        Previous Balance     2-28-09          8,638 02
        +Deposits/Credits        9           11,102 58
        -Checks/Debits          20           15,143 58
        -Service Charge                          17 63
        Current Balance                       4,579 39
```

------------------------DEPOSITS AND OTHER ACTIVITY------------------------

| Date  | Bank Code | Description | Amount |
|-------|-----------|-------------|--------|
| 3-02  | 10906 | TRANSFER TO CHECKING | 1025 00- |
| 3-04  | 3     | DEPOSIT | 1302 00 |
| 3-06  | 12    | DEPOSIT | 868 58 |
| 3-10  | 3     | DEPOSIT | 1185 00 |
| 3-11  | 4     | DEPOSIT | 1740 00 |
| 3-16  | 5     | DEPOSIT | 1282 00 |
| 3-23  | 3     | DEPOSIT | 1410.00 |
| 3-23  | 19    | WT FEE | 22 00- |
| 3-23  | 19    | OT  EDWARD AURELIO BBK | 2000 00- |
|       |       | STRUTHERS FEDERAL CREDIT UNION | |
|       |       | STRUTHERS OH | |
| 3-24  | 4     | DEPOSIT | 1936 00 |
| 3-27  | 8     | DEPOSIT | 1139 00 |
| 3-31  | 4     | DEPOSIT | 240 00 |
| 3-31  | 22    | WT FEE | 22 00- |
| 3-31  | 22    | OT  CRAIG W PEARSON | 5500 00- |

------------------------------CHECKS PAID------------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1269 | 3-02 | 169 40 | 1275  | 3-19 | 158 00 |
| 1270 | 3-04 | 150 00 | 1277* | 3-24 | 66 48 |
| 1271 | 3-11 | 165 33 | 1278  | 3-23 | 262 33 |
| 1272 | 3-10 | 3063.75 | 1279 | 3-23 | 500 00 |
| 1273 | 3-06 | 484 28 | 1281* | 3-31 | 377 01 |
| 1274 | 3-10 | 237 00 |       |      |        |

```
        * Gap in check number sequence
```

------------------------ATM AND ELECTRONIC ACTIVITY------------------------

| Date | Bank Code | Description | | Amount |
|------|-----------|-------------|--|--------|
| 3-05 | 2064 | PAYPAL | ECHECK | 193 00- |
|      |      | JAMES AURELIO | | |
| 3-05 | 2064 | PAYPAL | TRANSFER | 500 00- |
|      |      | JAMES AURELIO | | |
| 3-12 | 2071 | FPB CR CARD | INTERNET | 120 00- |
|      |      | JAMES AURELIO SR | | |
| 3-19 | 4077 | CAPITAL ONE | ONLINE PMT | 128 00- |
|      |      | RELIO JAME | | |

------------------------SERVICE CHARGE SUMMARY------------------------

| Service Charge | Date |
|----------------|------|
| 17 63 | 3-31 |

(Cont'd)



First State Bank of the Florida Keys

```
                              Page   2
                     Checking
                     Period Ending  3-31-09
                     Acct  No      ████████
                     Enclosures        11
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
-----------------------------DAILY BALANCE SUMMARY-----------------------
   Date       Balance    Date       Balance    Date       Balance
   2-28       8638 02    3-02       7443 62    3-04       8595 62
   3-05       7902 62    3-06       8286 92    3-10       6171 17
   3-11       7745 84    3-12       7625 84    3-16       8907 84
   3-19       8621 84    3-23       7247 51    3-24       9117 03
   3-27      10256 03    3-31       4579 39
```



