# DEC. EXHIBIT E

```
                                              Page    1
                             Checking
                             Period Ending  1-31-10
                             Acct  No      █████████
                             Enclosures           12




          JAMES J AURELIO
          DBA GUYS TOWING SALE AND SERVICE
          PO BOX 528
          TAVERNIER FL 33070-0528




          BUSINESS CHECKING ACCOUNT                █████████
          Previous Balance     12-31-09        3,282 27
          +Deposits/Credits          9         7,516 37
          -Checks/Debits            17         8,937 31
          -Service Charge                          48 39
          Current Balance                      1,812 94
--------------------------DEPOSITS AND OTHER ACTIVITY----------------------
   Date    Bank Code   Description                       Amount
   1-04        10      DEPOSIT                          1123 37
   1-04     11000      TRANSFER TO CHECKING             1025 00-
   1-05        38      DEPOSIT                           802 00
   1-06         5      DEPOSIT                            65 00
   1-06       960      STOP PAYMENT FEE                   30 00-
   1-07         3      DEPOSIT                          1860 00
   1-11         4      DEPOSIT                           600 00
   1-12         2      DEPOSIT                           475 00
   1-14         2      DEPOSIT                           791 00
   1-19         5      DEPOSIT                          1000 00
   1-19                RETURNED CHECK                    800 00
---------------------------------CHECKS PAID-----------------------------
     Ck  No   Date       Amount      Ck  No   Date        Amount
        1422  1-04       678 57         1430  1-13        116 25
        1423  1-06        33 73         1431  1-19         44 89
        1424  1-04       655 70         1432  1-19        100.00
        1425  1-05       492 13         1433  1-21        166 92
        1427* 1-05       401 00         1435* 1-26        348 38
        1428  1-07      3063 75         1437* 1-29        850 02
        1429  1-15       800 00

                 * Gap in check number sequence

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------
   Date    Bank Code   Description                       Amount
   1-07       1007     CAPITAL ONE ARC  CHECK PYMT        58 00-
                       SERIAL NUMBER  1426
                       ███████████████████████
   1-25       4022     OHIO ED          BILL PYMT         77.97-
                       SERIAL NUMBER  1434
   1-29       1029     Premier Cr Card  CHECKPAYMT        25 00-
                       SERIAL NUMBER  1436
                       ************0340

-----------------------------SERVICE CHARGE SUMMARY----------------------
       Service Charge                       Date
           18 39                            1-31

-----------------------------DAILY BALANCE SUMMARY-----------------------
     Date    Balance    Date     Balance    Date     Balance
     12-31   3282 27    1-04     2046 37    1-05     1955 24    (Cont'd)
```



First State Bank of the Florida Keys

Page   2

Checking
Period Ending  1-31-10
Acct. No ███████████
Enclosures             12

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

| 1-06 | 1956 51 | 1-07 | 694 76 | 1-11 | 1294 76 |
| 1-12 | 1769 76 | 1-13 | 1653 51 | 1-14 | 2444 51 |
| 1-15 | 1644 51 | 1-19 | 3299 62 | 1-21 | 3132 70 |
| 1-25 | 3054 73 | 1-26 | 2706 35 | 1-29 | 1831 33 |
| 1-31 | 1812 94 | | | | |



```
                                        Page    1
                              Checking
                              Period Ending  2-28-10
                              Acct  No      ███████████
                              Enclosures              19
```

```
          JAMES J AURELIO
          DBA GUYS TOWING SALE AND SERVICE
          PO BOX 528
          TAVERNIER FL 33070-0528
```

### BUSINESS CHECKING ACCOUNT

| | | Amount |
|---|---|---|
| Previous Balance | 1-31-10 | 1,812 94 |
| +Deposits/Credits | 7 | 8,543 00 |
| −Checks/Debits | 22 | 8,396 63 |
| −Service Charge | | 17 75 |
| Current Balance | | 1,941 56 |

---------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 2-01 | 3 | DEPOSIT | 2300 00 |
| 2-01 | 11003 | TRANSFER TO CHECKING | 1025.00- |
| 2-03 | 2 | DEPOSIT | 1600.00 |
| 2-05 | 2 | DEPOSIT | 756 00 |
| 2-08 | 18 | DEPOSIT | 725 00 |
| 2-12 | 4 | DEPOSIT | 1000 00 |
| 2-19 | 4 | DEPOSIT | 650 00 |
| 2-25 | 6 | DEPOSIT | 1512 00 |

-------------------------------CHECKS PAID-----------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|---|---|---|---|---|---|
| 1438 | 2-02 | 64 00 | 1449 | 2-16 | 193 89 |
| 1439 | 2-05 | 385 63 | 1450 | 2-11 | 427 95 |
| 1440 | 2-04 | 87 85 | 1451 | 2-17 | 500 00 |
| 1441 | 2-04 | 292 78 | 1454* | 2-24 | 92 63 |
| 1442 | 2-04 | 205 39 | 1455 | 2-23 | 100 00 |
| 1443 | 2-05 | 100 00 | 1456 | 2-26 | 850 02 |
| 1445* | 2-05 | 2000 00 | 1457 | 2-26 | 165 12 |
| 1446 | 2-16 | 494 41 | 1458 | 2-25 | 70 56 |
| 1447 | 2-09 | 250 00 | 1459 | 2-25 | 563 75 |
| 1448 | 2-11 | 320 00 | | | |

```
              * Gap in check number sequence
```

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 2-19 | 2050 | CAPITAL ONE ARC   CHECK PYMT | 45 05- |
| | | SERIAL NUMBER  1453 | |
| 2-22 | 4050 | OHIO ED         BILL PYMT | 162.60- |
| | | SERIAL NUMBER  1452 | |

