# DEC. EXHIBIT F

 **H&R BLOCK°**

tax, mortgage and financial services

To Whom it may Concern

Attached please find a compilation of monthly income and expenses as provided by Guy's Towing for the year of 2010   Total net income for the year is reported as $9.034

Regards,

Marshall Walker

# H&R BLOCK®

tax, mortgage and financial services

Sheet1

**Compilation Report for 2010**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $7,516.00 | $8,543.00 | $8,596.00 | $11,125.00 | $6,496.00 | $7,870.00 | $6,712.00 | $6,002.00 | $7,134.00 | $4,772.00 | $5,730.00 | $11,813.00 | $92,309.00 |
| Expenses | | | | | | | | | | | | | |
| Reimbursement for fuel expenses | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $12,300.00 |
| Rent | $3,555.00 | $3,558.00 | $3,482.00 | $2,632.00 | $2,624.00 | $2,616.00 | $2,625.00 | $2,611.00 | $2,654.00 | $2,640.00 | $2,646.00 | $2,660.00 | $34,303.00 |
| Insurance | $850.00 | $850.00 | $1,057.00 | $850.00 | $850.00 | $850.00 | $1,031.00 | $916.00 | $0.00 | $1,400.00 | $835.00 | $835.00 | $10,324.00 |
| Telephone | $348.00 | $165.00 | $199.00 | | $397.00 | | $136.00 | $178.00 | | $200.00 | $285.00 | $155.00 | $2,063.00 |
| Medical | $246.00 | $900.00 | | | $101.00 | $192.00 | | $513.00 | | $381.00 | $647.00 | $787.00 | $3,666.00 |
| Taxes | $116.00 | $93.00 | $106.00 | $883.00 | $172.00 | $94.00 | $92.00 | $412.00 | $94.00 | $68.00 | $198.00 | | $2,257.00 |
| Electric | $479.00 | $412.00 | $367.00 | | $872.00 | $307.00 | $171.00 | $540.00 | $447.00 | $771.00 | $527.00 | $476.00 | $4,300.00 |
| Credit Card | $63.00 | $45.00 | $264.00 | $70.00 | $82.00 | $480.00 | $218.00 | $277.00 | $282.00 | $127.00 | $329.00 | $320.00 | $2,518.00 |
| Parts | $679.00 | | | $126.00 | $304.00 | | | $819.00 | | $107.00 | $195.00 | | $2,008.00 |
| Advertising | | $71.00 | | | | | $218.00 | $436.00 | $100.00 | $295.00 | $345.00 | $156.00 | $1,749.00 |
| Promotional expenses | $100.00 | $205.00 | $250.00 | $250.00 | $250.00 | $250.00 | $218.00 | $435.00 | $100.00 | $295.00 | $325.00 | | $2,678.00 |
| Tires | | | $457.00 | | | | | | | | | | $958.00 |
| Service Charges | $48.00 | $18.00 | $18.00 | $17.00 | $40.00 | $17.00 | $18.00 | $63.00 | $17.00 | $62.00 | $30.00 | $46.00 | $394.00 |
| Plates/Garage/Transport | | | | $1,000.00 | | $181.00 | | | | | | $1,270.00 | $2,451.00 |
| Total Expenses | $7,529.00 | $7,342.00 | $7,225.00 | $6,853.00 | $6,717.00 | $6,012.00 | $5,534.00 | $8,225.00 | $4,719.00 | $7,371.00 | $7,712.00 | $7,730.00 | $82,869.00 |
| Net income | -$13.00 | $1,201.00 | $1,371.00 | $4,272.00 | -$221.00 | $1,858.00 | $1,178.00 | -$2,223.00 | $2,415.00 | $2,599.00 | -$1,982.00 | $4,083.00 | $9,340.00 |

101411 Overseas Highway    Key Largo, FL 33037
Tel 305 451 2562    Fax 305 451 9562    hrblock com

Sheet1

# Compilation Report for 2010

| | January | February | March | April | May | June | July | August | September | October | November | December | Total Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $7,516.00 | $8,543.00 | $8,596.00 | $11,125.00 | $6,496.00 | $7,870.00 | $6,712.00 | $6,002.00 | $7,134.00 | $4,772.00 | $5,730.00 | $11,813.00 | $92,309.00 |
| **Expenses** | | | | | | | | | | | | | |
| Reimbursement for fuel expenses | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $1,025.00 | $12,300.00 |
| Rent | $3,555.00 | $3,558.00 | $3,482.00 | $2,632.00 | $2,624.00 | $2,616.00 | $2,625.00 | $2,611.00 | $2,654.00 | $2,640.00 | $2,646.00 | $2,660.00 | $34,303.00 |
| Insurance | $850.00 | $850.00 | $1,057.00 | $850.00 | $850.00 | $850.00 | $1,031.00 | $916.00 | $0.00 | $1,400.00 | $835.00 | $835.00 | $10,324.00 |
| Telephone | $348.00 | $165.00 | $199.00 | | $397.00 | | $136.00 | $178.00 | | $200.00 | $285.00 | $155.00 | $2,063.00 |
| Medical | $246.00 | $900.00 | | | | $192.00 | | $513.00 | | $381.00 | $647.00 | $787.00 | $3,666.00 |
| Taxes | $116.00 | $93.00 | $106.00 | $883.00 | $101.00 | $94.00 | $92.00 | $412.00 | $94.00 | $68.00 | $199.00 | | $2,257.00 |
| Electric | $479.00 | $412.00 | $367.00 | | $172.00 | $307.00 | | $540.00 | $447.00 | $771.00 | $329.00 | $476.00 | $4,300.00 |
| Credit Card | $83.00 | $45.00 | $264.00 | $70.00 | $872.00 | $480.00 | $171.00 | $277.00 | $282.00 | $127.00 | $527.00 | $320.00 | $3,518.00 |
| Parts | $679.00 | | | $126.00 | $82.00 | | | $819.00 | | $107.00 | $195.00 | | $2,008.00 |
| Advertising | | $71.00 | | | $304.00 | | $218.00 | $436.00 | $100.00 | $295.00 | $325.00 | | $1,749.00 |
| Promotional expenses | $100.00 | $205.00 | $250.00 | $250.00 | $250.00 | $250.00 | $218.00 | $435.00 | $100.00 | $295.00 | $325.00 | | $2,678.00 |
| Tires | | | $457.00 | | | | | | | | $345.00 | $156.00 | $958.00 |
| Service Charges | $48.00 | $18.00 | $18.00 | $17.00 | $40.00 | $17.00 | $18.00 | $63.00 | $17.00 | $62.00 | $30.00 | $46.00 | $394.00 |
| Plates/Garage/Transport | | | | $1,000.00 | | $181.00 | | | | | | $1,270.00 | $2,451.00 |
| | | | | | | | | | | | | | 0 |
| Total Expenses | $7,529.00 | $7,342.00 | $7,225.00 | $6,853.00 | $6,717.00 | $6,012.00 | $5,534.00 | $8,225.00 | $4,719.00 | $7,371.00 | $7,712.00 | $7,730.00 | $82,969.00 |
| Net Income | -$13.00 | $1,201.00 | $1,371.00 | $4,272.00 | -$221.00 | $1,858.00 | $1,178.00 | -$2,223.00 | $2,415.00 | -$2,599.00 | -$1,982.00 | $4,083.00 | $9,340.00 |