# DEC. EXHIBIT G

# Form 1040 — U.S. Individual Income Tax Return — 2007

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

OMB. No. 1545-0074

IRS Use Only—Do not write or staple in this space.

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: JAMES J
Last name: AURELIO SR

COPY

Your social security number: [redacted]
Spouse's social security number: [redacted]

▲ You **must** enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status** Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b ☒ Spouse
- c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) Check if qualifying child for child tax credit (see pg 15)
- d Total number of exemptions claimed

Boxes checked on 6a and 6b: 2
No. of children on 6c who: lived with you / did not live with you due to divorce or separation (see page 16) / Dependents on 6c not entered above
Add numbers on lines above ▶ 2

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 248 |
| b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see page 19) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 22,951 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions       b Taxable amount (see page 21) | |
| 16a | Pensions and annuities  b Taxable amount (see page 22) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a 5,856  b Taxable amount (see page 24) | |
| 21 | Other income. | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 23,199 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 26) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 1,622 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 26) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 27) | |
| 33 | Student loan interest deduction (see page 30) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 1,622 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 21,577 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.   EEA   Form **1040** (2007)

Form 1040 (2007) JAMES J & ███████ AURELIO SR                                                                             Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 21,577 |
| | 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 31 & check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 31. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 10,700 |
| | 41 | Subtract line 40 from line 38 | 41 | 10,877 |
| | 42 | If line 38 is $117,300, or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | 6,800 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 4,077 |
| • All others: Single or Married filing separately, $5,350 | 44 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 44 | 408 |
| | 45 | **Alternative minimum tax** (see page 36). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 408 |
| Married filing jointly or Qualifying widow(er), $10,700 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| | 49 | Education credits. Attach Form 8863 | 49 | |
| | 50 | Residential energy credits. Attach Form 5695 | 50 | |
| Head of household, $7,850 | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | 54 | |
| | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 408 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | 3,243 |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 3,651 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 0 |
| **Refund** Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| | ▶ b | Routing number ▢▢▢▢▢▢▢▢▢   ▶c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number ▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢▢ | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | 3,817 |
| | 77 | Estimated tax penalty (see page 61) | 77 | 166 |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☒ **No** | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ ▢▢▢▢▢ | |
| **Sign Here** Joint return? See page 13. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature | Date | Your occupation SELF EMPLOYED | Daytime phone number |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 08-05-2008 | Check if self-employed ☐ | Preparer's SSN or PTIN ███████ |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Gerald E Creasman, CPA, PA 10691 North Kendall Drive Suite 312 Miami                    FL    33176 | EIN ███████ Phone no. 305-596-0903 | |

EEA                                                                                                                      Form **1040** (2007)

Schedules A&B (Form 1040) 2007 | OMB No. 1545-0074 | Page **2**

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1.
JAMES J & ▓▓▓▓ AURELIO SR

Your social security number

## Schedule B–Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I**
**Interest**

(See page B-1 and the instructions for Form 1040, line 8a.)

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---|
| FIRST STATE BANK | 38 |
| FIRST STATE BANK | 105 |
| FIRST STATE BANK | 105 |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**2** Add the amounts on line 1 ................ **2** | 248
**3** Excludable interest on series EE and I U.S. savings bonds issued after 1989.
 Attach Form 8815 ................ **3**
**4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ..... ▶ **4** | 248

**Note:** If line 4 is over $1,500, you must complete Part III.

**Part II**
**Ordinary Dividends**

(See page B-1 and the instructions for Form 1040, line 9a.)

**5** List name of payer ▶

Amount

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ..... ▶ **6**

**Note.** If line 6 is over $1,500, you must complete Part III.

**Part III**
**Foreign Accounts and Trusts**

(See page B-2.)

