# DEC. EXHIBIT H

# P & L from Schedule C Activity
## Monthly for 2007
### For Guy's Towing — DWH # 100098554

Prepared 10/5/2012

| From Schedule C | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | YEARLY |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 13,450 | 16,715 | 19,853 | 13,843 | 12,189 | 10,690 | 11,601 | 8,827 | 4,147 | 7,818 | 9,555 | 11,419 | 140,108 |
| Returns and allowances | (139) | (173) | (205) | (143) | (126) | (111) | (120) | (91) | (43) | (81) | (99) | (118) | (1,450) |
| Other Income | 67 | 83 | 99 | 69 | 61 | 53 | 58 | 44 | 21 | 39 | 47 | 57 | 696 |
| **Total Revenue (Sales)** | 13,378 | 16,625 | 19,746 | 13,768 | 12,124 | 10,633 | 11,539 | 8,779 | 4,125 | 7,776 | 9,504 | 11,357 | 139,354 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | 98 | 122 | 145 | 101 | 89 | 78 | 85 | 65 | 30 | 57 | 70 | 84 | 1,025 |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | 98 | 122 | 145 | 101 | 89 | 78 | 85 | 65 | 30 | 57 | 70 | 84 | 1,025 |
| **Gross Profit** | 13,280 | 16,503 | 19,601 | 13,667 | 12,035 | 10,555 | 11,454 | 8,715 | 4,095 | 7,719 | 9,434 | 11,274 | 138,329 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 1,738 |
| Car and truck expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 576 | 6,912 |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 1,233 | 14,792 |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 850 |
| Office Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | 3,317 | 4,123 | 4,897 | 3,414 | 3,006 | 2,637 | 2,861 | 2,177 | 1,023 | 1,928 | 2,357 | 2,816 | 34,557 |
| Repairs and Maint. | 1,646 | 2,046 | 2,430 | 1,694 | 1,492 | 1,308 | 1,420 | 1,080 | 508 | 957 | 1,169 | 1,398 | 17,148 |
| Supplies | 154 | 192 | 228 | 159 | 140 | 123 | 133 | 101 | 48 | 90 | 110 | 131 | 1,606 |
| Taxes and License | 182 | 226 | 269 | 187 | 165 | 145 | 157 | 119 | 56 | 106 | 129 | 154 | 1,895 |
| **Travel and Meals** | | | | | | | | | | | | | |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | 15 | 18 | 22 | 15 | 13 | 12 | 13 | 10 | 5 | 9 | 11 | 13 | 155 |
| Utilities | 794 | 794 | 794 | 794 | 794 | 794 | 794 | 794 | 794 | 794 | 794 | 794 | 9,522 |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 2,515 | 3,126 | 3,713 | 2,589 | 2,280 | 1,999 | 2,170 | 1,651 | 776 | 1,462 | 1,787 | 2,136 | 26,203 |
| **Total Expenses** | 10,648 | 12,548 | 14,375 | 10,876 | 9,914 | 9,041 | 9,571 | 7,956 | 5,232 | 7,369 | 8,380 | 9,465 | 115,378 |
| **Net Profit** | 2,632 | 3,954 | 5,226 | 2,791 | 2,121 | 1,513 | 1,882 | 758 | (1,138) | 350 | 1,054 | 1,809 | 22,951 |

# P & L from Schedule C Activity
## Monthly for 2008

**For Guy's Towing**  DWH # 100098554

Prepared 10/5/2012

| From Schedule C | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 15,553 | 19,328 | 22,957 | 16,006 | 14,095 | 12,361 | 13,414 | 10,207 | 4,795 | 9,040 | 11,049 | 13,204 | 162,008 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 15,553 | 19,328 | 22,957 | 16,006 | 14,095 | 12,361 | 13,414 | 10,207 | 4,795 | 9,040 | 11,049 | 13,204 | 162,008 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | 1,605 | 1,995 | 2,370 | 1,652 | 1,455 | 1,276 | 1,385 | 1,053 | 495 | 933 | 1,140 | 1,363 | 16,722 |
| **Total Cost of Goods** | 1,605 | 1,995 | 2,370 | 1,652 | 1,455 | 1,276 | 1,385 | 1,053 | 495 | 933 | 1,140 | 1,363 | 16,722 |
| **Gross Profit** | 13,947 | 17,333 | 20,587 | 14,354 | 12,640 | 11,085 | 12,030 | 9,153 | 4,300 | 8,107 | 9,909 | 11,841 | 145,286 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 4,466 |
| Car and truck expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 2,302 | 27,626 |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 913 | 913 | 913 | 913 | 913 | 913 | 913 | 913 | 913 | 913 | 913 | 913 | 10,958 |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 1,105 |
| Office Expense | 70 | 87 | 104 | 72 | 64 | 56 | 61 | 46 | 22 | 41 | 50 | 60 | 731 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | 3,529 | 4,385 | 5,209 | 3,632 | 3,198 | 2,805 | 3,044 | 2,316 | 1,088 | 2,051 | 2,507 | 2,996 | 36,758 |
| Repairs and Maint. | 627 | 780 | 926 | 646 | 569 | 499 | 541 | 412 | 193 | 365 | 446 | 533 | 6,535 |
| Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and License | 278 | 346 | 411 | 287 | 252 | 221 | 240 | 183 | 86 | 162 | 198 | 236 | 2,900 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 15 |
| Utilities | 201 | 201 | 201 | 201 | 201 | 201 | 201 | 201 | 201 | 201 | 201 | 201 | 2,408 |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 1,538 | 1,911 | 2,270 | 1,583 | 1,394 | 1,222 | 1,326 | 1,009 | 474 | 894 | 1,093 | 1,306 | 16,020 |
| **Total Expenses** | 9,924 | 11,391 | 12,802 | 10,101 | 9,358 | 8,684 | 9,093 | 7,847 | 5,744 | 7,393 | 8,174 | 9,011 | 109,522 |
| **Net Profit** | 4,023 | 5,941 | 7,785 | 4,254 | 3,282 | 2,401 | 2,936 | 1,306 | (1,443) | 714 | 1,734 | 2,829 | 35,764 |

