# DEC. EXHIBIT I
# (Part 1 of 2)

11:42 AM

04/03/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 01/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Check | 1/2/2008 | | Transfer | X | -1,025.00 | -1,025.00 |
| Check | 1/4/2008 | 1023 | Driftwood Trailer Park | X | -479.39 | -1,504.39 |
| Check | 1/4/2008 | 1025 | FKEC | X | -254.00 | -1,758.39 |
| Check | 1/4/2008 | 1024 | FKEC | X | -138.00 | -1,896.39 |
| Check | 1/7/2008 | | | X | -864.27 | -2,760.66 |
| Check | 1/7/2008 | 1026 | Primo | X | -300.00 | -3,060.66 |
| Check | 1/7/2008 | 1027 | Joyce Meyer Ministr... | X | -120.00 | -3,180.66 |
| Check | 1/8/2008 | 1031 | Lighthouse Leasing | X | -3,063.75 | -6,244.41 |
| Check | 1/8/2008 | | First State Bank | X | -2.00 | -6,246.41 |
| Check | 1/9/2008 | 1030 | Eric Hargrave | X | -5,000.00 | -11,246.41 |
| Check | 1/9/2008 | 1029 | Remedies | X | -150.42 | -11,396.83 |
| Check | 1/10/2008 | 1032 | Keys Physician Ser... | X | -100.00 | -11,496.83 |
| Check | 1/10/2008 | 1033 | United Collection A... | X | -100.00 | -11,596.83 |
| Check | 1/11/2008 | | Capital One | X | -114.00 | -11,710.83 |
| Check | 1/14/2008 | 1034 | Florida Dept of Rev... | X | -453.37 | -12,164.20 |
| Check | 1/15/2008 | | Wire Transfer | X | -920.00 | -13,084.20 |
| Check | 1/15/2008 | 1035 | Comcast | X | -59.24 | -13,143.44 |
| Check | 1/23/2008 | 1039 | First Funding Insura... | X | -1,084.99 | -14,228.43 |
| Check | 1/23/2008 | 1040 | Sprint | X | -270.27 | -14,498.70 |
| Check | 1/23/2008 | 1037 | The Reporter | X | -210.90 | -14,709.60 |
| Check | 1/23/2008 | 1038 | Printing Plus | X | -115.57 | -14,825.17 |
| Check | 1/31/2008 | | First State Bank | X | -11.72 | -14,836.89 |
| **Total Checks and Payments** | | | | | -14,836.89 | -14,836.89 |
| **Deposits and Credits - 10 items** | | | | | | |
| Transfer | 1/1/2008 | | | X | 6,265.69 | 6,265.69 |
| Deposit | 1/7/2008 | | | X | 3,928.00 | 10,193.69 |
| Deposit | 1/8/2008 | | | X | 385.00 | 10,578.69 |
| Deposit | 1/10/2008 | | | X | 5,150.00 | 15,728.69 |
| Deposit | 1/15/2008 | | | X | 275.00 | 16,003.69 |
| Deposit | 1/15/2008 | | | X | 900.00 | 16,903.69 |
| Deposit | 1/17/2008 | | | X | 595.00 | 17,498.69 |
| Deposit | 1/22/2008 | | | X | 4,050.00 | 21,548.69 |
| Deposit | 1/28/2008 | | | X | 1,000.00 | 22,548.69 |
| Deposit | 1/30/2008 | | Paypal | X | 0.22 | 22,548.91 |
| **Total Deposits and Credits** | | | | | 22,548.91 | 22,548.91 |
| **Total Cleared Transactions** | | | | | 7,712.02 | 7,712.02 |
| **Cleared Balance** | | | | | 7,712.02 | 7,712.02 |
| **Register Balance as of 01/31/2008** | | | | | 7,712.02 | 7,712.02 |
| **Ending Balance** | | | | | 7,712.02 | 7,712.02 |



# FIRST STATE BANK
### OF THE FLORIDA KEYS

KEYS

**KEYSBANK.COM • 13 KEYS OFFICES**

P.O. Box 1579
Key West, FL 33041-1579

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

| | |
|---|---|
| | Page   1 |
| Checking | |
| Period Ending | 1-31-08 |
| Acct. No. | |
| Enclosures | 19 |

003272 0.8943 AT 0.334      TR00014

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

```
                BUSINESS CHECKING ACCOUNT
        Previous Balance   12-31-07          7,350.68
        +Deposits/Credits      10          16,283.22
        -Checks/Debits         23          15,910.16
        -Service Charge                         11.72
        Current Balance                      7,712.02
```

----------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 1-02 | 10800 | TRANSFER TO CHECKING | 1025.00- |
| 1-07 | 7 | DEPOSIT | 3928.00 |
| 1-07 | 7 | DEBIT MEMO | 864.27- |
| 1-08 | 6 | DEPOSIT | 385.00 |
| 1-08 | 7 | DEBIT MEMO | 2.00- |
| 1-10 | 9 | DEPOSIT | 5150.00 |
| 1-15 | 9 | DEPOSIT | 900.00 |
| 1-15 | 17 | DEPOSIT | 275.00 |
| 1-15 | 16 | WT FEE | 20.00- |
| 1-15 | 16 | OT: EDDY AURELIO BBK: | 900.00- |
| | | STRUTHERS CREDIT UNION | |
| | | STRUTHERS OHIO | |
| 1-17 | 4 | DEPOSIT | 595.00 |
| 1-22 | 8 | DEPOSIT | 4050.00 |
| 1-28 | 16 | DEPOSIT | 1000.00 |

----------------------------CHECKS PAID----------------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---------|------|--------|---------|------|--------|
| 1021 | 1-03 | 1084.99 | 1032 | 1-31 | 100.00 |
| 1023* | 1-08 | 479.39 | 1033 | 1-17 | 100.00 |
| 1024 | 1-07 | 138.00 | 1034 | 1-24 | 453.37 |
| 1025 | 1-07 | 254.00 | 1035 | 1-31 | 59.24 |
| 1026 | 1-17 | 300.00 | 1037* | 1-31 | 210.90 |
| 1028* | 1-16 | 120.00 | 1038 | 1-24 | 115.57 |
| 1029 | 1-11 | 150.42 | 1039 | 1-28 | 1084.99 |
| 1030 | 1-16 | 5000.00 | 1040 | 1-30 | 270.27 |
| 1031 | 1-16 | 3063.75 | | | |

