# DEC. EXHIBIT I
# (Part 2 of 2)

CK# 1 $12,310.00 PAID 06/18/2008



CK# 1117 $3,063.75 PAID 06/17/2008



CK# 1110 $1,171.22 PAID 06/02/2008



CK# 1118 $397.69 PAID 06/16/2008



CK# 1111 $227.35 PAID 06/02/2008



CK# 1119 $270.40 PAID 06/24/2008



CK# 1112 $130.00 PAID 06/03/2008



CK# 1120 $350.00 PAID 06/20/2008



CK# 1115 $466.47 PAID 06/10/2008



CK# 1121 $240.81 PAID 06/20/2008



CK# 1116 $238.35 PAID 06/18/2008



CK# 1122 $1,000.00 PAID 06/30/2008

KEYS-002-002816-001-001-080701 002816    K02

5:50 PM

04/08/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 07/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 9,048.91 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 29 items** | | | | | | |
| Check | 6/23/2008 | 1123 | McCullough Premiu... | X | -286.50 | -286.50 |
| Check | 6/24/2008 | 1125 | US Treasury | X | -1,093.01 | -1,379.51 |
| Check | 6/26/2008 | 1129 | Sprint | X | -310.51 | -1,690.02 |
| Check | 6/26/2008 | 1128 | M&M Signs | X | -212.76 | -1,902.78 |
| Check | 7/1/2008 | | Transfer | X | -1,025.00 | -2,927.78 |
| Check | 7/2/2008 | 1130 | Yellow Book USA | X | -294.40 | -3,222.18 |
| Check | 7/3/2008 | 1134 | FKEC | X | -350.00 | -3,572.18 |
| Check | 7/3/2008 | 1133 | FKEC | X | -212.00 | -3,784.18 |
| Check | 7/5/2008 | 1135 | Driftwood Trailer Park | X | -479.55 | -4,263.73 |
| Check | 7/5/2008 | 1131 | Napa Auto | X | -404.74 | -4,668.47 |
| Check | 7/7/2008 | | First Funding Insura... | X | -1,186.22 | -5,854.69 |
| Check | 7/7/2008 | 1140 | Florida Dept of Rev... | X | -229.50 | -6,084.19 |
| Check | 7/8/2008 | 1138 | Advance Auto Parts | X | -259.72 | -6,343.91 |
| Check | 7/8/2008 | 1139 | Eye Spy | X | -150.00 | -6,493.91 |
| Check | 7/9/2008 | 1141 | All Tires | X | -249.66 | -6,743.57 |
| Check | 7/10/2008 | 1142 | Lighthouse Leasing | X | -3,063.75 | -9,807.32 |
| Check | 7/10/2008 | 1143 | Primo | X | -499.00 | -10,306.32 |
| Check | 7/10/2008 | | Capital One | X | -225.00 | -10,531.32 |
| Check | 7/11/2008 | 1144 | James Aurelio | X | -700.00 | -11,231.32 |
| Check | 7/11/2008 | | Premier Credit Card | X | -145.00 | -11,376.32 |
| Check | 7/11/2008 | | First State Bank | X | -10.00 | -11,386.32 |
| Check | 7/14/2008 | 1145 | Champion Transport | X | -600.00 | -11,986.32 |
| Check | 7/15/2008 | 1146 | Allstate Life Insuran... | X | -65.12 | -12,051.44 |
| Check | 7/21/2008 | 1147 | Sprint | X | -275.45 | -12,326.89 |
| Check | 7/26/2008 | 1149 | Napa Auto | X | -417.80 | -12,744.69 |
| Check | 7/26/2008 | 1148 | CVS | X | -147.00 | -12,891.69 |
| Check | 7/28/2008 | | First State Bank | X | -2.00 | -12,893.69 |
| Check | 7/31/2008 | | Premier Credit Card | X | -150.00 | -13,043.69 |
| Check | 7/31/2008 | | First State Bank | X | -16.69 | -13,060.38 |
| | **Total Checks and Payments** | | | | -13,060.38 | -13,060.38 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 7/2/2008 | | | X | 1,270.00 | 1,270.00 |
| Deposit | 7/7/2008 | | | X | 1,729.00 | 2,999.00 |
| Deposit | 7/11/2008 | | | X | 600.00 | 3,599.00 |
| Deposit | 7/16/2008 | | | X | 1,275.00 | 4,874.00 |
| Deposit | 7/18/2008 | | | X | 1,241.00 | 6,115.00 |
| Deposit | 7/25/2008 | | First State Bank | X | 18.00 | 6,133.00 |
| Deposit | 7/25/2008 | | | X | 1,838.00 | 7,971.00 |
| | **Total Deposits and Credits** | | | | 7,971.00 | 7,971.00 |
| | **Total Cleared Transactions** | | | | -5,089.38 | -5,089.38 |
| **Cleared Balance** | | | | | -5,089.38 | 3,959.53 |
| **Register Balance as of 07/31/2008** | | | | | -5,089.38 | 3,959.53 |
| **Ending Balance** | | | | | -5,089.38 | 3,959.53 |



**FIRST STATE BANK**
KEYS OF THE FLORIDA KEYS

P.O. Box 1579
Key West, FL
33041-1579

**KEYSBANK.COM • 13 KEYS OFFICES**

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

003242

Checking                    Page    1
Period Ending  7-31-08
Acct. No.
Enclosures                     22

003242 0.9743 AT 0.346      TR00016

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

BUSINESS CHECKING ACCOUNT
Previous Balance        6-30-08        9,048.91
+Deposits/Credits      7            7,971.00
-Checks/Debits        28           13,043.69
-Service Charge                        16.69
Current Balance                      3,959.53

--------------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 7-01 | 10818 | TRANSFER TO CHECKING | 1025.00- |
| 7-02 | 2 | DEPOSIT | 1270.00 |
| 7-07 | 17 | DEPOSIT | 1729.00 |
| 7-11 | 17 | IT: JOSEPHINE TISLER | 600.00 |
| 7-11 | 17 | WT FEE | 10.00- |
| 7-16 | 5 | DEPOSIT | 1275.00 |
| 7-18 | 9 | DEPOSIT | 1241.00 |
| 7-25 | 9 | DEPOSIT | 1838.00 |
| 7-25 | 9 | CREDIT MEMO | 18.00 |
| 7-28 | 12 | DEBIT MEMO | 2.00- |

-----------------------------------CHECKS PAID----------------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---------|------|--------|---------|------|--------|
| 1123 | 7-01 | 286.50 | 1140 | 7-16 | 229.50 |
| 1125* | 7-03 | 1093.01 | 1141 | 7-11 | 249.66 |
| 1128* | 7-03 | 212.76 | 1142 | 7-11 | 3063.75 |
| 1129 | 7-07 | 310.51 | 1143 | 7-23 | 499.00 |
| 1130 | 7-21 | 294.40 | 1144 | 7-14 | 700.00 |
| 1131 | 7-08 | 404.74 | 1145 | 7-23 | 600.00 |
| 1133* | 7-07 | 212.00 | 1146 | 7-24 | 65.12 |
| 1134 | 7-07 | 350.00 | 1147 | 7-28 | 275.45 |
| 1135 | 7-15 | 479.55 | 1148 | 7-30 | 147.00 |
| 1138* | 7-11 | 259.72 | 1149 | 7-29 | 417.80 |
| 1139 | 7-16 | 150.00 | | | |

* Gap in check number sequence

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 7-07 | 1189 | FIRST INSURANCE  WUSPCUSTDR GUYS TOWING | 1186.22- |
| 7-10 | 2192 | CAPITAL ONE ARC  CHECK PYMT SERIAL NUMBER: 1137 | 225.00- |
| 7-11 | 2193 | Premier Cr Card  CHECKPAYMT SERIAL NUMBER: 1136 ************1956 | 145.00- |
| 7-31 | 2213 | Premier Cr Card  CHECKPAYMT SERIAL NUMBER: 1151 ************1956 | 150.00- |

(Cont'd)



KEYS-003-003242-001-002-080802 003242    K04
3307005282B

First State Bank of the Florida Keys

|  | Page | 2 |
|---|---|---|
| Checking | | |
| Period Ending | 7-31-08 | |
| Acct. No. |  | |
| Enclosures | | 22 |



JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
----------------------------SERVICE CHARGE SUMMARY------------------------
        Service Charge                                  Date
             16.69                                      7-31
----------------------------DAILY BALANCE SUMMARY-------------------------
        Date      Balance    Date      Balance    Date      Balance
        6-30      9048.91    7-01      7737.41    7-02      9007.41
        7-03      7701.64    7-07      7371.91    7-08      6967.17
        7-10      6742.17    7-11      3614.04    7-14      2914.04
        7-15      2434.49    7-16      3329.99    7-18      4570.99
        7-21      4276.59    7-23      3177.59    7-24      3112.47
        7-25      4968.47    7-28      4691.02    7-29      4273.22
        7-30      4126.22    7-31      3959.53
```

KEYS-003-003242-001-002-080802 003242    K04

CK# 1123 $286.50 PAID 07/01/2008

CK# 1133 $212.00 PAID 07/07/2008

CK# 1125 $1,093.01 PAID 07/03/2008

CK# 1134 $350.00 PAID 07/07/2008

CK# 1128 $212.76 PAID 07/03/2008

CK# 1135 $479.55 PAID 07/15/2008

CK# 1129 $310.51 PAID 07/07/2008

CK# 1138 $259.72 PAID 07/11/2008

CK# 1130 $294.40 PAID 07/21/2008

CK# 1139 $150.00 PAID 07/16/2008

CK# 1131 $404.74 PAID 07/08/2008

CK# 1140 $229.50 PAID 07/16/2008

KEYS-003-003242-001-002-080802 003242    K04

CK# 1141 $249.66 PAID 07/11/2008



CK# 1147 $275.45 PAID 07/28/2008



CK# 1142 $3,063.75 PAID 07/11/2008



CK# 1148 $147.00 PAID 07/30/2008



CK# 1143 $499.00 PAID 07/23/2008



CK# 1149 $417.80 PAID 07/29/2008



CK# 1144 $700.00 PAID 07/14/2008



Debit Memo $2.00 - 07/28/2008



CK# 1145 $600.00 PAID 07/23/2008



CK# 1146 $65.12 PAID 07/24/2008

9:33 AM

04/09/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 08/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 3,959.53 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Check | 7/26/2008 | 1150 | First Funding Insura... | X | -1,171.22 | -1,171.22 |
| Check | 7/29/2008 | 1152 | M&S Signs | X | -212.70 | -1,383.92 |
| Check | 8/1/2008 | | Transfer | X | -1,025.00 | -2,408.92 |
| Check | 8/1/2008 | 1153 | James Aurelio | X | -260.00 | -2,668.92 |
| Check | 8/3/2008 | 1154 | Driftwood Trailer Park | X | -473.79 | -3,142.71 |
| Check | 8/4/2008 | 1155 | FKEC | X | -275.00 | -3,417.71 |
| Check | 8/6/2008 | 1157 | Florida Dept of Rev... | X | -266.25 | -3,683.96 |
| Check | 8/7/2008 | | Capital One | X | -192.50 | -3,876.46 |
| Check | 8/10/2008 | 1158 | Terra Nova Net | X | -87.85 | -3,964.31 |
| Check | 8/13/2008 | 1159 | US Treasury | X | -3,817.00 | -7,781.31 |
| Check | 8/13/2008 | 1160 | Lighthouse Leasing | X | -3,063.75 | -10,845.06 |
| Check | 8/22/2008 | 1163 | First Funding Insura... | X | -1,171.22 | -12,016.28 |
| Check | 8/22/2008 | 1162 | Sprint | X | -244.87 | -12,261.15 |
| Check | 8/24/2008 | 1164 | James Aurelio | X | -900.00 | -13,161.15 |
| Check | 8/25/2008 | 1161 | Gerard Creasman | X | -850.00 | -14,011.15 |
| Check | 8/31/2008 | | First State Bank | X | -15.32 | -14,026.47 |
| | **Total Checks and Payments** | | | | -14,026.47 | -14,026.47 |
| **Deposits and Credits - 10 items** | | | | | | |
| Deposit | 8/6/2008 | | | X | 1,000.00 | 1,000.00 |
| Deposit | 8/6/2008 | | | X | 1,000.00 | 2,000.00 |
| Deposit | 8/7/2008 | | | X | 1,000.00 | 3,000.00 |
| Deposit | 8/12/2008 | | | X | 1,191.00 | 4,191.00 |
| Deposit | 8/14/2008 | | | X | 1,400.00 | 5,591.00 |
| Deposit | 8/21/2008 | | | X | 3,390.00 | 8,981.00 |
| Deposit | 8/25/2008 | | | X | 2,198.00 | 11,179.00 |
| Deposit | 8/26/2008 | | | X | 1,095.00 | 12,274.00 |
| Deposit | 8/27/2008 | | | X | 997.00 | 13,271.00 |
| Deposit | 8/28/2008 | | | X | 4,000.00 | 17,271.00 |
| | **Total Deposits and Credits** | | | | 17,271.00 | 17,271.00 |
| | **Total Cleared Transactions** | | | | 3,244.53 | 3,244.53 |
| **Cleared Balance** | | | | | 3,244.53 | 7,204.06 |
| Register Balance as of 08/31/2008 | | | | | 3,244.53 | 7,204.06 |
| **Ending Balance** | | | | | **3,244.53** | **7,204.06** |

# FIRST STATE BANK
### KEYS OF THE FLORIDA KEYS

P.O. Box 1579
Key West, FL
33041-1579

## KEYSBANK.COM • 13 KEYS OFFICES

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

Checking
Period Ending   8-31-08
Acct. No.
Enclosures                13

Page   1

003266 0.7283 AT 0.346        TR00014

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

### BUSINESS CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| Previous Balance | 7-31-08 | | 3,959.53 |
| +Deposits/Credits | 10 | | 17,271.00 |
| -Checks/Debits | 15 | | 14,011.15 |
| -Service Charge | | | 15.32 |
| Current Balance | | | 7,204.06 |

------------------------DEPOSITS AND OTHER ACTIVITY------------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 8-01 | 10821 | TRANSFER TO CHECKING | 1025.00- |
| 8-06 | 2 | DEPOSIT | 1000.00 |
| 8-06 | 2 | DEPOSIT | 1000.00 |
| 8-07 | 9 | DEPOSIT | 1000.00 |
| 8-12 | 7 | DEPOSIT | 1191.00 |
| 8-14 | 8 | DEPOSIT | 1400.00 |
| 8-21 | 11 | DEPOSIT | 3390.00 |
| 8-25 | 11 | DEPOSIT | 2198.00 |
| 8-26 | 5 | DEPOSIT | 1095.00 |
| 8-27 | 6 | DEPOSIT | 997.00 |
| 8-28 | 7 | DEPOSIT | 4000.00 |

------------------------------CHECKS PAID------------------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---|---|---|---|---|---|
| 1150 | 8-04 | 1171.22 | 1159 | 8-20 | 3817.00 |
| 1152* | 8-04 | 212.70 | 1160 | 8-26 | 3063.75 |
| 1153 | 8-05 | 260.00 | 1161 | 8-27 | 850.00 |
| 1154 | 8-06 | 473.79 | 1162 | 8-26 | 244.87 |
| 1155 | 8-05 | 275.00 | 1163 | 8-28 | 1171.22 |
| 1157* | 8-14 | 266.25 | 1164 | 8-25 | 900.00 |
| 1158 | 8-18 | 87.85 | | | |

* Gap in check number sequence

------------------------ATM AND ELECTRONIC ACTIVITY------------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 8-07 | 2220 | CAPITAL ONE ARC  CHECK PYMT | 192.50- |
| | | SERIAL NUMBER: 1156 | |

------------------------SERVICE CHARGE SUMMARY------------------------

| Service Charge | Date |
|---|---|
| 15.32 | 8-31 |

------------------------DAILY BALANCE SUMMARY------------------------

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7-31 | 3959.53 | 8-01 | 2934.53 | 8-04 | 1550.61 |
| 8-05 | 1015.61 | 8-06 | 2541.82 | 8-07 | 3349.32 |
| 8-12 | 4540.32 | 8-14 | 5674.07 | 8-18 | 5586.22 |
| 8-20 | 1769.22 | 8-21 | 5159.22 | 8-25 | 6457.22 |
| 8-26 | 4243.60 | 8-27 | 4390.60 | 8-28 | 7219.38 |
| 8-31 | 7204.06 | | | | |

**24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000**
MEMBER FDIC          • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •          EQUAL HOUSING LENDER

| | |
|---|---|
| **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1150 — Date 7/26/08 — Pay to the Order of First Ins. Funding — $ 1171.22 — Eleven Hundred seventy-one and 22/00 Dollars — FIRST STATE BANK — Arlene Aurelio — ⑈06 7000438⑈ 1150 /0000 1171 22/ | **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1158 — 8/10/08 Date — Pay to the Order of Terra Nova Net — $ 87.85 — Eighty seven and 85/00 Dollars — FIRST STATE BANK — For — Arlene Aurelio — ⑈06 7000438⑈ 1158 |
| CK# 1150 $1,171.22 PAID 08/04/2008 | CK# 1158 $87.85 PAID 08/18/2008 |
| **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1152 — 7/29/08 Date — Pay to the Order of M & S — $ 212.70 — Two hundred twelve dollar a 70/00 Dollars — FIRST STATE BANK — For M & S — James Aurelio — ⑈06 7000438⑈ 1152 /0000026270/ | **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1159 — 8/13/08 Date — Pay to the Order of UNITED STATES TREASURY — $ 3817.00 — Three Thousand seventeen and 00/00 Dollars — FIRST STATE BANK — 305/853-0756 — Arlene Aurelio — ⑈06 7000438⑈ 1159 /0000381700/ |
| CK# 1152 $212.70 PAID 08/04/2008 | CK# 1159 $3,817.00 PAID 08/20/2008 |
| **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1153 — 8/6/08 Date — Pay to the Order of James Aurelio — $ 260.00 — Two Hundred sixty dollars — FIRST STATE BANK — For Jennings — James Aurelio JR — ⑈06 7000438⑈ 1153 | **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1160 — Date — Pay to the Order of Lighthouse Leasing — $ 3063.75 — Three Thousand Sixty Three Dollars 75/00 Dollars — FIRST STATE BANK — For — James Aurelio JR — ⑈06 7000438⑈ 1160 |
| CK# 1153 $260.00 PAID 08/05/2008 | CK# 1160 $3,063.75 PAID 08/26/2008 |
| **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1154 — 8/3/08 Date — Pay to the Order of Driftwood Trailer Park — $ 473.79 — Four Hundred seventy-three and 79/00 Dollars — FIRST STATE BANK — For Lot rent-M-11 — Arlene Aurelio — ⑈06 7000438⑈ 1154 | **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1161 — 8/25/08 Date — Pay to the Order of Gerald E Creasman CPA PA — $ 850 — Eight hundred fifty + 00/00 Dollars — FIRST STATE BANK — For 2007 Taxes — James Aurelio — ⑈06 7000438⑈ 1161 /00000085000/ |
| CK# 1154 $473.79 PAID 08/06/2008 | CK# 1161 $850.00 PAID 08/27/2008 |
| **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1155 — 8/4/08 Date — Pay to the Order of J.K.E.C. — $ 275.00 — Two Hundred seventy-five and 00/00 Dollars — FIRST STATE BANK — For 8000220016 — Arlene Aurelio — ⑈06 7000438⑈ 1155 | **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1162 — 8/22/08 Date — Pay to the Order of Sprint — $ 244.87 — Two Hundred fourty-four and 87/00 Dollars — FIRST STATE BANK — For 4564457120 — Arlene Aurelio — ⑈06 7000438⑈ 1162 |
