# DEC. EXHIBIT N

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>▶ See separate instructions. | **2009** |

For calendar year 2009 or tax year beginning _____, 2009, ending _____,

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>01/04/99 | Use IRS label. Other-wise, print or type. | **Name**<br>OUTPOST MARINE INC | | **D** Employer identification number |
| **B** Business activity code number (see instrs)<br>336610 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>1119 E CARIBBEAN DR | | **E** Date incorporated<br>01/04/99 |
| **C** Check if Sch M-3 attached ☐ | | City or town, state, and ZIP code<br>SUMMERLAND KEY             FL  33042-4822 | | **F** Total assets (see instructions)<br>$ 101,034. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?   ☐ Yes   ☒ No   If 'Yes,' attach Form 2553 if not previously filed
**H** Check if: (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change
              (4) ☐ Amended return   (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................ ▶ 2

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME
| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales .. 137,007. **b** Less returns and allowances .. 960. **c** Bal ▶ | 1c | 136,047. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 47,853. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 88,194. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 88,194. |

### DEDUCTIONS (SEE INSTRS)
| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 5,500. |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 11,923. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | 1,423. |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | 13,823. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | 919. |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) ...... * STMT | 19 | 40,295. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 73,883. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 14,311. |

### TAX AND PAYMENTS
| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2009 estimated tax payments and 2008 overpayment credited to 2009 | 23a | |
| b | Tax deposited with Form 7004 | 23b | 0. |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | 0. |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 **Credited to 2010 estimated tax** ▶ _____ Refunded ▶ | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer   Date   ▶ _____ Title

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes   ☐ No

**Paid Preparer's Use Only**
| Preparer's signature ▶ | MARILYN SOMMERHOFF | Date 09/08/10 | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | PATIENCE ACCTG & TAX SERVICE INC<br>PO BOX 420503<br>SUMMERLAND KEY                    FL  33042-0503 | | EIN | Phone no. (305) 745-1841 |

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   SPSA0112  12/16/09   Form **1120S** (2009)

**ON EXTENSION**

Form 1120S (2009)   OUTPOST MARINE INC                                                                                      Page **2**

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 10,000. |
| 2 | Purchases | |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) .... * . STMT. | 47,853. |
| 6 | **Total.** Add lines 1 through 5 | 57,853. |
| 7 | Inventory at end of year | 10,000. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 47,853. |

9a Check all methods used for valuing closing inventory:
  (i) [X] Cost as described in Regulations section 1.471-3
  (ii) [ ] Lower of cost or market as described in Regulations section 1.471-4
  (iii) [ ] Other (Specify method used and attach explanation.) ▶ _____

  b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ............ ▶ [ ]
  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ [ ]
  d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ........ | 9d |
  e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ............ [ ] Yes [X] No
  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ............ [ ] Yes [X] No

### Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method:  a [ ] Cash  b [X] Accrual  c [ ] Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
|  | a Business activity ▶ FISHING CHARTERS    b Product or service ... ▶ SERVICE | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ........ ▶ [ ]  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ............ ▶ $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ........ $ _____ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | X | |

### Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---:|
| **INCOME (LOSS)** | 1 | Ordinary business income (loss) (page 1, line 21) | 14,311. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | |
| | 3a | Other gross rental income (loss) .......... 3a | |
| | b | Expenses from other rental activities (attach statement) ........ 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a ........ 3c | |
| | 4 | Interest income | |
| | 5 | Dividends:   a Ordinary dividends | |
| | | b Qualified dividends .......... 5b | |
| | 6 | Royalties | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | b | Collectibles (28%) gain (loss) .......... 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) .......... 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | |
| | 10 | Other income (loss) (see instructions) ........ Type ▶ | |

Form **1120S** (2009)

