# DEC. EXHIBIT P

# P & L from Schedule 1120 Tax Form
## Monthly for 2007
**For** Outpost Marine Inc.   DWH # 100080399

Prepared 10/17/2012

| From Schedule C | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 15,315 | 19,032 | 22,606 | 15,762 | 13,879 | 12,172 | 13,209 | 10,051 | 4,722 | 8,902 | 10,880 | 13,002 | 159,533 |
| **Total Revenue (Sales)** | 15,315 | 19,032 | 22,606 | 15,762 | 13,879 | 12,172 | 13,209 | 10,051 | 4,722 | 8,902 | 10,880 | 13,002 | 159,533 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost of Labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 15,315 | 19,032 | 22,606 | 15,762 | 13,879 | 12,172 | 13,209 | 10,051 | 4,722 | 8,902 | 10,880 | 13,002 | 159,533 |
| **Expenses** | | | | | | | | | | | | | |
| Compensation of officers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Salaries and wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and maintenance | 119 | 147 | 175 | 122 | 107 | 94 | 102 | 78 | 37 | 69 | 84 | 101 | 1,235 |
| Bad debts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and licenses | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 3,896 |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 1,427 | 17,124 |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising | 207 | 207 | 207 | 207 | 207 | 207 | 207 | 207 | 207 | 207 | 207 | 207 | 2,482 |
| Pension, profit-sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Fixed Expenses** | | | | | | | | | | | | | |
| Accounting | 70 | 86 | 103 | 72 | 63 | 55 | 60 | 46 | 21 | 40 | 49 | 59 | 725 |
| Bank Charges | 4 | 5 | 6 | 4 | 4 | 3 | 4 | 3 | 1 | 3 | 3 | 4 | 45 |
| Dues/ Publications | 19 | 24 | 28 | 20 | 17 | 15 | 17 | 13 | 6 | 11 | 14 | 16 | 200 |
| Insurance | 845 | 1,050 | 1,248 | 870 | 766 | 672 | 729 | 555 | 261 | 491 | 601 | 718 | 8,805 |
| Telephone | 199 | 247 | 294 | 205 | 180 | 158 | 172 | 131 | 61 | 116 | 141 | 169 | 2,074 |
| Utilities | 146 | 182 | 216 | 150 | 133 | 116 | 126 | 96 | 45 | 85 | 104 | 124 | 1,523 |
| Truck Expense | 140 | 174 | 206 | 144 | 127 | 111 | 120 | 92 | 43 | 81 | 99 | 119 | 1,455 |
| Dockage Fee | 576 | 716 | 850 | 593 | 522 | 458 | 497 | 378 | 178 | 335 | 409 | 489 | 6,000 |
| Groceries | 143 | 178 | 211 | 147 | 129 | 114 | 123 | 94 | 44 | 83 | 101 | 121 | 1,488 |
| Cable | 68 | 84 | 100 | 70 | 61 | 54 | 58 | 44 | 21 | 39 | 48 | 58 | 706 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Variable Expenses** | | | | | | | | | | | | | |
| Boat Fuel | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 2,385 | 28,614 |
| Boat Supplies | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 2,269 | 27,229 |
| Crew / Guides | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 2,035 | 24,418 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 10,975 | 11,541 | 12,084 | 11,043 | 10,757 | 10,498 | 10,655 | 10,175 | 9,365 | 10,000 | 10,301 | 10,624 | 128,019 |
| **Net Profit** | 4,340 | 7,492 | 10,522 | 4,718 | 3,122 | 1,675 | 2,554 | (124) | (4,643) | (1,098) | 579 | 2,378 | 31,514 |

