# DEC. EXHIBIT T

# Form 1040 — U.S. Individual Income Tax Return 2008

(99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning , 2008, ending , 20
OMB No. 1545-0074

**Label** (See instructions on page 14.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **Theodore E.**
Last name: **Wheeler**

If a joint return, spouse's first name and initial: [redacted]
Last name: [redacted]

Home address (number and street). If you have a P.O. box, see page 14. [redacted]
Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14. [redacted]

Your social security number: [redacted]
Spouse's social security number: [redacted]

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☑ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**
- 6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☑ Spouse
- c Dependents:

Boxes checked on 6a and 6b: **2**
No. of children on 6c who: lived with you ___; did not live with you due to divorce or separation (see page 18) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

**Income** — Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 33440.00 |
| 8a | Taxable interest. Attach Schedule B if required | 57 — |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 336 — |
| 9b | Qualified dividends (see page 21) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 9001 — |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | (3000) |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / b Taxable amount (see page 23) | |
| 16a | Pensions and annuities / b Taxable amount (see page 24) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 10,299 / b Taxable amount (see page 26) | |
| 21 | Other income. List type and amount (see page 28) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 39834 — |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 28) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 636 — |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 29) | 1157 |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 30) | |
| 33 | Student loan interest deduction (see page 33) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 1793 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 38041 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88. Cat. No. 11320B Form **1040** (2008)

| | | | | Amount |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 38041 |
| | 39a | Check if: ☒ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. Total boxes checked ▶ 39a | | 1 |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | |
| **Standard Deduction for—** | c | Check if standard deduction includes real estate taxes or disaster loss (see page 34) ▶ 39c ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 40 | 11950 |
| • People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see page 34. | 41 | Subtract line 40 from line 38 | 41 | 26091 |
| | 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see page 36. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 7000 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 19091 |
| | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 2059 |
| | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| • All others: Single or Married filing separately, $5,450 | 46 | Add lines 44 and 45 ▶ | 46 | 2059 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| Married filing jointly or Qualifying widow(er), $10,900 | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | 376 |
| | 52 | Child tax credit (see page 42). Attach Form 8901 if required | 52 | |
| | 53 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 53 | |
| Head of household, $8,000 | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ ___ | 54 | |
| | 55 | Add lines 47 through 54. These are your **total credits** | 55 | 376 |
| | 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 1683 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | 1271 |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 56 through 60. This is your **total tax** ▶ | 61 | 2954 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 3695 |
| | 63 | 2008 estimated tax payments and amount applied from 2007 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 61) | 65 | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 | Amount paid with request for extension to file (see page 61) | 67 | |
| | 68 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 68 | |
| | 69 | First-time homebuyer credit. Attach Form 5405 | 69 | |
| | 70 | Recovery rebate credit (see worksheet on pages 62 and 63) | 70 | |
| | 71 | Add lines 62 through 70. These are your **total payments** ▶ | 71 | 3695 |
| **Refund** Direct deposit? See page 63 and fill in 73b, 73c, and 73d, or Form 8888. | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 | 771 |
| | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | b | Routing number | c Type: ☐ Checking ☐ Savings | |
| | d | Account number | | |
| | 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ | 74 | 771 |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see page 65 ▶ | 75 | |
| | 76 | Estimated tax penalty (see page 65) | 76 | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 66)? ☐ **Yes.** Complete the following. ☐ **No** Designee's name ▶ Phone no. ▶ ( ) Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See page 15. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. Your signature [signed] Date 7/1/10 Your occupation instructor, boat rental Daytime phone number [redacted] Spouse's signature. If a joint return, **both must sign.** Date Spouse's occupation | | |
| **Paid Preparer's Use Only** | | Preparer's signature Date Check if self-employed ☐ Preparer's SSN or PTIN Firm's name (or yours if self-employed), address, and ZIP code EIN Phone no. ( ) | | |

Form **1040** (2008)

# SCHEDULE C (Form 1040)
## Profit or Loss From Business
(Sole Proprietorship)

► Partnership, joint ventures, etc., generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041. ► See Instructions for Schedule C (Form 1040).

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074
**2008**
Attachment Sequence No. 09

Name of proprietor: **Theodore E Wheeler, Mr.**

A  Principal business or profession, including product or service (see page C-3 of the instructions): **Boat rental, Instruction**
B  Enter code from pages C-9, 10, & 11: **481300**

C  Business name. If no separate business name, leave blank: **Anima Charters**
D  Employer ID number (EIN), if any:

E  Business address (including suite or room no.) ► **822 NE 16 Ct**
City, town or post office, state, and ZIP code: **Ft. Lauderdale, Fl. 33305**

F  Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►
G  Did you "materially participate" in the operation of this business during 2008? If "No," see page C-4 for limit on losses ☒ Yes ☐ No
H  If you started or acquired this business during 2008, check here ☐

### Part I — Income

| Line | Description | Amount |
|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-4 for limit on losses. ► ☐ | 29320 — |
| 2 | Returns and allowances | |
| 3 | Subtract line 2 from line 1 | |
| 4 | Cost of goods sold (from line 42 on page 2) | |
| 5 | Gross profit. Subtract line 4 from line 3 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | |
| 7 | Gross income. Add lines 5 and 6 ► | 29320 — |

### Part II — Expenses. Enter expenses for business use of your home **only** on line 30.

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 377 — | 18 | Office expense | 731 — |
| 9 | Car and truck expenses (see page C-5) | | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see page C-6): | |
| 11 | Contract labor (see page C-5) | | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | Other business property | 6986 — |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | | 21 | Repairs and maintenance | 1547 — |
| | | | 22 | Supplies (not included in Part III) | 3174 |
| | | | 23 | Taxes and licenses | 176 |
| | | | 24 | Travel, meals, and entertainment: | |
| | | | 24a | Travel | 520 |
| 14 | Employee benefit programs (other than on line 19) | | 24b | Deductible meals and entertainment (see page C-7) | |
| 15 | Insurance (other than health) | 1778 — | 25 | Utilities | 3360 |
| 16 | Interest: | | 26 | Wages (less employment credits) | 375 |
| 16a | Mortgage (paid to banks, etc.) | | 27 | Other expenses (from line 48 on page 2) | 969 |
| 16b | Other | | | | |
| 17 | Legal and professional services | 326 — | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ► | | | | 20319 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 9001 |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | 9001 — |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-8). • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk. | | |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.  Cat. No. 11334P  Schedule C (Form 1040) 2008

Schedule C (Form 1040) 2008        Page **2**

## Part III — Cost of Goods Sold (see page C-8)

33   Method(s) used to value closing inventory:   a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

## Part IV — Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ ____/____/____

44   Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

   a   Business _____ b   Commuting (see instructions) _____ c   Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

   b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

## Part V — Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| Diesel fuel | 830 — |
| American Sailing Assoc., Boat U.S. | 139 — |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   Total other expenses. Enter here and on page 1, line 27 | 969 — |