# DEC. EXHIBIT U

# Form 1040 — U.S. Individual Income Tax Return 2009

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning , 2009, ending , 20

OMB No. 1545-0074

**Label**

Your first name and initial: Theodore E.
Last name: Wheeler

If a joint return, spouse's first name and initial: [redacted]
Last name: [redacted]

Home address (number and street): [redacted]
Apt. no.:

City, town or post office, state, and ZIP code: [redacted]

Your social security number: [redacted]
Spouse's social security number: [redacted]

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund ☐ You ☐ Spouse

**Filing Status** (Check only one box)
1. ☐ Single
2. ☑ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☑ Spouse
- c Dependents: (none listed)
- Boxes checked on 6a and 6b: **2**
- Add numbers on lines above ▶ **2**
- d Total number of exemptions claimed

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 33,326 |
| 8a | Taxable interest. Attach Schedule B if required | 30 |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 75 — |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 9321 |
| 13 | Capital gain or (loss). Attach Schedule D if required. | (330) |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | b Taxable amount |
| 16a | Pensions and annuities | b Taxable amount |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation in excess of $2,400 per recipient | |
| 20a | Social security benefits: 10,889 | b Taxable amount |
| 21 | Other income. | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 47,270 — |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 659 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | 1157 |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 1816 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 39,434 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.  Cat. No. 11320B  Form 1040 (2009)

Form 1040 (2009)                                                      Page **2**

**Tax and Credits**

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 39459 |
| 39a | Check if: ☒ You were born before January 2, 1945, ☐ Blind. ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b ☐ | |
| 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 12500 — |
| b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35). ▶ 40b ☐ | |
| 41 | Subtract line 40a from line 38 | 26954 |
| 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 | 7300 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 19,654 |
| 44 | Tax (see page 37). Check if any tax is from:  a ☐ Form(s) 8814   b ☐ Form 4972 | 2101 |
| 45 | Alternative minimum tax (see page 40). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | 2101 |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Education credits from Form 8863, line 29 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | 370 — |
| 51 | Child tax credit (see page 42) | |
| 52 | Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695 | |
| 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | |
| 54 | Add lines 47 through 53. These are your total credits | 370 — |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 1731 — |

**Other Taxes**

| Line | Description | Amount |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | 1317 |
| 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 59 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | |
| 60 | Add lines 55 through 59. This is your total tax ▶ | 3048 |

**Payments**

| Line | Description | Amount |
|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 — 3072 — | |
| 62 | 2009 estimated tax payments and amount applied from 2008 return — 771 | |
| 63 | Making work pay and government retiree credits. Attach Schedule M | |
| 64a | Earned income credit (EIC) | |
| b | Nontaxable combat pay election | |
| 65 | Additional child tax credit. Attach Form 8812 | |
| 66 | Refundable education credit from Form 8863, line 16 | |
| 67 | First-time homebuyer credit. Attach Form 5405 | |
| 68 | Amount paid with request for extension to file (see page 72) | |
| 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) | |
| 70 | Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 | |
| 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your total payments ▶ | 3843 |

**Refund**

| 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | 795 |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 795 |
| b | Routing number | |
| d | Account number | |
| 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | |

**Amount You Owe**

| 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see page 74 ▶ | |
| 76 | Estimated tax penalty (see page 74) | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see page 75)? ☐ Yes. Complete the following. ☐ No

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here** Joint return? See page 15. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature / Date 7-15-09 / Your occupation Charter Instruction / Daytime phone number 9540842869

**Paid Preparer's Use Only** — Preparer's signature / Date / Check if self-employed ☐ / Preparer's SSN or PTIN / Firm's name (or yours if self-employed), address, and ZIP code / EIN / Phone no.

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2009**

Attachment Sequence No. 09

Name of proprietor: Theodore E. Wheeler

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
boat rental, instruction

**B** Enter code from pages C-9, 10, & 11 ▶ 483000

**C** Business name. If no separate business name, leave blank.
Anima Charters

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 822 NE 16th Court, Ft Lauderdale, Fl 33305-3038
City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☑ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses   ☑ Yes  ☐ No

**H** If you started or acquired this business during 2009, check here . . . . . . . . . . . . . . . . . ▶ ☐

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: <br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or <br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. ▶ ☐ | 1 | 30030 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 30030 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 391 | 18 | Office expense | 18 | 781 |
| 9 | Car and truck expenses (see page C-4) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 7167 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | | 21 | Repairs and maintenance | 21 | 1374 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 3583 |
| | | | | 23 | Taxes and licenses | 23 | 182 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 416 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-6) | 24b | |
| 15 | Insurance (other than health) | 15 | 1765 | 25 | Utilities | 25 | 3558 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | 200 |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 1165 |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | 305 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | | 28 | 20709 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. <br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. <br>• If a loss, you must go to line 32. | | | | | 31 | 9321 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). <br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3. <br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a ☑ All investment is at risk. <br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2009

Schedule C (Form 1040) 2009      Page **2**

**Part III   Cost of Goods Sold** (see page C-8)

| | | |
|---|---|---|
| 33 | Method(s) used to value closing inventory:    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . | 37 |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . | 38 |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . | 40 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . | 42 |

**Part IV   Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ ___ / ___ / ___

44   Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

   a   Business _____    b   Commuting (see instructions) _____    c   Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☐ Yes    ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☐ Yes    ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

   b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| Diesel fuel | 1030 |
| American Sailing Assoc., Boat US | 135 |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . .    48 | 1165 |

Schedule C (Form 1040) 2009