# DEC. EXHIBIT V

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 2010

(99)   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning _____, 2010, ending _____, 20 _____   OMB No. 1545-0074

**Name, Address, and SSN**

Your first name and initial: *Theodore E*   Last name: *Wheeler*

If a joint return, spouse's first name and initial: *Patricia A.*   Last name: *Wolmer*

See separate instructions.

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . ▶ ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

## Filing Status

Check only one box.

1. ☐ Single
2. ☑ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a. ☑ Yourself. If someone can claim you as a dependent, do not check box 6a . . .
b. ☑ Spouse

c. Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see page 15) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

d. Total number of exemptions claimed

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | *39,924* ✓ |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends . . . 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | *(4119)* ✓ |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☑ | 13 | *2618* |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . 15a *1100*   b Taxable amount | 15b | *1100* |
| 16a | Pensions and annuities 16a   b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a   b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | *31823* |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | |
| 29 | Self-employed health insurance deduction . . | 29 | *1198* |
| 30 | Penalty on early withdrawal of savings . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . | 32 | |
| 33 | Student loan interest deduction . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | *1198* |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | *30668* |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2010)

Form 1040 (2010)  Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 30668 |
| | 39a | Check if: ☐ **You** were born before January 2, 1946, ☐ Blind. } **Total boxes** | | |
| | | ☐ **Spouse** was born before January 2, 1946, ☐ Blind. } checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b☐ | | |
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see instructions) | 40 | 11600 |
| | 41 | Subtract line 40 from line 38 | 41 | 19068 |
| | 42 | **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 7300 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 11768 |
| | 44 | **Tax** (see instructions). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 1178 |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | 1178 |
| | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | 1178 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | a ☐ Form(s) W-2, box 9   b ☐ Schedule H   c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** ▶ | 60 | 0 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 3095 |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | 795 |
| | 63 | Making work pay credit. Attach Schedule M | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 3890 |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | 73 | 3890 |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶☐ | 74a | 3890 |
| Direct deposit? See instructions. | ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number | | |
| | 75 | Amount of line 73 you want **applied to your 2011 estimated tax** ▶ | 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☐ **No** | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

**Sign Here**

Joint return? See page 12. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *Theodore Nickels* | 5/10/12 | Boat Rental Instruction | 954 684 2869 |
| Spouse's signature. If a joint return, **both must** sign. | Date 5/10/12 | Spouse's occupation | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

Form **1040** (2010)

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.  ▶ See instructions for Schedule C (Form 1040).

OMB No. 1545-0074

20**10**

Attachment
Sequence No. 09

Name of proprietor  *Theodore E. Wheeler*

**A** Principal business or profession, including product or service (see instructions)
*Boat Rental Instruction*

**B** Enter code from pages C-9, 10, & 11
▶ 483000

**C** Business name. If no separate business name, leave blank.
*Anima Charters Sailing*

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ *822 NE 16th Court*
City, town or post office, state, and ZIP code   *Ft Lauderdale, Fl. 33306-3038*

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses.  ☒ Yes ☐ No

**H** If you started or acquired this business during 2010, check here . . . . . . . . . . . . ▶ ☐

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ ☐ | 1 | *10756* |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | *10756* |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | *226* | 18 | Office expense | 18 | *562* |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | *6320* |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | *922* |
| | | | | 22 | Supplies (not included in Part III) | 22 | *1112* |
| | | | | 23 | Taxes and licenses | 23 | *235* |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | *320* |
| 15 | Insurance (other than health) | 15 | *1362* | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | *2453* |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | *252* |
| b | Other | 16b | | 27 | Other expenses (from line 48 on page 2) | 27 | *856* |
| 17 | Legal and professional services | 17 | *256* | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | 28 | *14875* |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | *(4119)* |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see your tax return instructions.       Cat. No. 11334P       Schedule **C** (Form 1040) 2010

Schedule C (Form 1040) 2010 — Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to
value closing inventory:  **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
if "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| **36** Purchases less cost of items withdrawn for personal use . . . . . . . . . | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . . . . . | **37** | |
| **38** Materials and supplies . . . . . . . . . . . . . . . | **38** | |
| **39** Other costs . . . . . . . . . . . . . . . . . . | **39** | |
| **40** Add lines 35 through 39 . . . . . . . . . . . . . . | **40** | |
| **41** Inventory at end of year . . . . . . . . . . . . . . | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____ / _____ / _____

