# DEC. EXHIBIT W

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| BWSS, Inc.<br>922 NE 20th Ave.<br>Fort Lauderdale, FL 33304 | $ | **2008**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | Copy<br>To be filed with recipient's state income tax return when required |
|---|---|---|---|---|

| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 7 Nonemployee compensation $ 27,175.00 | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|---|
| Theodore Wheeler | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| | 11 | 12 |
| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |
|---|---|---|---|---|

Form **1099-MISC**                                       Department of the Treasury - Internal Revenue Service

226144118

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| BWSS, Inc<br>922 NE 20th Ave.<br>Fort Lauderdale, FL 33304 | $ | 2009 | |
| | 2 Royalties<br>$ | Form 1099-MISC | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| PAYER'S federal identification number ███ | RECIPIENT'S identification number ███ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | Copy<br>To be filed<br>with<br>recipient's<br>state income<br>tax return<br>when<br>required |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code<br>███ | 7 Nonemployee compensation<br>$ 27,300.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) 81LHP19 CC | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC                                                Department of the Treasury - Internal Revenue Service

954 684 2869

9595 ☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| BWSS, Inc.<br>922 NE 20th Ave.<br>Ft Lauderdale, FL 33304<br>954-763-8464 | $ | 2010 | |
| | 2 Royalties<br>$ | Form 1099-MISC | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
|---|---|---|---|---|
| RECIPIENT'S name, address, city and ZIP code<br><br>Theodore Wheeler | | 7 Nonemployee compensation<br>$ 9,840.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC       LMB       (keep for your records)       5111       Department of the Treasury - Internal Revenue Service

---

| b Employer identification number (EIN) | 12a See instructions for box 12<br>S $ 1696.00 | 1 Wages, tips, other compensation<br>32224.00 | 2 Federal income tax withheld<br>3095.00 |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>AMY C KOSCHES MD PA<br>SUITE 209<br>6499 POWERLINE ROAD STE 209<br>FORT LAUDERDALE FL 33309 | 12b $ | 3 Social security wages<br>33920.00 | 4 Social security tax withheld<br>2103.04 |
| | 12c $ | 5 Medicare wages and tips<br>33920.00 | 6 Medicare tax withheld<br>491.84 |
| | 12d $ | 7 Social security tips | 8 Allocated tips |
| e Employee's first name and initial   Last name   Suff.<br><br>PATRICIA A WOLMER<br>822 NE 16 COURT<br>FORT LAUDERDALE FL 33305-3038 | 12e $ | 9 Advance EIC payment | 10 Dependent care benefits |
| | This information is being furnished to the Internal Revenue Service.<br>Copy B To Be Filed With Employee's FEDERAL Tax Return<br>a Employee's social security number | 11 Nonqualified plans | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ |
| | | 14 Other | |
| f Employee's address and ZIP code | | | |
| 15 State  Employer's state ID number<br>FL | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2010       Department of the Treasury–Internal Revenue Service       OMB # 1545-0008       Copy B To Be Filed With Employee's FEDERAL Tax Return