# DEC. EXHIBIT X

# P & L from Schedule C Activity
## Monthly for 2008
### For Anima Charters Sailing — DWH # 0

Prepared 10/11/2012

| From Schedule C | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 2,815 | 3,498 | 4,155 | 2,897 | 2,551 | 2,237 | 2,428 | 1,847 | 868 | 1,636 | 2,000 | 2,390 | 29,320 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 2,815 | 3,498 | 4,155 | 2,897 | 2,551 | 2,237 | 2,428 | 1,847 | 868 | 1,636 | 2,000 | 2,390 | 29,320 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 2,815 | 3,498 | 4,155 | 2,897 | 2,551 | 2,237 | 2,428 | 1,847 | 868 | 1,636 | 2,000 | 2,390 | 29,320 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 377 |
| Car and truck expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 148 | 1,778 |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 326 |
| Office Expense | 70 | 87 | 104 | 72 | 64 | 56 | 61 | 46 | 22 | 41 | 50 | 60 | 731 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | 688 | 855 | 1,016 | 708 | 624 | 547 | 593 | 452 | 212 | 400 | 489 | 584 | 7,167 |
| Repairs and Maint. | 149 | 185 | 219 | 153 | 135 | 118 | 128 | 97 | 46 | 86 | 106 | 126 | 1,547 |
| Supplies | 305 | 379 | 450 | 314 | 276 | 242 | 263 | 200 | 94 | 177 | 216 | 259 | 3,174 |
| Taxes and License | 17 | 21 | 25 | 17 | 15 | 13 | 15 | 11 | 5 | 10 | 12 | 14 | 176 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | 50 | 62 | 74 | 51 | 45 | 40 | 43 | 33 | 15 | 29 | 35 | 42 | 520 |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 3,360 |
| Wages | 36 | 45 | 53 | 37 | 33 | 29 | 31 | 24 | 11 | 21 | 26 | 31 | 375 |
| Other Expenses | 93 | 116 | 137 | 96 | 84 | 74 | 80 | 61 | 29 | 54 | 66 | 79 | 969 |
| **Total Expenses** | 1,894 | 2,236 | 2,564 | 1,935 | 1,762 | 1,605 | 1,701 | 1,410 | 921 | 1,305 | 1,486 | 1,681 | 20,500 |
| **Net Profit** | 921 | 1,262 | 1,591 | 962 | 789 | 632 | 727 | 437 | (53) | 331 | 513 | 708 | 8,820 |

# P & L from Schedule C Activity
## Monthly for 2009

For Anima Charters Sailing                                       DWH # 0

Prepared 10/11/2012

| From Schedule C | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 3,054 | 3,372 | 3,745 | 3,192 | 2,607 | 2,474 | 2,790 | 2,174 | 1,396 | 1,441 | 1,637 | 2,147 | 30,030 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 3,054 | 3,372 | 3,745 | 3,192 | 2,607 | 2,474 | 2,790 | 2,174 | 1,396 | 1,441 | 1,637 | 2,147 | 30,030 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 3,054 | 3,372 | 3,745 | 3,192 | 2,607 | 2,474 | 2,790 | 2,174 | 1,396 | 1,441 | 1,637 | 2,147 | 30,030 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 391 |
| Car and truck expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 1,765 |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 305 |
| Office Expense | 79 | 88 | 97 | 83 | 68 | 64 | 73 | 57 | 36 | 37 | 43 | 56 | 781 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | - |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | 729 | 805 | 894 | 762 | 622 | 591 | 666 | 519 | 333 | 344 | 391 | 512 | 7,167 |
| Repairs and Maint. | 140 | 154 | 171 | 146 | 119 | 113 | 128 | 99 | 64 | 66 | 75 | 98 | 1,374 |
| Supplies | 364 | 402 | 447 | 381 | 311 | 295 | 333 | 259 | 167 | 172 | 195 | 256 | 3,583 |
| Taxes and License | 19 | 20 | 23 | 19 | 16 | 15 | 17 | 13 | 8 | 9 | 10 | 13 | 182 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | 42 | 47 | 52 | 44 | 36 | 34 | 39 | 30 | 19 | 20 | 23 | 30 | 416 |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 297 | 297 | 297 | 297 | 297 | 297 | 297 | 297 | 297 | 297 | 297 | 297 | 3,558 |
| Wages | 20 | 22 | 25 | 21 | 17 | 16 | 19 | 14 | 9 | 10 | 11 | 14 | 200 |
| Other Expenses | 118 | 131 | 145 | 124 | 101 | 96 | 108 | 84 | 54 | 56 | 63 | 83 | 1,165 |
| **Total Expenses** | 2,014 | 2,171 | 2,356 | 2,082 | 1,792 | 1,727 | 1,883 | 1,578 | 1,193 | 1,215 | 1,312 | 1,565 | 20,887 |
| **Net Profit** | 1,040 | 1,201 | 1,389 | 1,110 | 814 | 748 | 907 | 596 | 203 | 226 | 325 | 582 | 9,143 |

# P & L from Schedule C Activity
## Monthly for 2010
### For Anima Charters Sailing — DWH # 0

Prepared 10/11/2012

| From Schedule C | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 1,384 | 1,582 | 1,824 | 1,493 | 923 | 591 | 472 | 331 | 368 | 495 | 540 | 753 | 10,756 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | | | | | | | | | | | | | - |
| **Total Revenue (Sales)** | 1,384 | 1,582 | 1,824 | 1,493 | 923 | 591 | 472 | 331 | 368 | 495 | 540 | 753 | 10,756 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 1,384 | 1,582 | 1,824 | 1,493 | 923 | 591 | 472 | 331 | 368 | 495 | 540 | 753 | 10,756 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 226 |
| Car and truck expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 1,362 |
| **Interest** | | | | | | | | | | | | | - |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 256 |
| Office Expense | 72 | 83 | 95 | 78 | 48 | 31 | 25 | 17 | 19 | 26 | 28 | 39 | 562 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | 813 | 930 | 1,072 | 877 | 542 | 347 | 277 | 195 | 216 | 291 | 317 | 442 | 6,320 |
| Repairs and Maint. | 119 | 136 | 156 | 128 | 79 | 51 | 40 | 28 | 32 | 42 | 46 | 65 | 922 |
| Supplies | 143 | 164 | 189 | 154 | 95 | 61 | 49 | 34 | 38 | 51 | 56 | 78 | 1,112 |
| Taxes and License | 30 | 35 | 40 | 33 | 20 | 13 | 10 | 7 | 8 | 11 | 12 | 16 | 235 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | 41 | 47 | 54 | 44 | 27 | 18 | 14 | 10 | 11 | 15 | 16 | 22 | 320 |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 2,452 |
| Wages | 32 | 37 | 43 | 35 | 22 | 14 | 11 | 8 | 9 | 12 | 13 | 18 | 252 |
| Other Expenses | 110 | 126 | 145 | 119 | 73 | 47 | 38 | 26 | 29 | 39 | 43 | 60 | 856 |
| **Total Expenses** | 1,720 | 1,914 | 2,152 | 1,826 | 1,266 | 939 | 822 | 684 | 720 | 845 | 889 | 1,099 | 14,875 |
| **Net Profit** | (335) | (332) | (328) | (333) | (343) | (348) | (350) | (353) | (352) | (350) | (349) | (346) | (4,119) |

I have reviewed these documents and I confirm that they are accurate to the best of my recollection. They coincide with my tax returns and my best estimate of my monthly Income, Cost of Goods, and my Expenses.

Date Signed 10/11/2012

Theodore E. Wheeler