# DEC. EXHIBIT Y

| Form **1040** | Department of the Treasury -- Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2007** | | | | IRS Use Only--Do not write or staple in this space. |
|---|---|---|---|---|---|
| | For year Jan. 1-Dec. 31, 2007, or other tax year beginning , 2007, ending , 20 | | | | OMB No. 1545-0074 |

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| STEPHEN | FERRERA | ▓▓▓▓▓ |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security no. |
| | | ▓▓▓▓▓ |
| Home address (number and street). If you have a P.O. box, see page 12. | Apt. no. | You **must** enter your SSN(s) above. |
| ▓▓▓▓▓ | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 12. | | Checking a box below will not change your tax or refund. |
| ▓▓▓▓▓ | ▓▓▓▓▓ | |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12)  ▶ ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ ▓▓▓▓▓
4. ☐ Head of household (with qualifying child). (See pg. 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 14.)

**Exemptions**

| | | | | | | | Boxes checked on 6a and 6b | 1 |
|---|---|---|---|---|---|---|---|---|
| 6a | ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a | | | | | | | |
| b | ☐ **Spouse** | | | | | | No. of children on 6c who: | |
| c | **Dependents:** | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see pg 15) | | | • lived with you | 1 |
| | (1) First name  Last name | | | | | | • did not live with you due to divorce or separation (see page 16) | |
| | ▓▓▓▓▓ | ▓▓▓▓▓ | | ☒ | | | | |
| If more than four dependents, see page 19. | | | | | | | Dependents on 6c not entered above | |
| | | | | | | | Add numbers on lines above ▶ | 2 |
| d | Total number of exemptions claimed | | | | | | | |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a    |8b| | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 19)    |9b| | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 50,472. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . . . |15a|        | b Taxable amount (see page 21) | 15b | 0 |
| 16a | Pensions and annuities . |16a|        | b Taxable amount (see page 22) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits . |20a| 0 | b Taxable amount (see page 24) | 20b | 0 |
| 21 | Other income. List type and amount (see page 24) _____ | 21 | |
| 22 | Add amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 50,472. |

**Adjusted Gross Income**

| | | | | |
|---|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 3,566. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | 5,350. | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | 31a | | |
| 32 | IRA deduction (see page 27) | 32 | | |
| 33 | Student loan interest deduction (see page 30) | 33 | | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | | 36 | 8,916. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | 37 | 41,556. |

GVA    **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.**    Copyright 2008 by HowardSoft    Form **1040** (2007)

Form 1040 (2007)   STEPHEN FERRERA   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 41,556. |
| | 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for-** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see p. 31 and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 31. | 40 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 26,588. |
| | 41 | Subtract line 40 from line 38 | 41 | 14,968. |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | 6,800. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 8,168. |
| • All others: | 44 | **Tax** (see page 33). Check if any is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972  **c** ☐ Form(s) 8889 | 44 | 835. |
| Single or Married filing separately, $5,350 | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 835. |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 49 | Education credits. Attach Form 8863 | 49 | |
| | 50 | Residential energy credits. Attach Form 5695 | 50 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | 835. |
| Head of household, $7,850 | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | |
| | 54 | Credits from: **a** ☐ Form 8396  **b** ☐ Form 8859  **c** ☐ Form 8839 | 54 | |
| | 55 | Other credits: **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form ____ | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | 835. |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | 7,131. |
| | 59 | Unreported social security & Medicare tax from: **a** ☐ Form 4137  **b** ☐ Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 7,131. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2007 estimated tax payments & amt. applied from 2006 return | 65 | 6,800. |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security & tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | 165. |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885 | 70 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 6,965. |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | |
| Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| | b | Routing number ____    ▶ c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number ____ | | |
| | 75 | Amt. of line 73 you want **applied to your 2008 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | 166. |
| | 77 | Estimated tax penalty (see page 61) | 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)?  ☐ Yes. Complete the following.  ☒ No | | |
| | Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | |

**Sign Here**
Joint return? See page 13. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature    Date    Your occupation: SELF-EMPLOYED    Daytime phone number

Spouse's signature. If a joint return BOTH must sign    Date    Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature: [signature] CPA    Date 4/8/08    Check if self-employed ☐    Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code: GLORIA M. BATULE PA, 782 N LE JEUNE ROAD #528, MIAMI, FL 33126    EIN ____   Phone no. 305-441-6464

Copyright 2008 by HowardSoft   GVA   Form 1040 (2007)

| Form **2210** | **Underpayment of Estimated Tax by Individuals, Estates, and Trusts** ▶ See separate instructions. ▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | OMB No. 1545-0140 **2007** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | Attachment Sequence No. **06** |
| Name(s) shown on tax return STEPHEN FERRERA | | Identifying number ███████ |

## Do You Have To File Form 2210?

Complete lines 1 through 7 below. Is line 7 less than $1,000? — **Yes** → Do not file Form 2210. You do not owe a penalty.

