# DEC. EXHIBIT Z

# Form 1040 — U.S. Individual Income Tax Return — 2008

Department of the Treasury - Internal Revenue Service
(99) IRS Use Only-Do not write or staple in this space.
For the year Jan. 1-Dec. 31, 2008, or other tax year beginning , 2008, ending , 20
OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

Name: STEPHEN FERRERA
Spouse's Name (if Joint Return):
Home Address:
City, State, and ZIP Code:

Your social security number: [redacted]
Spouse's social security no.: [redacted]

You **must** enter your SSN(s) above.
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ KAREN FLYNN
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
- 6b ☐ Spouse
- 6c Dependents: (1) First name / Last name / (2) Dependent's social security no. / (3) Dependent's relationship to you / (4) ☒ if qualifying child for child tax credit (see inst)

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
- lived with you: 1
- did not live with you due to divorce or separation (see instr.): 0
- Dependents on 6c not entered above: 0

d Total number of exemptions claimed ... Add numbers on lines above ▶ 2

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 37. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 51,949. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / b Taxable amount (see inst.) | |
| 16a | Pensions and annuities / b Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits / b Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 51,986. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 3,670. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 3,670. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 48,316. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. Form **1040** (2008)

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.  US1040$1  Rev. 1

Form 1040 (2008) STEPHEN FERRERA Page 2

## Tax and Credits

**Standard Deduction for -**
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr.
- All others:
Single or Married filing separately, $5,450
Married filing jointly or Qualifying widow(er), $10,900
Head of household, $8,000

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 48,316. |
| 39a | Check if: ☐ You were born before Jan. 2, 1944, ☐ Blind. ☐ Spouse was born before Jan. 2, 1944, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☒ | |
| 39c | Check if standard deduction includes real estate taxes or disaster loss (see inst) ▶ 39c | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 21,765. |
| 41 | Subtract line 40 from line 38 | 26,551. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see inst. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 7,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 19,551. |
| 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 2,535. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | 2,535. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care exp. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see inst.). Attach Form 8901 if required | 1,000. |
| 53 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | |
| 55 | Add lines 47 through 54. These are your total credits | 1,000. |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 1,535. |

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 7,340. |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Sch. H | |
| 61 | Add lines 56 through 60. This is your total tax ▶ | 8,875. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | |
| 63 | 2008 estimated tax pymts and amt applied from 2007 return | 7,200. |
| 64a | Earned income credit (EIC) | |
| 64b | Nontaxable combat pay election | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see inst) | |
| 66 | Additional child tax credit. Attach Form 8812 | |
| 67 | Amount paid with request for extension to file (see inst) | |
| 68 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | |
| 69 | First-time homebuyer credit. Attach Form 5405 | |
| 70 | Recovery rebate credit (see worksheet in the instructions) | |
| 71 | Add lines 62 through 70. These are your total payments ▶ | 7,200. |

## Refund

Direct deposit? See instructions and fill in 73b, 73c, and 73d, or Form 8888.

| Line | Description | Amount |
|---|---|---|
| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | |
| 73b | Routing number | |
| 73c | Type: ☐ Checking ☐ Savings | |
| 73d | Account number | |
| 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | |

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see inst. ▶ | 1,675. |
| 76 | Estimated tax penalty (see instructions) | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instr. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Your signature | Date | Your occupation: SELF-EMPLOYED | Daytime phone number: 786-402-7589
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature: Gloria Batule CPA | Date: 03/19/2009 | Check if self-employed ☐ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code: GLORIA M BATULE PA, 782 NW LEJEUNE RD STE 528, Miami FL 33126- | EIN | Phone no. 305-441-6464

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.  US1040$2 Rev. 1  Form **1040** (2008)

| SCHEDULES A&B (Form 1040) | Schedule A - Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Schedule B is on page 2) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A&B (Form 1040). | 2008 Attachment Sequence No. 07 |

