# DEC. EXHIBIT BB

# Form 1040 — Department of the Treasury - Internal Revenue Service
## U.S. Individual Income Tax Return 2010

(99) IRS Use Only-Do not write or staple in this space.

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2010, or other tax year beginning _____, 2010, ending _____, 20 ___
OMB No. 1545-0074

Name  Spouse's Name (if Joint Return)  Home Address  City, State, and ZIP Code
STEPHEN FERRERA

Your social security number: [redacted]
Spouse's social security no.: [redacted]

You **must** enter your SSN(s) above.
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You  ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ [redacted]
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do **not** check box 6a
- 6b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:
| (1) First name   Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | X |

No. of children on 6c who:
- lived with you: **1**
- did not live with you due to divorce or separation (see instr.): **0**
- Dependents on 6c not entered above: **0**

Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 40,254. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see inst.) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation (see instructions) | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) GAMBLING WINNINGS | 1,514. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 41,768. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 2,844. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 2,844. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 38,924. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.
Form **1040** (2010)

BCA  US1040$1

Form 1040 (2010)    STEPHEN FERRERA                                                                        Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) ................... **38** | 38,924. |
| | 39a | Check if: ☐ You were born before Jan. 2, 1946, ☐ Blind. ☐ Spouse was born before Jan. 2, 1946, ☐ Blind. **Total boxes checked ▶ 39a** | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ **39b** ☐ | |
| | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see instructions) ... **40** | 21,241. |
| | 41 | Subtract line 40a from line 38 ........................................... **41** | 17,683. |
| | 42 | **Exemptions.** Multiply $3,650 by the number on line 6d ..................... **42** | 7,300. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ... **43** | 10,383. |
| | 44 | **Tax** (see instructions). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 ... **44** | 1,138. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 .............. **45** | |
| | 46 | Add lines 44 and 45 ....................................................▶ **46** | 1,138. |
| | 47 | Foreign tax credit. Attach Form 1116 if required ........ **47** | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 ... **48** | |
| | 49 | Education credits from Form 8863, line 23 ............... **49** | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 ... **50** | |
| | 51 | Child tax credit (see instructions) ........................ **51** | 1,000. |
| | 52 | Residential energy credits. Attach Form 5695 ............ **52** | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ _____ **53** | |
| | 54 | Add lines 47 through 53. These are your **total credits** ................ **54** | 1,000. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ **55** | 138. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE ........................... **56** | 5,688. |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 ... **57** | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required **58** | |
| | 59 | a ☐ Forms(s) W-2, box 9  b ☐ Schedule H  c ☐ Form 5405, line 16 ..... **59** | |
| | 60 | Add lines 55 through 59. This is your **total tax** ...................▶ **60** | 5,826. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 ... **61** | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return **62** | 5,881. |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credits. Attach Schedule M ... **63** | 400. |
| | 64 a | **Earned income credit (EIC)** ............................. **64a** | |
| | b | Nontaxable combat pay election ..... **64b** | |
| | 65 | Additional child tax credit. Attach Form 8812 ............. **65** | |
| | 66 | American opportunity credit from Form 8863, line 14 ... **66** | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 ... **67** | |
| | 68 | Amount paid with request for extension to file (see inst.) ... **68** | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see inst.) **69** | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 ......... **70** | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885 **71** | |
| | 72 | Add lines 61, 62, 63, 64a and 65 through 71. These are your **total payments** ..▶ **72** | 6,281. |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** **73** | 455. |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ **74a** | |
| | b | Routing number _____  ▶ c Type: ☐ Checking  ☐ Savings | |
| | d | Account number _____ | |
| | 75 | Amount of line 73 you want **applied to your 2011 estimated tax** ▶ **75** | 455. |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay, see inst. ... ▶ **76** | |
| | 77 | Estimated tax penalty (see instructions) ................. **77** | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ **No** Designee's name ▶ ____ Phone no. ▶ ____ Personal identification number (PIN) ▶ ____ | |
| **Sign Here** Joint return? See instr. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. Your signature _____ Date _____ Your occupation SELF-EMPLOYED Daytime phone number 786-402-7589 Spouse's signature. If a joint return, **both** must sign. Date _____ Spouse's occupation _____ | |
| **Paid Preparer's Use Only** | | Print/Type preparer's name GLORIA BATULE CPA  Preparer's signature [signed] Date 03/31/2011  Check ☐ if self-employed  PTIN ____ Firm's name ▶ GLORIA BATULE PA   Firm's EIN ____ Firm's address ▶ 782 NW LEJEUNE RD STE 528   MIAMI FL 33126-   Phone no. 305-441-6464 | |

