# DEC. EXHIBIT CC

# P & L from Schedule C Activity
## Monthly for 2007

For Stephen Ferrera

DWH # 0

Prepared 08/10/2012

| From Schedule C | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 7,439 | 9,244 | 10,980 | 7,656 | 6,741 | 5,912 | 6,416 | 4,882 | 2,294 | 4,324 | 5,285 | 6,315 | 77,487 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 7,439 | 9,244 | 10,980 | 7,656 | 6,741 | 5,912 | 6,416 | 4,882 | 2,294 | 4,324 | 5,285 | 6,315 | 77,487 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 7,439 | 9,244 | 10,980 | 7,656 | 6,741 | 5,912 | 6,416 | 4,882 | 2,294 | 4,324 | 5,285 | 6,315 | 77,487 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Car and truck expenses | 675 | 839 | 997 | 695 | 612 | 537 | 582 | 443 | 208 | 392 | 480 | 573 | 7,033 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 250 |
| Office Expense | 159 | 197 | 235 | 164 | 144 | 126 | 137 | 104 | 49 | 92 | 113 | 135 | 1,655 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maint. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplies | 1,483 | 1,843 | 2,189 | 1,526 | 1,344 | 1,179 | 1,279 | 973 | 457 | 862 | 1,054 | 1,259 | 15,449 |
| Taxes and License | 14 | 18 | 21 | 15 | 13 | 11 | 12 | 9 | 4 | 8 | 10 | 12 | 150 |
| **Travel and Meals** | | | | | | | | | | | | | |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | 32 | 39 | 47 | 33 | 29 | 25 | 27 | 21 | 10 | 18 | 23 | 27 | 330 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 206 | 256 | 304 | 212 | 187 | 164 | 178 | 135 | 64 | 120 | 146 | 175 | 2,148 |
| **Total Expenses** | 2,590 | 3,214 | 3,813 | 2,665 | 2,349 | 2,063 | 2,237 | 1,707 | 813 | 1,514 | 1,846 | 2,202 | 27,015 |
| **Net Profit** | 4,848 | 6,030 | 7,166 | 4,991 | 4,392 | 3,849 | 4,179 | 3,175 | 1,481 | 2,809 | 3,438 | 4,113 | 50,472 |

## P & L from Schedule C Activity
## Monthly for 2008

For Stephen Ferrera  DWH # 0

Prepared 08/10/2012

| From Schedule C | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 7,535 | 9,364 | 11,122 | 7,755 | 6,828 | 5,989 | 6,499 | 4,945 | 2,323 | 4,380 | 5,353 | 6,397 | 78,488 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 7,535 | 9,364 | 11,122 | 7,755 | 6,828 | 5,989 | 6,499 | 4,945 | 2,323 | 4,380 | 5,353 | 6,397 | 78,488 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 7,535 | 9,364 | 11,122 | 7,755 | 6,828 | 5,989 | 6,499 | 4,945 | 2,323 | 4,380 | 5,353 | 6,397 | 78,488 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Car and truck expenses | 745 | 926 | 1,100 | 767 | 676 | 592 | 643 | 489 | 230 | 433 | 530 | 633 | 7,765 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 275 |
| Office Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maint. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplies | 1,518 | 1,886 | 2,240 | 1,562 | 1,375 | 1,206 | 1,309 | 996 | 468 | 882 | 1,078 | 1,288 | 15,809 |
| Taxes and License | 14 | 18 | 21 | 15 | 13 | 11 | 12 | 9 | 4 | 8 | 10 | 12 | 150 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | |
| Deductible Meals | 32 | 39 | 47 | 33 | 29 | 25 | 27 | 21 | 10 | 18 | 23 | 27 | 331 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 212 | 264 | 313 | 218 | 192 | 169 | 183 | 139 | 65 | 123 | 151 | 180 | 2,209 |
| **Total Expenses** | 2,544 | 3,156 | 3,745 | 2,618 | 2,308 | 2,027 | 2,198 | 1,678 | 800 | 1,488 | 1,814 | 2,163 | 26,539 |
| **Net Profit** | 4,991 | 6,207 | 7,377 | 5,137 | 4,521 | 3,962 | 4,301 | 3,267 | 1,523 | 2,891 | 3,539 | 4,233 | 51,949 |

