# DEC. EXHIBIT DD

e file

| Form 1040 | Department of the Treasury - Internal Revenue Service U.S. Individual Income Tax Return | 2008 | (99) | IRS Use Only-Do not write or staple in this space. |
|---|---|---|---|---|

| Label | For the year Jan. 1-Dec. 31, 2008, or other tax year beginning , 2008, ending , 20 | OMB No. 1545-0074 |
|---|---|---|
| (See instructions) | Name  Spouse's Name (if Joint Return)  Home Address  City, State, and ZIP Code | Your social security number |
| Use the IRS label. Otherwise, please print or type. | CAROL C NELSON | Spouse's social security no.  You must enter your SSN(s) above. |

Checking a box below will not change your tax or refund.

**Presidential Election Campaign ▶** Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ [ ] You  [ ] Spouse

**Filing Status**
Check only one box.
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- b  [X] Spouse
- c  Dependents:

| (1) First name  Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
|  |  |  |  |

If more than four dependents, see instr.

d Total number of exemptions claimed

| Boxes checked on 6a and 6b | 2 |
|---|---|
| No. of children on 6c who: |  |
| • lived with you | 1 |
| • did not live with you due to divorce or separation (see instr.) | 0 |
| Dependents on 6c not entered above | 0 |
| Add numbers on lines above ▶ | 3 |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 57,120. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | 11. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 1. |
| b | Qualified dividends (see instructions) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 45,486. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a       b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities   16a       b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a       b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 102,618. |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 3,214. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 2,000. |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | 1,233. |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | 2,000. |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 8,447. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 94,171. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.  Form **1040** (2008)

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.  US1040$1  Rev. 1

Form 1040 (2008)      & CAROL C NELSON     Page 2

| | | |
|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) ................ | 38 | 94,171. |
| | 39a Check if: ☐ You were born before Jan. 2, 1944, ☐ Blind. Total boxes | | |
| | ☐ Spouse was born before Jan. 2, 1944, ☐ Blind. checked ▶ 39a | | |
| **Standard Deduction for –** | b If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ........................ ▶ 39b ☐ | | |
| | c Check if standard deduction includes real estate taxes or disaster loss (see inst) ...... ▶ 39c ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr. | 40 Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) ..... | 40 | 14,579. |
| | 41 Subtract line 40 from line 38 ........................................ | 41 | 79,592. |
| | 42 If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see inst. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 10,500. |
| | 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ..... | 43 | 69,092. |
| | 44 Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 .. | 44 | 9,956. |
| • All others: Single or Married filing separately, $5,450 | 45 Alternative minimum tax (see instructions). Attach Form 6251 ................ | 45 | |
| | 46 Add lines 44 and 45 ................................................ ▶ | 46 | 9,956. |
| | 47 Foreign tax credit. Attach Form 1116 if required ......... 47 | | |
| | 48 Credit for child and dependent care exp. Attach Form 2441  48 | | |
| | 49 Credit for the elderly or the disabled. Attach Schedule R .. 49 | | |
| Married filing jointly or Qualifying widow(er), $10,900 | 50 Education credits. Attach Form 8863 ................ 50 | | |
| | 51 Retirement savings contributions credit. Attach Form 8880 .. 51 | | |
| | 52 Child tax credit (see inst.). Attach Form 8901 if required  52 | | |
| | 53 Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695   53 | | |
| Head of household, $8,000 | 54 Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ _____  54 | | |
| | 55 Add lines 47 through 54. These are your **total credits** ................ | 55 | |
| | 56 Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ..... ▶ | 56 | 9,956. |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE ................ | 57 | 6,427. |
| | 58 Unreported social security and Medicare tax from: a ☐ 4137  b ☐ 8919 ... | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required .. | 59 | |
| | 60 Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Sch. H | 60 | |
| | 61 Add lines 56 through 60. This is your **total tax** ................ ▶ | 61 | 16,383. |
| **Payments** | 62 Federal income tax withheld from Forms W-2 and 1099 ... 62 | 6,114. | |
| | 63 2008 estimated tax pymts and amt applied from 2007 return  63 | 6,400. | |
| If you have a qualifying child, attach Schedule EIC. | 64 a Earned income credit (EIC) ........................ 64a | | |
| | b Nontaxable combat pay election ........ 64b | | |
| | 65 Excess social security and tier 1 RRTA tax withheld (see inst) 65 | | |
| | 66 Additional child tax credit. Attach Form 8812 ............. 66 | | |
| | 67 Amount paid with request for extension to file (see inst) .... 67 | | |
| | 68 Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885  68 | | |
| | 69 First-time homebuyer credit. Attach Form 5405 ........... 69 | | |
| | 70 Recovery rebate credit (see worksheet in the instructions) .. 70 | | |
| | 71 Add lines 62 through 70. These are your **total payments** ................ ▶ | 71 | 12,514. |
| **Refund** Direct deposit? See Instructions and fill in 73b, 73c, and 73d, or Form 8888. | 72 If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 | |
| | 73 a Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | b Routing number ▶ _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| | d Account number ▶ _____ | | |
| | 74 Amount of line 72 you want **applied to your 2009 estimated tax** ▶ 74 | | |
| **Amount You Owe** | 75 **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see inst. .... ▶ | 75 | 3,870. |
| | 76 Estimated tax penalty (see instructions) ............ 76 | 1. | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ Yes. Complete the following.  ☐ No
Designee's name ▶ EDNA M HOROWITZ    Phone no. ▶ 305-852-1456   Personal identification number (PIN) ▶ [____]

