# DEC. EXHIBIT FF

| Form 1040 | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** | 2010 | (99) IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|

For the year Jan. 1-Dec. 31, 2010, or other tax year beginning , 2010, ending , 20  OMB No. 1545-0074

| Name, Address, and SSN<br>See separate instructions. | Your first name and initial | Last name NELSON | Your social security number |
|---|---|---|---|
| | If a joint return, spouse's first name and initial CAROL C | Last name NELSON | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Make sure the SSN(s) above and on line 6c are correct. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | |

Presidential Election Campaign ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund ....▶   [ ] You  [ ] Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See Instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a .......
b [X] Spouse .........................
Boxes checked on 6a and 6b: **2**

c Dependents:
(1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) If child under age 17 qualifying for child tax credit (see page 15)

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed .....

| Income | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 30,238 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a .. | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends ......... | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 28,405 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ...... 15a  b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a  b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 10,259 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a  b Taxable amount | 20b | |
| 21 | Other income | 21 | |
| 22 | Combine the amounts in the far right col for lines 7 through 21. This is your **total income** ▶ | 22 | 68,902 |

| Adjusted Gross Income | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 2,007 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 1,000 |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | 2,000 |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 5,007 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 63,895 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    EEA    Form 1040 (2010)

Form 1040 (2010)   CAROL C NELSON   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 63,895 |
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. ☐ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 11,516 |
| | 41 | Subtract line 40 from line 38 | 41 | 52,379 |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | 42 | 7,300 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 45,079 |
| | 44 | Tax (see instructions). Check if any tax is from:  a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 5,924 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 5,924 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | 0 |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 5,924 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | 4,013 |
| | 57 | Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | a ☐ Form(s) W-2, box 9  b ☐ Schedule H  c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | 60 | 9,937 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 4,150 |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | 4,000 |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay credit. Attach Schedule M | 63 | 800 |
| | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885 | 71 | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 8,950 |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 73 | |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | ▶ b | Routing number | | |
| | ▶ d | Account number  ▶c Type: ☐ Checking ☐ Savings | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶ | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 | 998 |
| | 77 | Estimated tax penalty (see instructions)  77 | 11 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ Yes. Complete below.  ☐ No |
| | Designee's name ▶ EDNA M HOROWITZ   Phone no. ▶ 305-852-1456   Personal Identification number (PIN) ▶ 0 4 3 4 2 |
| **Sign Here** Joint return? See page 12. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
| | Your signature: 02299 | Date: 03-28-2011 | Your occupation: CONSTRUCTION | Daytime phone number: |
| | Spouse's signature. If a joint return, both must sign.: 02741 | Date: | Spouse's occupation: CLEANING SERVICE | |
| **Paid Preparer Use Only** | Preparer's signature: EDNA M HOROWITZ | Date: 03-29-2011 | Check ☒ if self-employed | PTIN: |
| | Print/Type preparer's name: EDNA M HOROWITZ | | | |
| | Firm's name ▶ EDNA M HOROWITZ | | Firm's EIN ▶ | |
| | Firm's address ▶ 208 TIDE AVENUE  Tavernier, FL 33070 | | Phone no. 305-852-1456 | |

EEA

Form 1040 (2010)

# SCHEDULE A (Form 1040)

## Itemized Deductions

OMB No. 1545-0074
**2010**
Attachment Sequence No. 07

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040.  ▶ See Instructions for Schedule A (Form 1040).

Name(s) shown on Form 1040: **RONALD C & CAROL C NELSON**

Your social security number: [redacted]

