# DEC. EXHIBIT GG

## P & L from Schedule C Activity
## Monthly for 2008

For CAROL C NELSON  
DWH # 100033620

Prepared 10/4/2012

| From Schedule C | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 11,555 | 14,359 | 17,055 | 11,892 | 10,472 | 9,184 | 9,966 | 7,583 | 3,563 | 6,716 | 8,209 | 9,810 | 120,363 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 11,555 | 14,359 | 17,055 | 11,892 | 10,472 | 9,184 | 9,966 | 7,583 | 3,563 | 6,716 | 8,209 | 9,810 | 120,363 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | 708 | 879 | 1,045 | 728 | 641 | 562 | 610 | 464 | 218 | 411 | 503 | 601 | 7,372 |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | 708 | 879 | 1,045 | 728 | 641 | 562 | 610 | 464 | 218 | 411 | 503 | 601 | 7,372 |
| **Gross Profit** | 10,847 | 13,480 | 16,011 | 11,164 | 9,830 | 8,621 | 9,356 | 7,118 | 3,345 | 6,305 | 7,706 | 9,209 | 112,991 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 255 |
| Car and truck expenses | 1,570 | 1,952 | 2,318 | 1,616 | 1,423 | 1,248 | 1,355 | 1,031 | 484 | 913 | 1,116 | 1,333 | 16,359 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 716 |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 1,235 |
| Office Expense | 57 | 71 | 84 | 58 | 51 | 45 | 49 | 37 | 17 | 33 | 40 | 48 | 591 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maint. | 97 | 121 | 144 | 100 | 88 | 77 | 84 | 64 | 30 | 57 | 69 | 83 | 1,015 |
| Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and License | 42 | 53 | 63 | 44 | 38 | 34 | 37 | 28 | 13 | 25 | 30 | 36 | 442 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 4,502 | 5,594 | 6,645 | 4,633 | 4,080 | 3,578 | 3,883 | 2,954 | 1,388 | 2,617 | 3,198 | 3,822 | 46,892 |
| **Total Expenses** | 6,453 | 7,974 | 9,437 | 6,635 | 5,865 | 5,166 | 5,591 | 4,298 | 2,117 | 3,828 | 4,637 | 5,506 | 67,505 |
| **Net Profit** | 4,395 | 5,506 | 6,574 | 4,528 | 3,965 | 3,455 | 3,765 | 2,821 | 1,228 | 2,477 | 3,069 | 3,703 | 45,486 |

# P & L from Schedule C Activity
## Monthly for 2009

**For CAROL C NELSON**  **DWH # 100033620**

Prepared 10/4/2012

| From Schedule C | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 8,336 | 9,205 | 10,221 | 8,713 | 7,114 | 6,754 | 7,614 | 5,934 | 3,811 | 3,934 | 4,467 | 5,860 | 81,964 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue (Sales)** | 8,336 | 9,205 | 10,221 | 8,713 | 7,114 | 6,754 | 7,614 | 5,934 | 3,811 | 3,934 | 4,467 | 5,860 | 81,964 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 8,336 | 9,205 | 10,221 | 8,713 | 7,114 | 6,754 | 7,614 | 5,934 | 3,811 | 3,934 | 4,467 | 5,860 | 81,964 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 365 |
| Car and truck expenses | 989 | 1,092 | 1,212 | 1,034 | 844 | 801 | 903 | 704 | 452 | 467 | 530 | 695 | 9,723 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 2,339 |
| **Interest** | | | | | | | | | | | | | |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 1,710 |
| Office Expense | 113 | 124 | 138 | 118 | 96 | 91 | 103 | 80 | 52 | 53 | 60 | 79 | 1,108 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | - |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maint. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplies | 695 | 767 | 852 | 726 | 593 | 563 | 635 | 495 | 318 | 328 | 372 | 489 | 6,833 |
| Taxes and License | 62 | 69 | 76 | 65 | 53 | 51 | 57 | 44 | 29 | 29 | 33 | 44 | 613 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 3,764 | 4,157 | 4,616 | 3,935 | 3,213 | 3,050 | 3,439 | 2,680 | 1,721 | 1,777 | 2,017 | 2,647 | 37,014 |
| **Total Expenses** | 5,991 | 6,577 | 7,263 | 6,245 | 5,167 | 4,924 | 5,504 | 4,371 | 2,939 | 3,022 | 3,381 | 4,321 | 59,705 |
| **Net Profit** | 2,345 | 2,628 | 2,958 | 2,468 | 1,947 | 1,830 | 2,110 | 1,563 | 872 | 912 | 1,086 | 1,539 | 22,259 |

# P & L from Schedule C Activity
## Monthly for 2010

For CAROL C NELSON                                                                                  DWH # 100033620

Prepared 10/4/2012

| From Schedule C | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | YEARLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue (Sales)** | | | | | | | | | | | | | |
| Gross receipts or sales | 10,784 | 12,325 | 14,210 | 11,630 | 7,189 | 4,600 | 3,678 | 2,581 | 2,866 | 3,854 | 4,206 | 5,865 | 83,788 |
| Returns and allowances | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | - |
| **Total Revenue (Sales)** | 10,784 | 12,325 | 14,210 | 11,630 | 7,189 | 4,600 | 3,678 | 2,581 | 2,866 | 3,854 | 4,206 | 5,865 | 83,788 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of labor. Do not include any amounts paid to yourself | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Materials and supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Goods** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit** | 10,784 | 12,325 | 14,210 | 11,630 | 7,189 | 4,600 | 3,678 | 2,581 | 2,866 | 3,854 | 4,206 | 5,865 | 83,788 |
| **Expenses** | | | | | | | | | | | | | |
| Advertising | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 52 | 619 |
| Car and truck expenses | 896 | 1,024 | 1,180 | 966 | 597 | 382 | 306 | 214 | 238 | 320 | 349 | 487 | 6,960 |
| Commissions and fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract labor | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depletion | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and section 179 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee benefit programs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 66 | 66 | 66 | 66 | 66 | 66 | 66 | 66 | 66 | 66 | 66 | 66 | 792 |
| **Interest** | | | | | | | | | | | | | - |
| Mortgage | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal and professional Services | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 690 |
| Office Expense | 83 | 95 | 110 | 90 | 56 | 36 | 28 | 20 | 22 | 30 | 33 | 45 | 648 |
| Pension or Profit Sharing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Rent or Lease** | | | | | | | | | | | | | |
| Vehicle, Machinery | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Business | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maint. | 39 | 45 | 52 | 42 | 26 | 17 | 13 | 9 | 10 | 14 | 15 | 21 | 305 |
| Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes and License | 60 | 69 | 79 | 65 | 40 | 26 | 21 | 14 | 16 | 22 | 23 | 33 | 468 |
| **Travel and Meals** | | | | | | | | | | | | | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deductible Meals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Expenses | 4,998 | 5,713 | 6,586 | 5,390 | 3,332 | 2,132 | 1,705 | 1,196 | 1,328 | 1,786 | 1,950 | 2,718 | 38,835 |
| **Total Expenses** | 6,252 | 7,121 | 8,183 | 6,729 | 4,226 | 2,767 | 2,248 | 1,629 | 1,790 | 2,347 | 2,545 | 3,480 | 49,317 |
| **Net Profit** | 4,532 | 5,205 | 6,028 | 4,901 | 2,963 | 1,833 | 1,430 | 951 | 1,076 | 1,507 | 1,661 | 2,385 | 34,471 |