# DEC. EXHIBIT HH

1:23 PM
12/15/15
Cash Basis

# Carol Nelson Pro Cleaning Service
## Profit & Loss
### January through December 2008

|  | Jan 08 | Feb 08 | Mar 08 | Apr 08 | May 08 | Jun 08 | Jul 08 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Services | 10,320.00 | 10,988.00 | 8,775.00 | 11,070.00 | 7,865.00 | 7,900.16 | 5,245.00 |
| **Total Income** | 10,320.00 | 10,988.00 | 8,775.00 | 11,070.00 | 7,865.00 | 7,900.16 | 5,245.00 |
| **Expense** | | | | | | | |
| Advertising | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Automobile Expense | 370.43 | 335.50 | 753.24 | 400.01 | 834.53 | 756.85 | 290.53 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Contract Labor | 4,247.95 | 5,799.00 | 4,398.00 | 5,807.00 | 3,051.00 | 4,156.26 | 1,169.00 |
| Insurance | 79.22 | 0.00 | 0.00 | 290.00 | 0.00 | 0.00 | 0.00 |
| Licenses and Permits | 38.76 | 25.00 | 15.00 | 15.00 | 0.00 | 205.00 | 0.00 |
| Office Supplies | 16.50 | 0.00 | 131.15 | 32.27 | 23.09 | 62.89 | 17.73 |
| Postage and Delivery | 208.88 | 34.75 | 6.73 | 76.05 | 8.45 | 55.16 | 19.91 |
| Printing and Reproduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 135.00 | 0.00 | 60.00 | 500.00 | 120.00 | 60.00 | 60.00 |
| Repairs | 132.00 | 0.00 | 0.00 | 28.00 | 26.83 | 428.43 | 0.00 |
| Supplies & Materials | 664.99 | 319.13 | 746.66 | 950.83 | 378.12 | 318.96 | 285.00 |
| Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone | 174.15 | 94.39 | 80.41 | 282.12 | 167.97 | 176.27 | 249.67 |
| **Total Expense** | 6,067.88 | 6,607.77 | 6,191.19 | 8,381.28 | 4,609.99 | 6,219.82 | 2,091.84 |
| **Net Ordinary Income** | 4,252.12 | 4,380.23 | 2,583.81 | 2,688.72 | 3,255.01 | 1,680.34 | 3,153.16 |
| **Other Income/Expense** | | | | | | | |
| **Other Expense** | | | | | | | |
| ChildCare | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 |
| Health Insurance | 0.00 | 0.00 | 357.00 | 0.00 | 0.00 | 456.00 | 0.00 |
| **Total Other Expense** | 0.00 | 0.00 | 357.00 | 0.00 | 0.00 | 596.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | -357.00 | 0.00 | 0.00 | -596.00 | 0.00 |
| **Net Income** | **4,252.12** | **4,380.23** | **2,226.81** | **2,688.72** | **3,255.01** | **1,084.34** | **3,153.16** |

1:23 PM
12/15/15
Cash Basis

# Carol Nelson Pro Cleaning Service
## Profit & Loss
### January through December 2008

|  | Aug 08 | Sep 08 | Oct 08 | Nov 08 | Dec 08 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Sales | 0.00 | 0.00 | 0.00 | 8,830.00 | 8,895.00 | 17,725.00 |
| Services | 20,430.00 | 9,080.00 | 10,965.00 | 0.00 | 0.00 | 102,638.16 |
| **Total Income** | 20,430.00 | 9,080.00 | 10,965.00 | 8,830.00 | 8,895.00 | 120,363.16 |
| **Expense** | | | | | | |
| Advertising | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| Automobile Expense | 552.90 | 705.03 | 205.03 | 467.18 | 765.11 | 6,436.34 |
| Bank Service Charges | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| Contract Labor | 2,251.00 | 4,120.00 | 2,944.50 | 3,088.50 | 2,580.50 | 43,612.71 |
| Insurance | 122.32 | 122.32 | 102.32 | 0.00 | 0.00 | 716.18 |
| Licenses and Permits | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 323.76 |
| Office Supplies | 34.39 | 3.21 | 178.97 | 38.68 | 51.91 | 590.79 |
| Postage and Delivery | 15.00 | 45.04 | 58.03 | 0.00 | 44.63 | 572.63 |
| Printing and Reproduction | 0.00 | 0.00 | 274.13 | 140.00 | 135.00 | 549.13 |
| Professional Fees | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 1,235.00 |
| Repairs | 0.00 | 105.00 | 0.00 | 115.00 | 180.00 | 1,015.26 |
| Supplies & Materials | 432.11 | 708.20 | 963.40 | 697.43 | 907.30 | 7,372.13 |
| Taxes | 0.00 | 25.00 | 92.50 | 0.00 | 0.00 | 117.50 |
| Telephone | 75.78 | 313.79 | 239.26 | 111.57 | 176.86 | 2,142.24 |
| **Total Expense** | 3,558.50 | 6,207.59 | 5,143.14 | 4,793.36 | 4,901.31 | 64,773.67 |
| **Net Ordinary Income** | 16,871.50 | 2,872.41 | 5,821.86 | 4,036.64 | 3,993.69 | 55,589.49 |
| **Other Income/Expense** | | | | | | |
| **Other Expense** | | | | | | |
| ChildCare | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 180.00 |
| Health Insurance | 0.00 | 420.00 | 0.00 | 0.00 | 0.00 | 1,233.00 |
| **Total Other Expense** | 0.00 | 420.00 | 0.00 | 40.00 | 0.00 | 1,413.00 |
| **Net Other Income** | 0.00 | -420.00 | 0.00 | -40.00 | 0.00 | -1,413.00 |
| **Net Income** | **16,871.50** | **2,452.41** | **5,821.86** | **3,996.64** | **3,993.69** | **54,176.49** |