# DEC. EXHIBIT II

1:24 PM
12/15/15
Cash Basis

# Carol Nelson Pro Cleaning Service
## Profit & Loss
### January through December 2009

|  | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Services | 9,031.50 | 7,370.00 | 8,450.00 | 9,210.00 | 5,135.00 | 6,480.00 | 4,885.00 |
| **Total Income** | 9,031.50 | 7,370.00 | 8,450.00 | 9,210.00 | 5,135.00 | 6,480.00 | 4,885.00 |
| **Expense** | | | | | | | |
| Advertising | 0.00 | 0.00 | 75.00 | 0.00 | 90.00 | 0.00 | 0.00 |
| Automobile Expense | 1,295.03 | 398.03 | 406.72 | 600.34 | 612.13 | 1,074.00 | 578.51 |
| Contract Labor | 2,447.00 | 3,226.00 | 3,965.50 | 3,381.00 | 2,518.00 | 2,055.84 | 815.00 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 340.62 | 285.90 | 0.00 | 340.62 | 272.99 |
| Licenses and Permits | 60.00 | 25.00 | 0.00 | 35.00 | 0.00 | 35.00 | 180.00 |
| Office Supplies | 104.21 | 12.88 | 17.18 | 19.66 | 0.00 | 88.97 | 19.66 |
| Postage and Delivery | 78.02 | 0.00 | 80.55 | 147.63 | 90.04 | 48.28 | 36.65 |
| Professional Fees | 0.00 | 210.00 | 400.00 | 580.00 | 65.00 | 65.00 | 65.00 |
| Prop. Management Expense | 485.00 | 200.00 | 0.00 | 185.00 | 0.00 | 150.00 | 150.00 |
| Repairs | 100.00 | 100.00 | 0.00 | 0.00 | 120.00 | 26.87 | 5.35 |
| Supplies & Materials | 585.46 | 592.11 | 929.58 | 707.63 | 404.90 | 662.01 | 279.05 |
| Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.07 | 25.00 |
| Telephone | 175.93 | 166.95 | 179.79 | 187.12 | 223.86 | 317.19 | 220.00 |
| **Total Expense** | 5,330.65 | 4,930.97 | 6,394.94 | 6,129.28 | 4,123.93 | 5,074.85 | 2,647.21 |
| **Net Ordinary Income** | 3,700.85 | 2,439.03 | 2,055.06 | 3,080.72 | 1,011.07 | 1,405.15 | 2,237.79 |
| **Other Income/Expense** | | | | | | | |
| **Other Expense** | | | | | | | |
| ChildCare | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Insurance | 420.00 | 0.00 | 0.00 | 193.00 | 0.00 | 0.00 | 315.00 |
| **Total Other Expense** | 420.00 | 0.00 | 350.00 | 193.00 | 0.00 | 0.00 | 315.00 |
| **Net Other Income** | -420.00 | 0.00 | -350.00 | -193.00 | 0.00 | 0.00 | -315.00 |
| **Net Income** | 3,280.85 | 2,439.03 | 1,705.06 | 2,887.72 | 1,011.07 | 1,405.15 | 1,922.79 |

1:24 PM
12/15/15
Cash Basis

# Carol Nelson Pro Cleaning Service
## Profit & Loss
### January through December 2009

|  | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | TOTAL |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Services | 4,685.00 | 3,987.00 | 6,975.00 | 7,810.00 | 7,945.00 | 81,963.50 |
| **Total Income** | 4,685.00 | 3,987.00 | 6,975.00 | 7,810.00 | 7,945.00 | 81,963.50 |
| **Expense** | | | | | | |
| Advertising | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| Automobile Expense | 696.00 | 370.38 | 616.00 | 660.00 | 1,359.19 | 8,666.33 |
| Contract Labor | 1,675.00 | 2,060.00 | 3,211.00 | 2,831.00 | 3,254.00 | 31,439.34 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Insurance | 84.00 | 423.94 | 83.32 | 83.32 | 423.94 | 2,338.65 |
| Licenses and Permits | 25.00 | 0.00 | 60.00 | 17.00 | 0.00 | 437.00 |
| Office Supplies | 33.30 | 42.99 | 106.84 | 481.78 | 231.02 | 1,158.49 |
| Postage and Delivery | 53.75 | 43.39 | 27.36 | 16.70 | 106.97 | 729.34 |
| Professional Fees | 65.00 | 65.00 | 0.00 | 130.00 | 65.00 | 1,710.00 |
| Prop. Management Expense | 0.00 | 0.00 | 200.00 | 0.00 | 376.00 | 1,746.00 |
| Repairs | 120.00 | 0.00 | 292.57 | 0.00 | 0.00 | 764.79 |
| Supplies & Materials | 570.00 | 475.98 | 308.63 | 589.75 | 727.66 | 6,832.76 |
| Taxes | 0.00 | 0.00 | 140.00 | 0.00 | 0.00 | 176.07 |
| Telephone | 217.02 | 217.59 | 0.00 | 343.89 | 345.14 | 2,594.48 |
| **Total Expense** | 3,539.07 | 3,699.27 | 5,045.72 | 5,153.44 | 6,888.92 | 58,958.25 |
| **Net Ordinary Income** | 1,145.93 | 287.73 | 1,929.28 | 2,656.56 | 1,056.08 | 23,005.25 |
| **Other Income/Expense** | | | | | | |
| **Other Expense** | | | | | | |
| ChildCare | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| Health Insurance | 315.00 | 0.00 | 321.00 | 0.00 | 0.00 | 1,564.00 |
| **Total Other Expense** | 315.00 | 0.00 | 321.00 | 0.00 | 0.00 | 1,914.00 |
| **Net Other Income** | -315.00 | 0.00 | -321.00 | 0.00 | 0.00 | -1,914.00 |
| **Net Income** | 830.93 | 287.73 | 1,608.28 | 2,656.56 | 1,056.08 | 21,091.25 |