# DEC. EXHIBIT JJ

1:25 PM
12/15/15
Cash Basis

# Carol Nelson Pro Cleaning Service
## Profit & Loss
### January through December 2010

|  | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Services | 6,600.00 | 5,610.00 | 8,605.00 | 6,080.00 | 6,478.00 | 5,445.00 | 6,950.00 |
| **Total Income** | 6,600.00 | 5,610.00 | 8,605.00 | 6,080.00 | 6,478.00 | 5,445.00 | 6,950.00 |
| **Expense** | | | | | | | |
| Advertising | 0.00 | 96.75 | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Automobile Expense | 545.43 | 437.66 | 704.85 | 629.00 | 542.00 | 324.00 | 397.14 |
| Contract Labor | 3,319.50 | 4,178.00 | 3,266.69 | 3,606.00 | 2,305.00 | 2,174.00 | 2,521.00 |
| Insurance | 70.00 | 0.00 | 0.00 | 285.90 | 0.00 | 176.64 | 83.22 |
| Licenses and Permits | 22.00 | 27.00 | 0.00 | 6.00 | 18.00 | 161.00 | 0.00 |
| Office Supplies | 42.41 | 0.00 | 0.00 | 22.09 | 21.36 | 16.11 | 30.00 |
| Postage and Delivery | 75.14 | 10.50 | 22.39 | 89.40 | 10.65 | 115.62 | 17.60 |
| Printing and Reproduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 65.00 | 65.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Repairs | 0.00 | 100.00 | 74.16 | 0.00 | 0.00 | 125.00 | 231.00 |
| Supplies & Materials | 414.82 | 414.12 | 627.62 | 443.58 | 209.58 | 308.50 | 313.31 |
| Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone | 261.54 | 250.99 | 250.69 | 250.99 | 216.24 | 87.07 | 277.09 |
| Utilities | 0.00 | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 4,815.84 | 5,635.02 | 5,421.40 | 5,387.96 | 3,377.83 | 3,542.94 | 3,925.36 |
| **Net Ordinary Income** | 1,784.16 | -25.02 | 3,183.60 | 692.04 | 3,100.17 | 1,902.06 | 3,024.64 |
| **Other Income/Expense** | | | | | | | |
| **Other Expense** | | | | | | | |
| Health Insurance | 321.00 | 0.00 | 0.00 | 321.00 | 0.00 | 321.00 | 0.00 |
| **Total Other Expense** | 321.00 | 0.00 | 0.00 | 321.00 | 0.00 | 321.00 | 0.00 |
| **Net Other Income** | -321.00 | 0.00 | 0.00 | -321.00 | 0.00 | -321.00 | 0.00 |
| **Net Income** | **1,463.16** | **-25.02** | **3,183.60** | **371.04** | **3,100.17** | **1,581.06** | **3,024.64** |

1:25 PM
12/15/15
Cash Basis

# Carol Nelson Pro Cleaning Service
## Profit & Loss
### January through December 2010

|  | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Services | 6,147.50 | 8,040.00 | 7,187.00 | 9,365.00 | 7,280.00 | 83,787.50 |
| **Total Income** | 6,147.50 | 8,040.00 | 7,187.00 | 9,365.00 | 7,280.00 | 83,787.50 |
| **Expense** | | | | | | |
| Advertising | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 516.75 |
| Automobile Expense | 353.39 | 680.39 | 706.00 | 518.87 | 537.77 | 6,376.50 |
| Contract Labor | 1,836.00 | 2,655.00 | 3,149.75 | 3,498.00 | 3,522.50 | 36,031.44 |
| Insurance | 83.32 | 83.32 | 10.00 | 0.00 | 0.00 | 792.40 |
| Licenses and Permits | 39.00 | 0.00 | 65.00 | 0.00 | 34.00 | 372.00 |
| Office Supplies | 22.37 | 0.00 | 0.00 | 40.40 | 0.00 | 194.74 |
| Postage and Delivery | 5.60 | 38.74 | 8.80 | 0.00 | 58.93 | 453.37 |
| Printing and Reproduction | 0.00 | 0.00 | 102.65 | 0.00 | 0.00 | 102.65 |
| Professional Fees | 55.00 | 110.00 | 55.00 | 65.00 | 0.00 | 690.00 |
| Repairs | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 578.16 |
| Supplies & Materials | 317.89 | 592.11 | 739.26 | 1,023.27 | 662.77 | 6,066.83 |
| Taxes | 25.00 | 71.35 | 0.00 | 0.00 | 0.00 | 96.35 |
| Telephone | 131.00 | 246.00 | 90.78 | 114.00 | 353.44 | 2,529.83 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 |
| **Total Expense** | 2,916.57 | 4,476.91 | 4,927.24 | 5,259.54 | 5,169.41 | 54,856.02 |
| **Net Ordinary Income** | 3,230.93 | 3,563.09 | 2,259.76 | 4,105.46 | 2,110.59 | 28,931.48 |
| **Other Income/Expense** | | | | | | |
| **Other Expense** | | | | | | |
| Health Insurance | 0.00 | 387.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| **Total Other Expense** | 0.00 | 387.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| **Net Other Income** | 0.00 | -387.00 | 0.00 | 0.00 | 0.00 | -1,350.00 |
| **Net Income** | **3,230.93** | **3,176.09** | **2,259.76** | **4,105.46** | **2,110.59** | **27,581.48** |