# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Filing Applies to: | * | JUDGE BARBIER |
| Case No. 12-970 and | * | |
| Claimant ID 100291578 and | * | |
| Claim Nos. 431718, 431719, 431720 | * | MAGISTRATE JUDGE |
| 431721, 431722 and 431723 | * | WILKINSON |

## ORDER

Considering the foregoing Request for Discretionary Review filed on behalf of Claimant 100291578 regarding Claims 431718, 431719, 431720, 431721, 431722 and 431723,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the above claims are hereby deemed timely filed and are remanded to Claims Administrator for the Deepwater Horizon Economic Claims Center a/k/a the Court Supervised Settlement Program with instructions to process them accordingly.

**IT IS FURTHER ORDERED** that, in the event such claims are deemed ineligible for any reason, the Claims Administrator shall provide the Claimant all rights of review provided by the Settlement Agreement, including Re-Review, Reconsideration, and/or Appeal.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Honorable Carl Barbier, USDJ