

# ELIGIBILITY NOTICE
## DATE OF NOTICE: July 8, 2016
### DEADLINE FOR RE-REVIEW OR RECONSIDERATION REQUEST: August 8, 2016

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>■■■■■■■■■■■■ | First | Middle |
| **Claimant ID** | 100291578 | **Claim ID** | 311910 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Meade Law LLC | | |
| **Parcel Address** | Street<br>7399 old plots | | Parish/County<br>St. Bernard |
| | City<br>St. Bernard | State<br>LA | Zip Code |
| **Property Tax Assessment ID** | 739900010850 | **Lot Description** | S/2 Section 15 T11S R19E |

## II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). The following provides a breakdown of the factors relevant to your payment. See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| 1. | Compensation Amount: | ■■■ |
| 2. | Risk Transfer Premium Amount: | ■■■ |
| 3. | Less Prior Spill-Related Payments: | $0.00 |
| 4. | Total Compensation Amount: This is the amount after your Claimant Period of Ownership and Percentage are applied. | ■■■ |
| 5. | 40% of Prior Transition Offer, if Applicable: | N/A |
| 6. | Award Amount: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | ■■■ |