

John Meade <jameade@meadelawllc.com>

## RE: BP Wetlands Claim

**Nikeita Ashe** <nashe@dhecc.com>  Mon, Jul 11, 2016 at 2:48 PM
To: John Meade <jameade@meadelawllc.com>

John,

Please see the additional information that I received regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Please let me know if you have any additional questions or concerns.

St. Bernard Parish Tax Assessment 739900010850 contains nine additional eligible lots under the terms of Policy 443. We have granted the firm relation back privileges to submit additional claims. Please note that you will have 30 days to submit 9 additional Wetlands Real Property Claim Forms for the following lots associated with St Bernard Tax Assessment 739900010850:

1. Section 22 T11S R19E
2. Section 27 T11S R19E
3. N/2 Section 34 T11S R19E
4. S/2 of NW/4 Section 23 T11S R19E
5. SW/4 Section 23 T11S R19E
6. W/2 of NE/4 Section 26 T11S R19E
7. W/2 Section 26 T11S R19E
8. W/2 of NE/4 Section 35 T11S R19E
9. NW/4 Section 35 T11S R19E

If you submit more claims than those outlined above, we will close them as untimely.

Thanks,
Nikeita

**From:** Nikeita Ashe
**Sent:** Monday, July 11, 2016 10:03 AM
**To:** 'John Meade'
**Subject:** RE: BP Wetlands Claim

John,

I received confirmation that the mapping experts reviewed this claim pursuant to Policy 443 regarding multiple lots aggregated under a single tax assessment. If you look in Section A of the Explanation of Claim Attachment on page 5