

John Meade <jameade@meadelawllc.com>

## RE: BP Wetlands Claim

**Nikeita Ashe** <nashe@dhecc.com>  Tue, Jul 26, 2016 at 2:38 PM
To: John Meade <jameade@meadelawllc.com>

John,

The reviewer noted that you submitted 6 more claims today for this claimant, which I have listed below.

| Claim ID | Tax Assessment ID from Claim Form | Other Description on Claim Form |
|---|---|---|
| 431718 | 739900010850 | All land in Section 28, T11S, R19E, comprising 640 acres. |
| 431719 | 739900010850 | All land in North 1/2 of Section 33, T11S, R19E, comprising 320 acres. |
| 431720 | 739900010850 | All land in East 1/2 of Section 21, T11S, R19E, comprising 320 acres. |
| 431721 | 739900010850 | All land in South-West 1/4 of Section 21, T11S, R19E, comprising 160 acres. |
| 431722 | 739900010850 | All land in East 1/2 of North-West 1/4 of Section 21, T11S, R19E, comprising 80 acres. |
| 431723 | 739900010850 | All land in South 1/2 of North-East 1/4 of Section 15, T11S, R19E, comprising 80 acres. |

The lots described in the Other Description field were not listed in the original 9 lots granted Relation Back on 7/11/16. Do you have proof that these Lots should be within the Wetlands Claim Zone?  If you do not have such proof, these are unapproved claims and we must close them as untimely submissions.

Thanks,

Nikeita