

| | | | |
|---|---|---|---|
| | **UNTIMELY FILED CLAIM CLOSURE NOTICE** | | |
| | **DATE OF NOTICE:** August 1, 2016 | | |
| | **I. CLAIMANT AND CLAIM INFORMATION** | | |
| **Claimant Name** | Last/Name of Business<br>Bayou Johnson Oyster Company | First | Middle |
| **Claimant ID** | 100291578 | **Claim ID** | 431718 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Meade Law LLC | | |
| | **II. EXPLANATION** | | |
| This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I untimely because it was submitted or postmarked after the June 8, 2015 Claim Form Filing Deadline or more than 180 days after you received your first payment from the Settlement Program. Pursuant to Section 4.4.8 of the Settlement Agreement, you have 180 days from the date we mail or wire your initial payment to submit any additional claims you wish to pursue. Because this claim was submitted untimely, we have closed the claim. | | | |
| | **III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** | | |
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. | | | |



# UNTIMELY FILED CLAIM CLOSURE NOTICE

## DATE OF NOTICE: August 1, 2016

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>Bayou Johnson Oyster Company | First | Middle |
| **Claimant ID** | 100291578 | **Claim ID** | 431719 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Meade Law LLC | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I untimely because it was submitted or postmarked after the June 8, 2015 Claim Form Filing Deadline or more than 180 days after you received your first payment from the Settlement Program. Pursuant to Section 4.4.8 of the Settlement Agreement, you have 180 days from the date we mail or wire your initial payment to submit any additional claims you wish to pursue. Because this claim was submitted untimely, we have closed the claim.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.



| | UNTIMELY FILED CLAIM CLOSURE NOTICE | | |
|---|---|---|---|
| | DATE OF NOTICE: August 1, 2016 | | |
| | **I. CLAIMANT AND CLAIM INFORMATION** | | |
| **Claimant Name** | Last/Name of Business<br>Bayou Johnson Oyster Company | First | Middle |
| **Claimant ID** | 100291578 | **Claim ID** | 431720 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Meade Law LLC | | |
| | **II. EXPLANATION** | | |
| This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I untimely because it was submitted or postmarked after the June 8, 2015 Claim Form Filing Deadline or more than 180 days after you received your first payment from the Settlement Program. Pursuant to Section 4.4.8 of the Settlement Agreement, you have 180 days from the date we mail or wire your initial payment to submit any additional claims you wish to pursue. Because this claim was submitted untimely, we have closed the claim. | | | |
| | **III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** | | |
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. | | | |



# UNTIMELY FILED CLAIM CLOSURE NOTICE

### DATE OF NOTICE: August 1, 2016

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>Bayou Johnson Oyster Company | First | Middle |
| **Claimant ID** | 100291578 | **Claim ID** | 431721 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Meade Law LLC | | |

## II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I untimely because it was submitted or postmarked after the June 8, 2015 Claim Form Filing Deadline or more than 180 days after you received your first payment from the Settlement Program. Pursuant to Section 4.4.8 of the Settlement Agreement, you have 180 days from the date we mail or wire your initial payment to submit any additional claims you wish to pursue. Because this claim was submitted untimely, we have closed the claim.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.



# UNTIMELY FILED CLAIM CLOSURE NOTICE

### DATE OF NOTICE: August 1, 2016

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business<br>Bayou Johnson Oyster Company | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100291578 | **Claim ID** | 431722 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Meade Law LLC | | |

## II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I untimely because it was submitted or postmarked after the June 8, 2015 Claim Form Filing Deadline or more than 180 days after you received your first payment from the Settlement Program. Pursuant to Section 4.4.8 of the Settlement Agreement, you have 180 days from the date we mail or wire your initial payment to submit any additional claims you wish to pursue. Because this claim was submitted untimely, we have closed the claim.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

Case 2:10-md-02179-CJB-DPC   Document 21944-7   Filed 11/30/16   Page 6 of 6



# UNTIMELY FILED CLAIM CLOSURE NOTICE

### DATE OF NOTICE: August 1, 2016

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business<br>Bayou Johnson Oyster Company | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100291578 | **Claim ID** | 431723 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Meade Law LLC | | |

## II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). You submitted the claim identified in Section I untimely because it was submitted or postmarked after the June 8, 2015 Claim Form Filing Deadline or more than 180 days after you received your first payment from the Settlement Program. Pursuant to Section 4.4.8 of the Settlement Agreement, you have 180 days from the date we mail or wire your initial payment to submit any additional claims you wish to pursue. Because this claim was submitted untimely, we have closed the claim.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

GEN-24　　　**WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**　　　Claimant ID: 100291578

Page 1 of 1　　　Claim ID: 431723