UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: "J" |
| | * | |
| | * | |
| This Document Applies to: | * | JUDGE BARRIER |
| | * | MAG. JUDGE WILKINSON |
| No. 12-970 | * | |

**MOTION TO MODIFY (A) FEBRUARY 26, 2015 ORDER CONCERNING THE SPECIAL MASTER'S RECENT REPORT OF SEPTEMBER 6, 2013 IMPOSING CERTAIN SANCTIONS and (B) FEBRUARY 12, 2014 AMENDED AND SUPERSEDING ORDER ON JOINT MOTION TO MODIFY JANUARY 2, 2014 ORDER APPROVING PROCEDURE FOR PAYMENT OF CERTAIN CLAIMS OF CLIENTS OF THE ANDRYLERNER LAW FIRM**

Now into Court, through undersigned counsel, comes Andry Law Group/AndryLerner LLC ("AndryLerner") who requests, with consent of the Claims Administrator's Office ("CAO") and the Special Master, that the Court enter the annexed Order modifying the Orders of this Court dated February 12, 2014 (Rec. Doc. 12321) ("Payment Order") and February 26, 2015 (Rec. Doc. 14221) ("Sanctions Order"), based on the following:

1.  On February 12, 2014, the Payment Order was entered establishing a Settlement Sheet and Payment Procedure for Claimants represented previously or at the time of the Order by AndryLerner and instructing all funds payable to AndryLerner must be deposited in the AndryLerner Client Escrow Account ("Account") maintained by Douglas S. Draper.

2.  AndryLerner, in connection with the Payment Order, opened the Account at the First National Bank of Commerce. The sole signatory on the Account has been AndryLerner's counsel, Douglas S. Draper.

{00355161-3}

1

3. AndryLerner no longer represents any Court Supervised Settlement Program ("CSSP") claimants and has been replaced and/or removed as counsel in connection with all claims in the CSSP.

4. In light of the progress that the Special Master and the CAO have made in assessing and determining claims implicating AndryLerner, AndryLerner, the CAO, and the Special Master have agreed, subject to the Court's approval, to a modification of the Payment Order in the following respects:

(a) Delete Paragraphs 1-5 as no longer applicable;

(b) Amend the Payment Procedure in Paragraph 6 to read as follows:

(1) Any Third Party Claims filed by AndryLerner shall be submitted to and processed by the CSSP in accordance with Court Approved Procedure Number 1 regarding the processing of Third Party Claims entered on September 11, 2012 [Doc. 7359] and amended by this Court's March 11, 2013 Order [Approving the First Amended Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement of Third Party Claims Against Claimant Recoveries] [Rec. Doc. 8859] ("CAP").

(2) Following the resolution of any Third Party Claims submitted by AndryLerner pursuant to the CAP, the CAO shall deposit in the Account the amount payable to AndryLerner based on its Third Party Claim.

(3) The CAO shall report to Douglas Draper when it deposits the Third Party Claim payment into the Account specifying the date of deposit, the name

{00355161-3}

2

of the claimant from whose Settlement Payment the funds were deducted, and the amount of the deposit.

5. On February 26, 2015, this Court also entered the Sanctions Order which provided as follows:

(a) Jon Andry and Glen Lerner were disqualified from participating in the CSSP;

(b) AndryLerner can collect fees for previous legal work actually performed on legitimate claims that qualify for payments from the CSSP;

(c) Any legal fees collected in connection with claims that are deemed to be fraudulent shall be disgorged or reimbursed to the CSSP;

(d) The Claims Administrator shall deduct and retain any amounts owed by AndryLerner, Jon Andry, or Glen Lerner from the escrowed fees presently being held; and

(e) The remaining escrowed fees shall not be released to AndryLerner, John Andry, or Glen Lerner until all remaining AndryLerner claims have been resolved and the Court orders the release of the remaining fees.

6. The Special Master and the CAO are not currently aware of any additional claims potentially negatively implicating AndryLerner at this time.

7. AndryLerner, the CAO, and the Special Master have therefore agreed, subject to the Court's consent, to a modification of the Sanctions Order in the following respects:

(a) Payments may be made out of the Account to those persons possessing claims against AndryLerner provided the balance in the Account does not drop below $100,000, which will not place any obligation or responsibility on the CAO or the Special Master;

(b) Upon the satisfaction of the claims against AndryLerner, Douglas S. Draper upon the joint instruction of Jon Andry and Glen Lerner, may distribute all funds in the Account in excess of $100,000.00 pursuant to the joint instruction, which again will not place any obligation or responsibility on the CAO or the Special Master;

(c) All further payments of fees due AndryLerner shall continue to be deposited into the Account;

(d) In the event the CAO or the Special Master become aware of additional claims potentially negatively implicating AndryLerner, Jon Andry, or Glen Lerner, Douglas S. Draper shall be notified, and the balance in the Account shall be increased above $100,000 to the amount associated with any claims potentially negatively implicating AndryLerner, Jon Andry, or Glen Lerner; and

(e) At such time as the CAO determines in its discretion, the balance in the Account will no longer have to remain at least $100,000.

**WHEREFORE,** AndryLerner prays that this Motion be granted and that the annexed Order be entered.

Dated: December 2, 2016   Respectfully submitted:

By: */s/Douglas S. Draper*
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: 504.299-3333/Facsimile: 504.299-3399
ddraper@hellerdraper.com

*Counsel for AndryLerner LLC*

AGREED AND CONSENTED TO

    Louis J. Freeh, Special Master

BY:       *s/ Gregory Paw*
NAME:  Gregory Paw
TITLE:   Attorney

    Patrick A. Juneau, Claims Administrator

BY:       *s/ J. David Forsyth*
NAME:  J. David Forsyth
TITLE:   Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of December 2016.

                                    */s/Douglas S. Draper*
                                    Douglas S. Draper