IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge WILKINSON |
| -and- | * * | |
| No. 16-13609, Claimant ID 100282917 v. BP Exploration & Production Inc., et al.; Claim No. 297943 | * | |

**CLAIMANT ID 100282917 AND BP EXPLORATION & PRODUCTION INCORPORATED, BP AMERICA PRODUCTION COMPANY, AND BP P.L.C'S STIPULATION OF DISMISSAL OF CLAIMANT ID 100282917'S APPEAL <u>FROM CASE NO. 2:16-CV-13609</u>**

NOW INTO COURT, and pursuant to Federal Rule of Appellate Procedure 42(a), Claimant ID 100282917, BP Exploration & Production Inc., BP America Production Co., and BP P.L.C., (collectively "the parties") hereby respectfully represent that appeal of this matter has not been docketed by the Clerk of Court of the United States Court of Appeals for the Fifth Circuit and request, by agreement of the parties, the dismissal this appeal by the district court, with docketing and filing costs to be borne by requesting party-appellant, Claimant ID 100282917.

Respectfully submitted this 2nd day of December, 2016,

/s/ Jeffrey Bossert Clark
Richard C. Godfrey, P.C.
J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
(312) 862-2000

Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

*Attorneys for the Objecting Parties-Appellees*

/s/ Jeffrey W. Willis
Jeffrey W. Willis
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E
Atlanta, Georgia 30303-1601
(404) 522-4700

*Attorneys for Requesting Party-Appellant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of Decmeber, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

/s/ Jeffrey W. Willis
Jeffrey W. Willis
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E
Atlanta, Georgia 30303-1601
(404) 522-4700

*Attorneys for Requesting Party-Appellant*