IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * * | |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Magistrate Judge WILKINSON |

## MOTION FOR LEAVE TO FILE CLAIMS MATERIALS UNDER SEAL

The Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("the Claims Administrator"), by and through its attorneys, hereby respectfully requests leave to file under seal the record of Claimants 100016801 and 100026409 in the Court-Supervised Settlement Program, based upon the following:

1. Claimants 100016801 and 100026409 have previously filed a Notice of Appeal from this Court's denial of their Motion for Miscellaneous Relief under Rule 60.[1]

2. Claims materials are generally processed through the Settlement Program without filing the relevant documents on this Court's docket. As such, many of the materials related to this appeal are contained within Claim Files housed solely within the Court-Supervised Settlement Program ("CSSP").

---

[1] See Rec. Doc. 19575 and 21657.

3. Docketing the materials pertinent to each Claimant[2] will assist this Court and the Fifth Circuit by ensuring that the relevant record of the Claimants is available to the Fifth Circuit so that it may consider the associated information in its review.

4. However, the documentation submitted in support of claims includes confidential person and financial information, and is protected from disclosure under the Settlement Agreement and by orders of this Court.[3]

5. Because the Claims File contains confidential personal and financial information which could potentially harm Claimants if disclosed, any filing of those materials should be under seal to protect their confidentiality.

WHEREFORE, the Claims Administrator respectfully requests that this Court enter an Order directing the Claims Administrator to file under seal any materials contained in any of the Claimants' Claim Files designated by any party in connection with the Claimants' appeal from this Court's denial of the Motion for Miscellaneous Relief under Rule 60 for a time period commensurate and consistent with this Court's Confidentiality Orders.

---

[2] The parties on appeal, including Claimants 100016801 and 100026409, BP, as well as the Claims Administrator are in the process of attempting to jointly agree on the designation of record for this appeal and as to the pertinent materials to be docketed.

[3] See Rec. Doc. 6573 & 6822.

December 5, 2016                                                        Respectfully submitted,

                                             Richard C. Stanley, 8487
                                             Kathryn W. Munson, 35933
STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:  (504) 523-1580
Facsimile:   (504) 524-0069


J. David Forsyth, 5719
Sessions Fishman Nathan & Israel LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Telephone:  (504) .582.1521
Facsimile: (504) .582.1555
jdf@sessions-law.com

By: */s/ Richard C. Stanley*_____

***Attorneys for Patrick A. Juneau, in his capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 5th day of December, 2016.

*/s/ Richard C. Stanley*_____
Richard C. Stanley, 8487