# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * | Magistrate Judge WILKINSON |

## NOTICE OF REQUEST TO SEAL

The documents to be filed under seal include materials contained in the Claim Files of Claimants 100016801 and 100026409 in the Court-Supervised Settlement Program. These materials include the tax returns and other documentation submitted to the Settlement Program by these Claimants and materials generated by the Settlement Program in connections with these Claimants. These materials, along with the very identities of the Claimants themselves, are designated as "Confidential Information" as per Paragraph 2 of this Court's June 29, 2012 Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement (Rec. Doc. 6822). Paragraph 4 of this Order requires that "All Claims Information shall be kept confidential and shall not be disclosed except as allowed by this Order or subsequent Order of the Court."

December 5, 2016                                     Respectfully submitted,


                                                          Richard C. Stanley, 8487
                                                          Kathryn W. Munson, 35933
                                                          STANLEY, REUTER, ROSS, THORNTON &
                                                               ALFORD, L.L.C.
                                                          909 Poydras Street, Suite 2500
                                                          New Orleans, Louisiana 70112
                                                          Telephone:  (504) 523-1580
                                                          Facsimile:   (504) 524-0069


                                                          J. David Forsyth, 5719
                                                          Sessions Fishman Nathan & Israel LLC
                                                          201 St. Charles Avenue, Suite 3815
                                                          New Orleans, LA 70170
                                                          Telephone:  (504) .582.1521
                                                          Facsimile: (504) .582.1555
                                                          jdf@sessions-law.com

                                                          By: */s/ Richard C. Stanley*_____

                                                          ***Attorneys for Patrick A. Juneau, in his capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 5th day of December, 2016.

                                                */s/ Richard C. Stanley*_____
                                                Richard C. Stanley, 8487