IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Magistrate Judge WILKINSON |

## ORDER

Considering the Claims Administrator's Motion for Leave to File Claims Materials Under Seal, and Incorporated Memorandum,

**IT IS HEREBY ORDERED** that the Claims Administrator's Motion is **GRANTED**; and it is further **ORDERED** that the Claims Administrator shall file under seal any materials contained in any of the Claimants' Claim Files[1] designated by any party in connection with the Claimants' appeal from this Court's denial of the Motion for Miscellaneous Relief under Rule 60.

New Orleans, Louisiana this ____ day of December, 2016.

_____
**Carl J. Barbier
United States District Judge**

---

[1] See Rec. Doc. 6573 & 6822.