UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION: 10-MD-2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO: Civil Action Nos. 10-2771; 10-8888; 10-9999; and 14-1525 | * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

*************************************************************************

**LIMITED CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE
(ATTORNEYS' FEES INTERVENTIONS ONLY)**

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to C. A. Nos. 10-2771, 10-8888, 10-9999, and 14-1525 hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in these cases, <u>limited</u> to the attorneys' fees claims of the intervenor, Waltzer, Wiygul & Garside, LLC, against plaintiffs, for all dispositive pleadings, including trial, if necessary, and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

| December 5, 2016 | ✓ | |
|---|---|---|
| Date | Plaintiffs | Intervenor |

**MONTGOMERY BARNETT, L.L.P.**

By:  /s/ Daniel Lund
_____
DANIEL LUND (Bar No. 12782)
E-mail: dlund@monbar.com

1

JOHN Y. PEARCE (Bar No. 10374)
E-mail: jpearce@monbar.com
STEPHEN L. WILLIAMSON (Bar No. 8316)
E-Mail: swilliamson@monbar.com
C. BYRON BERRY, JR. (Bar No. 21476)
E-Mail: bberry@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688
Attorneys for
Mark E. Peneguy, Edward W. Peneguy, Jr.,
Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.