UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| *This Document Relates to:* | JUDGE BARBIER |
| Bobby Wilson Case No.: 2:10-cv-03272 | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against all Defendants, including but not limited to the action(s), and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s) to be dismissed are:

**Bobby Wilson (Case No.: 2:10-cv-03272)**

This 5th day of December, 2016.

Respectfully submitted,
**MOTLEY RICE LLC**

By:   /s/ Matthew D. Camm
      Matthew D. Camm, Esq. (LA Bar # 35692)
      Joseph F. Rice, Esq.
      Kevin R. Dean, Esq.
      John A. Baden, IV, Esq.

1

Lisa M. Saltzburg, Esq.
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843)-216-9000
Fax: (843) 216-9450
mcamm@motleyrice.com

Warren L. Conway, Esq.
CONWAY & MARTIN, P.C.
1600 24th Avenue, Suite B
Post Office Box 757
Gulfport, MS  39502-0757
Phone: (228) 863-3183
Fax: (228) 863-3379
wconway@conwaymartin.com

MCCLEAVE DENSON SHIELDS, LLC
Scott E. Denson, Esq.
507 Church Street
Mobile, Alabama  36602
Phone: (251) 433-2001
Fax: (251) 433-2053
scott@madlaw.net

EDMOND & LINDSAY, LLP
Roderick E. Edmond, Esq.
The Candler Building
127 Peachtree Street, Suite 410
Atlanta, Georgia 30303
Phone: (404) 525-1080
Fax: (404) 525-1073
drrod4u@edmondfirm.com

*Attorneys for Plaintiff*
*ATTORNEYS FOR THE PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2016.

/s/ Matthew D. Camm
Matthew D. Camm, Esq.