IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * * | |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Magistrate Judge WILKINSON |

## ORDER

Considering the Claims Administrator's Motion for Leave to File Claims Materials Under Seal, and Incorporated Memorandum,

**IT IS HEREBY ORDERED** that the Claims Administrator's Motion is **GRANTED**; and it is further **ORDERED** that the Claims Administrator shall file under seal any materials contained in any of the Claimants' Claim Files[1] designated by any party in connection with the Claimants' appeal from this Court's denial of the Motion for Miscellaneous Relief under Rule 60.

New Orleans, Louisiana this 5th day of December, 2016.

_____
United States District Judge

---

[1] See Rec. Doc. 6573 & 6822.