**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| **This document relates to:** | | **Honorable CARL J. BARBIER** |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * * | **Magistrate Judge WILKINSON** |

---

**JOINT DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 16-31091**

*Counsel Listed on the Final Page*

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: ALL CASES)(blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 5995 | 03/08/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec,) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6039 | 03/13/2012 | ORDER: Regarding Protection of Confidential Information. (re 641 PTO #13, 2376 PTO #36 ). Signed by Magistrate Judge Sally Shushan on 3/13/2012.(Reference: ALL CASES)(blg) (Entered: 03/13/2012) |
| 2:10-md-2179 | 6266 | 04/18/2012 | Joint MOTION for Settlement for Economic and Property Damage/Preliminary Approval by Plaintiffs Steering Committee, through Interim Class Counsel, and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 (Azari Declaration), # 3 Exhibit 2 (Kinsella Declaration), # 4 Exhibit 3 (Wehatman Declaration), # 5 Proposed Order)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| 2:10-md-2179 | 6269 | 04/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A - Class Definition, # (3) Exhibit A-1 (Gulf Coast Area), # (4) Exhibit A-2 (Specified Waters))(Reference: All Cases (including No. 12-970))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re [6266] Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval.* (Attachments: # (1) Exhibit DWH Economic and Property Damages |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A (BP Corporation North America Inc. Guarantee), # (43) Exhibit 24B (BP PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference:     12-970)(Haycraft,     Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6310 | 04/23/2012 | ORDER re 6266 Joint Motion for Preliminary Approval of Class Action Settlement; BP requested that the Court adjourn the Limitation and Liability trial pending the Court's final review of the proposed settlement through the fairness hearing process. This issue will be considered during the in-chambers conference with Liaison Counsel on May 3, 2012 (Rec. Doc. 6061 ). ORDERED that any party wishing to file a brief in support or opposition of BP's Motion for Adjourning the Limitation and Liability Trial (Rec. Doc. 6266 ) shall do so by Tuesday May 1, 2012. Briefs shall not exceed five pages, double spaced. Attorneys shall file their briefs using CM/ECF. Signed by Judge Carl Barbier on 4/25/2012.(Reference: ALL CASES)(blg) (Entered: 04/23/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970)(Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6366 | 04/25/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Motion Hearing held on 4/25/2012, re Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes (Rec. Docs. 6269 , 6272 ) and for preliminary approval of the proposed class action settlements (Rec. Docs. 6266 , 6267 ), respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement. The Motions were taken under advisement. (Court Reporter Cathy Pepper.) (Attachments: # 1 Attendance Record) (Reference: ALL CASES, 12-968, 12-970)(blg) (Entered: 04/26/2012) |
| 2:10-md-2179 | 6395 | 05/01/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/30/2012. (Reference: ALL CASES, 12-968, 12-970)(clu, ) Modified docket text on 5/2/2012 (jtd). (Entered: 05/01/2012) |
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E)(Reference: ALL CASES, and 12-970)(Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012.(Reference: Actions in B1 Pleading Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |
| 2:10-md-2179 | 6567 | 05/22/2012 | EXPARTE/CONSENT MOTION for Entry of Order to Facilitate Implementation of Settlement by Economic and Property Damages Settlement Class, through Lead Class Counsel. (Attachments: # 1 Proposed Order)(Reference: All Cases (including No.12-970))(Herman, Stephen) Modified on 5/22/2012 (blg). (Entered: 05/22/2012) |
