UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE WILKINSON |

## NOTICE OF WITHDRAWAL OF MOTION FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS

PLEASE TAKE NOTICE, Plaintiff Deep Water Horizon Economics Claim Center ("Deep Water") hereby withdraws its Motion for Writ of Execution (Rec. 21733) filed September 26, 2016, ordering the seizure/garnishment of non-exempt funds held for Defendant Joseph Bassler.

DATED this 7th day of December, 2016.

Respectfully Submitted:
THE LAW OFFICE OF VERNON NELSON

*/s/Vernon Nelson*
VERNON NELSON
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Tel:    702-476-2500
Fax:    702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
THE CHOPIN LAW FIRM
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com
*Attorneys for Defendant Deepwater Horizon Economic Claims Center*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF MOTION FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS** with the Clerk of Court on December 7, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE.** As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

*/s/ Ruth M. Lynch*