UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: "J" |
| | * | |
| | * | |
| This Document Applies to: | * | JUDGE BARRIER |
| | * | MAG. JUDGE WILKINSON |
| No. 12-970 | * | |

**O R D E R**

Considering the Motion to Modify (a) February 26, 2015 Order Concerning the Special Master's Recent Report of September 6, 2013 Imposing Certain Sanctions and (b) February 12, 2014 Amended and Superseding Order on Joint Motion to Modify January 2, 2014 Order Approving Procedure for Payment of Certain Claims of Clients of the AndryLerner Law Firm, filed by Andry Law Group/AndryLerner LLC ("AndryLerner"), with consent of the Claims Administrator's Office ("CAO") and the Special Master, and for all of the reasons stated therein; accordingly,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** in its entirety; and

**IT IS FURTHER ORDERED** that the February 12, 2014 Amended and Superseding Order on Joint Motion to Modify January 2, 2014 Order Approving Procedure for Payment of Certain Claims of Clients of the AndryLerner Law Firm is hereby amended as follows:

    (a) Paragraphs 1-5 are deleted as no longer applicable; and

    (b) The Payment Procedure in Paragraph 6 is amended to read as follows:

        (1) Any Third Party Claims filed by AndryLerner shall be submitted to and processed by the Court-Supervised Settlement Program in accordance with Court Approved Procedure Number 1 regarding the processing of Third

        Party Claims entered on September 11, 2012 [Doc. 7359] and amended by this Court's March 11, 2013 Order [Approving the First Amended Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement of Third Party Claims Against Claimant Recoveries] [Rec. Doc. 8859] ("CAP").

(2) Following the resolution of any Third Party Claims submitted by AndryLerner pursuant to the CAP, the CAO shall deposit in the AndryLerner Client Escrow Account ("Account") maintained by Douglas S. Draper the amount payable to AndryLerner based on its Third Party Claim.

(3) The CAO shall report to Douglas Draper when it deposits the Third Party Claim payment into the Account specifying the date of deposit, the name of the claimant from whose Settlement Payment the funds were deducted, and the amount of the deposit.

**IT IS FURTHER ORDERED** that the February 26, 2015 Order Concerning the Special Master's Recent Report of September 6, 2013 Imposing Certain Sanctions is hereby amended as follows:

(a) Payments may be made out of the Account to those persons possessing claims against AndryLerner provided the balance in the Account does not drop below $100,000, which will not place any obligation or responsibility on the CAO or the Special Master;

(b) Upon the satisfaction of the claims against AndryLerner, Douglas S. Draper upon the joint instruction of Jon Andry and Glen Lerner, may distribute all funds in the Account in excess of $100,000.00 pursuant to the joint instruction, which again will not place any obligation or responsibility on the CAO or the Special Master;

(c) All further payments of fees due AndryLerner shall continue to be deposited into the Account;

(d) In the event the CAO or the Special Master become aware of additional claims potentially negatively implicating AndryLerner, Jon Andry, or Glen Lerner, Douglas S. Draper shall be notified, and the balance in the Account shall be increased above $100,000 to the amount associated with any claims potentially negatively implicating AndryLerner, Jon Andry, or Glen Lerner; and

(e) At such time as the CAO determines in its discretion, the balance in the Account will no longer have to remain at least $100,000.

New Orleans, Louisiana this 9th day of December, 2016.

                                                                                        _____
                                                                                        United States District Judge

AGREED TO AS TO FORM, SUBSTANCE
AND THE RELIEF GRANTED HEREIN


      Louis J. Freeh, Special Master


BY:         _s/ Gregory Paw_____
NAME:     Gregory Paw
TITLE:      Attorney


      Patrick A. Juneau, Claims Administrator

BY:         _s/ J. David Forsyth_____
NAME:     J. David Forsyth
TITLE:      Attorney