IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIMS UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Gwendolyn Rabalais, an Incompetent Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claims filed on behalf of Claimant as fair, reasonable, and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **KELLY STRIBLING** | **DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM** |
| By: _/s/ Kelly Stribling_ | By: _/s/ Lynn C. Greer_ |
| Kelly Stribling | Lynn C. Greer |
| Attorney for Claimant's Representative | VSB No.: 29211 |
| Stribling Law Firm, PLLC | BrownGreer PLC |
| 6523 North Greenview Avenue | 250 Rocketts Way |
| Chicago, Illinois 60626 | Richmond, Virginia 23231 |
| (504) 298-7121 | (804) 521-7200 |
| Date: 12/2/16 | Date: 12/9/2016 |

1