# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL No. 2179 |
| | SECTION J |
| **Applies to:** | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | MAGISTRATE WILKINSON |

## OMNIBUS MOTION FOR AN ORDER WITHDRAWING MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby moves the Court for entry an order withdrawing motions for writ of execution (Rec. #s 21733, 21734, 21735, 21736 and 21737) against judgment debtors Joseph Bassler, Anthony Nelson, Vision Design Management, LLC, Scott Stokes and Barbara Stokes respectively. A Proposed Order is attached hereto as Exhibit 1.

DATED this 13th day of December, 2016.

THE LAW OFFICE OF VERNON NELSON

*/s/ Vernon Nelson*
Vernon Nelson, NV Bar No.: 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Tel:  702-476-2500 / Fax:  702-476-2788
vnelson@nelsonlawfirmlv.com

THE CHOPIN LAW FIRM, LLC
Justin M. Chopin, LA Bar No.: 31100
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Tel: 504-323-5755 / Fax: 504-324-0640
justin@chopinlawfirm.com

*Attorney for Defendant Deepwater Horizon Economic Claims Center*

# Exhibit 1

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | **MDL No. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE WILKINSON** |

### ORDER GRANTING DHECC'S OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") having filed an OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS (the "Writs of Execution"), with the Court for an order withdrawing the motions for Writs of Execution against named judgment debtors, and good cause appearing:

**IT IS HEREBY ORDERED** that the OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS; specifically, the motions for Writs of Execution against debtors Joseph Bassler (Rec. 21733), Anthony Nelson (Rec. 21734), Vision Design Management, LLC (Rec. 21735), Scott Stokes (Rec. 21736) and Barbara Stokes (Rec. 21737) are hereby withdrawn.

DATED this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE