U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  DEC 15 2016

WILLIAM W. BLEVINS
CLERK

RECEIVED
SEP 13 2016
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

September 6, 2016

The Honorable Judge Carl J. Barbier
500 Poydras Street
Room C256
New Orleans, LA 70130

RE:   BP Oil Spill MDL No. 2179
      Jeffrey L. Ashley

RE  10-8888  #98700

Dear Judge Barbier:

Recently, on September 2, 2016, we received a packet from Kirkland & Ellis (Attorneys for BP Oil) that was postmarked August 20, 2016 and contained a copy of the Order To Show Cause with PTO60 issued by the US District Court / Eastern District of Louisiana.

We were surprised to see our names listed in Exhibit 2 listing plaintiffs that -- according to BP -- are materially deficient and would be required to show cause in writing prior to June 28, 2016 why the Court should not dismiss our claims against BP regarding the BP Oil Spill. It appears that we were added to the listing on Exhibit 2 due to not having an "Individual Complaint on File" as the only stated deficiency.

Please know that we have responded in a timely manner to all requests and requirements, over a variety of settlement processes since the oil spill several years ago. Prior to this last packet received, the only correspondence we have had with Kirkland & Ellis was a request for completion of an "Exhibit A" form and sworn statement that was delivered in mid-April 2016 with a May 2, 2016 deadline. We completed that form in full, returned to both J. Andrew Langan (Counsel for BP) and the MDL 2179 Plaintiff's Steering Committee as requested on April 29, 2016; we even faxed a copy to Mr. Langan on that date and followed up with a personal phone call to ensure receipt. Mr. Langan actually answered the phone on that call the afternoon of April 29, 2016 and advised us that "my fax isn't working" and when asked if we should overnight a copy to him advised "that he really didn't know what we should do." I also asked if upon completion of this form and subsequent receipt would they have "everything they need to fully process our paperwork, and is there anything else missing." Mr. Langan replied, "That should be everything you need." Please know I have complete notes of that conversation.

This is all in addition to the full banker's box of materials that have been requested and sent – and some sent multiple times – to BP representatives / settlement process people over the past several years.

So now it appears that BP – the defendant - has been given the opportunity to determine who they believe has complied with additional paperwork and those who they believe are deficient in filing that paperwork.

I would respectfully submit the following:

- Giving the defendant the ability to say who qualifies and who doesn't not qualify is akin to asking someone who has admitted to a crime the ability to determine their own sentence;
- We have never been provided with the opportunity or the paperwork needed for ensuring that an "Individual Complaint" is on file, nor has that requirement ever been communicated to us;
- It is obvious BP and their counsel continue to operate in "bad faith" throughout this entire process;
- Given that and many other things I would like to state but won't out of respect for your time, I would submit there is nothing that should preclude us from being considered as part of this settlement process / suit moving forward. If there is in fact an "Individual Complaint" form for us to file, we would be more than happy to take that step;
- The facts still remain that due to BP's negligence we've suffered financial loss; and all we've ever asked for is fair compensation based on actual loss, but BP continues to wriggle its way around that compensation.

Thank you in advance for your time and consideration, and any direction that can be provided by the Court regarding next steps and any required documentation.

Sincerely,

Jeffrey L. Ashley
4221 Woodmont Park Lane
Louisville, KY  40245
(502) 298-1551 / jashley@ashleyrountree.com

cc: Magistrate Judge Shushan

4221 Woodmont Park Ln
Louisville, KY 40245

LOUISVILLE KY 400
07 SEP '16
PM 4 L

Honorable Judge Carl J. Barbier
500 Poydras Street Ste C256
New Orleans LA 70130-3361



$0.470
US POSTAGE
FIRST-CLASS
FROM 40223
SEP 07 2016
stamps
.com


0625000565 1479