IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production, Inc., et al* | * * * | HONORABLE CARL J. BARBIER |

## MOTION FOR STATUS CONFERENCE

Boh Bros. Construction Company, L.L.C. ("Boh Bros.") requests a status conference for the reasons set forth in Motion for Aid in Consummation of Settlement Agreement, filed on November 7, 2016, copy attached.

The Claims Administrator has advised Boh Bros. that it cannot complete the processing of Boh Bros.' claim unless BP agrees. Boh Bros. is not aware of any provision in the Settlement Agreement, Policy or Appeal Decisions, Court Orders or the Federal Rules of Procedure, that allows BP to unilaterally foreclose resolution of disputes within the exclusive province of the Claims Administrator and/or jurisdiction of the Court.

Therefore, Boh Bros. seeks aid from the Court.

Respectfully Submitted,

**KINGSMILL RIESS, L.L.C.**

By: *s/ Marguerite K. Kingsmill*
Marguerite K. Kingsmill (#7347)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504)581-3310

*Attorneys for Boh Bros. Construction Co., L.L.C. and Broadmoor, L.L.C.*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion for Status Conference has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or by electronically serving all liaison counsel by e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of December, 2016.

*s/ Marguerite K. Kingsmill*