UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL No. 2179 |
| | SECTION J |
| Applies to:<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

### ORDER GRANTING DHECC'S OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") having filed an OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS (the "Writs of Execution"), with the Court for an order withdrawing the motions for Writs of Execution against named judgment debtors, and good cause appearing:

**IT IS HEREBY ORDERED** that the OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS; specifically, the motions for Writs of Execution against debtors Joseph Bassler (Rec. 21733), Anthony Nelson (Rec. 21734), Vision Design Management, LLC (Rec. 21735), Scott Stokes (Rec. 21736) and Barbara Stokes (Rec. 21737) are hereby withdrawn.

New Orleans, Louisiana this 15th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE