UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

EX PARTE/CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO HERMINIA MEDINA D/B/A TIN TIN'S ORIENTAL FOOD STORE, LANDSDON FLOORING, LLC, AND BELASIA NAIL AND SPA SALON, AND MADE IN RELIANCE ON FINANCIAL DATA PROVIDED BY CLAIM PREPARER RAYMOND FLORES

The Deepwater Horizon Economic Claims Center (the "DHECC") moves, *ex parte*, for an extension of time to file its reply to the Opposition (the "Opposition") to Motion of the DHECC for Return of Payments Made to Herminia Medina D/B/A Tin Tin's Oriental Food Store, Landsdon Flooring, LLC, and Belasia Nail and Spa Salon, and Made in Reliance on Financial Data Provided By Claim Preparer Raymond Flores (the "Motion")(Rec. Doc. 21470) and in support thereof states as follows:

1. The DHECC filed the Motion on August 10, 2016. (Rec. Doc. 21470).

2. Pursuant to the Court's Scheduling Order of August 16, 2016 (Rec. Doc. 21487), and extensions (Rec. Doc. 21708, Rec. Doc. 21871), Raymond Flores ("Flores") filed his Opposition on November 3, 2016.  The DHECC received an extension until December 16, 2016 to complete its Reply to the Opposition.

3. The DHECC seeks an additional extension of 30 days, until January 16, 2017, to file its Reply and continue ongoing efforts towards resolution with counsel for Flores.

4. The DHECC certifies that counsel for Flores has no objection to this request.

- 2 -

WHEREFORE, the DHECC prays that this motion be granted, ex parte, and that the accompanying order be entered granting the DHECC an extension until January 16, 2017 to file its Reply to the Opposition.

    Respectfully submitted,

    Patrick Juneau
    Claims Administrator
    By:   /s/ Kevin Colomb
    Kevin Colomb
    Manager of Compliance and Internal Integrity

Date: December 15, 2016

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 15th day of December, 2016, by electronic mail, on the following:

>Lee Strayhan
>Clark Partington Hart Larry Bond & Stackhouse, P.A.
>4100 Legendary Dr.
>Suite 200
>Destin, FL 32541
>*Attorney for Raymond G. Flores*

>_____/s/ Kevin Colomb_____
>Kevin Colomb