UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG | * | CIVIL ACTION: 10-MD-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES ONLY TO: | * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | |
| 10-9999; and 14-1525 | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

******************************************************************************

**MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO FILE
WISNER HEIRS REPLY
TO JOINT VENTURE ATTORNEYS' MEMORANDUM**

MAY IT PLEASE THE COURT:

Plaintiffs, Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., move for leave to file Wisner Heirs Reply to Joint Venture Attorneys' Memorandum. In support, movers point out that this is their first opportunity to respond in writing to the Joint Venture Attorneys' new submission in support of a claim for attorneys' fees and expenses which they state is made solely on their own behalf as the "true party in interest."

Accordingly, plaintiffs, Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., request that this Court enter an order granting it leave to file their reply.

1

A proposed Order is attached.

**MONTGOMERY BARNETT, L.L.P.**

By: /s/ Daniel Lund
_____
DANIEL LUND (Bar No. 12782)
E-mail: dlund@monbar.com
JOHN Y. PEARCE (Bar No. 10374)
E-mail: jpearce@monbar.com
STEPHEN L. WILLIAMSON (Bar No. 8316)
E-Mail: swilliamson@monbar.com
C. BYRON BERRY, JR. (Bar No. 21476)
E-Mail: bberry@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688
Attorneys for
Mark E. Peneguy, Edward W. Peneguy, Jr.,
Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing "Wisner Heirs'" Reply to Joint Venture Attorneys' Memorandum with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to counsel of record by notice of electronic filing and also has electronically served interested counsel via email on this 16th day of December, 2016.

/s/ Daniel Lund
_____