UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION: 10-MD-2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771; 10-8888;<br>10-9999; and 14-1525 | * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Motion filed by plaintiffs, Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., requesting leave to file their Reply to Joint Venture Attorneys' Memorandum.

IT IS ORDERED that the Motion is granted. Accordingly, said plaintiffs are granted leave to file their Reply to Joint Venture Attorneys' Memorandum.

New Orleans, Louisiana, this _____ day of December, 2016.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE