UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *All Cases* | * | **MAG. JUDGE WILKINSON** |

**ORDER**

IT IS ORDERED that:

1. The Court will conduct an in-court status conference on <u>Friday, February 17, 2017 at 9:30 a.m.</u> The primary purpose of this status conference will be to receive reports on the current status of MDL 2179.

2. The PSC and Lead or Liaison Counsel for Defendants shall submit a <u>proposed agenda</u> for items or specific matters to be discussed <u>one week in advance of the status conference</u>.

3. The PSC and Lead/Liaison Defense Counsel shall also file a joint status report on or before Tuesday, February 14. The report should recap the various settlements and other matters that have been accomplished to date, as well as provide a description of what remains to be done in this MDL, including a list and brief description of the remaining cases, indicating whether the case was originally filed in this district or transferred by the JPML as a tag-a-long to the MDL.

4. Claims Administrators for the Economic and Property Damages Settlement, Medical Benefits Settlement, and the Halliburton and Transocean Punitive Damages and Assigned Claims Settlements shall also file status reports on or before Tuesday, February 14.

New Orleans, Louisiana, this 16th day of December, 2016.

_____
United States District Judge