UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 <br><br> SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MAGISTRATE WILKINSON |

**UNOPPOSED MOTION FOR LEAVE TO FILE JOINT VENTURE ATTORNEYS' RESPONSE TO BENEFICIARY MEMORANDUM**

NOW INTO COURT come the "Joint Venture Attorneys"[1] hired to represent the Edward Wisner Donation ("Wisner" or "Donation") and respectfully submit this Motion for Lave to file a Response to the Memorandum in Response to Motion for Attorney's Fees filed by Mark Penneguy, Edward Penneguy, Jr., Richard Penneguy, Jr., and Wendell Cook, Jr. [Rec. Doc. 21958].[2] These four income beneficiaries raise issues not addressed in the primary dispute over attorney's fees. All parties have been contacted and do not oppose the motion for leave.[3]

---

[1] These Joint Venture Attorneys (sometimes referred to as the "Joint Venture" or "Joint Venture Team") include the following five law firms: Herman Herman & Katz; Fayard & Honeycutt; Fred L. Herman; Leger & Shaw; and Domengeaux Wright Roy Edwards & Colomb.

[2] Although the Donation is named as a "Defendant" to WWG's Intervention, the true party in interest with respect to WWG's Motion is the Joint Venture Team. Additionally, while the Joint Venture Team was hired to represent the collective interests of the Donation and its beneficiaries viz-a-vis BP and the other *Deepwater Horizon* Defendants, even after the Donation technically expired, (*see, e.g.,* HERMAN DECLARATION ¶¶10-12 (and Exhibits thereto)), the formal legal status of the former Donation is subject to potential question or dispute. Therefore, and in any event, this Opposition is filed on behalf of the Joint Venture Attorneys, as the parties-in-interest, and not on behalf of the City of New Orleans, the Wisner Donation, or the Mayor, as Trustee.

[3] WWG conditioned its non-opposition on the Joint Venture's agreement to stipulate to the jurisdiction of this Court

Respectfully submitted:

S/Soren E. Gisleson
Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

---

to resolve the fee dispute.   The Joint Venture agrees and so stipulates herein.    If the Court would prefer a formal, separate stipulation, the Joint Venture is willing to sign one.

        Calvin C. Fayard, Jr. (La. Bar #5486)
        C. Caroline Fayard (La. Bar #30888)
        FAYARD & HONEYCUTT
        519 Florida Avenue, SW
        Denham Springs, LA 70726
        Office: (225) 664 4193
        Telefax: (225) 664 6925
        EMail: calvinfayard@fayardlaw.com

        Fred Herman (La Bar #6811)
        Thomas J. Barbera (La Bar# 18719)
        LAW OFFICES OF FRED HERMAN
        1010 Common St., Suite 3000
        New Orleans, LA 70112
        Phone: 504 581 7068
        Fax: 504 581 7083
        Email: fherman@fredhermanlaw.com
        tbarbera@fredhermanlaw.com

        *Attorneys for the Edward Wisner Donation Trust,*
        *Mayor Mitch Landrieu, Trustee, and the City of*
        *New Orleans, Beneficiary* [4]


## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served upon all counsel of record *via* email this 16th day of December, 2016.

                                          S/Soren E. Gisleson

---

[4] As noted previously, this Opposition is filed on behalf of the Joint Venture Attorneys, as the parties-in-interest, and not on behalf of the City of New Orleans, the Wisner Donation, or the Mayor, as Trustee.