## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 <br><br> SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Unopposed Motion for Leave to File Joint Venture Attorney's Response to Beneficiary Memorandum,

IT IS ORDERED that the motion is GRANTED and that the Clerk's Office is directed to accept the Response for filing.

Done this _____ day of December, 2016.

_____
**Magistrate Judge Wilkinson**

1