UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *No. 12-970 & 13-6190* | * | MAG. JUDGE WILKINSON |

## ORDER

Four motions by Snodgrass Brothers, Inc. ("Snodgrass") are presently before the Court. (Rec. Docs. 12894, 12937, 12938, 21151).

Snodgrass filed seafood claims in the Deepwater Horizon Economic and Property Damages Settlement ("Economic Settlement"). On April 29, 2013, the Settlement Program issued an eligibility notice on one of Snodgrass' claims, No. 22820, in the amount of $456,869.33. On May 1, 2013, Snodgrass accepted the offer and signed and submitted a release. BP did not appeal. On August 28, 2013, before payment issued, the Settlement Program issued a denial notice on Snodgrass' claim, stating, "You are not eligible to receive compensation under the Seafood Compensation Program because the documents you submitted indicate that your Homeport and Landings are all located outside the Gulf Coast Areas."

On September 27, 2013, Snodgrass sought reconsideration with the Settlement Program. On October 18, 2013, while its request for reconsideration was pending, Snodgrass filed in this Court a "Motion to Enforce Release and Settlement Agreement and, in the Alternative, Original Complaint for Breach of Contract" ("Motion/Complaint"). (No. 13-6190, Rec. Doc. 1). The Motion/Complaint named BP, the Settlement Program, and the Settlement Program Claims Administrator as defendants and sought an order from the Court "enforcing the settlement

agreement requiring Defendant to fund the settlement in the amount of [$456,869.73]," plus interest, costs, and attorneys' fees.[1]  Pursuant to Pretrial Order Nos. 1 and 15, the Motion/Complaint was automatically stayed.

On December 31, 2013, the Settlement Program denied Snodgrass' request for reconsideration. Snodgrass then appealed to the Settlement's Appeal Panel. In May 2013, while the appeal was pending in the Settlement Program, Snodgrass filed in this Court an Amended Motion to Enforce Release and Settlement Agreement and Request for Submission and Hearing ("Amended Motion," Rec. Doc. 12937) and a separate Request to Lift Pretrial Order 15 Continuance as to Snodgrass' Amended Motion to Enforce Release and Settlement Agreement (Rec. Doc. 12938; *see also* Rec. Doc. 12894). These motions were also stayed pursuant to Pretrial Order No. 15.

In a notice dated September 9, 2014, the Appeal Panel upheld the Settlement Program's decision to deny Snodgrass' claim. Snodgrass sought discretionary review from this Court, which the Court denied on October 23, 2014. Snodgrass did not appeal to the Fifth Circuit.

On March 29, 2016, Pretrial Order No. 60 issued. On July 22, 2016, Snodgrass filed a "Motion for Clarification" asking that the Court declare that Pretrial Order No. 60 does not apply to Snodgrass and that its Motion/Complaint in 13-6190 is not dismissed. (Rec. Doc. 21151).

\*       \*       \*

When the Court denied Snodgrass' request for discretionary review in October 2014 and Snodgrass failed to timely appeal to the Fifth Circuit, the issues surrounding Snodgrass's claim No. 22820 were fully adjudicated. Thus, Snodgrass' Motion/Complaint in no. 13-6190 and its Amended Motion are attempts to relitigate matters that are now resolved. Accordingly,

---

[1] Alternatively, the Motion/Complaint sought "damages resulting from the breach of contract in the amount of [$456,869.73]" plus interest, costs, and attorneys' fees.

IT IS ORDERED that Snodgrass' Motion and Amended Motion to Enforce Release and Settlement Agreement (Rec. Doc. 12937; No. 13-6190, Rec. Doc. 1) are DENIED; and

IT IS FURTHER ORDERED that Snodgrass' Complaint in No. 13-6190 is DISMISSED with prejudice; and

IT IS FURTHER ORDERED that Snodgrass' Requests to Lift Pretrial Order 15 Continuance (Rec. Docs. 12938, 12894) are DENIED AS MOOT.

Furthermore, because Civil Action No. 13-6190 has been dismissed, the issue of whether Pretrial Order No. 60 applies to Snodgrass is moot. Accordingly,

IT IS FURTHER ORDERED that Snodgrass' Motion for Clarification on Order Regarding Compliance with PTO 60 (Rec. Doc. 21151) is DENIED AS MOOT.

New Orleans, Louisiana this 16th day of December, 2016.

_____
United States District Judge

**Note to Clerk:**
File in 10-md-2179 and 13-6190.
Notify DHECC Appeals Coordinator: AppealsCordinator@dhecc.com