UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | MAGISTRATE JUDGE |
| 10-9999; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR ATTORNEY'S FEES**

**NOW INTO COURT**, through undersigned counsel, comes Waltzer, Wiygul & Garside, L.L.C., as successor of Waltzer & Wiygul, LLP and Waltzer & Associates, (hereinafter "WWG"), who respectfully requests leave of this Court to file its *Reply Memorandum* in support of its *Motion for Attorney's Fees* (MDL Doc. 21922) and to reply to the memorandum filed by and on behalf of the joint venture of attorneys for the Edward Wisner Donation Trust (hereinafter the "JV") (MDL Doc. 21969) pursuant to this Court's Order setting forth the briefing schedule in this matter (Doc. 194).

The attached reply memorandum is directly responsive to the arguments raised by the JV; is not redundant of any arguments previously made; and should materially aid the Court's consideration of the issues presented by the *Motion for Attorney's Fees*.

**WHEREFORE**, Waltzer, Wiygul & Garside, L.L.C., as successor of Waltzer & Wigyul, LLP and Waltzer & Associates, prays that this Honorable Court grant it leave to file the attached *Reply Memorandum*.

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
     OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

***Counsel for Intervenor, Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates***

## CERTIFICATE OF SERVICE

     I hereby certify that on the 16th day of December, 2016, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.

*/s/ Stephen M. Gelé*
**STEPHEN M. GELÉ**

2