UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | MAGISTRATE JUDGE |
| 10-9999; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE FOREGOING** *Motion for Leave to File Reply Memorandum in Support of Motion for Attorney's Fees*;

**IT IS ORDERED** that the *Motion* be and it is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Waltzer, Wiygul & Garside, L.L.C.'s *Reply Memorandum in Support of Motion for Attorney's Fees* be and it is hereby filed into the record of these proceedings.

New Orleans, Louisiana, this _____ day of December, 2016.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE