UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG | * | CIVIL ACTION: 10-MD-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES ONLY TO: | * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | |
| 10-9999; and 14-1525 | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

*****************************************************************************

## EX PARTE REQUEST FOR ORAL ARGUMENT

Plaintiffs, Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., move for an Order setting oral argument on the complaint in intervention and motion for attorneys' fees filed by Waltzer, Wiygul, & Garside, L.L.C. (R. Doc. 21922), opposed by the Joint Venture Attorneys, Herman, Herman, & Katz, L.L. P. *et al*, and further opposed by Movers on the basis that attorneys' fees and expense reimbursements to attorneys, and the division of fees between attorneys, should be determined only after a determination by this Court of the total amount of fees and expense reimbursements due under the engagement contracts of the competing attorneys, and after all ethical and legal obligations of the attorneys have been complied with. Oral argument is requested either on December 28, 2016, the original submission date under this Court's Order dated September 15, 2016 (R. Doc. 21679), or on a subsequent motions docket of this Court not including January 4, 2017 when undersigned counsel, Daniel Lund, will be out of the state.

1

Movers attach and make a part hereof a Memorandum in support of this Request. A proposed Order is also attached.

Respectfully submitted,

**MONTGOMERY BARNETT, L.L.P.**

By:   /s/ Daniel Lund
_____
DANIEL LUND (Bar No. 12782)
E-mail: dlund@monbar.com
JOHN Y. PEARCE (Bar No. 10374)
E-mail: jpearce@monbar.com
STEPHEN L. WILLIAMSON (Bar No. 8316)
E-Mail: swilliamson@monbar.com
C. BYRON BERRY, JR. (Bar No. 21476)
E-Mail: bberry@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688
Attorneys for
Mark E. Peneguy, Edward W. Peneguy, Jr.,
Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing Ex Parte Request for Oral Argument with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to counsel of record by notice of electronic filing and also has electronically served interested counsel via email on this 20th day of December, 2016.

/s/ Daniel Lund
_____