UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG | * | CIVIL ACTION: 10-MD-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES ONLY TO: | * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | |
| 10-9999; and 14-1525 | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

**************************************************************************

## **ORDER**

Considering the Request for Oral Argument and supporting Memorandum filed by Mark E. Peneguy, et al, and the Court finding that the request should be granted,

IT IS ORDERED the complaint and motion for attorneys' fees filed by Waltzer, Wiygul, & Garside, L.L.C., be set for oral argument on _____, 201__, at 11:00 a.m.

New Orleans, Louisiana, December ___, 2016.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE