UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Opt-Out and Excluded Claims* | * | |
| *Which Were Settled Between* | * | MAG. JUDGE WILKINSON |
| *January 1, 2016 and July 29, 2016* | * | |

## ORDER

[Regarding Payment of Common Benefit Attorneys' Fees
for Settled Excluded and Opt-Out Claims]

The Court previously appointed Neutrals (Magistrate Judge Sally Shushan, Patrick A. Juneau and Louis Freeh) and Liaison Counsel (Mike Moore and Drake Martin) to oversee "Phase 2" of the Neutrals' Program, the settlement between certain Excluded or Opt-Out Claimants and BP Exploration & Production, Inc. (BPXP), BP Corporation North America, Inc. and BP p.l.c. (collectively, "BP").  In connection with this program, BP agreed to set aside funds for payment of potential common benefit fees and expenses in a court supervised fund administered by Phil Garrett, CPA.  The Court previously determined that a total of $2.5 million should be set aside which, in the Court's sole and absolute discretion, may be used to compensate attorneys who performed legal services for the common and collective benefit of the Settled Excluded/Opt-Out Claimants *without other remuneration for such work.*  To be clear, this fund is not intended to compensate attorneys for other common benefit work that may have been done in connection with MDL 2179 (and which will be subject to a separate common benefit fee award allocation at a later date) or for legal work done on behalf of their own clients and for which they have been or will be compensated.

In order to fairly assess these common benefit fees, the Court instructed counsel who believed they were qualified to receive compensation to provide evidence of the time and expenses incurred to Liaison Counsel Mike Moore and Drake Martin. Ten separate law firms[1] made submissions. In addition to reviewing these submissions, the Court received input from the Neutrals' Liaison Counsel as to their evaluation of the common benefit contributions by the involved attorneys.

After consideration of the submissions and consultation with the Neutrals' Liaison Counsel, the Court awards common benefit fees as follows:

| Firm | Amount |
|---|---|
| Calvin Fayard (Fayard and Honeycutt) | $ 600,000. |
| Cossich & Sumich | $ 400,000. |
| Tammy Tran | $ 350,000. |
| Baron & Budd | $ 300,000. |
| Duval & Funderburk | $ 250,000. |
| Laborde & Earles | $ 150,000. |
| Talbot Carmouche | $ 150,000. |
| Herman, Herman & Katz | $ 150,000. |
| J.R. Whaley | $ 150,000. |

Phil Garrett, CPA, is directed to remit the above amounts directly to the respective law firms.

New Orleans, Louisiana, this 20th day of December, 2016.

_____
United States District Judge

---

[1] Greg Friedlander's submission did not pertain to the Neutrals' settlement program, therefore he is not eligible to receive a common benefit fee in connection with this program.

2