UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE WILKINSON |

**MOTION OF THE FIVE GULF STATES AND DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP") FOR ENTRY OF AN ORDER RELATING TO THE PRESERVATION OF SAMPLES**

BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") and the States of Alabama, Florida, Louisiana, Mississippi, and Texas ("the Gulf States"), through their undersigned counsel, respectfully move this Court for an Order in the form submitted herewith, revising the requirements of ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation of samples.

Respectfully submitted,

JEFF LANDRY
LOUISIANA ATTORNEY GENERAL

 /s/ *Steven B. "Beaux" Jones*
Steven B. "Beaux" Jones (#33915)
JonesSt@ag.louisiana.gov
Assistant Attorney General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: 225-326-6085
Fax: 225-326-6099
*On Behalf the Gulf States*

**Error! Unknown document property name.**

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street NW
Washington, DC 20005
202-879-5951 (Tel)
202-879-5200 (Fax)

Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of December 2016.

/s/ Don K. Haycraft