**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:   OIL SPILL by the OIL RIG          :     MDL NO. 2179
         "DEEPWATER HORIZON" in the        :
         GULF OF MEXICO, on                :
         APRIL 20, 2010                    :
                                           :     SECTION: J
                                           :
THIS DOCUMENT RELATES TO:                  :
                                           :
ALL ACTIONS                                :
                                           :     JUDGE BARBIER
                                           :     MAG. JUDGE WILKINSON
                                           :

. . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . .

**MEMORANDUM IN SUPPORT OF THE MOTION OF THE FIVE GULF STATES,**
**AND DEFENDANT BP EXPLORATION & PRODUCTION INC., BP AMERICA**
**PRODUCTION COMPANY, AND BP AMERICA INC. ("BP") FOR ENTRY OF AN**
**ORDER RELATING TO THE PRESERVATION OF SAMPLES**

The States of Alabama, Florida, Louisiana, Mississippi, and Texas ("the Gulf States") and BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") have moved this Court for an Order in the form submitted herewith, seeking to revise the requirements of ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation of samples.   In support, the five Gulf States and BP state as follows:

PTO 1 ¶14 provides for broad preservation of potentially-relevant evidence, including materials "reasonably anticipated to be subject to discovery…."   PTO 1 ¶14 identifies many categories of materials requiring preservation, including "documents, data and tangible things," as well as "records" and "reports" likewise related to the Deepwater Horizon incident.   Since April 2010, PTO 1 required all parties, including the Gulf States and BP, to preserve, among other things, physical samples (such as water samples, sediment samples, and biological samples) taken from various locations in the Gulf region, and to preserve reports and analysis, for example, related to these samples.

While these samples were gathered and tested throughout the early stages of the response, the vast majority are now at least four years old (and many are more than six years old), and, therefore, of questionable quality for re-testing; any analyses performed at this point are unlikely to yield a result reliable for the purpose for which the sample was originally taken.  Moreover, given the status of the litigation, the limited objections raised, and the volume of samples involved, the continued preservation of all physical samples is an unnecessary, costly, and unduly burdensome requirement.  At the same time, two objectors have raised concerns that such samples may have relevance to their potential claims.  Record Doc. Nos. 21782, 21806, 21807, 21843, 21847.

Following receipt of objectors' concerns, this court held a conference call to discuss the Gulf States' and BP's proposal and the issues raised by the objectors.  Based on that call, and subsequent discussions among these parties, the Gulf States and BP further refined their proposal to both allow the orderly disposal of Response samples and permit objectors with an opportunity to review sample information and determine whether they would like to assume custody and/or control of the samples.

This Motion follows those discussions.  It seeks the entry of an Order permitting the Gulf States and BP to dispose of specified samples, while continuing to preserve all existing data and data analysis related to these samples, as required by PTO 1 ¶14.  However, the Order provides the two timely objectors with a reasonable, thirty-day opportunity to review the lists of samples proposed for disposal, and determine whether they wish to take possession of, and preserve, such samples at their own cost, rather than allow the requested disposal.

The proposed Order thus recognizes both the extremely limited value of requiring the Gulf States and BP to continue to maintain samples that are as much as six years old, while

providing the specified objectors an opportunity to satisfy their concerns regarding the relevancy of samples on the proposed disposal lists, based on objectors' review of sample logs, analysis, and data. This result thus helps ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of such discovery and preservation obligations. The Gulf States and BP have discussed this motion and order with the two timely objectors and they have no objection to this resolution.

WHEREFORE, the Gulf States and BP respectfully request that this Court enter an Order in the form submitted herewith.

Respectfully submitted,

JEFF LANDRY
LOUISIANA ATTORNEY GENERAL

_/s/ Steven B. "Beaux" Jones ___
Steven B. "Beaux" Jones (#33915)
JonesSt@ag.louisiana.gov
Assistant Attorney General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: 225-326-6085
Fax: 225-326-6099

*On Behalf of the Gulf States*

/s/ Don K. Haycraft _____
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street NW
Washington, DC 20005
202-879-5951 (Tel)
202-879-5200 (Fax)

Attorneys for BP Exploration & Production
Inc., BP America Production Company, and
BP America Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of December 2016.

/s/   Don K. Haycraft_____