UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

**CERTIFICATE OF SERVICE**

     I hereby certify that (Rec. 21877) **MOTION TO EXAMINE JUDGMENT DEBTOR, JOSEPH ANTHONY NELSON** was electronically filed with the Clerk of Court on November 5, 2016 by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**.

     Further, I hereby certify that on December 21, 2016, I placed a copy of the **MOTION TO EXAMINE JUDGMENT DEBTOR, JOSEPH ANTHONY NELSON** in an envelope or package for collection and mailing, addressed to the person(s) at the address(es) listed below, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of mail.  Under that practice, on the same day that mail is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

    Joseph Anthony Nelson
    14900 Old Pascagoula Rd
    Grand Bay, Al 36541-4058

                                              */s/ Ruth M. Lynch*