# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————————

No. 16-31091

————————————

In Re:  Deepwater Horizon

--------------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED,

      Defendant - Appellee

v.

CLAIMANT 100016801; CLAIMANT 100026409,

      Claimants - Appellants

v.

PATRICK A. JUNEAU, In His Capacity as Claims Administrator and
Trustee; DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT
PROGRAM,

      Movants - Appellees

————————————

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

————————————

O R D E R :

IT IS ORDERED that the unopposed joint motion to seal case is GRANTED.

IT IS FURTHER ORDERED that the unopposed joint motion to view and obtain sealed portions of the record on appeal is GRANTED.

/s/ Edith Brown Clement

_____
EDITH BROWN CLEMENT
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 14, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-31091    In re: Deepwater Horizon
                   USDC No. 2:10-MD-2179
                   USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The court has granted the unopposed joint motion of all parties on
appeal to view and obtain sealed documents contained in the record
on appeal. In accordance with this court's order, you may obtain
the sealed materials from the District Court. The sealed materials
are for your review ONLY. This material should be maintained in
your office under seal and returned to the District Court as soon
as it has served your purpose.

In light of the case being sealed, please use the caption attached
below on all future filings.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Connie Brown, Deputy Clerk
                              504-310-7671

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. J. David Forsyth
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Ms. Lizette Auxiliadora Radovic
Mr. Richard C. Stanley
Ms. Jessica M. Vasquez

| 16-31091 |
|---|
| In Re:  Deepwater Horizon |
| -------------------------------------------------------------------------------- |
| LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL |
| Plaintiffs |
| v. |
| SEALED APPELLEE 1, |
| Defendant - Appellee |
| v. |
| SEALED APPELLANT 1; SEALED APPELLANT 2, |
| Claimants - Appellants |
| v. |
| SEALED APPELLEE 2; SEALED APPELLEE 3, |
| Movants - Appellees |