UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

CASE NO.:  2:10-md-02179-CJB-JCW

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>            "Deepwater Horizon" in the Gulf<br>                 of Mexico, on April 20, 2010<br>            Plaintiffs | MDL: No.: 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE CARL BARBIER<br><br>MAGISTRATE JUDGE: SHUSHAN |
| James Thompson Jr. and Freenis Thompson,<br>as Husband and Wife,<br>            Plaintiffs,<br><br>vs.<br><br>BP Exploration & Production, Inc., et al.,<br>            Defendants.<br>_____/ | No.: 2:13-CV-06697-CJB-SS<br><br>SECTION: J<br><br>HONORABLE JUDGE CARL BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs, JAMES THOMPSON, JR. and FREENIS THOMPSON, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby gives notice of the voluntary dismissal without prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, withdrawal from any class (whether putative or certified).

United States District Court Eastern District of Louisiana, In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, Case number 2:13-cv-06697-CJB-SS.

Respectfully submitted,

*/s/ Robert J. McKEE*
ROBERT J. Kckee
Florida Bar No.: 972614

THE McKEE LAW GROUP LLC
Attorney for Plaintiff
Post Office Box 551333
Davie, Florida 33325
rmckee@themckeelawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2079 on this 22nd day of December, 2016.

*/s/ Robert J. McKEE*
ROBERT J. Kckee
Florida Bar No.: 972614
THE McKEE LAW GROUP LLC
Attorney for Plaintiff
Post Office Box 551333
Davie, Florida 33325
rmckee@themckeelawgroup.com

## SERVICE LIST

Arsenault, Richard J.
Neblett Beard & Arsenault
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA 71309-1190
Dudenherer's Fishing Charters, Inc.
Phone: (318) 487-9874
Email: r.arsenault@nbalawfirm.com

Barnett, Ryan M.
WHIBBS & STONE PA
801 West Romana Street

Pensacola, Florida 32502
Phone: (850) 434-5395
Email: ryan@whibbsandstone.com

Barr, Brian H.
Levin Papantonio Thomas et al.
316 South Baylen Street
Suite 600
Pensacola, Florida 32502
Phone: (850) 435-7000
Email: bbarr@levinlaw.com

Beck, David J.
BECK REDDEN & SCREST LLP
1221 McKinney Street
Suite 45000
Houston, TX 77010
Phone: (713) 951-3700
Email: dbeck@brsfirm.com

Berman, Steve W.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Phone: (206) 623-7292
Email: steve@hbsslaw.com

Bracken, Geoffrey H.
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston, TX 77002
Phone: (713) 276-5739
Email: gbracken@gardere.com

Bradford, Bobby J.
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, Florida 35201
Phone: (850) 916-7450

Braud, S. Jacob
BALLAY BRAUD & COLON PLC
8114 Highway 23
Belle Chasse, LA 70037

Phone: (504) 394-9841
Email: jacobbraud@bbc-law.net

Brown, Eric B.
Post Office Box 2765
Houston, TX 77252-2765

Buzbee, Anthony G.
BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis
Suite 7300
Houston, TX 77002
Phone: (713) 223-5393
Email: tbuzbee@txattorneys.com

Cabraser, Elizabeth J.
LIEFF CABRASER HEIMANN & BERSTEIN LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
Email: ecabraser@lchb.com

Chiepalich, C.S.
Post Office Box 6505
Mobile, AL 36660
Phone: (205) 478-1666
Email: csc@birch.net

Clark, Lange
LAW OFFICE OF LANGE CLARK PC
301 19th Street North
Suite 550
Birmingham, AL 35203
Phone: (205) 939-3933
Email: langeclark@mindspring.com

Coleman, Alice W.
BRENT COON & ASSOCIATES
6360 I-55, North
Suite 340
Jackson, MS 39211
Phone: (601) 957-6177
Email: alice@bcoonlaw.com

