**BP**

2016 DEC 15 P 1:52

G

**16-17466**
**SECT. J MAG. 2**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARLENE JACOBI
S~~HWAIN~~ VS.          *     NO. 10-MD-2179

TRANSOCEAN LTD ET AL *     SECTION "~~B~~" "J"(2)

~~HALIBURTON INDUS-~~   *
~~TRIES, ET ALS.~~
                       *

FILED:_____      DY. CLERK:_____

### MOTION FOR LEAVE TO FILE CLAIM

NOW INTO COURT, through undersigned counsel comes DARLENE JACOBI, INDIVIDUALLY AND AS THE SUCCESSION REPRESENTATIVE OF CHARLES A. JACOBI, and respectfully seeks leave of Court to file the attatched claim for damages into these proceedings, showing that there is a deadline set for the filing of claim set herein by Document No. 16900 for the 15th day of December, 2016, and that no previous filing.

### ORDER

THE FOREGOING CONSIDERED,

LET the attatched claim of DARLENE JACOBI, INDIVIDUALLY AND AS SUCCESSION OF CHARLES A. JACOBI, be and claims be and there is hereby recieved and filed into these proceedings.

New Orleans, LA this ____ day of December, 2016

_____
U.S. DISTRICT JUDGE

Fee _____
Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____

RESPECTFULLY SUBMITTED:

*Robert N Clarke*
Robert N. Clarke, Attorney for
DARLENE JACOBI, INDIVIDUALLY AND
AS SUCCESSION REPRESENTATIVE FOR
CHARLES A. JACOBI, PLAINTIFFS
3009 20th St. Ste. B
Metairie, LA 70002
Tel.: 485-3375 LSBA NO. 4161