**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | * | **SECTION: J** |
| **Applies to:** *All Opt-Out and Excluded Claims Which Were Settled Between January 1, 2016 and July 29, 2016* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |

**AMENDED ORDER**

**[Regarding Payment of Common Benefit Attorneys' Fees for Settled Excluded and Opt-Out Claims]**

On December 20, 2016 the Court issued an Order awarding common benefit fees to counsel who performed common benefit work in connection with the Court Neutrals' Phase 2 Program (settlement of certain excluded and opt-out claims). (Rec. Doc. 22021)

Liaison Counsel for the Court Neutrals have brought to the Court's attention that they inadvertently overlooked a timely submission by the Keogh Cox law firm. After consultation with liaison counsel, the Court finds that Keogh Cox is entitled to share in the common benefit fee allocation. In order to accomplish this, the Court proportionately reduces the previously awarded amounts. Accordingly, **the Court hereby AMENDS its previous order as follows:**

After consideration of the submissions and consultation with the Neutrals' Liaison Counsel, the Court awards common benefit fees as follows:

| | |
|---|---|
| Calvin Fayard (Fayard and Honeycutt) | $ 593,712. |
| Cossich & Sumich | $ 395,808. |
| Tammy Tran | $ 346,332. |
| Baron & Budd | $ 296,856. |

| | |
|---|---|
| Duval & Funderburk | $ 247,380. |
| Laborde & Earles | $ 148,428. |
| Talbot Carmouche | $ 148,428. |
| Herman, Herman & Katz | $ 148,428. |
| J.R. Whaley | $ 148,428. |
| Keogh Cox | $ 26,200. |

Phil Garrett, CPA, shall submit an appropriate motion and order for the Court's signature, directing the Clerk to disburse the $2,500,000 in the Court's registry to him. Phil Garrett will then remit the amounts above to the respective law firms.

New Orleans, Louisiana, this 22nd day of December, 2016.

United States District Judge