IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | MDL 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**PLAINTIFFS' MOTION FOR RECONSIDERATION
OF ORDER & REASONS [DOC 22003], SPECIFICALLY AS IT APPLIES
TO 2:16CV4122; 2:16CV4123; 2:16CV4124; and 2:16CV4151**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs in Cause Numbers 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 (hereinafter referred to as WGTT Class Actions), and asks the Court to reconsider its rulings as it applies to the above-referenced class actions, and in support thereof would show as follows:

Plaintiffs would show that it is a violation of the due process rights of these Plaintiffs to strike the class action under Rule 23. Further, Plaintiff would show that Pleading Bundle B-1 does not even involve or mention foreign Plaintiffs, only U.S. citizens and entities, but Plaintiff still complied with PT-60 anyway. Plaintiff would also show that the PSC used Rule 23 to settle classes amounting to more than $20 Billion in settlements and these Plaintiffs request the PSC help now with regard to these deserving Plaintiffs.

WHEREFORE, Plaintiffs pray that the Court reconsider its Order & Reasons [Doc 22003], and allow these Plaintiffs to either continue to move forward either on their individual claims that have been on file since 2013, and/or at the very least on a class action basis.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

By:     /s/ Mitchell A. Toups
           Mitchell A. Toups
           Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX  78596
956-968-9556/Fax:  956-969-0492
Email:  zreynajr@zreynalaw.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on December 22, 2016.


/s/ Mitchell A. Toups
Mitchell A. Toups

2