Marine Pollution Bulletin xxx (2016) xxx–xxx

Contents lists available at ScienceDirect

# Marine Pollution Bulletin

journal homepage: www.elsevier.com




# Interannual variability of soft-bottom macrobenthic communities of the NW Gulf of Mexico in relationship to the *Deepwater Horizon* oil spill

Diana L. Salcedo, Luis A. Soto *, Alejandro Estradas-Romero, Alfonso V. Botello

*Universidad Nacional Autónoma de México, Instituto de Ciencias del Mar y Limnología, Circuito Ciudad Universitaria s.n., 04510 México, D.F., Mexico*

ARTICLE INFO

*Article history:*
Received 27 October 2015
Received in revised form 21 August 2016
Accepted 14 November 2016
Available online xxx

*Keywords:*
Deepwater Horizon
Oil spill
NW Gulf of Mexico
Benthic macroinfauna
Petroleum hydrocarbons
Trace-metals

ABSTRACT

A 3-year research program was undertaken to assess potential environmental disturbance caused by the *Deepwater Horizon* oil spill to the soft-bottom macrobenthic communities within Mexican waters of the northwestern Gulf of Mexico. Community properties and temporal/spatial variability were analyzed besides toxicant parameters such as hydrocarbons and trace-metals. Overall infaunal density increased, taxa proportion changed, and small-size opportunistic organisms prevailed throughout the study. Annual abundance-biomass comparison (ABC) curves revealed progressive stress scenarios from moderate to severe. Concentrations of vanadium, nickel, cobalt, PAHs and AHs increased gradually over time. However, low correlations between benthic density and biogeochemical variables were determined. Initially, sedimentary properties were the main drivers of benthic community structure; subsequently, nickel, vanadium and PAHs, indicative of anthropogenic effect, were highlighted. Interannual variability in the macroinfauna was attributed to the synergy of several environmental factors. Undoubtedly, compounds derived from fossil fuels had a significant disturbance role, but their source remains uncertain.

© 2016 Published by Elsevier Ltd.

## 1. Introduction

Benthic organisms have long been recognized as excellent bio-indicators of adverse environmental conditions in the marine ecosystem (Rumohr, 1999; Josefson et al., 2009). Because of their sedentary life-style, distribution patterns and community properties, they reveal significant changes in their structure and function due to natural or anthropic disturbances. The analysis and interpretation of such changes are of crucial importance in environmental assessment studies (Clarke and Warwick, 2001). We employed the community properties of the soft-bottom infaunal communities inhabiting the shelf and the upper continental slope of the NW Gulf of Mexico (GoM), to test its interannual variability in light of the accidental oil spill caused by the sinking of the *Deepwater Horizon* (*DWH*) that occurred in the northern Gulf on April of 2010. This dreadful accident caused severe environmental damage to both coastal and deep-water habitats in the vicinity of the wellhead (Camilli et al. 2010; Griffiths, 2012; Whitehead et al., 2012; Joye et al., 2014). Nearly 4.6 million barrels (210 × 10⁶ US gal; 795 × 10⁶ L) of crude oil were spilled in the surface and deep-waters of the northern GoM. Persistent surface and subsurface plumes of oil and gas were detected in that region even four months after the *DWH* blowout.

Montagna et al. (2013) have reconstructed the trajectory and pathways of the spilled oil near the *DWH* well site. These authors have clearly documented the adverse effects produced by the *DWH* blowout and the subsequent oil that settled upon the deep-sea soft-sediment benthos. Presumably, according to the US agencies NOAA and EPA (Soto and Vázquez-Botello, 2013) a considerable volume of the crude oil was recovered, evaporated or burned. Nonetheless, it was also acknowledged that nearly 35% of hydrocarbons were still present in the northern GoM. Based on the current surface circulation models of the GoM (Zavala-Hidalgo et al., 2003), the regions more likely to receive in the mid-term the impact of the remaining oil slick from the *DWH* blowout were the NW and SW Mexican coasts, particularly in winter time, when the circulation in the Gulf is counter-clockwise. During the end of the year, there is a southward advection process from the Louisiana-Texas continental shelf that influences the waters of Tamaulipas and northern Veracruz, Mexico. These are vital ecoregions within the GoM that harbor valuable living resources that are highly vulnerable to toxic compounds incorporated in the crude oil molecules (Soto and Vázquez-Botello, 2013).

Our current knowledge on benthic communities from the NW GoM is restricted. Much of the available information is confined to the Texas and Louisiana shores (Galstoff, 1954; Defenbaugh, 1976; Pequegnat et al., 1983). Most of these authors have focused their attention to epibenthic macrofauna, with the exception of the latter two. Escobar-Briones and Soto (1997) first reported the composition and biomass of both *epi* and infauna from the continental shelf of the Western Gulf of Mexico. These authors highlighted the significant benthic biomass concentration (> 47%) along the inner shelf (< 50 m) promoted by the combined effect of local river runoff and the hydrographic regime defined by anticyclonic ring interactions and convective mixing.

As a response to the described oil spill, a three-year research program was undertaken in 2010 to assess the possible chemical disturbance caused by the *DWH* blowout upon the soft-bottom infaunal community from the shelf and upper continental slope of the NW Gulf within Mexico's Exclusive Economic Zone (EEZ). The reason-

* Corresponding author.
*Email address:* lasg@cmarl.unam.mx (L.A. Soto).

http://dx.doi.org/10.1016/j.marpolbul.2016.11.031
0025-326/© 2016 Published by Elsevier Ltd.

ing behind this purpose is the existing high connectivity of environmental processes within a Large Marine Ecosystem such as the GoM. Therefore, one would expect that transboundary pollutants originating in the northern Gulf may eventually be dispersed and incorporated into the coastal and deep water environmental compartments of adjacent regions. To accomplish our primary objective, special attention was given to a multivariate approach of benthic community properties responding to the prevailing sedimentary conditions, particularly to the potential presence of *DWH* hydrocarbon (polycyclic aromatic; aliphatic) and trace-metals stressors in the area of study.

## 2. Study area

The NW sector of the Gulf of Mexico is strongly influenced by the cyclone and/or anticyclone gyres derived from the Loop Current. When these processes are absent in the NW Gulf, the surface oceanic circulation predominantly is towards the north. The salinity and density vertical profiles indicated the intrusion of cold and diluted water originating from the Louisiana-Texas continental shelf (Zavala-Hidalgo et al., 2012). The sedimentary conditions on the shelf are highly influenced by the river runoff of three main rivers, the Bravo, Soto La Marina, and Pánuco, and by the exporting capacity of two major coastal lagoons: Madre and Tamiahua. Shelf and deep-water sediments are essentially biogenic with a predominance of silt-clay and are impoverished in organic material.

