# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| 2:16cv4122; 2:16cv4123; | § | JUDGE BARBIER |
| 2:16cv4124; and 2:16cv4151 | § | MAG. JUDGE SHUSHAN |

### PLAINTIFFS' NOTICE OF SUBMISSION OF ITS MOTION FOR RECONSIDERATION OF ORDER & REASONS [DOC 22003], SPECIFICALLY AS IT APPLIES TO 2:16CV4122; 2:16CV4123; 2:16CV4124; and 2:16CV4151

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the Plaintiffs' Motion for Reconsideration of Order & Reasons [Doc 22003], Specifically as it Applies to 2:16CV4122; 2:16CV4123; 2:16CV4124; and 2:16CV4151, will be placed on this Court's Submission Docket for Wednesday, January 18, 2017, without the necessity of an oral hearing unless one is demanded.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email: matoups@wgttlaw.com

**By:** **/s/ Mitchell A. Toups**
Mitchell A. Toups
Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX 78596
956-968-9556/Fax: 956-969-0492
Email: zreynajr@zreynalaw.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on December 22, 2016.

                                     /s/ Mitchell A. Toups
                                     Mitchell A. Toups