UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | **SECTION:  J** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *Nos. 16-4122, 16-4123, 16-4124,* | * | |
| *16-4151* | * | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Before the Court is the WGTT Class Action Plaintiffs' Motion for Reconsideration of the December 16, 2016 "PTO 60 Reconciliation Order." (Rec. Doc. 22034).

IT IS ORDERED that any response by BP shall be filed no later than Friday, January 6, 2017, after which the Court will take the matter under advisement.

New Orleans, Louisiana, this 22nd day of December, 2016.

_____
United States District Judge