**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179  SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## NOTICE OF FILING

For the benefit of the Court, as well as potentially affected parties, Halliburton Energy Services, Inc. ("HESI") respectfully submits the Declaration of Stephen J. Cirami Regarding CAFA Notice, dated November 9, 2016.

This 28th day of December, 2016.

    Respectfully submitted,

**REED SMITH LLP**

By: */s/ R. Alan York*
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: 713-469-3800
Facsimile: 713-469-3899

Donald E. Godwin
**GODWIN BOWMAN & MARTINEZ PC**
State Bar No. 08056500
DGodwin@GodwinLaw.com
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

**ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 28, 2016, an electronic copy of the foregoing Notice of Filing, together with the Declaration of Stephen J. Cirami Regarding CAFA Notice was filed with the Clerk of the Court for the United States District Court Eastern District of Louisiana using the CM/ECF system, and that service will be accomplished by the CM/ECF system.

*/s/ R. Alan York*
R. Alan York

US_ACTIVE-130105931.1