# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | \* | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf of** | \* | |
| **Mexico, on April 20, 2010** | \* | **SECTION J** |
| | \* | |
| | \* | |
| **This Document Relates To:** | \* | **HONORABLE CARL J.** |
| | \* | **BARBIER** |
| **No. 15-4143** | \* | |
| | \* | **CHIEF MAGISTRATE JUDGE** |
| | \* | **JOSEPH C. WILKINSON, JR.** |
| | \* | |

DECLARATION OF STEPHEN J. CIRAMI REGARDING CAFA NOTICE

I, STEPHEN J. CIRAMI, declare:

1.      I am the Executive Vice President and Chief Operating Officer of Garden City Group, LLC ("GCG"). GCG was engaged by the Court appointed Claims Administrator to assist him in implementing the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements. Pursuant to the Court's April 12, 2016 Preliminary Approval Order as to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements (the "Preliminary Approval Order"), GCG was authorized to act as the Class Notice Administrator in connection with the Settlements filed in MDL-2179.[1] The following statements are based on personal knowledge and information provided to me by other experienced GCG employees.

2.      GCG was contracted by R. Alan York of Reed Smith LLP, counsel for the defendant, to administer notice of a proposed settlement of a portion of the Multi-District

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the HESI Punitive Damages and Assigned Claims Settlement Agreement as amended on September 2, 2015, as well as the Transocean Punitive Damages and Assigned Claims Settlement Agreement dated May 29, 2015 (the "Settlements").

Litigation entitled *Petitjean, Yates, et al. vs. Halliburton Energy Services, Inc. and Halliburton Company*, filed in the Eastern District of Louisiana as Case No. 15-CV-4143, later merged into the Multi-District Litigation docket for the case titled *In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*; 10-MD-2179 pending in the Eastern District of Louisiana (the "Action") in compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C § 1715. I submit this Declaration to provide the Court and Parties with information relating to compliance with the notice requirements of CAFA.

3. Final approval papers were submitted to the Court on August 5, 2016, objections and requests to opt out of the Settlement had a postmark deadline of September 23, 2016, and responses to objections were due to be filed no later than October 14, 2016. The Final Fairness Hearing will occur on November 10, 2016. In accordance with the notice provision of CAFA, GCG mailed notice of the Proposed Settlement to all of the attorneys general listed on the attached Exhibit A, including the United States Attorney General and the Attorneys General of all fifty states, the District of Columbia, and all U.S. territories on November 9, 2016. The CAFA notice packet that was sent to the Attorneys General listed in Exhibit A included a letter providing notice of the Action, and a CD containing electronic copies of the following materials relating to the Action: 1) Complaint [Haliburton Punitive Damages Class] Admiralty Rule 9(h) [Rec. Doc. 1[2]; 2) HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015 [Rec. Doc. 15322-1]; 3) Motion of Plaintiffs' Steering Committee for Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161]; 4)

---

[2] This document was filed under EDLA Case No. 15-CV-4143, which now falls under the Multi-District Litigation docket for all cases related to the Deepwater Horizon Oil Spill. All other document numbers noted are found on the docket for 10-MD-2179.

DECLARATION OF STEPHEN J. CIRAMI REGARDING CAFA COMPLIANCE

Memorandum of Law in Support of Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161-1]; 5) Preliminary Approval Order [Rec. Doc. 16183]; 6) Order Rescheduling Fairness Hearing and Other Dates for the Proposed HESI and Transocean Class Action Settlements [Rec. Doc. 16900]; 7) Declaration of Shannon R. Wheatman, Ph.D. on Adequacy of Notices and Notice Plan [Rec. Doc. 16161-2]; 8) Summary Notice [Rec. Doc. 16161-2, Exhibit 4, as amended by Rec. Doc. 16900]; 9) Email Notice [Rec. Doc. 16161-2, Exhibit 5, as amended by Rec. Doc. 16900]; 10) Long Form Notice [Rec. Doc. 16161-2, Exhibit 6, as amended by Rec. Doc. 16900]; and 11) Final Approval Brief [Rec. Doc. 21423]. A copy of the CAFA notice cover letter is attached hereto as Exhibit B.

4.     Due to the timing of this notice, the Court has been asked to refrain from entering a Final Approval Order, if granted, until the statutory 90-day period for any inquiries by the states' attorney general offices to be responded to and to provide adequate time for any filings by the states' attorney general offices.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 9, 2016, in Lake Success, New York.



