UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC TO FILE A RESPONSE TO SUR-REPLY OF MOLLERE, FLANAGAN & LANDRY, L.L.C. TO REPLY OF THE DHECC IN SUPPPORT OF THE MOTION FOR
<u>RETURN OF PAYMENTS MADE TO MAXIM, L.C., BRIANTE PALAZAENO AND OTHERS</u>

COMES NOW the Deepwater Horizon Economic Claims Center ("DHECC"), respectfully submitting this motion concerning a request by Mollere, Flanagan & Landry, L.L.C. ("MFL") to file a Sur-Reply ("Sur-Reply") (Rec. Doc. 21845) to the motion seeking return of payments made to Maxim, L.C., Briante Palazaeno and others (Rec Doc. 18516).

If the Court approves filing of the Sur-Reply by MFL, the DHECC respectfully asks that the Court also accept a brief response responding to issues raised by MFL in the Sur Reply. The proposed filing, attached as Exhibit A, is five pages long.

For these reasons, should the Court accept MFL's proposed Sur-Reply, the DHECC respectfully requests that the Court also accept for filing on the docket the response to this filing, attached as Exhibit A.

                                                         Respectfully submitted,

                                                         Patrick Juneau
                                                         Claims Administrator
                                                         By: __/s/ Kevin Colomb_____
                                                         Kevin Colomb
                                                         Manager of Compliance and Internal Integrity

Dated: January 4, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that this 4th day of January, 2017, a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

    /s/Kevin Colomb
    Counsel