UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

AND NOW the Court, upon consideration of a motion by the DHECC to file a response to a Sur-Reply filed by Mollere, Flanagan & Landry, L.L.C. (Rec. Doc. 21845) to the DHECC's motion seeking return of payments made to Maxim, L.C., Briante Palazaeno and others (Rec Doc. 18516), IT IS HEREBY ORDERED that:

1. The DHECC's motion is GRANTED; and

2. The Clerk is directed to accept for filing on the docket the response brief attached as Exhibit A to the DHECC's motion to file a response.

Entered in New Orleans, Louisiana this _____ day of _____, 2017.


_____
United States District Judge