UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br><br>No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al. | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Motion of DHECC to Examine Judgment Debtor, Wardell Parker, Record Doc. No. 21800; Judgment Debtor Examination

O R D E R E D:

 XXX :  CONTINUED.  At the request of counsel for the Deepwater Horizon Economic Claims Center, Justin Chopin, and upon being advised that Ron Austin, counsel for the judgment debtor, has no objection, the judgment debtor examination, currently set on January 4, 2017, is continued to **January 18, 2017 at 11:00 a.m.** before me.

New Orleans, Louisiana, this ___4th___ day of January, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE