UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>All Actions | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and served no later than eight days before the noticed submission date. No memorandum in opposition to the Motion of the Five Gulf States and Defendants BP Exploration & Production, Inc., BP America Production Company, and BP America Inc., for Entry of an Order Relating to the Preservation of Samples, Record Doc. No. 22024, submitted for decision on January 4, 2017 without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and IT IS ORDERED that the motion is GRANTED for that reason. A revised pretrial order will be separately entered.

New Orleans, Louisiana, this __4th__ day of January, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**