# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>*No. 12-970, Bon Secour Fisheries, Inc., et al. V. BP Exploration & Production Inc., et al.* | MDL 2179<br><br>Section J<br><br>Judge Barbier<br><br>Mag. Judge Wilkinson |

## NOTICE OF ENTRY OF ORDER

PLEASE TAKE NOTICE that on the 15th day of December, 2016, an Order Granting DHECC"s Omnibus Motion to Withdraw Motions for Writ of Execution (Fieri Facias) Ordering Seizure/Garnishment of Non-Exempt Assets of Named Judgment Debtors (Rec. 22201) was entered on the Court's docket. A copy of said Order is attached hereto.

DATED this 5th day of January, 2017.

/s/ Vernon Nelson
Vernon Nelson, Esq.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV   89123
Tel:  702-476-2500 / Fax:  702-476-2788
vnelson@nelsonlawfirmlv.com

JUSTIN M. CHOPIN (La. Bar No. 31100)
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Direct: 504-323-5755
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

*Attorneys for Defendant Deepwater Horizon Economic Claims Center*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2017, a copy of the foregoing **NOTICE OF ENTRY OF ORDER** was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to counsel by operation of the court's electronic system.

I further certify that on January 5, 2017, a copy of the foregoing **NOTICE OF ENTRY OF ORDER** was placed in an envelope or package for collection and mailing, addressed to the person(s) at the address(es) listed below, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing of mail. Under that practice, on the same day that mail is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

Joseph K. Bassler
401 15th Street, North
St. Petersberg, FL 33705-2049

Joseph Anthony Nelson
14900 Old Pascagoula Rd
Grand Bay, Al 36541-4058

Vision Design
4800 Whitesburg Drive, SE, Ste. 30-351
Huntsville, AL 35802

Scott B. Stokes
4800 Whitesburg Drive, SE, Ste. 30-351
Huntsville, AL 35802

Barbara Stokes
4800 Whitesburg Drive, SE, Ste. 30-351
Huntsville, AL 35802

/s/ Ruth M. Lynch
An Employee of Vernon Nelson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to:<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

### ORDER GRANTING DHECC'S OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") having filed an OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS (the "Writs of Execution"), with the Court for an order withdrawing the motions for Writs of Execution against named judgment debtors, and good cause appearing:

**IT IS HEREBY ORDERED** that the OMNIBUS MOTION TO WITHDRAW MOTIONS FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF NON-EXEMPT ASSETS OF NAMED JUDGMENT DEBTORS; specifically, the motions for Writs of Execution against debtors Joseph Bassler (Rec. 21733), Anthony Nelson (Rec. 21734), Vision Design Management, LLC (Rec. 21735), Scott Stokes (Rec. 21736) and Barbara Stokes (Rec. 21737) are hereby withdrawn.

New Orleans, Louisiana this 15th day of December, 2016.

UNITED STATES DISTRICT JUDGE