UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J |
| Applies to: <br> No. 12-970 & All Opt-Out and Excluded Claims Settled between January 1, 2016 and July 29, 2016 | * * * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## MOTION FOR DISBURSEMENT OF FUNDS FROM THE COURT'S REGISTRY

On December 22, 2016, the Court issued an Amended Order ("Amended Order") directing Philip Garrett, Court-appointed CPA, to "submit an appropriate motion and order for the Court's signature, directing the Clerk to disburse the $2,500,000 in the Court's registry to him [i.e., Philip Garret]." (Rec. Doc. 22033 at 2). The Amended Order further instructed Philip Garret to remit these funds the law firms identified in the Amended Order.

Accordingly, Philip Garrett moves the Court for an order directing the Clerk of Court to disburse $2,500,000.00 plus all interest less assessment fee for administration of funds to Garrett & Co., LLC., for his further disbursement in accordance with the above court orders.

January 5, 2017.

_____
Philip Garrett