"Certification of Funds in the Registry"

PRINCIPAL: $2,500,000.00

Financial Deputy: _____ Date: 1/5/17

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| No. 12-970 & All Opt-Out and Excluded | * | |
| Claims Settled between January 1, 2016 | * | MAG. JUDGE WILKINSON |
| and July 29, 2016 | * | |

### ORDER

Before the Court is a motion by Philip Garrett, Court-appointed CPA, requesting the disbursement of certain funds in the registry of the Court. The motion is filed in accordance with and pursuant to the Court's Amended Order of December 22, 2016 (Rec. Doc. 22033). Having considered the motion,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to draw a check on the funds on deposit in the registry of this Court in the "Court-supervised Excluded/Opt-Out Qualified Settlement Fund" account in the principal amount of $2,500,000.00 plus all interest earned less the assessment fee for the administration of funds payable to Garrett & Co, LLC, 600 Northwoods Drive, Abita Springs, Louisiana. 70420

New Orleans, Louisiana this 5th day of January, 2017.

Carl J. Barbier
U.S. District Judge