```
DARLENE JACOBI, INDIVIDUALLY      *   NO. 16-17466
AND AS SUCCESSION REPRESENTA-
  TIVE OF CHARLES A. JACOBI       *   SECTION B  MAG. 2      10md2179

VS.                               *

TRANSOCEAN, LTD. AND              *
BP, PLC
                                  *

FILD:_____        *   DY. CLERK
```

MOTION FOR EXEMPTION FROM
MANDATORY ELECTRIC
FILING

NOW COMES Robert N. Clarke, Attorney at Law, and respectfully shows the following:

I.

Petitioner, Robert N. Clarke, is a duly qualified member of the Bar of this Court as of the 18th day of May, 1973 and is not computerized in his practise.

II.

According to Rule 1 of the Administrative Procedure for Electric Filing, he is hereby applying for and exemption for Mandatory Electric case filing.

WHEREFORE, Petitioner prays for an exemption from the Mandatory Electric Filing be granted.

ORDER

The foregoing considered,

LET Robert N. Clarke be and he is hereby granted an Exemption from Mandatory Electric Filing in this matter.

New Orleans, LA this _____ day of January, 2016

_____
U.S. DISTRICT COURT JUDGE

*Robert N. Clarke* (signature)
_____
Robert N. Clarke, Attorney for
DARLENE JACOBI, ET ALS., PLAINTIFFS
3009 20th St. Ste. B
Metairie, LA 70003
Tel.: 485-3375   LSBA NO. 4161

# *Robert N. Clarke*
## ATTORNEY AT LAW
3009 20TH STREET, STE B
METAIRIE, LOUISIANA 70002
(504) 485-3375

Clerk, US District Court
500 Camp St.                     Re: Jacobi v. Transocean No. 16-17466
New Orleans, LA 70130

30 December, 2016

Dear Sir:

   Kindly file the enclosed Motion into the record above-referenced and present same to the appropriate Judge for signing.

   Should there be any difficulty in accomplishing the foregoing, please contact me.

   Thanking you in advance for your attention to this matter,

   I beg to remain,

                Very truly yours,

                *RN Clarke*
                Robert N. Clarke

RNC:ips
encls.

Robert N. Clarke
Attorney At Law
3009 20th St, Suite B
Metairie, LA 70002

NEW ORLEANS LA 700
31 DEC 2016 PM 2 L

70130-330200

Clerk, US District Court
500 Camp St.
New Orleans, LA 70130