**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Thursday, May 12, 2016 4:20 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:16-cv-05490 JEM PC Beach et al Complaint

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of Louisiana

1

## Notice of Electronic Filing

The following transaction was entered by Lyons, Douglas on 5/12/2016 at 3:19 PM CDT and filed on 5/12/2016
**Case Name:** JEM PC Beach et al
**Case Number:** 2:16-cv-05490
**Filer:** JEM PC Beach
**Document Number:** 1

**Docket Text:**
COMPLAINT with jury demand against JEM PC Beach (Filing fee $ 400 receipt number 053L-5403092) filed by JEM PC Beach.Attorney Douglas S Lyons added to party JEM PC Beach(pty:selreq).(Lyons, Douglas)

**2:16-cv-05490 Notice has been electronically mailed to:**

Douglas S Lyons    doug.lyons@lyonsandfarrar.com, dawn.wilkinson@lyonsandfarrar.com

**2:16-cv-05490 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/12/2016] [FileNumber=7889162-0
] [30edf7d425dcd3c2a2d307bbcc8339c00df56ef1a073e51863b77d4242b9cabd53e
f4121477ae83981aa19dd5f8fd0a95238f84f2132eaffec2e25cbb35bf3f0]]