UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>Section J |
| Applies to:  **10-2771** and Civil Action No. 1:13-cv-00075 And 10-9999; Rec. Doc. 228 | **JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SUSHAN** |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the Plaintiff listed below who respectfully moves this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. they have filed with prejudice, with Plaintiff and dismissed Defendants to each bear their own costs and attorneys' fees.  The following is a listing of the governmental entity and corresponding complaint number and joinder number that is being dismissed:

| **Client** | **Joinder No.** | **Docket No.** |
|---|---|---|
| City of Cedar Key | 228 | 1:13-cv-00075 |

**WHEREFORE,** Plaintiff respectfully moves this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. it has filed with prejudice, with Plaintiff and dismissed Defendants to each bear their own costs and attorneys' fees.

Dated: January 9, 2017

*/s/ Curt D. Marshall*
Curt D. Marshall (NY Bar 2524841)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Telephone:    (212) 558-5500
Facsimile:    (212) 344-5461
[cmarshall@weitzlux.com](mailto:cmarshall@weitzlux.com)

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

*/s/ Curt D. Marshall*
Curt D. Marshall (NY Bar 2524841)