# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | **MDL 2179** **SECTION:  J** |
| THIS DOCUMENT RELATES TO: 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 | § § § | **JUDGE BARBIER** **MAG. JUDGE SHUSHAN** |

## PLAINTIFFS' AMENDED NOTICE OF SUBMISSION OF ITS MOTION FOR RECONSIDERATION OF ORDER & REASONS [DOC 22003], SPECIFICALLY AS IT APPLIES TO 2:16CV4122; 2:16CV4123; 2:16CV4124; and 2:16CV4151

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the Plaintiffs' Motion for Reconsideration of Order & Reasons [Doc 22003], Specifically as it Applies to 2:16CV4122; 2:16CV4123; 2:16CV4124; and 2:16CV4151, is being placed on this Court's Submission Docket for Wednesday, March 29, 2017, at 9:30 a.m. (The reason for request of March 29, 2017, is due to the Mardi Gras festivities and difficulties of getting in and out of New Orleans during this time).

In addition, Plaintiffs have requested oral argument on said Motion and/or a status conference with this Honorable Court and/or the Magistrate.

                                                                             Respectfully submitted,

                                                                             **Weller, Green, Toups & Terrell, L.L.P.**
                                                                             P.O. Box 350
                                                                             Beaumont, TX 77704
                                                                             (409) 838-0101/Fax: (409) 832-8577
                                                                             Email:  matoups@wgttlaw.com

                                                          **By:**    <u>**/s/ Mitchell A. Toups**</u>
                                                                                        Mitchell A. Toups
                                                                                        Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX  78596
956-968-9556/Fax:  956-969-0492
Email:  zreynajr@zreynalaw.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on January 9, 2017.


/s/ Mitchell A. Toups
Mitchell A. Toups

2