# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG § | | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF § | | |
| OF MEXICO ON APRIL 20, 2010 § | | SECTION: J |
| § | | |
| THIS DOCUMENT RELATES TO: § | | |
| 2:16cv4122; 2:16cv4123; § | | JUDGE BARBIER |
| 2:16cv4124; and 2:16cv4151 § | | MAG. JUDGE WILKINSON |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO BP'S OPPOSITION TO WGTT'S MOTION FOR RECONSIDERATION OF ORDER & REASONS [DOC 22003]**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs in Cause Numbers 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 (hereinafter referred to as WGTT Class Actions), and requests Leave to file its Reply to BP's Response in Opposition to Plaintiffs' Motion for Reconsideration, and in support thereof would show as follows:

Since the filing of its Motion for Reconsideration, Plaintiffs received BP's Response to Plaintiffs Motion for Reconsideration.  In BP's Response, BP has taken out of context a declaration filed earlier in the case, misstated or confused at the very least, the actual facts regarding the position taken by the Plaintiffs in earlier papers and have completely failed to address the class action mandate issue under Rule 23 of the Federal Rules of Civil Procedure and the due process issues.  In light thereof, Plaintiffs seeks leave to bring to the Court's attention the additional points in the proposed Reply Memorandum attached hereto (Exhibit "A").

Accordingly, Plaintiffs respectfully request that this Court:  grant Plaintiffs leave to file the attached Reply to BP's Response to Plaintiffs' Motion for Reconsideration; deemed the attached

Reply filed as of the entry of the Court's Order granting leave, and award Plaintiffs such further relief to which it may be entitled.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

By:    /s/ Mitchell A. Toups
       Mitchell A. Toups
       Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX  78596
956-968-9556/Fax:  956-969-0492
Email:  zreynajr@zreynalaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on January 10, 2017.

/s/ Mitchell A. Toups
Mitchell A. Toups