# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | MDL 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br>2:16cv4122; 2:16cv4123;<br>2:16cv4124; and 2:16cv4151 | § § § | <br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO BP'S OPPOSITION TO WGTT'S MOTION FOR RECONSIDERATION OF ORDER & REASONS [DOC 22003]

IT IS HEREBY ORDERED that Plaintiffs in Cause Numbers 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 (hereinafter referred to as WGTT Class Actions), are granted leave to file its Reply to BP's Response in Opposition to Plaintiffs' Motion for Reconsideration.

The Court directs the Clerk of Court to accept and file Plaintiffs' Reply to BP's Response in Opposition to Plaintiffs' Motion for Reconsideration when timely filed in accordance with this Order.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**United States District Judge**