IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| 2:16cv4122; 2:16cv4123; | § | JUDGE BARBIER |
| 2:16cv4124; and 2:16cv4151 | § | MAG. JUDGE WILKINSON |

**WGTT PLAINTIFFS' EX PARTE REQUEST FOR STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs in Cause Numbers 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 (hereinafter referred to as WGTT Class Actions), and requests an Order granting an in-person status conference with either the Honorable Judge Carl J. Barbier and/or Magistrate Judge Joseph C. Wilkinson, Jr., with regard to the status and further handling of these cases within the overall context of the "Deepwater Horizon" litigation. A status conference is requested with a setting of March 29, 2017, or on a subsequent motions docket of this Court.

                                Respectfully submitted,

                                **Weller, Green, Toups & Terrell, L.L.P.**
                                P.O. Box 350
                                Beaumont, TX 77704
                                (409) 838-0101/Fax: (409) 832-8577
                                Email: matoups@wgttlaw.com

                        **By:**    **/s/ Mitchell A. Toups**
                                  Mitchell A. Toups
                                  Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX  78596
956-968-9556/Fax:  956-969-0492
Email:  zreynajr@zreynalaw.com

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on January 10, 2017.

<u>/s/ Mitchell A. Toups</u>
Mitchell A. Toups