# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| 2:16cv4122; 2:16cv4123; | § | JUDGE BARBIER |
| 2:16cv4124; and 2:16cv4151 | § | MAG. JUDGE WILKINSON |

## ORDER ON EX PARTE REQUEST FOR STATUS CONFERENCE

IT IS HEREBY ORDERED that Plaintiffs' Request for Status Conference is granted and it is hereby ORDERED that all parties shall appear on _____, 2017, at _____ ___.m. in New Orleans, LA, for an in-person status conference.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
United States District Judge
