UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO.: 2179<br><br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE WILKINSON |

This Document Relates To:
*Civil Action No 2:13-cv-01437*

### T. DUFFY BUILDERS, LLC A/K/A T.A. DUFFY BUILDERS, LLC F/K/A BENCHMARK DEVELOPMENT, LLC's MOTION FOR RECONSIDERATION OF "PTO 60 RECONCILIATION ORDER"

NOW INTO COURT, through undersigned counsel, comes T. Duffy Builders, LLC (also known as T.A. Duffy Builders, LLC and formerly known as Benchmark Development, LLC) (hereinafter referred to as "Plaintiff") who herein moves for reconsideration of the dismissal of Plaintiff's claims in this Honorable Court's Order & Reasons ["PTO 60 Reconciliation Order," Regarding All Remaining Claims in Pleading Bundle B1] of December 16, 2016. (See Court Document 22003). For the reason's set forth in the accompanying Memorandum In Support of Motion For Reconsideration, Plaintiff herein requests this Honorable Court to reconsider the dismissal of Plaintiff's claims herein. Plaintiff avers that reconsideration of this matter is appropriate as it would be manifestly unjust to dismiss Plaintiff's claim given the facts and circumstances of this case and the dismissal would be manifestly erroneous pursuant to the law regarding dismissal of actions for failing to timely comply with a pre-trial orders, FRCP Rule 16, as well as under FRCP Rule 41. Accordingly, Plaintiff respectfully requests this Honorable court

1

to reconsider its dismissal of Plaintiff's claims in this matter pursuant to Rule 59(e) and re-instate Plaintiff's claims.

        Respectfully submitted,

        */ s / Peirce A. Hammond II*
Peirce A. Hammond, II (#18076)
Hammond Law Firm, LLC
650 Poydras Street, Suite 2617
New Orleans, LA 70130
Telephone: (504) 586-3535
Facsimile: (504) 304-5804
Email: phammond@hammond-law.com
Attorney for T. Duffy Builders, LLC a/k/a
T.A. Duffy Builders, LLC f/k/a Benchmark
Development, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing T. DUFFY BUILDERS, LLC A/K/A T.A. DUFFY BUILDERS, LLC F/K/A BENCHMARK DEVELOPMENT, LLC's MOTION FOR RECONSIDERATION OF "PTO 60 RECONCILIATION ORDER" has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of January 2017.

                                           _/ s / Peirce A. Hammond II_
                                           Peirce A. Hammond, II