UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHELLI J. LADNER<br>Plaintiff | CIVIL ACTION No.<br>2:16-CV-3928 -- *CJB* |
| -vs- | |
| BRITISH PETROLUEM,<br>TRANSOCEAN & HALLIBURTON<br>Defendant(s) | MDL 2179<br>SECTION: J<br><br>MAG. JUDGE WILKERSON, Jr. |

## AMENDED COMPLAINT

1. **MY INDIVIDUAL CASE NUMBER HAS NEVER BEEN RECORDED CORRECTLY BY BP:** Subject Property: *1.10 Ocean View acres of C-4 Commercial* property is equally owned by two sisters, SHELLI J. LADNER (Case No. 2:16-CV-03928-CJB) & BUNNI J. LADNER (2:16-CV-03927-CJB) had 2 individual lawsuits filed on the very same day in sequential order. We thought it better to file individually, we misinterpreted the order. However, since the first PTO order requiring BP to submit *"in camera"*, a list of those individuals that complied, both myself and my sister's lawsuits were deemed to be in compliance and listed on Exhibit A. HOWEVER, The MAIN reason for today's "Amended Pleading" is requesting for LAED courts have BP to correct this inaccuracy. To date, BP has never recorded my lawsuit # accurately on any of 3 "Complied" Exhibits. Each Exhibit submitted by BP reads: LADNER, SHELLI J. 16-CV-03929 VICE CV-03928. My research proves that Case # 16-CV-03929 belongs to a Banking Institute, in which I have no affiliation. I respectfully request that BP be ordered to correct their records with my appropriate case No. 16-CV-3928, in an expeditious fashion. I have several very important and game-changing Official Documents that are attached for submission into my lawsuit by way of this "Amended Pleading".

2. **NOAA (SCAT) MAPS ATTACHED; PROOF OF PRESENCE OF OIL.** (See Gray, upside down triangles in front my property on NOAA Maps – Analytical Data.) **SOIL/DISPERSANTS AND TARBALLS WERE PUSHED WITH FLOOD**

**WATERS FROM 1ST HURRUCANE AFTER SPILL – HURRICANE ISAAC WHICH RESARCHERS SAID WAS THE WORST THING TO HAPPEN AS SURGE STIRRING UP OIL THAT WAS SUNK BY BP DISPERSANTS AND PUSHED ONTO ALL PROPERTY FROM BEACH BLVD TO ANN STREET, BAY ST. LOUIS, MS.  FLOOD WATERS FROM SOUTH (COASTLINE) MET FLOOD WATERS FROM ANN STREET AND MY PROPERTY IS DIRECTLY IN THE CENTER WITH MINIMUM OF 5' FLOOD WHICH LEFT STANDING WATER ON MY PROPERTY FOR 3 SOLID DAYS.** The effects of chemicals and oil that soaked and continue to soak into my soil has reaped havoc on my 200 year old oaks in which was the 2nd reason my parent bought this property, beside the beautiful Ocean view we once were elated to see.  These chemicals will surely kill my oaks due to all the adsorption of dispersants and chemicals then, now and in the future.

3. **We are Natives of Lakeshore, Mississippi.** We were born to and raised by true fisherman and woman.  We owned and ran 3 shrimp boats, 2 Oyster boats, and a successful Seafood Shop for 22 years, Carmel's Seafood 5050 Lakeshore Road.  We lived DAILY at Bayou Caddy where the ship boats docked.  We unloaded other fisherman's boats and paid the fisherman top dollar for their fresh seafood for our shop.  I walked barefoot on oystershells, beaches, seawall, boats and piers until I was 18 yrs. old and learned when I joined the U.S. Navy at 18 yrs old...shoes were required. ☺

4. **I am a compensated 10-point American Disabled Veteran.** Please see attached DD214 (Honorable Discharge from USN), and (SF-52); "Standard Form 52" of Personnel Action, showing proof of 10-pt Compensated Disabled Veteran Status.

5. **I currently serve as a Civil Servant for the United States Navy, Fleet Survey Team, Naval Oceanographic and Meteorology Command, as the only Equipment Specialist for a Team of 30 Active Duty & Civilians Hydrographers & Physical Scientist.** I have 30+ years of continuous & faithful service.  Twenty-seven (27) years have been spent here at Stennis Space Center, Mississippi where I serve daily as the only Equipment Specialist for a Team of 30 Active Duty & Civilians Hydrographers & Physical Scientist.  We use state of the art equipment, top of the line Survey Vessels

and ESV's (Jet Ski's) equipment with hydrographic transducers, side scan, tow fish and many other types of sensoring gear in order to map the bottom of the ocean for the American War Fighter. My job requires that on a daily basis, I install, test, repair, maintain and procure vessels and hydrographic equipment for surveys which we operate both in the U.S. and Oversea. We optest our equipment in the waters of the Mississippi Gulf Coast on a daily routine prior to departing for any operational survey. Upon returning from survey, I then am required for dissembling equipment, and thoroughly cleaning equipment due to the vast amount of oil, dispersant and other types of reside and foreign matter.

6. **TOXIC TART – Harm caused by exposure to dangerous chemicals (Coexit 9527), was used by BP and had NEVER BEEN APPROVED FOR USE.** However, BP chose to use this Toxin in unprecedented quantities in DWH even though it was untested. BP refused to comply with Federal demands of the EPA (Federal Government) to discontinue use of the Corexit Dispersant. It is believed that BP used a lot more Dispersant than recorded. Here, we find intentional misinterpretation! It is BP's STRICT LIABILITY and duty to the American public to prevent spills or leaks into the air and/or ground. Corexit is known to be toxic to sea life. Corexit exerts synergistic effects when mixed with oil, increasing its toxicities and airborne contaminates. Corexit caused soil erosion, erosion of marsh and wetland soil and death to our Ecosystem. Corexit/oil mixture is what we breathed in everyday, whether we on the water or standing outside our workspaces at Stennis. The odor was there, it showed the extent of the spill just by the ability to smell it miles away from the coastline.

7. **When a Neutral, Jonathan Compretta, who was obviously assigned to my sister Bunni's lawsuit (CV-03927), phoned her.** She then advised him that there should be a lawsuit for me (Shelli CV-03928) for the same property. He stated "Well, she doesn't have one." Then, he proceeded to offer my sister $11K, which did nothing more than insult us. At that point it was obvious to us, this man had no earthly idea of what's going on nor does he know what it's like to live and work in the blue collar world of the Gulf Coast Fisherman's "Sea Life." Due to conflict of interest, we request this "Neutral" be moved from our lawsuit(s).

Very respectfully,

*[signature]*

3.

SHELLI J. LADNER