# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Documents Relates to:<br>Case No. 2:13-cv-02033<br>Case No. 2:16-cv-11519<br>Case No. 2:16-cv-11641<br>Case No. 2:16-cv-11707<br>Case No. 2:16-cv-11711 | * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**PLAINTIFFS' MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING THE CLAIMS OF CHAPEL HILL, LLC; COASTAL MINING & MARINE LLC; PEARLINGTON CLAY LLC, A SUBSIDIARY OF COASTAL MINING & MARINE LLC; AND PEARLINGTON CLAY PORT LLC, A SUBSIDIARY OF COASTAL <u>MINING & MARINE LLC</u>**

NOW INTO COURT, through the undersigned counsel, comes Plaintiff CHAPEL HILL, LLC, (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11519), ("Chapel Hill"), Plaintiff COASTAL MINING & MARINE, LLC, (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11641), ("Coastal Mining"), and its two wholly owned subsidiaries, Plaintiff PEARLINGTON CLAY, LLC (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11707), ("Pearlington Clay"), and Plaintiff PEARLINGTON CLAY PORT, LLC, (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11711), ("Pearlington Clay Port"), (collectively, the "the Chapel Hill Plaintiffs"), and file this Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing the Chapel Hill Plaintiffs with prejudice, pursuant to Rule 59(e) and Rule 60(b), Fed. R. Civ. P.

## I.    MOTION

The Chapel Hill Plaintiffs suggest reconsideration, and/or modification of the Court's December 16, 2016, Order is warranted, because penalties less severe than dismissal are available for the *de minimus* delay in filing individual complaints, and the Chapel Hill Plaintiffs contend that they did not violate the Court's order, and certainly did not intentionally violate any order, and any delay did not cause any prejudice to the defendant or the Court.  An accompanying memorandum shall set forth in greater detail the facts and law that should be applied in these circumstances.

## II.    EXHIBITS

The following exhibits are relied upon herein and in the memorandum supporting this motion:

    A.  Affidavit of Jimmy Williamson;

    B.  Affidavit of Johnny Dollar; and

    C.  Affidavit of James Parrish.

## III.    CONCLUSION

WHEREFORE, Plaintiff CHAPEL HILL, LLC, Plaintiff COASTAL MINING & MARINE, LLC, and its two wholly owned subsidiaries, Plaintiff PEARLINGTON CLAY, LLC, and Plaintiff PEARLINGTON CLAY PORT, LLC respectfully move this Honorable Court to reverse its order of December 16, 2016 and reinstate their cases for adjudication upon the merits.

Respectfully submitted on this 12th day of January, 2017.

**LEWIS, KULLMAN, STERBCOW & ABRAMSON**

*/s/ Paul M. Sterbcow*
Paul M. Sterbcow, T.A. (#17817)
Lewis, Kulliman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
(504) 588-1514        Facsimile
sterbcow@lksalaw.com

**WILLIAMSON & RUSNAK**

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Memorandum has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January, 2017.

DATE: January 12, 2017_____          */s/ Jimmy Williamson*
                                                                      JIMMY WILLIAMSON