UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| | * | |
| This Documents Relates to: | * | JUDGE BARBIER |
| Case No. 2:13-cv-02033 | * | |
| Case No. 2:16-cv-11519 | * | |
| Case No. 2:16-cv-11641 | * | MAGISTRATE JUDGE WILKINSON |
| Case No. 2:16-cv-11707 | * | |
| Case No. 2:16-cv-11711 | * | |

AFFIDAVIT OF JOHNNY DOLLAR

STATE OF LOUISIANA

PARISH OF  OUACHITA

I, Johnny Dollar, do hereby state and depose that I have personal knowledge of the following facts and swear that they are true.

1. My name is Johnny Dollar and I am over 18 years of age and fully competent to make this Affidavit.

2. I am the Managing Member for Chapel Hill, L.L.C., ("Chapel Hill"), and have been since February 2006.  I am authorized to speak for Chapel Hill, the plaintiff in the above numbered case.

3. I hired Mr. Jimmy Williamson, and Jimmy Williamson, P.C., to prosecute Chapel Hill's BP litigation case.

4. Mr. Williamson is the one who made the decision regarding the terms of compliance with PTO #60.

5. Chapel Hill's case, including the cases of Coastal Mining & Marine, LLC, Pearlington Clay, LLC, and Pearlington Clay Port, LLC, all turn upon a contract awarded by the U.S.

1

Army Corps of Engineers in December 2009. The witnesses, documents, damages, and facts, surrounding our losses from the BP Oil Spill are 100% common to all four (4) entities. All four (4) entities were doing business together in order to coordinate the sale of clay to the U.S. Army Corps of Engineers for the repair of levees in Orleans Parish. All four (4) entities were not doing any business in 2010 other than the work under this single U.S. Army Corps of Engineers contract.

FURTHER, AFFIANT SAITH NOT.

This the 9th day of January, 2017.

_____
JOHNNY DOLLAR

STATE OF LOUISIANA

PARISH OF OUACHITA

SWORN TO and SUBSCRIBED before me, this the 9th day of January, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

MARILYN R. AVERITT
NOTARY PUBLIC
PARISH OF OUACHITA
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE
NO. 32592

2