UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| This Documents Relates to: Case No. 2:13-cv-02033 Case No. 2:16-cv-11519 Case No. 2:16-cv-11641 Case No. 2:16-cv-11707 Case No. 2:16-cv-11711 | * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE WILKINSON |

## AFFIDAVIT OF JAMES PARRISH

STATE OF MISSISSIPPI

COUNTY OF *Hancock*

I, James Parrish, do hereby state and depose that I have personal knowledge of the following facts and swear that they are true.

1. My name is James Parrish and I am over 18 years of age and fully competent to make this Affidavit.

2. I am the Managing Partner and authorized agent for Coastal Mining & Marine, LLC, and its subsidiary, Pearling Clay Port, LLC.

3. Prior to July 2015, I was also the Managing Partner and authorized agent for Pearlington Clay, LLC, (collectively with Coastal Mining & Marine, LLC and Pearling Clay Port, LLC, "Coastal Mining"). In July 2015, Pearlington Clay, LLC changed ownership from Coastal Mining & Marine, LLC to Deloutre Property Rentals, LLC.

4. Pearlington Clay, LLC, and Pearling Clay Port, LLC were wholly owned subsidiaries of Coastal Mining & Marine, LLC, at all times relevant to this lawsuit.

1

5. I hired Mr. Jimmy Williamson, and Jimmy Williamson, P.C., to prosecute Costal Mining's BP litigation case.

6. Mr. Williamson is the one who made the decision regarding the terms of compliance with PTO #60.

7. Coastal Mining's cases, including the case of Chapel Hill, LLC, all turn upon a contract awarded by the U.S. Army Corps of Engineers in December 2009. The witnesses, documents, damages, and facts, surrounding our losses from the BP Oil Spill are 100% common to all four (4) entities. All four (4) entities were doing business together in order to coordinate the sale of clay to the U.S. Army Corps of Engineers for the repair of levees in Orleans Parish. All four (4) entities were not doing any business in 2010 other than the work under this single U.S. Army Corps of Engineers contract.

FURTHER, AFFIANT SAITH NOT.

This the 9th day of January, 2017.

_____
JAMES PARRISH

STATE OF MISSISSIPPI

COUNTY OF Hancock

SWORN TO and SUBSCRIBED before me, this the 9th day of January, 2017.

Timothy A. Kellar
Chancery Clerk
By: /s/ Hedd Made DC
NOTARY PUBLIC

My Commission Expires Dec. 31, 2019
My Commission Expires:

2