UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION:  J** |
| | * | |
| | * | |
| **This Documents Relates to:** | * | **JUDGE BARBIER** |
| Case No. 2:13-cv-02033 | * | |
| Case No. 2:16-cv-11519 | * | |
| Case No. 2:16-cv-11641 | * | **MAGISTRATE JUDGE WILKINSON** |
| Case No. 2:16-cv-11707 | * | |
| Case No. 2:16-cv-11711 | * | |

**PLAINTIFFS' NOTICE OF SUBMISSION OF ITS MOTION FOR
RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING
THE CLAIMS OF CHAPEL HILL, LLC; COASTAL MINING & MARINE LLC;
PEARLINGTON CLAY LLC, A SUBSIDIARY OF COASTAL MINING & MARINE
LLC; AND PEARLINGTON CLAY PORT LLC, A SUBSIDIARY OF COASTAL
<u>MINING & MARINE LLC</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

  Please take notice that the Plaintiffs' Motion for Reconsideration of Order & Reasons [ECF 22003], as to the claims of Chapel Hill, LLC, Coastal Mining & Marine, LLC, Pearlington Clay, LLC, a Subsidiary of Coastal Mining & Marine, LLC, and Pearlington Clay Port, LLC, a Subsidiary of Coast Mining & Marine, LLC, will be placed on this Court's Submission Docket for Wednesday, February 1, 2017, at 9:30AM, without the necessity of an oral hearing unless one is demanded.

Respectfully submitted on this 12th day of January, 2017.

**LEWIS, KULLMAN, STERBCOW & ABRAMSON**

*/s/ Paul M. Sterbcow*
Paul M. Sterbcow, T.A. (#17817)
Lewis, Kulliman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
(504) 588-1514        Facsimile
sterbcow@lksalaw.com

**WILLIAMSON & RUSNAK**

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Memorandum has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January, 2017.

DATE: January 12, 2017_____                        */s/ Jimmy Williamson*
                                                                       JIMMY WILLIAMSON