UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| Applies to: 10-2771 | JUDGE BARBIER |
| 10-9999; Joinder No. 228 | MAGISTRATE JUDGE SUSHAN |

## ORDER

Based on the foregoing Unopposed Motion to Dismiss With Prejudice, the following claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., are hereby DISMISSED WITH PREJUDICE, with Plaintiff and dismissed Defendants to each bear their own costs and attorneys' fees.

| **Client** | **Joinder No.** | **Docket No.** |
|---|---|---|
| City of Cedar Key | 228 | 10-9999 |

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2017.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE