UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| This Document relates to: 2:10-CA-10-8888 | ) ) ) ) | SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW the undersigned counsel and respectfully moves the Court for leave to withdraw as counsel for the Claimants listed below, as Daniell, Upton & Perry, P.C. no longer represents these Claimants any further regarding any oil spill related claims.

| Plaintiff/Claimant | Document No. | Cause No. |
|---|---|---|
| Lafayette Plaza, LLC | 66721 | CA-10-8888 |
| Vandiver Calloway McAlister, III | 64113 | CA-10-8888 |
| Colby Tyler Smith | 61643 | CA-10-8888 |

DANIELL, UPTON & PERRY, P.C.
30421 Highway 181
Daphne, AL  36527
dab@dupm.com  (E-mail)
(251) 625-0046 (Voice)
(251) 625-0464 (Fax)

/s/David A. Busby
DAVID A. BUSBY
(BUSBD-4991)

## Certificate of Service

I, David A. Busby, Esq., hereby certify that the above and foregoing Motion to Withdraw as Counsel and proposed Order has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/CF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January, 2017.

By: /s/David A. Busby
David A. Busby (BUSBD-4991)