UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion of the law firm of Daniell, Upton & Perry, P.C. for leave to withdraw as counsel, **IT IS HEREBY ORDERED** that the law firm of Daniell, Upton & Perry, P.C. is withdrawn as counsel for the Claimants listed below:

| **Plaintiff/Claimant** | **Document No.** | **Cause No.** |
|---|---|---|
| Lafayette Plaza, LLC | 66721 | CA-10-8888 |
| Vandiver Calloway McAlister, III | 64113 | CA-10-8888 |
| Colby Tyler Smith | 61643 | CA-10-8888 |

New Orleans, Louisiana, this the ___ day of _____, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**