Exhibit A

| No. | Client Name |
|---|---|
| 1 | Ballato, Emilio |
| 2 | Barra Vieja, S.C. de R.L. |
| 3 | Barrera, Joaquin |
| 4 | Basurto, Refugio |
| 5 | Bautista, Alfredo |
| 6 | Caballero, Pablo |
| 7 | Cabrera, Andres |
| 8 | Cano, Joaquin |
| 9 | Catemaxca, Raquel |
| 10 | Cazarin, Daniel |
| 11 | Cepeda, Daniel |
| 12 | Chavez, Victor |
| 13 | Congelados Marinos, S.A. de C.V. |
| 14 | Cooperativa Acuicola La Centella S.C. de R.L. |
| 15 | Cruz, Luis |
| 16 | Delgado, Jorge |
| 17 | Diaz, Carlos |
| 18 | Diaz, Israel |
| 19 | Diaz, Maribel |
| 20 | Echavarria, Alejandro |
| 21 | Fernando Canul Mijangos |
| 22 | Francisco, Heriberta |
| 23 | Gallardo, Cruz |

| | |
|---|---|
| 24 | Garcia, Feliciano |
| 25 | Gonzalez, Maria |
| 26 | Guatzozon, David |
| 27 | Hernandez, Fernando |
| 28 | Juarez, Luis |
| 29 | La Flor del Coco, S.C.L. |
| 30 | La Laguna Cayuapan, S.C. de R.L. |
| 31 | La Malinche de Centla, S.C. de R.L. |
| 32 | Liberacion de la Barra, S.S.S. |
| 33 | Lucero del Oriente, C.V. de R.L. |
| 34 | Manuel Ramirez Sanchez |
| 35 | Marquez, Carlos |
| 36 | Mayo, Fernando |
| 37 | Nava, Flor |
| 38 | Ochoa, Jose |
| 39 | Paso de Salta Barranca, S.C. de R.L. |
| 40 | Perez Madrigal, Donald |
| 41 | Perez, Filiberto |
| 42 | Pescadores de la Laguna Colorada, S.C. de R.L. |
| 43 | Pescados y Mariscos La Capilla, S.C. de R.L. M.I. |
| 44 | Productores del Gulfo, S.S.S. |
| 45 | Ramon, Luis |
| 46 | Razo, Andrea |
| 47 | Razo, Jenny |

| | |
|---|---|
| 48 | Renovacion y Solidaridad, S.C. de R.L. de C.V. |
| 49 | Rojas, David |
| 50 | S.C. de P.P. Acuicola de Bienes y Servicios El Gato Macho S.C. de R.L. |
| 51 | S.C. Delfines de Centla, |
| 52 | S.C. El Pinzon, S.C. de R.L. de C.V. |
| 53 | S.C. Isla de la Laguna Pajonal, S.C. de R.L. |
| 54 | S.C. P.P. Pescadores Unidos de Arbolillos S.C. de R.L. |
| 55 | S.C.P.P.  La Nueva Ola, S.C. de R.L. de C.V. |
| 56 | S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. |
| 57 | S.C.P.P. Ah Caray I,  S.C. de R.L. |
| 58 | S.C.P.P. Alma Jarocha, S.C. de R.L. |
| 59 | S.C.P.P. Barra de Montepio, S.C. de R.L. |
| 60 | S.C.P.P. Bonanza, S.C. de R.L. de C.V. |
| 61 | S.C.P.P. Brisas De Gobernado Cruz, S.C. de R.L. de C.V. |
| 62 | S.C.P.P. De Ribera de Sonteomapan, S.C.L. |
| 63 | S.C.P.P. de Salta Barraca, S.C. de R.L. |
| 64 | S.C.P.P. El Conde Silva, S.C. de R.L. |
| 65 | S.C.P.P. El Mexal de Isla Aguada, S.C. de R.L. |
| 66 | S.C.P.P. El Pampano, S.C.L. de C.V. |
| 67 | S.C.P.P. El Robalo de Vicente Guerrero, S.C. de R.L. de C.V. |
| 68 | S.C.P.P. Estero del Rey, S.C. de R.L. |
| 69 | S.C.P.P. Generacion 95, S.C. de R.L. de C.V. |
| 70 | S.C.P.P. Grupo Tenatsi, S.C. de R.L. |

| | |
|---|---|
| 71 | S.C.P.P. La Chispa Roja S.C. |
| 72 | S.C.P.P. La Espina, S.C. de R.L. |
| 73 | S.C.P.P. La Gaviota de Jalapita, S.C.L. de C.V. |
| 74 | S.C.P.P. La Trufa, S.C. de R.L. |
| 75 | S.C.P.P. Laguna de la Tortuga, S.C. de R.L. |
| 76 | S.C.P.P. Las Porfias, S.A. de R.L. de C.V. |
| 77 | S.C.P.P. Lebrancheros de Sonteomapan S.C. de R.L. |
| 78 | S.C.P.P. Milsadel, S.C. de R.L. |
| 79 | S.C.P.P. Mulala, S.C. de R.L. |
| 80 | S.C.P.P. NA Zoo, S.C. de R.L. de C.V. |
| 81 | S.C.P.P. Nuevos Pescadores de la Laguna, S.C. de R.L. de C.V. |
| 82 | S.C.P.P. Panatlan, S.C. de R.L. |
| 83 | S.C.P.P. Pescadores de Playa Boqueron, S.C. de R.L. C.V. |
| 84 | S.C.P.P. Pescadores de Rovirosa, S.C. de R.L. de C.V. |
| 85 | S.C.P.P. Pescadores de Salinas, S.C.L. |
| 86 | S.C.P.P. Pescadores Riverenos De Jalapita, S.C. de C.V. |
| 87 | S.C.P.P. Pescadores Unidos de la Laguna Camaronera, S.C.L. |
| 88 | S.C.P.P. Plan de Figueroa, S.C. de R.L. |
| 89 | S.C.P.P. Playa Cangregeros, S.S.C. |
| 90 | S.C.P.P. Punta del Salado, S.C. de R.L. |
| 91 | S.C.P.P. Punta El Buey, S.C. de R.L. |
| 92 | S.C.P.P. Riberenos del Carmen, S.L.L. de C.V. |
| 93 | S.C.P.P. Roxanne de Centla, S.C. de R.L. de C.V |
| 94 | S.C.P.P. San Francisco,  R.L. de C.V. |

| | |
|---|---|
| 95 | S.C.P.P. Seno los Platanos, S.C. de R.L. |
| 96 | S.C.P.P. Tanchicuin Boca, S.C. de R.L. de C.V |
| 97 | S.S.S. Agrupacion La Unica |
| 98 | San Ramon, S.C. de R.L. |
| 99 | Sanchez, Ernesto |
| 100 | Uscanga Perez, Homero |
| 101 | Vazquez , Javier |
| 102 | Vergara, Jose |
| 103 | Zamudio, Isidoro |
| 104 | Zamudio, Sergio |