IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE § | Ref CA No. 10-2771 |
| GULF OF MEXICO § | SECTION: J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | MAG. JUDGE WILKINSON |
| This Document Relates to: § | |
| 2:10-cv-08888 ; § | |
| And All Civil Actions, including 13 CV 2791 § | |

### Order

Considering The Buzbee Law Firm Claimants' Motion and Supporting Memorandum In Support of Buzbee Law Firm Claimants' Motion For Reconsideration Under Federal Rules of Civil Procedure 59 (e), Alternatively Federal Rules Of Civil Procedure 60 (b), of Order & Reasons ["PTO60 Reconciliation Order," Regarding All Remaining Claims In Pleading Bundle B1] (Doc 22003), it is ORDERED that it shall be **Granted** under Federal Rules of Civil Procedure 59 (e), and the Claimants in Exhibit A attached to the motion will be not be dismissed.

Signed this _____ day of _____ 2017.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge