IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | § | Ref CA No. 10-2771 |
| GULF OF MEXICO | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE WILKINSON |
| This Document Relates to: | § | |
| 2:10-cv-08888 ; | § | |
| And All Civil Actions, including 13 CV 2791, | § | |
| 16 CV 6330, 16 CV 7285, 16 CV 6298 | § | |

**BUZBEE LAW FIRMS CLAIMANTS' NOTICE OF SUBMISSION OF ITS MOTION FOR RECONSIDERATION OF PTO 60 RECONCILIATION ORDER**

TO THE HONORABLE COURT:

Please take notice that this Motion and Supporting Memorandum In Support of Buzbee Law Firm Claimants' Motion For Reconsideration Under Federal Rules of Civil Procedure 59 (e), Alternatively Federal Rules Of Civil Procedure 60 (b), of Order & Reasons ["PTO60 Reconciliation Order," Regarding All Remaining Claims In Pleading Bundle B1] (Doc 22003) will be placed on this Court's Submission Docket for Wednesday, February 1, 2017, at 9:30AM, without the necessity of an oral hearing unless one is demanded.

Respectfully submitted,

THE BUZBEE LAW FIRM

By:  /S/ Anthony Buzbee
Anthony G. Buzbee (TA)
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655

J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January 2017.

*/S/ Caroline Adams*
CAROLINE E. ADAMS