UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION:  J** |
| | * | |
| | * | |
| **This Documents Relates to:** | * | **JUDGE BARBIER** |
| Case No. 2:13-cv-02786 | | |
| Case No. 2:16-cv-11539 | * | |
| Case No. 2:16-cv-11546 | | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

**PLAINTIFFS' MOTION FOR RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING
THE CLAIMS OF BREATHWIT MARINE CONTRACTORS, LTD. AND BREATHWIT
MARINE SHIPYARD, LTD**

NOW INTO COURT, through the undersigned counsel, comes Plaintiff BREATHWIT MARINE CONTRACTORS, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11539), ("Breathwit Contractors"), Plaintiff BREATHWIT MARINE SHIPYARD, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11546), ("Breathwit Shipyard"), (collectively, "Breathwit"), and file this Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing Breathwit with prejudice, pursuant to Rule 59(e) and Rule 60(b), Fed. R. Civ. P.

**I.     MOTION**

Breathwit suggests reconsideration, and/or modification of the Court's December 16, 2016, Order is warranted, because penalties less severe than dismissal are available for the *de minimus* delay in filing individual complaints, and Breathwit contends that they did not violate the Court's order, and certainly did not intentionally violate any order, and any delay did not cause any

1

prejudice to the defendant or the Court.  An accompanying memorandum shall set forth in greater detail the facts and law that should be applied in these circumstances.

## II.     EXHIBITS

The following exhibits are relied upon herein and in the memorandum supporting this motion:

A. Affidavit of Jimmy Williamson; and

B. Breathwit asks that the Court take judicial notice of its docket and materials filed therein.

## III.     CONCLUSION

WHEREFORE, Plaintiff BREATHWIT MARINE CONTRACTORS, LTD., and Plaintiff BREATHWIT MARINE SHIPYARD, LTD., respectfully move this Honorable Court to reverse its order of December 16, 2016 and reinstate their cases for adjudication upon the merits.

Respectfully submitted on this 12th day of January, 2017.

**WILLIAMSON & RUSNAK**

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January, 2017.

DATE: January 12, 2017                          */s/ Jimmy Williamson*
                                                              JIMMY WILLIAMSON