UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | |
| **This Documents Relates to:** | * | **JUDGE BARBIER** |
| Case No. 2:13-cv-02786 | | |
| Case No. 2:16-cv-11539 | * | |
| Case No. 2:16-cv-11546 | | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

## ORDER

Having considered the Motion for Reconsideration of Order & Reasons [ECF 22003], as to the claims of Breathwit Marine Contractors, Ltd. and Breathwit Marine Shipyard, Ltd., and any responses and replies thereto, the Court finds the argument well taken; and, therefore, GRANTS the Motion for Reconsideration and hereby reinstates the claims of Plaintiffs of Breathwit Marine Contractors, Ltd. and Breathwit Marine Shipyard, Ltd. in Case No. 2:13-cv-02786, Case No. 2:16-cv-11539, and Case No. 2:16-cv-11546.

Signed this _____ day of _____, 2017.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

1