UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION:  J** |
| | * | |
| | * | |
| **This Documents Relates to:** | * | **JUDGE BARBIER** |
| **Case No. 2:13-cv-02786** | | |
| **Case No. 2:16-cv-11539** | * | |
| **Case No. 2:16-cv-11546** | | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

**PLAINTIFFS' NOTICE OF SUBMISSION OF ITS MOTION FOR
RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING
THE CLAIMS OF BREATHWIT MARINE CONTRACTORS, LTD. AND BREATHWIT
MARINE SHIPYARD, LTD**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the Plaintiffs' Motion for Reconsideration of Order & Reasons [ECF 22003], as to the claims of Breathwit Marine Contractors, Ltd. and Breathwit Marine Shipyard, Ltd. will be placed on this Court's Submission Docket for Wednesday, February 1, 2017, at 9:30AM, without the necessity of an oral hearing unless one is demanded.

Respectfully submitted on this 12th day of January, 2017.

**WILLIAMSON & RUSNAK**

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421

1

2

Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January, 2017.


DATE: January 12, 2017_____          */s/ Jimmy Williamson*_____
                                                                               JIMMY WILLIAMSON