UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEP WATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL  NO.          2179 |
| | SECTION:   J |
| This Document Relates to:   13-01117 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## GANGI SHRIMP COMPANY, LLC'S MOTION FOR RE-CONSIDERATION OF ITS MOTION TO RE-OPEN CASE

NOW COMES, plaintiff, Gangi Shrimp Company, LLC, through undersigned counsel, who respectfully submits this Motion requesting that this Honorable Court re-consider Gangi Shrimp's Motion to Re-Open its case, which Motion to Re-Open was dismissed by this Court's Order dated December 16, 2016. Mover respectfully requests that this Honorable Court re-consider its denial of the Gangi Shrimp Motion to Re-Open, and upon re-considering same, this Honorable Court re-open this Plaintiff's case and permit Gangi's to proceed with his lawsuit against all named defendants.

-----Page Two-----

Accordingly, for the reasons set out more particularly in the Memorandum in Support of this Motion to Re-Consider, Gangi Shrimp Company moves this Honorable Court to re-consider Gangi Shrimp's motion to re-open its claim and law suit and allow the Gangi Shrimp law suit to proceed.

                                                  RESPECTFULLY SUBMITTED:

                                             /s/   Michael A. Britt_____

                                            Michael A. Britt       LSBA  #3489
                                            3701 Williams Blvd., Suite 255
                                            Kenner, LA 70065
                                            (504)  441-8660            Telephone
                                            (504)  443-2774            Facsimile
                                            [mab3489@aol.com](mailto:mab3489@aol.com)         email
                                            Attorney for Gangi Shrimp Company, LLC

-----Page Three-----

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with the Pre Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 13th day of January, 2017.

        /s/   Michael A. Britt_____

        MICHAEL A. BRITT