UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases (Including No. 12-970)* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

The Court previously appointed John W. Perry, Jr. as a Special Master in this matter. (Rec. Docs. 21281, 21898). The Court has received "Special Master Invoice No. 1," regarding Mr. Perry's fees and expenses from July 14, 2016 through January 3, 2017. The Court, having reviewed the invoice and finding it reasonable, approves payment in full. Accordingly, and further considering the letter from Philip A. Garrett, Court-appointed CPA, dated January 13, 2017;

IT IS ORDERED that Philip A. Garrett, CPA, be and is hereby authorized and directed to arrange for the payment of John W. Perry, Jr.'s "Special Master Invoice No. 1" from the Common Benefit Fee and Cost fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement in the amount of $37,366.40 (thirty-seven thousand three hundred sixty-six dollars and forty cents).

IT IS FURTHER ORDERED that the Clerk shall file the following documents as unsealed attachments to this Order: (1) Letter from Philip A. Garrett dated January 13, 2017 and (2) the one-page summary cover sheet for Special Master Invoice No. 1.

IT IS FURTHER ORDERED that the Clerk shall file the itemized portion of Special Master Invoice No. 1 as a SEALED attachment to this Order.

New Orleans, Louisiana, this 13th day of January, 2017.

_____
United States District Judge