**Philip A. Garrett, CPA**
**600 Northwoods Drive**
**Abita Springs, LA 70420**
**985-635-1500**
**pgarrett@garrettco.com**

Honorable Judge Carl Barbier
United States District Court
500 Poydras St. Room C256
New Orleans, Louisiana 70130

January 13, 2017

Dear Judge Barbier,

    I understand that your appointed special master, Mr John Perry, has incurred certain charges that are to be paid out of the Common Benefit Fee Qualified Settlement Fund.

    At this point we need a Court Order to authorize JP Morgan to transmit the funds and I will contact Mr. Perry's office for W-9 and wiring instructions.

    If you have any questions please do not hesitate to contact us.

Sincerely,

*[signature]*

Philip A. Garrett, CPA

ATTACHMENT "1"