UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>Section J |
| Applies to: 10-2771<br>10-9999; Joinder No. 228 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Based on the foregoing Unopposed Motion to Dismiss With Prejudice, the following claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., are hereby DISMISSED WITH PREJUDICE, with Plaintiff and dismissed Defendants to each bear their own costs and attorneys' fees.

| Client | Joinder No. | Docket No. |
|---|---|---|
| City of Cedar Key | 228 | 10-9999 |

New Orleans, Louisiana this 13th day of January, 2017.

_____
United States District Judge