Exhibit A

| No. | Client Name | Cause Numbers | |
|---|---|---|---|
| 1 | S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. | 2:16-cv-07285; 16-630 | 2:13-cv-02791-CJB-SS |
| 2 | Barrera, Joaquin and SCPP Ah Caray | 2:16-cv-06298 | 2:13-cv-02791-CJB-SS |
| 3 | Ballato, Emilio | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 4 | Barra Vieja, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 5 | Basurto, Refugio | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 6 | Bautista, Alfredo | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 7 | Caballero, Pablo | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 8 | Cabrera, Andres | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 9 | Cano, Joaquin | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 10 | Catemaxca, Raquel | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 11 | Cazarin, Daniel | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 12 | Cepeda, Daniel | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 13 | Chavez, Victor | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 14 | Congelados Marinos, S.A. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 15 | Cooperativa Acuicola La Centella S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 16 | Cruz, Luis | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 17 | Delgado, Jorge | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 18 | Diaz, Carlos | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 19 | Diaz, Israel | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 20 | Diaz, Maribel | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 21 | Echavarria, Alejandro | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 22 | Fernando Canul Mijangos | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |

| | | | |
|---|---|---|---|
| 23 | Francisco, Heriberta | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 24 | Gallardo, Cruz | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 25 | Garcia, Feliciano | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 26 | Gonzalez, Maria | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 27 | Guatzozon, David | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 28 | Hernandez, Fernando | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 29 | Juarez, Luis | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 30 | La Flor del Coco, S.C.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 31 | La Laguna Cayuapan, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 32 | La Malinche de Centla, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 33 | Liberacion de la Barra, S.S.S. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 34 | Lucero del Oriente, C.V. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 35 | Manuel Ramirez Sanchez | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 36 | Marquez, Carlos | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 37 | Mayo, Fernando | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 38 | Nava, Flor | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 39 | Ochoa, Jose | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 40 | Paso de Salta Barranca, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 41 | Perez Madrigal, Donald | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 42 | Perez, Filiberto | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 43 | Pescadores de la Laguna Colorada, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 44 | Pescados y Mariscos La Capilla, S.C. de R.L. M.I. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 45 | Productores del Gulfo, S.S.S. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 46 | Ramon, Luis | 2:16-cv-06330 | 2:13-cv-02791-CJB- |

|    |                                                                          |                |                          |
|----|--------------------------------------------------------------------------|----------------|--------------------------|
|    |                                                                          |                | SS                       |
| 47 | Razo, Andrea                                                             | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 48 | Razo, Jenny                                                              | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 49 | Renovacion y Solidaridad, S.C. de R.L. de C.V.                           | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 50 | Rojas, David                                                             | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 51 | S.C. de P.P. Acuicola de Bienes y Servicios El Gato Macho S.C. de R.L.   | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 52 | S.C. Delfines de Centla,                                                 | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 53 | S.C. El Pinzon, S.C. de R.L. de C.V.                                     | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 54 | S.C. Isla de la Laguna Pajonal, S.C. de R.L.                             | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 55 | S.C. P.P. Pescadores Unidos de Arbolillos S.C. de R.L.                   | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 56 | S.C.P.P. La Nueva Ola, S.C. de R.L. de C.V.                              | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 57 | S.C.P.P. Ah Caray I, S.C. de R.L.                                        | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 58 | S.C.P.P. Alma Jarocha, S.C. de R.L.                                      | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 59 | S.C.P.P. Barra de Montepio, S.C. de R.L.                                 | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 60 | S.C.P.P. Bonanza, S.C. de R.L. de C.V.                                   | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 61 | S.C.P.P. Brisas De Gobernado Cruz, S.C. de R.L. de C.V.                  | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 62 | S.C.P.P. De Ribera de Sonteomapan, S.C.L.                                | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 63 | S.C.P.P. de Salta Barraca, S.C. de R.L.                                  | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 64 | S.C.P.P. El Conde Silva, S.C. de R.L.                                    | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 65 | S.C.P.P. El Mexal de Isla Aguada, S.C. de R.L.                           | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 66 | S.C.P.P. El Pampano, S.C.L. de C.V.                                      | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 67 | S.C.P.P. El Robalo de Vicente Guerrero, S.C. de R.L. de C.V.             | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 68 | S.C.P.P. Estero del Rey, S.C. de R.L.                                    | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |
| 69 | S.C.P.P. Generacion 95, S.C. de R.L. de C.V.                             | 2:16-cv-06330  | 2:13-cv-02791-CJB-SS     |

|   | | | |
|---|---|---|---|
| 70 | S.C.P.P. Grupo Tenatsi, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 71 | S.C.P.P. La Chispa Roja S.C. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 72 | S.C.P.P. La Espina, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 73 | S.C.P.P. La Gaviota de Jalapita, S.C.L. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 74 | S.C.P.P. La Trufa, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 75 | S.C.P.P. Laguna de la Tortuga, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 76 | S.C.P.P. Las Porfias, S.A. de R.L. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 77 | S.C.P.P. Lebrancheros de Sonteomapan S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 78 | S.C.P.P. Milsadel, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 79 | S.C.P.P. Mulala, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 80 | S.C.P.P. NA Zoo, S.C. de R.L. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 81 | S.C.P.P. Nuevos Pescadores de la Laguna, S.C. de R.L. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 82 | S.C.P.P. Panatlan, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 83 | S.C.P.P. Pescadores de Playa Boqueron, S.C. de R.L. C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 84 | S.C.P.P. Pescadores de Rovirosa, S.C. de R.L. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 85 | S.C.P.P. Pescadores de Salinas, S.C.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 86 | S.C.P.P. Pescadores Riverenos De Jalapita, S.C. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 87 | S.C.P.P. Pescadores Unidos de la Laguna Camaronera, S.C.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 88 | S.C.P.P. Plan de Figueroa, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 89 | S.C.P.P. Playa Cangregeros, S.S.C. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 90 | S.C.P.P. Punta del Salado, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 91 | S.C.P.P. Punta El Buey, S.C. de R.L. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 92 | S.C.P.P. Riberenos del Carmen, S.L.L. de C.V. | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS |
| 93 | S.C.P.P. Roxanne de Centla, S.C. de R.L. de C.V | 2:16-cv-06330 | 2:13-cv-02791-CJB- |

|     |                                              |               |                         |
| --- | -------------------------------------------- | ------------- | ----------------------- |
|     |                                              |               | SS                      |
| *94*  | S.C.P.P. San Francisco, R.L. de C.V.        | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *95*  | S.C.P.P. Seno los Platanos, S.C. de R.L.    | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *96*  | S.C.P.P. Tanchicuin Boca, S.C. de R.L. de C.V | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS  |
| *97*  | S.S.S. Agrupacion La Unica                  | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *98*  | San Ramon, S.C. de R.L.                     | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *99*  | Sanchez, Ernesto                            | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *100* | Uscanga Perez, Homero                       | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *101* | Vazquez , Javier                            | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *102* | Vergara, Jose                               | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *103* | Zamudio, Isidoro                            | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |
| *104* | Zamudio, Sergio                             | 2:16-cv-06330 | 2:13-cv-02791-CJB-SS    |