IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| | * | |
| *Case No.*   2:16-cv-06329 | * | |

### PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016, DISMISSING THE CLAIMS OF DANIEL K. CHANG, JULIA CHANG, AVERY INVESTMENTS, LLC, MAGNOLIA PROFFESSIONAL CENTER, LLC, OLD SPANISH FARM, LLC, AND JULVANA, LLC

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm Plaintiffs Motion to File Under Seal Plaintiffs' Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Change, Julia Chang, Avery Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC.

### MOTION

Pursuant to Local Rule 5.6, Plaintiffs move this Court to issue an order sealing portions of Plaintiffs' Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Change, Julia Chang, Avery Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC. Sealing this Response is necessary because the response includes information concerning prior Orders issued by this Court which are sealed.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on January 13, 2017, upon:

                                      Respectfully submitted,

                                      <u>/s/ Brent W. Coon</u>
                                      *Attorney for BCA Clients*