**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION:  J** |
| | * | |
| | * | |
| This Documents Relates to: | * | **JUDGE BARBIER** |
| Case No. 2:16-cv-06329 | * | |
| | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| | * | |

**PLAINTIFFS' NOTICE OF SUBMISSION OF ITS MOTION FOR
RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING
THE CLAIMS OF DANIEL K. CHANG, JULIA CHANG, AVERY INVESTMENTS,
LLC, HILLTOP INVESTMENTS, LLC, MAGNOLIA PROFESSIONAL CENTER,
LLC, OLD SPANISH FARM, LLC, AND JULVANA, LLC**


TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the Plaintiffs' Motion for Reconsideration of Order & Reasons [ECF 22003], as to the claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, and Julvana, LLC will be placed on this Court's Submission Docket for Wednesday, February 1, 2017, at 9:30AM, without the necessity of an oral hearing unless one is demanded.

1

Respectfully submitted,

**BRENT COON & ASSOCIATES**


/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com


**CERTIFICATE OF SERVICE**

I certify that this document has been filed with the Clerk of the Court and served by

ECF on January 13, 2017, upon:


Respectfully submitted,

/s/ Brent W. Coon
*Attorney for BCA Clients*

2