UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>*Pleading Bundle B1* | MDL 2:10-md-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION FOR RECONSIDERATION OR TO ALTER OR AMEND JUDGMENT ON BEHALF OF TRUCKLA SERVICES, INC.

COMES NOW Plaintiff, Truckla Services, Inc. ("Truckla"), through undersigned counsel, and, pursuant to Fed. Rule of Civ. P. 59(e) or, alternatively, Fed. Rule of Civ. P. 60(b), and for those reasons more fully set forth in the attached supporting memorandum, respectfully seeks reconsideration of and relief from the Court's Order and Reasons ("PTO 60 Reconciliation Order") Regarding All Remaining Claims in Pleading Bundle B1) (Rec. Doc. 22003) entered on December 26, 2016, dismissing the claims of Truckla.

Respectfully submitted this 13th day of January, 2017.

>THE MILLER LAW FIRM,
>PADUCAH-NEW ORLEANS, PLLC
>
>By: */s/ Kent B. Ryan*
>Stephanie D. Skinner, T.A.  (#21100)
>Kent B. Ryan (#18418)
>One Canal Place
>365 Canal Street, Suite 860
>New Orleans, LA 70130
>Telephone: (504) 684-5044
>Facsimile: (866) 578-2230
>Email: kryan@millerlaw-firm.com
>           sskinner@millerlaw-firm.com
>Attorneys for Plaintiff, Truckla Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of January, 2017, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

                                              */s/ Kent B. Ryan*
                                               Kent B. Ryan