UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>*Pleading Bundle B1* | MDL 2:10-md-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

TRUCKLA SERVICES, INC.'S NOTICE OF SUBMISSION
OF ITS MOTION FOR RECONSIDERATION

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the Plaintiff's Motion for Reconsideration of Order & Reasons [ECF 22003], as to the claims of Truckla Services, Inc., will be placed on this Court's Submission Docket for Wednesday, February 1, 2017, at 9:30 a.m., without the necessity of an oral hearing unless one is demanded.

Respectfully submitted this 13th day of January, 2017.

                THE MILLER LAW FIRM,
                PADUCAH-NEW ORLEANS, PLLC

                By: */s/ Kent B. Ryan*
                Stephanie D. Skinner, T.A. (#21100)
                Kent B. Ryan (#18418)
                One Canal Place
                365 Canal Street, Suite 860
                New Orleans, LA 70130
                Telephone: (504) 684-5044
                Facsimile: (866) 578-2230
                Email: kryan@millerlaw-firm.com
                         sskinner@millerlaw-firm.com
                Attorneys for Plaintiff, Truckla Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of January, 2017, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

*/s/ Kent B. Ryan*
Kent B. Ryan