IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:16-cv-06216 | * | |

**PLAINTIFFS' MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016, DISMISSING THE CLAIMS OF COAST PRODUCTS, LLC AND LAURCON CAPITAL LP**

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm Plaintiffs' Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Coast Products, LLC and Laurcon Capital LP and would show the Court as Follows:

**I.  MOTION**

Coast Products, LLC and Laurcon Capital LP Plaintiffs suggest reconsideration, and/or modification of the Court's December 16, 2016 Order is warranted because Coast Products, LLC and Laurcon Capital LP Plaintiffs contend they did not violate the Court's order, and certainly did not intentionally violate any order. Additionally, penalties less severe than dismissal are available in the event the Court finds that Coast Products, LLC and Laurcon Capital, LP did inadvertently violate PTO 60. An accompanying memorandum shall set forth in greater detail the facts and law that should be applied in these circumstances.

**II.  EXHIBITS**

The following exhibits are relied upon herein and in the memorandum supporting this motion:

      Exhibit A:      OPA Presentment

      Exhibit B:      Original Complaint for Plaintiffs

      Exhibit C:      PTO 60 Complaint for Plaintiffs

      Exhibit D:      PTO 60 Amended Complaint for Plaintiffs

      Exhibit E:      Plaintiffs Memorandum in support of motion for reconsideration

with respect to the claims of Chapel Hill, et al, filed by Mssrs, Paul Sterbcow and Jimmy Williamson)

## PRAYER

WHEREFORE PREMISES CONSIDERED, BCA and Plaintiff respectfully request that the claims by COAST PRODUCTS, LLC and LAURCON CAPITAL, LP be reinstated and allowed to stand in a constitutional manner as co-joined plaintiffs who are overlapping factual and legal issues, or alternatively, that they be allowed a reasonable time to go back and file complete individual complaints and for any other relief to which they may show themselves to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

      I certify that this document has been filed with the Clerk of the Court and served by ECF on January 13, 2017, upon:

                                   Respectfully submitted,

                                   <u>/s/ Brent W. Coon</u>
                                   *Attorney for BCA Clients*