IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:16-cv-06216 | * | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016, DISMISSING THE CLAIMS OF COAST PRODUCTS, LLC AND LAURCON CAPITAL LP**

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm Plaintiffs Motion to File Under Seal Plaintiffs' Memorandum in Support of Their Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Coast Products, LLC and Laurcon Capital LP and would show the Court as Follows:

**MOTION**

Pursuant to Local Rule 5.6, Plaintiffs move this Court to issue an order sealing portions of Plaintiffs' Memorandum in Support of their Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Coast Products, LLC and Laurcon Capital LP Sealing this Response is necessary because the response includes information concerning prior Orders issued by this Court which are sealed.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

　　　/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com