# EXHIBIT A

05/24/16 10:53 PM  Page 1

Case 2:10-md-02179-CJB-JCW Document 22083-45 Filed 01/13/17 Page 2 of 9
Case 2:16-cv-07048 Document 1-4 Filed 05/25/16 Page 3 of 4

2-D

# Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date: April 20, 2010
Location: Macondo 252 Well
Vessel: Deepwater Horizon

**CLAIMANT INFORMATION**

Name / Company Name: Gauci's Custom Building & Developing LLC

If necessary, Business Contact / Representative: Joseph Gauci

Title: Owner

Address: 229 Klondyke Rd

City: Long Beach   State: MS   Zip: 39560

SSN/EIN: ██████8766

GCCF Number: 1073590

Occupation: _____

License Needed: YES   If Yes, License Type: Residential Bld.   STATE: —

Has Claimant received money from the GCCF/BP? YES  NO   If yes, amount: _____

Has Claimant received money from Insurance? _____   If yes, amount: _____

3D

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.

2) Please see Discovery conducted in MDL 2179.

3) **TOTAL AMOUNT OF LOSS REQUESTED:** $1,886,000

   a. Type of Claim:

      i. Loss of <u>Income, Profits and/or Earnings Capacity</u> (See Reference A)
         Amount Claimed: — TOTAL LOSS —
      ii. Damage to Property (See Reference B)
         Amount Claimed: _____
      iii. Subsistence Use (See Reference C)
         Amount Claimed: _____
      iv. Removal and Clean Up Cost (See Reference D)
         Amount Claimed: _____

**OPTIONAL WITNESS INFORMATION:**

1) Witness Name: _____
   - Address: _____
   - Phone: _____

2) Witness Name: _____
   - Address: _____
   - Phone: _____

**ATTORNEY INFORMATION:**

Brent Coon & Associates
Brent W. Coon
Eric W. Newell
215 Orleans
Beaumont, TX 77702
(409)835-2666 Main
(866)753-9080 Fax

I certify that the information provided is accurate to the best of my knowledge based on information and belief. I also certify that Brent Coon & Associates is my authorized legal representative for this matter, and has authority to act on my behalf.

Claimant Signature  *[signature: Joseph Vauci]*

Date Jan 12 2012

Attorney Signature _____

Date _____

# Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date: April 20, 2010
Location: Macondo 252 Well
Vessel: Deepwater Horizon

**CLAIMANT INFORMATION**

Name / Company Name: Winter Garden Italian American Bistro LLC
If necessary, Business Contact / Representative: Joseph V. Gauci
Title: Owner/Partner
Address: 229 Klondyke Rd
City: Long Beach  State: MS  Zip: 39560
SSN/EIN: ▮▮▮▮▮7957
GCCF Number: 1072412
Occupation: Owner
License Needed: Yes  If Yes, License Type: Business & ABC State
Has Claimant received money from the GCCF/BP? YES NO  If yes, amount: 137,800.00
Has Claimant received money from Insurance? No  If yes, amount: _____

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.

2) Please see Discovery conducted in MDL 2179.

3) **TOTAL AMOUNT OF LOSS REQUESTED:** $3,432,831.00

   a. Type of Claim:

      i. Loss of Income, Profits and/or Earnings Capacity (See Reference A)
         Amount Claimed: 3,432,831 TOTAL LOSS
      ii. Damage to Property (See Reference B)
         Amount Claimed: _____
      iii. Subsistence Use (See Reference C)
         Amount Claimed: _____
      iv. Removal and Clean Up Cost (See Reference D)
         Amount Claimed: _____

**OPTIONAL WITNESS INFORMATION:**

1) Witness Name: _____
   - Address: _____
   - Phone: _____

2) Witness Name: _____
   - Address: _____
   - Phone: _____

**ATTORNEY INFORMATION:**

Brent Coon & Associates
Brent W. Coon
Eric W. Newell
215 Orleans
Beaumont, TX 77702
(409)835-2666 Main
(866)753-9080 Fax

I certify that the information provided is accurate to the best of my knowledge based on information and belief. I also certify that Brent Coon & Associates is my authorized legal representative for this matter, and has authority to act on my behalf.

Claimant Signature _[signed]_
Date Jan 12-2012

Attorney Signature _[signed]_
Date 1/12/13

# Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date: April 20, 2010

Location: Macondo 252 Well

Vessel: Deepwater Horizon

**CLAIMANT INFORMATION**

Name: Joseph Gauci

Address: 229 KLONDYKE RD

City: LONG BEACH    State: MS    Zip: 39560

SSN/EIN: ▮▮▮▮▮-0835 /

GCCF Number:

Occupation:

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.
2) Please see Discovery conducted in MDL 2179.
3) **TOTAL AMOUNT OF LOSS REQUESTED:** $100,000.00
    a. Type of Claim:
        i. Loss of Income, Profits and/or Earnings Capacity (See Reference A)
            Amount Claimed: $100,000.00

        ii. Damage to Property (See Reference B)
            Amount Claimed: N/A

        iii. Subsistence Use (See Reference C)
            Amount Claimed: N/A

        iv. Removal and Clean Up Cost (See Reference D)
            Amount Claimed: N/A

**ATTORNEY INFORMATION:**

Brent Coon & Associates

Brent W. Coon

Eric W. Newell

Lori K. Slocum

215 Orleans

Beaumont, TX 77702

(409)835-2666 Main

(866)753-9080 Fax


Attorney Signature

*[signature]*

Date

January 15, 2013

## Deepwater Horizon Oil Pollution Act Presentment Claim Form

**INCIDENT INFORMATION**

Date: April 20, 2010
Location: Macondo 252 Well
Vessel: Deepwater Horizon

**CLAIMANT INFORMATION**

Name / Company Name: KAREN J. GAUCI

If necessary, Business Contact / Representative: _____

Title: OWNER
Address: 229 KLONDYKE RD
City: Long Beach  State: MS.  Zip: 39560
SSN/EIN: ▮▮▮▮-5851
GCCF Number: 3535348
Occupation: Owner "Leaseor"

License Needed: _____  If Yes, License Type: _____

Has Claimant received money from the GCCF/BP? YES (NO) If yes, amount: _____

Has Claimant received money from Insurance? NO If yes, amount: _____

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.

2) Please see Discovery conducted in MDL 2179.

3) **TOTAL AMOUNT OF LOSS REQUESTED:** $ 3,107,925

    a. Type of Claim:

        i. Loss of Income, Profits and/or Earnings Capacity (See Reference A)
        Amount Claimed: $ 3,107,925.00
        ii. Damage to Property (See Reference B)
        Amount Claimed: _____
        iii. Subsistence Use (See Reference C)
        Amount Claimed: _____
        iv. Removal and Clean Up Cost (See Reference D)
        Amount Claimed: _____

**OPTIONAL WITNESS INFORMATION:**

1) Witness Name: _____
    • Address: _____
    • Phone: _____

2) Witness Name: _____
    • Address: _____
    • Phone: _____

**ATTORNEY INFORMATION:**

Brent Coon & Associates
Brent W. Coon
Eric W. Newell
215 Orleans
Beaumont, TX 77702
(409)835-2666 Main
(866)753-9080 Fax

I certify that the information provided is accurate to the best of my knowledge based on information and belief. I also certify that Brent Coon & Associates is my authorized legal representative for this matter, and has authority to act on my behalf.

Claimant Signature _____
Date 10 Jan 2013

Attorney Signature _____
Date 1/12/13