UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig          *   MDL NO. 2179
   "Deepwater Horizon" in the       *
   Gulf of Mexico, on April 20, 2010   *   SECTION:  J
                                      *
                                      *
This Documents Relates to:              *   JUDGE BARBIER
   Case No. 2:16-cv-07048               *
                                      *
                                      *   MAGISTRATE JUDGE WILKINSON
                                      *
                                      *

**PLAINTIFFS' NOTICE OF SUBMISSION OF ITS MOTION FOR
RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING
THE CLAIMS OF GAUCI'S CUSTOM BUILDINGS AND DEVELOPING LLC,
TOARMINO'S PIZZA, SOUTH LLC, WINTER GARDEN ITALIAN AMERICAN
BISTRO LLC AND JOSEPH V. GAUCI, INDIVIDUALLY AND KAREN GAUCI
INDVIDUALLY**

TO THE HONORABLE JUDGE OF SAID COURT:

      Please take notice that the Plaintiffs' Motion for Reconsideration of Order & Reasons [ECF 22003], as to the claims of Gauci's Custom Building and Developing LLC, Toarmino's Pizza, South LLC, Winter Garden Italian American Bistro LLC and Joseph V. Gauci, Individually and Karen Gauci Individually will be placed on this Court's Submission Docket for Wednesday, February 1, 2017, at 9:30AM, without the necessity of an oral hearing unless one is demanded.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I certify that this document has been filed with the Clerk of the Court and served by

ECF on January 13, 2017, upon:

Respectfully submitted,

/s/ Brent W. Coon
*Attorney for BCA Clients*