IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Case No. 2:13-cv-5367<br>Case No. 2:16-cv-06333 | *<br>* | |

## ORDER

This matter comes before the Court on Plaintiffs Motion to File Under Seal Plaintiffs' Motion For Reconsideration with Respect to the Court's Order on December 16, 2016, Dismissing the Claims of Henry L. Perry, St. Joe Beach Property, LLC, Bungalows at Sanctuary Beach, LLC.   Upon consideration of Plaintiffs' Motion, and the entire record of the case is hereby

ORDERED that the Motion be GRANTED.

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana