# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| ROYSTER CONSTRUCTION CO INC, ANN HANH NGUYEN, MARJORIE ASHLEY, LORENZO COLEMAN, TERRY WESTENBERGER, WILLIAM LUTZ, MORRIS RUDOLPH, DARRELL BRANTLEY, HUNG LUN CHUNG, ORIENTAL PALACE LLC, BRADLEY MILLER, BRADLEY MILLER INDIVIDUALLY DBA CAJUN KITCHEN LLC, KENNETH GRIFFIN, RYAN LOUIS, RYAN STEWART, TAM V LE, INDIVIDUALLY AND DBA TAMS AUTOMOTIVE, ANH NGO, DE TRAN, SCOTT KRASOVETZ, KAREN OWENS, DONNA NICHOLS, GEORGE HECKER, CHRISTOPHER MITCHELL, GEOFF LANDRY, INDIVIDUALLY AND DBA CNG LAND LLC, TANNESHA DOUGLAS, DANIEL IARROBINO, FRANCIS DUNNE, INDIVIDUALLY AND DBA GREENLEGGS LLC, RICHARD MCMAHON, GUSTAVO BOJORQUEZ, FLORENCE LEVEQUE, RESHID AYESMI, JEAN PLAISIR, NAIZAHI TENSIEW, SEWDAT SHIWCHARAN, EMMANUEL EXCEUS, ETETU TEKLEHAIMANOT, GENNADI LEVINTOV, NIDAL ALKHATIB, NADER ALNAGGAR, CLAUDY SAINT LOUIS, RONALD LOUISSAINT, YASSINE CHAOUCH, YEFIM ZINGER, JULIO NEREUS, LAMJED SBAI, EDNER ESTINVIL, JOSIAS PREVILUS, AGUSTO SAINTVIL, HASSAN HAMDAR, ELFILS JEUNE, MURAT LIMAGE, JAMES PIERRE-LOUIS, YVES ULYSSE, YVES ULYSSE, ROY FIELDS, INDIVIDUALLY AND DBA ROY FIELDS TRANSPORTATION, SHAH | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO.<br><br><br>SECTION<br><br><br>MAGISTRATE<br><br><br>JURY DEMAND |

1

JAHAN, MAHMOUD KORDI, §
FEKADU LALGO, JOSEPH §
LAHLOUH, KAMEL ISSAOUI, HEDI §
JLASSI, FERNANDO CAICEDO, §
GABRIEL JABIRI, HANY KHALIL, §
LANOSE BAPTISTE, FRAIS ORINCE, §
PIERRE SIMON, GUENNADI §
GOROKHOV, GERMAN MEJIA, §
SAMUEL FLEURANT, §
CHAMSEDDINE BENFARHAT, §
DIEUNE DUFORTIN, JAMES §
DURASSAINT, LEVELT §
DURASSAINT, MAHMOUD AHMED, §
TAREK ALI, JAMAA BOUZAR, §
GETNET BERHANE, JAMES §
BRATWAVIT, PATRICK ADDERLEY, §
INDIVIDUALLY AND DBA ADDERLY §
CAB SERVICES, ZUHAIR AL- §
ABBASI, YVES SAINTELMY, MARK §
GUTKIN, EDNER MERVIL, SONIA §
CHARLES, CANTAVE CHOSTEL, §
MAKRAM ABDALLAH, HENRY §
ESPINOSA, BOURJOLLY §
THERMIDOR, ALI ABU FARAJEH, §
SHIN WANG, KAMEL §
BENBOURENANE, IMED SAHLI, §
LORIUS GERMAIN, SAID ENNASIRI, §
JUNIOR EDOUARD, MOUSTAFA EL §
TOUKHY, CLINTON WHITED, §
LOUNESTE FLEURINE, AHMED §
ABOUELENIN, MATOUSSI MEHDI, §
ASNAKE SHEBSHE, ERILUS ULYSSE, §
MARTHA RODRIGUEZ, KENEL §
REJOUIS, CARLOS VARGAS, §
WILLIAM PAUL, ANELSON BRUNO, §
ADDY ADDYLA, ABDERRAHMANE §
KADDOURI, AMOS JOSEPH, CODY §
LAM, DYNASTY NAIL AND SPA, §
INC, XIMENA MEJIA, CLAUDEL §
DONATIEN, CASANDRA DOAN, §
JUANA SOLIS, PHUONG NGUYEN, §
CHIN THI VO, CHIN THI VO, BICH §
THI NGUYEN TRAN, CONG VAN DO, §
SEN NGUYEN, OANH DAI NGUYEN, §
SINH NGOC HUYNH, THAN SON §
HUYNH, GIAU VAN LE, NHI THI DO, §

JULIE CHAN, JESSICA TRAN, NHAN §
QUAC CHAU, LOC THANH LE, §
MYMY BUI, KIEU T DANG, MONG §
THUY THI DANG, HOI Q DANG, §
JENNY DOAN, THANH HUONG §
ENDRES, MY H HUYNH, NGUYEN §
THI HONG HUYNH, THUY THI §
HUYNH, CHI THIEN HUYNH, CODY §
LAM, DYYNASTY NAIL AND SPA, §
INC, UYEN LAM, UYEN LAM, §
HOANG DU LAM, HANH MY LAM, §
HANH KIM LE, TUAN THANH LE, §
TU THANH LE, ANDREA LE, §
INDIVIDUALLY AND DBA ALICIA §
NAIL CARE, SUONG NGUYEN, ANH §
NGUYEN, HUNG NGOC NGUYEN, §
KHAI H NGUYEN, BETSY NGUYEN, §
SHERRIE NGUYEN, THU THANH §
NGUYEN, MARIA THUY NGUYEN, §
THANH PHU NGUYEN, HOANG T §
NGUYEN, MY NAILS II LLC, §
DOMINIC HOANG NGUYEN, CHIEN §
NGUYEN, THU SUONG NGUYEN, §
VIET VAN NGUYEN, NHUNG TIET §
THI NGUYEN, THANH THI NGUYEN, §
CHIEU NGUYEN, THOMAS THO §
NGUYEN, INDIVIDUALLY AND DBA §
PERFECT NAILS, MAI T NGUYEN, §
HAU NGUYEN, INDIVIDUALLY AND §
DBA NAIL STUDIO, EMILE LE §
NGUYEN, MICHAEL NGUYEN, §
JULIA PHUONG NGUYEN, §
VICTORIA NGUYEN, NGHIA §
NGUYEN, INDIVIDUALLY AND DBA §
OF AN VINH PHAT, TUNG V PHAM, §
TRUNG PHAM, THUY TRANG PHAN, §
SAU VAN PHAN, TUAN THAI, §
KELLY DOAN TRAN, BUOI THI §
TRAN, HUNG VAN TRAN, ALLURE §
NAILS, TAN TRAN, MY SANG LAM- §
TRAN, IDA TRAN, BEST NAILS, §
MAU THI TRAN, TUNG TRAN, CAN §
THI TRAN, MY VI TRUONG, §
WILLIAM VIET TRUONG, PHONG §
TRUONG, VICTORIA TRUONG, §
THAT T TRUONG, KIMBERLY §

3

NGUYEN, PRETTY NAILS & SPA, §
BRIAN RONSHAUSEN, DAVID §
WYNNE, WILLIAM MOSES, MINHAJ §
JABIN, NADEAU FRANCOIS, MARIO §
ESPINOSA, DELIO MARMOL, §
VALDES DURASSAIN, JON SPEARS, §
NOBERT MAUDER, ANDREW §
TSANG, JEANETTE MATOS, §
ALEHEGN DUBALE, ENSO LOUIS, §
RAPHAEL BERTHIER, MICHAEL §
HOLLAND, JEAN ETIENNE, AN §
NGUYEN, FRANK C ZONDLO, §
JULIA LUU, HOA KUEMPEL, ROSA §
WRIGHT, DENA ALIMUDDIN, VAN §
VO, BRIAN HUE TU PHUNG, §
INDIVIDUALLY AND DBA CLASSIC §
NAILS, HUNG HOANG NGUYEN, §
LINARDI ALIMUDDIN, SON §
NGUYEN, HIEN NGO, BUU NGUYEN, §
PHUOC NGUYEN, CAM NGUYEN, §
SHUTTLE INTHAVONG, YEN HANG, §
THOMAS LE, NAM VU, TRACY §
PHAM, THY TRAN, DINH HUYNH, §
TAI PHAM, HANH LE, TUYEN §
TRAN, PETER TRAN, CAN NGUYEN, §
HEN TRAN, CUONG LE, QUYET LE, §
HOA VAN LE, INDIVIDUALLY AND §
DBA NAILS EXPRESS, THAO PHAM, §
THUY TRUONG, NHAT D VAN, §
INDIVIDUALLY AND DBA STAR §
NAILS, HUONG THI VAN, §
INDIVIDUALLY AND DBA UNIQUE §
NAILS, MIMI NGUYEN, CANH VO, §
MUOI NGUYEN, NGA PHAM, §
TRANG PHAM, TRIEN DINH, §
TRAVIS MENDIOLA, OWEN JACOB, §
LYNDA NGUYEN, TRANG LAM, §
THANH VAN LE, INDIVIDUALLY §
AND DBA OF VIVI NAILS, DIEM §
PHAM, HUYEN PHAM, MYNINA LY, §
DAO BUI, MAI LY, THANH NGUYEN, §
KHANH TRAN, CUONG DUY §
NGUYEN, TAI NGUYEN, FRANKLIN §
TRUONG, THUONG NGUYEN, LY §
LAN NGUYEN, ANH BUI, MINH §
NGUYEN, DUNG THI NGUYEN, DLN §

4

NAILS DBA ROSE NAILS, MINH                §
TRAN, HOAT VAN, THU NGUYEN,               §
BO T VAN, KONG HONG NAIL                  §
SALON INC, BO T VAN, KONG                 §
HONG NAIL SALON INC, MALI                 §
THAI, YEN DINH, DUNG DANG,                §
DUNG TRAN, KHUYEN TRAN,                   §
LINDA TRAN, NHUT DUONG, HONG              §
LE, HONG LE, AMIE NGUYEN,                 §
TUAN TRAN, NIKKI NGO, MY LAN              §
TRAN, HONG THU NGUYEN, HOUR               §
CHHUN, UNG TRAN, SAM NGUYEN,              §
KIET LE, THANH TRUONG, DANG               §
TRUONG, PHUONG TRUONG, TO                 §
TRAN, HANH VAN, THUY PHAN,                §
TAN NGUYEN, LIEN TRAN, KIM                §
BUI, TON DANG, PHUONG NGUYEN,             §
PHUONG THAI, THUY DOAN, MEO               §
PHAM, THUY HUYNM, HOANG                    §
NGUYEN, HA NGUYEN,                        §
INDIVIDUALLY AND DBA DAZZLING             §
NAILS SALON, LUAN VO,                     §
INDIVIDUALLY AND DBA CALI                 §
NAILS, TRI HOANG LE,                      §
INDIVIDUALLY AND DBA OF T&T               §
HEADING, BAOLIL NGUYEN, DIEP              §
HUYNH, MICHELE NGUYEN, CHI                §
MA, VINNY DAM, VINNY DAM,                 §
INDIVIDUALLY AND DBA MAGICAL              §
NAILS, PHUONG VO, TRANG PHAM,             §
CHUONG LE, INDIVIDUALLY AND               §
DBA EXPERT NAILS, HAI TRAN,               §
PRO NAILS, PHUONG NGUYEN,                 §
INDIVIDUALLY AND DBA OF                   §
OAKRIDGE NAILS & E NAILS,                 §
HONG DANG, CUONG HOANG, BE                §
QUACH, NENCIE U TRAN, LA                  §
NAILS, CHAU NGUYEN,                       §
INDIVIDUALLY AND DBA ASIA                 §
NAILS & SPA, KIM NGUYEN, BETSY            §
NGUYEN, INDIVIDUALLY AND DBA              §
REGAL NAILS, TARNISHIA                    §
NGUYEN, MY NGUYEN, DEP KIM                §
HUYNH, INDIVIDUALLY AND DBA               §
NI NI NAILS, TAM TU, LAM DO,              §
THANH TU, BAO THI NGUYEN,                 §

INDIVIDUALLY AND DBA EXPRESS §
NAILS, TAM GIAO HA, CABINETS, §
LEON BA, INDIVIDUALLY AND DBA §
US NAILS, DONG VAN NGUYEN, §
TAM TRAN, INDIVIDUALLY AND §
DBA REGAL NAILS, BELKIS §
CONTERAS, THEM TRAN, CANH §
HUYNH, NGOC NGUYEN, KATHY §
NGUYEN, KATHY NGUYEN, §
INDIVIDUALLY AND DBA OF §
FANTASTIC NAILS, PHUONG §
NGUYEN, CHAU THANH TRUONG, §
INDIVIDUALLY AND DBA §
CARROLLWOOD CUSTOM INC, §
HOA TRUONG, NAM NGUYEN, §
VINH NGUYEN, MY TRAN, LOAN §
PHAM, ROYAL DUONG, HUNG §
DUONG, HANG PHAM, DIEU H §
NGUYEN, LYNDA NGUYEN, §
NGUYEN OF MANASOTA CORP, BO §
VAN, KONG HONG NAIL SALON §
INC, LINARDI LEE ALIMUDDIN, §
CORAL REEF AQUARIUMS, SY, C §
NAILS CORPORATION-SY VAN LE, §
HUY VAN, USA NAILS, ANTHONY §
LE, LOVELY NAILS BY ANTHONY M §
LE INC, JAMIE DANIELS, DANIELS §
PRESSURE WASHING INC, §
CHRISTOPHER PAC, CAP OF §
BREVARD INC, JAMES COOPER, §
JAMES COOPER PLASTERING INC, §
CAROLYN SMITH, SMITH BROS §
CARPET INC, MY NAILS LLC, §
PHONG NGUYEN, MY NAILS III LLC, §
MATINA CHAU, VICKI HOOVER, §
H&S TITLE AND ESCROW INC, §
ROBERT J LISENBY, GPL §
LANDSCAPING, SUSAN M WELCH §
DPA PA, JOEY RYLEE, JOSE BOZA, §
WILLIAM HANSON, DAVID §
ENCARDES, JOHN VITOLA, IBOLYA §
MOLINAR, AUGUSTA BARTH, REX §
LENOIR, CAROL RICHARDS, §
DMYTRO ZABUZHANSKYI, §
HERIBERTO PEREZ, ENOT LOUIS §
CHARLES, LAID GRADI, JEFFERY §

MICHAEL COOPER, INDIVIDUALLY §
AND DBA COOPER FENCE, EVANS §
DORVILIEN, ZIPING WU, §
INDIVIDUALLY AND DBA OF §
AMETHIA NAIL & SPA, JAMES YOU, §
JULIE YOU, TAO DINH, JAKELYNE §
ESCOLASTICO, BINH NGUYEN, §
SANG NGUYEN, VIET TRINH, DUNG §
VO, LY HAI NGUYEN, §
INDIVIDUALLY AND DBA OF §
LEGEND NAILS AND SPA, DAVID §
WILLIAMS, RILIN XIAO, §
INDIVIDUALLY AND DBA OF TOP §
NAILS, LIAN LI, INDIVIDUALLY §
AND DBA TOP NAILS, FRANK §
WOJCIK, NATIONAL SAVE THE SEA §
TURTLE FOUNDATION INC, GAIL §
SICCHIO, KAMEL MBARKI, BERT §
RODRIGUEZ, KATHY RIVERS §
FITNES LLC DBA CROSSFIT OF §
DESTIN-BERT RODRIGUEZ, ANH §
DO, THANH TRANG DUONG, ANH §
NGUYEN, DIEP KHAC NGUYEN, §
MARYLYNN NGUYEN, NAM CHAU, §
HANH TRAN, SAC TRUONG, TUYET §
TRUONG, TUYEN VAN, DANIEL §
SICCHIO, JUSTIN ROGERS, TIM, §
TINDLE ENTERPRISES INC, ALLEN, §
DESTIN PROPERTIES, DENNIS §
PATRICK, INDIVIDUALLY AND DBA §
BESS GULF COAST DEVELOPERS §
INC, TUONG TRAN, INDIVIDUALLY §
AND DBA DIVINE NAILS, PHUC §
CONG VAN, INDIVIDUALLY AND §
DBA PRO NAIL 1, DANIEL BRAY, §
DIAMOND HOME BUILDERS INC, §
THANH NGUYEN, INDIVIDUALLY §
AND DBA DOLPHIN NAILS, DEBRA L §
CAMPBELL, LEFF ENTERPRISES OF §
BREVARD, HAROLD FRANK, §
EDWARD PACE, AN TRAN, RANDY §
T STRICKER, KEY AUTO §
HOSPITAL, TUNG LU, BUBBA TOO §
LLC, KIM ANH HUYNH, TUAN §
TRAN, MARK RILEY, MARK P §
RILEY LUXURY INTERNATIONAL §

7

INC, FRANK VANDERHORST,                §
TURNER MARINE CONCEPTS INC             §
DBA MAXIMO MARINE SERVICES,            §
DAVID BARBER, STEPHANIE                §
BARBER, BARBER'S SEAFOOD INC,          §
REX PHIPPS, CHRISTOPHER                §
ROGERS, CHARLES BRANNEN,               §
CHARLES BRANNEN DBA                    §
BRANNENS HOME IMPROVEMENT              §
LLC, ARNETTA BRANNEN,                  §
CHARLES BRANNEN,                       §
CHRISTOPHER SHIMELD, JEROME            §
UFFNER UFFNER TEXTILES CORP,           §
SAMUEL VICKROY, TED FIELDS,            §
JUAN ACARON, HOME INSPECTORS           §
USA LLC, NHE DANG, NGA CAO,            §
XUAN LE, BICH NGUYEN, PHONG            §
DINH, JESSICA NELSON,                  §
YOOSEUNG LIM, L&K                       §
INTERNATIONAL CORP HARU                §
SUSHI BAR & GRILL, THANH TAN           §
HUYNH, SUCCESS JANITORIAL              §
SERVICES INC, WENDELL                  §
MCMILLIAN, HUE TRAN, NAM               §
NGUYEN, HAI V NGUYEN, HOANG            §
MA, ORCHID BISTRO CORP, SANG           §
VAN NGUYEN, SANG VAN NGUYEN            §
DBA SOUTHEXUSA INC, DAVID              §
MCCUMBERS, MCCUMBERS                   §
SEAFOOD, ANTHONY NGUYEN,               §
RANDOLPH CARLSON, DAVID                §
CLARK, DAVID A CLARK INC,              §
NGOC TRAN, JEFFERY KNUCKLES,           §
BLUE SKY AIRPORT LIMO SERVICE          §
LLC, PAUL SMITH, CARLO                 §
SOTELO, CARLO SOTELO, CARLO            §
SOTELO, CARLO SOTELO,                  §
RICHARD LONDEREE, TAMPA BAY            §
SALTWATER, INC, THOMAS                 §
MARKWITH, SIMON HOLMES,                §
WARREN D HICKERNELL PA,                §
QUIET LE, QUYET LE INC DBA             §
SUPER NAILS, KIEU HUYNH, SI            §
VAN NGUYEN, INDIVIDUALLY AND           §
DBA LITTLE SAIGON GROCERY              §
STORE, MAMDOUH ASAAD, DALE             §

8

RADCLIFF,  BRENDA RHODES,                    §
FIRST ADVANTAGE HOME                         §
INSPECTIONS, LLC, STEVEN ROOT,               §
CANDICE RUSSELL,  ANGEL                       §
BARBER, MICROSPINE, SABRINA                   §
PHIPPS,  YOOSEUNG LIM, MIRAE                   §
GROUP INC DBA  HARU SUSHI BAR,               §
MATTHEW CARRILES, JOSHUA                      §
MAY,  HON VAN VO,  INDIVIDUALLY              §
AND DBA CALI NAILS,  CYNTHIA                   §
DANG,  FOOD MART & GAS LLC,                   §
CYNTHIA DANG,  DAY SPA AT                     §
CITRUS CO,  SONG LE,  CORANDO                 §
HERNANDEZ, THE ICE KID INC,                   §
DUNG A NGUYEN,  MARVIS                        §
THOMPSON,  BRUCE ROTELLA,                     §
JONATHAN PACE,  JOSEPH                        §
LALLAMANT,  WILLIAM BOYD,                     §
AMANDA TOPHAM,  BOBBY                         §
GARRETT,  GARRETT EDWARDS,                    §
JOHNATHAN BRANNEN,  CHARLES                   §
HICKS,  MARK HICKS SEAFOOD,                   §
JAMIE LAMBERSON,  HARLEY                      §
DWAYNE ALLEN,  INDIVIDUALLY                   §
AND DBA BOOK ME A CHARTER,                    §
SANDRA ALLEN,JOSH SELLERS,                    §
TONY POLOUS,  JAIME GUTHRIE,                  §
JASON JAMES,  RICH MERCADO,                   §
MAGIC MEMORIES,  KOREY                        §
MCHENRY,  IVAN CHAMBERS,                      §
JOHN MOORE,  TROY                             §
PRAPHANCHIT,  PIER CAFE &                     §
CANDY INC,  CHARLES COTTLE,                   §
BRUCE MILLENDER AND DBA                       §
WILDWOOD PARTNERS LLC,                        §
BRUCE MILLENDER,  EASTPOINT                   §
LANDS LLC, COLTON BACHI, JOHN                 §
WASYLENKO, THE JMW GROUP                     §
INC, CLARENCE LOTTS,  SARAH                   §
MILLS,  AARON CABE,  AMANDA                   §
REID, CHRISTIAN BACHI, TRIPP                  §
TOLBERT,  BEACH RESORT                        §
INVESTMENT CORPORATION-TRIPP                 §
TOLERT,  TRIPP TOLBERT,  THE                  §
TOLBERT COMPANY,  TOLBERT                     §
BAYSIDE DEVELOPMENT                           §

