IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | Civil Action No. 2:10-MD-02179 |
| | SECTION: "J" |
| **This pleading applies to:** | JUDGE CARL BARBIER |
| **William Bruhmuller, *et. al.* v. BP Exploration & Production, Inc., *et. al.*, Civil Action No. 2:13-cv-97** | MAGISTRATE JUDGE JAY WILKINSON |

## NOTICE OF APPEAL

NOW COMES First National Bank, USA ("First National"), individually and on behalf of the Class pled in Civil Action No. 2:13-cv-97, together with the individuals and entities (unnamed putative class members) described below and listed in Exhibits 1 through 5 attached hereto (all parties filing this Notice of Appeal are hereafter referred to as "Plaintiffs-Appellants"), and file this Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (the "Order and Reasons") (Rec. Doc. No. 22003 in the record of MDL-2179) dated December 16, 2016, and aver as follows:

In the Order and Reasons, at p. 21, the Court decided that "[a]ll claims in [Civil Action] No. 13-97, including claims by First National, the other named plaintiffs, and the unnamed putative class members, will be dismissed."

Because (1) Civil Action No. 13-97 is a class action in which a class certification hearing was never held and no decision was ever made on class certification; and (2) the unnamed putative class members were never parties in the case below, the unnamed putative class

members are not subject to the district court's jurisdiction and are not bound by the district court's decision. Nevertheless, it is possible that the district court's statement that the "claims by…. the putative class members, will be dismissed" may significantly affect the rights of the putative class members whose names appear in Exhibits 1 through 5 attached hereto. Thus, these putative class members have standing to appeal and in an abundance of caution they hereby appeal from the Order and Reasons (Rec. Doc. No. 22003), together with the class representative, First National.

The Order and Reasons is a culmination of various orders/rulings issued by the district court prior to December 16, 2016, which are referenced in the Order and Reasons, and which are identified in the record of MDL-2179 as Rec. Doc. Nos. 16050; 18659; 18724; 20992; 20996 and 22003. All Plaintiffs-Appellants hereby also appeal from all these orders/rulings made by the district court, which led up to the decision made in the Order and Reasons described above.

Dated: January 12, 2017  Respectfully submitted:

| | |
|---|---|
| */s/* Camilo K. Salas III<br>Camilo K. Salas III (Louisiana Bar #11657)<br>SALAS & Co., L.C.<br>650 Poydras Street, Suite 2000<br>New Orleans, Louisiana 70130<br>Telephone: (504) 799-3080<br>Facsimile: (504) 799-3085<br>E-Mail:  csalas@salaslaw.com<br>***Counsel for Plaintiffs-Appellants*** | */s/* Salvadore Christina<br>Salvador Christina (Louisiana Bar No. 27198)<br>Becnel Law Firm, LLC<br>425 W. Airline Hwy., Suite B<br>LaPlace, Louisiana 70064<br>Telephone: (985) 536-1186<br>Facsimile: (985) 536-6445<br>E-Mail: schristina@becnellaw.com<br>***Counsel for Plaintiffs-Appellants*** |
| */s/* Professor P. Tim Howard<br>Professor P. Tim Howard (Florida Bar No. 655325)<br>Howard & Associates, Attorneys At Law, P.A.<br>8511 Bull Headley Road, Suite 405<br>Tallahassee, Florida 32312<br>Telephone: (850) 298-4455<br>Facsimile: (850) 216-2537<br>E-Mail:  tim@howardjustice.com<br>***Counsel for Plaintiffs-Appellants*** | */s/* Samuel T. Adams<br>Samuel T. Adams  (Florida Bar No. 160184)<br>460 Grace Avenue<br>Post Office Box 191<br>Panama City, Florida 32402-0191<br>Telephone: (850) 785-3469<br>Facsimile: (850) 640-1562<br>E-Mail:  tom@samueltadams.com<br>***Counsel for Plaintiffs-Appellants*** |

| | |
|---|---|
| */s/* Paul A. Dominick<br>Paul A. Dominick  (Fed. I.D. No. 577)<br>Nexsen Pruet, L.C.<br>205 King Street, Suite 400<br>Post Office Box 486 (29401)<br>Charleston, South Carolina 29402<br>Telephone: (843) 577-9440<br>Facsimile: (843) 720-1777<br>E-Mail:  pdominick@nexsenpruet.com<br>***Counsel for Plaintiffs-Appellants*** | */s/* Douglas S. Lyons<br>Douglas S. Lyons  (Florida Bar No. 12827)<br>Lyons and Farrar, P.A.<br>325 North Calhoun Street<br>Tallahassee, Florida 32301<br>Telephone:  (850) 222-8811<br>Facsimile: (850) 222-5583<br>E-Mail: doug.lyons@lyonsandfarrar.com<br>***Counsel for Plaintiffs-Appellants*** |
| */s/* Brent W. Coon<br>Brent W. Coon<br>Brent Coon & Associates, P.C.<br>215 Orleans Street<br>Beaumont, Texas 77701<br>Telephone: (409) 835-2666<br>Facsimile: (409) 790-0505<br>E-Mail: Brent@bcoonlaw.com<br>***Counsel for Plaintiffs-Appellants*** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of January, 2017.

*/s/* Salvadore Christina
SALVADORE CHRISTINA