EXHIBIT 1.
PUTATIVE CLASS MEMBERS
REPRESENTED BY THE BECNEL LAW FIRM, LLC

1. FRIENDS AND COMPANY
2. LOUISIANA OIL WORKS
3. JAMES CANNELLA
4. ROGER AND PATSY PIERRON