# EXHIBIT 3

## PUTATIVE CLASS MEMBERS/APPELLANTS REPRESENTED BY NEXSEN PRUET, L.C.

| Last Name | First Name | State Domiciled | Claim No. | Position |
|---|---|---|---|---|
| ANDERSON | CALVIN | Mississippi | GCCF - 3182641 | Hotel Worker |
| BROWN | TERRY | Mississippi | GCCF - 1022471 | Casino Worker |
| DOBSON-AYODELE | JOHNETH | Mississippi | GCCF - 3131674, BPCP - 1059757-01 | Casino Worker |
| DUPRE | AUSTIN | Louisiana | GCCF - 3179270 | Welder |
| FLOYD | ALBERTA | Mississippi | BPCP Claim filed 1/17/13 | Casino Worker |
| PRUITT | AMANDA | Mississippi | BPCP Claim filed 1/20/13 | Casino Worker |
| STERLING | TJ | Mississippi | BPCP Claim filed 2/1/13 | Casino Worker |
| THORNTON | KAYLEIGH | Mississippi | BPCP Claim filed 1/20/13 | Casino |
| VO | KEVIN | Mississippi | BPCP Claim filed 1/28/13 | Casino Worker |
| WALDROP | TONI | Mississippi | GCCF - 1023868; BPCP Claim filed 1/28/13 | Casino Worker |
| WASHINGTON | ROBERT | Alabama | GCCF - 3177701 | welder |
| WEBB, JR | CLARENCE | Mississippi | GCCF - 3131314, BPCP - 1006395-01 | Casino Worker |
| WILLIAMS | DERRICK | Mississippi | GCCF - 3580497 | Casino/Cleanup |
| ZINIMON-BRYANT | CELESTE | Mississippi | GCCF - 3083119, BPCP - 1101328-01 | Casino Worker |