# EXHIBIT 4
## PUTATIVE CLASS MEMBERS – APPELLANTS REPRESENTED BY LYONS & FARRAR, P.A., THE LAW OFFICES OF SAMUEL T. ADAMS, and HOWARD AND ASSOCIATES

1. AJ's Specialty Inc.
2. Avery, Burton
3. Avondale
4. Ayotte, Michelle
5. Baldwin, Richard
6. Barrack, Everette
7. Beck, Tony
8. Bertella-Buxton, Maria
9. Bolt, Gary
10. Brown, Tony
11. Burke, Dennis
12. Captain's Cove Marina, LLC.
13. Carefree Pool & Spa Services
14. Carter, Vionaka
15. Celtae, LLC.
16. Clean Cut Lawn Care
17. Conrad, Vic
18. Construction Resources, LLC.
19. Creamer, Audrea
20. Creamer, Herman
21. Creamer, Robert
22. Cropper, Tolan
23. Crum, Nicole
24. Dang, Liet
25. Davis, Fonda
26. Dean, Angie
27. Dean, Charles
28. Dean, Ronnie
29. Emanuel, John
30. Emerald Coast Rental Services, Inc.
31. Fisher, James E.
32. Foley, Michael
33. Garrett, Jr., Bobby
34. Garrett, Bobby
35. Get R Done Cleaning
36. Gleaming Cleaning

37. Griswold, Donald
38. Gulf Framers, Inc.
39. H&H Enterprises of PC BCH LLC
40. Hall, Jerome
41. Hall, Jerry
42. Harris, Michael W.
43. Hartman, David
44. Hartsfield, Takevia
45. Helmer, Ronald
46. Hollingsworth, Alex
47. Holzschuh, Susan
48. Hudgins, Nicolas
49. Huffman, Stuart
50. Hylan, John
51. JEM PC Beach, LLC.
52. Jensen, Paul
53. Johnson, Pat
54. Johnson, Robert
55. Kilpatrick, William
56. Lawrenson, Lisa
57. L & L Coastal Development, LLC.
58. LeBlanc, Richard
59. Lee, Robert
60. Logistic Services of Alabama, LLC.
61. Long, Nicholas
62. Marine System Sales, LLC
63. Martin Theatre, Inc.
64. Matthews, Michael
65. McCoy, John
66. McCoy, Kent
67. McNeil, Jimmy
68. McNutt, Steven
69. Mendeiros, Shannon
70. Mindwaves Hypnosis, LLC.
71. Moore, Edward
72. Moore, Gerry
73. Moore, Nathan
74. Morgan, Anne
75. Moroney, Steven
76. Nance, Carl
77. Neal, Myron

78. Necaise, Rodney
79. Norman, Christina
80. Owens, Phillip
81. Paris, Matthew
82. Performance Muffler and Brake
83. Porter, Richard
84. Prince, Terry
85. Proctor, Steven
86. Redi II, LLC.
87. Roberts, Carl
88. Robinson, Angela
89. Roulhac, Dexter
90. Royster, Maxima
91. Russo, Michelle
92. Sanders, Tracy
93. Schneider, Dell
94. Sharp, Thomas
95. Shivers, Stephen L. Jr.
96. Skiba, Timothy
97. Smith, Brenda
98. Smith, James
99. Santos, Joshua
100. Spell, Kyle
101. Stegemann, Russell
102. Sunshine State Partners, L.L.C.
103. Thompson, Edward
104. Tully, Marcia
105. Vickie's Diner, Inc.
106. Villa Toscano
107. Villareal, Javier
108. Wallace, Daryl
109. Ware, Dana
110. Whiddon, Craig
111. Wilson, Linda
112. Wine Bait & Nails LLC.
113. World Six, Inc.
114. Leigh Wright Interior
115. Xact Accounting, LLC
116. Yountz, Robert