# EXHIBIT 5
## PUTATIVE CLASS MEMBERS – APPELLANTS REPRESENTED BY BRENT COON & ASSOCIATES

1. PHUC VAN PHAM
2. ROCKY TAO NGUYEN
3. TRELLIS BURTON
4. FORTUNE 21 INC; AND NICK DAHAB