UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION J |
| This Document Relates to:<br>*Pleading Bundle B1* | ) ) ) ) | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| SMI Steel, LLC<br><br>              Plaintiff<br><br>vs.<br><br>BP Exploration & Production, Inc. and BP America Production Company<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | <br><br>CASE NO. 2:16-cv-13366<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### PLAINTIFF'S MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING THE CLAIMS OF SMI STEEL, LLC

NOW COMES PLAINTIFF, SMI Steel, LLC through undersigned counsel, who files this Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing Plaintiff with prejudice, pursuant to Rule 59(e) and Rule 60(b), Fed. R. Civ. P.

### MOTION

Plaintiff suggests reconsideration, and/or modification of the Court's December 16, 2016, Order is warranted, because penalties less severe than dismissal are available for the *de minimus* delay in filing an individual complaint, and Plaintiff contends that it did not violate the Court's order, and certainly did not intentionally violate any order, and any delay did not cause any

1

prejudice to the defendant or the Court. An accompanying memorandum shall set forth in greater detail the facts and law that should be applied in these circumstances.

WHEREFORE, Plaintiff respectfully moves this Honorable Court to reverse its order of December 16, 2016 and reinstate its case for adjudication upon the merits.

Date:  January 13, 2017

>**/s/  Allison W. Smalley**
**Allison W. Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aws@cunninghambounds.com

>Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

>**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

>**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com