IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| | * | |
| *Case No.*   2:16-cv-06329 | * | |

**PLAINTIFFS' FIRST AMENDED MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016, DISMISSING THE CLAIMS OF DANIEL K. CHANG, JULIA CHANG, AVERY INVESTMENTS, LLC, HILLTOP INVESTMENTS, LLC, MAGNOLIA PROFFESSIONAL CENTER, LLC, OLD SPANISH FARM, LLC, AND JULVANA, LLC**

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm Plaintiffs First Amended Motion to File Under Seal Plaintiffs' First Amended Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Change, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC.

**MOTION**

Daniel K. Change, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC.  Plaintiffs suggest reconsideration, and/or modification of the Court's December 16, 2016 Order is warranted because Daniel K. Change, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC,  Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC. Additionally, penalties less severe than dismissal are available in the event the Court finds that Daniel K. Change, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC.did inadvertently violate PTO 60.  An accompanying

memorandum shall set forth in greater detail the facts and law that should be applied in these circumstances.

## EXHIBITS

The following exhibits are relied upon herein and in the memorandum supporting this motion:

>    Exhibit A:  OPA Presentment
>
>    Exhibit B:   PTO 60 Complaint for Plaintiffs
>
>    Exhibit C:   PTO 60 First Amended Complaint for Plaintiffs
>
>    Exhibit D:  Plaintiffs Memorandum in support of motion for reconsideration with respect to the claims of Chapel Hill, et al, filed by Mssrs, Paul Sterbcow and Jimmy Williamson)

## PRAYER

WHEREFORE PREMISES CONSIDERED, BCA and DANIEL K. CHANG, JULIA CHANG, AVERY INVESTMENTS, LLC, HILLTOP INVESTMENTS, LLC, MAGNOLIA PROFFESSIONAL CENTER, LLC, OLD SPANISH FARM, LLC, AND JULVANA, LLC Plaintiffs respectfully request that the claims by be reinstated and allowed to stand in a constitutional manner as co-joined plaintiffs who are overlapping factual and legal issues, or alternatively, that they be allowed a reasonable time to go back and file complete individual complaints and for any other relief to which they may show themselves to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on January 16, 2017, upon:

Respectfully submitted,

<u>/s/ Brent W. Coon</u>
*Attorney for BCA Clients*