IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| | * | |
| *Case No.   2:16-cv-06329* | * | |

**PLAINTIFFS' FIRST AMENDED MOTION TO FILE UNDER SEAL PLAINTIFFS' FIRST AMENDED MEMORANDUM IN SUPPORT OF THEIR FIRST AMENDED MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016, DISMISSING THE CLAIMS OF DANIEL K. CHANG, JULIA CHANG, AVERY INVESTMENTS, LLC, HILLTOP INVESTMENTS, LLC, MAGNOLIA PROFFESSIONAL CENTER, LLC, OLD SPANISH FARM, LLC, AND JULVANA, LLC**

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm Plaintiffs First Amended Motion to File Under Seal Plaintiffs' First Amended Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC.

**MOTION**

Pursuant to Local Rule 5.6, Plaintiffs move this Court to issue an order sealing portions of Plaintiffs' First Amended Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC. Sealing this Response is necessary because the response includes information concerning prior Orders issued by this Court which are sealed.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on January 16, 2017, upon:

                                        Respectfully submitted,

                                        <u>/s/ Brent W. Coon</u>
                                        *Attorney for BCA Clients*