IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Case No. 2:16-cv-06329 | * | * |

**<u>ORDER</u>**

This matter comes before the Court on Plaintiffs First Amended Motion to File Under Seal Plaintiffs' First Amended Motion For Reconsideration with Respect to the Court's Order on December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investements, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, And Julvana, LLC.

. Upon consideration of Plaintiffs' First Amended Motion, and the entire record of the case is hereby ORDERED that the Motion be GRANTED.

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana