# EXHIBIT A

Claimant Name: Chang  Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▇▇▇▇▇/1974   ▇▇▇▇▇-1595



# BP Claims Program - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

**INTRODUCTION & INSTRUCTIONS:**

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity - Individuals
- Lost Profits or Impairment of Earning Capacity - Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk (*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



Claimant Name: Chang, Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ████-1974   ████-1595

additional space to answer questions, you may attach extra pages to this form. Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ?   [X]

Interim Payment/Settlement ?   [ ]

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

1. **Claimant Information (Mandatory for all Claimants)** - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.

2. [ ] **Property Damage** - Complete Section II only if you are asserting a claim for damage to real or personal property.

3. [X] **Loss of Profits or Impairment of Earning Capacity (Individuals)** - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

4. [ ] **Loss of Profits or Impairment of Earning Capacity (Businesses)** - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

5. [ ] **Removal Costs** - Complete Section V only if you are asserting a claim for removal costs.

6. [ ] **Subsistence Use** - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to ~~~~~~~~~~~~~~~~~, or fax it to us at 1-866-542-4785. Please keep a copy of this form and your attached documentation for your records.

I.   **Claimant Information**

*Sections I is to be completed by all Claimants. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.*

   A.   **Opt Out Claimants** *[You must complete this Section if you are a member of the Settlement Class.]*



Claimant Name: Chang                           Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ████████ /974    ████████ -/595

1. If you are a Settlement Class Member ~~~~~~~~~~~~~~, have you filed the appropriate written request to "opt out" of the Settlement Class?  ☒ Yes    ☐ No

## DOCUMENTS ATTACHED

Please attach a copy of the written request to opt out from the Settlement Class. If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

_____

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, ~~~. You are not eligible to file a claim with the BP Claims Program. Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

### B.  Attorney Representation

Are you represented by an attorney?   ☐ Yes    ☒ No

[You must *complete this Section if you are represented by an Attorney. If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise. An attorney consent form allowing us to communicate directly with you is available at* ~~~~~~~~~~~.

1. Attorney Name: Not Represented by Attorney
   Last                                    First                               Middle Initial

2. Law Firm Name: _____

3. Law Firm Address: N/A
   Street

   City                              State        Zip Code

   Parish or County                  Country

4. Attorney Phone: N/A
   Numbers Only

5. Attorney Email Address: _____

### C.  Individual Claimants  [Complete this Section only if you are an individual. If you are a business claimant, skip this Subsection C and proceed to Subsection D below. However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below].



Claimant Name: Chang                     Daniel K. & Julia W.

Claimant SSN, TIN or EIN: [REDACTED]-1974   [REDACTED]-1595

1. Name: Chang / Daniel K. & Julia W.
   - Last / First / Middle Initial

2. Current Address: 2582 Hampton Lane
   - Street
   - City: Biloxi
   - State: MS
   - Zip Code: 39531
   - Parish or County: Harrison
   - Country: USA

3. Home Phone: 228-967-7042

4. Cell Phone: 228-~~967-7208~~  697-7089

5. Email Address: changproperties@gmail.com

6. Date of Birth: [REDACTED]
   - MM/DD/YYYY

7. Social Security Number: [REDACTED]-1974   [REDACTED]-1595
   OR
   Individual Taxpayer Identification Number:

8. Other Name Used (Maiden Name, Previous Married Name(s), Aliases): None

9. Current Employer: Self
   - Employer Name
   - Street: 2582 Hampton Lane
   - City: Biloxi
   - State: MS
   - Zip Code: 39531
   - Parish or County: Harrison
   - Country: USA

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

Other/Previous Employer: None
- Employer Name
- Street
- City
- State
- Zip Code
- Parish or County
- Country

Page 4 of 20



Claimant Name: Chang                    Daniel K. & Julia W.

