UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC. EASTERN RESEARCH GROUP, INC.; BP PLC, ETC. | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE OF COURT TO FILE
JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, EMERGENCY RESPONSE GROUP, who files this Motion for Leave of Court to File Joint Motion to Substitute Counsel of Record for the following reason:

Now into Court, through undersigned Counsel, comes Defendant, EMERGENCY RESPONSE GROUP, who respectfully requests Leave of Court to file this Joint Motion to Substitute Counsel of Record.  Defendant, EMERGENCY RESPONSE GROUP

represents that the filing of this Joint Motion to Substitute Counsel of Record will not impede any deadlines or cut-off dates, including a trial date, in this matter.

**WHEREFORE**, Defendant, EMERGENCY RESPONSE GROUP respectfully requests and urges this Court to grant this Motion for Leave to file the attached Joint Motion to Substitute Counsel of Record.

Respectfully submitted,

| **PUGH ACCARDO** | **BROWN SIMS** |
|---|---|
| /s/ *Timothy B. Guillory* | /s/ *Christy L. Johnson* |
| Timothy B. Guillory | Jonathan A. Tweedy |
| Louisiana Bar No. 19603 | Louisiana Bar No. 31997 |
| 112 Innwood Dr. | Christy L. Johnson |
| Suite B | Louisiana Bar No. 32877 |
| Covington, LA 70433 | 1100 Poydras Street, 39th Floor |
| Telephone: (985) 246-2306 | New Orleans, Louisiana 70163 |
| Email: tguillory@pugh-law.com | Telephone: (504) 569-1007 |
| | Facsimile: (504) 569-9255 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2017, I electronically filed the foregoing Witness and Exhibit Lists with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Christy L. Johnson*
_____
CHRISTY L. JOHNSON