UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC. EASTERN RESEARCH GROUP, INC.; BP PLC, ETC. | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER SUBSTITUTING COUNSEL OF RECORD**

Considering the foregoing Motion for Leave to file Joint Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Leave of Court to File the Joint Motion to Substitute Counsel of Record on behalf of Defendant, EMERGENCY RESPONSE GROUP, is hereby **GRANTED**.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2017.

_____
DISTRICT JUDGE