UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC. EASTERN RESEARCH GROUP, INC.; BP PLC, ETC. | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, EMERGENCY RESPONSE GROUP, who moves to substitute Jonathan A. Tweedy (La Bar No. 31997) and Christy L. Johnson (La. Bar No. 32877) of the law firm Brown Sims, 1100 Poydras Street, 39th Floor, New Orleans, Louisiana 70163 as attorneys of record to be noticed for Defendant, EMERGENCY RESPONSE GROUP in the above-captioned matter, in place of its present attorney of record, Timothy B. Guillory, Esq. as he is no longer with the law firm of Brown Sims.

WHEREFORE, Defendant, EMERGENCY RESPONSE GROUP, respectfully requests that their Joint Motion to Substitute Counsel of Record be granted.

Respectfully submitted,

| **PUGH ACCARDO** | **BROWN SIMS** |
|---|---|
| /s/ Timothy B. Guillory | /s/ Christy L. Johnson |
| Timothy B. Guillory | Jonathan A. Tweedy |
| Louisiana Bar No. 19603 | Louisiana Bar No. 31997 |
| 112 Innwood Dr. | Christy L. Johnson |
| Suite B | Louisiana Bar No. 32877 |
| Covington, LA 70433 | 1100 Poydras Street, 39th Floor |
| Telephone: (985) 246-2306 | New Orleans, Louisiana 70163 |
| Email: tguillory@pugh-law.com | Telephone: (504) 569-1007 |
| | Facsimile: (504) 569-9255 |

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2017, I electronically filed the foregoing Witness and Exhibit Lists with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Christy L. Johnson

CHRISTY L. JOHNSON