UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC. EASTERN RESEARCH GROUP, INC.; BP PLC, ETC. | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER SUBSTITUTING COUNSEL OF RECORD

Upon consideration of Defendant, EMERGENCY RESPONSE GROUP'S Joint Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED**, that Jonathan A. Tweedy (La Bar No. 31997) and Christy L. Johnson (La. Bar No. 32877) are substituted as counsels of record and lead attorneys to be noticed for Defendant, EMERGENCY RESPONSE GROUP in the place of Timothy B. Guillory, who is hereby withdrawn as counsel of record.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
DISTRICT JUDGE