UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: 10-cv-08888 [Rec Doc. 57007], 10-cv-02543 | ) ) ) | MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION FOR RELIEF FROM PROTECTIVE ORDER

**NOW INTO COURT,** through undersigned counsel, comes John Wunstell, Jr. ("Plaintiff"), who brings this renewed request of the previously filed Unopposed Motion for Relief from Protective Order [Doc 15641] which is now ripe for consideration. Plaintiff requests that he be allowed to dispose of his shrimping vessel *F/V Ramie's Wish*, which remains contaminated with oil and dispersant chemicals due to the vessel's participation in the *In Situ Burn Team* during the BP's Vessel's of Opportunity Program. The vessel has been inspected by the parties on multiple occasions, and Defendants will not be prejudiced by its disposal.

After further communications between undersigned counsel and counsel for the Responder Defendants on December 5, 2016, there is no opposition to the Motion for Relief.[1]

WHEREFORE, Plaintiff prays that this Honorable Court issue an Order excusing him of the duty to preserve his vessel.

---

[1] The December 5, 2016 email communications are attached hereto as Exhibit A.

Respectfully Submitted,

S/SOREN E. GISLESON, ESQ.
**STEPHEN J. HERMAN – #23129**
**SOREN E. GISLESON – #26302**
**AARON AHLQUIST - #29063**
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing UNOPPOSED MOTION FOR RELIEF FROM PROTECTIVE ORDER, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2017.

S/Soren E. Gisleson
**SOREN E. GISLESON**