**From:** Sylvia Simson
**To:** Steve Herman; Mike Lyle
**Cc:** Don K Haycraft; Jim Klick; Soren Gisleson; Aaron Ahlquist; Jessica C. Quin
**Subject:** RE: BP Oil - Winnie Wunstell - Motion to Dispose Vessel
**Date:** Monday, December 5, 2016 6:09:56 PM

Steve, hope all is well.  The motion is no longer opposed by our client, so we are fine with you making that representation to the Court.

All the best,
Sylvia

**Sylvia Simson**
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7378 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
sylviasimson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Steve Herman [mailto:SHERMAN@hhklawfirm.com]
**Sent:** Monday, December 05, 2016 6:24 PM
**To:** Sylvia Simson <sylviasimson@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>
**Cc:** Don K Haycraft <dkhaycraft@liskow.com>; Jim Klick <JKLICK@hhklawfirm.com>; Soren Gisleson <SGISLESON@hhklawfirm.com>; Aaron Ahlquist <aahlquist@hhklawfirm.com>; Jessica C. Quin <Jchauvin@hhklawfirm.com>
**Subject:** BP Oil - Winnie Wunstell - Motion to Dispose Vessel

Hey Mike and Sylvia.  I hope things are well.  Aaron recently brought his November 7th e-mail to my attention, (see "Exhibit B", attached).  Since it's been a year now without any effort to schedule or conduct a further inspection the vessel, can we please represent to the Court that our previously filed Motion to Dispose vessel is unopposed?  Thanks, and best wishes, - Steve

Stephen J. Herman, Esq.
Herman Herman & Katz LLP
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com
To see what's new in Class Actions / BP Oil Spill Lit. /
Legal Ethics & Professionalism / Product Liability / ERISA /
Visit: www.gravierhouse.com



EXHIBIT
A