UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATED TO:<br>10-cv-08888 [Rec Doc. 57007], 10-cv-02543 | ) ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering Plaintiff's foregoing *Unopposed Motion for Relief from Protective Order,*

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that PLAINTIFF, JOHN WUNSTELL, JR., is hereby granted relief from Protective Order Requirement of PTO No. 1, and he is hereby authorized to dispose of his vessel, *F/V Ramie's Wish*, as he sees fit.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE