UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| No. 12-970, <u>Bon Secour Fisheries, Inc. et al.</u> <u>v. BP Exploration & Production Inc. et al</u>. | |

## **ORDER ON MOTION**

APPEARANCES:   None (on the briefs)

MOTION:   Motion of DHECC to Examine Judgment Debtor, Wardell Parker, Record Doc. No. 21800; Judgment Debtor Examination

O R D E R E D:

 XXX : CONTINUED. At the request of counsel for the Deepwater Horizon Economic Claims Center, Justin Chopin, and upon being advised that counsel for the judgment debtor, who is represented by Ron Austin, has no objection, the judgment debtor examination, currently set for January 18, 2017, is continued to **February 1, 2017 at 11:00 a.m.** before me.

New Orleans, Louisiana, this ___17th___ day of January, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE