UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| Commercial Metals Company, AHT, Inc., CMC Steel Fabricators, Inc., SMI Steel, LLC; Case No. 2:16-cv-06259 | ) ) ) ) | MAG. JUDGE SUSHAN |

## NOTICE OF APPEAL

Come now Plaintiffs Commercial Metals Company, AHT, Inc., CMC Steel Fabricators, Inc., and SMI Steel, LLC and file this Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (the "Order and Reasons") (Rec. Doc. No. 22003 in the record of MDL-2179) dated December 16, 2016, dismissing their claims.

Date: January 13, 2017

/s/ Allison W. Smalley
**Allison W. Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031
E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031
E-mail: rtc@cunninghambounds.com

1

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031
E-mail: sco@cunninghambounds.com