UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| | ) ) | JUDGE BARBIER |
| This Document Relates to: | ) ) | MAG. JUDGE SHUSHAN |
| SMI Steel, LLC vs. BP Exploration & Production, Inc. and BP America Production Company; Case No. 2:16-cv-13366 | ) ) ) | |

### NOTICE OF APPEAL

Comes now Plaintiff SMI Steel, LLC and files this Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (the "Order and Reasons") (Rec. Doc. No. 22003 in the record of MDL-2179) dated December 16, 2016, dismissing its claims.

Date: January 13, 2017

/s/ Allison W. Smalley
**Allison W. Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031
E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031
E-mail: rtc@cunninghambounds.com

1

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com