**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| 2:16cv4122; 2:16cv4123; | § | JUDGE BARBIER |
| 2:16cv4124; and 2:16cv4151 | § | MAG. JUDGE WILKINSON |

**PLAINTIFFS' SUPPLEMENTAL MOTION FOR RECONSIDERATION**
**OF ORDER & REASONS [DOC 22003], SPECIFICALLY AS IT APPLIES**
**TO 2:16CV4122; 2:16CV4123; 2:16CV4124; and 2:16CV4151**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs in Cause Numbers 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 (hereinafter referred to as WGTT Class Actions), and asks the Court to reconsider its rulings as it applies to the above-referenced class actions, and in supplemental support thereof would show as follows:

Plaintiffs would further show they have already filed a Motion for Reconsideration timely[Doc 22034 on 12/22/2016], but would incorporate Rule 59(e) and Rule 60(b)(6) into their previously filed Motion. Pursuant to Rule 59(e) and Rule 60(b)(6), Plaintiffs would show that there is no evidence of delay or contumacious conduct by these Plaintiffs, nor is a dismissal with prejudice warranted. In fact, a dismissal would be manifestly unjust.

WHEREFORE, Plaintiffs pray that the Court reconsider its Order & Reasons [Doc 22003], and allow these Plaintiffs to either continue to move forward either on their individual claims that have been on file since 2013, and/or at the very least on a class action basis.

Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email: matoups@wgttlaw.com

By: <u>**/s/ Mitchell A. Toups**</u>
    Mitchell A. Toups
    Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX 78596
956-968-9556/Fax: 956-969-0492
Email: zreynajr@zreynalaw.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on January 17, 2017.

<u>/s/ Mitchell A. Toups</u>
Mitchell A. Toups