# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Filing Applies to: | * | JUDGE BARBIER |
| Case No. 12-970 and | * | |
| Claimant ID 100291578 and | * | |
| Claim Nos. 431718, 431719, 431720 | * | MAGISTRATE JUDGE |
| 431721, 431722 and 431723 | * | WILKINSON |

---

## ORDER

Considering the foregoing Motion For Leave to Supplement Claimant's Request for Discretionary Review with Additional Exhibits and Incorporated Memorandum, filed on behalf of Claimant 100291578 regarding Claims 431718, 431719, 431720, 431721, 431722 and 431723,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the above Motion is GRANTED and Claimant's Request for Discretionary Review (D.E. 21944) is hereby supplemented to include the motion, incorporated memorandum, and additional Exhibits G and H.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Honorable Carl Barbier, USDJ