# MEADE LAW LLC

John Alden Meade, Esq.         909 Poydras Street, Suite 1600
jameade@meadelawllc.com        New Orleans, LA  70112
Ph: 504-799-3102           Fx: 504-717-2846

June 2, 2015

# EXHIBIT G

Deepwater Horizon Economic Claims Center ("DHECC")
Attn: Ms. Nikeita Ashe
Via email: nashe@dhecc.com and electronic submission to DHECC portal

   Re:  Wetlands Claimant ID 100291578

Dear Ms. Ashe:

   This letter is in response to Policy 502, "Wetlands Real Property Claims: Requirement of Submitting Separate Claim Forms For Each Eligible Parcel Included In A Tax Assessment ID," particularly as it relates to the above reference claimant and the impending June 8 filing deadline. This claimant's claim status since June 25, 2014 and still through today's date is "In Mapping Expert Review for Multiple Parcel Analysis."

   It is my understanding that since the claimant has properly filed a registration and claim form, and that the DHECC has not yet determined that there are in fact multiple parcels that would require additional claim forms, that the June 8 deadline is of no import to this claimant. That is, a properly registered claimant with at least one submitted claim form, encompassing what may later turn out to be multiple independent parcels, is under no obligation prior to June 8 to submit additional "place-holder" claim forms. This would make sense, since the claimant is not in possession of the information contained in the claim administrator's database that delineates such parcel distinctions.

To quote from the policy itself:

   If the Claimant has previously submitted a Claim Form that included multiple Eligible Parcels combined under one Tax Assessment ID, the Claimant will be required to submit a separate Claim Form for each Eligible Parcel combined within the Tax Assessment ID. However, to the extent that the Claimant has submitted supporting documents for the Eligible Parcel when it submitted its previous Claim Form, it will not be required to re-submit supporting documents when it files a Claim Form for the Eligible Parcel as required by Policy 443 and this Policy.

   Accordingly, it is my understanding that, in the event subsequent claim forms need to be submitted, the June 8 filing deadline will not bar the claimant from doing so. In such an event, the

Deepwater Horizon Economic Claims Center
Attn: Ms. Nikeita Ashe
June 2, 2015
Page 2 of 2

claimant will respond to any questions and/or directions received from the DHECC. If this understanding is incorrect, please advise so immediately so that the situation can be rectified in time.

   Thank you for your attention to this matter. Please feel free to email or call to discuss.


   Yours truly,


   MEADE LAW LLC


   John Alden Meade