

John Meade <jameade@meadelawllc.com>

## RE: DHECC Wetlands Claims

**Nikeita Ashe** <nashe@dhecc.com>  Wed, Jun 3, 2015 at 2:49 PM
To: John Meade <jameade@meadelawllc.com>

John,

# EXHIBIT H

In the event that you have to address additional parcels that were not considered as part of the Wetlands claim for multiple parcels included in one tax assessment, the Claims Administrator's position will be that such later claim form(s) will be treated as relating back to the date of the filing of the original claim form.

Thanks,

Nikeita

**From:** John Meade [mailto:jameade@meadelawllc.com]
**Sent:** Tuesday, June 02, 2015 6:01 PM
**To:** Nikeita Ashe
**Subject:** Re: DHECC Wetlands Claims

Good afternoon Nikeita,

Please see attached correspondence with regard to Wetlands Claimant 100291578. The same has also been uploaded today to the DHECC portal. Given the impending June 8 deadline, please confirm receipt.

Thanks very much,

John Alden Meade

Meade Law LLC

909 Poydras St., Suite 1600

jameade@meadelawllc.com

Ph: 504-799-3102

Fx: 504-717-2846

On Mon, Apr 27, 2015 at 1:37 PM, Nikeita Ashe <nashe@dhecc.com> wrote:

John,