IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:16-cv-06216 | * | |
| Case No. 2:16-cv-06329 | * | |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:13-cv-06333 | * | |
| Case No. 2:13-cv-6009 | * | |
| Case No. 2:16-cv-07048 | * | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUMS IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016, DISMISSING THE CLAIMS OF COAST PRODUCTS, LLC AND LAURCON CAPITAL LP, DANIEL K. CHANG, JULIA CHANGE, AVERY INVESTMENTS, LLC, HILLTOP INVESTMENTS, LLC, MAGNOLIA PROFESSIONAL CENTER, LLC, OLD SPANISH FARM, LLC, JULVIANA, LLC, HENRY L PERRY, ST. JOE BEACH PROPERTY, LLC, BUNGALOWS AT SANCTUARY BEACH, LLC, GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC AND JOSEPH V. GAUCI, INDIVIDUALLY AND KAREN GAUCI, INVIDUALLY**

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm Plaintiffs' Motion to File Under Seal Plaintiffs' Memorandums in Support of Their Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Coast Products, LLC and Laurcon Capital LP, Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, Julvana LLC, Henry L. Perry, St. Joe Beach Property, LLC, Bungalows at Sanctuary Beach, LLC, Gauci's Custom Building and Developing LLC, Winter Garden Intalian American Bistro, LLC and Joseph V. Gauci, Individually and Karen Gauci, Individually (*Document Numbers 22082-3, 22091-3, 22084-3 and 22083-3)*, and would show the Court as Follows

**MOTION**

Pursuant to Local Rule 5.6, Plaintiffs move this Court to issue an order sealing portions of Plaintiffs' Memorandums in Support of their Motion For Reconsideration With Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Coast Products, LLC and Laurcon Capital LP, Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, Julvana LLC, Henry L. Perry, St. Joe Beach Property, LLC, Bungalows at Sanctuary Beach, LLC, Gauci's Custom Building and Developing LLC, Winter Garden Intalian American Bistro, LLC and Joseph V. Gauci, Individually and Karen Gauci, Individually *(Document Numbers 22082-3, 22091-3, 22084-3 and 22083-3)* Sealing these Memorandums are because the response includes information concerning prior Orders issued by this Court which are sealed.

        Respectfully submitted,

        **BRENT COON & ASSOCIATES**

        /s/ Brent W. Coon
        Brent W. Coon
        Federal Bar No. 9308
        Texas Bar No. 04769750
        Brent@bcoonlaw.com
        Eric W. Newell
        Texas Bar No. 24046521
        Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on January 18, 2017, upon:

        Respectfully submitted,

        /s/ Brent W. Coon
        *Attorney for BCA Clients*