IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:16-cv-06216 | * | |
| Case No. 2:16-cv-06329 | * | |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:13-cv-06333 | * | |
| Case No. 2:13-cv-6009 | * | |
| Case No. 2:16-cv-07048 | * | |

## ORDER

This matter comes before the Court on Plaintiffs' Motion to File Under Seal Plaintiffs' Memorandums in Support of their Motion For Reconsideration with Respect to the Court's Order on December 16, 2016, Dismissing the Claims of Coast Products, LLC and Laurcon Capital LP, Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, Julvana LLC, Henry L. Perry, St. Joe Beach Property, LLC, Bungalows at Sanctuary Beach, LLC, Gauci's Custom Building and Developing LLC, Winter Garden Intalian American Bistro, LLC and Joseph V. Gauci, Individually and Karen Gauci, Individually (*Document Numbers 22082-3, 22091-3, 22084-3 and 22083-3*),

Upon consideration of Plaintiffs' Motion to Seal is hereby ORDERED that the Motion be GRANTED.

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana