UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) <br> "DEEPWATER HORIZON" in the ) <br> GULF OF MEXICO, on ) <br> APRIL 20, 2010 ) <br> ) <br> THIS DOCUMENT RELATED TO: ) <br> 10-cv-08888 [Rec Doc. 57007], 10-cv-02543 ) <br> ) | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

**ORDER**

Considering Plaintiff's *Unopposed Motions for Relief from Protective Order* (Docs. 15641, 22093),

**IT IS HEREBY ORDERED** that the motions are **GRANTED** and that PLAINTIFF, JOHN WUNSTELL, JR., is hereby granted relief from Protective Order Requirement of PTO No. 1, and he is hereby authorized to dispose of his vessel, *F/V Ramie's Wish*, as he sees fit.

New Orleans, Louisiana this 18th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE