UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| | * | |
| This Documents Relates to: | * | JUDGE BARBIER |
| Case No. 2:13-cv-02033 | * | |
| Case No. 2:16-cv-11519 | * | |
| Case No. 2:16-cv-11641 | * | MAGISTRATE JUDGE WILKINSON |
| Case No. 2:16-cv-11707 | * | |
| Case No. 2:16-cv-11711 | * | |

**PLAINTIFFS' NOTICE TO THE COURT REGARDING PLAINTIFFS' PENDING MOTION FOR RECONSIDERATION**

Now Comes Jimmy Williamson, counsel for Plaintiff CHAPEL HILL, LLC, (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11519), ("Chapel Hill"), Plaintiff COASTAL MINING & MARINE, LLC, (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11641), ("Coastal Mining"), and its two wholly owned subsidiaries, Plaintiff PEARLINGTON CLAY, LLC (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11707), ("Pearlington Clay"), and Plaintiff PEARLINGTON CLAY PORT, LLC, (Plaintiff in Cases 2:13-cv-02033 and 2:16-cv-11711), ("Pearlington Clay Port"), (collectively, the "the Chapel Hill Plaintiffs"), and Paul Sterbcow, and files this Notice to the Court in the above-referenced and numbered actions.

**I.     APPEARANCE OF COUNSEL**

Mr. Williamson is, and has been, lead counsel for the Chapel Hill Plaintiffs from the time of the filing of this lawsuit.  Mr. Paul Sterbcow has never made a formal appearance in the case, but was noted as additional counsel of record in a recently filed Motion for Reconsideration filed by the Chapel Hill Plaintiffs last week on January 12, 2017.  [ECF 22059].

1

Mr. Williamson and Mr. Sterbcow had been discussing Mr. Sterbcow's affiliation as additional counsel in this case for some period of time, well predating the Court's Order of Dismissal of December 16, 2016.  However, they had never finalized their arrangements, or paperwork, regarding enrolling Mr. Sterbcow as additional counsel.

Last week, when Mr. Williamson filed a Motion for Reconsideration, Mr. Williamson in good faith believed that Mr. Sterbcow was to enroll as additional counsel in the case and, therefore, Mr. Sterbcow's name was included as counsel on the Motion for Reconsideration.  Mr. Sterbcow agrees that Mr. Williamson was in good faith believing, at that time, that Mr. Sterbcow would enroll as additional counsel.  There is no disagreement, past or present, between Mr. Sterbcow and Mr. Williamson.  Nor is there any disagreement between Mr. Sterbcow and the Chapel Hill Plaintiffs.

However, Mr. Sterbcow has multiple clients, with multiple dockets, with multiple responsibilities.  Mr. Sterbcow does not have the time to undertake representation in the Chapel Hill matter at this time and, therefore, will not be enrolling as additional counsel.  Mr. Sterbcow has formed no opinion about the merits of the case, or the merits of the Motion for Reconsideration.  His decision is the result of Mr. Sterbcow's responsibilities to existing clients.

Mr. Williamson has no objection to Mr. Sterbcow not being enrolled as additional counsel. Mr. Williamson, of course, continues as counsel for the Chapel Hill Plaintiffs.

## II. REPRESENTATIONS MADE TO THE COURT IN CERTAIN MOTIONS FOR RECONSIDERATION FILED BY ATTORNEY BRENT COON [MDL ECF 22080, 22082, 22083, 22084]

One other matter needs to be brought to the Court's attention.  Mr. Brent Coon, in four unrelated cases, referenced the Chapel Hill Plaintiffs' Motion for Reconsideration.  [MDL ECF 22080, 22082, 22083, 22084].

In those filings, Mr. Coon falsely represented to the Court that Mr. Sterbcow had been involved in the actions (or omissions) taken in connection with the Chapel Hill Plaintiffs' efforts to comply with PTO 60. [*See* MDL ECF 22080-3, p. 8; 22082-3, p. 8; 22083-3, p. 8; 22084-3, p. 8].

Mr. Coon's representations are false. Mr. Williamson, and Mr. Williamson alone, made all decisions regarding PTO 60 compliance, as is made completely clear in the Chapel Hill Plaintiffs' Motion for Reconsideration. [*See* MDL ECF 22059-1, pp. 4, 6, 21-22; Affidavit of Jimmy Williamson, MDL ECF 22059-2]. This is also made completely clear through a review of the record relating to the Chapel Hill Plaintiffs' PTO #60 compliance filing. [*See* Case 2:13-cv-02033 ECF 6-9; MDL ECF 17589, 18675, 20295, and 21338]. Mr. Sterbcow was not involved in those decisions in any way, shape, fashion or form. Mr. Coon's representation to the Court to the contrary is false.

### III.   CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Chapel Hill Plaintiffs ask that the Court take notice that Paul M. Sterbcow has not enrolled and will not enroll as counsel for the Chapel Hill Plaintiffs, and take note that representations, by Brent Coon, as to Mr. Sterbcow's role in regard to PTO #60 compliance, are false.

Respectfully submitted on this 19th day of January, 2017.

**WILLIAMSON & RUSNAK**

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964

Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile


**LEWIS, KULLMAN, STERBCOW & ABRAMSON**

*/s/ Paul M. Sterbcow*
Paul M. Sterbcow, T.A. (#17817)
Lewis, Kulliman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
(504) 588-1514          Facsimile
sterbcow@lksalaw.com


**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing Notice has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of January, 2017.


DATE: January 19, 2017_____                    */s/ Jimmy Williamson*
                        JIMMY WILLIAMSON