UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MAGISTRATE WILKINSON |

## UNOPPOSED MOTION TO INTERVENE

NOW INTO COURT come the "Joint Venture Attorneys"[1] hired to represent the Edward Wisner Donation ("Wisner" or "Donation") and respectfully submit this Memorandum in Support of Motion To Intervene pursuant to *Federal Rule of Civil Procedure* 24(a). Although the Donation is named as a "Defendant" to Waltzer, Wiygul, and Garside, LLC, ("WWG") Intervention, the true party in interest with respect to WWG's Motion for Fees is the Joint Venture Team.

Counsel for WWG and the four income beneficiaries have been contacted and do not oppose this motion. The Joint Venture is the true party in interest and has the procedural capacity to be sued. WWG's Complaint for Attorney's Fees and Motion for Attorney's Fees seeks a

---

[1] These Joint Venture Attorneys (sometimes referred to as the "Joint Venture" or "Joint Venture Team") include the following five law firms: Herman Herman & Katz; Fayard & Honeycutt; Fred L. Herman; Leger & Shaw; and Domengeaux Wright Roy Edwards & Colomb.

1

percentage of the attorney's fee earned by the Joint Venture.  The Joint Venture alone has the right to those attorney's fees.  *See Farrell Construction Co. v. Jefferson Parish, La.,* 896 F.2d 136, 140 (5th Cir.1990) ("The real party in interest is the person holding the substantive right sought to be enforced, and not necessarily the person who will ultimately benefit from the recovery.").  The only claim by WWG concerns a portion for the attorney's fees.  *Id.* at 142 (holding that the purpose of this provision "is to assure a defendant that a judgment will be final and that res judicata will protect it from having to twice defend an action, once against an ultimate beneficiary of a right and then against the actual holder of the substantive right.").

WWG's Complaint does not concern the amount of the fee owed by the client or the reasonableness of the costs and expenses.   In fact, for that very reason, the Joint Venture opposed the Motion for Attorney's fees in its own name.  [Rec. Doc. 21969]   While the Complaint was admittedly answered as the Donation through the Trustee, the Trustee has never been named a defendant-in-intervention in the fee dispute and should not be.   [Rec. Doc. 21732]

Accordingly, the Joint Venture lawyers respectfully request that each member law firm be added as additional defendants-in-intervention.   Those five law firms include as follows: Herman, Herman & Katz, LLC; Domengeaux, Wright, Roy & Edwards, LLC; Law Offices of Fred Herman, LLC; Leger & Shaw LLC; and Fayard and Honeycutt, APC.

No party opposes the intervention.

2

Respectfully submitted:

S/Soren E. Gisleson
Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW, LLC
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
EMail: calvinfayard@fayardlaw.com

3

                                          Fred Herman (La Bar #6811)
                                          Thomas J. Barbera (La Bar# 18719)
                                          LAW OFFICES OF FRED HERMAN, LLC
                                          1010 Common St., Suite 3000
                                          New Orleans, LA 70112
                                          Phone: 504 581 7068
                                          Fax: 504 581 7083
                                          Email: fherman@fredhermanlaw.com
                                          tbarbera@fredhermanlaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing UNOPPOSED MOTION TO INTERVENE, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of January, 2017.

                                                        S/Soren E. Gisleson