IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 16-30918

———————————

IN RE: DEEPWATER HORIZON
———————————

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

    Movant - Appellant

———————————

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

———————————

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 19, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-30918   In Re: Deepwater Horizon
                             USDC No. 2:10-MD-2179
                             USDC No. 2:12-CV-970

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Cindy M. Broadhead, Deputy Clerk
                                      504-310-7707

Mr. William W. Blevins
Mr. David Andrew Christenson
Mr. Jeffrey Bossert Clark Sr.
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Russell Keith Jarrett
Mr. James Andrew Langan