UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Wilkinson |

<u>ORDER GRANTING EX PARTE/CONSENT MOTION OF THE DHECC FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO HERMINIA MEDINA D/B/A TIN TIN'S ORIENTAL FOOD STORE, LANDSDON FLOORING, LLC, AND BELASIA NAIL AND SPA SALON, AND MADE IN RELIANCE ON FINANCIAL DATA PROVIDED BY CLAIM PREPARER RAYMOND FLORES</u>

Considering the foregoing ex-parte/consent motion and the Court finding the same to be warranted and appropriate and should be granted; accordingly,

IT IS ORDERED that the motion be and is hereby GRANTED; and

IT IS FURTHER ORDERED that the DHECC's Reply to the Opposition to the Motion of the DHECC for Return of Payments Made to Herminia Medina D/B/A Tin Tin's Oriental Food Store, Landsdon Flooring, LLC, and Belasia Nail and Spa Salon, and Made in Reliance on Financial Data Provided by Claim Preparer Raymond Flores [Rec. Doc. 21470] presently due on January 17, 2016, be continued until January 24, 2017.

New Orleans, Louisiana this 24th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE