UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *No. 12-2004* | * | |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Defendant, EMERGENCY RESPONSE GROUP'S Joint Motion to Substitute Counsel of Record (Rec. Doc. 22092-2);

IT IS HEREBY ORDERED, that Jonathan A. Tweedy (La Bar No. 31997) and Christy L. Johnson (La. Bar No. 32877) are substituted as counsels of record and lead attorneys to be noticed for Defendant, EMERGENCY RESPONSE GROUP in the place of Timothy B. Guillory, who is hereby withdrawn as counsel of record.

New Orleans, Louisiana, this 24th day of January, 2017.

_____
United States District Judge