UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### LIMITED CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (ATTORNEY'S FEES INTERVENTIONS ONLY)

In accordance with the provisions of 28 U.S.C. § 636(c), the Joint Venture consisting of the law firms of Herman, Herman, Katz & Cotlar; Leger Shaw; Fayard & Honeycutt; the Law Offices of Fred L. Herman; and Domengeaux Wright Roy & Edwards hereby waive their right to proceed before a United States District Judge in C.A. Nos. 10-2771, 10-8888, 10-9999 and 14-1525 and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in these cases, <u>limited to</u> the attorney's fees claims of the intervenor Waltzer, Wiygul & Garside, L.L.C., against plaintiffs, for all dispositive proceedings, including trial, if necessary, and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

1/25/17                    /s/ *signature*
DATE                       THE JOINT VENTURE
                           [Fred L. Herman]

RECEIVED
JAN 25 2017
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.