UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing *Unopposed Motion to Intervene*,

**IT IS ORDERED** that the motion is GRANTED and that the following are now named as defendants-in-intervention: Herman, Herman & Katz, LLC; Domengeaux, Wright, Roy & Edwards, LLC; Law Offices of Fred Herman, LLC; Leger & Shaw LLC; and Fayard and Honeycutt, APC.

Done this 25th day of January, 2017.

_____
United States Magistrate Judge Wilkinson