MINUTE ENTRY
WILKINSON, M.J.
JANUARY 25, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## HEARING AND ORDER ON MOTION

APPEARANCES:  Stephen Gelé for intervenor Waltzer, Wiygul & Garside, L.L.C.; Soren Gisleson and Fred L. Herman for plaintiff, the Edward Wisner Donation, and the Joint Venture; Daniel Lund for certain Wisner heirs

MOTION:  Intervenor's Motion for Attorney Fees, Record Doc. No. 21922

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART.  Oral argument was conducted on this date.  The court's findings and conclusions were orally dictated into the record.  However, in making my oral ruling, I overlooked providing the reason for not calculating the total contingent fee due to all attorneys ($6.1 million) "based on the gross present value of benefits received by the Donation" (the $30 million settlement), as set out in paragraph 4(c) of both contingent fee contracts.  Accordingly, my oral ruling is supplemented as follows:  Reducing the $30 million settlement "benefits received" to gross present value would not change the calculation of the reasonable amount due only to Waltzer, Wiygul & Garside, LLC.  That calculation is based on the Saucier factors,

MJSTAR:    1:35

which make no reference to gross present value. While reduction of the "benefits received" to gross present value may affect the amount of fees ultimately due to the Joint Venture, the amount due to the Joint Venture is not before me. Accordingly, it was unnecessary to reduce the "benefits received" to gross present value for purposes of calculating the amount due to Waltzer, Wiygul & Garside, LLC. A judgment concerning the intervenor's claim in intervention for attorney's fees will be separately issued.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE