UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## JUDGMENT

Considering the court's order and reasons delivered orally in open court granting the motion for attorney's fees filed by intervenor Waltzer, Wiygul & Garside, L.L.C. (as supplemented in the separately issued minute entry), the record and the applicable law, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Waltzer, Wiygul & Garside, L.L.C., and against plaintiff, the Edward Wisner Donation, in the amount of $883,571.00 (Eight Hundred Eighty-Three Thousand, Five Hundred Seventy-One Dollars and No Cents) in attorney's fees.

New Orleans, Louisiana, this ___25th___ day of January, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE