MINUTE ENTRY
WILKINSON, M.J.
JANUARY 26, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

A status conference was conducted in this matter on this date. Participating were: Stephen Gelé, representing intervenor Waltzer, Wiygul & Garside, L.L.C.; Soren Gisleson, representing plaintiff, the Edward Wisner Donation, and the Joint Venture; Daniel Lund and John Pearce, representing certain Wisner heirs. The purpose of the conference was to discuss anticipated post-judgment motion practice and to explore the possibility that the parties might agree upon a process for resolution of their overall dispute without further litigation. The parties are exchanging information and conducting discussions on their own. A follow up conference will be conducted by me on **February 7, 2017 at 2:00 p.m.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   0 : 20