UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Multiple motions requesting reconsideration of the "PTO 60 Reconciliation Order" (Rec. Doc. 22003) have been filed. (*See* Rec. Docs. 22034, 22057, 22059, 22074, 22076, 22079, 22081, 22082, 22083, 22084, 22086, 22087, 22088, 22089, 22090, 22091/22080). The Court previously issued a briefing schedule for one of these motions (Rec. Doc. 22034; *see* Rec. Doc. 22035), but has yet to do so for the others. Accordingly,

**IT IS ORDERED** that BP shall file a single, omnibus response, not to exceed 30 pages, to the other motions (Rec. Docs. 22057, 22059, 22074, 22076, 22079, 22081, 22082, 22083, 22084, 22086, 22087, 22088, 22089, 22090, 22091/22080) by Tuesday, February 21, 2017, after which the Court will take the matters under advisement.

* * *

The Court has also received JEM PC Beach, LLC's Motion to Vacate Notice of Voluntary Dismissal. (Rec. Doc. 22052)

**IT IS FURTHER ORDERED** that BP shall file a separate response to this motion (Rec. Doc. 22052), not to exceed 10 pages, by Tuesday, February 21, 2017.

New Orleans, Louisiana, this 27th day of January, 2017.

_____
United States District Judge