IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:16-cv-06333 | * | |

### Notice of Appeal

COME NOW, Henry L. Perry, St. Joe Beach Property, LLC, and Bungalows at Sanctuary Beach, LLC and file this Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (the "Order and Reasons") (Rec. Doc. No. 22003 in the record of MDL-2179) dated December 16, dismissing its claims.

Date: January 27, 2017

                                                          Respectfully submitted,

                                                          **BRENT COON & ASSOCIATES**

                                                          /s/ Brent W. Coon
                                                          Brent W. Coon
                                                          Federal Bar No. 9308
                                                          Texas Bar No. 04769750
                                                          Brent@bcoonlaw.com
                                                          Eric W. Newell
                                                          Texas Bar No. 24046521
                                                          Eric_newell@bcoonlaw.com

                                                         I.