IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document is Related To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01286-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR
PLAINTIFFS BIOMARINE TECHNOLOGIES, INC.
AND GULF MARINE INSTITUTE OF TECHNOLOGY**

**NOW INTO COURT**, through undersigned counsel, come BioMarine Technologies, Inc. and Gulf Marine Institute of Technology and who respectfully request that this Honorable Court enter an order enrolling Mario E. de la Garza, Jesus Garcia, Jr., Eric A. Hawley, and Garcia de la Garza, LLP, in substitution for Scott Summy, Mitchell McCrea, and Baron & Budd, P.C.; and Frank M. Petosa and Morgan & Morgan Complex Litigation Group as counsel of record for Gulf Marine Institute of Technology and BioMarine Technologies, Inc.

Dated: January 23rd 2017.

| | |
|---|---|
| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
| GARCIA DE LA GARZA, LLP | BARON & BUDD, P.C. |
| By:   /s/ *Mario E. de la Garza*<br>Mario E. de la Garza<br>Attorney-In-Charge<br>Federal I.D. No. 564456<br>Texas Bar No. 24040785<br>mdelagarza@gdtrialattorneys.com<br>Jesus Garcia, Jr.<br>Federal I.D. No. 30623<br>Texas Bar No. 24027389<br>jgarcia@gdtrialattorneys.com<br>Eric A. Hawley<br>Federal I.D. No. 1671591<br>Texas Bar No. 24074375<br>ehawley@gdtrialattorneys.com<br>712 Main Street, Suite 1600<br>Houston, Texas 77002<br>Tel.: (713) 228-7425<br>Fax: (713) 228-7329<br><br>ATTORNEYS FOR PLAINTIFFS | By:   /s/ *Scott Summy**<br>Scott Summy<br>Texas Bar No. 19507500<br>ssummy@baronbudd.com<br>Mitchell McCrea<br>Texas Bar No. 24041435<br>mmccrea@baronbudd.com<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, Texas 75219<br>Tel.: (214) 521-3605<br>Fax: (214) 521-1181<br><br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>Frank M. Petosa, Esq.<br>Florida Bar No. 972754<br>fpetosa@forthepeople.com<br>600 North Pine Island Road, Suite 400<br>Plantation, Florida 33324<br>Tel.: (954) 318-0268<br>Fax: (954) 333-3515<br><br>ATTORNEYS FOR PLAINTIFFS<br><br>  **signed by permission* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served, via Electronic File Manager, on all registered ECF users appearing in this case on the 23rd day of January, 2017.

/s/ *Mario E. de la Garza*
Mario E. de la Garza