UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 25 2017
WILLIAM W. BLEVINS
CLERK

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Initial Designation of Record

See the attached three pleadings that were filed with the 5th Circuit and served on all attorneys via email.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

TENDERED FOR FILING

JAN 25 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ________
___ Process ________
_X_ Dktd ________
___ CtRmDep ________
___ Doc. No. ________

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation

*[I will accept affidavits from **all** the attorneys listed below stating that I am wrong about what the triggering event was, that caused the explosion on the platform. The affidavit must also state that the Katrina Virus (chemical warfare contaminates) were not released into the environment. No one has ever disputed my facts.]*

Contacted (Meet & Confer) the following attorneys per Clerk's Order dated January 19th, 2017 concerning the Joint Designation of the Record: Jeffrey Bossert Clark, Sr., Richard Cartier Godfrey, Don Keller Haycraft, Russell Keith Jarrett and James Andrew Langan. The listed attorneys have entered their appearance in this matter on behalf of; BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C. (BP did not file any responses in the District Court)

The Designation is very simple and includes the following: the settlement agreement, all pleadings filed by me in the District Court and the Appellate Court.

The entire settlement agreement is based on the false premise that BP was responsible for the explosion. BP was not responsible for the explosion but was negligent. The US Navy was conducting a salvage operation and the ship that was being salvaged exploded and released the Katina Virus. The use of corexit was a huge mistake that amplified the problem. The problem with the medical portion of the settlement agreement is that it does not acknowledge the release of chemical warfare contaminants which are referred to as the Katrina Virus. The claimants have a Constitutional Right to know these facts because the degradation of our immune system(s) is the direct result of the release of the Katrina Virus. The environmentally issues have not been adequately addressed. The Katrina Virus and corexit will kill the Gulf of Mexico. How could there be a settlement agreement without truth. How could the Plaintiff's attorneys enter such an agreement? The true cost of the BP Oil Spill will be in the Trillions of Dollars.

Attorneys who have yet to enter an appearance but are being served in the abundance of caution, in the interest of Justice and to save Judicial resources. The following attorneys have entered their appearances in the District Court, Appellate Court and the Supreme Court in matters concerning the original class action petition and the settlement agreement. They were instrumental in drafting and agreeing to the Settlement Agreement on behalf of their clients, both Plaintiffs and Defendants.

Daryl L. Joseffer
King & Spalding LLP

TENDERED FOR FILING

JAN 25 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Counsel of Record for Her Britannic Majesty's Government of the United Kingdom of Great Britain, et al.
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-0500
djoseffer@kslaw.com

Richard C. Stanley
Stanley, Reuter, Ross, Thornton & Alford, LLC
Counsel of Record for Patrick A. Juneau as Claims Administrator, and Deepwater Horizon Court Supervised Settlement Program
909 Poydras Street
Suite 2500
New Orleans, LA 70112
(504) 523-1580
rcs@stanleyreuter.com

Allyson N. Ho
Morgan, Lewis & Bockius LLP
Counsel of Record for Kenneth R. Feinberg, Special Master of the Federal September 11th Victim Compensation Fund of 2001 and Administrator of the Gulf Coast Claims Facility
1717 Main Street Suite 3200
Dallas, TX 75201
(214) 466-4000
aho@morganlewis.com

Theodore B. Olson Gibson
Dunn & Crutcher LLP
Counsel of Record for BP Exploration & Production Inc., et al.
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955=8500
tolson@gibsondunn.com

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 22nd, 2017.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum One

Memorandum concerning the Non Respondent/Defendant BP Exploration & Production Incorporated, BP American Production Company Incorporated and BP P.L.C. (Known as BP) Waiver filed in Writ 16-5869 (Waiver filed by Jeffery Bossert Clark of the Kirkland & Ellis Law Firm)

On October 4th, 2016 Counsel of Record Jeffery Bossert Clark entered his appearance and filed a Waiver on behalf of BP. BP was not a Respondent/Defendant in Writ 16-5869. BP is a Respondent/Defendant in Writ 16-6278. BP through Jeffery Bossert Clark filed the Waiver to preserve their Rights. This was done because of this one sentence in the Statement of the Case: **During Hurricane Katrina and the BP Oil Spill chemical warfare contaminates leaked (negligence) into the environment. The chemical warfare contaminants are called the Katrina Virus for simplification.**

The liability to BP is 20 Trillion Dollars. The filing of the Waiver by Non Respondent/Defendant BP is an admission of guilt. Review Writ 16-6278 where BP is a Respondent/Defendant.

