IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, and 15-4654 | * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE WILKINSON |
| | * * | |

## MOTION FOR APPROVAL OF
## PAYMENT FROM ESCROW ACCOUNTS

**NOW INTO COURT** come Co-Lead Settlement Class Counsel for the Halliburton/Transocean Punitive Damages Class ("New Class") and Co-Lead Class Counsel for the DHEPDS Class ("Old Class"), and respectfully move for approval to make payment to the Escrow Agent for the Settlement Fund:

I.

Pursuant to the HESI Settlement, an Escrow Account has been established and approved by the Court, for the payment of Administrative Costs, as well as eventual benefits to the respective classmembers, if and when the Effective Date is achieved, [*see* Rec. Doc. 13649].

II.

Pursuant to Section 3.4 and Exhibit C of the Escrow Agreement, an annual fee of $50,000.00 is owed to the Escrow Agent, which should be made from the Settlement Fund and the Attorneys' Fee Account on a *pro rata* basis.

III.

Undersigned counsel have conferred with counsel for Halliburton Energy Services, Inc. ("HESI"), who has no objection.

**WHEREFORE** the undersigned respectfully pray for an Order authorizing and directing the Escrow Agent to pay and receive a $50,000 annual fee from the Halliburton Settlement Fund and the Attorneys' Fee Account on a *pro rata* basis.

This 30th day of January, 2017.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY |
| 820 O'Keefe Avenue | EDWARDS & COLOMB LLC |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No.    (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhklawfirm.com | Fax No.    (337) 233-2796 |
| | E-Mail: jimr@wrightroy.com |

*DHEPDS Lead Class Counsel and Punitive Damages Settlement Lead Class Counsel*

*DHEPDS Lead Class Counsel and Punitive Damages Settlement Lead Class Counsel*

1274213.2

-3-

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of January, 2017.

/s/  Stephen J. Herman and James Parkerson Roy