IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>* |
| *This document relates to:* | *<br>* |
| ALL CASES | *  HONORABLE CARL J. BARBIER<br>* |
| (including No. 12-970) | *  MAGISTRATE JUDGE WILKINSON<br>*<br>* |

**MOTION FOR APPROVAL OF
PAYMENT OF ESCROW EXPENSES**

**NOW INTO COURT** come Co-Liaison Counsel for Plaintiffs and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and respectfully move for approval to make administrative payments from the following Qualified Settlement Funds, as follows:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement,[1] a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59, which costs and fees have now been awarded and approved in the aggregate by the Court.[2]

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

[2] Rec. Doc. 21849.

II.

Pursuant to the Certificates of Non-Objection and Order that was entered in connection with the settlement of the States' economic damages claims,[3] additional funds were deposited into the Registry of the Court, in a qualified settlement fund, for the benefit of Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59.

III.

Undersigned counsel have been advised by Mr. Garrett, the Court-appointed CPA in these proceedings, that a tax estimate payment of $250,000 is due to be made to the IRS from the Common Benefit Cost and Fee Fund and that a tax estimate payment of $24,000 is due to be made to the IRS from the Registry of Court fund.

IV.

In addition, Mr. Garrett is owed a fee of $25,000 by Common Benefit Attorneys for his services in connection with the administration of these qualified settlement funds.

V.

We certify, in accordance with Local Rule 67.3, that this Motion and accompanying Proposed Order has been submitted to the Clerk of Court for review.

**WHEREFORE** the undersigned respectfully pray for an Order: **(i)** authorizing and directing J.P. Morgan to transmit $250,000 from the Common Benefit Cost and Fee Fund to the IRS for

---

[3] Rec. Doc. 15437.

-2-

payment of estimated taxes; **(ii)** authorizing and directing the Clerk of Court to transmit $24,000 to Garrett & Co, LLC, which is thereafter authorized and directed to transmit such funds to the IRS for payment of estimated taxes; and **(iii)** authorizing and directing J.P. Morgan to distribute $25,000 to Mr. Garrett in administrative expenses and/or fees.

This 31st day of January, 2017.

Respectfully submitted,

| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone:  (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No.       (504) 569-6024 | Telephone:  (337) 233-3033 |
| E-Mail: sherman@hhklawfirm.com | Fax No.       (337) 233-2796 |
| | E-Mail: jimr@wrightroy.com |

*Co-Liaison Counsel and Co-Lead Class Counsel*          *Co-Liaison Counsel and Co-Lead Class Counsel*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of January, 2017.

/s/  Stephen J. Herman and James Parkerson Roy

1274213.2