UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

No. 12-970, <u>Bon Secour Fisheries, Inc. et al.</u>
<u>v. BP Exploration & Production Inc. et al</u>.

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Motion of DHECC to Examine Judgment Debtor, Wardell Parker, Record Doc. No. 21800; Judgment Debtor Examination

<u>O R D E R E D</u>:

<u>XXX</u> :  CONTINUED.  At the request of counsel for the Deepwater Horizon Economic Claims Center, Justin Chopin, and upon being advised that Ron Austin, counsel for the judgment debtor, has no objection, the judgment debtor examination, currently set on February 1, 2017, is continued to **February 15, 2017 at 11:00 a.m.** before me.

Counsel for DHECC, Justin Chopin, is directed to serve a copy of this order on the judgment debtor and his counsel and file returns of service in the record. The Clerk is directed to file a copy of this order in both MDL 2179 and Civil Action No. 12-970.

New Orleans, Louisiana, this ___1st___ day of February, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Ron Anthony Austin**
**Austin & Associates, LLC**
**400 Manhattan Blvd.**
**Harvey, LA 70058**