# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This document relates to: | * * | |
| Civil Action Nos. 12-970, 15-4143, and 15-4654 | * * * | HONORABLE CARL J. BARBIER |
| | * * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER AUTHORIZING PAYMENT TO ESCROW AGENT FOR SETTLEMENT FUND

Upon the motion of Co-Lead Settlement Class Counsel for the Halliburton/Transocean Punitive Damages Class ("New Class"), and Co-Lead Class Counsel for the DHEPDS Class ("Old Class"), with the consent of Halliburton Energy Services, Inc. ("HESI"), for authority to make payment to Escrow Agent for the Settlement Fund; and,

Having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED**:

The parties are authorized to pay the annual fee of $50,000.00 to the Escrow Agent, as required by Section 3.4 and Exhibit C of the Escrow Agreement (approved by the Court in Rec. Doc. No. 13649). This payment shall be made from the Settlement Fund and the Attorneys' Fee Account on a *pro rata* basis.

-2-

The Escrow Agent is accordingly and hereby authorized to withdraw such funds from the Settlement Fund and Attorneys' Fee Account in order to pay such annual fee.

New Orleans, Louisiana this 1st day of February, 2017.

                                                                      **CARL J. BARBIER**
                                                                   **UNITED STATES DISTRICT JUDGE**