"Certification of Funds in the Registry"

PRINCIPAL: $ 40,000,000.00

Financial Deputy: _/s/_ Date: 1/31/17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION: J<br>* |
| *This document relates to:* | *<br>* |
| ALL CASES | *   HONORABLE CARL J. BARBIER |
| (including No. 12-970) | *   MAGISTRATE JUDGE WILKINSON<br>*<br>* |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

1. J.P. Morgan be and is hereby authorized and directed to transmit Two Hundred and Fifty Thousand Dollars ($250,000.00) from the Common Benefit Cost and Fee Fund to the IRS for payment of estimated taxes;

2. The Clerk of Court be and is hereby authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the amount of Twenty-Four Thousand Dollars ($24,000.00) (principal only), payable to Garrett & Co., LLC, and mail or deliver the check to Garrett & Co., LLC, at 600 Northwoods Drive, Abita Springs, La.

-2-

70420; with Garrett & Co. LLC thereafter authorized and directed to transmit such funds to the IRS for payment of estimated taxes; and

3. J.P. Morgan be and is hereby authorized and directed to distribute Twenty-Five Thousand Dollars ($25,000.00) to Mr. Garrett for payment of administrative expenses and fees.

New Orleans, Louisiana this 1st day of February, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE