IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater     *     MDL No. 2179
Horizon" in the Gulf of Mexico,             *
On April 20, 2010                                       *     Section: J
                                                              *
       This filing relates to: *All Cases*     *     Judge Carl J. Barbier
                                                                *
       (Including Civil Action No. 12-970)     *

---

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Willie Smith, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate wand (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

**MARY SMITH**

By: *Mary Smith* (signature)

Mary Smith
Claimant's Representative
708 Monroe Street
Hattiesburg, Mississippi 39401

Date: 1/12/2017

**DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM**

By: *Lyn C. Greer* (signature)

Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: 1/26/2017