UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>*This Document Relates to:*<br><br>Nos. 12-970, 15-4143, 15-4146 and 15-4654 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## JOINT CLARIFICATION
## IN SUPPORT OF FINAL APPROVAL

**NOW INTO COURT,** through Co-Lead Settlement Class Counsel, and undersigned counsel for Halliburton Energy Services, Inc. ("HESI") and Halliburton Company (collectively "Halliburton"), and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC (collectively "Transocean"), come the Parties to the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements [Rec. Docs. 14644-1 and 15322-1], and respectfully submit the following clarification in further support of final approval:

Pursuant to Section 8(e) of the Transocean and Halliburton Settlement Agreements, the New Class Claims Administrator, Michael J. Juneau, Esq., is authorized to establish rules for appealing Claims Administrator determinations to the Court.

In order to facilitate the implementation, administration and efficiency of the claims process, the Parties want to clarify that the Claims Administrator and/or the Court shall have the

flexibility to utilize one or more of the U.S. Eastern District of Louisiana Magistrate Judges to consider some or all of these appeals.  In such cases, the magistrate's decision on any appeal involving the amount of any payment to any individual claimant (other than a determination that a claimant is not entitled to any payment due to a failure to meet the Class Definition) shall be final and binding, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit.

This 3rd day of February, 2017.

Respectfully submitted,

/s/ Stephen J. Herman
**Stephen J. Herman,** La. Bar No. 23129
HERMAN HERMAN & KATZ,  LLC
820 O'Keefe Avenue New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 569-6024
E-Mail: sherman@hhklawfirm.com
*Co-Lead Settlement Class Counsel*

/s/ James Parkerson Roy
**James Parkerson Roy,** La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
56 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Facsimile: (337) 233-279
E-Mail: jimr@wrightroy.com
*Co-Lead Settlement  Class Counsel*

/s/ R. Alan York
**R. Alan York,** Tex. Bar No. 22167500
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002
Telephone: 713-469-3800
Facsimile: 713-469-3899
E-Mail: AYork@ReedSmith.com
*Counsel for the Halliburton Defendants*

/s/ Kerry J. Miller
**Kerry J. Miller**
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel: (504) 566-8646
Fax: (504) 585-6946
Email: kjmiller@bakerdonelson.com
*Counsel for the Transocean Defendants*

### Certificate of Service

      I hereby certify that the above and foregoing Joint Clarification will be served on all Counsel by electronically uploading the same to File & ServExpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 3rd day of February, 2017.

                                                   /s/ Stephen J. Herman