IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA* | |
| *ex rel.* * | |
| ADAM W. DILLON | * Civil Action No.<u>12-987 (J)(1)</u> |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | |
| * | |
| BP, PLC; BP Products * | |
| North America, Inc.; * | |
| BP Exploration & * | |
| Production, Inc.; AND * | |
| O'Brien's Response * | |
| Management Team, * | |
| * | |
| Defendants * | |
| * | |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, ADAM DILLON., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action *without* prejudice.

1