**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 3rd day of February, 2017 by using the CM/ECF system which will send notice of electronic filing to all parties of record.

_____
Perry R. Sanders, Jr.
LA Bar No. 01577

Sanders Law Firm
31 N. Tejon Street, Suite 400
Colorado Springs, CO 80903
Phone:  (719) 630-1556
FAX:  (719) 630-7004