IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-31091
_____

In Re: Deepwater Horizon
-----------------------------------------------------------------------------------
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

      Plaintiffs

v.

SEALED APPELLEE 1,

      Defendant - Appellee

v.

SEALED APPELLANT 1; SEALED APPELLANT 2,

      Claimants - Appellants

v.

SEALED APPELLEE 2; SEALED APPELLEE 3,

      Movants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

Before DAVIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the opposed motion of the appellees, Sealed Appellee 1, Sealed Appellee 2, and Sealed Appellee 3, to dismiss the appeal, is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 02, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-31091   In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Connie Brown, Deputy Clerk
                                      504-310-7671

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. J. David Forsyth
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mrs. Kathryn Weatherly Munson
Ms. Lizette Auxiliadora Radovic
Mr. Richard C. Stanley
Ms. Jessica M. Vasquez