UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | |
| Powers & Associates General Contractor, Inc. Case No. 16-14738 | * * | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Powers & Associates General Contractor, Inc., by and through its undersigned attorneys, and requests that this matter be dismissed, with prejudice.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS (NIC012)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
Attorneys for Powers & Associates General Contractor, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS