UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

### DHECC'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE MOTION FOR RETURN OF PAYMENTS MADE TO HERMINIA MEDINA D/B/A TIN TIN'S ORIENTAL FOOD STORE, LANSDON FLOORING, LLC AND BELLASIA NAIL AND SPA SALON, AND MADE IN RELIANCE ON FINANCIAL DATA PROVIDED BY CLAIM PREPARER RAYMOND G. FLORES

COMES NOW the DHECC, and moves to dismiss without prejudice its Motion for Return of Payments Made to Herminia Medina D/B/A Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon, And Made in Reliance on Financial Data Provided by Claim Preparer Raymond G. Flores ("Motion")(Rec. Doc. 21470).

The DHECC moves for this dismissal pursuant to agreement with Raymond G. Flores ("Flores"), wherein Flores has agreed to return a portion of the payment amount the DHECC requested be returned to the Settlement Trust through its motion. Counsel for Flores does not oppose this motion, and the DHECC respectfully asks the Court to grant the motion and dismiss without prejudice its motion for return of these payments.

Respectfully submitted,

Patrick A. Juneau
Claims Administrator


By:   /s/ Kevin Colomb
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated:  February 7, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 7th day of February, 2017, by electronic mail, on the following:

>Lee Strayhan
>Clark Partington Hart Larry Bond & Stackhouse, P.A.
>4100 Legendary Dr.
>Suite 200
>Destin, FL 32541
>*Attorney for Raymond G. Flores*

>/s/Kevin Colomb
>Kevin Colomb