UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MEMORANDUM IN SUPPORT OF THE DHECC'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE MOTION FOR RETURN OF PAYMENTS MADE TO HERMINIA MEDINA D/B/A TIN TIN'S ORIENTAL FOOD STORE, LANSDON FLOORING, LLC AND BELLASIA NAIL AND SPA SALON, AND MADE IN RELIANCE ON
<u>FINANCIAL DATA PROVIDED BY CLAIM PREPARER RAYMOND G. FLORES</u>

The DHECC moves to dismiss without prejudice its Motion for Return of Payments Made to Herminia Medina D/B/A Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon, And Made in Reliance on Financial Data Provided by Claim Preparer Raymond G. Flores ("Motion")(Rec. Doc. 21470). In support of this motion, the DHECC states as follows:

1. On August 10, 2016, the DHECC filed a motion to have Raymond G. Flores ("Flores"), along with claimants (collectively, "the claimants") Herminia Medina d/b/a Tin Tin's Oriental Food Store ("Tin Tin"), Lansdon Flooring, LLC ("Lansdon"), and Bellasia Nail and Spa Salon ("Bellasia"), return payments made by the DHECC on the Business and Economic Loss claims filed by the claimants.

2. In its motion for return of payments, the DHECC sought, among other relief, the repayment to the DHECC from Flores of not only any fees received directly by Flores as claims preparer, but also the full amount of each respective claim, due to misrepresentations of revenue contained within the P&L's submitted to the program.

3. After the DHECC filed its motion, Flores and the DHECC entered discussions regarding a settlement to resolve the issue of return of payments presented in the motion. Flores later filed an Opposition to the DHECC's motion denying any wrongdoing, but settlement discussions continued in efforts to resolve this matter.

4. The DHECC and Flores have reached an agreement for Flores to repay $28,000 of the amount sought by the DHECC in its motion, wherein Flores maintains his opposition to any allegations of wrongdoing but maintains his desire to resolve the matter through Settlement Agreement.

5. The DHECC respectfully moves to dismiss its motion for return of payments without prejudice and subject to the above repayment agreement with Flores.

6. Flores, through counsel H. Lee Strayhan of Clark Partington, consents to this motion and the relief sought by the DHECC.

7. The DHECC will have a copy of this motion served upon the claimants.

                    Respectfully submitted,

                    Patrick A. Juneau
                    Claims Administrator

                    By: ___/s/ Kevin Colomb_____
                    Kevin Colomb
                    Manager of Compliance and Internal Integrity

Dated: February 7, 2017