UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                     MDL No. 2179
"Deepwater Horizon" in the Gulf                     SECTION: J
of Mexico, on April 20, 2010                        JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                           MAGISTRATE SHUSHAN

Supplemental Designation Memorandums Four Through Ten        *12-970*

The attached pleadings were filed with the 5th Circuit and served on all attorneys via email.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    FEB 06 2017
         wl

WILLIAM W. BLEVINS
CLERK

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

_____ Fee _____
_____ Process _____
_X_ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

TENDERED FOR FILING

FEB 06 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                          16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Four
**OCTOBER 12TH, 2050 MANKIND CEASES TO EXIST.**

The national debt will be 150 Trillion dollars on that day. By then there will have been a total collapse of
the world economic system. Health care will not be provided because it cannot be paid for. This is not a
prediction or prophecy but a mathematical certainty. With our immune system(s) destroyed we will
cease to exist. We must consider the "Katrina Anti-Social Norm" if we are to stand a chance of surviving.
I think we might already be past the point of no return.

I have never talked about climate change. The greatest ally to the viruses and bacteria is a warmer
climate with higher humidity and solids (pollution) for them to attach to. Hurricane Katrina was a micro
eco system that spread the Katrina Virus. Freezing temperatures would have kept them at bay.

**Who will pay for you when you have Alzheimer's? It is preventable if we start now and if we work
together but first we must have the truth.**
The cost of caring for Alzheimer's patients in the U.S. is estimated to be $236 billion in 2016.
(Alzheimer's Association)
Unless a cure is found, more than 16 million Americans will have the disease by 2050. (Alzheimer's
Association)
Alzheimer's disease is the 6th leading cause of death in America. (Centers for Disease Control)
1-in-3 seniors die with Alzheimer's or another kind of dementia. (Centers for Disease Control)

The nuclear term in the following article on the deficit is health care spending. How can the deficit not
scare the hell out of you?

Federal Debt Projected to Grow by Nearly $10 Trillion Over Next Decade
By ALAN RAPPEPORTJAN. 24, 2017
https://www.nytimes.com/2017/01/24/us/politics/budget-deficit-
trump.html?emc=edit_th_20170125&nl=todaysheadlines&nlid=77044766&_r=0
WASHINGTON — After seven years of fitful declines, the federal budget deficit is projected to swell
again, **adding nearly $10 trillion to the federal debt over the next 10 years, according to projections
from the nonpartisan Congressional Budget Office**. The numbers reveal the strain that government
debt could have on the economy as President Trump presses to slash taxes and ramp up spending.

TENDERED FOR FILING

FEB 0 6 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

,     .

The deficit figures released Tuesday will be a major challenge to House Republicans, who were swept to power in 2010 on fears of a bloated deficit and who made controlling red ink a major part of their agenda under former President Barack Obama.

**\*\*\*Statutory caps imposed in 2011 on domestic and military spending have helped temper the deficit. \*\*\*But those controls are likely to be swamped by health care and Social Security spending that will \*\*\*rise with an aging population.**

Now, congressional leaders will have to choose between their fealty to the cause of fiscal prudence and the demands of the new president, who wants $1 trillion in infrastructure work over 10 years, a surge in military spending and large tax cuts for individuals and corporations.

At a confirmation hearing on Tuesday, senators from both parties peppered Representative Mick Mulvaney of South Carolina, Mr. Trump's choice to be the White House budget director, with questions about how Mr. Trump intended to keep his promise to protect Social Security and Medicare while addressing the budget shortfall.

Mr. Mulvaney said that it would be his role to deliver hard truths to Mr. Trump. One of those truths, he suggested, could be the need to raise the eligibility age for Social Security, a proposal that is sure to be contentious.

"I haven't been quiet and shy since I've been here," Mr. Mulvaney said. "I have to imagine the president knew what he was getting when he asked me to fill this role. I'd like to think it's why he hired me." He added, "I believe, as a matter of principle, that the debt is a problem that must be addressed sooner rather than later."

The deficit is expected to shrink this fiscal year and next before increasing in 2019 and beyond. Deficits would cumulatively total $9.4 trillion from 2018 to 2027, the budget office projects. By 2023, the deficit would reach $1 trillion, and in 2027, a projected $1.4 trillion deficit would be equal to 5 percent of the economy.

Most economists believe that deficits are helpful when economies are in recession, but some say that when they are near full employment, as the United States economy is now, deficits should be kept below 3 percent of the economy to avoid a drag on investment — or worse, a financial crisis.

**The Congressional Budget Office's budget and economic outlook said that the share of debt held by the public was expected to reach 89 percent of gross domestic product in 2027**. That level could increase the risk of a financial crisis and raise the possibility that investors will become skittish about financing the government's borrowing, some economists say, although many countries have far higher debt levels.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 25TH, 2017.

This article represents a nuclear explosion and it is Federal Desensitizing Propaganda. Adults with fully developed immune system(s) are getting the norovirus. This is a relatively new development. It means that adults have a degraded or damaged immune system(s).

*RECOMMENDATIONS ISSUED BY THE CDC FOR STOPPING THE SPREAD OF THE NOROVIRUS ARE WRONG FOR MANKIND IN THE LONG TERM. MANKIND MUST DEVELOP STRONGER IMMUNE SYSTEM(S) THE NATURAL WAY. THE CDC WANTS US TO BECOME "BUBBLE PEOPLE".*

*VIRUS AND BACTERIA (ETC.) ARE GOING TO BE AROUND FOREVER AND WE NEED TO ADAPT TO THEM. THERE IS NO CURE AND NO VACCINE EXCEPT OUR OWN IMMUNE SYSTEM(S) WHICH WE MUST STOP DAMAGING.*

*WE NEED TO EMBRACE THE "KATRINA ANTI-SOCIAL NORM".*

*WHEN YOU EXERCISE, YOU GET STRONGER AND YOUR IMMUNE SYSTEM(S) GETS STRONGER. WHEN YOU GET INFECTED YOU GET STRONGER AND YOUR IMMUNE SYSTEM(S) GETS STRONGER.*

*STERIODS WILL MAKE YOU STRONGER BUT THE SIDE EFECTS ARE INCREDIABLE.*

*THE TERM "SURVIVAL OF THE FITESES" APPLYS HERE. WE MUST NOT LET SHORT TERM OBJECTIVES DECIDE THE LONG-TERM FATE OF MANKIND. WE MUST ADAPT AND THAT INCLUDES GETTING SICK. OUR IMMUNE SYSTEM(S) WILL GET STRONGER IF WE PARTICPATE IN THE NATURAL SELECTION PROCESS.*

*Natural Selection: the process whereby organisms better adapted to their environment tend to survive and produce more offspring. The theory of its action was first fully expounded by Charles Darwin and is now believed to be the main process that brings about evolution.*

*Virus and bacteria are immune to our antibiotics. We can't kill them so they will continue to procreate and thus win the evolutionary war/process.*

*MANKIND WILL BY HIS OWN HAND.*

The Stomach Bug Norovirus Rips Through U.S. Schools
Highly contagious, it causes vomiting and flu-like symptoms; school systems closed
http://www.wsj.com/articles/the-stomach-bug-norovirus-rips-through-u-s-schools-1485191421
By SUMATHI REDDY
Jan. 23, 2017 12:10 p.m. ET
They went down like dominoes in Aimee Romero's household. First her 5-year-old daughter came home sick from school. Hours later her 8-year-old son started vomiting every 20 minutes for six hours. Next she started feeling sick. Two days later, it was her husband's turn.
The Romero family in Greentown, Ind., caught norovirus. Among the most contagious of all viruses, it is striking hard this winter, immobilizing families and even prompting schools to shut down due to student absences.

The Eastern Howard School Corporation in Indiana, where Ms. Romero's children go, closed on Tuesday after 27% of the elementary-school children had been out sick the prior Friday. One school nurse fell ill over the weekend and another had a child who came down with the virus, and the district couldn't find substitute nurses.

St. Charles East High School near Chicago was closed for two days earlier this month after 800 out of its 2,500 students called in sick and county health department tests confirmed norovirus to blame. And Globe Park Elementary School in Woonsocket, R.I., closed for two days last week due to an outbreak of a noro-like virus, according to its principal, after more than 100 of its 513 students were sick the previous Friday.

The increase in cases is pretty typical for winter, according to the Centers for Disease Control and Prevention. Its current data is preliminary and only includes outbreaks through Jan. 2.

Each year, there are on average about 19 to 21 million cases of the virus, which involves inflammation of the stomach or intestines or both, according to the CDC. Symptoms usually involve throwing up and nausea, diarrhea, stomach pain, and can include a fever and body aches.

The main risk of the virus is dehydration and most people recover after a few days. Norovirus spreads especially quickly in close quarters such as in hospitals, nursing homes, schools and cruise ships. In 61% of cases it is spread through direct contact or touching a contaminated surface, according to the CDC. It is also the source of about half of all outbreaks of food-related illness, usually caused by contamination from sick food workers or food contaminated during growth, production or processing.

Norovirus isn't related to the flu, despite the fact that is often called the "stomach flu." Unfortunately, getting it once doesn't make you immune to getting it again.

