MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 7, 2017

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

Pursuant to my previous order, Record Doc. No. 22137, a follow-up status conference was conducted in this matter on this date. Participating were: Stephen Gelé and Randy Smith, representing intervenor Waltzer, Wiygul & Garside, L.L.C.; Soren Gisleson, representing plaintiff, the Edward Wisner Donation, and the Joint Venture; Daniel Lund, representing certain Wisner heirs. Counsel advised that agreement has been reached as to the amounts of fees payable to intervenor and costs reimbursable to the Joint Venture, so that no post-judgment motion practice concerning the previously decided issue is anticipated. The parties continue to discuss possible resolution of what remains of their dispute concerning fees owed to the Joint Venture. Accordingly, another status conference involving counsel for the Joint Venture and certain Wisner heirs, which

MJSTAR:   0 : 45

the Donation Trustee's designee, Zack Butterworth, is invited to attend, will be conducted by me on **February 23, 2017 at 2:00 p.m.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE