UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig   "Deepwater Horizon" in the Gulf   of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL 2179<br><br>SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | *<br>* | MAG. JUDGE SHUSHAN |

**CONSENT MOTION OF WOODBRIDGE BARIC PRE-SETTLEMENT FUNDING, LLC FOR DISBURSEMENT OF FUNDS FROM REGISTRY**

Woodbridge Baric Pre-Settlement Funding, LLC ("Woodbridge"), pursuant to Federal Rule of Civil Procedure 67 and Local Civil Rule 67.3 hereby moves for an order authorizing the disbursement of the funds deposited into the Court's registry on or about July 15, 2015 in the principal amount of $24,000. As set forth herein, these funds were deposited as security for a Supersedeas Bond staying the execution of this Court's July 1, 2015 Judgment [Doc. 14798], which Judgment was reversed on appeal. As such, Woodbridge is entitled to a return of these funds.

On July 1, 2015, this Court entered a Judgment [Doc. 14798] which, *inter alia*, required Woodbridge to make restitution in the amount of $20,000. On July 13, 2015, Woodbridge filed a motion [Doc. 14827] requesting: (1) leave to deposit $24,000 into the registry of the Court as security for a Supersedeas Bond; (2) that the Supersedeas Bond be approved; and (3) that enforcement of the Court's judgment be stayed pending appeal. On July 14, 2015 this Court

1

granted the motion [Doc. 14844], and July 15, 2015, Woodbridge deposit $24,000 with the registry of the Court.[1]

On January 6, 2017, the United States Court of Appeal for the Fifth Circuit issued a decision reversing this Court's July 1, 2015 Judgment.[2] On January 30, 2017, following the expiration of the 14 day period to seek panel rehearing, the Court of Appeal then issued its prior Judgment as the Mandate of the Court of Appeal.[3]

Because this Court's July 1, 2015 Judgment has now been reversed, there is no longer any need for a Supersedeas Bond to stay its enforcement, and the funds that Woodbridge deposited as security for that bond should be released back to Woodbridge's counsel, to be refunded to Woodbridge.

Prior to the filing of this motion, counsel for Woodbridge sent a copy of the motion in draft to Greg Paw, Counsel for the Special Master. Mr. Paw represented to Woodbridge that he does not oppose the relief requested in this motion.

Respectfully submitted,

/s/ *Anton L. Hasenkampf*
**GEORGE D. FAGAN, T.A. - #14260**
**MARGARET F. SWETMAN - # 29195**
**ANTON L. HASENKAMPF - # 36109**
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: gfagan@leakeandersson.com
Email: mswetman@leakeandersson.com
Email: ahasenkampf@leakeandersson.com

***Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC***

---

[1] Original Receipt for Payment attached hereto as Exhibit 1.
[2] January 6, 2017 Opinion (revised January 9, 2017) attached hereto as Exhibit 2.
[3] January 30, 2017 letter and enclosed Judgment as Mandate attached hereto as Exhibit 3.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission on February 8, 2017, at their last known address of record.

                                      /s/ *Anton L. Hasenkampf*_____
                                      **ANTON L. HASENKAMPF**

41747/424

1