A082
(Rev. 10/89)

**ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA**  043240

at _New Orleans_

**RECEIVED FROM** _Woodbridge Basic Pre-Settlement Funding, LLC_

| ACCOUNT | AMOUNT |
|---|---|
| 701 | $24,000.00 |
| | |
| | |
| | |
| TOTAL | $24,000.00 |

Case Number or Other Reference
10-md-2179 J(1)

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 7/15/2015    Cash | Check ✓ | M.O. | Credit    DEPUTY CLERK _M Reid_

**EXHIBIT 1**