# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 30, 2017

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

      No. 15-30599    In Re: Deepwater Horizon  
                           USDC No. 2:10-MD-2179  
                           USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____  
                           Dantrell L. Johnson, Deputy Clerk  
                           504-310-7689

cc w/encl:  
    Mr. George Davidson Fagan  
    Mr. Anton L. Hasenkampf  
    Mr. Gregory A. Paw  
    Ms. Margaret Frohn Swetman

**EXHIBIT 3**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
January 6, 2017
Lyle W. Cayce
Clerk

No. 15-30599

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:12-CV-970

IN RE: DEEPWATER HORIZON

------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; ET AL,

    Defendants

WOODBRIDGE BARIC PRE-SETTLEMENT FUNDING, L.L.C.,

    Movant - Appellant

v.

LOUIS J. FREEH, Special Master,

    Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed.

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jan 30, 2017

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit