UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179<br><br>Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Wilkinson |

## ORDER

Upon consideration of the DHECC'S motion to dismiss without prejudice its Motion for Return of Payments Made to Herminia Medina D/B/A Tin Tin's Oriental Food Store, Lansdon Flooring, LLC and Bellasia Nail and Spa Salon, And Made in Reliance on Financial Data Provided by Claim Preparer Raymond G. Flores ("Motion")(Rec. Doc. 21470) and the agreement between the DHECC and Raymond G. Flores ("Flores") for the Flores to repay $28,000 to the DHECC, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The DHECC's motion (Rec. Doc. 21470) to have Flores and claimants Herminia Medina D/B/A Tin Tin's Oriental Food Store, Lansdon Flooring, LLC, and Bellasia Nail and Spa Salon return payments made by the DHECC is hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana this 8th day of February, 2017.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE