**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | MDL NO. 2179 |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | SECTION J |
| | * | |
| | * | HONORABLE CARL J. BARBIER |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration & Production, Inc., et al* | * | |
| | * | |

---

**MOTION TO ENFORCE SETTLEMENT AGREEMENT
OR, IN THE ALTERNATIVE,
<u>MOTION FOR AID IN CONSUMMATION OF SETTLEMENT</u>**

NOW INTO COURT, through undersigned counsel, comes ArcelorMittal LaPlace, LLC, who respectfully moves, pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Deepwater Horizon Economic and Property Damages Settlement Agreement ("Settlement Agreement"), to obtain enforcement of the Settlement Agreement or, in the alternative, to have the Court require that some methodology or protocol be approved for the processing of claims identified for Moratoria Losses Review, as more fully set forth in the accompanying memorandum and exhibits, which are incorporated as if restated herein.

WHEREFORE, ArcelorMittal LaPlace, LLC prays that the Court grant its Motion to Enforce Settlement Agreement or, in the alternative, Motion for Aid in Consummation of Settlement.

Respectfully submitted:


By: _____/s/ Howard E. Sinor, Jr._____
     Howard E. Sinor Jr., #12106
     **GORDON, ARATA, MCCOLLAM,**
       **DUPLANTIS & EAGAN, LLC**
     201 St. Charles Avenue, 40th Floor
     New Orleans, LA  70170-4000
     Telephone:  504.582.1111
     Facsimile:  504.582.1121

     *Attorney for ArcelorMittal LaPlace, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enforce Settlement Agreement or, in the Alternative, Motion for Aid in Consummation of Settlement has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or by electronically serving all liaison counsel by e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of February, 2017.


     _____/s/ Howard E. Sinor, Jr._____
     Howard E. Sinor, Jr.