

Howard E. Sinor, Jr.
(504) 582-1117
hsinor@gordonarata.com

201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(504) 582-1111 · Fax (504) 582-1121
www.gordonarata.com

April 22, 2014

Deepwater Horizon Economic Claims Center
Claims Administrator
42458 Happy Woods Road
Hammond, Louisiana 70403

Re:   ArcelorMittal LaPlace, LLC

Dear DHECC:

The enclosed Business Economic Loss Claim is submitted on behalf of ArcelorMittal LaPlace, LLC. ("AM LaPlace"), a limited liability company located in LaPlace, Louisiana (Zone C).

AM LaPlace operates Louisiana's only steel mill. Specifically, it operates an electric arc mini-mill. That is, it places scrap steel and ferrous metals into a furnace, into which electrodes are then lowered and high voltages of electricity are applied. The heat from the resulting electrical flux melts and purifies the scrap. The chemistry of the resulting molten steel is adjusted, through the addition of alloys, and the steel is then cast into long rectangular molds and cut to length. The resulting steel "bar" is known as a billet. Some of these billets are sold by AM LaPlace, but most are sent to AM LaPlace's rolling mill (immediately adjacent to the furnace and the billet casting areas), where they are rolled into various shapes, which AM LaPlace then sells for light industrial use.

AM Laplace was formerly known as Bayou Steel, LLC, (and before that as Bayou Steel Corporation). On or about July 31, 2008, ArcelorMittal S.A. purchased all of the outstanding units of membership interest of Bayou Steel, LLC, and on March 4, 2009 changed its name to ArcelorMittal LaPlace, LLC. (See Exhibit F to Claim form: "Business Formation and Acquisition Documents.") Significantly, while Bayou Steel's name and form of business entity changed, as well as its owners, AM Laplace is today the same discrete legal entity that was doing business as "Bayou Steel" in 2006, the earliest period for which information and documentation relative to this Claim is submitted. AM LaPlace has continued throughout to maintain its own, separate expense and income accounting. Thus, the information and documentation submitted to support this claim are all for the same legal entity located in LaPlace, Louisiana, and conducting the same business at that site.

**EXHIBIT A**

1981636_1

April 22, 2014
Page 2

Not directly related to this Claim as such, but supportive of the accuracy of information and documentation since July of 2008, is the fact that the ultimate owner of the legal entity AM LaPlace is ArcelorMittal S.A., the largest steel maker in the world. As part of a large, publicly traded business organization, AM LaPlace maintains its books and records fully in accordance with Generally Accepted Accounting Principles.

In addition to all information and documentation required under the Deepwater Horizon Settlement Agreement, AM LaPlace also submits herewith a claim analysis prepared by the accounting firm of Bourgeois Bennett LLC. We recognize, of course, that this office will do its own completely independent analysis of this claim, but wanted to alert you to Bourgeois Bennett's involvement in the event that accounting questions arise.

Attached to this letter is a Table of Contents outlining the documentation provided in support of this claim. Please contact me with any questions that you may have regarding this claim.

Very truly yours,

Howard E. Sinor, Jr.

HES/rj
Enclosure

# EXHIBIT 19

EXHIBIT B

    Tint and dye preparations, household-type (except hair), manufacturing
    Tire inflators, aerosol, manufacturing
    Transmission fluids, synthetic, manufacturing
    Water, distilled, manufacturing
    Wintergreen oil manufacturing
    Writing inks manufacturing

**331111 - Iron and Steel Mills**

This U.S. industry comprises establishments primarily engaged in one or more of the following:  (1) direct reduction of iron ore; (2) manufacturing pig iron in molten or solid form; (3) converting pig iron into steel; (4) making steel; (5) making steel and manufacturing shapes (e.g., bar, plate, rod, sheet, strip, wire); and (6) making steel and forming tube and pipe.

