**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** * | MDL NO. 2179 |
| **"DEEPWATER HORIZON" IN THE** * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** * | SECTION J |
| * | |
| * | HONORABLE CARL J. BARBIER |
| * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al.* * | |
| *v. BP Exploration & Production, Inc., et al* * | |
| * | |

---

## ORDER

Considering ArcelorMittal LaPlace, LLC's Motion to Enforce Settlement Agreement or, in the alternative, Motion for Aid in Consummation of Settlement;

IT IS ORDERED that submission of ArcelorMittal LaPlace, LLC's Motion be set for hearing on the ___ day of _____, 2017, at ___ am/pm.

New Orleans, Louisiana, this _____ day of February, 2017.

_____
DISTRICT JUDGE