"Certification of Funds in the Registry"

PRINCIPAL: $ 24,000.00

Financial Deputy: _____ Date: 2/8/17

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970 | * * | |

## ORDER

Having considered the foregoing Consent Motion for Disbursement of Funds from Registry, and the representation of counsel that the Special Master does not oppose the requested relief;

**IT IS HEREBY ORDERED THAT:**

(1) The Consent Motion for Disbursement of Funds from Registry be and is hereby **GRANTED;**

[remainder of page intentionally left blank]

1

(2) The clerk is authorized and directed to draw a check on funds on deposit in registry of this court in the principal amount of $24,000 plus all interest earned less the assessment fee for the administration of funds, payable to Leake & Andersson, L.L.P., 1100 Poydras Street, Suite 1700, New Orleans, LA 70163, and mail the check to Leake & Andersson, L.L.P., attention Margaret Swetman, 1100 Poydras Street, Suite 1700, New Orleans, LA 70163.

New Orleans, Louisiana, this 8th day of February, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE