UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888; | * | MAGISTRATE JUDGE |
| 10-9999; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Joint Motion to Release Funds from the Registry of the Court*;

**IT IS ORDERED** that the motion be and it is hereby **GRANTED**.

The Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $883,571.00, plus all interest earned less the assessment fee for the administration of funds, payable to "Waltzer, Wiygul & Garside, L.L.C.," TIN:  27-3362753, 1000 Behrman Highway, Gretna, Louisiana 70056, to be held for pick-up by an authorized representative of Waltzer, Wiygul & Garside, L.L.C..

The Clerk of Court is further authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $909,024.49, plus all interest earned less the assessment fee for the administration of funds, payable to "Herman, Herman & Katz, L.L.C.," TIN: 72-0965501, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, and mail or deliver the check to "Herman, Herman & Katz, L.L.C.," at 820 O'Keefe Avenue, New Orleans, Louisiana 70113.

The Clerk of Court is further authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $18,148.63, plus all interest earned less the assessment fee for the administration of funds, payable to "Edward Wisner Donation,

through its Trustee the Mayor of New Orleans," TIN: 72-0514492, P.O. Box 52204, New Orleans, Louisiana 70152-2203, and mail or deliver the check to "Edward Wisner Donation, through its Trustee the Mayor of New Orleans," at P.O. Box 52204, New Orleans, Louisiana 70152-2203.

Done this ___ day of February, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**