IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON, IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § § | MDL NO 2179; Ref CA No. 10-2771 SECTION: J  JUDGE BARBIER |
| This Document Relates to: 13 CV 2791 INCLUDING 16 CV 7285 S.C.P.P. 20 DE ABRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.; AND 16 CV 6298 BARRERA, JOAQUIN AND S.C.P.P AH CARAY, 2:16-CV-06330 S.C.P.P. UNIDOS | § § § § § § § § § | MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL

Notice is hereby given that Appellants, 2:16-cv-07285-CJB-JCW S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. v. BP p.l.c. et al, 2:16-cv-06298-CJB-JCW Barrera v. BP p.l.c. et al, and 2:16-cv-06330-CJB-JCW S.C.P.P. Unidos de Matamoros, S.C. de R.L., et al v. BP p.l.c. et al (as fully defined in Exhibit A, attached thereto and incorporated herein), in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons [PTO 60 Reconciliation Order, " Regarding All Remaining Claims in Pleadings Bundle B1] (REC. DOC 22003) dated December 16, 2016, dismissing their claims.

THE BUZBEE LAW FIRM

By:  /S/ Anthony G. Buzbee
      Anthony G. Buzbee

1

State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR APPELLANTS**

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February, 2017.

                                        */S/ Caroline Adams*
                                        Caroline E. Adams