UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENTS RELATES ONLY TO: | * | JUDGE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888 [Doc. 133248]; | * | MAGISTRATE JUDGE |
| 10-9999 [Doc. 401]; 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO RELEASE FUNDS FROM THE REGISTRY OF THE COURT

**NOW INTO COURT**, through undersigned counsel, come intervenors Waltzer Wiygul & Garside, L.L.C.; defendants-in-intervention the "Joint Venture Attorneys;"[1] defendant-in-intervention the Edward Wisner Donation, through its Trustee the Mayor of New Orleans; and plaintiffs Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.,[2] who respectfully submit this Joint Motion to Release Funds From the Registry of the Court, and state as follows:

1. On September 30, 2016, the Edward Wisner Donation filed an *Ex Parte* Motion to Deposit Funds into the Registry of the Court in the principal amount of $2,160,011.92. [Doc. 21746].  This Honorable Court granted this *Ex Parte* Motion to Deposit Funds into the Registry of the Court.  [Doc. 21755].  The Edward Wisner Donation subsequently deposited said funds into the Registry of the Court.

2. On January 25, 2017, this Honorable Court entered judgment in favor of Waltzer Wiygul & Garside, L.L.C. and against plaintiff, the Edward Wisner Donation, in the amount of

---

[1] These Joint Venture Attorneys (sometimes referred to as the "Joint Venture" or "Joint Venture Team") include the following five law firms:  Herman Herman & Katz, LLC; Fayard & Honeycutt, APC; Fred L. Herman; Leger & Shaw; and Domengeaux Wright Roy & Edwards, L.L.C.

[2] Each of these plaintiffs, along with their respective family members and assignees, were added as plaintiffs in these actions by Order dated August 28, 2014 and Amended Complaint filed March 10, 2015.  *See* 14-CV-1525 Docs. 57 and 59.  Hereinafter, Mark E. Peneguy *et al.*, their family members, donees, and assignees, are referred to as "Wisner Heirs."

eight hundred eighty-three thousand, five hundred seventy-one dollars and no cents ($883,571.00). All parties herein have agreed to a settlement whereby they will neither file any motions pursuant to Rules 50(b) and (d), 52(b), 59(b), (d), and (e), or 60(b) of the Federal Rules of Civil Procedure nor a notice of appeal under Rule 4(a) of the Federal Rules of Appellate Procedure regarding this judgment.

3. The joint movants herein also settled certain disputes as to costs owed to the Joint Venture Attorneys. All parties herein agree that the Joint Venture Attorneys are entitled to be reimbursed nine hundred nine thousand twenty-four dollars and forty-nine cents ($909,024.49) in costs as fair and reasonable. All parties herein agree to accept this award and file no motion to award costs, including pursuant to Rule 54 of the Federal Rules of Civil Procedure.[3]

4. All parties further agree that the Edward Wisner Donation, through its Trustee the Mayor of New Orleans, is entitled to reimbursement for costs in the amount of eighteen thousand one hundred forty-eight dollars and sixty-three cents ($18,148.63) — the difference between the amount deposited for costs and the amount identified above in paragraph 3 — and this amount can be remitted to the Edward Wisner Donation in its name through its Trustee the Mayor of New Orleans.

**WHEREFORE** intervenors Waltzer Wiygul & Garside, L.L.C.; defendants-in-intervention the Joint Venture Attorneys; defendant-in-intervention the Edward Wisner Donation, through its Trustee the Mayor of New Orleans; and plaintiffs the Wisner Heirs pray that the motion be granted and that the Court issue an order directing the disbursement of registry funds, as follows:

---

[3] The parties herein do not stipulate to all fact findings.

1. Eight hundred eighty-three thousand, five hundred seventy-one dollars and no cents ($883,571.00) payable to "Waltzer Wiygul & Garside, L.L.C.;"

2. Nine hundred nine thousand twenty-four dollars and forty-nine cents ($909,024.49) payable to "Herman, Herman & Katz, L.L.C.;" and

3. Eighteen thousand one hundred forty-eight dollars and sixty-three cents ($18,148.63) payable to "Edward Wisner Donation."

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
    OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
rasmith@smithfawer.com
sgele@smithfawer.com

*Counsel for Intervenor,*
*Waltzer, Wiygul & Garside, LLC,*

*/s/ Soren E. Gisleson*
**Soren E. Gisleson (La. Bar #26302)**
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No.: (504) 569 6024
E-Mail: sgisleson@hhkc.com

*Attorney for the Edward Wisner Donation*
*Trust, Mayor Mitch Landrieu, Trustee, and*
*the City of New Orleans, Beneficiary*

**MONTGOMERY BARNETT, L.L.P.**

By:   /s/ Daniel Lund
_____
DANIEL LUND (Bar No. 12782)
E-mail: dlund@monbar.com
JOHN Y. PEARCE (Bar No. 10374)
E-mail: jpearce@monbar.com
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688

*Attorneys for Mark E. Peneguy,*
*Edward W. Peneguy, Jr., Richard A. Peneguy,*
*Jr., and Wendell H. Cook, Jr.*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of February, 2017, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.

                                                      */s/ Stephen M. Gelé*