# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| No. 12-970; Bon Secour Fisheries, Inc. et al., | HONORABLE CARL J. BARBIER |
| v. | |
| BP Exploration & Production, Inc., et al. | MAGISTRATE JUDGE WILKINSON |
| AND | |
| No. 16-15796 | |

## REQUEST FOR REFUND OF FILING FEE

Lewis Pest Control of Florida, Inc., Claimant ID 267063, claimant in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 reached in *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 12-970 (E.D. La.), respectfully requests that this Court issue a refund of the filing fee in the amount of $505 which was erroneously paid into this Court under case under 2:10-md-2179 with regard to an appeal to the United States Court of Appeals for the Fifth Circuit. The appeal has since been filed in the appropriate case of 2:16-cv-15796 along with an additional filing fee of $505. Therefore, Claimant requests a refund of the filing fee paid in case 2:10-md-2179.

Date: February 10, 2017

/s/ Allison White Smalley
**Allison White Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031

1

E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

*Attorneys for claimant, Lewis Pest Control of Florida, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February, 2017.

                                              /s/ Allison White Smalley
                                               **Allison White Smalley**