UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL NO. 2179 |
| This document relates to: ) ) | SECTION J |
| No. 12-970; Bon Secour Fisheries, Inc. et al., ) ) v. ) ) BP Exploration & Production, Inc., et al. ) ) AND ) ) No. 16-15785 ) ) | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE WILKINSON |

## ORDER

This matter having come before the Court, and the Court having considered the same, it is hereby ORDERED THAT this Court issue a refund of the filing fee in the amount of $505 which was erroneously paid into this Court under case under 2:10-md-2179 with regard to an appeal to the United States Court of Appeals for the Fifth Circuit.

Dated: _____

_____
JUDGE

1