# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) MDL NO. 2179 |
| This document relates to: | ) ) SECTION J |
| No. 12-970; Bon Secour Fisheries, Inc. et al., | ) ) HONORABLE CARL J. BARBIER |
| v. | ) ) |
| BP Exploration & Production, Inc., et al. | ) MAGISTRATE JUDGE WILKINSON |
| AND | ) ) |
| No. 16-15789 | ) ) ) |

## **ORDER**

This matter having come before the Court, and the Court having considered the same, it is hereby ORDERED THAT this Court issue a refund of the filing fee in the amount of $505 which was erroneously paid into this Court under case under 2:10-md-2179 with regard to an appeal to the United States Court of Appeals for the Fifth Circuit.

Dated: _____

_____
JUDGE