"Certification of Funds in the Registry"

PRINCIPAL: $ 2,160,011.92

Financial Deputy: _____ Date: 2/10/17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES ONLY TO:<br>Civil Action Nos. 10-2771; 10-8888 [Doc. 133248;<br>10-9999 [Doc. 401]; 13-1971; and 14-1525 | * * * | JUDGE CARL J. BARBIER<br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing *Joint Motion to Release Funds from the Registry of the Court*;

**IT IS ORDERED** that the motion be and it is hereby **GRANTED**.

The Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $883,571.00, plus all interest earned less the assessment fee for the administration of funds, payable to "Waltzer, Wiygul & Garside, L.L.C.," 1000 Behrman Highway, Gretna, Louisiana 70056, and mail the check to "Waltzer, Wiygul & Garside, L.L.C." at 1000 Behrman Highway, Gretna, Louisiana 70056.

The Clerk of Court is further authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $909,024.49, plus all interest earned less the assessment fee for the administration of funds, payable to "Herman, Herman & Katz, L.L.C.," 820 O'Keefe Avenue, New Orleans, Louisiana 70113, and mail the check to "Herman, Herman & Katz, L.L.C.," at 820 O'Keefe Avenue, New Orleans, Louisiana 70113.

The Clerk of Court is further authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $18,148.63, plus all interest earned less the assessment fee for the administration of funds, payable to "Edward Wisner Donation, through its Trustee the Mayor of New Orleans," P.O. Box 52204, New Orleans, Louisiana

70152-2203, and mail the check to "Edward Wisner Donation, through its Trustee the Mayor of New Orleans," at P.O. Box 52204, New Orleans, Louisiana 70152-2203.

Done this 10th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE