## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** ) ) ) ) | **MDL NO. 2179** |
| **This document relates to:** ) ) | **SECTION J** |
| **Claimant ID 100272156, Nos. 16-15785, 16-15786, 16-15787, 16-15788, 16-15789; Claimant ID 100265260, No. 16-15796; and Claimant ID 100236144, No. 17-125** ) ) ) ) ) | **HONORABLE CARL J. BARBIER** |
| | **MAGISTRATE JUDGE WILKINSON** |

### MOTION TO SEAL PREVIOUS FILINGS

Comes now the attorney for the above Claimants and requests that this Court order the sealing of the filings previously made in error under 2:10-md-2179 with regard to appeals to the United States Court of Appeals for the Fifth Circuit by these Claimants.

Date: February 10, 2017

        /s/ Allison White Smalley
        **Allison White Smalley,** La. Bar No. 32957
        CUNNINGHAM BOUNDS, LLC
        1601 Dauphin Street, P.O. Box 66705
        Mobile, Alabama  36660
        Phone:  251-471-6191
        Fax:  251-479-1031
        E-mail: aws@cunninghambounds.com

        Of Counsel:
        **Robert T. Cunningham**
        CUNNINGHAM BOUNDS, LLC
        1601 Dauphin Street, P.O. Box 66705
        Mobile, Alabama  36660
        Phone:  251-471-6191
        Fax:  251-479-1031
        E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

*Attorneys for Claimants*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February, 2017.

/s/ Allison White Smalley
**Allison White Smalley**