# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | ) ) ) ) | **MDL NO. 2179** |
| **This document relates to:** | ) ) | **SECTION J** |
| **Claimant ID 100272156, Nos. 16-15785, 16-15786, 16-15787, 16-15788, 16-15789; Claimant ID 100265260, No. 16-15796; and Claimant ID 100236144, No. 17-125** | ) ) ) ) ) | **HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE WILKINSON** |

## ORDER

This matter having come before the Court, and the Court having considered the same, it is hereby ORDERED THAT this Court seal the filings previously made in error under 2:10-md-2179 with regard to appeals to the United States Court of Appeals for the Fifth Circuit by the above Claimants.

Dated: _____

_____
JUDGE