IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 12-970 | * * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| BON SECOUR FISHERIES, INC., ET AL | * * | |
| PLAINTIFFS, | * * | CIVIL ACTION NO. 12-970 |
| VERSUS | * * | SECTION J |
| BP EXPLORATION & PRODUCTION INC., ET AL | * * * | Honorable CARL J. BARBIER |
| DEFENDANTS. | * * | Magistrate Judge SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC. ET AL, | * * | |
| PLAINTIFFS, | * * | CIVIL ACTION NO. 13-6674 |
| VERSUS | * * | SECTION J |
| WATTS, ET AL. | * * | Honorable CARL J. BARBIER |
| DEFENDANTS. | * * * * | Magistrate Judge SHUSHAN |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to this stipulation under the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), BP hereby DISMISSES all claims asserted by BP in its Complaint, Rec. Doc. 1 in

Civil Action No. 13-6674, with prejudice. The parties will bear their own costs and attorneys' fees.

| | |
|---|---|
| February 10, 2017 | Respectfully submitted, |
| Eric L. Nitcher<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX 77079<br>Telephone: (281) 366-2000<br>Telefax: (312) 862-2200 | /s/ Kevin M. Downey<br>Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Telefax: (202) 434-5029 |
| Daniel A. Cantor<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999 | /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934<br><br>**OF COUNSEL** | Richard C. Godfrey, P.C.<br>Wendy L. Bloom<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200<br><br>Jeffrey Bossert Clark<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

| WATTS GUERRA LLP                          | MIKAL C. WATTS              |
|-------------------------------------------|-----------------------------|
| By: *Mikal Watts*                         | *Mikal Watts*               |
| Title: Capital Partner                    |                             |
| Date: 2/7/17                              | Date: 2/7/17                |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this February 10, 2017.

/s/ Don K. Haycraft
Don K. Haycraft