## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | **MDL NO. 2179** |
| This document relates to: | ) ) | **SECTION J** |
| Claimant ID 100236144, No. 17-125 | ) ) ) | **HONORABLE CARL J. BARBIER** |
| | ) ) | **MAGISTRATE JUDGE WILKINSON** |

### APPLICATION FOR REFUND OF ELECTRONIC FEE

Claimant ID 100236144, claimant in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, respectfully files this Application for Refund of Electronic Fees (Receipt No. 053L-5956801 for Doc. 22188) which were previously paid into MDL No. 2179 in error.

Date: February 13, 2017

/s/ Allison White Smalley
**Allison White Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

*Attorneys for Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of February, 2017.

/s/ Allison White Smalley
**Allison White Smalley**