UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
DARLENE JACOBI, INDIVIDUALLY   *    NO. 16-17466
AND AS SUCCESSION REPRESENTA-
TIVE OF CHARLES A. JACOBI      *    SECTION J MAG. 2

VS.                            *

TRANSOCEAN, LTD. AND           *
BP PLC

FILED:_____         *    DY. CLERK:_____
```

FILED 2017 FEB 14 A 10: 28
WILLIAM W. BLEVINS

10md2179

## MOTION TO AMEND

NOW COMES DARLENE JACOBI, INDIVIDUALLY AND AS SUCCESSION REPRESENTATIVE OF CHARLES A. JACOBI, through undersigned counsel and respectfully moves to amend her original Petition filed herein on December 15, 2016 as follows, showing no answer or responsive pleading has been filed and no service of process has been made, as follows:

A.

To amend the caption and Paragraph I hereof to read as follows:

" DARLENE JACOBI, INDIVIDUALLY JACOBI, INDIVIDUALLY
AND AS SUCCESSION REPRESENTATIVE OF CHARLES A.JACOBI

VS.

TRANSOCEAN, OFFSHORE USA, INC., hereinafter referred
to as "Transocean"a foreign corporation doing businss
in the State of Louisiana and

BP, EXPLORATION AND PRODUCTION, INC., referred to
as "BP"a foreign corporation doing business in the
State of Louisiana".

WHEREFORE Plaintiffs pray that this amendment be recieved

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

and filed and that their original petition be amended in all respects in conformity therwith and in due course they be entitled to recieve damages in accordance with their original prayer.

*Robert N. Clarke*
Robert N. Clarke, Attorney
for Plaintiffs
3009 20th St. Ste. B
Metairie, LA 70002
Tel.: 485-3375 LSBA #4161

*Robert N. Clarke*
ATTORNEY AT LAW

3009 20TH STREET, SUITE B
METAIRIE, LOUISIANA 70002
(504) 485-3375

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2017 FEB 14  A 10: 30

WILLIAM W. BLEVINS

Clerk, US District Court
500 Poydras St.
New Orleans, LA 70130

Re: Jacobi vs. Transocean
No. 16-17466

13 February, 2017

Dear Sir:

    Kindly file the enclosed Motion to Amend and tender to the Judge presiding for signing. Thence it is appreciated if you would issue summonse to the defendants as indicated on the enclosures and return to me for service.

    Should there be any questions, please call.

Thank you,

Robert N. Clarke

RNC:ips
encls.