UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

10md 2179

| | | |
|---|---|---|
| DARLENE JACOBI, INDIVIDUALLY AND AS SUCCESSION REPRESENTATIVE OF CHARLES A. JACOBI | * * * | NO. 16-17466 SECTION "J" MAG. @ |
| VS. | * | |
| TRANSOCEAAN, LTD., AND BP PLC | * * | |
| FILED: _____ | * | DY. CLERK: _____ |

ORDER

The foregoing considered,

LET the Motion to Amend be and the same is hereby granted.

New Orleans, LA this _____ day of February, 2017

_____
U.S. DISTRICT JUDGE