AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

2017 FEB 14 A 10:30

WILLIAM W. BLEVINS

DARLENE JACOBI, ET ALS )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 16-;7466 "B" 2
)
)
)
TRANSOCEAN USA, INC, ET ALS )
)
Defendant(s) )

10 md 2179 J

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRANSOCEAN OFFSHORE USA, INC.
through its agent for service:

Capitol Corporate Services, Inc
8550 United Plaza Blvd. Bldg 2
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RN Clarke, Esq.
3009 20th St. Ste. B
Metairie, LA 70002

\* and amended complaint

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                      _____
                                                            *Signature of Clerk or Deputy Clerk*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____