UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § MDL No. 2179 § § SECTION "J" § |
| *This Document Relates to*: | § JUDGE CARL J. BARBIER § § MAGISTRATE JOSEPH C. WILKINSON, JR. |
| Case Nos. 12-970, 15-4143, 15-4146, and 15-4654 | § § § |

## NOTICE OF FILING

For the benefit of the Court, as well as potentially affected parties, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Triton Asset Leasing GmbH ("Transocean") respectfully submits the Declaration of Stephen J. Cirami regarding the CAFA Notice, dated November 9, 2016.

This 14th day of February, 2017.

/s/ *Brad D. Brian*
BRAD D. BRIAN
DANIEL B. LEVIN
**MUNGER TOLLES & OLSON LLP**
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180
Email: brad.brian@mto.com
        daniel.levin@mto.com

/s/ *Steven L. Roberts*
STEVEN L. ROBERTS
**SUTHERLAND ASBILL & BRENNAN LLP**
1001 Fannin Street, Suite 3700
Houston, TX 77002
Telephone: (713) 470-6100
Facsimile: (713) 354-1301
Email: steven.roberts@sutherland.com

/s/ *Kerry J. Miller*
KERRY J. MILLER
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-8646
Facsimile: (504) 585-6946
Email: kjmiller@bakerdonelson.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 14th day of February 2017.

                                          /s/ *Kerry J. Miller*
                                          **KERRY J. MILLER**