# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * <br> * |
| This Document Relates To: <br><br> No. 15-4146 | * HONORABLE CARL J. <br> * BARBIER <br> * <br> * CHIEF MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON, JR. <br> * |

## DECLARATION OF STEPHEN J. CIRAMI REGARDING CAFA NOTICE

I, STEPHEN J. CIRAMI, declare:

1. I am the Executive Vice President and Chief Operating Officer of Garden City Group, LLC ("GCG"). GCG was engaged by the Court appointed Claims Administrator to assist him in implementing the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements. Pursuant to the Court's April 12, 2016 Preliminary Approval Order as to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements (the "Preliminary Approval Order"), GCG was authorized to act as the Class Notice Administrator in connection with the Settlements filed in MDL-2179.[1] The following statements are based on personal knowledge and information provided to me by other experienced GCG employees.

2. GCG was contracted by Kerry J. Miller of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for the defendant, to administer notice of a proposed settlement of a

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the HESI Punitive Damages and Assigned Claims Settlement Agreement as amended on September 2, 2015, as well as the Transocean Punitive Damages and Assigned Claims Settlement Agreement dated May 29, 2015 (the "Settlements").

1

portion of the Multi-District Litigation filed in the Eastern District of Louisiana as Case No. 15-CV-4146, later merged into the Multi-District Litigation docket for the case titled *In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*; 10-MD-2179 pending in the Eastern District of Louisiana (the "Action") in compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C § 1715. I submit this Declaration to provide the Court and Parties with information relating to compliance with the notice requirements of CAFA.

3.   Final approval papers were submitted to the Court on August 5, 2016, objections and requests to opt out of the Settlement had a postmark deadline of September 23, 2016, and responses to objections were due to be filed no later than October 14, 2016. The Final Fairness Hearing will occur on November 10, 2016. In accordance with the notice provision of CAFA, GCG mailed notice of the Proposed Settlement to all of the attorneys general listed on the attached Exhibit A, including the United States Attorney General and the Attorneys General of all fifty states, the District of Columbia, and all U.S. territories on November 09, 2016. The CAFA notice packet that was sent to the Attorneys General listed in Exhibit A included a letter providing notice of the Action, and a CD containing electronic copies of the following materials relating to the Action: 1) Complaint [Complaint [Transocean Punitive Damages Class] Admiralty Rule 9(h) [Rec. Doc. 1[2]]; 2) Transocean Punitive Damages and Assigned Claims Settlement Agreement [Rec. Doc. 14644-1]; 3) Motion of Plaintiffs' Steering Committee for Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161]; 4) Memorandum of Law in Support of Preliminary Approval of HESI and Transocean Punitive Damages and

---

[2] This document was filed under EDLA Case No. 15-CV-4146, which now falls under the Multi-District Litigation docket for all cases related to the Deepwater Horizon Oil Spill. All other document numbers noted are found on the docket for 10-MD-2179.

Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161-1]; 5) Preliminary Approval Order [Rec. Doc. 16183]; 6) Order Rescheduling Fairness Hearing and Other Dates for the Proposed HESI and Transocean Class Action Settlements [Rec. Doc. 16900]; 7) Declaration of Shannon R. Wheatman, Ph.D. on Adequacy of Notices and Notice Plan [Rec. Doc. 16161-2]; 8) Summary Notice [Rec. Doc. 16161-2, Exhibit 4, as amended by Rec. Doc. 16900]; 9) Email Notice [Rec. Doc. 16161-2, Exhibit 5, as amended by Rec. Doc. 16900]; 10) Long Form Notice [Rec. Doc. 16161-2, Exhibit 6, as amended by Rec. Doc. 16900]; and 11) Final Approval Brief [Rec. Doc. 21423]. A copy of the CAFA notice cover letter is attached hereto as Exhibit B.

4. Due to the timing of this notice, the Court has been asked to refrain from entering a Final Approval Order, if granted, until the statutory 90-day period for any inquiries by the states' attorney general offices to be responded to and to provide adequate time for any filings by the states' attorney general offices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 9, 2016, in Lake Success, New York.

_____
Stephen J. Cirami