# Exhibit A

| | |
|---|---|
| US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530 | Attorney General for Alaska<br>1031 W. 4th Avenue<br>Suite 200<br>Anchorage, AK  99501 |
| Attorney General for Alabama<br>501 Washington Avenue<br>Montgomery, AL  36104 | Attorney General for Arkansas<br>323 Center St., Suite 200<br>Little Rock, AR  72201 |
| Attorney General for Arizona<br>1275 W. Washington St.<br>Phoenix, AZ  85007 | CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102 |
| Attorney General for Colorado<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO  80203 | Attorney General for Connecticut<br>55 Elm St.<br>Hartford, CT  06106 |
| Attorney General for DC<br>One Judiciary Square<br>441 4th St. NW<br>Washington, DC  20001 | Attorney General for Delaware<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE  19801 |
| Attorney General for Florida<br>The Capitol PL-01<br>Tallahassee, FL  32399 | Attorney General for Georgia<br>40 Capitol Square SW<br>Atlanta, GA  30334 |
| Attorney General for Hawaii<br>425 Queen St.<br>Honolulu, HI  96813 | Attorney General for Iowa<br>1305 E Walnut St<br>Hoover State Office Building<br>Des Moines, IA  50319 |

| | |
|---|---|
| Attorney General for Idaho<br>700 W. Jefferson St.<br>Suite 210<br>Boise, ID  83720 | Attorney General for Illinois<br>500 South Second Street<br>Springfield, IL  62706 |
| Attorney General for Indiana<br>Indiana Government Center South<br>302 W. Washington St, 5th Floor<br>Indianapolis, IN  46204 | Attorney General for Kansas<br>120 SW 10th Ave., 2nd Fl.<br>Topeka, KS  66612 |
| Attorney General for Kentucky<br>700 Capitol Avenue<br>Suite 118<br>Frankfort, KY  40601 | Attorney General for Louisiana<br>1885 North 3rd St., 6th Floor<br>Baton Rouge, LA  70802 |
| Office of Massachusetts<br>Attorney General<br>ATTN: CAFA Coordinator<br>1 Ashburton Pl.<br>Boston, MA  02108 | Attorney General for Maryland<br>200 St. Paul Pl.<br>Baltimore, MD  21202 |
| Attorney General for Maine<br>6 State House Station<br>Augusta, ME  04333 | Attorney General for Michigan<br>G. Mennen Williams Bldg., 7th Fl.<br>525 W. Ottawa St.<br>Lansing, MI  48909 |
| Attorney General for Minnesota<br>1400 Bremer Tower<br>445 Minnesota St.<br>St. Paul, MN  55101 | Attorney General for Missouri<br>Supreme Court Building<br>207 W High St.<br>Jefferson City, MO  65101 |
| Attorney General for Mississippi<br>Walter Sillers Bldg.<br>550 High St., Ste. 1200<br>Jackson, MS  39201 | Attorney General for Montana<br>Justice Building, 3rd Fl.<br>215 North Sanders<br>Helena, MT  59601 |

Attorney General for North Carolina
114 West Edenton Street
Raleigh, NC  27603

Attorney General for North Dakota
State Capitol
600 E. Blvd. Ave., Dept. 125
Bismarck, ND  58505

Attorney General for Nebraska
2115 State Capitol
Lincoln, NE  68509

Attorney General for New Hampshire
33 Capitol St.
Concord, NH  03301

Attorney General for New Jersey
HJC, 8th Floor, West Wing
25 Market Street
Trenton, NJ  08625

Attorney General for New Mexico
408 Galisteo St.
Villagra Bldg.
Santa Fe, NM  87501

Attorney General for Nevada
100 N. Carson St.
Carson City, NV  89701

Attorney General for New York
The Capitol
Albany, NY  12224

Attorney General for Ohio
30 E. Broad St., 14th Floor
Columbus, OH  43215

Attorney General for Oklahoma
313 NE 21st St.
Oklahoma City, OK  73105

Attorney General for Oregon
Oregon Department of Justice
1162 Court St. NE
Salem, OR  97301

Attorney General for Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA  17120

Attorney General for Rhode Island
150 S. Main St.
Providence, RI  02903

Attorney General for South Carolina
Rembert Dennis Bldg
1000 Assembly St., Room 519
Columbia, SC  29201

| | |
|---|---|
| Attorney General for South Dakota<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD  57501 | Attorney General for Tennessee<br>Cordell Hull Building, Ground Floor<br>425 5th Ave. N.<br>Nashville, TN  37243 |
| Attorney General for Texas<br>300 W. 15th St.<br>Austin, TX  78701 | Attorney General for Utah<br>Utah State Capitol Complex<br>350 N. State St., Suite 230<br>Salt Lake City, UT  84114 |
| Attorney General for Virginia<br>202 North Ninth St<br>Richmond, VA  23219 | Attorney General for Vermont<br>109 State St.<br>Montpelier, VT  05609 |
| Attorney General for Washington<br>1125 Washington St. SE<br>Olympia, WA  98504 | Attorney General for Wisconsin<br>114 East State Capitol<br>Madison, WI  53702 |
| Attorney General for West Virginia<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV  25305 | Attorney General for Wyoming<br>2424 Pioneer Ave  3rd FL<br>Pioneer Building<br>Cheyenne, WY  82002 |
| Attorney General for American Samoa<br>American Samoa Gov't.<br>A.P. Lutali Executive Office Bldg<br>Pago Pago, AS  96799 | Attorney General for Guam<br>590 S.Marine Corps Drive<br>ITC Bldg., Suite 706<br>Tamuning, GU  96913 |
| Attorney General for the<br>Northern Mariana Islands<br>Admin Bldg, PO Box 10007<br>Saipan, MP  96950 | Edificio Principal del Depto. De Justicia<br>Piso 11, 601 Calle Olimpo<br>Esquina Axtmayer, Parada 11<br>San Juan, PR  00907 |

Acting Attorney General for Virgin Islands
34-38 Kronprindsens Gade
GERS Bldg, 2nd Fl
St. Thomas, VI  00802

Acting Attorney General for Palau
PO Box 1365
Koror, PW  96940

Secretary, Dept. of Justice for the
Federated States of Micronesia
PO Box PS 105, Palikir
Pohnpei, FM  96941

Attorney General for the
Republic of the Marshall Islands
PO Box 890
Majuro, MH  96960