# Exhibit B



888-404-8013 | gardencitygroup.com
1531 Utah Avenue S., Suite 600, Seattle, WA 98134


November 9, 2016


**VIA FEDERAL EXPRESS**

United States Attorney General
and State Officials Identified
in the Attached Exhibit A


**Re:     CAFA Notice of Proposed Class Action Settlement
         In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico,
         on April 20, 2010 – MDL 2179**


Dear Sir or Madam:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, enclosed please find  information relating to the proposed settlement of a portion of the multi-district litigation filed in the Eastern District of Louisiana as Case No. 15-CV-4146 and merged into the Multi-District Litigation docket for *In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*; 10-MD-2179 pending in the Eastern District of Louisiana ("EDLA") (the "Action").  Garden City Group, LLC submits this information on behalf of the defendant(s) in the Action.   Preliminary approval of the settlement occurred on April 12, 2016 [Rec. Doc. 16183].

Final approval papers were submitted to the Court on August 5, 2016, objections and requests to opt out of the Settlement had a postmark deadline of September 23, 2016, and responses to objections were due to be filed no later than October 14, 2016.  The Final Fairness Hearing will occur on November 10, 2016.  Due to the timing of this notice, the Court has been asked to refrain from entering a Final Approval Order, if granted, until the statutory 90-day period for any inquiries by the states' attorney general offices to be responded to and to provide adequate time for any filings by the states' attorney general offices.



The enclosed CD contains copies of the following documents:

1. Complaint [Transocean Punitive Damages Class] Admiralty Rule 9(h) [Rec. Doc. 1[1]]
2. Transocean Punitive Damages and Assigned Claims Settlement Agreement [Rec. Doc. 14644-1]
3. Motion of Plaintiffs' Steering Committee for Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161]
4. Memorandum of Law in Support of Preliminary Approval of HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements; Preliminary Certification of the Proposed New Punitive Damages Settlement Class; Approval of Class Notice and Class Notice Plan; and Scheduling of Final Fairness Hearing [Rec. Doc. 16161-1]
5. Preliminary Approval Order [Rec. Doc. 16183]
6. Order Rescheduling Fairness Hearing and Other Dates for the Proposed HESI and Transocean Class Action Settlements [Rec. Doc. 16900]
7. Declaration of Shannon R. Wheatman, Ph.D. on Adequacy of Notices and Notice Plan [Rec. Doc. 16161-2]
8. Summary Notice [Rec. Doc. 16161-2, Exhibit 4, as amended by Rec. Doc. 16900]
9. Email Notice [Rec. Doc. 16161-2, Exhibit 5, as amended by Rec. Doc. 16900]
10. Long Form Notice [Rec. Doc. 16161-2, Exhibit 6, as amended by Rec. Doc. 16900]
11. Final Approval Brief [Rec. Doc. 21423]

The above documents, as well as all filings in the Action, are also available online via the federal Public Access to Court Electronic Records (PACER) system, which can be found at http://www.pacer.gov.

CAFA additionally requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement" or if that is "not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." 28 U.S.C. § 1715(b)(7).

---

[1] This document was filed under EDLA Case No. 15-CV-4146, which now falls under the Multi-District Litigation docket for all cases related to the Deepwater Horizon Oil Spill. All other document numbers noted are found on the docket for 10-MD-2179.



The defendant in the Action has advised that it is not feasible at this time to provide the names of class members who reside in each State or a reasonably accurate estimate of the proportionate share of such members to the entire settlement; however, the defendant can confirm that the geographic limitations on class membership focus class member residency and/or property ownership and/or business/subsistence activities on the Gulf States, specifically Louisiana, Mississippi, Alabama, and specific counties in Florida and Texas.

The defendant(s) is represented by Kerry J. Miller of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC.  Should you have any questions regarding this letter or any of the information contained herein, please feel free to contact Attorney Miller at 504-566-8646or by email to kjmiller@bakerdonelson.com.

Best regards,

Brian A. Pinkerton

Enclosures
cc:    Counsel for defendant (without Enclosures)
       Class counsel (without Enclosures)