UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | **SECTION:  J** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *16-15796, 17-125, 16-15785, 16-15786,* | * | |
| *16-15787, 16-15788, 16-15789, 16-15797* | * | **MAG. JUDGE WILKINSON** |

## ORDER

IT IS ORDERED that Document nos. 22187 – 22193 and 22198, which were incorrectly filed in this docket, shall be placed under SEAL.

New Orleans, Louisiana, this 13th day of February, 2017.

_____
United States District Judge