# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | § | |
| **"Deepwater Horizon" in the** | § | |
| **Gulf of Mexico, on April 20, 2010** | § | **MDL NO. 2179; SECTION J** |
| | § | |
| **This document relates to:** | § | **JUDGE CARL J. BARBIER** |
| | § | |
| **12-97,** *Bon Secour Fisheries, Inc. et al.* | § | **MAG JUDGE SHUSHAN** |
| ***v. BP Exploration Production Inc.;*** | § | |
| **cases within Pleading Bundle B1** | § | |
| **And All Civil Actions** | § | |

## MOTION TO GRANT OPT-OUT REVOCATION

COME NOW, Fertitta Hospitality, LLC and Landry's Crab Shack, Inc. Claimants represented by the Law Offices of A. Craig Eiland and file this Motion to Grant Opt-Out Revocation. Claimants respectfully request this Court, under the discretionary powers granted to it under the Settlement Agreement, grant its Opt-Out Revocation over the objection of BP Parties. A Memorandum in Support of this Motion to Grant Opt-Out Revocation is attached.

## PRAYER

WHEREFORE PREMISES CONSIDERED, the Law Offices of A. Craig Eiland pray that this Court, under the discretionary powers granted to it under the Settlement Agreement, grants its Opt-Out Revocation over the objection of the BP Parties so that Claimants' claims can continue to be processed in the Court Supervised Settlement Program under the terms of the Settlement Agreement.

Respectfully submitted,

LAW OFFICES OF A. CRAIG EILAND

By: _____
A. Craig Eiland
Federal Bar No. 9076
Texas Bar No. 06502380
Old Galveston Square
2211 The Strand, Suite 201
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion to Grant Opt-Out Revocation has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of February, 2017.

_____
A. Craig Eiland