UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL No. 2179 ) ) Section "J" ) JUDGE BARBIER |
| This document relates to: *MDL No. 2179 and all cases in Pleading Bundles B(1) and B(3), Nos. 10-01921, 10-04252, 10-03815, 10-03066, 10-01540, 10-01502, 10-4185, 10-4239, 10-4240, 10-4241, 10-4188, and 10-4536* | ) ) Magistrate No. 1 ) Magistrate Shushan ) ) ) ) |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP (collectively, "Anadarko") hereby file this Motion to Withdraw and Substitute Counsel, and respectfully move the Court as follows:

1. Anadarko respectfully moves this court to permit the withdrawal of Ky Kirby, Esq., formerly of the law firm of Bingham McCutchen and later the law firm of Morgan, Lewis & Bockius, as counsel of record on its behalf and to order the clerk to remove said counsel from the above-entitled and numbered cases.

2. Anadarko further requests that Thomas R. Lotterman, Esq. be substituted as lead counsel for Anadarko in the above-entitled cases. Mr. Lotterman previously entered his notice of appearance in these cases on October 29, 2013 (Rec. Doc. 11753).

3. The withdrawal and substitution of counsel in these actions is not sought for the purpose of delay.

WHEREFORE, Anadarko respectfully requests that this Court enter an order granting its motion to withdraw Ky Kirby as counsel in the above-entitled and numbered cases and substitute Thomas R. Lotterman as lead counsel.

DATED: February 15, 2017    Respectfully submitted,

/s/ *James J. Dragna*
James J. Dragna
jim.dragna@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 680-6436
Facsimile: (213) 830-8636

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 15, 2017.

      /s/ *James J. Dragna*
      James J. Dragna