UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR LEAVE TO FILE A SUPPLEMENT
TO THE REPLY OF THE DHECC IN SUPPORT OF THE MOTION FOR
<u>RETURN OF PAYMENTS MADE TO MAXIM, L.C., BRIANTE PALAZAENO AND OTHERS</u>

COMES NOW the Deepwater Horizon Economic Claims Center ("DHECC"), respectfully submitting this motion for leave to file a Supplement to the Reply of the DHECC in Support of the Motion for Return of Payments Made to Maxim, L.C., Briante Palazaeno and Others.

As further explained in Exhibit A, Palazaeno, in his opposition, contended the DHECC did not confer all bank accounts of Maxim, L.C. ("Maxim") in arriving at the conclusions contained in the original Motion for Return of Payments (Rec. Doc. 18516)("Motion").  As disclosed to the Court at footnote 4 on page 7 of its Reply (Rec. Doc. 21801), the DHECC had subpoenaed each newly listed account.  The DHECC received responses to said subpoenas subsequent to the deadline to file its Reply and now seeks leave to supplement its Reply.

Accordingly, the DHECC respectfully requests that the Court grant it leave to supplement its Reply with its findings from the above referenced records and accept for filing on the docket the Supplement to its Reply, attached as Exhibit A.

          Respectfully submitted,

          Patrick Juneau
          Claims Administrator

          By:   /s/ Kevin Colomb
          Kevin Colomb
          Manager of Compliance and Internal Integrity

Dated:   February 15, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 15th day of February, 2017, by electronic mail, on the following:

>Frank G. DeSalvo, Esq.
>739 Barronne Street
>New Orleans, LA 70113
>*Attorney for Briante Palazaeno*
>
>Raymond Landry, Esq
>Mollere, Flanagan, and Landry, LL.C.
>2341 Metairie Rd.
>Metairie, LA 70004
>*Attorney for Mollere, Flanagan & Landry*

>     /s/ Kevin Colomb
>    Kevin Colomb