UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

AND NOW the Court, upon consideration of the motion for leave by the DHECC to file a Supplement to the Reply of the DHECC in Support of the Motion for Return of Payments Made to Maxim, L.C., Briante Palazaeno and Others, IT IS HEREBY ORDERED that:

1. The DHECC's motion is GRANTED; and

2. The Clerk is directed to accept for filing on the docket the Supplement to the Reply of the DHECC, attached as Exhibit A to the DHECC's motion to file a supplement.

Entered in New Orleans, Louisiana this _____ day of _____, 2017.

_____
United States District Judge