UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Wilkinson |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

SUPPLEMENT TO THE REPLY OF THE DHECC IN SUPPORT OF THE MOTION FOR
RETURN OF PAYMENTS MADE TO MAXIM, L.C., BRIANTE PALAZAENO AND OTHERS

COMES NOW the Deepwater Horizon Economic Claims Center (the "DHECC"), and

respectfully submits this supplement to its Reply  in support of the DHECC's motion

seeking return of payments made to Maxim, L.C. ("Maxim"), Briante Palazaeno

("Palazaeno") and others (the "Reply")(Rec. Doc. 21801).  In his earlier-filed Opposition

[Rec. Doc. 21759], Palazaeno had argued against the DHECC's determination that Palazaeno

submitted false information to the DHECC, causing damage to the Settlement Program by

inflating the claim award to Maxim.  Palazaeno contended that the DHECC's conclusions

were incorrect because the DHECC did not have all of Maxim's bank accounts at its

disposal, listing each account from which Maxim purportedly conducted its business.

As disclosed to the Court at footnote 4 on page 7 of the Reply, the DHECC had

subpoenaed each listed account, but the subpoenas had not then been responded to.

Therefore, the DHECC anticipated and presaged the filing of this Supplement by stating in

that footnote that it "requests to reserve its right to supplement this pleading [the Reply]

with the results of these subpoenas, if necessary". Since the bank records obtained

pursuant to the subpoenas only strengthen the DHECC's position, the DHECC now reports

its findings through this supplemental filing.

The DHECC has reviewed the records of the additional bank accounts listed by Palazaeno and does not dispute any of their contents.  The totality of the information contained in the additional accounts supports the DHECC's position that Maxim received an inflated award amount.

Particularly, in his Opposition, Palazaeno takes issue with the DHECC's analysis, highlighting to the Court (in boldface nonetheless) that the DHECC did not review "**all**" of Maxim's bank accounts.[1]  The DHECC has now reviewed all of these accounts.  And even had the Settlement Program relied on the information therein, Maxim would not have received an award.  Of course this is not surprising, since if those bank records had indeed contained information supporting the Maxim/Palazaeno position, rather than simply make reference to the existence of other bank accounts, Palazaeno would certainly have presented the evidence reflected by those records in opposition to the DHECC's Motion for the return of Payments. The fact that Palazaeno did not speaks volumes, as further confirmed now.

A review of the additional bank information obtained by the DHECC reveals that Maxim's revenue figure for 2009 is, in fact, larger than the original figure the DHECC was able to report to this Court in its original motion.  However, while Maxim's 2009 bank account revenue is larger than previously reported, it still falls short of the revenue figure reported by Palazaeno contained within the P&L's submitted to the Settlement Program.  In other words, the 2009 P&L's remain overstated.  Specifically, while Maxim's P&L's

---

[1] Palazaeno listed each specific account and account number of which he contended the DHECC failed to review: Chase Bank account 451593987, Capital One Bank accounts 2081382088, 2081430287, and Whitney Bank 716351706.  These are the accounts for which the DHECC requested and received records via its subpoena power and has since analyzed.

submitted to the program show 2009 revenue of $756,175.00, the newly combined 2009 revenue totals from all bank statements amounts to only $540,061.  *See* Ex. A.[2]  Moreover, the 2009 P&L's still overstate the benchmark revenue by $90,640.  *Id.*

Conversely, Maxim's full bank records for the year 2010 show that the company generated additional revenue in 2010, previously unknown to the DHECC.  A comparison of Maxim's additional 2010 revenue reflected in its bank statements to the P&L's submitted to the Settlement Program reveals an understatement of Maxim's compensation period revenue by $120,036.22.  *Id.*

The overstatement of the benchmark period revenue and corresponding understatement of the compensation period artificially created a loss for Maxim, and as confirmed by the additional records obtained by the DHECC, the false representations remain and show that Palazaeno artificially created Maxim's award.  Had Maxim's financials been accurately represented to the DHECC, as reflected in what is now known to be the full complement of company bank records, Maxim would not have received an award.

In his Opposition, Palazaeno had argued that the DHECC drew a conclusion with incomplete records, and that conclusion would have been different with Maxim's full set of bank records at hand – though without presenting those records or revealing the information contained in them.  After review of Maxim's previously missing bank statements – and without disputing their contents – the fact remains that Palazaeno caused damage to the Settlement Program by artificially inflating Maxim's award amount when he

---

[2] Exhibit A is the Supplemental Declaration of Lynn Barker, attached to which are his distillations or summaries of the information contained in the subpoenaed bank records.

pushed through Maxim's claim, falsely representing the company's revenue through P&L's upon which the DHECC relied.  The DHECC maintains its original prayer for relief sought in the originally filed Motion for Return of Payments.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By:   /s/ Kevin Colomb
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated:  February 15, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that this 15th day of February, 2017, a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.


/s/Kevin Colomb
Counsel

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Wilkinson |
| al. v. BP Exploration & Production Inc., et al. | : | |

## DECLARATION OF J. LYNN BARKER

J. Lynn Barker hereby declares and states as follows:

1. I am over the age of 18 years, and I am a resident of the state of Tennessee.

2. Until November 30, 2016, I was employed as a financial investigator for the Deep Water Horizon Claims Center (DHECC). For approximately 30 years, I was employed as a Special Agent with the Internal Revenue Service ("IRS") - Criminal Investigation Division. My duties consisted of conducting in-depth financial investigations regarding tax fraud and money laundering and utilized indirect methods for income computations. I have testified in numerous federal trials as a fact and expert witness regarding financial investigations and the analysis performed to determine income. After retirement from the IRS I was a contract instructor for the National Criminal Investigation Training Academy teaching financial investigative techniques to new agents.

