UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| **No. 15-4143, 15-4146 & 15-4654** | * | **MAG. JUDGE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AUTHORIZING
DISBURSEMENT OF ADMINISTRATIVE COSTS**

Considering the Motion for Disbursement of Administrative Costs filed by the Claims Administrator for the New Class, Michael J. Juneau;

IT IS HEREBY ORDERED that:

The Settlement Fund Escrow Agent is hereby authorized and directed to issue payment on the following two invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

- Garden City Group invoice dated February 9, 2017 in the amount of $261,490.09; and

- Juneau David, APLC invoice dated February 6, 2017 in the amount of $41,167.09.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE