# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID ███

February 6, 2017

|  |  |
|---|---|
| Invoice #: | 29311 |
| Billed Through: | January 31, 2017 |
| Account #: | 001300   01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
     OUR FILE:  1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | January 31, 2017 | $40,950.00 |
| CURRENT EXPENSES THROUGH: | January 31, 2017 | $217.09 |
| TOTAL CHARGES FOR THIS BILL | | $41,167.09 |
| TOTAL NOW DUE | | $41,167.09 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.
\* \* PAYABLE UPON RECEIPT\* \***

## JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID

February 6, 2017

| | |
|---|---|
| Invoice #: | 29311 |
| Billed through: | January 31, 2017 |
| Account #: | 001300   01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $38,689.28 |
| Less payments received since previous invoice | $38,689.28 |

### PROFESSIONAL SERVICES                                                                       Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/16 | MJJ | CORRESPONDENCE WITH COURT AND PARTIES RE: SETTLEMENT ALLOCATIONS; COMMUNICATIONS WITH COURT RE: FAIRNESS HEARING PROCEDURES; REVIEW/ANALYSIS OF REVISED POWER POINT PRESENTATION FOR FAIRNESS HEARING; COMMUNICATIONS WITH GCG AND CLASS COUNSEL RE: IMPLEMENTATION OF NOTICE PROGRAM; REVIEW OF NEW CLASS CLAIMS ADMINISTRATOR'S QUARTERLY COURT REPORT; EMAIL TO DISTRICT COURT RE: QUARTERLY REPORTING; EMAILS WITH GCG RE: FAIRNESS HEARING PREPARATION | 3.90 |
| 11/02/16 | MJJ | REVIEW STEPHEN CIRAMI'S FILINGS RE: NOTICE PROGRAM; REVIEW RELEVANT SETTLEMENT AND DISTRIBUTION MATERIALS / PREPARATION FOR FAIRNESS HEARING; REVIEW CLASS COUNSEL AND UBS CORRESPONDENCE RE: HANDLING OF CLASS FUNDS; CORRESPONDENCE TO COURT RE: MATTERS TO BE ADDRESSED IN UPCOMING HEARING; CORRESPONDENCE WITH GCG RE: ADMINISTRATIVE COSTS | 3.30 |
| 11/03/16 | MJJ | REVIEW EMAILS FROM GCG AND PARTIES RE: OPT OUT REVOCATIONS; PHONE CONFERENCE WITH COURT RE: FAIRNESS HEARING PROCEDURES; COMMUNICATIONS WITH GCG AND GCR RE: RECLASSIFICATION OF PROPERTY COMPENSATION CATEGORIES; PHONE CALLS AND EMAILS WITH CLASS COUNSEL AND GCG RE: MATTERS TO BE ADDRESSED AT FAIRNESS HEARING | 4.10 |
| 11/04/16 | MJJ | REVIEW PRO SE SUBMISSION RE: REQUEST TO SPEAK AT FAIRNESS HEARING; COMMUNICATIONS WITH PARTIES AND GCG RE: VARIOUS ISSUES RELEVANT TO UPCOMING HEARING; COMMUNICATIONS WITH PARTIES AND UBS RE: SETTLEMENT FUNDS; CORRESPONDENCE WITH DHEPDS RE: TIMING PROJECTIONS; ANALYSIS OF PUBLIC SUBMISSIONS CONSIDERED IN FORMULATING DISTRIBUTION MODELS | 2.40 |
| 11/07/16 | MJJ | COMMUNICATIONS WITH PPG COUNSEL RE: OBJECTIONS / POTENTIAL ADDITIONAL DISTRIBUTION LANGUAGE; PREPARATION FOR COURT FAIRNESS HEARING; PHONE CALLS AND EMAILS WITH GCG RE: FAIRNESS HEARING PREPARATION; REVIEW GCG WEEKLY ACTIVITY REPORT; PHONE CONFERENCE WITH MICHELLE LACOUNT RE: CAFA NOTICE | 3.30 |

