**United States District Court**
**Eastern District of Louisiana**
**ELECTRONIC CASE FILING SYSTEM**
**Attorney Registration Form**

This form shall be used to register for an account on the Eastern District of Louisiana's Electronic Case Filing System (ECF). Registered attorneys will have privileges to submit documents electronically and to view and retrieve electronic docket sheets and documents as available for cases assigned to the Electronic Filing System. If you are already admitted to practice, this form should be emailed to ECF_Registration@laed.uscourts.gov. If you are seeking admission to the bar of this Court, attach this form to your petition for admission to practice. The following information is required for registration:

**Please Type**

First/Middle/Last Name: Robert B. Remar

Attorney Bar # and State: Bar No. 600575, Georgia

Firm Name: Rogers & Hardin LLP

Firm Address: 229 Peachtree Street NE, 2700 International Tower, Atlanta, Georgia 30303

Telephone Number: 404-420-4631

E-Mail Address: rremar@rh-law.com
(Attorney's email for electronic service)

Additional E-Mail Address: smathis@rh-law.com
(Secretary, central repository, etc.)

**Note: Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana, pursuant to Civil LR83.2.2 or be admitted for a particular case (pro hac vice) pursuant to Civil LR83.2.5. If allowed in the MDL case management order, attorneys may register for electronic case filing in MDL cases without being admitted to practice in this Court or admitted pro hac vice.

**While training is not required to obtain a CM/ECF login and password, training is available via an online tutorial at the Court's website (http://www.laed.uscourts.gov/cmecf/ecf.htm).

**By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the Electronic Filing System. The undersigned also consents to receive notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's Electronic Filing System and consents to receive service from other Filing Users by the Notice of Electronic Filing generated by the Court's Electronic Filing System. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

**Pursuant to Local Rule 83.2.7, everyone who appears in court in proper person and every attorney permitted to practice in this court must be familiar with the Local Rules. Willful failure to comply with the rules, or a false certificate of compliance, is cause for disciplinary action.

February 15, 2017
Date

Attorney Signature

Rev. 3/10/16