UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

This document relates to:
All Cases and No. 12-970

Case No.    MDL 2179
            SECTION J

Judge    Honorable CARL J. BARBIER

Magistrate Judge    WILKINSON

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Eastern District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Claimant Nos. 100201250, 100272198, 100247042, and 100167847 in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Northern Georgia, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $100.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Eastern District of Louisiana, James R. Swanson (#18455) of the firm of Fishman Haygood L.L.P. is appointed a local counsel.

- I authorize the Clerk of Court for the Eastern District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.

I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter ourmessages sent from Clerk@laed.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  
Signature of Applying Attorney

Name: Julia B. Stone  
Firm: Rogers & Hardin LLP  
Address: 229 Peachtree Street, NE,  
Suite 2700  
Atlanta, GA  30303  
Telephone: (404) 420-4627  
Fax: (404) 525-2224  
E-mail: Jstone@rh-law.com  
Additional e-mail: yburnam@rh-law.com

_____  
Signature of Local Counsel

Name: James R. Swanson (#18455)  
Firm: Fishman Haygood L.L.P.  
Address: 201 St. Charles Ave., Suite 4600  
New Orleans, LA  70170  
Telephone: (504) 586-5252  
Fax: (504) 586-5250  
E-mail: jswanson@fishmanhaygood.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Appear Pro Hac Vice was electronically filed on 2/16/17 with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will provide a notice of this filing to all parties.

Name: James R. Swanson (#18455)
Firm: Fishman Haygood L.L.P.
Address: 201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone: (504) 586-5252
Fax: (504) 586-5250
E-mail: jswanson@fishmanhaygood.com