UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | Case No. | MDL 2179 SECTION J |
| This document relates to: All Cases and No. 12-970 | Judge | Honorable CARL J. BARBIER |
| | Magistrate Judge | WILKINSON |

**ORDER**

IT IS ORDERED that Julia B. Stone be and is hereby admitted to the bar of this Court pro hac vice on behalf of Claimant Nos. 100201250, 100272198, 100247042, and 100167847 in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge