

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JULIA BLACKBURN STONE, State Bar No. 200070,** was duly admitted to practice in said Court on December 19, 2011, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 15th day of February, 2017.

JAMES N. HATTEN
CLERK OF COURT



By: _____
Anniva Renick
Deputy Clerk