## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | Case No. | MDL 2179 SECTION J |
| This document relates to: All Cases and No. 12-970 | Judge | Honorable CARL J. BARBIER |
| | Magistrate Judge | WILKINSON |

### MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Eastern District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Claimant Nos. 100201250, 100272198, 100247042, and 100167847 in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Northern Georgia, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $100.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Eastern District of Louisiana, James R. Swanson (#18455) of the firm of Fishman Haygood L.L.P. is appointed a local counsel.

- I authorize the Clerk of Court for the Eastern District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.

I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter ourmessages sent from Clerk@laed.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

Signature of Applying Attorney

Name:      Jeffrey Wright Willis
Firm:      Rogers & Hardin LLP
Address:   229 Peachtree Street, NE,
           Suite 2700
           Atlanta, GA  30303
Telephone: (404) 420-4619
Fax:       (404) 525-2224
E-mail:    Jwillis@rh-law.com
Additional e-mail:  cmay@rh-law.com

Signature of Local Counsel

Name:      James R. Swanson (#18455)
Firm:      Fishman Haygood L.L.P.
Address:   201 St. Charles Ave., Suite 4600
           New Orleans, LA  70170
Telephone: (504) 586-5252
Fax:       (504) 586-5250
E-mail:    jswanson@fishmanhaygood.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Appear Pro Hac Vice was electronically filed on 2/16/17 with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will provide a notice of this filing to all parties.

Name:       James R. Swanson (#18455)
Firm:        Fishman Haygood L.L.P.
Address:     201 St. Charles Ave., Suite 4600
             New Orleans, LA  70170
Telephone: (504) 586-5252
Fax:         (504) 586-5250
E-mail:      jswanson@fishmanhaygood.com