# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | Case No. | MDL 2179<br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | Judge | Honorable CARL J. BARBIER |
| | Magistrate Judge | WILKINSON |

## ORDER

IT IS ORDERED that Jeffrey Wright Willis be and is hereby admitted to the bar of this Court pro hac vice on behalf of Claimant Nos. 100201250, 100272198, 100247042, and 100167847 in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge