

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY that JEFFREY WRIGHT WILLIS, State Bar No. 766575,** was duly admitted to practice in said Court on December 10, 1990, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 15th day of February, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Anniva Renick
Deputy Clerk