MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 15, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG            MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010           SECTION "J"

                                           JUDGE BARBIER
THIS DOCUMENTS RELATES TO:                 MAG. JUDGE WILKINSON
No. 12-970, <u>Bon Secour Fisheries, Inc. et al.</u>
<u>v. BP Exploration & Production Inc. et al</u>.

## HEARING AND ORDER ON MOTION

APPEARANCES: Justin Chopin, representing Deepwater Horizon Economic Claims Center ("DHECC"); Jevan Fleming, representing Judgment Debtor Wardell Parker, who also appeared

MOTION: Motion of DHECC to Examine Judgment Debtor, Wardell Parker, Record Doc. No. 21800; Judgment Debtor Examination

O R D E R E D:

 XXX : SATISFIED, **BUT ONLY IN PART**. Judgment Debtor Wardell Parker appeared in person and was sworn before the court. He was ordered to proceed directly to appear before a court reporter retained by DHECC's counsel in counsel's office to conduct the judgment debtor examination. He complied. Subsequently, Justin Chopin, counsel for DHECC, informed the court that the judgment debtor examination was **PARTIALLY SATISFIED**. Chopin advised the court that Parker had not produced all of the requested information, but had agreed to do so.

Parker is hereby instructed that the court's previous order, Record Doc. No. 21809, required him to produce at the judgment debtor examination all of the documents listed in Section IV of DHECC's Motion to Examine Judgment Debtor, <u>a copy of which is attached hereto as Exhibit A</u>. Accordingly,

MJSTAR:  0 : 05

**IT IS ORDERED** that Judgment Debtor Wardell Parker must produce all documents listed on the attached Exhibit A to counsel for the DHECC no later than **March 15, 2017**. Failure again to comply with the court's order to produce the responsive documents may result in the imposition of sanctions, including a contempt of court citation.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**JEVAN FLEMING**
**at the offices of Ron Anthony Austin**
**Austin & Associates, LLC**
**400 Manhattan Blvd.**
**Harvey, LA 70058**