UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| *12-970* | * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Motions to Appear Pro Hac Vice (Rec. Doc. 22257, 22258, 22259) are DENIED AS MOOT. *See* Third Amendment to Pretrial Order No. 1, Rec. Doc. 7812. Counsel is advised to read all of the Court's standing pretrial orders in MDL 2179, including but not limited to Amended PTO 12 (Rec. Doc. 18627), which can be found in the master docket (10-md-2179) and on the MDL 2179 website (http://www.laed.uscourts.gov/OilSpill/OilSpill.htm).

The Clerk of Court is directed to refund any fees paid in connection with these motions.

New Orleans, Louisiana, this 16th day of February, 2017.

_____
United States District Judge