UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION:  J |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| *13-6674* | * | |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the Stipulation of Voluntary Dismissal with Prejudice (Rec. Doc. 22237),

IT IS ORDERED that the Motion for Order Lifting Stay of Proceedings Pending Parallel Criminal Investigation (Rec. Doc. 21566) is DENIED AS MOOT.

New Orleans, Louisiana, this 16th day of February, 2017.

_____
United States District Judge