# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * | **MDL No. 2179**<br><br>SECTION J |
| **This document relates to:** | * * | **Judge Barbier** |
| *All cases* | * * | **Magistrate Judge Wilkinson** |

## STATEMENT OF TAMMY TRAN REGARDING THE DOCKET 2:10-CV-08888 FOR THE FEBRUARY 17, 2017 STATUS CONFERENCE

Dear Honorable Judge, in light of the recent developments, we would like to inform the Court that we anticipate acting to protect the rights of the 44,000 plus Claimants docketed under 2:10-cv-08888. Mr. Mikal Watts and his firm, Watts Guerra, LLP, had filed claims with the Court, but the individuals have been abandoned. We are unaware that the individuals had ever been timely informed that their claims had been abandoned.

I have been appointed Interim Class Counsel in an action against Mr. Watts concerning these individuals. We are hereby attaching the Order Regarding Plaintiffs' Unopposed Motion for Preliminary Appointment of Class Representatives, and For Appointment of Interim Class Counsel in which the undersigned, Tammy (Minh Tam) Tran, has been appointed as Class Counsel. After considering the new circumstances, we anticipate filing appropriate motions with the Court.

Respectfully submitted,

**THE TAMMY TRAN LAW FIRM**
**TAMM TRAN ATTORNEYS AT LAW, LLP**

By: /s/ Tammy Tran
    **MINH TAM (TAMMY) TRAN**
    TexasBar No. 20186400
    ttran@tt-lawfirm.com
    2915 Fannin Street
    Houston, Texas 77002
    Telephone: (713) 655-0737
    Telecopier: (713) 655-0823

**THE CLEARMAN LAW FIRM, PLLC**

    **SCOTT MONROE CLEARMAN**
    Texas State Bar No. 04350090
    scott@clearmanlaw.com
    2929 Westheimer Rd., Ste. 301
    Houston, Texas 77098
    t.713.304.9669
    f.877-519-2800

## CERTIFICATE OF SERVICE

    I hereby certify that on February 16, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

    /s/Tammy Tran
    MINH TAM (TAMMY) TRAN