2014CI07571 -D285

Photocopy

CAUSE NO. 2014-C-107571

| | | |
|---|---|---|
| DUNG VAN NGUYEN, | ) | IN THE DISTRICT COURT |
| NHAT VAN NGUYEN, | ) | |
| JOSEPH NGUYEN | ) | |
| TAM V. LE, | ) | |
| THERESA T. NGUYEN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | 285TH JUDICIAL DISTRICT |
| | ) | |
| MIKAL WATTS AND | ) | |
| WATTS GUERRA, LLP | ) | |
| | ) | |
| Defendants. | ) | BEXAR COUNTY, TEXAS |

## ORDER REGARDING PLAINTIFFS' *UNOPPOSED* MOTION FOR PRELIMINARY APPOINTMENT OF CLASS REPRESENTATIVES, AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL

Pending before the Court is the *Unopposed* Motion for Preliminary Appointment of Class Representatives and for Appointment of Interim Class Counsel of Plaintiffs, Dung Van Nguyen, Nhat Van Nguyen, Joseph Nguyen, Tam V. Le, and Theresa T. Nguyen, individually and on behalf of all those similarly situated.

Having considered the unopposed motion and the documents in the file, and pursuant to Rule 42 of the Texas Rule of Civil Procedure the Court is of the opinion that the unopposed motion should be granted. **IT IS THEREFORE ORDERED** that:

Plaintiffs, Dung Van Nguyen, Nhat Van Nguyen, Joseph Nguyen, Tam V. Le, and Theresa T. Nguyen are appointed as class representatives of the above captioned case. **IT IS THEREFORE ORDERED** that and the following counsel are appointed as class counsel:

1)   **Tammy (Minh Tam) Tran** is appointed as Attorney in Charge of the File and Liaison Counsel.

1

2) Mr. **Maison Heidelberg** is appointed as Trial Counsel for the Named Plaintiffs.

3) Mr. **Charles Soechting** is appointed as Trial Counsel for the Named Plaintiffs and proposed co-counsel for the Named Plaintiffs.

4) Mr. **J. Marcus Hill** is appointed as co-counsel for the Named Plaintiffs.

AUG 2 1 2014

_____
PRESIDING JUDGE

Approved as to form:

_____ TAMMY TRAN

_____ J. MARCUS HILL

_____ Charles Soechting

2

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 21, 2014*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____
ALEX LEWICKE, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*