UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL No. 2179 ) ) Section "J" ) JUDGE BARBIER |
| This document relates to: *MDL No. 2179 and all cases in Pleading Bundles B(1) and B(3), Nos. 10-01921, 10-04252, 10-03815, 10-03066, 10-01540, 10-01502, 10-4185, 10-4239, 10-4240, 10-4241, 10-4188, and 10-4536* | ) ) Magistrate No. 1 ) Magistrate Shushan ) ) ) ) |

## ORDER

Upon consideration of Defendant Anadarko Petroleum Corporation's Motion to Withdraw and Substitute Counsel, the Motion is hereby GRANTED.

The Court orders that Ky Kirby is withdrawn as attorney of record for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP in the above-entitled and numbered cases, and Thomas R. Lotterman is substituted as lead counsel for Anadarko Petroleum Corporation and Anadarko E&P Company, LP.

SO ORDERED

New Orleans, Louisiana this 17th day of February, 2017.

_____
United States District Judge