# Herman Herman & Katz
## Present Value of Settlement

| | | | |
|---|---|---|---|
| Settlement date | | | 10/1/2016 |
| Interest rate | | | 3% |

| Date | Payment | PV Factor | PV of Payment |
|---|---|---|---|
| 10/1/2016 | 5,000,000 | | 5,000,000.00 |
| 10/1/2017 | 5,000,000 | 0.9709 | 4,854,368.93 |
| 10/1/2018 | 1,500,000 | 0.9426 | 1,413,893.86 |
| 10/1/2019 | 1,500,000 | 0.9151 | 1,372,712.49 |
| 10/1/2020 | 1,500,000 | 0.8885 | 1,332,730.57 |
| 10/1/2021 | 1,000,000 | 0.8626 | 862,608.78 |
| 10/1/2022 | 1,000,000 | 0.8375 | 837,484.26 |
| 10/1/2023 | 1,000,000 | 0.8131 | 813,091.51 |
| 10/1/2024 | 1,000,000 | 0.7894 | 789,409.23 |
| 10/1/2025 | 1,000,000 | 0.7664 | 766,416.73 |
| 10/1/2026 | 1,000,000 | 0.7441 | 744,093.91 |
| 10/1/2027 | 1,000,000 | 0.7224 | 722,421.28 |
| 10/1/2028 | 1,000,000 | 0.7014 | 701,379.88 |
| 10/1/2029 | 1,000,000 | 0.6810 | 680,951.34 |
| 10/1/2030 | 1,000,000 | 0.6611 | 661,117.81 |
| 10/1/2031 | 1,000,000 | 0.6419 | 641,861.95 |
| 10/1/2032 | 1,000,000 | 0.6232 | 623,166.94 |
| 10/1/2033 | 1,000,000 | 0.6050 | 605,016.45 |
| 10/1/2034 | 1,000,000 | 0.5874 | 587,394.61 |
| 10/1/2035 | 500,000 | 0.5703 | 285,143.01 |
| 10/1/2036 | 500,000 | 0.5537 | 276,837.88 |
| 10/1/2037 | 500,000 | 0.5375 | 268,774.64 |
| | 30,000,000 | | 24,840,876.06 |

EXHIBIT 2