UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MAGISTRATE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Joint Venture Attorneys' Motion for Attorneys' Fees Pursuant to Contingency Fee Agreement has been filed for submission before the Honorable Joseph C. Wilkinson, Jr., United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 on the 8th day of March, 2017, at 11:00 a.m.

                Respectfully submitted:

                S/Soren E. Gisleson
                Stephen J. Herman (La. Bar #23129)
                Soren E. Gisleson (La. Bar #26302)
                HERMAN HERMAN & KATZ LLC
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Telephone: (504) 581 4892
                Fax No. (504) 569 6024
                E Mail: sherman@hhkc.com
                E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
EMail: calvinfayard@fayardlaw.com


Fred Herman (La Bar #6811)
Thomas J. Barbera (La Bar# 18719)
LAW OFFICES OF FRED HERMAN
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7068
Fax: 504 581 7083
Email: fherman@fredhermanlaw.com
tbarbera@fredhermanlaw.com

*Attorneys for the Joint Venture*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be filed into the record, thereby effecting service through the Court's electronic filing system, and will further serve upon all counsel of record, including the City Attorney and counsel for members of the Advisory Committee, *via* email, this 17th day of February, 2017.

                                                          S/Soren E. Gisleson