## Leo Congeni

| | |
|---|---|
| **From:** | Leo Congeni |
| **Sent:** | Wednesday, June 3, 2015 2:58 PM |
| **To:** | Gravolet, Robert (USTP) |
| **Cc:** | Lisa Merz Hedrick; Joe McDermott (jbmcd01@gmail.com); Joe McDermott (jmcd@kiva.us); Knapp, Bradley C.; Bryant York (1284); Owen Sonik |
| **Subject:** | RE: Kva Construction 13-11576 |
| **Attachments:** | Listing Agreement_fully executed.pdf; Claim Detail_Submitted.pdf |

Mr. Gravolet:

Per your email dated May 26, 2015, attached find a fully executed Listing Contract and evidence that debtor submitted its BP Claim to the Deepwater Horizon Claims Center. Should you need additional information, please do not hesitate to contact me.

Sincerely, Leo


Congeni Law Firm, LLC
424 Gravier Street
New Orleans, LA  70130
(504) 522-4848
leo@congenilawfirm.com
www.congenilawfirm.com

THIS COMMUNICATION IS FROM A LAW OFFICE AND MAY BE PRIVILEGED AND CONFIDENTIAL.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER BY REPLY E-MAIL AND DESTROY ALL COPIES OF THIS MESSAGE.

Circular 230:  Pursuant to federal tax regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any advice contained in this communication regarding federal taxes is not written or intended to be used, and cannot be used, by any person as the basis for avoiding federal tax penalties under the Internal Revenue Code, nor can such advice be used or referred to for the purpose of promoting, marketing or recommending any entity, investment, plan or arrangement.



**From:** Gravolet, Robert (USTP) [mailto:Robert.Gravolet@usdoj.gov]
**Sent:** Tuesday, May 26, 2015 4:25 PM
**To:** Leo Congeni
**Subject:** Kva Construction 13-11576
**Importance:** High


Mr. Congeni:

As you are aware from the hearing conducted this afternoon, the court conditionally continued matters pending in Kiva to June 5th at 1:30 pm.  The court also instructed my office to contact chambers prior to that date concerning the following:

1.      Status of employment of Real Estate Broker employment and consensual agreement with creditors.



EXHIBIT
B
tabbies

2.      Status of filing the Debtor's BP Claim with the BP Claims office.

Please contact my office before the close of business on (Wed.) June 3, 2015 and advise me concerning the above matters. In turn, I will contact chambers on Thursday, June 4 and report back to the court as instructed.

As always, please call if you have any questions or need to discuss any issues raised regarding the above matters.

Sincerely,

Robert C. Gravolet
Trial Counsel
Office of the U.S. Trustee
504-589-2594
Robert.Gravolet@usdoj.gov

## ***Sensitive But Unclassified***
## Information is Contained in this Message

This message (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged or otherwise protected by applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this message or its contents is strictly prohibited. If you have received this message in error, please notify the sender immediately, and please destroy all copies of this message.