IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>Section J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the *Motion for Entry of Order Deeming BP Claim to be Timely Filed* filed by Claimant No. 100325530 will be submitted for decision before the Honorable Carl J. Barbier, Judge for the United States District Court for the Eastern District of Louisiana, on **Wednesday, March 29 2017, at 9:30 A.M.**

Respectfully submitted,

**CONGENI LAW FIRM, LLC**

BY:   */s/Leo D. Congeni*
    LEO D. CONGENI  (#25626)
    424 Gravier Street
    New Orleans, LA  70130
    Telephone: 504-522-4848
    Facsimile:  914-992-0378
    Email:  leo@congenilawfirm.com

*Attorney for Claimant No. 100325530*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Submission* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2017.

*/s/ Leo D. Congeni*

LEO D. CONGENI