IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>Section J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

## REQUEST FOR ORAL ARGUMENT

Undersigned counsel respectfully requests, pursuant to Local Rule 78.1, that the *Motion for Entry of Order Deeming BP Claim to be Timely Filed* be set for oral argument on the noticed submission date of **March 29, 2017, at 9:30 a.m.** before this Honorable Court.

Respectfully submitted,

**CONGENI LAW FIRM, LLC**

BY:   */s/Leo D. Congeni*
          LEO D. CONGENI  (#25626)
          424 Gravier Street
          New Orleans, LA  70130
          Telephone: 504-522-4848
          Facsimile:  914-992-0378
          Email:  leo@congenilawfirm.com

*Attorney for Claimant No. 100325530*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Request for Oral Argument* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2017.

*/s/ Leo D. Congeni*
_____
LEO D. CONGENI