Minute Entry
Barbier, J.
FEBRUARY 17, 2017
JS 10: 1 hr. 34 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
    "DEEPWATER HORIZON" in the
    GULF OF MEXICO, on
    APRIL 20, 2010

: MDL NO. 2179
:
:
:
: SECTION: J
:
:
: JUDGE BARBIER
: MAG. JUDGE WILKINSON

**COURTROOM DEPUTY:**
Stephanie Kall/Gail Chauvin

**COURT REPORTER:**
Karen Ibos

## STATUS CONFERENCE

**FRIDAY, FEBRUARY 17, 2017   9:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

The following matters were discussed:

Status of the Economic and Property Damages Settlement.

Status of the Medical Benefits Settlement.

Status of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlements.

Government Entity Settlements and the remaining claims by Government Entities ("Bundle C") in litigation.

Settlements of claims that opted out of or were excluded from the Economic and Property Damages Settlement.

Status of "B1 Bundle" claims remaining in litigation.

Status of "B3 Bundle" claims remaining in litigation, including claims against

defendants not named in the B3 Master Complaint.

Remaining claims against Halliburton and Transocean.

Motion to Authorize the Claims Administrator to Implement Settlement re Oil & Gas Support Industry Claims re "Moratoria Loss" Holds/Review (Rec. Doc. 11156).  Class Counsel and BP shall discuss and attempt to come to an agreement over the next 60 days, and then report to the Court.

Motion to Interpret and Enforce the Settlement Agreement (re Customer Mix Test/Policy 345 v.3) (Rec. Doc. 14599).  ORDERED that BP shall file a response no later than March 10, 2017.

Request that Court allow counsel for claimants in Economic Settlement to obtain contact information for other claimants' counsel who have similar issues pending in the Economic Settlement.  ORDERED that the request is DENIED.

BELO claims process under the Medical Benefits Settlement.

Common Benefit Attorneys' Fees and Expenses

Future case management for MDL 2179, including:

The Court plans to issue a pretrial/case management order for the B3 Bundle that will require B3 plaintiffs to file a Sworn Statement and, in some cases, an individual complaint, similar to what was done with the B1 plaintiffs in PTO 60.

The Court plans to issue a pretrial/case management order that will address the pleading bundles other than B3 and some cases that are not in any specific pleading bundle.


PRESENT:  (See Attached)

# MDL 2179
# CONFERENCE ATTENDANCE RECORD

DATE: 2/17/2017             TIME: 9:30 AM

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

## STATUS CONFERENCE

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Howard Sinor, Tim Eagan, Kelly Perrier (Gordon Arata) | ArcelorMittal Laplace LLC |
| Patrick Juneau | Claims Adm |
| Michael Juneau | New Class Claims Administrator |
| Matt Lundy | PSL |
| Joe Bruemmer | Garretson Resolution Group |
| Hilary Cummings | " |

# MDL 2179
# CONFERENCE ATTENDANCE RECORD

DATE: 2/17/2017        TIME: 9:30 AM

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

## STATUS CONFERENCE

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| |
|---|
| MATTHEW T. REGAN - BP |
| Don Haycraft - BP |
| Kris Ritter - BP |
| Sylvia Simson - ORM/NRC/Scacor |
| Alan York - Halliburton |
| Kerry Miller - Transocean |
| |
| |
| |
| |

# MDL 2179
# CONFERENCE ATTENDANCE RECORD

DATE: 2/17/2017            TIME: 9:30 AM

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

## STATUS CONFERENCE

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| James P. Roy | PSC/Classes |
| Steve Herman | PSC/Class |
| Kirk Gasperecz | ES:H  Δ |
| Robert B. Remas | various claimants |
| Kevin M. McGlone | GS |
| James Swanson | Claimants |
| Brent Coon | TI's |

# MDL 2179
# CONFERENCE ATTENDANCE RECORD

DATE: 2/17/2017             TIME: 9:30 AM

CASE NAME: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

## STATUS CONFERENCE

ATTORNEYS PRESENT: (Please PRINT your name and the party you represent)

| Name | Party |
|---|---|
| Robert Cunningham | PSC |
| Elizabeth Cabraser | PSC |
| Robin Greenwald | PSC |
| Dawn Barrios | Fee Committee |
| Calvin Fayard | PSC |
| Patrick Hron | CAD |
| Michelle LaCount | GCG |
| Katy Askew | CAD |
| Chris Bellotti | HESI |
| Duke Williams | PSC |
| Joe Rice | PSC |