# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater  *  MDL No. 2179
Horizon" in the Gulf of Mexico,              *
On April 20, 2010                            *  Section: J
                                             *
This filing relates to: *All Cases*          *  Judge Carl J. Barbier
                                             *
(Including Civil Action No. 12-970)          *

---

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Jimmie Kirkham, Jr., a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

J. N. RANDALL, JR.                                  DEEPWATER HORIZON ECONOMIC
                                                    AND PROPERTY DAMAGES
                                                    SETTLEMENT PROGRAM

By: /s/ J.N. Randall                                By: /s/ Lynn C. Greer

J. N. Randall, Jr.                                  Lynn C. Greer
Attorney for Claimant's Representative              VSB No.: 29211
J.N. Randall, Jr., Attorney At Law                  BrownGreer PLC
P.O. Box 748                                        250 Rocketts Way
Gulfport, Mississippi 39502                         Richmond, Virginia 23231
(228) 863-3616                                      (804) 521-7200

Date: 2/7/17                                        Date: 2/9/2017

1