UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Documents Relates to: | * | JUDGE BARBIER |
| Case No. 2:13-cv-02786 | | |
| Case No. 2:16-cv-11539 | * | |
| Case No. 2:16-cv-11546 | | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**PLAINTIFFS' NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION FOR
RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING
THE CLAIMS OF BREATHWIT MARINE CONTRACTORS, LTD. AND BREATHWIT
MARINE SHIPYARD, LTD [Rec. Doc. 22074]**

NOW INTO COURT, through the undersigned counsel, comes Plaintiff BREATHWIT MARINE CONTRACTORS, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11539), ("Breathwit Contractors"), Plaintiff BREATHWIT MARINE SHIPYARD, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11546), ("Breathwit Shipyard"), (collectively, "Breathwit"), and file this Notice of Voluntary Withdrawal of Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing Breathwit with prejudice, pursuant to Rule 59(e) and Rule 60(b), Fed. R. Civ. P. [Rec. Doc. 22074].

On January 12, 2017, Breathwit filed its Combined Motion for Reconsideration.  [Rec. Doc. 22074].  On January 27, 2017, the Court entered a scheduling order on multiple motions requesting reconsideration of the "PTO 60 Reconciliation Order." [Rec. Doc. 22138].  No further order regarding Breathwit's motion has been entered.  Breathwit hereby notifies the Court that it

1

is voluntarily withdrawing its Combined Motion for Reconsideration because the issue has been resolved.

Respectfully submitted on this 21st day of February, 2017.

**WILLIAMSON & RUSNAK**

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of February, 2017.

DATE: February 21, 2017                      */s/ Jimmy Williamson*
                                                              JIMMY WILLIAMSON