UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | CIVIL ACTION  MDL NUMBER: 2179  SECTION  J |
| | * | |
| | * |  Judge BARBIER |
| | * | |
| This document relates to: | * | |
| 10-CV-04573 | * * | Magistrate Judge WILKINSON |
| | * * * * | |
| ************************************* | * | |

# FINAL JUDGMENT

Considering Plaintiffs' Motion (Rec. Doc. 16649) and the Courts' Order of October 1, 2012 (Rec. Doc. 7526);

-1-

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs TOBATEX, INC. and M.R.M. ENERGY, INC. take nothing by their complaint and that all of their claims asserted in that Complaint or in any other complaint filed herein are hereby dismissed.

New Orleans, Louisiana this 22nd day of February, 2017.

_____
United States District Judge