UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Fertitta Hospitality, LLC and Landry's Crab Shack, Inc. filed a motion requesting that the Court permit them to revoke their prior opt-outs from the Economic and Property Damages Settlement ("Settlement") over BP's objection. (Rec. Doc. 22251). The deadline to revoke an opt-out was December 15, 2012. (Rec. Doc. 7928). After that deadline, an opt-out may be revoked only if BP consents or by order of the Court "on good cause shown." (Settlement § 8.2.5, Rec. Doc. 6430-1). According to the motion, movers sought to revoke their opt-outs on April 15, 2013. BP denied this request on or around August 16, 2013. On February 15, 2017, movers filed the instant motion.

Considering that this motion was filed over four years after the deadline for claimants to unilaterally revoke their opt-out and three-and-a-half years after BP rejected their revocation requests, the Court finds that movers have not shown good cause. Accordingly;

IT IS ORDERED that the Motion to Grant Opt-Out Revocation (Rec. Doc. 22251) is DENIED.

New Orleans, Louisiana, this 22nd day of February, 2017.

_____
United States District Judge