UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig            MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*                     JUDGE BARBIER

## NOTICE OF FILING

For the benefit of the Court, the public, and all potentially affected parties, the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program respectfully files into the record the PowerPoint presentation utilized by the Claims Administrator at the Status Conference conducted in this Court on Friday, February 17, 2017.  If the Court would find additional information helpful, the Claims Administrator stands ready to provide it at the Court's convenience.

    /s/ Patrick A. Juneau
    PATRICK A. JUNEAU
    CLAIMS ADMINISTRATOR

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2017.

          /s/ Patrick A. Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR