# Court Status Report
# February 17th, 2017



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Transition from GCCF

- March 8, 2012-June 4, 2012

- Developed process to complete remaining GCCF claims

- Paid 15,794 claims $404,087,745.82



# Claim Filing Deadline
# June 8th, 2015

- Over 70,000 Claims filed within one month of deadline

| Claim Type | Claims Filed 5/1/15-6/8/15 | % of Total Claim Type Population |
|---|---:|---:|
| Subsistence | 24,853 | 37% |
| Business Economic Loss | 22,028 | 15% |
| Wetlands | 6,597 | 23% |
| Individual Economic Loss | 13,645 | 22% |
| Coastal Real Property | 3,252 | 8% |
| Real Property Sales | 1,255 | 41% |
| Vessel Physical Damage | 76 | 5% |
| Vessls of Opportunity | 151 | 2% |
| Individual Periodic Vendor | 58 | 15% |







DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Injunction








DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# Claim Status Overview
## As of January 31st, 2017

| | |
|---|---|
| • Claim Forms Submitted | 388,055 |
| • Eligibility Notices Issued | 172,798 |
| • Total amount of Eligibility Notices Issued | $11.01 Billion |
| • Denial Notices Issued | 143,879 |
| • Closed, Opted Out, or Withdrawn Notices Issued | 71,722 |

- 90% of claims are resolved





# Claims Resolved & Remaining by Claim Type



*Timely claim form submissions as of January 30, 2017