# EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **[PLAINTIFF]** | * | **CIVIL ACTION No. \_\_\_\_\_** |
| **VERSUS** | * | **SECTION: J** |
| **[DEFENDANT(S)]** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS

[NOTE:  Use this cover sheet when you already have filed an individual lawsuit and are only filing the Sworn Statement.  Replace "[PLAINTIFF]" and "[DEFENDANT(S)]" in the caption above with the actual names of the parties to the lawsuit.  Make sure the civil action number of your lawsuit is included in the caption.]