EXHIBIT C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *All Cases in Pleading Bundle B3* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| [PLAINTIFF] | * | CIVIL ACTION No. _____ |
| VERSUS | * | SECTION J |
| [DEFENDANT(S)] | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## COMPLAINT

[NOTE: Use this form of caption when filing a new lawsuit. Replace "[PLAINTIFF]" and "[DEFENDANT(S)]" with the actual names of the parties to the lawsuit. The civil action number will be assigned by the Clerk of Court.]