UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 13-1971, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## **ORDER**

The Joint Venture Attorneys have filed a Motion for Fees Pursuant to Contingency Fee Agreement and noticed it for submission on my March 8, 2017 motion docket. Record Doc. No. 22267. On the court's own motion,

**IT IS ORDERED** that the motion is hereby re-set for submission on my **MARCH 22, 2017** motion docket. Written opposition, if any, must be filed no later than **MARCH 14, 2017**. Thereafter, the motion will be determined on the briefs without oral argument.

The Clerk is directed to file this order in the records of both MDL 2179 and the captioned cases referenced above.

New Orleans, Louisiana, this   22nd   day of February, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE