# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS<br><br>SWORN STATEMENT REGARDING GENERAL MARITIME LAW  CLAIMS (B1 CLAIMS) ||||
|---|---|---|---|
| Last Name | First Name | Middle Name/Maiden | Suffix |
| Business Name || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) ||
| MDL 2179 Member Case Number || Attorney Name and Firm ||
| **Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**<br><br> ☐ Yes      ☐ No     If yes:<br><br>Identify the nature and location of the property: _____<br>_____<br><br>Identify the nature of the alleged damage:  _____<br>_____<br><br>Identify the date(s) of the alleged damage:<br>_____<br><br> \* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property. ||||
| **Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**<br><br> ☐ Yes      ☐ No     If yes:<br><br>Identify the dates on which you worked as a commercial fisherman:_____<br>_____<br><br>Identify the employer(s) (if any) for which you worked as a commercial fisherman:  _____<br>_____<br><br>Identify the location(s) in which you worked as a commercial fisherman: _____<br>_____ ||||

I state under penalty of perjury that the foregoing is true and correct.  Executed on the following date at the following location:

Date: _____, 2017

Location (City and State): _____

_____
Signature of Plaintiff (*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf*)


_____
Print Name


**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>April 5, 2017</u>.  Service can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steven J. Herman**<br>**Herman, Herman, Katz & Cotlar, LLP**<br>**820 O'Keefe Avenue**<br>**New Orleans, LA 70113** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**