UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *No. 16-13476;* *No. 10-8888, Rec. Doc. 11988* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is Charles A. Boggs' Motion for Exemption from Mandatory Electronic Case Filing. (Rec. Doc. 21605)

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 22nd day of February, 2017.

_____
United States District Judge