UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 16-17466* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Robert N. Clarke's Motion for Exemption from Mandatory Electronic Filing.  (Rec. Doc. 22050).

IT IS ORDERED that the Motion is DENIED.  The requirements of Pretrial Order No. 12 (Amended, Rec. Doc. 18627) apply to Robert N. Clarke.

New Orleans, Louisiana, this 22nd day of February, 2017.

_____
United States District Judge

**Note to Clerk:** Mail a copy of this Order to plaintiff's counsel of record.  Subsequent orders shall be served electronically.