UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

At the request of Soren Gisleson, counsel for plaintiff, the Edward Wisner Donation, and the Joint Venture (by letter filed separately in the record),

**IT IS ORDERED** that the status conference previously set in this matter before me on February 23, 2017, Record Doc. No. 22186, is hereby POSTPONED to be reset, if appropriate, upon the joint request of counsel.

New Orleans, Louisiana, this __22nd__ day of February, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE