

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Adam H. Weintraub[4]
Mikalia M. Kott[5]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[6]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey
  & Pennsylvania
[5] Also Admitted in Colorado
[6] Also Admitted in Alabama

November 2, 2015

*Via Email*
Hon. Joseph C. Wilkinson
500 Poydras Street
Room B409
New Orleans, LA  70130
Marilyn_Mosley@laed.uscourts.gov

Re:  **Edward Wisner Donation v. BP Exploration & Production, Inc.**
     **Civil Action No. 14-1525**

Dear Judge Wilkinson,

As you are aware, a status conference is scheduled in this matter for February 23, 2017 at 2:00pm. The Joint Venture believes that the status conference would not be helpful at this time. The Joint Venture is awaiting a proposal from the Trustee concerning attorney's fees which may or may not come before the scheduled conference but, in any event, the Joint Venture would likely not have enough time to review and respond beforehand.

Further, as the Court is aware, the Joint Venture filed a Motion for Fees that is noticed for hearing on March 8, 2017. The Joint Venture's position is that the hearing date should remain as it is currently scheduled. If any resolution for fees is resolved, we will immediately inform the Court.

Sincerely,

SOREN E. GISLESON, Esq.



cc: Dan Lund, Esq. (via email)