# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010

This Document Relates to:
   **ABL Fabricators LLC**


Docket Number(s)
   **2:13-cv-2234 cjb-ss**


Short Form Joinder Number(s)

MDL No. 2179

SECTION J

JUDGE BARBIER

CHIEF MAGISTRATE
JUDGE WILKINSON

---

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-15-

ABL Fabricators LLC

Diliberto & Kirin, L.L.C.

Case name(s) and docket number(s):

**ABL Fabricators LLC**      **2:13-cv-2234 cjb-ss**

Short Form Joinder number(s) and identifying information:

Respectfully submitted this 2/20/2017 _____.

/s/ *Robert Diliberto*
DocuSigned by:
B08C570E51A44EE...

**Claimant Counsel/Claimant Representative's Counsel**

-16-