IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 |
| | ) ) | SECTION J |
| This Document is Related To: | ) ) | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01286-CJB-SS | ) ) | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR
PLAINTIFFS BIOMARINE TECHNOLOGIES, INC.
AND GULF MARINE INSTITUTE OF TECHNOLOGY**

**NOW INTO COURT**, through undersigned counsel, come BioMarine Technologies, Inc. and Gulf Marine Institute of Technology and who respectfully request that this Honorable Court enter an order enrolling Mario E. de la Garza, Jesus Garcia, Jr., Eric A. Hawley, and Garcia de la Garza, LLP, in substitution for Scott Summy, Mitchell McCrea, and Baron & Budd, P.C.; and Frank M. Petosa and Morgan & Morgan Complex Litigation Group as counsel of record for Gulf Marine Institute of Technology and BioMarine Technologies, Inc.

Dated: January 23rd 2017.

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|
| GARCIA DE LA GARZA, LLP | BARON & BUDD, P.C. |

By: /s/ *Mario E. de la Garza*
Mario E. de la Garza
Attorney-In-Charge
Federal I.D. No. 564456
Texas Bar No. 24040785
mdelagarza@gdtrialattorneys.com
Jesus Garcia, Jr.
Federal I.D. No. 30623
Texas Bar No. 24027389
jgarcia@gdtrialattorneys.com
Eric A. Hawley
Federal I.D. No. 1671591
Texas Bar No. 24074375
ehawley@gdtrialattorneys.com
712 Main Street, Suite 1600
Houston, Texas 77002
Tel.: (713) 228-7425
Fax: (713) 228-7329

ATTORNEYS FOR PLAINTIFFS

By: /s/ *Scott Summy**
Scott Summy
Texas Bar No. 19507500
ssummy@baronbudd.com
Mitchell McCrea
Texas Bar No. 24041435
mmccrea@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
Fax: (214) 521-1181

MORGAN & MORGAN COMPLEX LITIGATION GROUP
Frank M. Petosa, Esq.
Florida Bar No. 972754
fpetosa@forthepeople.com
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Tel.: (954) 318-0268
Fax: (954) 333-3515

ATTORNEYS FOR PLAINTIFFS

*signed by permission*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served, via Electronic File Manager, on all registered ECF users appearing in this case on the 23rd day of January, 2017.

/s/ *Mario E. de la Garza*
Mario E. de la Garza