IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> Section J |
| This Document Relates to:  Civil Action No. 12-970 | * * * | Honorable Carl J. Barbier <br><br> Magistrate Judge Shushan |

**AMENDEDMOTION FOR ENTRY OF ORDER
DEEMING BP CLAIM TO BE TIMELY FILED**

Claimant Identification No. 100325530 ("Claimant"), through undersigned counsel, respectfully files this Motion for Entry of Order Deeming BP Claim to be Timely Filed. For the reasons set forth in the memorandum attached hereto and made part hereof, this motion should be granted. A proposed Order is also attached.

           Respectfully submitted,

           **CONGENI LAW FIRM, LLC**

           BY:   */s/Leo D. Congeni*
              LEO D. CONGENI  (#25626)
              424 Gravier Street
              New Orleans, LA  70130
              Telephone: 504-522-4848
              Facsimile:  914-992-0378
              Email:  leo@congenilawfirm.com

           *Attorney for Claimant No. 100325530*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *Amended Motion for Entry of Order Deeming BP Claim Timely Filed* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of February, 2017.

      */s/ Leo D. Congeni*

      _____
      LEO D. CONGENI