# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | |
|---|---|
| Home | |
| News and Developments | |
| Firm Administration | |
| Download Files | |
| Claimant Activity | |
| Reporting | |
| Notices | |
| Forms | |
| Payments | |
| Change Password / Email | |
| Log Off | |

## Claimant Details

<< Back

### Demographic Information
Edit

- **Claimant ID:** 100325530
- **Name:** _____ (Last) _____ (First) _____ (M.I.) _____ (Suffix)
- **Business Name:** Kiva Construction and Engineering, Inc.
- **EIN:** 72 - 0958440
- **Address 1:** *186 Zimmer Road
- **Address 2:**
- **City:** *Gibson     **State:** *LA
- **Zip Code:** *70356
- **Parish/County:** Terrebonne
- **Country:** *United States of America

### Representation
**Represented By:** Congeni Law Firm, LLC

### Forms
[Registration Form]   [Claim Forms]   [Sworn Written Statements]

### Final Claim Filing Deadline Expired on June 8, 2015
The final deadline to file claims with the Settlement Program was June 8, 2015. Accordingly, we are no longer accepting new claim submissions at this time.

### Documents
Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.
For Seafood and Business Economic Loss Claims, your claim will be reviewed more quickly if you submit any financial data records in Excel format.

[View Documents]   [Upload]

### View Documents

Filter Documents likely associated with: ALL         ☐ Show Excel Files only

| Doc ID | Document Type | Create Date | Page From | Page To | Doc File ID | |
|---|---|---|---|---|---|---|
| 16954391 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 06/03/2015 | 1 | 1 | 21721363 | View |
| 16954429 | Articles of Incorporation/Business Formation Documents | 06/03/2015 | 1 | 11 | 21721394 | View |
| 16954466 | SWS-38 - Claimant Accounting Support Sworn Written Statement | 06/03/2015 | 1 | 3 | 21721426 | View |
| 16954546 | Claims Preparation--Invoices to Claimant | 06/03/2015 | 1 | 2 | 21721499 | View |
| 18296379 | Claimant Accounting Support Invoice | 06/03/2015 | 1 | 2 | 21721499 | View |
| 16954682 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) | 06/03/2015 | 1 | 12 | 21721613 | View |
| 18296464 | Business - Income Report | 06/03/2015 | 3 | 3 | 21721613 | View |
| 18296480 | Business - Labor Expense | 06/03/2015 | 5 | 5 | 21721613 | View |
| 16954758 | 2007 Financial - Income Statements / Profit & Loss | 06/03/2015 | 1 | | 21721688 | View |

**EXHIBIT A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18296524 | 2008 Financial - Income Statements / Profit & Loss | 06/03/2015 | 2 | 2 | 21721688 | View |
| 18296536 | 2009 Financial - Income Statements / Profit & Loss | 06/03/2015 | 3 | 3 | 21721688 | View |
| 18296548 | 2010 Financial - Income Statements / Profit & Loss | 06/03/2015 | 4 | 4 | 21721688 | View |
| 18296559 | 2011 Financial - Income Statements / Profit & Loss | 06/03/2015 | 5 | 5 | 21721688 | View |
| 16954783 | 2007 Federal Corporate Income Return Form 1120 | 06/03/2015 | 1 | 35 | 21721713 | View |
| 18296600 | 2007 Federal Corporate Income Return Form 1120, Schedule E | 06/03/2015 | 5 | 5 | 21721713 | View |
| 18296613 | 2007 Federal Corporate Income Return Form 1120, Schedule K | 06/03/2015 | 6 | 6 | 21721713 | View |
| 16954808 | 2008 Federal Corporate Income Return Form 1120 | 06/03/2015 | 1 | 38 | 21721738 | View |
| 18296661 | 2008 Federal Corporate Income Return Form 1120, Schedule E | 06/03/2015 | 5 | 5 | 21721738 | View |
| 18296682 | 2008 Federal Corporate Income Return Form 1120, Schedule K | 06/03/2015 | 6 | 7 | 21721738 | View |
| 16954824 | 2009 Federal Corporate Income Return Form 1120 | 06/03/2015 | 1 | 36 | 21721753 | View |
| 18296715 | 2009 Federal Corporate Income Return Form 1120, Schedule E | 06/03/2015 | 5 | 5 | 21721753 | View |
| 18296731 | 2009 Federal Corporate Income Return Form 1120, Schedule K | 06/03/2015 | 6 | 7 | 21721753 | View |
| 16954845 | 2010 Federal Corporate Income Return Form 1120 | 06/03/2015 | 1 | 36 | 21721774 | View |
| 18296759 | 2010 Federal Corporate Income Return Form 1120, Schedule E | 06/03/2015 | 5 | 5 | 21721774 | View |
| 18296776 | 2010 Federal Corporate Income Return Form 1120, Schedule K | 06/03/2015 | 6 | 7 | 21721774 | View |
| 16954862 | 2011 Federal Corporate Income Return Form 1120 | 06/03/2015 | 1 | 36 | 21721791 | View |
| 18296836 | 2011 Federal Corporate Income Return Form 1120, Schedule K | 06/03/2015 | 6 | 7 | 21721791 | View |
| 16954910 | Form W-9 | 06/03/2015 | 1 | 1 | 21721836 | View |
| 16954966 | Registration Form | 06/03/2015 | 1 | | 21721889 | View |

**Registration Form Submission Status**
Submitted

**Claim Types**