## Leo Congeni

| | |
|---|---|
| **From:** | Leo Congeni |
| **Sent:** | Tuesday, February 2, 2016 4:05 PM |
| **To:** | 'Geraldine Bowen' |
| **Subject:** | RE: Claimant ID 100325530 - Kiva Construction and Engineering, Inc. |
| **Attachments:** | Claim Detail_Submitted.pdf; CLAIM FORM.pdf |

Ms. Bowen:

The Claim was submitted timely, as evidenced by the June 3, 2015 Claim Detail reflecting the status of the claim as "Submitted." (copy attached)

Nevertheless, to assist with your review, we've resubmitted the paper Claim Form today online – Document ID 18784100. For your convenience, I'm attaching a copy.

The form submitted today should also be treated as timely. Claimants were encouraged to submit Claim Forms online, rather than paper form. Had we delivered the claim in paper form, you could not have denied receipt. We should not be penalized for trying to file in the manner preferred by the Administrator. Further, the June 3, 2015 Claim Detail shows that all of the supporting documentation (29 documents) was timely received by you. The Claim Detail also indicated that the claim had been "Submitted" on June 3, 2015. I printed this Claim Detail on June 3, 2015 and Claimant and others relied on this online representation by the Administrator as assurance that the Claim had been submitted on June 3, 2015.

Please submit the Claim for review immediately and advise of the Administrator's position as soon as possible.

Sincerely, Leo Congeni


From: Geraldine Bowen [mailto:gbowen@dhecc.com]
Sent: Monday, January 11, 2016 9:41 AM
To: Leo Congeni <leo@congenilawfirm.com>
Subject: RE: Claimant ID 100325530 - Kiva Construction and Engineering, Inc.

Good Morning Leo,
After careful review and consideration we have determined that the claim form was not submitted and we are not able to apply Relation Back to this claim.
Thank you,
Gerri




**Geraldine Bowen**
**Deepwater Horizon Claims Center**
DEEPWATER
HORIZON   gbowen@dhecc.com
CLAIMS    Telephone: (804) 214-2839 Ext 4375
CENTER    www.deepwaterhorizoneconomicsettlement.com

1


EXHIBIT C