IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> Section J |
| This Document Relates to:  Civil Action No. 12-970 | * * * | Honorable Carl J. Barbier |
| | * | Magistrate Judge Shushan |

## **ORDER**

Upon considering the *Amended Motion for Entry of Order Deeming BP Claim to be Timely Filed* (the "**Motion**") filed by Claimant No. 100325530,

**IT IS ORDERED** that the **Motion** is **GRANTED**.

**IT IS FURTHER ORDERED** that the claim submitted by Claimant No. 100325530 to the Claims Administrator for the Deepwater Horizon Economic and Property Damage Settlement ("DHEPDS") is deemed timely filed and the Claims Administrator shall process the claim pursuant to the DHEPDS Settlement Agreement.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**Judge Carl J. Barbier**
**United States District Court Judge**