IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * <br> * <br> * <br> * <br> * <br> * <br> * | **MDL NO. 2179** <br><br> **Section J** <br><br> **HONORABLE** <br> **CARL J. BARBIER** |
| **This document relates to Case No. 12-970.** <br> _____ | * <br> * | **MAGISTRATE** <br> **JUDGE WILKENSON** |

**Coastal Business Products; Dan Karpuk Htg. & Cooling; Psychological Medical Solutions; Teel & Waters Realty Compoany; Coastal Brick, LLC: Allen Ray McGinnis; Brandon O. Stewart, PA; and Elzbiata Stinebaugh,**

    Plaintiffs/Petitioners,

**v.**

**Patrick Juneau, Claims Administrator for the Deepwater Horizon Economic Claims Center,**

    Defendant.
_____/

**OBJECTION TO THE REPORT OF THE CLAIMS ADMINISTRATOR**
**[Doc. 22248]**

    Plaintiffs/Petitioners Coastal Business Products, Dan Karpuk Heating & Air, Inc., Psychological Medical Solutions, Teel & Waters Realty Company, Coastal Brick, LLC, Allen Ray McGinnis, Brandon O. Stewart, PA, and Elzbiata Stinebaugh (hereinafter "Petitioners") object to the Report of the Claims Administrator as inadequate and misleading.

    In support of this objection, Petitioners state as follows:

    1.    The Petitioners initiated claims with the Claims Administrator, as follows:

1

| CLAIMANT* | CLAIM # | INITIATED NO LATER THAN |
|---|---|---|
| Coastal Business Products | 100294052 | 7/24/2014 |
| Dan Karpuk Heating & Air, Inc. | 100326752 | 6/05/2015 |
| Psychological Medical Solutions | 100298348 | 6/05/2015 |
| Teel & Waters Realty Company | 100326757 | 6/05/2015 |
| Coastal Brick, LLC | 100296630 | 6/05/2015 |
| Allen Ray McGinnis | 100327287 | 6/08/2015 |
| Brandon O. Stewart, PA | 100326742 | 6/08/2015 |
| Elzbieta Stinebaugh | 100327802 | 6/08/2015 |

*The claim files are attached hereto as Exhibits A-H.*

2.   In initiating these claims, the attorney for Petitioners utilized the claims portal as he had in filing over sixty (60) previous claims; yet, the Claims Administrator has failed to advise Petitioners regarding the status, if any, of their claims.

3.   Petitioners have taken timely action to hold the Claims Administrator accountable and have filed Documents 22042 and 22042-1[1] in an attempt to obtain a mandatory injunction requiring the Claims Administrator to notify Petitioners of the status of their claims and any determination by the Claims Administrator that Petitioners' claims are incomplete.

4.   The Claims Administrator admits that he has a duty to inform Claimants of the basis for denials, the documents that the Claims Administrator deems missing. See, ¶11 of the Report [Doc. 22248].

5.   At pages 12-13 of the Report, the Claims Administrator appears to wrongly represent to the Court that the Claims Administrator is a party to 8,535 Incompleteness Appeals. In fact, because the Claims Administrator has ignored Petitioners' claims completely, Petitioners have been denied the right to appeal the Claims Administrator's determination, if any.

---

[1] Petitioners incorporate these Documents into this Objection.

6.  Petitioners' attorney has attempted to communicate with the Claims Administrator to find out why Petitioners claims are not being processed, but to no avail. Indeed, the very first FAQ on the Claims Administrator's website confirms that "if the Claims Administrator finds that your claim is incomplete for documentation necessary to complete the review of the claim, the Settlement Program will notify you…".

7.  Failure to fully inform the Court of the status of ALL claims makes the Claims Administrator's Report incomplete and, as such, it must be rejected by the Court and a "show cause" order should issue requiring the Claims Administrator to explain the status of Petitioners' claims and any claimants similarly situated, if any.

WHEREFORE, for the reasons set forth above, and considering such other arguments and evidence as may properly come before the Court including the preliminary and permanent injunctions sought in Document 22042, Petitioners respectfully request that the Court rejects the Claims Administrator's Report and enter an order requiring the Claims Administrator and Settlement Program to show cause why they had not adjudicated Petitioners' claims.

/s/ John N.C. Ledbetter
JOHN N.C. LEDBETTER, ESQ.
Ledbetter & Associates, P.L.
4461 Gulfstarr Drive, Suite 102
Destin, FL 32541
led@destinlawgroup.com
850.650.1040

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Counsel for the Claims Administrator by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of February 2017.

/s/ John N.C. Ledbetter