# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § | MDL NO. 2179<br><br>SECTION J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| FRITZ HOLDINGS, LLC | § § | CIVIL ACTION NO. 2:13-cv-00891 |
| Plaintiff, | § § | |
| v. | § § | |
| BP, PLC, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA, INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., and TRANSOCEAN DEEPWATER, INC. | § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, FRITZ HOLDINGS, LLC, through undersigned counsel, voluntarily dismisses with prejudice his action (Cause No. 2:13-cv-00891-CJB-SS in this consolidated matter) against all Defendants named in the complaint that was filed on, or about, April 15,2013. None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all Defendants is not required. Fed.R.Civ.P. 41(a)(1)(A)(i).

        **Respectfully submitted,**

        **WILLIAMSON & RUSNAK**

        */S/ Jimmy Williamson*
        **Jimmy Williamson**
        **Federal ID No. 51896**
        **Texas State Bar No. 21624100**
        **Email: jimmy@JimmyWilliamson.com**

        **Cyndi M. Rusnak**
        **Federal ID No. 24724**
        **Texas State Bar No. 24007964**
        **Email: cyndi@JimmyWilliamson.com**

        **William Dills**
        **Texas State Bar No. 24067421**
        **Federal ID No. 2346498**
        **Email: billy@JimmyWilliamson.com**

        **4310 Yoakum Boulevard**
        **Houston, Texas  77006**
        **713.223.3330 – Telephone**
        **713.223.0001 – Office**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 25, 2017, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

        */s/ Jimmy Williamson*
        **Jimmy Williamson**