UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br> SECTION: J |
| This Documents Relates to: Case No. 2:13-cv-02786 Case No. 2:16-cv-11539 Case No. 2:16-cv-11546 | * * * * | JUDGE BARBIER <br><br> MAGISTRATE JUDGE WILKINSON |

**PLAINTIFFS' EX PARTE MOTION TO VOLUNTARILY WITHDRAW MOTION FOR RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING
THE CLAIMS OF BREATHWIT MARINE CONTRACTORS, LTD. AND BREATHWIT MARINE SHIPYARD, LTD [Rec. Doc. 22074]**

NOW INTO COURT, through the undersigned counsel, comes Plaintiff BREATHWIT MARINE CONTRACTORS, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11539), ("Breathwit Contractors"), Plaintiff BREATHWIT MARINE SHIPYARD, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11546), ("Breathwit Shipyard"), (collectively, "Breathwit"), and file this Motion to Voluntarily Withdraw Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing Breathwit with prejudice, pursuant to Rule 59(e) and Rule 60(b), Fed. R. Civ. P. [Rec. Doc. 22074].

On January 12, 2017, Breathwit filed its Combined Motion for Reconsideration. [Rec. Doc. 22074]. On January 27, 2017, the Court entered a scheduling order on multiple motions requesting reconsideration of the "PTO 60 Reconciliation Order." [Rec. Doc. 22138]. No further order regarding Breathwit's motion has been entered. Breathwit now moves the Court to

1

voluntarily withdraw its Combined Motion for Reconsideration because the issue has been resolved on February 21, 2017.  A proposed order granting the requested relief is attached.

Respectfully submitted on this 23rd day of February, 2017.

**WILLIAMSON & RUSNAK**

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of February, 2017.

DATE: February 23, 2017_____                    */s/ Jimmy Williamson*
                                                  JIMMY WILLIAMSON