## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION:  J** |
| | * | |
| | * | |
| **This Documents Relates to:** | * | **JUDGE BARBIER** |
| Case No. 2:13-cv-02786 | | |
| Case No. 2:16-cv-11539 | * | |
| Case No. 2:16-cv-11546 | | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

## ORDER

Having considered the Motion of Plaintiff BREATHWIT MARINE CONTRACTORS, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11539), ("Breathwit Contractors"), Plaintiff BREATHWIT MARINE SHIPYARD, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11546), ("Breathwit Shipyard"), (collectively, "Breathwit"), to Voluntarily Withdraw its Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing Breathwit with prejudice, pursuant to Rule 59(e) and Rule 60(b), Fed. R. Civ. P., the Court is of the opinion the motion should be granted.

IT IS HEREBY ORDERED that Breathwit's Motion to Voluntarily Withdraw its Combined Motion for Reconsideration, [Rec. Doc. 22074], is GRANTED and Breathwit's Combined Motion for Reconsideration, [Rec. Doc. 22074], is hereby withdrawn.

DATED: _____        By: _____
                                                     United Stated District Judge

1