# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document is Related To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01286-CJB-SS | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Counsel:

IT IS HEREBY ORDERED, that Mario E. de la Garza, Jesus Garcia, Jr., Eric A. Hawley, and Garcia de la Garza, LLP, be and hereby are substituted for Scott Summy, Mitchell McCrea, and Baron & Budd, P.C.; and Frank M. Petosa and Morgan & Morgan Complex Litigation Group as counsel of record for BioMarine Technologies, Inc. and Gulf Marine Institute of Technology.

New Orleans, Louisiana this 23rd day of February, 2017.

_____
United States District Judge