UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| **2:13-cv-01437-CJB-JCW** | JUDGE BARBIER |
| | CHIEF MAGISTRATE JUDGE WILKINSON |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

-2-

Case name(s) and docket number(s):

**T. Duffy Builders, LLC (also known as T.A. Duffy Builders, LLC and formerly known as Benchmark Development, LLC)**

**2:13-cv-01437-CJB-JCW**

Short Form Joinder number(s) and identifying information:

    2:10-md-02179-CJB-SS Document 9471-3 filed 4-22-2013

    Respectfully submitted this 24th day of February, 2017.

    */s/ Peirce A. Hammond II*
    PEIRCE A. HAMMOND II
    HAMMOND LAW FIRM, LLC
    650 Poydras St., Suite 2617
    New Orleans, LA 70130
    Telephone (504) 586-3535
    Facsimile (504) 304-5804
    Email: phammond@hammond-law.com

    ATTORNEY FOR PLAINTIFF(S)