UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>CHIEF MAGISTRATE JUDGE WILKINSON |

**NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE**

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

| Docket Number | Claimant |
|---|---|
| 2:16-cv-05926-CJB-JCW | RCR Cars, Inc. |
| 2:16-cv-05930-CJB-JCW | Bay Palms Waterfront Resort, Inc. |

-2-

| | |
|---|---|
| 2:16-cv-05939-CJB-JCW | Roger Randall |
| 2:16-cv-05928-CJB-JCW | Bayview Plaza Inc. |
| 2:16-cv-06316-CJB-JCW | Beach Buns & Burgers, LLC |
| 2:16-cv-05956-CJB-JCW | Central Music, Inc. |
| 2:13-cv-02791-CJB-JCW | DRIFTWOOD INN, INC., |
| 2:16-cv-06281-CJB-JCW | GTE St. Pete Beach, LLC |
| 2:16-cv-06242-CJB-JCW | GVW Development, LLC |
| 2:16-cv-05957-CJB-JCW | Orange Beach Partners, LLC |
| 2:16-cv-05929-CJB-JCW | Plaza Beach Motel, Inc. |
| 2:16-cv-05938-CJB-JCW | Property 7081, Inc. |
| 2:16-cv-06067-CJB-JCW | Royal Splash, LLC |
| 2:16-cv-6279-CJB-JCW | The Boulevard Group, LLC |

Respectfully submitted this 27th day of February, 2017.

/s/ Caroline Adams

Attorney Name: Caroline Adams
Attorney Address: The Buzbee Law Firm
600 Travis, Suite 7300
Houston, Texas 77002

ATTORNEY FOR PLAINTIFF(S)