# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| Claimant ID: 100187856 </br> Requesting Party </br> vs. </br> BP Exploration & Production, Inc. et al </br> Objecting Party | ) ) ) ) ) ) ) ) ) ) | 2:17-cv-00673-CJB-JCW |

## NOTICE OF APPEAL

Notice is hereby given that Claimant ID: 100187856, a requesting party in the above-referenced case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Denial of Request for Discretionary Court Review entered in this action on February 7, 2017, as well as both the Claim's Administrator's Post-Reconsideration Denial Notice determination on June 27, 2016 (Doc ID 19582180), and the Appeal Panel Decision filed on September 12, 2016 (Doc ID 19881161).

Date:  February 28, 2017               Respectfully Submitted,

/s/ Jason J. Joy
*** Electronically Signed**
Jason J. Joy
**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, TX 77002
Jason@JasonJoyLaw.com
(713) 221-6500

**ATTORNEY FOR CLAIMANT ID: 100187856, APPELLANT**

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and File & ServeXpress on this ____ day of _____, 2017.

/s/ Jason J. Joy
**JASON J. JOY & ASSOCIATES, PLLC**