EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES A. BOGGS | * | CIVIL ACTION NO.: 2:16-CV-13476 |
| VERSUS | * | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * *

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS**