# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Multiple Parties** | MAGISTRATE JUDGE SHUSHAN |
| Docket Number(s): | |
| **2:12-cv-00970-CJB-JCW** **2:13-cv-0097-CJB-JCW** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the actions and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiffs for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

-2-

Case name(s) and docket number(s):

**2:12-cv-00970-CJB-JCW**

**2:13-cv-0097-CJB-JCW**

| No. | Claimant |
|---|---|
| 1 | C. Darren Crosby |
| 2 | Alys Beach Pools LLC |
| 3 | Alys Beach Resorts LLC |
| 4 | EGCD Construction, LLC |
| 5 | Diane Sullivan |
| 6 | The Salas Children Trust |
| 7 | Alys H5 Real Estate, LLC |
| 8 | Pandion Limited, LLC |
| 9 | Donna Jill McKenzie |
| 10 | Donna McKenzie |
| 11 | Elizabeth McCollum |
| 12 | Kyle Bollman |
| 13 | Mark Shilling |
| 14 | Mark Shilling |
| 15 | Adam H. Strange |
| 16 | Alice R. Laurendine |
| 17 | Amy C. Goodson |
| 18 | Arkon Group, Inc. |
| 19 | Austin Park II, LLC |
| 20 | Beverly Bollman |
| 21 | Blake T. Smith |
| 22 | Blue View, LLC |
| 23 | Bradley Goodson |
| 24 | Carlos Wilkinson |

| | |
|---|---|
| 25 | Carmen Quinones-Skrien |
| 26 | Charles Bollman |
| 27 | Cheryl Crane |
| 28 | Chris Diamantis |
| 29 | Churchill II, LLC |
| 30 | David Brewer |
| 31 | David Sullivan |
| 32 | Debora L. Emerick |
| 33 | Deborah T. Stewart |
| 34 | Donald Doherty |
| 35 | Douglas and Michelle Berlin Family Limited Partnership |
| 36 | Douglas E. Berlin Family Limtied Partnership |
| 37 | Dudley W. Lee |
| 38 | Edward J. Love |
| 39 | Edward Richard Phillips |
| 40 | Erik Vogt |
| 41 | Floyd McCollum Jr. |
| 42 | Fred Teale |
| 43 | Gene L. Dongieux |
| 44 | Grayton Partners, LLC |
| 45 | Hollee Bollman |
| 46 | Hugh Sanderford Jr. |
| 47 | Incontro I, LLC |
| 48 | Jack J. Emerick |
| 49 | Jacqueline Brown |
| 50 | Jacquelyn C. Love |
| 51 | James B. Cummings |
| 52 | James C. Stewart |
| 53 | Jane E. Shilling |
| 54 | Jane F. Doherty |

| | |
|---|---|
| 55 | Janet M. Hutchinson |
| 56 | Jason Comer |
| 57 | Jawof Serenity at Dune Allen, LLC |
| 58 | Jeffrey Cappo |
| 59 | Jeffrey S. Bowers |
| 60 | Jennifer Johnson |
| 61 | Joan Ragsdale |
| 62 | John D. Sullivan |
| 63 | John P. Willis |
| 64 | John T. Cooper |
| 65 | Jon Thomas |
| 66 | Joni Hope Rim |
| 67 | Josephine Brewer |
| 68 | Katherine Phillips |
| 69 | Kurt E. Meyer |
| 70 | Kyle Bollman |
| 71 | Lake Partners, LLC |
| 72 | Larry J. Hutchinson |
| 73 | Latitude 30 LLC |
| 74 | Lisa M. Crosby |
| 75 | Louise Sewell |
| 76 | Marianne Khoury |
| 77 | Mark A. Brooks |
| 78 | Mark B. Dodson |
| 79 | Mark C. Phillips |
| 80 | Martha Wilkinson |
| 81 | Michael Martz |
| 82 | Michelle Berlin |
| 83 | Michelle McGuire Berlin |
| 84 | Myron Palmer |

| | |
|---|---|
| 85 | New Orchard Group, LLC |
| 86 | New Orchard Real Estate Services, LLC |
| 87 | New Providence Investments Company LLC |
| 88 | Oak Grove Investments LLC |
| 89 | Patsy Thomas |
| 90 | Peter J. Howard |
| 91 | Philip Crane |
| 92 | Phillip Johnson |
| 93 | Rhonda Martz |
| 94 | Rhonda W. Bertolet |
| 95 | Robert Bertolet |
| 96 | Robert Brown Jr. |
| 97 | Ronald E. Johnson |
| 98 | Scott Skrien |
| 99 | Sean Coleman |
| 100 | Seaside Land & Development Company |
| 101 | Seleta Hayes Howard |
| 102 | Sheila Sanderford |
| 103 | Shelley Steuer Freeman |
| 104 | Shirlene M. Brooks |
| 105 | SMC Properties, LLC |
| 106 | Stephen E. McKenzie |
| 107 | Stephen McKenzie |
| 108 | Steven Copeland |
| 109 | Stuart C. McWhorter |
| 110 | Susan Teale |
| 111 | Teresa Palmer |
| 112 | The Paragon Group, Inc. |
| 113 | Thomas F. Paoletti |
| 114 | Timothy R. Roberson |

| | |
|---|---|
| 115 | Timothy Watford |
| 116 | Todd Bertolet |
| 117 | Tracy C. Paoletti |
| 118 | Viginia Keller-Delmonte |
| 119 | Vincent Carrol |
| 120 | W III & H Limited Partnership |
| 121 | WDC Holdings IV, LLC |
| 122 | Western Lake, LLC |
| 123 | William Kizer |
| 124 | Wiregrass 28, LLC |
| 125 | Yvonne Bertolet |
| 126 | Dean Trevelino |
| 127 | Elizabeth Carrol |
| 128 | Kenneth H. Laurendine |

Respectfully submitted this 1st day of March, 2017.

/s/ *[signature]*

Attorney Name: Camilo K. Salas III (La. Bar 11657)
Attorney Address: 650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130

ATTORNEY FOR PLAINTIFF(S)