# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Multiple. See Enclosed.** | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number(s): | |
| **Multiple. See Enclosed.** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

| | |
|---|---|
| 2:-13-cv-02033-CJB-JCW;<br>2:16-cv-11519-CJB-JCW | Chapel Hill, LLC |
| 2:13-cv-01069-CJB-JCW | Trapani's Eatery, Inc. |
| 2:13-cv-01863-CJB-JCW | Toucan's Grill, LLC |
| 2:13-cv-02786-CJB-JCW;<br>2:16-cv-11539-CJB-JCW | Breathwit Marine Contractors, Ltd. |
| 2:13-cv-02786-CJB-JCW;<br>2:16-cv-11546-CJB-JCW | Breathwit Marine Shipyard, Ltd. |
| 2:13-cv-02033-CJB-JCW<br>2:16-cv-11711-CJB-JCW | Pearlington Clay Port, LLC |
| 2:13-cv-02033-CJB-JCW;<br>2:16-cv-11641-CJB-JCW | Coastal Mining & Marine, LLC |
| 2:13-cv-02033-CJB-JCW;<br>2:16-cv-11707-CJB-JCW | Pearlington Clay, LLC |

Respectfully submitted this 2nd day of March, 2017.

/s/ William Dills

William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
Jimmy Williamson
Texas State Bar No. 21624100
Email:  jimmy@jimmywilliamson.com
Cyndi M. Rusnak
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

ATTORNEYS FOR PLAINTIFF(S)