UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: Oil spill by the Oil Rig "Deepwater  *    MDL, No. 2179
Horizon in the Gulf of Mexico, on          *
April 20, 2010                                        *    Section J
                                                 *
                                                         Judge Barbier
                                                         Magistrate Judge Wilkinson

## MOTION TO ENROLL AS COUNSEL OF RECORD

Now into court come Southern Pines Apartments, LLC, Whispering Pines Apartments, LLC and Richard Shindler who request that this court enter an order Allowing Al M. Thompson, Jr. to enroll as counsel of record for them in this matter. Wherefore, it is prayed that Al M. Thompson, Jr. be allowed to enroll as counsel of record for Southern Pines Apartments, LLC, Whispering Pines Apartments, LLC and Richard Shindler.

_____
Al M. Thompson, Jr. (17169)
365 Canal St. Suite 2960
New Orleans, LA. 70130
(504)588-2171  Fax (888-594-7717)
athompson@amtlaw.net