UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: Oil spill by the Oil Rig "Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL, No. 2179<br><br>Section J<br><br>Judge Barbier<br>Magistrate Judge Wilkinson |

## ORDER

CONSIDERING the Plaintiff's Motion to enroll as counsel of record;

It is hereby Ordered that the Motion is granted. Al M. Thompson, Jr. is enrolled as counsel of record for Southern Pines Apartments, LLC, Whispering Pines Apartments, LLC and Richard Shindler.

New Orleans, Louisiana this ____ day of _____, 2017.

_____
Hon. Carl Barbier, Judge