IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 15-30377

———————————

In re: DEEPWATER HORIZON
———————————————

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

———————————

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

———————————

O R D E R:

    IT IS ORDERED that the appellants' unopposed motion to supplement the record with a clean version of Policy 495 is GRANTED.

                /s/ Lyle W. Cayce
                LYLE W. CAYCE
                CLERK OF COURT

      ENTERED AT THE DIRECTION OF THE COURT