# United States Court of Appeals
## for the Fifth Circuit

---

No. 15-30377

---

## IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

*Plaintiffs - Appellants*

v.

BP EXPLORATION & PRODUCTION, INCORPORATED;
BP AMERICA PRODUCTION COMPANY; BP P.L.C

*Defendants – Appellees.*

---

On Appeal from the U.S. District Court for the Eastern District of Louisiana
MDL No. 2179, Civ. Action No. 12-970

---

### UNOPPOSED MOTION TO SUPPLEMENT RECORD

---

STEPHEN J. HERMAN, ESQ.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
*Co-Lead Class Counsel*

JAMES PARKERSON ROY, ESQ.
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
*Co-Lead Class Counsel*

SAMUEL ISSACHAROFF, ESQ.
40 Washington Square, S., Suite 411J
New York, NY 10012
Telephone: (212) 998-6580
*Appeal Counsel for the Class*

NOW INTO COURT comes Appellant Class Counsel on behalf of the Deepwater Horizon Economic & Property Damages Settlement class who move the Court for an Order to supplement the record with a clean version of Policy 495. Mover avers as follows:

1. The central dispute in this appeal concerns the interpretation and implementation of "Policy 495" – an administrative policy created by the Court Supervised Settlement Program's Claims Administrator.

2. The version of Policy 495 that is in the Record and included in Appellant's Record Excerpts as R.E. 4 contains numerous formatting irregularities that may cause distraction with the Court. That version was included because it was the version submitted to the District Court by the Claims Administrator. (The version in Appellant's Record Excerpts is attached as Exhibit "A".)

3. A clean version of Policy 495, attached as Exhibit "B", should be allowed to be supplemented into the record. The clean version is easier to follow and is an accurate version of the policy already in the record. Supplementation is required because the clean version of Policy 495 is not in the record.

4. Counsel for Appellees has been contacted and does not oppose this motion.

This 22nd day of <u>July</u>, <u>2015</u>.

Respectfully submitted,

| | |
|---|---|
|   /s/ Stephen J. Herman<br>Stephen J. Herman<br>HERMAN, HERMAN & KATZ LLC<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024<br>E-Mail: sherman@hhklawfirm.com<br>*Co-Lead Class Counsel* |   /s/ James Parkerson Roy<br>James Parkerson Roy<br>DOMENGEAUX, WRIGHT, ROY, &<br>EDWARDS LLC<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796<br>E-Mail: jimr@wrightroy.com<br>*Co-Lead Class Counsel*<br><br>Samuel Issacharoff<br>40 Washington Square, S., Suite 411J<br>New York, NY 10012<br>Telephone: (212) 998-6580<br>E-Mail: si13@nyu.edu<br>*Appeal Counsel for the Class* |

**ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL**

Bian H. Barr
LEVIN, PAPANTONIO
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW Denham
Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU &
SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Joseph F. Rice
MOTTLEY RICE
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

# CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing Unopposed Motion to Supplement Record, will be filed electronically on February 22nd, 2017, and will thereby be served electronically on all appeal counsel through the Clerk's Notice of Docketing Activity.  A courtesy copy of the brief will also be served on BP Appeal Counsel *via* e-mail, and the brief will further be served on all counsel of record in MDL No. 2179 *via* Lexis-Nexis File & Serve pursuant to Pre-Trial Order No. 12.

/s/ Stephen J. Herman and James Parkerson Roy
*Co-Lead Class Counsel, for Appellants*