# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 01, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 15-30377    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The court has granted the motion to supplement the record in this case.

Due to the time sensitive nature, the district court is requested to add the attached documents to their court's docket and to provide us with a supplemental electronic record, **by Friday, March 3, 2017.**

Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. William W. Blevins
Mr. George Howard Brown
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. Theodore B. Olson
Mr. James Parkerson Roy
Mr. Amir Cameron Tayrani