UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This Documents Relates to: Case No. 2:13-cv-02786 Case No. 2:16-cv-11539 Case No. 2:16-cv-11546 | * * * * | JUDGE BARBIER  MAGISTRATE JUDGE WILKINSON |

ORDER

Having considered the Motion of Plaintiff BREATHWIT MARINE CONTRACTORS, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11539), ("Breathwit Contractors"), Plaintiff BREATHWIT MARINE SHIPYARD, LTD., (Plaintiff in Cases 2:13-cv-02786 and 2:16-cv-11546), ("Breathwit Shipyard"), (collectively, "Breathwit"), to Voluntarily Withdraw its Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing Breathwit with prejudice, pursuant to Rule 59(e) and Rule 60(b), Fed. R. Civ. P., the Court is of the opinion the motion should be granted.

IT IS HEREBY ORDERED that Breathwit's Motion to Voluntarily Withdraw its Combined Motion for Reconsideration, [Rec. Doc. 22312], is GRANTED and Breathwit's Combined Motion for Reconsideration, [Rec. Doc. 22074], is hereby withdrawn.

New Orleans, Louisiana this 3rd day of March, 2017.

_____
United States District Judge