UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**See Enclosed List.** | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>CHIEF MAGISTRATE JUDGE WILKINSON |

### NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

| DOCKET NUMBER | CLAIMANT |
|---|---|
| 2:16-cv-06556-CJB-JCW | Dive One, Inc. dba Scuba West |
| 2:16-cv-06426-CJB-JCW | Alset Personnel, Inc. |

-2-

| | |
|---|---|
| 2:16-cv-06565-CJB-JCW | PLAISANCE CABINETS, INC. |
| 2:13-cv-06009-CJB-JCW; 2:16-cv-06441-CJB-JCW | Roberto Benitez |
| 2:16-cv-06653-CJB-JCW | Sea-Tech Services |
| 2:16-cv-06474-CJB-JCW | Solomon Vereen & Company Univeral Concessions |
| 2:16-cv-06883-CJB-JCW | WANT ADS OF PENSACOLA, INC |
| 2:16-cv-05833-CJB-JCW | Bandywood Gulf, LP |
| 2:16-cv-06084-CJB-JCW | Beach Dunes of Panama City Beach, LLC |
| 2:16-cv-06734-CJB-JCW | BILLY BYCHURCH |
| 2:16-cv-06607-CJB-JCW | Billy Williams Trucking, LLC |
| 2:16-cv-07136-CJB-JCW | Black Knight Trust, LLC Black Knight Funding, LLC |
| 2:16-cv-05878-CJB-JCW | Brentstone Partners, LP |
| 2:16-cv-06333-CJB-JCW | Bungalows at Sanctuary Beach, LLC |
| 2:16-cv-07054-CJB-JCW | Cannon Painting Inc. |
| 2:13-cv-05367-CJB-SS; 2:16-cv-06216-CJB-JCW | Coast Products, LLC |
| 2:10-cv-02771-CJB-JCW; 2:16-cv-06518-CJB-JCW | Cool Fish Seafood Market |
| 2:16-cv-05954-CJB-JCW | Custom Vacations Inc DBA Custom Yacht Charters |
| 2:13-cv-06009-CJB-JCW; 2:16-cv-06437-CJB-JCW | Cynthia Campo |
| 2:16-cv-06329-CJB-JCW | Daniel K. Chang |
| 2:16-cv-05971-CJB-JCW | Direct USA, Inc. |
| 2:16-cv-06870-CJB-JCW | DIVE AND RESCUE EDUCATORS INC. |
| 2:16-cv-06478-CJB-JCW | Emerald Coast of Delaware, Inc. dba Emerald Coast, Inc. Tune-Ups-N-Such |
| 2:16-cv-06946-CJB-JCW | Florida Native Seafood |
| 2:16-cv-06662-CJB-JCW | Green Steel USA Thomas Construction |
| 2:16-cv-07137-CJB-JCW | JFK Holdings, LLC |
| 2:23-cv-05367-CJB-JCW; 2:16-cv-06303-CJB-JCW | John Lawrence Ruth |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS; 2:16-cv-07048-CJB-JCW | Joseph V. Gauci |

| | |
|---|---|
| 2:13-cv-05367-CJB-SS;<br>2:16-cv-06216-CJB-JCW | Laurcon Capital LP |
| 2:16-cv-05931-CJB-JCW | Liberty I, LLC |
| 2:13-cv-05367-CJB-JCW;<br>2:16-cv-06238-CJB-JCW | Megamela, LLC WD Developers, LLC |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS | Michael Yoder |
| 2:13-cv-01857-CJB-JCW | Oyster Bay Development, LLC |
| 2:16-cv-07140-CJB-JCW | Rosemary Sound, LLC |
| 2:16-cv-06809-CJB-JCW | Scott Kurzawinski |
| 2:13-cv-06009-CJB-JCW;<br>2:16-cv-06475-CJB-JCW | Simon Moran |
| 2:16-cv-06333-CJB-JCW | St. Joe Beach Property, LLC |
| 2:16-cv-06678-CJB-JCW | Sun World, Inc. |
| 2:16-cv-06325-CJB-JCW | Sungold, LLC |
| 2:16-cv-05970-CJB-JCW | Tampa Bay Saltwater, Inc. |
| 2:16-cv-05903-CJB-JCW | Venus World, LLC |
| 2:13-cv-05367-CJB-JCW;<br>2:16-cv-06238-CJB-JCW | WD DEVELOPERS, LLC |
| 2:16-cv-06287-CJB-JCW | Yra Chaves |
| 2:16-cv-06329-CJB-JCW | Avery Investments, LLC |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:16-cv-07048-CJB-JCW | Gauci's Custom Building and Developing LLC |
| 2:16-cv-06329-CJB-JCW | Hilltop Investments, LLC |
| 2:16-cv-06329-CJB-JCW | Julia Chang |
| 2:16-cv-06329-CJB-JCW | Julvana, LLC |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:16-cv-07048-CJB-JCW | Karen Gauci |
| 2:16-cv-06329-CJB-JCW | Magnolia Professional Center, LLC |
| 2:16-cv-06329-CJB-JCW | Old Spanish Farm, LLC |
| 2:13-cv-06009-CJB-SS;<br>2:13-cv-06010-CJB-SS;<br>2:16-cv-07048-CJB-JCW | Winter Garden Italian American Bistro LLC |

-4-

Respectfully submitted this 3rd day of March, 2017.

/s/ _____

Attorney Name: Brent Coon
Attorney Address:

ATTORNEY FOR PLAINTIFF(S)