# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | **MDL NO. 2179** |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **MAG. JUDGE WILKINSON** |
| **10-md-02179 and 17-cv-01473** | * | |
| | * | |

**********************************************

## *EX PARTE* MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Baldwin Haspel Burke & Mayer, LLC, counsel for various claimants in the referenced multi-district litigation, and hereby represents that Paul N. Vance (Bar #13007) and Scott L. Sternberg (Bar #33390) are no longer with the firm of Baldwin Haspel Burke & Mayer, LLC.  Mover therefore requests that this Honorable Court substitute Brodie G. Glenn (Bar #33152) of the law firm of Baldwin Haspel Burke & Mayer, LLC, in place of Paul N. Vance and Scott L. Sternberg as counsel of record in this matter.

Respectfully submitted:

BALDWIN HASPEL BURKE & MAYER, L.L.C.

_s/ Brodie G. Glenn_
BRODIE G. GLENN (Bar #33152)
1100 Poydras Street
Suite 3600
New Orleans, LA 70163
Telephone: (504) 569-2900
Fax: (504) 569-2099
*Counsel for Claimants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 7, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


_s/ Brodie G. Glenn_