UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| 10-md-02179 and 17-cv-01473 | * * | |

******************************************

## ORDER

Considering the foregoing Ex Parte Motion to Substitute Counsel of Record filed herein,

**IT IS ORDERED** that said Motion be and it is hereby **GRANTED,** and Brodie G. Glenn (Bar #33152) is hereby substituted for Paul N. Vance and Scott L. Sternberg as counsel of record for claimants.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

{B1227265.1}                                                     1