UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL. No. 2179<br><br>Section J |
| Applies to 12-790<br>Harris Builders, L.L.C.<br>vs. BP Exploration and Production, Inc., et al.<br>AND<br>No. 15-3726; Claim ID #323735<br>CLAIMANT ID 100297218 | JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON<br><br>2-10-md-21679 |

## NOTICE OF APPEAL

Please take notice that claimant, Harris Builders, L.L.C., BP Claimant ID 100297218 Claim ID 323735, appearing through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Judgment of February 9, 2017 denying discretionary review and permitting the Appeal Panel's decision to stand as the Settlement Program's final determination of the claims of Harris Builders, L.L.C. and from any and all other adverse interlocutory decisions that may have been rendered either in the United States District Court or in the Appeal Panel or in any other administrative or other proceeding.

                                            Law Offices of Richard House, LLC
                                            W. Richard House, Esq.

                                            rhouse@rhouselaw.com
                                            Attorney for Harris Builders, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading been served upon all counsel of record via the Court's electronic file and serve system, alternative electronic transmission and/or by placing a copy of same in the U.S. Mail, postage prepaid, this 7th day of March, 2017.

                                     /s/ *Richard House*
                                     Richard House