UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Multiple. See Enclosed.** | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number(s): | |
| **Multiple. See Enclosed.** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

| Docket Number | Claimant Name |
|---|---|
| 2:16-cv-04239-CJB-JCW | Rec Resource, LLC |
| 2:12-cv-01483-CJB-JCW; 2:16-cv-04226-CJB-JCW | W. Byron Curtis Jr. |
| 2:16-cv-04232-CJB-JCW | Barry A. Curtis |
| 2:12-cv-01483-CJB-JCW; 2:16-cv-04221-CJB-JCW | Genevieve W. Curtis |
| 2:16-cv-04229-CJB-JCW | Lisa Margaret Curtis |
| 2:16-cv-04215-CJB-JCW | David Merrill Boggs |
| 2:16-cv-04217-CJB-JCW | Martha Ann Curtis |
| 2:16-cv-04884-CJB-JCW | Carolyn Herrera |
| 2:13-cv-05371-CJB-JCW; 2:16-cv-04598-CJB-JCW | Stephen Picou |
| 2:16-cv-04818-CJB-JCW | Rigs, Reefs & Wrecks, Inc. |
| 2:12-cv-02194-CJB-JCW; 2:16-cv-04555-CJB-JCW | Hi-Liner Fishing Gear and Tackle, Inc. |
| 2:16-cv-03863-CJB-JCW | BEACH WORKS, INC. |
| 2:13-cv-05371 | QS Key West Alo, LLC |
| 2:13-cv-05371 | Beauty Gems Jewelry, Inc. d/b/a Pacific Jewelry |
| 2:12-cv-01484 | Martin and Sandra Hasek |
| 2:12-cv-01484 | Patrick Kreis d/b/a Alphaco Marine Construction |
| 2:13-cv-05371 | Don Cubbidge |
| 2:12-cv-01484 | Smok'n Butts, LLC |
| 2:12-cv-01484 | Russ Lake Apartments Limited Partnership |

Respectfully submitted this 9th day of March, 2017.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN, P.A.

        By: /s/    Kelley B. Stewart

Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Jesse S. Fulton, Esquire
    Florida Bar Number:  112495
    jfulton@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
    Louisiana Bar Number:  23314
    mstag@smithstag.com
Merritt E. Cunningham
    Louisiana Bar Number:  32843
    mcunningham@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone

(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

ATTORNEY FOR PLAINTIFF(S)