UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SERGIO ALVARADO and EILEEN GONZALEZ** | * <br> * <br> *  CIVIL ACTION NO. 2:13-CV-01778 <br> * |
| Plaintiffs, | *  SECTION: J <br> * |
| vs. | *  JUDGE: BARBIER <br> * <br> *   MAG. JUDGE: WILKINSON |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Halliburton Energy Services, Inc.; Sperry Drilling Services, a division of Halliburton Energy Services, Inc.; M-I, LLC; Cameron International Corporation f/k/a Cooper-Cameron Corporation; Anadarko Petroleum Corporation, Anadarko E&P Company LP; MOEX Offshore 2007 LLC; MOEX USA Corporation; Mitsui Oil Exploration Co., LTD | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * *

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS

**NOW COME PLAINTIFFS,** Sergio Alvarado and his wife, Eileen Gonzalez ("Plaintiffs"), through their undersigned counsel, who file herein Exhibit "A," executed Sworn Statement, as well as supporting documents,[1] pursuant to Pre-Trial Order No. 63, relating to *In re: Oil Spill Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, Civil Action No. 10-MD-2179-CJB-SS.

---

[1] Plaintiffs elect to serve this documentation via U.S. Mail, pursuant to Pre-Trial Order No. 63.

<u>March 10, 2017</u>

                                          Respectfully Submitted,

                                          <u>/s/ Douglas M. Schmidt</u>
                                          Douglas M. Schmidt (Bar No. 11789)
                                          Douglas M. Schmidt, APLC
                                          335 City Park Avenue
                                          New Orleans, LA 70116
                                          Telephone No.: (504) 482-5711
                                          Facsimile No.:  (504) 482-5755
                                          ***Attorneys for Plaintiffs, Sergio Alvarado & Eileen Gonzalez***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Filing of Sworn Statement for Disclosure of B3 Claims* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of March, 2017.

I further certify that the referenced supporting documentation in *Filing of Sworn Statement for Disclosure of B3 Claims* has been served via U.S. Mail in accordance with Pre-Trial Order No. 63 on this 10th day of March, 2017.

                                          <u>/s/ Douglas M. Schmidt</u>