## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  **Oil Spill by the Oil Rig "Deepwater Horizon"**   **MDL NO. 2179**
        **in the Gulf of Mexico on April 20, 2010**

                                                      **SECTION J**

**Applies to:**

                                                      **JUDGE BARBIER**
**Civil Action No.: 2:13-cv-00248**                   **MAG. JUDGE WILKINSON**

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff, RUSSELL
BERTRAND, who moves this Honorable Court to enroll JOSEPH F. GAAR, JR. and JASON M.
WELBORN, Attorneys at Law, as additional counsel of record, in the above case, with their mailing
address being 617 S. Buchanan Street (70501), P.O. Box 2053, Lafayette, Louisiana 70502;
telephone number (337) 233-3185; facsimile (337) 233-0690 and email address:
joseph@gaarlaw.com and jason@gaarlaw.com.

Respectfully submitted:

BY:    s/D.C. Panagiotis
       D.C. PANAGIOTIS (#15032)
       The Panagiotis Firm
       1540 W. Pinhook Rd.
       Lafayette, LA 70503
       (337) 264-1516
       Dan@panalaw.com

BY:    /s/ Joseph F. Gaar, Jr.
       JOSEPH F. GAAR, JR. # 16927
       JASON M. WELBORN # 26548
       Joseph F. Gaar, Jr., APLC
       Attorneys at Law
       617 S. Buchanan Street
       Lafayette, Louisiana 70501
       (337) 233-3185
       joseph@gaarlaw.com
       jason@gaarlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of March, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Joseph F. Gaar, Jr.
JOSEPH F. GAAR, JR.