UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

Applies to:

Civil Action No.: 2:13-cv-00248

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAG. JUDGE WILKINSON

## ORDER

IT IS HEREBY ORDERED, that JOSEPH F. GAAR, JR. and JASON M. WELBORN, Attorneys at Law, be and are hereby enrolled as additional counsel of record for plaintiff, Russell Bertrand, in the above captioned matter.

Lafayette, Louisiana this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE