## EDWARD WISNER DONATION ADVISORY COMMITTEE

### RESOLUTION

At the February Special Meeting of the EDWARD WISNER DONATION ADVISORY COMMITTEE (the "Committee") held on February 7, 2017, at which at least a quorum of the Committee Members was present and acting throughout on a motion, duly made, seconded and carried, the following resolution was adopted:

**WHEREAS**, on October 17, 2012, the Trustee of the Edward Wisner Donation, ("Wisner Donation") signed a Retainer Agreement/Contingency Fee Agreement ("Agreement") to engage a Joint Venture of Attorneys ("JV Attorneys), consisting of the firms Herman, Herman and Katz, LLC; Domengeaux, Wright, Roy & Edwards, LLC; Fayard & Honeycutt; the Law Offices of Fred Heramn; and Leger & Shaw to represent against BP Exploration & Production, Inc. ("BP") in all matters concerning the BP Deepwater Horizon Oil Spill on the Wisner Donation's property.

**WHEREAS**, on June 6, 2016, Wisner Donation and BP settled their litigation out of court and the first settlement payment was made to the Wisner Donation on October 4, 2016;

**WHEREAS**, concerns have been raised by a minority of the beneficiaries, in litigation captioned *Waltzer, Wiygul & Garside v. Edward Wisner Donation: Through its Trustee: Mayor Mitch Landrieu Acting on Behalf of the City of New Orleans and Edward Wisner Donation v. BP Exploration & Production, Inc.*, regarding the calculation of the attorney's fees to be paid under the Agreement;

**WHEREAS**, the amount of costs incurred by the JV Attorneys and to be reimbursed by the Wisner Donation is not in dispute by the Committee;

**WHEREAS**, the Committee agrees that attorneys' fees should be paid over the life of the settlement;

**WHEREAS**, a motion was made by Rhonda Green, seconded by William Peneguy to allow the following:

**BE IT RESOLVED** by the Edward Wisner Donation Advisory Committee: that the Court in *Waltzer, Wiygul & Garside v. Edward Wisner Donation: Through its Trustee: Mayor Mitch Landrieu Acting on Behalf of the City of New Orleans and Edward Wisner Donation v. BP Exploration & Production, Inc.* is authorized to allow the JV Attorneys to withdraw from the registry of the Court costs in amount of $909,024.49 today.

**BE IT FURTHER RESOLVED** by agreement of the Edward Wisner Donation Advisory Committee to pay the attorneys' fees as they are received over the life of the settlement.

The above resolution was read in full by the Committee Chairman, voted on by the Committee, adopted with no opposition and no abstentions.

### CERTIFICATE

I, the undersigned Secretary Treasurer/Land Manager of the EDWARD WISNER DONATION ADVISORY COMMITTEE, hereby certify that the above is a true, full, complete and correct copy of the resolution unanimously adopted, by vote of the EDWARD WISNER DONATION ADVISORY COMMITTEE held on February 7, 2017, in accordance with the Bylaws of the Committee dated April 29, 2003. The resolution is duly entered into the minutes of said meeting, and is now in full force and effect and has not been amended, changed, modified, rescinded, or repealed in any way.

WITNESS MY SIGNATURE, this 7, day of February 2017.

SECRETARY TREASURER/LAND MANAGER

EXHIBIT B