2. In consideration of the payment of a total of **$30,000,000** from BPXP, to be paid in portions in accordance with the payment schedule set forth in the table below, and any previous payments Claimant has received in respect of Released Claims, Claimant hereby releases and covenants not to sue BPXP, all other BP Entities, and all other Released Parties from and for any and all Released Claims that Claimant may have or purport to have.

| Date | Payment Amount |
| --- | --- |
| October 1, 2016 | $5,000,000 |
| October 1, 2017 | $5,000,000 |
| October 1, 2018 | $1,500,000 |
| October 1, 2019 | $1500,000 |
| October 1, 2020 | $1,500,000 |
| October 1, 2021 | $1,000,000 |
| October 1, 2022 | $1,000,000 |
| October 1, 2023 | $1,000,000 |
| October 1, 2024 | $1,000,000 |
| October 1, 2025 | $1,000,000 |
| October 1, 2026 | $1,000,000 |
| October 1, 2027 | $1,000,000 |
| October 1, 2028 | $1,000,000 |
| October 1, 2029 | $1,000,000 |
| October 1, 2030 | $1,000,000 |
| October 1, 2031 | $1,000,000 |
| October 1, 2032 | $1,000,000 |
| October 1, 2033 | $1,000,000 |
| October 1, 2034 | $1,000,000 |
| October 1, 2035 | $500,000 |
| October 1, 2036 | $500,000 |
| October 1, 2037 | $500,000 |

EXHIBIT A