# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Multiple. See Enclosed.** | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number(s): | |
| **Multiple. See Enclosed.** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

| Docket Number | Claimant Name |
|---|---|
| 2:13-cv-01439-CJB-JCW | Maria Bertella-Buxton |
| 2:13-cv-01439-CJB-JCW | Robert Creamer |
| 2:13-cv-01439-CJB-JCW | Fonda Davis |
| 2:13-cv-01439-CJB-JCW | World Six, Inc. |
| 2:13-cv-01439-CJB-JCW | Liet Dang |
| 2:13-cv-01439-CJB-JCW | Robert Yountz |
| 2:13-cv-01439-CJB-JCW | Nathan Moore |
| 2:13-cv-01439-CJB-JCW | Takevia Hartsfield |
| 2:13-cv-01439-CJB-JCW | David Hartman |
| 2:13-cv-01439-CJB-JCW | Gleaming Cleaning |
| 2:13-cv-01439-CJB-JCW | Nicolas Hudgins |
| 2:13-cv-01439-CJB-JCW | Brenda Smith |
| 2:13-cv-05367-CJB-JCW | Burton Avery |
| 2:13-cv-01439-CJB-JCW | Edward Thompson |
| 2:13-cv-01439-CJB-JCW | Everette Barrack |
| 2:13-cv-01439-CJB-JCW | John McCoy |
| 2:13-cv-01439-CJB-JCW | Kent McCoy |
| 2:13-cv-01439-CJB-JCW | Michael Matthews |
| 2:13-cv-01439-CJB-JCW | Phillip Owens |
| 2:13-cv-01439-CJB-JCW | Russell Stegemann |
| 2:13-cv-01439-CJB-JCW | Steven Moroney |
| 2:13-cv-01439-CJB-JCW | Susan Holzschuh |
| 2:13-cv-01439-CJB-JCW | Tony Beck |
| 2:13-cv-01439-CJB-JCW | Michelle Russo |
| 2:13-cv-01439-CJB-JCW | Dexter Roulhac |
| 2:13-cv-01439-CJB-JCW | Edward Moore |
| 2:13-cv-01439-CJB-JCW | Carefree Pool & Spa Services |
| 2:13-cv-01439-CJB-JCW | Clean Cut Lawn Care |

| | |
|---|---|
| 2:13-cv-01439-CJB-JCW | Dennis Burke |
| 2:13-cv-01439-CJB-JCW | John Emanuel |
| 2:13-cv-01439-CJB-JCW | Marcia Tully |
| 2:13-cv-01439-CJB-JCW | Nicholas Long |
| 2:13-cv-01439-CJB-JCW | Shannon Mendeiros |
| 2:13-cv-01439-CJB-JCW | Tolan Cropper |
| 2:13-cv-01439-CJB-JCW | Vionaka Carter |
| 2:13-cv-01439-CJB-JCW | Carl Nance |
| 2:13-cv-01439-CJB-JCW | Dana Ware |
| 2:13-cv-01439-CJB-JCW | Emerald Coast Rental Services, Inc. |
| 2:13-cv-01439-CJB-JCW | Jimmy McNeil |
| 2:13-cv-01439-CJB-JCW | Myron Neal |
| 2:13-cv-01439-CJB-JCW | Xact Accounting, LLC |
| 2:13-cv-01439-CJB-JCW | Angela Robinson |
| 2:13-cv-01439-CJB-JCW | Audrea Creamer |
| 2:13-cv-01439-CJB-JCW | Construction Resources, LLC |
| 2:13-cv-01439-CJB-JCW | Daryl Wallace |
| 2:13-cv-01439-CJB-JCW | Donald Griswold |
| 2:13-cv-01439-CJB-JCW | Gerry Moore |
| 2:13-cv-01439-CJB-JCW | Jerry Hall |
| 2:13-cv-01439-CJB-JCW | Lisa Lawrenson |
| 2:13-cv-01439-CJB-JCW | Redi II, LLC |
| 2:13-cv-01439-CJB-JCW | Richard Baldwin |
| 2:13-cv-01439-CJB-JCW | Steven Proctor |
| 2:13-cv-01439-CJB-JCW | Angie Dean |
| 2:13-cv-01439-CJB-JCW | Marine System Sales, LLC |
| 2:13-cv-01439-CJB-JCW | Ronnie Dean |
| 2:13-cv-01439-CJB-JCW | Villa Toscano |
| 2:13-cv-01439-CJB-JCW | Pat Johnson |
| 2:13-cv-01439-CJB-JCW | Tony Brown |

| | |
|---|---|
| 2:13-cv-01439-CJB-JCW | Craig Whiddon |
| 2:13-cv-05367-CJB-JCW | Robert Johnson |
| 2:13-cv-01439-CJB-JCW | Bobby Garrett |
| 2:16-cv-06240-CJB-JCW | Celtae, LLC |
| 2:13-cv-05367-CJB-JCW | Charles Dean |
| 2:13-cv-01439-CJB-JCW | Dell Schneider |
| 2:13-cv-01439-CJB-JCW | Gary Bolt |
| 2:13-cv-01439-CJB-JCW | Get R Done Cleaning |
| 2:13-cv-01439-CJB-JCW | Herman Creamer |
| 2:13-cv-01439-CJB-JCW | James E. Fisher |
| 2:13-cv-01439-CJB-JCW | James Smith |
| 2:13-cv-01439-CJB-JCW | Joshua Santos |
| 2:13-cv-01439-CJB-JCW | Logistic Services of Alabama, LLC |
| 2:13-cv-01439-CJB-JCW | Martin Theatre, Inc. |
| 2:13-cv-01439-CJB-JCW | Matthew Paris |
| 2:13-cv-01439-CJB-JCW | Michael Foley |
| 2:13-cv-01439-CJB-JCW | Michael W. Harris |
| 2:13-cv-01439-CJB-JCW | Richard Porter |
| 2:13-cv-01439-CJB-JCW | Rodney Necaise |
| 2:13-cv-01439-CJB-JCW | Steven McNutt |
| 2:13-cv-01439-CJB-JCW | Thomas Sharp |
| 2:13-cv-01439-CJB-JCW | Timothy Skiba |
| 2:13-cv-01439-CJB-JCW | Tracy Sanders |
| 2:13-cv-01439-CJB-JCW | Vic Conrad |
| 2:13-cv-01439-CJB-JCW | Vickie's Diner, Inc. |
| 2:13-cv-01439-CJB-JCW | Wine Bait & Nails LLC |
| 2:13-cv-01439-CJB-JCW | Bobby Garrett Jr. |
| 2:13-cv-01439-CJB-JCW | Carl Roberts |
| 2:13-cv-01439-CJB-JCW | Jessica Bruhmuller |
| 2:13-cv-01439-CJB-JCW | William Kilpatrick |

| 17-30042 | Captain's Cove |
| 17-30042 | L& L Coastal, LLC |
| 17-30042 | Linda Wilson |
| 17-30042 | Terry Prince |
| 17-30042 | Nicole Crum |
| 17-30042 | Christina Norman |
| 17-30042 | Anne Morgan |
| 17-30042 | Stuart Huffman |
| 17-30042 | Avondale |
| 17-30042 | JEM PC Beach, LLC |

Case name(s) and docket number(s):

Respectfully submitted this 14th day of March, 2017.

/s/

Attorney Name: Douglas S Lyon

Attorney Address: 1637 Metropohtan Blvd
suite A-2
Tallahassee, FL 32308

ATTORNEY FOR PLAINTIFF(S)