UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE JOSEPH C. WILKINSON |

NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE THAT** the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel will bring the attached Motion to be Relieved of Restrictions of Protective Order for submission before Chief Magistrate Judge, Joseph C. Wilkinson, Jr., on the 5th of April, 2016, at 10 a.m.

Dated: March 16, 2017                                    Respectfully Submitted,

/s/Tammy Pruet Northrup
TAMMY PRUET NORTHRUP
Bar Roll Number: 21035
Louisiana Attorney Disciplinary Board
Office of Disciplinary Counsel
Deputy Disciplinary Counsel
4000 S. Sherwood Forest Blvd., Suite 607
Baton Rouge, LA 70816
Phone: (225) 293-3900
E-mail: tammyn@ladb.org