UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) <br> "Deepwater Horizon" in the ) <br> Gulf of Mexico, on April 20, 2010 ) <br> ) <br> This document relates to: ) <br> All Clients represented by ) <br> Brent Coon & Associates ) <br> Including but not limited to Civil Actions ) <br> 13-6009; 13:6010; 13:5367; ) <br> 14:1106; 14:357; 14:358; 14:359; ) <br> 14:1321; 15:6651 and 2:13-CV-01717 ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2179; SECTION J <br><br> JUDGE CARL J. BARBIER <br><br><br> MAG JUDGE WILKINSON <br><br><br><br><br><br> UNITED STATES DISTRICT <br> COURT EASTERN DISTRICT <br> OF LOUISIANA |

**PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR STATUS CONFERENCE**

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm Plaintiffs' Motion for Leave of Court to File Under Seal Plaintiffs' Memorandums in Support of Their Motion For Status Conference and would show the Court as Follows

**MOTION**

Pursuant to Local Rule 5.6, Plaintiffs move this Court to issue an order sealing portions of Plaintiffs' Memorandums in Support of their Motion For Status Conference. Sealing this Memorandum includes information concerning prior Orders issued by the Court which are sealed. Furthermore, many of the Exhibits supporting this Memorandum contain private financial information. These Exhibits are necessary to show the both the scope and the importance of Plaintiffs' issues, however, the specific amounts and persons/entities in the exhibits are irrelevant to

the actual issues.    Although the Exhibits have been redacted pursuant to Federal filing rules, it is wholly unnecessary to make them a part of the public record.

                                                                  Respectfully submitted,

                                                                   **BRENT COON & ASSOCIATES**

                                                                  /s/  Brent W. Coon
                                                                  Brent W. Coon
                                                                  Federal Bar No. 9308
                                                                  Texas Bar No. 04769750
                                                                  Brent@bcoonlaw.com
                                                                  Eric W. Newell
                                                                  Texas Bar No. 24046521
                                                                 Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on March 16, 2017, upon:

<u>Attorneys for the Defendants</u>:

>Richard C. Godfrey, P.C. J. Andrew Langan, P.C.
>Wendy L. Bloom
>KIRKLAND & ELLIS LLP 300 North LaSalle Street
>Chicago, IL 60654
>Telephone: 312-862-2000

>Don K. Haycraft
>LISKOW & LEWIS
>One Shell Square
>701 Poydras Street, Suite 5000 New Orleans, LA 70139
>Telephone: 504-581-7979

<u>Attorneys Liason Plaintiffs</u>:

>Stephen Jay Herman
>Soren E. Gisleson
>HERMAN HERMAN & KATZ LLP
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Telephone: 504-581-4892
>Fax: 504-561-6024

>James Parkerson Roy
>DOMENGEAUX, WRIGHT, ROY & EDWARDS
>556 Jefferson Street - Suite 500
>Lafayette, LA 70501
>Telephone: 337-233-3033
>Fax: 337-233-2796