UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| All Clients represented by ) | |
| Brent Coon & Associates ) | MAG JUDGE WILKINSON |
| Including but not limited to Civil Actions ) | |
| 13-6009; 13:6010; 13:5367; ) | |
| 14:1106; 14:357; 14:358; 14:359; ) | |
| 14:1321; 15:6651 and 2:13-CV-01717 ) | |
| ) | |
| ) | UNITED STATES DISTRICT |
| ) | COURT EASTERN DISTRICT |
| ) | OF LOUISIANA |
| ) | |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave of Court to File Under Seal Plaintiffs' Memorandum in Support of their Motion For Status Conference.

Upon consideration of Plaintiffs' Motion to Seal is hereby ORDERED that the Motion be GRANTED.

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana