UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| All Clients represented by ) | |
| Brent Coon & Associates ) | MAG JUDGE WILKINSON |
| Including but not limited to Civil Actions ) | |
| 13-6009; 13:6010; 13:5367; ) | |
| 14:1106; 14:357; 14:358; 14:359; ) | |
| 14:1321; 15:6651 and 2:13-CV-01717 ) | |
| ) | |
| ) | UNITED STATES DISTRICT |
| ) | COURT EASTERN DISTRICT |
| ) | OF LOUISIANA |
| ) | |

**MOTION FOR STATUS CONFERENCE**

COME NOW, Plaintiffs, represented by Brent Coon & Associates (collectively "BCA Plaintiffs"), who respectfully files this *Motion for Status Conference* and seek an order granting an in-person status conference for the following reasons, to wit:

I.

BP is sending tardy, erroneous, and duplicative IRS Form 1099's to our clients. The deadline for individuals to file taxes in the United States is Tuesday April 18, 2017. If this issue is not corrected immediately, it will likely cause our clients to be unnecessarily audited by the Internal Revenue Service. In support of this Motion Plaintiffs have filed a Motion to Seal their Memorandum in Support of Motion for Status Conference. The Memorandum in Support with exhibits are being submitted via US Mail Pursuant to Local Rule 5.3.

1

**PRAYER**

WHEREFORE, Plaintiffs pray for an in-person status conference discuss how the above-captioned matters should be resolved and for any other relief to which the Plaintiffs may show themselves to be entitled.

Dated: March 16, 2017

                                                Respectfully submitted,

                                                <u>/s/ Brent W. Coon</u>
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701 Tel.: (409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.com

*Attorney for the BCA Class Members*

**CERTIFICATE OF SERVICE**

    I certify that this document has been filed with the Clerk of the Court and served by ECF on March 16, 2017 upon:

<u>Attorneys for the Defendants</u>:

    Richard C. Godfrey, P.C. J. Andrew
    Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North
    LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans,
    LA 70139
    Telephone: 504-581-7979

<u>Attorneys Liason Plaintiffs</u>:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500
    Lafayette, LA 70501
    Telephone: 337-233-3033
    Fax: 337-233-2796

    Respectfully submitted,

    /s/ Brent W. Coon

    Brent W. Coon
    Federal Bar No. 9308
    Texas Bar No. 04769750
    215 Orleans
    Beaumont, Texas 77701 Tel.:
    (409) 835-2666
    Fax: (409) 835-1912
    brent@bcoonlaw.com

    *Attorney for the BCA Class Members*