UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) <br> **"Deepwater Horizon" in the** ) <br> **Gulf of Mexico, on April 20, 2010** ) <br> ) <br> **This document relates to:** ) <br> **All Clients represented by** ) <br> **Brent Coon & Associates** ) <br> **Including but not limited to Civil Actions** ) <br> **13-6009; 13:6010; 13:5367;** ) <br> **14:1106; 14:357; 14:358; 14:359;** ) <br> **14:1321; 15:6651 and 2:13-CV-01717** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2179; SECTION J <br><br> JUDGE CARL J. BARBIER <br><br><br> MAG JUDGE WILKINSON <br><br><br><br><br> UNITED STATES DISTRICT <br> COURT EASTERN DISTRICT <br> OF LOUISIANA |

## ORDER

**CONSIDERING THE ABOVE FOREGOING:**

     **IT IS HEREBY ORDERED** that all parties shall appear before the Magistrate Judge on the _____ day of _____, 2017 at New Orleans, LA for an in person status conference.

     Signed this ____ day of _____, 2017 at New Orleans, LA.

                                                                    _____
                                                                      Magistrate Judge