UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| All Clients represented by ) | |
| Brent Coon & Associates ) | MAG JUDGE WILKINSON |
| Including but not limited to Civil Actions ) | |
| 13-6009; 13:6010; 13:5367; ) | |
| 14:1106; 14:357; 14:358; 14:359; ) | |
| 14:1321; 15:6651 and 2:13-CV-01717 ) | |
| ) | |
| ) | UNITED STATES DISTRICT |
| ) | COURT EASTERN DISTRICT |
| ) | OF LOUISIANA |
| ) | |

**PLAINTIFFS' NOTICE OF SUBMISSION AND REQUEST FOR ORAL ARGUMENT OF PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the Plaintiffs' Motion for Status Conference will be placed on this Court's Submission Docket for Wednesday, March 29, 2017, at 11:00 a.m.

Plaintiffs' also request for an Oral Argument for this Motion on March 29, 2017, at 11:00 a.m.  The late, duplicate, and incorrect 1099's have thrown BCA clients, as well as other *Deepwater Horizon* claimants into limbo regarding the filing of their taxes.  The last day to timely file taxes is April 18, 2017.  This gives our clients slightly more than a month to file their taxes from the date of this filing.  Therefore the Court must rule on this matter in short order to give the thousands of people affected by this issue a chance to timely and properly file their taxes.  It would be virtually impossible for the parties to fully brief the Court on all of the issues and get a ruling in in such a short time frame.  It is therefore necessary that Court hold an oral argument as soon as possible to avoid further prejudice to the affected parties.

1

Respectfully submitted,
/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701 Tel.: (409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.com

*Attorney for the BCA Class Members*

2

## **CERTIFICATE OF SERVICE**

I certify that this document has been filed with the Clerk of the Court and served by ECF on March 16, 2017 upon:

/s/ Brent W. Coon
*Attorney for BCA Clients*

Attorneys for the Defendants:

    Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans, LA 70139
    Telephone: 504-581-7979

Attorneys Liason Plaintiffs:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500
    Lafayette, LA 70501
    Telephone: 337-233-3033
    Fax: 337-233-2796