# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-31091

_____

In Re: Deepwater Horizon

--------------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

    Plaintiffs

v.

SEALED APPELLEE 1,

    Defendant - Appellee

v.

SEALED APPELLANT 1; SEALED APPELLANT 2,

    Claimants - Appellants

v.

SEALED APPELLEE 2; SEALED APPELLEE 3,

    Movants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

**Certified as a true copy and issued as the mandate on Feb 24, 2017**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Before DAVIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the opposed motion of the appellees, Sealed Appellee 1, Sealed Appellee 2, and Sealed Appellee 3, to dismiss the appeal, is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 24, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **No. 16-31091    In re: Deepwater Horizon**
                           USDC No. 2:10-MD-2179
                           USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Sabrina B. Short, Deputy Clerk
                           504-310-7817

cc:
    Mr. Jeffrey Bossert Clark Sr.
    Mr. J. David Forsyth
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. James Andrew Langan
    Mrs. Kathryn Weatherly Munson
    Ms. Lizette Auxiliadora Radovic
    Mr. Richard C. Stanley
    Ms. Jessica M. Vasquez