UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon"　　MDL NO. 2179
in the Gulf of Mexico on April 20, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION J

Applies to:

　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE BARBIER
Civil Action No.: 2:13-cv-00248　　　　　　　　　　　MAG. JUDGE WILKINSON

## ORDER

　　　IT IS HEREBY ORDERED, that JOSEPH F. GAAR, JR. and JASON M. WELBORN, Attorneys at Law, be and are hereby enrolled as additional counsel of record for plaintiff, Russell Bertrand, in the above captioned matter.

　　　New Orleans, Louisiana this 16th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE