§ 6:151.Caveat—Conflict of interest with client regarding..., 1 La. Prac. Pers. Inj....

Case 2:10-md-02179-CJB-DPC   Document 22392-3   Filed 03/17/17   Page 1 of 1

**1 La. Prac. Pers. Inj. § 6:151**

Louisiana Practice Series | August 2016 Update
Louisiana Personal Injury
Russ Herman, Esq. [a0]

Chapter 6. Settling the Case
V. Special Considerations Regarding "Structured Settlements"

### § 6:151. Caveat—Conflict of interest with client regarding attorney's fees—Contingency fee complications—Lump-sum or periodic payments?

Summary

A further issue concerns the timing of the contingency fee payment, whether counsel is entitled to receive the entire fee immediately, out of the up-front payment, or should counsel receive a periodic payment like the client receives. This may be a percentage of each installment as the client receives it from the carrier or a combination.

Most attorneys insist on payment immediately. However, ethically, it would appear that unless the client agrees to payment of the total fee up front, before accepting the structured settlement, the contingency fee should be paid in installments as the client receives each installment payout. Clients generally are concerned with the amount the client will realize from the up-front portion of the settlement. Payment of the entire attorney's fee immediately will affect the up-front payment. This may be an important consideration in the client's decision to accept the offer or not.

**Practice Tip:**

Given the increased popularity of structured settlements, counsel should anticipate the possibility of such a settlement at the time the fee agreement with the client is negotiated. For example, state in the contingent fee agreement that fees will be calculated on a structured settlement's costs (present value) and may be paid at settlement. Where the attorney's fee is structured, it should bear a rational relationship to true value.

In addition, counsel should review the fee payment issue with the client before concluding the settlement. The client must understand and agree to the manner in which the fees are to be paid. If there is any possibility of dispute, ask the client to consult with independent counsel regarding the fairness of the distribution and do not finalize the settlement until such advice is obtained. Obtain the client's consent in writing to the fee payment under the manner chosen.

Westlaw. © 2016 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

Footnotes

| | |
|---|---|
| a0 | Herman, Herman, Katz & Cotlar, L.L.P., New Orleans, Louisiana |

---

**End of Document**  © 2017 Thomson Reuters. No claim to original U.S. Government Works.

