UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document Relates to All Cases** | **MDL NO. 2179**<br><br>**SECTION J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE JOSEPH C. WILKINSON** |

### MOTION TO BE RELIEVED OF RESTRICTIONS OF PROTECTIVE ORDER

**NOT INTO COURT**, through undersigned counsel comes the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel ("the ODC"), who moves this Honorable Court to issue an order relieving the ODC of the restrictions imposed by the protective order in the above captioned matter on January 13, 2016 for the following reasons to wit:

1.

It is necessary for the ODC to utilize certain settlement documents as attachments in a Request for Permission to File Formal Charges in an ongoing disciplinary investigation that will be filed with the Louisiana Attorney Disciplinary Board.

2.

If said permission is granted, Formal Charges in the disciplinary matter will be filed and a public hearing will be held.

3.

It will be necessary for the ODC to introduce said settlement documents into the record of the disciplinary hearing.

4.

The ODC's need to use these settlement documents constitutes good cause shown as contemplated by the January 13, 2016 protective order.

**WHEREFORE**, the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel requests that this Honorable Court issue an order relieving the ODC of the restrictions imposed by the protective order in the above captioned matter on January 13, 2016 for good cause shown.

Respectfully Submitted,

/s/*Tammy Pruet Northrup*
TAMMY PRUET NORTHRUP
Bar Roll Number:  21035
Louisiana Attorney Disciplinary Board
Office of Disciplinary Counsel
Deputy Disciplinary Counsel
4000 S. Sherwood Forest Blvd., Suite 607
Baton Rouge, LA  70816
Phone: (225) 293-3900
E-mail:  tammyn@ladb.org