UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates to All Cases | JUDGE BARBIER<br>MAGISTRATE JOSEPH C. WILKINSON |

### ORDER

Considering the Motion of the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel,

**IT IS ORDERED** that the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel is relieved of the restrictions imposed by the protective order in the above captioned matter on January 13, 2016 for good cause shown.

New Orleans, Louisiana, this _____ day of April, 2016

Joseph C. Wilkinson, Jr.
Chief Magistrate Judge