UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates to All Cases | JUDGE BARBIER<br>MAGISTRATE JOSEPH C. WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION TO BE RELIEVED OF RESTRICTIONS OF PROTECTIVE ORDER

**NOT INTO COURT**, through undersigned counsel comes the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel ("the ODC"), who submits this Memorandum in Support of Motion to be Relieved of Restrictions of Protective Order dated January 13, 2016 in the above captioned matter for good cause shown.

### Argument

It is necessary for the ODC to utilize certain settlement documents as attachments in a Request for Permission to File Formal Charges in an ongoing disciplinary investigation that will be filed with the Louisiana Attorney Disciplinary Board. If said permission is granted, Formal Charges in the disciplinary matter will be filed and a public hearing will be held. It will be necessary for the ODC to introduce said settlement documents into the record of the disciplinary hearing. The ODC's need to use these settlement documents constitutes good cause shown as contemplated by the January 13, 2016 protective order.

## Conclusion

The ODC's need to utilize certain settlement documents in the above captioned matter constitutes good cause shown as contemplated by the January 13, 2016 Confidentiality Order in the above captioned case.  Thus, it is proper for this Honorable Court to issue the ODC's Motion to be Relieved of Restrictions of Protective Order in the above captioned matter.

Respectfully Submitted,

/s/Tammy Pruet Northrup
TAMMY PRUET NORTHRUP
Bar Roll Number:  21035
Louisiana Attorney Disciplinary Board
Office of Disciplinary Counsel
Deputy Disciplinary Counsel
4000 S. Sherwood Forest Blvd., Suite 607
Baton Rouge, LA  70816
Phone: (225) 293-3900
E-mail:  tammyn@ladb.org