AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 16 2017
WILLIAM W. BLEVINS
CLERK

Rico O. McBride and the Queen Esther Commercial Fishing CTN# 27-47534

Plaintiff/Petitioner

In Re: oil spill v. by the oil Rig
a Deepwater Horizon in the Gulf of Mexico
April 20, 2010

Defendant/Respondent

Civil Action No. 16-15255
J(2)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Unemployed

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per

(specify pay period) _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☒ Yes    ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments      ☒ Yes    ☐ No
(e) Gifts, or inheritances                             ☐ Yes    ☒ No
(f) Any other sources                                  ☒ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future. Workers compensation for getting hurt at work, Settle for $5,000. does self employed work but doesn't make much. took settlement from BP of $35,000. and $92,350.00 in medical

TENDERED FOR
___ Fee_____
___ Process___
X  Dktd_____
___ CtRmDep__
___ Doc. No.__

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 2002 Chevy Surburban $1100.00
2007 Chevy 2500 Hd $22,000.00
2006 Dodge Charger RT $5,000.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Rent $400, Lights $120.00 water $130.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Rico O. McBride Jr., Jeremiah O. McBride, Markese Johnson, Devontae Johnson, Akeem Ezell

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 03-10-17

_____
Applicant's signature

Rico O. McBride
Printed name



Rico McBride
6517 Fredrick St.
Moss Point, MS 39563

U.S. POSTAGE PAID
ESCATAWPA, MS
39552
MAR 14 '17
AMOUNT
$1.40
R2305H130703-06

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130