UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Applies to:

ALL CASES

MDL NO. 2179

16-15255 2(2)

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE WILKINSON

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED MAR 16 2017 WILLIAM W. BLEVINS CLERK*

---

Rico O. McBride                                                    PLAINTIFF

VERSUS

CIVIL ACTION NO._____

IN RE: OIL SPILL BY THE OIL RIG                                    SECTION J

"Deepwater Horizon" in the Gulf                                    JUDGE BARBIER

Of Mexico, on April 20, 2010                                       MAGISTRATE JUDGE WILKINSON

## COMPLAINT AND SWORN STATEMENT FOR MARITIME LAW CLAIMS PRETRIAL ORDER NO. 63 AND PRETRIAL ORDER NO. 64.

Comes Now I, Rico O. McBride and The Queen Esther Commercial Fishing file this complaint and sworn statement in The Name Of Jesus Christ submitted. Previously file lawsuit Rico McBride No. 2:16cv-15255 The Queen Esther Commercial Fishing No. 2:16-cv-15255 Gccf, 1055106, L06094683

### I.

Rico O. McBride and The Queen Esther Commercial Fishing EIN# 27-4753448 was created on and about May 15, 2009. I purchase boats from Super Dad and Super Son's Auto and The Power House Church of God Holy Ghost Power.

II.

_ Fee_____
_ Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No._____

TENDERED FOR FILING

MAR ... 7

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I Rico O. McBride was working as a commercial Fishermen and Captain of The Queen Esther Commercial Fishing. I worked, harvest and fished around the Pascagoula River, The Point of Pascagoula, Cat Island, Round Island, Petit Bois Island, Horn Island, Ship Island, And The Gulf of Mexico Mississippi, Alabama, and Louisiana.

### III.

I, Rico O. McBride worked for the Vessels of Opportunity Master Vessel Charter Agreement and Training Record BP Contract # 55204 assigned to Rico O. McBride and The Queen Esther Commercial Fishing.

### IV.

I, Rico O. McBride worked for the companies also Ashland Services, McGrath Systems, T.L. Wallace/ Wallace- Eutaw, and Yates Construction. I lost wages due to the spill and was under paid for the cleanup work crew.

### V.

I, Rico O. McBride filed claims for The Owner of The Queen Esther Commercial Fishing which lost business due to the oil spill and was unable to sale fish after the spill occurred on April 20,2010. Filed a claim for failed Start up business. GCCF Claim # 1055106. Failed Business Economic Loss 100094683, Seafood Compensation Program 100094683, Individual Periodic Vendor or Festival Vendor Economic Loss 100094683, VOO Charter Payment 100094683, Vessel Physical Damage, Start- up Business Economic Loss, Business Economic Loss, Individual Economic Loss, Subsistence, and all claims was denied to claimant ID 100094683

### VI.

As you may know, BP has agreed to enter into a $7.8 Billion dollar court- supervised settlement to compensate individuals, business and property owners who have incurred Financial Losses from the Oil Spill. The settlement will also cover those whose health was affected by the oil spill. Most importantly, we believe that this new system will result in faster and fairer payments for all those who were affected. If you filed with the GCCF and have not been paid, you will now have to file in Federal Court as the GCCF has been closed down. if you never filed before, filing now will provide you with an opportunity to get paid for your damages.

### VII.

According to Federal Judge Barbier's order "BP Claims will be processed and evaluated in the order they are received. Therefore it is extremely urgent to act now and bot be left out or at the back of the line.

### VIII.

Rico O. McBride is an adult citizen of Jackson County, Moss Point, Mississippi. Mr. McBride derived from his employment with the Queen Esther Commercial Fishing as an owner, commercial fishermen, and boat captain.

## VX.

The Queen Esther Commercial Fishing is a Mississippi Corporation that derives its income from the harvesting, catching, and sale of fish, shrimps, and crabs of natural source of seafood's and other seafood's in or near the Pascagoula River, The Point of Pascagoula, Cat Island, Round Island, Petit Bois Island, Horn Island, Ship Island, And The Gulf of Mexico Mississippi, Alabama, and Louisiana.

## X.

As a result Rico O. McBride and The Queen Esther Commercial Fishing events described herein have suffered ascertainable losses and damages.

## XI.

BP failed to follow the settlement agreements standards governing this claim.

## XII

Regarding All Remaining Claims in Pleading Bundle B1, Exhibit 1A, Exhibit 2, and Exhibit 3. This case and cause number should not be dismissed because The Queen Esther Commercial Fishing was a startup and failed business due to the oil spill occurred on April 20, 2010. I have worked for several companies upon the oil spill cleanup crew. Bp has made promises to the individuals and business that was destroyed by the oil spill. Attached are documents of the business and myself upon the oil spill.

## XIII

The honorable court of THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA Should Grant The Queen Esther Commercial Fishing and Rico O. McBride for this matter due to the oil spill on April 20, 2010 and this case or cause number should not be dismissed in the Name of Jesus Christ.

