IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL 2179  SECTION: J  JUDGE BARBIER |
| This Document Relates To: | * * | MAGISTRATE JUDGE WILKINSON |
| Case No.   2:13-cv-6009 | * | |
| Case No.   2:16-cv-07048 | * | |

### PLAINTIFFS' MOTION TO VOLUNTARILY WITHDRAW MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING THE CLAMIS OF GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO LLC AND JOSEPH V. GAUCI, INDIVIDUALLY AND KAREN GAUCI INDVIDUALLY

NOW INTO COURT, through the undersigned counsel, come Plaintiffs Gauci's Custom Buildings and Developing, LLC, Winter Garden Italian American Bistro LLC and Joseph V. Gauci, Individually and Karen Gauci Individually, (Plaintiffs in Cases No. 2:13-cv-6009; 2:16-cv-07048), (collectively "Gauci"), and file this Motion to Voluntarily Withdraw Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing Gauci with prejudice, pursuant to Rule 59€ and Rule 60(b), Fed. R. Civ. P. [Rec. Doc. 22074].

On January 13, 2017, Gauci filed its Combined Motion for Reconsideration. [Rec. Doc. 22083-1]. On January 27, 2017, the Court entered a scheduling order on multiple motions requesting reconsideration of the "PTO 60 Reconciliation Order." [Rec. Doc. 22138]. No further order regarding Gauci's motion has been entered. Gauci now moves the Court to voluntarily withdraw its Combined Motion for Reconsideration because the issue has been resolved on February 21, 2017. A proposed order granting the requested relief is attached.

Respectfully submitted on this 21st day of March, 2017

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established by MDL 2179, on this 21st day of March, 2017.

DATE: March 21, 2017.                    /s/Brent W. Coon
                                         BRENT W. COON