IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To:<br><br>Case No.   2:13-cv-06329 | * * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

At the request of Brent Coon, counsel for Plaintiffs, Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, and Julvana, LLC. and the Joint Venture (by letter filed separately in the record), Motion to Voluntarily Withdraw its Motion for Reconsideration with Respect to the Court's Order of December 16, 2016 Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, and Julvana, LLC.

**IT IS ORDERED** that Plaintiffs' Motion to Voluntarily Withdraw its Motion for Reconsideration with Respect to the Court's Order of December 16, 2016 Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC and Julvana, LLC is **GRANTED.**

New Orleans, Louisiana, this ___ day of March, 2017

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE