**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No.     2:13-cv-5367 | * | |
| Case No.     2:16-cv-06216 | * | |
| | * | |

**PLAINTIFFS' MOTION TO VOLUNTARILY WITHDRAW PLAINTIFFS FIRST
AMENDED MOTION FOR RECONSIDERATION WITH RESPECT TO THE
COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING THE CLAMIS OF COAST
PRODUCTS, LLC AND LAURCON CAPITAL LP**

NOW INTO COURT, through the undersigned counsel, come Plaintiffs Coast Products,

LLC,  and Laurcon Capital LP (Plaintiffs in Cases No. 2:13-cv-5367; 2:16-cv-06216), (collectively

"Coast Products"), and file this Motion to Voluntarily Withdraw Combined Motion for

Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the

Court's Order of December 16, 2016 dismissing Coast Products with prejudice, pursuant to Rule

59€ and Rule 60(b), Fed. R. Civ. P. [Rec. Doc. 22074].

On January 16, 2017, Coast Products filed its Combined First Amended Motion for

Reconsideration. [Rec. Doc. 22091].  On January 27, 2017, the Court entered a scheduling order on

multiple motions requesting reconsideration of the "PTO 60 Reconciliation Order." [Rec. Doc.

22138].  No further order regarding Coast Products' motion has been entered.  Coast Products now

moves the Court to voluntarily withdraw its Combined Motion for Reconsideration because the

issue has been resolved on February 21, 2017.  A proposed order granting the requested relief is

attached.

Respectfully submitted on this 21st day of March, 2017

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established by MDL 2179, on this 21st day of March, 2017.

DATE: March 21, 2017.                    /s/ Brent W. Coon
                                         BRENT W. COON