IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No.    2:13-cv-5367 | * | |
| Case No.    2:16-cv-06216 | * | |

## ORDER

At the request of Brent Coon, counsel for Plaintiffs, Coast Products, LLC, and Laurcon Capital, LP, and the Joint Venture (by letter filed separately in the record), Motion to Voluntarily Withdraw its Motion for Reconsideration with Respect to the Court's Order of December 16, 2016 Dismissing the Claims of Coast Products, LLC, and Laurcon Capital LP.

**IT IS ORDERED** that Plaintiffs' Motion to Voluntarily Withdraw its Motion for Reconsideration with Respect to the Court's Order of December 16, 2016 Dismissing the Claims of Coast Products, LLC and Laurcon Capital LP is **GRANTED.**

New Orleans, Louisiana, this ___ day of March, 2017

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE