IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042

_____

In re: Deepwater Horizon

_____

**A True Copy**
**Certified order issued Mar 16, 2017**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

FIRST NATIONAL BANK, USA; FRIENDS AND COMPANY; LOUISIANA OIL WORKS; JAMES CANNELLA; ROGER PIERRON; ET AL,

    Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

_____

AHT, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

CMC STEEL FABRICATORS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

   Defendants - Appellees

———————————————

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

   Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

   Defendants - Appellees

———————————————

SMI STEEL, L.L.C.,

   Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED,

   Defendants - Appellees

———————————————

COMMERCIAL METALS COMPANY,

   Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

   Defendants - Appellees

———————————————

JOSEPH GAUCI; KAREN GAUCI; GAUCI'S CUSTOM BUILDING AND DEVELOPING, L.L.C.; WINTER GARDEN ITALIAN AMERICAN BISTRO, L.L.C.,

   Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

——————————————

GAUCI'S CUSTOM BUILDING AND DEVELOPING, L.L.C.; WINTER GARDEN ITALIAN AMERICAN BISTRO, L.L.C.; JOSEPH V. GAUCI, Individually; KAREN GAUCI, Individually,

   Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

——————————————

DANIEL K. CHANG; JULIA CHANG; AVERY INVESTMENTS, L.L.C.; HILLTOP INVESTMENTS, L.L.C.; MAGNOLIA PROFESSIONAL CENTER, L.L.C.; OLD SPANISH FARM, L.L.C.; JULVANA, L.L.C.,

   Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

　　　　　Defendants - Appellees

————————————————

LAURCON CAPITAL, L.P.,

　　　　　Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA, INCORPORATED, BP, P.L.C.,

　　　　　Defendants - Appellees

————————————————

COAST PRODUCTS, L.L.C.; LAURCON CAPITAL, L.P.,

　　　　　Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.,

　　　　　Defendants - Appellees

————————————————

ROYSTER CONSTRUCTION COMPANY, INC., et al,

　　　　　Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, et al,

　　　　　Defendants

————————————————

ST. JOE BEACH PROPERTY, L.L.C.; BUNGALOWS AT SANCTUARY BEACH, L.L.C.; HENRY L. PERRY,

　　　　　Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

   Defendants - Appellees

────────────────────────

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

   Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

   Defendants - Appellees

────────────────────────

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

   Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

   Defendants - Appellees

────────────────────────

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

   Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

Defendants - Appellees

———————————

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

———————————

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal as to appellants Mr. James Cannella, First National Bank, USA, Friends and Company, Louisiana Oil Works, Mr. Roger Pierron, Et Al, is dismissed as of March 16, 2017, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 16, 2017

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street, Room C-151  
New Orleans, LA 70130

    No. 17-30042   In re: Deepwater Horizon  
                     USDC No. 2:10-MD-2179  
                     USDC No. 2:13-CV-97  
                     USDC No. 2:16-CV-13365  
                     USDC No. 2:16-CV-13367  
                     USDC No. 2:16-CV-6259  
                     USDC No. 2:16-CV-13366  
                     USDC No. 2:16-CV-13364  
                     USDC No. 2:13-CV-6009  
                     USDC No. 2:16-CV-7048  
                     USDC No. 2:16-CV-6329  
                     USDC No. 2:13-CV-5367  
                     USDC No. 2:16-CV-6216  
                     USDC No. 2:16-CV-6333  
                     USDC No. 2:16-CV-6298  
                     USDC No. 2:16-CV-6330  
                     USDC No. 2:16-CV-7285

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate for the notice of appeal filed in this case on behalf of appellants Mr. James Cannella, First National Bank, USA, Friends and Company, Louisiana Oil Works, Mr. Roger Pierron, Et Al, filed on January 13, 2017, in District Court case 2:10-MD-2179(District Court document number 22085).

This appeal remains open as to the additional notices of appeal filed.

                                                Sincerely,

                                                LYLE W. CAYCE, Clerk

                                                By: _____  
                                                Dantrell L. Johnson, Deputy Clerk  
                                                504-310-7689

cc w/encl:  
    Mr. Samuel Thomas Adams  
    Mr. Bruce Wayne Bowman, Jr.  
    Mr. Anthony G. Buzbee  
    Mr. Salvadore Christina, Jr.  
    Mr. Jeffrey Bossert Clark, Sr.  
    Mr. Brent Wayne Coon  
    Mr. Paul Allen Dominick  
    Mr. Dominic E. Draye

```
Mr. John Michael Elsley
Mr. Richard Cartier Godfrey
Mr. Donald Everett Godwin
Mr. Floyd Richard Hartley, Jr.
Ms. Misty Annette Hataway-Cone'
Mr. Don Keller Haycraft
Mr. Phillip Timothy Howard
Mr. James Andrew Langan
Mr. Douglas S. Lyons
Ms. Marsha L. Lyons
Ms. Jenny LaNell Martinez
Mr. Kerry J. Miller
Mr. Steven L. Nicholas
Mr. Camilo Kossy Salas, III
Ms. Allison White Smalley
Mr. Thomas Wilson Taylor
Mr. Robert Alan York
```