UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Motion for Leave to File Joint Venture Attorneys' Reply Memorandum in Support of Motion for Fees Pursuant to Contingency Fee Agreement.

IT IS ORDERED that the motion is GRANTED and that the Clerk's Office is directed to accept the Response for filing.

Done this   21st   day of March, 2017.

**Magistrate Judge Wilkinson**