UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG | * | CIVIL ACTION: 10-MD-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES ONLY TO: | * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888 | * | |
| Doc. No. 133248; 10-9999 Doc. No. 401; | * | MAGISTRATE JUDGE |
| 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

**************************************************************************
**MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM
IN OPPOSITION TO JOINT VENTURE ATTORNEYS' MOTION FOR FEES**

Plaintiffs, Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., move for leave to file their sur-reply memorandum in connection with this fee dispute matter that is scheduled for submission on March 22, 2017. In support, Movers show: (1) the principal focus of the sur-reply is on Movers' standing, a point again raised by the Joint Venture Attorneys but not specifically addressed previously by the Court; (2) the documents of record that establish Movers' standing are specifically pointed out; (3) certain other points are briefly addressed in the belief that the Court will be assisted by this additional analysis.

Respectfully submitted,

GORDON ARATA MONTGOMERY BARNETT

By:    */s/ Daniel Lund*
_____
DANIEL LUND (Bar No. 12782)
E-mail: dlund@gamb.law
JOHN Y. PEARCE (Bar No. 10374)
E-mail: jpearce@gamb.law
STEPHEN L. WILLIAMSON (Bar No. 8316)
E-Mail: swilliamson@gamb.law
C. BYRON BERRY, JR. (Bar No. 21476)
E-Mail: bberry@gamb.law
201 St. Charles Avenue, 40th Floor

        New Orleans, Louisiana 70170-4000
        Telephone: (504) 582-1111
        Facsimile: (504) 582-1121
        Attorneys for
        Mark E. Peneguy, Edward W. Peneguy, Jr.,
        Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing Motion and Proposed Order with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to counsel of record by notice of electronic filing and also has electronically served interested counsel via email on this 21st day of March, 2017.

        */s/ Daniel Lund*
        _____