UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG | * | CIVIL ACTION: 10-MD-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES ONLY TO: | * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 10-2771; 10-8888 | * | |
| Doc. No. 133248; 10-9999 Doc. No. 401; | * | MAGISTRATE JUDGE |
| 13-1971; and 14-1525 | * | JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the plaintiffs', Mark E. Peneguy, et al. Motion for Leave to file a sur-reply memorandum,

IT IS ORDERED that the motion is GRANTED and that the Clerk's Office is directed to accept the sur-reply memorandum for filing.

New Orleans, Louisiana, this _____day of March, 2017.

_____
**Joseph C. Wilkinson, Jr.**
**United States Magistrate Judge**