# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Multiple. See Enclosed.** | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number(s): | |
| **Multiple. See Enclosed.** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

-1-

Case name(s) and docket number(s):

**Barwick Crab Co. (Ferrell Barwick) –**

**2:16-cv-06988-CJB-JCW**

**Gulf Coast Restaurants Inc. d/b/a Giuseppis Wharf Inc. (Hugh Parmer)-**

**2:16-cv-05882-CJB-JCW**

**Long V. Nguyen;Long Nguyen (Long Nguyen)-**

**2:16-cv-05959-CJB-JCW**

**Charles Barwick-**

**2:13-cv-05367-CJB-JCW; 2:16-cv-06988-CJB-JCW**

**Colleen Sha Kliebert-**

**2:13-cv-06009-CJB-JCW; 2:13-cv-06010-CJB-JCW; 2:14-cv-00359-CJB-JCW;**

**2:16-cv-06653-CJB-JCW**

Respectfully submitted this 22nd day of March, 2017.

/s/

Attorney Name:
Attorney Address:
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
 215 Orleans
Beaumont, TX 77701

-3-

Tel. (409)835-2666
Fax (409)835-1912
brent@bcoonlaw.com


ATTORNEY FOR PLAINTIFF(S)