UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICO O. MCBRIDE AND THE QUEEN ESTHER COMMERCIAL FISHING INA#27-4753448 | CIVIL ACTION |
| VERSUS | NUMBER: 16-15255 |
| BP DEEPWATER HORIZON ET AL. | SECTION: "J" (2) |

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

IT IS ORDERED that:

- ☒ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

- ☐ the Clerk is directed to withhold issuance of summons until further order of the Court.

- ☐ the motion is MOOT; the party was previously granted pauper status.

- ☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

- ☐ the motion is DENIED as MOOT; the filing fee has already been paid.

- ☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:
  _____
  _____
  _____

New Orleans, Louisiana this __22nd__ day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE