UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:   J |
| | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | |

ORDER

The COURT having considered Plaintiff's Motion to Dismiss, hereby GRANTS the Motion. It is therefore

ORDERED that Plaintiff's claims against all Defendants are dismissed with Prejudice.

Signed this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE