UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | CIVIL ACTION: 10-MD-2179  SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO: Civil Action Nos. 10-2771; 10-8888 Doc. No. 133248; 10-9999 Doc. No. 401; 13-1971; and 14-1525 | * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

*************************************************************************

**ORDER**

Considering the plaintiffs', Mark E. Peneguy, et al. Motion for Leave to file a sur-reply memorandum,

IT IS ORDERED that the motion is GRANTED and that the Clerk's Office is directed to accept the sur-reply memorandum for filing.

New Orleans, Louisiana, this __22nd__ day of March, 2017.

_____
**Joseph C. Wilkinson, Jr.**
**United States Magistrate Judge**