UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION:    J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*Case No. 2:11-cv-01774*

## <u>MOTION TO DISMISS WITH PREJUDICE</u>

COMES NOW, Plaintiff Douglas Harold Brown, by and through undersigned counsel, and hereby dismisses all claims against all defendants.  A proposed order dismissing this action is attached for the Court's convenience.

## <u>CONCLUSION</u>

The Court should grant this motion and dismiss this case with prejudice.

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

/s/ R. Todd Elias
R. Todd Elias
Federal:           21551
Texas Bar No.:     00787427
Steve Gordon
Texas Bar No. :    08207980
Jeff Seely
Texas Bar No.:     24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:         713-668-9999
Facsimile:         713-668-1980

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above and foregoing Notice of Dismissal will be served on all counsel and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL, on this 22nd day of March, 2017.


/s/ R. Todd Elias
R. Todd Elias