UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010        SECTION:    J

                                         JUDGE BARBIER

                                         MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Case No. 2:11-cv-01774*

<u>ORDER</u>

 The COURT having considered Plaintiff's Motion to Dismiss, hereby GRANTS the

Motion.  It is therefore

 ORDERED that Plaintiff's claims against all Defendants are dismissed with Prejudice.


Signed this _____ day of _____, 2017.


_____
UNITED STATES DISTRICT JUDGE