IN THE UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | C.A. NO. 2:10-mdl-02179 SECTION: J |
| This Document Relates to Case No.: TRAHAN v. BP P.L.C., et al., No. 2:11-cv-263 | * * * * | JUDGE BARBIER |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AGREED MOTION TO DISMISS WITH PREJUDICE
## CLAIMS OF BUDDY TRAHAN

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, BUDDY TRAHAN, who files this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, by or on behalf of Plaintiff, against the Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff moves to dismiss the claims of Plaintiff with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, BUDDY TRAHAN prays that the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which he may be justly entitled.

March 22, 2017                         By:     **Lubel Voyles LLP**

                                        By: /s/ Lance H. Lubel
                                        Lance H. Lubel
                                        Texas State Bar No.: 12651125
                                        5020 Montrose Blvd., Suite 800
                                        Houston, Texas 77006
                                        Telephone No.: (713) 284-5200
                                        Facsimile No.: (713) 284-5250
                                        Email: lance@lubelvoyles.com

                                        **ATTORNEYS FOR BUDDY TRAHAN**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Agreed Motion to Dismiss With Prejudice Claims of Buddy Trahan** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of March, 2017.

/s/ Lance H. Lubel
Lance H. Lubel