# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| **Allen Walker; Roxanne Walker** | CHIEF MAGISTRATE JUDGE WILKINSON |
| Docket Number(s): | |
| **2:12-cv-02155-CJB-JCW** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Furthermore, no Medical Claim

of Plaintiff including claims for lost wages, lost earnings, loss of earning capacity, lost profits and/or loss of income if said claims arose out of personal injury or bodily injury which in whole or in part arose from, was due to, or resulted from or was related to, directly or indirectly, the Deepwater Horizon Incident shall be dismissed by this Notice. Costs taxed as paid.

Case name(s) and docket number(s):

**Allen Walker; Roxanne Walker**

**2:12-cv-02155-CJB-JCW**

Respectfully submitted this 22nd day of March, 2017.

/s/ *[signature]*

Attorney Name: MICHAEL STAG
Attorney Address: 365 CANAL ST., STE 2850
NO, LA 70130

ATTORNEY FOR PLAINTIFF(S)

-2-