UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE JUDGE WILKINSON |
| **This Document Relates To:**<br><br>**ALL CASES** | *<br>*<br>*<br>* | |

### BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS PURSUANT TO PTO NO. 64, SECTION I.B1 ("B1 BUNDLE")

Pursuant to PTO 64, BP Exploration & Production Inc. and BP America Production Company (collectively, "BP" or the "BP Defendants") hereby move to dismiss the claims of the Remaining B1 Plaintiffs,[1] which have previously settled and released their claims against BP. In further support of this motion, BP submits the accompanying Memorandum in Support of Its Dispositive Motion as to Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle"), which is fully incorporated by reference herein.

[*Remainder of the page intentionally left blank.*]

---

[1] Capitalized terms not otherwise defined herein have the meanings set forth in Pretrial Order No. 64 [Doc. 22297] ("PTO 64").

1

Dated: March 22, 2017

                Respectfully submitted,

                /s/ Don K. Haycraft

**LISKOW & LEWIS**

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

**KIRKLAND & ELLIS LLP**

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Jeffrey B. Clark
(jclark@kirkland.com)
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000

Christopher W. Keegan
(chris.keegan@kirkland.com)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for the BP Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of March, 2017.

                                                    /s/ *Don Haycraft*
                                                    Don Haycraft