# EXHIBIT C



# UNITED STATES OF AMERICA
## State of Louisiana

### Tom Schedler
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana, I do hereby Certify that*

In response to your request we are pleased to provide the information on the subject TRADE NAME which was registered in this office on October 03, 2011 and expires on October 03, 2021.

**Type(s) Registered:**    TRADE NAME

**Registered Name:** CRABCO

**Applicant:**    JERRY THARP
1406 S STATE ST
ABBEVILLE, LA  70510

**Type of Business:** SEAFOOD

**Book #:**    63-2260

**Current Status:**    ACTIVE

**Registration Date:** 10/3/2011

**Expiration Date:**    10/3/2021

**Date First Used:**    2/1/2000

**Date First Used in Louisiana:**    3/1/2008

**Current Classes**
**Start Date    Class Name**

**Expired Classes**
**No Expired Classes**

**Amendments On File**
**No Amendments on file**

In testimony whereof, I have hereunto set my
hand and caused the Seal of my Office to be
affixed at the City of Baton Rouge on,

March 20, 2017

*Secretary of State*

WEB 63-2260

**Certificate ID:**  10808397#XBR93

To validate this certificate, visit the following web site,
go to **Business Services**, **Search for Louisiana
Business Filings**, **Validate a Certificate**, then follow
the instructions displayed.
**www.sos.la.gov**



# UNITED STATES OF AMERICA
# State of Louisiana

## Tom Schedler
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

**CRABCO**

are true and correct and are filed in the Louisiana Secretary of State's Office.

TRADE        10/3/2011      1  page(s)

In testimony whereof, I have hereunto set my
hand and caused the Seal of my Office to be
affixed at the City of Baton Rouge on,

March 20, 2017



*Secretary of State*

**WEB 63-2260**

**Certificate ID:** 10808400#XBR93
To validate this certificate, visit the following
web site, go to **Business Services, Search
for Louisiana Business Filings, Validate a
Certificate,** then follow the instructions
displayed.
**www.sos.la.gov**

# STATE OF LOUISIANA
## APPLICATION TO REGISTER TRADE NAME
## TRADEMARK OR SERVICE MARK
### (Pursuant to R.S. Of 1950, Title 51, Chapter 1, Part VI as amended)

**Applying For:**Trade Name

**1. Name of person(s), Corporation, Limited Liability Company or Partnership applying for registration:**
JERRY THARP

**2. If applicant is a corporation, list the state of incorporation:**N/A

**3. Full street address and P.O. Box address, city, state, and zip of applicant:**

1406 S STATE ST
ABBEVILLE, LA  70510

**4. Name of trade name, trade mark, or service mark to be registered.  If logo is included, please describe.**
CRABCO

**LOGO attached:**No

**Type of business or list of goods or services to which the trade name, trademark, or service mark is applied:**
SEAFOOD

**7. Date trade name, trademark, or service mark first used by applicant:**
02/01/2000

**8. Date trade name, trademark, or service mark first used in Louisiana:**
03/01/2008

I, the applicant, am the owner of the trade name, trademark, or service mark sought to be registered and no other person, firm, association, union, or corporation has the right to such use in such class, either in the identical form hereinabove described, or in any such resemblance thereto as may be calculated to deceive, and the facsimiles or counterparts herein filed are true and correct.

By typing my name below, I hereby certify that I am the applicant, or an authorized representative of the applicant, named in the foregoing application, and that the facts alleged in said application are true.

**Electronic Signature:**JERRY W THARP (10/3/2011)



## United States of America
## State of Louisiana

### Tom Schedler
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

JERRY THARP, located at 1406 S STATE ST, ABBEVILLE, LA  70510,

Has filed for record in this department an application for the trade name

**CRABCO**

Which was first used in the State of Louisiana on March 01, 2008,

Said application was filed and recorded in this Office on October 03, 2011, which recordation is for a term of ten years from the date hereof.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

October 3, 2011

*Secretary of State*

WEB 63-2260

**Certificate ID:**  10207193#ULJ62

To validate this certificate, visit the following web site, go to **Commercial Division**, **Certificate Validation**, then follow the instructions displayed.
**www.sos.louisiana.gov**