# EXHIBIT A

**Released Claims Subject to Dismissal**

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| Barber, Jelp | 16-cv-05533 | 100025380 | GCCF Release<br><br>(Plaintiff also submitted a Vessel of Opportunity charter claim to the CSSP, which claims were permitted under the Settlement Agreement notwithstanding a claimant's prior execution of a GCCF release, and thus was assigned a CSSP claim number.) |
| Blick, Richard Lee | 16-cv-04061 | | GCCF Release |
| Crabco (Jerry Wayne Tharp); Mr. Peeper's Best, LLC | 13-cv-01076 | | GCCF Release |
| Johnny's Clams, Inc. (Sheridan, John) | 16-cv-05541 | | GCCF Release |
| Lamulle Construction, L.L.C. | 16-cv-04181 | | GCCF Release |
| Seward, Richard Jr. | 16-cv-04072 | | GCCF Release |
| Seward, Richard Sr. | 16-cv-04068 | | GCCF Release |
| Alabama Roll, Inc. | 13-cv-02232 | 100035564 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Bailey, Patricia J. | 16-cv-03822 | 100016560 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Cephas Concrete (Patrick D Franklin, Sr.) | 16-cv-06003 | 100004484 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Cutting Horse Yachts, LLC d/b/a Chittum Skiffs | 16-cv-05831 | 100021009 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Dach Van Hoang | 16-cv-06071 | 100158191 | Economic & Property Damages Class Member (CSSP |

| **Remaining B1 Plaintiff** | **PTO 60 Case No.** | **CSSP Claimant ID** | **Reason for Release** |
|---|---|---|---|
| | | | determination, no opt out or exclusion) |
| DDK Partners | 16-cv-07155 | 100339135 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Deep South Machine, Inc | 16-cv-06384 | 100187857 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Edwards, David | 16-cv-06696 | 100042106 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Fanguy, Barry Gene | 13-cv-01900 | 100064149 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Finance Motors of Crowley, LLC | 16-cv-06383 | 100141889 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Floyd, Sidney Rafael Jr. | 16-cv-03804 | 100015929 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Fred Gossen Co., LLC | 16-cv-07262 | 100301972 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Galbreath, Mitchell Lee | 13-cv-01626 | 100080802 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Harris Builders, LLC | 16-cv-05451 | 100297218 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Harry, Ryan C. | 16-cv-03878 | 100015891 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Innovations Federal Credit Union | 16-cv-06049 | 100177225 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion, alleges class membership) |
| Johnson, Cornelius | 16-cv-03828 | 100016536 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |

| **Remaining B1 Plaintiff** | **PTO 60 Case No.** | **CSSP Claimant ID** | **Reason for Release** |
|---|---|---|---|
| Johnson, Gilbert | 16-cv-03831 | 100016526 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Kibbe & Company, Inc. | 13-cv-02677 | 100329586 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| L & M MEK, Inc. (Laurette Mequet) | 16-cv-04817 | 100007539 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Lyons, Samuel Jay | 16-cv-05770 | 100329245 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| March, James | 16-cv-03833 | 100016521 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| MB Industries, LLC | 16-cv-07286 | 100141347 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Mead, Mark Edward | 10-cv-03261 | 100004028 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Merchant, Raymond Joe | 15-cv-04290 | 100164490 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Miramar Beach Property (Stephen L. Shivers, Sr.) | 16-cv-06363 | 100061987 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Moxey, Nicole | 16-cv-05906 | 100318918 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| O'Brien Crab Company (Stacie T. O'Brien) | 16-cv-04799 | 100004141 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Perry Family Properties, LLC | 16-cv-03748 | 100015358 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Peyton Cottrell Interest, Inc. | 13-cv-01829 | 100130616 | Economic & Property Damages Class Member (CSSP |

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| | | | determination, no opt out or exclusion) |
| Pham, Tuoi | 16-cv-06200 | 100158192 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| RK Turbine Consultants, LLC | 16-cv-06980 | 100257407 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Spectrum Organization, Inc. d/b/a The Victorian Rental Pool | 14-cv-00331 | 100321488 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |