# EXHIBIT D

**Claims that May Be Subject to Dismissal upon CSSP Determination**

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| Alton Rockford Meadows; Southern Appraisal Service | 13-cv-01746 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| Alvin Morrissette | 16-cv-05116 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| Andrew Armetta | 16-cv-06189 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| Crowe Boats, L.L.C. | 13-cv-02436 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| JWWTEW, LLC | 13-cv-02481 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| Randy's Trucking, Inc. | 13-cv-02435 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| Richard Shindler (Abbott Arms Apartment Hotel) | 13-cv-02978 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| Scott Alan Porter | 16-cv-04067 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out, no CSSP determination to date) |
| Adams Home of NW FL, Inc. | 13-cv-01494 | | Economic & Property Damages Class Member (alleges class |

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| | | | membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no CSSP determination to date)<br><br>Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement and stated in Exhibit 1 that plaintiff "believes it is a class member" (Case No. 13-01494, Sworn Statement (Rec. Doc. 6))<br><br>Alleged class membership in paragraph 6 of complaint: "Plaintiff believes it is a member of the *Deepwater Horizon* Economic and Property Damages Settlement Class" (Case No. 13-01494, Compl. ¶ 6 (Rec. Doc. 1)) |
| Applewhite & Associates, Inc. | 13-cv-02863 | | Economic & Property Damages Class Member (alleges class membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no CSSP determination to date)<br><br>Selected "Other" on PTO 60 Sworn Statement and added "Member of class and currently in claims process, but filed as a precaution" (Case No. 13-02863, Sworn Statement (Rec. Doc. 5)) |
| Gulf States Marine Technical Bureau, Inc. | 13-cv-01974 | | Economic & Property Damages Class Member (alleges class membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no CSSP determination to date)<br><br>Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 13-01974, Sworn Statement (Rec. Doc. 5-1)) |

| **Remaining B1 Plaintiff** | **PTO 60 Case No.** | **CSSP Claimant ID** | **Reason for Release** |
|---|---|---|---|
| | | | Alleged class membership in paragraphs 1-3 of complaint: "Gulf States Marine Technical Bureau, Inc.'s claims against the BP entities (described herein), are subject to the Economic and Property Damages Settlement Agreement" (Case No. 13-01974, Compl. ¶¶ 1-3 (Rec. Doc. 1)) |
| Jordan Pile Driving, Inc. | 16-cv-06102 | | Economic & Property Damages Class Member (alleges class membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no CSSP determination to date) <br><br> Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 16-06102, Sworn Statement (Rec. Doc. 1-2)) |
| MBI Global, LLC | 16-cv-07292 | | Economic & Property Damages Class Member (alleges class membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no CSSP determination to date) <br><br> Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 16-07292, Sworn Statement (Rec. Doc. 1-1)) <br><br> Alleged class membership in paragraph 164 of complaint: "This lawsuit is filed in abundance of caution and as a preservation of all remaining claims that Plaintiff still holds and which have not been released and compromised. Plaintiff reserves all rights it has negotiated and agreed to in the Release and Settlement Agreement" (Case No. 16-07292, Compl. ¶ 164 (Rec. Doc. 1)) |
| Bez Oysters & Seafood, Inc. | 16-cv-05703 | | Economic & Property Damages Class Member (alleges class |

| **Remaining B1 Plaintiff** | **PTO 60 Case No.** | **CSSP Claimant ID** | **Reason for Release** |
|---|---|---|---|
| | | | membership, no opt out, no CSSP determination to date) |
| | | | Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 16-05703, Sworn Statement (Rec. Doc. 1-2)) |