# IN THE UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | * | **C.A. NO. 2:10-mdl-02179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on** | * | |
| **APRIL 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to** | * | **JUDGE BARBIER** |
| Case No.: TRAHAN v. BP P.L.C., et al., | * | |
| No. 2:11-cv-263 | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

The COURT having considered Plaintiff's Agreed Motion to Dismiss with Prejudice Claims of Buddy Trahan, hereby GRANTS the Motion. It is therefore

ORDERED that Plaintiff's claims against all Defendants are dismissed with Prejudice.

Signed this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE