UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *Nos. 13-6009 & 16-7048* | * | |
| *No. 16-6329* | | MAG. JUDGE WILKINSON |
| *Nos. 13-5367 & 16-6216* | * | |

## ORDER

Considering Plaintiffs' Motions to Voluntarily Withdraw Motions for Reconsideration (Rec. Doc. 22411, 22412, 22414);

IT IS ORDERED that the Motions to Withdraw (Rec. Doc. 22411, 22412, 22414) are GRANTED and the following Motions for Reconsideration are hereby WITHDRAWN:

Motion for Reconsideration re: Gauci's Custom Buildings and Developing, LLC, et al. (Rec. Doc. 22083);

Motion and Amended Motion for Reconsideration re: Daniel K. Chang, et al. (Rec. Docs. 22080, 22091); and

Motion for Reconsideration re: Coast Products, LLC and Laurcon Capital LP (Rec. Doc. 22082);

New Orleans, Louisiana, this 22nd day of March, 2017.

_____
United States District Judge