UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:   J |
| | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Case No. 2:11-cv-01774* | |

ORDER

The COURT having considered Plaintiff's Motion to Dismiss, hereby GRANTS the Motion. It is therefore

ORDERED that Plaintiff Douglas Harold Brown's claims against all Defendants are dismissed with Prejudice.

New Orleans, Louisiana this 23rd day of March, 2017.

_____
United States District Judge