UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| **ALL CASES** | * | |
| | * | |

## ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company ("BP" or the "BP Defendants") for Leave to File Exhibits A, B, and D to BP's Memorandum in Support of Its Dispositive Motion as to Released Claims Under Seal:

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibits A, B, and D to BP's Memorandum in Support of Its Dispositive Motion as to Released Claims are filed under seal pending further order of the Court.

New Orleans, Louisiana this 23rd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE