UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *MDL NO. 2179<br>*<br>*SECTION J<br>*<br>*JUDGE BARBIER<br>*MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
*In Re: Oil Spill by "Deepwater Horizon"*
*Direct Filing Short Form*
**2:10-cv-0888-CJB-SS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Ronnie G. Penton, counsel for Plaintiffs, Charles A. Kelly and Kelly Builders, Inc., who do respectfully represent:

**I.**

That he is currently enrolled as counsel of record for Plaintiffs, Charles A. Kelly and Kelly Builders, Inc., but for the reasons more specifically outlined in the attached Memorandum in Support of Motion to Withdraw as Counsel of Record, does now desire to withdraw as counsel of record.

WHEREFORE, Ronnie G. Penton prays that he be allowed to withdraw as counsel of record for the Plaintiffs, Charles A. Kelly and Kelly Builders, Inc., all as more fully set forth in the attached Memorandum in Support of Motion to Withdraw as Counsel of Record.

1

Respectfully Submitted,

THE PENTON LAW FIRM
503 GEORGIA AVENUE
BOGALUSA, LOUISIANA 70427
TELEPHONE: 985-732-5651
TELECOPIER: 985-735-5579
E-MAIL: fedcourtmail@thepentonlawfirm.com

/s/ Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

## CERTIFICATION

Mover hereby certifies that he has complied with Rule 1.16 of the Rules of Professional Conduct and Louisiana State Bar Association, Articles of Incorporation, Article 16 by notifying Charles A. Kelly and Kelly Builders, Inc. of his desire to withdraw as counsel of record on their behalf.

/s/ Ronnie G. Penton
Ronnie G. Penton

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

March 24, 2017.

/s/ Ronnie G. Penton
Ronnie G. Penton