UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *MDL NO. 2179<br>*<br>*SECTION J<br>*<br>*JUDGE BARBIER<br>*MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
*In Re: Oil Spill by "Deepwater Horizon"*
**Direct Filing Short Form**
**2:10-cv-0888-CJB-SS**

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

**MAY IT PLEASE THE COURT:**

Ronnie G. Penton is currently enrolled as counsel of record for Plaintiffs, Charles A. Kelly and Kelly Builders, Inc., in the above referenced matter. On March 11, 2013, Mover filed a Direct Filing Short Form (Document 123982) on behalf of Plaintiffs.

Mover has settled the BP claim of the Plaintiffs and have received and released to the Plaintiffs their settlement funds. There remains a disputed bill for accounting and claims adjustment services with Full Scope Services. These funds have been placed in escrow and there is an on-going negotiation for settlement.

The Plaintiffs have requested that they be allowed to continue negotiations for resolution of this disputed bill.

Pursuant to Rule 74 of the Federal Rules of Civil Procedure, Rule 1.16 of the Rules of Professional Conduct, and Louisiana State Bar Association, Articles of Incorporation, Article 16,

1

Mover has communicated with Plaintiffs and they have no opposition to Mover's withdrawal as counsel of record.  Full Scope Services has also been made aware of this withdrawal.  Plaintiffs' information is as follows:

>Charles A. Kelly o/b/o Kelly Builders, Inc.
>406 B Pine Street
>Fairhope, Alabama  36532

The withdrawal of Mover from representation of Plaintiffs will not prejudice the Plaintiffs, nor will it unduly delay these proceedings as there are no pending motions, hearings, or trial set in this matter.

Therefore, Ronnie G. Penton prays that he be allowed to withdraw as counsel of record for the Plaintiffs, Charles A. Kelly and Kelly Builders, Inc.

>Respectfully Submitted,
>
>THE PENTON LAW FIRM
>503 GEORGIA AVENUE
>BOGALUSA, LOUISIANA  70427
>TELEPHONE:	985-732-5651
>TELECOPIER:	985-735-5579
>E-MAIL:	fedcourtmail@thepentonlawfirm.com
>
>/s/ Ronnie G. Penton
>Ronnie G. Penton
>Trial Counsel for Plaintiffs
>Louisiana Bar Roll Number 10462