UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *MDL NO. 2179 * *SECTION J * *JUDGE BARBIER *MAG. JUDGE WILKINSON |

*************************************************************************

**THIS DOCUMENT RELATES TO:**
*In Re: Oil Spill by "Deepwater Horizon"*
*Direct Filing Short Form*
**2:10-cv-0888-CJB-SS**

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Ronnie G. Penton be and hereby is withdrawn as counsel of record for the Plaintiffs, Charles A. Kelly and Kelly Builders, Inc.

Signed in New Orleans, Louisiana, this the _____ day of March, 2017.

_____
J U D G E