UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG      MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010      SECTION "J"

THIS DOCUMENTS RELATES      JUDGE BARBIER
TO ALL CASES      MAG. JUDGE WILKINSON

## **ORDER**

The Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel, has filed a Motion to be Relieved of Restrictions of Protective Order in this matter. Record Doc. No. 22394. Accordingly,

**IT IS ORDERED** that the motion is set for submission on my **APRIL 5, 2017** motion docket. Written opposition, if any, must be filed no later than **March 31, 2017**. Thereafter, the motion will be determined on the briefs <u>without</u> oral argument.

New Orleans, Louisiana, this   24th   day of March, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE