IN THE UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to Case No.: TRAHAN v. BP P.L.C., et al., No. 2:11-cv-263 | * * * * | JUDGE BARBIER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The COURT having considered Plaintiff's Agreed Motion to Dismiss with Prejudice Claims of Buddy Trahan, hereby GRANTS the Motion. It is therefore

ORDERED that Plaintiff Buddy Trahan's claims against all Defendants are dismissed with Prejudice.

New Orleans, Louisiana, this 27th day of March, 2017.

_____
United States District Judge