UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *B2 Pleading Bundle, Including Nos. 10-4487, 10-4489, 10-2749, 10-4490, and 11-867* | * * * | MAG. JUDGE WILKINSON |

## ORDER
**[Regarding the Remaining B2 Plaintiffs]**

The B2 pleading bundle includes claims brought under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-68, and was pled pursuant to a B2 Master Complaint (as amended, Rec. Doc. 1814), which was joined by six plaintiffs who also filed separate RICO actions. On July 15, 2011, this Court held that the RICO Master Complaint failed to sufficiently allege proximate causation of plaintiffs' injuries under RICO. (Order and Reasons as to B2 Master Complaint, Rec. Doc. 3330). Accordingly, the Court dismissed the B2 Master Complaint in its entirety. (*Id.* at 10).

In Pretrial Order No. 64 ("PTO 64," Rec. Doc. 22297), the Court ordered the plaintiffs remaining in this multidistrict litigation (including member cases 10-4487, 10-4489, 10-2749, 10-4490, and 11-867) who have timely pled RICO claims and have not released those claims (the "Remaining B2 Plaintiffs") to show cause by March 8, 2017 why their claims have not already been dismissed, or should not be dismissed, with prejudice on the basis of the Court's Order and Reasons dismissing the B2 Master Complaint. PTO 64 further explained that if the Remaining B2 Plaintiffs filed no response, the Court would enter final judgments dismissing the claims in the identified actions.

None of the Remaining B2 Plaintiffs responded to the show cause order by the March 8 deadline. Accordingly,

IT IS ORDERED that plaintiffs' claims in 10-4487, 10-4489, 10-2749, 10-4490, and 11-867 are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 27th day of March, 2017.

_____
United States District Judge