UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Nos. 10-4487, 10-4489, 10-2749, 10-4490, and 11-867* | * * | MAG. JUDGE WILKINSON |

### J U D G M E N T

For the reasons stated in the Court's Order of March 27, 2017, and in accordance with same,

IT IS ORDERED, ADJUDGED, AND DECREED that all claims asserted by all plaintiffs in the following actions are hereby DISMISSED WITH PREJUDICE:

**10-cv-4487**, Robert L. Rinke, et al. v. BP p.l.c., et al.

**10-cv-4489**, Armands Bistro, LLC v. BP p.l.c., et al.

**10-cv-2749**, Roland Hingle, et al. v. BP p.l.c., et al.

**10-cv-4490**, Mid South Seafood, Inc. v. BP p.l.c., et al.

**11-cv-0867**, Thomas Edward Black v. BP Exploration & Production, Inc., et al.

New Orleans, Louisiana, this 27th day of March, 2017.

_____
United States District Judge

**Note to Clerk:** File in 10-md-2179 and in listed member cases.