# EXHIBIT A — "OPT-OUT FORM"
## (Regarding Claims in the Deepwater Horizon Economic and Property Damages Settlement Program that Are Subject to a "Moratoria Hold")

Instructions: Complete and submit this Opt-Out Form by **April 24, 2017** if you have an unresolved claim in the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") that is subject to a "Moratoria Hold" **and you wish to exclude that claim from the Settlement Program and proceed in litigation.**[1] If you have multiple claims in the Settlement Program, only some of which are subject to a "Moratoria Hold," the claims that are not subject to the "Moratoria Hold" will remain in the Settlement Program. The Opt-Out From must be signed by the Claimant or the Claimant's Authorized Representative; the Claimant's attorney may not sign this form. There are two ways to submit this Opt-Out Form:

| Email the Opt-Out Form to: | Mail the Opt-Out Form to: |
|---|---|
| questions@dhecc.com | Deepwater Horizon Court-Supervised Settlement Program<br>Exclusions Department<br>P.O. Box 10272<br>Dublin, OH 43017-5772<br><br>(Must be postmarked by **April 24, 2017**) |

Claimant's Name: John Tucci

Claimant ID: 100010452

Claim ID(s): 265648

Claimant Address: 1065 Athena Lane

Irvington, Al 36544

**"I wish to have the Claim(s) identified above excluded from the Deepwater Horizon Economic and Property Damages Settlement Program."**

*/s/ John O. Tucci*
Signature of Claimant or Claimant's
Authorized Representative
(Claimant's attorney may not sign)

---

[1] Note: To proceed in litigation, you must, in addition to completing and submitting this Opt-Out Form, file an individual complaint and Sworn Statement that substantially complies with Pretrial Order No. 60 (C.A. no. 10-md-2179, Rec. Doc. 16050) by **June 23, 2017**.