UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** *D1 Pleading Bundle, Including Nos. 10-3255 and 10-3879* | * * | **MAG. JUDGE WILKINSON** |

### ORDER
### [Regarding the Remaining D1 Plaintiffs]

The D1 pleading bundle includes claims for injunctive relief and was pled pursuant to a Master Complaint (Rec. Doc. 880), which contained claims for injunctive relief filed by certain individual and organizational plaintiffs, several of which also filed separate actions within the D1 bundle. On June 16, 2011, this Court dismissed the D1 Master Complaint in its entirety. (Order and Reasons As to D1 Master Complaint, Rec. Doc. 2784). One D1 plaintiff, the Center for Biological Diversity, sought and obtained a final judgment dismissing its claims on the basis of the June 16, 2011 order. On appeal, the Fifth Circuit affirmed the dismissal of the Center's claims, with the exception of the Center's claims under the Emergency Preparedness Community Right to Know Act ("EPCRA"), 42 U.S.C. § 11004. *Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413 (5th Cir. 2013). On remand, this Court dismissed the Center's EPCRA claims after finding, among other things, that petroleum is excluded from the list of hazardous substances whose release triggers EPCRA's notice requirements. (Rec. Doc. 15352). The Center took no appeal, and the time for doing so has now passed.

In Pretrial Order No. 64 ("PTO 64," Rec. Doc. 22297), the Court ordered any plaintiffs remaining in this multidistrict litigation, including member cases 10-3255 and 10-3879, who have

timely pled claims in the D1 bundle and have not released those claims to show cause in writing by March 22, 2017, why their claims should not be dismissed with prejudice on the basis of the Court's Order and Reasons dismissing the D1 Master Complaint, the Fifth Circuit's decision at 704 F.3d 413, and the Court's September 14, 2015 Order dismissing the Center's EPCRA claims. The Court received no responses by the March 22, 2017 deadline.  Accordingly,

IT IS ORDERED that plaintiffs' claims in 10-3255 and 10-3879 are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 28th day of March, 2017.

_____
United States District Judge