UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-987* | * * | MAG. JUDGE WILKINSON |

**ORDER**
[Regarding False Claims Act Relator Action]

Member case no. 12-987, *United States of America ex rel. Adam W. Dillon v. BP p.l.c., et al.*, is a relator action filed putatively on behalf of the United States of America for alleged violations of the False Claims Act, 31 U.S.C. §§ 3729, et seq.  On April 4, 2016, the Court entered a Consent Decree among BP, the United States, and the five Gulf States.  (Rec. Doc. 16093). Under the Consent Decree, BP agreed to pay "$82.6 million in settlement of the United States' claims under the False Claims Act, 31 U.S.C. § 3729 et seq.," and the United States covenanted not to sue any BP entity for any False Claims Act claim arising from the Deepwater Horizon Incident. (*Id.* at ¶¶ 24, 60).  In Pretrial Order No. 64 (Rec. Doc. 22297), the plaintiff in case no. 12-987 was ordered to show cause by March 22, 2017, why his claims should not be dismissed with prejudice, in whole or in part, on the basis of the Consent Decree.  The Court has received no response by the March 22, 2017 deadline.  Accordingly,

IT IS ORDERED that plaintiffs' claims asserted in case no. 12-987 are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 28th day of March, 2017.

_____
United States District Judge