UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: *No. 12-987* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

### JUDGMENT

For the reasons stated in the Court's Order of March 28, 2017, and in accordance with same,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's claims asserted in case no. 12-cv-987, *United States of America ex rel. Adam W. Dillon v. BP p.l.c., et al.,* are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 28th day of March, 2017.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and in 12-cv-987.**