UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICTORIA SANCHEZ, | § | CIVIL ACTION NO.: 2:12-cv-00164 |
| Plaintiff, | § | |
| v. | § | SECTION: J |
| | § | |
| AMERICAN POLLUTION CONTROL | § | JUDGE BARBIER |
| CORP, BP EXPLORATION & | § | |
| PRODUCTION, INC., ET AL. | § | |
| | § | |
| Defendants. | § | MAGISTRATE JUDGE |
| | | JOSEPH C. WILKINSON, JR. |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B1 CLAIMS

NOW INTO COURT, through the undersigned counsel, comes Plaintiff Victoria Sanchez who, pursuant to Pretrial Order No. 64 (Rec. Doc. 22297) in the matter entitled *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* filed in the United States District Court for the Eastern District of Louisiana, Docket No. 2:10-md-02179-CJB-JCW, files this Sworn Statement for Disclosure of B1 Claims[1].

Respectfully submitted,

**WILLIAMSON & RUSNAK**
*/s/ Jimmy Williamson*
Jimmy Williamson
Attorney In Charge
Federal Id No. 51896 / SBN. 21624100
Cyndi M. Rusnak
Federal Id No. 24724 / SBN. 24007964
William Dills
Federal Id No. 2346498 / SBN. 24067421
4310 Yoakum Blvd.
Houston, Texas 77006
(713) 223-3330
jimmy@jimmywilliamson.com
cyndi@jimmywilliamson.com
billy@jimmywilliamson.com
ATTORNEYS FOR PLAINTIFF

---

[1] Plaintiff believes her claim has been classified as a "B3" claim and therefore Plaintiff timely filed a sworn statement for disclosure of B3 claims in accordance with Pretrial Order No. 63. However, out of an abundance of caution, in case it is asserted that Plaintiff is a B1 claim, Plaintiff is also filing this sworn statement for disclosure of B1 claims in accordance with Pretrial Order No. 64.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing sworn statement and supporting information was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 28th day of March 2017.

Further, I hereby certify that the above and foregoing document has been served on Counsel for BP and MDL 2179 Plaintiffs' Steering Committee by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and Pretrial Order No. 64.

*/s/ Jimmy Williamson*
Jimmy Williamson