## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  OIL SPILL by the OIL RIG** | * | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on APRIL 20, 2010** | * | |
| | * | **SECTION:  J** |
| | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO: CASE NOS.** | * | **MAG. JUDGE WILKINSON** |
| **13-02415, 12-00347, 13-01264, 13-01240,** | * | |
| **13-02242, 16-05409, 16-05437 & 16-05877** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED MOTION TO CORRECT THE RECORD
### REGARDING COMPLIANCE WITH PTO 60

Come now Plaintiffs ALEGION, INC., CONSTRUCTION SOLUTIONS, INC., INDUSTRIAL VALVE SALES & SERVICE, INC., CARSON KIMBROUGH, KIMBREAUX TRADING, INC., CAROL TERREBONNE dba THE SEAFOOD SHED and ROGER LARTIGUE ("Movants"), and pursuant to Rule 60 (a) and 60(b)(1) respectfully move the Court to Correct the Record Regarding Compliance with PTO 60 regarding Movants' identified compliance with PTO 60 and would show the Court as follows:

1.      On or about March 29, 2016, the Court issued Pretrial Order No. 60 ("PTO 60"), which required individual plaintiffs to file sworn statements along with various supporting documentation by May 2, 2016.[1]  [Doc. 16050]

---

[1] The Court extended the deadline to comply with PTO 60 to May 16, 2016.

2.      Movants complied  with  PTO 60 by filing the requisite sworn  statements  along with  supporting documentation, as outlined below:

| | |
|---|---|
| Carol Terrebonne dba The Seafood Shed | Sworn Statement filed May 5, 2016 [Doc. 6, Case No. 13-02415] |
| Roger Lartigue | Sworn Statement filed May 5, 2016 [Doc. 6, Case No. 13-01264] |
| Kimbreaux Trading, Inc. | Sworn Statement filed April 28, 2016 [Doc. 6, Case No. 13-01240] |
| Carson Kimbrough | Sworn Statement filed April 29, 2016 [Doc. 6, Case No. 13-02242] |
| Alegion, Inc. | Sworn Statement filed May 12, 2016 as an attachment to the Complaint [Doc. 1-1, Case No. 16-05409] |
| Construction Solutions, Inc. | Sworn Statement filed May 12, 2016 as an attachment to the Complaint [Doc. 1-1, Case No. 16-05437] |
| Industrial Valve Sales & Service, Inc. | Sworn Statement filed May 13, 2016 as an attachment to the Complaint [Doc. 1-1, Case No. 16-05877] |

3.      On or about June 3, 2016, the Court ordered BP to submit in camera to the Court and to the PSC: (a) a list of plaintiffs BP believes in good faith made submissions to PTO 60 that complied with the requirements of PTO 60; and (b) a list of plaintiffs whose submission BP in good faith believes are materially deficient for one or more identified reasons.  [Doc. 18659]

4.      On or about June 7, 2016, the Court entered an Order to Show Cause re: Compliance with PTO 60, which identified any plaintiff or case number listed in Exhibits 1A (sorted alphabetically) or 1B (sorted numerically by case no.) as having a sufficient PTO 60 submission and having complied with PTO 60. [Doc. 18724]

5.      Movants were each identified on Exhibits 1A and 1B as having complied with PTO 60.  [Doc. 18724-1 and Doc. 18724-2, specific page nos. listed below] (See excerpts of Doc. 18724-1 and Doc. 18724-2, with highlighting added, attached hereto as *Exhibits A* and *B*, respectively.)

2

| Plaintiff's Name | Civ. A. No. | Page No. of Plaintiff's Appearance In **Doc. 18724-1** | Page No. of Plaintiff's Appearance In **Doc. 18724-2** |
|---|---|---|---|
| Carol Terrebonne | 10-02116 13-02415 | 75 | 1 |
| Roger Lartigue[2] | 12-00347 13-01264 | 41 | 11 |
| Kimbreaux Trading, Inc. | 13-01240 | 39 | 22 |
| Carson Kimbrough | 13-02242 | 39 | 33 |
| Alegion, Inc. | 16-05409 | 2 | 75 |
| Construction Solutions, Inc. | 16-05437 | 16 | 76 |
| Industrial Valve Sales & Service, Inc. | 16-05877 | 35 | 80 |

6.     Cases identified as having complied with PTO 60 are subject to further proceedings in this Court.  (*See* PTO 60, at ¶8.)  Movants' cases, having been identified as compliant with PTO 60, are therefore subject to further proceedings in this Court.

