# EXHIBIT A

**Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Adventure South Guide Service | 13-01730 |
| ADX Communications of Escambia, LLC | 16-04995 |
| Affordable Marine Services | 13-05144 |
| | 16-05887 |
| Affuentials, LLC | 13-1687 |
| | 13-00097 |
| | 16-6092 |
| | 16-06092 |
| Agregaard, Joseph Jr.; Agregaard, Tammy Jr. | 13-02587 |
| Aguilar, Felix Cedillo ; | 10-04220 |
| Aguilar, Felix Cedillo | 16-06055 |
| Agustin De La Cruz Ventura | 13-02791 |
| | 13-2791 |
| | 16-04636 |
| AJC Transmission Parts LLC; | 10-04225 |
| AJC Transmission Parts, LLC | 16-05916 |
| Akkerhuis, Gerard | 16-05042 |
| Akkerhuis, Marianne H. | 16-05042 |
| Alabama Associated General Contractors, Inc. Self-Insurance Fund | 13-06168 |
| | 13-6168 |
| Alabama Heat Exchangers, Inc. | 16-05407 |
| Alabama Roll, Inc. | 13-02232 |
| Alario Brothers Fishing & Marine Supplies Incorporated | 13-01471 |
| | 16-05471 |
| Alario, Garon L. Sr. | 13-02039 |
| | 13-02039 |
| Alas, Eduardo | 16-05611 |
| Alegion, Inc. | 16-05409 |
| Alejandro Vicente Wilson | 13-2791 |
| | 16-04901 |
| Alexander, Melvin J. | 13-00824 |
| | 13-00824 |
| Alfredo Decuir Garcia | 13-02791 |
| | 13-2791 |
| | 16-04755 |
| Alicia Morgado Morales | 13-02791 |
| | 13-2791 |
| | 16-04908 |
| Alicia Torrez Osorio | 13-02791 |
| | 13-2791 |
| | 16-04632 |
| Alimentos Marinos Bagdad, S.C. de R.L. M.I. | 13-02791 |
| | 13-2791 |
| | 16-04354 |
| All Pro Safety Supply and Installations | 13-02791 |
| | 13-2791 |
| | 16-05950 |
| All Weather AC Rentals LLC | 16-05350 |
| Alleman, Troy J. | 13-01481 |
| | 13-01481 |
| Allen, Michael J. | 16-03884 |
| Alpasito, Inc. | 10-04216 |
| | 16-04965 |
| ALR Properties, LLC | 13-01961 |
| Alton LeBlanc & Sons, LLC | 16-06375 |
| American Cast Iron Pipe Company | 16-05411 |

**Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Connally Yacht Charters, LLC | 16-05065 |
| Connally, Charles Price | 16-05065 |
| CONSOLIDATED EMPLOYEE ORGANIZATION | 16-04114 |
| CONSOLIDATED MANAGMENT SERVICE INC. | 16-04109 |
| Construction Managers, LLC | 13-01219 |
| Construction Solutions, Inc. | 16-05437 |
|  | 13-1578 |
|  | 13-01578 |
|  | 16-5087 |
| Container Rentals, Inc. | 16-05087 |
|  | 11-00276 |
| Contero, Jorge | 16-04997 |
| Contract Fabricators, Inc. | 16-05441 |
|  | 13-1687 |
|  | 13-01687 |
|  | 16-6012 |
|  | 16-06012 |
| Contractors Group, LLC | 16-06027 |
| Conway, Leo | 16-05238 |
| Coogan, Mary K ; |  |
| Coogan, Mary K. | 16-05516 |
| Cook Claim Service, Inc. | 13-01250 |
| Cook, Christine S. | 16-05786 |
| Cook, Michael R | 16-05786 |
| Coop Marine Railways LLC; | 10-04216 |
| Coop Marine Railways, LLC | 16-05081 |
|  | 13-02791 |
| Coperativa de Producion de Bienes y Servicios | 13-2791 |
| Tritones del Golfo S.C. de R.L. de C.V. | 16-05499 |
|  | 13-02791 |
|  | 13-2791 |
| Cordova, Mabial | 16-04626 |
| Cormier, Jane P. | 16-05083 |
|  | 13-02840 |
| Cornerstone Community Bank | 13-2840 |
| Cornett Group Inc. | 13-05056 |
| Cornett, Robert Andrew | 13-01408 |
|  | 13-02791 |
|  | 13-2791 |
| Cosmopulos Lopez, Luis | 16-04950 |
| Country Club Development, LLC | 13-02272 |
| County Road 20, LLC | 13-02297 |
| Coursen, William | 13-2153 |
| Covington and Co., Inc. | 16-05444 |
|  | 13-05144 |
| Covington Haircutters | 16-05682 |
| Cox Family Properties, LLC | 13-02188 |
|  | 13-05140 |
| Cozzolino, Christopher | 16-05897 |
| CP Sales LLC | 13-04986 |
| CRA Advocates, Inc. | 16-05104 |
|  | 13-01471 |
| Crab's Express, Inc. | 16-05812 |
| Craft Farms Land Development, LLC | 13-02262 |
|  | 10-03093 |
| Craighead, Michael T. | 16-05085 |
|  | 10-03093 |
| Craighead, Pamela C. | 16-05085 |
| Craigside Leasing, LLC | 16-05091 |

**Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| IBC, LGC; | 10-04216 |
| IBC, Inc. | 16-04988 |
| Ieracitano, Cathy L. | 16-05563 |
| Ieracitano, Joseph Paul | 16-05563 |
| Illg, Caroline | 13-1095 |
| | 13-02613 |
| Illg, Carolyn | 13-2613 |
| Imaex Trading Company | 10-02116 |
| | 13-02344 |
| Imperial Trading Company, LLC | 11-01114 |
| | 13-02137 |
| Independent Fish Company, Inc. | 10-04216 |
| | 16-04951 |
| India 4 U, LLC | 13-02391 |
| INDIAN BEACH VENTURES LLC | 16-04145 |
| Industrial Diesel Service, LLC | 13-01597 |
| Industrial Valve Sales & Service, Inc. | 16-05877 |
| Infinity Blu Development Group, LLC | 13-6008 |
| | 13-06009 |
| | 13-06010 |
| | 16-06303 |
| Infinity Blu Development, LLC | 13-5367 |
| | 16-06303 |
| Infirmary West System | 16-06457 |
| Infofax Investigative and Information Services | 16-05368 |
| Inland Fresh Seafood Corp. of America, Inc. | 13-02065 |
| Inn at Dauphin Island, LLC | 13-02265 |
| Innovations Federal Credit Union | 16-06049 |
| Integrated Electronic Technologies, Inc. | 16-05879 |
| Integrated Machine Works Holding Company | 13-01471 |
| | 16-06112 |
| Integrity Auto Solutions, Inc. | 16-05917 |
| INTERCOASTAL COATING SYSTEMS, INC | 16-04128 |
| Interim Land Co. Inc. | 13-02180 |
| | 13-02246 |
| International Assurance- Baldwin County, Inc. | 13-01238 |
| International Assurance Inc. | 13-01238 |
| International Capital Properties, Inc | 13-02791 |
| | 13-2791 |
| | 16-05948 |
| International Oceanic Enterprises Inc | 13-01471 |
| | 16-05732 |
| InterNav Surveys Group, LLC | 13-00972 |
| Intimidator Sportfishing Inc. | 13-01649 |
| Investment Group 1, LLC | 13-01333 |
| Ippolito, Mark Anthony | 11-00873 |
| Irbin Parra Andrade | 13-02791 |
| | 13-2791 |
| | 16-04896 |
| Irene Harris Family, LLC | 16-04710 |
| Iris Fetterman Klein | 13-02370 |
| Isidro Carbonell | 13-02791 |
| | 13-2791 |
| | 16-05320 |
| Island Insurance Agency, Inc. | 13-00886 |
| Island Realty Corporation | 16-05861 |
| Ismail, Ahmad T. | 16-05054 |
| Ives Realty LLC | 16-05635 |

**Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
|  | 13-01439 |
|  | 16-05041 |
| Justice Group, LLC | 16-05050 |
| JWWTEW, LLC | 13-02481 |
|  | 13-01717 |
| K&W Leasing, LLC | 16-05974 |
| Kaehlert, Michael | 16-05497 |
| Kahala Development, LP | 13-02789 |
| Kajun Crab Trap & Wire, Inc. | 13-02009 |
| Kaliviotis, Inc. d/b/a Skippers Seafood | 16-04964 |
|  | 13-05370 |
| Kane, Janice | 16-03894 |
|  | 13cv02376 |
|  | 13-02376 |
| Kanive, Edward | 16-03852 |
| Karampelas Seafod[sic] Trading | 16-04079 |
|  | 12-01483 |
| Kathy Greenberg | 16-04678 |
| Kathy Nguyen | 16-05904 |
|  | 11-00363 |
| K-Broughton Trucking | 16-05355 |
| KD'S OCEANS & REEFS AQUARIUM, INC. | 16-05619 |
| KD's Oceans and Reefs Aquarium, Inc. | 16-05619 |
| Keegan, Michael Charles | 13-00189 |
| Kelley Construction Group, Inc. | 13-00865 |
| Kemp, Robert |  |
| Kendall, Karen G. | 16-05211 |
| Kennedy, Marie Charlene | 16-07403 |
| Kenney, Derek Andrew | 16-04505 |
|  | 13-02613 |
|  | 13-1095 |
|  | 13-2613 |
| Kenny Wards, LLC | 16-06153 |
|  | 13-02019 |
| Kermish, Geoffrey | 13-02019 |
| Kerner, William Dolan ; | 13-02085 |
| Kerner, Willie | 13-02085 |
|  | 13-05144 |
| Kevico Enterprises, Inc. | 16-05644 |
| Key West Fresh Frozen, LLC | 13-01630 |
| Key West Mad Hatter | 16-05503 |
| Kibbe & Co Inc d/b/a Farm Raised Clams of SWFLA; Kibbe & Company, Inc. | 13-02677 |
| Kidder, Mark | 16-05916 |
| Kimbreaux Trading, Inc. | 13-01240 |
| Kimbrough, Carson | 13-02242 |
| Kincade, Edward Eugene Jr. | 16-05377 |
|  | 13-05370 |
|  | 13-5370 |
|  | 13-5371 |
| King, Hugh | 16-04588 |
| Klein, Michael A. | 16-04498 |
|  | 13-04819 |
| Klyce Enterprises, Inc. | 16-06178 |
| Knight, Carla C. | 12-02897 |
| Knight, David T. | 12-02897 |
| Knotts, Jodi | 13-00964 |
| Knowles, Tiffany Anne | 16-05748 |

**Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Lady Luck Bingo, Inc | 16-04231 |
| Lafourche Fuel, LLC | 13-1527 |
| | 13-01527 |
| Lagarde, Christian | 16-05242 |
| Laguna de Morelas, S.C. de R.L. | 13-02791 |
| | 13-2791 |
| | 16-04404 |
| Laguna Y Puerto de Alvarado, S.C. de R.L. | 13-02791 |
| | 13-2791 |
| | 16-05233 |
| Lake Mortgage Investors of MS., Inc. | 13-00718 |
| Lakewood Holdings | 13-02948 |
| Lalena, Robert | 13-05147 |
| | 16-05694 |
| Lambeth, Phillip | 13-02205 |
| LaMer Condominium Association of N.W. Florida Inc. | 10-03093 |
| | 16-05571 |
| Lamulle Construction, L.L.C. | 13-01146 |
| | 13-1146 |
| | 16-04181 |
| Landmark Financial Holding Co | 16-06247 |
| Landry, Brian | 11-00363 |
| | 16-04848 |
| Landry, Christopher P. | 13-06241 |
| Landscape Workshop, Inc. | 13-02266 |
| Langley-Colonial, LLC | 13-01602 |
| Laplace Glass Works, Inc. | 13-1727 |
| | 13-01727 |
| | 16-6051 |
| | 16-06051 |
| Larose Scrap & Salvage, Inc. | 13-01753 |
| Lartigue, Roger | 12-00347 |
| | 13-01264 |
| | 13-02246 |
| Las Ampolas, S.C.L. | 13-02791 |
| | 13-2791 |
| | 16-05388 |
| Laughlin, Kathryn | 13-00964 |
| Launa L. Lishamer, P.A. | 13-02927 |
| | 13-2927 |
| | 14-02039 |
| | 14-2039 |
| Lauricella, Kerry | 11-00925 |
| | 16-06376 |
| Lauricella, Sandra | 11-00925 |
| | 16-06376 |
| LAURICELLA, SANDRA LAURICELLA, KERRY | 16-06376 |
| Lawrence, Henry | 16-04981 |
| Lawson Environmental Services | 12-00740 |
| Lazy Lizard Enterprises, Inc. | 13-02680 |
| Lazzaro, Joseph | 13-00138 |
| | 13-02601 |
| Le, Huy | 16-05588 |
| Le, Huyen | 16-04049 |
| Le, Nhut Van | 13-02038 |
| | 16-07414 |
| Le, Quy Van | 13-02038 |
| | 16-07416 |

41

**Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Sutley, Eugene C. | 13-02369 |
| | 16-03827 |
| Sutter, Luther | |
| Sutter, Luther & Pamela | 13-02547 |
| Sutton, Dion | 13-01519 |
| Swanner, Alvin E. | 13-01036 |
| | 13-01439 |
| SWHoldings, LLC dba Mariner's Cove Development Company, LLC | 13-01439 |
| | 16-06353 |
| Swindell, Marian | 16-04882 |
| | 13-6241 |
| Sylvester, Garland | 16-06241 |
| Synergy Fabrication, LLC | 13-02236 |
| | 13-02817 |
| Synovus Financial Corp. | 13-2817 |
| | 13-05144 |
| T San Toro Enterprises Inc. | 16-06108 |
| T&B LTD | 13-02307 |
| Tackett Fish Farm WM & J Tackett & J Walker, PTR | 16-05401 |
| | 13-5367 |
| | 13-05367 |
| | 16-05970 |
| Tampa Bay Saltwater, Inc. | 16-05971 |
| Tannin, Inc. | 13-01583 |
| Tapp, Kelly | 16-06359 |
| Tapp, Larry | 16-06359 |
| TARABOCCHIA, JOHN | 13-00694 |
| | 13-5353 |
| | 13-05353 |
| | 16-5267 |
| TD Auditing d/b/a Bevinco of St. Petersburg, LLC | 16-05267 |
| Techwest LLC | 13-02615 |
| | 12-01483 |
| Tennessee Investors Holdings, LLC | 16-03683 |
| | 13-02791 |
| Teodoro Wilson Gallegos; | 13-2791 |
| All Pro Safety Supply and Installations | 16-04903 |
| Tercera Cruz, LLC; | |
| Tercera Cruz, L.L.C. | 16-04773 |
| Terrafirma Properties LLC; | |
| Terrafirma Properties, LLC | 13-02888 |
| | 10-02116 |
| Terrebonne, Carol | 13-02415 |
| | 13-05142 |
| Terry Butler d/b/a Central State Insurance Agency | 16-05507 |
| Terry, Alan Reid; More Business Systems, LLC | 16-04139 |
| Tesla Offshore, L.L.C. | 16-03933 |
| Texas Gulf Trawling, L.L.C.; | |
| Texas Gulf Trawling Co., LLC | 16-04780 |
| Texgulmarco Company, Inc. | 16-04784 |
| THAF, Inc. d/b/a Saffron Restaurant | 16-05054 |
| Thames, Jackson, Harris Company, Inc. | 13-02255 |
| Thanh Chan Duong | 16-03953 |
| | 13-2550 |
| | 13-02550 |
| | 16-5277 |
| The Bird of Paradise | 16-05277 |
| The Builders Group of West Alabama, LLC | 16-05863 |