# **EXHIBIT B**

**Exhibit 1B - PTO 60 Compliant Plaintiffs - Numerical by Case**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Grande Centre Properties, LLC | 10-01245 |
| Gulf Crown Seafood, Inc. | 10-01344 |
| Barrios Seafood to Go, LLC; | 10-01422 |
| Barrios Seafood To Go, LLC | 13-01129 |
|  | 10-01499 |
|  | 13-00812 |
| P.A. Menard, Inc. | 13-00812 |
|  | 10-01516 |
| Bayouside Drive Seafood, LLC | 13-00837 |
|  | 10-01516 |
|  | 13-00837 |
| Blanchard, Eric | 13-00915 |
|  | 10-01516 |
| Cajun Crab, LLC | 13-00915 |
| D&H Outfitters, LLC | 10-01556 |
| J & M Boat Rental Inc.; |  |
| J&M Boat Rentals, LLC | 10-01747 |
|  | 10-01908 |
| Cedar Bayou, L.L.C. | 13-02088 |
|  | 10-02116 |
|  | 13-01471 |
| 3-G Enterprises d/b/a Griffin Seafood | 16-05721 |
|  | 10-02116 |
| Imaex Trading Company | 13-02344 |
|  | ==10-02116== |
| ==Terrebonne, Carol== | ==13-02415== |
|  | 10-02638 |
|  | 11-01597 |
|  | 13-02546 |
| CMCO, LLC | 16-03904 |
|  | 10-02643 |
|  | 13-01471 |
| Malay Bay, Inc. | 16-05512 |
|  | 10-02660 |
| Handsome Crab, Inc. | 13-00914 |
| D&M Crabs, Inc. d/b/a United Seafood, Inc. also | 10-02660 |
| d/b/a United Crab & Seafood; | 13-00920 |
| United Seafood Inc., d/b/a D & M Crabs | 13-00920 |
|  | 10-02675 |
|  | 13-00137 |
| Ladner, Keath | 13-01037 |
|  | 10-02675 |
| Gulf Shores Sea Products, Inc. | 13-00819 |
|  | 10-02682 |
| Baron, Ned | 16-05470 |
|  | 10-02682 |
| Tipps, Roy | 16-05810 |
| Retreat Investments, Inc. | 10-02795 |
|  | 10-02839 |
| CJK Fab & Consulting | 13-02025 |
| De La Piedra, Cheribeth | 10-03093 |
| De La Piedra, Enrique | 10-03093 |
| Riesberg, Michael Van | 10-03093 |
| Wells, Edwin Leroy | 10-03093 |
| Wells, Julia H. | 10-03093 |
| Wells, Vance Keith | 10-03093 |
| Wells, Melinda Sue | 10-03093 |
|  | 10-03093 |
| Craighead, Michael T. | 16-05085 |

**Exhibit 1B - PTO 60 Compliant Plaintiffs - Numerical by Case**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Rebecca Shrimp Co. Inc. | 11-03180 |
| | 16-06176 |
| Ronnie Yeamans | 11-03180 |
| | 16-06176 |
| Bradley Neil, Inc. | 11-03180 |
| | 16-06176 |
| Lartigue, Roger | 12-00347 |
| | 13-01264 |
| | 13-02246 |
| Walker Breeze LLC | 12-00347 |
| | 13-02284 |
| Top Water Charters, LLC | 12-00381 |
| | 12-381 |
| | 16-04743 |
| Backwater Charters, LLC | 12-00381 |
| | 12-381 |
| | 16-04821 |
| A & A Quality Gutters, Inc. | 12-00466 |
| Arcement Boat Rentals, Inc. | 12-00471 |
| Arcement Marine, LLC | 12-00476 |
| Lawson Environmental Services | 12-00740 |
| Strike Zone Charters, L.L.C. | 12-00988 |
| | 12-01295 |
| | 12-1295 |
| | 16-05960 |
| Pair-A-Dice Charters of Grand Isle, Inc.; | 12-00988 |
| Pair-A-Dice Charter of Grand Isle, LLC | 13-05370 |
| | 13-5370 |
| | 16-04749 |
| Rigs, Reefs, & Wrecks, Inc.; | 12-00988 |
| Rigs, Reefs & Wrecks, Inc. | 13-05370 |
| | 13-5370 |
| | 16-04818 |
| Prevlaka, Inc.; | 12-00988 |
| Prevlaka | 13-05370 |
| | 13-5370 |
| | 16-04842 |
| Coastal Outdoors | 12-00988 |
| | 13-05370 |
| | 13-5370 |
| | 16-04868 |
| Ritchey, George | 12-00988 |
| | 13-05370 |
| | 13-5370 |
| | 16-04894 |
| Chase, Brenda | 12-00988 |
| | 13-05370 |
| | 13-5370 |
| | 16-05527 |
| Frost, Lawrence N III; | 12-00988 |
| Frost, Lawrence N. III, Dr. | 13-05370 |
| | 13-5370 |
| | 16-05546 |
| Carite, Louis R Jr.; | 12-00988 |
| Carite, Louis R. | 13-05370 |
| | 16-04867 |

11

## Exhibit 1B - PTO 60 Compliant Plaintiffs - Numerical by Case

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| | 13-01192 |
| Dog River Marina and Boat Works, Inc. | 13-02246 |
| Dorn, Martin G. | 13-01194 |
| | 13-01197 |
| Ceasar, Bithomas | 13-01197 |
| Harrell, James Guy Jr. | 13-01199 |
| Moore, Charles | 13-01202 |
| Negus, Don Cowan | 13-01204 |
| Mundy Home Center, Inc. | 13-01209 |
| Construction Managers, LLC | 13-01219 |
| E. Goodwin & Sons, Inc. | 13-01221 |
| Specialty Fuels Bunkering, LLC | 13-01227 |
| Reilly, Michael A. | 13-01231 |
| Reilly, Julie | 13-01231 |
| Winfield Resort Properties, Inc. | 13-01235 |
| International Assurance Inc. | 13-01238 |
| International Assurance- Baldwin County, Inc. | 13-01238 |
| Kimbreaux Trading, Inc. | 13-01240 |
| The Cocodrie Connection, Inc. d/b/a Sportsman's Paradise | 13-01243 |
| McGuire Oil Company, Inc. | 13-01244 |
| | 13-01245 |
| | 13-01717 |
| Stewart, Gregory S. | 16-04545 |
| Carson & Company, Inc. | 13-01246 |
| Cook Claim Service, Inc. | 13-01250 |
| LEEVAC Shipyards, LLC n/k/a LEEVAC Shipyards Jennings, LLC | 13-01251 |
| Bryant Bank | 13-01252 |
| Doller Offshore Marine Trading, Inc. | 13-01275 |
| Undertow Marine & Salvage, Inc.; Undertow Marine Towing & Salvage, Inc. | 13-01278 |
| Mac's Marina, Inc; Mac's Marina, Inc. | 13-01278 |
| P & J Oyster Company, Inc. | 13-01280 |
| | 13-01280 |
| Sunseri, Salvador Blake | 16-06185 |
| | 13-01286 |
| BioMarine Technologies, Inc. | 13-02186 |
| | 13-01286 |
| Gulf Marine Institute of Technology | 13-02186 |
| Negus, Edward Ray | 13-01327 |
| Bellagio Developers LLC | 13-01330 |
| Coastal Title, Inc. | 13-01331 |
| Investment Group 1, LLC | 13-01333 |
| A & L Sales | 13-01335 |
| Michael Herman & Charlotte Peller as Trustees for Trust No. 070586 | 13-01339 |
| | 13-01340 |
| Bruce, Bryan Keith | 13-01340 |
| | 13-01344 |
| Rode, Jeffrey | 16-06206 |
| | 13-01344 |
| Williams, Daniel W. | 16-06209 |
| | 13-01346 |
| Five B's, Inc. | 13-01359 |
| | 13-01348 |
| Azalea Capital Leasing, LLC | 16-06162 |

22

**Exhibit 1B - PTO 60 Compliant Plaintiffs - Numerical by Case**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Stimpson, Virginia | 13-02230 |
| RBT Welders | 13-02231 |
| Alabama Roll, Inc. | 13-02232 |
| ABL Fabricators, LLC. | 13-02234<br>13-02334 |
| Spectronics, Inc. | 13-02235 |
| Synergy Fabrication, LLC | 13-02236 |
| Premium Select Seafood, LLC | 13-02237 |
| SCI, Inc. | 13-02238 |
| B&W Supply Company, Inc. | 13-02239<br>13-02239- |
| Barry Graham Oil Service, LLC | 13-02240 |
| Pensacola Greyhound Racing, LLP | 13-02241 |
| Kimbrough, Carson | 13-02242 |
| Tucker, Kris | 13-02243 |
| Boise Cascade Building Materials Distribution, LLC | 13-02245 |
| Norton Family Properties LLC | 13-02246 |
| Boykin, Starr Lynn | 13-02246 |
| Breland, Charles Jr. | 13-02246 |
| Miller, Jan Boykin | 13-02246 |
| GRAHAM SHRIMP COMPANY, INC. | 13-02246 |
| Kuwica, Sandra Lee | 13-02246 |
| Graham Fisheries, Inc | 13-02246<br>13-02258 |
| J&J Oil Company, Inc. | 13-02246<br>13-02264 |
| Gulf Pride Enterprises | 13-02246<br>13-02279 |
| Mason, Ocllo | 13-02246<br>13-02455 |
| Jay, Frances | 13-02246<br>13-02455 |
| Gulf Coast Motor Sales, Inc. d/b/a Palmers Airport Toyota | 13-02246<br>13-02479 |
| Hy-Grade Valve, Inc. | 13-02246<br>13-05240 |
| Gulf Sand and Gravel, Inc. d/b/a ENCO Dredging | 13-02246<br>13-06554 |
| Mechanical Contractors-UA Local 119 Health & Welfare Trust Fund | 13-02246<br>14-00366 |
| Mechanical Contractors - UA Local 119 Pension Trust Fund | 13-02246<br>14-00674 |
| The Cove at Bay La Launch<br>The Cove at Bay La Launch, LLC | 13-02248 |
| West Dauphin LLC | 13-02249 |
| Martin, Thomas Todd III | 13-02250 |
| Pro Mar Insurance Underwriters, Inc. | 13-02251 |
| Baldwin County Sewer Service, LLC | 13-02252 |
| Brad Graves, Inc. | 13-02254 |
| Thames, Jackson, Harris Company, Inc. | 13-02255 |
| Crossroads, LLC | 13-02256 |
| Coast Seafood, Inc. | 13-02257 |
| Davison Fuels, Inc. | 13-02259 |
| Charles S. Graves;<br>Charles S. and Caroline M. Graves | 13-02260 |
| Graves, Caroline | 13-02260 |
| Reli Title, LLC | 13-02261<br>16-06195 |

33

**Exhibit 1B - PTO 60 Compliant Plaintiffs - Numerical by Case**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Sims & Lyons Investments, LLC | 16-05323 |
| Starboard Mind, LLC | 16-05325 |
| Sushi VIP Room, Inc. | 16-05327 |
| Smith, Diedra ; Smith, Deidre L. | 16-05328 |
| Smith, Timothy Craig | 16-05328 |
| Snooks, Nancy Brown | 16-05330 |
| Snooks, Rupert J. Jr. | 16-05330 |
| Baker, Thomas | 16-05331 |
| Southeastern Investments LLC | 16-05332 |
| Pickett, Leah Dian | 16-05334 |
| R Pock1 Inc.; RPock1 Inc. d/b/a M/V Miss Barabara | 16-05335 |
| KVS Development, LLC | 16-05336 |
| Storr, Cheryle Kathleen | 16-05337 |
| Starborad Village #222, LLC | 16-05338 |
| Durwood Adams d/b/a Adams Sport Fishing | 16-05341 |
| Boone, Arthur Gene Jr. | 16-05343 |
| Theis, Shirley M. | 16-05344 |
| Theis, Stephen E. | 16-05344 |
| Toner, Valerie G. | 16-05346 |
| Turner, Herbert II | 16-05349 |
| Turner, Versilla S. | 16-05349 |
| All Weather AC Rentals LLC | 16-05350 |
| Watts, Tommy L. | 16-05351 |
| Snyders Home Improvements | 16-05353 |
| Whitner, Sherry L. | 16-05354 |
| Happy Hooker Charter | 16-05361 |
| Panama City Weddings, Inc. | 16-05367 |
| Infofax Investigative and Information Services | 16-05368 |
| Honkers, Inc. | 16-05375 |
| Kincade, Edward Eugene Jr. | 16-05377 |
| Trinity Complete Interiors, LLC | 16-05379 |
| Cut n. Up Family Haircare LLC | 16-05381 |
| Big Al's Seafood Market and Restaurant, Inc. d/b/a Big Al's Eastside Restaurant | 16-05383 |
| Johnston, Charles | 16-05386 |
| Strickland, Dana | 16-05389 |
| McKay Equipment, LLC | 16-05390 |
| Beachside & Beyond Building Contractor, LLC | 16-05391 |
| Orem, Judy | 16-05394 |
| Stone Designs Unlimited, LLC | 16-05396 |
| Aaron Oil Company, Inc. | 16-05398 |
| Tackett Fish Farm WM & J Tackett & J Walker, PTR | 16-05401 |
| ACSC of Florida, Inc. | 16-05402 |
| Minnigan, Robert | 16-05403 |
| Aparicio, Alfred Anthony | 16-05404 |
| Mrs. Mina, Inc. | 16-05404 |
| St. Vincent Andrew, Inc. | 16-05404 |
| Alabama Heat Exchangers, Inc. | 16-05407 |
| Alegion, Inc. | 16-05409 |
| TJM Benefits, Inc | 16-05410 |
| American Cast Iron Pipe Company | 16-05411 |
| MJP, LLL | 16-05412 |
| Ardent, Inc. | 16-05413 |
| Edward Day | 16-05414 |
| Captain Arnulfo, Inc. | 16-05417 |

**Exhibit 1B - PTO 60 Compliant Plaintiffs - Numerical by Case**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Captain T. D.; Captain T.D. | 16-05417 |
| Miss Danielle Gulf Trawler, Inc. | 16-05417 |
| Aparicio, Bernabie | 16-05417 |
| Autrey & Unger Investments, LLC | 16-05420 |
| James A. Pigneri Consulting | 16-05422 |
| Group 1 FL Holdings, Inc. d/b/a World Ford Pensacola | 16-05424 |
| Barber Motorsports Park, LLC | 16-05425 |
| Bayside RV Park, LLC | 16-05427 |
| Palacios Seafood Co., Inc. d/b/a Anchor Seafood | 16-05427 |
| Aparicio Trawlers, Inc. | 16-05427 |
| Father Dan, Inc. | 16-05427 |
| The Jacob A., Inc. | 16-05427 |
| Little David Gulf Trawler, Inc. | 16-05427 |
| Little Ernie Gulf Trawler, Inc. | 16-05427 |
| Aparicio, David | 16-05427 |
| Miss Bernadette A., Inc. | 16-05427 |
| Bluegrass Bit Co., Inc. | 16-05428 |
| Dawsey Inland Marine, Inc. | 16-05431 |
| Compass Marine, Inc. | 16-05432 |
| Lee, John Ken | 16-05433 |
| Sugar Beach Weddings | 16-05435 |
| Construction Solutions, Inc. | 16-05437 |
| Contract Fabricators, Inc. | 16-05441 |
| Pugh's Investment, LLC d/b/a The Filing System | 16-05442 |
| Covington and Co., Inc. | 16-05444 |
| Damrich Coatings, Inc. | 16-05448 |
| Quebedeaux, Joseph P. | 16-05449 |
| Harris Builders, LLC | 16-05451 |
| Miss Rhianna, Inc. | 16-05453 |
| Aparicio, Ernest Peter | 16-05453 |
| Miss Madeline, Inc | 16-05453 |
| Mother T., Inc. | 16-05453 |
| Elliott, Tavia Mullen | 16-05456 |
| Best Direction Promotions | 16-05460 |
| Aparicio, Marcos C. | 16-05461 |
| Heavenly Hands Cleaning | 16-05466 |
| Baron's Marine Ways, Inc. | 16-05470 |
| Baron's Seafood, Inc. | 16-05470 |
| Nedco, Inc. | 16-05470 |
| Andrew C. Jackson | 16-05472 |
| Dianna Mainus | 16-05474 |
| Anshaw, Trisha L. | 16-05483 |
| Hayes, Michael | 16-05485 |
| Pittman, Jeremy | 16-05488 |
| Kaehlert, Michael | 16-05497 |
| Key West Mad Hatter | 16-05503 |
| Zaks, Steven | 16-05506 |
| Behr, John R | 16-05509 |
| Bell, Walter Allen | 16-05515 |
| Coogan, Mary K ; Coogan, Mary K. | 16-05516 |
| John R. Denton Revocable Living Trust | 16-05520 |
| Goodman, Wendell Louis | 16-05521 |
| Dios, Michael and Judith | 16-05524 |
| Perkins, Isom | 16-05525 |

**Exhibit 1B - PTO 60 Compliant Plaintiffs - Numerical by Case**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Roth, Charles A. | 16-05856 |
| Roth, Dana J. | 16-05856 |
| SSIInc, Inc. | 16-05857 |
| Louis McGill | 16-05858 |
| McGill, Sadie | 16-05858 |
| Zehner and Associates, LLC | 16-05859 |
| Island Realty Corporation | 16-05861 |
| The Builders Group of West Alabama, LLC | 16-05863 |
| Tow Line Barges, Inc. | 16-05864 |
| Wesselhoeft, Inc. | 16-05865 |
| J.H. Wright & Associates, Inc. | 16-05866 |
| JIT Industries, Inc. | 16-05867 |
| L&L Ironworks, LLC | 16-05868 |
| Lynn Persell Home Builders, Inc. | 16-05870 |
| Marine & Industrial Supply Co., Inc. | 16-05871 |
| Marine & Industrial Supply of Louisiana, LLC | 16-05872 |
| Master Boat Builders | 16-05874 |
| Hiller Products, Inc. | 16-05875 |
| Hydra Service, Inc. | 16-05876 |
| Industrial Valve Sales & Service, Inc. | 16-05877 |
| Integrated Electronic Technologies, Inc. | 16-05879 |
| Harcros Chemicals, Inc. | 16-05881 |
| Venus World LLC | 16-05903 |
| Kathy Nguyen | 16-05904 |
| Moxey, Nicole | 16-05906 |
| Danton's Gulf Coast Seafood Kitchen | 16-05908 |
| McConnell, Mitchell | 16-05910 |
| Bell, Donald | 16-05911 |
| Legacy Trail Bike Shop | 16-05912 |
| Kidder, Mark | 16-05916 |
| Gieder, John | 16-05917 |
| Integrity Auto Solutions, Inc. | 16-05917 |
| Stuber Chiropractic & Acupuncture LLC | 16-05919 |
| Stuber, Julie | 16-05919 |
| Croatian American Society | 16-05925 |
| Liberty I, LLC | 16-05931 |
| Roman Dardar Charters, LLC | 16-05964 |
| Danos, Jorey | 16-05967 |
| Liem H Nao | 16-05977 |
| Golden Seafood. Inc | 16-05977 |
| Coman, David Wade | 16-05978 |
| Wallis, Keith H. | 16-05987 |
| Gonzalez, Juan Carlos | 16-05990 |
| Hoss, John | 16-05991 |
| Calo Nursery and Landscape, Inc., | 16-05992 |
| Rosas, Jose Luis | 16-06000 |
| Cephas Concrete | 16-06003 |
| Rojas, Lupe Jr. | 16-06005 |
| Sociedad Cooperativa Lancheros Turisticos Laguna de Yalahau | 16-06007 |
| Maldonado, Juan | 16-06008 |
| Crocker, James | 16-06009 |
| Williamson, Daniel | 16-06014 |
| Baja Seafood, Inc. d/b/a Baja's Seafood & Oyster Bar | 16-06022 |
| Waldron, Charles A. | 16-06023 |
| Atlas Mortgage and Insurance Co., Inc. | 16-06026 |
| Waldron, Brenda F. | 16-06028 |
| Merna Morrison d/b/a Seafood Stop | 16-06033 |