UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL BERTRAND AND MITZI BERTRAND | DOCKET NO.: 2:13-cv-00248 |
| VERSUS | JUDGE: HONORABLE CARL BARBIER |
| BRITISH PETROLEUM EXPLORATION AND PRODUCTION, INC., ET AL | MAGISTRATE JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS**

NOW INTO COURT, through undersigned counsel, come **Russell Bertrand and Mitzi Bertrand**, who, pursuant to Pretrial Order No. 63 (Rec. Doc. 22295) in the matter entitled *In Re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010* filed in the United States District Court for the Eastern District of Louisiana, Docket No.: 2:10-MD-02179-CJB-JCW, filed this Sworn Statement for Disclosure of B3 Claims.

Respectfully submitted:

THE PANAGIOTIS FIRM

**s/D.C. Panagiotis**

D.C. Panagiotis (#15032)
1540 W. Pinhook Rd.
Lafayette, LA 70503
(337) 264-1516
dan@panalaw.com
**Counsel for Plaintiffs**

GAAR LAW FIRM

**s/Joseph F. Gaar, Jr.**

JOSEPH F. GAAR, JR. (#16927)
JASON M. WELBORN (#26548)
617 S Buchanan St.
Lafayette, LA 70501
Telephone (337) 233-3185
Fax: (337) 233-0690
joseph@gaarlaw.com
jason@gaarlaw.com
**Counsel for Plaintiffs**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL BERTRAND AND MITZI BERTRAND | DOCKET NO.: 2:13-cv-00248 |
| VERSUS | JUDGE: HONORABLE CARL BARBIER |
| BRITISH PETROLEUM EXPLORATION AND PRODUCTION, INC., ET AL | MAGISTRATE JOSEPH C. WILKINSON, JR. |

*************************************************************************

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 29th day of March, 2017, electrically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. Further, I hereby certify that the above and foregoing document has been served on counsel for BP and MDL 2179 Plaintiffs' Steering Committee by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended.

*s/D.C. Panagiotis*
D.C. PANAGIOTIS