**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Bertrand | Russell | James | |

| Phone Number | E-Mail Address |
|---|---|
| 337-581-0555 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 301 Rayburn St. Apt. 548 | Lafayette, LA 70506 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Rotocraft Leasing Co., LLC | [redacted] 1981 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Joseph F. Gaar, Joseph F. Gaar, Jr. APLC<br>Dan C. Panagiotis, The Panagiotis Firm | Joseph@gaarlaw.com<br>Dan@panalaw.com |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?
8312 Airport Rd., Crowley, LA 70526

Any prior name used by Plaintiff from April 2010 to present?

N/A

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff<br><br>7413 | Business Name (for non-medical, non-personal injury claims)<br><br>N/A |
|---|---|

Please indicate your status:

☒ Properly opted out of the Medical Benefits Settlement*

☒ Not a member of the Medical Benefits Settlement Class

☐ Member of the Medical Benefits Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

Did you participate in any of the following Response Activities* in response to the Deepwater Horizon incident?

☐ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☐ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the Deepwater Horizon incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the Deepwater Horizon and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

You are pursuing a claim against at least one B3 Defendant by way of (select all that apply):

☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. 2:13-CV-00248.

☐ New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No._____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for** (select all that apply):

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

_____

☒ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure:
    Mr. Bertrand was exposed to oil and dispersants on 6/20/2010 in or around Venice, LA and on 7/16/2010 at the air base in Patterson, LA suffering both direct skin contact and inhalation.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: Mr. Bertrand suffered headaches, nose bleeds, nausea and disturbed sleep the night of 6/20/2010. His health deteriorated over the next several months resulting in pulmonary, optical and neurological degeneration. He is now totally disabled and collecting SSDI benefits.

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: _____.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes_____.   No____X_____.

If Yes, please identify:

1. The claim number(s) (if available)._____.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes_____.   No_____.

3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: March 28, 2017

Location (City and State): Lafayette, LA

_Russell J. Bertrand_
Signature of Plaintiff (*Plaintiff's Attorney* Cannot *Sign on Plaintiff's Behalf*)

Russell J. Bertrand
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before April 12, 2017. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | **820 O'Keefe Avenue** |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

# Deepwater Horizon Medical Benefits Class Action Settlement

# Opt Out Request

I wish to exclude myself from the Medical Class.

Full Name: Russell J. Bertrand

Address: 301 Rayburn St., Apt. 548
Lafayette, LA 70506

Phone No: 337-581-0555

Date of Birth: ▮▮-81

Signature: Russell J. Bertrand

Notes:
You (the claimant) must sign this request. Your attorney cannot sign the request on your behalf. You must complete the form in its entirety, including your name, address, phone number, and date of birth. **You must include a copy of your driver's license or other government-issued identification.**

Your request to Opt Out must be postmarked by November 1, 2012 and mailed to:

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112



# IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179 and Civil Action No. 10-2771  SECTION: J  JUDGE CARL BARBIER

## PLAINTIFF PROFILE FORM ["PPF"]

| Last Name Bertrand | First Name Russell | Middle/Maiden J. | Suffix |
|---|---|---|---|
| Phone Number 337-581-0555 | | E-Mail Address russ.bertrand@yahoo.com | |
| Address 301 Rayburn St. Apt. 548 | | City / State / Zip Lafayette LA. 70506 | |

**INDIVIDUAL CLAIM** [X]    **BUSINESS CLAIM** [ ]

| Employer Name | Business Name |
|---|---|
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Social Security Number ███ 7413 | Tax ID Number |
| Attorney Name Dan C. Panagiotis | Firm Name Panagiotis and Armbruster |
| Address 1540 W. Pinhook Rd. | City / State / Zip Lafayette La. 70503 |
| Phone Number 337-264-1516 | E-Mail Address Dan@Panalaw.com |

Claim filed with BP?  YES [ ]  NO [X]    Claim Filed with GCCF?:  YES [ ]  NO [ ]
If yes, BP Claim No.:              If yes, Claimant Identification No.:

Claim Type (Please check all that apply): [ ] Damage or destruction to real or personal property; [X] Earnings/Profit Loss;
[X] Personal Injury/Death; [X] Fear of Future Injury and/or Medical Monitoring; [ ] Loss of Subsistence use of Natural Resources;
[ ] Removal and/or clean-up costs; [ ] Other _____

| Original Case Caption Russell Bertrand v. BP et al. | Original Civil Action Number 13-0248 |
|---|---|
| Originating Court EDLA | EDLA Civil Action Number 13-0248 |

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

[ ] Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

[ ] Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

[ ] Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

[ ] Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

[ ] Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

[ ] Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

[ ] Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

[ ] Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

[ ] Bank, financial institution, or retail business that suffered losses as a result of the spill.

[ ] Person who utilizes natural resources for subsistence.

[ ] Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

[ ] Boat captain or crew involved in the Vessels of Opportunity program.

[ ] Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

[ ] Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

[ ] Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

[X] Resident who lives or works in close proximity to coastal waters.

[X] Other: Helicopter Pilot who was exposed to oil and dispersants

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Mr. Bertrand has been completely disabled since September of 2011. He earned $16,286.13 for the calendar year 2011. He earned $16,506.64 for the calendar year 2010. He also was a 1/3 partner in Vertical Aviation, LLC which earned a gross profit of $4,329.00 in 2009. He was forced to withdraw because of illness from oil and dispersants in 2010.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Mr. Bertrand was working for Rotocraft Leasing Co., LLC when he was exposed to oil and dispersants on 6/20/2010 and 7/16/2010 suffering both direct skin contact and inhalation. His health deteriorated over the next several months and he was layed off for missing too much time. He found subsequent employment for a short time with PHI, INC. but ultimately became totally disabled by September 2011. He is currently collecting Social Security Disability and supplemental disability benefits from Reliance Standard Ins. Co. Numerous healthcare providers are identified on the attached list.

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Mr. Bertrand was working for Rotocraft Leasing Company, LLC on 6/20/2010 and 7/16/2010 when he flew helicopters into the oil and dispersant contamination areas and and had to clean oil and dispersants off the helicopters. He suffered direct skin contact and inhalation.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____  
Claimant or Attorney Signature

Date: 6/12/2013