UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
|    **"Deepwater Horizon" in the** | * | |
|    **Gulf of Mexico on April 20,** | * | SECTION J |
|    **2010** | * | |
| | * | Honorable CARL J. BARBIER |
| **This document relates to:** | * | |
| **All Cases and No. 12-970** | * | Magistrate Judge SHUSHAN |

### UNOPPOSED MOTION TO WITHDRAW THE MOTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT

Claimants 100201250, 100247042, 100272198, and 100167847 file this motion to withdraw their Motion to Interpret and Enforce the Settlement Agreement (docket entry # 14599). Claimants 100201250, 100247042, and 100272198 have settled their remaining claims through the neutral process and, therefore, seek to withdraw as moot the Motion to Interpret as it pertains to them. Claimant 100167847 seeks to withdraw the Motion to Interpret without prejudice to its right to raise any issue contained in said Motion through the claims administration process and through the appellate process provided for in Section 6 of the Settlement Agreement, including subsequent judicial review.

Undersigned counsel has conferred with opposing counsel and is authorized to report that BP does not oppose this Motion.

Respectfully submitted, this 29th day of March, 2017.


        s/ Jeffrey W. Willis
Robert B. Remar
Jeffrey W. Willis
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303-1604
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

*Attorneys for Claimants 100201250, 100247042, 100272198, and 100167847*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will provide a notice of this filing to all parties.

This 29th day of March, 2017.

s/ Jeffrey W. Willis
Jeffrey W. Willis

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303-1604
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

*Attorney for Claimants 100201250, 100272198, 100247042 and 100167847*