UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico on April 20, | * | SECTION J |
| 2010 | * | |
| | * | Honorable CARL J. BARBIER |
| **This document relates to:** | * | |
| All Cases and No. 12-970 | * | Magistrate Judge SHUSHAN |

### [PROPOSED] ORDER

On May 21, 2015, Claimants 100201250, 100272198, 100247042, and 100167847 filed a Motion to Interpret and Enforce the Settlement Agreement. (Docket entry # 14599). These claimants have since filed an Unopposed Motion to Withdraw the Motion to Interpret. (Docket entry # ____). Having considered the Motion to Withdraw, said Motion is hereby GRANTED as moot as to Claimants 100201250, 100272198, 100247042, and is hereby GRANTED as to Claimant 100167847 without prejudice to its ability to raise any issue contained in the Motion to Interpret during the claims administration and review process and through the appellate process provided for in Section 6 of the Settlement Agreement, including subsequent judicial review.

SO ORDERED this _____ day of March, 2017.

_____
Honorable Carl J. Barbier
United States District Judge