COURT

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Power House Church of God - Holy Ghost Power

*Plaintiff/Petitioner*

v.

B.P. Oil Spill. ET. AL

*Defendant/Respondent*

Civil Action No. 10-MD 2179 J(2)
16-4322 J(2)
16-15258 J(2)

FILED MAR 22 2017
WILLIAM W. BLEVINS
CLERK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources (*check all that apply*):

(a) Business, profession, or other self-employment     ☐ Yes   ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes   ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes   ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes   ☐ No
(e) Gifts, or inheritances                             ☒ Yes   ☐ No
(f) Any other sources                                  ☐ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Gifts $ 200.00 to Church

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

TENDERED FOR FILING
MAR 22 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 90.00 Dollar

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6619 Gregory St Moss Point MS, 39563
Land property -
2007 Cadillac Automobile

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Land Tax $500, Year

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

the Community

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: March 10, 2017

Power House Church of God.
Huy Ghost Powe c/o Richard McBride
*Applicant's signature*
Power House Church of God. Holy Ghost
Powe c/o Richard McBride
*Printed name*

Power House Church Church, God
Holy Ghost Power
4318 Donovan St. Moss Point
MS. 39563.

U.S. POSTAGE PAID
MOSS POINT, MS
39563
MAR 20, 17
AMOUNT $2.87
R2305H129159-02

70130

United States District Court Eastern District of Louisiana
500 Poydras Street
New Orleans, LA. 70130

C-151