UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| **2:13-cv-01437-CJB-JCW** | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## EX PARTE MOTION TO VOLUNTARILY WITHDRAW MOTION FOR RECONSIDERATION

Plaintiff(s) T. Duffy Builders, LLC, through undersigned counsel, move(s) to voluntarily withdraw its previously-filed Motion for Reconsideration appearing at Rec. Doc. 22057. A proposed order granting the requested relief is attached.

Respectfully submitted, this 27th day of March, 2017

Peirce A. Hammond, II (18076)
HAMMOND LAW FIRM, LLC
650 Poydras Street, Suite 2617
New Orleans, LA 70130
Telephone: (504) 586-3535
Facsimile: (504) 304-5804
Email: phammond@hammond-law.com
Attorney for T. Duffy Builders, LLC
a/k/a T.A. Duffy Builders, LLC and
f/k/a Benchmark Development, LLC

1