UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf of** <br> **Mexico, on April 20, 2010** | * <br> * <br> * | MDL 2179 <br><br> SECTION: J |
| **This Document Relates To:** | * | JUDGE BARBIER |
| 2:13-cv-01437-CJB-JCW | * <br> * | MAG. JUDGE WILKINSON |

## ORDER

Considering Plaintiff's/s' Ex Parte Motion to Voluntarily Withdraw Motion for Reconsideration;

IT IS ORDERED that the Motion is GRANTED and the Motion for Reconsideration appearing at Rec. Doc. 22057 is hereby WITHDRAWN.

Signed in New Orleans, Louisiana, this ____ day of March, 2017.

_____
United States District Judge

1