# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Wunstell | John | | Jr. |

| Phone Number | E-Mail Address |
|---|---|
| (985) 637-1476 | |
| **Current Mailing Address** | **City / State / Zip** |
| 18728 West Main | Galliano, LA 70354 |
| **Employer at Time of Incident** | **Date of Birth** |
| BP America Production, Inc.<br>Danos & Curole | 7/13/1958 |
| **Attorney Name and Firm** | **Attorney E-Mail Address** |
| Soren E. Gisleson<br>Herman, Herman & Katz, LLC. | sgisleson@hhklawfirm.com |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?

Same as above

Any prior name used by Plaintiff from April 2010 to present?

NA

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 5002 | NA |

Please indicate your status:

☒ Properly opted out of the Medical Benefits Settlement*

☐ Not a member of the Medical Benefits Settlement Class

☐ Member of the Medical Benefits Settlement Class

☐ Other:____________________

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

☒ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☐ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. 2:10-cv-02543.

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. ____________.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. ____________ and new Individual Action Case No.____________

☒ Other: SFJ 10-8888 Document 57007

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):**

☐ Personal injury or wrongful death arising from circumstances other than alleged exposure to crude oil or dispersants.

If so, describe the alleged injury and identify the location and approximate date of the alleged

injury: ______________________________

______________________________

☒ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

If so, identify the location and approximate date of the alleged exposure: ____________
Plaintiff was exposed in May 2010 for less than 30 days when he worked on the burn team on block MC0252, ground zero, before being airlifted by helicopter from a boat to west Jefferson Hospital.

If so, describe the alleged injury and identify the location and approximate date of the alleged

injury: Headaches, dry eyes, vision problems, burning eyes, slow wound healing, nose bleeds, sinus problems, coughing, sore throat, vomiting, digestive problems, diherea, rectal bleeding, shortness of breath, decreased pulmonary function, heart angina, reduced immunity, TB, PTSD, fluid buildup, depression, fluid in lungs, non-hodgkins lymphoma, chronic fatigue, COPD, diabetes, high blood pressure, sore joints, night sweats, chemical sensitinization, chrinic skin damage.

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: ______________________________.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

Yes ___________. No ___________.

If Yes, please identify:

1. The claim number(s) (if available).______________________.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

Yes ___________. No ___________.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 3, 20, , 2017

Location (City and State): New Orleans, LA

John M Wunstell Jr
Signature of Plaintiff (***Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf***)

JOHN M WUNSTELL JR
Print Name

**This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steven J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").**

# IN RE: OIL SPILL by "Deepwater Horizon"

# DIRECT FILING SHORT FORM[1]

**Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982**
**(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)**

**MDL 2179** **SECTION: J** **JUDGE CARL BARBIER**

## CLAIM IN LIMITATION–JOINDER IN MASTER ANSWER–INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Wunstell | John | M | |

| | |
|---|---|
| Phone Number: 985-637-1476 | E-Mail Address: |
| Address: 18728 West Main | City / State / Zip: Galliano, Louisiana 70354 |
| **INDIVIDUAL CLAIM** ☑ | **BUSINESS CLAIM** ☐ |
| Employer Name: self | Business Name: |
| Job Title / Description: Commercial Fisher/shrimper/Co-owner of Ramie's Wish | Type of Business: |
| Address: 18728 West Main | Address: |
| City / State / Zip: Galliano, Louisiana 70354 | City / State / Zip: |
| Last 4 digits of your Social Security Number: 5002 | Last 4 digits of your Tax ID Number: |
| Attorney Name: Soren Gisleson | Firm Name: Herman, Herman, Katz & Cotlar, LLP |
| Address: 820 O'Keefe Avenue | City / State / Zip: New Orleans, LA 70113 |
| Phone Number: (504) 581-4892 | E-Mail Address: sgisleson@hhkc.com |
| Claim filed with BP? YES ☐ NO ☐ | Claim Filed with GCCF?: YES ☑ NO ☐ |
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 1181363 |

**Claim Type (Please check all that apply):**

- ☑ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☑ Personal Injury/Death
- ☑ Fear of Future Injury and/or Medical Monitoring
- ☑ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☑ Other: Vessel Of Opportunity Breach of Contract

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Claimant is a shrimper and co-owner of a shrimping vessel who has lost income as a result of the spill as well as loss of subsistence. Claimant fished in the waters of the gulf. Claimant has a 50% interest in Ramie's Wish. Claimant sustained property damage to his vessel, Ramie's Wish, during the VOOP.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Claimant sustained personal injuries from exposure to the hydrocarbons, oil, dispersants, and other chemicals while assisting in the oil clean up effort for the Vessel of Opportunity Program. Claimant had duties with the VOO burn unit/burn team. Claimant had to be airlifted to hospital due to severity of his injuries. Claimant's injuries include but are not limited to headaches, nausea, shortness of breath, chest pains and severe rise in blood pressure. Claimant has been traumatized by the repeated exposures to the chemicals. Claimant's injuries are not resolved and ongoing.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Claimant participated in the Vessel of Opportunity Program for BP America Production Company, working out of Galliano, Louisiana on the M/V Ramie's Wish.

***The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.***

**Please check the box(es) below that you think apply to you and your claims:**
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [x] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: Vessel of Opportunity Program; 50% interest in Ramie's Wish

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: Vessel of Opportunity Program

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

S/Soren E. Gisleson

Claimant or Attorney Signature

Soren Gisleson

Print Name

April 16, 2011

Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

October 9, 2012

**Via Certified Mail**
Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Re: Opt Out of Medical Class

Dear Medical Class Administrator:

I, John M. Wunstell, wish to exclude myself from the medical class. Pursuant to the opt out requirements listed on the Opting Out Procedure on the Medical Class Settlement website, I attach a copy of my driver's license and list my required personal information as follows:

Name: John M. "Winnie" Wunstell
D/O/B: 7/13/1958
Address: 18728 West Main Street
Galliano, LA 70354
Phone: (985) 258-9814

It is my understanding that this satisfies my requirements to opt out of the medical settlement in the Deepwater Horizon litigation. If there is additional information you require or have any questions, please contact my attorneys at Herman, Herman & Katz, LLP at (504) 581-4892.

Sincerely,

John M. Wunstell

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Deepwater Horizon Med. Benefits
Street, Apt. No.; or PO Box No. Cl. Administrator
City, State, ZIP+4 935 Gravier St. Ste 1400 NOLA 70112

PS Form 3800, August 2006 See Reverse for Instructions

7011 2000 0002 3956 7397

October 9, 2012

Dear Medical Class Administrator:

I, John M. Wunstell, wish to exclude myself from the medical class. Pursuant to the opt out requirements listed on the Opting Out Procedure on the Medical Class Settlement website, I attach a copy of my driver's license and list my required personal information as follows:

Name: John M. "Winnie" Wunstell
D/O/B: 7/13/1958
Address: 18728 West Main Street
Galliano, LA 70354
Phone: (985) 258-9814

It is my understanding that this satisfies my requirements to opt out of the medical settlement in the Deepwater Horizon litigation. If there is additional information you require or have any questions, please contact my attorneys at Herman, Herman & Katz, LLP at (504) 581-4892.

Sincerely,

John M Wunstell

John M. Wunstell

English Customer Service USPS Mobile Register / Sign In

USPS.COM

Search USPS.com or Track Packages Subr

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number:** 70112000000239567397

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 10, 2012 , 8:32 pm | Departed USPS Facility | NEW ORLEANS, LA 70113 |
| Your item departed our USPS facility in NEW ORLEANS, LA 70113 on October 10, 2012 at 8:32 pm. The item is currently in transit to the destination. | | |
| October 10, 2012 , 6:09 am | Arrived at USPS Facility | NEW ORLEANS, LA 70113 |

## Available Actions

## Track Another Package

What's your tracking (or receipt) number?

Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

USPS.COM Copyright© 2014 USPS. All Rights Reserved.