UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE NOS. 13-02415, 12-00347, 13-01264, 13-01240, 13-02242, 16-05409, 16-05437 & 16-05877 | * * * | MAG. JUDGE WILKINSON |

**************************************************************************

## ORDER ON UNOPPOSED MOTION TO CORRECT THE RECORD REGARDING COMPLIANCE WITH PTO 60

This matter having come before the Court on Plaintiffs ALEGION, INC., CONSTRUCTION SOLUTIONS, INC., INDUSTRIAL VALVE SALES & SERVICE, INC., CARSON KIMBROUGH, KIMBREAUX TRADING, INC., CAROL TERREBONNE dba THE SEAFOOD SHED and ROGER LARTIGUE's Unopposed Motion to Correct the Record Regarding Compliance with PTO 60 and the Court having considered the same, IT IS, THEREFORE ORDERED THAT

Docs. 20992-1, 20992-2, 20996-1 and 20996-2 be corrected to add the following entries to the list in order to identify Movants as having complied with PTO 60 and therefore subject to further proceedings in this Court.

| Plaintiff's Name | Civ. A. No. |
|---|---|
| Alegion, Inc. | 16-05409 |
| Carol Terrebonne | 10-02116 <br> 13-02415 |
| Carson Kimbrough | 13-02242 |

| | |
|---|---|
| Construction Solutions, Inc. | 16-05437 |
| Industrial Valve Sales & Service, Inc. | 16-05877 |
| Kimbreaux Trading, Inc. | 13-01240 |
| Roger Lartigue | 12-00347<br>13-01264 |

IT IS FURTHER ORDERED THAT Doc 22247-1 is corrected to add the following entries to the list in order to identify Movants as having complied with PTO 60 and therefore subject to further proceedings in this Court.

| Case Name | EDLA Case Number | Case Pleading Bundle or Category | Originating District Court |
|---|---|---|---|
| Alegion, Inc. v.<br>BP Exploration & Production, Inc., et al. | 16-05409 | B1 | ED LA |
| Carol Terrebonne dba The Seafood Shed v.<br>BP Exploration & Production, Inc., et al. | 10-02116<br>13-02415 | B1 | ED LA |
| Carson Kimbrough v.<br>BP Exploration & Production, Inc., et al. | 13-02242 | B1 | ED LA |
| Construction Solutions, Inc. v.<br>BP Exploration & Production, Inc., et al. | 16-05437 | B1 | ED LA |
| Industrial Valve Sales & Service, Inc. v.<br>BP Exploration & Production, Inc., et al. | 16-05877 | B1 | ED LA |
| Kimbreaux Trading, Inc. v.<br>BP Exploration & Production, Inc., et al. | 13-01240 | B1 | ED LA |
| Roger Lartigue v.<br>BP Exploration & Production, Inc., et al. | 12-00347<br>13-01264 | B1 | ED LA |

New Orleans, Louisiana this 30th day of March, 2017.

_____
United States District Judge