UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Having considered Claimants' Unopposed Motion to Withdraw the Motion to Interpret and Enforce the Settlement Agreement;

IT IS ORDERED that the Motion to Withdraw (Rec. Doc. 22509) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Interpret and Enforce the Settlement Agreement (Rec. Doc. 14599) is hereby WITHDRAWN.

This Order does not prejudice Claimant 100167847's ability to raise any issue contained in the Motion to Interpret and Enforce during the claims administration and review process and through the appellate process provided for in Section 6 of the Settlement Agreement, including subsequent judicial review.

New Orleans, Louisiana, this 30th day of March, 2017.

_____
United States District Judge