# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Orphanos | George | | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| Andy's Motel and Apartments | 4573 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| | |

**Did you own or otherwise hold a proprietary interest* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☒ Yes   ☐ No   If yes:

Identify the nature and location of the property: Gulf-waterfront; 8101 Surf Drive, Panama City Beach, Florida - 32408

Identify the nature of the alleged damage: lost the property due to economic distress

Identify the date(s) of the alleged damage: Summer of 2010

* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☐ Yes   ☐ No   If yes:

Identify the dates on which you worked as a commercial fisherman: _____

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _____

Identify the location(s) in which you worked as a commercial fisherman: _____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: *March 14*, 2017

Location (City and State): *Birmingham, AL*

*George Orphanos*
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

George Orphanos
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>April 5, 2017</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

RE Deepwater Horizon Oil Spill
Sworn Statement by George Orphanos

      The effects of the Deepwater Horizon Oil Spill on my business, Andy's Motel and Apartments, were almost instantaneous. Room cancellations were the first wave of economic distress. We relied heavily on room reservations monies from regular customers. We averaged about 8 cancellations per year. Following the Deepwater Horizon Oil Spill in 2010 however, we received over 300 cancellations. Reservations were approximately 75% of our business. Making matters worse, the abundance of vacancies because of the oil spill created an economic environment that drove prices down drastically. Motels in our area had to reduce their nightly rates dramatically in order to entice the few customers that were coming around and therefore, Andy's Motel and Apartments was also forced to reduce its rates in order to have a shot at competing.

      Furthermore, I tried everything to confirm reservations when customers called to cancel. I offered discounts, free nights and even offered drastic half-priced room rates if any oil showed up on our beaches while they were there. The customers had commonly said they didn't want to take a chance and they would just go the mountains for their vacation that year. The only oil we received were the so-called "tar balls" that washed up on beaches. That was enough to scare customers away. The presence of crews in hazmat gear combing the beaches at night unnerved and frightened off customers we did get. The constant media coverage because of the scale of the disaster didn't help business either. One lady called to cancel and said, "How much oil do you have on your beaches?" I replied, "None," and she said, "You better go look again, the TV up here said it is all over Panama City Beaches!" The rumors and inability of the public to understand nuances when looking at the oil spill graphics on television further exacerbated the decline in sales. As a result, we did not generate enough business income to make our mortgage payments. We started going to the BP Relief Office for help. We warned them (I have individual names in my notes) that we would not make enough money to make our notes. At first they told us the banks would work with us because all the motels and businesses were in the same predicament. Later when we brought them letters from the bank saying severe consequences and foreclosure proceedings were coming, they started calling higher-ups to put us on an "emergency list" of some sort.

      Unfortunately, no help and no check arrived in time to make a difference. At the beginning of October 2010, we received a large check. We had our daughter take it to the bank to catch us up on our mortgage payments. They told her it was too late, that we were in default, and that the whole mortgage note was due, more than a half million dollars. We didn't have that kind of money. I went to different banks to try to get some kind of relief, but no bank wanted to help. So we lost the beach front property and business that has been in the family for over 50 years, since I was a child. The bank seized and auctioned off the property in November 2011 for reason of default of mortgage.

      The business was my family's livelihood. We intended to pass it on to our children as it had passed on to me. Instead Andy's Motel and Apartments is lost, the beach front property is lost, our credit rating has plummeted, and we're living month to month on retirement income and social security which isn't that much.

George Orphanos