UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, AND AS THE SOLE MEMBER, OWNER, AND OPERATOR OF THE BIRD OF PARADISE, LLC | CIVIL ACTION NO. 2:16-CV-05277<br><br>SECTION J |
| VERSUS | JUDGE BARBIER |
| BP EXPLORATION AND PRODUCTION, INC., ET AL | MAG. JUDGE WILKINSON |

**************************************************************************

## NOTICE OF FILING OF SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, John DeSilva, individually, and as the sole member, owner, and operator of The Bird of Paradise, LLC, who, pursuant to Pretrial Order 64 (Rec. Doc. 22297) in the matter entitled *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* filed in the United States District Court for the Eastern District of Louisiana, Docket No. 2:10-md-02179-CJB-JCW, files this Sworn Statement Regarding General Maritime Law Claims (B1 Claims).

        THE PENTON LAW FIRM
        503 GEORGIA AVENUE
        BOGALUSA, LOUISIANA  70427
        TELEPHONE:      985-732-5651
        TELECOPIER:     985-735-5579
        E-MAIL:             fedcourtmail@thepentonlawfirm.com

        /s/ Ronnie G. Penton
        Ronnie G. Penton
        Trial Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleadings was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.  Further, I hereby certify that the above and foregoing document has been served on Counsel for BP and MDL 2179 Plaintiffs' Steering Committee by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended.

April 4, 2017.

                                              s/Ronnie G. Penton
                                              Ronnie G. Penton