UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO ALL CASES | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**ORDER ON MOTION**

APPEARANCES: None (on the briefs)

MOTION: Louisiana Attorney Disciplinary Board's Motion to be Relieved of Restrictions of Protective Order, Record Doc. No. 22394

O R D E R E D:

 XXX : GRANTED.  Pursuant to my previous order, Record Doc. No. 22493, the deadline for filing written opposition, if any, to the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel's Motion to be Relieved of Restrictions of Protective Order, Record Doc. No. 22394, was March 31, 2017. No memorandum in opposition to the motion has been received. Accordingly, this motion is deemed to be unopposed. Further, it appears to the court that the motion has merit. Accordingly, the motion is granted.

Specifically, the protective order applies broadly to all manner of settlement-related documentation and communication and treats them as "strictly confidential; . . . absent good cause shown in this proceeding." (Emphasis added). Movant, the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel, requires relief from this order so that it may properly pursue its substantial interest in regulating attorney conduct and enforcing all ethical and disciplinary rules applicable to attorneys.  This constitutes good cause for relief from the protective order, and the requested relief is granted.

**IT IS ORDERED** that the Louisiana Attorney Disciplinary Board, Office of Disciplinary Counsel, is relieved of the restrictions imposed by the protective order in the above captioned matter on January 13, 2016, for good cause shown.

New Orleans, Louisiana, this ___4th___ day of April, 2017.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE