UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO ALL CASES | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

**IT IS ORDERED** that the Confidentiality Order entered by Magistrate Judge Shushan on January 13, 2016, Record Doc. No. 15718, is UNSEALED. The Clerk is directed to unseal the confidentiality order and place it in the public record.

New Orleans, Louisiana, this ___4th___ day of April, 2017.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**