# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL. No. 2179** |
| "**Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, On April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| **This Document Relates to** | * | **MAG. JUDGE WILKINSON** |
| *Pleading BundleB1* | * | |

_____

| | | |
|---|---|---|
| **HARRIS BUILDERS, LLC** | * | **NO. 2:16-cv-05451** |
|         **Plaintiff** | * | |
| | * | **SECTION: J** |
|     **VERSUS** | * | |
| | * | **JUDGE BARBIER** |
| **BP PRODUCTS NORTH AMERICA, INC.,** | * | |
| **BP AMERICA, INC.** | * | **MAG. JUDGE WILKINSON** |
|         **Defendants** | | |

## NOTICE OF AFFIDAVIT OF JURISDICTION

Plaintiff, Harris Builders, LLC, pursuant to Pre-Trial Order 64 of this Court, dated February 22, 2017 files the attached Affidavit of Lloyd Harris, President and Owner of Harris Builders, LLC (Exhibit A).

>                             */s/ Walter Richard House*
>                             Walter Richard House, Esq.
>                             Law Offices of Richard House, LLC
>                             P.O. Box 727
>                             Baton Rouge, LA 70821
>                             (504) 427-8808
>                             rhouse@rhouselaw.com
>                             Counsel for Harris Builders, LLC

{00327262}1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading been served upon all counsel of record via the Court's electronic file and serve system, alternative electronic transmission and/or by placing a copy of same in the U.S. Mail, postage prepaid, this 4th day of April, 2017.

                                        /s/ *Walter Richard House*
                                        Walter Richard House