UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to *Pleading BundleB1* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| HARRIS BUILDERS, LLC,  Plaintiff | * | NO. 2:16 -cv- 05451 |
| VERSUS | * | SECTION: J |
| BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC.    Defendants | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

### Affidavit of Lloyd Harris
### on behalf of Harris Builders, LLC

BEFORE ME, the undersigned Notary Public, personally came and appeared Lloyd Harris, who after being duly sworn, did depose and say that, under penalty of perjury, he affirms and declares that the following is true based on his first-hand knowledge, information and belief:

1. My name is Lloyd Harris. I am the founder, owner and President of Harris Builders, LLC.

2. Harris Builders, Inc. is a family owned, full service construction company. The company was established by me in 1999 and since that time our company has provided construction services for a wide variety of customers, including small residential family homes and large commercial projects.

3. Harris Builders, LLC maintained active professional relationships with local and state governmental entities, serving both as a general contractor and sub-contractor for numerous public construction projects.

4. In 2009, Harris Builders, Inc. was awarded a contract by the Louisiana Department of Wildlife and Fisheries to construct the Department's Pass a Loutre Headquarters and Observation facility. The facility was located at the mouth of the Mississippi River at Pass a Loutre and the construction site was

accessible only by water transport. Consequently, all of Harris Builders, LLC's construction equipment, including the barges used to transport the equipment, were located in the marshes and shallow wetlands at the Pass a Loutre site from the initiation of the construction project in 2009 until completion of the project in May 2010.

5. Beginning on, or shortly after, April 20, 2010, the day of the Deepwater Horizon Incident, Harris Builders' construction equipment and the area surrounding the Harris Builders' worksite were inundated with oil from explosion.

6. In the days following the oil spill, the State of Louisiana and the US Government closed the waterways to the Pass a Loutre construction project. As a result, Harris Builders was not able to access the worksite. This effectively shut down the operations and prevented Harris Builders from being able to retrieve our construction equipment from the worksite.

7. I believe that it was at least two weeks, and possibly longer, before we were able to finally gain access to the Pass a Loutre worksite.

_____
LLOYD HARRIS

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC, THIS ____ DAY OF APRIL, 2017.

_____
NOTARY PUBLIC
LA. BAR NO. _____

JOHN-MICHAEL LAWRENCE
Notary Public - Louisiana
Orleans Parish
Notary ID 3795