UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

**PLAINTIFFS' RESPONSE TO BP'S MOTION AS TO RELEASED CLAIMS PURSUANT TO PTO NO. 64, SECTION 1, B1**

For the reasons stated by the Attorney Generals of Mississippi and Florida, incorporated by reference, attached as Exhibit 1, as well as the reasons stated herein, the remaining B1 Plaintiffs (hereinafter Plaintiffs) represented by the undersigned, attached hereto as Exhibit 2, who have previously signed releases with BP in exchange for monetary compensation, should not be dismissed. In support of this motion, Plaintiffs submit the accompanying Memorandum in Support which is fully incorporated by reference herein.

Dated: April 4, 2017

                                                    **RESPECTFULLY SUBMITTED**,

                                                    /s/ Douglas S. Lyons
                                                    Douglas S. Lyons
                                                    Lyons and Farrar, P.A.
                                                    1637 Metropolitan Blvd., Suite A-2
                                                    Tallahassee, FL  32308
                                                    (850) 222-8811 - telephone
                                                    (850) 222-5583 - facsimile
                                                    Florida Bar No. 128277
                                                    doug.lyons@lyonsandfarrar.com

                                                    **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

1

  I hereby certify that the above and foregoing Response to BP's Motion as to Released Claims Pursuant to PTO No. 64, Section 1, B1 has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 4th day of April, 2017.

                 /s/ Douglas S. Lyons
                 Douglas S. Lyons