**Exhibit 2 – Release Claimants**

1. William P. Kinser
2. John Albert McNeil Jr.
3. Jane Araguel
4. John Sheridan
5. Majid Edam
6. John Garrett McNeil
7. Andy Gonsalves
8. Kenneth Adkins
9. George Weems Ward Jr.
10. Otis E. Wheeler Jr.
11. Carrier K. Richards
12. Jimi Hendrix Tophan Sr.
13. Jane P. Beasley
14. Amanda Yowell
15. Jeremiah Wayne Ard
16. Jelp Barber
17. Maritha Argula
18. Hume Clayton Coleman
19. Cherryl Whitaker
20. Johnny Abbott
21. Joseph Gibson
22. Julie Frances Burczyk
23. Tammy Nichols
24. Scotty Banks
25. George Branch
26. Jamie Lee Shiver Sr.
27. Stacia Sue Osteen
28. Carl Lee Johns
29. Jimmy Roger Shiver Jr.
30. Daniel Wayne Evans Sr.
31. Chester Darwin Rowland
32. William Wayne Webb Sr.
33. Christina Renee Cone
34. Christopher Ray Granger Sr.
35. Jefferson Rodney Richards Sr.
36. Michael C. Fuentes
37. Christine Rosalie Oenes
38. Charles Christopher Golden Sr.
39. Jesse Gorden Smith Jr.
40. David Lee Holstein III
41. Michael Edward Millender Sr.

42. John Clinton Walker Sr.
43. Sherrie Lynn Walker
44. James Edgar Cooper Sr.
45. Deborah Louise Cooper
46. Tony Ray Nowling Sr.
47. Richard Lamar Millender Sr.
48. Johnathan Allen Millender Sr.
49. Michelle Ashley Millender
50. Ruby Pauikline Rutherford
51. Pamela Sue Millender
52. Fred Anthony Millender Sr.
53. Monica Sue Stanton
54. Carl Barton Sanders Sr.
55. Phillip Carlton Vinson Sr.
56. Mason Lee Putnal
57. Joseph Glen Putnal Sr.
58. Lynn Nixon Ellis
59. Walter Hayes Ellis
60. David James Gilbert
61. Wade Lee Barber
62. Robert Arnold Tolliver Jr.
63. Marion Archie Busby Jr.
64. Jeremy Russell Nowling Sr.
65. William Mitchell Martina Sr.
66. Gerald Haddock Kent Jr.
67. Ramona Annette Dean
68. Roland Morris Schoelles Jr.
69. Leslie Charlie Goodwin Sr.