## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GULF COAST ENTERTAINMENT, LLC** | ) | |
| | ) | **CIVIL ACTION NO. 2:13-CV-02121** |
| | ) | |
| | ) | **SECTION J** |
| **v.** | ) | |
| | ) | **JUDGE BARBIER** |
| **BP EXPLORATION AND** | ) | |
| **PRODUCTION, INC.,** *et al.* | ) | **MAG. JUDGE WILKINSON** |

## NOTICE OF FILING OF SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

COME NOW the Plaintiff, Gulf Coast Entertainment, LLC, through undersigned counsel,

who, pursuant to Pretrial Order 64 (Rec. Doc. 22297) in the matter entitled *In Re: Oil Spill by the*

*Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* filed in the United States

District Court for the Eastern District of Louisiana,  Docket No. 2:10-md-02179-CJB-JCW, files

this Sworn Statement Regarding General  Maritime Law Claims (B1 Claims).

Respectfully submitted, this 5th day of April, 2017.


/s/ Christopher D. Boutwell


OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
Chris.Boutwell@BeasleyAllen.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, service of the above and foregoing pleadings was accomplished through the Notice of Electronic Filing for parties and counsel who are  Filing Users and that service was accomplished on any party or counsel who is not a  Filing User in accordance with the Federal Rules and Local Rules of this Honorable  Court on this date. Further, I hereby certify that the above and foregoing document was served on Counsel for BP and MDL 2179 Plaintiffs' Steering Committee by  electronically uploading the same to File & Serve Xpress in accordance with Pretrial  Order No. 12, as amended.

/s/Christopher D. Boutwell
Christopher D. Boutwell