```
                                              Page   1
                              Checking
                              Period Ending  4-30-09
                              Acct No        █████████
                              Enclosures              16
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT        ████████
        Previous Balance     3-31-09     4,579 39
        +Deposits/Credits          8    16,471 00
        -Checks/Debits            21    15,128 50
        -Service Charge                     17 33
        Current Balance                  5,904 56
```

---------------------------DEPOSITS AND OTHER ACTIVITY---------------------------

| Date  | Bank Code | Description          | Amount   |
|-------|-----------|----------------------|----------|
| 4-01  | 3         | DEPOSIT              | 3000 00  |
| 4-01  | 10909     | TRANSFER TO CHECKING | 1025 00- |
| 4-06  | 16        | DEPOSIT              | 1519 00  |
| 4-09  | 7         | DEPOSIT              | 1447 00  |
| 4-16  | 2         | DEPOSIT              | 6300 00  |
| 4-21  | 4         | DEPOSIT              | 345 00   |
| 4-24  | 25        | DEPOSIT              | 985 00   |
| 4-27  | 7         | DEPOSIT              | 680 00   |
| 4-30  | 3         | DEPOSIT              | 2195.00  |

---------------------------CHECKS PAID---------------------------

| Ck No  | Date | Amount  | Ck No  | Date | Amount  |
|--------|------|---------|--------|------|---------|
| 1276   | 4-07 | 100 00  | 1288   | 4-21 | 195 99  |
| 1280*  | 4-02 | 1037 67 | 1290*  | 4-27 | 147 40  |
| 1282*  | 4-08 | 331 27  | 1291   | 4-28 | 87 85   |
| 1283   | 4-06 | 3063.75 | 1292   | 4-30 | 365 92  |
| 1284   | 4-06 | 128 00  | 1294*  | 4-27 | 513 22  |
| 1285   | 4-09 | 483 21  | 1295   | 4-23 | 126 00  |
| 1286   | 4-14 | 318 27  | 1296   | 4-28 | 63 51   |
| 1287   | 4-21 | 5000 00 | 1297   | 4-30 | 1037 67 |

                    * Gap in check number sequence

---------------------------ATM AND ELECTRONIC ACTIVITY---------------------------

| Date  | Bank Code | Description          |              | Amount   |
|-------|-----------|----------------------|--------------|----------|
| 4-09  | 2099      | FPB CR CARD          | INTERNET     | 133 54-  |
|       |           | JAMES AURELIO SR     |              |          |
| 4-14  | 2104      | PAYPAL               | TRANSFER     | 500 00-  |
|       |           | JAMES AURELIO        |              |          |
| 4-20  | 5107      | CAPITAL ONE          | ONLINE PMT   | 340 23-  |
|       |           | █████████AURELIO JAME |              |          |
| 4-28  | 2118      | COMBINED INS         | PAYMENT      | 130 00-  |
|       |           | SERIAL NUMBER  1289  |              |          |
|       |           | █████████            |              |          |

---------------------------SERVICE CHARGE SUMMARY---------------------------

```
     Service Charge                       Date
          17 33                           4-30
```

---------------------------DAILY BALANCE SUMMARY---------------------------

| Date  | Balance | Date | Balance | Date | Balance |          |
|-------|---------|------|---------|------|---------|----------|
| 3-31  | 4579 39 | 4-01 | 6554 39 | 4-02 | 5516 72 |          |
| 4-06  | 3843 97 | 4-07 | 3743 97 | 4-08 | 3412 70 | (Cont'd) |



First State Bank of the Florida Keys

```
                              Page   2
             Checking
             Period Ending  4-30-09
             Acct  No       ██████████
             Enclosures     ██████████  --
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

| | | | | | |
|---|---|---|---|---|---|
| 4-09 | 4242 95 | 4-14 | 3424 68 | 4-16 | 9724 68 |
| 4-20 | 9384 45 | 4-21 | 4533 46 | 4-23 | 4407 46 |
| 4-24 | 5392 46 | 4-27 | 5411 84 | 4-28 | 5130 48 |
| 4-30 | 5904 56 | | | | |

```
                              Page   1
                         Checking
                         Period Ending  5-31-09
                         Acct  No      ██████████
                         Enclosures        12
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

```
          BUSINESS CHECKING ACCOUNT    ██████████
          Previous Balance    4-30-09      5,904 56
          +Deposits/Credits       6        6,845 00
          -Checks/Debits         16        7,610 49
          -Service Charge                     16 72
          Current Balance                  5,122 35
```

---DEPOSITS AND OTHER ACTIVITY---

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 5-01 | 10912 | TRANSFER TO CHECKING | 1025 00- |
| 5-04 | 6 | DEPOSIT | 200 00 |
| 5-06 | 4 | DEPOSIT | 2921 00 |
| 5-11 | 11 | DEPOSIT | 934.00 |
| 5-15 | 4 | DEPOSIT | 1013 00 |
| 5-21 | 3 | DEPOSIT | 1289 00 |
| 5-27 | 5 | DEPOSIT | 488 00 |

---CHECKS PAID---

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1293 | 5-04 | 202 50 | 1303 | 5-12 | 87 85 |
| 1298* | 5-08 | 42 00 | 1304 | 5-26 | 100 00 |
| 1299 | 5-04 | 490 00 | 1305 | 5-20 | 62 47 |
| 1300 | 5-06 | 488 83 | 1306 | 5-26 | 143 25 |
| 1301 | 5-06 | 166 00 | 1307 | 5-29 | 1037 67 |
| 1302 | 5-08 | 3063 75 | 1308 | 5-26 | 251 68 |

          * Gap in check number sequence

---ATM AND ELECTRONIC ACTIVITY---

| Date | Bank Code | Description | | Amount |
|------|-----------|-------------|--|--------|
| 5-11 | 1131 | FPB CR CARD | INTERNET | 65 14- |
|      |      | JAMES AURELIO SR | | |
| 5-20 | 1140 | CAPITAL ONE | ONLINE PMT | 323 35- |
|      |      | ██████████AURELIO JAME | | |
| 5-28 | 2148 | FPB CR CARD | INTERNET | 61 00- |
|      |      | JAMES AURELIO SR | | |

---SERVICE CHARGE SUMMARY---

| Service Charge | Date |
|----------------|------|
| 16 72 | 5-31 |

---DAILY BALANCE SUMMARY---

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4-30 | 5904 56 | 5-01 | 4879 56 | 5-04 | 4387 06 |
| 5-06 | 6653 23 | 5-08 | 3547 48 | 5-11 | 4416 34 |
| 5-12 | 4328 49 | 5-15 | 5341 49 | 5-20 | 4955 67 |
| 5-21 | 6244 67 | 5-26 | 5749 74 | 5-27 | 6237 74 |
| 5-28 | 6176 74 | 5-29 | 5139.07 | 5-31 | 5122 35 |

```
                                    Page    1
                        Checking
                        Period Ending  6-30-09
                        Acct  No      ███████████
                        Enclosures           16
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

BUSINESS CHECKING ACCOUNT          ████████

| | | | |
|---|---|---|---|
| Previous Balance | 5-31-09 | | 5,122 35 |
| +Deposits/Credits | 10 | | 30,513 25 |
| -Checks/Debits | 18 | | 26,907 81 |
| -Service Charge | | | 17 86 |
| Current Balance | | | 8,709 93 |

--------------------------DEPOSITS AND OTHER ACTIVITY--------------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 6-01 | 10915 | TRANSFER TO CHECKING | 1025 00- |
| 6-03 | 5 | DEPOSIT | 558 00 |
| 6-04 | 4 | DEPOSIT | 5000.00 |
| 6-08 | 7 | DEPOSIT | 500 00 |
| 6-10 | 4 | DEPOSIT | 5200 00 |
| 6-15 | 2 | DEPOSIT | 1135 00 |
| 6-15 | 21 | DEPOSIT | 10000.00 |
| 6-15 | 21 | DEBIT MEMO | 10634 60- |
| 6-17 | 2 | DEPOSIT | 1000 00 |
| 6-25 | 5 | DEPOSIT | 2170 25 |
| 6-29 | 13 | DEPOSIT | 2650 00 |
| 6-30 | 5 | DEPOSIT | 2300 00 |

-----------------------------CHECKS PAID-----------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|---|---|---|---|---|---|
| 1 | 6-15 | 9000 00 | 1316 | 6-11 | 117 00 |
| 1309* | 6-04 | 500 00 | 1317 | 6-10 | 177 00 |
| 1310 | 6-05 | 48 00 | 1318 | 6-10 | 232 00 |
| 1311 | 6-04 | 444 11 | 1319 | 6-17 | 356 30 |
| 1312 | 6-04 | 3060 00 | 1320 | 6-16 | 212 70 |
| 1313 | 6-11 | 120 00 | 1321 | 6-30 | 75 00 |
| 1314 | 6-05 | 80 75 | 1322 | 6-30 | 231 82 |
| 1315 | 6-08 | 478 53 | | | |

        * Gap in check number sequence

--------------------------ATM AND ELECTRONIC ACTIVITY--------------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 6-30 | 1181 | Premier Cr Card  CHECKPAYMT | 115 00- |
| | | SERIAL NUMBER  1326 | |
| | | ************0340 | |

-----------------------------SERVICE CHARGE SUMMARY-----------------------------

| Service Charge | Date |
|---|---|
| 17 86 | 6-30 |

-----------------------------DAILY BALANCE SUMMARY-----------------------------

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5-31 | 5122 35 | 6-01 | 4097.35 | 6-03 | 4655 35 |
| 6-04 | 5651 24 | 6-05 | 5522.49 | 6-08 | 5543 96 |
| 6-10 | 10334 96 | 6-11 | 10097 96 | 6-15 | 1598 36 |
| 6-16 | 1385 66 | 6-17 | 2029 36 | 6-25 | 4199 61 |
| 6-29 | 6849 61 | 6-30 | 8709 93 | | |

```
                                           Page    1
                                    Checking
                                    Period Ending  7-31-09
                                    Acct  No      ████████
                                    Enclosures           17
```

```
JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT        ████████
        Previous Balance    6-30-09        8,709 93
        +Deposits/Credits        10       13,147 00
        -Checks/Debits           21       16,101 78
        -Service Charge                        18.65
        Current Balance                     5,736 50
```

------------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 7-01 | 10918 | TRANSFER TO CHECKING | 1025 00- |
| 7-06 | 53 | DEPOSIT | 1650 00 |
| 7-13 | 12 | DEPOSIT | 5000 00 |
| 7-13 | 17 | UT FEE | 22 00- |
| 7-13 | 17 | OT  EDWARD AURELIO BBK | 5600 00- |
|      |    | STRUTHERS CREDIT UNION | |
|      |    | STRUTHERS OH | |
| 7-16 | 2 | DEPOSIT | 2255.00 |
| 7-17 | 2 | DEPOSIT | 515 00 |
| 7-20 | 1 | DEPOSIT | 874 00 |
| 7-20 | 15 | DEPOSIT | 100 00 |
| 7-21 | 2 | DEPOSIT | 677 00 |
| 7-27 | 8 | DEPOSIT | 1125 00 |
| 7-31 | 2 | DEPOSIT | 916 00 |
| 7-31 | 2 | CREDIT MEMO | 35 00 |

-------------------------------CHECKS PAID-----------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1323 | 7-01 | 42 00 | 1333 | 7-16 | 433 47 |
| 1324 | 7-01 | 1037 67 | 1334 | 7-20 | 187 39 |
| 1325 | 7-01 | 259 83 | 1335 | 7-22 | 87 85 |
| 1327* | 7-03 | 488 55 | 1336 | 7-24 | 69 75 |
| 1328 | 7-03 | 350 00 | 1337 | 7-28 | 500.00 |
| 1329 | 7-02 | 699 02 | 1338 | 7-21 | 61 53 |
| 1330 | 7-01 | 362 00 | 1339 | 7-23 | 1037 67 |
| 1331 | 7-03 | 3060 00 | 1340 | 7-24 | 405 31 |
| 1332 | 7-02 | 172 74 | | | |

```
        * Gap in check number sequence
```

------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 7-20 | 1201 | CAPITAL ONE      ONLINE PMT | 200 00- |
|      |      | ████████ URELIO JAME | |

-------------------------------SERVICE CHARGE SUMMARY--------------------

| Service Charge | Date |
|----------------|------|
| 18 65 | 7-31 |

-------------------------------DAILY BALANCE SUMMARY--------------------

| Date | Balance | Date | Balance | Date | Balance | |
|------|---------|------|---------|------|---------|--|
| 6-30 | 8709 93 | 7-01 | 5983 43 | 7-02 | 5111 67 | |
| 7-03 | 1213 12 | 7-06 | 2863.12 | 7-13 | 2241 12 | (Cont'd) |

First State Bank of the Florida Keys

Page   2
Checking
Period Ending  7-31-09
Acct  No      ████████
Enclosures            17

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

| | | | | | |
|---|---|---|---|---|---|
| 7-16 | 4062 65 | 7-17 | 4577 65 | 7-20 | 5164 26 |
| 7-21 | 5779 73 | 7-22 | 5691 88 | 7-23 | 4654 21 |
| 7-24 | 4179 15 | 7-27 | 5304 15 | 7-28 | 4804 15 |
| 7-31 | 5736 50 | | | | |

```
                                        Page   1
                              Checking
                              Period Ending  8-31-09
                              Acct  No.      ████████
                              Enclosures        17
```

```
         JAMES J AURELIO
         DBA GUYS TOWING SALE AND SERVICE
         PO BOX 528
         TAVERNIER FL 33070-0528
```

```
         BUSINESS CHECKING ACCOUNT        ████████
         Previous Balance    7-31-09      5,736 50
         +Deposits/Credits         9     13,103 00
         -Checks/Debits           23     12,736 30
         -Service Charge                     49 02
         Current Balance                  6,054.18
```

---------------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 8-03 | 1 | DEPOSIT | 1263 00 |
| 8-03 | 10921 | TRANSFER TO CHECKING | 1025 00- |
| 8-03 | 6 | DEBIT MEMO | 2 00- |
| 8-05 | 3 | DEPOSIT | 558 00 |
| 8-06 | 960 | STOP PAYMENT FEE | 30 00- |
| 8-11 | 3 | DEPOSIT | 2200 00 |
| 8-11 | 5 | DEPOSIT | 945 00 |
| 8-11 | 19 | WT FEE | 22 00- |
| 8-11 | 19 | OT  CHRISTOPHER SOX | 2200 00- |
| 8-13 | 2 | DEPOSIT | 1123.00 |
| 8-18 | 4 | DEPOSIT | 100 00 |
| 8-21 | 5 | DEPOSIT | 2675 00 |
| 8-27 | 3 | DEPOSIT | 2694 00 |
| 8-31 | 4 | DEPOSIT | 1545 00 |

---------------------------CHECKS PAID----------------------------

| Ck  No | Date | Amount | Ck  No. | Date | Amount |
|--------|------|--------|---------|------|--------|
| 1341 | 8-17 | 500 00 | 1349 | 8-07 | 420 00 |
| 1342 | 8-12 | 500 00 | 1352* | 8-13 | 194 77 |
| 1343 | 8-07 | 300 00 | 1353 | 8-17 | 614.85 |
| 1344 | 8-12 | 178 50 | 1354 | 8-17 | 374 07 |
| 1345 | 8-06 | 486 33 | 1355 | 8-18 | 300 00 |
| 1346 | 8-31 | 225 00 | 1356 | 8-19 | 136 34 |
| 1347 | 8-26 | 300 00 | 1357 | 8-28 | 1037 67 |
| 1348 | 8-06 | 3063 75 | 1358 | 8-27 | 178 02 |

                 * Gap in check number sequence

---------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 8-13 | 1225 | CAPITAL ONE ARC  CHECK PYMT<br>SERIAL NUMBER  1351 | 227 00- |
| 8-19 | 2231 | FPB CR CARD      TELEPHONE<br>JAMES AURELIO SR | 211.00- |
| 8-27 | 2239 | Premier Cr Card  CHECKPAYMT<br>SERIAL NUMBER  1359<br>************0340 | 40 00- |

---------------------------SERVICE CHARGE SUMMARY----------------------

| Service Charge | Date |    |
|----------------|------|----|
| 19 02 | 8-31 | (Cont'd) |



First State Bank of the Florida Keys

```
                              Page    2
                      Checking
                      Period Ending  8-31-09
                      Acct  No      ██████████
                      Enclosures            17
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
-----------------------------DAILY BALANCE SUMMARY-----------------------
    Date         Balance    Date         Balance    Date         Balance
    7-31         5736 50    8-03         5972 50     8-05         6530 50
    8-06         2950 42    8-07         2230.42     8-11         3153 42
    8-12         2474 92    8-13         3176 15     8-17         1487 23
    8-18         1287 23    8-19          939 89     8-21         3614 89
    8-26         3314 89    8-27         5790 87     8-28         4753 20
    8-31         6054 18
```

```
                                          Page    1
                           Checking
                           Period Ending  9-30-09
                           Acct  No     ████████
                           Enclosures              15
```

```
           JAMES J AURELIO
           DBA GUYS TOWING SALE AND SERVICE
           PO BOX 528
           TAVERNIER FL 33070-0528
```

BUSINESS CHECKING ACCOUNT ████████

| | | | |
|---|---|---|---|
| Previous Balance | 8-31-09 | | 6,054 18 |
| +Deposits/Credits | 11 | | 13,084 00 |
| -Checks/Debits | 21 | | 10,776 86 |
| -Service Charge | | | 19 74 |
| Current Balance | | | 8,341 58 |

-------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 9-01 | 10924 | TRANSFER TO CHECKING | 1025 00- |
| 9-02 | 3 | DEPOSIT | 150.00 |
| 9-09 | 13 | DEPOSIT | 1092 00 |
| 9-14 | 16 | DEPOSIT | 1415 00 |
| 9-15 | 4 | DEPOSIT | 811 00 |
| 9-16 | 5 | DEPOSIT | 1361 00 |
| 9-21 | 7 | DEPOSIT | 1904 00 |
| 9-21 | 22 | WT FEE | 22 00- |
| 9-21 | 22 | OT  JOSEPHINE TIFLER | 1000 00- |
| 9-25 | 2 | DEPOSIT | 3000 00 |
| 9-28 | 4 | DEPOSIT | 375 00 |
| 9-29 | 3 | DEPOSIT | 265 00 |
| 9-30 | 1 | DEPOSIT | 1338 00 |
| 9-30 | 4 | DEPOSIT | 1373 00 |

----------------------------CHECKS PAID----------------------------

| Ck No | Date | Amount | Ck No. | Date | Amount |
|---|---|---|---|---|---|
| 1360 | 9-03 | 150 00 | 1371 | 9-21 | 218 01 |
| 1362* | 9-08 | 3060.00 | 1372 | 9-22 | 150 00 |
| 1363 | 9-09 | 516.00 | 1373 | 9-25 | 1600 00 |
| 1365* | 9-11 | 600 00 | 1374 | 9-28 | 165 49 |
| 1366 | 9-14 | 494 01 | 1376* | 9-29 | 433.00 |
| 1367 | 9-17 | 95 25 | 1377 | 9-30 | 179 32 |
| 1369* | 9-21 | 61 53 | 1379* | 9-30 | 230 00 |
| 1370 | 9-21 | 104 00 | | | |

          * Gap in check number sequence

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 9-14 | 1257 | CAPITAL ONE ARC  CHECK PYMT<br>SERIAL NUMBER· 1364<br>████████ | 240 00- |
| 9-18 | 1261 | GEICO           CHECKPAYMT<br>SERIAL NUMBER  1368<br>████████ 3 | 207.25- |
| 9-25 | 1268 | Premier Cr Card  CHECKPAYMT<br>SERIAL NUMBER  1375<br>***********0340 | 226 00- |

----------------------------SERVICE CHARGE SUMMARY----------------------

| Service Charge | Date | |
|---|---|---|
| 19 74 | 9-30 | (Cont'd) |



First State Bank of the Florida Keys

```
                              Page    2
             Checking
             Period Ending  9-30-09
             Acct  No          ███████
             Enclosures           15
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
-------------------------------DAILY BALANCE SUMMARY-----------------------
   Date       Balance    Date       Balance    Date       Balance
   8-31       6054 18    9-01       5029 18    9-02       5179 18
   9-03       5029 18    9-08       1969 18    9-09       2545 18
   9-11       1945 18    9-14       2626 17    9-15       3437.17
   9-16       4798 17    9-17       4702 92    9-18       4495 67
   9-21       4994 13    9-22       4844.13    9-25       6018 13
   9-28       6227 64    9-29       6059 64    9-30       6341 58
```

Too faded to read.

```
                                      Page    1
                           Checking
                           Period Ending 10-31-09
                           Acct  No        ███████
                           Enclosures              16
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT     ███████
        Previous Balance      9-30-09      8,341 58
        +Deposits/Credits       11        7,190 09
        -Checks/Debits          20       12,772 24
        -Service Charge                      18 19
        Current Balance                   2,741 24
```

--------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date  | Bank Code | Description           | Amount  |
|-------|-----------|-----------------------|---------|
| 10-01 | 37        | DEPOSIT               | 975.00  |
| 10-01 | 10927     | TRANSFER TO CHECKING  | 1025 00- |
| 10-05 | 2         | DEPOSIT               | 280.00  |
| 10-07 | 2         | DEPOSIT               | 143 09  |
| 10-07 | 27        | DEPOSIT               | 150 00  |
| 10-13 | 3         | DEPOSIT               | 300 00  |
| 10-13 | 6         | DEPOSIT               | 1331 00 |
| 10-15 | 9         | DEPOSIT               | 1115 00 |
| 10-19 | 16        | DEPOSIT               | 885 00  |
| 10-21 | 2         | DEPOSIT               | 1351 00 |
| 10-21 | 2         | CREDIT MEMO           | 100 00  |
| 10-22 | 2         | DEBIT MEMO            | 2.00-   |
| 10-26 | 9         | DEPOSIT               | 560 00  |
| 10-26 | 17        | WT FEE                | 22.00-  |
| 10-26 | 17        | OT  JOSEPHINE TIFLER  | 500 00- |

----------------------------------CHECKS PAID------------------------------

| Ck  No  | Date   | Amount  | Ck  No  | Date   | Amount  |
|---------|--------|---------|---------|--------|---------|
| 1378    | 10-05  | 3060 00 | 1389    | 10-21  | 341 97  |
| 1381*   | 10-02  | 800 00  | 1390    | 10-23  | 153.00  |
| 1382    | 10-13  | 34 18   | 1391    | 10-21  | 409 00  |
| 1383    | 10-14  | 87 65   | 1393*   | 10-21  | 958 09  |
| 1384    | 10-14  | 465 00  | 1394    | 10-23  | 61 53   |
| 1386*   | 10-20  | 3494 00 | 1395    | 10-23  | 233 26  |
| 1387    | 10-16  | 400 00  | 1399*   | 10-30  | 122 60  |
| 1388    | 10-20  | 293 76  |         |        |         |

```
          * Gap in check number sequence
```

------------------------ATM AND ELECTRONIC ACTIVITY------------------------

| Date  | Bank Code | Description                    | Amount  |
|-------|-----------|--------------------------------|---------|
| 10-16 | 2289      | CAPITAL ONE ARC  CHECK PYMT    | 309 00- |
|       |           | SERIAL NUMBER  1385 ███████    |         |

---------------------------SERVICE CHARGE SUMMARY--------------------------

| Service Charge | Date  |
|----------------|-------|
| 18 19          | 10-31 |

----------------------------DAILY BALANCE SUMMARY--------------------------

| Date  | Balance | Date  | Balance | Date  | Balance |          |
|-------|---------|-------|---------|-------|---------|----------|
| 9-30  | 8341 58 | 10-01 | 8291 58 | 10-02 | 7491 58 |          |
| 10-05 | 4711 58 | 10-07 | 5004 67 | 10-13 | 6601 49 | (Cont'd) |



First State Bank of the Florida Keys

Page   2
Checking
Period Ending 10-31-09
Acct  No
Enclosures            16

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

| 10-14 | 6048 64 | 10-15 | 7163 64 | 10-16 | 6454 64 |
| 10-19 | 7339 64 | 10-20 | 3551 88 | 10-21 | 3293 82 |
| 10-22 | 3291 82 | 10-23 | 2844 03 | 10-26 | 2882 03 |
| 10-30 | 2759 43 | 10-31 | 2741 24 | | |



```
                                            Page    1
                                Checking
                                Period Ending 11-30-09
                                Acct  No         ████████
                                Enclosures            9
```

```
          JAMES J AURELIO
          DBA GUYS TOWING SALE AND SERVICE
          PO BOX 528
          TAVERNIER FL 33070-0528
```

```
          BUSINESS CHECKING ACCOUNT        ████████
          Previous Balance    10-31-09       6,774.67
          +Deposits/Credits          9        9,140 40
          -Checks/Debits            16       10,699 38
          -Service Charge                        18 46
          Current Balance                     1,163 80
```

---------------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 11-02 | 10 | DEPOSIT | 1046 00 |
| 11-02 | 10 | CREDIT MEMO | 2 00 |
| 11-02 | 10930 | TRANSFER TO CHECKING | 1025 00- |
| 11-03 | 2 | DEPOSIT | 3260 00 |
| 11-04 | 7 | DEPOSIT | 275 00 |
| 11-09 | 5 | DEPOSIT | 1009 00 |
| 11-12 | 5 | DEPOSIT | 735 00 |
| 11-18 | 7 | DEPOSIT | 625 00 |
| 11-24 | 8 | DEPOSIT | 188 40 |
| 11-25 | 2 | DEPOSIT | 2000 00 |
| 11-25 | 20 | WT FEE | 22 00- |
| 11-25 | 20 | OT  JOSEPHINE TIFLER | 2000 00 |

-----------------------------------CHECKS PAID--------------------------------

| Ck  No | Date | Amount | Ck  No | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1392 | 11-02 | 300 00 | 1402 | 11-05 | 3063 75 |
| 1396* | 11-06 | 1340 00 | 1405* | 11-18 | 169 06 |
| 1397 | 11-03 | 100 00 | 1406 | 11-17 | 209 00 |
| 1400* | 11-02 | 600 00 | 1409* | 11-27 | 782 71 |
| 1401 | 11-04 | 549 00 | | | |

```
          * Gap in check number sequence
```

---------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 11-02 | 1306 | Premier Cr Card  CHECKPAYMT<br>SERIAL NUMBER  1398<br>***********0340 | 185 00- |
| 11-16 | 2320 | CAPITAL ONE ARC  CHECK PYMT<br>SERIAL NUMBER  1403<br>████████ | 161 00- |
| 11-25 | 5328 | OHIO ED        BILL PYMT<br>SERIAL NUMBER  1408<br>████████ | 102 86- |
| 11-27 | 1331 | Premier Cr Card  CHECKPAYMT<br>SERIAL NUMBER  1407<br>***********0340 | 90 00- |

-----------------------------SERVICE CHARGE SUMMARY--------------------------

| Service Charge | Date |
|----------------|------|
| 18 46 | 11-30 |

(Cont'd)

First State Bank of the Florida Keys

Page   2

Checking
Period Ending 11-30-09
Acct  No      ███████
Enclosures          9.

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

-------------------------------DAILY BALANCE SUMMARY-------------------------

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10-31 | 2741 24 | 11-02 | 1679 24 | 11-03 | 4839 24 |
| 11-04 | 4565 24 | 11-05 | 1501 49 | 11-06 | 161 49 |
| 11-09 | 1170 49 | 11-12 | 1905 49 | 11-16 | 1744 49 |
| 11-17 | 1535 49 | 11-18 | 1991.43 | 11-24 | 2179 83 |
| 11-25 | 2054 97 | 11-27 | 1182 26 | 11-30 | 1163 80 |

THE UNLAWFUL INTERNET GAMBLING ACT OF 2006 PROHIBITS A
BANK FROM PROCESSING RESTRICTED TRANSACTIONS THROUGH
YOUR BUSINESS ACCOUNT.  PLEASE SEE OUR WEBSITE
WWW KEYSBANK COM FOR MORE INFORMATION

```
                                          Page    1
                             Checking
                             Period Ending 12-31-09
                             Acct  No
                             Enclosures        12
```

```
              JAMES J AURELIO
              DBA GUYS TOWING SALE AND SERVICE
              PO BOX 528
              TAVERNIER FL 33070-0528
```

```
              BUSINESS CHECKING ACCOUNT
              Previous Balance    11-30-09        1,163 80
              +Deposits/Credits        13        11,913 00
              -Checks/Debits           17         9,774 64
              -Service Charge                        19 89
              Current Balance                     3,282 27
```

-------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 12-01 | 2 | DEPOSIT | 2275 00 |
| 12-01 | 10933 | TRANSFER TO CHECKING | 1025 00- |
| 12-02 | 2 | DEPOSIT | 609.00 |
| 12-03 | 7 | DEPOSIT | 486.00 |
| 12-04 | 4 | DEPOSIT | 1377 00 |
| 12-09 | 2 | DEPOSIT | 725 00 |
| 12-09 | 4 | DEPOSIT | 150 00 |
| 12-10 | 7 | DEPOSIT | 500 00 |
| 12-11 | 7 | DEPOSIT | 2233 00 |
| 12-15 | 2 | DEPOSIT | 200 00 |
| 12-21 | 20 | DEPOSIT | 235 00 |
| 12-23 | 2 | DEPOSIT | 1073 00 |
| 12-23 | 2 | CREDIT MEMO | 50 00 |
| 12-24 | 9 | DEPOSIT | 2000 00 |
| 12-24 | 3 | DEBIT MEMO | 2.00- |

-------------------------------CHECKS PAID----------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1410 | 12-03 | 207 00 | 1416 | 12-16 | 343 96 |
| 1411 | 12-07 | 500 00 | 1417 | 12-16 | 1474 14 |
| 1412 | 12-09 | 239 52 | 1419* | 12-22 | 101 00 |
| 1413 | 12-08 | 500 00 | 1420 | 12-28 | 740.89 |
| 1414 | 12-08 | 3063 75 | 1421 | 12-30 | 850 02 |
| 1415 | 12-10 | 414 00 | | | |

```
              * Gap in check number sequence
```

---------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 12-09 | 5342 | CLARKE AMERICAN  CHK ORDER | 26.82- |
| | | JAMES J AURELIO | |
| 12-18 | 1352 | CAPITAL ONE ARC  CHECK PYMT | 85 00- |
| | | SERIAL NUMBER  1418 | |
| | | 5 | |
| 12-23 | 5356 | CLARKE AMERICAN  CHK ORDER | 36 09- |
| | | JAMES J AURELIO | |
| 12-28 | 2362 | SPRINT8006396111 ACHBILLPAY | 165 45- |
| | | JAMES J AURELIO | |

-----------------------------SERVICE CHARGE SUMMARY------------------------

| Service Charge | Date | |
|----------------|------|--|
| 19 89 | 12-31 | (Cont'd) |

First State Bank of the Florida Keys

                              Page   2
                    Checking
                    Period Ending 12-31-09
                    Acct  No.        ████████
                    Enclosures            12


JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070


------------------------------DAILY BALANCE SUMMARY------------------------
| Date  | Balance | Date  | Balance | Date  | Balance |
|-------|---------|-------|---------|-------|---------|
| 11-30 | 1163 80 | 12-01 | 2413 80 | 12-02 | 3022 80 |
| 12-03 | 3301 80 | 12-04 | 4678 80 | 12-07 | 4178 80 |
| 12-08 | 615 05  | 12-09 | 1223 71 | 12-10 | 1309.71 |
| 12-11 | 3542 71 | 12-15 | 3742 71 | 12-16 | 1924 61 |
| 12-18 | 1839 61 | 12-21 | 2074 61 | 12-22 | 1973 61 |
| 12-23 | 3060 52 | 12-24 | 5058 52 | 12-28 | 4152 18 |
| 12-30 | 3302 16 | 12-31 | 3282 27 |       |         |


THE UNLAWFUL INTERNET GAMBLING ACT OF 2006 PROHIBITS A
BANK FROM PROCESSING RESTRICTED TRANSACTIONS THROUGH
YOUR BUSINESS ACCOUNT   PLEASE SEE OUR WEBSITE
WWW KEYSBANK COM FOR MORE INFORMATION