-------------------------------SERVICE CHARGE SUMMARY------------------------

| Service Charge | Date |
|---|---|
| 17 75 | 2-28 |

-------------------------------DAILY BALANCE SUMMARY------------------------

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1-31 | 1812 94 | 2-01 | 3087 94 | 2-02 | 3023 94 |
| 2-03 | 4623 94 | 2-04 | 4037 92 | 2-05 | 2308 29 |
| 2-08 | 3033.29 | 2-09 | 2783 29 | 2-11 | 2035 34 |
| 2-12 | 3035 34 | 2-16 | 2347 04 | 2-17 | 1847 04 (Cont'd) |



First State Bank of the Florida Keys

```
                        Page    2
            Checking
            Period Ending  2-28-10
            Acct  No        ███████
            Enclosures            19
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

| 2-19 | 2451 99 | 2-22 | 2289 39 | 2-23 | 2189 39 |
|------|---------|------|---------|------|---------|
| 2-24 | 2096 76 | 2-25 | 2974 45 | 2-26 | 1959 31 |
| 2-28 | 1941 56 |      |         |      |         |

```
                                    Page    1
                              Checking
                         11,  Period Ending  3-31-10
                              Acct  No.     ████████
                              Enclosures          8




        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528




        BUSINESS CHECKING ACCOUNT        ████████
        Previous Balance    2-28-10         1,941 56
        +Deposits/Credits          9        8,596 00
        -Checks/Debits            14        6,318 49
        -Service Charge                        18 35
        Current Balance                     4,200 72
```

```
-------------------------DEPOSITS AND OTHER ACTIVITY-------------------------
Date    Bank Code   Description                          Amount
3-01       11006    TRANSFER TO CHECKING                1025 00-
3-04           3    DEPOSIT                             1940 00
3-09           2    DEPOSIT                              250.00
3-10          26    DEPOSIT                              200 00
3-17           5    DEPOSIT                              850 00
3-18           2    DEPOSIT                              500 00
3-23           3    DEPOSIT                             1095.00
3-25           4    DEPOSIT                             2008 00
3-30           2    DEPOSIT                             1153 00
3-31           4    DEPOSIT                              600 00
--------------------------------CHECKS PAID---------------------------------
      Ck  No   Date     Amount        Ck  No   Date      Amount
      1460  3-01       250 00        1468*  3-26       106 50
      1462* 3-08       150 00        1469   3-23       198 63
      1463  3-05      2000 00        1470   3-24      1000 00
      1464  3-10       267 00        1471   3-26       850 02

              * Gap in check number sequence

-----------------------ATM AND ELECTRONIC ACTIVITY-------------------------
Date    Bank Code   Description                          Amount
3-02        1061    CAPITAL ONE ARC  CHECK PYMT          80 00-
                    SERIAL NUMBER  1461

3-15        1074    Premier Cr Card  CHECKPAYMT          20 00-
                    SERIAL NUMBER  1465
                    ************0340

3-16        2075    CAPITAL ONE ARC  CHECK PYMT          45 00-
                    SERIAL NUMBER  1466

3-17        1076    GEICO            CHECKPAYMT         207 25-
                    SERIAL NUMBER. 1467

3-29        1088    Premier Cr Card  CHECKPAYMT         119 09-
                    SERIAL NUMBER  1472 ,
                    ************0340

----------------------------SERVICE CHARGE SUMMARY--------------------------
     Service Charge                      Date
         18.35                           3-31
```

                                                        (Cont'd)

First State Bank of the Florida Keys

```
                              Page    2
                   Checking
                   Period Ending  3-31-10
                   Acct  No        ██████
                   Enclosures              8
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
-----------------------------DAILY BALANCE SUMMARY------------------------
    Date        Balance   Date        Balance   Date        Balance
    2-28       1941.56    3-01         666.56    3-02        586 56
    3-04       2526 56    3-05         526.56    3-08        376 56
    3-09        626 56    3-10         559 56    3-15        539 56
    3-16        494 56    3-17        1137 31    3-18       1637 31
    3-23       2533 68    3-24        1533 68    3-25       3541 68
    3-26       2585 16    3-29        2466 07    3-30       3619 07
    3-31       4200 72
```

```
                                         Page   1
                          Checking
                          Period Ending  4-30-10
                          Acct  No        ███████
                          Enclosures             12



            JAMES J AURELIO
            DBA GUYS TOWING SALE AND SERVICE
            PO BOX 528
            TAVERNIER FL 33070-0528




            BUSINESS CHECKING ACCOUNT       ███████
            Previous Balance     3-31-10     4,200 72
            +Deposits/Credits        10     11,125 00
            -Checks/Debits           14      6,440 33
            -Service Charge                     17 18
            Current Balance                  8,868 21
-------------------------DEPOSITS AND OTHER ACTIVITY------------------------
Date     Bank Code    Description                         Amount
4-01        11009    TRANSFER TO CHECKING                1025 00-
4-06            3    DEPOSIT                              1037 00
4-12            2    DEPOSIT                              1085 00
4-13            6    DEPOSIT                              1298 00
4-16            3    DEPOSIT                               175 00
4-19            3    DEPOSIT                               140 00
4-22            1    DEPOSIT                               400 00
4-23            1    DEPOSIT                              6000 00
4-26            2    DEPOSIT                               575 00
4-29            3    DEPOSIT                                65 00
4-30            2    DEPOSIT                               350 00
------------------------------CHECKS PAID----------------------------
      Ck  No  Date      Amount       Ck  No  Date      Amount
      1473  4-02      456.47         1479  4-08        98 00
      1474  4-06       87 85         1480  4-12       391 00
      1475  4-08     2150 00         1482* 4-15       274 00
      1476  4-23      250 00         1484* 4-19       157 50
      1477  4-07      126 23         1485  4-16        22 37
      1478  4-13      482 39         1486  4-26       850 02

             * Gap in check number sequence

-------------------------ATM AND ELECTRONIC ACTIVITY-----------------------
Date     Bank Code    Description                         Amount
4-15         1105    CAPITAL ONE ARC  CHECK PYMT           69 50-
                     ████████████████████████

------------------------------SERVICE CHARGE SUMMARY-----------------------
     Service Charge                        Date
          17 18                            4-30

------------------------------DAILY BALANCE SUMMARY-----------------------
   Date      Balance    Date      Balance    Date      Balance
   3-31      4200 72    4-01      3175 72    4-02      2719 25
   4-06      3668 40    4-07      3542 17    4-08      1294 17
   4-12      1988 17    4-13      2803 78    4-15      2460 28
   4-16      2612 91    4-19      2595 41    4-22      2995 41
   4-23      8745 41    4-26      8470 39    4-29      8535 39
   4-30      8868.21
```



```
                                    Page    1
                            Checking
                            Period Ending  5-31-10
                            Acct No.      ███████
                            Enclosures          13
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT        ████████
        Previous Balance      4-30-10        8,868 21
        +Deposits/Credits           8        6,496 00
        -Checks/Debits             19       11,737 82
        -Service Charge                         18 05
        Current Balance                      3,608 34
```

```
-------------------------DEPOSITS AND OTHER ACTIVITY-----------------------
Date      Bank Code    Description                      Amount
5-03          2        DEPOSIT                          752 00
5-03        11012      TRANSFER TO CHECKING            1025 00-
5-05          3        DEPOSIT                          150 00
5-06          3        DEPOSIT                          330 00
5-07          7        DEPOSIT                           50 00
5-07         17        WT FEE                            22 00-
5-07         17        OT  JAMES W WATSON              4900 00-
5-13          2        DEPOSIT                         1310 00
5-14          4        DEPOSIT                         1361 00
5-17          4        DEPOSIT                          753 00
5-25          2        DEPOSIT                         1790 00
```

```
----------------------------------CHECKS PAID---------------------------------
      Ck  No   Date       Amount        Ck  No   Date       Amount
      1487  5-04         256 00         1498* 5-18         397 37
      1488  5-17         484 08         1499  5-20         101 25
      1489  5-04         172 00         1500  5-19          81 53
      1490  5-05        2140 00         1501  5-19          87 75
      1494* 5-20          75 00         1504* 5-27         850 02
      1495  5-14         168 39         1505  5-28          44 43
      1496  5-20          61 00
```

```
                    * Gap in check number sequence
```

```
-------------------------ATM AND ELECTRONIC ACTIVITY----------------------
Date      Bank Code    Description                      Amount
5-14         2134      CAPITAL ONE ARC  CHECK PYMT      632 00-
                       SERIAL NUMBER  1492 ████████

5-14         1134      Premier Cr Card  CHECKPAYMT      100 00-
                       SERIAL NUMBER  1493
                       ************0340
5-27         1147      Premier Cr Card  CHECKPAYMT      140 00-
                       SERIAL NUMBER. 1503
                       ************0340
```

```
--------------------------SERVICE CHARGE SUMMARY-----------------------
      Service Charge                           Date
          18 05                                5-31
```

```
--------------------------DAILY BALANCE SUMMARY-----------------------
      Date      Balance    Date      Balance    Date      Balance
      4-30      8868 21    5-03      8595 21    5-04      8167 21    (Cont'd)
```

First State Bank of the Florida Keys

```
                          Page    2
Checking
Period Ending  5-31-10
Acct  No      ██████████
Enclosures            13
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

| | | | | | |
|---|---|---|---|---|---|
| 5-05 | 6177 21 | 5-06 | 6507 21 | 5-07 | 1635 21 |
| 5-13 | 2945 21 | 5-14 | 3405 82 | 5-17 | 3674 74 |
| 5-18 | 3277 37 | 5-19 | 3108 09 | 5-20 | 2870 84 |
| 5-25 | 4660 84 | 5-27 | 3670 82 | 5-28 | 3626 39 |
| 5-31 | 3608 34 | | | | |

```
                                        Page    1
                          Checking
                          Period Ending  6-30-10
                          Acct  No      ████████
                          Enclosures            11
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

### BUSINESS CHECKING ACCOUNT   ████████

| | | | |
|---|---|---|---|
| Previous Balance | 5-31-10 | | 3,608 34 |
| +Deposits/Credits | 7 | | 7,870.06 |
| -Checks/Debits | 14 | | 7,813 60 |
| -Service Charge | | | 17 28 |
| Current Balance | | | 3,647 52 |

------------------------DEPOSITS AND OTHER ACTIVITY------------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 6-01 | 11015 | TRANSFER TO CHECKING | 1025 00- |
| 6-02 | 7 | DEPOSIT | 2000 00 |
| 6-03 | 9 | DEPOSIT | 915 00 |
| 6-14 | 2 | DEPOSIT | 666 00 |
| 6-16 | 20 | DEPOSIT | 1217 00 |
| 6-17 | 9 | DEPOSIT | 892 06 |
| 6-23 | 2 | DEPOSIT | 410 00 |
| 6-30 | 4 | DEPOSIT | 1770 00 |

------------------------------CHECKS PAID------------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1502 | 6-01 | 217 70 | 1513* | 6-16 | 192 11 |
| 1506* | 6-04 | 1000 00 | 1515* | 6-22 | 94 40 |
| 1507 | 6-03 | 2140 00 | 1516 | 6-22 | 181 34 |
| 1509* | 6-07 | 600 00 | 1517 | 6-23 | 850 02 |
| 1510 | 6-08 | 307 00 | 1518 | 6-30 | 250 00 |
| 1511 | 6-17 | 476 03 | | | |

        * Gap in check number sequence

------------------------ATM AND ELECTRONIC ACTIVITY------------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 6-11 | 2162 | CAPITAL ONE ARC  CHECK PYMT | 338 00- |
| | | SERIAL NUMBER  1512 ████████ | |
| 6-22 | 1173 | CAPITAL ONE ARC  CHECK PYMT | 142 00- |
| | | SERIAL NUMBER  1514 ████████ | |

------------------------------SERVICE CHARGE SUMMARY------------------------------

| Service Charge | Date |
|----------------|------|
| 17.28 | 6-30 |

------------------------------DAILY BALANCE SUMMARY------------------------------

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5-31 | 3608 34 | 6-01 | 2365 64 | 6-02 | 4365 64 |
| 6-03 | 3140 64 | 6-04 | 2140 64 | 6-07 | 1540 64 |
| 6-08 | 1233 64 | 6-11 | 895 64 | 6-14 | 1561 64 |
| 6-16 | 2586 53 | 6-17 | 3002 56 | 6-22 | 2584 82 |
| 6-23 | 2144 80 | 6-30 | 3647 52 | | |



**FIRST STATE BANK**
KEYS OF THE FLORIDA KEYS

P.O. Box 1579
Key West, FL
33041-1579

Return Service Requested

**KEYSBANK.COM • 11 KEYS OFFICES**

Key West 305.296 8535    Marathon 305.289.4393
Lower Keys 305.872·4778    Upper Keys 305 852 2070

Page    1
Checking
Period Ending   7-31-10
Acct. No.
Enclosures         10

003721 0.7839 AT 0.357          TR00014

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

BUSINESS CHECKING ACCOUNT
Previous Balance      6-30-10         3,647.52
+Deposits/Credits         14          9,968.00
-Checks/Debits            16          9,442.64
-Service Charge                          18.85
Current Balance                       4,154.03

-----------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 7-01 | 8 | DEPOSIT | 1000.00 |
| 7-01 | 11018 | TRANSFER TO CHECKING | 1025.00- |
| 7-06 | 2 | DEPOSIT | 150.00 |
| 7-06 | 2 | DEPOSIT | 800.00 |
| 7-08 | 1 | DEPOSIT | 375.00 |
| 7-08 | 32 | DEPOSIT | 657.00 |
| 7-12 | 7 | DEPOSIT | 700.00 |
| 7-13 | 1 | DEPOSIT | 465.00 |
| 7-13 | 12 | WIRE TRANSFER FEE | 22.00- |
| 7-13 | 12 | OT: JOSEPHIN TISLER | 3000.00 |
| 7-14 | 2 | DEPOSIT | 3256.00 |
| 7-19 | 9 | DEPOSIT | 100.00 |
| 7-20 | 1 | DEPOSIT | 565.00 |
| 7-20 | 23 | DEPOSIT | 250.00 |
| 7-22 | 1 | DEPOSIT | 200.00 |
| 7-29 | 22 | DEPOSIT | 450.00 |

-----------------------CHECKS PAID-----------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---------|------|--------|---------|------|--------|
| 1519 | 7-09 | 88.00 | 1526 | 7-26 | 500.00 |
| 1522* | 7-06 | 2140.00 | 1527 | 7-16 | 320.00 |
| 1523 | 7-29 | 485.41 | 1528 | 7-20 | 330.00 |
| 1524 | 7-12 | 217.70 | 1529 | 7-26 | 65.12 |
| 1525 | 7-26 | 91.75 | 1531* | 7-30 | 850.02 |

* Gap in check number sequence

-----------------------ATM AND ELECTRONIC ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 7-08 | 1189 | Premier Cr Card  CHECKPAYMT SERIAL NUMBER: 1520 ************0340 | 141.25- |
| 7-15 | 2196 | PAYPAL          TRANSFER JAMES AURELIO | 1000.00 |
| 7-16 | 1197 | SPRINT8006396111 ACHBILLPAY JAMES AURELIO | 136.39- |
| 7-22 | 4202 | CAPITAL ONE      ONLINE PMT | 30.00- |

-----------------------SERVICE CHARGE SUMMARY-----------------------

| Service Charge | Date |
|----------------|------|
| 18.85 | 7-31 |

(Cont'd)

3307005282B

Page
Checking
Period Ending 7-31-10
Acct. No. [illegible]
Enclosures 10

JAMES C AURELIO
DBA CUYS TOWING SALE AND SERVICE
PO BOX 528
T VERNIER FL [illegible]

BUSINESS CHECKING ACCOUNT [illegible]

| | | |
|---|---|---|
| Previous Balance | 6-30-10 | 3,647.52 |
| Deposits/Credits | 14 | 3,986.01 |
| Checks/Debits | 6 | 2,4?2.6? |
| Service Charge | | 18.65 |
| Current Balance | | 1,171.0? |

---DEPOSITS AND OTHER ACTIVITY---

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 7-01 | 8 | DEPOSIT | 1000.00 |
| 7-02 | 8 [illegible] | TRANSFER TO CHECKING | 1025.05- |
| 7-06 | | DEPOSIT | 150.00 |
| 7-06 | | DEPOSIT | [illegible] |
| 7-06 | | DEPOSIT | 375.00 |
| 7-06 | | DEPOSIT | 657.00 |
| 7-12 | | DEPOSIT | 700.00 |
| 7-13 | | DEPOSIT | 465.00 |
| 7-13 | | WIRE TRANSFER FEE | [illegible]- |
| 7-13 | | TO JOSEPHIN TILLER | 3000.00- |
| 7-14 | | DEPOSIT | [illegible] |
| 7-19 | | DEPOSIT | 100.00 |
| 7-26 | | DEPOSIT | 565.00 |
| 7-20 | | DEPOSIT | 250.00 |
| 7-22 | | DEPOSIT | 200.00 |
| 7-29 | | DEPOSIT | 450.00 |

---CHECKS PAID---

| Ck No. | Date | Amount | Ck No. | Date | Amount |
|---|---|---|---|---|---|
| 1116 | 7-06 | 88.00 | 1521 | [illegible] | 300.00 |
| 1522 | 7-09 | 2150.00 | 1527 | 7-16 | 120.00 |
| 1527 | 7-29 | [illegible] | 1528 | 7-23 | 330.00 |
| 1574 | [illegible] | [illegible] | 1529 | 7-26 | 65.11 |
| 1525 | 7-26 | [illegible] | 1531* | 7-30 | 850.00 |

* Gap in check number sequence

---ATM AND ELECTRONIC ACTIVITY---

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 7-06 | [illegible] | PREMIER CR CARD CHECKPY [illegible] SERIAL NUMBER: 1520 [illegible] | 141.25- |
| 7-1? | 2[illegible] | TRANSFER [illegible] JAMES AURELIO C | 1000.00 |
| 7-16 | 11[illegible] | [illegible] JAMES AURELIO | 136.39- |
| 7-2? | 42[illegible] | CAPITAL ONE ONLINE PMT [illegible] JAMES AURELIO | 30.00- |

---SERVICE CHARGE SUMMARY---

Service Charge 18.65
Date 7-31

(Cont'd)

First State Bank of the Florida Keys

```
                    Page    2
Checking
Period Ending  7-31-10
Acct  No       ██████████
Enclosures          10
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
-------------------------------DAILY BALANCE SUMMARY-----------------------
    Date          Balance     Date          Balance     Date          Balance
    6-30          3647 52     7-01          3622 52     7-06          2432 52
    7-08          3323 27     7-09          3235 27     7-12          3717 57
    7-13          1160 57     7-14          4416.57     7-15          5416.57
    7-16          4960 18     7-19          5060 18     7-20          5545 18
    7-22          5715 18     7-26          5058 31     7-29          5022 90
    7-30          4172 88     7-31          4154 03
```

```
                                           Page    1
                                 Checking
                                 Period Ending  8-31-10
                                 Acct  No        ████████
                                 Enclosures            18
```

```
          JAMES J AURELIO
          DBA GUYS TOWING SALE AND SERVICE
          PO BOX 528
          TAVERNIER FL 33070-0528
```

```
          BUSINESS CHECKING ACCOUNT         ████████
          Previous Balance     7-31-10      4,154 03
          +Deposits/Credits         10     13,524 00
          -Checks/Debits            29     12,489 66
          -Service Charge                       19 40
          Current Balance                    5,168 97
```

-------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 8-02 | 5 | DEPOSIT | 315 00 |
| 8-02 | 11021 | TRANSFER TO CHECKING | 1025 00- |
| 8-10 | 24 | DEPOSIT | 270 00 |
| 8-12 | 29 | DEPOSIT | 1667 00 |
| 8-13 | 3 | DEPOSIT | 2000.00 |
| 8-16 | 8 | DEPOSIT | 500 00 |
| 8-17 | 15 | WIRE TRANSFER FEE | 22 00- |
| 8-17 | 15 | OT  JOSEPHIN TISLER | 1000 00- |
| 8-18 | 7 | DEPOSIT | 650 00 |
| 8-20 | 2 | DEPOSIT | 300 00 |
| 8-24 | 4 | DEPOSIT | 300 00 |
| 8-27 | 10 | CREDIT MEMO | 2522 00 |
| 8-27 | 13 | WIRE TRANSFER FEE | 22 00- |
| 8-27 | 13 | OT  CRISTOPHER SOX BBK | 2500 00- |
|      |   | SUNTRUST BANK, ATLANTA, GA | |
|      |   | 1901 US HIGHWAY 27 SOUTH | |

----------------------------CHECKS PAID---------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1508 | 8-17 | 70 68 | 1541 | 8-19 | 218 15 |
| 1530* | 8-02 | 463 12 | 1542 | 8-23 | 200 00 |
| 1533* | 8-18 | 248 73 | 1543 | 8-23 | 65 12 |
| 1534 | 8-04 | 2140 00 | 1545* | 8-20 | 189 80 |
| 1536* | 8-16 | 471 50 | 1546 | 8-25 | 629 17 |
| 1537 | 8-10 | 540 00 | 1547 | 8-18 | 200 00 |
| 1538 | 8-18 | 100 00 | 1548 | 8-24 | 163 50 |
| 1539 | 8-18 | 50 60 | 1552* | 8-27 | 850 02 |
| 1540 | 8-18 | 217.70 | 1554* | 8-31 | 178 00 |

```
          * Gap in check number sequence
```

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 8-02 | 2214 | PAYPAL          TRANSFER | 5000.00 |
|      |   | JAMES AURELIO | |
| 8-02 | 1214 | Premier Cr Card  CHECKPAYMT | 117 50- |
|      |   | SERIAL NUMBER  1532 | |
|      |   | ***********0340 | |
| 8-20 | 2232 | CAPITAL ONE ARC  CHECK PYMT | 60 17- |
|      |   | SERIAL NUMBER  1544 | |
|      |   | ████████████ | |
| 8-23 | 1235 | Patriot Health I SIGONFILE | 428 90- |
|      |   | James Aurelio | (Cont'd) |

First State Bank of the Florida Keys

```
                              Page   2
                    Checking
                    Period Ending  8-31-10
                    Acct No        ████████ |
                    Enclosures            18
```

```
JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070
```

```
8-23          1235   BCBSF RBMS     BC BILL        51 00-
                     2-000004540040
8-24          2236   CAPITAL ONE ARC  CHECK PYMT    40 00-
                     SERIAL NUMBER  1549
                     ████████████████████
8-27          1239   Premier Cr Card  CHECKPAYMT   227 00-
                     SERIAL NUMBER  1551
                     ************0340
```

```
----------------------------SERVICE CHARGE SUMMARY-------------------------
     Service Charge                         Date
           19 40                            8-31

----------------------------DAILY BALANCE SUMMARY-------------------------
     Date      Balance    Date      Balance    Date      Balance
     7-31      4154 03    8-02      7863 41    8-04      5723 41
     8-10      5453 41    8-12      7120 41    8-13      9120 41
     8-16      9148 91    8-17      8056 23    8-18      7889 20
     8-19      7671 05    8-20      7721 08    8-23      6976 06
     8-24      7072 56    8-25      6443 39    8-27      5366 37
     8-31      5168 97
```

```
                                   Page    1
                     Checking
                     Period Ending  9-30-10
                     Acct No.       ███████
                     Enclosures              14




         JAMES J AURELIO
         DBA GUYS TOWING SALE AND SERVICE
         PO BOX 528
         TAVERNIER FL 33070-0528




         BUSINESS CHECKING ACCOUNT        ███████
         Previous Balance      8-31-10      5,168 97
         +Deposits/Credits            8      7,134.80
         -Checks/Debits              17      6,064 75
         -Service Charge                        17 46
         Current Balance                     6,221 56
```

---------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 9-01 | 11024 | TRANSFER TO CHECKING | 1025 00- |
| 9-07 | 2 | DEPOSIT | 1300 00 |
| 9-08 | 11 | DEPOSIT | 1124 00 |
| 9-14 | 6 | DEPOSIT | 673 00 |
| 9-21 | 1 | DEPOSIT | 1572 80 |
| 9-24 | 11 | DEPOSIT | 65 00 |
| 9-27 | 5 | DEPOSIT | 100 00 |
| 9-30 | 23 | DEPOSIT | 300 00 |

-------------------------------CHECKS PAID-----------------------------

| Ck No | Date | Amount | Ck No | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1555 | 9-01 | 112 88 | 1562 | 9-20 | 49 50 |
| 1556 | 9-07 | 2140 00 | 1564* | 9-22 | 50 00 |
| 1557 | 9-08 | 161 46 | 1565 | 9-28 | 87 85 |
| 1558 | 9-10 | 300 00 | 1566 | 9-21 | 44 00 |
| 1559 | 9-14 | 513 72 | 1567 | 9-23 | 300 00 |
| 1560 | 9-15 | 100 00 | 1568 | 9-27 | 200 00 |
| 1561 | 9-08 | 447 00 | 1570* | 9-30 | 200 00 |

                    * Gap in check number sequence

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 9-17 | 1260 | CAPITAL ONE ARC  CHECK PYMT<br>SERIAL NUMBER  1563<br>████████████ | 282 34- |
| 9-20 | 2263 | PAYPAL         TRANSFER<br>JAMES AURELIO | 2000 00 |
| 9-23 | 5265 | BC/BS OF FLORIDA BC/BS PREM<br>JAMES AURELIO | 51 00- |

-------------------------------SERVICE CHARGE SUMMARY--------------------------

| Service Charge | Date |
|----------------|------|
| 17 46 | 9-30 |

-------------------------------DAILY BALANCE SUMMARY--------------------------

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8-31 | 5168 97 | 9-01 | 4031 09 | 9-07 | 3191.09 |
| 9-08 | 3706 63 | 9-10 | 3406 63 | 9-14 | 3565 91 |
| 9-15 | 3465 91 | 9-17 | 3183 57 | 9-20 | 5134 07 |
| 9-21 | 6662 87 | 9-22 | 6612 87 | 9-23 | 6261 87 |
| 9-24 | 6326 87 | 9-27 | 6226.87 | 9-28 | 6139 02 |
| 9-30 | 6221 56 | | | | |

```
                                  Page    1
                          Checking
                          Period Ending 10-31-10
                          Acct  No    ████████
                          Enclosures            11
```

```
          JAMES J AURELIO
          DBA GUYS TOWING SALE AND SERVICE
          PO BOX 528
          TAVERNIER FL 33070-0528
```

```
          BUSINESS CHECKING ACCOUNT       ██████
          Previous Balance    9-30-10      6,221 56
          +Deposits/Credits        8       7,972 00
          -Checks/Debits          20      10,132 23
          -Service Charge                     18 00
          Current Balance                  4,043 33
```

------------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date  | Bank Code | Description                     | Amount   |
|-------|-----------|---------------------------------|----------|
| 10-01 | 11027     | TRANSFER TO CHECKING            | 1025 00- |
| 10-12 | 1         | DEPOSIT                         | 380 00   |
| 10-15 | 9         | DEPOSIT                         | 2000 00  |
| 10-15 | 18        | WIRE TRANSFER FEE               | 22 00-   |
| 10-15 | 18        | OT  JOSEPHIN TISLER             | 2500 00- |
| 10-19 | 2         | DEPOSIT                         | 429 00   |
| 10-20 | 4         | DEPOSIT                         | 971 00   |
| 10-20 | 9         | DEPOSIT                         | 2500 00  |
| 10-26 | 13        | WIRE TRANSFER FEE               | 22 00-   |
| 10-26 | 13        | OT  TRIAD,INC TRAVIS BARLOW     | 1400 00- |
|       |           | COMPANY                         |          |
| 10-27 | 9         | DEPOSIT                         | 767 00   |
| 10-29 | 7         | DEPOSIT                         | 225 00   |

--------------------------------CHECKS PAID----------------------------

| Ck No | Date   | Amount  | Ck No  | Date   | Amount |
|-------|--------|---------|--------|--------|--------|
| 1569  | 10-05  | 100 00  | 1577   | 10-07  | 371 00 |
| 1571* | 10-04  | 300 00  | 1579*  | 10-12  | 400 00 |
| 1572  | 10-12  | 499 57  | 1581*  | 10-29  | 67 50  |
| 1573  | 10-05  | 100 00  | 1582   | 10-20  | 500 00 |
| 1574  | 10-05  | 2140 00 | 1583   | 10-28  | 75 00  |
| 1576* | 10-07  | 102 72  |        |        |        |

          * Gap in check number sequence

------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date  | Bank Code | Description                        | Amount  |
|-------|-----------|------------------------------------|---------|
| 10-04 | 1277      | Patriot Health I SIGONFILE         | 329 90- |
|       |           | James Aurelio                      |         |
| 10-13 | 2286      | FPB CR CARD    INTERNET            | 36.54-  |
|       |           | JAMES AURELIO SR                   |         |
| 10-15 | 2288      | PAYPAL         TRANSFER            | 700 00  |
|       |           | JAMES AURELIO                      |         |
| 10-20 | 1293      | CAPITAL ONE    ONLINE PMT          | 90 00-  |
|       |           | ██████████████                     |         |
| 10-25 | 5295      | BC/BS OF FLORIDA BC/BS PREM        | 51 00-  |
|       |           | JAMES AURELIO                      |         |

------------------------SERVICE CHARGE SUMMARY--------------------------

```
       Service Charge                    Date
            18 00                        10-31
```

                                              (Cont'd)

First State Bank of the Florida Keys

```
                            Page   2
                    Checking
                    Period Ending 10-31-10
                    Acct  No.    ███████
                    Enclosures          11
```

```
JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070
```

```
-----------------------------DAILY BALANCE SUMMARY-----------------------
     Date       Balance    Date       Balance    Date       Balance
     9-30        6221 56   10-01       5196 56   10-04       4566 66
    10-05        2226 66   10-07       1752 94   10-12       1233 37
    10-13        1196 83   10-15       1374 83   10-19       1803 83
    10-20        4684 83   10-25       4633 83   10-26       3211 83
    10-27        3978 83   10-28       3903 83   10-29       4061 33
    10-31        4043 33
```

```
US TREASURY DEPT NOTICE  BANKS CAN NO LONGER ACCEPT
TT&L PAPER COUPON PAYMENTS  FIRST STATE BANK WILL NOT
ACCEPT TT&L PAPER COUPON PAYMENTS AFTER 12/15/10
QUESTIONS OR INFORMATION ON FILING VISIT WWW EFTPS GOV
```

```
                              Page    1
                     Checking
                     Period Ending 11-30-10
                     Acct  No  |
                     Enclosures          20
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT
        Previous Balance   10-31-10              4,043 33
        +Deposits/Credits          9            11,230 00
        -Checks/Debits            25            11,757 26
        -Service Charge                             18 18
        Current Balance                          3,497 89
```

------------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 11-01 | 14 | DEPOSIT | 677 00 |
| 11-01 | 11030 | TRANSFER TO CHECKING | 1025 00- |
| 11-05 | 6 | DEPOSIT | 1000 00 |
| 11-08 | 8 | DEPOSIT | 500 00 |
| 11-10 | 3 | DEPOSIT | 65 00 |
| 11-10 | 3 | MISCELLANEOUS DEBIT | 10 00- |
| 11-12 | 5 | MISCELLANEOUS DEBIT | 2 00- |
| 11-17 | 3 | DEPOSIT | 2588 00 |
| 11-22 | 9 | MISCELLANEOUS DEBIT | 500 00- |
| 11-23 | 1 | DEPOSIT | 500 00 |
| 11-29 | 1 | DEPOSIT | 850 00 |
| 11-29 | 18 | DEPOSIT | 50 00 |

-----------------------------CHECKS PAID-----------------------------

| Ck  No | Date | Amount | Ck  No | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1 | 11-17 | 3000 00 | 1590 | 11-09 | 329 00 |
| 1578* | 11-30 | 125 00 | 1591 | 11-18 | 105 00 |
| 1580* | 11-30 | 120 00 | 1592 | 11-23 | 93 75 |
| 1584* | 11-02 | 220 70 | 1594* | 11-18 | 300 00 |
| 1585 | 11-03 | 300 00 | 1595 | 11-18 | 350 00 |
| 1586 | 11-03 | 189 84 | 1596 | 11-29 | 876 83 |
| 1587 | 11-04 | 2140 00 | 1597 | 11-30 | 21 92 |
| 1588 | 11-08 | 285 41 | 1599* | 11-30 | 154 63 |
| 1589 | 11-15 | 505 40 | | | |

```
            * Gap in check number sequence
```

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 11-03 | 2307 | Patriot Health I SIGONFILE | 329 90- |
| | | James Aurelio | |
| 11-12 | 2316 | PAYPAL         TRANSFER | 5000 00 |
| | | JAMES AURELIO | |
| 11-19 | 4322 | CAPITAL ONE    ONLINE PMT | 527 00- |
| 11-19 | 1323 | WAL-MART STORES  PURCHASE | 194 88- |
| | | SERIAL NUMBER  1593 | |
| | | TERMINAL CITY  HOME  STATE  FL | |
| 11-23 | 5326 | BC/BS OF FLORIDA BC/BS PREM | 51 00- |
| | | JAMES AURELIO | |

```
                                              (Cont'd)
```

First State Bank of the Florida Keys

```
                          Page   2
             Checking
             Period Ending 11-30-10
             Acct  No        ████████
             Enclosures             20
```

```
JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070
```

```
-----------------------------SERVICE CHARGE SUMMARY-----------------------
      Service Charge                              Date
           18 18                                 11-30
```

```
-----------------------------DAILY BALANCE SUMMARY------------------------
   Date        Balance   Date       Balance   Date      Balance
   10-31       4043 33   11-01      3695 33    11-02     3474 63
   11-03       2654 89   11-04       514 89    11-05     1514 89
   11-08       1729 48   11-09      1400 48    11-10     1455 48
   11-12       6453 48   11-15      5948 08    11-17     5536 08
   11-18       4781 08   11-19      4059 20    11-22     3559 20
   11-23       3914 45   11-29      3937 62    11-30     3497 89
```

```
US TREASURY DEPT NOTICE  BANKS CAN NO LONGER ACCEPT
TT&L PAPER COUPON PAYMENTS  FIRST STATE BANK WILL NOT
ACCEPT TT&L PAPER COUPON PAYMENTS AFTER 12/15/10
QUESTIONS OR INFORMATION ON FILING VISIT WWW EFTPS GOV
```

```
                                             Page    1
                            Checking
                            Period Ending 12-31-10
                            Acct  No.        ▮▮▮▮▮▮▮
                            Enclosures           11
```

```
        JAMES J AURELIO
        DBA GUYS TOWING SALE AND SERVICE
        PO BOX 528
        TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT       ▮▮▮▮▮▮
        Previous Balance    11-30-10      3,497 89
        +Deposits/Credits      13        11,831 00
        -Checks/Debits         19         8,438 48
        -Service Charge                      20.04
        Current Balance                   6,870 37
```

```
--------------------------DEPOSITS AND OTHER ACTIVITY----------------------
Date      Bank Code    Description                      Amount
12-01       11033      TRANSFER TO CHECKING            1025.00-
12-02           4      DEPOSIT                          1200 00
12-06           8      DEPOSIT                           782 00
12-08           4      DEPOSIT                           572 00
12-09           6      DEPOSIT                          1644 00
12-13           6      DEPOSIT                          1250 00
12-14           9      DEPOSIT                          2198 00
12-17          28      DEPOSIT                           140 00
12-21           3      DEPOSIT                           120 00
12-22           2      DEPOSIT                           647 00
12-27           5      DEPOSIT                           160 00
12-30           7      DEPOSIT                           637 00
12-30          26      DEPOSIT                           987 00
12-31           9      DEPOSIT                          1494 00
```

```
----------------------------CHECKS PAID---------------------------
  Ck  No   Date        Amount      Ck  No   Date        Amount
      1 12-09          520 32        1603 12-20          155 51
      1*12-08          476 00        1604 12-22          100 25
      1*12-06          266 14        1605 12-23         1270 00
  1598*12-01          164 82        1607*12-31          835 08
  1600*12-06         2140 00        1608 12-31          154 63
  1602*12-09           97 75
```

```
        * Gap in check number sequence
```

```
-------------------------ATM AND ELECTRONIC ACTIVITY----------------------
Date      Bank Code    Description                      Amount
12-03        2337      Patriot Health I SIGONFILE       329 90-
                       James Aurelio
12-08        5341      HARLAND CLARKE   CHK ORDER         26 82-
                       JAMES J AURELIO
12-09        2343      NFIB             6158725800        365 00-
                       X
12-15        4348      FPB CR CARD      VRU               200 00-
                       JAMES AURELIO SR
12-23        5356      BC/BS OF FLORIDA BC/BS PREM         51 00-
                       JAMES AURELIO
12-27        1361      WALGREEN CO      ECHECK            140 26-
                       SERIAL NUMBER  ▮▮▮▮
12-31        1365      Premier Cr Card  CHECKPAYMT       120 00-
                       SERIAL NUMBER  1609                          (Cont'd)
```

First State Bank of the Florida Keys

```
                              Page    2
          Checking
          Period Ending 12-31-10
          Acct  No        ████████
          Enclosures              11
```

```
JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070
```

```
                ************0340
```

```
-----------------------------SERVICE CHARGE SUMMARY----------------------
     Service Charge                              Date
           20 04                                12-31
```

```
-----------------------------DAILY BALANCE SUMMARY-----------------------
   Date       Balance    Date       Balance    Date       Balance
   11-30      3497 89    12-01      2308 07    12-02      3508 07
   12-03      3178 17    12-06      1554 03    12-08      1623 21
   12-09      2284 14    12-13      3534 14    12-14      5732 14
   12-15      5532 14    12-17      5672 14    12-20      5516 63
   12-21      5636 63    12-22      6183 38    12-23      4862 38
   12-27      4882 12    12-30      6506 12    12-31      6870 37
```