You must complete this part if you (**a**) had over $1,500 of taxable interest or ordinary dividends; or (**b**) had a foreign account; or (**c**) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No

**7a** At any time during 2007, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 ................ | | X

**b** If "Yes," enter the name of the foreign country ▶

**8** During 2007, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 ................ | | X

For Paperwork Reduction Act Notice, see Form 1040 instructions. EEA Schedule B (Form 1040) 2007

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. | OMB No. 1545-0074 **2007** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| JAMES J AURELIO SR | |

| A  Principal business or profession, including product or service (see page C-2 of the instructions) | B  Enter code from pages C-8, 9, & 10 |
|---|---|
| TOWING | ▶ 488000 |

| C  Business name. If no separate business name, leave blank. | D  Employer ID number (EIN), if any |
|---|---|
| GUYS TOWING | |

E  Business address (including suite or room no.) ▶ 99060 OVERSEAS HIGHWAY
   City, town or post office, state, and ZIP code   KEY LARGO    FL   33037
F  Accounting method:  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶
G  Did you "materially participate" in the operation of this business during 2007? If "No," see page C-3 for limit on losses  . . . [X] Yes  [ ] No
H  If you started or acquired this business during 2007, check here  . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . . . . . . ▶ [ ] | 1 | 140,108 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 1,450 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 138,658 |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 1,025 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 137,633 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3) . . . . . . . | 6 | 696 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 138,329 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . . . | 8 | 1,738 | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see page C-4) . . . . . . . . . . | 9 | | 19 Pension and profit-sharing plans | 19 | |
| | | | | 20 Rent or lease (see page C-5): | | |
| 10 | Commissions and fees . . . . . | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-4) . | 11 | | b Other business property . . . . | 20b | 34,557 |
| 12 | Depletion . . . . . . . . . . . | 12 | | 21 Repairs and maintenance . . . | 21 | 17,148 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . . . . . | 13 | 6,912 | 22 Supplies (not included in Part III) . . . | 22 | 1,606 |
| | | | | 23 Taxes and licenses . . . . . . | 23 | 1,895 |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel . . . . . . . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . . . . | 14 | | b Deductible meals and entertainment (see page C-6) . . | 24b | 155 |
| 15 | Insurance (other than health) . . | 15 | 14,792 | 25 Utilities . . . . . . . . . . . | 25 | 9,522 |
| 16 | Interest: | | | 26 Wages (less employment credits) . . | 26 | |
| a | Mortgage (paid to banks, etc.) . . | 16a | | 27 Other expenses (from line 48 on page 2) . . . . . . . . . . . | 27 | 26,203 |
| b | Other . . . . . . . . . . . . . | 16b | | | | |
| 17 | Legal and professional services . . . . . . . . . . . | 17 | 850 | | | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . . . ▶ | 28 | 115,378 |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . | 29 | 22,951 |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
|    | • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3. | 31 | 22,951 |
|    | • If a loss, you **must** go to line 32. | | |

32  If you have a loss, check the box that describes your investment in this activity (see page C-7).
    • If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on     32a [ ] All investment is at risk.
    **Form 1040NR, line 13** (statutory employees, see page C-7). Estates and trusts, enter on Form 1041,     32b [ ] Some investment is not
    line 3.                                                                                                               at risk.
    • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

For Paperwork Reduction Act Notice, see page C-8 of the instructions.    EEA              Schedule C (Form 1040) 2007

Schedule C (Form 1040) 2007   TOWING 488000   Page **2**

Name(s): JAMES J AURELIO SR

SSN: 

### Part III — Cost of Goods Sold (see page C-7)

| # | Description | Line | Amount |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory: **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | | ☐ Yes  ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 1,025 |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 1,025 |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 1,025 |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

**a** Business _____ **b** Commuting (see instructions) _____ **c** Other _____

45  Do you (or your spouse) have another vehicle available for personal use? ☐ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? ☐ Yes  ☐ No

47 **a** Do you have evidence to support your deduction? ☐ Yes  ☐ No

   **b** If "Yes," is the evidence written? ☐ Yes  ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| BANK FEES | 337 |
| PRINTING | 1,855 |
| UNIFORMS | 304 |
| TELEPHONE | 5,164 |
| GAS AND OIL | 18,543 |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 | **26,203** |

EEA   Schedule C (Form 1040) 2007

| SCHEDULE SE | | | OMB No. 1545-0074 |
|---|---|---|---|
| (Form 1040) | | **Self-Employment Tax** | **2007** |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Attach to Form 1040. ▶ See Instructions for Schedule SE (Form 1040). | Attachment Sequence No. **17** |
| Name of person with **self-employment** income (as shown on Form 1040) JAMES J AURELIO SR | | Social security number of person with **self-employment** income ▶ | |

### Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-4).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 58.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



**Section A - Short Schedule SE. Caution.** Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-3 for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 22,951 |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 22,951 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . . . . . . ▶ | 4 | 21,195 |
| 5 | **Self-employment tax.** If the amount on line 4 is: <br>• $97,500 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.** <br>• More than $97,500, multiply line 4 by 2.9% (.029). Then, add $12,090 to the result. Enter the total here and on **Form 1040, line 58.** . . . . . . . . . . . . . . . . . . . . . . . | 5 | 3,243 |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . . . | 6 | 1,622 | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   EEA   Schedule SE (Form 1040) 2007

| Form **4562** | | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | (Including Information on Listed Property)<br>▶ See separate instructions.   ▶ Attach to your tax return. | **2007**<br>Attachment<br>Sequence No. **67** |
| Name(s) shown on return<br>JAMES J & ▓▓▓ AURELIO SR | | Business or activity to which this form relates<br>SCHEDULE C - 1 | Identifying number |

**Part I**  Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses . . . . . . . . . . . . . | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . . . . . | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 . . . . . . . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5  (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12  . ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |

**Part III**  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 . . . . . . . . . . | 17 | 6,912 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B – Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . | 22 | 6,912 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.    EEA    Form **4562** (2007)

| 1040 | Overflow Statement | 2007 Page 1 |
|---|---|---|
| Name(s) as shown on return: JAMES J & ▓▓▓ AURELIO SR | | Your Social Security Number: ▓▓▓ |

### SCHEDULE C, LINE 6 - OTHER INCOME

| Description | | Amount |
|---|---|---|
| DEBT CANCELAATION ASSET ACCEPTANCE | | $ 696 |
| | Total: | $ 696 |

OVERFLOW.LD

| Form **4868**<br>Department of the Treasury<br>Internal Revenue Service | **Application for Automatic Extension of Time<br>To File U.S. Individual Income Tax Return** | 1024<br>**2007** |
|---|---|---|

**Date to file by:** 04-15-2008

**Payment:** $0

**Payment Method:** Your payment can be by either check or money order payable to the "United States Treasury". Include your SSN, daytime phone number, and "2007 Form 4868" on your check or money order. Do not send cash.

**Address to file:** Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0002

**Other Instructions:** An extension to file does not extend the time to pay your tax. You can also e-file Form 4868 and make payment by authorizing an electronic funds withdrawal from your checking or savings account.

**Taxpayer Records:**

Amount Paid  _____

Check Number _____

Date Mailed  _____

---

▼ DETACH HERE ▼

---

| Form **4868**<br>Department of the Treasury<br>Internal Revenue Service | **Application for Automatic Extension of Time<br>To File U.S. Individual Income Tax Return**<br>For calendar year 2007, or other tax year beginning         , 2007, ending         . | 1024<br>**2007** |
|---|---|---|

| Part I   Identification | Part II   Individual Income Tax |
|---|---|
| JAMES J & ▮▮▮▮ AURELIO SR<br><br>▮▮▮▮▮<br><br>2 Your social security number     3 Spouse's social security number<br>▮▮▮▮▮                                ▮▮▮▮▮ | 4 Estimate of total tax liability for 2007 . . . . . $   3,651<br>5 Total 2007 payments . . . . . . . . . . . .          0<br>6 **Balance due.** Subtract line 5 from line<br>  4 (see instructions) . . . . . . . . . . . .       3,651<br>7 Amount you are paying (see instructions) . ▶<br>8 Check here if you are "out of the country" and a U.S.<br>  citizen or resident (see instructions)  . . . . . . . . . . . ▶ ☐<br>9 Check here if you file Form 1040NR or 1040NR-EZ and did<br>  not receive wages as an employee subject to U.S. income<br>  tax withholding . . . . . . . . . . . . . . . . . . . . . ▶ ☐ |