# P & L from Schedule C Activity
## Monthly for 2009
### For Guy's Towing — DWH # 100098554

Prepared 10/5/2012

| From Schedule C | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 7,998 | 8,832 | 9,807 | 8,360 | 6,826 | 6,480 | 7,306 | 5,694 | 3,657 | 3,775 | 4,286 | 5,623 | 78,645 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 7,998 | 8,832 | 9,807 | 8,360 | 6,826 | 6,480 | 7,306 | 5,694 | 3,657 | 3,775 | 4,286 | 5,623 | 78,645 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 7,998 | 8,832 | 9,807 | 8,360 | 6,826 | 6,480 | 7,306 | 5,694 | 3,657 | 3,775 | 4,286 | 5,623 | 78,645 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 158 | 158 | 158 | 158 | 158 | 158 | 158 | 158 | 158 | 158 | 158 | 158 | 1,900 |
| Car and truck expenses | 1,821 | 2,010 | 2,232 | 1,903 | 1,554 | 1,475 | 1,663 | 1,296 | 832 | 859 | 976 | 1,280 | 17,902 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | 594 | 594 | 594 | 594 | 594 | 594 | 594 | 594 | 594 | 594 | 594 | 594 | 7,125 |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | - |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | 3,734 | 4,124 | 4,579 | 3,903 | 3,187 | 3,026 | 3,411 | 2,659 | 1,707 | 1,763 | 2,001 | 2,625 | 36,720 |
| Repairs and Maint. | 864 | 955 | 1,060 | 904 | 738 | 700 | 790 | 615 | 395 | 408 | 463 | 608 | 8,500 |
| Supplies | 102 | 112 | 125 | 106 | 87 | 82 | 93 | 72 | 47 | 48 | 55 | 72 | 1,000 |
| Taxes and License | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 71 | 79 | 87 | 74 | 61 | 58 | 65 | 51 | 33 | 34 | 38 | 50 | 700 |
| **Total Expenses** | 7,544 | 8,232 | 9,035 | 7,843 | 6,579 | 6,293 | 6,974 | 5,645 | 3,966 | 4,064 | 4,485 | 5,587 | 76,247 |
| **Net Profit** | 454 | 600 | 772 | 517 | 248 | 187 | 332 | 49 | (309) | (289) | (199) | 36 | 2,398 |

# P & L from Schedule C Activity
## Monthly for 2010

**For Guy's Towing**  DWH # 100098554

Prepared 10/5/2012

| From Schedule C | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 7,792 | 8,906 | 10,268 | 8,403 | 5,194 | 3,324 | 2,658 | 1,865 | 2,071 | 2,785 | 3,039 | 4,238 | 60,541 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | - |
| **Total Revenue (Sales)** | 7,792 | 8,906 | 10,268 | 8,403 | 5,194 | 3,324 | 2,658 | 1,865 | 2,071 | 2,785 | 3,039 | 4,238 | 60,541 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Gross Profit** | 7,792 | 8,906 | 10,268 | 8,403 | 5,194 | 3,324 | 2,658 | 1,865 | 2,071 | 2,785 | 3,039 | 4,238 | 60,541 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 1,760 |
| Car and truck expenses | 276 | 315 | 363 | 297 | 184 | 118 | 94 | 66 | 73 | 98 | 107 | 150 | 2,141 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 232 |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Interest** | | | | | | | | | | | | | - |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expense | 32 | 37 | 42 | 35 | 21 | 14 | 11 | 8 | 9 | 12 | 13 | 18 | 250 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | 4,633 | 5,296 | 6,106 | 4,997 | 3,089 | 1,976 | 1,580 | 1,109 | 1,231 | 1,656 | 1,807 | 2,520 | 36,000 |
| Repairs and Maint. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplies | 64 | 74 | 85 | 69 | 43 | 27 | 22 | 15 | 17 | 23 | 25 | 35 | 500 |
| Taxes and License | 8 | 9 | 11 | 9 | 5 | 4 | 3 | 2 | 2 | 3 | 3 | 4 | 64 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | 386 | 441 | 509 | 416 | 257 | 165 | 132 | 92 | 103 | 138 | 151 | 210 | 3,000 |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Total Expenses** | 5,966 | 6,738 | 7,682 | 6,389 | 4,166 | 2,869 | 2,408 | 1,858 | 2,001 | 2,496 | 2,672 | 3,503 | 48,747 |
| | | | | | | | | | | | | | |
| **Net Profit** | 1,826 | 2,168 | 2,586 | 2,014 | 1,029 | 454 | 250 | 6 | 70 | 289 | 367 | 735 | 11,794 |