\* Gap in check number sequence

----------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 1-11 | 2011 | CAPITAL ONE ARC  CHECK PYMT | 114.00- |
| | | SERIAL NUMBER: 1027 | |
| 1-30 | 2030 | PAYPAL          VERIFYBANK | .09 |
| | | JAMES AURELIO | |
| 1-30 | 2030 | PAYPAL          VERIFYBANK | .13 |
| | | JAMES AURELIO | |

----------------------SERVICE CHARGE SUMMARY----------------------

| Service Charge | Date | |
|----------------|------|---|
| 11.72 | 1-31 | (Cont'd) |



**24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000**
MEMBER FDIC        • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •        EQUAL HOUSING LENDER





CK# 1021 $1,084.99 PAID 01/03/2008

CK# 1029 $150.42 PAID 01/11/2008

CK# 1023 $479.39 PAID 01/08/2008

CK# 1030 $5,000.00 PAID 01/16/2008

CK# 1024 $138.00 PAID 01/07/2008

CK# 1031 $3,063.75 PAID 01/16/2008

CK# 1025 $254.00 PAID 01/07/2008

CK# 1032 $100.00 PAID 01/31/2008

CK# 1026 $300.00 PAID 01/17/2008

CK# 1033 $100.00 PAID 01/17/2008

CK# 1028 $120.00 PAID 01/16/2008

CK# 1034 $453.37 PAID 01/24/2008

CK# 1035 $59.24 PAID 01/31/2008



LISTING ERROR NOTICE

A listing error has been found on your deposit.
We have debited your account for the difference.
Please adjust your records accordingly.

Debit Memo $864.27 - 01/07/2008



CK# 1037 $210.90 PAID 01/31/2008



CK# 1038 $115.57 PAID 01/24/2008



CK# 1039 $1,084.99 PAID 01/28/2008



CK# 1040 $270.27 PAID 01/30/2008



FIRST STATE BANK
of the Florida Keys
KEY WEST, FLORIDA

DATE: 1-8-08

Debit Memo $2.00 - 01/08/2008

11:58 AM

04/03/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 02/29/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 7,712.02 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 25 items** | | | | | | |
| Check | 1/21/2008 | 1036 | Celso Hernandez MD | X | -270.00 | -270.00 |
| Check | 1/27/2008 | 1042 | Dick Adgate Florist | X | -72.31 | -342.31 |
| Check | 1/29/2008 | 1041 | Seaside Leasing | X | -695.00 | -1,037.31 |
| Check | 2/1/2008 | | Transfer | X | -1,025.00 | -2,062.31 |
| Check | 2/4/2008 | 1044 | Driftwood Trailer Park | X | -476.51 | -2,538.82 |
| Check | 2/5/2008 | 1045 | Florida Dept of Rev... | X | -47.25 | -2,586.07 |
| Check | 2/6/2008 | 1047 | FKEC | X | -211.12 | -2,797.19 |
| Check | 2/6/2008 | 1046 | FKEC | X | -123.00 | -2,920.19 |
| Check | 2/6/2008 | | First State Bank | X | -10.00 | -2,930.19 |
| Check | 2/7/2008 | | Capital One | X | -85.53 | -3,015.72 |
| Check | 2/8/2008 | | Rodney Shaffer | X | -5,500.00 | -8,515.72 |
| Check | 2/13/2008 | 1051 | Barbara Ianzgo | X | -3,800.00 | -12,315.72 |
| Check | 2/13/2008 | 1050 | Lighthouse Leasing | X | -3,063.75 | -15,379.47 |
| Check | 2/13/2008 | 1049 | James Aurelio | X | -820.00 | -16,199.47 |
| Check | 2/14/2008 | | Wire Transfer | X | -500.00 | -16,699.47 |
| Check | 2/14/2008 | | First State Bank | X | -20.00 | -16,719.47 |
| Check | 2/18/2008 | 1053 | Keys Physician Ser... | X | -100.00 | -16,819.47 |
| Check | 2/19/2008 | 1055 | Paradise Water | X | -146.00 | -16,965.47 |
| Check | 2/20/2008 | 1054 | Cash | X | -8,200.00 | -25,165.47 |
| Check | 2/20/2008 | 1057 | Terra Nova Net | X | -88.05 | -25,253.52 |
| Check | 2/20/2008 | 1056 | Allstate Life Insuran... | X | -65.12 | -25,318.64 |
| Check | 2/22/2008 | 1058 | Napa Auto | X | -401.37 | -25,720.01 |
| Check | 2/27/2008 | 1059 | Island Smiles | X | -565.00 | -26,285.01 |
| Check | 2/29/2008 | | Capital One | X | -60.00 | -26,345.01 |
| Check | 2/29/2008 | | First State Bank | X | -7.79 | -26,352.80 |
| **Total Checks and Payments** | | | | | -26,352.80 | -26,352.80 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 2/1/2008 | | | X | 1,520.00 | 1,520.00 |
| Deposit | 2/6/2008 | | | X | 1,886.00 | 3,406.00 |
| Deposit | 2/6/2008 | | | X | 12,000.00 | 15,406.00 |
| Deposit | 2/8/2008 | | | X | 1,640.00 | 17,046.00 |
| Deposit | 2/13/2008 | | | X | 4,902.00 | 21,948.00 |
| Deposit | 2/20/2008 | | | X | 1,120.00 | 23,068.00 |
| Deposit | 2/26/2008 | | | X | 1,238.00 | 24,306.00 |
| **Total Deposits and Credits** | | | | | 24,306.00 | 24,306.00 |
| **Total Cleared Transactions** | | | | | -2,046.80 | -2,046.80 |
| **Cleared Balance** | | | | | -2,046.80 | 5,665.22 |
| **Register Balance as of 02/29/2008** | | | | | -2,046.80 | 5,665.22 |
| **Ending Balance** | | | | | -2,046.80 | 5,665.22 |



# FIRST STATE BANK
**OF THE FLORIDA KEYS**

KEYS

P.O. Box 1579
Key West, FL 33041-1579

# KEYSBANK.COM • 13 KEYS OFFICES

**Key West** 305.296.8535    **Marathon** 305.289.4393
**Lower Keys** 305.872.8836   **Upper Keys** 305.852.2070

```
                                   Page    1
Checking
Period Ending   2-29-08
Acct. No.       ███████
Enclosures           18
```

```
||..||..||||..||..||||..||..||||..||..||||.|..|..||.|||
002866 1.1453 AT 0.459        TR00015

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528
```

```
        BUSINESS CHECKING ACCOUNT
        Previous Balance    1-31-08          7,712.02
        +Deposits/Credits        7          24,306.00
        -Checks/Debits          24          26,345.01
        -Service Charge                          7.79
        Current Balance                      5,665.22
```

```
-----------------------DEPOSITS AND OTHER ACTIVITY-----------------------
Date      Bank Code    Description                              Amount
2-01             10    DEPOSIT                                 1520.00
2-01          10803    TRANSFER TO CHECKING                    1025.00-
2-06              2    DEPOSIT                                 1886.00
2-06             17    IT: 1ST STOP RECOVERY INC FROM         12000.00
                       JUDITH MARRA
2-06             17    WT FEE                                     10.00-
2-08             18    DEPOSIT                                 1640.00
2-13              8    DEPOSIT                                 4902.00
2-14             10    WT FEE                                     20.00-
2-14             10    OT: JULIA BUTRYN                         500.00-
2-20             10    DEPOSIT                                 1120.00
2-26             11    DEPOSIT                                 1238.00
```

```
-----------------------------CHECKS PAID-----------------------------
Ck. No.   Date        Amount        Ck. No.    Date         Amount
      1   2-08       5500.00          1050     2-14        3063.75
  1036*   2-28        270.00          1051     2-19        3800.00
  1041*   2-01        695.00          1053*    2-26         100.00
   1042   2-06         72.31          1054     2-20        8200.00
  1044*   2-08        476.51          1055     2-20         146.00
   1045   2-13         47.25          1056     2-29          65.12
   1046   2-07        123.00          1057     2-26          88.05
   1047   2-07        211.12          1058     2-27         401.37
  1049*   2-13        820.00          1061*    2-29         565.00

              * Gap in check number sequence
```

```
-------------------ATM AND ELECTRONIC ACTIVITY-------------------
Date      Bank Code    Description                              Amount
2-07           2038    CAPITAL ONE ARC  CHECK PYMT               85.53-
                       SERIAL NUMBER: 1042

2-29           2060    CAPITAL ONE ARC  CHECK PYMT               60.00-
                       SERIAL NUMBER: 1060
```

```
-----------------------------SERVICE CHARGE SUMMARY-----------------------------
        Service Charge              .                        Date
              7.79                                           2-29
```

```
-----------------------------DAILY BALANCE SUMMARY-----------------------------
Date      Balance     Date       Balance      Date        Balance
1-31      7712.02     2-01       7512.02      2-06      21315.71   (Cont'd)
```



## 24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000

MEMBER FDIC          • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •          EQUAL HOUSING LENDER ⌂



002866

KEYS-003-002866-001-002-080303 002866   K01
3307052828

KEYS-003-002866-001-002-080303 002866   K01

CK# 1 $5,500.00 PAID 02/08/2008

CK# 1046 $123.00 PAID 02/07/2008

CK# 1036 $270.00 PAID 02/28/2008

CK# 1047 $211.12 PAID 02/07/2008

CK# 1041 $695.00 PAID 02/01/2008

CK# 1049 $820.00 PAID 02/13/2008

CK# 1042 $72.31 PAID 02/06/2008

CK# 1050 $3,063.75 PAID 02/14/2008

CK# 1044 $476.51 PAID 02/08/2008

CK# 1051 $3,800.00 PAID 02/19/2008

CK# 1045 $47.25 PAID 02/13/2008

CK# 1053 $100.00 PAID 02/26/2008

CK# 1054 $8,200.00 PAID 02/20/2008

CK# 1055 $146.00 PAID 02/20/2008

CK# 1056 $65.12 PAID 02/29/2008

CK# 1057 $88.05 PAID 02/26/2008

CK# 1058 $401.37 PAID 02/27/2008

CK# 1061 $565.00 PAID 02/29/2008

4:26 PM

04/08/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 03/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,665.22 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 21 items** | | | | | | |
| Check | 2/18/2008 | 1052 | AMERICAN AMBU... | X | -100.00 | -100.00 |
| Check | 2/28/2008 | 1062 | First Funding Insura... | X | -1,084.99 | -1,184.99 |
| Check | 2/28/2008 | 1063 | Sprint | X | -244.27 | -1,429.26 |
| Check | 2/29/2008 | 1064 | Southernmost Foot ... | X | -67.00 | -1,496.26 |
| Check | 3/3/2008 | | Transfer | X | -1,025.00 | -2,521.26 |
| Check | 3/3/2008 | 1059 | Best Transport | X | -600.00 | -3,121.26 |
| Check | 3/3/2008 | 1066 | Driftwood Trailer Park | X | -474.51 | -3,595.77 |
| Check | 3/3/2008 | 1065 | FKEC | X | -193.00 | -3,788.77 |
| Check | 3/7/2008 | 1067 | Florida Dept of Rev... | X | -113.00 | -3,901.77 |
| Check | 3/8/2008 | 1069 | Steve Ladd | X | -100.00 | -4,001.77 |
| Check | 3/10/2008 | 1071 | FKEC | X | -134.00 | -4,135.77 |
| Check | 3/11/2008 | 1072 | Lighthouse Leasing | X | -3,063.75 | -7,199.52 |
| Check | 3/11/2008 | | Geico | X | -243.92 | -7,443.44 |
| Check | 3/13/2008 | | Capital One | X | -122.00 | -7,565.44 |
| Check | 3/13/2008 | | Paypal | X | -22.00 | -7,587.44 |
| Check | 3/18/2008 | | First State Bank | X | -41.00 | -7,628.44 |
| Check | 3/20/2008 | 1074 | Napa Auto | X | -125.84 | -7,754.28 |
| Check | 3/21/2008 | | | X | -500.00 | -8,254.28 |
| Check | 3/24/2008 | 1077 | FOP #28 | X | -100.00 | -8,354.28 |
| Check | 3/24/2008 | | Capital One | X | -55.00 | -8,409.28 |
| Check | 3/31/2008 | | First State Bank | X | -23.80 | -8,433.08 |
| | | **Total Checks and Payments** | | | -8,433.08 | -8,433.08 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 3/4/2008 | | | X | 1,538.00 | 1,538.00 |
| Deposit | 3/11/2008 | | | X | 849.00 | 2,387.00 |
| Deposit | 3/12/2008 | | | X | 1,166.00 | 3,553.00 |
| Deposit | 3/18/2008 | | | X | 1,000.00 | 4,553.00 |
| Deposit | 3/18/2008 | | | X | 1,055.00 | 5,608.00 |
| Deposit | 3/19/2008 | | | X | 1,716.00 | 7,324.00 |
| Deposit | 3/25/2008 | | | X | 765.00 | 8,089.00 |
| Deposit | 3/27/2008 | | | X | 700.00 | 8,789.00 |
| | | **Total Deposits and Credits** | | | 8,789.00 | 8,789.00 |
| | | **Total Cleared Transactions** | | | 355.92 | 355.92 |
| **Cleared Balance** | | | | | 355.92 | 6,021.14 |
| Register Balance as of 03/31/2008 | | | | | 355.92 | 6,021.14 |
| **Ending Balance** | | | | | 355.92 | 6,021.14 |



# FIRST STATE BANK
## OF THE FLORIDA KEYS
KEYS

**KEYSBANK.COM • 13 KEYS OFFICES**

P.O. Box 1579
Key West, FL 33041-1579

Key West 305.296.8535    Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

Page     1
Checking
Period Ending   3-31-08
Acct. No.
Enclosures              14

002772 1.1403 AT 0.459        TR00015

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

```
        BUSINESS CHECKING ACCOUNT
        Previous Balance  2-29-08              5,665.22
        +Deposits/Credits        8            8,789.00
        -Checks/Debits          20            8,409.28
        -Service Charge                          23.80
        Current Balance                       6,021.14
```

```
------------------------DEPOSITS AND OTHER ACTIVITY------------------
Date      Bank Code     Description                          Amount
3-03      10806         TRANSFER TO CHECKING               1025.00-
3-04      17            DEPOSIT                             1538.00
3-11      8             DEPOSIT                              849.00
3-12      7             DEPOSIT                             1166.00
3-18      7             DEPOSIT                             1055.00
3-18      10            DEPOSIT                             1000.00
3-18      9             DEBIT MEMO                            41.00-
3-19      6             DEPOSIT                             1716.00
3-21      2             CHARGEBACK ITEM                      500.00-
3-25      6             DEPOSIT                              765.00
3-27      6             DEPOSIT                              700.00
```

```
------------------------------CHECKS PAID------------------------------
Ck. No.   Date      Amount       Ck. No.   Date      Amount
1052      3-21      100.00       1068*     3-13      113.00
1059*     3-06      600.00       1069      3-17      100.00
1062*     3-03     1084.99       1071*     3-11      134.00
1063      3-04      244.27       1072      3-13     3063.75
1064      3-10       67.00       1074*     3-31      125.84
1065      3-04      193.00       1077*     3-28      100.00
1066      3-05      474.51
```

```
          * Gap in check number sequence
```

```
------------------------ATM AND ELECTRONIC ACTIVITY------------------
Date      Bank Code     Description                          Amount
3-11      1071          GEICO         CHECKPAYMT           243.92-
                        SERIAL NUMBER: 1067
                                      4091600843
3-13      2073          PAYPAL        ECHECK                22.00-
                        JAMES AURELIO
3-13      1073          CAPITAL ONE ARC  CHECK PYMT        122.00-
                        SERIAL NUMBER: 1070
3-24      1084          CAPITAL ONE ARC  CHECK PYMT         55.00-
                        SERIAL NUMBER: 1073
```

```
------------------------SERVICE CHARGE SUMMARY------------------------
        Service Charge                          Date
        23.80                                   3-31
```

**(Cont'd)**

**Check 1052**
JAMES J AURELIO
DBA GUY'S TOWING SALES & SERVICE
99750 OVERSEAS HIGHWAY, KEY LARGO, FL 33037
1052
Date 2/18/08
Pay to the Order of American Ambulance — $ 100.00
One Hundred and 00/xx — Dollars
For Coll2519-N
Arlene Aurelio
CK# 1052 $100.00 PAID 03/21/2008

**Check 1066**
1066
Date 3/3/08
Pay to the Order of Driftwood Trailer Park — $ 474.51
Four Hundred seventy-four and 51/xx — Dollars
For M-11
Arlene Aurelio
CK# 1066 $474.51 PAID 03/05/2008

**Check 1059**
1059
Date 3-3-08
Pay to the Order of Best Transport — $ 600.00
Six hundred no/100 — Dollars
Arlene Aurelio
CK# 1059 $600.00 PAID 03/06/2008

**Check 1068**
1068
Date 3/7/08
Pay to the Order of Florida Dept of Revenue — $ 113.00
One Hundred thirteen and 00/xx — Dollars
For 54-8012348833-3
Arlene Aurelio
CK# 1068 $113.00 PAID 03/13/2008

**Check 1062**
1062
Date 2/28/08
Pay to the Order of First Ins. Funding Corp. — $ 1,084.99
One Thousand eighty-four and 99/xx — Dollars
Arlene Aurelio
CK# 1062 $1,084.99 PAID 03/03/2008

**Check 1069**
1069
Date 3/8/08
Pay to the Order of Steve Ladd — $ 100.00
One Hundred and 00/xx — Dollars
For filing fee ref.
Arlene Aurelio
CK# 1069 $100.00 PAID 03/17/2008

**Check 1063**
1063
Date 2/28/08
Pay to the Order of Sprint — $ 244.27
Two Hundred fourty-four and 27/100 — Dollars
For 454405720
Arlene Aurelio
CK# 1063 $244.27 PAID 03/04/2008

**Check 1071**
1071
Date 3/10/08
Pay to the Order of F.K.E.C. — $ 134.00
One Hundred thirty-four and 00/xx — Dollars
For 8002200 16
Arlene Aurelio
CK# 1071 $134.00 PAID 03/11/2008

**Check 1064**
1064
Date 2-29-07
Pay to the Order of SOUTHERNMOST FOOT AND ANKLE SPECIALISTS — $ 67.00
For Good Doctor O
CK# 1064 $67.00 PAID 03/10/2008

**Check 1072**
1072
Date Mar 11, 08
Pay to the Order of Lighthouse Leasing — $ 3063.75
Three Thousand sixty-three dollars and 75/xx — Dollars
For shop rent
CK# 1072 $3,063.75 PAID 03/13/2008

**Check 1065**
1065
Date 3/3/08
Pay to the Order of F.K.E.C. — $ 193.00
One Hundred ninety-three and 00/xx — Dollars
For 9108900013
Arlene Aurelio
CK# 1065 $193.00 PAID 03/04/2008

**Check 1074**
1074
Date 3/26/08
Pay to the Order of NAPA — $ 125.84
One hundred twenty five dollars — Dollars
For parts
CK# 1074 $125.84 PAID 03/31/2008

KEYS-003-002772-001-002-080401 002772   K05

JAMES J AURELIO
DBA GUY'S TOWING SALES & SERVICE
39750 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

1077

Date 3-24-08

Pay to the
Order of  F O P  # 28                    $ 100 ⁰⁰

Dollars

FIRST
STATE
BANK    OF THE FLORIDA KEYS
        KEY LARGO, FL 33037

James Aurelio

For

⑆067000438⑆          1077

CK# 1077 $100.00 PAID 03/28/2008



APPROVED              FIRST STATE BANK
By  D. Foth        of the Florida Keys
                   KEY WEST, FLORIDA     DATE: 3-18-08

CHARGE ACCOUNT

                   If we have charged your account as follows:

ACH Debit                                    41 00
Research fees for Stickmark
Feb - march - April, August 2007
Guy's Towing
                                             41 00

PROS/HS/TER    ⑆5001⑆1081⑆           74

Debit Memo $41.00 - 03/18/2008

4:36 PM

04/08/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 04/30/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 6,021.14 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 19 items** | | | | | | |
| Check | 2/2/2008 | 1081 | The Reporter | X | -250.00 | -250.00 |
| Check | 3/26/2008 | 1075 | First Funding Insura... | X | -1,175.22 | -1,425.22 |
| Check | 3/26/2008 | 1076 | Sprint | X | -25.39 | -1,450.61 |
| Check | 3/28/2008 | 1078 | Comcast | X | -59.24 | -1,509.85 |
| Check | 4/1/2008 | | Transfer | X | -1,025.00 | -2,534.85 |
| Check | 4/1/2008 | 1080 | GM | X | -215.00 | -2,749.85 |
| Check | 4/1/2008 | | Premier Credit Card | X | -120.00 | -2,869.85 |
| Check | 4/4/2008 | 1082 | Driftwood Trailer Park | X | -486.19 | -3,356.04 |
| Check | 4/7/2008 | 1084 | FKEC | X | -200.00 | -3,556.04 |
| Check | 4/7/2008 | 1083 | FKEC | X | -103.00 | -3,659.04 |
| Check | 4/11/2008 | 1085 | Florida Dept of Rev... | X | -134.00 | -3,793.04 |
| Check | 4/16/2008 | 1088 | Lighthouse Leasing | X | -3,063.75 | -6,856.79 |
| Check | 4/17/2008 | | Capital One | X | -135.00 | -6,991.79 |
| Check | 4/18/2008 | 1089 | Stonebridge Life Ins | X | -147.40 | -7,139.19 |
| Check | 4/23/2008 | 1091 | First Funding Insura... | X | -1,167.22 | -8,306.41 |
| Check | 4/24/2008 | 1094 | James Aurelio | X | -600.00 | -8,906.41 |
| Check | 4/25/2008 | 1095 | Napa Auto | X | -112.93 | -9,019.34 |
| Check | 4/28/2008 | | Premier Credit Card | X | -300.00 | -9,319.34 |
| Check | 4/30/2008 | | First State Bank | X | -13.91 | -9,333.25 |
| | **Total Checks and Payments** | | | | -9,333.25 | -9,333.25 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 4/1/2008 | | | X | 2,000.00 | 2,000.00 |
| Deposit | 4/2/2008 | | | X | 745.00 | 2,745.00 |
| Deposit | 4/10/2008 | | | X | 750.00 | 3,495.00 |
| Deposit | 4/14/2008 | | | X | 1,210.00 | 4,705.00 |
| Deposit | 4/16/2008 | | | X | 672.00 | 5,377.00 |
| Deposit | 4/23/2008 | | | X | 4,352.00 | 9,729.00 |
| Deposit | 4/25/2008 | | | X | 500.00 | 10,229.00 |
| Deposit | 4/28/2008 | | | X | 6,000.00 | 16,229.00 |
| | **Total Deposits and Credits** | | | | 16,229.00 | 16,229.00 |
| | **Total Cleared Transactions** | | | | 6,895.75 | 6,895.75 |
| **Cleared Balance** | | | | | 6,895.75 | 12,916.89 |
| Register Balance as of 04/30/2008 | | | | | 6,895.75 | 12,916.89 |
| **Ending Balance** | | | | | **6,895.75** | **12,916.89** |



# FIRST STATE BANK
KEYS OF THE FLORIDA KEYS

P.O. Box 1579
Key West, FL
33041-1579

## KEYSBANK.COM • 13 KEYS OFFICES

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

```
                                    Page    1
                        Checking
                        Period Ending  4-30-08
                        Acct. No.
                        Enclosures          14
```

```
003230 0.9803 AT 0.334      TR00014
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

```
                  BUSINESS CHECKING ACCOUNT
                  Previous Balance    3-31-08        6,021.14
                  +Deposits/Credits        8        16,229.00
                  -Checks/Debits          18         9,319.34
                  -Service Charge                       13.91
                  Current Balance                   12,916.89
```

```
-----------------------DEPOSITS AND OTHER ACTIVITY-----------------
Date      Bank Code   Description                          Amount
4-01              9   DEPOSIT                             2000.00
4-01          10809   TRANSFER TO CHECKING                1025.00-
4-02             11   DEPOSIT                              745.00
4-10             11   DEPOSIT                              750.00
4-14             15   DEPOSIT                             1210.00
4-16              5   DEPOSIT                              672.00
4-23              4   DEPOSIT                             4352.00
4-25              2   DEPOSIT                              500.00
4-28             24   DEPOSIT                             6000.00
```

```
------------------------------CHECKS PAID---------------------------
   Ck. No.  Date      Amount       Ck. No.  Date      Amount
    1075    4-03     1175.22        1084    4-08      200.00
    1076    4-02       25.39        1085    4-21      134.00
    1078*   4-02       59.24        1088*   4-18     3063.75
    1080*   4-07      215.00        1089    4-23      147.40
    1081    4-07      250.00        1091*   4-28     1167.22
    1082    4-08      486.19        1094*   4-25      600.00
    1083    4-08      103.00        1095    4-29      112.93
```

```
              * Gap in check number sequence
```

```
-----------------------ATM AND ELECTRONIC ACTIVITY------------------
Date      Bank Code   Description                          Amount
4-01           5091   Premier Cr Card  CHECKPAYMT          120.00-
                      SERIAL NUMBER: 1079
                      ************1956
4-17           1108   CAPITAL ONE ARC  CHECK PYMT          135.00-
                      SERIAL NUMBER: 1086

4-28           1119   Premier Cr Card  CHECKPAYMT          300.00-
                      SERIAL NUMBER: 1092
                      ************1956
```

```
----------------------------SERVICE CHARGE SUMMARY------------------
      Service Charge                         Date
         13.91                               4-30
```

```
-----------------------------DAILY BALANCE SUMMARY------------------
   Date      Balance    Date      Balance    Date      Balance
   3-31      6021.14    4-01      6876.14    4-02      7536.51
   4-03      6361.29    4-07      5896.29    4-08      5107.10
   4-10      5857.10    4-14      7067.10    4-16      7739.10   (Cont'd)
```

**24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000**
MEMBER FDIC          • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •          EQUAL HOUSING LENDER

CK# 1075 $1,175.22 PAID 04/03/2008

CK# 1083 $103.00 PAID 04/08/2008

CK# 1076 $25.39 PAID 04/02/2008

CK# 1084 $200.00 PAID 04/08/2008

CK# 1078 $59.24 PAID 04/02/2008

CK# 1085 $134.00 PAID 04/21/2008

CK# 1080 $215.00 PAID 04/07/2008

CK# 1088 $3,063.75 PAID 04/18/2008

CK# 1081 $250.00 PAID 04/07/2008

CK# 1089 $147.40 PAID 04/23/2008

CK# 1082 $486.19 PAID 04/08/2008

CK# 1091 $1,167.22 PAID 04/28/2008

CK# 1094  $600.00  PAID 04/25/2008



CK# 1095  $112.93  PAID 04/29/2008

4:46 PM

04/08/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 05/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 12,916.89 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 21 Items** | | | | | | |
| Check | 4/12/2008 | 1087 | Keys Physician Ser... | X | -100.00 | -100.00 |
| Check | 4/21/2008 | 1090 | Primo | X | -300.00 | -400.00 |
| Check | 4/25/2008 | 1099 | US Treasury | X | -12,041.00 | -12,441.00 |
| Check | 4/25/2008 | 1096 | M&M Signs | X | -210.70 | -12,651.70 |
| Check | 4/26/2008 | 1097 | Sprint | X | -234.05 | -12,885.75 |
| Check | 5/1/2008 | | Transfer | X | -1,025.00 | -13,910.75 |
| Check | 5/2/2008 | 1100 | Gerard Creasman | X | -550.00 | -14,460.75 |
| Check | 5/5/2008 | 1102 | Driftwood Trailer Park | X | -473.41 | -14,934.16 |
| Check | 5/5/2008 | 1101 | FKEC | X | -102.00 | -15,036.16 |
| Check | 5/6/2008 | 1103 | Big Daddy's | X | -606.00 | -15,642.16 |
| Check | 5/7/2008 | 1104 | Florida Dept of Rev... | X | -177.00 | -15,819.16 |
| Check | 5/12/2008 | 1105 | Lighthouse Leasing | X | -3,063.75 | -18,882.91 |
| Check | 5/13/2008 | | First State Bank | X | -40.00 | -18,922.91 |
| Check | 5/16/2008 | 1106 | Printing Plus | X | -91.08 | -19,013.99 |
| Check | 5/17/2008 | 1107 | Eye Spy | X | -150.00 | -19,163.99 |
| Check | 5/19/2008 | 1108 | AAA | X | -39.00 | -19,202.99 |
| Check | 5/24/2008 | 1109 | Napa Auto | X | -201.01 | -19,404.00 |
| Check | 5/28/2008 | | Cash | X | -3,800.00 | -23,204.00 |
| Check | 5/29/2008 | | Clarke American | X | -32.07 | -23,236.07 |
| Check | 5/29/2008 | | Clarke American | X | -23.94 | -23,260.01 |
| Check | 5/31/2008 | | First State Bank | X | -15.51 | -23,275.52 |
| | **Total Checks and Payments** | | | | -23,275.52 | -23,275.52 |
| **Deposits and Credits - 10 Items** | | | | | | |
| Deposit | 5/1/2008 | | | X | 2,065.00 | 2,065.00 |
| Deposit | 5/5/2008 | | | X | 1,000.00 | 3,065.00 |
| Deposit | 5/6/2008 | | | X | 1,000.00 | 4,065.00 |
| Deposit | 5/8/2008 | | | X | 2,000.00 | 6,065.00 |
| Deposit | 5/12/2008 | | | X | 2,000.00 | 8,065.00 |
| Deposit | 5/13/2008 | | | X | 1,060.00 | 9,125.00 |
| Deposit | 5/16/2008 | | | X | 871.00 | 9,996.00 |
| Deposit | 5/20/2008 | | | X | 1,002.00 | 10,998.00 |
| Deposit | 5/27/2008 | | | X | 3,715.00 | 14,713.00 |
| Deposit | 5/29/2008 | | | X | 1,929.00 | 16,642.00 |
| | **Total Deposits and Credits** | | | | 16,642.00 | 16,642.00 |
| | **Total Cleared Transactions** | | | | -6,633.52 | -6,633.52 |
| **Cleared Balance** | | | | | -6,633.52 | 6,283.37 |
| Register Balance as of 05/31/2008 | | | | | -6,633.52 | 6,283.37 |
| **Ending Balance** | | | | | **-6,633.52** | **6,283.37** |



**FIRST STATE BANK**
KEYS OF THE FLORIDA KEYS

P.O. Box 1579
Key West, FL
33041-1579

**KEYSBANK.COM • 13 KEYS OFFICES**

Key West 305.296.8535  Marathon 305.289.4393
Lower Keys 305.872.8836  Upper Keys 305.852.2070

Page   1
Checking
Period Ending   5-31-08
Acct. No.
Enclosures            17

003288 1.1543 AT 0.471        TR00016

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

BUSINESS CHECKING ACCOUNT
| | | |
|---|---|---|
| Previous Balance | 4-30-08 | 12,916.89 |
| +Deposits/Credits | 10 | 16,642.00 |
| -Checks/Debits | 20 | 23,260.01 |
| -Service Charge | | 15.51 |
| Current Balance | | 6,283.37 |

------DEPOSITS AND OTHER ACTIVITY------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 5-01 | 13 | DEPOSIT | 2065.00 |
| 5-01 | 10812 | TRANSFER TO CHECKING | 1025.00- |
| 5-05 | 13 | DEPOSIT | 1000.00 |
| 5-06 | 4 | DEPOSIT | 1000.00 |
| 5-08 | 12 | DEPOSIT | 2000.00 |
| 5-12 | 11 | DEPOSIT | 2000.00 |
| 5-13 | 5 | DEPOSIT | 1060.00 |
| 5-13 | 7 | DEBIT MEMO | 40.00- |
| 5-16 | 10 | DEPOSIT | 871.00 |
| 5-20 | 8 | DEPOSIT | 1002.00 |
| 5-27 | 22 | DEPOSIT | 3715.00 |
| 5-29 | 13 | DEPOSIT | 1929.00 |

------CHECKS PAID------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---|---|---|---|---|---|
| 1 | 5-28 | 3800.00 | 1102 | 5-08 | 473.41 |
| 1087* | 5-02 | 100.00 | 1103 | 5-08 | 606.00 |
| 1090* | 5-01 | 300.00 | 1104 | 5-14 | 177.00 |
| 1096* | 5-01 | 210.70 | 1105 | 5-16 | 3063.75 |
| 1097 | 5-02 | 234.05 | 1106 | 5-28 | 91.08 |
| 1099* | 5-06 | 12041.00 | 1107 | 5-21 | 150.00 |
| 1100 | 5-07 | 550.00 | 1108 | 5-29 | 39.00 |
| 1101 | 5-06 | 102.00 | 1109 | 5-28 | 201.01 |

* Gap in check number sequence

------ATM AND ELECTRONIC ACTIVITY------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 5-29 | 5149 | CLARKE AMERICAN  CHK ORDER | 32.07- |
| | | JAMES J AURELIO | |
| 5-29 | 5149 | CLARKE AMERICAN  CHK ORDER | 23.94- |
| | | JAMES J AURELIO | |

------SERVICE CHARGE SUMMARY------

| Service Charge | Date |
|---|---|
| 15.51 | 5-31 |

------DAILY BALANCE SUMMARY------

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4-30 | 12916.89 | 5-01 | 13446.19 | 5-02 | 13112.14 |
| 5-05 | 14112.14 | 5-06 | 2969.14 | 5-07 | 2419.14 |
| 5-08 | 3339.73 | 5-12 | 5339.73 | 5-13 | 6359.73 |
| 5-14 | 6182.73 | 5-16 | 3989.98 | 5-20 | 4991.98 |

(Cont'd)

**24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000**
MEMBER FDIC          • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •          EQUAL HOUSING LENDER

CK# 1 $3,800.00 PAID 05/28/2008

CK# 1100 $550.00 PAID 05/07/2008

CK# 1087 $100.00 PAID 05/02/2008

CK# 1101 $102.00 PAID 05/06/2008

CK# 1090 $300.00 PAID 05/01/2008

CK# 1102 $473.41 PAID 05/08/2008

CK# 1096 $210.70 PAID 05/01/2008

CK# 1103 $606.00 PAID 05/08/2008

CK# 1097 $234.05 PAID 05/02/2008

CK# 1104 $177.00 PAID 05/14/2008

CK# 1099 $12,041.00 PAID 05/06/2008

CK# 1105 $3,063.75 PAID 05/16/2008

**JAMES J AURELIO**
DBA GUY'S TOWING SALES & SERVICE
99750 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

1106

Date 5/16/08

Pay to the
Order of ___Printing Plus___ | $ 91 08

___ninty one dollars eight cents___ Dollars

FIRST
STATE
BANK

For ___Bills-Faxes...___

⑆⑆⑆ 7000438⑆⑆    ⑆⑆⑆ 1106

CK# 1106 $91.08 PAID 05/28/2008

---

**JAMES J AURELIO**
DBA GUY'S TOWING SALES & SERVICE
99750 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

1107

Date 5-17-08

Pay to the
Order of ___Expo Sign Advertising___ | $ 150.00

___one hundred and fifty___ Dollars

FIRST
STATE
BANK

For ___Advertising___

⑆⑆⑆ 7000438⑆⑆    110700000 15000⑆

CK# 1107 $150.00 PAID 05/21/2008

---

**JAMES J AURELIO**
DBA GUY'S TOWING SALES & SERVICE
99750 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

1108

Date 5/19/08

Pay to the
Order of ___a.a.a.___ | $ 39.00

___Thirty-nine and 00/100___ Dollars

FIRST
STATE
BANK

For ___TM-HT. 001-106-310    Arline Aurelio___

⑆⑆⑆ 7000438⑆⑆    1108 00000 3900⑆

CK# 1108 $39.00 PAID 05/29/2008

---

**JAMES J AURELIO**
DBA GUY'S TOWING SALES & SERVICE
99750 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

1109

Date 5-24-08

Pay to the
Order of ___NAPA___ | $ 201.01

___Two hundred one dollars 01/100___ Dollars

FIRST
STATE
BANK

For ___parts___

⑆⑆⑆ 7000438⑆⑆    1109

CK# 1109 $201.01 PAID 05/28/2008

---

APPROVED
By ___D.Froh___

CHARGE ACCOUNT

**FIRST STATE BANK**
of the Florida Keys
KEY WEST, FLORIDA

DATE: 5-13-08

This is to advise you that we have charged your account as follows:

| | | 40 | 00 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | 40 | 00 |

⑆5001 1081⑆   0808101905⑆   74

Debit Memo $40.00 - 05/13/2008

5:39 PM

04/08/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 06/30/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 6,283.37 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Check | 5/24/2008 | 1110 | First Funding Insura... | X | -1,171.22 | -1,171.22 |
| Check | 5/24/2008 | 1111 | Sprint | X | -227.35 | -1,398.57 |
| Check | 6/2/2008 | | Transfer | X | -1,025.00 | -2,423.57 |
| Check | 6/2/2008 | 1115 | Driftwood Trailer Park | X | -466.47 | -2,890.04 |
| Check | 6/4/2008 | 1112 | FKEC | X | -130.00 | -3,020.04 |
| Check | 6/13/2008 | 1117 | Lighthouse Leasing | X | -3,063.75 | -6,083.79 |
| Check | 6/14/2008 | 1118 | Jeff Pratt | X | -397.69 | -6,481.48 |
| Check | 6/16/2008 | 1116 | Napa Auto | X | -238.35 | -6,719.83 |
| Check | 6/17/2008 | 1119 | Florida Dept of Rev... | X | -270.40 | -6,990.23 |
| Check | 6/18/2008 | | Mahoney Auto | X | -12,310.00 | -19,300.23 |
| Check | 6/18/2008 | 1120 | All Tires | X | -350.00 | -19,650.23 |
| Check | 6/18/2008 | 1121 | Napa Auto | X | -240.81 | -19,891.04 |
| Check | 6/24/2008 | 1124 | The Reporter | X | -200.00 | -20,091.04 |
| Check | 6/25/2008 | 1122 | Poseidon Towing | X | -1,000.00 | -21,091.04 |
| Check | 6/25/2008 | 1126 | A W Direct | X | -35.01 | -21,126.05 |
| Check | 6/26/2008 | 1127 | Pratts Mobile | X | -500.00 | -21,626.05 |
| Check | 6/26/2008 | | First State Bank | X | -5.00 | -21,631.05 |
| Check | 6/30/2008 | | First State Bank | X | -14.41 | -21,645.46 |
| | Total Checks and Payments | | | | -21,645.46 | -21,645.46 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 6/2/2008 | | | X | 1,241.00 | 1,241.00 |
| Deposit | 6/10/2008 | | | X | 2,673.00 | 3,914.00 |
| Deposit | 6/12/2008 | | | X | 3,494.00 | 7,408.00 |
| Deposit | 6/18/2008 | | | X | 12,420.00 | 19,828.00 |
| Deposit | 6/23/2008 | | | X | 855.00 | 20,683.00 |
| Deposit | 6/26/2008 | | | X | 1,687.00 | 22,370.00 |
| Deposit | 6/30/2008 | | | X | 2,041.00 | 24,411.00 |
| | Total Deposits and Credits | | | | 24,411.00 | 24,411.00 |
| | Total Cleared Transactions | | | | 2,765.54 | 2,765.54 |
| **Cleared Balance** | | | | | 2,765.54 | 9,048.91 |
| Register Balance as of 06/30/2008 | | | | | 2,765.54 | 9,048.91 |
| **Ending Balance** | | | | | 2,765.54 | 9,048.91 |



**FIRST STATE BANK** OF THE FLORIDA KEYS
KEYS

P.O. Box 1579
Key West, FL
33041-1579

**KEYSBANK.COM • 13 KEYS OFFICES**

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070



|  |  |
|---|---|
| | Page      1 |
| Checking | |
| Period Ending | 6-30-08 |
| Acct. No. | ███████ |
| Enclosures | 16 |

002816 0.7853 AT 0.346          TR00014

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

```
                    BUSINESS CHECKING ACCOUNT
                    Previous Balance    5-31-08        6,283.37
                    +Deposits/Credits      7          24,411.00
                    -Checks/Debits        17          21,631.05
                    -Service Charge                       14.41
                    Current Balance                    9,048.91
```

---------------------------DEPOSITS AND OTHER ACTIVITY---------------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 6-02 | 10815 | TRANSFER TO CHECKING | 1025.00- |
| 6-03 | 3 | DEPOSIT | 1241.00 |
| 6-10 | 8 | DEPOSIT | 2673.00 |
| 6-12 | 3 | DEPOSIT | 3494.00 |
| 6-18 | 4 | DEPOSIT | 12420.00 |
| 6-23 | 16 | DEPOSIT | 855.00 |
| 6-26 | 6 | DEPOSIT | 1687.00 |
| 6-26 | 6 | DEBIT MEMO | 5.00- |
| 6-30 | 19 | DEPOSIT | 2041.00 |

---------------------------CHECKS PAID---------------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---------|------|--------|---------|------|--------|
| 1 | 6-18 | 12310.00 | 1119 | 6-24 | 270.40 |
| 1110* | 6-02 | 1171.22 | 1120 | 6-20 | 350.00 |
| 1111 | 6-02 | 227.35 | 1121 | 6-20 | 240.81 |
| 1112 | 6-03 | 130.00 | 1122 | 6-30 | 35.01 |
| 1115* | 6-10 | 466.47 | 1122* | 6-30 | 1000.00 |
| 1116 | 6-18 | 238.35 | 1124* | 6-27 | 200.00 |
| 1117 | 6-17 | 3063.75 | 1127* | 6-30 | 500.00 |
| 1118 | 6-16 | 397.69 | | | |

* Gap in check number sequence

---------------------------SERVICE CHARGE SUMMARY---------------------------

| Service Charge | Date |
|----------------|------|
| 14.41 | 6-30 |

---------------------------DAILY BALANCE SUMMARY---------------------------

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5-31 | 6283.37 | 6-02 | 3859.80 | 6-03 | 4970.80 |
| 6-10 | 7177.33 | 6-12 | 10671.33 | 6-16 | 10273.64 |
| 6-17 | 7209.89 | 6-18 | 7081.54 | 6-20 | 6490.73 |
| 6-23 | 7345.73 | 6-24 | 7075.33 | 6-26 | 8757.33 |
| 6-27 | 8557.33 | 6-30 | 9048.91 | | |

KEYS-002-002816-001-001-001-080701 002816 K02
33070052828

CK# 1122 $35.01 PAID 06/30/2008



CK# 1124 $200.00 PAID 06/27/2008



CK# 1127 $500.00 PAID 06/30/2008



Debit Memo $5.00 - 06/26/2008





First State Bank of the Florida Keys

Page    2
Checking
Period Ending 12-31-08
Acct. No.
Enclosures              27

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
---------------------------DAILY BALANCE SUMMARY-----------------------
    Date      Balance     Date      Balance     Date      Balance
   11-30      5781.30    12-01      4756.30    12-02      4217.66
   12-03      3865.46    12-04      5115.46    12-05      2326.71
   12-08      1575.96    12-09      1112.45    12-10       992.45
   12-12      1473.78    12-15      1403.34    12-17      1590.49
   12-18      1195.49    12-19      3275.49    12-22      3301.44
   12-23      4052.69    12-24      3981.39    12-26      3761.39
   12-29      3439.81    12-30      2423.99    12-31      3402.71
```