| CK# 1155 $275.00 PAID 08/05/2008 | CK# 1162 $244.87 PAID 08/26/2008 |
| **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1157 — 8/6/08 Date — Pay to the Order of Florida Dept. of Revenue — $ 266.25 — Two Hundred sixty-six and 25/00 Dollars — FIRST STATE BANK — Arlene Aurelio — ⑈06 7000438⑈ 1157 | **JAMES J AURELIO** DBA GUY'S TOWING SALES & SERVICE 99275 OVERSEAS HIGHWAY KEY LARGO, FL 33037 — 1163 — 8/22/08 Date — Pay to the Order of First Ins. Funding Corp. — $ 1171.22 — Eleven Hundred seventy-one and 22/00 Dollars — FIRST STATE BANK — For 03931-0001-0858993 — Arlene Aurelio — ⑈06 7000438⑈ 1163 /00001171 22/ |
| CK# 1157 $266.25 PAID 08/14/2008 | CK# 1163 $1,171.22 PAID 08/28/2008 |

**JAMES J AURELIO**
**DBA GUY'S TOWING SALES & SERVICE**
99275 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

1164

TELLER # 00    Date 8/24/08

Pay to the
Order of ___James Aurelio___     $ 900.00

___Nine Hundred dollars___ Dollars

KLTW
63-43

FIRST
STATE
BANK   OF THE FLORIDA KEYS
          KEY LARGO, FL 33037

For ___Sub pay___

⑈067000438⑈       1164

CK# 1164 $900.00 PAID 08/25/2008

9:51 AM

04/09/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 09/30/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 7,204.06 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Check | 8/26/2008 | 1166 | First Premium Bank | X | -75.00 | -75.00 |
| Check | 8/27/2008 | 1165 | Thomas J. Skola | X | -600.00 | -675.00 |
| Check | 9/2/2008 | | Transfer | X | -1,025.00 | -1,700.00 |
| Check | 9/2/2008 | 1169 | | X | -256.80 | -1,956.80 |
| Check | 9/2/2008 | | First State Bank | X | -30.00 | -1,986.80 |
| Check | 9/3/2008 | 1170 | Thomas J. Skola | X | -505.00 | -2,491.80 |
| Check | 9/4/2008 | 1172 | Driftwood Trailer Park | X | -468.11 | -2,959.91 |
| Check | 9/4/2008 | 1171 | Florida Dept of Rev... | X | -185.62 | -3,145.53 |
| Check | 9/5/2008 | | Transfer | X | -2,000.00 | -5,145.53 |
| Check | 9/5/2008 | | First State Bank | X | -20.00 | -5,165.53 |
| Check | 9/6/2008 | 1173 | Lighthouse Leasing | X | -3,063.75 | -8,229.28 |
| Check | 9/6/2008 | 1174 | Access Tools | X | -188.76 | -8,418.04 |
| Check | 9/8/2008 | 1176 | Capital One | X | -187.00 | -8,605.04 |
| Check | 9/9/2008 | 1175 | FKEC | X | -354.00 | -8,959.04 |
| Check | 9/15/2008 | 1177 | M&S Signs | X | -212.70 | -9,171.74 |
| Check | 9/17/2008 | 1178 | SE Trailer | X | -301.00 | -9,472.74 |
| Check | 9/17/2008 | 1179 | The Reporter | X | -120.00 | -9,592.74 |
| Check | 9/22/2008 | 1182 | Napa Auto | X | -311.31 | -9,904.05 |
| Check | 9/22/2008 | 1181 | Sprint | X | -257.40 | -10,161.45 |
| Check | 9/24/2008 | 1184 | First Premium Bank | X | -82.81 | -10,244.26 |
| Check | 9/26/2008 | 1189 | Danise Henriquez | X | -22.00 | -10,266.26 |
| Check | 9/26/2008 | 1188 | Danise Henriquez | X | -22.00 | -10,288.26 |
| Check | 9/30/2008 | | First State Bank | X | -17.41 | -10,305.67 |
| **Total Checks and Payments** | | | | | -10,305.67 | -10,305.67 |
| **Deposits and Credits - 9 items** | | | | | | |
| Deposit | 9/2/2008 | | | X | 420.00 | 420.00 |
| Deposit | 9/3/2008 | | | X | 817.00 | 1,237.00 |
| Deposit | 9/5/2008 | | | X | 963.00 | 2,200.00 |
| Deposit | 9/10/2008 | | | X | 475.00 | 2,675.00 |
| Deposit | 9/15/2008 | | | X | 750.00 | 3,425.00 |
| Deposit | 9/18/2008 | | | X | 1,976.00 | 5,401.00 |
| Deposit | 9/24/2008 | | | X | 525.00 | 5,926.00 |
| Deposit | 9/26/2008 | | | X | 1,567.00 | 7,493.00 |
| Deposit | 9/30/2008 | | | X | 1,015.00 | 8,508.00 |
| **Total Deposits and Credits** | | | | | 8,508.00 | 8,508.00 |
| **Total Cleared Transactions** | | | | | -1,797.67 | -1,797.67 |
| **Cleared Balance** | | | | | -1,797.67 | 5,406.39 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 9/18/2008 | 1180 | Graphic Pens | | -300.00 | -300.00 |
| Check | 9/24/2008 | 1183 | Graphic Pens | | -300.00 | -600.00 |
| Check | 9/25/2008 | 1186 | Advance Auto Parts | | -208.54 | -808.54 |
| Check | 9/25/2008 | 1185 | Keys Physician Ser... | | -100.00 | -908.54 |
| Check | 9/26/2008 | 1187 | Advance Auto Parts | | -208.54 | -1,117.08 |
| Check | 9/29/2008 | 1190 | First Premium Bank | | -82.81 | -1,199.89 |
| **Total Checks and Payments** | | | | | -1,199.89 | -1,199.89 |
| **Total Uncleared Transactions** | | | | | -1,199.89 | -1,199.89 |
| **Register Balance as of 09/30/2008** | | | | | -2,997.56 | 4,206.50 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/1/2008 | 1191 | Lighthouse Leasing | | -3,060.00 | -3,060.00 |
| **Total Checks and Payments** | | | | | -3,060.00 | -3,060.00 |
| **Total New Transactions** | | | | | -3,060.00 | -3,060.00 |
| **Ending Balance** | | | | | -6,057.56 | 1,146.50 |



# FIRST STATE BANK
KEYS OF THE FLORIDA KEYS

P.O. Box 1579
Key West, FL
33041-1579

## KEYSBANK.COM • 13 KEYS OFFICES

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

| | Page | 1 |
|---|---|---|
| Checking | | |
| Period Ending | 9-30-08 | |
| Acct. No. | ███████ | |
| Enclosures | | 15 |

002840 0.9043 AT 0.346     TR00016

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

BUSINESS CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| Previous Balance | 8-31-08 | | 7,204.06 |
| +Deposits/Credits | 9 | | 8,508.00 |
| -Checks/Debits | 21 | | 10,258.26 |
| -Service Charge | | | 47.41 |
| Current Balance | | | 5,406.39 |

----------------------------DEPOSITS AND OTHER ACTIVITY----------------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 9-02 | 22 | DEPOSIT | 420.00 |
| 9-02 | 10824 | TRANSFER TO CHECKING | 1025.00- |
| 9-02 | 960 | STOP PAYMENT FEE | 30.00- |
| 9-03 | 7 | DEPOSIT | 817.00 |
| 9-05 | 3 | DEPOSIT | 963.00 |
| 9-05 | 20 | WT FEE | 20.00- |
| 9-05 | 20 | OT: EDDY AURELIO BBK: | 2000.00- |
| | | STRUTHERS CREDIT UNION | |
| 9-10 | 1 | DEPOSIT | 475.00 |
| 9-15 | 13 | DEPOSIT | 750.00 |
| 9-18 | 5 | DEPOSIT | 1976.00 |
| 9-24 | 6 | DEPOSIT | 525.00 |
| 9-26 | 3 | DEPOSIT | 1567.00 |
| 9-30 | 4 | DEPOSIT | 1015.00 |

-------------------------------CHECKS PAID-------------------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---|---|---|---|---|---|
| 1165 | 9-02 | 600.00 | 1177* | 9-17 | 212.70 |
| 1166 | 9-02 | 75.00 | 1178 | 9-19 | 301.00 |
| 1169* | 9-04 | 256.80 | 1179 | 9-24 | 120.00 |
| 1170 | 9-10 | 505.00 | 1181* | 9-26 | 257.40 |
| 1171 | 9-11 | 185.62 | 1182 | 9-24 | 311.31 |
| 1172 | 9-08 | 468.11 | 1188* | 9-30 | 22.00 |
| 1173 | 9-10 | 3063.75 | 1189 | 9-30 | 22.00 |
| 1175* | 9-10 | 354.00 | | | |

* Gap in check number sequence

--------------------------ATM AND ELECTRONIC ACTIVITY--------------------------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 9-15 | 1259 | ACCESS TOOLS & E EFT | 188.76- |
| | | SERIAL NUMBER: 1174 | |
| | | TERMINAL CITY: MIAM STATE: FL | |
| 9-16 | 2260 | CAPITAL ONE ARC CHECK PYMT | 187.00- |
| | | SERIAL NUMBER: 1176 | |
| 9-30 | 4273 | Premier Cr Card CHECKPAYMT | 82.81- |
| | | SERIAL NUMBER: 1184 | |
| | | ************1956 | |

-----------------------------SERVICE CHARGE SUMMARY-----------------------------

| Service Charge | | Date | |
|---|---|---|---|
| 17.41 | | 9-30 | (Cont'd) |

**24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000**
MEMBER FDIC    • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •    EQUAL HOUSING LENDER

KEYS-002-002840-001-001-001-081002 002840
33070052828

002840

2:56 PM

10/12/09

# Guys Towing Sale and Service
## Reconciliation Summary
### First State Bank Checking, Period Ending 10/31/2008

|  |  | Oct 31, 08 |
|---|---|---|
| **Beginning Balance** |  | 5,406.39 |
| **Cleared Transactions** |  |  |
|     **Checks and Payments - 23 items** | -21,467.05 |  |
|     **Deposits and Credits - 9 items** | 20,940.00 |  |
|     **Total Cleared Transactions** |  | -527.05 |
| **Cleared Balance** |  | 4,879.34 |
|     **Uncleared Transactions** |  |  |
|     **Checks and Payments - 8 items** | -2,881.90 |  |
|     **Total Uncleared Transactions** |  | -2,881.90 |
| **Register Balance as of 10/31/2008** |  | 1,997.44 |
|     **New Transactions** |  |  |
|     **Checks and Payments - 45 items** | -17,256.71 |  |
|     **Deposits and Credits - 20 items** | 17,999.95 |  |
|     **Total New Transactions** |  | 743.24 |
| **Ending Balance** |  | 2,740.68 |

2:56 PM

10/12/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 10/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,406.39 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Check | 09/18/2008 | 1180 | Graphic Pens | X | -300.00 | -300.00 |
| Check | 09/24/2008 | 1183 | Graphic Pens | X | -300.00 | -600.00 |
| Check | 09/25/2008 | 1186 | Advance Auto Parts | X | -208.54 | -808.54 |
| Check | 09/25/2008 | 1185 | Keys Physician Ser... | X | -100.00 | -908.54 |
| Check | 10/01/2008 | 1191 | Lighthouse Leasing | X | -3,063.75 | -3,972.29 |
| Check | 10/01/2008 | | Transfer | X | -1,025.00 | -4,997.29 |
| Check | 10/03/2008 | | Premier Credit Card | X | -82.81 | -5,080.10 |
| Check | 10/04/2008 | 1192 | Driftwood Trailer Park | X | -460.09 | -5,540.19 |
| Check | 10/06/2008 | | Combined Ins | X | -260.00 | -5,800.19 |
| Check | 10/07/2008 | 1194 | FKEC | X | -413.00 | -6,213.19 |
| Check | 10/09/2008 | | | X | -2.00 | -6,215.19 |
| Check | 10/10/2008 | | | X | -171.00 | -6,386.19 |
| Check | 10/10/2008 | | Capital One | X | -150.00 | -6,536.19 |
| Check | 10/15/2008 | 1196 | Florida Dept of Rev... | X | -234.00 | -6,770.19 |
| Check | 10/15/2008 | | Geico | X | -205.03 | -6,975.22 |
| Check | 10/17/2008 | 1197 | Culligan | X | -35.73 | -7,010.95 |
| Check | 10/18/2008 | 1198 | Napa Auto | X | -482.49 | -7,493.44 |
| Check | 10/21/2008 | | Gerald & Stephanie... | X | -13,077.00 | -20,570.44 |
| Check | 10/21/2008 | | Paypal | X | -500.00 | -21,070.44 |
| Check | 10/21/2008 | | Wire Transfer Fee | X | -20.00 | -21,090.44 |
| Check | 10/22/2008 | 1199 | Sprint | X | -259.51 | -21,349.95 |
| Check | 10/27/2008 | 1201 | Truck | X | -100.00 | -21,449.95 |
| Check | 10/31/2008 | | | X | -17.10 | -21,467.05 |
| **Total Checks and Payments** | | | | | -21,467.05 | -21,467.05 |
| **Deposits and Credits - 9 items** | | | | | | |
| Deposit | 10/02/2008 | | | X | 1,421.00 | 1,421.00 |
| Deposit | 10/03/2008 | | | X | 640.00 | 2,061.00 |
| Deposit | 10/10/2008 | | | X | 1,190.00 | 3,251.00 |
| Deposit | 10/18/2008 | | | X | 5,229.00 | 8,480.00 |
| Deposit | 10/20/2008 | | | X | 8,010.00 | 16,490.00 |
| Deposit | 10/21/2008 | | | X | 1,500.00 | 17,990.00 |
| Deposit | 10/22/2008 | | | X | 500.00 | 18,490.00 |
| Deposit | 10/24/2008 | | | X | 1,450.00 | 19,940.00 |
| Deposit | 10/30/2008 | | | X | 1,000.00 | 20,940.00 |
| **Total Deposits and Credits** | | | | | 20,940.00 | 20,940.00 |
| **Total Cleared Transactions** | | | | | -527.05 | -527.05 |
| **Cleared Balance** | | | | | -527.05 | 4,879.34 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 12/22/2005 | 1238 | Premium Assignment | | -1,089.55 | -1,089.55 |
| Check | 09/26/2008 | 1187 | Advance Auto Parts | | -208.54 | -1,298.09 |
| Check | 09/29/2008 | 1190 | First Premium Bank | | -82.81 | -1,380.90 |
| Check | 10/07/2008 | 1193 | Capital One | | -150.00 | -1,530.90 |
| Check | 10/10/2008 | 1195 | Geico | | -206.00 | -1,736.90 |
| Check | 10/27/2008 | 1200 | Arrow Termite Control | | -695.00 | -2,431.90 |
| Check | 10/29/2008 | 1202 | Jeff Pratt | | -250.00 | -2,681.90 |
| Check | 10/31/2008 | 1203 | All Tires | | -200.00 | -2,881.90 |
| **Total Checks and Payments** | | | | | -2,881.90 | -2,881.90 |
| **Total Uncleared Transactions** | | | | | -2,881.90 | -2,881.90 |
| **Register Balance as of 10/31/2008** | | | | | -3,408.95 | 1,997.44 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 45 items** | | | | | | |
| Check | 11/01/2008 | 1204 | Keys Physician Ser... | | -75.00 | -75.00 |
| Check | 11/03/2008 | 1205 | Driftwood Trailer Park | | -472.06 | -547.06 |
| Check | 11/04/2008 | 1206 | Lighthouse Leasing | | -3,060.00 | -3,607.06 |
| Check | 11/04/2008 | | Transfer | | -1,025.00 | -4,632.06 |
| Check | 11/04/2008 | 1208 | FKEC | | -335.00 | -4,967.06 |
| Check | 11/04/2008 | 1207 | FKEC | | -276.00 | -5,243.06 |

2:56 PM

10/12/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 10/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 11/05/2008 | 1210 | Florida Dept of Rev... | | -121.50 | -5,364.56 |
| Check | 11/12/2008 | | Transfer | | -300.00 | -5,664.56 |
| Check | 11/12/2008 | | First State Bank | | -20.00 | -5,684.56 |
| Check | 11/17/2008 | 1212 | Vital Signs | | -322.50 | -6,007.06 |
| Check | 11/17/2008 | 1211 | Capital One | | -290.00 | -6,297.06 |
| Check | 11/18/2008 | 1213 | CVS | | -71.25 | -6,368.31 |
| Check | 11/20/2008 | | Transfer | | -233.00 | -6,601.31 |
| Check | 11/20/2008 | | First State Bank | | -20.00 | -6,621.31 |
| Check | 11/25/2008 | 1214 | Danise Henriquez | | -144.60 | -6,765.91 |
| Check | 11/28/2008 | 1215 | Napa Auto | | -538.64 | -7,304.55 |
| Check | 11/30/2008 | | First State Bank | | -15.81 | -7,320.36 |
| Check | 12/01/2008 | | Transfer | | -1,025.00 | -8,345.36 |
| Check | 12/01/2008 | 1219 | Joyce Meyer Ministr... | | -120.00 | -8,465.36 |
| Check | 12/01/2008 | 1217 | Terra Nova Net | | -87.85 | -8,553.21 |
| Check | 12/01/2008 | 1216 | Danise Henriquez | | -20.22 | -8,573.43 |
| Check | 12/02/2008 | 1218 | Danise Henriquez | | -352.20 | -8,925.63 |
| Check | 12/03/2008 | 1221 | Sprint | | -362.92 | -9,288.55 |
| Check | 12/03/2008 | 1209 | Pratts Mobile | | -279.76 | -9,568.31 |
| Check | 12/04/2008 | 1220 | Tropocal Leasing | | -3,060.75 | -12,629.06 |
| Check | 12/04/2008 | 1224 | Driftwood Trailer Park | | -463.51 | -13,092.57 |
| Check | 12/04/2008 | 1223 | FKEC | | -203.00 | -13,295.57 |
| Check | 12/04/2008 | 1222 | FKEC | | -148.00 | -13,443.57 |
| Check | 12/04/2008 | 1225 | Florida Dept of Rev... | | -81.75 | -13,525.32 |
| Check | 12/10/2008 | 1233 | Premium Assignment | | -1,037.00 | -14,562.32 |
| Check | 12/10/2008 | 1226 | NC Tile | | -284.00 | -14,846.32 |
| Check | 12/10/2008 | 1227 | KLI | | -256.92 | -15,103.24 |
| Check | 12/10/2008 | 1228 | BPOE 1872 | | -83.75 | -15,186.99 |
| Check | 12/11/2008 | 1229 | KLI | | -358.70 | -15,545.69 |
| Check | 12/11/2008 | 1231 | Terra Nova Net | | -87.85 | -15,633.54 |
| Check | 12/12/2008 | 1232 | NC Tile | | -227.74 | -15,861.28 |
| Check | 12/15/2008 | 1230 | Capital One | | -150.00 | -16,011.28 |
| Check | 12/18/2008 | 1234 | James A. Rutgerson | | -395.00 | -16,406.28 |
| Check | 12/18/2008 | 1235 | The Reporter | | -120.00 | -16,526.28 |
| Check | 12/19/2008 | 1236 | Lions Club | | -150.00 | -16,676.28 |
| Check | 12/19/2008 | 1237 | CVS | | -71.30 | -16,747.58 |
| Check | 12/22/2008 | 1239 | Sprint | | -321.58 | -17,069.16 |
| Check | 12/23/2008 | 1240 | Comcast | | -66.27 | -17,135.43 |
| Check | 12/26/2008 | 1241 | Cash | | -100.00 | -17,235.43 |
| Check | 12/31/2008 | | First State Bank | | -21.28 | -17,256.71 |
| | **Total Checks and Payments** | | | | -17,256.71 | -17,256.71 |
| | **Deposits and Credits - 20 Items** | | | | | |
| Deposit | 11/03/2008 | | | | 600.00 | 600.00 |
| Deposit | 11/04/2008 | | | | 611.00 | 1,211.00 |
| Deposit | 11/05/2008 | | | | 1,783.00 | 2,994.00 |
| Deposit | 11/07/2008 | | | | 300.00 | 3,294.00 |
| Deposit | 11/10/2008 | | | | 300.00 | 3,594.00 |
| Deposit | 11/12/2008 | | | | 3,217.00 | 6,811.00 |
| Deposit | 11/17/2008 | | | | 585.00 | 7,396.00 |
| Deposit | 11/18/2008 | | | | 400.00 | 7,796.00 |
| Deposit | 11/25/2008 | | | | 1,018.00 | 8,814.00 |
| Deposit | 12/04/2008 | | | | 1,250.00 | 10,064.00 |
| Deposit | 12/05/2008 | | | | 623.00 | 10,687.00 |
| Deposit | 12/12/2008 | | | | 820.00 | 11,507.00 |
| Deposit | 12/15/2008 | | | | 950.00 | 12,457.00 |
| Deposit | 12/17/2008 | | | | 275.00 | 12,732.00 |
| Deposit | 12/19/2008 | | | | 2,080.00 | 14,812.00 |
| Deposit | 12/22/2008 | | | | 170.95 | 14,982.95 |
| Deposit | 12/22/2008 | | | | 892.00 | 15,874.95 |
| Deposit | 12/23/2008 | | | | 835.00 | 16,709.95 |
| Deposit | 12/30/2008 | | | | 290.00 | 16,999.95 |
| Deposit | 12/31/2008 | | | | 1,000.00 | 17,999.95 |
| | **Total Deposits and Credits** | | | | 17,999.95 | 17,999.95 |
| | **Total New Transactions** | | | | 743.24 | 743.24 |
| **Ending Balance** | | | | | **-2,665.71** | **2,740.68** |



# FIRST STATE BANK
KEYS OF THE FLORIDA KEYS

**P.O. Box 1579**
**Key West, FL**
**33041-1579**

Return Service Requested

## KEYSBANK.COM • 13 KEYS OFFICES

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

Checking
Period Ending
Acct. No.
Enclosures      14

Page   1

003276 0.8143 AT 0.346      TR00014

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

| BUSINESS CHECKING ACCOUNT | | |
|---|---|---|
| Previous Balance | 9-30-08 | 5,406.39 |
| +Deposits/Credits | 9 | 20,940.00 |
| -Checks/Debits | 22 | 21,449.95 |
| -Service Charge | | 17.10 |
| Current Balance | | 4,879.34 |

------DEPOSITS AND OTHER ACTIVITY------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 10-01 | 10827 | TRANSFER TO CHECKING | 1025.00- |
| 10-02 | 5 | DEPOSIT | 1421.00 |
| 10-03 | 3 | DEPOSIT | 640.00 |
| 10-08 | 3 | DEPOSIT | 1190.00 |
| 10-08 | 3 | DEBIT MEMO | 171.00- |
| 10-09 | 13 | DEBIT MEMO | 2.00- |
| 10-15 | 964 | ACH DEBIT GEICO | 205.03- |
| 10-17 | 9 | DEPOSIT | 5229.00 |
| 10-20 | 19 | DEPOSIT | 8010.00 |
| 10-21 | 3 | DEPOSIT | 1500.00 |
| 10-21 | 17 | WT FEE | 20.00- |
| 10-21 | 17 | OT: GERALD OR STEPHANIE BAITER | 13077.00- |
| 10-22 | 5 | DEPOSIT | 500.00 |
| 10-24 | 3 | DEPOSIT | 1450.00 |
| 10-30 | 7 | DEPOSIT | 1000.00 |

------CHECKS PAID------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---|---|---|---|---|---|
| 1180 | 10-16 | 300.00 | 1194* | 10-08 | 413.00 |
| 1183* | 10-02 | 300.00 | 1196* | 10-23 | 234.00 |
| 1185* | 10-03 | 100.00 | 1197 | 10-22 | 35.73 |
| 1187* | 10-01 | 208.54 | 1198 | 10-21 | 482.49 |
| 1191* | 10-03 | 3063.75 | 1199 | 10-27 | 259.51 |
| 1192 | 10-08 | 460.09 | 1201* | 10-28 | 100.00 |

\* Gap in check number sequence

------ATM AND ELECTRONIC ACTIVITY------

| Date | Bank Code | Description | Amount |
|---|---|---|---|
| 10-03 | 1277 | Premier Cr Card   CHECKPAYMT<br>SERIAL NUMBER: 1190<br>************1956 | 82.81- |
| 10-06 | 2280 | COMBINED INS     PAYMENT<br>SERIAL NUMBER: 1186 | 260.00- |
| 10-10 | 2284 | CAPITAL ONE ARC   CHECK PYMT<br>SERIAL NUMBER: 1193 | 150.00- |
| 10-21 | 2295 | PAYPAL      TRANSFER<br>JAMES AURELIO | 500.00- |

(Cont'd)

KEYS-003-003276-001-002-081104 003276   K05
33070052828

FIRST STATE BANK OF THE FLORIDA KEYS

First State Bank of the Florida Keys

Page    2
Checking
Period Ending 10-31-08
Acct. No.
Enclosures              14

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

```
---------------------------SERVICE CHARGE SUMMARY-------------------------
        Service Charge                                    Date
            17.10                                         10-31
---------------------------DAILY BALANCE SUMMARY--------------------------
        Date        Balance     Date        Balance     Date        Balance
        9-30        5406.39     10-01       4172.85     10-02       5293.85
        10-03       2687.29     10-06       2427.29     10-08       2573.20
        10-09       2571.20     10-10       2421.20     10-15       2216.17
        10-16       1916.17     10-17       7145.17     10-20      15155.17
        10-21       2575.68     10-22       3039.95     10-23       2805.95
        10-24       4255.95     10-27       3996.44     10-28       3896.44
        10-30       4896.44     10-31       4879.34
```

KEYS-003-003276-001-002-081104 003276   K05

2:59 PM

10/12/09

# Guys Towing Sale and Service
## Reconciliation Summary
### First State Bank Checking, Period Ending 11/30/2008

|  | Nov 30, 08 |
|---|---|
| **Beginning Balance** | 4,879.34 |
| **Cleared Transactions** | |
| Checks and Payments - 19 items | -7,912.04 |
| Deposits and Credits - 9 items | 8,814.00 |
| **Total Cleared Transactions** | 901.96 |
| **Cleared Balance** | 5,781.30 |
| **Uncleared Transactions** | |
| Checks and Payments - 7 items | -2,291.35 |
| **Total Uncleared Transactions** | -2,291.35 |
| **Register Balance as of 11/30/2008** | 3,489.95 |
| **New Transactions** | |
| Checks and Payments - 28 items | -9,936.35 |
| Deposits and Credits - 11 items | 9,185.95 |
| **Total New Transactions** | -750.40 |
| **Ending Balance** | 2,739.55 |

2:59 PM

10/12/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 11/30/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 4,879.34 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 19 items** | | | | | | |
| Check | 10/27/2008 | 1200 | Arrow Termite Control | X | -695.00 | -695.00 |
| Check | 10/29/2008 | 1202 | Jeff Pratt | X | -235.32 | -930.32 |
| Check | 10/31/2008 | 1203 | All Tires | X | -200.00 | -1,130.32 |
| Check | 11/01/2008 | 1204 | Keys Physician Ser... | X | -75.00 | -1,205.32 |
| Check | 11/03/2008 | 1205 | Driftwood Trailer Park | X | -472.06 | -1,677.38 |
| Check | 11/04/2008 | 1206 | Lighthouse Leasing | X | -3,060.00 | -4,737.38 |
| Check | 11/04/2008 | | Transfer | X | -1,025.00 | -5,762.38 |
| Check | 11/04/2008 | 1208 | FKEC | X | -335.00 | -6,097.38 |
| Check | 11/04/2008 | 1207 | FKEC | X | -276.00 | -6,373.38 |
| Check | 11/05/2008 | 1210 | Florida Dept of Rev... | X | -121.50 | -6,494.88 |
| Check | 11/12/2008 | | Gerald & Stephanie... | X | -300.00 | -6,794.88 |
| Check | 11/12/2008 | | First State Bank | X | -20.00 | -6,814.88 |
| Check | 11/17/2008 | 1212 | Vital Signs | X | -322.50 | -7,137.38 |
| Check | 11/17/2008 | 1211 | Capital One | X | -290.00 | -7,427.38 |
| Check | 11/18/2008 | 1213 | CVS | X | -71.25 | -7,498.63 |
| Check | 11/20/2008 | | Christopher Sox | X | -233.00 | -7,731.63 |
| Check | 11/20/2008 | | First State Bank | X | -20.00 | -7,751.63 |
| Check | 11/25/2008 | 1214 | Danise Henriquez | X | -144.60 | -7,896.23 |
| Check | 11/30/2008 | | | X | -15.81 | -7,912.04 |
| **Total Checks and Payments** | | | | | -7,912.04 | -7,912.04 |
| **Deposits and Credits - 9 items** | | | | | | |
| Deposit | 11/03/2008 | | | X | 600.00 | 600.00 |
| Deposit | 11/04/2008 | | | X | 611.00 | 1,211.00 |
| Deposit | 11/05/2008 | | | X | 1,783.00 | 2,994.00 |
| Deposit | 11/07/2008 | | | X | 300.00 | 3,294.00 |
| Deposit | 11/10/2008 | | | X | 300.00 | 3,594.00 |
| Deposit | 11/12/2008 | | | X | 3,217.00 | 6,811.00 |
| Deposit | 11/17/2008 | | | X | 585.00 | 7,396.00 |
| Deposit | 11/18/2008 | | | X | 400.00 | 7,796.00 |
| Deposit | 11/25/2008 | | | X | 1,018.00 | 8,814.00 |
| **Total Deposits and Credits** | | | | | 8,814.00 | 8,814.00 |
| **Total Cleared Transactions** | | | | | 901.96 | 901.96 |
| **Cleared Balance** | | | | | 901.96 | 5,781.30 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 12/22/2005 | 1238 | Premium Assignment | | -1,089.55 | -1,089.55 |
| Check | 09/26/2008 | 1187 | Advance Auto Parts | | -208.54 | -1,298.09 |
| Check | 09/29/2008 | 1190 | First Premium Bank | | -82.81 | -1,380.90 |
| Check | 10/07/2008 | 1193 | Capital One | | -150.00 | -1,530.90 |
| Check | 10/10/2008 | 1195 | Geico | | -206.00 | -1,736.90 |
| Check | 11/28/2008 | 1215 | Napa Auto | | -538.64 | -2,275.54 |
| Check | 11/30/2008 | | First State Bank | | -15.81 | -2,291.35 |
| **Total Checks and Payments** | | | | | -2,291.35 | -2,291.35 |
| **Total Uncleared Transactions** | | | | | -2,291.35 | -2,291.35 |
| **Register Balance as of 11/30/2008** | | | | | -1,389.39 | 3,489.95 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 28 items** | | | | | | |
| Check | 12/01/2008 | | Transfer | | -1,025.00 | -1,025.00 |
| Check | 12/01/2008 | 1219 | Joyce Meyer Ministr... | | -120.00 | -1,145.00 |
| Check | 12/01/2008 | 1217 | Terra Nova Net | | -87.85 | -1,232.85 |
| Check | 12/01/2008 | 1216 | Danise Henriquez | | -20.22 | -1,253.07 |
| Check | 12/02/2008 | 1218 | Danise Henriquez | | -352.20 | -1,605.27 |
| Check | 12/03/2008 | 1221 | Sprint | | -362.92 | -1,968.19 |
| Check | 12/03/2008 | 1209 | Pratts Mobile | | -279.76 | -2,247.95 |
| Check | 12/04/2008 | 1220 | Tropocal Leasing | | -3,060.75 | -5,308.70 |
| Check | 12/04/2008 | 1224 | Driftwood Trailer Park | | -463.51 | -5,772.21 |
| Check | 12/04/2008 | 1223 | FKEC | | -203.00 | -5,975.21 |
| Check | 12/04/2008 | 1222 | FKEC | | -148.00 | -6,123.21 |

2:59 PM

10/12/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 11/30/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 12/04/2008 | 1225 | Florida Dept of Rev... | | -81.75 | -6,204.96 |
| Check | 12/10/2008 | 1233 | Premium Assignment | | -1,037.00 | -7,241.96 |
| Check | 12/10/2008 | 1226 | NC Tile | | -284.00 | -7,525.96 |
| Check | 12/10/2008 | 1227 | KLI | | -256.92 | -7,782.88 |
| Check | 12/10/2008 | 1228 | BPOE 1872 | | -83.75 | -7,866.63 |
| Check | 12/11/2008 | 1229 | KLI | | -358.70 | -8,225.33 |
| Check | 12/11/2008 | 1231 | Terra Nova Net | | -87.85 | -8,313.18 |
| Check | 12/12/2008 | 1232 | NC Tile | | -227.74 | -8,540.92 |
| Check | 12/15/2008 | 1230 | Capital One | | -150.00 | -8,690.92 |
| Check | 12/18/2008 | 1234 | James A. Rutgerson | | -395.00 | -9,085.92 |
| Check | 12/18/2008 | 1235 | The Reporter | | -120.00 | -9,205.92 |
| Check | 12/19/2008 | 1236 | Lions Club | | -150.00 | -9,355.92 |
| Check | 12/19/2008 | 1237 | CVS | | -71.30 | -9,427.22 |
| Check | 12/22/2008 | 1239 | Sprint | | -321.58 | -9,748.80 |
| Check | 12/23/2008 | 1240 | Comcast | | -66.27 | -9,815.07 |
| Check | 12/26/2008 | 1241 | Cash | | -100.00 | -9,915.07 |
| Check | 12/31/2008 | | First State Bank | | -21.28 | -9,936.35 |
| **Total Checks and Payments** | | | | | **-9,936.35** | **-9,936.35** |
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 12/04/2008 | | | | 1,250.00 | 1,250.00 |
| Deposit | 12/05/2008 | | | | 623.00 | 1,873.00 |
| Deposit | 12/12/2008 | | | | 820.00 | 2,693.00 |
| Deposit | 12/15/2008 | | | | 950.00 | 3,643.00 |
| Deposit | 12/17/2008 | | | | 275.00 | 3,918.00 |
| Deposit | 12/19/2008 | | | | 2,080.00 | 5,998.00 |
| Deposit | 12/22/2008 | | | | 170.95 | 6,168.95 |
| Deposit | 12/22/2008 | | | | 892.00 | 7,060.95 |
| Deposit | 12/23/2008 | | | | 835.00 | 7,895.95 |
| Deposit | 12/30/2008 | | | | 290.00 | 8,185.95 |
| Deposit | 12/31/2008 | | | | 1,000.00 | 9,185.95 |
| **Total Deposits and Credits** | | | | | **9,185.95** | **9,185.95** |
| **Total New Transactions** | | | | | **-750.40** | **-750.40** |
| **Ending Balance** | | | | | **-2,139.79** | **2,739.55** |

**FIRST STATE BANK**
KEYS OF THE FLORIDA KEYS

P.O. Box 1579
Key West, FL
33041-1579

Return Service Requested

**KEYSBANK.COM • 13 KEYS OFFICES**

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

003285

```
                                    Page    1
                        Checking
                        Period Ending 11-30-08
                        Acct. No.
                        Enclosures           12
```

```
003285 0.9803 AT 0.346        TR00015
```

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528

```
              BUSINESS CHECKING ACCOUNT
              Previous Balance   10-31-08        4,879.34
              +Deposits/Credits        9         8,814.00
              -Checks/Debits          18         7,896.23
              -Service Charge                        15.81
              Current Balance                     5,781.30
```

------------------------DEPOSITS AND OTHER ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 11-03 | 4 | DEPOSIT | 600.00 |
| 11-03 | 10830 | TRANSFER TO CHECKING | 1025.00- |
| 11-04 | 13 | DEPOSIT | 611.00 |
| 11-05 | 11 | DEPOSIT | 1783.00 |
| 11-07 | 11 | DEPOSIT | 300.00 |
| 11-10 | 15 | DEPOSIT | 300.00 |
| 11-12 | 11 | DEPOSIT | 3217.00 |
| 11-12 | 22 | WT FEE | 20.00- |
| 11-12 | 22 | OT: GERALD OR STEPHANIE BAITER | 300.00- |
| 11-17 | 15 | DEPOSIT | 585.00 |
| 11-18 | 5 | DEPOSIT | 400.00 |
| 11-20 | 19 | WT FEE | 20.00- |
| 11-20 | 19 | OT: CHRISTOPHER R SOX | 233.00- |
| 11-25 | 3 | DEPOSIT | 1018.00 |

-----------------------------CHECKS PAID----------------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---------|------|--------|---------|------|--------|
| 1200 | 11-07 | 695.00 | 1207 | 11-05 | 276.00 |
| 1202* | 11-13 | 235.32 | 1208 | 11-05 | 335.00 |
| 1203 | 11-03 | 200.00 | 1210* | 11-17 | 121.50 |
| 1204 | 11-12 | 75.00 | 1212* | 11-19 | 322.50 |
| 1205 | 11-07 | 472.06 | 1213 | 11-21 | 71.25 |
| 1206 | 11-05 | 3060.00 | 1214 | 11-26 | 144.60 |

* Gap in check number sequence

-------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 11-17 | 1322 | CAPITAL ONE ARC  CHECK PYMT | 290.00- |
|  |  | SERIAL NUMBER: 1211 |  |

--------------------------SERVICE CHARGE SUMMARY-------------------------

```
    Service Charge                          Date
        15.81                              11-30
```

--------------------------DAILY BALANCE SUMMARY-------------------------

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10-31 | 4879.34 | 11-03 | 4254.34 | 11-04 | 4865.34 |
| 11-05 | 2977.34 | 11-07 | 2110.28 | 11-10 | 2410.28 |
| 11-12 | 5232.28 | 11-13 | 4996.96 | 11-17 | 5170.46 |
| 11-18 | 5570.46 | 11-19 | 5247.96 | 11-20 | 4994.96 |
| 11-21 | 4923.71 | 11-25 | 5941.71 | 11-26 | 5797.11 |

(Cont'd)

**24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000**
MEMBER FDIC       • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •       EQUAL HOUSING LENDER

KEYS-003-003285-001-002-081129  K04
33070052828

**≋ FIRST STATE BANK**
OF THE FLORIDA KEYS

First State Bank of the Florida Keys

Page  2

Checking
Period Ending  11-30-08
Acct. No.  █████████
Enclosures          12

JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070

11-30        5781.30

KEYS-003-003285-001-002-081129 003285  K04

3:01 PM

10/12/09

# Guys Towing Sale and Service
## Reconciliation Summary
### First State Bank Checking, Period Ending 12/31/2008

|  | Dec 31, 08 |  |
|---|---|---|
| **Beginning Balance** |  | 5,781.30 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 30 items | -11,564.54 |  |
| Deposits and Credits - 11 items | 9,185.95 |  |
| **Total Cleared Transactions** | -2,378.59 |  |
| **Cleared Balance** |  | 3,402.71 |
| **Uncleared Transactions** |  |  |
| Checks and Payments - 4 items | -647.35 |  |
| **Total Uncleared Transactions** | -647.35 |  |
| **Register Balance as of 12/31/2008** |  | 2,755.36 |
| **Ending Balance** |  | 2,755.36 |

3:01 PM
10/12/09

# Guys Towing Sale and Service
## Reconciliation Detail
### First State Bank Checking, Period Ending 12/31/2008

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,781.30 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 30 items** | | | | | | |
| Check | 12/22/2005 | 1238 | Premium Assignment | X | -1,089.55 | -1,089.55 |
| Check | 11/28/2008 | 1215 | Napa Auto | X | -538.64 | -1,628.19 |
| Check | 12/01/2008 | | Transfer | X | -1,025.00 | -2,653.19 |
| Check | 12/01/2008 | 1219 | Joyce Meyer Ministr... | X | -120.00 | -2,773.19 |
| Check | 12/01/2008 | 1217 | Terra Nova Net | X | -87.85 | -2,861.04 |
| Check | 12/01/2008 | 1216 | Danise Henriquez | X | -20.22 | -2,881.26 |
| Check | 12/02/2008 | 1218 | Danise Henriquez | X | -352.20 | -3,233.46 |
| Check | 12/03/2008 | 1221 | Sprint | X | -362.92 | -3,596.38 |
| Check | 12/03/2008 | 1209 | Pratts Mobile | X | -279.76 | -3,876.14 |
| Check | 12/04/2008 | 1220 | Tropocal Leasing | X | -3,060.75 | -6,936.89 |
| Check | 12/04/2008 | 1224 | Driftwood Trailer Park | X | -463.51 | -7,400.40 |
| Check | 12/04/2008 | 1223 | FKEC | X | -203.00 | -7,603.40 |
| Check | 12/04/2008 | 1222 | FKEC | X | -148.00 | -7,751.40 |
| Check | 12/04/2008 | 1225 | Florida Dept of Rev... | X | -81.75 | -7,833.15 |
| Check | 12/10/2008 | 1233 | Premium Assignment | X | -1,037.00 | -8,870.15 |
| Check | 12/10/2008 | 1226 | NC Tile | X | -284.00 | -9,154.15 |
| Check | 12/10/2008 | 1227 | KLI | X | -256.92 | -9,411.07 |
| Check | 12/10/2008 | 1228 | BPOE 1872 | X | -83.75 | -9,494.82 |
| Check | 12/11/2008 | 1229 | KLI | X | -358.70 | -9,853.52 |
| Check | 12/11/2008 | 1231 | Terra Nova Net | X | -87.85 | -9,941.37 |
| Check | 12/12/2008 | 1232 | NC Tile | X | -227.74 | -10,169.11 |
| Check | 12/15/2008 | 1230 | Capital One | X | -150.00 | -10,319.11 |
| Check | 12/18/2008 | 1234 | James A. Rutgerson | X | -395.00 | -10,714.11 |
| Check | 12/18/2008 | 1235 | The Reporter | X | -120.00 | -10,834.11 |
| Check | 12/19/2008 | 1236 | Lions Club | X | -150.00 | -10,984.11 |
| Check | 12/19/2008 | 1237 | CVS | X | -71.30 | -11,055.41 |
| Check | 12/22/2008 | 1239 | Sprint | X | -321.58 | -11,376.99 |
| Check | 12/23/2008 | 1240 | Comcast | X | -66.27 | -11,443.26 |
| Check | 12/26/2008 | 1241 | Cash | X | -100.00 | -11,543.26 |
| Check | 12/31/2008 | | First State Bank | X | -21.28 | -11,564.54 |
| **Total Checks and Payments** | | | | | -11,564.54 | -11,564.54 |
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 12/04/2008 | | | X | 1,250.00 | 1,250.00 |
| Deposit | 12/05/2008 | | | X | 623.00 | 1,873.00 |
| Deposit | 12/12/2008 | | | X | 820.00 | 2,693.00 |
| Deposit | 12/15/2008 | | | X | 950.00 | 3,643.00 |
| Deposit | 12/17/2008 | | | X | 275.00 | 3,918.00 |
| Deposit | 12/19/2008 | | | X | 2,080.00 | 5,998.00 |
| Deposit | 12/22/2008 | | | X | 170.95 | 6,168.95 |
| Deposit | 12/22/2008 | | | X | 892.00 | 7,060.95 |
| Deposit | 12/23/2008 | | | X | 835.00 | 7,895.95 |
| Deposit | 12/30/2008 | | | X | 290.00 | 8,185.95 |
| Deposit | 12/31/2008 | | | X | 1,000.00 | 9,185.95 |
| **Total Deposits and Credits** | | | | | 9,185.95 | 9,185.95 |
| **Total Cleared Transactions** | | | | | -2,378.59 | -2,378.59 |
| **Cleared Balance** | | | | | -2,378.59 | 3,402.71 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 09/26/2008 | 1187 | Advance Auto Parts | | -208.54 | -208.54 |
| Check | 09/29/2008 | 1190 | First Premium Bank | | -82.81 | -291.35 |
| Check | 10/07/2008 | 1193 | Capital One | | -150.00 | -441.35 |
| Check | 10/10/2008 | 1195 | Geico | | -206.00 | -647.35 |
| **Total Checks and Payments** | | | | | -647.35 | -647.35 |
| **Total Uncleared Transactions** | | | | | -647.35 | -647.35 |
| **Register Balance as of 12/31/2008** | | | | | -3,025.94 | 2,755.36 |
| **Ending Balance** | | | | | -3,025.94 | 2,755.36 |

# FIRST STATE BANK
## OF THE FLORIDA KEYS

**P.O. Box 1579**
**Key West, FL**
**33041-1579**
Return Service Requested

### KEYSBANK.COM • 13 KEYS OFFICES

Key West 305.296.8535   Marathon 305.289.4393
Lower Keys 305.872.8836   Upper Keys 305.852.2070

```
Checking              Page    1
Period Ending 12-31-08
Acct. No.
Enclosures                   27
```

002809 1.0673 AT 0.471          TR00012

```
JAMES J AURELIO
DBA GUYS TOWING SALE AND SERVICE
PO BOX 528
TAVERNIER FL 33070-0528
```

```
            BUSINESS CHECKING ACCOUNT
            Previous Balance    11-30-08        5,781.30
            +Deposits/Credits       11          9,185.95
            -Checks/Debits          29         11,543.26
            -Service Charge                         21.28
            Current Balance                      3,402.71
```

---------------------------DEPOSITS AND OTHER ACTIVITY-----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 12-01 | 10833 | TRANSFER TO CHECKING | 1025.00- |
| 12-04 | 7 | DEPOSIT | 1250.00 |
| 12-05 | 7 | DEPOSIT | 623.00 |
| 12-12 | 3 | DEPOSIT | 820.00 |
| 12-15 | 5 | DEPOSIT | 950.00 |
| 12-17 | 7 | DEPOSIT | 275.00 |
| 12-19 | 3 | DEPOSIT | 2080.00 |
| 12-22 | 12 | DEPOSIT | 892.00 |
| 12-22 | 12 | DEPOSIT | 170.95 |
| 12-23 | 7 | DEPOSIT | 835.00 |
| 12-30 | 3 | DEPOSIT | 290.00 |
| 12-31 | 11 | DEPOSIT | 1000.00 |

-------------------------------CHECKS PAID-----------------------------

| Ck. No. | Date | Amount | Ck. No. | Date | Amount |
|---------|------|--------|---------|------|--------|
| 1209 | 12-08 | 279.76 | 1228 | 12-23 | 83.75 |
| 1215* | 12-02 | 538.64 | 1229 | 12-15 | 358.70 |
| 1216 | 12-08 | 20.22 | 1231* | 12-17 | 87.85 |
| 1217 | 12-08 | 87.85 | 1232 | 12-15 | 227.74 |
| 1218 | 12-03 | 352.20 | 1233 | 12-22 | 1037.00 |
| 1219 | 12-10 | 120.00 | 1234 | 12-18 | 395.00 |
| 1220 | 12-05 | 3060.75 | 1235 | 12-26 | 120.00 |
| 1221 | 12-08 | 362.92 | 1236 | 12-30 | 150.00 |
| 1222 | 12-05 | 148.00 | 1237 | 12-24 | 71.30 |
| 1223 | 12-05 | 203.00 | 1238 | 12-30 | 1089.55 |
| 1224 | 12-09 | 463.51 | 1239 | 12-29 | 321.58 |
| 1225 | 12-12 | 81.75 | 1240 | 12-30 | 66.27 |
| 1226 | 12-15 | 284.00 | 1241 | 12-26 | 100.00 |
| 1227 | 12-12 | 256.92 | | | |

* Gap in check number sequence

---------------------------ATM AND ELECTRONIC ACTIVITY----------------------

| Date | Bank Code | Description | Amount |
|------|-----------|-------------|--------|
| 12-15 | 1350 | CAPITAL ONE ARC  CHECK PYMT | 150.00- |
| | | SERIAL NUMBER: 1230 | |

---------------------------SERVICE CHARGE SUMMARY---------------------------

| Service Charge | Date |
|----------------|------|
| 21.28 | 12-31 |

(Cont'd)

**24-HOUR ACCOUNT INFORMATION LINE • 1-800-451-6556 OR 305-293-0000**
MEMBER FDIC          • SEE REVERSE SIDE FOR IMPORTANT INFORMATION •          EQUAL HOUSING LENDER