SPSA0112   12/16/09

Form 1120S (2009) OUTPOST MARINE INC                                                                          Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11 Section 179 deduction *(attach Form 4562)* | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures **(1)** Type ▶ _____ **(2)** Amount ▶ | 12c (2) | |
| | d Other deductions *(see instructions)* ... Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | |
| | d Other rental real estate credits *(see instrs)* Type ▶ | 13d | |
| | e Other rental credits *(see instrs)* Type ▶ | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* | 13f | |
| | g Other credits *(see instructions)* ...... Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other *(attach statement)* | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other *(attach statement)* | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit *(attach statement)* | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties — gross income | 15d | |
| | e Oil, gas, and geothermal properties — deductions | 15e | |
| | f Other AMT items *(attach statement)* | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Property distributions | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts *(attach statement)* | | |
| **Reconciliation** | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 14,311. |

BAA                                                                                                     Form **1120S** (2009)

SPSA0134   12/16/09

Form 1120S (2009)   OUTPOST MARINE INC                                                                                          Page **4**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 Cash | | | 39,339. | | 22,778. |
| 2a Trade notes and accounts receivable | | | | | |
| b Less allowance for bad debts | | | | | |
| 3 Inventories | | | 10,000. | | 10,000. |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities (see instructions) | | | | | |
| 6 Other current assets (attach stmt) | | | | | |
| 7 Loans to shareholders | | | | | |
| 8 Mortgage and real estate loans | | | | | |
| 9 Other investments (attach statement) | | | | | |
| 10a Buildings and other depreciable assets | | 206,785. | | 216,314. | |
| b Less accumulated depreciation | | 134,235. | 72,550. | 148,058. | 68,256. |
| 11a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 12 Land (net of any amortization) | | | | | |
| 13a Intangible assets (amortizable only) | | | | | |
| b Less accumulated amortization | | | | | |
| 14 Other assets (attach stmt) | | | | | |
| 15 Total assets | | | 121,889. | | 101,034. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 Accounts payable | | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 18 Other current liabilities (attach stmt) | | | | | |
| 19 Loans from shareholders | | | 161,022. | | 125,856. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | | |
| 21 Other liabilities (attach statement) | | | | | |
| 22 Capital stock | | | 1,000. | | 1,000. |
| 23 Additional paid-in capital | | | | | |
| 24 Retained earnings | | | 35,414. | | 49,725. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | | |
| 26 Less cost of treasury stock | | | 75,547. | | 75,547. |
| 27 Total liabilities and shareholders' equity | | | 121,889. | | 101,034. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 14,311. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest . $ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | | |
| a Depreciation  $ _ _ _ _ _ _ _ _ _ _ _ | | a Depreciation . . . . $ _ _ _ _ _ _ _ _ _ _ _ | | |
| b Travel and entertainment . $ _ _ _ _ _ _ _ _ _ _ | | | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1 through 3 | 14,311. | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | 14,311. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions) |
|---|---|

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 35,413. | 0. | 0. |
| 2 Ordinary income from page 1, line 21 | 14,311. | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | | | |
| 5 Other reductions | | | |
| 6 Combine lines 1 through 5 | 49,724. | 0. | 0. |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 49,724. | 0. | 0. |

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions. ► Attach to your tax return. | **2009** Attachment Sequence No. **67** |

Name(s) shown on return: OUTPOST MARINE INC
Identifying number: [redacted]
Business or activity to which this form relates: Form 1120S Line 21

### Part I — Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | 11,917. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 9,529. | 5 YR | HY | GDS | 1,906. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 13,823. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.  FDIZ0812 07/07/09  Form **4562** (2009)


Form 4562 (2009)   OUTPOST MARINE INC                                                                                    Page 2

**Part V** **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If 'Yes,' is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ............................... | 25 | | |

26 Property used more than 50% in a qualified business use:

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |

27 Property used 50% or less in a qualified business use:

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................... | 28 | |

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 .......................................... | 29 |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

42 Amortization of costs that begins during your 2009 tax year (see instructions):

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

43 Amortization of costs that began before your 2009 tax year ................................................. | 43 | |

44 **Total.** Add amounts in column (f). See the instructions for where to report ........................ | 44 | |

FDIZ0812  07/07/09                                                                                    Form **4562** (2009)

Form **7004** (Rev. December 2008)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns
► File a separate application for each return.
► See separate instructions.

OMB No. 1545-0233

**Type or Print**

Name: OUTPOST MARINE INC

Identifying number: [redacted]

Number, street, and room or suite number. (If P.O. box, see instructions.)
1119 E CARIBBEAN DR

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).
SUMMERLAND KEY                           FL   33042-4822

File by the due date for the return for which an extension is requested. See instructions.

**Note.** See instructions before completing this form.

### Part I — Automatic 5-Month Extension Complete if Filing Form 1065, 1041, or 8804

**1a** Enter the form code for the return that this application is for (see below) .............

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

### Part II — Automatic 6-Month Extension Complete if Filing Other Forms

**b** Enter the form code for the return that this application is for (see below) ............. 25

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ......... ► ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return check here ......... ► ☐

### Part III — All Filers Must Complete This Part

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here .................. ► ☐

**5a** The application is for calendar year 20 **09**, or tax year beginning _____, 20 __, and ending _____, 20 __

**b Short tax year.** If this tax year is less than 12 months, check the reason:
☐ Initial return  ☐ Final return  ☐ Change in accounting period  ☐ Consolidated return to be filed

| | | |
|---|---|---|
| **6** Tentative total tax .................. | 6 | 0. |
| **7 Total** payments and credits (see instructions) .................. | 7 | 0. |
| **8 Balance due.** Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) .................. | 8 | 0. |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

Form **7004** (Rev. 12-2008)

CPCZ0701   12/22/08

671109

| Schedule K-1 | | 2009 | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0130 |
|---|---|---|---|---|
| (Form 1120S) | | For calendar year 2009, or tax | **Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | |
| Department of the Treasury Internal Revenue Service | | year beginning _____, 2009 ending _____, ____ | | |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

| | Part III | |
|---|---|---|
| 1 | Ordinary business income (loss) *  9,541. | 13 Credits |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 Items affecting shareholder basis |
| 12 | Other deductions | |
| | | 17 Other information |

**Part I** Information About the Corporation

A  Corporation's employer identification number
 ▓▓▓▓▓▓▓▓▓

B  Corporation's name, address, city, state, and ZIP code
OUTPOST MARINE INC
1119 E CARIBBEAN DR
SUMMERLAND KEY, FL 33042-4822

C  IRS Center where corporation filed return
Ogden, UT  84201-0013

**Part II** Information About the Shareholder

D  Shareholder's identifying number
 ▓▓▓▓▓▓▓▓▓

E  Shareholder's name, address, city, state, and ZIP code
FRED WHEELER
1119 CARIBBEAN DR EAST
SUMMERLAND KEY, FL 33042

F  Shareholder's percentage of stock ownership for tax year ................ 66.66667 %

FOR IRS USE ONLY

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.  Schedule **K-1** (Form 1120S) 2009

SPSA0412   12/15/09

Schedule **K-1** (Form 1120S) 2009  OUTPOST MARINE INC                                                                                                 Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)**    See the Shareholder's Instructions
**3  Other net rental income (loss)**
    Net income    Schedule E, line 28, column (g)
    Net loss    See the Shareholder's Instructions
**4  Interest income**    Form 1040, line 8a
**5a Ordinary dividends**    Form 1040, line 9a
**5b Qualified dividends**    Form 1040, line 9b
**6  Royalties**    Schedule E, line 4
**7  Net short-term capital gain (loss)**    Schedule D, line 5, column (f)
**8a Net long-term capital gain (loss)**    Schedule D, line 12, column (f)
**8b Collectibles (28%) gain (loss)**    28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c Unrecaptured section 1250 gain**    See the Shareholder's Instructions
**9  Net section 1231 gain (loss)**    See the Shareholder's Instructions
**10 Other income (loss)**
   Code
   **A** Other portfolio income (loss)    See the Shareholder's Instructions
   **B** Involuntary conversions    See the Shareholder's Instructions
   **C** Section 1256 contracts and straddles    Form 6781, line 1
   **D** Mining exploration costs recapture    See Pub 535
   **E** Other income (loss)    See the Shareholder's Instructions
**11 Section 179 deduction**    See the Shareholder's Instructions
**12 Other deductions**
   **A** Cash contributions (50%)
   **B** Cash contributions (30%)
   **C** Noncash contributions (50%)
   **D** Noncash contributions (30%)
   **E** Capital gain property to a 50% organization (30%)
   **F** Capital gain property (20%)
   **G** Contributions (100%)
                                                     See the Shareholder's Instructions
   **H** Investment interest expense    Form 4952, line 1
   **I** Deductions — royalty income    Schedule E, line 18
   **J** Section 59(e)(2) expenditures    See the Shareholder's Instructions
   **K** Deductions — portfolio (2% floor)    Schedule A, line 23
   **L** Deductions — portfolio (other)    Schedule A, line 28
   **M** Preproductive period expenses    See the Shareholder's Instructions
   **N** Commercial revitalization deduction from rental real estate activities    See Form 8582 instructions
   **O** Reforestation expense deduction    See the Shareholder's Instructions
   **P** Domestic production activities information    See Form 8903 instructions
   **Q** Qualified production activities income    Form 8903, line 7
   **R** Employer's Form W-2 wages    Form 8903, line 15
   **S** Other deductions    See the Shareholder's Instructions
**13 Credits**
   **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings    See the Shareholder's Instructions
   **B** Low-income housing credit (other) from pre-2008 buildings    See the Shareholder's Instructions
   **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings    Form 8586, line 11
   **D** Low-income housing credit (other) from post-2007 buildings    Form 8586, line 11
   **E** Qualified rehabilitation expenditures (rental real estate)
   **F** Other rental real estate credits
   **G** Other rental credits
                                         See the Shareholder's Instructions
   **H** Undistributed capital gains credit    Form 1040, line 70, box a
   **I** Alcohol and cellulosic biofuel fuels credit    Form 6478, line 7
   **J** Work opportunity credit    Form 5884, line 3
   **K** Disabled access credit    See the Shareholder's Instructions
   **L** Empowerment zone and renewal community employment credit    Form 8844, line 3

   Code        Report on
   **M** Credit for increasing research activities    See the Shareholder's Instructions
   **N** Credit for employer social security and Medicare taxes    Form 8846, line 5
   **O** Backup withholding    Form 1040, line 61
   **P** Other credits    See the Shareholder's Instructions
**14 Foreign transactions**
   **A** Name of country or U.S. possession
   **B** Gross income from all sources
   **C** Gross income sourced at shareholder level
                               Form 1116, Part I
   *Foreign gross income sourced at corporate level*
   **D** Passive category
   **E** General category
   **F** Other
                               Form 1116, Part I
   *Deductions allocated and apportioned at shareholder level*
   **G** Interest expense    Form 1116, Part I
   **H** Other    Form 1116, Part I
   *Deductions allocated and apportioned at corporate level to foreign source income*
   **I** Passive category
   **J** General category
   **K** Other
                               Form 1116, Part I
   *Other information*
   **L** Total foreign taxes paid    Form 1116, Part II
   **M** Total foreign taxes accrued    Form 1116, Part II
   **N** Reduction in taxes available for credit    Form 1116, line 12
   **O** Foreign trading gross receipts    Form 8873
   **P** Extraterritorial income exclusion    Form 8873
   **Q** Other foreign transactions    See the Shareholder's Instructions
**15 Alternative minimum tax (AMT) items**
   **A** Post-1986 depreciation adjustment
   **B** Adjusted gain or loss
   **C** Depletion (other than oil & gas)
   **D** Oil, gas, & geothermal — gross income
   **E** Oil, gas, & geothermal — deductions
   **F** Other AMT items
                          See the Shareholder's Instructions and the Instructions for Form 6251
**16 Items affecting shareholder basis**
   **A** Tax-exempt interest income    Form 1040, line 8b
   **B** Other tax-exempt income
   **C** Nondeductible expenses
   **D** Property distributions
   **E** Repayment of loans from shareholders
                         See the Shareholder's Instructions
**17 Other information**
   **A** Investment income    Form 4952, line 4a
   **B** Investment expenses    Form 4952, line 5
   **C** Qualified rehabilitation expenditures (other than rental real estate)    See the Shareholder's Instructions
   **D** Basis of energy property    See the Shareholder's Instructions
   **E** Recapture of low-income housing credit (section 42(j)(5))    Form 8611, line 8
   **F** Recapture of low-income housing credit (other)    Form 8611, line 8
   **G** Recapture of investment credit    See Form 4255
   **H** Recapture of other credits    See the Shareholder's Instructions
   **I** Look-back interest — completed long-term contracts    See Form 8697
   **J** Look-back interest — income forecast method    See Form 8866
   **K** Dispositions of property with section 179 deductions
   **L** Recapture of section 179 deduction
   **M** Section 453(l)(3) information
   **N** Section 453A(c) information
   **O** Section 1260(b) information
   **P** Interest allocable to production expenditures
   **Q** CCF nonqualified withdrawals
   **R** Depletion information — oil and gas
   **S** Amortization of reforestation costs
   **T** Section 108(i) information
   **U** Other information
                         See the Shareholder's Instructions

SPSA0412    12/15/09                                                                                             Schedule **K-1** (Form 1120S) 2009

671109

| | | |
|---|---|---|
| ☐ Final K-1 ☐ Amended K-1 | | OMB No. 1545-0130 |

**Schedule K-1** **2009**
**(Form 1120S)**
For calendar year 2009, or tax
Department of the Treasury     year beginning _____, 2009
Internal Revenue Service            ending _____, ____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
　[redacted]

**B** Corporation's name, address, city, state, and ZIP code
　OUTPOST MARINE INC
　1119 E CARIBBEAN DR
　SUMMERLAND KEY, FL 33042-4822

**C** IRS Center where corporation filed return
　Ogden, UT  84201-0013

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
　[redacted]

**E** Shareholder's name, address, city, state, and ZIP code
　PENNY WHEELER
　1119 CARIBBEAN EAST
　SUMMERLAND KEY, FL 33042

**F** Shareholder's percentage of stock
　ownership for tax year ................ 33.33333 %

FOR IRS USE ONLY

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) * | 13 | Credits |
| | 4,770. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule **K-1** (Form 1120S) 2009

SPSA0412   12/15/09

Schedule **K-1** (Form 1120S) 2009   OUTPOST MARINE INC                                                                                       Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2. Net rental real estate income (loss)** — See the Shareholder's Instructions
**3. Other net rental income (loss)**
- Net income — Schedule E, line 28, column (g)
- Net loss — See the Shareholder's Instructions

**4. Interest income** — Form 1040, line 8a
**5a. Ordinary dividends** — Form 1040, line 9a
**5b. Qualified dividends** — Form 1040, line 9b
**6. Royalties** — Schedule E, line 4
**7. Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
**8a. Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
**8b. Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c. Unrecaptured section 1250 gain** — See the Shareholder's Instructions
**9. Net section 1231 gain (loss)** — See the Shareholder's Instructions
**10. Other income (loss)**

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Section 1256 contracts and straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

**11. Section 179 deduction** — See the Shareholder's Instructions
**12. Other deductions**

| Code | | Report on |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 18 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 instructions |
| Q | Qualified production activities income | Form 8903, line 7 |
| R | Employer's Form W-2 wages | Form 8903, line 15 |
| S | Other deductions | See the Shareholder's Instructions |

**13. Credits**

| Code | | Report on |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
| B | Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| D | Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | See the Shareholder's Instructions |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 70, box a |
| I | Alcohol and cellulosic biofuel fuels credit | Form 6478, line 7 |
| J | Work opportunity credit | Form 5884, line 3 |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| Code | | Report on |
|---|---|---|
| M | Credit for increasing research activities | See the Shareholder's Instructions |
| N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| O | Backup withholding | Form 1040, line 61 |
| P | Other credits | See the Shareholder's Instructions |

**14. Foreign transactions**

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| | | |
|---|---|---|
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at shareholder level*

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| | | |
|---|---|---|
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

**15. Alternative minimum tax (AMT) items**

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**16. Items affecting shareholder basis**

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Property distributions | |
| E | Repayment of loans from shareholders | |

**17. Other information**

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest — completed long-term contracts | See Form 8697 |
| J | Look-back interest — income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | |
| P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information — oil and gas | |
| S | Amortization of reforestation costs | |
| T | Section 108(i) information | |
| U | Other information | |

SPSA0412   12/15/09                                                                                          Schedule **K-1** (Form 1120S) 2009

OUTPOST MARINE INC                                                                                          ▇▇▇ Page 2

## Part V — Electronic Filing Information

**Electronic Filing:**
[ ] Check this box to file the federal return electronically
[ ] Check this box to file the state(s) electronically

| State(s) * |
|---|
| _____ |
| _____ |
| _____ |
| _____ |
| _____ |

\* Select the state or states to file electronically.
Multiple states can be entered.

**Practitioner PIN program:**
[ ] Check this box to sign this return electronically using the Practitioner PIN
[ ] ERO entered PIN
Officer's PIN (enter any 5 numbers) ................................................. _____
Date PIN entered ............................................................................... _____

**Electronic Filing of Extensions:**
[ ] Check this box to file **Form 7004** (application for extension of time to file return) electronically
[ ] Check this box to file the state extension(s) electronically (MA, MD & NY only)

| State(s) * |
|---|
| _____ |
| _____ |
| _____ |
| _____ |
| _____ |

\* Select the state or states to file electronically.
Multiple states can be entered.

**Information required for Electronic Filing:**
Officer's Name ................................. _____

**Electronic Filing of Amended Return:**
[ ] Check this box to file **amended return** electronically

**QuickZoom** to the Electronic Filing Information Worksheet ............................. ▶ ___

## Part VI — Direct Deposit or Electronic Funds Withdrawal Information

**Yes  No**
[ ] [ ]  Does client want to use **direct deposit** of any **federal tax refund?**
[ ] [ ]  Does client want to use **electronic funds withdrawal** of **federal balance due** (EF only)?
[ ] [ ]  Does client want to use **electronic funds withdrawal** of **Form 7004 balance due** (EF only)?
[ ] [ ]  Use **electronic funds withdrawal** of **amended return balance due** (EF only)?
If any options selected above, enter information below, **(Review transferred information for accuracy)**

**Bank Information**
Name of Financial Institution (optional) ... _____
Check the appropriate box ................ [ ] Checking   [ ] Savings
Routing number ............................ _____
Account number ........................... _____

**Payment Information**
Enter the payment date to withdraw tax payment  . . . . . . . . . . . . _____
Balance due amount from this return  . . . . . . . . . . . . . . . . . . . . . . . . _____
Enter an amount to withdraw tax payment  . . . . . . . . . . . . . . . . . _____
If partial payment is made, the remaining balance due . . . . . . . _____

**QuickZoom** here to Form 1120S, Pages 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ___
**QuickZoom** here to Schedule K-1 Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ___
**QuickZoom** here to Client Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ___

SPSW3501.SCR   07/31/09

# S Corporation Information Worksheet     2009
► Keep for your records

## Part I — Identifying Information

Employer Identification Number ... ▓▓▓▓▓▓▓   Date Incorporated ....... 01/04/1999
Name ........................... OUTPOST MARINE INC
Doing Business As ..............
Address ........................ 1119 E CARIBBEAN DR
City ........................... SUMMERLAND KEY       State FL   ZIP Code 33042-4822
Telephone Number ...............                      Extension ..........
Fax Number .....................                      E-Mail Address .....
Tax Shelter Registration Number ..

[ ] Eligible for qualified disaster area tax relief benefits

## Part II — Tax Year and Filing Information

[X] Calendar year
[ ] Fiscal year — Ending month ..........
[ ] Short year — Beginning date ........ _____   Ending date ......... _____

[ ] Enrolled in the Electronic Federal Tax Payment System (EFTPS)
IRS Service Center where S Corporation return is filed ........ Ogden, UT   84201-0013

## Part III — 2009 1120S Corporation Estimated Tax Paid

Amount of 2008 overpayment credited to 2009 estimated tax ...............................

| Payment Quarters | Due Date | Date Paid | Amount Paid |
|---|---|---|---|
| First Quarter Payment | 04/15/09 | | |
| Second Quarter Payment | 06/15/09 | | |
| Third Quarter Payment | 09/15/09 | | |
| Fourth Quarter Payment | 12/15/09 | | |
| Additional Payment 1 | | | |
| Additional Payment 2 | | | |
| Additional Payment 3 | | | |
| Additional Payment 4 | | | |

## Part IV — K-1 Information

**K-1 Rounding Options**
[X] Distribute the rounding difference to shareholder with the largest percentage.
[ ] Distribute the rounding difference among shareholders.
[ ] Do not distribute the rounding difference to any shareholder.

**Print Schedules K-1 with tax return?**
[X] Yes
[ ] No

**Include page 2 of Schedules K-1 (codes and descriptions) with tax return?**
[X] Yes
[ ] No

| Form 1120S | Schedule M-1 Items Worksheet | 2009 |
|---|---|---|

▶ Keep for your records

Name: OUTPOST MARINE INC

Employer Identification No.: [redacted]

| Income Items: Description | Per Books | Per Tax Return | Difference (Book - Tax) |
|---|---|---|---|
| *Permanent items (tax-exempt income):* | | | |
| Tax-exempt interest — in state: Direct Entry / From K-1s | | | |
| Tax-exempt interest — out of state | | | |
| Life insurance proceeds | | | |
| Other permanent income items: | | | |
| Gain (Loss) on disposition of Section 179 assets | | | |
| Alcohol used as fuel credit included in income | | | |
| *Timing (temporary) items:* | | | |
| Unearned rent income | | | |
| Unearned income | | | |
| Gain on sale of assets | | | |
| Installment sale income | | | |
| Fuels tax credit included in income | | | |
| Other timing income items: | | | |
| Total | | | |

| Expense Items: Description | Per Books | Per Tax Return | Difference (Tax - Book) |
|---|---|---|---|
| *Permanent items (nondeductible expenses):* | | | |
| Disallowed meals and entertainment | | | |
| Employment credits wage reduction | | | |
| Federal underpayment penalty | | | |
| State underpayment penalty | | | |
| Other fines and penalties | | | |
| Officers' life insurance premiums | | | |
| Interest paid to carry tax-exempt investments | | | |
| Payroll Taxes for Employer SS Tax on Tips Credit | | | |
| Employee benefit reduction credit from Form 8845 | | | |
| Small employer pension plan startup costs credit from Form 8881 | | | |
| Other expenses related to tax-exempt income | | | |
| Other permanent expense items: | | | |
| Lease inclusion amount - enter as a negative | | | |
| *Timing (temporary) items:* | | | |
| Depreciation and Section 179 expense | | 13,823. | |
| Amortization | | | |
| Depletion other than oil and gas | | | |
| Loss on sale of assets | | | |
| Organizational costs | | | |
| Bad debt expense | | | |
| Prepaid expenses | | | |
| Other timing expense items: | | | |
| Total | | 13,823. | |

SPSW5101.SCR 07/31/09