# P & L from Schedule 1120 Tax Form
## Monthly for 2008
### For Outpost Marine Inc.     DWH # 100080399

Prepared 10/17/2012

| From Schedule C | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 13,162 | 16,356 | 19,427 | 13,545 | 11,928 | 10,461 | 11,352 | 8,637 | 4,058 | 7,650 | 9,350 | 11,174 | 137,100 |
| **Total Revenue (Sales)** | 13,162 | 16,356 | 19,427 | 13,545 | 11,928 | 10,461 | 11,352 | 8,637 | 4,058 | 7,650 | 9,350 | 11,174 | 137,100 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost of Labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 13,162 | 16,356 | 19,427 | 13,545 | 11,928 | 10,461 | 11,352 | 8,637 | 4,058 | 7,650 | 9,350 | 11,174 | 137,100 |
| **Expenses** | | | | | | | | | | | | | |
| Compensation of officers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Salaries and wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bad debts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and licenses | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 150 |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 1,102 | 13,220 |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 999 |
| Pension, profit-sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Fix Expenses** | | | | | | | | | | | | | |
| Accounting | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Charges | 6 | 8 | 9 | 6 | 6 | 5 | 5 | 4 | 2 | 4 | 4 | 5 | 65 |
| Dues/ Publications | 13 | 16 | 19 | 13 | 12 | 10 | 11 | 9 | 4 | 8 | 9 | 11 | 135 |
| Insurance | 862 | 1,071 | 1,272 | 887 | 781 | 685 | 743 | 565 | 266 | 501 | 612 | 732 | 8,976 |
| Telephone | 162 | 201 | 239 | 167 | 147 | 129 | 140 | 106 | 50 | 94 | 115 | 137 | 1,687 |
| Utilities | 39 | 49 | 58 | 40 | 35 | 31 | 34 | 26 | 12 | 23 | 28 | 33 | 408 |
| Truck Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dockage Fee | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Groceries | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cable | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Misc Expense | 1,017 | 1,264 | 1,501 | 1,047 | 922 | 808 | 877 | 668 | 314 | 591 | 723 | 864 | 10,596 |
| Professional Fees | 240 | 298 | 354 | 247 | 218 | 191 | 207 | 158 | 74 | 140 | 171 | 204 | 2,500 |
| Boat Linens | 6 | 8 | 9 | 7 | 6 | 5 | 5 | 4 | 2 | 4 | 5 | 5 | 66 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Variable Expenses** | | | | | | | | | | | | | |
| Boat Fuel | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 3,615 | 43,375 |
| Boat Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Crew / Guides | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 28,805 |
| Boat Repairs / Maintenance | 747 | 747 | 747 | 747 | 747 | 747 | 747 | 747 | 747 | 747 | 747 | 747 | 8,960 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 10,305 | 10,874 | 11,421 | 10,373 | 10,085 | 9,823 | 9,982 | 9,498 | 8,682 | 9,322 | 9,625 | 9,950 | 119,942 |
| **Net Profit** | 2,857 | 5,482 | 8,006 | 3,172 | 1,843 | 637 | 1,370 | (861) | (4,624) | (1,672) | (275) | 1,223 | 17,158 |

# P & L from Schedule 1120 Tax Form
## Monthly for 2009
**For Outpost Marine Inc.**     DWH # 100080399

Prepared 10/17/2012

| From Schedule C | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 13,836 | 15,278 | 16,965 | 14,462 | 11,809 | 11,210 | 12,639 | 9,850 | 6,326 | 6,530 | 7,415 | 9,727 | 136,047 |
| **Total Revenue (Sales)** | 13,836 | 15,278 | 16,965 | 14,462 | 11,809 | 11,210 | 12,639 | 9,850 | 6,326 | 6,530 | 7,415 | 9,727 | 136,047 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost of Labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 13,836 | 15,278 | 16,965 | 14,462 | 11,809 | 11,210 | 12,639 | 9,850 | 6,326 | 6,530 | 7,415 | 9,727 | 136,047 |
| **Expenses** | | | | | | | | | | | | | |
| Compensation of officers | 559 | 618 | 686 | 585 | 477 | 453 | 511 | 398 | 256 | 264 | 300 | 393 | 5,500 |
| Salaries and wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and maintenance | 1,213 | 1,339 | 1,487 | 1,267 | 1,035 | 982 | 1,108 | 863 | 554 | 572 | 650 | 852 | 11,923 |
| Bad debts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and licenses | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 119 | 1,423 |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 1,152 | 13,823 |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 919 |
| Pension, profit-sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Variable Expenses** | | | | | | | | | | | | | |
| Accounting | 197 | 218 | 242 | 206 | 168 | 160 | 180 | 140 | 90 | 93 | 106 | 139 | 1,940 |
| Bank Charges | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 3 | 35 |
| Dues/ Publications | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 881 | 972 | 1,080 | 920 | 752 | 714 | 804 | 627 | 403 | 416 | 472 | 619 | 8,659 |
| Telephone | 346 | 382 | 425 | 362 | 296 | 281 | 316 | 247 | 158 | 163 | 186 | 243 | 3,405 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Truck Expense | 443 | 490 | 544 | 463 | 378 | 359 | 405 | 316 | 203 | 209 | 238 | 312 | 4,359 |
| Dockage Fee | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Groceries | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cable | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplies | 1,474 | 1,628 | 1,808 | 1,541 | 1,258 | 1,194 | 1,347 | 1,050 | 674 | 696 | 790 | 1,036 | 14,496 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Fixed Expenses** | | | | | | | | | | | | | |
| Boat Fuel | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 1,724 | 20,691 |
| Boat Linens | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 168 |
| Crew / Guides | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 1,419 | 17,025 |
| Gallery Provisions | 656 | 656 | 656 | 656 | 656 | 656 | 656 | 656 | 656 | 656 | 656 | 656 | 7,875 |
| Communications | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,094 |
| Travel | 617 | 617 | 617 | 617 | 617 | 617 | 617 | 617 | 617 | 617 | 617 | 617 | 7,401 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | - |
| **Total Expenses** | 11,069 | 11,602 | 12,226 | 11,300 | 10,319 | 10,098 | 10,626 | 9,595 | 8,291 | 8,367 | 8,694 | 9,549 | 121,736 |
| **Net Profit** | 2,767 | 3,676 | 4,739 | 3,162 | 1,490 | 1,113 | 2,013 | 255 | (1,965) | (1,837) | (1,279) | 178 | 14,311 |

# P & L from Schedule 1120 Tax Form
## Monthly for 2010
### For Outpost Marine Inc.     DWH # 100080399

Prepared 10/17/2012

| From Schedule C | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 14,635 | 16,727 | 19,286 | 15,783 | 9,756 | 6,243 | 4,992 | 3,502 | 3,889 | 5,231 | 5,708 | 7,960 | 113,712 |
| **Total Revenue (Sales)** | 14,635 | 16,727 | 19,286 | 15,783 | 9,756 | 6,243 | 4,992 | 3,502 | 3,889 | 5,231 | 5,708 | 7,960 | 113,712 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Purchases | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost of Labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 14,635 | 16,727 | 19,286 | 15,783 | 9,756 | 6,243 | 4,992 | 3,502 | 3,889 | 5,231 | 5,708 | 7,960 | 113,712 |
| **Expenses** | | | | | | | | | | | | | |
| Compensation of officers | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Salaries and wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and maintenance | 88 | 100 | 116 | 95 | 59 | 37 | 30 | 21 | 23 | 31 | 34 | 48 | 683 |
| Bad debts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rents | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and licenses | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 634 |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 13,948 |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension, profit-sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Variable Expenses** | | | | | | | | | | | | | |
| Accounting | 105 | 120 | 138 | 113 | 70 | 45 | 36 | 25 | 28 | 37 | 41 | 57 | 815 |
| Bank Charges | 4 | 5 | 5 | 4 | 3 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 31 |
| Dues/ Publications | 3 | 4 | 4 | 4 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 26 |
| Insurance | 1,081 | 1,235 | 1,424 | 1,166 | 721 | 461 | 369 | 259 | 287 | 386 | 422 | 588 | 8,399 |
| Telephone | 332 | 379 | 437 | 358 | 221 | 141 | 113 | 79 | 88 | 118 | 129 | 180 | 2,576 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Truck Expense | 332 | 379 | 437 | 358 | 221 | 142 | 113 | 79 | 88 | 119 | 129 | 180 | 2,578 |
| Dockage Fee | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Groceries | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cable | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gallery Provisions | 1,090 | 1,246 | 1,437 | 1,176 | 727 | 465 | 372 | 261 | 290 | 390 | 425 | 593 | 8,470 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Fixed Expenses** | | | | | | | | | | | | | |
| Boat Fuel | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 2,031 | 24,367 |
| Boat Supplies | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 1,153 | 13,834 |
| Boat Crew | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 13,400 |
| Boat Laundry | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 45 |
| Boat Repairs / Maint | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 1,834 |
| Rods and Reels | 251 | 251 | 251 | 251 | 251 | 251 | 251 | 251 | 251 | 251 | 251 | 251 | 3,012 |
| Boat Captain | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 7,500 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Expenses** | 9,582 | 10,016 | 10,547 | 9,820 | 8,571 | 7,842 | 7,583 | 7,274 | 7,354 | 7,632 | 7,731 | 8,198 | 102,152 |
| **Net Profit** | 5,052 | 6,711 | 8,739 | 5,963 | 1,186 | (1,599) | (2,591) | (3,772) | (3,465) | (2,402) | (2,023) | (238) | 11,560 |

I have reviewed these documents and I confirm that they are accurate to the best of my recollection. They coincide with my tax returns and my best estimate of my monthly Income, Cost of Goods, and my Expenses.

Date Signed 10/17/2012

Fred Wheeler