**44** Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:

**a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . ☐ Yes   ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . ☐ Yes   ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . ☐ Yes   ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. | |
|---|---|---|
| Diesel | | 544 |
| asa, U.S.CG, Boat U.S | | 312 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **48** Total other expenses. Enter here and on page 1, line 27 . . . . . . . . | **48** | 856 |

Form **8880**

Department of the Treasury
Internal Revenue Service

## Credit for Qualified Retirement Savings Contributions

▶ Attach to Form 1040, Form 1040A, or Form 1040NR.

▶ See instructions on back.

OMB No. 1545-0074

20**10**

Attachment
Sequence No. **54**

Name(s) shown on return     Theodore E Wheeler

Your social security number

 **CAUTION**

You **cannot** take this credit if either of the following applies.

- The amount on Form 1040, line 38; Form 1040A, line 22; or Form 1040NR, line 37 is more than $27,750 ($41,625 if head of household; $55,500 if married filing jointly).
- The person(s) who made the qualified contribution or elective deferral **(a)** was born after January 1, 1993, **(b)** is claimed as a dependent on someone else's 2010 tax return, or **(c)** was a **student** (see instructions).

|   |   |   | **(a) You** | **(b) Your spouse** |
|---|---|---|---|---|
| 1 | Traditional and Roth IRA contributions for 2010. **Do not** include rollover contributions | 1 | 3695 | 4000 |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2010 (see instructions) | 2 | | 1696 |
| 3 | Add lines 1 and 2 | 3 | 3695 | 5696 |
| 4 | Certain distributions received **after** 2007 and **before** the due date (including extensions) of your 2010 tax return (see instructions). If married filing jointly, include **both** spouses' amounts in **both** columns. See instructions for an exception | 4 | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- | 5 | 3695 | 5696 |
| 6 | In each column, enter the **smaller** of line 5 or $2,000 | 6 | 2000 | 2000 |

| 7 | Add the amounts on line 6. If zero, **stop**; you cannot take this credit | 7 | 4000 |
|---|---|---|---|
| 8 | Enter the amount from Form 1040, line 38*; Form 1040A, line 22; or Form 1040NR, line 37 | 8 | 30608 |

Enter the applicable decimal amount shown below:

| If line 8 is— | | And your filing status is— | | |
|---|---|---|---|---|
| Over— | But not over— | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying widow(er) |
| | | Enter on line 9— | | |
| --- | $16,750 | .5 | .5 | .5 |
| $16,750 | $18,000 | .5 | .5 | .2 |
| 18,000 | $25,125 | .5 | .5 | .1 |
| 25,125 | $27,000 | .5 | .2 | .1 |
| 27,000 | $27,750 | .5 | .1 | .1 |
| 27,750 | $33,500 | .5 | .1 | .0 |
| 33,500 | $36,000 | .2 | .1 | .0 |
| 36,000 | $41,625 | .1 | .1 | .0 |
| 41,625 | $55,500 | .1 | .0 | .0 |
| 55,500 | --- | .0 | .0 | .0 |

| | **Note:** If line 9 is zero, **stop**; you cannot take this credit. | 9 | x .5 |
|---|---|---|---|

| 10 | ... by line 9 | 10 | 2000 |
|---|---|---|---|
| 11 | ... amount from Form 1040, line 46; Form 1040A, line 28; or ... line 44 | 11 | 1178 |
| 12 | Enter the total of your credits from lines 47 through 49, and Schedule R, line 22. Enter the total of your credits from lines 29 through 31. ... the total of your credits from lines 45 and 46. | 12 | 0 |
| 13 | ... line 11. If zero, **stop**; you cannot take this credit | 13 | 1178 |
| 14 | ... **retirement savings contributions.** Enter the **smaller** of line 10 or line 13 ..., line 50; Form 1040A, line 32; or Form 1040NR, line 47 | 14 | 1178 |

* ...nt to enter if you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico.

...Notice, see your tax return instructions.          Cat. No. 33394D          Form **8880** (2010)