↓ **No**

Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? — **Yes** → You do not owe a penalty. **Do not file Form 2210** (but if box E below applies, you must file page 1 of Form 2210 below).

↓ **No**

You may owe a penalty. Does any box in Part II below apply? — **Yes** → You **must** file Form 2210. Does box **B, C,** or **D** apply?
— **No** / **Yes** → You must figure your penalty.

↓ **No**

**Do not file Form 2210.** You are not required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **do not file Form 2210.**

You are **not** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **file only page 1 of Form 2210.**

### Part I — Required Annual Payment (see page 2 of the instructions)

| # | | |
|---|---|---|
| 1 | Enter your 2007 tax after credits from Form 1040, line 57 (or comparable line of your return) | |
| 2 | Other taxes, including self-employment tax (see page 2 of the instructions) | 7,131. |
| 3 | Refundable credits. Enter the total of your earned income credit, additional child tax credit, credit for federal tax paid on fuels, health coverage tax credit, and refundable credit prior year minimum tax | ( 75. ) |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, you do not owe a penalty; **do not file Form 2210** | 7,056. |
| 5 | Multiply line 4 by 90% (.90) ...... **5** 6,350. | |
| 6 | Withholding taxes. **Do not** include estimated tax payments (see page 2 of the instructions) | |
| 7 | Subtract line 6 from line 4. If less than $1,000, you do not owe a penalty; **do not file Form 2210** | 7,056. |
| 8 | Maximum required annual payment based on prior year's tax (see page 2 of the instructions) | 6,574. |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | 6,350. |

**Next:** Is line 9 more than line 6?

☐ **No.** You **do not** owe a penalty. **Do not file Form 2210** unless box E below applies.

☒ **Yes.** You may owe a penalty, but **do not file Form 2210** unless one or more boxes in Part II below applies.
- If box **B, C,** or **D** applies, you must figure your penalty and file Form 2210.
- If only box **A** or **E** (or both) applies, file only page 1 of Form 2210. You are **not** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III or IV as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210.**

### Part II — Reasons for Filing. Check applicable boxes. If none apply, **do not file Form 2210.**

**A** ☐ You request a **waiver** (see page 1 of the instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you are not required to figure your penalty.

**B** ☐ You request a **waiver** (see page 1 of the instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210.

**C** ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210.

**D** ☐ Your penalty is lower when figured by treating the federal income tax withheld from your wages as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210.

**E** ☐ You filed or are filing a joint return for either 2006 or 2007, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you are **not** required to figure your penalty (unless box **B**, **C**, or **D** applies).

GVA For Paperwork Reduction Act Notice, see page 6 of separate instructions. Copyright 2008 by HowardSoft Form **2210** (2007)

Form 2210 (2007)     STEPHEN FERRERA     Page **2**

### Part III   Short Method

You may use the short method if:
- You made no estimated tax payments (or your only payments were withheld Federal income tax) **or**
- You paid the same amount of estimated tax on each of the four payment due dates.

You must use the regular method (Part IV) instead of the short method if:
- You made any estimated tax payments late.
- You checked box **C** or **D** in Part II, **or**
- You are filing Form 1040NR or 1040NR-EZ and you did not receive wages as an employee subject to U.S. income tax withholding.

**Note:** If any payment was made earlier than the due date, you may use the short method, but using it may cause you to pay a larger penalty than the regular method. If the payment was only a few days early, the difference is likely to be small.

**TIP**: You do not need to file Form 2210 unless you checked a box in Part II on page 1.

| | | |
|---|---|---:|
| 10 | Enter the amount from Form 2210, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10** | 6,350. |
| 11 | Enter the amount, if any, from Form 2210, line 6 . . . . . . . . . . . **11** | |
| 12 | Enter the total amount, if any, of estimated tax payments you made . . . . **12**   6,800. | |
| 13 | Add lines 11 and 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13** | 6,800. |
| 14 | **Total underpayment for year.** Subtract line 13 from line 10. If zero or less, stop here; you do not owe the penalty. **Do not file Form 2210 unless you checked box E on page 1** . . . . . . . . . . . **14** | -450. |
| 15 | Multiply line 14 by .05057 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15** | |
| 16 | • If the amount on line 14 was paid **on or after** 4/15/08, enter –0–. <br> • If the amount on line 14 was paid **before** 4/15/08, make the following computation to find the amount to enter on line 16. <br>     Amount on     Number of days paid <br>     line 14    X    before 4/15/08    X    .00019 . . . . . . . . . . . . . . . **16** | 0 |
| 17 | **Penalty.** Subtract line 16 from line 15. Enter the result here and on Form 1040, line 77; Form 1040A, line 47; Form 1040NR, line 75; Form 1040NR-EZ, line 26; or 1041, line 26 . . . . . . . . . . . . . ▶ **17** | |

GVA     Copyright 2008 by HowardSoft     Form **2210** (2007)

| SCHEDULE A (Form 1040) | Schedule A -- Itemized Deductions | OMB No. 1545-0074 2007 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040). | Attachment Sequence No. 07 |

Name(s) shown on Form 1040: STEPHEN FERRERA

Your social security number: [redacted]

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | 41,556. | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 3,117. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local (check only one box): a ☐ Income taxes, or  b ☒ General sales taxes | 5 | 588. | |
| | 6 | Real estate taxes (see page A-5) | 6 | 2,775. | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | | 9  3,363. |
| **Interest You Paid** (See page A-5.) **Note.** Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 23,000. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See page A-6 for special rules | 12 | | |
| | 13 | Qualified mortgage insurance premiums (See page A-7) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See page A-7.) | 14 | | |
| | 15 | Add lines 10 through 14 | | | 15  23,000. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-8. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see page A-8 | 16 | 225. | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see page A-8. You **must** attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | | 19  225. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See page A-9.) | | | 20 |
| **Job Expenses and Certain Miscellaneous Deductions** (See page A-9.) | 21 | Unreimbursed employee expenses-job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See pg. A-9) ▶ | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses-investment, safe deposit box, etc. List type & amt. ▶ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | 41,556. | |
| | 26 | Multiply line 25 above by 2% (.02) | 26 | 831. | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 |
| **Other Miscellaneous Deductions** | 28 | Other -- from list on page A-10. List type and amount ▶ | | | 28 |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ☐ Yes. Your deduction may be limited. See page A-10 for the amount to enter. | | ▶ | 29  26,588. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 2007

GVA    Copyright 2008 by HowardSoft

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2007** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040). | Attachment<br>Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| STEPHEN FERRERA | ███████████ |

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see page C-2 of the instructions)<br>BLACKSMITH SERVICE | B Enter code from p. C-8, 9, & 10<br>▶ 812910 |
| C | Business name. If no separate business name, leave blank.<br>STEVE FERRERA | D Employer ID no. (EIN), if any |
| E | Business address (including suite or room no.) ▶ P.O. BOX 292275<br>City, town or post office, state, and ZIP code   DAVIE FLA. 33329 | |
| F | Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ | |
| G | Did you "materially participate" in the operation of this business during 2007? If "No," see page C-3 for limit on losses . . [X] Yes ☐ No | |
| H | If you started or acquired this business during 2007, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐ | |

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . . ▶ ☐ | 1 | 77,487. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 77,487. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . | 5 | 77,487. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . ▶ | 7 | 77,487. |

### Part II   Expenses.   Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | 8 | | 18 Office expense . . . . . | 18 | 1,655. |
| 9 | Car and truck expenses (see page C-4) . . . . . | 9 | 7,033. | 19 Pension and profit-sharing plans<br>20 Rent or lease (see page C-5): | 19 | |
| 10 | Commissions and fees . . . | 10 | | a Vehicles, machinery, & equipment | 20a | |
| 11 | Contract labor (see page C-4) | 11 | | b Other business property . . . | 20b | |
| 12 | Depletion . . . . . . . | 12 | | 21 Repairs and maintenance . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . | 13 | | 22 Supplies (not included in Part III)<br>23 Taxes and licenses . . . .<br>24 Travel, meals, and entertainment:<br>a Travel . . . . . . . . | 22<br>23<br>24a | 15,449.<br>150. |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b Deductible meals and<br>entertainment (see page C-6) | 24b | 330. |
| 15 | Insurance (other than health) . | 15 | | 25 Utilities . . . . . . . . | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) . | 16a | | 27 Other expenses (from line 48 on page 2) . . . . . . . . | 27 | 2,148. |
| b | Other . . . . . . . . | 16b | | | | |
| 17 | Legal and professional services . . . . . . | 17 | 250. | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . . ▶ | | | | 28 | 27,015. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . | | | | 29 | 50,472. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>● If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3.<br>● If a loss, you **must** go to line 32. | | | | 31 | 50,472. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7).<br>● If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3.<br>● If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | 32a [X] All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see page C-8 of the instructions.**                                    Schedule C (Form 1040) 2007

GVA             Copyright 2008 by HowardSoft

Schedule C (Form 1040) 2007    STEPHEN FERRERA                                                              Page **2**

### Part III  Cost of Goods Sold  (see page C-7)

33  Method(s) used to value closing inventory:   a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes   ☒ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

### Part IV  Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____

44  Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

   a  Business _____  b  Commuting _____  c  Other _____

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . ☐ Yes   ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

### Part V  Other Expenses.  List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| TELEPHONE/COMMUNICATION | 1,516. |
| PO BOX | 76. |
| POSTAGE | 556. |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 | **2,148.** |

GVA    Copyright 2008 by HowardSoft                                          Schedule C (Form 1040) 2007

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No. 1545-0074 2007 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040. ▶ See Instructions for Schedule SE (Form 1040). | Attachment Sequence No. 17 |

| Name of person with **self-employment** income (as shown on Form 1040) STEPHEN FERRERA | Social security number of person with **self-employment** income ▶ | |
|---|---|---|

## Who Must File Schedule SE

You must file Schedule SE if:
- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-4).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4631 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt--Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



## Section A—Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-3 for other income to report | 2 | 50,472. |
| 3 | Combine lines 1 and 2 | 3 | 50,472. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ▶ | 4 | 46,611. |
| 5 | **Self-employment tax.** If the amount on line 4 is: <br>• $97,500 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.** <br>• More than $97,500, multiply line 4 by 2.9% (.029). Then, add $12,090 to the result. Enter the total here and on **Form 1040, line 58** | 5 | 7,131. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 3,566. |

GVA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.   Copyright 2008 by HowardSoft   Schedule SE (Form 1040) 2007

| Form **8812** | **Additional Child Tax Credit** | 1040 / 1040A / 1040NR / 8812 | OMB No. 1545-0074 **2007** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | Complete and attach to Form 1040, Form 1040A, or Form 1040NR. | | Attachment Sequence No. **47** |

Name(s) shown on return: STEPHEN FERRERA

Your social security number: [redacted]

## Part I — All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 40 of the Form 1040 instructions, page 36 of the Form 1040A instructions, or page 21 of the Form 1040NR instructions. If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication | 1 | 1,000. |
| 2 | Enter the amount from Form 1040, line 52, Form 1040A, line 32, or Form 1040NR, line 47 | 2 | 925. |
| 3 | Subtract line 2 from line 1. If zero, **stop;** you cannot take this credit | 3 | 75. |
| 4a | Enter your total earned income (see separate instructions) | 4a | 46,906. |
| b | Nontaxable combat pay (see separate instructions) | 4b | |
| 5 | Is the amount on line 4a more than $11,750? ☐ No. Leave line 5 blank and enter –0– on line 6. ☒ Yes. Subtract $11,750 from the amount on line 4a. Enter the result | 5 | 35,156. |
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result | 6 | 5,273. |

Next. Do you have three or more qualifying children?
☒ No. If line 6 is zero, **stop;** you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.
☐ Yes. If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

## Part II — Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 7 | Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts. If you worked for a railroad, see the separate instructions | 7 | |
| 8 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 59, plus any taxes that you identified using code "UT" and entered on the dotted line next to line 63. **1040A filers:** Enter –0–. **1040NR filers:** Enter the total of the amounts from Form 1040NR, line 54, plus any taxes that you identified using code "UT" and entered on the dotted line next to line 58. | 8 | |
| 9 | Add lines 7 and 8 | 9 | |
| 10 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 66a and 67. **1040A filers:** Enter the total of the amount from Form 1040A, line 40a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 42 (see separate instructions). **1040NR filers:** Enter the amount from Form 1040NR, line 61. | 10 | |
| 11 | Subtract line 10 from line 9. If zero or less, enter –0– | 11 | |
| 12 | Enter the **larger** of line 6 or line 11 here | 12 | |

Next, enter the **smaller** of line 3 or line 12 on line 13.

## Part III — Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | This is your additional child tax credit | 13 | 75. |

Enter this amount on Form 1040, line 68, Form 1040A, line 41, or Form 1040NR, line 62.

GVA  For Paperwork Reduction Act Notice, see separate instructions.   Copyright 2008 by HowardSoft   Form **8812** (2007)