Name(s) shown on Form 1040: STEPHEN FERRERA

Your social security no.: [redacted]

| Section | # | Description | | Amount | | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amt. from Form 1040, line 38 | 2 | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local (check only one box): a ☐ Income taxes, or b ☒ General sales taxes | 5 | 584. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 2,763. | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 3,347. |
| **Interest You Paid** (See instructions.) Note. Personal interest is not deductible. | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | 17,993. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see inst. and show that person's name, identifying no., and address ▶ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Qualified mortgage insurance premiums (See instructions) | 13 | | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | | |
| | 15 | Add lines 10 through 14 | | | 15 | 17,993. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 225. | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | 200. | | |
| | 18 | Carryover from prior year | 18 | | | |
| | 19 | Add lines 16 through 18 | | | 19 | 425. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions) ▶ | 21 | | | |
| | 22 | Tax preparation fees | 22 | | | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 23 | | | |
| | 24 | Add lines 21 through 23 | 24 | | | |
| | 25 | Enter amt. from Form 1040, line 38 | 25 | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other - from list in the inst. List type and amount ▶ | | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $159,950 (over $79,975 if married filing separately)? ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ▶ ☐ Yes. Your deduction may be limited. See instructions for the amount to enter. | | | 29 | 21,765. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule A (Form 1040) 2008

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   USSCHA$1   Rev. 1

| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 2008 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See instructions for Schedule C (Form 1040). | Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| STEPHEN FERRERA | |

**A** Principal business or profession, including product or service (see instructions)
BLACKSMITH

**B** Enter code from instr. 812910

**C** Business name. If no separate business name, leave blank.

**D** Employer ID no. (EIN), if any

**E** Business address (including suite or room no.) ▶ PO BOX 292275
City, town or post office, state, and ZIP code    Fort Lauderdale FL 33329

**F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2008? If "No," see instructions for limit on losses ...... [X] Yes [ ] No

**H** If you started or acquired this business during 2008, check here ................................................................ ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ [ ] | 1 | 78,488. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 78,488. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 78,488. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 78,488. |

### Part II  Expenses.  Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 7,765. | 19 Pension and profit-sharing plans | 19 | |
| | | | | 20 Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| | | | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | 15,809. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 Taxes and licenses | 23 | 150. |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | 331. |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 2,209. |
| b | Other | 16b | | | | |
| 17 | Legal and professional services | 17 | 275. | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | | | | 28 | 26,539. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | 51,949. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | | 31 | 51,949. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see instructions.**                                Schedule C (Form 1040) 2008

BCA    Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.    USSCHC$1    Rev. 1

Schedule C (Form 1040) 2008  STEPHEN FERRERA                                                                    Page 2

### Part III  Cost of Goods Sold  (see instructions)

33 Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............................................................  ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

### Part IV  Information on Your Vehicle.
Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

a Business  14250    b Commuting (see instr.)  _____    c Other  1200

45 Was your vehicle available for personal use during off-duty hours? ............................................. ☒ Yes  ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? .................................... ☒ Yes  ☐ No

47a Do you have evidence to support your deduction? .............................................................. ☒ Yes  ☐ No

  b If "Yes," is the evidence written? .................................................................................. ☒ Yes  ☐ No

### Part V  Other Expenses.  List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| TELEPHONE/COMMUNICATION | 1,521. |
| PO BOX | 76. |
| POSTAGE | 612. |
| | |
| | |
| | |
| | |
| | |
| **48 Total other expenses.** Enter here and on page 1, line 27 | **2,209.** |

Schedule C (Form 1040) 2008

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   USSCHC$2   Rev. 1

Schedule SE (Form 1040) 2008 | Attachment Sequence No. 17 | Page 2

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| STEPHEN FERRERA | |

## Section B - Long Schedule SE

### Part I — Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is **not** church employee income. See instructions.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ............▶ ☐

| | | |
|---|---|---|
| **1a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip lines 1a and 1b if you use the farm optional method (see instructions) | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X | **1b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) | **2** | 51,949. |
| **3** Combine lines 1a, 1b, and 2 | **3** | 51,949. |
| **4a** If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | **4a** | 47,975. |
| **b** If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | **4b** | |
| **c** Combine lines 4a and 4b. If less than $400, **stop;** you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income**, enter -0- and continue ▶ | **4c** | 47,975. |
| **5a** Enter your **church employee income** from Form W-2. See instructions for definition of church employee income ... **5a** | | |
| **b** Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | **5b** | |
| **6** **Net earnings from self-employment.** Add lines 4c and 5b | **6** | 47,975. |
| **7** Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2008 | **7** | 102,000.00 |
| **8a** Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $102,000 or more, skip lines 8b through 10, and go to line 11 ... **8a** | | |
| **b** Unreported tips subject to social security tax (from Form 4137, line 10) ... **8b** | | |
| **c** Wages subject to social security tax (from Form 8919, line 10) ... **8c** | | |
| **d** Add lines 8a, 8b, and 8c | **8d** | |
| **9** Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | **9** | 102,000. |
| **10** Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | **10** | 5,949. |
| **11** Multiply line 6 by 2.9% (.029) | **11** | 1,391. |
| **12** **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 57** | **12** | 7,340. |
| **13** **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 27** ...... **13** 3,670. | | |

### Part II — Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income [1] was not more than $6,300 **or** **(b)** your net farm profits [2] were less than $4,548.

| | | |
|---|---|---|
| **14** Maximum income for optional methods | **14** | 4,200.00 |
| **15** Enter the **smaller** of: two-thirds (2/3) of gross farm income [1] (not less than zero) **or** $4,200. Also include this amount on line 4b above | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits [3] were less than $4,548 and also less than 72.189% of your gross nonfarm income, [4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.
**Caution.** You may use this method no more than five times.

| | | |
|---|---|---|
| **16** Subtract line 15 from line 14 | **16** | |
| **17** Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income [4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | **17** | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   USSCHSE2   Rev. 1   Schedule SE (Form 1040) 2008

| US Schedule A | Sales Tax Worksheet | 2008 |

Name: STEPHEN FERRERA  SSN: [redacted]

| # | Description | Amount |
|---|---|---|
| 1 | Federal AGI | 48,316. |
| 2 | Nontaxable income listed on tax return | |
| a | Nontaxable interest | |
| b | Social security | |
| c | Combat pay | |
| d | Income on Forms 4970 and 4972 | |
| e | Nontaxable part of IRA, pension, or annuity distributions, not including rollovers | |
| 3 | Other nontaxable income | |
| a | | |
| b | | |
| c | | |
| d | | |
| e | | |
| 4 | Income for sales tax chart | 48,316. |

1. Enter the taxpayer's state of residency for 2008 .................................................. FL
   If the taxpayer was a part-year resident, enter the dates resided in this state _____ to _____

   **State sales tax from the applicable table** .................................................. 584.

2. Did you live Alaska, Arizona, Arkansas (Texarkana only), California (Los Angeles County only), Colorado, Georgia, Illinois, Louisiana, New York State, or North Carolina in 2008?
   [X] No.   Line 2 should be -0-.
   [ ] Yes.  Enter the letter (A - D) for the optional local sales tax table you want to use ........
   **Local sales tax from the applicable table**

3. Did your locality impose a local general sales tax in 2008? Residents of California, Nevada, and Texarkana, Arkansas, see the Schedule A instructions.
   [X] No.   Go to line 7.
   [ ] Yes.  Enter the local general sales tax rate. If the rate is 2.5%, enter 2.5 ...................

4. Did you enter -0- on line 2 above?
   [ ] No.   Skip to line 6.
   [ ] Yes.  Enter the state general sales tax rate from the table headed by the state in the Schedule A instructions.
            Enter 6.5% as 6.5 ............................................................... 6.0000

5. Divide line 3 by line 4 ..................................................................

6. Did you enter -0- on line 2 above?
   [ ] No.   Multiply line 2 by line 3.
   [ ] Yes.  Multiply line 1 by line 5 ........................................................

7. Total of lines 1 and 6 - prorated for part-year residents ...................................... 584.

8. General sales tax paid on specified items.
   Motor vehicles - If the tax rate is higher than the general sales tax rate, only include the amount of tax at the general sales tax rate. Aircraft, boats, homes, including mobile and prefabricated, or home building material - Only deductible if the sales tax charged is at the general sales tax rate ...............

9. Total sales tax using the sales tax chart .................................................... 584.

10. Sales tax using actual receipts ..........................................................

11. Sales tax deduction for Schedule A, line 5 ................................................ 584.

Copyright form software only, 2008 Universal Tax Systems, Inc.  All rights reserved.      USWA$$$3