BCA    US1040$2                                                                                                Form **1040** (2010)

# SCHEDULE A (Form 1040) — Itemized Deductions

Department of the Treasury — Internal Revenue Service (99)
▶ Attach to Form 1040.  ▶ See Instructions for Schedule A (Form 1040).
OMB No. 1545-0074
2010
Attachment Sequence No. 07

Name(s) shown on Form 1040: STEPHEN FERRERA
Your social security no.: [redacted]

**Medical and Dental Expenses**
Caution. Do not include expenses reimbursed or paid by others.
1. Medical and dental expenses (see instructions)
2. Enter amount from Form 1040, line 38
3. Multiply line 2 by 7.5% (.075)
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-

**Taxes You Paid**
5. State and local (check only one box):
   a. ☐ Income taxes, or
   b. ☒ General sales taxes ........ 5  678.
6. Real estate taxes (see instructions) ........ 6  3,527.
7. New motor vehicle taxes from line 11 of the worksheet on back (for certain vehicles purchased in 2009). Skip this line if you checked box 5b ........ 7
8. Other taxes. List type and amount ▶ ........ 8
9. Add lines 5 through 8 ........ 9  4,205.

**Interest You Paid**
Note. Your mortgage interest deduction may be limited (see instructions).
10. Home mortgage interest & points reported to you on Form 1098 ........ 10  15,412.
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see inst. and show that person's name, identifying no., and address ▶ ........ 11
12. Points not reported to you on Form 1098. See instructions for special rules ........ 12
13. Mortgage insurance premiums (See instructions) ........ 13
14. Investment interest. Attach Form 4952 if required. (See inst.) ........ 14
15. Add lines 10 through 14 ........ 15  15,412.

**Gifts to Charity**
If you made a gift and got a benefit for it, see instructions.
16. Gifts by cash or check. If you made any gift of $250 or more, see instructions ........ 16  110.
17. Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 ........ 17
18. Carryover from prior year ........ 18
19. Add lines 16 through 18 ........ 19  110.

**Casualty and Theft Losses**
20. Casualty or theft loss(es). Attach Form 4684. (See instructions.) ........ 20

**Job Expenses and Certain Miscellaneous Deductions**
21. Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions) ▶ ........ 21
22. Tax preparation fees ........ 22
23. Other expenses - investment, safe deposit box, etc. List type and amount ▶ ........ 23
24. Add lines 21 through 23 ........ 24
25. Enter amount from Form 1040, line 38 ........ 25
26. Multiply line 25 by 2% (.02) ........ 26
27. Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- ........ 27

**Other Miscellaneous Deductions**
28. Other - from list in the inst. List type and amount ▶ GAMBLING LOSSES  1,514. ........ 28  1,514.

**Total Itemized Deductions**
29. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 ........ 29  21,241.
30. If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐

For Paperwork Reduction Act Notice, see Form 1040 instructions.
Schedule A (Form 1040) 2010

BCA                                USSCHA$1

| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See instructions for Schedule C (Form 1040). | 2010 Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| STEPHEN FERRERA | |

**A** Principal business or profession, including product or service (see instructions): BLACKSMITH
**B** Enter code from instructions: 812910
**C** Business name. If no separate business name, leave blank.
**D** Employer ID no. (EIN), if any:

**E** Business address (including suite or room no.) ▶ PO BOX 292275
City, town or post office, state, and ZIP code: Fort Lauderdale FL 33329
**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses ...... [X] Yes [ ] No
**H** If you started or acquired this business during 2010, check here ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ [ ] | 1 | 65,123. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 65,123. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 65,123. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 65,123. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 7,661. | 19 Pension and profit-sharing plans | 19 | |
| | | | | 20 Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| | | | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | 14,632. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 2,276. |
| b | Other | 16b | | | | |
| 17 | Legal and professional services | 17 | 300. | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | 28 | 24,869. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | 40,254. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | | | | 31 | 40,254. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see your tax return instructions.  Schedule C (Form 1040) 2010
BCA                                   USSCHC$1

Schedule C (Form 1040) 2010   STEPHEN FERRERA   Page **2**

### Part III   Cost of Goods Sold   (see instructions)

33 Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ................................................................ ☐ Yes   ☐ No

| Line | Description | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

### Part IV   Information on Your Vehicle.   Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:

  a Business   15321   b Commuting (see instr.) _____   c Other _____

45 Was your vehicle available for personal use during off-duty hours? .......................... ☒ Yes   ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? ..................... ☒ Yes   ☐ No

47a Do you have evidence to support your deduction? ........................................ ☒ Yes   ☐ No

  b If "Yes," is the evidence written? ...................................................... ☒ Yes   ☐ No

### Part V   Other Expenses.   List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| TELEPHONE/COMMUNICATION | 1,534. |
| PO BOX | 76. |
| POSTAGE | 666. |
| | |
| | |
| | |
| | |
| | |
| **48 Total other expenses.** Enter here and on page 1, line 27   **48** | **2,276.** |

Schedule C (Form 1040) 2010

BCA   USSCHC$2

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person |
|---|---|
| STEPHEN FERRERA | with self-employment income ▶ ███████ |

## Section B - Long Schedule SE

### Part I  Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income**, see instructions. Also see instructions for the definition of church employee income.

**A**  If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ............................................................................. ▶ ☐

| | | |
|---|---|---:|
| 1a | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip lines 1a and 1b if you use the farm optional method (see instructions) ............... | 1a |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y ...... | 1b |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) .................................. | 2 | 40,254. |
| 3 | Combine lines 1a, 1b, and 2 Subtract from that total the amount on Form 1040, line 29, or Form 1040NR, line 29, and enter the result (see instructions) ....................................................................... | 3 | 40,254. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 ................ | 4a | 37,175. |
| | **Note.** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here ........................ | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **stop**; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income**, enter -0- and continue ............................. ▶ | 4c | 37,175. |
| 5a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income ........................................... | 5a | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- ...................................... | 5b | |
| 6 | Add lines 4c and 5b ...................................................................... | 6 | 37,175. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2010 ........................................ | 7 | 106,800 00 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $106,800 or more, skip lines 8b through 10, and go to line 11 ........................ | 8a | |
| b | Unreported tips subject to social security tax (from Form 4137, line 10) .............. | 8b | |
| c | Wages subject to social security tax (from Form 8919, line 10) ..................... | 8c | |
| d | Add lines 8a, 8b, and 8c ................................................................... | 8d | |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ................ ▶ | 9 | 106,800. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) ........................................... | 10 | 4,610. |
| 11 | Multiply line 6 by 2.9% (.029) ................................................................ | 11 | 1,078. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 56,** or **Form 1040NR, line 54** | 12 | 5,688. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.50). Enter the result here and on **Form 1040, line 27, or Form 1040NR, line 27** ..........| 13 | 2,844. |

### Part II  Optional Methods To Figure Net Earnings  (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income was not more than $6,720 **or (b)** your net farm profits[2] were less than $4,851.

| | | | |
|---|---|---|---:|
| 14 | Maximum income for optional methods ............................................................... | 14 | 4,480 00 |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $4,480. Also include this amount on line 4b above ....................................................... | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $4,851 and also less than 72.189% of your gross nonfarm income[4], **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.
**Caution.** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 ......................................................................... | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above .................................................. | 17 | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.
[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

BCA                                                                                                     Schedule SE (Form 1040) 2010

| SCHEDULE M<br>(Form 1040A or 1040) | **Making Work Pay Credit** | OMB No. 1545-0074<br>**2010** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to Form 1040A or 1040.   ▶ See separate instructions. | Attachment<br>Sequence No. **166** |

| Name(s) shown on return<br>STEPHEN FERRERA | Your social security number |
|---|---|

**! CAUTION** — To take the making work pay credit, you must include your social security number (if filing a joint return, the number of either you or your spouse) on your tax return. A social security number does not include an identification number issued by the IRS. Only the Social Security Administration issues social security numbers.

**! CAUTION** — You cannot take the making work pay credit if you can be claimed as someone else's dependent or if you are a nonresident alien.

**Important:** Check the "**No**" box on line 1a and see the instructions if:
    (a) You have a net loss from a business,
    (b) You received a taxable scholarship or fellowship grant not reported on a Form W-2,
    (c) Your wages include pay for work performed while an inmate in a penal institution,
    (d) You received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or
    (e) You are filing Form 2555 or 2555-EZ.

| | | | |
|---|---|---|---|
| 1 a | Do you (and your spouse if filing jointly) have 2010 wages of more than $6,451 ($12,903 if married filing jointly)?<br>☐ **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.<br>☒ **No.** Enter your earned income (see instructions) ........... **1a** 37,410. | | |
| b | Nontaxable combat pay included on line 1a (see instructions) ........... **1b** | | |
| 2 | Multiply line 1a by 6.2% (.062) ........... **2** 2,319. | | |
| 3 | Enter $400 ($800 if married filing jointly) ........... **3** 400. | | |
| 4 | Enter the **smaller** of line 2 or line 3 (unless you checked "Yes" on line 1a) ........... | **4** | 400. |
| 5 | Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 ........... **5** 38,924. | | |
| 6 | Enter $75,000 ($150,000 if married filing jointly) ........... **6** 75,000. | | |
| 7 | Is the amount on line 5 more than the amount on line 6?<br>☒ **No.** Skip line 8. Enter the amount from line 4 on line 9 below.<br>☐ **Yes.** Subtract line 6 form line 5 ........... **7** | | |
| 8 | Multiply line 7 by 2% (.02) ........... | **8** | |
| 9 | Subtract line 8 from line 4. If zero or less, enter -0- ........... | **9** | 400. |
| 10 | Did you (or your spouse, if filing jointly) receive an economic recovery payment in **2010**? You may have received this payment in 2010 if you did not receive an economic recovery payment in 2009 but you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits in November 2008, December 2008, or January 2009 (see instructions).<br>☒ **No.** Enter -0- on line 10 and go to line 11.<br>☐ **Yes.** Enter the total of the payments you (and your spouse, if filing jointly) received in **2010**. Do not enter more than $250 ($500 if married filing jointly) | **10** | |
| 11 | **Making work pay credit.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter the result here and on Form 1040, line 63; or Form 1040A, line 40 ........... | **11** | 400. |

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule M (Form 1040A or 1040) 2010
BCA    USSCHM$1

# US  Child Tax Credit, Federal Extension Payment, and Carryovers Worksheet  2010

Name: STEPHEN FERRERA  SSN: ▮

## Child Tax Credit (CTC)

| | | | |
|---|---|---|---|
| 1 | $1,000 X [ 1 ] qualifying children | | 1,000. |
| 2 | Modified AGI is AGI plus excluded income from Forms 2555 (EZ) and 4563, and excluded income from Puerto Rico | 38,924. | |
| 3 | Modified AGI limitation $110,000 married filing jointly; $55,000 married filing separately; all others $75,000 | 55,000. | |
| 4 | Subtract line 3 from line 2. If -0-, go to line 7 | | |
| 5 | Round up to next $1,000 | | |
| 6 | Multiply line 5 by 5% | | |
| 7 | **Maximum child tax credit.** Subtract line 6 from line 1. You cannot take the credit if this amount is -0- | | 1,000. |
| 8 | Amount from Form 1040, line 46, Form 1040A, line 28, or Form 1040NR, line 43 | 1,138. | |
| 9 | Credits for foreign tax, dependent care, elderly, education, retirement savings, adoption, mortgage interest, DC first-time homebuyers and residential energy | | |

### CTC Worksheet for Forms 8396, Mortgage Interest Credit, Form 8839, Adoption Credit, Form 8859, DC First-time Homebuyers Credit, and Form 5695, Residential Energy Credits

| | | |
|---|---|---|
| 1 | Foreign tax credit + dependent care credit + elderly credit + education credit + retirement savings credit | |
| 2 | Amount from line 7 above | |
| 3 | Social security or RR tier 1 + Medicare | |
| 4 | Form 1040, line 27 + line 59; or Form 1040NR, line 54 + uncollected social security and Medicare taxes listed on W2 | |
| 5 | Add lines 3 and 4 | |
| 6 | Earned income credit and excess FICA/RRTA | |
| 7 | Subtract line 6 from line 5 | |
| 8 | Maximum child tax credit, line 7 above, minus the larger of line 7 of this worksheet or Form 8812, line 6. This is the child tax credit for the purpose of figuring Forms 5695, 8396, 8839 and 8859. Use this amount in place of the child tax credit amount asked for on these forms | |
| 9 | Total of adoption credit, mortgage interest credit, DC first-time homebuyer credit, and residential energy credits as refigured | |
| 10 | Add lines 1 and 9 | |

| | | | |
|---|---|---|---|
| 10 | Subtract line 9 from line 8 | | 1,138. |
| 11 | Child tax credit | | 1,000. |

**Amount paid with Federal extension (Form 4868 or 2350)** ...............................

## Carryovers from 2010 to 2011

1  Section 179 expense disallowed, Form 4562, accumulative total...............
2  Net operating loss from 2010 only, Form 1045 .................................
   Amt. carried forward from 2009. Listed on Form 1040, line 21, or Form 1040NR, line 21
3  2010 charitable contributions. Organization limit:

| Cash or other property | | Capital Gain | |
|---|---|---|---|
| 50% | 30% | 30% | 20% |
| | | | |

4  Investment interest expense, Form 4952, accumulative total....................
5  Foreign tax credit from 2010 only, Form 1116. Enter amount carried back, if any.......
6  Adoption credit, Form 8839

| 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| | | | | |

7  Mortgage interest credit, Form 8396

| | | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| | | | | |

8  General business credits for 2010 only, Form 3800.............................
9  Form 8844, for 2010 only. Enter amount carried back..........................
10 DC first-time homebuyer credit, Form 8859, cumulative total
11 Prior year minimum tax credit, Form 8801, cumulative total
12 AMT limited qualified electric vehicle credit from 2010 only ...................
13 Nonrecaptured net section 1231 losses

| 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| | | | | |

**US**   **Estimated Tax Payments Made for the Current Tax Year**   **2010**

Name: STEPHEN FERRERA                                                                                                   SSN: ▮

## Federal Estimated Tax Payments

| See note below | Date of payment | Amount of payment | Towards 04/15/2010 payment | Towards 06/15/2010 payment | Towards 09/15/2010 payment | Towards 01/15/2011 payment |
|---|---|---|---|---|---|---|
| From last year | 04/15/2010 | 1,381. | | | | |
| D 04/15    1 | | | 1,221. | 160. | | |
| U 06/15    2 | 06/15/2010 | 1,500. | | 1,061. | 439. | |
| E 09/15    3 | 09/15/2010 | 1,500. | | | 782. | 718. |
| 01/15    4 | 01/15/2011 | 1,500. | | | | 502. |
| * Pay date | 04/15/2011 | | | | | |
| Totals | | 5,881. | 1,221. | 1,221. | 1,221. | 1,220. |

* Fill in the pay date on Form 2210, page 1.

## State Estimated Tax Payments

**The day listed in the date of payment section is the due date for most state estimated tax payments. If your state has different due dates, disregard the date suggested. If payment 1 was paid on or before the date due for payment 1, enter it in payment 1, etc.
* Check the * column if payment 4 was paid before 01/01/2011.

### Taxpayer, Joint, or Combined State Return

| | | ** Date of Payment | | | | | |
|---|---|---|---|---|---|---|---|
| State | Credit from last year | 04/15/2010 Amount 1 | 06/15/2010 Amount 2 | 09/15/2010 Amount 3 | 01/15/2011 Amount 4 | * | Total |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | State and/or local balance due from previous years' returns paid in 2010. Include amounts paid with a 2009 extension paid in 2010 ........................................................................................ | | | | | | |
| | State and/or local balance due from previous years' returns paid in 2010. Include amounts paid with a 2009 extension paid in 2010 ........................................................................................ | | | | | | |
| | Last state estimate payment for 2009 paid in 2010 (due January 15, 2010)............................................. | | | | | | |
| | Last state estimate payment for 2009 paid in 2010 (due January 15, 2010)............................................. | | | | | | |

### Spouse Filing Married Separate State Tax Return or Second Full Year Resident State

| | | ** Date of Payment | | | | | |
|---|---|---|---|---|---|---|---|
| State | Credit from last year | 04/15/2010 Amount 1 | 06/15/2010 Amount 2 | 09/15/2010 Amount 3 | 01/15/2011 Amount 4 | * | Total |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

© 2010 CCH Small Firm Services. All rights reserved.                          USWW2E$1

# US Schedule A — Sales Tax Worksheet — 2010

**Name:** STEPHEN FERRERA  **SSN:** [redacted]

| | | |
|---|---|---:|
| 1 | Federal AGI | 38,924. |
| 2 | Nontaxable income listed on tax return | |
| a | Nontaxable interest | |
| b | Social security | |
| c | Combat pay | |
| d | Income on Forms 4970 and 4972 | |
| e | Nontaxable part of IRA, pension, or annuity distributions, not including rollovers | |
| 3 | Other nontaxable income | |
| a | | |
| b | | |
| c | | |
| d | | |
| e | | |
| 4 | **Income for sales tax chart** | 38,924. |
| 1 | Enter the taxpayer's state of residency for 2010 | FL |
| | If the taxpayer was a part-year resident, enter the dates resided in this state _____ to _____ | |
| | **State sales tax from the applicable table** | 581. |
| 2 | Did you live Alaska, Arizona, Arkansas, California (Los Angeles County only), Colorado, Georgia, Illinois, Louisiana, Missouri, New York State, North Carolina, South Carolina, Tennessee, Utah or Virginia in 2010? | |
| | [X] No.  Line 2 should be -0-. | |
| | [ ] Yes.  Enter the letter (A - D) for the optional local sales tax table you want to use | |
| | **Local sales tax from the applicable table** | |
| 3 | Did your locality impose a local general sales tax in 2010? Residents of California and Nevada, see the Schedule A instructions. | |
| | [ ] No.  Go to line 7. | |
| | [X] Yes.  Enter the local general sales tax rate. If the rate is 2.5%, enter 2.5 | 1.0000 |
| 4 | Did you enter -0- on line 2 above? | |
| | [ ] No.  Skip to line 6. | |
| | [X] Yes.  Enter the state general sales tax rate from the table headed by the state in the Schedule A instructions.  Enter 6.5% as 6.5 | 6.0000 |
| 5 | Divide line 3 by line 4 | 0.1667 |
| 6 | Did you enter -0- on line 2 above? | |
| | [ ] No.  Multiply line 2 by line 3. | |
| | [X] Yes.  Multiply line 1 by line 5 | 97. |
| 7 | Total of lines 1 and 6 - prorated for part-year residents | 678. |
| 8 | General sales tax paid on specified items.  Motor vehicles - If the tax rate is higher than the general sales tax rate, only include the amount of tax at the general sales tax rate. | |
| a | Enter the state or local sales tax you paid in 2010 for the purchase of a NEW motor vehicle AFTER February 16, 2009 and BEFORE January 1, 2010 | |
| b | Enter the purchase price (before taxes) of the new motor vehicles | |
| c | If the amount on line 8b is more than $49,500, enter the portion of the tax from line 8a that is attributable to the first $49,500 of the purchase price of each new motor vehicle | |
| d | Sales tax paid on motor vehicles not included on 8a and sales tax paid on aircraft, boats, homes, including mobile and prefabricated, or home building material - only Only deductible if the sales tax charged is at the general sales tax rate | |
| 9 | **Total sales tax using the sales tax chart** | 678. |
| 10 | Sales tax using actual receipts | |
| 11 | **Sales tax deduction for Schedule A, line 5** | 678. |

© 2010 CCH Small Firm Services. All rights reserved.   USWA$$$3