# P & L from Schedule C Activity
## Monthly for 2009

**For Stephen Ferrera**  
**DWH # 0**  
Prepared 08/10/2012

| From Schedule C | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 6,839 | 7,552 | 8,386 | 7,148 | 5,837 | 5,541 | 6,247 | 4,869 | 3,127 | 3,228 | 3,665 | 4,808 | 67,247 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 6,839 | 7,552 | 8,386 | 7,148 | 5,837 | 5,541 | 6,247 | 4,869 | 3,127 | 3,228 | 3,665 | 4,808 | 67,247 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 6,839 | 7,552 | 8,386 | 7,148 | 5,837 | 5,541 | 6,247 | 4,869 | 3,127 | 3,228 | 3,665 | 4,808 | 67,247 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Car and truck expenses | 795 | 878 | 975 | 831 | 679 | 645 | 727 | 566 | 364 | 375 | 426 | 559 | 7,822 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Office Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | - |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maint. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplies | 1,559 | 1,722 | 1,912 | 1,630 | 1,331 | 1,263 | 1,424 | 1,110 | 713 | 736 | 836 | 1,096 | 15,333 |
| Taxes and License | 15 | 17 | 19 | 16 | 13 | 12 | 14 | 11 | 7 | 7 | 8 | 11 | 150 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | 6 | 7 | 8 | 7 | 5 | 5 | 6 | 4 | 3 | 3 | 3 | 4 | 62 |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 229 | 253 | 281 | 239 | 195 | 185 | 209 | 163 | 105 | 108 | 123 | 161 | 2,250 |
| **Total Expenses** | 2,630 | 2,902 | 3,219 | 2,748 | 2,249 | 2,136 | 2,405 | 1,880 | 1,216 | 1,255 | 1,421 | 1,857 | 25,917 |
| **Net Profit** | 4,209 | 4,650 | 5,166 | 4,400 | 3,588 | 3,405 | 3,842 | 2,989 | 1,911 | 1,973 | 2,244 | 2,952 | 41,330 |

# P & L from Schedule C Activity
## Monthly for 2010

For Stephen Ferrera

DWH # 0

Prepared 08/10/2012

| From Schedule C | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 8,381 | 9,580 | 11,045 | 9,039 | 5,588 | 3,575 | 2,859 | 2,006 | 2,227 | 2,996 | 3,269 | 4,559 | 65,123 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 8,381 | 9,580 | 11,045 | 9,039 | 5,588 | 3,575 | 2,859 | 2,006 | 2,227 | 2,996 | 3,269 | 4,559 | 65,123 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 8,381 | 9,580 | 11,045 | 9,039 | 5,588 | 3,575 | 2,859 | 2,006 | 2,227 | 2,996 | 3,269 | 4,559 | 65,123 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Car and truck expenses | 986 | 1,127 | 1,299 | 1,063 | 657 | 421 | 336 | 236 | 262 | 352 | 385 | 536 | 7,661 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | | | | | | | | | | | | - |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Office Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maint. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplies | 1,883 | 2,152 | 2,482 | 2,031 | 1,255 | 803 | 642 | 451 | 500 | 673 | 735 | 1,024 | 14,632 |
| Taxes and License | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 293 | 335 | 386 | 316 | 195 | 125 | 100 | 70 | 78 | 105 | 114 | 159 | 2,276 |
| **Total Expenses** | 3,187 | 3,639 | 4,192 | 3,435 | 2,133 | 1,374 | 1,104 | 782 | 865 | 1,155 | 1,258 | 1,745 | 24,869 |
| **Net Profit** | 5,194 | 5,940 | 6,853 | 5,604 | 3,455 | 2,201 | 1,755 | 1,224 | 1,362 | 1,840 | 2,011 | 2,814 | 40,254 |