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation CONSTRUCTION | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation CLEANING SERVICE | |

**Paid Preparer's Use Only**

| Preparer's signature | Date 03/05/2009 | Check if self-employed ☒ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ EDNA M HORWOITZ  208 TIDE AVENUE  TAVERNIER FL 33070- | | EIN | |
| | | Phone no. | 305-852-1456 |

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US1040$2 Rev. 1   Form **1040** (2008)

| SCHEDULES A&B (Form 1040) | | Schedule A - Itemized Deductions (Schedule B is on page 2) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A&B (Form 1040). | | | OMB No. 1545-0074 **2008** Attachment Sequence No. 07 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | | | | |
| Name(s) shown on Form 1040 RONALD C & CAROL C NELSON | | | | | Your social security no. |
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amt. from Form 1040, line 38  | 2 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You** | 5 | State and local (check only one box): a ☐ Income taxes, or  b ☒ General sales taxes | 5 | 979. | |
| **Paid** (See instructions.) | 6 | Real estate taxes (see instructions) | 6 | 4,012. | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 4,991. |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | 9,588. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see inst. and show that person's name, identifying no., and address ▶ | 11 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 | Qualified mortgage insurance premiums (See instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | 9,588. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions) ▶ | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amt. from Form 1040, line 38  | 25 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other - from list in the inst. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $159,950 (over $79,975 if married filing separately)? ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ☐ Yes. Your deduction may be limited. See instructions for the amount to enter. ▶ | | 29 | 14,579. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.  Schedule A (Form 1040) 2008

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.  USSCHAS1  Rev. 1

| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040). | 2008 Attachment Sequence No. 09 |

Name of proprietor: CAROL C NELSON
Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see Instructions): CLEANING SERVICES
**B** Enter code from instr.: 812990
**C** Business name. If no separate business name, leave blank.: PRO CLEANING SERVICES
**D** Employer ID no. (EIN), if any:
**E** Business address (including suite or room no.) ▶ 22 SEXTON COVE ROAD
  City, town or post office, state, and ZIP code: KEY LARGO FL 33037
**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2008? If "No," see Instructions for limit on losses ...... [X] Yes [ ] No
**H** If you started or acquired this business during 2008, check here ......... ▶ [ ]

### Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See Instructions and check the box if: <br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or <br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ [ ]  | **1** | 120,363. |
| 2 | Returns and allowances | **2** | |
| 3 | Subtract line 2 from line 1 | **3** | 120,363. |
| 4 | Cost of goods sold (from line 42 on page 2) | **4** | 7,372. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | **5** | 112,991. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | **7** | 112,991. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | **8** | 255. | 18 Office expense | **18** | 591. |
| 9 | Car and truck expenses (see instructions) | **9** | 16,359. | 19 Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees | **10** | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | | a Vehicles, machinery, and equipment | **20a** | |
| | | | | b Other business property | **20b** | |
| 12 | Depletion | **12** | | 21 Repairs and maintenance | **21** | 1,015. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 22 Supplies (not included in Part III) | **22** | |
| | | | | 23 Taxes and licenses | **23** | 442. |
| | | | | 24 Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | **14** | | a Travel | **24a** | |
| | | | | b Deductible meals and entertainment (see instructions) | **24b** | |
| 15 | Insurance (other than health) | **15** | 716. | 25 Utilities | **25** | |
| 16 | Interest: | | | 26 Wages (less employment credits) | **26** | |
| | a Mortgage (paid to banks, etc.) | **16a** | | 27 Other expenses (from line 48 on page 2) | **27** | 46,892. |
| | b Other | **16b** | | | | |
| 17 | Legal and professional services | **17** | 1,235. | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | | | | **28** | 67,505. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | **29** | 45,486. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br>• If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on **Form 1041, line 3**. <br>• If a loss, you **must** go to line 32. | | | | **31** | 45,486. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). <br>• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on **Form 1041, line 3**. <br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | **32a** [ ] All investment is at risk. <br> **32b** [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Instructions.  Schedule C (Form 1040) 2008
BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   USSCHC$1   Rev. 1

Schedule C (Form 1040) 2008  CAROL C NELSON                                        Page 2

### Part III — Cost of Goods Sold  (see instructions)

33  Method(s) used to value closing inventory:   a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation   [ ] Yes   [X] No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | 7,372. |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 7,372. |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 7,372. |

### Part IV — Information on Your Vehicle.
Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ► 08/01/1999

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

  a Business  29855     b Commuting (see instr.) _____     c Other _____

45  Was your vehicle available for personal use during off-duty hours?   [X] Yes   [ ] No

46  Do you (or your spouse) have another vehicle available for personal use?   [X] Yes   [ ] No

47a Do you have evidence to support your deduction?   [X] Yes   [ ] No

  b If "Yes," is the evidence written?   [X] Yes   [ ] No

### Part V — Other Expenses.  List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| BANK SERVICE CHARGES | 15. |
| POSTAGE | 573. |
| PRINTING | 549. |
| PROPERTY MANAGE REPAIRS | 4,503. |
| SUBCONTRACTORS PER 1099 | 39,110. |
| TELEPHONE | 2,142. |
| 48  Total other expenses. Enter here and on page 1, line 27 | 46,892. |

Schedule C (Form 1040) 2008

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   USSCHC$2   Rev. 1

| Schedule SE (Form 1040) 2008 | Attachment Sequence No. 17 | Page 2 |
|---|---|---|
| Name of person with self-employment income (as shown on Form 1040)<br>CAROL C NELSON | Social security number of person with self-employment income ▶ | |

**Section B - Long Schedule SE**

### Part I — Self-Employment Tax

**Note.** If your only income subject to self-employment tax is church employee income, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is not church employee income. See instructions.

A  If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of other net earnings from self-employment, check here and continue with Part I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| | | |
|---|---|---|
| 1a Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip lines 1a and 1b if you use the farm optional method (see instructions) | 1a | |
| b If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X | 1b | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) | 2 | 45,486. |
| 3 Combine lines 1a, 1b, and 2 | 3 | 45,486. |
| 4a If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | 4a | 42,006. |
| b If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | 4b | |
| c Combine lines 4a and 4b. If less than $400, **stop**; you do not owe self-employment tax. **Exception.** If less than $400 and you had church employee income, enter -0- and continue ▶ | 4c | 42,006. |
| 5a Enter your church employee income from Form W-2. See instructions for definition of church employee income . . . . . . . . . . . . . . . . . . . . . . . . . . . 5a | | |
| b Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | 5b | |
| 6 Net earnings from self-employment. Add lines 4c and 5b | 6 | 42,006. |
| 7 Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2008 | 7 | 102,000.00 |
| 8a Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $102,000 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8a | | |
| b Unreported tips subject to social security tax (from Form 4137, line 10) . . . . 8b | | |
| c Wages subject to social security tax (from Form 8919, line 10) . . . . . . . . . . . . 8c | | |
| d Add lines 8a, 8b, and 8c | 8d | |
| 9 Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | 9 | 102,000. |
| 10 Multiply the smaller of line 6 or line 9 by 12.4% (.124) | 10 | 5,209. |
| 11 Multiply line 6 by 2.9% (.029) | 11 | 1,218. |
| 12 Self-employment tax. Add lines 10 and 11. Enter here and on Form 1040, line 57 | 12 | 6,427. |
| 13 Deduction for one-half of self-employment tax. Multiply line 12 by 50% (.5). Enter the result here and on Form 1040, line 27 . . . . . . . . . . . . . . . . . . 13  3,214. | | |

### Part II — Optional Methods To Figure Net Earnings   (see instructions)

**Farm Optional Method.** You may use this method only if (a) your gross farm income [1] was not more than $6,300 or (b) your net farm profits [2] were less than $4,548

| | | |
|---|---|---|
| 14 Maximum income for optional methods | 14 | 4,200.00 |
| 15 Enter the smaller of: two-thirds (2/3) of gross farm income [1] (not less than zero) or $4,200. Also include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method only if (a) your net nonfarm profits [3] were less than $4,548 and also less than 72.189% of your gross nonfarm income, [4] and (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.
**Caution.** You may use this method no more than five times.

| | | |
|---|---|---|
| 16 Subtract line 15 from line 14 | 16 | |
| 17 Enter the smaller of: two-thirds (2/3) of gross nonfarm income [4] (not less than zero) or the amount on line 16. Also include this amount on line 4b above | 17 | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   USSCHSE2   Rev. 1   Schedule SE (Form 1040) 2008

| US | | Estimated Tax Payments Made for the Current Tax Year | | | | 2008 |

**Name:** ▆▆▆▆▆▆ & CAROL C NELSON          **SSN:** ▆▆▆▆▆▆

## Federal Estimated Tax Payments

| See note below | Date of payment | Amount of payment | Towards 04/15/2008 payment | Towards 06/15/2008 payment | Towards 09/15/2008 payment | Towards 01/15/2009 payment |
|---|---|---|---|---|---|---|
| From last year | | | | | | |
| D 04/15   1 | 06/10/2008 | 1,600. | 1,600. | | | |
| U 06/15   2 | 08/29/2008 | 1,600. | 8. | 1,592. | | |
| E 09/15   3 | 10/28/2008 | 1,600. | | 15. | 1,585. | |
| 01/15   4 | 01/30/2009 | 1,600. | | | 23. | 1,577. |
| * Pay date | 04/15/2009 | 30. | | | | 30. |
| Totals | | 6,430. | 1,608. | 1,607. | 1,608. | 1,607. |

* Fill in the pay date on Form 2210, page 1.

## State Estimated Tax Payments

**The day listed in the date of payment section is the due date for most state estimated tax payments. If your state has different due dates, disregard the date suggested. If payment 1 was paid on or before the date due for payment 1, enter it in payment 1, etc.

* Check the * column if payment 4 was paid before 01/01/2009.

### Taxpayer, Joint, or Combined State Return

| | | ** Date of Payment | | | | | |
|---|---|---|---|---|---|---|---|
| State | Credit from last year | 04/15/2008 Amount 1 | 06/15/2008 Amount 2 | 09/15/2008 Amount 3 | 01/15/2009 Amount 4 | * | Total |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| ____ | State and/or local balance due from previous years' returns paid in 2008. Include amounts paid with a 2007 extension paid in 2008 ................................................. | |
| ____ | State and/or local balance due from previous years' returns paid in 2008. Include amounts paid with a 2007 extension paid in 2008 ................................................. | |
| ____ | Last state estimate payment for 2007 paid in 2008 (due January 15, 2008)........................ | |
| ____ | Last state estimate payment for 2007 paid in 2008 (due January 15, 2008)........................ | |

### Spouse Filing Married Separate State Tax Return or Second Full Year Resident State

| | | ** Date of Payment | | | | | |
|---|---|---|---|---|---|---|---|
| State | Credit from last year | 04/15/2008 Amount 1 | 06/15/2008 Amount 2 | 09/15/2008 Amount 3 | 01/15/2009 Amount 4 | * | Total |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.          USWW2ES1

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Including Information on Listed Property)<br>▶ See separate instructions.   ▶ Attach to your tax return. | **2008**<br>Attachment<br>Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ▒▒▒▒▒▒ & CAROL C NELSON | CAROL NELSON PRO CLEANING | ▒▒▒▒▒▒ |

**Part I   Election To Expense Certain Property Under Section 179**

Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1  Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000. |
| 2  Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3  Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 800,000. |
| 4  Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5  Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | |
|---|---|---|
| 7  Listed property. Enter the amount from line 29 ............... | 7 | |
| 8  Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9  Tentative deduction. Enter the smaller of line 5 or line 8. | 9 | |
| 10  Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11  Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12  Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13  Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ........ ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See Instructions.)**

| | | |
|---|---|---|
| 14  Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15  Property subject to section 168(f)(1) election | 15 | |
| 16  Other depreciation (including ACRS) | 16 | |

**Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | |
|---|---|---|
| 17  MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | |
| 18  If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ........................ ▶ ☐ | | |

**Section B-Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C-Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV   Summary (See instructions)**

| | | |
|---|---|---|
| 21  Listed property. Enter amount from line 28 | 21 | |
| 22  Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | |
| 23  For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.                                    Form **4562** (2008)

BCA  Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.    US4562S1   Rev. 1

# US  Deductible and Nondeductible IRA Worksheet  2008

**Name:** ▮▮▮▮▮ & CAROL C NELSON  **SSN:** ▮▮▮▮▮

## Traditional IRA

Were you covered by a retirement plan? ............ ☐ Yes  ☒ No
If married filing jointly, was your spouse covered by a retirement plan? ............ ☒ Yes  ☐ No

| | | | | Taxpayer | Spouse |
|---|---|---|---|---|---|
| 1 | Maximum modified AGI for deductible contributions | | | | |
| | Filing status  Covered by a retirement plan? | Yes | No | | |
| | 1 or 4 | $63,000 | No limit | | |
| | 2  Spouse covered by a plan | $105,000 | | | |
| | 2  Spouse not covered by a plan | | $169,000 | | |
| | 2  Neither spouse covered by a plan | | No limit | | |
| | 3  Lived with spouse at anytime in 2008 | $10,000 | No limit | | |
| | 3  Did not live with spouse in 2008 | $63,000 | No limit | | |
| | 5 | $105,000 | No limit | 169,000. | 105,000. |
| 2 | Modified AGI computation | | | | |
| | Social security computation without IRA ............ | | 96,171. | | |
| | Taxable social security for this computation............ | | | | |
| | Modified income including taxable social security ..... | | 102,618. | | |
| 3 | Adjustments to income without IRA contribution....... | | 6,447. | | |
| 4 | **Modified AGI.** Subtract line 3 from line 2 | | | 96,171. | 96,171. |
| 5 | Line 1 minus line 4. If -0- or less, enter -0- on line 6 | | | 72,829. | 8,829. |
| 6 | Line 5 times the applicable percentage from the instructions, rounded up to nearest $10. Do not enter less than $200, or more than $5,000 ($6,000 if age 50 or older).... | | | 5,000. | 2,210. |
| 7 | Total wages and other earned income, minus any deductions on Form 1040, lines 27 and 28, or Form 1040NR, line 27. Do not reduce wages by any losses from self-employment .... | | 97,392. | | |
| 8 | Maximum contribution based on earnings............. | | 10,000. | Taxpayer | Spouse |
| 9 | Maximum allowable IRA contribution ................ | | | 5,000. | 5,000. |
| 10 | Enter IRA contributions for 2008 Do NOT enter more than $5,000 ($6,000 if age 50 or older) in either column......... | | | 2,000. | |
| 11 | **Deductible IRA contributions.** Smaller of lines 6, 7, 9, or 10 ............... | | | 2,000. | |
| 12 | Nondeductible IRA contributions .................... | | | | |
| 13 | Excess traditional IRA contributions ................ | | | | |

## Roth IRA

| | | | | Taxpayer | Spouse |
|---|---|---|---|---|---|
| 14 | Maximum modified AGI for allowable contributions | | | | |
| | Filing status | | Modified AGI | | |
| | 1 or 4 | | $116,000 | | |
| | 2 or 5 | | $169,000 | | |
| | 3  Lived with spouse at anytime in 2008 | | $10,000 | | |
| | 3  Did not live with spouse in 2008 | | $116,000 | 169,000. | 169,000. |
| 15 | Modified AGI. AGI + Forms 2555, 8815, and 4563 + Puerto Rico income + adoption expense exclusion minus IRA to Roth IRA rollovers................. | | | 96,171. | 96,171. |
| 16 | Line 14 minus line 15. If -0-, enter -0- on line 17 | | | 72,829. | 72,829. |
| 17 | Maximum contribution allowed based on AGI........ | | | 3,000. | 5,000. |
| 18 | Maximum contribution based on earnings ............ | | 8,000. | | |
| 19 | Maximum allowable Roth IRA contribution.......... | | | 3,000. | 5,000. |
| 20 | Enter Roth IRA contributions for 2008 Do NOT enter more than $5,000 ($6,000 if age 50 or older) in either column......... | | | | |
| 21 | Excess Roth contributions ........................ | | | | |

Copyright form software only. 2008 Universal Tax Systems, Inc. All rights reserved.   US8606W1

| Form **8879** | **IRS e-file Signature Authorization** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. This is not a tax return.<br>▶ Keep this form for your records. See Instructions. | **2008** |

Declaration Control Number (DCN) ▶ 00656551000629

| Taxpayer's name | Social security number |
|---|---|
| | |
| Spouse's name<br>CAROL C NELSON | Spouse's social security number |

### Part I — Tax Return Information-Tax Year Ending December 31, 2008 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 94,171. |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 16,383. |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 6,114. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 12a) | 4 | |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | 3,870. |

### Part II — Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2008, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☒ I authorize EDNA HOROWITZ to enter or generate my PIN  52299
   ERO firm name     Enter five numbers, but
as my signature on my tax year 2008 electronically filed income tax return.     do not enter all zeros

☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____ Date ▶ 03/05/2009

**Spouse's PIN: check one box only**

☒ I authorize EDNA HOROWITZ to enter or generate my PIN  12741
   ERO firm name     Enter five numbers, but
as my signature on my tax year 2008 electronically filed income tax return.     do not enter all zeros

☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____ Date ▶ 03/05/2009

### Practitioner PIN Method Returns Only—continue below

### Part III — Certification and Authentication-Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2008 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ _____ Date ▶ 03/05/2009

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see the instructions.     Form **8879** (2008)

BCA Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.     US8879S1     Rev. 1

# US 1040 — Three - Year Tax Summary — 2008

**Name:** ▊▊▊▊▊ & CAROL C NELSON   **SSN:** ▊▊▊▊▊

| Gross Income | 2006 | 2007 | 2008 |
|---|---|---|---|
| Wages and salaries | 54,920. | 57,120. | 57,120. |
| Interest and dividends | 330. | 116. | 12. |
| Business income | 40,618. | 32,094. | 45,486. |
| Sale of assets - gain or loss | | (2,403.) | |
| Pension and IRA distributions | | | |
| Rents, royalties, etc | | | |
| Unemployment and social security | | | |
| Other income | | | |
| **Total gross income** | 95,868. | 86,927. | 102,618. |
| **Adjustments to Income** | 5,870. | 4,278. | 8,447. |
| **Adjusted gross income** | 89,998. | 82,649. | 94,171. |
| **Itemized or Standard Deductions** | | | |
| Medical expense deduction | | | |
| Taxes | | 2,962. | 4,991. |
| Interest | | 10,787. | 9,588. |
| Contributions | | 55. | |
| Miscellaneous deductions | | | |
| Other itemized deductions | | | |
| Total deductions | 10,300. | 13,804. | 14,579. |
| **Exemptions** | 9,900. | 10,200. | 10,500. |
| Taxable Income | 69,798. | 58,645. | 69,092. |
| **Tax (2007 - 1040, line 44)** | 10,547. | 8,011. | 9,956. |
| Alternative minimum tax | | | |
| Other taxes | 5,739. | 4,535. | 6,427. |
| **Credits and Payments** | | | |
| Credits | 1,000. | | |
| Withholding | 5,892. | 6,141. | 6,114. |
| EIC and Additional Child Tax Credit | | | |
| Estimated tax payments | 5,400. | 9,350. | 6,400. |
| Other payments | 50. | | |
| Total credits and payments | 12,342. | 15,491. | 12,514. |
| Tax liability after credits | 15,286. | 12,546. | 16,383. |
| Estimated tax penalty | 6. | | 1. |
| **Refund or (Balance Due)** | (3,950.) | 2,945. | (3,870.) |
| Federal marginal tax bracket | 25.0 % | 15.0 % | 25.0 % |
| Tax preparation fee | | | |
| **State refund or (balance due)** | | | |
| 1st resident state refund (balance due) | | | |
| 2nd resident state refund (balance due) | | | |
| 1st part-year state refund (balance due) | | | |
| 2nd part-year state refund (balance due) | | | |
| 1st nonresident state refund (balance due) | | | |
| 2nd nonresident state refund (balance due) | | | |
| 3rd nonresident state refund (balance due) | | | |
| 4th nonresident state refund (balance due) | | | |
| 5th nonresident state refund (balance due) | | | |

**NOTES FOR 2008:**

| US 1040 | Self-Employed Health Insurance and Retirement Plan Worksheet | 2008 |
|---|---|---|

**Name:** CAROL C NELSON  **SSN:**

**Net Profit for These Deductions**

Schedule C [1]   Schedule CEZ [ ]   Schedule F [ ]   1065 K-1 [ ]
The business type or K-1 name you selected is: CLEANING SERVICES

| | | |
|---|---|---|
| 1 | Net profit and any other earned income from the business under which the plan(s) is established | 45,486. |
| 2 | Net profits from all Schedules C, CEZ, F, K-1 (Form 1065), plus any other income allocable to the profitable businesses | 45,486. |
| 3 | Divide line 1 by line 2 | 100.0% |
| 4 | Multiply one-half of the self-employment tax by line 3 | 3,214. |
| 5 | Subtract line 4 from line 1 | 42,272. |

**Self-Employed Health Insurance Deduction**

| | | |
|---|---|---|
| 1 | Do not include any payments for coverage for any month during which the taxpayer was eligible to participate in a health plan subsidized by the taxpayer or the spouse's employer or amounts included on Form 8885. | |
| a | Total amount paid for health insurance .......... 1,233. | |
| b | Long-term care insurance, enter the lesser of the total amount paid or | |
| | $310 - age 40 or less    $3,080 - age 61 to 70 | |
| | $580 - age 41 to 50    $3,850 - age 71 or older | |
| | $1,150 - age 51 to 60 | 1,233. |
| 2 | Percentage used to figure the deduction | 100% |
| 3 | Line 1 times line 2 | 1,233. |
| 4 | Net profit from business from line 5 above | 42,272. |
| 5 | SEP, SIMPLE, and other qualified plans deduction pertaining to this business | 2,000. |
| 6 | Subtract line 5 from line 4 | 40,272. |
| 7 | Wages from S-corporation for more than 2% shareholder and in which the health insurance plan is established | |
| 8 | Amount on Form 2555, line 43, or Form 2555EZ, line 18, attributable to lines 4 or 7 | |
| 9 | Subtract line 8 from line 6 or line 7, whichever applies | 40,272. |
| 10 | **Self-employed health insurance deducted as an adjustment** | 1,233. |
| 11 | This amount transfers to the Schedule A Detail worksheet | |

**SEP-IRA and Keogh Defined Contribution (Profit-Sharing and Money Purchase) Plans**

| | | |
|---|---|---|
| 1 | Percent contributed for employees. If there are no employees, enter the percent written in the plan, maximum 25% 25.00 divided by 1. 2500 = | 20.0000% |
| 2 | Net profit from business from line 5 at the top of this worksheet | 42,272. |
| 3 | Minimum of $46,000, line 2 multiplied by line 1, $230,000 multiplied by line 1 | 8,454. |
| 4 | Elective deferrals made in 2008. | |
| a | Enter allowable elective deferrals made during 2008, but not more than $15,500 | |
| b | Smaller of line 3, $46,000 minus line 4a, line 2 minus line 4a divided by 2 | |
| c | Allowed elective deferral | |
| d | Enter catch-up contributions, if any, but not more than $5,000. Check if the plan allows catch-up contributions [ ] | |
| e | Allowed catch-up contributions | |
| 5 | **Maximum deductible contribution** | 8,454. |
| 6 | Actual amount contributed | 2,000. |

**Simple IRA Plans**

| | | |
|---|---|---|
| 1 | Employer matching contribution percentage, up to 3% of line 3 | % or |
| 2 | Check if using the 2% nonelective contribution, limited to 2% of $230,000 | [ ] |
| 3 | Net profit from business. Multiply line 1 above by .9235 | |
| 4 | Smaller of line 3 or $10,500 plus allowable catch-up contribution of $2,500, if age 50 or older Check if the plan allows catch-up contributions [ ] | |
| 5 | Multiply line 3 by percent on line 1 or by 2%, if line 2 is checked | |
| 6 | **Maximum deductible contribution** | |
| 7 | Actual amount contributed | |

Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.    USWSES$1