| | | Amount | Total |
|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | |
| 1 | Medical and dental expenses (see instructions) | 1,350 | |
| 2 | Enter amount from Form 1040, line 38 — 63,895 | | |
| 3 | Multiply line 2 by 7.5% (.075) | 4,792 | |
| 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 0 |
| **Taxes You Paid** | | | |
| 5 | State and local (check only one box): a ☐ Income taxes, or   b ☒ General sales taxes | 795 | |
| 6 | Real estate taxes (see instructions) | 2,684 | |
| 7 | New motor vehicle taxes from line 11 of the worksheet on page 2 (for certain vehicles purchased in 2009). Skip this line if you checked box 5b | | |
| 8 | Other taxes. List type and amount ▶ | | |
| 9 | Add lines 5 through 8 | | 3,479 |
| **Interest You Paid** | | | |
| 10 | Home mortgage interest and points reported to you on Form 1098 | 7,877 | |
| 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | | |
| 12 | Points not reported to you on Form 1098. See instructions for special rules | | |
| 13 | Mortgage insurance premiums (see instructions) | | |
| 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | | |
| 15 | Add lines 10 through 14 | | 7,877 |
| **Gifts to Charity** | | | |
| 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 160 | |
| 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | | |
| 18 | Carryover from prior year | | |
| 19 | Add lines 16 through 18 | | 160 |
| **Casualty and Theft Losses** | | | |
| 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | |
| **Job Expenses and Certain Miscellaneous Deductions** | | | |
| 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | | |
| 22 | Tax preparation fees | | |
| 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | | |
| 24 | Add lines 21 through 23 | | |
| 25 | Enter amount from Form 1040, line 38 | | |
| 26 | Multiply line 25 by 2% (.02) | | |
| 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | |
| **Other Miscellaneous Deductions** | | | |
| 28 | Other - from list in instructions. List type and amount ▶ | | |
| **Total Itemized Deductions** | | | |
| 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | 11,516 |
| 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   EEA   Schedule A (Form 1040) 2010

# SCHEDULE C (Form 1040)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.    ▶ See Instructions for Schedule C (Form 1040).

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074
**2010**
Attachment Sequence No. **09**

Name of proprietor: **CAROL C NELSON**
Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): **CLEANING SERVICES**
**B** Enter code from pages C-9, 10, & 11: ▶ **812990**

**C** Business name. If no separate business name, leave blank: **PRO CLEANING SERVICES**
**D** Employer ID number (EIN), if any:

**E** Business address (including suite or room no.) ▶ **22 SEXTON COVE ROAD**
City, town or post office, state, and ZIP code: **KEY LARGO     FL    33037**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses .. [X] Yes [ ] No
**H** If you started or acquired this business during 2010, check here ........ ▶ [ ]

## Part I — Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. [ ] | 83,788 |
| 2 | Returns and allowances | |
| 3 | Subtract line 2 from line 1 | 83,788 |
| 4 | Cost of goods sold (from line 42 on page 2) | 6,066 |
| 5 | Gross profit. Subtract line 4 from line 3 | 77,722 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 77,722 |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | 619 | 18 | Office expense | 648 |
| 9 | Car and truck expenses (see instructions) | 6,960 | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | Other business property | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | | 21 | Repairs and maintenance | 305 |
| | | | 22 | Supplies (not included in Part III) | |
| | | | 23 | Taxes and licenses | 468 |
| | | | 24 | Travel, meals, and entertainment: | |
| | | | 24a | Travel | |
| 14 | Employee benefit programs (other than on line 19) | | 24b | Deductible meals and entertainment (see instructions) | |
| 15 | Insurance (other than health) | 792 | 25 | Utilities | |
| 16 | Interest: | | 26 | Wages (less employment credits) | |
| 16a | Mortgage (paid to banks, etc.) | | 27 | Other expenses (from line 48 on page 2) | 38,835 |
| 16b | Other | | | | |
| 17 | Legal and professional services | 690 | | | |

| | | |
|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | 49,317 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 28,405 |
| 30 | Expenses for business use of your home. Attach Form 8829 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 28,405 |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

For Paperwork Reduction Act Notice, see your tax return instructions.    EEA    Schedule C (Form 1040) 2010

Schedule C (Form 1040) 2010    CLEANING SERVICES 812990                                       Page **2**

Name(s): CAROL C NELSON

SSN: [redacted]

## Part III — Cost of Goods Sold (see instructions)

33. Method(s) used to value closing inventory:  a [X] Cost   b [ ] Lower of cost or market   c [ ] Other (attach explanation)

34. Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ........ [ ] Yes   [X] No

| Line | Description | Amount |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | 6,066 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 6,066 |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 6,066 |

## Part IV — Information on Your Vehicle

Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43. When did you place your vehicle in service for business purposes? (year, month, day) ▶ 1999-08-01

44. Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:

  a  Business  13,920    b  Commuting (see instructions) _____    c  Other _____

45. Was your vehicle available for personal use during off-duty hours? ........ [X] Yes   [ ] No

46. Do you (or your spouse) have another vehicle available for personal use? ........ [X] Yes   [ ] No

47 a  Do you have evidence to support your deduction? ........ [X] Yes   [ ] No

  b  If "Yes," is the evidence written? ........ [X] Yes   [ ] No

## Part V — Other Expenses

List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| COMPUTER EXPENSES | 273 |
| PROPERTY MANAGEMENT EXPEN | 1,701 |
| SUBCONTRACTORS PER 1099S | 34,331 |
| TELEPHONE | 2,530 |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27. | 38,835 |

EEA                                                                                 Schedule C (Form 1040) 2010

Schedule E (Form 1040) 2010                                   Attachment Sequence No. 13        Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1.  | Your social security number
& CAROL C NELSON

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations
**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (e) on line 28 and attach **Form 6198.** See page E-1.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see page E-7 before completing this section.   ☐ Yes   ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | RONALD NELSON HOME IMPROVEMENT LLC | S | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | 4,000 | 14,259 |
| B | | | | | |
| C | | | | | |
| D | | | | | |

29 a Totals                                                                            14,259
   b Totals                                                             4,000
30 Add columns (g) and (j) of line 29a . . . . . . . . . . . . . . . . . . . . . . .    30    14,259
31 Add columns (f), (h), and (i) of line 29b . . . . . . . . . . . . . . . . . . . .    31  ( 4,000 )
32 **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below . . . . . . . . . . . .    32    10,259

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive Income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other Income from Schedule K-1 |
| A | | | | |
| B | | | | |

34 a Totals
   b Totals
35 Add columns (d) and (f) of line 34a . . . . . . . . . . . . . . . . . . . . . . .   35
36 Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . . . . . . . . .   36 (         )
37 **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . . . . . . . . .   37

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-8) | (d) Taxable Income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39 Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . . . . .   39

### Part V — Summary

40 Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . . . . . . . . . . . . .   40
41 **Total income or (loss).** Combine lines 26, 32, 37, 39, & 40. Enter the result here & on Form 1040, ln 17, or Form 1040NR, ln 18 ▶   41   10,259
42 **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see page E-8) . .   42
43 **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-2), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . .   43

EEA                                                                      Schedule E (Form 1040) 2010

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No. 1545-0074 2010 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) ▶ Attach to Form 1040 or Form 1040NR. ▶ See Instructions for Schedule SE (Form 1040). | | Attachment Sequence No. 17 |

Name of person with self-employment income (as shown on Form 1040): CAROL C NELSON

Social security number of person with self-employment income ▶ [redacted]

Before you begin: To determine if you must file Schedule SE, see the instructions on page SE-1.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?

Note. Use this flowchart only if you must file Schedule SE. If unsure, see Who Must File Schedule SE, on page SE-1.



### Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1a Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A .................... | 1a | |
| b If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y .. | 1b | ( ) |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for types of income to report on this line. See page SE-3 for other income to report .................... | 2 | 28,405 |
| 3 Combine lines 1a, 1b, and 2. Subtract from that total the amount on Form 1040, line 29, or Form 1040NR, line 29, and enter the result (see page SE-3) .................... | 3 | 28,405 |
| 4 Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; do not file this schedule unless you have an amount on line 1b ▶ Note. If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see page SE-3. | 4 | 26,232 |
| 5 Self-employment tax. If the amount on line 4 is: • $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56**, or **Form 1040NR, line 54** • More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the total here and on **Form 1040, line 56**, or **Form 1040NR, line 54** .................... | 5 | 4,013 |
| 6 Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.50). Enter the result here and on **Form 1040, line 27**, or **Form 1040NR, line 27** .................... | 6 | 2,007 |

For Paperwork Reduction Act Notice, see your tax return instructions.      EEA      Schedule SE (Form 1040) 2010

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Including Information on Listed Property) ▶ See separate instructions. ▶ Attach to your tax return. | **2010** Attachment Sequence No. **67** |
| Name(s) shown on return ▊▊▊▊▊ & CAROL C NELSON | Business or activity to which this form relates SCHEDULE E PG 2 - 1 | Identifying number ▊▊▊▊▊ |

### Part I  Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---:|
| 1 | Maximum amount (see the instructions) | 1 | 500,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 500,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---:|---:|
| | FROM K1 - RONALD NELSON HOME IMPR | 4,000 | 4,000 |

| | | | |
|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 4,000 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 4,000 |
| 10 | Carryover of disallowed deduction from line 13 of your 2009 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 72,902 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 4,000 |
| 13 | Carryover of disallowed deduction to 2011. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2010 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2010 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2010 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 4,000 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.  EEA  Form **4562** (2010)

| | | |
|---|---|---|
| SCHEDULE M<br>(Form 1040A or 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | **Making Work Pay Credit**<br>▶ Attach to Form 1040A or 1040.    ▶ See separate instructions. | OMB No. 1545-0074<br>**2010**<br>Attachment<br>Sequence No. **166** |
| Name(s) shown on return<br>             & CAROL C NELSON | | Your social security number |

**CAUTION !** To take the making work pay credit, you must include your social security number (if filing a joint return, the number of either you or your spouse) on your tax return. A social security number does not include an identification number issued by the IRS. Only the Social Security Administration issues social security numbers.

**CAUTION !** You cannot take the making work pay credit if you can be claimed as someone else's dependent or if you are a nonresident alien.

**Important:** Check the "No" box on line 1a and see the instructions if:
   (a) You have a net loss from a business,
   (b) You received a taxable scholarship or fellowship grant not reported on a Form W-2,
   (c) Your wages include pay for work performed while an inmate in a penal institution,
   (d) You received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or
   (e) You are filing Form 2555 or 2555-EZ.

1a  Do you (& your spouse if filing jointly) have 2010 wages of more than $6,451 ($12,903 if married filing jointly)?
    ☒ **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
    ☐ **No.** Enter your earned income (see instructions) . . . . . . . . . . . 1a

  b  Nontaxable combat pay included on line 1a
    (see instructions) . . . . . . . . . . . . . . 1b

2  Multiply line 1a by 6.2% (.062) . . . . . . . . . . . . . . . . . . . . . . . . . 2

3  Enter $400 ($800 if married filing jointly) . . . . . . . . . . . . . . . . . . . 3

4  Enter the smaller of line 2 or line 3 (unless you checked "Yes" on line 1a) . . . . . . . . . . . . . . . . . . 4     800

5  Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . . . . . 5     63,895

6  Enter $75,000 ($150,000 if married filing jointly) . . . . . . . . . . . . . 6     150,000

7  Is the amount on line 5 more than the amount on line 6?
    ☒ **No.** Skip line 8. Enter the amount from line 4 on line 9 below.
    ☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . 7

8  Multiply line 7 by 2% (.02) . . . . . . . . . . . . . . . . . . . . . . . . . . 8

9  Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . 9     800

10  Did you (or your spouse, if filing jointly) receive an economic recovery payment in **2010**? You may have received this payment in 2010 if you did not receive an economic recovery payment in 2009 but you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits in November 2008, December 2008, or January 2009 (see instructions).
    ☒ **No.** Enter -0- on line 10 and go to line 11.
    ☐ **Yes.** Enter the total of the payments you (and your spouse, if filing jointly) received in **2010**. Do not enter more than $250 ($500 if married filing jointly) . . . . . . . . . . . . . . . . . . . . . . 10     0

11  **Making work pay credit.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter the result here and on Form 1040, line 63; or Form 1040A, line 40 . . . . . . . . . . . . . . . . . . . . . . . . 11     800

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

**For Paperwork Reduction Act Notice, see your tax return instructions.**     EEA     Schedule M (Form 1040A or 1040) 2010

# Representative Authorization Form

*Carol Nelson Pro cleaning  22 Sexton Cove Road, Key Largo, FL. 33037*

Carol Nelson Pro cleaning        GCCF Claim # ■■■06         EIN # ■■■

May 18, 2012

To whom it may concern:

This letter will confirm that I am authorizing William A. Becker from William A. Becker Consulting, LLC. To act as my representative in regards to my claim.

GCCF Claimant #      ■■■06

This authorization extends to any future verbal, faxed, electronic, or email responses and or revisions and editions of my claim, as well as any and all GCCF requests and or responses .

Sincerely,

*Carol Nelson* (signature)
_____
Carol Nelson