| 2:10-md-2179 | 6573 | 05/22/2012 | ORDER REGARDING SETTLEMENT IMPLEMENTATION re Motion of Class Counsel, the Economic and Property Damages Settlement Agreement ( 6567 ). Signed by Judge Carl Barbier on 5/22/2012. (Reference: ALL CASES, 12-970)(blg) (Entered: 05/22/2012) |
| 2:10-md-2179 | 6796 | 06/26/2012 | ORDER: [Appointment of Appeal Panelist Pool], Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim: Texas: Robert A. Black, Louisiana: Vincent Fornias, Thomas Foutz, Donald C. Massey, James R. Nieset, Emile Rolfs, Thomas M. Usdin, E. Gregory Voorhies, Mississippi: Alex A. Alston, Donald C. Dornan, Jr., Britt Singletary, Alabama: Reggie Copeland, Jr., Charles J. Fleming, R. Bernard Harwood, Jr., Rodney A. Max, Benjamin T. Rowe, Florida: Thomas F. Condon, Nicholas P. Geeker, Robert N. Heath, Rodney A. Max, Guy Spicola. This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment. The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel. Signed by Judge Carl Barbier on 6/26/12.(Reference: all cases)(sek) (Entered: 06/26/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6822 | 06/29/2012 | ORDER Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 6/29/12.(Reference: all cases, including 12-970)(sek, ) (Entered: 06/29/2012) |
| 2:10-md-2179 | 7101 | 08/03/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum (in Support of Economic Class Settlement) in Excess of Ordinary Page Limitations by Plaintiffs Economic and Property Damage Class Representatives. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement, # 3 Exhibit A (in globo) - Seafood Compensation Fund, # 4 Exhibit B (in globo) - GCCF Stated Methodologies, # 5 Affidavit Klonoff, # 6 Affidavit Issacharoff, # 7 Affidavit Herman, # 8 Affidavit Rice - Negotiations, # 9 Affidavit Rice - Seafood Program, # 10 Affidavit Rice - Fees, # 11 Affidavit Bon Secour, # 12 Affidavit Friloux, # 13 Affidavit Gallo, # 14 Affidavit Ft Morgan Realty, # 15 Affidavit GW Fins, # 16 Affidavit Hutto, # 17 Affidavit Irwin, # 18 Affidavit Kee, # 19 Affidavit Tesvich, # 20 Affidavit LKEU, # 21 Affidavit Lundy, # 22 Affidavit Guidry, # 23 Affidavit PCB Dolphin Tours, # 24 Affidavit Sellers, # 25 Affidavit Zeke's)(Reference: B1 Cases; VoO Charter Cases; Bon Secour No.12-970)(Herman, Stephen) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM in Support of Final Approval of Economic and Property Damages Class Settlement by Plaintiffs. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice -Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * VoO Charter Dispute Cases, 12-970)(sek, ) (Entered: 08/13/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7110 | 08/13/2012 | NOTICE by Class Counsel, BP Exploration & Production Inc., and BP America Production Company of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/14/2012 (gec, ). (Entered: 08/13/2012) |
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) (Entered: 08/14/2012) |
| 2:10-md-2179 | 7726 | 10/22/2012 | NOTICE of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John Perry, Jr. by Class Counsel, BP Exploration & Production Inc., and BP America Production Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (VoO Offset), # (7) Exhibit BP Submission (VoO Offset), # (8) Exhibit Cantor Ltr (VoO Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by BP Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970)(clu, ) (Entered: 11/15/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7900 | 11/08/2012 | MINUTE ORDER. Final Fairness Hearing held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) UNDER ADVISEMENT. (Court Reporter Cathy Pepper.) (Reference:      10md2179)(sek,    )    (Entered: 11/15/2012) |
| 2:10-md-2179 | 7945 | 11/19/2012 | Proposed Findings of Fact & Conclusions of Law by Class Counsel and BP Defendants. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 11/20/2012 (gec, ). (Additional attachment(s)    added    on    11/27/2012:    #    2 Replacement pages 141 through 147 per Order #8023) (sek, ). (Entered: 11/19/2012) |
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. and All Actions)(sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER    AND    JUDGMENT    Granting    Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12.(Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. and All Actions)(sek, ) (Entered: 12/21/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 9087 | 04/02/2013 | RESPONSE/MEMORANDUM in Opposition filed by The Economic Settlement Class, by and thru appointed Class Counsel re 8965 MOTION for Preliminary Injunction, 8964 MOTION for Preliminary Injunction. (Attachments: # 1 Exhibit 1 - From Preliminary Approval Hearing Presentation, # 2 Exhibit 2 - Supplemental Carroll Declaration, # 3 Exhibit 3 - Supplemental Herman Declaration, # 4 Exhibit 4 - Supplemental Tomlinson Declaration, # 5 Exhibit 5 - Wolfe Affidavit (Wall's Gator Farm), # 6 Exhibit 6 - Dugas Affidavit (Chef John Folse & Co), # 7 Exhibit 7 -BP Appeal No. 88168, # 8 Exhibit 8 - BP Appeal No. 88708)(Reference: 12-970 & 13-492)(sek, ) (Entered: 04/02/2013) |
| 2:10-md-2179 | 10185 | 05/20/2013 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determinations: 1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations. 2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order. Signed by Judge Carl Barbier on 5/20/13. (Attachments: # (1) Rules Governing Discretionary Court Review of Appeal Determinations)(Reference: 12-970)(sek, ) (Entered: 05/20/2013) |
| 2:10-md-2179 | 10415 | 06/17/2013 | MOTION to Amend/Correct May 20, 2013 Order and Rules re [10185] by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 6/18/2013 (gec, ) (Entered: 06/17/2013) |
| 2:10-md-2179 | 10759 | 07/16/2013 | ORDERED that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. [10415]) is DENIED. Signed by Judge Carl Barbier on 7/16/13. (Reference: 12-970)(sek, ) (Entered: 07/16/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14812 | 07/07/2015 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determination as set forth in document. Signed by Judge Carl Barbier on 7/7/15. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determination)(Reference: 12- 970)(sek) (Entered: 07/07/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14914 | 07/22/2015 | SUPPLEMENT TO THE RECORD BY CLASS COUNSEL re Materials Associated With the Economic and Property Damages Settlement. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit ZA, # 28 Exhibit ZB, # 29 Exhibit ZC, #30 Exhibit ZD, # 31 Exhibit ZE, # 32 Exhibit ZF, # 33 Exhibit ZG, # 34 Exhibit ZH, # 35 Exhibit ZI, # 36 Exhibit ZJ, # 37 Exhibit ZK, # 38 Exhibit ZL, # 39 Exhibit ZM, # 40 Exhibit ZN, # 41 Exhibit ZO, # 42 Exhibit ZP, # 43 Exhibit ZQ, # 44 Exhibit ZR, # 45 Exhibit ZS, # 46 Exhibit ZT, # 47 Exhibit ZU, # 48 Exhibit ZV, # 49 Exhibit ZW, # 50 Exhibit ZX, # 51 Exhibit ZY, # 52 Exhibit ZZ, # 53 Exhibit ZZA, # 54 Exhibit ZZB, # 55 Exhibit ZZC, # 56 Exhibit ZZD, # 57 Exhibit ZZE, # 58 Exhibit ZZF, # 59 Exhibit ZZG, # 60 Exhibit ZZH, # 61 Exhibit ZZI, # 62 Exhibit ZZJ, # 63 Exhibit ZZK, # 64 Exhibit ZZL, # 65 Exhibit ZZM, # 66 Exhibit ZZN, # 67 Exhibit ZZO, # 68 Exhibit ZZP, # 69 Exhibit ZZQ, #70 Exhibit ZZR, # 71 Exhibit ZZS, # 72 Exhibit ZZT, # 73 Exhibit ZZU, # 74 Exhibit ZZV, # 75 Exhibit ZZW, # 76 Exhibit ZZX, # 77 Exhibit ZZY, # 78 Exhibit ZZZ, # 79 Exhibit ZZZA, # 80 Exhibit ZZZB, # 81 Exhibit ZZZC, # 82 Exhibit ZZZD, # 83 Exhibit ZZZE, # 84 Exhibit ZZZF, # 85 Exhibit ZZZG, # 86 Exhibit ZZZH, # 87 Exhibit ZZZI) (Reference: 12-970)(SEK) (Entered: 07/22/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 15429 | 10/02/2015 | EXPARTE/CONSENT Motion for Leave to File Supplemental Record Material from Economic and Property Damages Settlement by Defendant BP Exploration & Production Inc. (Attachments: # 1 Proposed Order, # 2 Index of Exhibits, # 3 Exhibit 01, # 4 Exhibit 02, # 5 Exhibit 03, # 6 Exhibit 04, # 7 Exhibit 05, # 8 Exhibit 06, # 9 Exhibit 07, # 10 Exhibit 08, # 11 Exhibit 09, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, #15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, #34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, #53 Exhibit 51, # 54 Exhibit 52, # 55 Exhibit 53, # 56 Exhibit 54, # 57 Exhibit 55, # 58 Exhibit 56, # 59 Exhibit 57, # 60 Exhibit 58, # 61 Exhibit 59, # 62 Exhibit 60, # 63 Exhibit 61, # 64 Exhibit 62, # 65 Exhibit 63, # 66 Exhibit 64, # 67 Exhibit 65, # 68 Exhibit 66, # 69 Exhibit 67, # 70 Exhibit 68, # 71 Exhibit 69, #72 Exhibit 70, # 73 Exhibit 71, # 74 Exhibit 72, # 75 Exhibit 73, # 76 Exhibit 74, # 77 Exhibit 75, # 78 Exhibit 76, # 79 Exhibit 77, # 80 Exhibit 78, # 81 Exhibit 79, # 82 Exhibit 80, # 83 Exhibit 81-1, # 84 Exhibit 81-2, # 85 Exhibit 81-3, # 86 Exhibit 81-4, # 87 Exhibit 81-5, # 88 Exhibit 82, # 89 Exhibit 83, # 90 Exhibit 84, # 91 Exhibit 85)(Reference: 12-970)(Haycraft, Don) Modified on 10/2/2015 (SEK). (Entered: 10/02/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 15447 | 10/06/2015 | ORDER: Considering BP Exploration & Production Inc.'s Motion for Leave to Supplement the Record with Materials from the Economic and Property Damages Settlement (Doc. 15429): It is ORDERED that BP Exploration & Production Inc.'s Motion is hereby GRANTED, and that the Index and Proposed Exhibits Shall be Admitted into the MDL 2179 Record. Signed by Judge Carl Barbier on 10/6/15. (Reference: 12-970)(SEK) (Entered: 10/06/2015) |
| 2:10-md-2179 | 15575 | 11/16/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations as set forth in document. Signed by Judge Carl Barbier on 11/16/15. (Attachments: # 1 Amended Rules)(Reference: 12-970)(sek) (Entered: 11/16/2015) |
| 2:10-md-2179 | 15643 | 12/08/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations as Set Forth in Document. Signed by Judge Carl Barbier on 12/8/15. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determinations, # 2 Index of Relevant MDL 2179 Filings re ECON and Property Damages Settlement Agreement) (Reference: 12-970)(SEK) (Entered: 12/08/2015) |
| 2:10-md-2179 | 19575 | 06/24/2016 | EXPARTE/CONSENT First Motion to Amend/Correct Claim, First Motion for Extension of Time to File to Claimants.   (Attachments: # 1 Exhibit, # 2  Exhibit, # 3 Exhibit, # 4 Proposed Order, # 5 Proposed Order, # 6 Proposed Order) (Reference: Claim 100026409) (Miller-Radiovic, Lizette) Modified on 6/27/2016 to Edit Text. (CLC), (Entered: 06/24/2016) |
| 2:10-md-2179 | 21657 | 09/09/2016 | ORDERED that 19575 Motion for Miscellaneous Relief Under Rule 60 by Claimants 100016801 and 100026409 is Denied.   Signed by Judge Carl Barbier.        (Reference:        12-970)(GEC) (Entered:09/09/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 21771 | 10/06/2016 | EXPARTE/CONSENT First Motion for Extension of Time to File Notice of Appeal by Claimants, 100016801 & 100026409 as to Order, Document #21657. (Attachments: # 1 Proposed Order) (Reference: 12-970)(Miller-Radovic, Lizette) Modified on 10/6/2016 (SEK). (Entered: 10/06/2016) |
| 2:10-md-2179 | 21773 | 10/07/2016 | NOTICE OF APPEAL by Claimants, 100016801 and 100026409 as to 21657 Order on Motion to Amend/Correct, Order on Motion for Extension of Time to File, Order on Motion to Compel. (Credit Card not accepted or Unavailable-Payment of Filing Fee Due within 2 business days) (Attachments: # 1 Exhibit Order)(Reference: 12-970)(Vasquez, Jessica) (Entered: 10/07/2016) |
| 2:10-md-2179 | 21774 | 10/07/2016 | ORDER DENYING 21771 Motion for Extension of Time to File a Notice of Appeal by Claimants 100016801 and 10026409. Signed by Judge Carl Barbier on 10/7/16. (Reference: 12-970)(SEK) (Entered: 10/07/2016) |
| 2:10-md-2179 | 21779 | 10/12/2016 | EXPARTE/CONSENT Motion for Leave to Appeal in Forma Pauperis by Claimants 100016801 and 100026409. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Vasquez, Jessica) Modified on 10/13/2016 (GEC). (Entered: 10/12/2016) |
| 2:10-md-2179 | 21873 | 11/03/2016 | ORDER GRANTING 21779 Motion for Leave to Appeal in Forma Pauperis as to that Claimants, 100016801 and 100026409. Signed by Judge Carl Barbier. (Reference: 12-970)(GEC) (Entered: 11/03/2016) |
| 2:10-md-2179 | 21873 | 11/30/2016 | STATUS REPORT #51 by Patrick A. Juneau (Attachments: # (1) Exhibit A)(Reference: All cases)(Stanley, Richard) |
| 2:10-md-2179 | 21960 | 12/5/2016 | ORDERED that the Claims Administrator's [21956] Motion for Leave to File Claims Material Under Seal is GRANTED. Signed by Judge Carl Barbier. (Reference: 12-970)(gec)[1] |

[1] The materials encompassed by Rec. Doc. 21960 include:

## Entries from Claim File for Claimant 100026409

| Doc ID | Document Type | Date | Doc File ID |
|---|---|---|---|
| 20152291 | Post-Reconsideration Incompleteness Denial Notice (Claim ID 10403) | 11/23/2016 | 23568880 |

| 20063740 | 2009 Form W-2 (Duplicate) | 10/27/2016 | 23509623 |
|---|---|---|---|
| 20064483 | Request for Reconsideration Form (from Incompleteness Denial) | 10/27/2016 | 23510083 |
| 20064484 | SWS-7 IEL Category IV Claimant Sworn Written Statement (Duplicate) | 10/27/2016 | 23510084 |
| 20064485 | SWS-7 IEL Category IV Claimant Sworn Written Statement | 10/27/2016 | 23510085 |
| 20064486 | Request for Transcript of Tax Return (IRS Form 4506-T) | 10/27/2016 | 23510086 |
| 20064490 | 2007 Federal Income Return Form 1040 (Individually Filed) (Duplicate) | 10/27/2016 | 23510090 |
| 20108085 | 2007 Form W-2 (Duplicate) | 10/27/2016 | 23510090 |
| 20108088 | 2007 Form W-2 (Duplicate) | 10/27/2016 | 23510090 |
| 20064491 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 10/27/2016 | 23510091 |
| 20108045 | 2009 Form W-2 (Duplicate) | 10/27/2016 | 23510091 |
| 20108054 | 2009 Form W-2 (Duplicate) | 10/27/2016 | 23510091 |
| 20108062 | 2009 Form W-2 (Duplicate) | 10/27/2016 | 23510091 |
| 20108064 | 2009 Form W-2 (Duplicate) | 10/27/2016 | 23510091 |
| 20064492 | 2007 Federal Income Return Form 1040 (Individually Filed) (Duplicate) | 10/27/2016 | 23510092 |
| 20108019 | 2007 Form W-2 (Duplicate) | 10/27/2016 | 23510092 |
| 20108020 | 2007 Form W-2 (Duplicate) | 10/27/2016 | 23510092 |
| 20064493 | 2010 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 10/27/2016 | 23510093 |
| 20107989 | 2010 Form W-2 (Duplicate) | 10/27/2016 | 23510093 |
| 20064494 | 2011 Federal Income Return Form 1040 (Individually Filed) | 10/27/2016 | 23510094 |
| 20107951 | 2011 Federal Income Return Form 1040, Schedule C | 10/27/2016 | 23510094 |
| 20107958 | Federal Income Return Form 1040, Schedule D | 10/27/2016 | 23510094 |
| 20107942 | 2011 Form W-2 (Duplicate) | 10/27/2016 | 23510094 |
| 20055047 | 2007 Form W-2 (Duplicate) | 10/25/2016 | 23503995 |
| 20055071 | 2007 Form W-2 (Duplicate) | 10/25/2016 | 23504006 |
| 20055081 | 2008 Form W-2 (Duplicate) | 10/25/2016 | 23504010 |
| 20055091 | 2008 Form W-2 (Duplicate) | 10/25/2016 | 23504017 |
| 20055098 | 2009 Form W-2 (Duplicate) | 10/25/2016 | 23504023 |
| 20055103 | 2010 Form W-2 (Duplicate) | 10/25/2016 | 23504026 |
| 20055105 | 2011 Form W-2 (Duplicate) | 10/25/2016 | 23504027 |
| 20033965 | Representative/Probate Document REP-3 (Duplicate) | 10/19/2016 | 23480627 |
| 20020808 | 2008 Form W-2 (Duplicate) | 10/16/2016 | 23481022 |
| 20020377 | Correspondence from Claimant's Counsel | 10/15/2016 | 23480627 |
| 19979476 | Representative/Probate Document REP-3 | 10/5/2016 | 23449971 |

| | | | |
|---|---|---|---|
| 19979518 | Representative/Probate Document REP-3 (Duplicate) | 10/5/2016 | 23449999 |
| 19979565 | 2007 Form W-2 (Duplicate) | 10/5/2016 | 23450029 |
| 19979587 | 2007 Form W-2 (Duplicate) | 10/5/2016 | 23450042 |
| 19979614 | 2008 Form W-2 (Duplicate) | 10/5/2016 | 23450060 |
| 19979633 | 2009 Form W-2 (Duplicate) | 10/5/2016 | 23450075 |
| 19979658 | 2010 Form W-2 (Duplicate) | 10/5/2016 | 23450087 |
| 19979691 | 2011 Form W-2 (Duplicate) | 10/5/2016 | 23450104 |
| 19982043 | Incompleteness Denial Notice (Claim ID 10403) | 10/5/2016 | 23451792 |
| 19640202 | 2007 Form W-2 (Duplicate) | 7/16/2016 | 23214692 |
| 19640203 | 2007 Form W-2 (Duplicate) | 7/16/2016 | 23214693 |
| 19640204 | 2008 Form W-2 (Duplicate) | 7/16/2016 | 23214694 |
| 19640205 | 2009 Form W-2 (Duplicate) | 7/16/2016 | 23214695 |
| 19640206 | 2010 Form W-2 (Duplicate) | 7/16/2016 | 23214696 |
| 19640207 | 2011 Form W-2 (Duplicate) | 7/16/2016 | 23214697 |
| 19640217 | SWS-9A IEL Post-Review Missing Tax and Pay Period Documentation Sworn Written Statement | 7/16/2016 | 23214707 |
| 19640219 | SWS-9 IEL Missing Tax and Pay Period Documentation Sworn Written Statement | 7/16/2016 | 23214709 |
| 19640221 | SWS-12 IEL Employer Sworn Written Statement (non-Category IV) | 7/16/2016 | 23214711 |
| 19650089 | Supporting Document | 7/16/2016 | 23214711 |
| 19640222 | 2007 Form W-2 | 7/16/2016 | 23214712 |
| 19640223 | 2007 Form W-2 | 7/16/2016 | 23214713 |
| 19640224 | 2008 Form W-2 | 7/16/2016 | 23214714 |
| 19640226 | 2009 Form W-2 | 7/16/2016 | 23214716 |
| 19640227 | 2010 Form W-2 (Duplicate) | 7/16/2016 | 23214717 |
| 19640228 | 2011 Form W-2 | 7/16/2016 | 23214718 |
| 19247652 | Follow- Up Incompleteness Notice (Claim ID 10403) | 4/26/2016 | 22963699 |
| 19247738 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 4/26/2016 | 22963745 |
| 19054757 | Incompleteness Notice (Claim ID 10403) | 3/22/2016 | 22849298 |
| 18226805 | SSA-89 Authorization | 10/16/2015 | 22355081 |
| 18214074 | SSA-89 Authorization | 10/15/2015 | 22351173 |
| 17423264 | Social Security Card (Duplicate) | 7/18/2015 | 22066731 |
| 17423270 | SSA-89 Authorization | 7/18/2015 | 22066737 |
| 17417822 | Follow-up Social Security Number Verification Notice | 7/17/2015 | 22062878 |
| 17216008 | Claimant Request for Change in Representation Status Form | 6/20/2015 | 21922475 |
| 17216011 | Form W-9 | 6/20/2015 | 21922478 |
| 17216027 | Other Tax Document | 6/20/2015 | 21922491 |

| | | | |
|---|---|---|---|
| 17216029 | Other Tax Document | 6/20/2015 | 21922493 |
| 19073867 | 2008 Form W-2 | 6/20/2015 | 21922495 |
| 19073882 | 2009 Form W-2 | 6/20/2015 | 21922496 |
| 19073901 | 2010 Form W-2 | 6/20/2015 | 21922497 |
| 17217252 | Social Security Card | 6/20/2015 | 21922809 |
| 17196245 | Social Security Number Verification Notice | 6/18/2015 | 21912075 |
| 16807737 | Form W-9 | 5/23/2015 | 21613498 |
| 16807738 | Other Tax Document | 5/23/2015 | 21613499 |
| 18896132 | 2007 Federal Income Return Form 1040 (Individually Filed) | 5/23/2015 | 21613499 |
| 18896140 | 2007 State Tax Return | 5/23/2015 | 21613499 |
| 18896208 | Other Tax Document | 5/23/2015 | 21613500 |
| 18896214 | 2009 Federal Income Return Form 1040 (Jointly Filed) | 5/23/2015 | 21613500 |
| 16807740 | 2010 Federal Income Return Form 1040 (Jointly Filed) | 5/23/2015 | 21613501 |
| 16807741 | 2012 Federal Income Return Form 1040 (Individually Filed) | 5/23/2015 | 21613502 |
| 18896250 | Claimant Accounting Support – Other | 5/23/2015 | 21613502 |
| 18896257 | Other Tax Document | 5/23/2015 | 21613502 |
| 16807759 | Request for Transcript of Tax Return (IRS Form 4506-T) | 5/23/2015 | 21613509 |
| 16807761 | Request for Copy of Tax Return (IRS Form 4506) | 5/23/2015 | 21613511 |
| 16807771 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 5/23/2015 | 21613521 |
| 16807780 | Correspondence from Claimant's Counsel | 5/23/2015 | 21613525 |
| 16807833 | Individual Economic Loss Claim Form (Blue Form) (Claim ID 10403) | 5/23/2015 | 21613557 |
| 16165853 | Notice of Partially Completed Claim Form (Claim ID 10403) | 3/4/2015 | 21221577 |
| 16104648 | Claimant Request for Change in Representation Status Form | 2/23/2015 | 21188250 |
| 1744176 | GCCF Denial Letter | 6/26/2012 | 15784527 |
| 911636 | Correspondence from Claimant's Counsel | 6/11/2012 | 486927 |
| 912114 | Registration Form | 6/11/2012 | 487210 |

## Entries from Claim File for Claimant 100016801

| Doc ID | Document Type | Date | Doc File ID |
|---|---|---|---|
| 19091158 | Claimant Request for Change in Representation Status (Unnamed in Portal) | 3/29/2016 | 22871741 |

| 16168083 | Notice of Partially Completed Claim Form (Claim ID 100727) | 3/4/2015 | 21223807 |
|---|---|---|---|
| 5962098 | Registration Form | 11/1/2012 | 17114276 |
| 5962028 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 11/1/2012 | 17114259 |

**Relevant Court-Supervised Settlement Program Instructions and Forms**

| Document Type |
|---|
| Instructions for Submitting a Sworn Written Statement, Authorization or Form |
| AR-1 - Claimant Request for Change in Representation Status (Adobe Fillable) |

Richard C. Stanley, 8487
Kathryn W. Munson, 35933
STANLEY, REUTER, ROSS, THORNTON &
   ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:  (504) 523-1580
Facsimile:  (504) 524-0069


J. David Forsyth, 5719
Sessions Fishman Nathan & Israel LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Telephone:  (504) .582.1521
Facsimile: (504) .582.1555
jdf@sessions-law.com

By: */s/ Richard C. Stanley*      

*Attorneys for Patrick A. Juneau, in his capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program*


  */s/  Don K. Haycraft*      

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft |
| J. Andrew Langan, P.C. | Devin C. Reid |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS LLP |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone:  (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile:  (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| andrew.langan@kirkland.com | dcreid@liskow.com |

Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000

Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com

***Attorneys-in-Charge for Defendants BP Exploration &
Production Inc., BP America Production Company, and
BP P.L.C.***

Respectfully submitted,

Miller-Radovic, L.L.C.
Attorney at Law for claimants 100026409 &
100016801

s/Lizette Radovic
_____
Lizette Radovic (LA Bar No 26425)
650 Poydras St., Suite 1400
New Orleans, Louisiana 70130
Phone: (504) 299-3477
FAX: (504)617-6087
Email: lizette@miller-radovic.com
and
**VASQUEZ LAW OFFICE**
Jessica M. Vasquez (LA Bar No. 27124)
650 Poydras St., Suite 1414
New Orleans, Louisiana 70130
Phone: (504) 571.9582
Fax: (504) 684.1449
Email: jvasquez@vasquezlawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 5th day of December, 2016.


*/s/ Richard C. Stanley*
Richard C. Stanley, 8487