Coumanis, Christ N.
COUMANIS & YORK PC
2101 Main Street
Daphne, AL 36526
Phone: (251) 990-3083
Email: coumanis@c-ylaw.com

Crump, Martin D.
DAVIS & CRUMP
1712 15th Street
Suite 300
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martincrump@daviscrump.com

Cutter, C. Brooks
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Phone: (916) 448-9800
Email: bcutter@kcrlegal.com

Dampier, M. Stephen
LAW OFFICES OF M STEPHEN DAMPIER PC
55 North Section Street
Farirhope, AL 36532
Phone: (251) 929-0800
Email: stevedampier@dampierlaw.com

Deshazo, Michael
KINNEY & ELLINGHAUSEN
1250 Poydras Street
Suite 2450
New Orleans, LA 70113
Phone: (5041) 524-0206
Email: michaeld@kinneylaw.com

Dreher, Jr., William W.
DREHER LAW FIRM PA
Post Office Box 968
2224-24th Avenue
Gulfport, MN 39502
Phone: (228) 822-2222
Email: wwdlaw@bellsouth.net

Dunne, Carey R.

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4000
Email: carey.dunne@davispolk.com

Friedman, Jeffrey, E.
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Birmingham, AL 35242
Phone: (205) 278-7000
Email: jfriedman@friedmanleak.com

Garrison, Jr. W. Lewis
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
Post Office Box 11310
Birmingham, AL 35203
Phone: (205) 326-3336
Email: wlgarrison@hgdlawfirm.com

Gibbs, Darryl M.
GHHABRA & GIBBS PA
120 North Congress Street
Suite 200
The Plaza Building
Jackson, MS 39201
Phone: (601) 948-8005
Email: dgibbs@cglawms.com

Godfrey, Richard C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2064
Email: Richard.Godfrey@kirkland.com

Godwin, Donald E.
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm Street
Suite 1700
Dallas, TX 75270
Phone: (214) 939-4400
Email: dgodwin@godwinronquillo.com

Greenwald, Robin L.
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
Phone: (212) 558-5802
Email: rgreenwald@weitzlux.com

Hawkins, John F.
HAWKIN STRACENER & GIBSON PLLC
Post Office Box 24627
Jackson, MS 39225-4627
Phone: (601) 969-9692
Email: john@hsglawfirm.net

Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR LLP
O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Email: rherman@hhkc.om

Holland, Eric D.
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
Phone: ( 314) 241-8111
Email: eholland@hgsslaw.com

Hornsby, Jr. Ernest C.
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham, AL 35243
Phone: (256) 329-2000
Email: chornsby@mhhlaw.com

Howard, Phillip Timothy
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee, FL 32312
Phone: (850) 298-4455
Email: ptim@aol.com

Huey, Michael G.

HUEY LAW FIRM LLC
1059 Dauphin Street
Mobile, AL 36604

Irvine, III George R.
STONE GRANADE & CROSBY
7133 Stone Drive
Daphne, AL 36526
Phone; (251) 626-6696
Email: gri@sgclaw.com

Jackson, III, Sidney, W.
JACKSON FOSTER & RICHARDSON LLC
Post Office Box 2225
Mobile, AL 36652

Jones, III, Gladstone N.
JONES SWANSON HUDDELL & GARRISON LLC
Pan-America Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130
Phone: (504) 523-2500
Email: gjones@jonesswanson.com

Jones, Rhon E.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
218 Commerce Street
Montgomery, AL 36104
Phone: (334) 269-2343
Email: rhon.jones@beasleyallen.com
Kennedy, Richard R.
309 Polk Street
Post Office Box 3243
Layfayette, LA 70502-3243
Phone: (337) 232-1934
Email: ken309@richardkennedy.com

Laborde, III Cliffe E.
LABORDE & NEUNER
One Petroleum Center
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70503
Phone: (337) 237-7000
Email: cliffe@in-law.com

Lane, Joseph D.
COCHRAN CHERRY GIVENS & SMITH
163 West Main Street
Dothan, AL 36301
Phone: (334) 793-1555
Email: jlane@cochranfrim.com

Langan, J. Andrew
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2064
Email: Andrew.langan@kirkland.com

Lovelace, DeWitt M.
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, Florida 32550
Phone: (850) 837-6020
Email: dml@lovelacelaw.com

Lucado, M. Shane
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 South
Birmingham, AL 35243
Phone: (205) 278-0025
Email: slucado@lucadolaw.com

Mason, Angela Joy
COCHRAN FIRM
163 W. Main Street
Dothan, AL 36302
Phone: (205) 793-1555

McDole, Keith C.
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Phone: (214) 220-3939

Meunier, Gerald E.
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
2800 Energy Centre

1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: gmeunier@gainsben.com

Miller, Kerry J.
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8194
Email: kmiller@frilot.com

Mitsui & Co, U.S.A., Inc.
200 Park Avenue
New York, NY 10166
Mitsui & Co. U.S.A, Inc.

Morrow, Patrick C.
MORROW MORROW RYAN & BASSETT
Post Office Drawer 1787
Opelousas, LA 70570
Phone: (337) 948-4483
Email: pmorrow@mmrblaw.com

Moskowitz, Adam M.
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Miami, Florida 33134
Phone: (305) 372-1800
Email: AMM@kttlaw.com

Murray, Stephen B.
MURRAY LAW FIRM
650 Poydras Street
Suite 2150
New Orleans, LA 70130
Phone: (504) 525-8100
Email: smurray@murray-lawfirm.com

Neger, Peter C.
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10075
Phone: (212) 705-7226

Email: peter.neger@bingham.com

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
Mobile, AL 36604
Phone: (251) 471-6191
Email: sln@cunninghambounds.com

Norris, John E.
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL 35205
Phone: (205) 930-9900
Email: jnorris@davisnorris.com

Poynter, Scott E.
EMERSON POYNTER LLP
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
Phone: (501) 907-2555
Email: scott@emersonpoynter.com

Price, Donald W.
DUE PRICE GUIDRY PIEDRAHITA & ANDREWS
8201 Jefferson Highway
Baton Rouge, LA 70809
Phone: (225) 929-7481
Email: dprice@dueprice.com
Quin, II, William M.
MCCRANEY MONTAGNET & QUIN PLLC
602 Steed Road
Suite 200
Ridgeland, MS 93157
Phone: (601) 707-5725
Email: wquin@mmqlaw.com

Rash, David C.
ALTERS LAW FIRM PA
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137
Phone: (305) 571-8550
Email: david@alterslaw.com

Rifkin, Mark C.
WOLF HADENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Phone: (212) 545-4600
Email: rikin@whafh.com

Sexton, II, K. Edward
GENTLE TURNER & SEXTON
2 North 20th Street
Suite 1200
Birmingham, AL 35203
Phone: (205) 716-3000
Email: esexton@gtandslaw.com

Strange, Brain R.
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025
Phone: (310) 207-5055
Email: lacounsel@earthlink.net

Tran, Minh Tam
TAMMY TRAN ATTORNEY AT LAW LP
2915 Fannin Street
Houston, TX 77002
Phone: (713) 655-0737
Email: ttran@tt-lawfirm.com

Verras, Spiro J.
BILIRAKIS LAW GROUP LLC
4538 Bartelt Road
Holiday, Florida 34690
Phone: (727) 937-3226
Email: sverras@bilirakislaw.com

Wiygul, Robert B.
WALTZER & ASSOCIATES
1011 Iberville Drive
Ocean Spring, MS 39564
Phone: (228) 872-1125
Email: robert@waltzerlaw.com

Zatzkis, Lanny R.

ZATZKIS MCCARTHY & ASSOCIATES LLC
650 Poydras Street
Suite 2750
New Orleans, LA 70130
Phone: (504) 523-2266
Email: lanny@zatzkis.com