The Tamaulipas and northern Veracruz coasts (Fig. 1) are highly influenced by river discharges (Bravo, Soto la Marina & Pánuco) that enrich with nutrients and organic matter the waters of the adjacent continental shelf. The continental shelf in this region is narrow with a maximum length of 50 km and with steep and rugged slopes, particularly off the coast of northern Veracruz. The sedimentary environment in the coastal strip is dominated by terrigenous input from rivers and lagoons; sand and biogenic muds predominate in deeper areas.

## 3. Materials and methods

A total of 228 soft-bottom macrobenthic infauna samples were obtained during a 3-year monitoring program of the continental and upper slope of the NW GoM conducted onboard the R/V "Justo Sierra". The sampling design considered both the prevailing circulation pattern in the GoM and the early oil trajectory predictions made by several US agencies of the DWH event. Thus the program included three periods of observations: one in July of 2010 (summer) when no signs of DWH oil stressor were expected in the area of study; and two subsequent winter oceanographic campaigns in January 2011 and February of 2012 when there is an active water transport across the Louisiana-Texas shelf towards the northwestern GoM. The area of study extends in the NW GoM between latitudes 26° and 22° N and longitudes 95° and 97° W (Fig. 1). A sampling grid of 5 to 7 perpendicular transects was established across the shelf and the upper continental slope from depths of 50 to 2600 m (Fig. 1), covering an estimated area of 34,500 km$^2$ (Fig. 1). Each transect included the following sampling depth strata: 50, 100, 200, 500 and 1500 m; in winter of 2012, a > 2000 m substratum was added.

Shelf sediments were obtained using a 0.13 m$^2$ Smith McIntyre grab, and for deeper sediments (> 200 m) a 0.24 m$^2$ Reineck box corer was employed. It was assumed that there were no significant statistical differences in the faunal composition generated from samples obtained by these two samplers (see Heip et al., 1988). A variable number of sample replicas of macroinfauna were obtained at each site with subcores of 10.4 cm in length and 3 cm in diameter (7.06 cm$^2$): two replicas in summer of 2010 and winter of 2011 and three in winter of 2012. Biological samples were anesthetized with



Fig. 1. Location of study area and sampling sites in the NW Gulf of Mexico. A) Summer of 2010. B) Winter of 2011. C) Winter of 2012.

Case 2:10-md-02179-CJB-DPC  Document 22034-2  Filed 12/22/16  Page 3 of 9

magnesium chloride, stained with Rose Bengal and preserved in 70% ethanol. These samples were sieved through a 250 μm screen; all organisms were counted under a stereo-microscope, manually sorted and identified at the Phylum level.

### 3.1. Geochemical variables analysis

To analyze the set of geochemical variables, 96 surficial sediment samples were obtained, one at each sampling site, and stored frozen until analysis in the laboratory. Granulometric analysis of sediments was performed using a Beckman Coulter LS230 laser diffraction particle-size analyzer adjusted for samples with a range of 0.04 to 2000 μm. Content of organic carbon (OC) and organic matter (OM) in sediments was determined using the methodology of Walkley and Black (1934), fully described and modified by Ortiz et al. (1993). Total carbon and total nitrogen analyses were conducted with the aid of a PerkinElmer® 2400 Series II CHNS/O Elemental Analyzer operating in mode CHN with helium as a carrier gas, under a combustion temperature of 980 °C and a reduction temperature of 640 °C. Inorganic carbon ($C_{inorg}$) concentration was estimated by subtracting the organic carbon from the total carbon. To assess the proportion of terrestrial carbon present in the sediments a simple $\delta^{13}C$-based, two-end-member mixing model based on the model derived by Calder and Parker (1968) and Schultz and Calder (1976) was applied; the equation used was taken from Ramaswamy et al. (2008). Values for $\delta^{13}C$ and $\delta^{15}N$ were determined using a mass spectrometry (Finnigan Delta Plus XL with dual inlet) equipped with an Elemental Analyzer (Flash 112EA) with Conflo III as interface and an autosampler A200S. Values for $\delta^{13}C$ were measured and expressed relative to VPDB on a scale normalized by assigning consensus values of −46.6‰ to L-SVEC lithium carbonate and +1.95‰ to NBS 19 calcium carbonate. Additional reference material was used: NBS 18, NBS 22, IAEA-CH-6 and IAEA-CH-7. Aliphatic (AHs) and polycyclic aromatic hydrocarbon (PAHs) concentrations were analyzed according UNEP techniques (UNEP, 1992). Analytical procedures to assess trace-metals (Al, Mg, Fe, Co, Ni, Cr, and V) and PAHs in surficial sediments are described in detail in Botello et al. (2015).

### 3.2. Data analysis

Abundance, density (number of individuals 10 cm$^{-2}$) and biomass were calculated for each sampling point. Biomass values (g C cm$^2$) were initially obtained from fixed wet weights for high taxonomic level groups (Annelida, Nematoda, Mollusca, and Arthropoda (Crustacea), Kinorhyncha Sipunculida, Priapulida, and Nemertea) using a Sartorius Analytical Balance (0.001 mg accuracy). These values were later transformed into carbon units using biometric conversion factors defined for some groups of benthic invertebrates (Gerlach, 1971; Ricciardi and Bourget, 1998). For those taxonomic groups lacking of conversion factors, those corresponding to the most closely related group (considering body size and form) were used. Values corresponding to the replicates of each sampling point were averaged for further analyses. Prior to statistical analysis, density data were log transformed (log + 1).

To analyze similarity of benthic community composition between sampling years, a non-metric multi-dimensional scaling (nMDS) (Clarke and Warwick, 2001) was carried out on transformed data, using Bray-Curtis similarity coefficient as a distance measure. To determine the degree of environmental stress along time, the method of abundance-biomass comparison (ABC) curves was performed for every sampling year (Warwick, 1986). Complementarily, the $W$ statistic was calculated: it is negative in heavily stressed, near zero in moderately stressed and positive in unstressed situations (Meire and Dereu, 1990). Total abundance and biomass data from each year were used in the ABC analysis.

A permutational multivariate analysis of variance (PERMANOVA) (Anderson, 2001) was conducted to analyze temporal (among years) and spatial variability (among depth strata and transects) on density values. The analysis was performed on the basis of a three-way model with YEAR (3 levels), DEPTH (6 levels) and TRANSECT (7 levels) as fixed factors, using 9999 permutations under the reduced model. Considering only factors showing significant statistical differences in the previous analysis, a pairwise test was performed in order to analyze specific differences between their levels.

Environmental variable set was normalized. No transformation was required, since data were slightly skewed in distribution. These variables were subjected to a principal component analysis (PCA) for ordination and to examine any variation between years, performed from a triangular Euclidean distance matrix previously constructed. Temporal and spatial variations in environmental conditions were tested using PERMANOVA routine; the same model described for the biotic component was used.

Relationships between multivariate community structure and environmental variables were assessed using BIO-ENV routine (Clarke and Ainsworth, 1993), which calculates rank correlations between a similarity matrix derived from biotic data and matrices derived from subsets of environmental variables, thereby defining suits of variables that best explain the biotic structure. In order to reduce the number of environmental variables for this routine and to avoid collinearity between them, a draftsman plot depiction, with its corresponding Pearson correlation values matrix, was performed. Variables with a correlation value higher than 0.95 were excluded.

All multivariate analyses were performed using PRIMER v6 & PERMANOVA *add on* statistical package (Clarke and Warwick, 2001; Anderson et al., 2008).

### 4. Results

Phyla diversity was low in summer of 2010 since only five taxonomic groups were identified, but it was slightly higher in both winter periods (2011 and 2012). Annelida, Nematoda, Mollusca, and Arthropoda (Crustacea) were identified in all sampling periods; Kinorhyncha was recognized only in summer and in winter of 2012, while Sipunculida, Priapulida, and Nemertea were recorded only in both winter periods. In the first sampling year (summer of 2010), macrobenthic density values ranged between 0.35 and 33.28 individuals 10 cm$^{-2}$ (4.64 ± 7.03); in winter of 2011 the values fluctuated between 0.7 and 31.86 individuals 10 cm$^{-2}$ (7.33 ± 8.48), while in last winter (2012) density varied between 0.47 and 127.95 individuals 10 cm$^{-2}$ (13.67 ± 22.71). Average values increased significantly over time. Nematodes were numerically dominant in summer of 2010, comprising > 60% of the total density, while in both winter periods the most abundant taxonomic group was Annelida (53 and 46% of the total density, respectively), with Polychaeta being the dominant class.

Distribution of density values was heterogeneous in all sampling years. Higher values were found mainly in localities placed on the inner continental shelf (50 m). In summer of 2010, higher values were recorded on the inner shelf located in front of the northern part of Laguna Madre (sta. 10 & 11) and at the north of Pánuco River (sta. 30); anomalously, the second higher value was recorded in the northern part of the area at 1500 m depth (sta. 6). In winter of 2011 higher values were detected all along the inner shelf placed in front of Laguna

Madre (sta. 11, 20 & 21) and in a location of the northern transect placed on middle continental shelf (sta. 2, 100 m depth). In the following winter (2012), higher values were recorded on the inner continental shelf in front of the Bravo River, Laguna Madre and Pánuco River (sta. 1, 24 & 36), and in front of the central part of Laguna Madre at 500 m depth.

Two-dimensions nMDS ordination plot for macroinfauna density values did not display a clear gradual pattern throughout time; however, apparent differences between seasons were detected, since stations belonging to both winter periods appear to be more similar, while the group of stations sampled in summer seems to be separated (Fig. 2). However, the permutational multivariate analysis of variance showed significant differences between the three sampling periods (Table 1), and the pairwise test indicated that temporal differences are interannual rather than seasonal. This analysis also revealed significant bathymetrical differences, but not latitudinal (among transects) (Table 1). The pairwise test indicated clear differences between the benthic component belonging to the inner continental shelf (50 m) and the remaining depth strata, while no significant differences among the latter were detected.

The combined abundance and biomass comparison (ABC) curves of the benthic fauna in the three sampling periods revealed interannual intensification in the stress degree, showing a clear trend of change in the position of the curves since 2010 to 2012 (Fig. 3); however, this was not very clear in the $W$ values. In summer of 2010, both abundance and biomass curves appeared very close and intersected at several points (Fig. 3), and the $W$ value was negative, but very close to zero ($W = -0.06$); both properties are indicators of a moderately disturbed condition. In the ABC depiction of winter of 2011 the abundance curve dominated the biomass curve for most of its length except for the point corresponding to the nematode group (Fig. 3), and the $W$ value was positive, but very near zero ($W = 0.003$). The condition stated by both indicators is not very precise since the curves seem to indicate an increasing in the stress degree while the $W$ value became positive. Although the direction is not clear, there was an evident change that could be recognized as a transition stage between the conditions of summer of 2010 and winter of 2011. In contrast, the ABC curves for winter of 2012 showed a heavily stressed condition since the abundance curve appeared above the biomass curve throughout its length, and the $W$ statistic was negative ($-0.07$).

The results of Principal Component Analysis performed for summer of 2010 indicated that sedimentary variables explained 69.8% of the variability along the first two axes (44.3% on PC1 and 25.5% on PC2) (Fig. 4A). Both PCs include information concerning the natural input of both autochthonous and allochthonous materials ($C_{inorg}$, $\delta^{13}C$, terrestrial carbon and total nitrogen, Fe, V, percentage of sand, and $\delta^{15}N$) (Table 2). The set of variables highlighted by the analysis represent the natural sedimentary background of the area before the DWH oil spill. In winter of 2011, sedimentary variables explained 86.9% of the variability observed in the first two axes (63.6% on PC1 and 23.3% on PC2) (Fig. 4B). The first axis included information mainly regarding the concentration of trace-metals related to oil (Co, Va, Ni, & Cr), in addition to the percentage of sand, which is strongly linked to the accumulation of these materials in the sediments. The second PC included information regarding variables naturally present in the sediments ($C_{inorg}$, total carbon, Mg, Al, & $\delta^{13}C$) (Table 2). In winter of 2012, 64.3% of the variability was explained by the sedimentary variables on the first two axes (40.1% on PC1 and 24.2% on PC2) (Fig. 4C). The PC1 encompassed information concerning the concentrations of some trace-metals (Fe, Cr, & V) while PC2 accounted information for both trace-metals related to the oil (Co & Ni) and the natural input of energy sources to the sediments (organic matter & organic carbon) (Table 2).

The results of the PERMANOVA performed with the sedimentary variables showed significant temporal and spatial environmental differences (both bathymetric and latitudinal) (Table 3). The pairwise test indicated that temporal differences are interannual rather than seasonal, since significant differences among the three sampling periods were observed. Bathymetric differences were detected between all depth strata, pointing the existence of a high gradient in the environmental conditions. Significant latitudinal differences were found



Fig. 2. Two-dimensions non-metric multidimensional scaling ordination (nMDS) plot on the basis of the Bray-Curtis similarity measure over the density values of the macroinfauna of each location at each sampling period. ● Summer of 2010. ■ Winter of 2011 ◊ Winter of 2012.

Table 1
Summary showing the three-factor PERMANOVA test for the transformed density data of benthic macroinfauna of the three sampling periods.

| Source of variation | df | MS | Pseudo-F | p |
|---|---|---|---|---|
| Year | 2 | 14,616 | 9.3885 | 0.0001 |
| Depth | 5 | 3612.50 | 2.3205 | 0.0028 |
| Transect | 6 | 1011.30 | 0.6495 | 0.866 |
| Year × depth | 8 | 1728.30 | 1.1101 | 0.3477 |
| Year × transect | 9 | 1869.80 | 1.2011 | 0.2438 |
| Depth × transect | 25 | 1327.10 | 0.8524 | 0.7819 |
| Res | 27 | 1556.80 | | |
| Total | 82 | | | |



Fig. 3. ABC curves for the benthic fauna of the three sampling periods. ● Abundance ○ Biomass

mainly between the first transect and the remaining ones. This analysis also revealed a significant interaction between Year and Transect (Table 3) that could explain sedimentary differences along the studied area resulting from the prevailing hydrographic conditions throughout the year.

The BIO-ENV analyses applied for every sampling period showed that correlations between sedimentary and biological variables were rather small (Table 4). Aluminum, vanadium, $\delta^{15}N$, and the percentage of sand constituted the combination of parameters that gave the highest rank correlation value with the biotic similarity matrix in summer of 2010 (Table 4). In winter of 2011, the variables that best explained patterns of spatial distribution of density were the aluminum, nickel, PAHs, and AHs (Table 4). In winter of 2012, the greatest correlation observed was with aluminum and the interaction between vanadium, and AHs (Table 4). However, none of the annual correlations were significant.

## 5. Discussion

Oil trapped in sediments is known for causing a series of ecological disturbance in benthic communities spanning from the decrease of density and biomass to the loss of diversity (see Lee and Li, 2013). In the aftermath of the DWH event in the northern Gulf of Mexico, Montagna et al. (2013) were able to document both the near and farther-field deep-sea benthic footprint of the DWH blowout a few months after the oil spill occurred in the northern GoM. Total hydrocarbons, PAHs and barium concentrations were identified by these authors as the main environmental drivers affecting macrofauna and meiofauna abundance and diversity. More recently, other authors (Schwing et al. 2015) have added further evidence concerning the environmental disturbance caused by the oil spill upon foraminiferal benthic density in the northeastern Gulf. The significant decline (80 to 93%) was attributed to abrupt increases in sedimentary rates, PAHs concentrations and changes in redox conditions. Similarly, Qu et al. (2016) detected changes in species composition and trophic guilds of the deep-sea polychaete community of the NE GoM after the oil spill, due to the increase in PAHs and organic content in the sediments.

In the NW GoM, our monitoring efforts three months after the DWH accident, focused primarily in building up a baseline on the composition and density of the soft-sediment macroinfauna inhabiting the shelf and upper continental slope in order to distinguish natural variability from community disturbance caused by spilled oil. Because of the counterclockwise winter surface circulation in the Gulf, eventually crude and/or weathered oil derivatives from the Macondo's wellhead could be trapped in sediments from the Texas and Tamaulipas coasts or dispersed in Mexico's EEZ deep waters. Evidence of such dispersion mechanism was offered by Sammarco et al. (2013). They reported high concentrations of total petroleum hydrocarbons (THPs) and PAHs in sediments off Galveston, Texas.

Our current knowledge on the deep-water circulation of the Gulf of Mexico is still restricted. Therefore, we rely on the pattern described by Romanou et al. (2004) who suggest a westward water-mass transport in the northern Gulf that presumably would had promoted Macondo's subsurface hydrocarbon plume trajectory (~1175 m) to the southwest (Spier et al., 2013) in close proximity to deep Mexico's EEZ.

The westward advection of oil particles derived from Macondo wellhead may account for the high concentrations of oil-related trace-metals and hydrocarbons in sediments from the deepest locations (>1500 m) in our area of study. This sedimentary process seems reinforced by our $\delta^{13}C$ analysis that revealed the deposition of $C_{terrig}$ on the upper continental slope. Surficial sediments in this region of the GoM had an isotopic signature (−21‰) that significantly differed from that recorded for natural seeps (−24.1‰) (Ruttenberg and Goñi, 1997). Recently, Botello et al. (2015) attributed to natural rather than to anthropogenic sources the PAHs and trace-metal concentrations detected in sediments during the first two years of monitoring Mexico's territorial waters. However, a third-year study confirmed the presence of anthropogenic hydrocarbon compounds in deep sites of our area of study. This fact serves to emphasize the im-



Fig. 4. Two-dimensional PCA ordinations on the sedimentary variables of each sampling period. A) Summer of 2010 (PC1 and PC2 accounted for 69.8 % of the variation). B) Winter of 2011 (PC1 and PC2 accounted for 86.9% of the variation). C) Winter of 2012 (PC1 and PC2 accounted for 64.3% of the variation).

Table 2
PCA loadings score for sedimentary variables in each sampling period (n/a = not available).

| Variable | Summer of 2010 | | Winter of 2011 | | Winter of 2012 | |
|---|---|---|---|---|---|---|
| | PC1 | PC2 | PC1 | PC2 | PC1 | PC2 |
| OM | −0.240 | 0.098 | −0.144 | −0.210 | −0.286 | −0.382 |
| OC | −0.240 | 0.099 | −0.144 | −0.209 | −0.279 | −0.389 |
| Al | −0.231 | 0.269 | −0.059 | −0.399 | −0.285 | −0.380 |
| Mg | −0.090 | 0.282 | −0.086 | 0.379 | −0.174 | 0.291 |
| Fe | −0.143 | 0.427 | −0.302 | −0.164 | −0.445 | −0.015 |
| Co | 0.249 | −0.035 | −0.336 | 0.059 | −0.299 | 0.428 |
| Ni | 0.217 | 0.249 | −0.322 | 0.179 | −0.145 | 0.506 |
| Cr | −0.207 | −0.052 | −0.314 | −0.155 | −0.456 | 0.055 |
| V | −0.146 | 0.359 | −0.333 | −0.085 | −0.453 | 0.116 |
| PAHs | −0.221 | −0.004 | −0.117 | −0.049 | 0.056 | 0.080 |
| AHs | −0.005 | −0.022 | −0.064 | −0.007 | 0.074 | −0.107 |
| $C_{inorg}$ | 0.326 | −0.026 | −0.091 | 0.405 | n/a | n/a |
| TN | −0.265 | 0.124 | −0.274 | −0.158 | n/a | n/a |
| TC | 0.300 | 0.009 | −0.139 | 0.371 | n/a | n/a |
| $C_{org}$ | −0.325 | −0.092 | 0.208 | −0.232 | n/a | n/a |
| $δ^{13}C$ | 0.325 | 0.092 | 0.182 | −0.283 | n/a | n/a |
| $δ^{15}N$ | −0.084 | −0.296 | 0.147 | 0.026 | n/a | n/a |
| %Sand | −0.044 | −0.396 | 0.315 | 0.075 | n/a | n/a |
| %Mud | −0.221 | −0.285 | −0.215 | −0.182 | n/a | n/a |
| %Clay | 0.214 | 0.304 | −0.256 | 0.114 | n/a | n/a |

Table 3
Summary of the three-factor PERMANOVA test for the transformed data of the sedimentary variables quantified in the three sampling periods.

| Source of variation | df | MS | Pseudo-F | p |
|---|---|---|---|---|
| Year | 2 | 196.7300 | 36.406 | 0.0001 |
| Depth | 5 | 72.1780 | 13.356 | 0.0001 |
| Transect | 6 | 31.0230 | 5.7409 | 0.0001 |
| Year × depth | 8 | 6.1068 | 1.1301 | 0.2946 |
| Year × transect | 9 | 8.3362 | 1.5426 | 0.0424 |
| Depth × transect | 27 | 5.2035 | 0.9691 | 0.5663 |
| Res | 35 | 5.4039 | | |
| Total | 92 | | | |

Table 4
BIO-ENV results showing the combination of environmental variables that best match the biotic similarity matrices for each sampling period using the Spearman rank correlation.

| Sampling period | Set of variables | Correlation | p-Value |
|---|---|---|---|
| Summer 2010 | Al, V, $N^{15}$ and % sand | 0.17 | 0.43 |
| Winter 2011 | Al, Ni, PAHs and AHs | 0.34 | 0.11 |
| Winter 2012 | Al and V-AHs | 0.16 | 0.41 |

portance of conducting long-term monitoring to assess environmental disturbances caused by accidental oil spills.

The oceanographic conditions in the northwestern Gulf of Mexico during the summer of 2010 were rather atypical due to the strong influence exerted by the Hurricane Alex. Surface oligotrophic waters in the area of study were enriched with a deep-water intrusion that promoted phytoplankton blooms in northern Veracruz (Licea et al., 2011). Similarly, intensifying river runoff had a similar effect in coastal areas. Some areas of the inner continental shelf showed signs of organic matter enrichment that appeared reflected in significant density values (33.3 individuals 10 cm$^{-2}$). However, in general, the soft-bottom macroinfauna maintained rather conservative density values (< 9.0 individuals 10 cm$^{-2}$) which were gradually increasing over a 3-year period of monitoring; such increase was a result of the shift observed in taxa composition: firstly, nematodes predominated, and these were later substituted by annelids (polychaetes & oligochaetes) which are presumably the least sensitive to pollution impacts (Warwick and Clarke, 1994). This benthic community is essentially

integrated by two faunal assemblages with a heterogeneous spatial distribution over the inner shelf and the middle-outer shelf/upper slope, respectively. The applied multivariate analyses (PERMANOVA) confirmed that density variability observed throughout our monitoring was attributed not only to differences among years but to the interaction of another environmental factor that caused significant interannual changes among the three surveys.

The ABC curves, originally proposed by Warwick (1986) and Warwick and Clarke (1994) to assess pollution-induced disturbance in benthic communities, and successfully applied later by Meire and Dereu (1990), were instrumental to illustrate interannual structural changes in the studied soft-bottom communities and to estimate the degree of environmental stress. During the two winter surveys, the stress factor ($W$) indicated from moderate to severe disturbance conditions originated for the dominance r-selected species namely polychaetes worms and free-living nematodes. Their density increased 50% up to 100% in the winter surveys in comparison with our baseline data generated in the summer of 2010. According to Mendelssohn et al. (2012), elevated mortality rates within the community promote the recolonization of substrates and high population density of opportunistic species like polychaetes and nematodes. Organic enrichment after the $DWH$ is invoked by Montagna et al. (2013) to explain these structural community adjustments observed in the northern Gulf of Mexico. In the area of study, there was a clear ($p < 0.05$) increasing trend in the sedimentary organic matter content from the summer throughout the following two winter seasons. It is important to emphasize at this point, that a similar trend was recorded in the concentration of trace elements contained in crude oil such as Ni, Co, and V.

Interestingly, in summer of 2010 the abundance and biomass curves intersected each other in several sections, which is a sign of inner community adjustments in the abundance proportion among its main faunal components presumably originated by a moderate stress. Initially, the significant abundance of small-size individuals (nematodes) surpassed the biomass curve encompassing large-size individuals (mollusks); consequently, these structural composition yields a negative stress factor ($W$) indicating a severe condition that should be viewed with caution, given the hydrological instability provoked by the Hurricane Alex, in addition to the difference in seasonality.

Indeed, the study of fossil fuels trapped in marine surface sediments constitutes a complex problem. The source identification and the spilled oil potential trajectory in the marine environment are further augmented by the presence of biogenic hydrocarbons, natural gas and oil seeping processes, and weathering factors (Elmgren et al., 1983; Liu et al., 2012). Both the PCA and the BIO-ENV conducted in the present study contributed to discriminate those environmental variables that may have a potential correlation with the benthic community. Most of the analyzed variables showed significant temporal and spatial differences ($p < 0.05$) during the monitoring period thus giving additional support to the interannual variability described for the benthic community of the NW Gulf. Among the variables recognized by their significant interannual variability were the concentrations of Mg, Al, organic carbon, organic matter, V, Ni, Cr, Co, PAHs, and AHs.

The concentration of V, Ni, and Co significantly progressed ($p < 0.05$) throughout the monitoring operation (Botello et al., 2015). Major concentrations of these trace-metals corresponded to deep-water sites. In the case of the Ni, there were sites whose concentrations surpassed the Effects Range Medium (ERM) sediment quality criteria equivalent to frequently harmful damage effects to benthic organisms (Long et al., 1995). The concentrations of Cr were low in the summer of 2010 and winter of 2011, though increased in the winter of 2012; several sites also had values above the Effects Range Low (ERL) sediment quality criteria known for causing sporadic harmful effects to benthic organisms (Long et al., 1995). The increases recorded throughout the survey in certain trace-metals and hydrocarbons in the deepest location of the study area (> 1500 m) suggest a recent deposition of these materials, since the sedimentation rate in the deep GoM (> 800 m) is very low (from 0.04 to 0.10 cm yr$^{-1}$, meaning that 20 to 50 years are required to the accumulation of 2 cm of sediments) (Wade et al., 2008). A similar trend in the NE GoM was described by Romero et al. (2015) after the $DWH$ oil spill. They detected an intermittent increase of PAHs in surficial sediments from December of 2010 to February of 2011; such depositional event was explained by two mechanisms: a sedimentary depositional pulse driven by the formation and settling of contaminated particles; and by the collisions of the deep hydrocarbon plume with the continental slope. Unfortunately at this point, PAHs and trace-metal sources and depositional mechanisms in Mexico EEZ deep waters are not fully understood.

The PAHs and AHs, mostly of pyrolytic origin, followed a similar increasing trend as the above trace-metals attaining significant concentrations towards the end of the winter in 2012. Even though, there were petrogenic PAHs such as fluorene, the most persistent and frequent throughout the survey, that exhibited concentrations exceeding the Effects Range Low (ERL) sediment quality criteria (Long et al., 1995), potentially harmful to benthic organisms, mainly in winter of 2012. Furthermore, the presence of this hydrocarbon of anthropogenic origin suggests a recent input, since it is a volatile low molecular weight compound (Botello and Calva, 1998). It is worth mentioning that fluorene was the third dominant PAH in the crude oil from the Macondo-252 oil spill (Liu et al., 2012). The tendency observed suggests that the intrinsic toxicity of the sediments is widening, and the harmful levels of this kind of compounds being trapped in the sediments may persist for years (Sammarco et al., 2013), thus posing a serious environmental risk to the ecological stability of benthic communities.

After the Ixtoc-I blowout occurred in the southwestern GoM in 1979, very few authors expressed a clear and conclusive answer concerning the severity of the Ixtoc-I oil spill. This perception prevailed even though there was clear and convincing evidence in some coastal lagoons of increasing hydrocarbons concentrations in surficial sediments as far north as the coast of Texas (Soto et al., 2014). Kalke et al. (1982) and Thebeau et al. (1981) examined the impact of the Ixtoc-I on benthic communities in the South Texas shoreline. These authors recorded a significant change in infaunal density though the number of species remained substantially unaltered. Similarly, as seen in the present study, the predominance of polychaetes was the factor responsible for the fluctuations in the infaunal density. Nowadays, there is a consensus in accepting that acute toxic effects are space restricted and of short duration, whereas, the mid and long-term or sublethal stress are harder to assess and eventually become non-detectable.

Presently, many uncertainties remain concerning the final fate of roughly 2 million barrels (84 × 10$^6$ gal; 31.8 × 10$^6$ L) of submerged oil assumedly sequestered in deep ocean sediments of the northern Gulf (Valentine et al., 2014). These authors hypothesized that as a consequence of the patchy spatial distribution of oil particles deposited on the ocean floor and the distance gradient from the Macondo wellhead their detection becomes problematical outside an area of 3200 km$^2$ that shows clear signs of ecological damage. In remote areas of the NW Gulf, the detection of Macondo's footprint seems also an elusive process.

## 6. Conclusions

The analyzed information obtained throughout a three-year monitoring program conducted in the Mexican waters of the NW Gulf of Mexico, during and after the *DWH* blowout, indicated interannual variability in the macroinfauna structure and in the sedimentary conditions. Natural variability in the studied area and the synergy among biogeochemical processes preclude the unyielding distinction of potential environmental damage caused by an oil spill in the deep-waters of the northern Gulf. However, a closer look to benthic community parameters and geochemical properties from the shelf and upper continental slope revealed significant changes attributed to the presence of hydrocarbon derivative compounds. For instance, the abundance-biomass comparison (ABC) curves depicted a progressive benthic stress condition. These were accompanied by an increasing trend in the concentration of chemical elements associated to oil compounds such as V, Ni, Cr, Co, and PAHs, and AHs. The consistent pattern of concentration of these elements in deep Gulf-waters seems to rule out a local source, but rather underlines an advection process from the north. Our current knowledge on the deep circulation in the GoM is limited to presume transport and deposition of Macondo's weathered oil particles in the northwestern Gulf of Mexico.

## Acknowledgments

The authors express their gratitude to the members of the Benthic Ecology Laboratory, A. Flores, R. Aguilar, K. Arvizu, M. Tapia, and R. David for their assistance in the sample processing. A special word of appreciation to the crew of the R/V JUSTO SIERRA for their invaluable support during the 3-year monitoring program: "Marco Ambiental de las Condiciones Oceanográficas en el Sector NW de la ZEE de México en el Golfo de México (MARZEE)." Funds for this project were provided by the Instituto Nacional de Ecología y Cambio Climático (INECC). The comments and suggestions made to an earlier version of this manuscript by anonymous reviewers greatly improved its content.

## References

Anderson, M.J., 2001. A new method for non-parametric multivariate analysis of variance. Austral Ecology 26 (1), 32–46. http://dx.doi.org/10.1111/j.1442-9993.2001.01070.pp.x.

Anderson, M.J., Gorley, R.N., Clarke, K.R., 2008. PERMANOVA for PRIMER: Guide to Software and Statistical Methods. PRIMER-E Ltd, Plymouth, U.K. (214 pp).

Botello, A.V., Calva, B.L.G., 1998. Polycyclic aromatic hydrocarbons in sediments from Pueblo Viejo, Tamiahua and Tampamachoco lagoons in the southern Gulf of Mexico. Bull. Environ. Contam. Toxicol. 60 (1), 96–103. http://dx.doi.org/10.1007/s001289900596.

Botello, A.V., Soto, L.A., Ponce-Vélez, G., Villanueva, S., 2015. Baseline for PAHs and metals in NW Gulf of Mexico related to the Deepwater Horizon oil spill. Estuar. Coast. Shelf Sci. 156, 1–10. http://dx.doi.org/10.1016/j.ecss.2014.11.010.

Calder, J.A., Parker, P.L., 1968. Stable carbon isotope ratios as indexes of petrochemical pollution of aquatic systems. Environ. Sci. Technol. 2, 535–539. http://dx.doi.org/10.1021/es60019a001.

Camilli, R., Reddy, C.M., Yoerger, D.R., Van Mooy, B.A.S., Jakuba, M.V., Kinsey, J.C., McIntyre, C.P., Sylva, S.P., Maloney, J.V., 2010. Tracking hydrocarbon plume transport and biodegradation at Deepwater Horizon. Science 330 (6001), 201–204. http://dx.doi.org/10.1126/science.1195223.

Clarke, K.R., Warwick, R.M., 2001. Change in Marine Communities: An Approach to Statistical Analysis and Interpretation, second ed. Plymouth Marine Laboratory, Plymouth, U.K. ISBN: 978-1855311404 (175 pp).

Clarke, K.R., Ainsworth, M., 1993. A method of linking multivariate community structure to environmental variables. Mar. Ecol. Prog. Ser. 92, 205–219. http://dx.doi.org/10.3354/meps092205.

Defenbaugh, R.E., 1976. A study of the benthic macroinvertebrates of the continental shelf of the northern Gulf of Mexico. In: Ph.D. Dissertation. Texas A&M University (476 pp).

Elmgren, R., Hansson, S., Larsson, U., Sundellin, B., Boehm, P.D., 1983. The "Tsesis" oil spill: acute and long-term impact on the benthos. Mar. Biol. 73 (1), 51–65. http://dx.doi.org/10.1007/BF00396285.

Escobar-Briones, E.G., Soto, L.A., 1997. Continental shelf benthic biomass in the western Gulf of Mexico. Cont. Shelf Res. 17 (6), 585–604. http://dx.doi.org/10.1016/S0278-4343(96)00047-7.

Galstoff, P.S., 1954. Historical sketch of the explorations in the Gulf of Mexico. In: Galstoff, P.S. (Ed.), Gulf of Mexico and Its Origin, Waters, and Marine Life. Fishery Bulletin of the Fish and Wildlife Service, 55, pp. 3–36.

Gerlach, S.A., 1971. On the importance of marine meiofauna for benthos communities. Oecologia 6 (2), 176–190. http://dx.doi.org/10.1007/BF00345719.

Griffiths, S.K., 2012. Oil release from Macondo well MC252 following the Deepwater Horizon accident. Environ. Sci. Technol. 46 (10), 5616–5622. http://dx.doi.org/10.1021/es204569t.

Heip, C., Warwick, R.M., Carr, M.R., Herman, P.M.J., Huys, R., Smol, N., Van Holsbeke, K., 1988. Analysis of community attributes of the benthic meiofauna of Frierfjord/Langesundfjord. Mar. Ecol. Prog. Ser. 46 (1–3), 171–180. http://dx.doi.org/10.3354/meps046171.

Josefson, A.B., Blomqvist, M., Hansen, J.L.S., Rosenberg, R., Rygg, B., 2009. Assessment of marine benthic quality change in gradients of disturbance: comparison of different Scandinavian multi-metric indices. Mar. Pollut. Bull. 58 (9), 1263–1277. http://dx.doi.org/10.1016/j.marpolbul.2009.05.008.

Joye, S.B., Teske, A.P., Kostka, J.E., 2014. Microbial dynamics following the Macondo oil well blowout across Gulf of Mexico environments. Bioscience 64 (9), 766–777. http://dx.doi.org/10.1093/biosci/biu121.

Kalke, R.D., Duke, T.A., Flint, R.W., 1982. Weathered IXTOC I oil effects on estuarine benthos. Estuar. Coast. Shelf Sci. 15 (1), 75–84. http://dx.doi.org/10.1016/0272-7714(82)90038-5.

Lee, L.H., Li, H.J., 2013. Effects of an oil spill on benthic community production and respiration on subtropical intertidal sandflats. Mar. Pollut. Bull. 73 (1), 291–299. http://dx.doi.org/10.1016/j.marpolbul.2013.05.006.

Licea, S., Luna-Soria, R., Soto-Cadena, P.J., Zamudio-Resendiz, M.E., 2011. Comunidad de Fitoplancton. In: Soto, L.A., Botello, A. (Eds.), "Marco ambiental de las condiciones oceanográficas en el Sector NW de la ZEE de MÉXICO en el Golfo de México (MARZEE I)" Reporte Técnico MARZEE-I. ICML-INECC (343 pp).

Liu, Z., Liu, J., Zhu, Q., Wu, W., 2012. The weathering of oil after the Deepwater Horizon oil spill: insights from the chemical composition of the oil from the sea surface, salt marshes and sediments. Environ. Res. Lett. 7 (3), 1–14. http://dx.doi.org/10.1088/1748-9326/7/3/035302.

Long, E.R., MacDonald, D.D., Smith, S.L., Calder, F.D., 1995. Incidence of adverse biological effects within ranges of chemical concentrations in marine and estuarine sediments. Environ. Manag. 19 (1), 81–97. http://dx.doi.org/10.1007/BF02472006.

Meire, P.M., Dereu, J., 1990. Use of the abundance/biomass comparison method for detecting environmental stress: some considerations based on intertidal macrozoobenthos and bird communities. J. Appl. Ecol. 27 (1), 210–223. http://dx.doi.org/10.2307/2403579.

Mendelssohn, I.A., Andersen, G.L., Baltz, D.M., Caffey, R.H., Carman, K.R., Fleeger, J.W., Joye, S.B., Lin, Q., Maltby, E., Overton, E.B., Rozas, L.P., 2012. Oil impacts on coastal wetlands: implications for the Mississippi River Delta ecosystem after the Deepwater Horizon oil spill. Bioscience 62 (6), 562–574. http://dx.doi.org/10.1525/bio.2012.62.6.7.

Montagna, P., Baguley, J.G., Cooksey, C., Hartwell, I., Hyde, L.J., Hyland, J.L., Kalke, R.D., Kracker, L.M., Reuscher, M., Rhodes, C.E., 2013. Deep-sea benthic footprint of the Deepwater Horizon blowout. PLoS One 8 (8), e70540 http://dx.doi.org/10.1371/journal.pone.0070540.

Ortiz, M.L., Sánchez, E., Gutiérrez, M.E., 1993. Análisis de suelos, fundamentos y técnicas Parte I. Cuernavaca. Universidad Autónoma del Estado de Morelos, México (104 pp).

Pequegnat, W.E., Pequegnat, L.H., Kleypas, J.A., James, B.M., Kennedy, E.A., Fain Hubbard, G.F., 1983. The Ecological Communities of the Continental Slope and Adjacent Regimes of the Northern Gulf of Mexico. Minerals Management Services US Dep. Interior Gulf of Mexico OCS Office, Metairie, LA (398 pp.).

Qu, F., Nunnally, C.C., Lemanski, J.R., Wade, T.L., Amon, A.M.W., Rowe, G.T., 2016. Polychaete annelid (segmented worms) abundance and species composition in the proximity (6–9 km) of the Deepwater Horizon (DWH) oil spill in the deep Gulf of Mexico. Deep-Sea Research Part II: Topical Studies in Oceanography. http://dx.doi.org/10.1016/j.dsr2.2015.04.020.

Ramaswamy, V., Gaye, B., Shirodkar, P.V., Rao, P.S., Chivas, A.R., Wheeler, D., Thwin, S., 2008. Distribution and sources of organic carbon, nitrogen and their isotopic signatures in sediments from the Ayeyarwady (Irrawaddy) continental shelf, northern Andaman Sea. Mar. Chem. 111 (3–4), 137–150. http://dx.doi.org/10.1016/j.marchem.2008.04.006.

Ricciardi, A., Bourget, E., 1998. Weight-to-weight conversion factors for marine benthic macroinvertebrates. Mar. Ecol. Prog. Ser. 163, 245–251. http://dx.doi.org/10.3354/meps171245.

Romanou, A., Chassignet, E.P., Sturges, W., 2004. Gulf of Mexico circulation within a high-resolution numerical simulation of the North Atlantic Ocean. J. Geophys. Res. 109, C01003 http://dx.doi.org/10.1029/2003JC001770.

Romero, I.C., Schwing, P.T., Brooks, G.R., Larson, R.A., Hastings, D.W., Ellis, G., Goddard, E.A., Hollander, D.J., 2015. Hydrocarbons in deep-sea sediments fol-

lowing the 2010 Deepwater Horizon blowout in the Northeast Gulf of Mexico. PLoS One 10 (5), e0128371 http://dx.doi.org/10.1371/journal.pone.0128371.

Rumohr, H., 1999. Soft bottom macrofauna: collection, treatment, and quality assurance of samples. ICES Techniques in Marine Environmental Sciences 27, (19 pp).

Ruttenberg, K.C., Goñi, M.A., 1997. Phosphorous distribution, C:N:P ratios, and $\delta^{13}C_{OC}$ in arctic, temperate, and tropical coastal sediments: tools for characterizing bulk sedimentary organic matter. Mar. Geol. 139 (1), 123–145. http://dx.doi.org/10.1016/S0025-3227(96)00107-7.

Sammarco, P.W., S.R. Kolian, R.A.F. Warby, J.L. Bouldin, W.A. Subra, and S.A Porter 2013 Distribution and concentrations of petroleum hydrocarbons associated with the BP/*Deepwater Horizon* oil spill, Gulf of Mexico. Mar. Pollut. Bull., 73(1) 129–143 DOI: 10.1016/j.marpolbul.2013.05.029.

Schultz, D., Calder, J.A., 1976. Organic carbon $^{13}C/^{12}C$ variations in estuarine sediments Geochim. Cosmochim. Acta 40 (4), 381–385 http://dx.doi.org/10.1016/0016-7037(76)90002-8.

Schwing, P.T., I.C. Romero, G.R. Brooks, D.W. Hastings, R.A. Larsen, and D.J. Hollander. 2015. A decline in benthic foraminifera following the *Deepwater Horizon* event in the northeastern Gulf of Mexico PLoS One, 10(3) e0120565. DOI: 10.1371/journal.pone.0120565.

Soto, L.A., Vázquez-Botello, A., 2013. Legal issues and scientific constraints in the environmental assessment of the Deepwater Horizon oil spill in Mexico exclusive economic zone (EEZ) in the Gulf of Mexico. Int. J. Geosci 4 (5B), 39–45. http://dx.doi.org/10.4236/ijg.2013.45B007.

Soto, L.A., Botello, A.V., Licea-Durán, S., Lizárraga-Partida, M.L., Yáñez-Arancibia, A., 2014 The environmental legacy of the Ixtoc-I oil spill in Campeche sound, southwestern Gulf of Mexico. Front. Mar. Sci 1 (57), 1–9 http://dx.doi.org/10.3389/fmars.2014.00057

Spier, C., Stringfellow, W.T., Hazen, T.C., Conrad, M., 2013 Distribution of hydrocarbons released during the 2010 MC252 oil spill in deep offshore waters. Environ Pollut 173, 224–230. http://dx.doi.org/10.1016/j.envpol.2012.10.019.

Thebeau, L.C., Tunnell, J.W., Dokken, Q.R., Kindinger, M.E., 1981. Effect of the Ixtoc I oil spill on the intertidal and subtidal infaunal populations along lower Texas coast barrier island beaches. International Oil Spill Conference Proceedings 1981 (1), 467–475. http://dx.doi.org/10.7901/2169-3358-1981-1-467.

UNEP, 1992. Determination of petroleum hydrocarbons in sediments. In: Reference Methods for Marine Pollution Studies No. 20. UNEP/IAEA/IOC, New York.

Valentine, D.L., Fisher, G.B., Bagby, S.C., Nelson, R.K., Reddy, C.M., Sylva, S.P., Woo, M.W., 2014. Fallout plume of submerged oil from Deepwater Horizon. Proc. Natl. Acad. Sci. U.S.A. 111 (45), 15906–15911. http://dx.doi.org/10.1073/pnas.1414873111.

Wade, T.L., Soliman, Y., Sweet, S.T., Wolff, G.A., Presley, B.J., 2008. Trace elements and polycyclic aromatic hydrocarbons (PAHs) concentrations in deep Gulf of Mexico sediments. Deep-Sea Research Part II: Topical Studies in Oceanography 55 (24–26), 2585–2593. http://dx.doi.org/10.1016/j.dsr2.2008.07.006.

Walkley, A., Black, I.A., 1934. An examination of the Degtjareff method for determining soil organic matter, and a proposed modification of the chromic acid titration method. Soil Sci. 37, 29–37. http://dx.doi.org/10.1097/00010694-193401000-00003

Warwick, R.M., 1986. A new method for detecting pollution effects on marine macrobenthic communities. Mar. Biol. 92 (4), 557–562. http://dx.doi.org/10.1007/BF00392515.

Warwick, R.M., Clarke, K.R., 1994. Relearning the ABC: taxonomic changes and abundance/biomass relationships in disturbed benthic communities. Mar. Biol. 118 (4), 739–744. http://dx.doi.org/10.1007/BF00347523.

Whitehead, A., Dubansky, B., Bodinier, C., Garcia, T.I., Miles, S., Pilley, C., Raghunathan, V., Roach, J.L., Walker, N., Walter, R.B., Rice, C.D., Galvez, F., 2012. Genomic and physiological footprint of the Deepwater Horizon oil spill on resident marsh fishes. Proc. Natl. Acad. Sci U.S.A. 109 (50), 20298–20302. http://dx.doi.org/10.1073/pnas.1109545108.

Zavala-Hidalgo, J., Morey, S.L., O'Brien, J.J., 2003. Seasonal circulation on the western shelf of the Gulf of Mexico using a high-resolution numerical model. J. Geophys. Res. 108 (C12), 3389. http://dx.doi.org/10.1029/2003JC001879.

Zavala-Hidalgo, J., Ruiz-Angulo, J.A., Olvera-Prado, E.R., Romero-Centeno, R., Taylor-Espinosa, N., 2012. Adquisición y análisis de datos hidrográfico "Marco ambiental de las condiciones oceanográficas en el Sector NW de la ZEE de México en el Golfo de México (MARZEE II)". In: Reporte Técnico, MARZEE-II. ICML-INEC (32 pp.).