Stephen J. Cirami

DECLARATION OF STEPHEN J. CIRAMI REGARDING CAFA COMPLIANCE

# Exhibit A

US Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

Attorney General for Alaska
1031 W. 4th Avenue
Suite 200
Anchorage, AK  99501

Attorney General for Alabama
501 Washington Avenue
Montgomery, AL  36104

Attorney General for Arkansas
323 Center St., Suite 200
Little Rock, AR  72201

Attorney General for Arizona
1275 W. Washington St.
Phoenix, AZ  85007

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102

Attorney General for Colorado
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203

Attorney General for Connecticut
55 Elm St.
Hartford, CT  06106

Attorney General for DC
One Judiciary Square
441 4th St. NW
Washington, DC  20001

Attorney General for Delaware
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801

Attorney General for Florida
The Capitol PL-01
Tallahassee, FL  32399

Attorney General for Georgia
40 Capitol Square SW
Atlanta, GA  30334

Attorney General for Hawaii
425 Queen St.
Honolulu, HI  96813

Attorney General for Iowa
1305 E Walnut St
Hoover State Office Building
Des Moines, IA  50319

Attorney General for Idaho
700 W. Jefferson St.
Suite 210
Boise, ID  83720

Attorney General for Illinois
500 South Second Street
Springfield, IL  62706

Attorney General for Indiana
Indiana Government Center South
302 W. Washington St, 5th Floor
Indianapolis, IN  46204

Attorney General for Kansas
120 SW 10th Ave., 2nd Fl.
Topeka, KS  66612

Attorney General for Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY  40601

Attorney General for Louisiana
1885 North 3rd St., 6th Floor
Baton Rouge, LA  70802

Office of Massachusetts
Attorney General
ATTN: CAFA Coordinator
1 Ashburton Pl.
Boston, MA  02108

Attorney General for Maryland
200 St. Paul Pl.
Baltimore, MD  21202

Attorney General for Maine
6 State House Station
Augusta, ME  04333

Attorney General for Michigan
G. Mennen Williams Bldg., 7th Fl.
525 W. Ottawa St.
Lansing, MI  48909

Attorney General for Minnesota
1400 Bremer Tower
445 Minnesota St.
St. Paul, MN  55101

Attorney General for Missouri
Supreme Court Building
207 W High St.
Jefferson City, MO  65101

Attorney General for Mississippi
Walter Sillers Bldg.
550 High St., Ste. 1200
Jackson, MS  39201

Attorney General for Montana
Justice Building, 3rd Fl.
215 North Sanders
Helena, MT  59601

| | |
|---|---|
| Attorney General for North Carolina<br>114 West Edenton Street<br>Raleigh, NC  27603 | Attorney General for North Dakota<br>State Capitol<br>600 E. Blvd. Ave., Dept. 125<br>Bismarck, ND  58505 |
| Attorney General for Nebraska<br>2115 State Capitol<br>Lincoln, NE  68509 | Attorney General for New Hampshire<br>33 Capitol St.<br>Concord, NH  03301 |
| Attorney General for New Jersey<br>HJC, 8th Floor, West Wing<br>25 Market Street<br>Trenton, NJ  08625 | Attorney General for New Mexico<br>408 Galisteo St.<br>Villagra Bldg.<br>Santa Fe, NM  87501 |
| Attorney General for Nevada<br>100 N. Carson St.<br>Carson City, NV  89701 | Attorney General for New York<br>The Capitol<br>Albany, NY  12224 |
| Attorney General for Ohio<br>30 E. Broad St., 14th Floor<br>Columbus, OH  43215 | Attorney General for Oklahoma<br>313 NE 21st St.<br>Oklahoma City, OK  73105 |
| Attorney General for Oregon<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR  97301 | Attorney General for Pennsylvania<br>16th Floor, Strawberry Square<br>Harrisburg, PA  17120 |
| Attorney General for Rhode Island<br>150 S. Main St.<br>Providence, RI  02903 | Attorney General for South Carolina<br>Rembert Dennis Bldg<br>1000 Assembly St., Room 519<br>Columbia, SC  29201 |

Attorney General for South Dakota
1302 E. Hwy. 14, Suite 1
Pierre, SD  57501

Attorney General for Tennessee
Cordell Hull Building, Ground Floor
425 5th Ave. N.
Nashville, TN  37243

Attorney General for Texas
300 W. 15th St.
Austin, TX  78701

Attorney General for Utah
Utah State Capitol Complex
350 N. State St., Suite 230
Salt Lake City, UT  84114

Attorney General for Virginia
202 North Ninth St
Richmond, VA  23219

Attorney General for Vermont
109 State St.
Montpelier, VT  05609

Attorney General for Washington
1125 Washington St. SE
Olympia, WA  98504

Attorney General for Wisconsin
114 East State Capitol
Madison, WI  53702

Attorney General for West Virginia
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305

Attorney General for Wyoming
2424 Pioneer Ave  3rd FL
Pioneer Building
Cheyenne, WY  82002

Attorney General for American Samoa
American Samoa Gov't.
A.P. Lutali Executive Office Bldg
Pago Pago, AS  96799

Attorney General for Guam
590 S.Marine Corps Drive
ITC Bldg., Suite 706
Tamuning, GU  96913

Attorney General for the
Northern Mariana Islands
Admin Bldg, PO Box 10007
Saipan, MP  96950

Edificio Principal del Depto. De Justicia
Piso 11, 601 Calle Olimpo
Esquina Axtmayer, Parada 11
San Juan, PR  00907

Acting Attorney General for Virgin Islands
34-38 Kronprindsens Gade
GERS Bldg, 2nd Fl
St. Thomas, VI  00802

Acting Attorney General for Palau
PO Box 1365
Koror, PW  96940

Secretary, Dept. of Justice for the
Federated States of Micronesia
PO Box PS 105, Palikir
Pohnpei, FM  96941

Attorney General for the
Republic of the Marshall Islands
PO Box 890
Majuro, MH  96960

Exhibit B



888-404-8013 | gardencitygroup.com
1531 Utah Avenue S., Suite 600, Seattle, WA 98134

November 9, 2016

**VIA FEDERAL EXPRESS**

United States Attorney General
and State Officials Identified
in the Attached Exhibit A

Re:     **CAFA Notice of Proposed Class Action Settlement**
        **In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico,**
        **on April 20, 2010 – MDL 2179**

Dear Sir or Madam:

    Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, enclosed please find  information relating to the proposed settlement of a portion of the multi-district litigation entitled *Petitjean, Yates, et al. vs. Halliburton Energy Services, Inc. and Halliburton Company*, filed in the Eastern District of Louisiana as Case No. 15-CV-4143, later merged into the Multi-District Litigation docket for the case titled *In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*; 10-MD-2179 pending in the Eastern District of Louisiana ("EDLA") (the "Action").  Garden City Group, LLC submits this information on behalf of the defendant(s) in the Action.   Preliminary approval of the settlement occurred on April 12, 2016 [Rec. Doc. 16183].

    Final approval papers were submitted to the Court on August 5, 2016, objections and requests to opt out of the Settlement had a postmark deadline of September 23, 2016, and responses to objections were due to be filed no later than October 14, 2016.  The Final Fairness Hearing will occur on November 10, 2016.  Due to the timing of this notice, the Court has been asked to refrain from entering a Final Approval Order, if granted, until the statutory 90day period for any inquiries by the states' attorney general offices to be responded to and to provide adequate time for any filings by the states' attorney general offices.

1



The enclosed CD contains copies of the following documents:

1. Complaint [Haliburton Punitive Damages Class] Admiralty Rule 9(h) [Rec. Doc. 1[1]]
2. HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015 [Rec. Doc. 15322-1]
3. Motion of Plaintiffs' Steering Committee for Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161]
4. Memorandum of Law in Support of Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161-1]
5. Preliminary Approval Order [Rec. Doc. 16183]
6. Order Rescheduling Fairness Hearing and Other Dates for the Proposed HESI and Transocean Class Action Settlements [Rec. Doc. 16900]
7. Declaration of Shannon R. Wheatman, Ph.D. on Adequacy of Notices and Notice Plan [Rec. Doc. 16161-2]
8. Summary Notice [Rec. Doc. 16161-2, Exhibit 4, as amended by Rec. Doc. 16900]
9. Email Notice [Rec. Doc. 16161-2, Exhibit 5, as amended by Rec. Doc. 16900]
10. Long Form Notice [Rec. Doc. 16161-2, Exhibit 6, as amended by Rec. Doc. 16900]
11. Final Approval Brief [Rec. Doc. 21423]

The above documents, as well as all filings in the Action, are also available online via the federal Public Access to Court Electronic Records (PACER) system, which can be found at http://www.pacer.gov.

CAFA additionally requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement" or if that is "not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." 28 U.S.C. § 1715(b)(7).

---

[1] This document was filed under EDLA Case No. 15-CV-4143, which now falls under the Multi-District Litigation docket for all cases related to the Deepwater Horizon Oil Spill. All other document numbers noted are found on the docket for 10-MD-2179.



The defendant in the Action has advised that it is not feasible at this time to provide the names of class members who reside in each State or a reasonably accurate estimate of the proportionate share of such members to the entire settlement; however, the defendant can confirm that the geographic limitations on class membership focus class member residency and/or property ownership and/or business/subsistence activities on the Gulf States, specifically Louisiana, Mississippi, Alabama, and specific counties in Florida and Texas.

The defendant(s) is represented by R. Alan York of Reed Smith LLP.  Should you have any questions regarding this letter or any of the information contained herein, please feel free to contact Attorney York at 713-469-3824 or by email to ayork@reedsmith.com.

Best regards,

Brian A. Pinkerton

Enclosures
cc:     Counsel for defendant (without Enclosures)
        Class counsel (without Enclosures)

3