9

COMPANY-TRIPP TOLBERT, §
TOLBERT ENTERPRISES INC, §
TOLBERT GULFSIDE §
DEVELOPMENT COMPANY, §
TOLBERT HOLDINGS LLC- TRIPP §
TOLBERT, UP TO IT LLC, FRED §
TOLBERT, TRIPP TOLBERT- §
WATERPARK PLACE §
DEVELOPMENT COMPANY, TONY §
HILL, ALLIED ROOFING AND §
REMODELING, JOSE RAMOS, §
JERRY EYKS, JERRYS MARINELIFE, §
INC, KERRIA LEWIS, KIMBERLY §
LEHMAN, BENHUR MASSO, §
BONITA REALTY CORPORATION, §
BENHUR MASSO, BONITA REALTY §
CORPORATION, WILLIAM §
SIMPSON, MARY HUMELSINE, §
INDIVIDUALLY AND DBA MARY §
HUMELSINE INSURANCE, DANIEL §
ADAIR, CLINTON NEWMAN, JON §
GILBERT, LUIS LABOY, BART §
SHERWOOD, MICHAEL MARLOW, §
FRANKLIN JOHNSON,JAN §
NEWKIRK,EMILY BARFIELD,BILLY §
JOHNS,MICHAEL LONGLEY, §
AMBERLY ROGERS, ASHLEY §
BASKA, LYMAN SCRIBNER, §
MICHAEL OBRIEN, NICHOLAS §
BOLDEN, CEDRIC CALLOWAY, §
MAGALIE BASILE, JEFF TOBEY, §
DIVE ONE INC, PATRICIA MESSINA, §
ALICIA SMITH, FLORIN POPOV, §
DONNA LAWLER, TAMMY §
POWELL, JIRI JIRA, CHRISTINE §
BROWN GUMAPAS, MARY SIVERT, §
THIEN NGUYEN, THOMAS §
MCCULLOUGH, CHARLES §
HONACHER, GRANDE DESIGNER §
FLOORCOVERING INC, CHARLES §
HONACHER, GRANDE DESIGNER §
FLOORCOVERING INC, DEMAS §
HUCKABA, DEE TROUPE, HOTEL §
INSTALLATION SPECIALISTS, §
EUGENE CERASOLI, EUGENE §
CERASOLI, SIDNEY SMITH, TERRY §

WILLIAMS, RANDY MARQUARDT, §
ALARM SYSTEMS INC, RACHEL §
BREWINGTON, RACHEL §
BREWINGTON, INDIVIDUALLY AND §
DBA QUICKENBOOKS SOLUTIONS, §
PERRY TENNELL, ALVIN §
MCCROAN, ADAM LURIE, DAVID §
RODRIGUEZ, EDWARD BUSBEE, §
ZANNOS GREKOS, REGENCE §
HEALTHCARE INC, ZANNOS §
GREKOS, REGENOYTE §
THERAPEUTIC LLC, HENRY §
HARRIS, CRAIG RAY WHIDDON, §
CATHERINE MCCURDY, §
CHRISTOPHER L WATSON, §
IDALBERT BONHOMME, JOHN §
SCHLEIDT, HUGH PARMER, GULF §
COAST RESTAURANTS INC DBA §
GIUSEPPIS WHARF INC, ANIL §
BHAKTA, INDIVIDUALLY AND DBA §
KABIR INC DBA DESTIN INN SUITES, §
KENNY BHULA, HARIAUM §
INVESTMENTS INC DBA REGENCY §
INN, KENNY BUHLA, JAYKISHAN §
INVESTMENT INC DBA SUPER 8 §
MOTEL, TOMAS SANJUAN, DIONNE §
ELLIOTT, LAVANIA SAVAGEAU, §
DENNIS KEARNEY, DEBORAH §
MOORER, MOORERS LEARNING §
CENTER, RONALD TERRY, §
MARGARET FOUTZ, MARGARET §
FOUTZ, YORDANY RODRIGUEZ, §
GELLERMAN BARAT, JAMES §
GARRETT, COMPUCOVER INC, §
ANTHONY PRATT, HANNAH JONES, §
SALVATORE LIGGIERI, ZOLAN §
MCALISTER, HANS WIRT, §
INDIVIDUALLY AND ACCURATE §
WALLPAPER, HANS WIRT, §
INDIVIDUALLY AND ACCURATE §
WALLPAPER, ANDREA JOHNSON, §
INDIVIDUALLY AND A&G BEAUTY §
SUPPLY, CHAD THURMAN, REID §
PHILLIPS, WILLIAM CLARK, §
LARRY ADAMI, G WILLIKERS DBA §
LIVINGSTONS BILLIARDS, BRIAN §

ANDERSON, TOP NOTCH PAINTING, §
HEATHER CZAJKOWSKI, PATRICK §
MORAN, PATMAR EXPRESS LLC §
DBA HOLIDAY INN EXPRESS & §
SUITES, MINH NGUYEN, PROSPECT §
YARD LLC, JAY THOMAS, HOOT §
THE DOG LLC DBA THE BROWN §
BOXER PUB & GRILL-JAY THOMAS, §
RICHARD TRAYNOM, KENNETH §
JORGENSEN, BRUCE CARNLEY, §
JAMES WALDROUP, BRIANNA §
FRIED, PATRICK PRENING, KP §
PROPERTIES LLC, STANLEY §
LATHAN, JOSEPH MORNINGSTAR, §
MORNINGSTAR MORTGAGE, §
VICTOR TOLLIVER, DWIGHT §
BURKE, MATTHEW BOCHICHIO, §
MESHELLE GREEN, JOSEPH §
BROUHARD, ELIAS NUNEZ, §
INDIVIDUALLY AND DBA KEY WEST §
TRUCKING, STEVE ROOT, WANT §
ADS OF PENSACOLA INC, RONNIE §
DAVIS, R&R FLOORING LLC, JOHN §
DUDLEY, PHILLIP L HIGHSMITH §
SR, DOWNTOWN AUTOMOTIVE- §
PHILLIP LEE HIGHSMITH SR, §
MARK A JUSTICE, JUSTICE SPRING §
HILL COLLISION, INC, JENNIFER §
MURPHY, JAMES PERRY, JAMES §
PERRY, FORDRICK, BAXLEY §
TRUCKING COMPANY LLC, JASON §
BROOKS, ASHELY CORNELIUS, §
DONS BAIT AND TACKLE, DAWN §
DAMELIA, ANTHONY R DE §
GEORGE, GREENE CANFIELD DE §
GEORGE LTD, JOSEPH §
BLANCHARD, BAY BREEZE BOAT §
RENTALS & FISHING CHARTERS, §
WANDA SAPORITO, PINELLAS §
MORTGAGE SERVICES INC, §
KENNETH NORTON, PATRICIA §
PICASCIO, TONYA FINK, KEITH §
HAGENKOTTER, LARRY BEAN, §
CLIFTON ESPADA, CHARLES §
BERNARD BARNIV, EMERALD §
COAST WELLNESS SERVICES INC, §

KAREN TAUSCH,  RENEE FUTCH,  §
FLORIDA CRACKER SHRIMP & BAIT  §
CO,  SUSAN MITCHELL,  OLIVER  §
BLAKE, FLA KEYS MORTGAGE CO,  §
OLIVER BLAKE,  FLA KEYS  §
MORTGAGE CO,  TAMMY  §
ASSENZIO,  ERIC TURNER,  §
ALLYKIRO VALDEZ,  JOHN  §
FARRAR,  ROBERT WELLS,  §
STEPHEN BODIFORD,  JOHN  §
DONALD WEEKS,  JOHN DONALD  §
WEEKS,  MICHEL CRABTREE,  §
HOLLY BROWN,  DENNIS CRAMER,  §
DENNIS CRAMER DBA THREE C  §
CAFE,  JON COOPER,  DIVE-  §
VERSION,  MANH NGUYEN,  §
INDIVIDUALLY AND DBA LILY  §
NAIL,  GAIL HANSON,  MITURN INC,  §
WAYNE MOGAVERO,  TAILS-A-  §
WAGGIN ANIMAL HOSPITAL-  §
WAYNE MOGAVERO,  LAZARO A  §
RODRIQUEZ,  TROPICAL  §
ZENSATION INC,  JAMES HUDGINS,  §
ELENA VILLEGAS,  EMMA CATHY  §
BEADNELL,  FRANK LIVINGSTON,  §
BIGREDS LAWNCARE & PRESSURE  §
WASHING LLC,  JUSTIN GOODRICH,  §
TERESA PATTEN,  LORRAINE  §
WOOD,  CHARLES BARNIV,  SLEEP  §
DISORDER CENTER OF FORT  §
WALTON BEACH, STACEY SARACO,  §
JOHN COLLURA,  CHAD HARDRICK,  §
PAT MORAN, DAVID LIPSTEIN,  §
MANASOTA KEY REALTY INC,  §
BARRY PATTERSON,  THE CONCH  §
HEADQUARTERS INC,  JACKIE  §
LESKAUSKAS, SUITE TONIS LLC,  §
KAY VANNESS,  BACKYARD  §
EXPLORERS,  SHANNON DALEY,  §
THOMAS SCHIEBLE,  CHRISTOPHER  §
BUCHIKOS,  MICHELE BONE,  §
NATHAN CROWDER,  JEAN  §
PROVIDENCE,  JEAN PROVIDENC,  §
THE FIRST COMMUNITY  §
CHRISTIAN PENTECOSTAL  §
CHURCH,  MARIE PROVIDENCE,  §

STEVE ORENSTEIN, THOMAS §
NALOVIC, PAMELA PRENING, §
KARI MULLEN, BETHANY KISS, §
DAVID KARPOV, ANTHONY ZUCCO, §
INDIVIDUALLY AND DBA OF §
COMMERCIAL FISHERIES, DAVID §
BURGER, JASON LESSNAU, BRIAN §
LEAVELL, BRIAN LEAVELL, §
INDIVIDUALLY DBA KEYS SKIS, §
JAMES KELLY TURNER, TURNER §
LENDING LLC, DAVID BARBER, §
LINH T NGUYEN VO, DIAMOND §
NAIL ENTERPRISES INC, DON §
FLYNN, BRITTANY ANTONE, §
REGINALD MORGAN, CHRIS HIRSH, §
CSC ENTERPRISES INC DBA §
SCULLYS TAVERN, DIANE PAGLIA, §
PHI TRAN, MRS CHENS §
RESTAURANT INC, DUC TRAN, §
FANTASTIC NAILS OF TAMPA INC, §
MENG DUONG, PHO KIM LONG §
LLC, DIEM VUU, INDIVIDUALLY §
AND DBA HAIR NAIL ART, DIEU §
DINH LY, D & D LEE LLC, ROBERT §
KIMREY, KATRINA MASON, §
ALTERNATIVE INVESTMENT §
STRATEGIES INC, DIEU LY, LEE §
BROTHER INC DBA LEE GARDEN, §
JOHN DIEU DINH LY, LEE GARDEN §
INC, UNG HOA QUACH, HAO WAH §
RESTAURANT INC, MINH VAN LE, §
MINH VAN LE DBA TIPS TO TOES §
NAIL SALON INC, HUNG VAN §
HUYNH, INDIVIDUALLY AND AN §
WATER STORE, YVONNE LEE, §
INDIVIDUALLY AND DBA FUNG §
GARDEN CHINESE RESTAURANT, §
LIEN DO, MATRIX BEAUTY NAIL & §
SALON INC, THANH BA NGUYEN, §
TOM NAILS, BICH NGUYEN, MIMI §
NAILS, NGA TU LY, JNJ §
MANAGEMENT GROUP LLC, DALE §
NICHOLS, INDIVIDUALLY AND DBA §
FINE ART BY DALE, ANDREW §
BAYUS, BENNIE FINLAY, HUGH §
WIGGINS, PATRICIA FORTUNE, §

CHARLES PAINE,  DONTHEL                    §
DANIELS, STEVEN BOHMANN,                   §
ALBERT FREELAND,  ERICKA                   §
BRAND, TIM GODWIN,  DEAF                   §
COMMUNICATIONS,  JUAN                      §
WALKER, UNIVERSAL MARKETING               §
MEDIA INC,  BROCK WALKER,                  §
JEFFREY OLECK,  FRANK                      §
BOCCHINO,  LOUIS MARLER,                    §
PAULA ARMITAGE,JAVIER ARANA,              §
J ARANA CORP DBA JAVIERS                   §
RESTAURANT,  JOSEPH GARNER,                §
TIMOTHY HADLEY,  CARLOS                    §
LEZCANO,  FRANKLIN HANNAH,                 §
ANTHONY HIGH,  OLD NAPLES                  §
PRODUCE COMPANY,  JON                      §
MICHAEL WHITE,  MARLIN ALLEN,             §
MARLIN ALLEN CONSTRUCTION                  §
INC,  THOMAS JACKSON,  M404 INC,          §
IAN HALL,  GRAY TAXIDERMY INC,            §
JOHN B TABER,  JUST                        §
HOSPITALITY INC,  MARIO                    §
DONALDSON,  DON THERIOT,                   §
KESCO KITCHEN EQUIPMENT &                  §
SUPPLY CO,  DEWAYNE RENFROE,               §
DEANNA SCHOENEWALD,                        §
STANLEY SCHOENEWALD, JANET                 §
BROWN,  LACEY PLATH,  CHRIS                §
LANGLO,  LANE GLO BOWL,  INC,             §
CHRIS LANGLO,  LANE GLO LANES             §
NORTH, INC,  CRAIG L PATTERSON,           §
ADMIRALS WATER ADVENTURES,                 §
INC,  WASABI EMPIRE INC,  DUSTIN          §
SHANE WELLS,  PENNY PETTIS,                §
TIMOTHY KOLOSKI,  TEE TIME                 §
HOLDINGS INC  DBA AUTOTRONICS             §
OF SARASOTA, TRACY MARKHAM,               §
MELISSA THOMPSON,  MELISSA                 §
THOMPSON,  MARK GARCY,                     §
REEL1UP FISH & DIVE CHARTERS,             §
JOANNE RICKARDS,  ALEXANDER               §
BRADFORD, JOHN RICKARDS,                   §
DANIEL DAMICO,JAMES GENTILE,              §
CHEFS CHOICE USA INC,  JEFF                §
MILOWITZ,  EMERALD COAST                   §
CONSTRUCTION,  ART LENNOX, 951            §

PETROLEUM INC, HUBERT §
FRANCOIS, ADRIENNE JOYNER, §
HIEN NGUYEN, INDIVIDUALLY AND §
DBA KC NAILS, RUSSELL BRENNER, §
GREENWAY SHUTTLES, RUSSELL §
BRENNER, RUSSELL BRENNER, §
GREENWAY SHUTTLES RUSSELL §
BRENNER, JOHN WHITE, §
LANDSCAPES PLUS OF PANAMA §
CITY, DEREK KNAPP, DENISE §
COLALUCA, STEVE JOHNS, §
WILLIAM GORDIE, CATHERINE §
GORDIE, NOAH GOODSON, NOAH §
GOODSON, CHRISTOPHER §
RUSSELL, MITCHELL CAIN, §
PATRICK ECKERT, STEPHANIE §
ADKINSON, LAWRENCE RUSSELL, §
JENNIFER MONROE, RUSH §
MARCUM, CHARLES PETTY, §
RODNEY SHIVER, APRIL RUSSELL §
BANKS, KEVIN FULLER, AMBER §
VINSON, LINDA GOGGINS, DAVID §
HARTMAN, AMBER BRANCH, §
DWAYNE REEDER, PAMELA §
LITTLE, SANDRA RYDER, SANDRAS §
CLEANING BUSINESS, DANIEL §
NELSON, TAMMY SHIVER, §
SAMANTHA BELLEW, REGINA §
RANDALL, GLENN RICHARDS, §
TINA LAUGHTON, CANDICE §
SCHIMELMAN, WILLIAM SMITH, §
THERESE VAN GOGH, THERESE §
VAN GOGH, CLYDE FLETCHER, §
WETHINGTON ENTERPRISES, §
ROLAND SCOTT, JESCOTT LLC, §
BRUCE MILLENDER, SEAQUEST §
SEAFOOD, JAMES R MAXWELL, §
JAMES R MAXWELL & ASSOC INC, §
JUDY PELON, GREENWOOD §
DEVELOPMENT, COREY MENDEL, §
CHAKRAS LLC, DAN MASCIA, §
INDIVIDUALLY AND DBA §
PANHANDLE CULINARY SUPPLY, §
LUIS ALVES, AUSTIN HAFNER, §
AUSTIN HAFNER, AUSTIN HAFNER, §
MOHAMED BOUAYADI, EYOB §

16

BERAR, BOUCHAIB CHAOUKI, §
EDSON COSTA, LUCNES JOSEPH, §
RUBEN LOPEZ, BERTHA MEJIA, §
DOMINGOS MONTEIRO, SAMIR §
QUNEIBI, SEAN IRVIN, SEAN IRVIN, §
JOHN MCNIGHT, INDIVIDUALLY §
AND DBA JOHNS HAULING, §
ALETHIA ROBINSON, CHARLES §
BASS, FIONA MAY, MICHAEL LEE, §
YVETTE HOLMES, ERIK REPP, §
CRYSTAL MICHENER, ARMANDO §
OQUENDO, SEIFU AWDEW, §
GLORIA BAUTISTA, CECILIA §
BECKLES, NILKA CORONA, ELINE §
DURASSAIN, WILLY DUTERVIL, §
JEAN FRANCOIS, ANDREW PAUL §
KENOL, HARRY PAUL §
INDIVIDUALLY AND DBA §
ANYWHERE DRIVER EXP, §
EDUARDO SANTIAGO, WILLIAM §
VOLCY, MELAKU BEYENE, §
JORDANIA BEAUVOIR, LIDIA §
CASCANTE, HUGO CHAVEZ, §
JORDANY DURASSAIN, SOLOMON §
EJIGU, LUTES ELISCAR, FREDY §
ESPINOSA, BRENT LUNDQUIST, §
JEAN GAUDIN, JEAN GAUDIN DBA §
SUPER SHUTTLE, SEMET GERMINE, §
EXUME LUCKNER, KESNER §
SAINTELMY, SERGE NORDE, §
FIKADU SEBLEGIORGIS, MICHAEL §
BEN-SHOAFF, KEY WEST STYLE, §
WILLIAM BLAIN, ADRIAN SANDERS, §
ED GOSSELIN, JACQUELYN §
SANBORN, JACQUELYN SANBORN, §
TERESA FRYE, MARK VANDIKE, §
VORTEX SOUND, RICHARD LUSSY, §
RICHARD LUSSY INDIVIDUAL AND §
DBA RICHARD LUSSY & §
ASSOCIATES, STEWART SHRIVER, §
TRAILS END MOTEL INC, SONY §
CANGE, CARLOS ALDANA, VANEL §
BAPTISTE, JEAN FLEURY, MEHREZ §
HANNACHI, JAAFAR LOUIZ, §
WILLIAM ZEA, PIERRE PAUL, ALAN §
JIMMIS, A J CORE OF SUNTREE §

17

INC, DYLAN GILBERT, JULIE  §
MAGILL, RICKS A/C, CARL NEELD,  §
HAROLD K THRASHER, THRASHER  §
SITE DEVELOPMENT INC, CARL  §
MCINNIS, COURTNEY AUSLEY,  §
COURTNEY AUSLEY, FREDRIC  §
CHAD BESLEY,KEITH MICHAEL  §
BUTCHER, FLORIDA GOLF CART,  §
NATASHA BAGIARDI, TOMMY  §
HAMM CONSTRUCTION INC,  §
FRANK MARK LEE,  INDIVIDUALLY  §
AND DBA FRANK AND SONS LAWN  §
SERVICE, DAVID MEADOR, ALLEN  §
WINSTON, HOSNY SALEM, SARA  §
PARK, S2N CONCRETE, MARTINA  §
MENDRES, MARTINA MENDRES,  §
MICHAEL NEET, JOE VENABLE,  §
JOE'S BOAT,  LLC, IRVIN  §
LEVEROCK, JORGE SANTOS,  §
BRENDA NEEL, JOHN PARTEE,  §
MATTHEW BEDELL, W KATE  §
CRAIG, KATES PROFESSIONAL  §
HOUSE CLEANING, STEPHEN  §
LAVIGNE, JAMES MORAN, JAMES  §
MORAN, SEBASTIAN ORTEGA,  §
EILEEN GLINSKY, ACE BLUE  §
WATER CHARTERS INC, ELENI  §
GERONDIDAKIS, BINH T  NGUYEN,  §
INTERNATIONAL CAFÉ,  TUE CHAU,  §
INDIVIDUALLY AND DBA NAILS BY  §
TINA, TRI BA NGUYEN, J & J NAILS  §
SALON INC, DU HUYNH, DOBOND  §
FARMERS MARKET INC, ROBERT  §
MENGE, ADVANCED WATER  §
RESOURCES INC, ALAN DE ZAYAS,  §
AVON MODULAR LLC, CHARLES  §
HOOSE, CHARLES HOOSE, AMY  §
LENAIN, CARLIMS HILAIRE,  §
MICHAEL D'ALOIA, RENTAL  §
MARKETING SOLUTIONS LLC,  §
BARNEY CRUTCHFIELD, BARNEY  §
CRUCHFIELD DBA BEC & CO INC,  §
DIEUNE REFUSE, MICHEL LAMOUR,  §
SAMSON JULES, RUBEN  §
HERNANDEZ, TUTI ENVIOS CORP,  §
MICHELAIR BONHOMME, JULISSA  §

ALLEYNE, SAMSON T §
WOLDEMARIAM, HENOK TADESSE §
WOLDEMARIAM, ENGEDA T §
WOLDEMARIAM, JOSE PUJALT, §
ESTELA OROPEZA, PETE §
MORISSEAU, BEREKET ISAAC, §
JOSHUA ORSINI, MICHAEL §
PRAOLINI, FARED OUAOUKORRI, §
KARLA MALDONADO, LAHBIB §
SALEMI, STEPHEN SCOTT, JOSEPH §
FAZIO AND, JN FAZIO INC, §
ABDELHAK BELOUAFI, RENWICK §
ADDERLEY, EDWIN CALDERON, §
OFELIA GONZALEZ, LUCIA JAIME, §
FARIDA HANMORE, DORANCE §
MUNOZ, TJ ENVIOS INC, BOUBAKER §
CHEKKAR, ADEWALE AKANDE, §
EUMANN MAREUS, MICHAEL §
SANFELIPPO, NICOLE LANNI, §
NICOLE LANNI, WILLIAM §
QUARRLES, JOSEPH DONOIAN, §
KLIFTON LEE, ROBERT RIVERA, §
LAHCEN BOUKANTAR, MICHELENE §
AMY, BARRY GUNN, JUANA §
REVOLORIO, KOSSI ADOVI, §
INDIVIDUALLY AND DBA DINA §
AFRICA HAIR BRAIDING, RASHEED §
HOSEIN, RILDO PEREZ, SOREL §
EDMOND, DIEUCELHOMME §
SEVERE, FALLON FLYNN, ARDONY §
ESTIMABLE, ASSOU TCHOUKOU, §
WILLIAM BROWN, ERNST LOISEAU, §
SUZE THERMIDORE, ROSITA LUBIN, §
JOSEPH OLLEI, FELIX PIERRE, §
IFEANYI IKEONEYCHI, RENEL §
REJOUIS, HECTOR OSPINA, §
COLOMBIA AUTO GLASS CORP, §
ANGELINA DEAL, CASH OUT REAL §
ESTATE SERVICES LLC, JONATHAN §
TURNER, DAVID CLARK, JAE BLUE, §
AIRPORT TRANSPORTATION §
TAMPA, JOHN MUCKLER, GARY §
GORDON, SOUNDWAVE HEALTH §
SOLUTIONS, GEORGE MASSEY, §
GEORGE MASSEY, BS FOOD & GAS §
INC, SAJI MATHEW, DEON INC, SAJI §

MATHEW, KENNEDY MART INC, §
SAJI MATHEW, S&S ATLANTIC INC, §
SAJI MATHEW, THAMBI SUNSHINE §
INC, FRANCISCO MONTANEZ, §
CHICKEELICIOUS PERUVIAN §
ROTTISSERIE CHICKEN, JAMES §
BARDASCINI, MAACO COLLISIONS §
REPAIR, MORVILIX THOMPSON, §
ABDULLA DAABOUL, ANDY YEN §
NGUYEN,  INDIVIDUALLY AND DBA §
FASHION NAILS, ROBERT §
CARLTON, DANIEL MCMICHAEL, §
TREVOR MCDANNEL, ANGELO §
DACTYLIDIS, RUSSELL RHODEN, §
KATHRYN DACTYLIDIS, CHELSEA §
LOIZOS, SHELIA PERRY, GISELA §
SANCHEZ MEDINA, GISELA §
SANCHEZ MEDINA TRUSTEE,  LLC, §
LUCKY LAM, LUCKY & ANH LLC §
DBA YES NAILS, TUYET DANG, §
PATRICIA WHITTINGTON, FIRST §
APPRAISAL OF SW FLORIDA INC, §
DEAN JOHNSON, DEAN JOHNSON §
DBA ST  PETE BEACH INK, POH §
CRAMER, LEKECIA ANDERSON, §
RANDY BAKOVKA, RICHARD §
VEECH, PATRICK LANE, §
INDIVIDUALLY AND DBA LANES §
BBQ 2 GO, GREG POTTER, HARRY A §
WILSON, TABATHA MCAFFEE, §
DAVID BREWER, CARDIAC §
INNOVATONS INC, BELINDA §
JORDAN WEAVER, TODD §
LANGSTON, MICHAEL HAND, §
MICHAEL ABBEY, ROMULA MUR, §
MICHAEL HARRISON, MIKES QWIK §
CASH INC, AUDREY MOIR, FRANK §
BARATTIERO, SETH LETO, §
PRISTINE FLORIDA FISHING, JOHN §
BYRNES, IMMACULA LAMOUR, §
CHRISTINE MARRIOTT, ARIETA §
ZEKTHI, JOHN LONG, EAT N GRINN §
LLC DBA KEY WEST CIGAR CLUB, §
BARBARA SEAMAN, EAT N GRINN §
LLC DBA EAT N GRINN AT THE §
DELI, JOHN LONG, BARBARA §

SEAMAN, MARC KELLEY, DAVID §
MEYERS, MEYERS AUTO §
WHOLESALE INC, FREDERICK §
ESTES, RICHARD BRIM, TALMADGE §
TUCKER, CHRIS JUSTICE, MARK §
CHIARAMONTE, ANITA NICHOLS, §
HENRY JACKSON, GEORGE CAIN, §
EDWARD MICHAEL PALMIERI §
INDIVIDUALLY AND DBA TRIBAL §
HEMP,  MICHAEL HARRISON,  JR §
INDIVIDUALLY AND A-AAA §
HARRISON BAIL BONDS, JOHN §
THOMAS, JASON REVIE, BOTTOM §
PAINT STORE LLC, MELISSA §
COUGHLIN, AL QUICK, GLORIA §
QUICK, JEFFREY FRASER, JESSE §
KELLEY, TYLER L  COFFMAN, §
INDIVIDUALLY AND DBA GFY §
FISHING, DAVID F WILSON, LUTHER §
CARRIER, ABSOLUTE TANK §
CLEANING, MISTY DAWN GILLAIM, §
FAIRYTALE WEDDINGS,  LLC, §
JONATHAN WILSON, HARDROCK §
HOMES,  INC, KOBE LAKMAITREE, §
JESUS CARRANZA, EL JALISCO §
MEXICAN RESTAURANT INC, STEVE §
PELT, MISAEL MEDINA, HOLLY §
OFFNER, CHARLES BLANKENSHIP, §
JOSEPH BYRNES, ANTONIO §
ANFIELD, DALE BARGER, §
GULFVIEW MARINE LIFE §
PRODUCTS INC, ROGER HAUCK JR, §
HAUCK AND ASSOC, ROGER §
HAUCK, IRENE JOYNER, IRENE §
JOYNER DBA SPARKLING §
COMPLETE CLEANING SYSTEMS §
INC, KEVIN F  KENNELLY, HOUSE §
MOVERS INC, LEE LENOCE, §
LENOCES NEIGHBORHOOD §
RESTAURANT INC, HENRY §
TOPPING, WILLIAM CHESTNUT, §
AMY COBB, RICK DEWEY, DEW §
FISH & CO INC, CHRISTOPHER §
DOHERTY, TREVOR MCMAHAN, §
FISH TRAP INC, BRENT GRANDA, §
CHRISTOPHER JETTINGHOFF, §

DANGEROUS WATERS LLC, IRA §
LAKS, AQUAMAN INDSTRIES INC, §
BURTON LEHMAN, RALPH LOGAN, §
JOHN LUNDGREN, TIM MATESI, §
ROBERT MOSTLER, PATRICK §
MURPHY, BENNY NICOSIA, §
REINALDO PEREZ, MICHAEL §
PREFONTAINE, LOUIS PRIMICERIO, §
HAROLD SCHENAVAR, §
INDIVIDUALLY AND DBA NORDIC §
ROUGH WATER BOATS, KYLE §
SCHENAVAR, PATRICIA §
SCHENAVAR, DURINDA SHAVER, §
MICHAEL SIZEMORE, BRUCE §
STILLER, THOMAS STILLER, §
STEPHEN VICKERS, ANDORRA FISH §
CO, GEORGE SPEARS, STEVEN §
MORRIS, ARTHUR LUNDBERG, §
ROYAL DUPUIS, WILLIS DUGGER, §
LONG LINE INC, WILLIS DUGGER, §
DANIEL YOUNG, INDIVIDUALLY §
AND DBA ONE NINE SEAFOOD INC, §
DAVID WOOLLEY, JOHN W §
WEAVER, JOHN W WEAVER, §
JORDAN C WATERS, MICHAEL §
MOLINA, JOHN LEDBETTER, TONYA §
LONGO, TIMMIE AKINS, MITZI §
CARY, DAVID THOMAS, ZAIDA §
CARRION, DAVID EDWARDS, ADAM §
KEENAN, ELIZABETH INGLEE, §
RAGA FAULKNER, KIM CUC T §
DANG, INDIVIDUALLY AND DBA §
EMERALD NAILS & TAN, KIM CUC §
T DANG, INDIVIDUALLY AND DBA §
EMERALD NAILS & TAN, TONY §
NGUYEN, INDIVIDUALLY AND DBA §
DIVA NAILS, JERRY J ODOM, §
STORAGE DEPOT OF PANAMA CITY §
INC, TARA SAARINEN, LEONARDO §
MARTIN, JOSEPH LOFTIN, DARIN §
FOREY, DANIEL MEYER, CARL §
MIZE, KENNETH EVANS, DAVID R §
POTTINGER, DIAMOND §
ENTERPRISES INC, ERIC §
WETTERMAN, TERRY WILDEY, §
JEFF CLAYTON, AMERICAN §

SEAFOOD PRODUCTS INC, DUOL §
THACH, DUOL TRIPLE D §
ENTERPRISES INC, CYNTHIA §
BANAWA, INDIVIDUALLY AND DBA §
CYNTHIA BANAWA TAXI SERVICE, §
DIDIER GOLLER, JOSH PATCHELL, §
MATTYOS LLC, ROBERT §
SIZEMORE, EDWARD SHANNON, §
JUSTI JONES, STACY ASPINALL, §
THERESA SWEENEY, TERRISI §
CLEANING SERVICE, JERRY §
PINDER, JOHN DIKTAS, DEBORAH §
PARMER, COREY LEE, JAMES §
BENNETT, STEPHEN VICKERS, §
NATHAN SOUTHERN, TONYA §
KEENER, BOB AND DAMON §
NICHOLS, NICHOLS & SONS §
SEAFOOD, MARITZA GRANDA, §
GERALD PINDER, PINDERS §
SEAFOOD & MARKET PLACE, §
TIJANA TICA, CASSANDRA LAI, §
DAWN POIRIE, SERENITY §
SKINCARE OF TAMPABAY INC, §
WILLIAM GORDON, W ARLIE §
GORDON INC, JAMES WASSON, THE §
LOGO PLACE LLC, EDDIE §
HOWINGTON, STANLEY FOSTER, §
STANLEY R FOSTER LLC, STANLEY §
FOSTER, JUANITA KNOX, PATRICIA §
HAMILTON, NICK MORROW, §
HERBERT MAINGUY, HERBERT §
MAINGUY, TERRY HOWARD, §
EDWARD E RYAN, EDRYAN §
BUILDING CONTRACTOR LLC, §
ELLA ALEXANDER, GREGORY §
BAKER, GREGORY BAKER, §
INDIVIDUALLY AND DBA §
VERSATILE INSTALLATIONS LLC, §
JASON HAND, JOHN COLLINS, §
ANETTA CORRICA BALL §
INDIVIDUALLY AND DBA ANETTAS §
HAIR STUDIO, SHANAIRRIAN §
JORDAN, BASSIL BASSIL, BLB FOOD §
INC, EDUARDO SOFFICI, STUART §
HOTEL PARTNERS LLC - DBA §
CLARION INN, JORDAN EASON, §

23

DUSTIN FAULK, DONNA §
GOODYEAR, SCOTT LEWIS, §
JAKILYNN JEFFERIS-MOORE, §
JESSICA MILTON, THUAN NGUYEN, §
VAN LE, HEATHER COLLEEN §
SMITH, HOG WILD BBQ, JAMES B §
HEBIN, INDIVIDUALLY AND DBA §
FLORIDA COAST COTTAGES, §
WILLIAM COURTNEY, §
CHITTHASACK NOYTHANONGSAY, §
ADRIAN CRISTEA, MARY SHAW, §
SHAUAIP SHEHU, FLOYD §
PARRAMORE, JAMES MICHAEL §
OSMOND, EAST COUNTY AND §
ASSOCIATES, JHON MARULANDA, §
JOSH GIBSON, KRISTOPHER SAHR, §
ISLAND WAY CHARTERS, INC, JEAN §
VILBRENA, GREG WOOD, §
INDIVIDUALLY, GREGORY §
WHITMAN, ROBERT TOTI, JACK §
SWIERS, CUSTOMIZED FLOOR §
COVERING INC, GUY CHARLES, §
CHRISTOPHER HOWELL, SANDRA §
RAMOS, CHESNEL RAYMOND, §
YONG POTTER, IVETTE REYES, §
LUIS ROJAS, KENNETH WILLIAMS, §
TIMOTHY LOWE, HEATHER §
KOENIG, LARRY POTTER, OSCAR §
SANCHEZ, IVAN SANTA, SICOS §
GROUP LLC, YONNY VERA, ADOLFO §
TRUJILLO, CATHY GRANUCCI, §
FREDY TIRADO, GERMAN MEJIA, §
TELEXPRESS CARGO INC, JORGE §
ARRIETA, JEAN CENOBLE, ROMAIN §
CEXIL, ROSLYN CHANDLER, §
ROSLYN CHANDLER, JOHN §
CHARLES, JOSEPH CHERIDENT, §
GERALTE FORTUNE, MARIO §
GOMEZ, TERESITA GOMEZ, MOGES §
GUANGUL, WESNER JEAN, RENE §
JEUNE, AUGUSTIN JOSEPH, YVETTE §
JOSEPH, LAWRENCE FRANK §
GRANUCCI, SUNCOAST FLORIDA §
MANAGEMENT INC, RAUL §
MIRANDA, INDIVIDUALLY AND §
DBA R&M CONSTRUCTION INC, §

MARC MONROSE, JULIENNE OBIN, §
JEAN CADESTIN, PRINCE LOFTON, §
CHANDRA BARNES, MICHAEL §
OFRIA, SUNCOAST CONSTRUCTION §
SERVICES INC, KEITH BUTCHIKAS, §
STEVE JAMES, DIRECT USA INC, §
MAI NGUYEN, C GRAPE INC, §
JESSICA FOFANOV, JAMIE §
EUBANKS, WILSON MAREE, §
STEPHEN MATTUTAT, BUSINESS §
DYNAMICS OF NW FL, JESSICA §
MOLNAR, WILLIAM BAILEY, §
GREGORY BOGDAN, PERMITTED §
INC, TIMOTHY PEREGOY, §
INDIVIDUALLY AND DBA FLORIDA §
MARINE DIESEL DBA DESIGNATED §
ENGINEER - TIM PEREGOY, DANNY §
MALMSTEN, MARVIN LOISELL, §
MAYUR PATEL, NANCY HOTEL INC, §
PAUL DUFFY, IRISH ROVER PUB, §
OSNIEL RODRIGUEZ, RUSSELL §
BRYANT, ROGER WALDEN, §
CASSANDRA COX, DEBRA KEMP, §
DAVID THOMAS, WESLEY R §
STACKNIK, WESLEY R STACKNIK P §
A, DAVID MAYES, LENN VERREAU, §
DEXTER HARRIS, CHRIS MICHAEL, §
BRUCE JOSTEN, BRUCE JOSTEN DO §
PA, ROBIN DANEKER, TERRY §
GILFORD, SHERLOCK LEAK §
DETECTION, CASSANDRA COX, §
VETERANS GENERAL §
CONTRACTING SERVICES, ANGELA §
ARMSTRONG, SEBASTIAN §
MATACENA, REJANE OLDHAM, §
RONALD ECKLUND, LINDA §
PHILLIPS, EDWARD BROCKMAN, §
ELEONORA WALKER, E-LO §
SERVICES LLC, PATRICIA NUNERY, §
KIDS CORNER PRESCHOOL INC, §
FRED NIEDRICH, FRED NIEDRICH §
SALES INC, RUSSELL BRYANT, §
HERMAN BLAGG, BLAGG §
CORPORATION, THAO NGUYEN, §
KHA VINH, TAM QUANG LE, TAM §
QUANG LE DBA T&T NAILS SALON, §

HANH BUI, MICHAEL OTIS, §
DEVELOPMENT FINANCING & §
CONSTRUCTION ACCOUNTING INC, §
ANDREW HARKNESS, §
INDIVIDUALLY ANDREW §
HARKNESS CABINETRY & §
COUNTER TOPS LLC, KERYL §
CRUICKSHANK, ANGELA SHAW, §
CHARLES MCALILEY, EMERALD §
COAST MORTGAGE INC, BRIAN §
ECKERT, THOMAS BREWER, §
OFFSHORE INTERNATIONAL §
MARINE, WALTER PIERROT, §
DANNY RICHARDSON, ANTHONY §
CLEVENGER, MORAIMA RAVIDE, §
MICHAEL PRICE,  INDIVIDUALLY §
AND DBA PLATINUM COAST §
PRESSURE CLEANING LLC, KIM §
LUONG, SAJI MATHEW, A B S  OIL, §
INC, ROBERT BLACK, BLACKS §
OFFICE INTERIORS INC,  THREE R §
CORPORATION DBA §
SIDESPLITTERS - ROBERT JEWELL, §
EVERETT ADKINS, HA DUONG, §
FOSTER SCHMUCKER, GREGORY §
PACTER, HANH HUYNH, PHI §
NGUYEN, BAY DINH, §
INDIVIDUALLY AND DBA NAIL R US, §
ERIN B SUTTON, EMERALD COAST §
DENTISTRY,  P A,  HA NGUYEN, §
INDIVIDUALLY AND DBA FRIED §
RICE KING, NHAN NGUYEN, MIKE §
HUYNH, CESAR LANCHO, JOHN §
WELLBORN, ROSEMARY SOUND §
LLC, CHRISTOPHER A  BURCH, §
GRAND BAY CONSTRUCTION LLC, §
JACK YEISER,  JR, ABC MORTGAGE §
OF ALABAMA LLC, PETER MISTAL, §
PG MISTAL INC DBA PINCH A §
PENNY #109, JOHN CILIENTO, §
JEFFREY PRESCOTT, §
INDIVIDUALLY AND DBA PRESCOTT §
ARCHITECTS INC, LESLIE ODOM, §
EMERALD COAST WHOLESALE §
PLANTS, MARCIA HULL, MATTIE §
KELLY ARTS FOUNDATION INC, §

TIM KIRBY, KIRBY PROPERTIES, §
INC, JOHN MAGEE, HI TEC §
LABORATORIES, MARK BENJAMIN, §
BOGUS BINIEK, CHOI HUYNH, PHAT §
LUU, LINH YONG, HUONG THI §
NGUYEN, LOI TRAN, CHINH HUYNH, §
ALEXEY VERGES, TRAVIS MORIN, §
ROBERT MATHEWS, §
INDIVIDUALLY AND DBA R J §
ENTERPRISES, VIRGINIA §
BARRENTINE, BILLY DOUGLASS, §
SEME LAPOINTE, JESSE CALAMAN, §
JEAN CLAUDE JOSEPH, JC §
CUSTOMS BROKER & INT'L FRT §
SVCS, DAPHNE LANGNER, §
CHRISTOPHER BAILEY, §
INDIVIDUALLY AND BAILEY §
TRUCKING, PATRICK MORAN, §
PATMAR WATERS LLC DBA §
HAMPTON INN, MERRITT IVES §
WHEELER, GEORGE BRITO, BRITO §
AND BRITO ACCOUNTING, §
STEPHEN C REYNOLDS, §
GULFSHORE AIR CONDITIONING §
AND HEATING INC, BRANDON §
DEJESUS, INDIVIDUALLY AND DBA §
NAPLES BROKERS REALTY INC, §
CHRISTOPHER PIERCE, AMERICAN §
CREDIT CARD MERCHANT SVCS §
INC, DANNY RAY STILES, BAY AREA §
BETTER HEARING LLC, COREY §
MUELLER, MARCUS RUSSELL, §
KEVIN GARDNER, SUSANNE §
TRABELSSI, KAREN COATES, §
TROPICAL JEWLEERY & GIFT §
BOUTIQUE, THANH LE, DELORES, §
BEST WESTERN TAMPA - DELORES §
MORAN, SINNERA LY, RICHARD §
RAY RUSSELL, AIR SUPPLY INC, §
JUSTIN TRUDEAU, CHRIS GIORGIO, §
BRYCE PIPER, MUSTAFA KARSLI, §
GERALD ASHER, CHARLES COURY, §
INDIVIDULLY AND DBA APPLE §
VIDEO & PHOTOGRAPHY, ROBERT §
DUNCAN, CHILDWORLD LEARNING §
CENTER INC, JOVAN PROCTOR, §

MARK YOUNG, PAIGE DURBAN, §
KAREN BUCCITELLI, JLC MARBLE §
& GRANITE WORKS INC, RONALD §
LAYCOCK, SEAMASTER MARINE §
LLC, WILLIAM MCDOW, WILLIAM P §
MCDOW ENTERPRISES INC, DAVID §
BELL, OWEN MORGAN, ONCE IN A §
LIFETIME HOME DECOR INC, DALE §
HANCHERA, ELADIO BURGOS, §
RONALD MARTIN, ADAM §
NAMIUCHI, SUE ASHTON, FLORIDA §
EVENT MANAGEMENT DBA §
SUNCOAST WEDDINGS, LATUNJI §
ASGILL, ANTHONY STATEN, A R S §
PROFESSIONAL SERVICES, NICKIE §
SHERWOOD, LORINA MOORE, §
MARY ANN YERGER, BEACHY §
CLEAN OF REDINGTON LLC, JEFF §
WILLIAMS, FRANCIS KANE, FLYING §
FISH BIKES, BRUCE FAMIGLIO, §
FLYING DOG LLC, DAVID LAMB, §
ALDO BAGNARA, WAYNE CORSON, §
AIDA BROWN, EMMANUEL §
MERANTUS, SALVATORE BASILE, §
TWO MEATBALLS IN THE KITCHEN, §
CRISTOBAL TUCHBAUM, BENT §
CHARTERS LLC, TARA ORR, §
GARDEN GRILL DBA GATOR GRILL, §
DAVID KELLY, SANDRA GRASER, §
EDUARDO FERNANDEZ, ARGOS §
PROPERTIES LLC DBA SMUGGLERS §
COVE, EDUARDO FERNANDEZ, §
ALYSSA WRIGHT, ALYSSA WRIGHT, §
JOSHUA BOLING, TOBY JOHN §
POMBRIO, CARDIAC MEDICAL §
SOLUTIONS INC, ADRIANO PUCCI, §
CAFÉ ITALIA OF VENICE LLC, §
ADRIANO PUCCI, CAFÉ ITALIA §
RISTORANTE LLC, ADRIANO PUCCI, §
CAFÉ ITALIA TRATTORIA LLC I, §
PERRY TENNELL, TOPSIDERS INC §
DBA HEMINGWAYS - PERRY §
TENNELL, JESUS CORRONZO, EL §
JALISCO NO3 MEXICAN §
RESTAURANT LLC, JOANN LOPEZ, §
GREGORY MOORE, JOHN MAGEE, §

28

GULF STREAM PLASTIC INC, AMY §
ASHMORE, STEVEN REA, §
PRETTYWORK CHARTERS INC - §
STEVEN REA, CLINTON LAMAYNE §
HERLEIN, HERBROOK INC DBA §
AMISH CREAMERY COMPANY, §
ELIGIO SAUCEDA, CAMERON §
NESBITT, WILLIAM HANCOCK, §
ADVENTURES UNLIMITED - LINDA §
VENN, DANIEL SCOTT YOUNG, §
INDIVIDUALLY AND ONE NINE §
SEAFOOD INC, SCOTT CARON, §
PATRICK GALIPEAU, REAGAN §
RAMESAR, CARMELITA D BLAINE, §
INDIVIDUALLY AND DBA §
HOUSEKEEPING SERVICES, §
MICHAEL FIENHOLD, MJ §
FIENHOLD PROPERTIES INC, §
JOSEPH BORDA, SEAVIEW PLACE §
DEVELOPERS INC, DIRRK REICH, §
KEITH LANGNER, ROXANA SOSA, §
PAUL HONCHARENKO, KEVA §
CHALENDER, SAJI CHACKO, PUMP §
N SHOP INC, JOHN GEORGI, §
KENNETH CUNNINGHAM, BILL E §
FERGUSON, FERGUSON INSURANCE §
AGENCY INC, JULIE ANN HATTON, §
ARTISTIC IMAGES BY JULIE, §
KENNETH RAY CUNNINGHAM, §
CUNNINGHAM AUTO SALES, §
RODOLFO PRADO, DANIEL ROSE, §
ERIC PFEIFER, MS DOCKSIDE §
MARINE, ANGELA PFEIFER, §
KENNETH COX, MANUEL PERLA, §
KELLY KNIGHT, MARC §
SPAGNUOLO, MATTHEW PAGANO, §
VICTORIA SARROCCO, RALPH W §
HARRIS JR, INDIVIDUALLY AND §
COASTLINE MANAGEMENT, MEI §
VUU, RICKY SEARS, R B SEARS §
LAND SURVEYING INC, MELCHIDES §
RODRIGUEZ, MELS APPLIANCE §
SERVICE, KELLIOUS WILLIAMS, §
STEVEN H TOWNES, ARTHUR H §
LENNOX, A L COLLIER PROPERTIES §
INC, HERBERT GLASS JR, §

INDIVIDUALLY AND BACKYARD §
POOLS LLC, PAUL PATTERSON, §
PATTERSONS AUTOMOTIVE INC, §
JUSTIN OBRIEN, THE PITA PROS §
INC, PHILLIP LOCKWOOD, JEAN §
ANDRE, JESSICA ROCHE, JAMES §
COLLINS, LAUREL RUSSO, §
INDIVIDUALLY AND DBA HORIZON §
REALTY INTERNATIONAL, ALLAN §
JOHN, WEILBACKER & §
WEILBACKER APPRAISALS INC, §
STACIE PADILLA, LEG A SEA §
SEAFOOD & MEAT MARKET LLC, §
ROBERT MCGRANAHAN, STACIE §
PADILLA, LEG A SEA DISTRIBUTION §
SERVICES LLC, VANESSA §
MARTINEZ, CAROLYN H  JANSSEN, §
JANSSEN INC DBA A BETTER §
CHEESECAKE, SAMMY K  MAYS, §
GONZO ISLAND LLC, LATOYA §
DENISE WARD, KING COHEN §
PRODUCE - LATOYA DENISE WARD, §
STEPHANIE BARBER, CAPTAIN §
SNOOKS SEAFOOD RESTAURANT - §
STEPHANIE BARBER, CAROLJEAN §
GERDES, JOSEPH BORDA, §
DOCKSIDE AT GULF LANDINGS INC, §
JOSEPH BORDA, JOSEPH BORDA, §
HARBOR COLONY DEVELOPMENT §
INC, PAMELA GARNER, MICHAEL §
FIENHOLD, MJF INC, IAVIN §
MCCORMICK, JUAN SANCHEZ, J- §
ONE CONCESSIONS, JUAN COSME, §
JUAN COSME DBA SUZUKI KEY §
WEST, JEFFREY GHAN, TOYE §
STEVENS, BANANA BOAT SERVICES §
INC, JEAN SENAT, GIOVANNA §
BASHAM, JESSE TENGCO, §
MATTHEW TIELKEMEIER, LELENA §
MOSES,  INDIVIDUALLY DBA MID- §
KEYS SEAFOOD LLC, GREGORY §
SCORZA, JUNGLE PHOTOS OF KEY §
WEST,  INC, WESLEY KING, §
COMPLETE ANGLER SERVICE, §
RICHARD WARRILOW, §
INDIVIDUALLY AND DBA DADDY O §

CHARTERS, FRITTNEL SAINRILUS,           §
RANDY LARSEN, ABBEY ROAD                §
SNACK SHACK INC, ORVILLE                §
KELLY, DOUGLAS CORCORAN,                §
DAVID GREY, CRISTIAN CANO,              §
WAYNE MILLER, MILLERS, JULIO            §
ABELLA, JEAN VERTUS, TANYA              §
THALMAN, ANTONIO MORALES, JR            §
INDIVIDUALLY AND DBA FISH               §
BUSTERS, DAVID B LANGE, FLYING          §
FISH INC - DAVID LANGE, OVIDIO          §
MARTINEZ, LAZARUS CABINET               §
SHOP INC, DAVID LANGE, FLYING           §
FISH INC, ARYEH FRIEDMAN,               §
RODOLFO ROQUE, SATORU HONDA,            §
TONIA ZOTTOLA, ELUFRANT                 §
ANNYLUS, WILLIAM ZIMMERMAN              §
PAINTING, INDIVIDUALLY AND B            §
ZIMMERMAN PAINTING, JEAN                §
JEAN, STEVEN VALERO,                    §
FREDERICK SIGLER, SIGLER                §
SOUND, FRANK WORTMANN,                  §
CURTIS PHELPS, WILLARD ROBINS,          §
PAMELA WALMSLEY, STEVEN                 §
BAILEY, OMAR FABELO, OMAR               §
FABELO, ROBERT RUSSELL,                 §
ROBERT OURADA, ROBERT                   §
FAULKNER, SHARON DUMAS,                 §
CARMEN FULLER, GREGORY                  §
SCORZA, TIMOTHY THOMPSON,               §
WELSEY KING, LOUISE FERRIS,             §
LOUISE FERRIS DBA H&R BLOCK,            §
ELIZABETH MARTINEZ,                     §
ELIZABETH MARTINEZ, SUZANNE             §
COHILL, LORENZO ORBAY,                  §
WILLIAM MITCHELL, JAMES                 §
NICHOLS, WILLY DORCE, LORETTA           §
HALL, ARTEM KIRICHKOV,                  §
DOROTHY NAUS, DORTHY NAUS               §
DBA DOGS BY THE SEA, SUREMY             §
ARENCIBIA, EMORY CAREY,                 §
MERCEDES MENENCIA, MARRIEN              §
MURRAY, LELENA MOSES,                   §
MICHAEL LYONS, GIOVANNA                 §
BASHAM, PARADISE HURRICANE              §
PROTECTION & ALUMINUM                   §

PRODUCS INC, MICHAEL BASHAM,           §
LINDA FRYER, MICHAEL BASHAM,           §
T R A S H E D  IN THE KEYS -           §
MICHAEL BASHAM,  ROBIN M               §
SCOTT,  INDIVIDUALLY AND DBA           §
HOME SWEET HOME CLEANING &             §
MAINTENANCE SERVICES - ROBIN           §
SCOTT, HOWARD SCOTT, BRENT             §
BUTLER, ANGELA PFEUFER,                §
MARINE SYSTEM SALES LLC, ERIC          §
PFEUFER, FATHOMS STEAM ROOM            §
& RAW BAR, JOSEPH                      §
HOUSEWORTH, JOSEPH                     §
HOUSEWORTH D/B/A  THE YARD             §
SALE STORE, JOSEPH                     §
HOUSEWORTH, JOSEPH                     §
HOUSEWORTH D/B/A  THE YARD             §
SALE STORE, GWENDOLYN HARRIS,          §
GEANCARLO NUNEZ VELEZ,                 §
MICHAEL JOHN KUTZ, THE PHILLY          §
CHEESESTEAK AND SUB FACTORY,           §
TROY ADAMI, DAVID E MAYO,              §
DOCKS TO ROCKS INC, SUZANNE M          §
MAXWELL, MICHELES CLEANING             §
SERVICES, JODY CARR, KEDAR             §
UPADHYAYA, KRSHNA INC, CONAN           §
YATES, MARLO YATES, TROY               §
PRAPHANCHITH, PETER GAMMON,            §
DAVID BAYLOR, DAVID BAYLOR,            §
AARON YOUNG, LAM HOANT                 §
NGUYEN, LAM HOANT NGUYEN               §
DBA SUPER NAILS OF PALETHA             §
LLC, MICHAEL MACDONALD, MAC            §
DADDY MUSIC, ROBERT PRISCO,            §
CHERYL LYNN GRECO,                     §
INDIVIDUALLY AND DBA KAYAK             §
CHARTERS, ANDREW KLUKOWSKI,            §
DANIEL W  HARDER,                      §
INDIVIDUALLY, STEVEN JONES,            §
CHRISTIAN ROBERTS, LISA                §
LUPOLA,  INDIVIDUALLY DAB              §
WEDDINGS & EVENTS, GARY                §
HAYNES, WHITE SANDS CLEANING           §
SERVICE, TERRY TUCKER,                 §
BRAVEHEART METALS &                    §
INSTALLATION COMPANY INC,              §

ANNAMARIE MORENO,  
MAHARLIKA, INC, DAMON L  
WHITE, ERIN E WHITE, BETH  
ASKEW, JAMES HAMPTON, DANIEL  
HORWITZ, KIMBERLY KEYOSKY,  
LAWRENCE WHITE, ISLAND  
CRAFTS INC, ROBERT WELCH,  
BAITBOY OF NEW SMYRNA BEACH  
INC - ROBERT E WELCH, JOHN  
WALLACE, LISA LONGO, JUNIOR  
RAUL HERNANDEZ, TOTALSERV  
CONSTRUCTION LLC, DAI TRAN,  
INDIVIDUALLY AND DBA FIRST  
CLASS NAILS, HOANG NGUYEN, MY  
NAILS II, SU PHELPS, CHARLES  
WILLIAMS, PATTI CHASTAIN, IRIS  
RIGGS, JENNIFER BURKET, SUSAN  
CHAPLIN, INDIVIDUALLY AND DBA  
SUSAN CHAPLIN YACHT BROKER,  
ALFRED FERRIS, DENNIS BURKE,  
ROBERT FRANCIS BEAMISH, FOOD  
PARADE, INC, PETER KING, PETER  
KING, JOSHUA MARTIN, PAVOL  
BORATKO, TODD SCHNEIDER,  
VICTOR HARBERSON, SYLVIA  
MARNIE, DERWENT INVESTMENTS,  
LEXIS SCHUBERT, GENESIS  
CHARTERS INC, LEXIS SCHUBERT,  
HATTATUDE SPORTFISHING  
CHRATERS, INC, RICHARD  
SCOBLE, JOEL SEMERZIER, JOHN  
UBERTI, JOHN UBERTI,  
CHRISTOPHER TOPPINO, STEVE  
TRUNK, ELIZABETH RINI, DAVID  
MORRIS, STELLA J NOLAN,  
INDIVIDUALLY AND DBA FOUNTAIN  
WASH, ANDREA PINC, EVA KW  
CORP, NICHOLAS DORSO,  
BENJAMIN SPAULDING, WILLIAM E  
ISMER, BILLS CUSTOM  
AUTOMOTIVE INC, WILLIAM  
ISMER, BILLS AUTOMOTIVE, ERIC  
PAGAN, EDDIE LOVE, SHANE DAVIS,  
SELENA MILLER, INDIVIDUALLY  
AND DBA OLGAS CLEANING,  
JACKLYN DELUDE, LISA KNIGHT,

§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§  
§

NICK BRAIA, TAYLOR                        §
DEVELOPMENT D/B/A  AMERICAN               §
HEALTH SERVICE, KENNETH                   §
JONES, LORI TENAGLIA, CYNTHIA             §
MCVEIGH, MARK BRAWER, MARK                §
BRAWER, PETER A MUNTEANU,                 §
WILDLIFE CHARTERS, TARA                   §
CUNNINGHAM, ORA GREENE,                   §
ROBERTO LEDESMA, MICHAEL                  §
SMITH, MELISSA PURSWELL,                  §
JAMES SIMMONS, AMADO ADAMS,               §
BRUCE HALL, SHERRY TESTER,                §
LONNIE ANDREWS, KYLE                      §
PETERSON, GUY POLLICE,                    §
WILLIAM MARTINI, DAVID                    §
TINDELL, KELLY POWERS, STEVEN             §
CORSON, MITCHELL YOUNG, JOHN              §
WILLIAMS, KEITH SCHENAVAR,                §
MAX SCHENAVAR, JAY SENNE,                 §
ROBERT KUZMICZ, MADELINE                  §
MELLINGER, NICHOLAS                       §
MALCOLMSON, DIANE                         §
JARMOSZUK, JUDY KAY RIGGS,                §
JUDY RIGGS SHRIMPING, DIANA               §
DAHLGREN, ROLAND PUNZALAN,                §
ROBERT HUDSON, SOUTH WALTON               §
MOSQUITO CONTROL DISTRICT,                §
KEVIN SASSER, DESTIN FIRE                 §
CONTROL DISTRICT - KEVIN                  §
SASSER, CYNTHIA GARRARD,                  §
SHELIA SCOTT, VICTORIA                    §
MORENO, RAQUEL MERA, KEITH                §
GREENE, TIMOTHY ANDRUS, JEFF              §
CORSON, LUCIANA BAPTISTE, MINH            §
PHAM, FREDY ESCOBAR, GLORIA               §
ESTRADA, JUSTIN HORNER,                   §
VICTOR PENA, MARPENA AUTO                 §
REPAIR, ANTONIO OROZCO,                   §
VICTOR PENA, CARLOS PENILLA,              §
CARLOS PENILLA, MARIA                     §
RODRIGUEZ, JAMES TURNER,                  §
AUSTIN TURNER, EDWARD SILVA,              §
DORANCE MUNOZ, RICHARD                    §
MISZLER, CARLOS LUNA, DEBBIE              §
SHONYO,  INDIVIDUALLY AND DBA             §
DEBBIY DOOS DELI, ALAN EDWARD             §

WILLIAMS, JUPITER BOAT SALES §
INC, BARBARA COLESTOCK, MARK §
GREGORY, MARK GREGORY, YUKO §
WALKER, TRAZUIS AVRISSAINT, §
JESSIE COLE, ERNESTO MORFFI, §
NIYARED BARDALES, ALVIN §
KHADAROO, ALVIN KHADAROO, §
FABIAN ARANGO, JACKELINE §
NEIRA, FARID OCAMPO, §
INDIVIDUALLY AND DBA GOOD §
FELLAS AC - FARID OCAMPO, §
ANGELA TURNER, LIGNEY MUNOZ, §
ASHLEY ALEGRIA, CARLOS RUIZ, §
JULIAN GAMBOA, JAIRO §
BENAVIDES, ALLEN TULL, HERNAN §
SANCLEMENTE, YOVANIS LOPEZ, §
ALVARO RAMOS, WILLIAM §
OSORNO, JAIRO GOMEZ, ALVARO §
GOMEZ, SCOTT KURZAWINSKI, §
RAUL MIRANDA,  R&M §
CONSTRUCTION INC  - RAUL §
MIRANDA, ELIE SAINTIL, FREDDY §
MINDIOLA,  CAR DETAILING, §
MARJURY CALDERON, ALEJANDRO §
CAAL,  HANDY MAN, EUNICE §
VIDALES, YAMILE CAMPUZANO, §
CARLOS CREWS, MARIA FRANCO, §
ADRIANO PUCCI, CAFÉ ITALIA §
BISTRO, SALVATORE BASILE, §
SALROSE DREAMS INC, §
SALVATORE BASILE, SALROSE §
DREAMS II LLP, DONALD MELTON, §
WILLIAM KENNEY, MARY HICKS, §
DAVID J SOKOLOWSKI, WEST §
COAST CLUB LIFE LLC -, WILLIAM §
FINCH, BRITTANI LAWRENCE, §
DIANA BABINEAU, ALEX ABRAHAM, §
CHRISTOPHER MAIDA, LAURA §
ANNE CASA, CLEAN RITE OF THE §
KEYS, KIMBERLY GIBBONS, OVIDIO §
MARTINEZ, ELLEN PENSO, §
MICHELLE KELLY, FJK JEWELERS §
INC, FRANCIS COZZE, ERICA §
WILLIAMS, STEVEN DUNLAP, §
INDIVIDUALLY AND DBA DUNLAP §
PROPERTIES, LUZ SIERRA, NORI §

TORO, NORI TORO, TIERRAS §
COLOMBIANA INC, JAIME GOMEZ §
ATEHORTUA, VICTOR CALA, J & §
VIC PAINTING INC, ALEX BELVAL, §
STEPHEN CROOKS, TAMMY KOOTA, §
ERIC HARRIS,  INDIVIDUALLY AND §
DBA ERIC HARRIS LAWN SERVICE, §
FRANCIS CALABRO, ROGES §
VICTOR, KENNETH KELLER, DIANE §
STEIDEN, DIANE STEIDEN & §
COMPANY INC, STEPHANIE PAPPA, §
RAPHAEL THOMAS, LEE LEBLANC, §
CRAIG COPPIN, ARDELL RIGGINS, §
LATRICIA BRYAN, WILLIAM §
KOCHOUNIAN, WILLYS TROPICAL §
BREEZE INC, ROBERT GRYCA, §
THOMAS MATTHEWS, §
CHRISTOPHER HAMMETT, DEEP §
SIX DIVE SHOP INC, CHRISTOPHER §
T  HAMMETT, EASTERN ACADEMY §
OF SCUBA EDUCATION INC, §
RAESHAUN CONTI, YANICE RAMOS, §
FRANKLIN MILEY, DONALD §
JOHNSON, KELLY MALMSTEN, §
MATTHEW MALMSTEN, NICHOLAS §
ARNSBY, OCEAN RESTORATION §
LLC DBA LEGACY FINSHING §
CHARTERS, NICHOLAS ARNSBY, §
OCEAN RESTORATION LLC DBA §
LEGACY FINSHING CHARTERS, §
GEORGE LONG, GLADYS §
REYNOLDS, RICHARD FROST, §
TIFFANEY WOODRUFF, FRANCES §
MOORE, DANNY MALMSTEN, §
FOSTER GIBBONS, CODY NICHOLS, §
WILLIAM MCCONNELL, FRANKLIN §
MILEY, TAKENIA FULLER, DANA §
ANDREWS, YOUSELINE SIMON, §
MICHAEL MILAM, DEBBIE §
MORELLI, DIANNA MESSICK, §
MARCUS BRINSON, DONNA §
BRANCH, AGNES BRITT, THOMAS §
SMIRIC,  INDIVIDUALLY AND DBA §
DISTANT WATER TRAWLER REFITS §
INC, TONI BLOUNT, JAMAL §
BRADLEY, JIMMY PIERRE, SCOTT §

THOMPSON, MEGAN BEST, §
EDWARD BEMIS, SANDRA OSSA- §
SANCHEZ, MELAINE ASH, ROYCE §
BAILEY, CHARLES BALL, DARIUS §
BARNES, DESMOND BAXTER, §
LARRY WHITE, BUSTER RUSS, §
LINDA DAIRE, JORGE RAMIREZ, §
BRIANNE LINDEBERG, ANDREA
MATHIS, JUAN MAGRIA, MICHAEL §
QUATTRARO, QUATRARO §
ENTERPRISES INC, MICHAEL §
QUATTRARO, QUATRARO §
ENTERPRISES INC, MICHAEL §
QUATRARO, DANGELO SIMS, §
CORDNEY ALBRITTON, CECIL §
FIELDS, SONJA BRADFORD, §
LUCKNER ETIENNE, ALAN CLARK, §
BIG BUCK BUILDERS LLC, JOESEPH §
LAMITIE, ALVIN GLENN, THOMA §
GRAVAGNA, JAMIE GIBBONS, §
HERSCHEL WILLIAMS, SHANNON §
FRYE, CHARLOTTE GIBBONS, §
VICKY GALLEGO, LENZY FLORES, §
FRED ERVIN, CLAUDIA GARAVITO, §
JOSEPH MAHER, LYNDA PAULK, §
JOHNNY LYONS, WILLIE LUBIN, §
CASSANDRA CRIOLA, DEBBIE §
GIGANTI, DAVID TORTORICE, JOHN §
DOBBINS, MICHAEL GODWIN, §
ALONZO BURTON, DARNELL §
BROWN, KRISTI BROWN, DONALD §
BUCK, MOHAMMED MANNAN, §
TERRENCE HARRIS, VINCENT §
HAMM, RANDALL LOWERS, §
INDIVIDUALLY AND DBA RANDYS §
ICE HOUSE, ANTHONY REVIERE, §
CURTIS LIEBER, DARRYL ALFRED, §
CHRIS KENNEDY, MARGARET §
MANGOLD, RANDEALL HARPER, §
CASSANDRA KNIGHT, KYA §
BUSSELL, WILLIAM KING, KIVIA §
KENDRICK, SHIRIYEN PURVIS, §
JOSEPH PIERRE, RONALD BEST, §
SOUTHERN MEDICAL §
CONSULTANTS & RECRUITERS, §
RICHARD TAYLOR, DOROTHY §

WARD-RAYMOND, SHEILA §
CRADDOCK, DANIEL NIZIOLEK, §
CHRISTOPHER COUILLARD, §
WILLIAM LAWSON, DEBRA ARD, §
ROBERT EASTER, JANIE AARON, §
ANTONIO ANDERSON, SIMON §
AUGUSTUS, LITHIA JENKINS, LISA §
FORWARD, ANTWAHN HOWARD, §
MAYA BOGGAN, VALERIE §
JOHNSON, BILLY WOODS, SHARON §
T WILLIAMS, JEFFREY JONES, §
DONNA SHARP, LARRY MAY, §
KATHLEEN QUATRARO, §
CATHERINE SHARKEY, JOHANNA §
JOHNSON, LYNEDA VILME, §
MONIQUE REED, CHRISTOPHER §
POIRIER, ALAN NORWOOD, JULIE §
HANSON, SUZANNE MCEVOY, SUN §
LINE CRUISES, DIONISIA §
FERNANDEZ, GERARD LABERGE, §
JONATHAN MCDONALD, WORKED §
AT A T&T, JONATHAN MCDONALD, §
WORKED AT A T&T, JOEY §
MAROULIS, MADELINE PARRA, §
CARIDAD MORALES, JANEA §
MILNER, ROBERT MCHUGH, §
THOMAS PALMER, KAROL ORTIZ, §
LINDA NOBLES, MARY MYERS, §
CHRISTINA JONES, KATHY §
HUTCHESON, PYANDRA ALLGOOD, §
JOHNNY BENNETT, TRACY §
BENNETT, STEVEN FARINA, JOSE §
SANTIAGO, MELODY SAVAGE, §
BOBBY ROUNDTREE, FERNANDO §
SALMERON, NATHAN ROLLE, §
DONALD ROGERS, HELGA RIOS, §
TYRONE ROBINSON, LEEARTHUR §
BURTON, VICKI CHIARINI, §
JENNIFER RIDGEWAY, NIKETRESS §
REED, RAKEEM PAUL, VINCENTE §
MUNOZ, JOESEPH NEMETH, §
CHERYL SORRELLS, MARIA SILVA, §
JEAN OBSAINT, MICHAEL POWELL, §
RODNEY NOLIN, ANDREW OSUNA, §
JAIRO ESCOBAR, ELIZABETH §
CUEVAS, TIMOTHY FLOYD, §

BELINDA BERRONES, KYLE SHINN,  §
LISA SMAWLEY, RUBIELA  §
CALDERON, CIRTUS WEST COAST  §
CLEANING, PATRICK SMITH,  §
RUBIEL IZQUIERDO, DIANNE  §
BARNHOLTH, KOSSI ADOVI,  §
CLARENCE BERRIAN, FRANK  §
CARRIER, FRANK CARRIER  §
LANDSCAPING, THOMAS KEITGES,  §
EDDIE RESNICK, BRIAN ELKINS,  §
TAKESHA SIMMONS, MARITZA  §
MORAL, THOMAS SMITH, BECKY  §
BERSCH, JORGE AGUILAR, JOHN  §
BOWMAN, TONY FANTROY,  §
JENNIFER JACOB, SCOTT LADUE,  §
EVA WEBSTER, TAKEVIA  §
HARTSFIELD, TENIKA THOMAS,  §
DEREK DUNKLEE, CHRISTINE  §
GUERRIER, SIRVALIER FOUNTAIN,  §
DAVID BEARDSLEY, SHANNON  §
BRUNSON, CORY CADE, SANDRA  §
DOLAN, MEDIHA AHMETSPAHIC,  §
MICHAEL ANDERSON, BELLY  §
CHARLES, WAN BECKWITH,  §
GIANCARLO BATTISTINI, GARY  §
REESE, OLGA COLORADO, HANNAH  §
ECHEVER, ROBBIN FINCHER,  §
STACY GATHERS, WILLIAM  §
SCRUGGS, DIANE BLIVEN, SUSAN  §
BRUNELL, STACY CATT, JAMES  §
FACKLAM, MICHAEL GILES,  §
TIFFANY GRANT, JARVIS JOHNSON,  §
LEAH JOHNSTON, SARAH MOAK,  §
TERRIUS WILLIAMS, JOSEPH  §
KRUMEICH, JK CONSTRUCTION,  §
MISHELLE HAMILTON, ROMESHIA  §
WYNN, CIARRA MILLENDER,  §
BARBARA KYLE, JOSE MIRANDA,  §
AMY SIZEMORE, DOMINIQUE  §
HUGHLEY, MAURICE THOMAS,  §
RONALD WALKER, JEREMIAH  §
BEACH, FRANK CATALANO,  §
MAURICIO MORENO, BARNEY  §
MURRAY, DENISE HOMER, WENDY  §
HACHEY, LINDSAY NEAL,  §
GABRIELL LONG, VICKIE  §

39

MCKENZIE, CRAIG MCCARTY, §
MARIA GARCIA, SCOTT §
GUADAGNO, SCOTTYS RACING §
TECHNOLOGY INC, RUMONDA §
NEASMAN, SHEKEENA KNOTT, §
RUBY LEWIS, MOSESE LATU, CHRIS §
SMITH, ADRIAN PORTER, §
MICHAELA PETERSON, MAE §
RICHARDSON, MAE RICHARDSON, §
KENJI WALKER, CAROL WAY, §
JARROD PRITCHARD, SHANANA §
ROBINSON, DONNIE KENNEDY, §
ANALEE SEWELL, KATRINA SMITH, §
TESHIA SPENCER, CRAIG STEPHAN, §
CRAIGS CROWNS INC, LAURI §
EVANS, JANELL MCCLENDON, §
LAKEYSHA TELFAIR, JAMES §
THOLE, KHAN NOLTON, SHELTON §
POWELL, MATTHEW SIMS, ULRICK §
JULMEUS,  INDIVIDUALLY AND DBA §
JOSIES RESTAURANT, KEITH §
MARQUIS, DAVID BELILES, §
BERNISHA UNION, RANDY SIMON, §
ANTON PLLUMAJ, ANTONS PIZZA §
PASTA &MORE, TERRY THOMPSON, §
TERRY THOMPSON, JACQUELINE §
WEST, JENNIFER SCOTT, JOSEPH §
VANN, IMPRESSIVE HOMES INC, §
PHILIP ANTHONY, NEAL SCOTT, §
ALEXANDER TRABILCY, THERSA §
SANTINI, JOHN OPSAH, JOHN G §
OPSAH INC, LONNIE COLEMAN, §
MATTHEW CONWELL, JAMEL §
CUMMINGS, EDDIE FIELDS, BRIAN §
NORTON, KINSUKHON TUCKER, §
MICHAEL MALCOLMSON, CYNTHIA §
BROOKS, JOSEPH LLOYD, §
CHRISTOPHER WARD, HELENE §
JOOSTEN, JOHNNY JOHNSON, §
NAOMI GODWIN, EUGENE §
COLEMAN, BROOKE BULIFANT, §
LLEWELLYN EDWARDS, MERLINE §
FENELON, JONATHAN GRIFFIN, §
TERESA OPSAHL, ALL ABOUT HAIR §
INC DBA ALL IN ONE HAIR -, DORIS §
ZINK, BRAD WILSON, TRACY §

MAXWELL, MARY LOU MCABEE, §
LORENZO PAYNE, GEORGE LONG, §
THOMAS YARBROUGH, MATTHEW §
PHILLIPS, TAVARIOUS PURIFOY, §
KATHRYN WOOSLEY, §
CHRISTOPHER WINTER, ANN §
MARIE GODWIN, TWANA WILSON, §
OSCAR VIDALES, JOHN §
VASSILAKOS, ANDRE VANSLEE, §
MERCY WIGGINS, RAMONDA §
WHITE, JASMINE TURNER, DONNA §
VANDEGRIFT, CHARLENE LEE, §
MARK WEBSTER, DEAN WILLIS, §
JESSICA ALDERMAN, TIERA §
HOSENDOVE, CHARLES JONES, §
JASON KOSCHALK, NICHOLE §
BINGHAM, BRADLEY LOTT, SEAN §
MCCORMICK, JAMES PREIATO, §
REGGIE RANDALL, CHEYENNE §
SHAGUN, WANDA GREGG, JESSICA §
SIMMONS, KAREN KOTLEBA, §
JAMAL MEAN, CHAD MEDLEY, §
RONEL JOSEPH, MOLLY MEYERS, §
BRENDA MITCHELL, CHARLES §
LINEHAN, IMMACULA OXI, VICTOR §
NAVARRETE, RAY PATRICE, JAMES §
BILLINGS, JEFFREY BRANTLEY, §
JEAN CARIUS, MARIE CARIUS, §
JERRY THOMAS, RAYMOND §
DUMONT, ROBERT KOWAL, §
INSIGHT AND CLEAR VISION INC, §
SHAWANDA EDWARDS, HENRY §
GARCIA, NIC GROSVENOR, §
JEFFREY HOWARD, CLARENCE §
ROGERS, CLARENCE ROGERS, §
LARRY SHOQUIST, JOHNNY §
SIMMONS, RENEE SHOQUIST, §
REDIANA SKENDERASI, BARBARA J §
DOLAN, D/B/A ATTITUDES HAIR §
DESIGN - BARBARA J DOLAN, §
BARBARA J DOLAN, D/B/A §
ATTITUDES HAIR DESIGN - §
BARBARA J DOLAN, BARBARA J §
DOLAN, D/B/A ATTITUDES HAIR §
DESIGN - BARBARA J DOLAN, §
BARBARA J DOLAN, D/B/A §

41

ATTITUDES HAIR DESIGN - §
BARBARA J DOLAN, FREDA §
SNOWDEN, PHILLIP TURBEVILLE, §
SAMARA WRIGHT, GREGORY §
VAUGHN, GARY WYNN, JOHN §
AUSTIN, DANNEL ALFRED, COLIN §
HUGHES, PEGGY ROBINSON, §
CHARLES WING, MELINDA §
BOATMAN, ALLEN BOYD, CRISTAL §
PHILLIPS, KEVIN BOYCE, MICHAEL §
BUCKRIDGE, ENGRITT CANON, §
DALLAS FISCHER, SHAQUANA §
FRENCH, YAHAIDA GONZALEZ, §
QUENTIN HAMILTON, MELISSA §
FOURNIER, JENEE GREENLEE, §
ANTON HOSEIN, JACQUELINE §
LOCKHART, JACQUELINE §
LOCKHART, RICHARD MATHIAS, §
YOLANDA JURKIEWIEZ, JIMMY §
MCDOWELL, LATRICE PHILLIPS, §
KRISTOPHER NEWTON, DIANNE §
ROACH, ASHLEY RUIZ, GILBERT §
RIVERA, GILBERT RIVERA, REETA §
SAMPSON, EDGAR SAUNDERS, §
DEMARQUETTE THOMAS, DARYL §
WASHINGTON, WANDA SMITH, §
ANGELA WILLIAMSON, KEVIN §
THOMAS, NEUNER ST BOYS LLC §
DBA SHUCKS SEAFOOD GRILLE, §
PIERRE LEWIS, JASON BRONSON, §
JONAS MERRICKS, LANCE §
UNDERWOOD, JOHN ABRAMS, §
VICKI BRYANT, VICKI BRYANT, §
CIERA DODSON, MARTIN EMERSON, §
MARY GRAHAM, MARIA CAMACHO, §
JOSETTE CONSTANTINO, §
TERRENCE CLEVELAND, RICHARD §
ROBERSON, JESSICA CIURO, §
JESSICA CHAPMAN, ROGER §
CHAMPION, JAMEEL SAPP, GARRY §
WORTHEY, GLENDA RODRIGUEZ, §
WILLIE WILLIAMS, TANIA §
CASIMIR, BRENDA WARD, §
KEYMOSHON WASHINGTON, §
MUSUR WALLACE, ROBERT WHITE, §
STANLEY WALKER, AMANDA §

WILDEY, CYNTHIA TYSON, STUART §
ULLRICH, VICTORIA WHEELER, §
JOHNNIE HOLLINS, CAMILLA §
JOHNSON, PETE VILLAFANA, §
BRENDA MARTINEZ, MICHAEL §
TUELE, WALTER TRUSZKOWSKI, §
RALPH MCCRAW, COREY §
TOMLINSON, ANNA PETIT-HOMME, §
ROBERT PALAZOLA, WILLIAM §
PENN, BRIAN PEARL, JACQULYN §
RICHARDSON, SHALANDRA §
PARKER, CYNTHIA NELSON, §
OLIDGE NARCISSE, JOANNE §
LEONARD, CHRISTINE SMOLT, §
JEREMY ARBUCKLE, JARED §
GRIGGS, BRIAN BICKHAM, DAVID §
MOON, BRIAN WATERS, CURTIS §
MONDY, JILLIAN BAKER, TRACY §
SHANNON, TIMOTHY BOYINGTON, §
CHERYL MCQUINN, DAVID DYE, §
GULF WALTON INC, PATRICIA §
BUTLER, RICHARD FAIRCHILD, §
DAYLIN CAYAO, JOHN CLARK, §
STEVENSON SMITH, MARGARET §
GIBSON, MARGARET GIBSON, JUDY §
VADNAIS, BRUCE SIMON, WILLIAM §
HARRIS, GARDENIA WILLIAMSON, §
JASON ZINN, DANY GAMEZ, §
LATRECE LOCKETT, JIM §
BROOKSHIRE, BRENDA GILBERT, §
JAMES BURDEN, SHANDONNA §
GOLDSMITH, CHRISPHER §
CRANMORE, GAINES CRAWFORD, §
IRENE CYPHER, PATTY FREYTAG, §
GARY JUNIOR, ARNALDO §
CANDELARIO, KEVIN MCCOY, §
CHRISTY SIBLEY, MARVIN §
SHEPHERD, MELISSA MCCAULEY, §
EARNEST MULLEN, CASPER §
MAYBERRY, DONNELL MARSHALL, §
STEVEN SEARS, CYNTHIA SCHESNY, §
RACHEL KOPY, RAFAEL SANCHEZ, §
SHRONDA LEWIS, AMBER MAYNOR, §
TROY NORRIS, JAMIE LEIGH, PAUL §
HOSKINS, JEAN BASTIAN, §
SHAKESHIA BROWN, PAUL §

43

ALESSANDRINI, CHARLES BOOZER, §
MIGUEL LOPEZ, ANGELINA §
FLORES, ABDIEL RODRIGUEZ, §
GREGORY YOUNG, JOHN WEISS, §
DALLAS WILLIAMS, DEIDRE SMITH, §
STACY HOWELL, JAMES WHITE, §
STEVE JONES, PATRICIA GRAY, §
GABRIELLE JONES, FEDERICO DE §
LA PAVA, FEDERICOS PAINTING §
CORP, GEORGE A ANDRASI, A G E §
ENTERPRISES INC DBA ISLAND §
COTTON COMPANY, GEORGE A §
ANDRASI, A G E ENTERPRISES INC §
DBA ISLAND COTTON COMPANY, §
SERENE FISHER, JAMES §
LOCKWOOD, BETTY MARTIN, §
AYMAN BEKHEIT, JAYME §
NEUGEBAUER, GILTON BELL, §
DAVID WACHSMAN, ROBERT §
VILLANUEVA, CHAKA DIXON, §
CRAIG THOMAS, INDIVIDUALLY §
AND DBA HOUSE OF MAPS, STEVE §
MCMILLIAN, ROLLAND DONNER, §
MARIO ARANA, PARIS DORION, §
JOSE RODRIGUEZ, GRAY DULLARD, §
ANNIE ELLIS-HOSKINS, LINH §
RILEY, FERNEY CALDERON, SHANE §
FABOZZI, EDWARD FISHER, PAUL §
FITZPATRICK, ANGELA FLEET, §
SPORT PRODUCTS OF TAMPA INC, §
CONSTANCE BOULDEN, SHUVON §
FERGUS, DIANN FRANKS, SUSAN §
GADDY, GREGORY GREEN, §
LATISHA GUILFORD, THOMAS §
HALL, RALPH HAMMITT, ANDRE §
ALMAZOR, NICOLE DWYER, §
DWYER FIVE INC, TERESA §
HARLESS, TANISHA HALL, TANISHA §
HALL, CHRISTINA HUNT, BRENDAN §
DONNELLY, ROBERT EDWARDS, §
JUSTIN MITCHELL, DOROTHY §
HOWARD, LINDA WADE, APRIL §
KOENIG, JASON ROSA, §
COLLECTIVE ENDEVORS, ADAM §
REED, BLADMIR ROJAS, RANDI §
SIMPSON, MARIA TIRIKOS, JODI §

44

VANSLEE, JOHNNY MINDER,　　§
MARINO COBO, NEIDA CRESPO,　§
FETHI MHAMDI, SHERRI MERCER,　§
TOI HARRIS, ALAIN GONZALEZ,　§
WILLIAM MOORE, WILLIE SMITH,　§
ULYSSES TAYLOR, SORIN　　§
APOSTOIU, ROBERT HARRIS, JEFF　§
COLE, CLARENCE BROWN, LATORA　§
BROWN, STEVEN CLARK, RANDY　§
COCHRAN, WILLIE EILAND, LARRY　§
J IACOFANO, SHACK BAITS, WAYNE　§
CAMERON, BRANDY MCGOUGH,　§
MICAH BECHTOLD, TED　　§
ANDERSEN, CHARLES BECHTOLD,　§
NATALIE BECHTOLD, ALBERT　§
BLACK, ALLEN KING, CONNIE　§
BURTON, BRANDON ALLMAN,　§
WESLEY BULIFANT, BERNARD　§
BELTON, BERNARD BELTON,　§
CHRISTINE FLANARY, TRACY　§
MCGASTER, CHARLOTTE　　§
MCKENZIE, JAWANDA PERRYMAN,　§
MAYA THOMAS,  INDIVIDUALLY　§
AND DBA MAYA'S HAIR BRAIDING　§
CLASS, ALAN LANE, ERIK　　§
BYHARDT, KENTRELL CAREY,　§
MARCO LLOVERA, VICTORIA FORT,　§
DAVEY BRUNGART, KIZZY HARRIS,　§
CECILIA MCCRAW, KENNETH　§
MCGEE, MACHELLE MERCER,　§
STEVEN PEACOCK, DAWN GADDIS,　§
CECIL BABBS, AVERY BURTON,　§
ANDREW AMERSON, ALVIN MARKS,　§
JACK MASSEY, JENNIFER SMITH,　§
MICHELE PROVENZANO,　　§
MARGARETTE PIERRE, SHARON　§
DELO, FIBERGLASS SUPPLY DEPOT,　§
MARY L  HAJNEY, GRAZIN MOOSE　§
MARKET LLC, PATTI JONES,　§
CHELSEA MCGEE, PEYTON MCGEE,　§
TIMOTHY MCGEE, MICHAEL　§
MERCER, BRAD OPSAHL,　　§
CHRISTOPHER PITTS, JUNE　§
FIRESTONE, ETHEL FUDGE-BAKER,　§
JAMES GOODMAN, ROBERT　§
SANDERS, PATRICK SANTARELLI,　§

DIANE PRUNELLA, DIANE §
PRUNELLA, LEE SARTAIN, VEDRA §
CROCKETT, KENNY SIMMONS, §
DAVID SMITH, ANTWONE DUNCAN, §
OLIVIERA PETERSON, CHARLES §
POWELL, LISA AUSTIN-PURDY, §
ALEXIS JEFFERSON, AUTUMN §
CLOUD, ANGELA GLOVER, JUSTIN §
PIMENTAL, CHRISTOPHER ZITO, §
DASHIA LASTER, JOSHUA NIGRO, §
ANTONIO SANDERS, ANDREA §
RIDDLE, MICHAEL ADAMS, LARRY §
JONES, XIAO ZHENG, MERRONE §
VERNITUS, GARDENIA BANKS, §
JAMES SMITH, LINDA BURRIS, §
TONYA CEDENO, LOIS JENKINS, §
SANTIRIA BRADLEY, ANA MELISHA §
MORILLO, ANA MELISHA §
MORILLOE DBA XCLUSIVE TITLE §
SOLUTIONS, RODNEY MORGAN, §
LOUIS PERRY, YOLANDA PITTMAN, §
DENNIS POE, JEAN QUINN, MARK §
ROADMAN, CLAY ROGERS, CESAR §
ROJAS, CESAR ROJAS, BOUQUET §
RONALD, SHAWNTA ARCOS, §
WILLIAM ROSEMANN, CEDRIC §
BASCOM, TYESHIA FRANCIS, §
CHRISTOPHER KOSKI, ELISENIA §
MONVIL, TERI LANTZ, POLARIS §
TRASKOS, JOHNNIE PATTERSON, §
LAURA SIMON, DEBORAH §
WASHINGTON, DENNIS TERRELL, §
MARYANN THOMAS, KIRENDA §
THOMAS, TROY PRAPHANCHITH, §
FIDELITY INVESTMENT §
PROPERTIES LLC - TROY §
PRAPHANCHITH, RAYMOND §
BOWLSBEY, MARTA GARCIA, TING §
FUNG CHENG, CHINA BUFFET - §
TING FUNG CHENG, QI FENG §
ZHENG, S&Q PROPERTY §
INVESTMENTS INC - QI FENG §
ZHENG, BOBBY OWENS, ASHLEY §
CAUSEY, VICTOR CAUSEY, §
MARKITA LEWIS, KATIE MOORE, §
WALTER KELLY, MARJORIE §

VITITO, PAUL KRAWITZ, §
JACQUELINE EISINGA, KAREN §
CHESHER, LPACINO FIGURES, §
TIMOTHY MCNALLY, KENNETH §
RUCKER, RONALD RUCKER, §
TAHISHA COLEMAN, JESSE SCOTT §
HOFMEISTER, BLUE HOLE INC, §
JESSE SCOTT HOFMEISTER, BLUE §
HOLE INC, HALENE HARTSFIELD, §
HARRY MEADOR, LEONARD MOSS, §
MACALA NELSON, RONALD §
ROBINSON, MELANIE VYAIN, §
JOSCELYN WALKER, MARQUISE §
WALKER, CALVIN COUGHLIN, §
GREGORY GOOKINS, CYNTHIA §
ABUASFOUR, JASPER BROWN, §
VINCENT CULLIVER, JACQUELINE §
BECHTOLD, DONALD BEGUE, BILLY §
MCCLAIN, ROBERT BIRCH, §
MIRANDA BLANKENSHIP, RICHARD §
BOUWKAMP, VERNON BRYAN, §
NATHANAEL BRYAN, BOBBY §
BULLOCK, STEVEN CMEHIL, §
DUSTIN CMEHIL, JESSE COOK, §
MEGAN COOK, TRISHA CMEHIL, §
BRANDI CMEHIL, RONALD RILEY, §
SAMUEL LOOS, SAMUEL LOOS, §
DEBBIE BRYAN, EDWARD MCNEIL, §
ROBIN SHELLEY, BARBARA §
GARDNER, THOMAS FISHER III, §
THOMAS FISHER INDIVIDUALLY §
AND DBA FISHBONE CHARTERS, §
BLAKE GARDNER, MIKE GARDNER, §
ERICA BLANCHARD, NATIONS §
DIRECT TITLE AGENCY LLC, DAVID §
GODWIN, KRISTY GRIMES, §
ELIZABETH JAKUBIAK, ROBERT §
JOHNSON IV,  INDIVIDUALLY AND §
DBA TENACITY GUIDE SERVICE, §
RANDY JONES, ALLAN KIGHT, §
ALLAN KIGHT, HENRY LOWE, JOHN §
MARKHAM, SHARON MCCLENDON, §
JESSICA MCKENZIE, DWIGHT §
NOBLES, JANELL NORTON, §
INDIVIDUALLY AND GULF SHORE §
SEAFOOD, JERRY WALKER, HUGH §

47

JOHNSON, INSPECT KEY WEST INC,　§
LUKE WILLIAMS, TIMOTHY　§
PEREGOY, MABEL ALLEN, KAREN　§
TUCKER, TRENIDY RESNOR,　§
ANGELA RESOR, MICHAEL ROYAL,　§
STEVEN REA, CAROLYN BROWN,　§
SONIA VILLEGAS, DANIEL YOUNG,　§
SCOTT LANG, AMY JOWERS,　§
ARTILDE JOSEPH, FREDERICK　§
JOHNSON, EVION JOHNSON, BEN　§
JACKSON, BEN JACKSON, MICHAEL　§
IOVIENO, ASHTON HYATT, JOSHUA　§
WOOD, CHARLES WILDER,　§
CHASTITY EDWARDS, TREVOR　§
WAINSCOTT, ELIZABETH THOMAS,　§
ISAAC THOMAS, JULIES CATCHES,　§
JOSEPH SLONE, RONALD SKELLY,　§
JOEL SINGLETARY, NICHOLAS　§
SANTINI, SAMMY ROYAL, CHASE　§
ROYAL, SANDRA WILLIAMS,　§
RONALD HOUCK, CYNTHIA BELL,　§
ANTWANN BROWN, JOHN　§
FORRESTER, MERCEDES　§
MOSQUERA, ANGELIQUE　§
CROXTON, ABIGAIL RIVERA, MARA　§
EVERETT, SHALONDA WILKS, JOSE　§
CALDERIN, HEROLD COPHY,　§
WILLIAM JOHNSON, JOHN WAYNE　§
ANDREWS, JOHN WAYNE　§
ANDREWS,　INDIVIDUALLY AND　§
DBA TRIPLE TROUBLE CHARTERS,　§
CHARLES BARWICK, FERRELL　§
CHARLES BARWICK, BARWICK　§
CRAB CO, FERRELL　CHARLES　§
BARWICK, BARWICK CRAB CO,　§
DWAIN ROBERT WESTON, ANEL　§
WALKER, WILLIAM JONES, TERRY　§
NORTON,　TERRY NORTON,　§
INDIVIDUALLY AND DBA GULF　§
SHORE SEAFOOD, EDWARD　§
REDINGTON, JOHN POLOUS, LOUIE　§
THOMAS, GABRIEL BONSERIO,　§
INDIVIDUALLY, MELLISSA　§
LAWSON, MICHAEL BARWICK,　§
RENE CHRISTINE GASTON,　§
SOLSTICE SALON - RENE　§

CHRISTINE GASTON, GEORGE §
ANDRASI, A G E ENTERPRISES, INC §
DBA ISLAND COTTON COMPANY, §
TODD BUCK, BOYD GIBSON, §
RICHMOND HUSEMAN, CARMELL §
JABER, BRIDGET JEFFERSON, §
ETHEL JENKINS, JOHN KLOSTER, §
GATOR INCENTIVES INC, LISA §
PHILLIPS, RICHARD PRUSACZEK, §
ROBERT RICHARDSON, CHRISTINE §
SCHMIDT, DAVID MILTON, FRANK §
THOMAS, CONNOR MAHANEY, §
DEBORAH GOLDEN, TODD §
PADGETT, PADGETT §
COMMUNICATIONS INC - TODD §
PADGETT, SAYEED MOHAMMAD, §
CURRIEZ INDIAN CUISINE - SAYEED §
MOHAMMAD, ROBYN FAIRBANKS, §
STEPHAN ABELA, INDIVIDUALLY §
AND DBA ABELAS HAIR SALON, §
MELINDA MCCORMICK, PATRICK §
BETTIN, PAT BETTIN, §
INDIVIDUALLY AND DBA PATS §
MOBILE AUTO REPAIR, MARK §
RILEY, MARK P RILEY, MARK P §
RILEY LUXURY REAL ESTATE §
GROUP INC, VANCE GOLDEN, §
INDIVIDUALLY AND DBA D L §
THOMAS SEAFOOD, LOUIS KLINE, §
DEBRA BEARD, MADILIN BEARD, §
MICHILA BYRD, LINDA CARDEN, §
FRED FOX, PAMELA FOX, HOMER §
FRANKLIN, PATRICIA JACOBS, §
REBECCA PUTNAL, BASHBY §
THOMAS DBA THOMAS CRAB CO, §
HIXON THOMAS, MARY WRIGHT, §
JUNIOR VERNITUS, JUNIOR §
VERNITUS, GENE OSBURN, KELLY §
BEALL, PEACE RIVER FOOD & §
SEAFOOD MARKET, AMANDA §
WORTHINGTON, PATRICIA ANN §
WINGARD, JOHN M WEBB, JOHN §
WEBB CONSTRUCTION INC, HENRY §
SMITH, WILLIAM JONES, GLENN §
KACZMAREK, BRANDON KING, §
JENNIFER PAGE, BOB NICHOLS, §

DAMON NICHOLS, TIMOTHY KLINE, §
MACON JOE METCALF, DWAYNE §
NORTON, KEITH BURBACH, §
GEORGE FRANTZ, CHARLES §
BECHTOLD, TERESA KELLEY, §
PHYLLIS TURNER, TAMMY §
FRANKLIN, YOLONDA ARTS, JESUS §
OCAMPO, ROXANNE HOPPER, §
DANIEL NIESS, LINDSEY VILLA, §
MARIA ARBELAEZ, JANICE §
ANDERSON, DAVID STALLWORTH, §
NAPOLEON MENDEZ, PAOLA §
EGUIZABAL, KARSTEN SMITH, §
KENDALL SHIVER, CHERRIE CECIL, §
TOM G KLINGENSMITH, §
APPEARING LIVE INC, DANIEL §
HAIGHT, DANIEL HAIGHT, §
JOSELYN HAIGHT, JOSELYN §
HAIGHT, JEREMY EDWARDS, §
OSELYN HAIGHT, TRINITY CHILD §
CARE, JOSELYN HAIGHT, §
CELEBRATION FAMILY CHURCH, §
CHRISTOPHER BASS, BILLY §
DALTON, FURMAN GLASS, §
CHARLES COOK, ALICIA ODOM, §
CHARLES ODOM, CHARLES KING, §
COY SHIVER, DURL CHAMBERS, §
JOSHUA BAILEY, PATRICK §
MILLENDER, CRISTAL SHIVER, §
DAVID GILBERT, GEORGE §
FRANKLIN, GLORIA FRANKLIN, §
WILLIAM KORAN, SAMMY ROYAL, §
ATLANTIC & GULF MARITIME LLC, §
ROBERT JOYNER, TIMOTHY §
REGISTER, WILLIE ROBINSON, §
LEROY SHIVER, ADAM VACHON, §
LEAH PAGE, LATASKA HARRIS, §
DAVID OSTEEN, JOHN KILGORE, §
JESSIE GILBERT, ERIC MENDEZ, §
DEBRA TURNER, EDNA WATSON, §
JAMES POLOUS, ALONZO HOWARD, §
VIRTUROUS WILLIAMS, WANDA §
SAPORITO, PINELLAS MORTGAGE §
SERVICES,  INC, CHARLES EARLES, §
CHRISTOPHER MCBEATH, DEVIN §
SIMON, JAMES DULIN, DIANE §

WENTWORTH, DAPHNE COOLEY, §
GATOR GRAPHIX INC, JIM §
WILCOX, INDIVIDUALLY AND DBA §
JIM WILCOX CONTRACTING, §
LARENZO PALMORE, HERBERT §
BRANNAN, DAVID BROWN, RONNIE §
CUSTER, EDWARD ESTES, RYAN §
BECKS, MARY COMBS, JUSTIN §
COLLINS, EBONI MONIQUE §
ROBINSON, PHILLIPPI CREEK §
TRADER LLC, LESLIE J NEWMAN, §
LESLIE NEWMAN PA - LESLIE J §
NEWMAN, DOMENICO PADULA, §
BAYOU TAVERN, JASON PAUL §
GAINES, DANCE ELITE INC, §
THOMAS MCDERMOTT, §
INDIVIDUALLY AND DBA VERTICAL §
SOLUTIONS I LLC, JACQUELINE P §
WILSON, JP ENTERPRISES OF SWFL §
INC, MARDIE SCHAEFER, JOHN §
PAULCHEK, NATHAN ABERLE, §
MARTY KIGER, DOUG JOHNSON, §
JEAN JOSEPH, JB TAX MULTI §
SERVICES, ELIZABETH DURKEE, §
CLEARWATER SALON AND SPA -, §
FELTON ROGERS, LINDA NEAULT, §
STELLA NOLAN, JOSEPH BORDA, §
GULF LANDINGS & DEVELOPMENT §
CORP, HARDEO RAMRATTAN, §
RENEE FUTCH, STACEY LAMB, §
SIERRI LAMB, LEHESTHER §
ANDERSON, RICHARD RUSSELL, §
RICHARD RUSSELL, SIDNEY §
MOORE, MELVENE BROWN, §
AUDREY FRANKLIN, JOE LEHNING, §
LUTHER GLASS, PATSY ANN §
WILLIAMS, THOMAS CURPHEY, §
JOSEPH FICHERA, ELAINE §
WHIDDON, ALVIN NEWELL, MARY §
LIRETTE, TED MILFORD, BRIAN §
AMISON, JOHN JOHNSON, ANDREA §
VAUTIER, JOSEPH W ALBERT, JOES §
LIVE BAIT LLC, JOSEPH ALBERT, §
KIRK TRIPLETT, DAVID MOORE, §
ROBERT MOORE, BAD TO THE §
BONE INC, JERRY CAMPBELL, §

LARRY COLSON, LARRY JOE §
COLSON, INC, SUSAN COLSON, §
ANGELA HOPPER, STEPHEN §
HOPPER, DONNA GLASS, JAMES §
BRILL, LOUISE GERSHAK, PAUL §
RIGHTNOWAR, DALE BREUER, DB §
AVIATION MARINE SERVICES INC, §
ALBERT QUATRARO, A M FISHING §
PRODUCTS INC, RONALD §
LAYCOCK, KARRIANN GRAF, §
ROBERT EASTER, COAST §
PRODUCTS LLC, HEATHER EVANS, §
SERENA KING, SERENAS MOBILE §
FOODS, INC, GLENDA MACON, §
INLET FISHERIES INC, GINA ISON, §
JUAN RESTREPO, MICHAEL §
MCMANUS, CHRISTOPHER §
MCMANUS, SUSAN COLSON, A-1 §
QUALITY DOCKS, INC, MATTIE §
ELISE BARWICK, INDIVIDUALLY §
AND DBA BARWICK CRAB §
COMPANY, ELISE BARWICK, §
INDIVIDUALLY AND DBA BARWICK §
CRAB COMPANY, MARK §
DIEFFENBACH, DIEFFENBACH §
ENTERPRISES INC, FRANK TANNER, §
GOODTIME KARAOKE, INC, §
RICHARD GILLISPIE, CHERRELLE §
BALDWIN, KENNETH THOMPSON, §
ANDREW WHITED, COOL FISH §
SEAFOOD MARKET, DENNIS §
GILLISPIE, CURTIS NOWLING, §
DEMONE FORD, MARTIN CINTRON, §
EARL TUCKER, VANGELIS §
LAZARIDIS, JAMES ALAN MURPHY, §
BAY FLOORCOVERING INC DBA §
ANGLER MANAGEMENT §
CHARTERS, CHRISTOPHER §
MAYNARD, BAY FLOOR COVERING §
INC DBA ANGLER MGMT §
CHARTERS, WILLIAM CHAIS, §
MICHAEL CLAYTON, TONY §
CLEGHORN, VICKIE COMBS, §
KRISTEN BASCOM, MARSHALL §
ADAMS, REINALDO PEREZ, GRAND §
CRU INC, DEBORAH CORRIERE, §

52

JESSE W COOK,  INDIVIDUALLY          §
AND DBA QUALITY WORKS LLC,           §
JESSE W COOK, TRIPLE R               §
RENOVATIONS LLC, JESSE COOK,         §
AMANDA DEHN, MARTIN MCKASTY,         §
LECIO DEPAULA, WAYNE GRAHAM,         §
RENEE CAMPBELL, CLEO                 §
CHAMPAGNE, JEAN CHARLES,             §
HIROSHI CHIWAKI, DONALD              §
CLARK, DUCKS MOBILE AUTO             §
REPAIR, BEVERLY FOUNTAIN,            §
CHRIS GLENN, MICHAEL GAFFNEY,        §
VENEL ENOISE, TRACY GILCHRIST,       §
JASON GRAY, DOROTHY HANNON,          §
CAROL HARBERSON, CHESTER             §
HARBERSON, CHESTER                   §
HARBERSON, HARBERSON                 §
HOLDINGS INC,  HARBERSON REAL        §
ESTATE VENTURES LLC - CHESTER        §
HARBERSON, ROBERT                    §
HOLLANDER, THEADORE HOWARD,          §
MARGARET BROWN, PAUL KIRVIN,         §
KIM KAY, DAVID KLIMA, PAUL           §
MCIVER, JANICE MCCARVER,             §
GREGORY KOBIN, DARELL L              §
MEYER INDIVIDUALLY AND DBA           §
ADVANCE BENEFIT CONCEPTS,            §
MATTHEW MICKEY, SHANTELL             §
MCNEAL, DEBRA MOLDOVAN,              §
JEFFREY KEY, JEFFREY KEY             §
D/B/ATHE CRUISE CONNNECTION,         §
EDWARD DELEO, SAM SNEADS OAK         §
GRILL OF FT MYERS LLC, LARRY         §
KELLY, GWENDOLYN PUGH,               §
ANDREA PODSKLAN, RAYMOND             §
PIERRE, COMMUNITY MISSION FOR        §
HOPE INC, SCOTT PAUL, PATRICIA       §
GREUTMAN, MICHAEL SEYMORE,           §
MICHAEL SEYMORE, ROBERT              §
NESBITT, DUSTIN COTTLE, PAUL         §
QUALLS, PAUL QUALLS,                 §
INDIVIDUALLY AND DBA PAUL            §
QUALLS HOME REPAIR LLC - PAUL        §
QUALLS, ALICIA REYNOLDS, ROY         §
SIZMUR, DEBORAH SMALL,               §
LENORE SMITH, VERY IMPORTANT         §

PROPERTIES REALTY I INC -          §
LENORE SMITH, OATIS SMITH,         §
UGUR SOYLU, ITU BUILDERS LLC -     §
UGUR SOYLU, BETTINA STULL,         §
JESSICA TATA, ARIEL STARR-RIES,    §
ALFRED TETI, ROYAL YACHT           §
SALES INC, CAROL WOOD, CAROL       §
WOOD INDIVIDUALLY AND DBA          §
CAROL WOOD REALTY, TED             §
YARDLEY, T KATZ PUB LLC, RIAD      §
KANTAR, KANTAR INVESTMENT          §
GROUP CORP, JERRY LANCASTER,       §
DANTE BADIA, ROYAL AMERICAN        §
REAL ESTATE,  INC, STEPHEN         §
DEMETER, COLE FLAAT, JOSE          §
GOMEZ, MICHELLE IVEY, LANCE        §
KREPLICK, KATHY LAROCHE,           §
TOPEKA GOURMET SERVICE INC-        §
THE BLACK PEARL RESTAURANT,        §
BETH MOREAN, SUNGOLD LLC,          §
PATTY OLIVA, BRANDON ROBERTS,      §
RICK ROGERS, SHANNON BEHNKE,       §
EARL CLARKE, SCOTT CORBIN,         §
GENIFER DASILVA, PAVER STONE       §
INC, JAMES AUBRY, LUM              §
DAVENPORT, LUM DAVENPORT           §
CONSTRUCTION INC, RUBEN            §
DELGADO, PAUL EARL, ELIZABETH      §
EBERT, ADAM EVANS, REBECCA         §
HARRISON, BROCK HEWITT, DAWN       §
LARISON, CARLOS LIKELY,            §
MICHAEL LOUIS, BRAD LYONS,         §
FRANCO MICHELINI, TODD             §
ROBERTSON, STEPHEN SNIDER,         §
SNIDER MARINE SURVEYERS INC,       §
PAMELA VAN TASSEL, JACOB ZION,     §
DAVID CHAPMAN, C-IV VENTURES,      §
INC, DAVID CHAPMAN, ROYAL          §
AMERICAN DEVELOPMENT,  INC,        §
DAVID CHAPMAN, GRAND LAGOON        §
POINTE,  LLC, MICHAEL MANNING,     §
FRANK WOOD, REBECCAS               §
LANDING,  LLC, MARKO               §
SAVANOVIC, FRANK WOOD,             §
BELLAS PLACE LLC, BRANDON          §
WESTERFELD, HENRY PERRY,           §

HENRY L PERRY, BEACH DUNES OF §
PANAMA CITY, LP, SYLVIA §
HARRISON, KENNY WHATLEY, §
MEGAMELA, LLC, KENNY §
WHATLEY, W D DEVELOPERS, §
LLC, FRANK WOOD, FRANK WOOD §
DEVELOPMENT LLC, STEPHANIE §
ELLISON, OANH H DANG, ROBERT §
UZAR, MICHAEL T LANZONE, §
CUSTOM VACATIONS INC DBA §
CUSTOM YACHT CHARTERS, §
MICHAEL EVERETT, LAUREE §
CURRAN, INDIVIDUALLY AND DBA §
EVERYTHING UNDER THE SUN, §
CHUCK DILLEHAY, GEORGIA ASSN §
OF PHYSICIANS ASSISTANTS INC, §
IESHA FREEMAN, JASON BANKS, §
CLAUDE SHOOK, JOHN SCHOLL, §
CRAIG MARVIN, WAEL NAHHAS, §
WARREN HICKERNELL, §
LINCOLNSHIRE MAXIMO, LLC, §
STEVEN FASS, LINCOLNSHIRE SEA §
SPRAY LLC, STEPHEN §
GIOVANNELLI, JAMES COATES, §
ROBERT ROSCH, JAY KOIVU, §
BARRY BROWN, MIKE ROHN, AAA §
MOVING SERVICES LLC, MELINDA §
LINDSEY, MELINDA LINDSEY, §
INDIVIDUALLY AND DBA §
EARTHFRIENDS INC, J ABELLA §
AND C CANO, ABELLA AND CANO §
INC DBA RUMBAS, BIHN DO, B & N §
GENERAL IRON WORKS LLC, TAM §
NGUYEN, ART SOARES, GROVER §
BLANKENSHIP, ROSS PISTORIUS, §
TARIN KENNEDY, TARIN KENNEDY, §
VAN SMITH, CORNEL BUTLER, §
JOHN KELLY, BLACK KNIGHT §
TRUST LLC, DANIEL POPE, TRINA §
HOLLINGER, TRINA HOLLINGER, §
JOSEPH HARRISON, PAUL §
GILMOUR, MELISSA WILLIAMS, §
JOSEPH BISSEL, JUSTIN PERRET, §
SHINON PERRILLOUX, §
BRENTWOOD HOWARD, EARL §
BEARD, KENDRA FRACKER, DEGU §

LETA, JAMES ROBERTSON, JAMES §
ROBERTSON, PETE COSTANZA, §
INDIVIDUALLY AND DBA §
EXPLORING TAMPA BAY, THOMAS §
BOCK, ROBERT, TUPELO §
ENTERPRISES LLC - ROBERT §
ALLAN WALKER, PHILLIP JOHN §
WILSON, PETER E COSTANZA, §
COSTANZA BUILDING COMPANY - §
PETER E COSTANZA, ROBERT §
MACGOWN, SEAN KRIKORIAN, §
BRANDON BOHANNON, SABRINA §
ROBBINS, PENNY MOUNT-ALBERY, §
DANNY THOMAS, ADAM METZ, §
BERNARD MIRAMON, LINTON §
HENRY, KALITHA BOOKER, RALPH §
NEELY, WILLIAM R SIVLEY, §
INDIVIDUALLY AND DBA §
EMPLOYER BUSINESS §
CONSULTANTS, JASON HOLLOWAY, §
SHI ZHENG, JOHN SMITH, QI §
ZHENG, REGINA DRAUGHON, §
TERRANCE WALKER, DANIEL §
HERSHBERGER, ARJANG NEGIT, §
DERRICK TAYLOR, DERRICK §
TAYLOR D/B/A TAYLOR BUSINESS §
SERVICES, BRENDA NGUYEN, §
VINCENT RUDD, JOHN MASON, §
ANASTASIA ZATULA, ZATULA §
ENTERPRISE CORP, DANIEL A §
DESROSIERS, ARMANDOS NY PIZZA §
& PASTA LLC, CHRISTI EVANS, §
LUKE MARTIN, TITUS MARTIN, §
JERRY CHUCRAY, KATHRYN §
MAXWELL, TERRI MANNING, §
CHRISTOPHER PEARCY, VINC §
GATLIN, PRESCOTT BIGELOW, JAY §
SENNE, G & J INVESTMENT CORP, §
THERESA GWINNER, THERESA §
GWINNER, INDIVIDUALLY AND §
DBA BEACH CONDO GIRL §
VACATIONS, JAY SENNE, G&J §
INVESTMENT CORP, BRYCE §
CUSTER, EARL GLICK, JACOB §
GLICK, JAMES GLICK, KEVIN §
GLICK, LOREN GLICK, TIMOTHY §

HERSHBERGER, RUSSELL §
LENGACHER, AARON MARTIN, §
NELSON MAST, JOHN RUTH, VERN §
SHETLER, NELSON TROYER, MARK §
SAMPSON, MEHDI ARDEBILI, JASON §
PASTUCH, JASON PASTUCH DBA §
SNOW BIRD SERVICES, JASON §
PASTUCH, JASON PASTUCH DBA §
SNOW BIRD SERVICES, ELMER §
BADZGON, MARK VELAZQUEZ, §
DAWN CHILDS, CRAIG §
MCGILLIVRAY, FREDDY RUEDAS, §
FRANKLIN JONES, ELIZABETH ANN §
WILLIS, INDIVIDUALLY AND DBA §
KEY WEST ISLAND CONCIERGE, §
ELIZABETH ANN WILLIS, §
INDIVIDUALLY AND DBA KEY WEST §
ISLAND CONCIERGE, CAN C DANG, §
JAMES CLAUSEL, KEVIN §
ODONNELL, TOMMY JOHN, TOMMY §
JOHN, MICHAEL DIOGUARDI, §
BOBBY BEARD, BBI LLC, DAVE §
LOGGINS, DAVE LOGGINS MUSIC, §
FRED EWING, BROOKDALE SENIOR §
LIVING COMMUNITIES INC, BLC §
WELLINGTON - FORT WALTON §
BEACH LLC - FRED EWING, FRED §
EWING, BLC CRYSTAL BAY LLC, §
FRED EWING, BLC WESTWOOD §
LLC, TIFFANY LARDINO, SEAN §
HARRIS, LYNN BOWLIN, DEBBIE §
BOWLIN, AMOR BATTAD, JERRY §
GILSTRAP, INDIVIDUALLY AND §
DBA MAKIN WAVES, BRIAN KLINE, §
COLLEEN REVAH, ARTHUR BAITZ, §
KHALID MOURID, ROBERT EASTER, §
LAURCON CAPITAL LP - ROBERT §
EASTER, MICHAEL BYBEE, WALID §
RIYANI, JOHN COX, LORRE §
FLEMING, PHILIP DENINO, MARY §
MILLER, SABRINA BACHI, DIANNE §
FUITEN, NESIA PEARSON, BRIAN §
AUSTIN, ISAM ALGHEBAEELI, YAN §
PRIYAMPOLSKIY, RENE DUMESLE, §
SULEIMAN TAMARI, FRANK §
STUECK, JEAN ST LOUIS, BUTHLER §

57

MORANCY, CHAMIL DORLOUIS, §
ARTHUR MONTANA, SUZANNE §
SCOTT, WAFIK HASSAN, §
CHRISTOPHE DEZAR, ALBERA §
DESTA, SAINT JEAN DESIR, MARIE §
DESIRE, YVES DELVA, ELIAS §
DEBAW, MESFIN GEBREMESKAL, §
ROBERT GRAY, SAYED ZAYED, §
NOUREDDINE SAIM, FLEURINAT §
ESTEPHENE, IBRAHIMA DIENG, §
TONY PHAN, TONY PHAN §
INDIVIDUALLY AND DBA US NAILS, §
SAVUTH CHAN, FRANCOIS DESRAY, §
HUNG B HO, MICHAEL HO, DUYEN §
THI HUYNH, HAN NGOC NGUYEN, §
MAI NGUYEN, TUYET NGUYEN, §
HIEN THI NGUYEN, LUOT VAN §
NGUYEN, LUONG THANH PHAN, §
CALIXTE ST LOUIS, LA BELLE §
ROSIE MOBILE RESTAURANT, LINH §
TANG, HUONG HO, SY LE, HAI DAO, §
VU TA, THANH HO, KHANH LE, §
NGUYET HO, HANG HOANG, CUONG §
VI DIEP, NHU Y COFFEE, DONNY HO, §
JOHNNY VAN NGUYEN, JOHNNY §
VAN NGUYEN INDIVIDUALLY AND §
DBA BEN THANH ORIENTAL §
MARKET & VIDEO, TRIEU H §
NGUYEN, INDIVIDUALLY §
EXCELLENT NAILS, MARTHA §
MCBRIDE, HOAT NGUYEN, NO §
NGUYEN, DIEM DO, PHUC MINH §
TRAN, LE'S GRILL ON WHEELS, §
ALAN JIMMIS, A J CORE OF §
SUNTREE INC, MISS MY VESSEL, §
LAM HO, HANH THI TRAN, MARK §
SWANSON, DAT TRAN, DAT TRAN, §
TRI NGUYEN, ERIN SUTTON, §
ROBERT JOHNSON, ROBERT §
JOHNSON, P A, COREY JERNIGAN, §
ANTE KATALINIC, CLASSIC §
MARBLE AND TILE CORP, TRUONG §
NHUT PHAM, TRUONG NHUT PHAM §
INDIVIDUALLY AND DBA 21 NAILS, §
GREGORY SPILLARS, DESIGNS §
CONCEPTS INC, CHI DINH, JOHNNY §

DINH, THAO VU, ANGIE NIMS, MINH §
LAM, JEFFREY HAGAN, TERENCE §
QUINN, CYNTHIA DANG, ROBERT §
THOMPSON, HOANG NGUYEN, §
WILLIE DASHER, JOSHUA TAYLOR, §
STEVEN MARTIN, ERIC PFEIFER, §
SABRINA HICKS,  MARKS SEAFOOD, §
CHARLES HICKS,  MARK HICKS §
SEAFOOD, CLIFFORD SUTCLIFFE, §
DOUGLAS TOPHAM, JAMES §
DEZORZI, JEFFREY INGLE, DESTIN §
WEST RESORT MANAGEMENT INC  - §
TRIPP TOLBERT, MARCEL BENOIT, §
NICHOLAS PETKOVIC, JERRY EYAS, §
DOUGLAS HATTENDORF, VICKI §
PLAISTED, CHRISTOPHER THOMAS, §
M/V AFTER MIDNIGHT, DENISE §
SPIER, KIM HENSON, GLENN §
HIMMELHEBER, MICHAEL §
MCCOLLUM, AMY STONE, YOKO §
BENSON, KENDRICK SIMS, JEREMY §
EDWARDS, BLUE HORIZON MARINE §
SERVICES, DEBBIE HENESY, TONY §
ALONZO, TRIPLE A DRYWALL, §
CLAUDE ROYSTER, , ELIZABETH §
STEVENS, MARCUS MOORER, TROY §
SPRIK, ROBERT SULLIVAN, SHAWN §
STULLER, CARY SCHWENCKE, §
SELECT SUPPORT SERVICES, §
TROPICAL ZENSATION INC - §
LAZARO RODRIGUEZ, CHERYL §
MORAN, PATRICK PINSON, SEBAND §
VAN, REGAL NAILS,  TRUONG §
QUACH INC DBA HOA WAH §
RESTAURANT - UNG QUACH, DANY §
THI LE, TRUC GIANG ORIENTAL §
GROCERY STORE, VALARIE §
DUDLEY, DELI LANE CAFÉ §
SARASOTA, CHARLES DEAN, §
WILLIAM BRANAN, CHANTEL §
DENMAN, TIFFANY DAVIS, §
BRAXTON CHISHOLM, JUNE DAVIS, §
SHERREL MCCALPIN, JOSEPH §
DIONNE, SAM HINES, EMMANUEL §
JOCIRIN, CHARLOTTE TURNER §
PRICE, DANIEL FOURNIER, CELITA §

59

DEMA, ERMIYAS DESTA, SITOTAW §
KEFEYALEW, MARIA DELGADO, §
ROMAN DIAZ, MCCLAINS MOBIL §
AUTO SERVICE - WARREN §
MCCLAIN, ERICK JEROME, §
CELEBRATION CAKES - ERIC §
MICHAEL PINSON, NGHI CHAN §
LAM, UNIQUE NAILS & SPA, §
MICHAEL HAY, MICHAEL C §
TENAGLIA, ACE SWIFTRITE LLC, §
BRAULIO PACHECO, MAGDA §
VAZQUEZ, MICHAEL TADESSE, §
THOMAS TADESSE, TASCO §
ENTERPRISES INC, NORMA FAZIO, §
PEPE AGUIRRE, DOMINGUE §
GERMAIN, JACQUES SUFFRENA, §
LELISA HIKA, JEFFREY HENTZLER, §
ROGELIO DELGADO, SAJI §
MATHEW, SST OIL CORPORATION, §
PIERO BAIOCCHI, RANDEL BROWN, §
DAN CURRY, STEVE PIERSON, §
RICHARD CHARRON, JOHN §
SANDERS, DON DAVIS, SHANE §
GIBSON, JIMMY MCHUGH, JIMMY §
MCHUGH, FRED PADGETT, GARY §
STUVE, JOHN RASCH, WILLARD §
WHEELER, JOSEPH WATERS, §
ALLEN TYRRELL, SOUDARY §
PHRATHEP, ROBERT SCHWENCKE, §
MISTI HENDRIX, JESSE §
HOFMEISTER, SAMUEL BAKER, §
RICHARD TYRRELL, CHRISTOPHER §
STOKES, MIKE KUHNERT, DAVID §
POTTINGER, JOHN MEAD, TREVOR §
MCMAHAN, CHRISTOPHER §
TAYLOR, JAMES FREGAPANE, §
RICHARD STANTON, KERMEZ ST §
LOUIS, MIGUEL SALCEDO, §
RODRIGUE PINCHINAT, MAGUELIN §
DE JESUS, JOSE DE LA ROSA, §
VERNEIL DESERT, ROSE HERARD, §
REMY JOSEPH, MATTHEW, THE §
CONCH SHACK - MATTHEW §
MCKNIGHT, AMADO CABRERA, §
HONG DINH, TORRIE JACKSON, §
KEVIN KLADAKIS, SAU DINH, ANN §

QUINN, CARRIE DAVIS, ROBERT §
DIETZ, JOHN STOKES, PHILLIP §
STOREY, WESLEY DAVIS, JULIE §
HATTON, RONALD ST CLAIR, §
ODALYS ZUAZNZABAN, NIKOLAS §
GAZZALE, PIERRE DESILUS, ISIDRO §
FERNANDEZ, JOEL SANTOS, ALVIN §
HENDERSON, JULIO PHILIPE, §
RANDY LARSEN, ABBEY ROAD §
SNACK SHACK, INC, JAMES M §
HOLMES, INDIVIDUALLY AND DBA §
HOLMES LAND HOLDINGS LLC, §
WAYNE RAMSAY, WAYNES WORLD §
BP INC, GREGGORY JENNINGS, §
GABRIELA SUAREZ, SAM §
HOLLIDAY, THOMAS §
GEBREGERGIS, JEAN JEAN- §
BAPTISTE, DOUGLAS SULLIVAN, §
FILMON GEBREGERGIS, DAI TRAN, §
DOMINIC TAMBURELLO, JOHN §
SUMMERS, JOHN SUMMERS, §
MICHAEL STUMSKI, CARL GUNN, §
JAMES STONE, SAMUEL HOISE, §
JESSE DELO, MATTHEW BLEILER, §
BILLY HENDLEY, BENITA DENIVAL, §
ORLANDO HERNANDEZ, JOSEPH §
DELO, GABRIEL BONSERIO, §
GABRIEL BONSERIO INDIVIDUALLY §
AND DBA HIJOS DE LA GLORIA, §
HAROLD SCHENAVAR, HAROLD §
SCHENAVAR, TYLER SHANNON, §
JOHN HENAO, FERNANDO DIAZ, §
WILLIAM DEHMER, JAMES §
SULVARAN, ALICE RIGGS, RODNEY §
PATE, STEVEN HAYES, §
JACKQUELYN CHRISTIAN, §
LATASHA JONES, SIRIA DIAZ, §
ANTHONY MATERIALE, FRANK §
STONE, DREW WATSON, OLIVIA §
STALLWORTH, JUSTIN STEPHENS, §
LOUIS BALLARD, JAMES FULLER, §
CHESTER GODFREY, CHARLENE §
DAVIS, CAREW ZIN WITH MEKO - §
LEONARD MOSS, MISTY DEEM, §
TERESA MENEXIS, DEMETRICE §
CUMMINGS, ANGELA KNAPP, §

61

SHIRLEY GRIMSLEY, CHYANNE §
PAYNE, SALLY HATHCOX, ASHLEY §
STONE, PHI NGUYEN, BRIAN LEWIS, §
JEROME STONE, LUKE NICHOLAS, §
LORI SIMMONS, KAREN §
HERNANDEZ, JOHNNY L MIMS, §
JOHNNY L MIMS INDIVIDUALLY §
AND DBA MASTER BULL §
ENTERPRISES AND DBA NORTH §
HILL PLAZA LLC, JAVEON TAYLOR, §
RICHARD TALLENT, ASPEN §
STEWART, MIKE BISKUPICH, GARY §
MCLAUGHLIN, SUZANNE DILL, §
SCOTT FREDETTE, ROBERT §
FULCHER, ASHLEY HOLMES, §
KRISTINA HILL, BRYNDA CARSON, §
DUSTIN GEE, JOE HAWKINS, ROLFI §
DE LEON SANTOS, BARON DANIELS, §
JAMES HENDRICKSON, DONNA §
BILLINGS, ERICA HILL, SYLVANIE §
HERARD, JANET PORTER, MIGUEL §
HILSON, BALTAZAR RAMIREZ, §
MOLLY SPRATLING, LYNETTE §
STOVALL, PHYSIATRY PAIN §
MANAGEMENT INC - FRANK §
ZONDLO, FREDERICK DAVIS, §
MICHAEL DIETZ, WILLIE DEAN, §
ULRCK JULMEUS, ULRICK §
JULMEUS INDIVIDUALLY AND DBA §
JOSIES RESTAURANT, JEFFERY §
STAMPFLI, JASMINE GRIFFIN, §
TYRONE GUEVARA, FRED WILLIS, §
DANIEL HUDDLESON, TROY TABOR, §
TOM SWIENCKI, JENNIFER MILLER, §
ARTHUR DECKER, RACHELL §
HERNANDEZ, FERNANDO DARDER, §
KAREN HIRST, HEIDI THOMPSON, §
ADRIENNE LUFCY, ROY KISER, §
TERESA ST JOHN, KAYLA TAYLOR, §
DEDRIC SMITH, ROBYN HAYES, §
AMANDA DALLAS, MICHAEL §
DALLAS, FRANCHASCA DAVIS, §
GREGORY DAVIS, SHANI DI BACCO, §
JASON DICK, TREVOR WILSON, §
VINCENT DICKENS, RUBIELA §
CALDERON, INDIVIDUALLY AND §

DBA CITRUS WEST COAST                    §
CLEANING SERVICE INC, JOHN               §
TAYLOR, JOHN TAYLOR, HOPE                §
DAVIS, DACISE CADICHE, DACISE            §
CADICHE INDIVIDUALLY AND DBA             §
MADAM SANTE PUBLIK TRAINING              §
CENTER, MARCKENLY DIEUDONNE,             §
ZACHARY HATCHES, THOMAS                  §
HAYWOOD, BRIAN DAVIDSON,                 §
GARY DEBORDE, CATINA DICKENS,            §
SAMSON DAGRIN, ADRIAN HOGAN,             §
RUTHIE JONES, RODNEY                     §
HENDRICKSON, BRANDI                      §
HENDRICKSON, AMANDA HIRES,               §
DANIEL HIRES, JOHNNY JONES,              §
GEORGE HOCKENSMITH, JAYMIE               §
MERCER, BRENDA STEWART,                  §
CHERYL DAVIS, ERVIN HILLS,               §
NICOSIA WITHERSPOON, ARNELL              §
KEITH, WILLIAM STEWART,                  §
WILLIAM STEWART, JOVHANY                 §
DECASANOVA, SEAN STIEGLER,               §
EDINSON MERA, CLIFFORD BUDD,             §
BENJAMIN CHANCEY, CHEW ON                §
THIS CHARTER, SYNETHIA                   §
STANTON, ELNORA STJEAN,                  §
BRADLEY GAYTON, WILLIAM                  §
HATTAN, JOHN HEBERT, ALLISON             §
BARWICK, CHRIS BARWICK,                  §
GEORGE BARWICK, STACY                    §
BARWICK, AUGUSTUS BARWICK,               §
KELLY BEALL, JAMES BEALL,                §
COREY CASAGRANDA, PAUL                   §
DEFEO, SHARON DELO, STEPHANIE            §
DETALENTE, THERINA GAY,                  §
BRENDA HICKS, LEA                        §
HENDRICKSON, LACI                        §
HENDRICKSON, JUSTIN LONG,                §
SCOTTIE MCCALL, STEPHEN                  §
MERCER, MACON METCALF,                   §
DONALD MCCLENDON, FRANK                  §
TANNER, JOHN OPSAHL, JOHN                §
PHILMON, DEBORAH DEVINE,                 §
ELLIOT DAVIS, JOHN SQUIRES,              §
RUPERT HARDEN, RICARDO                   §
NOLASCO, RICARDO NOLASCO                 §

INDIVIDUALLY AND DBA    §
SUPERSHUTTL RICARDO NOLASCO, §
CHRISTELLA DESINOR, JULIE §
GAYLORD, DUSTIN DIJIULIO, §
RONALD JONES, KRIS SAHR, §
JOSEPH DARNA, CHRISTINA §
TALLEY, JIMMY TALLEY, ALLEN §
ONEAL, DARRELL TAYLOR, §
VICTORIA MCCALPIN, DANA §
TAYLOR, KAYLYNN PEOPLES, §
ALICIA STANDER, ANGOLY §
GARCIA, SUSAN STOCKMAN, §
MICHAEL SHULER, EUGENE §
SANTINI, JASON ROSA, STANLEY §
SMITH, MISTY KING, HUGH SMITH, §
DANIEL MCCALL, CHRISTOPHER §
HEGEDUS, TROY DAVIS, HIRAM §
MCCALL, CHARLES DEAL, TERESA §
OPSAHL, MARK STRATTON, §
KELLEY SHIVER, CHARLES KING, §
CECIL LANGLEY, MANDY §
LANGLEY, DAVID E WADDELL, §
ARG MARINE INC, ROBERT MOORE, §
SUSAN COLSON, SUSAN COLSON §
INDIVIDUALLY AND DBA A-1 BEACH §
PHOTOGRAPHY, LARRY JOE §
COLSON, LARRY JOE COLSON SR §
INDIVIDUALLY AND DBA AAA §
CRANE SERVICE, DIEFFENBACH §
ENTERPRISES, INC - MARK §
DIEFFENBARCH, MARK §
DIEFFENBACH, MILAN HICKS, §
RONALD HOGAN, CHRISTINE §
SMITH, LADARIUS HAWKINS, §
ROGER HAUCK, MARY SUMLER, §
FRANCES SUNDQUIST, EDWARD §
CARVER, PIERRE JEAN BAPTISTE, §
CHARLES FISHER, CHARLES §
FISHER DBA FIBERGLASS BOAT §
REPAIR - CHARLES FISHER, §
MICHELLE HOLLAND, SW FL §
SCHOOL OF BARTENDING - §
MICHELLE HOLLAND, QED §
MEDICAL SOLUTIONS LLC - LANCE §
KREPLICK, SANDRA STEWART, §
STEWART MARKEY GROUP, RJFS - §

SANDRA OR WENDY STEWART,      §
SEAHAVEN PHASE I LLC, ALFRED   §
PRICE, AGP III ENTERPRISES LLC §
DBA TOUCH OF GLASS ART,        §
HAROLD PUDERER, PCP INVESTORS  §
LLC, GAIL WILSON, PANHANDLE    §
TITLE INC, CLARA HERD, JON     §
LAPLANTE, MARK CANFORA,        §
PREPAID REAL ESTATE OF         §
FLORIDA LLC, SAMUEL BAKER,     §
LAST SAMURAI LLC,  TNT INC DBA §
PRODUCERS BOTTLE CLUB,         §
MICHAEL CLAYTON, CLAYTON       §
ENTERPRISES INC, JOSE SANCHEZ, §
SANSBY LLC DBA  ABSOLUTE       §
COUNTERTOPS, MARINO COBO,      §
BEYOND GRANITE LLC, GABRIEL    §
BONSERIO, HDG MARKETING        §
INDUSTRIES LLC, RICHARD        §
HEBERT, BEVERLY SMITH,         §
WILLIAM RUNYAN, LARRY SPENCE,  §
PELICAN POOLS OF TAMPA BAY     §
INC, LENORE SMITH, VERY        §
IMPORTANT PROPERTIES REALTY,   §
INC,  THE ARTS CENTER          §
ASSOCIATION INC, CYNTHIA DANG, §
LEE NAILS SALON CORP, CHARLES  §
BALL, DEES HOME REPAIRS, DOUG  §
MOORE, PROSPERITY BANK, JOH    §
DEREK LAPLANTE, MCR            §
HOLDINGS,  LLC, SYLVIA         §
HARRISON, ISLAND MANAGEMENT    §
SYSTEMS,  INC, EDWARD DELEO,   §
UNO CHICAGO GRILL - DANIELS    §
PARKWAY, EDWARD DELEO, UNO     §
CHICAGO GRILL - VANDERBILT     §
BEACH, BARRY FELKER, EAST      §
SHORE LAND DEVELOPMENT,  LLC,  §
BARRY FELKER, DEXCO LAND       §
HOLDING COMPANY OF TAMPA       §
BAY INC, ALEXANDER JETTON,     §
MARK CANFORA, MARK CANFORA     §
MINISTRIES LLC, MARK CANFORA,  §
MARK CANFORA INVESTMENTS,      §
MARK CANFORA, DAVID            §
ENCARDES, DAVES CUSTOM TRIM,   §

LEE LENOCE, HAROLD R FRANK,          §
LIGHTHOUSE COATINGS INC,             §
EDDIE DELEO, JOSEPH FAZIO,           §
ALAN FELKER, DONNAS BAG,             §
MERRICK LEE, ALAN FELKER,            §
EASTSHORE LAND DEVELOPMENT,          §
IRA LAKS, ALAN FELKER,               §
MANDALAY CLEARWATER LLC,             §
LARRY JOE COLSON, PEARL              §
SOPPER LLC, ROBERT PLAISTED,         §
JEFF STAMPFLI, 1 LGP                 §
ENTERPRISES DBA MULTIOPTION          §
MORTGAGE, WILLIAM SMITH,             §
IRENE JOYNER, SPARKLING              §
COMPLETE CLEANING SYSTEMS            §
INC, TAMI SMITH, HAIR                §
EXPRESSIONS AND SUN AND FUN,         §
TAMI SMITH, ROY FARRIS, SERENA       §
KING, CHRISTINE SMITH, ROAD          §
RUNNDER DELIVERY SERVICE INC,        §
JOEL SINGLETARY, SEA TWO             §
CARRABELLE / ST  MARKS, FRED         §
WILLIS, FREDERIC M WILLIS LLC,       §
KEVIN KLADAKIS, SECURE               §
PLACEMENTS INC, KEVIN                §
KLADAKIS, CLEARVIEW MANOR            §
INC, EDWARD PACE, CUSTOM             §
PAINTING BY EDWARD PACE INC,         §
JOHN G OPSAHL, JOHN G OPSAHL         §
INC, GARY NIMS, ALFRED TETI,         §
ALFRED TETI, ROYAL YACHT             §
SALES INC, TED YARDLEY, TED          §
YARDLEY, T KATZ PUB LLC, BRIAN       §
STALLWORTH, DEBORA JOSLYN,           §
MARY JO ARCHER,  LUIS ALBERTO        §
ALMENARES,  JUSTINIANO AMAYA,        §
STEVE ANDREANO,  ANTHONY             §
ANDREWS,  BEATRIZ ANSUREZ,           §
GUILLERMO ARYAN,  JEFFREY            §
ASH, JANETTE ASH,  KRISTINA          §
ASH, JOHN ATASHIAN, ZELIDETH         §
BAEZ,  MICHAEL P BAILEY,             §
ROBERT BARGER,  CATHERINE            §
BISSONNETTE,  KEITH J                §
BONESTEEL,  ANTHONY                  §
CANTRELL,  EDUARDO CARVALLO,         §

WOODROW CAULEY, JAMISON             §
BENNETT CHAMBERS, DYLAN             §
CHISM, ELOGE COFFY, JASON           §
COLON, JOEL COLSON, CHARLES         §
COOPER, ANGELA MICHELLE             §
CRABTREE, ELEANOR CRANE, TOD        §
CRISS, DIEUJUSTE DALUSMA,           §
DIANNE DAMBROSIO, GERARD            §
DESIRE, ALAN DEZAYAS, BOYCE         §
DOROUGH, NESTOR M DUARTE,           §
KRYSTAL DUNLAP, MARIA DURAN,        §
KATHY DYKES, PATRICIA M             §
EVANS, SHANE ELLIS EVANS,           §
DAVID R FAGERQUIST, WALTER C        §
FALTERMAYER, BRIAN FOLEY,           §
ARTHUR FOREMAN, ANTHONY             §
FOSTER JR, JULIE FRANKLIN,          §
ROBERT ALLEN FRITZ JR, NELSON       §
GARCIA SR, JOHN GATES, LINDA        §
GLAZEBROOK, THOMAS D                §
GNACINSKI, JIMMY GOLDBIRD,          §
ROBERT WAYNE GRATKOWSKI,            §
HARRY GRELLIA, JEFFREY E            §
GRIER, JANE ANN GRUBER,             §
CARLOS GUERRERO, HANK               §
GUTHRE, LAURA HALL, JANE            §
HANCOX, CHARLES HARRIS, DOUG        §
HARVEY, JON HOFFMAN, JEFFREY        §
IDLER, JOSHUA JARSONBECK,           §
JESSE JOHNSON, EDOUARD R            §
JOSEPH, JOE KOZEL, VIKTOR           §
KRSTEVSKI, KATHRYN KUJAK,           §
GEORGE LAMBERT, CHANGLAIS           §
LANDEY, ANDREA LEBLANC,             §
JIMMY LOPATINSKY, ERIC LOVE,        §
CLINTON LUBY, DEBORAH LYMON,        §
CHERYL MACKAY, KALEME               §
MARCELLON, SAJI MATHEW, SAJI        §
MATHEW, SAJI MATHEW,                §
WILLIAM D MCINTOSH, WANDALIZ        §
MILLAN, HILLARY MITCHELL,           §
AGUSTIN MORALES, DAVID              §
MORETTI, KENNETH NICHOLSON,         §
JIMMIE PACE, RICHARD ALTON          §
PILLSBURY, DEBRA PITTNER,           §
BONNIE POOLE, TREMONISHA            §

POWELL, JEREMY RAMEY, JASON § 
RATTOFF, LENA REID, NICHOLAS § 
RIGONI, FRANK RILEY, § 
FRANCISCO RODRIGUEZ, LINDA § 
ROWELL, KAZIMIERAS RUSAS, § 
DANIEL SACK, JORGE E. § 
SANDOVAL R, PHYLLIS SCALETTA, § 
JULIAN SCARLETT, DENNIS § 
SCHIAROLI, TRENTON R SEELAND, § 
TAMMY SHANAFELT, RAMESEX § 
SIMON, CECILIA SINK, MERRI § 
SMALLEY, JAMES SPINO, WILLIAM § 
STRINGER, GARY L TANNEHILL, § 
MICHELLE MARIE TANSEY, § 
WILLIE TARVER, RENATO TEPALE, § 
CHRIS TRAPANI, JENNIFER § 
UMSTEAD, HEATHER C VAN PELT, § 
SERVANDO VELEZ, JOSE VERA, § 
DEBORAH WESSELL, CINDY § 
WHEEKER, JEFFREY WHITE, § 
BOBBY WILLIAMS, JOHN P WREN, § 
BRIAN LEWIS, JEROME STONE, § 
LUKE NICHOLAS, LORI SIMMONS, § 
KAREN HERNANDEZ, JOHNNY L § 
MIMS, JOHNNY L MIMS § 
INDIVIDUALLY AND DBA MASTER § 
BULL ENTERPRISES AND DBA § 
NORTH HILL PLAZA LLC, JAVEON § 
TAYLOR, RICHARD TALLENT, § 
ASPEN STEWART, MIKE BISKUPICH, § 
GARY MCLAUGHLIN, SUZANNE § 
DILL, SCOTT FREDETTE, ROBERT § 
FULCHER, ASHLEY HOLMES, § 
KRISTINA HILL, BRYNDA CARSON, § 
DUSTIN GEE, JOE HAWKINS, ROLFI § 
DE LEON SANTOS, BARON DANIELS, § 
JAMES HENDRICKSON, DONNA § 
BILLINGS, ERICA HILL, SYLVANIE § 
HERARD, JANET PORTER, MIGUEL § 
HILSON, BALTAZAR RAMIREZ, § 
MOLLY SPRATLING, LYNETTE § 
STOVALL, PHYSIATRY PAIN § 
MANAGEMENT INC - FRANK § 
ZONDLO, FREDERICK DAVIS, § 
MICHAEL DIETZ, WILLIE DEAN, § 
ULRCK JULMEUS, ULRICK §

68

JULMEUS INDIVIDUALLY AND DBA      §
JOSIES RESTAURANT, JEFFERY        §
STAMPFLI, JASMINE GRIFFIN,        §
TYRONE GUEVARA, FRED WILLIS,      §
DANIEL HUDDLESON, TROY TABOR,     §
TOM SWIENCKI, JENNIFER MILLER,    §
ARTHUR DECKER, RACHELL            §
HERNANDEZ, FERNANDO DARDER,       §
KAREN HIRST, HEIDI THOMPSON,      §
ADRIENNE LUFCY, ROY KISER,        §
TERESA ST JOHN, KAYLA TAYLOR,     §
DEDRIC SMITH, ROBYN HAYES,        §
AMANDA DALLAS, MICHAEL            §
DALLAS, FRANCHASCA DAVIS,         §
GREGORY DAVIS, SHANI DI BACCO,    §
JASON DICK, TREVOR WILSON,        §
VINCENT DICKENS, RUBIELA          §
CALDERON, INDIVIDUALLY AND        §
DBA CITRUS WEST COAST             §
CLEANING SERVICE INC, JOHN        §
TAYLOR, JOHN TAYLOR, HOPE         §
DAVIS, DACISE CADICHE, DACISE     §
CADICHE INDIVIDUALLY AND DBA      §
MADAM SANTE PUBLIK TRAINING       §
CENTER, MARCKENLY DIEUDONNE,      §
ZACHARY HATCHES, THOMAS           §
HAYWOOD, BRIAN DAVIDSON,          §
GARY DEBORDE, CATINA DICKENS,     §
SAMSON DAGRIN, ADRIAN HOGAN,      §
RUTHIE JONES, RODNEY              §
HENDRICKSON, BRANDI               §
HENDRICKSON, AMANDA HIRES,        §
DANIEL HIRES, JOHNNY JONES,       §
GEORGE HOCKENSMITH, JAYMIE        §
MERCER, BRENDA STEWART,           §
CHERYL DAVIS, ERVIN HILLS,        §
NICOSIA WITHERSPOON, ARNELL       §
KEITH, WILLIAM STEWART,           §
WILLIAM STEWART, JOVHANY          §
DECASANOVA, SEAN STIEGLER,        §
EDINSON MERA, CLIFFORD BUDD,      §
BENJAMIN CHANCEY, CHEW ON         §
THIS CHARTER, SYNETHIA            §
STANTON, ELNORA STJEAN,           §
BRADLEY GAYTON, WILLIAM           §
HATTAN, JOHN HEBERT, ALLISON      §

69

BARWICK, CHRIS BARWICK, §
GEORGE BARWICK, STACY §
BARWICK, AUGUSTUS BARWICK, §
KELLY BEALL, JAMES BEALL, §
COREY CASAGRANDA, PAUL §
DEFEO, SHARON DELO, STEPHANIE §
DETALENTE, THERINA GAY, §
BRENDA HICKS, LEA §
HENDRICKSON, LACI §
HENDRICKSON, JUSTIN LONG, §
SCOTTIE MCCALL, STEPHEN §
MERCER, MACON METCALF, §
DONALD MCCLENDON, FRANK §
TANNER, JOHN OPSAHL, JOHN §
PHILMON, DEBORAH DEVINE, §
ELLIOT DAVIS, JOHN SQUIRES, §
RUPERT HARDEN, RICARDO §
NOLASCO, RICARDO NOLASCO §
INDIVIDUALLY AND DBA §
SUPERSHUTTL RICARDO NOLASCO, §
CHRISTELLA DESINOR, JULIE §
GAYLORD, DUSTIN DIJIULIO, §
RONALD JONES, KRIS SAHR, §
JOSEPH DARNA, CHRISTINA §
TALLEY, JIMMY TALLEY, ALLEN §
ONEAL, DARRELL TAYLOR, §
VICTORIA MCCALPIN, DANA §
TAYLOR, KAYLYNN PEOPLES, §
ALICIA STANDER, ANGOLY §
GARCIA, SUSAN STOCKMAN, §
MICHAEL SHULER, EUGENE §
SANTINI, JASON ROSA, STANLEY §
SMITH, MISTY KING, HUGH SMITH, §
DANIEL MCCALL, CHRISTOPHER §
HEGEDUS, TROY DAVIS, HIRAM §
MCCALL, CHARLES DEAL, TERESA §
OPSAHL, MARK STRATTON, §
KELLEY SHIVER, CHARLES KING, §
CECIL LANGLEY, MANDY §
LANGLEY, DAVID E WADDELL, §
ARG MARINE INC, ROBERT MOORE, §
SUSAN COLSON, SUSAN COLSON §
INDIVIDUALLY AND DBA A-1 BEACH §
PHOTOGRAPHY, LARRY JOE §
COLSON, LARRY JOE COLSON SR §
INDIVIDUALLY AND DBA AAA §

CRANE SERVICE,  DIEFFENBACH     §
ENTERPRISES,  INC - MARK     §
DIEFFENBARCH, MARK     §
DIEFFENBACH, MILAN HICKS,     §
RONALD HOGAN, CHRISTINE     §
SMITH, LADARIUS HAWKINS,     §
ROGER HAUCK, MARY SUMLER,     §
FRANCES SUNDQUIST, EDWARD     §
CARVER, PIERRE JEAN BAPTISTE,     §
CHARLES FISHER, CHARLES     §
FISHER DBA FIBERGLASS BOAT     §
REPAIR - CHARLES FISHER,     §
MICHELLE HOLLAND, SW FL     §
SCHOOL OF BARTENDING -     §
MICHELLE HOLLAND,  QED     §
MEDICAL SOLUTIONS LLC - LANCE     §
KREPLICK, SANDRA STEWART,     §
STEWART MARKEY GROUP,  RJFS -     §
SANDRA OR WENDY STEWART,     §
SEAHAVEN PHASE I LLC, ALFRED     §
PRICE, AGP III ENTERPRISES LLC     §
DBA TOUCH OF GLASS ART,     §
HAROLD PUDERER, PCP INVESTORS     §
LLC, GAIL WILSON, PANHANDLE     §
TITLE INC, CLARA HERD, JON     §
LAPLANTE, MARK CANFORA,     §
PREPAID REAL ESTATE OF     §
FLORIDA LLC, SAMUEL BAKER,     §
LAST SAMURAI LLC,  TNT INC DBA     §
PRODUCERS BOTTLE CLUB,     §
MICHAEL CLAYTON, CLAYTON     §
ENTERPRISES INC, JOSE SANCHEZ,     §
SANSBY LLC DBA  ABSOLUTE     §
COUNTERTOPS, MARINO COBO,     §
BEYOND GRANITE LLC, GABRIEL     §
BONSERIO, HDG MARKETING     §
INDUSTRIES LLC, RICHARD     §
HEBERT, BEVERLY SMITH,     §
WILLIAM RUNYAN, LARRY SPENCE,     §
PELICAN POOLS OF TAMPA BAY     §
INC, LENORE SMITH, VERY     §
IMPORTANT PROPERTIES REALTY,     §
INC,  THE ARTS CENTER     §
ASSOCIATION INC, CYNTHIA DANG,     §
LEE NAILS SALON CORP, CHARLES     §
BALL, DEES HOME REPAIRS, DOUG     §

MOORE, PROSPERITY BANK, JOH        §
DEREK LAPLANTE, MCR               §
HOLDINGS,  LLC, SYLVIA            §
HARRISON, ISLAND MANAGEMENT       §
SYSTEMS,  INC, EDWARD DELEO,      §
UNO CHICAGO GRILL - DANIELS       §
PARKWAY, EDWARD DELEO, UNO        §
CHICAGO GRILL - VANDERBILT        §
BEACH, BARRY FELKER, EAST         §
SHORE LAND DEVELOPMENT,  LLC,     §
BARRY FELKER, DEXCO LAND          §
HOLDING COMPANY OF TAMPA          §
BAY INC, ALEXANDER JETTON,        §
MARK CANFORA, MARK CANFORA        §
MINISTRIES LLC, MARK CANFORA,     §
MARK CANFORA INVESTMENTS,         §
MARK CANFORA, DAVID               §
ENCARDES, DAVES CUSTOM TRIM,      §
LEE LENOCE, HAROLD R FRANK,       §
LIGHTHOUSE COATINGS INC,          §
EDDIE DELEO, JOSEPH FAZIO,        §
ALAN FELKER, DONNAS BAG,          §
MERRICK LEE, ALAN FELKER,         §
EASTSHORE LAND DEVELOPMENT,       §
IRA LAKS, ALAN FELKER,            §
MANDALAY CLEARWATER LLC,          §
LARRY JOE COLSON, PEARL           §
SOPPER LLC, ROBERT PLAISTED,      §
JEFF STAMPFLI, 1 LGP              §
ENTERPRISES DBA MULTIOPTION       §
MORTGAGE, WILLIAM SMITH,          §
IRENE JOYNER, SPARKLING           §
COMPLETE CLEANING SYSTEMS         §
INC, TAMI SMITH, HAIR             §
EXPRESSIONS AND SUN AND FUN,      §
TAMI SMITH, ROY FARRIS, SERENA    §
KING, CHRISTINE SMITH, ROAD       §
RUNNDER DELIVERY SERVICE INC,     §
JOEL SINGLETARY, SEA TWO          §
CARRABELLE / ST  MARKS, FRED      §
WILLIS, FREDERIC M WILLIS LLC,    §
KEVIN KLADAKIS, SECURE            §
PLACEMENTS INC, KEVIN             §
KLADAKIS, CLEARVIEW MANOR         §
INC, EDWARD PACE, CUSTOM          §
PAINTING BY EDWARD PACE INC,      §

JOHN G OPSAHL, JOHN G OPSAHL §
INC, GARY NIMS, ALFRED TETI, §
ALFRED TETI, ROYAL YACHT §
SALES INC, TED YARDLEY, TED §
YARDLEY, T KATZ PUB LLC, BRIAN §
STALLWORTH, DEBORA JOSLYN, §
MARY JO ARCHER, LUIS ALBERTO §
ALMENARES, JUSTINIANO AMAYA, §
STEVE ANDREANO, ANTHONY §
ANDREWS, BEATRIZ ANSUREZ, §
GUILLERMO ARYAN, JEFFREY §
ASH, JANETTE ASH, KRISTINA §
ASH, JOHN ATASHIAN, ZELIDETH §
BAEZ, MICHAEL P BAILEY, §
ROBERT BARGER, CATHERINE §
BISSONNETTE, KEITH J §
BONESTEEL, ANTHONY §
CANTRELL, EDUARDO CARVALLO, §
WOODROW CAULEY, JAMISON §
BENNETT CHAMBERS, DYLAN §
CHISM, ELOGE COFFY, JASON §
COLON, JOEL COLSON, CHARLES §
COOPER, ANGELA MICHELLE §
CRABTREE, ELEANOR CRANE, TOD §
CRISS, DIEUJUSTE DALUSMA, §
DIANNE DAMBROSIO, GERARD §
DESIRE, ALAN DEZAYAS, BOYCE §
DOROUGH, NESTOR M DUARTE, §
KRYSTAL DUNLAP, MARIA DURAN, §
KATHY DYKES, PATRICIA M §
EVANS, SHANE ELLIS EVANS, §
DAVID R FAGERQUIST, WALTER C §
FALTERMAYER, BRIAN FOLEY, §
ARTHUR FOREMAN, ANTHONY §
FOSTER JR, JULIE FRANKLIN, §
ROBERT ALLEN FRITZ JR, NELSON §
GARCIA SR, JOHN GATES, LINDA §
GLAZEBROOK, THOMAS D §
GNACINSKI, JIMMY GOLDBIRD, §
ROBERT WAYNE GRATKOWSKI, §
HARRY GRELLIA, JEFFREY E §
GRIER, JANE ANN GRUBER, §
CARLOS GUERRERO, HANK §
GUTHRE, LAURA HALL, JANE §
HANCOX, CHARLES HARRIS, DOUG §
HARVEY, JON HOFFMAN, JEFFREY §

IDLER, JOSHUA JARSONBECK, §
JESSE JOHNSON, EDOUARD R §
JOSEPH, JOE KOZEL, VIKTOR §
KRSTEVSKI, KATHRYN KUJAK, §
GEORGE LAMBERT, CHANGLAIS §
LANDEY, ANDREA LEBLANC, §
JIMMY LOPATINSKY, ERIC LOVE, §
CLINTON LUBY, DEBORAH LYMON, §
CHERYL MACKAY, KALEME §
MARCELLON, SAJI MATHEW, SAJI §
MATHEW, SAJI MATHEW, §
WILLIAM D MCINTOSH, WANDALIZ §
MILLAN, HILLARY MITCHELL, §
AGUSTIN MORALES, DAVID §
MORETTI, KENNETH NICHOLSON, §
JIMMIE PACE, RICHARD ALTON §
PILLSBURY, DEBRA PITTNER, §
BONNIE POOLE, TREMONISHA §
POWELL, JEREMY RAMEY, JASON §
RATTOFF, LENA REID, NICHOLAS §
RIGONI, FRANK RILEY, §
FRANCISCO RODRIGUEZ, LINDA §
ROWELL, KAZIMIERAS RUSAS, §
DANIEL SACK, JORGE E. §
SANDOVAL R, PHYLLIS SCALETTA, §
JULIAN SCARLETT, DENNIS §
SCHIAROLI, TRENTON R SEELAND, §
TAMMY SHANAFELT, RAMESEX §
SIMON, CECILIA SINK, MERRI §
SMALLEY, JAMES SPINO, WILLIAM §
STRINGER, GARY L TANNEHILL, §
MICHELLE MARIE TANSEY, §
WILLIE TARVER, RENATO TEPALE, §
CHRIS TRAPANI, JENNIFER §
UMSTEAD, HEATHER C VAN PELT, §
SERVANDO VELEZ, JOSE VERA, §
DEBORAH WESSELL, CINDY §
WHEEKER, JEFFREY WHITE, §
BOBBY WILLIAMS, JOHN P WREN, §
TREY HEIGLE, WILSON DRIVE LLC, §
CARL OLSEN, GULF COAST §
PRODUCTS AND BIODIESEL, LLC, §
FRACTIONAL REAL ESTATE §
ADVISORS, LLC, NATHAN GLICK §
ESTATE, NATHAN GLICK IB §
DEVELOPMENT, NATHAN GLICK §

OHIO HOLDINGS, LANE GLICK §
INDIVIDUALLY AND DBA L & L §
GLICK LIMITED PARTNERS, CHRIS §
HERD, GARY SOLLENBERGER, §
MICHAEL YODER, DEAUNN BLAIRE, §
PAUL KIRVIN, SERGIO BARRIOS, §
THOMAS BERRY JR, MANUEL §
CALTZONTZI, MARK CANFORA, §
FRACTIONAL REAL ESTATE §
ADVISORS, LLC, SHAWN CAWTHON, §
WANDA CAYLOR, LECIO DEPAULA §
INDIVIDUALLY AND DBA LECIO §
DEPAULA, ERIC GINGER, THELMA §
GLICK, CHRISTOPHER §
GREMILLON, VICTORIA HAAS, §
MYLES HARRIMAN, SHINING §
BOTTOMS DIVING SERVICE, LARRY §
HEMBREE, JAN HOBGOOD, JOHN §
JUERGENSEN REPRESENTATIVE OF §
THE ESTATE OF NATHAN GLICK, §
BRADLEY KLEIN, CHRISTOPHER §
LAFONT, TIMOTHY LAMB, §
MARGARET LAMB, LORENZO LEE, §
ZOS ON THE BEACH, JAMES §
MCGUIRK, FRANCO MICHELINI, §
F&H MARINE INC, ALEXANDER §
NICHOLS, BARNACLE BEATERS, §
DAVID NICHOLS ROY, DNR §
CONSULTING, MICHAEL RAND, §
MOLLY SCHAEFER, GARY §
SCOLLENBERGER, DENNIS SMITH, §
ARIEL STARR RIES, SALON DU §
SOLIEL MEDI SPA, MICHAEL TRAN, §
MATT TUMLIN, CHRISTINE §
VITELLO, CYNTHIA WOODALL, §
MICHAEL YODER, SAND DUNES §
INVESTMENT, JOHN JUERGENSEN §
REPRESENTATIVE OF NATHAN §
GLICK IB DEVELOPMENT AND §
OHIO HOLDINGS DEVELOPMENT, §
CHRIS HERD §
        *Plaintiff*s, §
                                                §
V.                                              §
                                                §
                                                §
BP EXPLORATION AND                              §

75

| | |
|---|---|
| PRODUCTION, INC., BP AMERICA | § |
| PRODUCTION COMPANY, BP | § |
| CORPORATION NORTH AMERICA, | § |
| INC., BP PLC, TRANSOCEAN | § |
| OFFSHORE DEEPWATER DRILLING, | § |
| INC., TRANSOCEAN HOLDINGS, LLC | § |
| TRANSOCEAN DEEPWATER, INC. | § |
| TRANSOCEAN LTD., TRITON ASSET | § |
| LEASING GMBH, HALLIBURTON | § |
| ENERGY SERVICES, AND SPERRY | § |
| DRILLING SERVICES, | § |
| | § |
| *Defendants.* | § |
| | § |
| | § |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ROYSTER CONSTRUCTION CO., INC., ET. AL. ("Plaintiffs"), complaining of and against BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICAN, INC., BP PRODUCTS NORTH AMERICA, INC., BP PLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN LTD., TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES and SPERRY DRILLING SERVICES, Defendants herein, and for cause of action, would respectfully show unto the Court as follows:

## I. PARTIES

1.    Plaintiffs, ROYSTER CONSTRUCTION CO., INC., ET. AL et al are individuals or businesses that have been impacted by the Oil Spill, with their primary residences and/or their principal places of businesses in the United States of America. (See Exhibit "A" - incorporated herein as if each named Plaintiff in this Exhibit was listed herein.)

2.    Plaintiffs may have already, or may in the future, submit a claim with the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as amended on May 2, 2012 (Rec. Doc. 6430-1 in 2:10-mc-2179).  Some Plaintiffs filed in this lawsuit are likely members of the *Deepwater Horizon* Economic and Property Damages Settlement Class (the "DWH Class").  Nevertheless, BP has disputed many Plaintiffs' statuses as a DWH Class Member.  Repeated attempts to clarify exactly which Plaintiffs were members of the DWH Class, by contacting the Administrators of the Class, have not been fruitful.  Furthermore, given the numerous appellate attacks on the very unconventional class, there is a substantial likelihood that the class settlement may be dissolved after the statute of limitations has run to file claims asserted in this pleading. Accordingly, out of an abundance of caution, Plaintiffs are filing this Action to protect and preserve their rights against the Defendants named in this Complaint.  If Plaintiffs are finally determined to be DWH Class Members, Plaintiffs will take appropriate action with respect to claims resolved on behalf of the DWH Class.

3.    Defendant, BP EXPLORATION & PRODUCTION, INC., ("BP Exploration") is a Delaware Corporation with its principal place of business in Warrenville, Illinois, but doing business in the State of Florida and throughout the United States.  BP Exploration was a lease holder, and the designated operator in the lease granted by the former