Claimant SSN, TIN or EIN: █████-1974        █████-15-95

_____
Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10. Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?   ☒ Yes    ◯ No    **MR CHANG WAS PRESIDENT OF CLS INVESTMENTS, INC.**

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):
Bus. Claim - CLS Investments, Inc.  Claim #3399516

Did you receive a payment from BP, the GCCF, or the NPFC?   ☒ Yes   ◯ No

If yes, please provide the amount(s) and source(s) of each payment you received:

Transition Coordinator Initial Payment $535,800.00
Deepwater Horizon Claims Center $414,200.00

### D. Business Claimants [Complete this Section only if you are a business.]

1. Name of Business: N/A

2. Type of Business: _____

3. Business Address: _____
   Street

   City _____  State ___  Zip Code ___

   Parish or County _____  Country _____

4. Business Phone: _____

5. Website Address: _____

6. Other Business Name: _____

7. Name of Business on Federal Income Tax Return: _____

8. Employer Identification Number (EIN): _____
   OR
   If EIN is also Your Social Security Number: _____

Claimant Name: Chang          Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▇▇▇▇-1974    ▇▇▇▇-1595



9. Date and Place Founded/Incorporated: _____

10. Person Authorized To Act on Behalf The Business:
    Last _____   First _____
    Middle _____

11. Title of Authorized Representative: _____

12. Home Address of Authorized Representative:

    (If Different From Business Address)
    Street _____
    City _____   State _____   Zip Code _____
    Parish or County _____   Country _____

13. Authorized Representative's Phone: _____

14. Authorized Representative's Cell Phone: _____

15. Authorized Representative's Email Address: _____

16. Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?   ○ Yes    ○ No

    If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim Number(s): _____

    Did you receive a payment from BP, the GCCF, or the NPFC?   ○ Yes    ○ No

    If yes, please provide the amount(s) and source(s) of each payment you received:



Claimant Name: Chang    Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▮▮▮-1974    ▮▮▮-1595



## II. Property Damage Claims

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. Address Where Property Damage Took Place: N/A
   Street

   City    State    Zip Code

   Parish or County

2. Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

3. Explain your interest in the real or personal property:  Owner ☐ ; Lease ☐ ; Other ☐

4. If you answered "Other" to question 3, please explain:

5. How much are you claiming for the damage to real property? $

6. How did you arrive at this figure?

7. How much are you claiming for the damage to personal property? $

8. How did you arrive at this figure?

9. Please list witnesses who have personal knowledge of the damage that occurred:
   Witness Name:
   Last    First

   Middle Initial

Page 7 of 20

Claimant Name: Chang          Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▮▮▮▮ 1974    ▮▮▮▮ -15-95

Address:

_____
Street

_____   _____  _____
City                             State    Zip Code

_____   _____
Parish or County                 Country

Home Phone: _____    Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

Witness Name:

_____   _____
Last                          First

_____
Middle Initial

Address:

_____
Street

_____   _____  _____
City                             State    Zip Code

_____   _____
Parish or County                 Country

Home Phone: _____    Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

10. Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

11. Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):
- Photographs of the property before and after the alleged damage
- Your calculations and methods for assessing the claim amount
- Receipts, invoices, estimates or contracts for the work needed or repairs performed



Claimant Name: Chang          Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▇▇▇▇-1974     ▇▇▇▇-1595



- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

### III. Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. Were you employed at the time of the Spill?

   Yes, by an employer ☐     Yes, self-employed ☒     No ☐

2. If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

   Self - Real Estate Investment and Mgt.
   *Employer Name or Self-Employed Business Name*

   2582 Hampton Lane
   *Street*

   Biloxi                     MS        39531
   *City*                     *State*   *Zip Code*

   Harrison                             USA
   *Parish or County*                   *Country*

   _____
   Employer Identification Number (EIN) *(from your W-2 or 1099 Form)*

   Dates of Employment: Full

   Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:
   N/A

3. Describe your occupation (including job title, if applicable) at the time of the Spill:

   Real Estate Investment and Management

4. Provide a description of how the Spill affected your profits or impaired your earning capacity:

   It devastated the real estate mkt. on the MS Gulf Coast long term for beach front property



Claimant Name: Chang                    Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▮▮▮▮-1974    ▮▮▮▮-1595

5. How much are you claiming for lost profits or impairment of earning capacity? $ 2,187,078

6. How did you arrive at this figure?

Through a full accounting of lost profits and or impairment of earning capacity.

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

A full explanation is provided in the Claim Narrative and Documentation.

8. Did you receive any payments from the VoO program or from participation in any other response or removal activity?    ◯ Yes   ☒ No

If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9. Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):



Claimant Name: Chang                    Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▮▮▮▮-1974    ▮▮▮▮-1595

- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

## IV. Loss of Profits or Impairments of Earning Capacity (Businesses)

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. Name of Business:    N/A

2. Describe the nature of business as of April 20, 2010:

3. State the sources of income or types of customers for the business as of April 20, 2010:

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

6. How much are you claiming for lost profits or impairment of earning capacity?
$ _____

Claimant Name: Chang          Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▇▇▇▇-1974    ▇▇▇▇-1595

7. How did you arrive at this amount?

8. Provide a description of the alleged loss the business has sustained:

9. Describe how you believe the losses were caused by the Spill:

10. Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill?   ◯ Yes    ◯ No

11. Did the business receive any payments from the VoO program or from participation in any other response or removal activity?   ◯ Yes    ◯ No

If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |



Claimant Name: Chang            Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ████████-1974        ████████-1595

---

12. Provide the business address where the loss occurred:

_____
Street

_____     _____    _____
City                                          State     Zip Code

_____     _____
Parish or County                              Country

13. Provide the North American Industry Classification System (NAICS) Code of this business: _____

14. Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):
- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program



Claimant Name: Chang                    Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▮▮▮▮-1974      ▮▮▮▮-1595



## V. Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. Address Where Removal or Cleanup Took Place:

   Street: N/A

   City: _____  State: _____  Zip Code: _____

   Parish or County: _____

2. Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

   Yes ☐   Date of Approval _____   No ☐

3. Provide a description of the Removal and Cleanup Action taken. If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

4. How much are you claiming for Removal and Cleanup costs? $ _____

5. How did you arrive at this figure?

6. Please provide the following documentation in support of the Removal and Cleanup Action taken (a representative of the BP Claims Program will contact you if additional documentation is needed):
   - Evidence of approval by the FOSC
   - Your calculations and methods for assessing the claim amount
   - Receipts, invoices and contracts for the work performed



Claimant Name: Chang       Daniel K. & Julia W.

Claimant SSN, TIN or EIN:  █████-1974    ████████-1595

- Usage logs for equipment and craft used, including policies and rates charged
- Payroll logs and compensation and reimbursement policies for employees who participated
- Activity logs describing the work performed by each employee
- Signed disposal manifests and proof of payment for disposal

## VI.     Subsistence Use of Claims

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources. Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed. Commercial hunting or fishing also is not included in Subsistence Use. If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. Is your Subsistence Use claim based on hunting and/or fishing losses?     Hunting ☐       Fishing ☐

2. List the species of game or seafood that you hunted and/or fished for Subsistence Use:

3. Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

4. Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :



Claimant Name: Chang                    Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▓▓▓▓▓-1974     ▓▓▓▓▓-1595

5. Describe the equipment and methods you used to hunt and/or fish:

6. For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill? List each family member along with their relationship to you:

7. Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

8. Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

9. Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

10. How much are you claiming for Subsistence Use? $

11. How did you arrive at this figure?



Claimant Name: Chang, Daniel K. & Julia W.

Claimant SSN, TIN or EIN: ▮▮▮-▮▮-1974    ▮▮▮-▮▮-1595



12. Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):
- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

## VII. Signature

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: *[signed]*    Date: 4/16/13
Month/Day/Year

Print Name: Daniel K. Chang    Julia W. Chang

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.