See attached email written by BP Counsel Jeffery Bossert Clark to me, David Andrew Christenson, on October 11th 2016 at 2:00 PM. The email was in response to a settlement offer.

Mr. Clark: "I write back to inform you that my client BP is not interested in settling either of your cert. petition matters pending against BP in the U.S. Supreme Court."

The filing of the waiver was not a mistake.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 22nd, 2017.

RE: To elaborate. #2 Fwd: Settlement Proposal. I am not out to destroy the United Kingdom or BP but that will be the byproduct of my success. Inbox x

**Clark, Jeffrey Bossert** <jclark@kirkland.com> Oct 11 (2 days ago)
to me

Federal Rule of Evidence 408 Settlement Communication -- Privileged

Mr. Christenson,

I write back to inform you that my client BP is not interested in settling either of your cert. petition matters pending against BP in the U.S. Supreme Court.

Sincerely,

Jeffrey Clark

**Jeffrey Bossert Clark**

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
**T** +1 202 879 5960 **M** +1 202 257 3610
**F** +1 202 879 5200

jclark@kirkland.com

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum Three

**<u>This is how close we are to extinction</u>**

**<u>We are within .3% (.003)</u>**

This appeal is about saving Mankind. It is about saving you and your family. The BP Oil Spill was more catastrophic than people realize and that includes the Justices that sit on this court. The BP Oil Spill has accelerated the demise of Mankind. This is not a prophecy or prediction but a mathematically certainty.

Our government has done a great job of desensitizing even the smartest of people and making them immune to the truth.

For Mankind to survive there must be a (figuratively) nuclear explosion with the fallout being the truth. This appeal represents that explosion and it also represents a chance to save Mankind.

CDC
Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

2016-2017 Influenza Season Week 2 ending January 14, 2017
https://www.cdc.gov/nchs/fastats/deaths.htm
Pneumonia and Influenza (P&I) Mortality Surveillance:
Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 19, 2017, **<u>7.0% of the deaths occurring during the week ending December 31, 2016 (week 52) were due to P&I. This percentage is below the epidemic threshold of 7.3%</u>** for week 52.

Roughly 50,000 people die every week in the US. The reference week showed that 3,500 people died from P&I. A .3% (150 Americans) put us at epidemic levels.

Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has destroyed our immune system(s). The Katrina Virus is a compilation term. Think of it as an anti-social norm, an anti-way of thinking. We must drastically change our way of thinking and the way to do this is by exposing the truth. **<u>Maybe a better term is the "Katrina Anti-Social Norm".</u>** Our failing to change will result in our suicide. Mankind is killing himself because he won't embrace an Anti-Social Norm.

People who have not embraced the Katrina Anti-Social Norm show these symptoms. A trust of the government. A trust of the government when it comes to the flu vaccine. Does this year's flu vaccine contain:

A. Live viruses?
B. Dead viruses?
C. Both dead and live viruses?
D. None of the above?

If you don't know then you are committing suicide. Why would anyone let Obama, Trump or Clinton give them a shot without knowing exactly what was in it?

Look at the average age of the Justices that sit on this court. Half of you will die from Pneumonia and or Alzheimer's. Both are the direct result of a degraded immune system(s). In a decade half of you will be dead. Your suicide might be preventable but not without drastic change.

Think about this. Half of the Justices that sit on the 13 Appellate Courts will be dead in a decade. In 15 years 50 % of the District Court Judges will be dead. Trump could appoint three Supreme Justices because of their deaths. If he wins a second term he could appoint as many as six or seven Justices.

The reefs in the Gulf of Mexico were already dying. The Red Tide is becoming worse. The Dead Zone is increasing in size. Enterococcus (fecal matter (bacteria) that is normally found in the human intestine) is becoming more widespread on our beaches and it is found all year. Temperature is also a factor. The BP Oil Spill and the release of the Katrina Virus have accelerated the destruction of the Gulf of Mexico.

I pray that you open your eyes and hearts to the truth.


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 23rd, 2017.



Christenson
Box 9063
MIRAMAR BEACH, FL
32550

PENSACOLA FL 325
23 JAN 2017 PM 1 L

Clerk
EDLA
DISTRICT COURT
500 Poydras STREET
New Orleans, LA
70130

70130-336726