'We think this is the most infectious group of pathogens that have ever been described.'

—Christine Moe, a professor in the Rollins School of Public Health at Emory University in Atlanta

"There are at least 25 genotypes" of the virus, said Christine Moe, a professor in the Rollins School of Public Health at Emory University in Atlanta. "In those genotypes there are multiple strains, probably hundreds of strains. It's a very large family of viruses."

Norovirus moves swiftly. The incubation period is usually 24 to 48 hours, experts say, and symptoms typically last about two-to-three days. Those infected continue to shed the virus for days and possibly weeks afterward.

It is also a hardy virus. Dr. Moe said studies she has done have detected the virus on surfaces three to four weeks after it was put there though it is unclear if it could cause an infection that much later. Other studies have found that the virus survived in water at room temperature for two months and could still cause infection.

People are generally most contagious when they are ill and the first few days after they feel better, said Aron Hall, an epidemiologist in the CDC's division of viral diseases.

He recommends staying home ideally for one to two days after your symptoms are gone.

The amount of virus exposure that one needs to become infected is tiny, just 10 to 20 virus particles.

"We think this is the most infectious group of pathogens that have ever been described," said Dr. Moe. As with most viruses, it is possible to get infected and not show symptoms.

Tracy Caddell, superintendent of the East Howard School Corporation in Indiana, said the elementary school had roughly 175 out of nearly 600 students out on Friday, Jan. 13.

The school's nurses' office, "It looked like something of a sick ward," said Dr. Caddell. He called in extra custodial staff to do "deep cleaning" over the three-day weekend. They used a disinfectant cleaner in all the schools and buses.

On Tuesday he expected schools to resume but when both district's school nurses called in sick — one contracting norovirus from the students and the other tending to her own sick child — he made the decision to close all three of the district's schools. It was the first time in his 16 years as a superintendent he has had to close school for a sickness.

On Wednesday, school was back in session with about 11% of students out—compared with the usual 4 to 5%.

For now, the best prevention tip is the oldest: wash your hands, often and thoroughly with soap and water. Sanitizers aren't effective, experts say.

There are ongoing clinical trials at different stages working on developing a vaccine for the viruses. One of the furthest along is a vaccine by Takeda Pharmaceutical Company. The study is currently enrolling participants from the U.S. Navy.

Scientists made a big breakthrough with the virus last year when researchers at Baylor College of Medicine in Houston grew the norovirus in a human intestinal cell for what is believed to be the first time.

Mary Estes, a professor of molecular virology and microbiology at Baylor, was the senior author on the publication of the discovery in the journal Science in August.

Dr. Estes says her research group now hopes to be able to develop antivirals to treat the infections as well as better cleaning products to ensure it is killed.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                     16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Five
Informative Pleading

Please reference the attached "Motion to Join" and "Motion for Access" in the Danziger Bridge criminal case.

I will appeal this all the way to the Supreme Court if the American People and myself are denied justice. This is pure criminal censorship of the First Amendment.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

           v.

KENNETH BOWEN
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

CRIMINAL DOCKET NO. 2:10-cr-00204

SECTION: N

VIOLATIONS: 18 U.S.C.

Motion to Join

David Andrew Christenson respectfully re-files this "Motion to Join" on behalf of the American People and himself and re-urges the granting of this Motion.

Please incorporate the following pleadings into this Motion: Case 2:10-cr-00204-KDE-JVM Document 1407 Filed 01/26/17 Page 1 of 7 and Case 2:10-cr-00204-KDE-JVM Document 1407-1 Filed 01/26/17 Page 1 of 11filed by the Associated Press and The Times-Picayune.

Supplemental Designation Memorandum Five/Informative Pleading that was filed with the 5th Circuit in Appeal 16-30918 is also attached.

I will appeal this to the Supreme Court if the American People are denied justice.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

'        '

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

KENNETH BOWEN
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

CRIMINAL DOCKET NO. 2:10-cr-00204

SECTION: N

VIOLATIONS: 18 U.S.C.

Motion for Access

David Andrew Christenson respectfully files this "Motion for Access" on behalf of the American People and himself and urges the granting of this Motion.

Please incorporate the following pleadings into this Motion: Case 2:10-cr-00204-KDE-JVM Document 1407 Filed 01/26/17 Page 1 of 7 and Case 2:10-cr-00204-KDE-JVM Document 1407-1 Filed 01/26/17 Page 1 of 11filed by the Associated Press and The Times-Picayune.

Supplemental Designation Memorandum Five/Informative Pleading that was filed with the 5th Circuit in Appeal 16-30918 is also attached.

I will appeal this to the Supreme Court if the American People are denied justice.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Six
Informative Pleading

7.4% of the people that died in the United States the First week of January 2017 died from Pneumonia
and Influenza (P&I). The epidemic level established by the Center for Disease Control and Prevention
(CDC) was set at 7.3%. We are at epidemic levels and not one major news organization covered the
Genocide. Pneumonia and Influenza (P&I) is preventable.

Weekly U.S. Influenza Surveillance Report
https://www.cdc.gov/flu/weekly/index.htm
2016-2017 Influenza Season Week 3 ending January 21, 2017
Pneumonia and Influenza (P&I) Mortality Surveillance:
**Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January
26, 2017, 7.4% of the deaths occurring during the week ending January 7, 2017 (week 1) were due to
P&I. This percentage is above the epidemic threshold of 7.3% for week 1.** 33% of the Americans above
the age of 50 that died in the United States that week died from Pneumonia/Influenza, Suicide,
Alzheimer's/Dementia and all are preventable!!!

Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has
destroyed our immune system(s). The Katrina Virus is a compilation term. The cure is an anti-social
norm, an anti-way of thinking which would be uncensored. We must drastically change our way of
thinking and the way to do this is by exposing the truth. Maybe a better term is the **"Katrina Anti-Social
Norm"**. Our failing to change will result in our suicide. Mankind is killing himself because he won't
embrace an Anti-Social Norm.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                          16-30918
"Deepwater Horizon" in the Gulf                                          3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Seven
Immunization Schedule

Please review the attached immunization schedule and Washington Post article on "U.S. life expectancy declines for the first time since 1993"

For Americans to save themselves and Mankind they must have the truth.

The world's smartest man, Theoretical physicist Stephen Hawking, has stated: "GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind.

The Katrina Virus (a compilation term for the chemical warfare contaminates that were stored in New Orleans.) was negligently released during Hurricane Katrina. This release and the accompanying release during the BP Oil Spill has **accelerated the demise of Mankind**.

Survival was Mankind's number one instinct but that is no longer true. Suicide is now a life choice. Our government was working on the perfect military weapon in New Orleans. That weapon was organic, easy to disperse and dissipated in five days with the result being the opposing army committing suicide. It attacked the immune system(s) which defends us. Veterans have the highest suicide rate in the world.

Our government uses "Federal Desensitizing Propaganda" to make us immune to the Genocide of Mankind. Our government censor's individuals such as myself who are trying to bring the truth to the light of day.

We have irreparable damaged our immune system(s) with the result being the end of Mankind on October 12th, 2050. This is not a prediction or prophecy but a mathematical certainty. Do the math.

The meaning of the term, Katrina Virus, has evolved to include all vaccinations/immunizations, environmental factors, diet, etc. that are destroying Mankind's immune system(s). The cure is an anti-social norm, an anti-way of thinking which would be uncensored. We must drastically change our way of thinking and the way to do this is by exposing the truth. Maybe a better term is the **"Katrina Anti-Social Norm"**. We must embrace the "Katrina Anti-Social Norm" and honor the Constitution and the First Amendment.

Our survival depends on a robust immune system(s) and not a degraded one.

Our immune system(s) is weakest when we are born and when we die. Look at the number of immunizations that our children are given before they are 18 months old. Did you have those same immunizations? We are destroying Mankind for the short run. Our government immunizes us at the worst possible times of lives.

A very important point about the Washington Post article. If you remove legal and illegal immigrants who have arrived in the last thirty years, life expectancies drop by two years. Immigrants have not been vaccinated like Americans.

Alzheimer's is spreading and increasing affecting younger people. The more immunizations a person has had will determine when they develop Alzheimer's. Children from today will develop Alzheimer's in their late forties. For discussion purposes, there must come a time when we classify someone with Alzheimer's as being dead. We must get an accurate life expectancy range to see the horrors that we are going to experience.


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

**U.S. life expectancy declines for the first time since 1993**
By Lenny Bernstein December 8, 2016
https://www.washingtonpost.com/national/health-science/us-life-expectancy-declines-for-the-first-time-since-1993/2016/12/07/7dcdc7b4-bc93-11e6-91ee-1adddfe36cbe_story.html?utm_term=.2c3846618916
For the first time in more than two decades, life expectancy for Americans declined last year — a troubling development linked to a panoply of worsening health problems in the United States.
Rising fatalities from heart disease and stroke, diabetes, drug overdoses, accidents and other conditions caused the lower life expectancy revealed in a report released Thursday by the National Center for Health Statistics. **In all, death rates rose for eight of the top 10 leading causes of death.**
"I think we should be very concerned," said Princeton economist Anne Case, who called for thorough research on the increase in deaths from heart disease, the No. 1 killer in the United States. "This is singular. This doesn't happen."
A year ago, research by Case and Angus Deaton, also an economist at Princeton, brought worldwide attention to the unexpected jump in mortality rates among white middle-aged Americans. That trend was blamed on what are sometimes called diseases of despair: overdoses, alcoholism and suicide. The new report raises the possibility that major illnesses may be eroding prospects for an even wider group of Americans.
**Its findings show increases in "virtually every cause of death. It's all ages,"** said David Weir, director of the health and retirement study at the Institute for Social Research at the University of Michigan. Over the past five years, he noted, improvements in death rates were among the smallest of the past four decades. "There's this just across-the-board [phenomenon] of not doing very well in the United States."
Overall, life expectancy fell by one-tenth of a year, from 78.9 in 2014 to 78.8 in 2015, according to the latest data. The last time U.S. life expectancy at birth declined was in 1993, when it dropped from 75.6 to 75.4, according to World Bank data.
**The overall death rate rose 1.2 percent in 2015, its first uptick since 1999. More than 2.7 million people died, about 45 percent of them from heart disease or cancer.**
Experts cautioned against interpreting too much from a single year of data; the numbers could reverse themselves next year, they said.
"This is unusual, and we don't know what happened," said Jiaquan Xu, an epidemiologist and lead author of the study. "So many leading causes of death increased."
The report's lone bright spot was a drop in the death rate from cancer, probably because fewer people are smoking, the disease is being detected earlier and new treatments have been developed recently, experts said.
**The largest rate jump for any cause of death was for Alzheimer's disease, which went from 25.4 to 29.4 deaths per 100,000 people.** But several experts attributed that to greater reporting of the disease as a cause of death, not by any huge growth in the number of people who died.
Death rates rose for white men, white women and black men. They stayed essentially even for black women and Hispanic men and women. "It's just confirming this deterioration in survival for certain groups," said Ellen Meara, a professor at the Dartmouth Institute for Health Policy and Clinical Practice. She wonders what factors might be protecting Hispanic men and women from the negative trend.
According to the new report, males could expect to live 76.3 years at birth last year, down from 76.5 in 2014. Females could expect to live to 81.2 years, down from 81.3 the previous year.

Life expectancy at age 65 did not fall, another indication that the diseases behind the lower life expectancy occur in middle age or younger. At 65, men can expect to live 18 more years, while women survive an average of 20.6 more years, the data shows. Infant mortality rose slightly, according to the report, but the difference was not considered statistically significant.

Heart disease was responsible for more than 633,000 deaths in 2015, up from a little more than 614,000 the previous year. Cancer killed more than 595,000 people.

"We're seeing the ramifications of the increase in obesity," said Tom Frieden, director of the Centers for Disease Control and Prevention. "And we're seeing that in an increase in heart disease."

The number of unintentional injuries — which include overdoses from drugs, alcohol and other chemicals, as well as motor vehicle crashes and other accidents — climbed to more than 146,000 in 2015 from slightly more than 136,000 in 2014. Public health authorities have been grappling with an epidemic of overdoses from prescription narcotics, heroin and fentanyl in recent years. Xu said overdose statistics were not yet ready to be released to the public.

**Deaths from suicide, the 10th-leading cause of death in the United States, rose to 44,193 from 42,773 in 2014.**

Several experts pointed out that other Western nations are not seeing similar rises in mortality, suggesting an urgency to determine what is unique about health, health care and socioeconomic conditions in the United States.

"Mortality rates in middle age have totally flat-lined in the U.S. for people in their 30s and 40s and 50s, or have been increasing," Case said. "What we really need to do is find out why we have stopped making progress against heart disease. And I don't have the answer to that."

Meara noted that more people need better health care but that "the health-care system is only a part of health." Income inequality, nutrition differences and lingering unemployment all need to be addressed, she said.

# Recommended Immunization Schedules for Persons Aged 0 Through 18 Years
## UNITED STATES, 2016

This schedule includes recommendations in effect as of January 1, 2016. Any dose not administered at the recommended age should be administered at a subsequent visit, when indicated and feasible. The use of a combination vaccine generally is preferred over separate injections of its equivalent component vaccines. Vaccination providers should consult the relevant Advisory Committee on Immunization Practices (ACIP) statement for detailed recommendations, available online at http://www.cdc.gov/vaccines/hcp/acip-recs/index.html. Clinically significant adverse events that follow vaccination should be reported to the Vaccine Adverse Event Reporting System (VAERS) online (http://www.vaers.hhs.gov) or by telephone (800-822-7967).

The Recommended Immunization Schedules for Persons Aged 0 Through 18 Years are approved by the

**Advisory Committee on Immunization Practices
(http://www.cdc.gov/vaccines/acip)**

**American Academy of Pediatrics
(http://www.aap.org)**

**American Academy of Family Physicians
(http://www.aafp.org)**

**American College of Obstetricians and Gynecologists
(http://www.acog.org)**



U.S. Department of Health and Human Services
Centers for Disease Control and Prevention

**Figure 1. Recommended immunization schedule for persons aged 0 through 18 years – United States, 2016.**
**(FOR THOSE WHO FALL BEHIND OR START LATE, SEE THE CATCH-UP SCHEDULE [FIGURE 2]).**

These recommendations must be read with the footnotes that follow. For those who fall behind or start late, provide catch-up vaccination at the earliest opportunity as indicated by the green bars in Figure 1. To determine minimum intervals between doses, see the catch-up schedule (Figure 2). School entry and adolescent vaccine age groups are shaded.

| Vaccine | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 9 mos | 12 mos | 15 mos | 18 mos | 19–23 mos | 2–3 yrs | 4–6 yrs | 7–10 yrs | 11–12 yrs | 13–15 yrs | 16–18 yrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B[1] (HepB) | 1st dose | ←――― 2nd dose ―――→ | | | ←――――――――――――――― 3rd dose ―――――――――――――――→ | | | | | | | | | | | |
| Rotavirus[2] (RV) RV1 (2-dose series); RV5 (3-dose series) | | | 1st dose | 2nd dose | See footnote 2 | | | | | | | | | | | |
| Diphtheria, tetanus, & acellular pertussis[3] (DTaP: <7 yrs) | | | 1st dose | 2nd dose | 3rd dose | | ←――――― 4th dose ―――――→ | | | | | 5th dose | | | | |
| Haemophilus influenzae type b[4] (Hib) | | | 1st dose | 2nd dose | See footnote 4 | | 3rd or 4th dose, See footnote 4 | | | | | | | | | |
| Pneumococcal conjugate[5] (PCV13) | | | 1st dose | 2nd dose | 3rd dose | | ←――――― 4th dose ―――――→ | | | | | | | | | |
| Inactivated poliovirus[6] (IPV: <18 yrs) | | | 1st dose | 2nd dose | ←――――――――――――――― 3rd dose ―――――――――――――――→ | | | | | | | 4th dose | | | | |
| Influenza[7] (IIV; LAIV) | | | | | | ← Annual vaccination (IIV only) 1 or 2 doses → | | | | | ← Annual vaccination (LAIV or IIV) 1 or 2 doses → | | ← Annual vaccination (LAIV or IIV) 1 dose only → | | |
| Measles, mumps, rubella[8] (MMR) | | | | | | | ←――――― 1st dose ―――――→ | | | | | 2nd dose | | | | |
| Varicella[9] (VAR) | | | | | | | ←――――― 1st dose ―――――→ | | | | | 2nd dose | | | | |
| Hepatitis A[10] (HepA) | | | | | | | ←―――――――― 2-dose series, See footnote 10 ――――――――→ | | | | | | | | | |
| Meningococcal[11] (Hib-MenCY ≥ 6 weeks; MenACWY-D ≥9 mos; MenACWY-CRM ≥ 2 mos) | | | | | | ←――――――――――――――― See footnote 11 ―――――――――――――――→ | | | | | | | | 1st dose | | Booster |
| Tetanus, diphtheria, & acellular pertussis[12] (Tdap ≥ 7 yrs) | | | | | | | | | | | | | | (Tdap) | | |
| Human papillomavirus[13] (2vHPV: females only; 4vHPV, 9vHPV: males and females) | | | | | | | | | | | | | | (3-dose series) | | |
| Meningococcal B[11] | | | | | | | | | | | | | | | ←―― See footnote 11 ――→ | |
| Pneumococcal polysaccharide[5] (PPSV23) | | | | | | | | | | | | | ←―――――――――――― See footnote 5 ―――――――――――――→ | | | |

| | | |
|---|---|---|
| ▒ Range of recommended ages for all children | ▒ Range of recommended ages for catch-up immunization | ▒ Range of recommended ages for certain high-risk groups |
| ▒ Range of recommended ages for non-high-risk groups that may receive vaccine, subject to individual clinical decision making | □ No recommendation | |

This schedule includes recommendations in effect as of January 1, 2016. Any dose not administered at the recommended age should be administered at a subsequent visit, when indicated and feasible. The use of a combination vaccine generally is preferred over separate injections of its equivalent component vaccines. Vaccination providers should consult the relevant Advisory Committee on Immunization Practices (ACIP) statement for detailed recommendations, available online at http://www.cdc.gov/vaccines/hcp/acip-recs/index.html. Clinically significant adverse events that follow vaccination should be reported to the Vaccine Adverse Event Reporting System (VAERS) online (http://www.vaers.hhs.gov) or by telephone (800-822-7967). Suspected cases of vaccine-preventable diseases should be reported to the state or local health department. Additional information, including precautions and contraindications for vaccination, is available from CDC online (http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.html) or by telephone (800-CDC-INFO [800-232-4636]).

This schedule is approved by the Advisory Committee on Immunization Practices (http://www.cdc.gov/vaccines/acip), the American Academy of Pediatrics (http://www.aap.org), the American Academy of Family Physicians (http://www.aafp.org), and the American College of Obstetricians and Gynecologists (http://www.acog.org).

**NOTE: The above recommendations must be read along with the footnotes of this schedule.**

**FIGURE 2. Catch-up immunization schedule for persons aged 4 months through 18 years who start late or who are more than 1 month behind —United States, 2016.**

The figure below provides catch-up schedules and minimum intervals between doses for children whose vaccinations have been delayed. A vaccine series does not need to be restarted, regardless of the time that has elapsed between doses. Use the section appropriate for the child's age. Always use this table in conjunction with Figure 1 and the footnotes that follow.

| Vaccine | Minimum Age for Dose 1 | Minimum Interval Between Doses | | | |
|---|---|---|---|---|---|
| | | Dose 1 to Dose 2 | Dose 2 to Dose 3 | Dose 3 to Dose 4 | Dose 4 to Dose 5 |
| | | | **Children age 4 months through 6 years** | | |
| Hepatitis B[1] | Birth | 4 weeks | 8 weeks and at least 16 weeks after first dose. Minimum age for the final dose is 24 weeks. | | |
| Rotavirus[2] | 6 weeks | 4 weeks[2] | 4 weeks[2] | | |
| Diphtheria, tetanus, and acellular pertussis[3] | 6 weeks | 4 weeks | 4 weeks | 6 months[3] | 6 months[3] |
| Haemophilus influenzae type b[4] | 6 weeks | 4 weeks[4] if first dose was administered before the 1st birthday. 8 weeks (as final dose) if first dose was administered at age 12 through 14 months. No further doses needed if first dose was administered at age 15 months or older. | 4 weeks[4] if current age is younger than 12 months and first dose was administered at younger than age 7 months, and at least 1 previous dose was PRP-T (ActHib, Pentacel) or unknown. 8 weeks and age 12 through 59 months (as final dose)[4] if current age is younger than 12 months and first dose was administered at age 7 through 11 months (wait until at least 12 months old); OR if current age is 12 through 59 months and first dose was administered before the 1st birthday, and second dose administered at younger than 15 months; OR if both doses were PRP-OMP (PedvaxHIB; Comvax) and were administered before the 1st birthday (wait until at least 12 months old). No further doses needed if previous dose was administered at age 15 months or older. | 8 weeks (as final dose) This dose only necessary for children age 12 through 59 months who received 3 doses before the 1st birthday. | |
| Pneumococcal[5] | 6 weeks | 4 weeks if first dose was administered before the 1st birthday. 8 weeks (as final dose for healthy children) if first dose was administered at the 1st birthday or after. No further doses needed for healthy children if first dose administered at age 24 months or older. | 4 weeks if current age is younger than 12 months and previous dose given at <7 months old. 8 weeks (as final dose for healthy children) if previous dose given between 7-11 months (wait until at least 12 months old); OR if current age is 12 months or older and at least 1 dose was given before age 12 months. No further doses needed for healthy children if previous dose administered at age 24 months or older. | 8 weeks (as final dose) This dose only necessary for children aged 12 through 59 months who received 3 doses before age 12 months or for children at high risk who received 3 doses at any age. | |
| Inactivated poliovirus[6] | 6 weeks | 4 weeks[6] | 4 weeks[6] | 6 months[6] (minimum age 4 years for final dose). | |
| Measles, mumps, rubella[7] | 12 months | 4 weeks | | | |
| Varicella[8] | 12 months | 3 months | | | |
| Hepatitis A[9] | 12 months | 6 months | | | |
| Meningococcal[11] (Hib-MenCY ≥ 6 weeks; MenACWY-D ≥9 mos; MenACWY-CRM ≥ 2 mos) | 6 weeks | 8 weeks[11] | See footnote 11 | See footnote 11 | |
| | | | **Children and adolescents age 7 through 18 years** | | |
| Meningococcal[11] (Hib-MenCY ≥ 6 weeks; MenACWY-D ≥9 mos; MenACWY-CRM ≥ 2 mos) | Not Applicable (N/A) | 8 weeks[11] | 4 weeks[6] | | |
| Tetanus, diphtheria; tetanus, diphtheria, and acellular pertussis[3] | 7 years[12] | 4 weeks | 4 weeks if first dose of DTaP/DT was administered before the 1st birthday. 6 months (as final dose) if first dose of DTaP/DT or Tdap/Td was administered at or after the 1st birthday. | 6 months if first dose of DTaP/DT was administered before the 1st birthday. | |
| Human papillomavirus[10] | 9 years | Routine dosing intervals are recommended.[10] | | | |
| Hepatitis A[9] | N/A | 6 months | | | |
| Hepatitis B[1] | N/A | 4 weeks | 8 weeks and at least 16 weeks after first dose. | | |
| Inactivated poliovirus[6] | N/A | 4 weeks | 4 weeks[6] | 6 months[6] | |
| Measles, mumps, rubella[7] | N/A | 4 weeks | | | |
| Varicella[8] | N/A | 3 months if younger than age 13 years. 4 weeks if age 13 years or older. | | | |

**NOTE: The above recommendations must be read along with the footnotes of this schedule.**

# Footnotes — Recommended immunization schedule for persons aged 0 through 18 years—United States, 2016

For further guidance on the use of the vaccines mentioned below, see: http://www.cdc.gov/vaccines/hcp/acip-recs/index.html.

For vaccine recommendations for persons 19 years of age and older, see the Adult Immunization Schedule.

## Additional Information

- For contraindications and precautions to use of a vaccine and for additional information regarding that vaccine, vaccination providers should consult the relevant ACIP statement available online at http://www.cdc.gov/vaccines/hcp/acip-recs/index.html.
- For purposes of calculating intervals between doses, 4 weeks = 28 days. Intervals of 4 months or greater are determined by calendar months.
- Vaccine doses administered 4 days or less before the minimum interval are considered valid. Doses of any vaccine administered ≥5 days earlier than the minimum interval or minimum age should not be counted as valid doses and should be repeated as age-appropriate. The repeat dose should be spaced after the invalid dose by the recommended minimum interval. For further details, see *MMWR, General Recommendations on Immunization and Reports / Vol. 60 / No. 2;* Table 1. *Recommended and minimum ages and intervals between vaccine doses* available online at http://www.cdc.gov/mmwr/pdf/rr/rr6002.pdf.
- Information on travel vaccine requirements and recommendations is available at http://wwwnc.cdc.gov/travel/destinations/list.
- For vaccination of persons with primary and secondary immunodeficiencies, see Table 13, *"Vaccination of persons with primary and secondary immunodeficiencies,"* in *General Recommendations on Immunization* (ACIP), available at http://www.cdc.gov/mmwr/pdf/rr/rr6002.pdf.; and American Academy of Pediatrics. *"Immunization in Special Clinical Circumstances,"* in Kimberlin DW, Brady MT, Jackson MA, Long SS eds. *Red Book: 2015 report of the Committee on Infectious Diseases.* 30th ed. Elk Grove Village, IL: American Academy of Pediatrics.

### 1. Hepatitis B (HepB) vaccine. (Minimum age: birth)

**Routine vaccination:**

**At birth:**
- Administer monovalent HepB vaccine to all newborns before hospital discharge.
- For infants born to hepatitis B surface antigen (HBsAg)-positive mothers, administer HepB vaccine and 0.5 mL of hepatitis B immune globulin (HBIG) within 12 hours of birth. These infants should be tested for HBsAg and antibody to HBsAg (anti-HBs) at age 9 through 18 months (preferably at the next well-child visit) or 1 to 2 months after completion of the HepB series if the series was delayed; CDC recently recommended testing occur at age 9 through 12 months; see http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6439a6.htm.
- If mother's HBsAg status is unknown, within 12 hours of birth administer HepB vaccine regardless of birth weight. For infants weighing less than 2,000 grams, administer HBIG in addition to HepB vaccine within 12 hours of birth. Determine mother's HBsAg status as soon as possible and, if mother is HBsAg-positive, also administer HBIG for infants weighing 2,000 grams or more as soon as possible, but no later than age 7 days.

**Doses following the birth dose:**
- The second dose should be administered at age 1 or 2 months. Monovalent HepB vaccine should be used for doses administered before age 6 weeks.
- Infants who did not receive a birth dose should receive 3 doses of a HepB-containing vaccine on a schedule of 0, 1 to 2 months, and 6 months starting as soon as feasible. See Figure 2.
- Administer the second dose 1 or 2 months after the first dose (minimum interval of 4 weeks), administer the third dose at least 8 weeks after the second dose and at least 16 weeks after the first dose. The final (third or fourth) dose in the HepB series should be administered no earlier than age 24 weeks.
- Administration of a total of 4 doses of HepB vaccine is permitted when a combination vaccine containing HepB is administered after the birth dose.

**Catch-up vaccination:**
- Unvaccinated persons should complete a 3-dose series.
- A 2-dose series (doses separated by at least 4 months) of adult formulation Recombivax HB is licensed for use in children aged 11 through 15 years.
- For other catch-up guidance, see Figure 2.

### 2. Rotavirus (RV) vaccines. (Minimum age: 6 weeks for both RV1 [Rotarix] and RV5 [RotaTeq])

**Routine vaccination:**

Administer a series of RV vaccine to all infants as follows:
1. If Rotarix is used, administer a 2-dose series at 2 and 4 months of age.
2. If RotaTeq is used, administer a 3-dose series at ages 2, 4, and 6 months.
3. If any dose in the series was RotaTeq or vaccine product is unknown for any dose in the series, a total of 3 doses of RV vaccine should be administered.

**Catch-up vaccination:**
- The maximum age for the first dose in the series is 14 weeks, 6 days; vaccination should not be initiated for infants aged 15 weeks, 0 days or older.
- The maximum age for the final dose in the series is 8 months, 0 days.
- For other catch-up guidance, see Figure 2.

### 3. Diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine. (Minimum age: 6 weeks. Exception: DTaP-IPV [Kinrix, Quadracel]: 4 years)

**Routine vaccination:**
- Administer a 5-dose series of DTaP vaccine at ages 2, 4, 6, 15 through 18 months, and 4 through 6 years. The fourth dose may be administered as early as age 12 months, provided at least 6 months have elapsed since the third dose.
- Inadvertent administration of 4th DTaP dose early: If the fourth dose of DTaP was administered at least 4 months, but less than 6 months, after the third dose of DTaP, it need not be repeated.

### 3. Diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine (cont'd)

**Catch-up vaccination:**
- The fifth dose of DTaP vaccine is not necessary if the fourth dose was administered at age 4 years or older.
- For other catch-up guidance, see Figure 2.

### 4. Haemophilus influenzae type b (Hib) conjugate vaccine. (Minimum age: 6 weeks for PRP-T [ActHIB, DTaP-IPV/Hib (Pentacel) and Hib-MenCY (MenHibrix)], PRP-OMP [PedvaxHIB or COMVAX], 12 months for PRP-T [Hiberix])

**Routine vaccination:**
- Administer a 2- or 3-dose Hib vaccine primary series and a booster dose (dose 3 or 4 depending on vaccine used in primary series) at age 12 through 15 months to complete a full Hib vaccine series.
- The primary series with ActHIB, MenHibrix, or Pentacel consists of 3 doses and should be administered at 2, 4, and 6 months of age. The primary series with PedvaxHIB or COMVAX consists of 2 doses and should be administered at 2 and 4 months of age; a dose at age 6 months is not indicated.
- One booster dose (dose 3 or 4 depending on vaccine used in primary series) of any Hib vaccine should be administered at age 12 through 15 months. An exception is Hiberix vaccine. Hiberix should only be used for the booster (final) dose in children aged 12 months through 4 years who have received at least 1 prior dose of Hib-containing vaccine.
- For recommendations on the use of MenHibrix in patients at increased risk for meningococcal disease, please refer to the meningococcal vaccine footnotes and also to *MMWR* February 28, 2014 / 63(RR01):1–13, available at http://www.cdc.gov/mmwr/PDF/rr/rr6301.pdf.

**Catch-up vaccination:**
- If dose 1 was administered at ages 12 through 14 months, administer a second (final) dose at least 8 weeks after dose 1, regardless of Hib vaccine used in the primary series.
- If both doses were PRP-OMP (PedvaxHIB or COMVAX), and were administered before the first birthday, the third (and final) dose should be administered at age 12 through 59 months and at least 8 weeks after the second dose.
- If the first dose was administered at age 7 through 11 months, administer the second dose at least 4 weeks later and a third (and final) dose at age 12 through 15 months or 8 weeks after second dose, whichever is later.
- If first dose is administered before the first birthday and second dose administered at younger than 15 months, a third (and final) dose should be administered 8 weeks later.
- For unvaccinated children aged 15 months or older, administer only 1 dose.
- For catch-up guidance see Figure 2. For catch-up guidance related to MenHibrix, please see the meningococcal vaccine footnotes and also *MMWR* February 28, 2014 / 63(RR01):1–13, available at http://www.cdc.gov/mmwr/PDF/rr/rr6301.pdf.

**Vaccination of persons with high-risk conditions:**
- Children aged 12 through 59 months who are at increased risk for Hib disease, including chemotherapy recipients and those with anatomic or functional asplenia (including sickle cell disease), human immunodeficiency virus (HIV) infection, immunoglobulin deficiency, or early component complement deficiency, who have received either no doses or only 1 dose of Hib vaccine before 12 months of age, should receive 2 additional doses of Hib vaccine 8 weeks apart; children who received 2 or more doses of Hib vaccine before 12 months of age should receive 1 additional dose.
- For patients younger than 5 years of age undergoing chemotherapy or radiation treatment who received a Hib vaccine dose(s) within 14 days of starting therapy or during therapy, repeat the dose(s) at least 3 months following therapy completion.
- Recipients of hematopoietic stem cell transplant (HSCT) should be revaccinated with a 3-dose regimen of Hib vaccine starting 6 to 12 months after successful transplant, regardless of vaccination history; doses should be administered at least 4 weeks apart.
- A single dose of any Hib-containing vaccine should be administered to unimmunized* children and adolescents 15 months of age and older undergoing an elective splenectomy; if possible, vaccine should be administered at least 14 days before procedure.

For further guidance on the use of the vaccines mentioned below, see: http://www.cdc.gov/vaccines/hcp/acip-recs/index.html.

**4. *Haemophilus Influenzae* type b (Hib) conjugate vaccine (cont'd)**
- Hib vaccine is not routinely recommended for patients 5 years or older. However, 1 dose of Hib vaccine should be administered to unimmunized* persons aged 5 years or older who have anatomic or functional asplenia (including sickle cell disease) and unvaccinated persons 5 through 18 years of age with HIV infection.
  *Patients who have not received a primary series and booster dose or at least 1 dose of Hib vaccine after 14 months of age are considered unimmunized.*

**5. Pneumococcal vaccines. (Minimum age: 6 weeks for PCV13, 2 years for PPSV23)**
Routine vaccination with PCV13:
- Administer a 4-dose series of PCV13 vaccine at ages 2, 4, and 6 months and at age 12 through 15 months.
- For children aged 14 through 59 months who have received an age-appropriate series of 7-valent PCV (PCV7), administer a single supplemental dose of 13-valent PCV (PCV13).
Catch-up vaccination with PCV13:
- Administer 1 dose of PCV13 to all healthy children aged 24 through 59 months who are not completely vaccinated for their age.
- For other catch-up guidance, see Figure 2.
Vaccination of persons with high-risk conditions with PCV13 and PPSV23:
All recommended PCV13 doses should be administered prior to PPSV23 vaccination if possible.
- For children 2 through 5 years of age with any of the following conditions: chronic heart disease (particularly cyanotic congenital heart disease and cardiac failure); chronic lung disease (including asthma if treated with high-dose oral corticosteroid therapy); diabetes mellitus; cerebrospinal fluid leak; cochlear implant; sickle cell disease and other hemoglobinopathies; anatomic or functional asplenia; HIV infection; chronic renal failure; nephrotic syndrome; diseases associated with treatment with immunosuppressive drugs or radiation therapy, including malignant neoplasms, leukemias, lymphomas, and Hodgkin disease; solid organ transplantation; or congenital immunodeficiency:
  1. Administer 1 dose of PCV13 if any incomplete schedule of 3 doses of PCV (PCV7 and/or PCV13) were received previously.
  2. Administer 2 doses of PCV13 at least 8 weeks apart if unvaccinated or any incomplete schedule of fewer than 3 doses of PCV (PCV7 and/or PCV13) were received previously.
  3. Administer 1 supplemental dose of PCV13 if 4 doses of PCV7 or other age-appropriate complete PCV7 series was received previously.
  4. The minimum interval between doses of PCV (PCV7 or PCV13) is 8 weeks.
  5. For children with no history of PPSV23 vaccination, administer PPSV23 at least 8 weeks after the most recent dose of PCV13.
- For children aged 6 through 18 years who have cerebrospinal fluid leak; cochlear implant; sickle cell disease and other hemoglobinopathies; anatomic or functional asplenia; congenital or acquired immunodeficiencies; HIV infection; chronic renal failure; nephrotic syndrome; diseases associated with treatment with immunosuppressive drugs or radiation therapy, including malignant neoplasms, leukemias, lymphomas, and Hodgkin disease; generalized malignancy; solid organ transplantation; or multiple myeloma:
  1. If neither PCV13 nor PPSV23 has been received previously, administer 1 dose of PCV13 now and 1 dose of PPSV23 at least 8 weeks later.
  2. If PCV13 has been received previously but PPSV23 has not, administer 1 dose of PPSV23 at least 8 weeks after the most recent dose of PCV13.
  3. If PPSV23 has been received but PCV13 has not, administer 1 dose of PCV13 at least 8 weeks after the most recent dose of PPSV23.
- For children aged 6 through 18 years with chronic heart disease (particularly cyanotic congenital heart disease and cardiac failure); chronic lung disease (including asthma if treated with high-dose oral corticosteroid therapy); diabetes mellitus, alcoholism, or chronic liver disease, who have not received previously, then PPSV23 should be administered at least 8 weeks after any prior PCV13 dose.
- A single revaccination with PPSV23 should be administered 5 years after the first dose to children with sickle cell disease or other hemoglobinopathies; anatomic or functional asplenia; congenital or acquired immunodeficiencies; HIV infection; chronic renal failure; nephrotic syndrome; diseases associated with treatment with immunosuppressive drugs or radiation therapy, including malignant neoplasms, leukemias, lymphomas, and Hodgkin disease; generalized malignancy; solid organ transplantation; or multiple myeloma.

**6. Inactivated poliovirus vaccine (IPV). (Minimum age: 6 weeks)**
Routine vaccination:
- Administer a 4-dose series of IPV at ages 2, 4, 6 through 18 months, and 4 through 6 years. The final dose in the series should be administered on or after the fourth birthday and at least 6 months after the previous dose.
Catch-up vaccination:
- In the first 6 months of life, minimum age and minimum intervals are only recommended if the person is at risk of imminent exposure to circulating poliovirus (i.e., travel to a polio-endemic region or during an outbreak).
- If 4 or more doses are administered before age 4 years, an additional dose should be administered at age 4 through 6 years and at least 6 months after the previous dose.
- A fourth dose is not necessary if the third dose was administered at age 4 years or older and at least 6 months after the previous dose.

**6. Inactivated poliovirus vaccine (IPV). (Minimum age: 6 weeks) (cont'd)**
- If both OPV and IPV were administered as part of a series, a total of 4 doses should be administered, regardless of the child's current age. If only OPV were administered, and all doses were given prior to 4 years of age, one dose of IPV should be given at 4 years or older, at least 4 weeks after the last OPV dose.
- IPV is not routinely recommended for U.S. residents aged 18 years or older.
- For other catch-up guidance, see Figure 2.

**7. Influenza vaccines. (Minimum age: 6 months for inactivated influenza vaccine [IIV], 2 years for live, attenuated influenza vaccine [LAIV])**
Routine vaccination:
- Administer influenza vaccine annually to all children beginning at age 6 months. For most healthy, nonpregnant persons aged 2 through 49 years, either LAIV or IIV may be used. However, LAIV should NOT be administered to some persons, including 1) persons who have experienced severe allergic reactions to LAIV, any of its components, or to any other influenza vaccine; 2) children 2 through 17 years receiving aspirin or aspirin-containing products; 3) persons who are allergic to eggs; 4) pregnant women; 5) immunosuppressed persons; 6) children 2 through 4 years of age with asthma or who had wheezing in the past 12 months; or 7) persons who have taken influenza antiviral medications in the previous 48 hours. For all other contraindications and precautions to use of LAIV, see *MMWR* August 7, 2015 / 64(30)818-25 available at http://www.cdc.gov/mmwr/pdf/wk/mm6430.pdf.
- For the 2016-16 season, follow dosing guidelines in the 2016 ACIP influenza vaccine recommendations.
For persons aged 6 months through 8 years:
- For children aged 6 months through 8 years:
  - For the 2015-16 season, administer 2 doses (separated by at least 4 weeks) to children who are receiving influenza vaccine for the first time. Some children in this age group who have been vaccinated previously will also need 2 doses. For additional guidance, follow dosing guidelines in the 2015-16 ACIP influenza vaccine recommendations, *MMWR* August 7, 2015 / 64(30)818-25, available at http://www.cdc.gov/ mmwr/pdf/wk/mm6430.pdf.
  - For the 2016-17 season, follow dosing guidelines in the 2016 ACIP influenza vaccine recommendations.
For persons aged 9 years and older:
- Administer 1 dose.

**8. Measles, mumps, and rubella (MMR) vaccine. (Minimum age: 12 months for routine vaccination)**
Routine vaccination:
- Administer a 2-dose series of MMR vaccine at ages 12 through 15 months and 4 through 6 years. The second dose may be administered before age 4 years, provided at least 4 weeks have elapsed since the first dose.
- Administer 1 dose of MMR vaccine to infants aged 6 through 11 months before departure from the United States for international travel. These children should be revaccinated with 2 doses of MMR vaccine, the first at age 12 through 15 months (12 months if the child remains in an area where disease risk is high), and the second dose at least 4 weeks later.
- Administer 2 doses of MMR vaccine to children aged 12 months and older before departure from the United States for international travel. The first dose should be administered on or after age 12 months and the second dose at least 4 weeks later.
Catch-up vaccination:
- Ensure that all school-aged children and adolescents have had 2 doses of MMR vaccine; the minimum interval between the 2 doses is 4 weeks.

**9. Varicella (VAR) vaccine. (Minimum age: 12 months)**
Routine vaccination:
- Administer a 2-dose series of VAR vaccine at ages 12 through 15 months and 4 through 6 years. The second dose may be administered before age 4 years, provided at least 3 months have elapsed since the first dose. If the second dose was administered at least 4 weeks after the first dose, it can be accepted as valid.
Catch-up vaccination:
- Ensure that all persons aged 7 through 18 years without evidence of immunity (see *MMWR* 2007 / 56 [No. RR-4], available at http://www.cdc.gov/mmwr/pdf/rr/rr5604.pdf) have 2 doses of varicella vaccine. For children aged 7 through 12 years, the recommended minimum interval between doses is 3 months (if the second dose was administered at least 4 weeks after the first dose, it can be accepted as valid); for persons aged 13 years and older, the minimum interval between doses is 4 weeks.

**10. Hepatitis A (HepA) vaccine. (Minimum age: 12 months)**
Routine vaccination:
- Initiate the 2-dose HepA vaccine series at 12 through 23 months; separate the 2 doses by 6 to 18 months.
- Children who have received 1 dose of HepA vaccine before age 24 months should receive a second dose 6 to 18 months after the first dose.
- For any person aged 2 years and older who has not already received the HepA vaccine series, 2 doses of HepA vaccine separated by 6 to 18 months may be administered if immunity against hepatitis A virus infection is desired.
Catch-up vaccination:
- The minimum interval between the 2 doses is 6 months.

For further guidance on the use of the vaccines mentioned below, see: http://www.cdc.gov/vaccines/hcp/acip-recs/index.html.

10. **Hepatitis A (HepA) vaccine (cont'd)**

**Special populations:**
- Administer 2 doses of HepA vaccine at least 6 months apart to previously unvaccinated persons who live in areas where vaccination programs target older children, or who are at increased risk for infection. This includes persons traveling to or working in countries that have high or intermediate endemicity of infection; men having sex with men; users of injection and non-injection illicit drugs; persons who work with HAV-infected primates or with HAV in a research laboratory; persons with clotting-factor disorders; persons with chronic liver disease; and persons who anticipate close personal contact (e.g., household or regular babysitting) with an international adoptee during the first 60 days after arrival in the United States from a country with high or intermediate endemicity. The first dose should be administered as soon as the adoption is planned, ideally 2 or more weeks before the arrival of the adoptee.

11. **Meningococcal vaccines. (Minimum age: 6 weeks for Hib-MenCY [MenHibrix], 9 months for MenACWY-D [Menactra], 2 months for MenACWY-CRM [Menveo], 10 years for serogroup B meningococcal [MenB] vaccines: MenB-4C [Bexsero] and MenB-FHbp [Trumenba])**

**Routine vaccination:**
- Administer a single dose of Menactra or Menveo vaccine at age 11 through 12 years, with a booster dose at age 16 years.
- Adolescents aged 11 through 18 years with human immunodeficiency virus (HIV) infection should receive a 2-dose primary series of Menactra or Menveo with at least 8 weeks between doses.
- For children aged 2 months through 18 years with high-risk conditions, see below.

**Catch-up vaccination:**
- Administer Menactra or Menveo vaccine at age 13 through 18 years if not previously vaccinated.
- If the first dose is administered at age 13 through 15 years, a booster dose should be administered at age 16 through 18 years with a minimum interval of at least 8 weeks between doses.
- If the first dose is administered at age 16 years or older, a booster dose is not needed.
- For other catch-up guidance, see Figure 2.

**Clinical discretion:**
- Young adults aged 16 through 23 years (preferred age range is 16 through 18 years) may be vaccinated with either a 2-dose series of Bexsero or a 3-dose series of Trumenba vaccine to provide short-term protection against most strains of serogroup B meningococcal disease. The two MenB vaccines are not interchangeable; the same vaccine product must be used for all doses.

**Vaccination of persons with high-risk conditions and other persons at increased risk of disease:**

**Children with anatomic or functional asplenia (including sickle cell disease):**

**Menactra conjugate ACWY vaccines:**
1. Menveo or Trumenba
   - Children who initiate vaccination at 8 weeks: Administer doses at 2, 4, 6, and 12 months of age.
   - Unvaccinated children who initiate vaccination at 7 through 23 months: Administer 2 doses, with the second dose at least 12 weeks after the first dose AND after the first birthday.
   - Children 24 months and older who have not received a complete series: Administer 2 primary doses at least 8 weeks apart.
2. MenHibrix
   - Children who initiate vaccination at 6 weeks: Administer doses at 2, 4, 6, and 12 through 15 months of age.
   - If the first dose of MenHibrix is given at or after 12 months of age, a total of 2 doses should be given at least 8 weeks apart to ensure protection against serogroups C and Y meningococcal disease.
3. Menactra
   - Children 24 months and older who have not received a complete series: Administer 2 primary doses at least 8 weeks apart. If Menactra is administered to a child with asplenia (including sickle cell disease), do not administer Menactra until 2 years of age and at least 4 weeks after the completion of all PCV13 doses.

**Menactra conjugate B vaccines:**
1. Bexsero or Trumenba
   - Persons 10 years or older who have not received a complete series: Administer a 2-dose series of Bexsero, at least 1 month apart. Or a 3-dose series of Trumenba, with the second dose at least 2 months after the first and the third dose at least 6 months after the first. The two MenB vaccines are not interchangeable; the same vaccine product must be used for all doses.

**Children with persistent complement component deficiency (includes persons with inherited or chronic deficiencies in C3, C5-9, properdin, factor D, factor H, or taking eculizumab [Soliris*]):**

**Menactra conjugate ACWY vaccines:**
1. Menveo
   - Children who initiate vaccination at 8 weeks: Administer doses at 2, 4, 6, and 12 months of age.
   - Unvaccinated children who initiate vaccination at 7 through 23 months: Administer 2 doses, with the second dose at least 12 weeks after the first dose AND after the first birthday.
   - Children 24 months and older who have not received a complete series: Administer 2 primary doses at least 8 weeks apart.
2. MenHibrix
   - Children who initiate vaccination at 6 weeks: Administer doses at 2, 4, 6, and 12 through 15 months of age.
   - If the first dose of MenHibrix is given at or after 12 months of age, a total of 2 doses should be given at least 8 weeks apart to ensure protection against serogroups C and Y meningococcal disease.

11. **Meningococcal vaccines (cont'd)**
3. Menactra
   - Children 9 through 23 months: Administer 2 primary doses at least 12 weeks apart.
   - Children 24 months and older who have not received a complete series: Administer 2 primary doses at least 8 weeks apart.

**Menactra conjugate B vaccines:**
1. Bexsero or Trumenba
   - Persons 10 years or older who have not received a complete series: Administer a 2-dose series of Bexsero, at least 1 month apart. Or a 3-dose series of Trumenba, with the second dose at least 2 months after the first and the third dose at least 6 months after the first. The two MenB vaccines are not interchangeable; the same vaccine product must be used for all doses.

**For children who travel to or reside in countries in which meningococcal disease is hyperendemic or epidemic, including countries in the African meningitis belt or the Hajj:**
- administer an age-appropriate formulation and series of Menactra or Menveo for protection against serogroups A and W meningococcal disease. Prior receipt of MenHibrix is not sufficient for children traveling to the meningitis belt or the Hajj because it does not contain serogroups A or W.

**For children at risk during a community outbreak attributable to a vaccine serogroup:**
- administer or complete an age- and formulation-appropriate series of MenHibrix, Menactra, or Menveo.

For booster doses among persons with high-risk conditions, refer to MMWR 2013 / 62(RR02);1-22, available at http://www.cdc.gov/mmwr/preview/mmwrhtml/rr6202a1.htm.

For other catch-up recommendations for these persons, and complete information on use of meningococcal vaccines, including guidance related to vaccination of persons at increased risk of infection, see MMWR March 22, 2013 / 62(RR02);1-22, and MMWR October 23, 2015 / 64(41); 1171-1176 available at http://www.cdc.gov/mmwr/pdf/rr/rr6202.pdf; and http://www.cdc.gov/mmwr/pdf/wk/mm6441.pdf.

12. **Tetanus and diphtheria toxoids and acellular pertussis (Tdap) vaccine. (Minimum age: 10 years for both Boostrix and Adacel)**

**Routine vaccination:**
- Administer 1 dose of Tdap vaccine to all adolescents aged 11 through 12 years.
- Tdap may be administered regardless of the interval since the last tetanus and diphtheria toxoid-containing vaccine.
- Administer 1 dose of Tdap vaccine to pregnant adolescents during each pregnancy (preferred during 27 through 36 weeks gestation) regardless of time since prior Td or Tdap vaccination.

**Catch-up vaccination:**
- Persons aged 7 years and older who are not fully immunized with DTaP vaccine should receive Tdap vaccine as 1 (preferably the first dose in the catch-up series; if additional doses are needed, use Td vaccine. For children 7 through 10 years who receive a dose of Tdap as part of the catch-up series, an adolescent Tdap vaccine dose at age 11 through 12 years should NOT be administered. Td should be administered instead 10 years after the Tdap dose.
- Persons aged 11 through 18 years who have not received Tdap vaccine should receive a dose followed by tetanus and diphtheria toxoids (Td) booster doses every 10 years thereafter.
- Inadvertent doses of DTaP vaccine:
  - If administered inadvertently to a child aged 7 through 10 years may count as part of the catch-up series. This dose may count as the adolescent Tdap dose, or the child can later receive a Tdap booster dose at age 11 through 12 years.
  - If administered inadvertently to an adolescent aged 11 through 18 years, the dose should be counted as the adolescent Tdap booster.
- For other catch-up guidance, see Figure 2.

13. **Human papillomavirus (HPV) vaccines. (Minimum age: 9 years for 2vHPV [Cervarix], 4vHPV [Gardasil] and 9vHPV [Gardasil 9])**

**Routine vaccination:**
- Administer a 3-dose series of HPV vaccine on a schedule of 0, 1-2, and 6 months to all adolescents aged 11 through 12 years. 9vHPV, 4vHPV or 2vHPV may be used for females, and only 9vHPV or 4vHPV may be used for males.
- The vaccine series may be started at age 9 years.
- Administer the second dose 1 to 2 months after the first dose (minimum interval of 4 weeks);
- administer the third dose 16 weeks after the first dose (minimum interval of 12 weeks) and 24 weeks after the first dose.

**Catch-up vaccination:**
- Administer the vaccine series to females (2vHPV or 4vHPV or 9vHPV) and males (4vHPV or 9vHPV) at age 13 through 18 years if not previously vaccinated.
- Use recommended routine dosing intervals (see Routine vaccination above) for vaccine series catch-up.

C326093J-A

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                           16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Eight
Latency for the Development of Cancer, Suicide and Alzheimer's

What is the latency period for Alzheimer's? The Katrina Virus directly attacks the immune system(s). The
United States Government is responsible for introducing Alzheimer's to the world via chemical warfare
studies.

Use 911 as a case study for what is going to happen on a much grander scale with the Katrina Virus.
They are not even addressing the Alzheimer's issue publicly.

*How could 58 cancers in 14 categories come out of a building? Why did those same 58 cancers not
come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare
facilities and labs?*

*The major problem is the latency of the cancers. The time it takes for the illness to develop following
exposure.*

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

Page 1 of 2 11/09/2012 07:07 AM

**US adds cancer to list of illnesses linked to 9/11 terror attacks**

*By NBC News and wire services*

*September 11, 2012, 6:02 am* NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list
of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people
living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health
approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and
Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the
ruling is published in the Federal Register.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. January 31st, 2017.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                16-30918
"Deepwater Horizon" in the Gulf                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Nine
Fact About Tax Credit for BP

BP is receiving tax credits for every dollar that they pay into the settlement, for all expenses and attorney fees. It is a dollar for dollar tax credit that can be used against profits over the next couple of decades. The United Kingdom will cover any shortfall.

This means the American Taxpayers are paying for the settlement.

This also means that Federal Judges are paying their hard-earned dollars via taxes to BP so that BP can pay the settlement, expenses and attorney fees.

The BP attorneys could always file affidavits stating that I am wrong.


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. February 1st, 2017.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                          3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Ten
BP Waived Their Right to File a Response

BP has failed to file a response, therefore waving their right to do so. The appeal was initially accepted on August 24th, 2016. (Why did BP not ask for clarification?)

I mean no disrespect to the court but BP sent me a Joint Designation yesterday that was 38 pages of "mumbo jumbo" designed to mislead the court. I reached out to BP as soon as I received the Clerk's order on January 19th, 2017 referencing a Joint Designation. All I asked for was the Settlement Agreement and my court pleadings filed in District Court (EDLA) and the Appellate Court (5th Circuit) to be designated for the record. BP never filed a response in either court thus waiving their right to do so.

BP sent me the proposal yesterday afternoon (01/31/17) at 4:48 PM knowing that the joint designation was due today (02/01/17) or at the latest tomorrow. I would not have received the proposal if it were not for the fact that yesterday morning at 7:30 AM (01/31/17) the 5th Circuit requested the electronic record for the District Court. In my opinion the request by the 5th Circuit makes the Order for Joint Designation moot.

In the interest of justice and to save judicial resources please accept my designation.

It must be strenuously pointed out that the BP attorneys never filed affidavits stating that I was wrong about the US Navy causing the explosion and the release of the chemical warfare contaminates (Katrina Virus). The entire settlement agreement needs to be voided. The truth must prevail.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. February 1st, 2017.

IF I HAD PREVAILED GERY BLEVINS WOULD HAVE RECEIVED ADVANCED MEDICAL SCREENINGS WHICH COULD HAVE DETECTED THE PANCREATIC CANCER THAT HE NOW HAS. THIS EARLY DETECTION WOULD HAVE SAVED GARY'S LIFE OR SUBSTANTIAL INCREASED HIS CHANCES. GARY'S FAMILY WOULD HAVE RECEIVED THOSE SAME ADVANCED SCREENINGS. THIS WILL BECOME EVEN MORE IMPORTANT FOR HIS CHILDREN AS THEY AGE. THE KATRINA VIRUS TRIGGERED THE DORMANT PANCREATIC CANCER GENE IN GARY THUSE MAKING HIS CHILDREN HIGHLY SUSEPTABLE TO PANCREATIC CANCER BECAUSE THEY CARRY THE SAME GENE. OUR GOVERNMENT MUST DISCLOSE THE TRUTH ABOUT WHAT TOOK PLACE IN NEW ORLEANS DURING HURRICANE KATRINA.

Gary and his family live in Memphis which was in the direct path of Hurricane Katrina. Chemical Warfare Contaminates were released into the environment during Hurricane Katrina. Our government was negligent. Hurricane Katrina was the perfect incubator and transporter because it had high temperatures, high humidity and a high distribution of solids.

Mark Daige also lives in Memphis and he developed prostate cancer when he was in his forties. Mark survived but what about his son? His son should already be receiving advanced medical screenings. Gary and Mark did not live a life style that placed them into any risk group for cancers and in fact they lived a very pristine life style.

https://en.wikipedia.org/wiki/Pancreatic_cancer

Pancreatic cancer rarely occurs before the age of 40, and more than half of cases of pancreatic adenocarcinoma occur in those over 70.[4] Risk factors for pancreatic cancer include tobacco smoking, obesity, diabetes, and certain rare genetic conditions.[4] About 25% of cases are linked to smoking,[6] and 5–10% are linked to inherited genes.[4] Pancreatic cancer is usually diagnosed by a combination of medical imaging techniques such as ultrasound or computed tomography, blood tests, and examination of tissue samples (biopsy).[6][7] The disease is divided into stages, from early (stage I) to late (stage IV).[5] Screening the general population has not been found to be effective.[8] The risk of developing pancreatic cancer is lower among non-smokers, and people who maintain a healthy weight and limit their consumption of red or processed meat. [9]

Please read the following article very carefully. This is Federal Desensitizing Propaganda at its worst or best if you are the government. Life expectancy was the same for 2013, 2014 and 2015 and decreased for 2016. This is a nuclear red flag and a direct result of Americans being infected with the Katrina Virus. The three major factors driving the decrease in life expectancies are preventable. Pneumonia & Influenza, Alzheimer's and Suicide deaths are all preventable and directly connected to the degradation of our immune system(s). Early screening will save millions thus Obamacare was enacted. The problem was that it was not done with full disclosure.

Our government was working on the perfect military weapon in New Orleans. This weapon was a suicide weapon which was organic, easy to disperse and dissipated in five days with the result being the opposing army committing suicide. Our government was also working on a cancer weapon. This weapon triggered cancer genes.

Last week the United States went epidemic for Pneumonia & Influenza deaths and not one major news organizations covered the story.

https://www.cdc.gov/flu/weekly/index.htm

Pneumonia and Influenza (P&I) Mortality Surveillance:

**Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 26, 2017, 7.4% of the deaths occurring during the week ending January 7, 2017 (week 1) were due to P&I. This percentage is above the epidemic threshold of 7.3% for week 1.**

**U.S. life expectancy declines for the first time since 1993** By Lenny Bernstein December 8, 2016
https://www.washingtonpost.com/national/health-science/us-life-expectancy-declines-for-the-first-
time-since-1993/2016/12/07/7dcdc7b4-bc93-11e6-91ee-
1adddfe36cbe_story.html?utm_term=.2c3846618916

For the first time in more than two decades, life expectancy for Americans declined last year — a
troubling development linked to a panoply of worsening health problems in the United States.
Rising fatalities from heart disease and stroke, diabetes, drug overdoses, accidents and other conditions
caused the lower life expectancy revealed in a report released Thursday by the National Center for
Health Statistics. **In all, death rates rose for eight of the top 10 leading causes of death.**

"I think we should be very concerned," said Princeton economist Anne Case, who called for thorough
research on the increase in deaths from heart disease, the No. 1 killer in the United States. "This is
singular. This doesn't happen."

A year ago, research by Case and Angus Deaton, also an economist at Princeton, brought worldwide
attention to the unexpected jump in mortality rates among white middle-aged Americans. That trend
was blamed on what are sometimes called diseases of despair: overdoses, alcoholism and suicide. The
new report raises the possibility that major illnesses may be eroding prospects for an even wider group
of Americans.

**Its findings show increases in "virtually every cause of death. It's all ages,"** said David Weir, director of
the health and retirement study at the Institute for Social Research at the University of Michigan. Over
the past five years, he noted, improvements in death rates were among the smallest of the past four
decades. "There's this just across-the-board [phenomenon] of not doing very well in the United States."

Overall, life expectancy fell by one-tenth of a year, from 78.9 in 2014 to 78.8 in 2015, according to the
latest data. The last time U.S. life expectancy at birth declined was in 1993, when it dropped from 75.6
to 75.4, according to World Bank data.

**The overall death rate rose 1.2 percent in 2015, its first uptick since 1999. More than 2.7 million**
**people died, about 45 percent of them from heart disease or cancer.**

Experts cautioned against interpreting too much from a single year of data; the numbers could reverse
themselves next year, they said.

"This is unusual, and we don't know what happened," said Jiaquan Xu, an epidemiologist and lead
author of the study. "So many leading causes of death increased."

The report's lone bright spot was a drop in the death rate from cancer, probably because fewer people
are smoking, the disease is being detected earlier and new treatments have been developed recently,
experts said.

**The largest rate jump for any cause of death was for Alzheimer's disease, which went from 25.4 to**
**29.4 deaths per 100,000 people.** But several experts attributed that to greater reporting of the disease
as a cause of death, not by any huge growth in the number of people who died.

Death rates rose for white men, white women and black men. They stayed essentially even for black
women and Hispanic men and women. "It's just confirming this deterioration in survival for certain
groups," said Ellen Meara, a professor at the Dartmouth Institute for Health Policy and Clinical Practice.
She wonders what factors might be protecting Hispanic men and women from the negative trend.

According to the new report, males could expect to live 76.3 years at birth last year, down from 76.5 in
2014. Females could expect to live to 81.2 years, down from 81.3 the previous year.

Life expectancy at age 65 did not fall, another indication that the diseases behind the lower life
expectancy occur in middle age or younger. At 65, men can expect to live 18 more years, while women

survive an average of 20.6 more years, the data shows. Infant mortality rose slightly, according to the report, but the difference was not considered statistically significant.

Heart disease was responsible for more than 633,000 deaths in 2015, up from a little more than 614,000 the previous year. Cancer killed more than 595,000 people.

"We're seeing the ramifications of the increase in obesity," said Tom Frieden, director of the Centers for Disease Control and Prevention. "And we're seeing that in an increase in heart disease."

The number of unintentional injuries — which include overdoses from drugs, alcohol and other chemicals, as well as motor vehicle crashes and other accidents — climbed to more than 146,000 in 2015 from slightly more than 136,000 in 2014. Public health authorities have been grappling with an epidemic of overdoses from prescription narcotics, heroin and fentanyl in recent years. Xu said overdose statistics were not yet ready to be released to the public.

**Deaths from suicide, the 10th-leading cause of death in the United States, rose to 44,193 from 42,773 in 2014.**

Several experts pointed out that other Western nations are not seeing similar rises in mortality, suggesting an urgency to determine what is unique about health, health care and socioeconomic conditions in the United States.

"Mortality rates in middle age have totally flat-lined in the U.S. for people in their 30s and 40s and 50s, or have been increasing," Case said. "What we really need to do is find out why we have stopped making progress against heart disease. And I don't have the answer to that."

Meara noted that more people need better health care but that "the health-care system is only a part of health." Income inequality, nutrition differences and lingering unemployment all need to be addressed, she said.

*[How could 58 cancers in 14 categories come out of a building? Why did those same 58 cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs? The major problem is the latency of the cancers. The time it takes for the illness to develop following exposure.]*

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks Page 1 of 2 11/09/2012 07:07 AM

**US adds cancer to list of illnesses linked to 9/11 terror attacks** *By NBC News and wire services September 11, 2012, 6:02 am* NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.



Christeson
Box 9063
Mir Ramar BEACH, FL
32550

Clerk
Eba/ Federal court
500 Poydras Street
New Orleans, LA
70130

U.S. POSTAGE
PAID
MIRAMAR BEACH, FL
32550
FEB 01, 17
AMOUNT
$1.82
R2304M113977-13
1000
70130