    Armor plate made in iron and steel mills
    Axles, rolled or forged, made in iron and steel mills
    Balls, steel, made in iron and steel mills
    Bars, concrete reinforcing (rebar) made in steel mills
    Bars, iron, made in iron and steel mills
    Bars, steel, made in iron and steel mills
    Billets, steel, made in iron and steel mills
    Blackplate made in iron and steel mills
    Blast furnaces
    Blooms, steel, made in iron and steel mills
    Car wheels, rolled steel, made in iron and steel mills
    Coke oven products made in iron and steel mills
    Concrete reinforcing bar (rebar) made in iron and steel mills
    Direct reduction of iron ore
    Electrometallurgical steel manufacturing
    Fence posts, iron or steel, made in iron and steel mills
    Flakes, iron or steel, made in iron and steel mills
    Flats, iron or steel, made in iron and steel mills
    Forgings, iron or steel, made in iron and steel mills
    Frogs, iron or steel, made in iron and steel mills
    Galvanizing metals and metal formed products made in iron and steel mills
    Gun forgings made in iron and steel mills
    Hoops made in iron and steel mills
    Hoops, galvanized, made in iron and steel mills
    Hot-rolling iron or steel products in iron and steel mills
    Ingot made in iron and steel mills
    Iron ore recovery from open hearth slag
    Iron sinter made in iron and steel mills
    Iron, pig, manufacturing
    Mesh, wire, made in iron and steel mills
    Mini-mills, steel
    Nut rods, iron or steel, made in iron and steel mills
    Paste, iron or steel, made in iron and steel mills
    Pig iron manufacturing
    Pilings, iron or steel plain sheet, made in iron and steel mills
    Pipe, iron or steel, made in iron and steel mills
    Plate, iron or steel, made in iron and steel mills
    Powder, iron or steel, made in iron and steel mills
    Rail joints and fastenings made in iron and steel mills

026618

|   |   |
|---|---|
|   | Railroad crossings, iron or steel, made in iron and steel mills |
|   | Rails rerolled or renewed in iron and steel mills |
|   | Rails, iron or steel, made in iron and steel mills |
|   | Rods, iron or steel, made in iron and steel mills |
|   | Rounds, tube, steel, made in iron and steel mills |
|   | Sheet pilings, plain, iron or steel, made in iron and steel mills |
|   | Sheets, steel, made in iron and steel mills |
|   | Shell slugs, steel, made in iron and steel mills |
|   | Skelp, iron or steel, made in iron and steel mills |
|   | Slab, steel, made in iron and steel mills |
|   | Spike rods made in iron and steel mills |
|   | Sponge iron |
|   | Stainless steel made in iron and steel mills |
|   | Steel balls made in iron and steel mills |
|   | Steel manufacturing |
|   | Steel mill products (e.g., bar, plate, rod, sheet, structural shapes) manufacturing |
|   | Steel mills |
|   | Steel, from pig iron, manufacturing |
|   | Strip, galvanized iron or steel, made in iron and steel mills |
|   | Strip, iron or steel, made in iron and steel mills |
| X | Structural shapes, iron or steel, made in iron and steel mills |
|   | Superalloys, iron or steel, manufacturing |
|   | Template, made in iron and steel mills, manufacturing |
|   | Terneplate made in iron and steel mills |
|   | Ternes, iron or steel, long or short, made in iron and steel mills |
|   | Tie plates, iron or steel, made in iron and steel mills |
|   | Tin-free steel made in iron and steel mills |
|   | Tinplate made in iron and steel mills |
|   | Tool steel made in iron and steel mills |
| X | Tube rounds, iron or steel, made in iron and steel mills |
| X | Tube, iron or steel, made in iron and steel mills |
| X | Tubing, seamless steel, made in iron and steel mills |
|   | Tubing, wrought iron or steel, made in iron and steel mills |
| X | Well casings, iron or steel, made in iron and steel mills |
|   | Wheels, car and locomotive, iron or steel, made in iron and steel mills |
|   | Wire products, iron or steel, made in iron and steel mills |
| X | Wrought iron or steel pipe and tubing made in iron and steel mills |

**331210 - Iron and Steel Pipe and Tube Manufacturing from Purchased Steel**

This industry comprises establishments primarily engaged in manufacturing welded, riveted, or seamless pipe and tube from purchased iron or steel.

|   |   |
|---|---|
|   | Boiler tubes, wrought, made from purchased iron |
|   | Conduit, welded and lock joint, made from purchased iron or steel |
| X | Pipe (e.g., heavy riveted, lock joint, seamless, welded) made from purchased iron or steel |
| X | Tube (e.g., heavy riveted, lock joint, seamless, welded) made from purchased iron or steel |
|   | Tubing, mechanical and hypodermic sizes, cold-drawn stainless steel, made from purchased steel |
| X | Well casings (e.g., heavy riveted, lock joint, welded, wrought) made from purchased iron or steel |

**332410 - Power Boiler and Heat Exchanger Manufacturing**

This industry comprises establishments primarily engaged in manufacturing power boilers and heat exchangers. Establishments in this industry may perform installation in addition to manufacturing power boilers and heat exchangers.

026619