3. I personally reviewed the bank records obtained by the DHECC through subpoena to Whitney, Capital One and Chase for accounts in the names of Maxim, Leonardo Tratoria, and Briante Palazaeno and extracted from those records the information reflected on attached Exhibits A-1, A-2 and A-3, which I personally prepared, and I attest to their accuracy based on the subpoenaed records themselves.

4. In my investigations for the DHECC and throughout my career I consistently used the bank deposits method of proof, one of the primary indirect methods of proof used by the government in computing taxable income. This method of proof was approved in *Gleckman v. United States*, 80 F.2d 394, 399-401 (8th Cir. 1935). Under the bank deposits method, all deposits to the taxpayer's bank and similar accounts in a single year are added together to determine the gross deposits. Non-taxable deposits, such as gifts, transfers of money between accounts, loans and other non-income items, are then identified. The difference between the gross deposits and the non-taxable deposits is

1

called net taxable bank deposits.  Net taxable bank deposits can also be referred to as actual revenue.

5. A review of the additional bank information obtained by the DHECC reveals that Maxim's revenue figure for 2009 is, in fact, larger than the original figure the DHECC was able to report to this Court in its original motion.

6. However, while Maxim's 2009 bank account revenue is larger than previously reported, it still falls short of the revenue figure reported by Palazaeno contained within the P&L's submitted to the Settlement Program.  In other words, the 2009 P&L's remain overstated.

7. Specifically, while Maxim's P&L's submitted to the program show 2009 revenue of $756,175.00, the newly combined 2009 revenue totals from all bank statements amounts to only $540,061.  Moreover, the 2009 P&L's still overstate the benchmark revenue by $90,640.

8. Conversely, Maxim's full bank records for the year 2010 show that the company generated additional revenue in 2010, previously unknown to the DHECC.  A comparison of Maxim's additional 2010 revenue reflected in its bank statements to the P&L's submitted to the Settlement Program reveals an understatement of Maxim's compensation period revenue by $120,036.22.

9. The overstatement of the benchmark period revenue and corresponding understatement of the compensation period artificially created a loss for Maxim. Had Maxim's financials been accurately represented to the DHECC, as reflected in what is now known to be the full complement of company bank records, Maxim would not have received an award.

I declare, under penalty of perjury under the laws of the United States of America,

that the foregoing is true and correct.

Executed on February 10, 2017

_J. Lynn Barker_

J. Lynn Barker

# EXHIBIT A-1

**Maxim, LC -  Comparison of Monthly Deposits per Bank statements to amounts on P/Ls**

| | 2009 | | | | | | 2010 | | | | | |
| | Whitney | Capital A/C 2087 | Capital A/C 2096 | Chase A/C 9206 | Totals | P&Ls | Whitney | Capital A/C 2087 | Chase A/C 9206 | Chase A/C 7882 | Totals | P&Ls |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 9,675.90 | 21,180.41 | 0.00 | 0.00 | 30,856.31 | 60,494.00 | 0.00 | 0.00 | 32,108.90 | 2,860.00 | 34,968.90 | 62,018.00 |
| February | 47,525.19 | 3,549.01 | 0.00 | 0.00 | 51,074.20 | 106,111.00 | 0.00 | 0.00 | 50,725.04 | 1,418.50 | 52,143.54 | 85,275.00 |
| March | 40,600.27 | 0.00 | 0.00 | 0.00 | 40,600.27 | 62,932.00 | 0.00 | 0.00 | 37,937.94 | 0.00 | 37,937.94 | 69,771.00 |
| April | 49,588.71 | 0.00 | 0.00 | 0.00 | 49,588.71 | 68,055.00 | 0.00 | 0.00 | 38,655.16 | 0.00 | 38,655.16 | 54,266.00 |
| May | 49,694.81 | 0.00 | 1,238.89 | 0.00 | 50,933.70 | 71,836.00 | 0.00 | 0.00 | 25,829.74 | 0.00 | 25,829.74 | 7,759.00 |
| June | 60,728.15 | 0.00 | 0.00 | 0.00 | 60,728.15 | 59,151.00 | 0.00 | 0.00 | 24,569.57 | 0.00 | 24,569.57 | 11,628.00 |
| July | 51,978.26 | 0.00 | 0.00 | 0.00 | 51,978.26 | 36,466.00 | 0.00 | 0.00 | 22,714.55 | 0.00 | 22,714.55 | 9,690.00 |
| August | 50,198.94 | 0.00 | 0.00 | 0.00 | 50,198.94 | 44,027.00 | 0.00 | 0.00 | 19,590.07 | 0.00 | 19,590.07 | 13,566.00 |
| September | 27,658.25 | 0.00 | 0.00 | 13,733.12 | 41,391.37 | 46,713.00 | 0.00 | 0.00 | 19,271.17 | 0.00 | 19,271.17 | 15,504.00 |
| October | 1,641.81 | 0.00 | 0.00 | 43,182.33 | 44,824.14 | 64,280.00 | 0.00 | 0.00 | 36,125.98 | 0.00 | 36,125.98 | 17,441.00 |
| November | 0.00 | 0.00 | 0.00 | 33,118.52 | 33,118.52 | 58,603.00 | 0.00 | 0.00 | 40,060.15 | 0.00 | 40,060.15 | 19,380.00 |
| December | 0.00 | 0.00 | 0.00 | 34,769.30 | 34,769.30 | 77,507.00 | 12,044.24 | 0.00 | 36,117.75 | 0.00 | 48,161.99 | 21,319.00 |
| | 389,290.29 | 24,729.42 | 1,238.89 | 124,803.27 | 540,061.87 | 756,175.00 | 12,044.24 | 0.00 | 383,706.02 | 4,278.50 | 400,028.76 | 387,617.00 |
| | | | | | | | | | | | | |
| Benchmark | | | | | 367,942.38 | 458,583.00 | | | | | 236,323.22 | 116,287.00 |
| Difference | | | | | 90,640.62 | | | | | | | 120,036.22 |

# EXHIBIT A-2

| Account Name | A/C # | Deposits | | | |
|---|---|---|---|---|---|
| | | 2008 | 2009 | 2010 | 2011 |
| Briante Palazaeno | 2044547581 | 190.00 | 52,839.72 | 10,369.66 | |
| Bambino LC | 2081338984 | 18,219.44 | 100.00 | | |
| Maxim LC DBA Leonardo Trattoria | 2081430287 | 309,772.09 | 42,574.42 | | |
| Maxim LC DBA Trinacria - Payroll Account | 2081382088 | 157,515.53 | 9,888.68 | | |
| Maxim LC DB A Trinacria - Operating Account | 2081382096 | 1,238.89 | | | |

**Credit Card Receipts (Revenue)**

| Maxim LC DBA Leonardo Trattoria | 2081430287 | |
|---|---|---|
| Jan | | 21,180.41 |
| Feb | | 3,549.01 |
| | | 24,729.42 |

| Maxim LC DBA Trinacria - Payroll Account | 2081382088 | |
|---|---|---|
| Jan | | 8,221.65 |
| Feb | | 667.03 |
| | | 8,888.68 |

The only two accounts at Capital One for Maxim  containing revenue deposits are indicated above.
Jan & Feb 2009 were the only months during 2009 & 2010 in which revenue deposits were made.

Briante Palazeno                  Capital One - A/C 2044547581
920 Poeyfarre St. Loft 102        Opened 05/21/07
New Orleans, LA 70130

| Statement Date | Deposits | Checks | Service Charge | Interest | Balance |
|---|---|---|---|---|---|
| 12/12/07 | | | | | 994.20 |
| 01/10/08 | | | | | 994.20 |
| 02/11/08 | | | | | 994.60 |
| 03/11/08 | 190.00 | | | 0.12 | 1,184.72 |
| 04/09/08 | | | | 0.14 | 1,184.86 |
| 05/09/08 | | | | 0.15 | 1,185.01 |
| 06/10/08 | | | | 0.16 | 1,185.17 |
| 07/10/08 | | | | 0.15 | 1,185.32 |
| 08/11/08 | | | | 0.16 | 1,185.48 |
| 09/11/08 | | 745.00 | | 0.10 | 440.58 |
| 10/09/08 | | 153.01 | | 0.05 | 287.62 |
| 11/12/08 | | 66.49 | | 0.04 | 221.17 |
| 12/09/08 | | | | 0.02 | 221.19 |
| 01/12/09 | | 55.00 | | 0.02 | 166.21 |
| 02/10/09 | | | | 0.01 | 166.22 |
| 03/10/09 | | 32.63 | | 0.01 | 133.60 |
| 04/09/09 | | 653.25 | | | -519.65 |
| 05/11/09 | 1,888.89 | | | 0.01 | 1,369.25 |
| 06/09/09 | | 999.16 | | 0.04 | 370.13 |
| 07/09/09 | | | | 0.02 | 370.15 |
| 08/11/09 | 41,000.55 | 41,388.35 | | 0.23 | -17.42 |
| 09/10/09 | 9,900.28 | 20,302.53 | | 0.01 | -10,419.66 |
| 10/09/09 | | | | | -10,419.66 |
| 11/10/09 | 50.00 | | | | -10,369.66 |
| 12/09/09 | | | | | -10,369.66 |
| 01/12/10 | | | | | -10,369.66 |
| 02/09/10 | | | | | -10,369.66 |
| 03/09/10 | 10,369.66 | | | | 0.00 |

Briante Palazeno        Capital One - A/C 2044547581
920 Poeyfarre St. Loft 102
New Orleans, LA 70130

| Date | Amount | Description |
|------|--------|-------------|
| 03/10/08 | 190.00 | |
| 05/11/09 | 1,238.89 | Transfer from Maxium Operating A/C 2081382096 |
| 07/16/09 | 17,000.00 | Wire transfer - Shelly J. Licciardi (Whitney Bank) |
| 07/27/09 | 4,600.00 | Wire transfer - Shelly J. Licciardi (Whitney Bank) |
| 08/11/09 | 19,400.55 | Banking Card Provisional - Card Services |
| 08/01/09 | 700.00 | Banking Card Provisional - Card Services |
| 09/03/09 | 200.00 | A/C 014408 |
| 09/09/09 | 0.64 | Banking Card Interest Credit |
| 09/09/09 | 8,999.64 | Banking Card Provisional - Card Services |
| 10/14/09 | 50.00 | A/C 02412 |
| 02/23/09 | 10,369.66 | Credit charge off - Total Loss |

Briante Palazeno                          Capital One - A/C 2044547581
920 Poeyfarre St. Loft 102
New Orleans, LA 70130

| Date | Amount | Payee |
|---|---|---|
| 07/20/09 | 3,700.00 | Quantum - Nassau BH (jewellery store) |
| 07/20/09 | 3,000.00 | Quantum - Nassau BH (jewellery store) |
| 07/20/09 | 259.35 | Sun & Restaurant - Nassau BH |
| 07/20/09 | 200.00 | Sun & Restaurant - Nassau BH |
| 07/20/09 | 96.31 | Twin Brothers - Nassau BH  (restaurant) |
| 07/21/09 | 4,500.00 | John Bull-Bay  Nassau BH  (jewellery store) |
| 07/21/09 | 1,380.00 | Fendi - Nassau BH  (gift shop, jewellery, handbags etc) |
| 07/21/09 | 900.00 | John Bull-Bay  Nassau BH  (jewellery store) |
| 07/21/09 | 363.98 | Atlantis Food & Bev - Nassau BH |
| 07/30/09 | 5,000.00 | John Bull-Bay  Nassau BH  (jewellery store) |
| 08/06/09 | 700.00 | John Bull-Bay  Nassau BH  (jewellery store) |
| | | |
| 08/08/09 | 19,699.89 | Maxim (deposited at Whitney Bank A/C 2044547581) |
| 08/10/09 | 1,371.71 | Cash (deposited at Whitney Bank A/C 2044547581) |
| 08/24/09 | 20,099.64 | Banking Card Reverse Prov Cr |

Bambino LC
3300 Palmisano Blvd
Chalmette, LA 70043

Capital One - A/C 2081338984

| Statement Date | Deposits | Checks | Service Charge | Interest | Balance | | Deposits | Checks | |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/08 | | | | | -174.74 | | | | |
| 01/31/08 | 2,329.44 | 1,728.15 | | | 426.55 | 1954.70 card purchase return from Paretti Jaguar, Baton Rc | | | |
| 02/29/08 | | 153.41 | | | 273.14 | | | | |
| 03/31/08 | | 85.41 | | | 187.73 | | | | |
| 04/30/08 | 9,407.08 | 130.75 | | | 9,464.06 | Credit Card | | | |
| 05/31/08 | 6,182.92 | 14,450.74 | | | 1,196.24 | Credit Card | 10,000.00 | 05/07/08 Cash | disposition |
| 06/30/08 | | 105.75 | | | 1,090.49 | | | | |
| 07/31/08 | | 894.31 | | | 196.18 | | | | |
| 08/31/08 | | 94.31 | | | 101.87 | | | | |
| 09/30/08 | 100.00 | 94.31 | | | 107.56 | fr 2088 | | | |
| 10/31/08 | 100.00 | 94.31 | | | 113.25 | fr 2088 | | | |
| 11/30/08 | 100.00 | 94.31 | | | 118.94 | fr 2088 | | | |
| 12/31/08 | | 94.31 | | | 24.63 | | | | |
| 01/31/09 | 100.00 | 59.36 | | | 65.27 | fr 2088 | | | |
| 02/28/09 | | 34.95 | | | 30.32 | | | | |
| 03/31/09 | | | | | 30.32 | | | | |
| 04/30/09 | | | | | 30.32 | | | | |
| 05/31/09 | | | | | 30.32 | | | | |
| 06/30/09 | | | | | 30.32 | | | | |
| 07/31/09 | | | | | 30.32 | | | | |
| 08/31/09 | | | | | 30.32 | | | | |
| 09/30/09 | | | | | 30.32 | | | | |
| 10/31/09 | | | | | 30.32 | | | | |
| 11/30/09 | | | | | 30.32 | | | | |
| 12/31/09 | | | | | 30.32 | | | | |
| 01/31/10 | | | | | 30.32 | | | | |
| 02/28/10 | | | | | 30.32 | | | | |
| 03/31/10 | | | | | 30.32 | | | | |
| 04/30/10 | | | | | 30.32 | | | | |
| 05/31/10 | | | | | 30.32 | | | | |
| 06/30/10 | | | | | 30.32 | | | | |
| 07/31/10 | | | | | 30.32 | | | | |
| 08/31/10 | | | | | 30.32 | | | | |
| 09/30/10 | | | | | 30.32 | | | | |
| 10/29/10 | | | | | 30.32 | | | | |
| 11/30/10 | | | | | 30.32 | | | | |
| 12/31/10 | | | | | 30.32 | | | | |
| 01/31/11 | | | | | 30.32 | | | | |
| 02/28/11 | | | | | 30.32 | | | | |
| 03/31/11 | | | | | 30.32 | | | | |
| 04/29/11 | | | | | 30.32 | | | | |
| 05/31/11 | | | | | 30.32 | | | | |
| 06/30/11 | | | | | 30.32 | | | | |
| 07/29/11 | | | | | 30.32 | | | | |
| 08/31/11 | | | | | 30.32 | | | | |
| 09/30/11 | | | | | 30.32 | | | | |
| 10/31/11 | | | | | 30.32 | | | | |
| 11/30/11 | | | | | 30.32 | | | | |
| 12/30/11 | | | | | 30.32 | | | | |

ouge

?

Maxim LC DBA Leonardo Trattoria          Bambino LC DBA Leonardo (1)
709 St Charles Ave
New Orleans, LA 70130                Capital One - A/C 2081430287

| Statement Date | Deposits | Checks | Service Charge | Interest | Balance | |
|---|---|---|---|---|---|---|
| 02/28/08 | 100.00 | | | | 100.00 | (1) |
| 03/31/08 | 12,112.25 | 4,208.34 | | | 8,003.91 | (1) |
| 04/30/08 | 18,816.04 | 23,159.67 | | | 3,660.28 | (1) |
| 05/31/08 | 37,814.04 | 30,590.98 | | | 10,883.34 | |
| 06/30/08 | 35,804.63 | 44,335.66 | | | 2,352.31 | |
| 07/31/08 | 27,917.52 | 28,571.26 | | | 1,698.57 | |
| 08/31/08 | 36,641.14 | 36,485.88 | | | 1,853.83 | |
| 09/30/08 | 26,050.00 | 25,634.67 | | | 2,269.16 | |
| 10/31/08 | 44,186.83 | 42,178.03 | | | 4,277.96 | |
| 11/30/08 | 32,038.71 | 32,841.54 | | | 3,475.13 | |
| 12/31/08 | 38,290.93 | 37,812.78 | | | 3,953.28 | |
| 01/31/09 | 36,180.41 | 36,771.10 | | | 3,362.59 | |
| 02/28/09 | 5,199.01 | 8,434.72 | | | 126.88 | |
| 03/31/09 | 150.00 | 528.42 | | | -251.54 | |
| 04/30/09 | | 322.66 | | | -574.20 | |
| 05/31/09 | 1,045.00 | 355.51 | | | 115.29 | |
| 06/30/09 | | | | | 115.29 | |
| 07/31/09 | | | | | 115.29 | |
| 08/31/09 | | | | | 115.29 | |
| 09/30/09 | | | | | 115.29 | |
| 10/31/09 | | | | | 115.29 | |
| 11/30/09 | | | | | 115.29 | |
| 12/31/09 | | | | | 115.29 | |
| 01/31/10 | | | | | 115.29 | |
| 02/28/10 | | | | | 115.29 | |
| 03/31/10 | | | | | 115.29 | |
| 04/30/10 | | | | | 115.29 | |
| 05/31/10 | | | | | 115.29 | |
| 06/30/10 | | | | | 115.29 | |
| 07/31/10 | | | | | 115.29 | |
| 08/31/10 | | | | | 115.29 | |
| 09/30/10 | | | | | 115.29 | |
| 10/29/10 | | | | | 115.29 | |
| 11/30/10 | | | | | 115.29 | |
| 12/31/10 | | | | | 115.29 | |
| 01/31/11 | | | | | 115.29 | |
| 02/28/11 | | | | | 115.29 | |
| 03/31/11 | | | | | 115.29 | |
| 04/29/11 | | | | | 115.29 | |
| 05/31/11 | | | | | 115.29 | |
| 06/30/11 | | | | | 115.29 | |
| 07/29/11 | | | | | 115.29 | |
| 08/31/11 | | | | | 115.29 | |
| 09/30/11 | | | | | 115.29 | |
| 10/31/11 | | | | | 115.29 | |
| 11/30/11 | | | | | 115.29 | |
| 12/30/11 | | | | | 115.29 | |
| 01/31/12 | | | | | 115.29 | |
| 02/29/12 | | | | | 115.29 | |
| 03/30/12 | | | | | 115.29 | |
| 04/30/12 | | | | | 115.29 | |
| 05/31/12 | | | | | 115.29 | |
| 06/29/12 | | | | | 115.29 | |
| 07/31/12 | | | | | 115.29 | |
| 08/31/12 | | | | | 115.29 | |
| 09/28/12 | | | | | 115.29 | |
| 10/31/12 | | | | | 115.29 | |
| 11/30/12 | | | | | 115.29 | |
| 12/31/12 | | | | | 115.29 | |
| 01/31/13 | | | | | 115.29 | |
| 02/28/13 | | | | | 115.29 | |
| 03/29/13 | | | | | 115.29 | |
| 04/30/13 | | | | | 115.29 | |
| 05/31/13 | | | | | 115.29 | |
| 06/28/13 | | | | | 115.29 | |
| 07/31/13 | | | | | 115.29 | |
| 08/31/13 | | 115.00 | | | 0.29 | |
| 09/30/13 | | | | | 0.29 | |
| 10/31/13 | | | | | 0.29 | |
| 11/29/13 | | | | | 0.29 | |
| 12/31/13 | | | | | 0.29 | |
| 01/31/14 | | | | | 0.29 | |
| 02/28/14 | | | | | 0.29 | |
| 03/31/14 | | | | | 0.29 | |
| 04/30/14 | | | | | 0.29 | |
| 05/30/14 | | | 0.29 | | 0.00 | |
| 06/30/14 | | | | | 0.00 | |
| 07/31/14 | | | | | 0.00 | |

Maxim LC DBA Leonardo Trattoria          Bambino LC DBA Leonardo (1)
709 St Charles Ave
New Orleans, LA 70130          Capital One - A/C 2081430287

| Date | Amount | Amount | Deposit Description | Total Deposits | Credit Card |
|------|--------|--------|---------------------|----------------|-------------|
| 01/08/09 | 4,000.00 | | Fr A/C 2081382088 | | |
| 01/20/09 | 2,000.00 | | Fr A/C 2081382088 | | |
| 01/29/09 | 9,000.00 | | Fr Maxim LC | | |
| | 15,000.00 | | | 36,180.41 | 21,180.41 |
| | | | | | |
| 02/06/09 | 650.00 | | Fr A/C 2081382088 | | |
| 02/06/09 | 400.00 | | Wire fr Shelly Licciardi | | |
| 02/17/09 | 600.00 | | Fr A/C 2081382088 | | |
| | 1,650.00 | | | 5,199.01 | 3,549.01 |
| | | | | | 24,729.42 |
| 03/03/09 | 100.00 | | Fr A/C 2081382088 | | |
| 03/19/09 | 50.00 | | Fr A/C 2081382088 | | |
| | 150.00 | | | | |
| | | | | | |
| 05/31/09 | 1,045.00 | | Direct TV reversals | | |
| | | | Refund of NSF charges | | |

Maxim LC DBA Trinacria          A/C 2081382088
Payroll Account
709 St Charles Ave
New Orleans, LA 70130

| Statement Date | Deposits | Checks | Service Charge | Interest | Balance | |
|---|---|---|---|---|---|---|
| 01/01/08 | | | | | 683.00 | |
| 01/31/08 | 34,165.78 | 27,200.29 | 7.20 | | 7,641.29 | |
| 02/29/08 | 34,646.83 | 28,098.52 | 6.00 | | 14,183.60 | |
| 03/31/08 | 8,554.08 | 19,474.26 | | | 3,263.42 | |
| 04/30/08 | 5,197.05 | 1,137.37 | | | 7,323.10 | |
| 05/31/08 | 5,234.86 | 8,349.58 | | | 4,208.38 | |
| 06/30/08 | 11,851.72 | 12,157.43 | | | 3,902.67 | |
| 07/31/08 | 9,252.86 | 9,995.44 | | | 3,160.09 | |
| 08/31/08 | 6,623.39 | 7,943.43 | | | 1,840.05 | |
| 09/30/08 | 8,104.63 | 9,006.48 | | | 938.20 | |
| 10/31/08 | 14,011.32 | 14,592.20 | | | 357.32 | |
| 11/30/08 | 9,244.65 | 8,202.94 | | | 1,399.03 | |
| 12/31/08 | 10,628.36 | 9,671.59 | | | 2,355.80 | |
| 01/31/09 | 8,221.65 | 8,747.85 | | | 1,829.60 cc | |
| 02/28/09 | 1,667.03 | 2,291.49 | | | 1,205.14 cc | 667.03 |
| 03/31/09 | | 992.75 | | | 212.39 | |
| 04/30/09 | | | | | 212.39 | |
| 05/31/09 | | | | | 212.39 | |
| 06/30/09 | | | | | 212.39 | |
| 07/31/09 | | | | | 212.39 | |
| 08/31/09 | | | | | 212.39 | |
| 09/30/09 | | | | | 212.39 | |
| 10/31/09 | | | | | 212.39 | |
| 11/30/09 | | | | | 212.39 | |
| 12/31/09 | | | | | 212.39 | |
| 01/31/10 | | | | | 212.39 | |
| 02/28/10 | | | | | 212.39 | |
| 03/31/10 | | | | | 212.39 | |
| 04/30/10 | | | | | 212.39 | |
| 05/31/10 | | | | | 212.39 | |
| 06/30/10 | | | | | 212.39 | |
| 07/31/10 | | | | | 212.39 | |
| 08/31/10 | | | | | 212.39 | |
| 09/30/10 | | | | | 212.39 | |
| 10/29/10 | | | | | 212.39 | |
| 11/30/10 | | | | | 212.39 | |
| 12/31/10 | | | | | 212.39 | |
| 01/31/11 | | | | | 212.39 | |
| 02/28/11 | | | | | 212.39 | |
| 03/31/11 | | | | | 212.39 | |
| 04/29/11 | | | | | 212.39 | |
| 05/31/11 | | | | | 212.39 | |
| 06/30/11 | | | | | 212.39 | |
| 07/29/11 | | | | | 212.39 | |
| 08/31/11 | | | | | 212.39 | |
| 09/30/11 | | | | | 212.39 | |
| 10/31/11 | | | | | 212.39 | |
| 11/30/11 | | | | | 212.39 | |
| 12/30/11 | | | | | 212.39 | |

Maxim LC DBA Trinacria  A/C 2081382088
Payroll Account
709 St Charles Ave
New Orleans, LA 70130

| Date | Amount | Amount | Deposit Description |
|---|---|---|---|
| 01/03/08 | 2,100.00 | | Fr A/C 010311971 |
| 01/11/08 | 1,400.00 | | Fr A/C 103 |
| 01/11/08 | 1,500.00 | | Fr Bambino LC A/C 2081338984 |
| 01/23/08 | 6,000.00 | | Wire (Shelly Licciardi - Whitney Bank) |
| 01/28/08 | 8,490.00 | 8,390.00 | Cash |
| | | 100.00 | AMEX Traveler's Cheque |
| | | 100.00 | AMEX Traveler's Cheque |
| 01/29/08 | 1,158.00 | | Fr A/C 103 |
| 01/31/08 | 490.00 | | Fr A/C 109 |
| 02/04/08 | 1,580.00 | | Fr A/C 1102 |
| 02/06/08 | 8,760.00 | | Fr A/C 14401 |
| 03/10/08 | 629.02 | | Southern Eagle Sales & Service |

All other deposits are credit card receipts

| Date | Amount | Amount | Check Description |
|---|---|---|---|
| 12/31/07 | 470.91 #8049 | | Rouses |

# EXHIBIT A-3

Chase Bank

| Account Name | A/C # | Deposits | | |
|---|---|---|---|---|
| | | 2009 | 2010 | 2011 |
| Maxim  LLC DBA Leonardo Tratoria | 842479206 | 130,458.88 | 421,329.08 | |
| Maxim  LLC DBA Leonardo Tratoria | 854397882 | 1,051.60 | 4,638.50 | |
| Briante G. Palazaeno | 2976128211 | | 5,100.00 | 12,670.88 |
| | | 131,510.48 | 431,067.58 | 12,670.88 |

| | | | |
|---|---|---|---|
| Total potential revenue deposits - 84247906 | | 130,458.88 | 421,329.08 |
| Total potential revenue deposits - 854397882 | | | 4,278.50 |
| Total | | 130,458.88 | 425,607.58 |
| | | | |
| Cannot document for certain as revenue | | | |
| Cash deposits | | 1,250.00 | 14,515.00 |
| Check deposits | | 5,155.61 | 20,769.73 |
| Transfers | | | 1,800.00 |
| Card Purchases returns | | | 535.33 |
| | | 6,405.61 | 37,620.06 |
| | | | |
| Net taxable deposits | | 124,053.27 | 387,987.52 |

Maxim  LLC DBA Leonardo Tratoria
Chase  A/C 842479206                    Opened 9/9/09

| Statement Date | Deposits | Checks | ATM Debit | Other | Fees & W/Ds | Balance |
|---|---|---|---|---|---|---|
| 09/09/09 | | | | | | 0.00 |
| 09/30/09 | 14,233.12 | 11,920.52 | 5.00 | 1,399.10 | | 908.50 |
| 10/30/09 | 46,232.33 | 37,371.61 | 1,352.19 | 7,524.75 | | 892.28 |
| 11/30/09 | 34,139.35 | 26,307.74 | 967.11 | 8,308.91 | | -552.13 |
| 12/31/09 | 35,854.08 | 25,108.54 | 1,244.81 | 9,727.81 | | -779.21 |
| | 130,458.88 | 100,708.41 | | | | |
| | | | | | | |
| 01/29/10 | 32,108.90 | 20,600.37 | 2,073.77 | 5,287.42 | | 3,368.13 |
| 02/26/10 | 56,662.03 | 38,807.86 | 5,632.77 | 5,715.68 | | 9,873.85 |
| 03/31/10 | 39,881.94 | 29,287.30 | 8,145.21 | 4,747.27 | 6,350.40 | 1,225.61 |
| 04/30/10 | 38,655.16 | 20,688.07 | 2,996.88 | 2,613.31 | 3,293.00 | 10,289.51 |
| 05/28/10 | 29,970.42 | 29,484.90 | 5,005.89 | 3,966.01 | 2,944.00 | -1,140.87 |
| 06/30/10 | 31,344.63 | 18,420.72 | 1,532.87 | 1,944.66 | 5,579.00 | 2,726.51 |
| 07/30/10 | 25,082.55 | 16,138.52 | 3,373.08 | 1,654.18 | 2,742.00 | 3,901.28 |
| 08/31/10 | 19,590.07 | 19,599.79 | 1,661.47 | | 1,007.61 | 1,222.48 |
| 09/30/10 | 20,271.17 | 17,876.63 | 1,299.86 | 1,456.60 | 786.23 | 74.33 |
| 10/29/10 | 39,061.31 | 25,592.51 | 3,078.40 | 5,647.36 | 2,959.00 | 1,858.37 |
| 11/30/10 | 41,409.15 | 28,027.69 | 1,429.57 | 2,000.70 | | 11,809.56 |
| 12/31/10 | 47,291.75 | 15,791.44 | 3,893.49 | 8,212.97 | 31,203.41 | 0.00 |
| 01/31/11 | | | | | | 0.00 |
| | 421,329.08 | 280,315.80 | | | | |

Note:              12/10/10 Debit Via Bank of American N.A.
                            0959 A/C Moran Law Firm Law Vegas, NV (Beneficiary)
                            USA Ref Payment for Royal Resort


W/D's            12/08/10    10,000.00 Land Rover New Orleans
                  12/16/10     4,000.00
                  12/17/10     4,000.00
                  12/20/10     4,000.00
                  12/20/10     3,008.00
                  12/20/10     5,000.00
                              30,008.00

Maxim  LLC DBA Leonardo Tratoria
Chase  A/C 842479206

| Statement Date | Credit Card | Cash | Check | Transfer A/C 7882 | Card Purch Returns | # | |
|---|---|---|---|---|---|---|---|
| 09/30/09 | 13,733.12 | 500.00 | | | | | |
| 10/30/09 | 43,182.33 | 750.00 | 3,050.00 | | | 2 | Image not available - the $3,000 ck bounced and charged back |
| 11/30/09 | 33,118.52 | | 1,020.83 | | | 6 | Images not available for 5, $200 from Steffes, Vingiello & McKenzie Atty, Baton R |
| 12/31/09 | 34,769.30 | | 1,084.78 | | | 1 | Reversal of ck#5194 |
| | 124,803.27 | 1,250.00 | 5,155.61 | | | | |
| | | | | | | | |
| 01/29/10 | 32,108.90 | | | | | | |
| 02/26/10 | 50,725.04 | | 4,136.99 | 1,800.00 | | 3 | Images not available, $3,000 was a check reversal |
| 03/31/10 | 37,937.94 | 1,000.00 | 944.00 | | | 2 | Images not available |
| 04/30/10 | 38,655.16 | | | | | | Images not available |
| 05/30/10 | 25,829.74 | | 4,140.68 | | | 2 | Images not available |
| 06/30/10 | 24,569.57 | 1,500.00 | 5,275.06 | | | 4 | $250 - Sheldon Frankel. Bay Harbor, FL; images not available for remaining 3 |
| 07/30/10 | 22,714.55 | 1,115.00 | 1,250.00 | | | 2 | $250 - Sheldon Frankel. Bay Harbor, FL; images not available for remaining 1 |
| 08/31/10 | 19,590.07 | | | | | | |
| 09/30/10 | 19,271.17 | | 1,000.00 | | | 1 | $1,000 from Darleen M. Jacobs Levy, ESQ, New Orleans |
| 10/29/10 | 36,125.98 | 900.00 | 1,500.00 | | 535.33 | 2 | Images not available |
| 11/30/10 | 40,060.15 | | 1,349.00 | | | 2 | $200 from Steffes, Vingiello & McKenzie Atty, Baton Rouge, LA; $1,149 from Gro |
| 12/31/10 | 36,117.75 | 10,000.00 | 1,174.00 | | | 2 | $1,149 from Groupon; image not available for remaining 1 |
| | 383,706.02 | 14,515.00 | 20,769.73 | 1,800.00 | 535.33 | | |

| | | Cash Deposit |
|---|---|---|
| Note: | 12/08/10 | 6,000.00 |
| | 12/10/10 | 4,000.00 |
| | | 10,000.00 |

Rouge, LA

upon

Maxim  LLC DBA Leonardo Tratoria
Chase  A/C 854397882

Statement

| Date | Deposits | W/D | Balance | |
|------|----------|-----|---------|---|
| 10/01/09 | | | 0.00 | |
| 10/30/09 | 100.00 | 100.00 | 0.00 | |
| 11/30/09 | 150.00 | 235.60 | -85.60 | |
| 12/31/09 | 801.60 | 716.00 | 0.00 | |
| | 1,051.60 | 1,051.60 | | |
| | | | | |
| 01/29/10 | 2,860.00 | 1,915.20 | 944.80 | deposits are from Paymentech - Chase credit card processing |
| 02/28/10 | 1,418.50 | 2,265.85 | 97.45 | deposits are from Paymentech - Chase credit card processing |
| 03/31/10 | | | 46.19 | 51.26 |
| 04/30/10 | 100.00 | 47.00 | 104.26 | Transfer from 9206 |
| 05/28/10 | | 47.00 | 57.26 | |
| 06/30/10 | 60.00 | 47.00 | 70.26 | Transfer from 9206 |
| 07/30/10 | | 47.00 | 23.26 | |
| 08/31/10 | 100.00 | 114.00 | 9.26 | Transfer from 9206 |
| 09/30/10 | | 9.26 | 0.00 | |
| 10/29/10 | 100.00 | 12.00 | 88.00 | Transfer from 9206 |
| 11/30/10 | | 12.00 | 76.00 | |
| 12/31/10 | | 76.00 | 0.00 | |
| | 4,638.50 | 4,638.50 | | |

4,278.50 Revenue

Briante G. Palazaeno
Chase A/c 2976128211                Opened 12/10/10

| Statement Date | Deposits | ATM W/D | Fees & W/D | Balance |
|---|---|---|---|---|
| 12/10/10 | | | | 0.00 |
| 12/23/10 | 5,100.00 | 45.00 | 5,004.00 | 51.00 |
| | 5,100.00 | | | |
| | | | | |
| 01/26/11 | 9,820.06 | | 1,514.00 | 8,357.06 |
| 02/24/11 | 0.06 | | | 8,357.12 |
| 03/28/11 | 0.06 | | | 8,357.18 |
| 04/25/11 | 11.36 | | 3,256.00 | 5,112.54 |
| 05/24/11 | 0.01 | | 5,007.50 | 105.05 |
| 06/23/11 | | | 4.00 | 101.05 |
| 07/26/11 | | | 56.58 | 44.47 |
| 08/28/11 | 1,401.54 | | 4.00 | 1,442.01 |
| 09/26/11 | 1.56 | | | 1,443.57 |
| 10/28/11 | 0.01 | | | 1,443.58 |
| 11/25/11 | 1,436.20 | | | 2,879.78 |
| 12/23/11 | 0.02 | | | 2,879.80 |
| | 12,670.88 | | | |
| | | | | |
| 01/26/12 | 0.03 | | | 2,879.83 |

Briante G. Palazaeno
Chase A/c 2976128211

| Date | Amount | Cash | Check | Source | | Date | Amount | Description |
|------|--------|------|-------|--------|--|------|--------|-------------|
| | | | | | Withdrawals or Checks | | | |
| 12/10/10 | 100.00 | 100.00 | | Opening deposit | | 12/21/10 | 5,000.00 | |
| 12/20/10 | 5,000.00 | 5,000.00 | | | | 04/13/11 | 3,167.00 | Transfer to 1902 |
| 12/27/10 | 8,000.00 | | 8,000.00 | Image not available | | 04/29/11 | 1,600.00 | |
| 01/18/11 | 1,500.00 | | 1,500.00 | Leesa marie Demoss, Destreham, LA | | 05/03/11 | 500.00 | |
| | | | | payable to Jose Lemmon | | 05/13/11 | 400.00 | |
| 01/22/11 | 1,401.54 | | | Maxim, Whitney Bk A/C 065000171 | | 05/18/11 | 2,503.50 | |
| 08/30/11 | 1,401.55 | | | Maxim, Whitney Bk A/C 065000171 | | | | |
| | -1,400.00 | | | Cash withheld from deposit | | | | |
| 11/01/11 | 1,408.18 | | | Maxim, Whitney Bk A/C 065000171 | | | | |
| | | 5,100.00 | | | | | | |