| | | | Invoice # 29311    Page    2 |
|---|---|---|---|
| 001300 | 01580 | | |
| 11/08/16 | MJJ | REVIEW / ANALYSIS OF ADDITIONAL DISTRIBUTION LANGUAGE PROPOSED BY PPG; COMMUNICATIONS WITH GCR AND GCG RE: PROPOSED DISTRIBUTION LANGUAGE; CORRESPONDENCE WITH PARTIES AND UBS RE: FUNDS MANAGEMENT; REVIEW GARDEN CITY REPORT RE: OPT OUT REVOCATIONS; PHONE CONFERENCE WITH MICHELLE LACOUNT RE: LIMITED BG ROLE IN CERTAIN CLAIMS; REVIEW SUPPLEMENTAL DECLARATION OF GCG FOR FILING PRIOR TO COURT HEARING; PHONE CONFERENCE WITH PPG ATTORNEY RE: DISTRIBUTION MODEL OBJECTIONS; TELEPHONE CALL WITH GCR REPRESENTATIVE RE: EVIDENCE STANDARDS FOR PROOF OF OILING; CONFERENCE WITH COURT RE: NOTICE COMPLICATIONS AND IMPACT ON RELEVANT TIMELINES | 3.90 |
| 11/09/16 | MJJ | COMMUNICATIONS WITH GCG RE: FINAL PREPARATIONS FOR FAIRNESS HEARING; REVIEW FINAL DRAFT OF POWERPOINT SLIDES, STATISTICS, ETC; PREPARATION FOR UPCOMING COURT PRESENTATION; REVIEW UBS MATERIALS RE: PORTFOLIO MATURITIES, ALLOCATION, ETC;  PHONE CONFERENCE WITH PARTIES AND UBS RE: FUNDS MANAGEMENT; REVIEW / ANALYSIS OF GCG EXPENSES; COMMUNICATIONS WITH CLASS COUNSEL RE: PRESENTATION ISSUES; REVIEW OF UBS RECAP OF INVESTMENT GUIDELINES GOING FORWARD | 4.10 |
| 11/10/16 | MJJ | REVIEW CORRESPONDENCE RE: CAFA NOTICE; ATTENDANCE AT COURT FAIRNESS HEARING; RETURN TRAVEL FROM NEW ORLEANS, LA; REVIEW CLAIMANT AND GCG CORRESPONDENCE RE: SEAFOOD CLAIMS | 6.60 |
| 11/11/16 | MJJ | REVIEW COURT MINUTE ENTRY RE: 11/10 FAIRNESS HEARING; ANALYSIS OF COMMENTS / POTENTIAL ACCOMMODATIONS RE: ISSUES RAISED AT FAIRNESS HEARING; TELEPHONE CONFERENCE WITH CLAIMANT COUNSEL RE: PROCESS FOR WETLANDS CLAIMS | 0.70 |
| 11/14/16 | MJJ | COMMUNICATIONS WITH CLAIMANT AND CLASS COUNSEL AND GCG RE: SIGNATURE REQUIREMENTS; REVIEW HESI AND UBS EMAILS RE: CASH MANAGEMENT; CORRESPONDENCE WITH COURT AND PARTIES RE: DEADLINES; EMAILS WITH GCG AND CLASS COUNSEL RE: CLAIMS PROCESSING AND CLAIM DEFICIENCIES; CORRESPONDENCE WITH PPG COUNSEL AND GARDEN CITY RE: CLAIMS FORMATTING | 2.80 |
| 11/15/16 | MJJ | REVIEW GCG CLAIM AND CONTACT ACTIVITY REPORT; REVIEW MS CITY COUNSEL EMAILS RE: PROPERTY ASSESSMENT VALUES AND OWNERSHIP DOCUMENTS; COMMUNICATIONS WITH GCG RE: SIGNATURE REQUIREMENTS | 0.80 |
| 11/16/16 | MJJ | CORRESPONDENCE WITH CLAIMANT COUNSEL RE: CROSSOVER BETWEEN OLD CLASS AND NEW CLASS; COMMUNICATIONS WITH GCG RE: QUESTIONS AND ISSUES RAISED BY CLAIMANTS; COMMUNICATIONS WITH VARIOUS CLAIMANT COUNSEL RE: FILING REQUIREMENTS; COMMUNICATIONS WITH MICHELLE LACOUNT RE: OLD CLASS VS. NEW CLASS DIFFERING REQUIREMENTS | 2.30 |
| 11/17/16 | MJJ | COMMUNICATIONS WITH GCG RE: COORDINATION BETWEEN OLD CLASS AND NEW CLASS; CORRESPONDENCE WITH CLAIMANT AND CLASS COUNSEL RE: HANDLING OF COURT NEUTRAL-RESOLVED CLAIMS; REVIEW AGENDA / LIST OF INQUIRIES FROM VARIOUS CLAIMANT COUNSEL | 1.20 |
| 11/18/16 | MJJ | PHONE CONFERENCE WITH CLAIMS PERSONNEL RE: VARIOUS ISSUES RAISED BY CLAIMANTS; CORRESPONDENCE WITH GCG RE: POSTING | 1.10 |

| | | | | | |
|---|---|---|---|---|---|
| 001300 | 01580 | | | Invoice # 29311    Page    3 | |

| Date | Init | Description | Hours |
|---|---|---|---|
| | | FROM FAIRNESS HEARING; REVIEW/ANALYSIS OF COURT NEUTRALS COMMUNICATIONS | |
| 11/19/16 | MJJ | REVIEW / PREPARATION OF UPDATED LANGUAGE FOR WEBSITE | 0.50 |
| 11/21/16 | MJJ | REVIEW GCG WEEKLY ACTIVITY / CLAIM REPORT | 0.30 |
| 11/22/16 | MJJ | COMMUNICATIONS WITH VARIOUS CLAIMANT COUNSEL RE: CLAIM REQUIREMENTS; COMMUNICATIONS WITH OLD CLASS ADMINISTRATOR AND PERSONNEL RE: OVERLAPPING ISSUES; COMMUNICATIONS WITH GCG RE: ONGOING INQUIRIES FROM CLAIMANTS; REVIEW INITIAL DRAFT OF APPEALS PROTOCOLS; CORRESPONDENCE WITH GCG AND PARTIES RE: WEBSITE UPDATE | 2.70 |
| 11/23/16 | MJJ | COMMUNICATIONS WITH CLAIMANT COUNSEL AND GCG RE: SUBSISTENCE CLAIMS AND ADDITIONAL CLAIMANT INQUIRIES | 0.40 |
| 11/28/16 | MJJ | CORRESPONDENCE WITH CLAIMANT ATTORNEYS RE: MISC. QUESTIONS RE: CLAIM REQUIREMENTS AND CLAIMS PROCESS; COMMUNICATIONS WITH DHEPDS PERSONNEL RE: COORDINATION OF SETTLEMENT PROGRAMS; COMMUNICATIONS WITH GCG RE: APPEAL PROCESS, MENHADEN CLAIMS AND MISC. OTHER ISSUES; MEETING WITH COUNSEL FOR NUMEROUS SUBSISTENCE CLAIMANTS | 2.40 |
| 11/29/16 | MJJ | REVIEW GCG WEEKLY ACTIVITY REPORT; EXTENDED PHONE CONFERENCE WITH COURT NEUTRALS RE: SETTLEMENT PROCESS / IMPACT ON ELIGIBILITY UNDER NEW CLASS; COMMUNICATIONS WITH GCG RE: DATABASE AND APPEAL DATA ISSUES | 0.90 |
| 11/30/16 | MJJ | COMMUNICATIONS WITH SEAFOOD CLAIMANT COUNSEL RE: CLAIM TYPES, NEUTRAL SETTLEMENTS, ETC.; GCG AND CLAIMANT EMAILS RE: MENHADEN CLAIMS | 0.70 |
| 12/01/16 | MJJ | REVIEW GCG AND GCR CORRESPONDENCE RE: ZONE ASSIGNMENTS; PHONE CONFERENCE WITH SEAFOOD CLAIMANT COUNSEL RE: PROGRAM REQUIREMENTS; REVIEW DOCUMENTATION REQUIREMENTS VS DHEPDS REQUIREMENTS FOR VARIOUS CLAIM TYPES | 1.40 |
| 12/02/16 | MJJ | PHONE CONFERENC WITH FLORIDA CLAIMS PREPARER RE: NEW CLASS VS OLD CLASS ISSUES / TIMING OF SETTLEMENT PROCESS; COMMUNICATIONS WITH CLAIMANT ATTORNEYS RE: PROGRAM REQUIREMENTS | 0.90 |
| 12/06/16 | MJJ | REVIEW GCG AND CLAIMANT COUNSEL CORRESPONDENCE RE: GOVERNMENTAL CLAIMS; COMMUNICATIONS WITH DHEPDS PERSONNEL RE: NEUTRALS PROCESS / OVERLAPPING ISSUES; PHONE CONFERENCE WITH PRO SE CLAIMANT RE: NEW CLASS PROCESS | 1.40 |
| 12/07/16 | MJJ | PHONE CONFERENCE WITH NOLA CLAIMANT COUNSEL RE: CLAIMS PROCESS, DOCUMENT REQUIREMENTS, ETC. | 0.50 |
| 12/08/16 | MJJ | REVIEW / ANALYSIS OF DHEPDS AND NEW CLASS CRITERIA FOR COASTAL REAL PROPERTY AND WETLANDS REAL PROPERTY CLAIMS, OWNERSHIP REQUIREMENTS, ETC.; COMMUNICATIONS WITH LOCAL GOVERNMENT COUNSEL RE: CLAIM FILING REQUIREMENTS; WORK ON POTENTIAL NEW CLASS APPEAL PROCEDURES | 3.60 |
| 12/09/16 | MJJ | PHONE CALLS / EMAILS WITH CLAIMANT COUNSEL AND GCG RE: PTO 60 AND NEUTRALS SETTLEMENT PROOF REQUIREMENTS | 0.80 |
| 12/12/16 | MJJ | CORRESPONDENCE WITH CLAIMANT COUNSEL RE: FILING REQUIREMENTS; REVIEW GCG WEEKLY CLAIMS REPORT; COMMUNICATIONS WITH PROPERTY CLAIMANTS RE: OWNERSHIP AND DOCUMENTATION ISSUES | 0.90 |

| | | | Invoice # 29311 Page 4 |
|---|---|---|---|
| 001300 | 01580 | | |
| 12/14/16 | MJJ | COMMUNICATIONS WITH CLAIMANT ATTORNEYS RE: NEW CLASS PROVISIONS AND REQUIREMENTS; REVIEW UPDATED DATA RE: DHEPDS RELEVANT CLAIM TYPES; REVIEW MISC PROVISIONS OF NEW DISTRIBUTION MODEL TO CLARIFY ISSUES RAISED BY CLAIMANTS; REVIEW / ANALYSIS OF SPECIFIC CLAIM FORM AND DOCUMENTATION REQUIREMENTS | 3.60 |
| 12/15/16 | MJJ | REVIEW MISC. CLAIM SUBMISSIONS; CORRESPONDENCE FROM LOCAL GOVERNMENT ATTORNEY; PHONE CONFERENCE WITH CLAIMANT COUNSEL RE: FILING REQUIREMENTS | 1.30 |
| 12/16/16 | MJJ | CORRESPONDENCE WITH CLAIMANT COUNSEL RE: NEUTRALS SETTLEMENTS; PHONE CONFERENCE WITH MICHELLE LACOUNT RE: CLAIM FILING ISSUES; REVIEW/ANALYSIS OF EXTENSIVE COURT ORDER AND REASONS RE: PTO 60 RECONCILIATION | 2.30 |
| 12/19/16 | MJJ | COMMUNICATIONS WITH GCG RE: RECENT PTO 60 RULING; REVIEW WEEKLY CLAIM/ACTIVITY REPORT; CORRESPONDENCE TO COURT RE: CLAIMS FILED TO DATE | 0.80 |
| 12/27/16 | MJJ | COMMUNICATIONS WITH CLAIMANT ATTORNEYS RE: RECENT CLAIMS DEADLINE AND PROJECTED FUTURE TIMELINES; REVIEW COURT ORDER AND REFERENCED CLAIMANT COMMUNICATIIONS RE: IMPACT OF NEUTRALS SETLLEMENTS AND JOINT STATUS CONFERENCE | 0.90 |
| 12/29/16 | MJJ | REVIEW CURRENT CLAIM STATUS ISSUES; ASSESSMENT OF POTENTIAL APPEAL PROCESS OPTIONS; REVIEW MISC. DOCUMENTATION AND OWNERSHIP ISSUES | 1.40 |
| 01/03/17 | MJJ | REVIEW GCG WEEKLY CLAIM / ACTIVITY REPORT | 0.40 |
| 01/05/17 | MJJ | COMMUNICATIONS WITH GARDEN CITY GROUP RE: CLAIMS TO DATE, APPEALS PROCESS AND CLAIMS PROCESSING. ISSUES GOING FORWARD | 0.70 |
| 01/06/17 | MJJ | CORRESPONDENCE WITH MICHELLE LACOUNT RE: ERRORS IN SUBSISTENCE FILING; ANALYSIS OF OUTSTANDING CLAIMS PROCESS / ADMINISTRATIVE ISSUES; PREPARATION FOR MEETING WITH GCG | 1.30 |
| 01/10/17 | MJJ | REVIEW GCG WEEKLY CLAIM AND ACTIVITY REPORT; CONFERENCE WITH MICHELLE LACOUNT RE: CLAIMS FILED TO DATE, PROCESSING TIMELINE, APPEALS PROCESS OPTIONS, ETC.; ANALYSIS OF ISSUES TO BE ADDRESSED IN COURT STATUS REPORT | 2.40 |
| 01/12/17 | MJJ | CORRESPONDENCE WITH GCG AND PSC RE: ALLOCATION OF COSTS BETWEEN DISTINCT CLASSES; REVIEW STATUS OF CLAIMS TO DATE | 0.50 |
| 01/13/17 | MJJ | CORRESPONDENCE RE: ISSUES CONCERNING COORDINATION OF DHEPDS AND HESI DATABASES; PHONE CONFERENCE WITH CLAIMANT COUNSEL RE: ANTICIPATED TIMELINES | 0.60 |
| 01/16/17 | MJJ | COMMUNICATIONS WITH GCG RE: WORK ALLOCATION, ASSIGNMENT OF PROCESSING RESPONSIBILITIES, ETC; REVISED PROJECTION OF COSTS / ANALYSIS OF BUDGETING ISSUES | 0.90 |
| 01/17/17 | MJJ | REVIEW EMAILS RE: DATA TRANSFER EFFORTS RE: DWH AND HESI PROGRAMS | 0.30 |
| 01/18/17 | MJJ | COMMUNICATIONS WITH GCG AND COURT RE: APPEALS PROCESS; REVIEW / REVISE DRAFT CLAIMS ADMINISTRATOR STATUS REPORT; CORRESPONDENCE RE: FRAUD DETERMINATIONS | 1.40 |
| 01/19/17 | MJJ | REVIEW DRAFT APPEAL MATERIAL AND RELATED SETTLMENT DOCUMENTS AS PROVIDED TO COURT FOR COMMENT; REVIEW CORRESPONDENCE TO COURT RE: APPEAL AND CLAIMS PROCESS | 0.80 |

| 001300 | 01580 | | | Invoice # 29311 | Page | 5 |
|---|---|---|---|---|---|---|
| 01/23/17 | MJJ | COMMUNICATIONS WITH GARDEN CITY GROUP RE: REPORTING TO DISTRICT COURT; CONFERENCE WITH DHEPDS ADMINISTRATOR RE: UPCOMING STATUS CONFERENCE AND ALLOCATION OF DIFFERING CLASS EXPENSES; REVIEW WEEKLY CLAIM AND ACTIVITY REPORT; CORRESPONDENCE WITH GCG RE: BUDGETING / COST ISSUES | | | | 1.90 |
| 01/25/17 | MJJ | PHONE CONFERENCE WITH GCG RE: APPEAL PROCESS DEVELOPMENT AND COST MANAGEMENT ISSUES; PHONE CONFERENCE WITH CLAIMANT COUNSEL RE: APPROVAL STATUS AND CLAIMS PROCESSING | | | | 0.70 |
| 01/27/17 | MJJ | CORRESPONDENCE WITH LOCAL GOVERNMENT COUNSEL RE: FILINGS TO DATE; COMMUNICATIONS WITH GARDEN CITY RE: CLAIMANT INQUIRIES, COORDINATION BETWEEN OLD AND NEW CLASSES, COST PROJECTIONS, REPORTING TO COURT ON VARIOUS ISSUES, ETC. | | | | 0.90 |
| 01/30/17 | MJJ | REVIEW PARTIES' AND UBS REPRESENTATIVES RE: ESCROW FUNDS; REVIEW GCG WEEKLY CLAIM REPORT | | | | 0.60 |
| 01/31/17 | MJJ | REVIEW FURTHER CORRESPONDENCE RE: ESCROW MONIES | | 81.90 | | 0.30 $40,950.00 |
| MJJ | JUNEAU, MICHAEL J. | | 81.90 hrs @ | $500.00 /hr | $40,950.00 | |
| | Fee Recap Totals | | 81.90 | | $40,950.00 | |

## EXPENSES                                                                                                      **Amount**

| 11/10/16 | MICHAEL J. JUNEAU; MILEAGE - NEW ORLEANS, LA | 162.00 |
|---|---|---|
| 11/10/16 | MICHAEL J. JUNEAU; PARKING - NEW ORLEANS, LA | 6.00 |
| 11/10/16 | MICHAEL J. JUNEAU; MEALS - NEW ORLEANS, LA | 12.09 |
| 11/14/16 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 12/15/16 | FILE & SERVEXPRESS; REPOSITORY LICENSING FEE | 5.00 |
| 01/13/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 01/31/17 | COPYING | 22.00 |
| | | $217.09 |

## BILLING SUMMARY:

| TOTAL FEES | $40,950.00 |
|---|---|
| TOTAL EXPENSES | $217.09 |
| TOTAL FEES & EXPENSES | $41,167.09 |
| **TOTAL NOW DUE** | **$41,167.09** |