## XIV

1. With respect to Vessels of Opportunity (VOO) charter payment, all working voo participant's receive at least $41,600.00 in compensation, with the amount increasing depending on the size of the boat. Working VOO participants who also will receive economic loss compensation that directly involves the use of their VOO vessel (except in the case of payments under the seafood

compensation program) will have their economic loss compensation partially reduced by the Voo earned income offset and the voo settlement payments offset. Voo participants who were never placed on hire to perform actual services on the water will also receive up to $10,200.00 with no offset; even in such non-working voo participants will also receive an award under the seafood compensation program. Voo claims because they involved one time service agreements and thus do not involve future risk that the same course of dealings will be repeated are not eligible for an rtp.

2. The vessel Physical Damage Framework Exhibit 14 allows vessel owners whose vessels were physically damaged as a result of the oil spill or cleanup operations to recover the lesser of the costs necessary to conduct a reasonable repair or replace the vessel. Vessels are eligible even if they did not participate in the VOO program; the only vessels that may not recover are those that were both (i) working for an Oil Spill Response organization or an oil spill removal organization at the time of the physical injury and (ii) were not participating in the voo program. No RTP is applied to this category of claims.

3. The Subsistence framework defines 'Subsistence Claims" as a person who fishes or hunt to harvest, catch, barter, consume or trade Gulf of Mexico natural resources, in a traditional or customary manner, to sustain basic personal or family dietary, economic security, shelter, tool or clothing needs, and who relied upon such subsistence resources that were diminished or restricted in the geographic region used by claimant due to or resulting from the spill. The settlement permits recovery for loss of subsistence use consistent with any closures or impairments to geographic areas relied on by the claimant through 2011. An RTP is applied to the award. Because members of subsistence communities may have limited access to the Internet, Translators, and legal services, the parties agreed to a structure in which there is a Court Appointed Distribution agent who works under the direction of claims administrator and who has a dedicated team that maintains a presence in the geographic areas where subsistence claimants live so as to assist those claimants in completing forms and collecting supporting documentation, confirm the eligibility status of claimants, conduct interviews, and apply the compensation formula.

4. Under the $2.3 Billion Seafood Compensation Program (SCP) Commercial Fishermen, Seafood Boat Captains, all other Seafood Crew, Oyster Leaseholders, and Seafood Vessel Owners will be compensated for economic loss claims relating to Seafood, including shrimp, oysters, finfish, blue crab, and other species. The Seafood Compensation Program (SCP) (Exhibit 10) uses a bottom up mode of awarding compensation thus fishermen with higher benchmark earnings receive higher compensation awards. The SCP is expected to pay out an initial $1.9 billion in compensation to class members, leaving a $400 million reserve to be distributed in a second round. The guaranteed total of $2.3 billion allocated to the SCP represents approximately five times the annual average industry gross revenue for 2007 to 2009 of the seafood industry in the region covered by the Settlement Agreement. $2.3 billion also represents 19.2 times lost industry revenue in 2010, according to the evidence provided. The SCP does not

involve a limited fund with any ability for class members to opt out.

5. The Plaintiff does not have Electronic Filing and the Court Did not mail any documents of the order and the defendants BP failed to mail the plaintiff copy of the order of the PTO 60. The Plaintiff is Pro Se. As of now the plaintiff is aware and in good faith will comply with all court orders that is received by mail from the defendants BP. The Plaintiff has cooperated with BP and will Corporate with BP to Settle or Resolve this case and matter in good faith with fairness.

6. The Plaintiff pleases mercy to the court in the Name of Jesus Christ to do not dismiss this case and cause number.

### Prayer for Relief

Wherefore Plaintiffs Rico O. McBride and The Queen Esther Commercial Fishing demand Judgment against the defendants, jointly and severally, as follows:

1. The Plaintiffs Rico O. McBride and The Queen Esther Commercial Fishing deserve the right to come back and amend this complaint at any time.

2. Economic and Compensatory damages in amounts of $4.5 Million Dollars or to be determined at trial;

3. Punitive Damages;

4. Pre-judgments and post- judgments interest at the maximum rate allowable by law;

5. Attorney's fees and costs.

6. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate; and

7. A trial by jury as to all defendants.

8. The honorable court of THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA wish to settle this case or cause number please contact me Mr. Rico O. McBride to discuss the matter.

### Jury Demand

Respectfully Submitted

In The Name of Jesus Christ

Dated March 10, 2017

*Rico O. McBride* (signature)

Pro. Sed. Attorney Rico O. McBride

6517 Fredrick St.

Moss Point, MS 39563

1-228-627-0242

Email: Mcbride_rico@yahoo.com



Brian McBride
6517 Fredrick St A
Moss Point, MS 39563

U.S. POSTAGE PAID
ESCATAWPA, MS
MAR 13, 17
AMOUNT $1.40
R2305H130703-06

United States District Court
Eastern District of Louisiana
500 Poydras Street #
New Orleans, LA 70130