7.     On or about July 13, 2016, BP filed an updated list of PTO 60-compliant plaintiffs. [Docs. 20992-1 and 20992-2, and by case number, respectively]  BP stated that the updated list included the original list of compliant Plaintiffs provided by BP and attached to the Court's June 7, 2016 Order to Show Cause Regarding Compliance with PTO 60 (Doc. 18724) (the "Show Cause Order"), with "(a) the addition of those Plaintiffs who filed a timely response to the Show Cause Order and whose compliance with PTO 60 BP no longer contests, and (b) the elimination of those Plaintiffs who complied with PTO 60 but have since dismissed their claims against BP and/or have since executed releases of their claims and are in the process of dismissing their

---

[2] Docs. 18724-1 (see p.41) and 18724-2 (see p.11) inaccurately reflect Plaintiff Roger Lartigue as being a party to Case no. 13-02246, which he has never been a party to.

claims against BP." [Doc. 20992] (See p.1, ¶2) Movants had neither executed releases nor dismissed their claims against BP. However, Movants' names were erroneously omitted from this updated list.

On or about July 14, 2016, the Court issued its Order Re: Compliance with PTO 60, attaching BP's updated list of PTO 60-compliant plaintiffs thereto as Exhibits 1A and 1B. [Docs. 20996-1 and 20996-2] The Court Ordered that the Plaintiffs listed in Exhibits 1A and 1B were deemed compliant with PTO 60 and are subject to further proceedings in this Court. [Doc. 20996] (See p.4, ¶3)

If for any reason, Movants are found to be non-compliant notwithstanding the prior documents, it is requested that Movants be given proper notice and are allowed an opportunity to cure the compliance issue in light of the prior document showing Movants to be compliant and the absence of any clear designation otherwise.

9.      BP recently provided Liaison Counsel with the list of "MDL 2179 Cases Not Covered by (i) July 14, 2016 Order Dismissing for PTO 60 Noncompliance (Rec. 20996) and/or (ii) Individual Settlements by BP," (Attachment A to Liaison Counsel's Memorandum Providing Status Report for the February 17, 2017 Status Conference), which consisted of basic information on the MDL 2179 member cases that remain to be resolved as to claims against BP. [Docs. 22247 and 22247-1] (See 22247, p.13 @ footnote 5) Similar to the previous erroneous omissions described herein, Movants' names were also omitted from Attachment A.

10.      Counsel for BP has confirmed BP does not object to the relief sought in this motion.

10.      Accordingly, the undersigned Counsel respectfully requests correction of Docs.

20992-1, 20992-2, 20996-1, 20996-2 and 22247-1 to identify Movants as having complied with PTO 60 and therefore subject to further proceedings in this Court.

WHEREFORE, Movants respectfully request correction of Docs. 20992-1, 20992-2, 20996-1 and 20996-2 to add the following entries to the list in order to identify Movants as having complied with PTO 60 and therefore subject to further proceedings in this Court.

| Plaintiff's Name | Civ. A. No. |
|---|---|
| Alegion, Inc. | 16-05409 |
| Carol Terrebonne | 10-02116<br>13-02415 |
| Carson Kimbrough | 13-02242 |
| Construction Solutions, Inc. | 16-05437 |
| Industrial Valve Sales & Service, Inc. | 16-05877 |
| Kimbreaux Trading, Inc. | 13-01240 |
| Roger Lartigue | 12-00347<br>13-01264 |

Movants also respectfully request correction of Doc 22247-1 to add the following entries to the list in order to identify Movants as having complied with PTO 60 and therefore subject to further proceedings in this Court.

| Case Name | EDLA Case Number | Case Pleading Bundle or Category | Originating District Court |
|---|---|---|---|
| Alegion, Inc. v.<br>BP Exploration & Production, Inc., et al. | 16-05409 | B1 | ED LA |
| Carol Terrebonne dba The Seafood Shed v.<br>BP Exploration & Production, Inc., et al. | 10-02116<br>13-02415 | B1 | ED LA |
| Carson Kimbrough v.<br>BP Exploration & Production, Inc., et al. | 13-02242 | B1 | ED LA |
| Construction Solutions, Inc. v.<br>BP Exploration & Production, Inc., et al. | 16-05437 | B1 | ED LA |
| Industrial Valve Sales & Service, Inc. v.<br>BP Exploration & Production, Inc., et al. | 16-05877 | B1 | ED LA |

| Kimbreaux Trading, Inc. v.<br>BP Exploration & Production, Inc., et al. | 13-01240 | B1 | ED LA |
|---|---|---|---|
| Roger Lartigue v.<br>BP Exploration & Production, Inc., et al. | 12-00347<br>13-01264 | B1 | ED LA |

Respectfully submitted on this 28th day of March, 2017.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 28th day of March, 2017 served a copy of the foregoing document and attachments on the parties listed below by mailing same by United States mail, properly addressed and first class postage prepaid.

| | |
|---|---|
| J. Andrew Langan<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street, Suite 2400<br>Chicago, Illinois  60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attention: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, Louisiana  70112 |

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS