UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Memorandum A
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.


Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                          3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum One

Memorandum concerning the Non Respondent/Defendant BP Exploration & Production Incorporated,
BP American Production Company Incorporated and BP P.L.C. (Known as BP) Waiver filed in Writ 16-
5869 (Waiver filed by Jeffery Bossert Clark of the Kirkland & Ellis Law Firm)

On October 4th, 2016 Counsel of Record Jeffery Bossert Clark entered his appearance and filed a Waiver
on behalf of BP. BP was not a Respondent/Defendant in Writ 16-5869. BP is a Respondent/Defendant in
Writ 16-6278. BP through Jeffery Bossert Clark filed the Waiver to preserve their Rights. This was done
because of this one sentence in the Statement of the Case: **During Hurricane Katrina and the BP Oil Spill
chemical warfare contaminates leaked (negligence) into the environment. The chemical warfare
contaminants are called the Katrina Virus for simplification.**

The liability to BP is 20 Trillion Dollars. The filing of the Waiver by Non Respondent/Defendant BP is an
admission of guilt. Review Writ 16-6278 where BP is a Respondent/Defendant.

See attached email written by BP Counsel Jeffery Bossert Clark to me, David Andrew Christenson, on
October 11th 2016 at 2:00 PM. The email was in response to a settlement offer.

Mr. Clark: "I write back to inform you that my client BP is not interested in settling either of your cert.
petition matters pending against BP in the U.S. Supreme Court."

The filing of the waiver was not a mistake.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 22nd, 2017.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                MDL No. 2179
"Deepwater Horizon" in the Gulf                          SECTION: J
of Mexico, on April 20, 2010                               JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                               MAGISTRATE SHUSHAN

Memorandum **1**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.


TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
AUG 11 2016
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

### Notice of Appeal
### Please <u>do not Seal this pleading</u>.

If the Court wants to address this situation than this Notice of Appeal would be preemptive. The court would have to be proactive in protecting other people like myself who are caught in a catch 22. How many of us did not have our interests represented when the Settlement Agreement was negotiated? Was there a Court Order stating that you had to be represented by an attorney? Why did the Plaintiff's attorneys not represent individuals like myself and others? Could this be considered malpractice? It is not a question of whether I qualify for the settlement?

Reference: Order [Establishing Rules Governing Discretionary Court Review of Appeal Determinations] Case 2:10-md-02179-CJB-SS Document 14812 Filed 07/07/15 Page 1 of 1 and Documentation Requirements for Business Economic Loss Claims Case 2:10-md-02179-CJB-SS Document 6430-8 Filed 05/03/12 Page 2 of 5. (My interpretation of 4A is that IRS Tax returns do qualify as supporting documentation. I can't produce what does not exist without committing fraud. There was no requirement or law to keep financials in the manner that is stared in the Settlement Agreement. Why would the Court accept a Settlement agreement such as this? How would I have ever known before the fact?)

In the settlement nobody represented individuals like myself. I was a small business owner who kept his own financials and filed his own tax return via Turbo Tax. The financials were kept in accordance with IRS rules, regulations and laws and well as National Accounting Standards and Practices.

I have been informed that my financials do not satisfy the settlement agreement's requirements. This information was supplied to me by Appeals Coordinator Patrick Hron. Please review the attached email exchanges between Mr. Hron and myself. There is no way to prevail. My financials have been classified as incomplete.

Reference: Order Case 2:10-md-02179-CJB-SS Document 20923 Filed 07/07116 Page 1 of 2 footnote 4 Even if Christenson fully exhausts his rights within the Settlement Program, there may be a question as to whether the Court has the authority to review a claim that is denied for incompleteness. But, the Court need not address that issue here.

I would have to commit fraud in order to satisfy the requirement. I lost my home to foreclosure because of the BP Oil Spill. I lost financial records because I did not have the money to retain them. I pleaded for a hardship exemption but was denied. There was no third party with copies.

A good faith settlement would have included IRS Tax returns and financials that were produced according to National Accounting Standards and Practices. This Court has stated that it does not have the authority to review. The Settlement should not have been approved because it did not protect individuals like myself.

The email exchange between Mr. Hron and myself should be reviewed thoroughly. There is very good information in the exchange.


Godspeed
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086



David Andrew Christenson <davidandrewchristenson@gmail.com>

---

## RE: Is it possible to update what is happening?
1 message

---

Patrick Hron <phron@dheclaims.com>                                    Mon, Aug 8, 2016 at 5:30 PM
To: DavidandrewchristensonG <davidandrewchristenson@gmail.com>

Mr. Christenson,


Again, I cannot ask the Court. There is no procedural mechanism whatsoever that would allow me to do so.


Furthermore, your proposal is inconsistent with the intention of the Parties as set forth in the Settlement
Agreement. Presumably, if the Settlement Program disregarded the Parties' Agreement, both Parties would object,
and, to the extent we ignored the Documentation Requirements of Exhibit 4A as you propose, BP would certainly
object as doing so would potentially result in the compensation of otherwise ineligible claims not supported by
sufficient documentation.


Your objections in this respect, however, have been duly noted.


Sincerely,


Patrick Hron

Claims Administrator's Office


**From:** David Andrew Christenson [mailto:davidandrewchristenson@gmail.com]
**Sent:** Monday, August 08, 2016 5:23 PM
**To:** Patrick Hron <phron@dheclaims.com>
**Subject:** Re: Is it possible to update what is happening?


What if nobody objects? It seems to me that you can ask the court and save time.


On Mon, Aug 8, 2016 at 5:17 PM, Patrick Hron <phron@dheclaims.com> wrote:

Mr. Christenson,


In response to the below as well as the attached, I have followed up with the Team reviewing your claim, and,
pursuant to the approved hardship request, I have requested that the review be expedited.

First, Rule 15 only applies to claims in some phase of the Discretionary Court Review process, which is not the case here, so this Rule is inapplicable. Furthermore, my reading of Rule 15 is different than yours. As I understand it, Rule 15 permits the Appeals Coordinator to stay any Court review or to stay any request for Court review which may present policy questions or inconsistent treatment issues, but it does not authorize the Appeals Coordinator to request anything of the Court or to ask for any sort of clarification. Similarly, as Appeals Coordinator, I am unable to request Discretionary Court Review, so I cannot assist in that respect.

Second, as previously noted, we are implementing the provisions of the Settlement Agreement pursuant to the intent of the Parties as interpreted by our office. We do not believe your interpretation of the requirements of the Settlement Agreement is consistent with the intent of the Parties. While your accounting methods may be approved by the IRS and/or "national guidelines" (although I do not know one way or the other), your methods are inconsistent with the requirements of the Settlement Agreement for reasons previously provided.

Third, the claim is currently incomplete for the reasons previously mentioned. If the incompleteness remains uncured, an Incompleteness Denial will be issued, which you may subsequently appeal to the Documentation Reviewers appointed by the District Court.

Sincerely,

Patrick Hron

Claims Administrator's Office

**From:** David Andrew Christenson [mailto:davidandrewchristenson@gmail.com]
**Sent:** Monday, August 08, 2016 3:21 PM
**To:** Patrick Hron <phron@dheclaims.com>
**Subject:** Is it possible to update what is happening?

Mr. Hron,

Did I miss something? It appears that my application is frozen. Please provide any information that you can.

I am in the process of being evicted.

Godspeed.

David Andrew Christenson

504-715-3086

8/9/2016

Case: 16-30918 Document: 00513636148 Page: 5 Date Filed: 08/12/2016
Gmail - RE: Is it possible to update what is happening?

Case 2:10-md-02179-CJB-DPC Document 21474 Filed 08/11/16 Page 5 of 7

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

———— Forwarded message ————
From: DavidandrewchristensonG <davidandrewchristenson@gmail.com>
To: Patrick Hron <phron@dheclaims.com>, "paj@juneaudavid.com" <paj@juneaudavid.com>, "rjd@juneaudavid.com" <rjd@juneaudavid.com>, 26CBBen 26CBAllums <ben_allums@laed.uscourts.gov>, "Judge/Carl Judge/Barbier" <carl_barbier@laed.uscourts.gov>
Cc:
Date: Mon, 8 Aug 2016 20:52:01 +0000
Subject: Rule 15

Rule 15. Appeals Coordinator's Discretion to Stay Reviews. The Appeals Coordinator has the discretion to stay any Court review or <u>request for Court review that presents a policy question or any issue that could give rise to inconsistent treatment among claimants until the issue is resolved by the Court or by agreement of the parties.</u> The Appeals Coordinator shall notify the affected Requesting Party, Objecting Party and Class Counsel of any such stay.

Mr. Hron,

What parties object to my accounting methods? It appears that if there were no objection that my methods could be used. You could still request discretionary review by the court. MY methods are approved by the IRS and follow national guidelines. Is there anything you can do as the Appeals Coordinator?

What I don't understand is the "why". I am acting in "good faith" and my financial records are backed up by IRS Tax Returns. Surely no one would object if you used my accounting methods. Can you see if anyone objects and if not approve my claim.

Thank you.

Godspeed.

David Andrew Christenson

504-715-3086

———— Forwarded message ————
From: DavidandrewchristensonG <davidandrewchristenson@gmail.com>
To: Patrick Hron <phron@dheclaims.com>, "paj@juneaudavid.com" <paj@juneaudavid.com>, "rjd@juneaudavid.com" <rjd@juneaudavid.com>, 26CBBen 26CBAllums <ben_allums@laed.uscourts.gov>, "Judge/Carl Judge/Barbier" <carl_barbier@laed.uscourts.gov>
Cc:
Date: Mon, 8 Aug 2016 21:04:43 +0000
Subject: The order denying my motion is attached.

Mr. Hom,

It appears that you have the ability to ask the court for clarification. It would be in the interest of justice and save judicial resources. I would not have to file anything else if the court agreed.

It also appears that if no one objects than my claim could be approved.

Am I looking at this wrong. I hope I am presenting this in the proper manner.

It seems that I would have three appeals with the 5th Circuit being the final. I have one with you, then the District Court and then finally the 5th Circuit. It is such a simple question. Do my records which are confirmed by IRS Tax Returns qualify? Also if there are no objections then they should qualify.

Thank you.

Godspeed.

David Andrew Christenson

504-715-3086

——— Forwarded message ———
From: DavidandrewchristensonG <davidandrewchristenson@gmail.com>
To: Patrick Hron <phron@dheclaims.com>, 26CBBen 26CBAllums <ben_allums@laed.uscourts.gov>, "Judge/Carl Judge/Barbier" <carl_barbier@laed.uscourts.gov>, "paj@juneaudavid.com" <paj@juneaudavid.com>, "rjd@juneaudavid.com" <rjd@juneaudavid.com>
Cc:
Date: Mon, 8 Aug 2016 21:24:59 +0000
Subject: There is no way fro me to cure the defect without committing fraud.

I can't even appeal because they are stating that my financials are incomplete. The financials are complete but they don't work for a settlement agreement that is not favorable to small business owners like my self. We only kept financials for ourselves and the IRS.

The court should clarify this point. I should not be excluded from the settlement because I did not keep my books in manner that one day would be required for a class action claim. I had no way of knowing what was to come and what was required. I will bet that all class action lawsuits are different. This requirement is draconian. To be excluded for a catch 22 is wrong. Surely no one would object.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

Christenson
Box 9043
MiRAMAR BEACH, FL.
32550

70130-336156

Judge Carl Barbier
C-256
500 Poydras St.
New Orleans, LA
70130



PENSACOLA
09 AUG 2016

U.S. Marshals

U.S. Marshals

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the Gulf                                    SECTION: J
of Mexico, on April 20, 2010                                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                          MAGISTRATE SHUSHAN

Memorandum **2**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

2nd Notice of Appeal for Informational Purposes
(This is not the Appeal but just the Notice of Appeal)

The District Court did not place the attached two pleadings into the District Court record and thus are not shown in the docket. All pleadings filed by me have been sealed even when I requested that they not be.

While I am the Appellant I am filing this appeal on behalf of the thousands of people like myself who have not received the settlement that they are entitled too.

1. Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars Motion to Create a 20 Trillion Dollar Medical Settlement Motion for Punitive (Treble) Damages (120 Trillion Dollars) Motion to add the United States of America and the United Kingdom (Britain) as Defendants The American People deserve to know the truth so please do not Seal this pleading. August 18th, 2016

2. Motion for Discretionary Review (27) The American People deserve to know the truth so please do not Seal this pleading. August 20th, 2016

Proposed Constitutional Question for the Supreme Court

Do the American People in a Class Action Complaint of this magnitude have a Constitutional Right to know the truth about what happened and the pending consequences which could include the end of Mankind?

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

**Motion to Reopen the Settlement and to Increase the Settlement to 20 Trillion Dollars**
**Motion to Create a 20 Trillion Dollar Medical Settlement**
**Motion for Punitive (Treble) Damages (120 Trillion Dollars)**
**Motion to add the United States of America and the United Kingdom (Britain) as Defendants**
**The American People deserve to know the truth so please do not Seal this pleading.**
**August 18th, 2016**

You must have full and honest disclosure in order for there to be an equitable settlement. This settlement does not have full and honest disclosure. The plaintiffs have suffered and will continue to suffer. The environment has suffered and will continue to suffer (The Gulf of Mexico is dying). The potential damage cannot be calculated but worst case it could be the genocide of mankind. The starting point has to be what caused the explosion. The deceptive use of what failed should not be tolerated. What caused the explosion happened away from the oil rig and traveled to the rig and up the riser at supersonic speed. The settlement agreement is based on fraud with the three most important (criminal) frauds being what was leaked into the environment, why the need for Corexit and what caused the explosion. The United States of America and the United Kingdom are partners with BP in this criminal conspiracy to defraud and ultimately to commit genocide.

The connection between the spill and Hurricane Katrina must be disclosed as well. The triggering event for the explosion was inadvertently and negligently put in place during Hurricane Katrina. I have coined the term: Katrina Virus, which is a compilation term for all the viruses, bacteria, fungi, etc. that leaked into the environment. We had Hurricane Katrina which spread the Katrina Virus into the atmosphere and the BP Oil Spill which spread the Katrina Virus into the oceans. You could not have picked a better way to murder mankind. Invent a chemical warfare agent and disperse it throughout the world via the oceans and the atmosphere. Terrorists could not have done a better job. The United States of America is the greatest terrorist organization in the world.

(What I don't understand is why the attorneys have accepted a dollar amount for their lives and the lives of their families. Why has the court accepted such a horrific settlement whose consequences are mortality?)

This is much bigger than just the settlement. Everyone has a God Given and a Constitutional Right to know the truth. This truth is far more important than any cash payout. The most important and number one item in the settlement agreement must be the truth about what happened.

The attorneys for the plaintiffs have committed malpractice. The contingency fees that the attorneys are receiving has blinded them. Thousands of claimants are suffering and receiving less than fare settlements because of what was negotiated. Thousands of claimants have given up. This process has to be corrected and simplified. The process must be equitable and timely. Our losses continue to increase every day.

The attorneys as officers of the court failed in their responsibilities to the court, thus irreparably harming the integrity of the court.

My wife and I have cause and standing as individuals, business owners and inhabitants of earth. We are members of this class action complaint. Whoever agreed to the settlement on our behalf as well as others like us has committed malpractice.

There are tens of thousands of us who have not received settlements and who probably won't even though we have been negatively impacted by the spill. In simplest terms all of mankind should receive a settlement. The Gulf Stream has carried the contaminants around the world thus impacting all of mankind.

We are running out of time. You and I will probably not be saved but what about your children and grandchildren?

Without the truth we will fail and thus mankind will cease to exist.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

**Motion for Discretionary Review (27)**
The American People deserve to know the truth so please **do not Seal this pleading**.
August 20th, 2016

There is no way that I will receive a settlement.

Attachment 2 is the Writ that I filed with Supreme Court yesterday. It is the best I can do considering my financial situation. Mankind deserved better. You and your family deserved better. I thought it was very strange that the Supreme Court gave me a 60-day extension. There was no Petition filed but it was referred to.

Attachment 1 is a copy of my Claimant Details showing "In Accountant Review: Awaiting Assignment to Accountant Reviewer After Reconsideration Notice Issued" 08/15/2016. I satisfied the final defect on Sunday August 14th, 2016. I was granted a "Hardship" classification but that does not appear to be of any help in getting my claim reviewed. How many thousands of people are suffering right now? This is wrong on so many levels. This truly is a Crime Against Humanity. None of us were responsible for the BP Oil Spill and yet we are being held accountable by not being able to move on with our lives and businesses.

Attachment 3 is an email exchange between Mr. Patrick Horn and myself.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550
davidandrewchristenson@hotmail.com
504-715-3086



# DEEPWATER HORIZON
# CLAIMS CENTER
## ECONOMIC & PROPERTY DAMAGE CLAIMS

English | En Español | Bằng Tiếng Việt

- Home
- News and Developments
- Download Files
- Claimant Info
- Notices
- Forms
- Payments
- Reporting
- Change Password / Email
- Log Off

## Claimant Details

### Claimant Information

| | |
|---|---|
| Claimant ID: 100302987 | Name: CHRISTENSON, DAVID |
| GCCF Claimant ID: 3364391 | Business: DAVID CHRISTENSON |
| Taxpayer Type: Individual With Business | Address: PO BOX 9063 |
| SSN/EIN: ******3413 | MIRAMAR BEACH FL 32550 |
| Represented By: Pro Se | Preferred Language: |
| Portal User: Yes | |

### Claimant Activity

| Activity | Due Date | Reviewer Program | Event Notice |
|---|---|---|---|
| Claimant Review Steps | 04/01/2015 | | |

### Claim Types

| Claim ID | Claim Type | Status | Status | Status Date | Payment Location | Claim Notice |
|---|---|---|---|---|---|---|
| 343791 | Individual Economic Loss | | Notice Issued After Review: Duplicate Claim | 04/26/2016 | | |
| 348134 | Business Economic Loss | | In Accountant Review; Awaiting Assignment to Accountant Reviewer After Reconsideration Notice Issued | 08/15/2016 | | |

**A2**

No. 16-XXXXX

In The
# Supreme Court of the United States

David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants
United States Court of Appeals for the Fifth Circuit
No. 16-30529

ON WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

*David Andrew Christenson files this Writ of Certiorari
on behalf of himself, Pro Se*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com

Filed June 7th, 2016

# A2

### Constitutional Question

1. Does our Government, all three branches, have the authority to lie and deceive the American People?

2. Does our Government, all three branches, have the authority to censor Americans?

3. Does our Government have the authority to murder Americans?

### Statement of the Case

This case, the Danziger case, involved the cover-up of the following:

During Hurricane Katrina and the BP Oil Spill chemical warfare contaminates leaked (negligence) into the environment. The chemical warfare contaminants are called the Katrina Virus for simplification.

During Hurricane Katrina the United States Military murdered Americans.

(The Danziger case is relevant because the Government lied and deceived Americans as well as censoring Americans.)

### Reasons for Granting the Writ

The lies, deception and censorship will result in the Genocide of Mankind. It is critical to the future of Mankind for Americans to know the uncensored truth. Mathematically Mankind will cease to exist by October 12th, 2050. This is not a prediction but a certainty.

### Conclusion

Without adherence to the Constitution, specifically the First Amendment, Mankind is doomed.

### The Petition for Writ of Certiorari should be granted.

Respectfully submitted,

David Andrew Christenson
August 19th, 2016

# A2

## Table of Contents

Page:
1. Cover
2. Constitutional Question, Statement of Case, Reasons for Granting Writ, Conclusion and Signature
3. Table of Contents, Index to Appendices, Table of Authorities Cited and Opinions and Jurisdiction
4. The United States Supreme Court and The Katrina Virus
5. An American Born Terrorist's Emails To The Department of Justice
6. Guidelines and background information for reading my emails.
7. Affidavit or Declaration in support of Motion for Leave to Proceed In Forma Pauperis
8. Service
9. There was no opinion issued by the 5th Circuit Court of Appeals. Appeal Denied
10. Continued
11. Continued
12. On Petition for Rehearing En Banc Denied .
13. Continued
14. Continued
15. Assorted documents required by the Supreme Court.

## Index to Appendices

Appendix A and B are introductions to (two) books authored by Federal Whistleblower David Andrew Christenson. Both books were placed into the Library of Congress but have since been removed. All records of the books have been deleted.

Appendix A: "The United States Supreme Court and The Katrina Virus"

Appendix B: "An American Born Terrorist's Emails To The Department of Justice" and "Guidelines and background information for reading my emails."

## Table of Authorities Cited

The Constitution and the Posse Act.

## Opinions and Jurisdiction

The 5th Circuit Court of Appeals did not issue an opinion. The appeal was simple denied on May 17th, 2016 see Attachment 1. The Petition for Rehearing En Banc was denied on June 28th, 2016 see Attachment 2.

# A2

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# A2

An American Born Terrorist's Emails

To The Department of Justice

*A Prelude/Reference Book/Appendix*

Book 8

By

David Andrew Christenson

ISBN 978-0-9846893-2-3 Hardback

ISBN 978-0-9846893-3-0 EBook

LCCN 201194112

Copyright 2011 1-674739499

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

persimmonpublishing@gmail.com

www.thereluctantpatriot.com

thereluctantpatriot@gmail.com

<u>A quest for Justice.</u> What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice. At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. It must be noted that Captain Christenson was never charged with a crime. Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

# A2

### Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-drug misdemeanor. The arrest was for the equivalent of a severe DUI or DWI. The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

I was declared a terrorist by the Department of Justice. I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishingus.com
www.thereluctantpatriot.com

# A2

**Affidavit or Declaration in support of Motion for Leave to Proceed In Forma Pauperis**

I am unemployed and because of my being a Federal Whistleblower I have had great difficulty finding meaningful employment.

My wife and I will be homeless/evicted on September 15th, 2016. We have not paid August's rent.

We have no assets. Our cars are a 1989 Jeep and a 2006 Chevy and both are in need of repairs.

My wife works for a bank and receives a salary of $2,000.00 per month. We have five credit cards that are all maxed out. She has an installment loan.

I can't afford the toner, paper or postage to mail this Writ.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19th, 2016.

David Andrew Christenson

**A2**

16-XXXXX

In The
Supreme Court of the United States

David Andrew Christenson
Plaintiff
v.
United States of America
Defendants

Proof of Service

I, David Andrew Christenson, do swear that on August 19th, 2016 I served the enclosed Motion for Leave to Proceed in Forma Pauperis and Petition for Writ of Certiorari on the Solicitor General of the United States via First Class US Mail and Email.

Solicitor General (202) 514-2217
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 19th, 2016

by David Andrew Christenson

A2

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 17, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

          No. 16-30529    USA v. Kenneth Bowen, et al
                          USDC No. 2:10-CR-204-1
                          USDC No. 2:10-CR-204-2
                          USDC No. 2:10-CR-204-3
                          USDC No. 2:10-CR-204-4
                          USDC No. 2:10-CR-204-5
                          USDC No. 2:10-CR-204-6

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Allison G. Lopez, Deputy Clerk
                          504-310-7702

cc w/encl:
     Mr. Theodore R. Carter III
     Mr. David Andrew Christenson

**A2**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

### No. 16-30529

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

KENNETH BOWEN, et al,

        Defendants

DAVID ANDREW CHRISTENSON,

        Movant - Appellant



A True Copy
Certified order issued May 17, 2016

*Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
USDC No. 2:10-CR-204-1 / 2:10-CR-204-2 / 2:10-CR-204-3
2:10-CR-204-4 / 2:10-CR-204-5 / 2:10-CR-204-6

---

Before SMITH, PRADO, and COSTA, Circuit Judges.

PER CURIAM:

    We must examine the basis of our jurisdiction, on our own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this criminal case, Daniel Christenson filed a notice of appeal on the grounds that the district court refused to docket his "Objection to Plea Deal" and "Amended Objection to Plea Deal. "

**A2**

16-30529

Mr. Christenson has attempted to intervene in the underlying case no fewer than nine times. He has been denied intervention each time and this court has dismissed each of his appeals. His latest attempts at filing in the district court are yet another attempt to intervene in the case. With limited exceptions not relevant here, there is no provision for a private citizen to intervene in a criminal case. Thus, there was no jurisdictional basis for Christenson's attempts to file his objections to the plea deal and no jurisdictional basis to appeal the district court's determination not to file his documents. Accordingly, the appeal must be dismissed.

IT IS SO ORDERED.

**A2**

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 28, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-30529    USA v. Kenneth Bowen, et al
                 USDC No. 2:10-CR-204-1
                 USDC No. 2:10-CR-204-2
                 USDC No. 2:10-CR-204-3
                 USDC No. 2:10-CR-204-4
                 USDC No. 2:10-CR-204-5
                 USDC No. 2:10-CR-204-6

Enclosed is an order entered in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Dantrell L. Johnson, Deputy Clerk
                       504-310-7689

Mr. Theodore R. Carter, III
Mr. David Andrew Christenson

**A2**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 16-30529

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

KENNETH BOWEN, et al,

        Defendants

DAVID ANDREW CHRISTENSON,

        Movant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

ON PETITION FOR REHEARING EN BANC

(Opinion _____ , 5 Cir., _____ , _____ F.3d _____ )

Before SMITH, PRADO, and COSTA, Circuit Judges.

PER CURIAM:

Treating the Petition for Rehearing En Banc as a Petition for Panel
Rehearing, the Petition for Panel Rehearing is DENIED. No member of
the panel nor judge in regular active service of the court having
requested that the court be polled on Rehearing En Banc (FED R. APP.
P. and 5ᵀᴴ CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

A2

( )   Treating the Petition for Rehearing En Banc as a Petition for Panel
      Rehearing, the Petition for Panel Rehearing is DENIED.  The court
      having been polled at the request of one of the members of the court
      and a majority of the judges who are in regular active service and not
      disqualified not having voted in favor (FED R. APP. P. and 5ᵀᴴ CIR. R.
      35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

UNITED STATES CIRCUIT JUDGE

# A2

August 19th, 2016

Reference Supreme Court letter to me dated July 20th, 2016 which is attached.

I do not have the money to pay for the toner, paper or postage to produce copies. This is the best that I can do.

**A2**

July 20, 2016

David Christenson
P.O. Box 9063
Miramar Beach, LA 32550

    RE: Christenson v. United States
        (USCA5 Case No. 16-30529)

Dear Mr. Christenson:

    The above-entitled petition for writ of certiorari was postmarked July 7, 2016 and received July 14, 2016. The papers are returned for the following reason(s):

    No motion for leave to proceed in forma pauperis, signed by the petitioner or by counsel, is attached. Rules 33.2 and 39. The motion must be signed.

    No notarized affidavit or declaration of indigency is attached. Rule 39. You may use the enclosed form.

    The petition fails to comply with the content requirements of Rule 14. A guide for in forma pauperis petitioners and a copy of the Rules of this Court are enclosed. The guide includes a form petition that may be used.

    The appendix to the petition does not contain the following documents required by Rule 14.1(i):

        The lower court opinion(s) must be appended.

    Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

    A copy of the corrected petition must be served on opposing counsel.

**A2**

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
Scott S. Harris, Clerk
By:

M. Blalock
(202) 479-3023

Enclosures

## A2

Clerk Scott S. Harris                                        July 7th, 2016
Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001


RECEIVED
JUL 14 2016
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Clerk Harris,

I am bankrupt and unemployed. I am unable to afford the paper, toner and postage to file one complete Writ. If you assign a docket number to this Writ and grant me 60 days, I will find a way to file one complete Writ. If I literally have to sell my blood, I will. This is a Writ of Certiorari which in different than my Writ 14-10077 which was an Extraordinary Writ with Writ of Mandamus and Writ of Prohibition.

Please do not deny me Justice simple because I am bankrupt. The First Amendment is very clear on the fact that I have a Constitutional Right to file a grievance against the Government.

Please see attachment. I am filing this Writ in reference to the 5th Circuit denying my Petition for En Banc, 16-30529. I will definitely qualify for pauper status.

Godspeed.
Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson{at}hotmail.com


### CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2016 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
The Solicitor General
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217


David Andrew Christenson

A2

No. 16-XXXXX

IN THE

# Supreme Court of the United States

David Andrew Christenson
Plaintiff
v.
United States of America
President Barack Obama, et. al.,
Defendants
United States Court of Appeals for the Fifth Circuit
No. 16-30529

## ON WRIT OF CERTIORARI
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

*David Andrew Christenson files this Writ of Certiorari*
*on behalf of himself, Pro Se*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com

Filed June 7th, 2016

**A2**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

### No. 16-30529

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

KENNETH BOWEN, et al,

      Defendants

DAVID ANDREW CHRISTENSON,

      Movant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

### ON PETITION FOR REHEARING EN BANC

(Opinion _____ , 5 Cir., _____ , _____ F.3d _____ )

Before SMITH, PRADO, and COSTA, Circuit Judges.

PER CURIAM:

Treating the Petition for Rehearing En Banc as a Petition for Panel
Rehearing, the Petition for Panel Rehearing is DENIED. No member of
the panel nor judge in regular active service of the court having
requested that the court be polled on Rehearing En Banc (FED R. APP.
P. and 5ᵀᴴ CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

**A2**

( )    Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED.  The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE

**A2**

Case: 16-30529   Document: 00513569961   Page: 1   Date Filed: 06/28/2016

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 28, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 16-30529    USA v. Kenneth Bowen, et al
                    USDC No. 2:10-CR-204-1
                    USDC No. 2:10-CR-204-2
                    USDC No. 2:10-CR-204-3
                    USDC No. 2:10-CR-204-4
                    USDC No. 2:10-CR-204-5
                    USDC No. 2:10-CR-204-6

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By:
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

Mr. Theodore R. Carter, III
Mr. David Andrew Christenson

 Gmail                    David Andrew Christenson <davidandrewchristenson@gmail.com>

---

## RE: Does the hardship still apply?
1 message

---

Patrick Hron <phron@dheclaims.com>                          Fri, Aug 19, 2016 at 12:37 PM
To: DavidandrewchristensonG <davidandrewchristenson@gmail.com>

Mr. Christenson,


I cannot expedite the processing of the claim more so than has already been done. As previously explained, the
Hardship Approval will result in allocation of the claim faster than otherwise, but that does not mean that that
allocation will occur immediately given the Program's limited resources. As such, we will allocate the claim for
further review as soon as we are appropriately able to do so.


Sincerely,


Patrick Hron

Claims Administrator's Office


From: David Andrew Christenson [mailto:davidandrewchristenson@gmail.com]
Sent: Friday, August 19, 2016 12:31 PM
To: Patrick Hron <phron@dheclaims.com>
Subject: Re: Does the hardship still apply?


My claim has still not been assigned.


On Thu, Aug 18, 2016 at 11:06 AM, Patrick Hron <phron@dheclaims.com> wrote:

Mr. Christenson,


The Hardship Request Approval does still apply, and effectively works to expedite your claim up in the allocation
process, so I expect it to be assigned/allocated to a Reviewer to consider the financial documentation you recently
submitted soon.


Sincerely,


Patrick Hron

Claims Administrator's Office

# A3

**From:** David Andrew Christenson [mailto:davidandrewchristenson@gmail.com]
**Sent:** Thursday, August 18, 2016 10:04 AM
**To:** Patrick Hron <phron@dheclaims.com>
**Subject:** Does the hardship still apply?


Mr. Hron,


When do you think they will assign an accountant?


Dave

.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-834-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-834-4999.



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

3rd Notice of Appeal for Informational Purposes
(This is not the Appeal but just the Notice of Appeal)

Attached is an Order from Judge Barbier which incorporates three pleadings.

1. Motion for Discretionary Review (24) The American People deserve to know the truth so please do not Seal this pleading. August 14th, 2016

2. Motion for Discretionary Review (24 B) The American People deserve to know the truth so please do not Seal this pleading. August 15th, 2016

3. Motion for Discretionary Review (25) The American People deserve to know the truth so please do not Seal this pleading. August 17th, 2016

Proposed Constitutional Question for the Supreme Court

Do the American People in a Class Action Complaint of this magnitude have a Constitutional Right to know the truth about what happened and the pending consequences which could include the end of Mankind?

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

*

*

MDL No. 2179

SECTION: J

*

This Document Relates to:
No. 12-970

*

*

JUDGE BARBIER

MAG. JUDGE WILKINSON

---

### ORDER

    The Court has received, and continues to receive, numerous mailings from David Andrew Christenson, pro se, requesting that the Court exercise its discretion to review his claim(s) pending before the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").[1] The Court has twice denied this request because Christenson had not fully exhausted his rights before the Settlement Program. (Rec. Docs. 20923, 21477). Indeed, Christenson's letters reflect that his claim has not yet been denied by the program.

    IT IS ORDERED that Christenson's requests for discretionary review are DENIED AS PREMATURE.

    IT IS FURTHER ORDERED that Christenson shall cease and desist from sending or filing any further letters, motions, etc., to the Court until his claim has been denied by the Settlement Program *and* he has exhausted any and all requests for reconsideration, appeals, etc., before the Settlement Program. Any violation of this Order will subject Mr. Christenson to monetary or other sanctions.

---

[1] Several of these letters are attached to this Order.

New Orleans, Louisiana, this 22nd day of August, 2016.

_____
United States District Judge

Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

Case 2:10-md-02179-CJB-JCW Document 21543-1 Filed 08/22/16 Page 1 of 25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS



MDL No. 2179

SECTION CHAMBERS OF
JUDGE U.S. DISTRICT JUDGE
CARL J. BARBIER
MAGISTRATE SHUSHAN

Motion for Discretionary Review (24)
The American People deserve to know the truth so please do not Seal this pleading.
August 14ᵗʰ, 2016

AS of today, August 14ᵗʰ, 2016, I have satisfied all of the requirements for the settlement. I filed the last three corrected Profit and Loss statements. Reference: the attachment to "Motion for Discretionary Review (23)". "POST-RECONSIDERATION FOLLOW-UP INCOMPLETENESS NOTICE DATE OF NOTICE: August 11, 2016. This is an official Notice from the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I." My package is now complete.

Please reference the attachment to this "Motion". You will see that I have made a herculean effort to satisfy the draconian requirements that have been placed on me. The index does not show the communications with the Gulf Coast Claims Facility.

What do you want to bet that they will require additional documents? I fully anticipate being denied even though you would think that I had been approved for the settlement and that it was just a question of the settlement amount and or damages to be awarded. I spent a great deal of money (which I did not have and had to borrow) and time creating the required irrelevant documentation.

I never would have agreed to this settlement process. Any attorney that agreed to this settlement process should be sued for malpractice. My rights as well as others were given away. Here is the true crime. Less than 10% of the of the total settlement has been paid out. People are suffering. The suffering has lasted over six years. Why would the court not step in and help those people? Only the criminals and attorneys have been paid. Here is the other major crime. BP received tax credits from the US and British that equal the settlement amount.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

Claimant Details

8/14/2016

| | | | | | | |
|---|---|---|---|---|---|---|
| 17150245 | (Duplicate) | 06/11/2015 | 6 | 7 | 21319981 | |
| 16335944 | GCCF Denial Letter | 03/31/2015 | 1 | 2 | 21319982 | |
| 16335945 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21319983 | |
| 17509738 | GCCF Denial Letter (Duplicate) | 08/04/2015 | 2 | 3 | 21319983 | |
| 16335946 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21319984 | |
| 17509712 | GCCF Denial Letter (Duplicate) | 08/04/2015 | 2 | 3 | 21319984 | |
| 16335947 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319985 | |
| 17509597 | GCCF Denial Letter (Duplicate) | 08/04/2015 | 2 | 3 | 21319985 | |
| 16335948 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319986 | |
| 17150825 | GCCF Denial Letter (Duplicate) | 06/11/2015 | 2 | 3 | 21319986 | |
| 16335949 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319987 | |
| 17150756 | GCCF Denial Letter (Duplicate) | 06/11/2015 | 2 | 3 | 21319987 | |
| 16335950 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 1 | 21319988 | |
| 17150724 | GCCF Denial Letter | 06/11/2015 | 2 | 3 | 21319988 | |
| 16335951 | Correspondence from Claimant | 03/31/2015 | 1 | 3 | 21319989 | |
| 16335952 | Employment - Pay Stub/Pay Check (Duplicate) | 03/31/2015 | 3 | 7 | 21319989 | |
| 19212676 | Correspondence from Claimant (Duplicate) | 04/20/2016 | 4 | 4 | 21319989 | |
| 17150659 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 06/11/2015 | 6 | 10 | 21319989 | |
| 17150668 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/11/2015 | 10 | 10 | 21319989 | |
| 16335953 | GCCF Deficiency Letter | 03/31/2015 | 1 | 2 | 21319990 | |
| 16335954 | Correspondence from Claimant | 03/31/2015 | 1 | 19 | 21319991 | |
| 16335955 | Correspondence from Claimant | 03/31/2015 | 1 | 4 | 21319992 | |
| 16335956 | Other Correspondence | 03/31/2015 | 1 | 4 | 21319993 | |
| 16335957 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 4 | 21319994 | |
| 16335958 | GCCF Denial Letter | 03/31/2015 | 1 | 1 | 21319995 | |
| 16335959 | GCCF Interim/Final Payment Claim Deficiency Notice | 03/31/2015 | 1 | | 21319996 | |
| 16335960 | GCCF Denial Letter | 03/31/2015 | 1 | | 21319997 | |
| 16335961 | Correspondence from Claimant (Duplicate) | 03/31/2015 | 1 | 3 | 21319998 | |
| 16335962 | Correspondence from Claimant | 03/31/2015 | 1 | 3 | 21319999 | |
| 16335963 | GCCF Follow-Up Letter to Previously Denied Claimants | 03/31/2015 | 1 | | 21320000 | |
| 16335964 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320001 | |
| 16335965 | Correspondence from Claimant | 03/31/2015 | 1 | 2 | 21320002 | |
| 16335966 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320003 | |
| 16335967 | Correspondence from Claimant | 03/31/2015 | 1 | 6 | 21320004 | |
| 16335968 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320005 | |
| 16335969 | Correspondence from Claimant | 03/31/2015 | 1 | 6 | 21320006 | |
| 16335970 | Correspondence from Claimant | 03/31/2015 | 1 | 6 | 21320007 | |
| 16335971 | Correspondence from Claimant | 03/31/2015 | 1 | 10 | 21320008 | |
| 16335972 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320009 | |
| 16335973 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320010 | |
| 16335974 | Correspondence from Claimant | 03/31/2015 | 1 | 10 | 21320011 | |
| 16335975 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320012 | |
| 16335976 | Correspondence from Claimant | 03/31/2015 | 1 | 4 | 21320013 | |
| 16336253 | Registration Form | 03/31/2015 | 1 | | 21320167 | |

Case 2:10-md-02179-CJB-JCW Document 21555 Filed 08/22/16 Page 4 of 276

: 8/14/2016

Claimant Details

| | | | | | |
|---|---|---|---|---|---|
| 16336358 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320228 |
| 16336400 | Correspondence from Claimant | 03/31/2015 | 1 | 1 | 21320255 |
| 16336413 | Employment - Pay Stub/Pay Check (Duplicate) | 03/31/2015 | 1 | 2 | 21320262 |
| 16336435 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 03/31/2015 | 1 | 3 | 21320273 |
| 17144972 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2015 | 3 | 3 | 21320273 |
| 16336928 | Individual Economic Loss Claim Form (Blue Form) (Claim ID 343791) | 03/31/2015 | 1 | | 21320533 |
| 16410624 | Other Correspondence | 04/03/2015 | 1 | 1 | 21371410 |
| 19212769 | Correspondence from Claimant (Duplicate) | 04/03/2015 | 1 | 1 | 21371419 |
| 19212742 | Other Correspondence (Duplicate) | 04/03/2015 | 1 | 1 | 21371959 |
| 16410985 | Correspondence from Claimant (Duplicate) | 04/03/2015 | 1 | 2 | 21371959 |
| 16411674 | Correspondence from Claimant | 04/03/2015 | 1 | 1 | 21371988 |
| 16411760 | Other Correspondence | 04/03/2015 | 1 | 2 | 21372041 |
| 19212731 | Correspondence from Claimant (Duplicate) | 04/03/2015 | 2 | 2 | 21372041 |
| 16481837 | Failed Business Economic Loss Claim Form (Red Form) (Claim ID 348134) | 04/16/2015 | 1 | | 21412231 |
| 16482255 | Correspondence from Claimant | 04/16/2015 | 1 | 1 | 21412413 |
| 16482374 | Form W-9 | 04/16/2015 | 1 | 4 | 21412417 |
| 16482382 | Form W-9 | 04/16/2015 | 1 | 4 | 21412420 |
| 16505277 | Correspondence from Claimant | 04/16/2015 | 1 | 1 | 21427831 |
| 16515185 | Other Correspondence | 04/16/2015 | 1 | 1 | 21431152 |
| 16933415 | Other Correspondence | 05/26/2015 | 1 | 2 | 21704095 |
| 17197753 | Other Correspondence | 05/29/2015 | 1 | 5 | 21912929 |
| 17520864 | Correspondence from Claimant | 08/05/2015 | 1 | 1 | 22132758 |
| 19199729 | Correspondence from Claimant Assistance Center | 04/18/2016 | 2 | 2 | 22132758 |
| 19199758 | Correspondence from Claimant Assistance Center | 04/18/2016 | 3 | 7 | 22132758 |
| 17529927 | Incompleteness Notice (Claim ID 343791) | 08/07/2015 | 1 | | 22158722 |
| 17652997 | Request for Transcript of Tax Return (IRS Form 4506-T) | 08/25/2015 | 1 | 1 | 22190067 |
| 17819517 | Incompleteness Notice | 08/25/2015 | 2 | 2 | 22190067 |
| 17819522 | Envelope or Other Packaging Only | 08/25/2015 | 3 | 3 | 22190067 |
| 18279506 | Incompleteness Notice (Claim ID 348134) | 10/23/2015 | 1 | | 22372461 |
| 18573792 | Plan, Budgets, Forecasts (Duplicate) | 10/23/2015 | 1 | | 22372520 |
| 18279566 | Correspondence from Claimant (Duplicate) | 10/23/2015 | 1 | 2 | 22372520 |
| 18279567 | Correspondence from Claimant | 10/23/2015 | 1 | 1 | 22372521 |
| 18279569 | Correspondence from Claimant | 10/23/2015 | 1 | 2 | 22372523 |
| 18573760 | Plan, Budgets, Forecasts (Duplicate) | 10/23/2015 | 1 | 1 | 22372552 |
| 18279609 | Correspondence from Claimant (Duplicate) | 10/23/2015 | 1 | 2 | 22372552 |
| 18286480 | Correspondence from Claimant (Duplicate) | 10/23/2015 | 1 | 3 | 22375908 |
| 18573747 | Plan, Budgets, Forecasts (Duplicate) | 10/23/2015 | 2 | 2 | 22375908 |
| 18291206 | Request for Transcript of Tax Return (IRS Form 4506-T) | 10/26/2015 | 1 | 1 | 22376118 |
| 18291797 | Correspondence from Claimant | 10/23/2015 | 1 | 3 | 22376527 |
| 18344251 | Plan, Budgets, Forecasts | 10/23/2015 | 2 | 2 | 22376527 |
| 18317685 | Correspondence from Claimant | 10/28/2015 | 1 | 3 | 22386428 |
| 18329821 | Correspondence from Claimant (Duplicate) | 10/28/2015 | 1 | 4 | 22391810 |
| 18449295 | Correspondence from Claimant | 11/25/2015 | 1 | 2 | 22470436 |

Case 2:10-md-02179-Document: 0551866202255 Page: 3704/Date: Filed 0948/16016

8/14/2016

Claimant Details

| | | | | | |
|---|---|---|---|---|---|
| | (Duplicate) | | | | |
| 18573709 | Plan, Budgets, Forecasts (Duplicate) | 11/25/2015 | 1 | 2 | 22470436 |
| 18449296 | Request for Transcript of Tax Return (IRS Form 4506-T) | 11/25/2015 | 1 | 5 | 22470437 |
| 18449297 | Request for Transcript of Tax Return (IRS Form 4506-T) | 11/25/2015 | 1 | 5 | 22470438 |
| 18450027 | 2008 Federal Income Return Form 1040 (Jointly Filed) | 11/25/2015 | 1 | 25 | 22470932 |
| 19200035 | 2008 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 5 | 6 | 22470932 |
| 18573519 | 2008 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 7 | 7 | 22470932 |
| 18571708 | 2008 State Tax Return | 11/25/2015 | 26 | 26 | 22470932 |
| 18450064 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 11/25/2015 | 1 | 22 | 22470953 |
| 18573481 | 2009 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 6 | 7 | 22470953 |
| 19200210 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 11/25/2015 | 8 | 9 | 22470953 |
| 18573496 | 2009 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 10 | 14 | 22470953 |
| 18571712 | 2009 State Tax Return | 11/25/2015 | 23 | 23 | 22470953 |
| 18450093 | Correspondence from Claimant's Counsel | 11/25/2015 | 1 | 2 | 22470968 |
| 18573717 | Plan, Budgets, Forecasts (Duplicate) | 11/25/2015 | 1 | 2 | 22470968 |
| 19212223 | Correspondence from Claimant (Duplicate) | 11/25/2015 | 2 | 2 | 22470968 |
| 18450107 | 2010 Federal Income Return Form 1040 (Jointly Filed) | 11/25/2015 | 1 | 15 | 22470976 |
| 18571719 | 2010 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 6 | 7 | 22470976 |
| 19200127 | 2010 Federal Income Return Form 1040, Schedule C | 11/25/2015 | 8 | 8 | 22470976 |
| 18571718 | 2010 State Tax Return | 11/25/2015 | 16 | 19 | 22470976 |
| 18458394 | Pre-2007 Federal Income Return Form 1040 (Jointly Filed) | 11/30/2015 | 1 | 2 | 22475565 |
| 18458415 | 2011 Federal Income Return Form 1040 (Jointly Filed) | 11/30/2015 | 1 | 10 | 22475574 |
| 18571684 | 2011 Federal Income Return Form 1040, Schedule C | 11/30/2015 | 5 | 6 | 22475574 |
| 18571692 | 2011 State Tax Return | 11/30/2015 | 11 | 15 | 22475574 |
| 18461457 | Other Correspondence | 11/23/2015 | 1 | 1 | 22476885 |
| 19210905 | Plan, Budgets, Forecasts (Duplicate) | 11/23/2015 | 2 | 2 | 22476885 |
| 19210911 | Correspondence from Claimant | 11/23/2015 | 2 | 4 | 22476885 |
| 18592022 | Follow-Up Incompleteness Notice (Claim ID 348134) | 12/24/2015 | 1 | | 22553083 |
| 18703856 | Correspondence from Claimant | 01/21/2016 | 1 | 2 | 22625737 |
| 19199508 | Correspondence from Claimant (Duplicate) | 01/21/2016 | 2 | 4 | 22625737 |
| 19210921 | Plan, Budgets, Forecasts (Duplicate) | 01/21/2016 | 3 | 3 | 22625737 |
| 18877025 | SWS-18 Failed Business Economic Loss Authorized Business Representative Sworn Written Statement | 01/21/2016 | 5 | 6 | 22625737 |
| 19060867 | Incompleteness Denial Notice (Claim ID 348134) | 03/23/2016 | 1 | | 22853023 |
| 19106117 | Correspondence from Claimant | 03/31/2016 | 1 | 1 | 22880414 |
| 19190035 | Request for Reconsideration Form (from Incompleteness Denial) | 03/31/2016 | 2 | 3 | 22880414 |
| 19193059 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2016 | 4 | 6 | 22880414 |
| 19198102 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2016 | 7 | 8 | 22880414 |
| 19198113 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/31/2016 | 9 | 9 | 22880414 |
| 19198146 | Correspondence from Claimant | 03/31/2016 | 10 | 14 | 22880414 |
| 19252504 | Notice of Duplicate Claim (Claim ID 343791) | 04/29/2016 | 1 | | 22967022 |

Case 16-30918-79-Document: 00513662029555 Page: 8047 Date Filed: 09/01/2016

6/14/2016

Claimant Details

| | | | | | |
|---|---|---|---|---|---|
| 19259951 | Correspondence from Claimant (Duplicate) | 04/27/2016 | 1 | 1 | 22971187 |
| 19328320 | Appeal- Appeal Correspondence (Duplicate) | 04/27/2016 | 1 | 2 | 22971187 |
| 19259962 | Correspondence from Claimant (Duplicate) | 04/27/2016 | 1 | 1 | 22971188 |
| 19328313 | Appeal- Appeal Correspondence (Duplicate) | 04/27/2016 | 1 | 2 | 22971188 |
| 19259969 | Correspondence from Claimant | 04/27/2016 | 1 | 2 | 22971190 |
| 19328296 | Appeal- Appeal Correspondence | 04/27/2016 | 2 | 2 | 22971190 |
| 19261632 | Correspondence from Claimant | 04/28/2016 | 1 | 1 | 22972368 |
| 19261677 | Correspondence from Claimant | 04/28/2016 | 1 | 1 | 22972397 |
| 19261733 | Correspondence from Claimant | 04/28/2016 | 1 | 1 | 22972425 |
| 19283041 | Correspondence from Claimant (Duplicate) | 05/02/2016 | 1 | 2 | 22985243 |
| 19328362 | Appeal- Appeal Correspondence (Duplicate) | 05/11/2016 | 2 | 3 | 22985243 |
| 19328369 | Correspondence from Claimant (Duplicate) | 05/11/2016 | 4 | 4 | 22985243 |
| 19328373 | Appeal - Compromise Form (Duplicate) | 05/11/2016 | 4 | 5 | 22985243 |
| 19328350 | Correspondence from Claimant (Duplicate) | 05/11/2016 | 1 | 1 | 22985271 |
| 19328345 | Appeal- Appeal Correspondence (Duplicate) | 05/11/2016 | 2 | 4 | 22985271 |
| 19328342 | Correspondence from Claimant (Duplicate) | 05/11/2016 | 5 | 5 | 22985271 |
| 19283086 | Appeal- Appeal Correspondence (Duplicate) | 05/02/2016 | 5 | 6 | 22985271 |
| 19342597 | Notice of Reclassified Claim (Claim ID 348134) | 05/13/2016 | 1 | | 23022096 |
| 19366410 | Correspondence from Claimant | 05/18/2016 | 1 | 3 | 23036346 |
| 19405729 | Other Correspondence | 05/18/2016 | 1 | 3 | 23036346 |
| 19371989 | Correspondence from Claimant | 05/18/2016 | 1 | 1 | 23039684 |
| 19371996 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 348134 ) | 05/18/2016 | 1 | 1 | 23039685 |
| 19405670 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 348134 ) | 05/18/2016 | 2 | 2 | 23039685 |
| 19405677 | 2011 Financial - Income Statements / Profit & Loss (Claim ID: 348134 ) | 05/18/2016 | 3 | 3 | 23039685 |
| 19375584 | Correspondence from Claimant (Duplicate) | 05/19/2016 | 1 | 1 | 23042071 |
| 19375588 | 2009 Financial - Income Statements / Profit & Loss (Duplicate) | 05/19/2016 | 1 | 1 | 23042074 |
| 19405765 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 05/19/2016 | 2 | 2 | 23042074 |
| 19405769 | 2011 Financial - Income Statements / Profit & Loss (Duplicate) | 05/19/2016 | 3 | 3 | 23042074 |
| 19376630 | Correspondence from Claimant | 05/19/2016 | 1 | 1 | 23042656 |
| 19404745 | Correspondence from Claimant (Duplicate) | 05/19/2016 | 1 | 2 | 23042656 |
| 19404314 | Correspondence from Claimant | 05/25/2016 | 1 | 1 | 23059435 |
| 19451687 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 2 | 21 | 23059435 |
| 19451695 | Request for Reconsideration Form (from Denial Notice) (Duplicate) | 06/03/2016 | 3 | 4 | 23059435 |
| 19451700 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 5 | 6 | 23059435 |
| 19451705 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 7 | 7 | 23059435 |
| 19451712 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 8 | 9 | 23059435 |
| 19451716 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 10 | 10 | 23059435 |
| 19451658 | Other Correspondence (Duplicate) | 06/03/2016 | 1 | 5 | 23059606 |
| 19404485 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 6 | 23059606 |
| 19404486 | Correspondence from Claimant Correspondence from Claimant | 05/25/2016 | 1 | 1 | 23059607 |

Case 2:10-md-02179-CJB-JCW Document 21543-1 Filed 08/22/16 Page 6 of 25

8/14/2016

Claimant Details

| 19451632 | (Duplicate) | 06/03/2016 | 2 | 10 | 23059607 | |
|---|---|---|---|---|---|---|
| 19451635 | SWS-18 Failed Business Economic Loss Authorized Business Representative Sworn Written Statement (Duplicate) | 06/03/2016 | 11 | 12 | 23059607 | |
| 19404437 | Correspondence from Claimant | 05/25/2016 | 1 | 1 | 23059608 | |
| 19451589 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 2 | 20 | 23059608 | |
| 19451593 | Request for Reconsideration Form (from Denial Notice) (Duplicate) | 06/03/2016 | 7 | 8 | 23059608 | |
| 19451601 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 9 | 10 | 23059608 | |
| 19451629 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 11 | 11 | 23059608 | |
| 19451615 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 12 | 13 | 23059608 | |
| 19451618 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/03/2016 | 14 | 14 | 23059608 | |
| 19404524 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 4 | 23059645 | |
| 19451524 | Other Correspondence (Duplicate) | 06/03/2016 | 3 | 5 | 23059645 | |
| 19404532 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 5 | 23059653 | |
| 19451507 | Other Correspondence (Duplicate) | 06/03/2016 | 3 | 5 | 23059653 | |
| 19404799 | Correspondence from Claimant | 05/25/2016 | 1 | 2 | 23059920 | |
| 19451400 | Other Correspondence | 06/03/2016 | 3 | 4 | 23059920 | |
| 19451486 | Other Correspondence (Duplicate) | 06/03/2016 | 4 | 8 | 23059920 | |
| 19451479 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 4 | 10 | 23059920 | |
| 19404801 | Other Correspondence | 05/25/2016 | 1 | 1 | 23059922 | |
| 19451368 | Correspondence from Claimant (Duplicate) | 06/03/2016 | 1 | 6 | 23059922 | |
| 19451371 | 2009 Financial - Income Statements / Profit & Loss (Duplicate) | 06/03/2016 | 7 | 7 | 23059922 | |
| 19451374 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 06/03/2016 | 8 | 8 | 23059922 | |
| 19451376 | 2011 Financial - Income Statements / Profit & Loss (Duplicate) | 06/03/2016 | 9 | 9 | 23059922 | |
| 19404802 | Correspondence from Claimant (Duplicate) | 05/25/2016 | 1 | 5 | 23059923 | |
| 19580984 | Post-Reconsideration Incompleteness Notice (Claim ID 348134) | 07/01/2016 | 1 | | 23173902 | |
| 19581068 | Correspondence from Claimant | 07/01/2016 | 1 | 1 | 23173960 | |
| 19614301 | Post-Reconsideration Incompleteness Notice | 07/01/2016 | 2 | 5 | 23173960 | |
| 19581071 | Court Filing | 07/01/2016 | 1 | 1 | 23173963 | |
| 19614339 | Post-Reconsideration Incompleteness Notice | 07/01/2016 | 2 | 5 | 23173963 | |
| 19602919 | Correspondence from Claimant | 06/23/2016 | 1 | 2 | 23185543 | |
| 19609111 | Correspondence from Claimant | 04/29/2016 | 1 | 2 | 23193371 | |
| 19609142 | Correspondence from Claimant | 07/01/2016 | 1 | 4 | 23193402 | |
| 19613825 | Post-Reconsideration Incompleteness Notice | 07/01/2016 | 5 | 8 | 23193402 | |
| 19609294 | Correspondence from Claimant | 07/09/2016 | 1 | 2 | 23193554 | |
| 19609295 | Bankruptcy Documents | 07/09/2016 | 1 | 3 | 23193555 | |
| 19609298 | Court Filing | 07/09/2016 | 1 | 1 | 23193558 | |
| 19609300 | Other | 07/09/2016 | 1 | 6 | 23193560 | |
| 19611856 | Other Correspondence | 07/11/2016 | 1 | 3 | 23193280 | |
| 19616086 | Correspondence from Claimant | 07/05/2016 | 1 | 3 | 23198276 | |
| 19618154 | Envelope or Other Packaging Only | 07/05/2016 | 4 | 5 | 23198276 | |
| 19621729 | Correspondence from Claimant's Counsel | 07/12/2016 | 1 | 2 | 23201953 | |
| 19621731 | Other Correspondence | 07/12/2016 | 1 | 2 | 23201960 | |

Claimant Details

| 19672604 | Court Filing | 07/12/2016 | 3 | 3 | 23201969 | |
| 19621732 | Supporting Document | 07/12/2016 | 1 | 3 | 23201961 | |
| 19621733 | Ownership - Title/Deed/Other Documents | 07/12/2016 | 1 | 2 | 23201962 | |
| 19621735 | Insurance Card | 07/12/2016 | 1 | 2 | 23201963 | |
| 19621737 | Bank Statements | 07/12/2016 | 1 | 1 | 23201965 | |
| 19621738 | Supporting Document | 07/12/2016 | 1 | 1 | 23201966 | |
| 19621739 | Supporting Document | 07/12/2016 | 1 | 1 | 23201967 | |
| 19621765 | 2015 Federal Income Return Form 1040 (Jointly Filed) | 07/12/2016 | 1 | 20 | 23201990 | |
| 19672715 | 2015 Federal Income Return Form 1040, Schedule C | 07/12/2016 | 4 | 9 | 23201990 | |
| 19634725 | Correspondence from Claimant's Counsel | 07/11/2016 | 1 | 3 | 23210797 | |
| 19634726 | Correspondence from Claimant | 07/11/2016 | 1 | 5 | 23210798 | |
| 19651532 | Other Correspondence | 07/19/2016 | 1 | 5 | 23222987 | |
| 19652562 | Correspondence from Claimant | 07/19/2016 | 1 | 3 | 23223579 | |
| 19663353 | Correspondence from Claimant | 07/15/2016 | 1 | 1 | 23228009 | |
| 19658833 | Court Filing | 07/15/2016 | 2 | 4 | 23228009 | |
| 19663406 | Supporting Document | 07/15/2016 | 5 | 36 | 23228009 | |
| 19663417 | Correspondence from Claimant | 07/15/2016 | 37 | 52 | 23228009 | |
| 19663432 | Supporting Document | 07/15/2016 | 53 | 53 | 23228009 | |
| 19663457 | Court Filing | 07/15/2016 | 54 | 64 | 23228009 | |
| 19663463 | Correspondence from Claimant | 07/15/2016 | 65 | 67 | 23228009 | |
| 19658836 | Correspondence from Claimant | 07/09/2016 | 1 | 5 | 23228012 | |
| 19663423 | Correspondence from Claimant's Counsel | 07/09/2016 | 6 | 7 | 23228012 | |
| 19663430 | Supporting Document | 07/09/2016 | 8 | 15 | 23228012 | |
| 19658837 | Correspondence from Claimant | 07/11/2016 | 1 | 5 | 23228013 | |
| 19663446 | Correspondence from Claimant's Counsel | 07/11/2016 | 6 | 7 | 23228013 | |
| 19663454 | Supporting Document | 07/11/2016 | 8 | 15 | 23228013 | |
| 19658839 | Correspondence from Claimant | 07/12/2016 | 1 | 7 | 23228015 | |
| 19663478 | Correspondence from Claimant's Counsel | 07/12/2016 | 8 | 9 | 23228015 | |
| 19663485 | Oil and Gas Support Services Incompleteness Form | 07/12/2016 | 10 | 22 | 23228015 | |
| 19658840 | Correspondence from Claimant | 07/12/2016 | 1 | 1 | 23228016 | |
| 19663511 | Other Tax Document | 07/12/2016 | 2 | 2 | 23228016 | |
| 19663518 | 2015 Federal Income Return Form 1040 (Individually Filed) | 07/12/2016 | 3 | 4 | 23228016 | |
| 19663531 | 2015 Federal Income Return Form 1040, Schedule C | 07/12/2016 | 5 | 21 | 23228016 | |
| 19663535 | Supporting Document | 07/12/2016 | 22 | 32 | 23228016 | |
| 19658842 | Correspondence from Claimant | 07/16/2016 | 1 | 3 | 23228018 | |
| 19663548 | Supporting Document | 07/16/2016 | 4 | 4 | 23228018 | |
| 19665110 | Supporting Document | 07/19/2016 | 1 | 4 | 23232825 | |
| 19671598 | Court Filing | 07/23/2016 | 1 | 11 | 23237627 | |
| 19671599 | Court Filing | 07/23/2016 | 1 | 2 | 23237628 | |
| 19671600 | Court Filing | 07/23/2016 | 1 | 11 | 23237629 | |
| 19684035 | Correspondence from Claimant | 07/20/2016 | 1 | 17 | 23246363 | |
| 19684916 | Correspondence from Claimant | 07/27/2016 | 1 | 2 | 23247084 | |
| 19684924 | Correspondence from Claimant | 07/27/2016 | 1 | 3 | 23247091 | |
| 19686900 | Correspondence from Claimant | 07/27/2016 | 1 | 2 | 23248503 | |
| 19691626 | Correspondence from Claimant | 07/28/2016 | 1 | 2 | 23251904 | |

8/14/2016

Claimant Details

| 19700055 | Envelope or Other Packaging Only | 07/28/2016 | 3 | 5 | 23251904 | |
| 19700069 | Correspondence from Claimant | 07/28/2016 | 6 | 7 | 23251904 | |
| 19700074 | Court Filing | 07/28/2016 | 8 | 10 | 23251904 | |
| 19692827 | Correspondence from Claimant | 07/28/2016 | 1 | 1 | 23252710 | |
| 19700183 | Court Filing | 07/28/2016 | 2 | 18 | 23252710 | |
| 19696746 | Correspondence from Claimant | 07/19/2016 | 1 | 11 | 23255258 | |
| 19696383 | Supporting Document | 07/19/2016 | 12 | 12 | 23255258 | |
| 19696747 | Correspondence from Claimant | 07/19/2016 | 1 | 12 | 23255259 | |
| 19696748 | Other Correspondence | 07/20/2016 | 1 | 9 | 23255260 | |
| 19696749 | Correspondence from Claimant | 07/19/2016 | 1 | 2 | 23255261 | |
| 19702725 | Court Filing | 07/30/2016 | 1 | 2 | 23259100 | |
| 19702880 | Court Filing | 07/31/2016 | 1 | 10 | 23259255 | |
| 19702882 | Court Filing | 07/31/2016 | 1 | 15 | 23259257 | |
| 19714879 | Correspondence from Claimant | 07/30/2016 | 1 | 18 | 23267760 | |
| 19716038 | Court Filing | 08/03/2016 | 1 | 18 | 23269668 | |
| 19731298 | Court Filing | 08/06/2016 | 1 | 6 | 23279847 | |
| 19731270 | Court Filing | 08/09/2016 | 1 | 2 | 23279849 | |
| 19738256 | Court Filing | 08/09/2016 | 1 | 2 | 23285165 | |
| 19739310 | Court Filing | 08/09/2016 | 1 | 6 | 23285910 | |
| 19751637 | Court Filing | 08/11/2016 | 1 | 4 | 23294635 | |
| 19754111 | Court Filing | 08/11/2016 | 1 | 5 | 23296313 | |
| 19754387 | Post-Reconsideration Follow-up Incompleteness Notice (Claim ID 348134) | 08/12/2016 | 1 | | 23297159 | |
| 19758444 | CLAIMANT: Financial - Income Statements / Profit & Loss | 08/12/2016 | 0 | | 23299468 | |
| 19759454 | CLAIMANT: Financial - Income Statements / Profit & Loss | 08/12/2016 | 0 | | 23299475 | |
| 19760994 | CLAIMANT: Financial - Income Statements / Profit & Loss | 08/14/2016 | 0 | | 23301337 | |

## Registration Form Submission Status
Submitted

## Claim Types

| Claim ID | Claim Type | Details | Submission Status |
|---|---|---|---|
| 343791 | Individual Economic Loss | | Submitted |
| 348134 | Business Economic Loss | | Submitted |

Case: 16-30918    Document: 00513662029    Page: 42    Date Filed: 09/01/2016



FENSACOLA FC 325:
25 AUG 2015 PM 3 L

70130-336155

Judge Curl Barbier
Case
500 Poydras Street
New Orleans, LA 70130

7005
700D
PANAMA BEACH, FL
32550

Case 2:10-md-02179-CJB-JCW   Document 21543-1   Filed 08/22/16   Page 12 of 13


RECEIVED
AUG 17 2016
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179

SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

### Motion for Discretionary Review (24 B)
The American People deserve to know the truth so please do not Seal this pleading.
August 15th, 2016

Additional Information. Attachment 1 is "Claims Events/Notices". This shows how difficult it has been to receive a settlement. They reclassified my claim and I objected. Look at when the reclassification took place which was long after I filed my original claims. I should have had three claims. Louisiana is a community property state. My individual claim, my wife's individual claim and my business claim. This is how our tax returns were filed. One tax return(s), which the claim center has for all of the required years, for the business, my wife and me. That is the way the IRS does it for individuals that are sole proprietors. Any loss or gain was for both my wife and me. Attached is a letter, dated April 16th 2015, that I sent and uploaded asking if my wife and I could file jointly. I operated thinking that she had a claim. I filed all of her documents. This was before the June 8th, 2015 cutoff date for filing claims. The last attachment is a letter dated April 28th, 2016 that asks for my wife to be allowed to correct the defect of filing a simple form.

I lost my business, my wife lost her job and we lost our home to foreclosure. All of this has been documented and supplied to the claims center.

If we had received $35,000.00 after the spill we could have survived and hence no further claim on our part. My wife had to liquidate her retirement accounts in order for us to survive. We had to pay penalties and taxes on the disbursements. All of the documentation has been supplied to the claims center. We made between $80,000.00 and $130,000.00 from 2006 until the BP Oil Spill. We had expenses associated with my starting a business. 2009 was a break out year for my business. Our income would have doubled in 2010 if not for the BP Oil Spill. Our loss is currently $10,000,000.00 net and climbing.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086



8/15/2016

# DEEPWATER HORIZON
# CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

English | En Español | Bằng Tiếng Việt

| |
|---|
| Home |
| News and Developments |
| Download Files |
| Claimant Info |
| Notices |
| Forms |
| Payments |
| Reporting |
| Change Password / Email |
| Log Off |

## Claims Events/Notices



### Claimant Information

| | |
|---|---|
| Claimant ID: 100302987 | Name: CHRISTENSON, DAVID |
| GCCF Claimant ID: 3364391 | Business: DAVID CHRISTENSON |
| Taxpayer Type: Individual With Business | Address: PO BOX 9063 |
| SSN/ITIN: | MIRAMAR BEACH FL 32550 |
| Represented By: Pro Se | Preferred Language: |
| Portal User: Yes | |

### Claim Information

| | |
|---|---|
| Claim ID: 348134 | Business name: David A. Christenson (Real Estate) |
| Claim Type: Business Economic Loss | Address: 842 Camp Street, Unit 4, New Orleans, LA, 70130 |
| Claimed Benchmark Period: | |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Post-Reconsideration Follow-Up Incompleteness Notice | 08/11/2016 | 09/12/2016 11:59 PM CST | | 08/12/2016 | David, Christenson |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/29/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/25/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/11/2016 | | | | |
| Post-Reconsideration Incompleteness Notice | 06/30/2016 | 08/01/2016 11:59 PM CST | | 07/01/2016 | David, Christenson |
| Reclassified Claim Notice | 03/12/2016 | | ██████████ | 05/13/2016 | David, Christenson |
| Reconsideration of Incompleteness Denial Notice Requested | 03/31/2016 | | | | |
| Incompleteness Denial Notice | 03/22/2016 | 04/21/2016 11:59 PM CST | | 03/23/2016 | David, Christenson |
| Claims Review | 03/14/2016 | | | | |
| Response to Follow-Up Incompleteness Notice Received | 02/19/2016 | | | | |
| Follow-Up Incompleteness Notice | 12/23/2015 | 01/22/2016 11:59 PM CST | | 12/24/2015 | David, Christenson |
| Claims Review | 12/21/2015 | | | | |
| Response to Incompleteness Notice Received | 12/18/2015 | | | | |
| Claims Review | 11/02/2015 | | | | |
| Response to Incompleteness Notice Received | 11/02/2015 | | | | |
| Incompleteness Notice | 10/22/2015 | 11/23/2015 11:59 PM CST | | 10/23/2015 | David, Christenson |
| Claims Review | 06/11/2015 | | | | |
| Claim Form Submitted | 04/16/2015 | | | | |

Claim: 100302987
GCCF 3364391
April 16th, 2015

Sir,

My wife was a vice president and commercial lender for Chase Bank in New Orleans. Her loan production and pipeline came to a complete stop. This was the beginning of the end.

I was a real estate agent and most of my clients came from my affiliation, through my wife, with Chase Bank. My production and pipeline came to a complete stop. This was the beginning of the end.

Can we file jointly?

I am unable to file a Real Property Sales loss. Where is the form for property that does not show up in the zone?

I have attached our W-9s

Sincerely,
David Andrew Christenson
504-715-3086
SS 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
DOB 02/21/1958
dchristenson6@hotmail.com

Renee Christenson
504-715-3085
SS 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
DOB 08/20/1965
rchristenson6@hotmail.com

Case: 16-30918 Document: 00513662029 Page: 46 Date Filed: 09/01/2016
Case 2:10-md-02179-CJB-DPC Document 22555 Filed 04/04/17 Page 57 of 276

Case 2:10-md-02179-CJB-JCW Document 21543-1 Filed 08/22/16 Page 13 of 25

04/28/2016
From: David Andrew Christenson and Renee T. Christenson
Claimant ID 100302987 Claim ID 343791 and 348134
Claim Type: Failed Business Economic Loss and Individual

My wife should be allowed to file a claim. I asked you before the deadline and titled everything with both of our names. Why was I not notified that she had to file a document? She should be allowed to correct this defect, please.

We thought she had a claim. Please review my file.


Godspeed.
Sincerely,


David Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
dchristenson6@hotmail.com



PENSACOLA FL 325

15 AUG 2005 PM 11

Judge Carl Barbier
C - 05f
500 Poydras Street
New Orleans, LA
70130

70130-336156

Christensen
Box 9063
Miramar Beach, FL
32550

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS



MDL No.
SECTION

JUDGE BARBIER
MAGISTRATE SHUSHAN

Motion for Discretionary Review (25)
The American People deserve to know the truth so please do not Seal this pleading.
August 17th, 2016

Further proof that I have satisfied all of the requirements for the settlement. Reference the Court's order dated August 12th, 2016 denying my Notice of Appeal (Attachment 4).
Reference my Motions for Discretionary Review 24 and 24 B for documentation and completeness.
Attachment 1 is the Incompleteness Denial Notice dated 03/22/2016.
Attachment 2 is Claims Events/Notices Index.

I was denied on March 22nd, 2016 but have continued to cure the defects without bothering the Court until I realized that I could not prevail without the assistance of the Court. I satisfied all of the requirements of the Incompleteness Denial Notice with the exception of the Profit and Loss statements which now have been provided. The Claims Center has no excuse for denying me my claim and settlement. From the index you can see that I have made a herculean effort.

What else can I do? I continue to suffer and so do thousands of other claimants.

I wish the Court would address this situation so that all of us can receive our settlements and move on.

Attachment 3 is a Notice of Reclassified Claim. Why did they do this on May 12th, 2016. My wife and I had both an individual(s) and Business(s) claim(s). My wife was a loan officer for Chase Bank, she owned a Mary Kay business and she taught aerobics at Tulane University, the Hilton Health Club and the Capital One Health club located in Place St. Charles where she worked for Chase Bank. We have lost Ten Million Dollars Net because of the BP Oil Spill.

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

## Attachment 1

| Claimant Information | |
|---|---|
| **Claimant ID:** 100362907 | **Name:** CHRISTENSON, DAVID |
| **GCCF Claimant ID:** 3364391 | **Business:** DAVID CHRISTENSON |
| **Taxpayer Type:** Individual With Business | **Address:** PO BOX 9063 |
| **SSN/EIN:** ******3413 | KIRAMAR BEACH FL 32550 |
| **Represented By:** Pro Se | **Preferred Language:** |

| Claim Information | |
|---|---|
| **Claim ID:** 348134 | **Business Name:** David A. Christenson (Real Estate) |
| **Claim Type:** Business Economic Loss | **Address:** 842 Camp Street, Unit 4, New Orleans, LA, 70130 |
| **NAICS Code/Desc:** 531210, Offices of Real Estate Agents and Brokers | |
| **Industry Designation:** Non-Tourism | |

**NAICS Code Selection Detail:** The Claims Administrator assigned a NAICS Code that differs from the code listed on the Business Entity's 2009 tax return because the code on the 2009 tax return is not a valid 2007 NAICS Code. The 2009 tax return lists NAICS Code 531100, which is not a valid 2007 U.S. NAICS Code, and lists the primary business service or activity as "real estate." David A. Christenson (Real Estate) did not submit financials. David A. Christenson (Real Estate) does not maintain a website. Online sites show that this claimant worked as a real estate agent at http://tinyurl.com/qxoyd74 & http://tinyurl.com/orgafn3. NAICS Code 531210 – Offices of Real Estate Agents and Brokers is the most appropriate NAICS Code for the Business Entity because this claimant was engaged as a real estate agent.

**Zone:** Zone B    **Headquarters:** No

**Causation Presumed:** No    **Claimed Benchmark Period:** Claims Administrator Selected Benchmark

**Review Queue:** Initial Review Queue

1. Select Business Entity or Rental Property:    **Business**
2. Select the Facility associated with this Claim:    **279858, David A. Christenson (Real Estate), 842 Camp Street, Unit 4, New Orleans, LA, 70130**
   **Doc ID:**

| Total Revenues | | | | | |
|---|---|---|---|---|---|
| Month | 2007 | 2008 | 2009 | 2010 | 2011 |
| May | | | $2,211.00 | $0.00 | $0.00 |
| June | | | $2,211.00 | $0.00 | $0.00 |
| July | | | $2,211.00 | $0.00 | $0.00 |
| August | | | $2,211.00 | $0.00 | $0.00 |
| September | | | $2,211.00 | $0.00 | $0.00 |
| October | | | $2,211.00 | $0.00 | $0.00 |
| November | | | $2,211.00 | $0.00 | $100,000.00 |
| December | | | $2,211.00 | $0.00 | $0.00 |

### Business Economic Loss - V-Shaped Revenue Pattern

**V-Shaped Revenue Pattern:**

| Benchmark Period | | Result |
|---|---|---|

| Benchmark Period: 2007-2009 3 Year | | |
|---|---|---|
| Benchmark Period 2007-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2008-2009 2 Year | | |
|---|---|---|
| Benchmark Period 2008-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2009 1 Year | | |
|---|---|---|
| Benchmark Period 2009 | Result | Three Month Period(s) that Pass |

**Business Economic Loss - Modified V-Shaped Revenue Pattern**

Modified V-Shaped Revenue Pattern:

| Benchmark Period | | Result |
|---|---|---|

| Benchmark Period: 2007-2009 3 Year | | |
|---|---|---|
| Benchmark Period 2007-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2008-2009 2 Year | | |
|---|---|---|
| Benchmark Period 2008-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2009 1 Year | | |
|---|---|---|
| Benchmark Period 2009 | Result | Three Month Period(s) that Pass |

1. Does the Claimant demonstrate a decline of 10% in the share of total revenue generated by non-local customers over the same period of three consecutive months from May-December 2010 as selected by Claimant from the Modified V-Shaped Pattern compared to the same three consecutive month period in 2009?

Document:

2. Does the business have customers in Zones A-C and demonstrate a decline of 10% in the share of total revenue generated by customers located in Zones A-C over the same period of the three consecutive months from May-December 2010 as selected by Claimant for the Modified V-Shaped Revenue Pattern compared to the same three consecutive month period in 2009?

Document:

**Business Economic Loss - Decline Only Revenue Pattern**

Decline -Only Revenue Pattern:

| Benchmark Period | | Result |
|---|---|---|

| Benchmark Period: 2007-2009 3 Year | | |
|---|---|---|
| Benchmark Period 2007-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2008-2009 2 Year | | |
|---|---|---|
| Benchmark Period 2008-2009 | Result | Three Month Period(s) that Pass |

| Benchmark Period: 2009 1 Year | | |
|---|---|---|
| Benchmark Period 2009 | Result | Three Month Period(s) that Pass |

Claim Form Answer:

1. Has the Claimant provided specific documentation identifying factors outside the control of the Claimant prevented the recovery of revenues in 2011?

Document:

Specific Documentation:

2. Does the Claimant demonstrate a decline of 10% in the share of total revenue generated by non-local customers over the same period of three consecutive months from May-December 2010 as selected by Claimant from the Modified V-Shaped Pattern compared to the same three consecutive month period in 2009?

Document:

3. Does the business have customers in Zones A-C and demonstrate a decline of 10% in the share of total revenue generated by customers located in Zones A-C over the same period of the three consecutive months from May-December 2010 as selected by Claimant for the Modified V-Shaped Revenue Pattern compared to the same three consecutive month period in 2009?

Document:

Case: 16-30918 Document: 00513662029 Page: 51 Date Filed: 09/01/2016
Case 2:10-md-02179-CJB-DPC Document 22555 Filed 04/04/17 Page 62 of 276

Case 2:10-md-02179-CJB-JCW Document 21543-1 Filed 08/22/16 Page 18 of 25

**Review Result:**

1. Has the Claimant submitted specific documentation to establish that the Spill results in reservation cancellations that the Claimant's business was unable to rebook?    **Claim Form Answer:**

**Review Result:**

(a) Has the Claimant submitted specific documentation to establish that the Spill resulted in reservation cancellations that the Claimant's business was unable to rebook?

**Document:**

If Yes, check the boxes that correspond to the specific documentation provided:

Letters created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation    **Document:**

Emails created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation    **Document:**

Hotel logs for the relevant time created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation    **Document:**

Sworn Written Statement from an independent third party citing the Spill as the reason for the cancellation    **Document:**

Written evidence of the original reservation    **Document:**

(b) Was the reservation in place as of April 20, 2010?    **Unable to Determine**

**Document:**

(c) Enter the date that the reservation was to occur.    **Unable to Determine**

(d) Enter the date the reservation was canceled.    **Unable to Determine**

(e) Has the Claimant established that he/she/it was unable to rebook on the same or similar terms? If no such documentation exists, has the claimant provided a Sworn Written Statement (1) stating that no such contemporaneous written evidence exists, (2) describing the claimant's efforts to replace the canceled reservation(s), and (3) describing the extent to which the claimant was not able to replace the canceled reservation(s)?

**Document:**

2. Has the Claimant provided sufficient proof of Spill-related contract cancellations that the Claimant was unable to replace under the same terms?    **Claim Form Answer:**

**Review Result:**

(a) Has the Claimant submitted specific documentation to establish that the Spill resulted in canceled contracts that the Claimant's business was unable to replace?

**Document:**

If Yes, check the boxes that correspond to the specific documentation provided:

Contemporaneous written evidence of the cancellation of a contract as the direct result of the Spill that the Claimant was not able to replace under the same terms    **Document:**

Sworn Written Statement from an independent third party citing the Spill as the reason for the cancellation    **Document:**

A copy of all corresponding contracts    **Document:**

(b) Was the contract in place as of April 20, 2010?    **Unable to Determine**

**Document:**

(c) Enter the date the contract was to be performed    **Unable to Determine**

(d) Enter the date the contract was canceled    **Unable to Determine**

(e) Has the Claimant established that he/she/it was unable to replace the contract on the same or similar terms between April 21, 2010 and the date the Claimant's claim was filed? If no such documentation exists, has the claimant provided a Sworn Written Statement (1) stating that no such contemporaneous written evidence exists, (2) describing the claimant's efforts to replace the canceled contract(s), and (3) describing the extent to which the claimant was not able to replace the canceled contract(s)?    **Doc ID:**

**Document:**

Review Result: Fail

| | Result | Evidence |
|---|---|---|

**1. Does the Claimant have annual revenue of $75,000 or below for all of the years 2007 through 2011?**  — No

| | |
|---|---|
| Year: | 2011 |
| Document-Type: | Financial - Income Statements / Profit & Loss |
| Dollar-Amount: | $100,000.00 |

**2. Has the Claimant provided a Sworn Written Statement documenting:**  — No

1. Contact information and verification of status in MDL 2179 Settlement of the Causation Proxy Claimant to be used by the Claimant to satisfy causation;
2. Business linkage between the Claimant and the Causation Proxy Claimant; and
3. Proximity of the Claimant to the Causation Proxy Claimant is within 100 yards for urban claimants and within one-quarter mile for rural claimants.

Doc ID:
Page#:

**3. Has the Claimant provided a Sworn Written Statement from the Causation Proxy Claimant authorizing the Claimant's use of the Causation Proxy Claimant's documentation to satisfy causation?**  — No

Doc ID:
Page#:

**4. Physical address of Causation Proxy Claimant:** — Not Provided

**5. Distance from Claimant to Causation Proxy Claimant:** — 0.000000 Miles

**6. Is the Claimant located in an area outside an urban area or urban cluster, as defined by the US Census Bureau's classification (i.e., a "Rural Business")?** — Yes

**7. Has the Causation Proxy Claimant established Causation?** — No    Proxy Claimant:

**8. Has the Claimant provided information sufficient to establish that a causal relationship exists between the Claimant's financial performance and the financial performance of the Causation Proxy Claimant?**

Document:

---

**1. Has the Claimant demonstrated purchases of Gulf of Mexico harvested seafood from Zone A, Zone B, Zone C vendors representing at least 10% of food costs during 2009, as reflected in historical purchase orders and / or invoices?**

Document:

**2. Has the Claimant demonstrated a decline of 7.5% in gross profit (gross sales less cost of goods sold) over a period of the three consecutive months between May – December 2010 compared to the same months in 2009?**

Document:

---

**1. Was the result of this causation analysis predominantly driven by inclusion of the moratorium losses in the calculation?**

Document:

**2. Based on an individual review of the claim file, was the non-moratorium portion of the loss in whole or in part due to or resulting from the Spill?**

Document:

---

**1. Is this claim for a non-Seafood-related business directly involving the use of vessel?**

**2. Select all payments to the vessel on which this claim is based for services performed under the VOO Master Vessel Charter Agreement:**

Selected Payment IDs:     ☐ No VoO Earned Income Data Found

| Payment ID | TaxPayer ID | Vessel Name | Hull ID | Federal # | State # | Length of Vessel | MVCA Contract # | MVCA Signatory | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|

Total Payment Selected:

# Attachment 1 (total Selected):

**DEFENSE CONTRACTING**                                                                 ☐ Yes ☒ No

**Accountant Compensation Calculation Workbook Specifications**

**Accountant Workbook Version:**

**Policy 495 Methodology Triggered?**

**Policy 495 Methodology:**

**Fiscal Year End:**

| Incompleteness Reasons | |
|---|---|
| **Reason Number** | **Description** |
| BEL-I-31 | We are unable to determine the Pre-Spill annual and monthly revenues and expenses of the Failed Business.  The Settlement Agreement requires documents identifying a creation date and describing the Pre-Spill annual revenues and expenses for the Failed Business.  If you do not have these documents, you may be able to get them:  (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. |
| BEL-I-42 | We are unable to determine the date the business ceased operations.  If you do not have this information, you may be able to get this information from:  (a) your financial advisor or accountant; (b) bankruptcy documents; or (c) monthly or annual profit and loss statements. |

| Denial Reasons | |
|---|---|
| **Reason Number** | **Description** |
| BEL-D-01 | You have not provided documents sufficient to establish that your lost revenue occurred as a result of the Spill, in accordance with Exhibit 4B of the Settlement Agreement.  For your business to be eligible for payment, it must be the type of business that is entitled to a causation presumption or it must satisfy one of the following causation test(s):  (A) V-Shaped Revenue Pattern.  Your business must submit documentation showing a decline of an aggregate of [Insert V Downturn Percentage] or more in total revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period and a later increase of an aggregate of [Insert V Upturn Percentage] or more in total revenues over the same period of three consecutive months in 2011 compared to 2010.  (B) Modified V-Shaped Revenue Pattern.  Your business must submit documentation showing a decline of an aggregate of [Insert Modified V Downturn Percentage] or more in total revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period and a later increase of an aggregate of [Insert Modified V Upturn Percentage] or more in total revenues over the same period of three consecutive months in 2011 compared to 2010; and either (1) Proof of a decline of 10% in the share of total revenue for non-local customers; or (2) Proof of a decline of 10% in the share of total revenue for customers in Economic Loss Zones A, B, or C.  (B) Decline-Only Revenue Pattern.  Your business must submit documentation showing a decline of an aggregate of [Insert Decline Only Downturn Percentage] or more in revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period; and (1) Documentation identifying factors outside the control of the claimant that prevented the recovery of revenues in 2011; and (2) Documentation showing one of the following: (a) Proof of a decline of 10% in the share of total revenue for non-local customers, or (b) Proof of a decline of 10% in the share of total revenue for customers in Economic Loss Zones A, B, or C.  (C) Proof of Spill-Related Cancellations.  Your business must submit contemporaneous written evidence of the cancellation of a contract or reservation as a direct result of the Spill that your business was not able to replace.  (D) Causation Proxy Analysis.  Your business must submit documentation showing that it has an annual revenue of $75,000 or less, and that it is on a property that is in close proximity to the property of a separate business claimant in the Settlement Program that has established causation.  (E) [Insert Seafood Retailer Language] |
| GEN-D-01 | Your claim is denied because you did not provide the documents required by the Settlement Agreement after two written notifications of Incompleteness. |

| Result | |
|---|---|
| **Claim Result** | **Estimated Award Amount** |
| Denied – Incomplete | |

# DEEPWATER HORIZON
## CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

English  |  En Español  |  Bằng Tiếng Việt

Attachment 2

| |
|---|
| Home |
| News and Developments |
| Download Files |
| Claimant Info |
| Notices |
| Forms |
| Payments |
| Reporting |
| Change Password / Email |
| Log Off |

## Claims Events/Notices

### Claimant Information

Claimant ID: 100302987
GCCF Claimant ID: 3364391
Taxpayer Type: Individual With Business
SSN/EIN: *****3413
Represented By: Pro Se
Portal User: Yes

Name: CHRISTENSON, DAVID
Business: DAVID CHRISTENSON
Address: PO BOX 9063
MIRAMAR BEACH FL 32550

Preferred Language:

### Claim Information

Claim ID: 348134
Claim Type: Business Economic Loss
Claimed Benchmark Period:

Business name: David A. Christenson (Real Estate)
Address: 842 Camp Street, Unit 4, New Orleans, LA, 70130

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Response to Post-Reconsideration Follow-Up Incompleteness Notice Received | 08/19/2016 | | | | |
| Post-Reconsideration Follow-Up Incompleteness Notice | 08/11/2016 | 09/12/2016 11:59 PM CST | | 08/12/2016 | David, Christenson |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/25/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/25/2016 | | | | |
| Response to Post-Reconsideration Incompleteness Notice Received | 07/11/2016 | | | | |
| Post-Reconsideration Incompleteness Notice | 06/30/2016 | 08/01/2016 11:59 PM CST | | 07/01/2016 | David, Christenson |
| Reclassified Claim Notice | 05/12/2016 | | | 05/13/2016 | David, Christenson |
| Reconsideration of Incompleteness Denial Notice Requested | 03/31/2016 | | | | |
| Incompleteness Denial Notice | 03/22/2016 | 04/21/2016 11:59 PM CST | | 03/23/2016 | David, Christenson |
| Claims Review | 03/14/2016 | | | | |
| Response to Follow-Up Incompleteness Notice Received | 02/19/2016 | | | | |
| Follow-Up Incompleteness Notice | 12/23/2015 | 01/22/2016 11:59 PM CST | | 12/24/2015 | David, Christenson |
| Claims Review | 12/21/2015 | | | | |
| Response to Incompleteness Notice Received | 12/18/2015 | | | | |
| Claims Review | 11/02/2015 | | | | |
| Response to Incompleteness Notice Received | 11/02/2015 | | | | |
| Incompleteness Notice | 10/22/2015 | 11/23/2015 11:59 PM CST | | 10/23/2015 | David, Christenson |
| Claims Review | 05/31/2015 | | | | |
| Claim Form Submitted | 04/16/2015 | | | | |

Case: 16-30918 Document: 00513662029 Page: 55 Date Filed: 09/01/2016
Case 2:10-md-02179-CJB-DPC Document 22555 Filed 04/04/17 Page 66 of 276

Case 2:10-md-02179-CJB-JCW Document 21543-1 Filed 08/22/16 Page 22 of 25

**DEEPWATER HORIZON**
**CLAIMS CENTER**
**Attachment 9**

| NOTICE OF RECLASSIFIED CLAIM | | | |
|---|---|---|---|
| DATE OF NOTICE: May 12, 2016 | | | |
| I. Claimant and Claim Description | | | |
| Claimant Name | Last CHRISTENSON | First DAVID | Middle |
| Claimant ID | 100302987 | Claim ID | 348134 |
| Claim Type | Business Economic Loss | | |

**II. EXPLANATION**

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. You filed a Claim Form for the wrong type of claim. We reclassified your claim to a **Business Economic Loss**. We are evaluating your claim under that framework. You do not have to take any action in response to this Notice. The Settlement Agreement may require you to submit additional documents. If so, we will send you another Notice asking for those documents. You do not need to re-submit any documentation that you have previously submitted to the Settlement Program. For a complete list of documents required to support your claim, go to www.deepwaterhorizoneconomicsettlement.com and review the Instructions Booklet for this claim type.

**III. How to Contact Us with Questions or for Help**

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to Questions@dhecc.com. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

**IV. Summary of Other Submitted Claims**

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section III of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the Settlement Program homepage at www.deepwaterhorizoneconomicsettlement.com.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Individual Economic Loss | 343791 | Notice Issued After Review: Duplicate Claim |

# Attachment 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ∗ ∗ ∗ ∗ | MDL No. 2179 |
| | | SECTION: J |
| This Document Relates to: No. 12-970 | ∗ ∗ | JUDGE BARBIER |
| | | MAG. JUDGE WILKINSON |

**ORDER**

Before the Court is a filing by David Andrew Christenson, who is pro se, which he styles as a "Notice of Appeal." (Rec. Doc. 21474). Christenson has a claim before the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). Christenson previously filed a "Motion to Intervene," which the Court denied as premature. (Rec. Doc. 20923).

In this filing, it is not clear whether Christenson seeks relief from this Court or whether he is noticing an appeal to the Fifth Circuit Court of Appeals. To the extent Christenson seeks relief from this Court, the Notice of Appeal is denied for essentially the same reasons as before—Christenson has not fully exhausted his rights within the Settlement Program. As reflected in the e-mail from the Claims Administrator's Office, which Christenson includes with his filing, Christenson's claim has not been denied by the Settlement Program, but it is incomplete. If he does not cure the incompleteness, the Settlement Program will issue an Incompleteness Denial, at which point Christenson may appeal to the Documentation Reviewers, per Section 6.1.1.1 of the Settlement Agreement (Rec. Doc. 6430).

Accordingly, and to the extent it seeks relief from this Court, IT IS ORDERED that the "Notice of Appeal" (Rec. Doc. 21474) is DENIED AS PREMATURE.

To the extent Christenson seeks relief from the Court of Appeals, this Court takes no action other than to forward a copy of the "Notice of Appeal" and this Order to the Clerk of the Fifth Circuit.

**Attachment 4**

New Orleans, Louisiana, this 12th day of August, 2016.

United States District Judge

Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

**AND**

Clerk of Court, United States Court of Appeals, Fifth Circuit.



Case: 16-30918   Document: 00513662029   Page: 58   Date Filed: 09/01/2016

Case 2:10-md-02179-CJB-DCW   Document 21543-1   Filed 08/22/16

Christensen
Box 9 063
mexico BEACH, FL
32550

PENSACOLA FL 325
17 AUG 2016 PM 1 L

Judge Carl Barbier
C - 256
500 Poydras Street
New Orleans, LA 70130

U.S. Marshals

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                        MDL No. 2179
"Deepwater Horizon" in the Gulf                        SECTION: J
of Mexico, on April 20, 2010                           JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                               MAGISTRATE SHUSHAN

Memorandum 3
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                           16-30918
"Deepwater Horizon" in the Gulf                          3893 Environmental Matters
of Mexico, on April 20, 2010
. Case 2:10-md-02179-CJB-SS

4th Notice of Appeal for Informational Purposes
(This is not the Appeal but just the Notice of Appeal)

Please see attached pleading filed with Judge Barbier.

The Appeal will follow.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the Gulf                                    SECTION: J
of Mexico, on April 20, 2010                                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                          MAGISTRATE SHUSHAN

Motion for Discretionary Review (28)
The American People deserve to know the truth so please do not Seal this pleading.
September 14th, 2016

Now what do I do? I received the denial notice which is attached. I have provided the documents that they had and clearly my documents qualify.

They are three profit and loss IRS documents from 2009, 2010 and 2011.

They are three cash profit and loss statements from 2009, 2010 and 2011.

All of them reconcile.

The denial is the same on that I received before. Nothing is different. Read page 6. I was out of business and clearly the 2011 profit and loss shows vehicle expenses. I had no other income or expenses. My business ceased to exist because of the BP Oil Spill. You can see the truth.

This not only affects me but thousands of other claimants. This is just plain wrong.

Please review and let me know what I can do to bring justice to myself and the other claimants. We should not have to commit fraud to receive a settlement. The settlement agreement irreparably harmed us.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

U.S. COURT OF
RECEIVED
SEP 19 2016
FIFTH CIRCUIT


**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## INCOMPLETENESS DENIAL NOTICE
### DATE OF NOTICE: September 13, 2016
### DEADLINE FOR RECONSIDERATION REQUEST: October 13, 2016

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last CHRISTENSON | | First DAVID | Middle |
|---|---|---|---|---|
| Claimant ID | | | Claim ID | |
| Claim Type | Business Economic Loss | | | |
| Industry Designation | Non-Tourism | | Economic Loss Zone | Zone B |

### II. INCOMPLETENESS DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We previously sent you a Follow-Up Incompleteness Notice requesting additional information that we need to process this claim. At least 30 days have passed since we sent you that Follow-Up Incompleteness Notice, and you either failed to respond timely or your claim is still missing the documents and/or information listed below. Because this information is required under the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP, your claim is denied.

Some of the requests listed below may not have appeared on the Follow-Up Incompleteness Notice, but we are not denying your claim for those reasons. We include them below so you can submit this information if you decide to request Reconsideration, as explained in Section III of this Notice.

| | WHAT YOU NEEDED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for 2010. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine monthly revenues and expenses of the business for 2010. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2010. If you do not have this information, you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing your annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
| 2. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for the claimed Benchmark Period. If you selected Claims Administrator Selected Benchmark Period on the Claim Form or did not select a Benchmark Period, then you must provide these documents for 2009 at a minimum. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine the monthly revenues and expenses of the business for the claimed Benchmark Period. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in your claimed Benchmark Period. If you do not have this information, you may be able to get it (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |

| | | |
|---|---|---|
| 3. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for 2011. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine the monthly revenues and expenses of the business for 2011. The Settlement Agreement requires monthly profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2011. If you do not have this information you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statement to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
| 4. | The provided profit and loss statements appear to encompass revenue and expenses that are divided by twelve from the tax return. Accounting Review cannot use profit and loss statements that allocate revenue and expenses in any way. Please provide profit and loss statements that reflect the actual monthly revenue and expenses for your claimed business. | We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless you submit these documents. |

## III. YOUR OPTIONS AFTER THIS NOTICE

You have the right to seek Reconsideration of this claim if you believe that we failed to take into account relevant information or data or did not follow the Settlement Agreement's standards governing this claim. To request Reconsideration, you must do the following on or before the Deadline for Reconsideration Request date listed at the top of this Incompleteness Denial Notice: (1) complete the **Request for Reconsideration Form** accompanying this Notice or the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Reconsideration Form.

If you are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an Appeal; however, you must submit a timely Request for Reconsideration if you later wish to Appeal. **If you do not submit a Request for Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an Appeal, and we will close your claim.** If we close your claim for failure to submit the required documents or information, you cannot resubmit your claim with the Settlement Program because the deadline to submit a Claim Form expired on June 8, 2015. We cannot accept any new Claim Forms after that deadline.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communication Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

## V. HOW TO RESPOND TO THIS NOTICE

Submit your **Request for Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center PO Box 10272 Dublin, OH 43017-5772 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration deadline) | Deepwater Horizon Economic Claims Center c/o Claims Administrator 5151 Blazer Parkway Suite A Dublin, OH 43017 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |

| By Email<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
|---|---|

## VI. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section IV of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com.**

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Individual Economic Loss | 343791 | Notice Issued After Review: Duplicate Claim |

# REQUEST FOR RECONSIDERATION FORM
## DATE OF INCOMPLETENESS DENIAL NOTICE: September 13, 2016
## DEADLINE TO SUBMIT FORM: October 13, 2016

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br>CHRISTENSON | First<br>DAVID | Middle |
|---|---|---|---|
| Claimant ID | ~~[redacted]~~ | Claim ID | ~~[redacted]~~ |
| Claim Type | Business Economic Loss | | |
| Industry Designation | Non-Tourism | Economic Loss Zone | Zone B |

## II. REQUEST FOR RECONSIDERATION OF CLAIM

By requesting Reconsideration, you are certifying that you understand that your claim could remain denied. Include in your response the reason we denied your claim for Incompleteness. Include all documents you want us to consider along with this Reconsideration Form. Select the reasons for your Reconsideration request from the options below.

☐ Documents or Information already provided

☐ Claimant is providing document at this time

☐ Document does not exist

☐ Claimant is unable to obtain document(s)

Explain (You may attach additional sheets if necessary):

## III. HOW TO SUBMIT THIS FORM

Submit your **Request for Reconsideration Form** online with any accompanying documentation by uploading them to the DWH Portal.  If you do not use the DWH Portal, you may submit your request in any of the following ways on or before your Reconsideration deadline:

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 10272<br>Dublin, OH 43017-5772 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>5151 Blazer Parkway Suite A<br>Dublin, OH 43017 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | **(888) 524-1583** |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |

## INCOMPLETENESS REASON EXPLANATION ATTACHMENT

### Monthly Profit and Loss Statements

The Settlement Program has reviewed your documents and determined that you are missing P&Ls from the months indicated with an "x" in the grid below. If we have determined that the P&Ls you have submitted do not contain separate line items for expenses, as is required by the Settlement Agreement, then the grid will show an "EXP" in the cell for the applicable month.

| ANNUAL PERIOD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | √ | √ | √ | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP |

SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2009**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| David A Christenson | |

**A** Principal business or profession, including product or service (see instructions)

Real Estate

**B** Enter code from instructions
▶ 531100

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 201 Saint Charles Avenue

City, town or post office, state, and ZIP code    New Orleans, LA 70170

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you 'materially participate' in the operation of this business during 2009? If 'No,' see instructions for limit on losses .... ☒ Yes ☐ No

**H** If you started or acquired this business during 2009, check here ............. ▶ ☐

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See the instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses ......................... ▶ ☐ | **1** | 24,038. |
| 2 | Returns and allowances ....................................... | **2** | |
| 3 | Subtract line 2 from line 1 .................................... | **3** | 24,038. |
| 4 | Cost of goods sold (from line 42 on page 2) ................. | **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 ..................... | **5** | 24,038. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ............................................ | **6** | |
| 7 | Gross income. Add lines 5 and 6 ......................... ▶ | **7** | 24,038. |

## Part II    Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising ................ | **8** | 284. | 18 | Office expense ........................ | **18** | 77. |
| 9 | Car and truck expenses (see instructions) ........ | **9** | | 19 | Pension and profit-sharing plans ..... | **19** | |
| 10 | Commissions and fees ......... | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) ........... | **11** | | a | Vehicles, machinery, and equipment ..... | **20a** | |
| | | | | b | Other business property ............. | **20b** | 7,708. |
| 12 | Depletion .................. | **12** | | 21 | Repairs and maintenance ............. | **21** | 259. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ........ | **13** | 1,596. | 22 | Supplies (not included in Part III) ...... | **22** | 963. |
| | | | | 23 | Taxes and licenses ................. | **23** | 1,118. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) ........ | **14** | | a | Travel ............................ | **24a** | |
| 15 | Insurance (other than health) ... | **15** | | b | Deductible meals and entertainment (see instructions) .................. | **24b** | 117. |
| 16 | Interest: | | | 25 | Utilities ............................ | **25** | 2,000. |
| a | Mortgage (paid to banks, etc) .... | **16a** | | 26 | Wages (less employment credits) ........ | **26** | |
| b | Other .................. | **16b** | | 27 | Other expenses (from line 48 on page 2) ........................ | **27** | 315. |
| 17 | Legal & professional services ... | **17** | 1,818. | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ...... ▶ | **28** | 16,255. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ....................... | **29** | 7,783. |
| 30 | Expenses for business use of your home. Attach Form 8829 ..................... | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | **31** | 7,783. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIZ0112    09/18/09

Schedule C (Form 1040) 2009

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | **2010** Attachment Sequence No. 09 |

Name of proprietor: **David A Christenson**

Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions)
**Real Estate Sales**

B Enter code from instructions ▶ **531210**

C Business name. If no separate business name, leave blank.

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ **942 Camp Street, Apt. 4**
City, town or post office, state, and ZIP code ▶ **New Orleans, LA 70130**

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses . . . . . ☒ Yes ☐ No

H If you started or acquired this business during 2010, check here . . . . . ▶ ☐

## Part I  Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. Caution. See instructions and check the box if:<br>● This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>● You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses . . . . . . . ▶ ☐ | 1 | 7,020. |
| 2 Returns and allowances . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . | 3 | 7,020. |
| 4 Cost of goods sold (from line 42 on page 2) . . . . . . . . . . | 4 | |
| 5 Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . | 5 | 7,020. |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . ▶ | 7 | 7,020. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising . . . . | 8 | 482. | 18 Office expense . . . . | 18 | |
| 9 Car and truck expenses (see instructions) . . . . | 9 | 8,077. | 19 Pension and profit-sharing plans . | 19 | |
| 10 Commissions and fees . | 10 | | 20 Rent or lease (see instructions): | | |
| 11 Contract labor (see instructions) . . . . | 11 | | a Vehicles, machinery, and equipment . | 20a | |
| | | | b Other business property . . . . | 20b | |
| 12 Depletion . . . . | 12 | | 21 Repairs and maintenance . . . . | 21 | |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 22 Supplies (not included in Part III) . | 22 | 1,978. |
| | | | 23 Taxes and licenses . . . . . | 23 | 2,200. |
| 14 Employee benefit programs (other than on line 19) . . . | 14 | | 24 Travel, meals, and entertainment: | | |
| 15 Insurance (other than health) . | 15 | | a Travel . . . . . . . . . . | 24a | |
| 16 Interest: | | | b Deductible meals and entertainment (see instructions) . . . . . . | 24b | 240. |
| a Mortgage (paid to banks, etc.) . | 16a | | 25 Utilities . . . . . . . . . | 25 | 2,940. |
| b Other . . . . . | 16b | | 26 Wages (less employment credits) . | 26 | |
| 17 Legal & professional services . | 17 | 2,300. | 27 Other expenses (from line 48 on page 2) . . . . . . . . . | 27 | |

| | | |
|---|---|---|
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . ▶ | 28 | 18,217. |
| 29 Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | 29 | -11,197. |
| 30 Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . | 30 | |
| 31 Net profit or (loss). Subtract line 30 from line 29.<br>● If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>● If a loss, you must go to line 32. | 31 | -11,197. |
| 32 If you have a loss, check the box that describes your investment in this activity (see instructions).<br>● If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>● If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a ☒ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.   FDIZ0112  12/22/10

Schedule C (Form 1040) 2010

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ For information on Schedule C and its instructions, go to *www.irs.gov/schedulec*
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2011**

Attachment
Sequence No. 09

Name of proprietor
David A Christenscr

Social security number (SSN)

**A** Principal business or profession, including product or service (see instructions)
Real Estate Sales

**B** Enter code from instructions
▶ 5 3 1 2 1 0

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), (see instr.)

**E** Business address (including suite or room no.) ▶ Box 9063
City, town or post office, state, and ZIP code   Miramar Beach, FL 32550

**F** Accounting method: (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2011? If "No," see instructions for limit on losses   ☒ Yes  ☐ No

**H** If you started or acquired this business during 2011, check here   ▶ ☐

**I** Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions)   ☐ Yes  ☒ No

**J** If "Yes," did you or will you file all required Forms 1099?   ☐ Yes  ☒ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1a | Merchant card and third party payments. For 2011, enter -0- | 1a | 0. |
| b | Gross receipts or sales not entered on line 1a (see instructions) | 1b | |
| c | Income reported to you on Form W-2 if the "Statutory Employee" box on that form was checked. Caution. See instr. before completing this line | 1c | |
| d | Total gross receipts. Add lines 1a through 1c | 1d | |
| 2 | Returns and allowances plus any other adjustments (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1d | 3 | |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | |

## Part II  Expenses   Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 6,253. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 6,253. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -6,253. |
| 30 | Expenses for business use of your home. Attach Form 8829. Do not report such expenses elsewhere | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. If you entered an amount on line 1c, see instr. Estates and trusts, enter on Form 1041, line 3. | 31 | 0. |
| | • If a loss, you must go to line 32. | | |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. If you entered an amount on line 1c, see the instructions for line 31. Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☒ Some investment is not at risk.

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 01/11/12 TTW   Schedule C (Form 1040) 2011

Case: 16-30919 Document: 00513687255 Page: 124 Date Filed: 09/19/2016

## Profit & Loss Created (Original Created May 15th, 2016) and Corrected on August 14th, 2016 for David Christenson by David Christenson

### 2009 Monthly

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Gross Income:** | | | | | | | | | | | | | |
| Gross Sales | 0 | 3323.32 | 0 | 0 | 4233.43 | 0 | 1245.51 | 0 | 6977.01 | 4823.45 | 5929.28 | 0 | |
| Other Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total Gross Income Before Taxes | 0 | 3323.32 | 0 | 0 | 4233.43 | 0 | 1245.51 | 0 | 6977.01 | 4823.45 | 5929.28 | 0 | |
| **Expenses:** | | | | | | | | | | | | | |
| Accounting and Legal Fees | 0 | 0 | 0 | 1221.22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 602.78 | |
| Advertising | 72.00 | 0 | 0 | 72.00 | 0 | 0 | 72.00 | 0 | 0 | 72.00 | 0 | 0 | |
| AutoO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1596.00 | |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Office | 22.03 | 0 | 0 | 0 | 28.62 | 0 | 0 | 21.35 | 0 | 0 | 0 | 0 | |
| Maintenance and Repairs | 450.33 | 0 | 0 | 264.00 | 0 | 509.67 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Supplies | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | 642.00 | |
| Rent | 8.93 | 8.93 | 8.93 | 0 | 0 | 0 | 8.93 | 0 | 11.89 | 22.03 | 8.93 | 1116.00 | |
| Licenses & Taxes | | | | | 18.76 | 22.67 | | | | | | | |
| Meals | | | | 154.88 | 202.33 | 133.90 | 269.92 | 392.26 | 333.73 | 133.45 | 89.67 | 94.32 | |
| Travel/Transportation | | | | | | | | | | | | | |
| Utilities | 73.22 | 84.33 | 92.35 | | | | | | | | | | |
| Other | | | | | | | | | | | | 312.00 | |
| Total Expenses | 1268.51 | 735.26 | 743.48 | 2354.10 | 891.71 | 1508.24 | 1009.85 | 986.23 | 987.34 | 893.58 | 740.60 | 4363.10 | |
| **Net Income** | | | | | | | | | | | | | |
| Net Income Before Taxes | -1268.51 | 2588.06 | -743.48 | -2354.10 | 3341.72 | -1508.24 | 235.66 | -986.23 | 5989.67 | 3931.87 | 5188.68 | -4363.10 | 10272.00 |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 235.66 | 0 | 0 | 0 | 0 | 0 | 768.00 |
| Total Net Income After Taxes | -1268.51 | 2588.06 | -743.48 | -2354.10 | 3341.72 | -1508.24 | 235.66 | -986.23 | 5989.67 | 3931.87 | 5188.68 | -4363.10 | 9504.00 |

Profit & Loss Created (Original Created May 15th, 2016) and Corrected on August 12th, 2016 for David Christianson by David Christianson

2010 Monthly

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Gross Income:** | | | | | | | | | | | | | |
| Gross Sales | 0 | 7020.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Income | | | | | | | | | | | | | |
| **Total Gross Income Before Taxes** | 0 | 7020.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Expenses:** | | | | | | | | | | | | | |
| Accounting and Legal Fees | 0 | 0 | 0 | 1558.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 748.00 | |
| Advertising | 120.00 | 0 | 0 | 120.00 | 0 | 0 | 120.00 | 0 | 0 | 120.00 | 0 | 0 | |
| Auto | 586.33 | 603.33 | 699.91 | 686.77 | 797.22 | 693.66 | 823.97 | 728.66 | 620.01 | 640.23 | 675.68 | 518.33 | |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Office | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Maintenance and Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Supplies | 982.33 | 0 | 209.96 | 0 | 0 | 787.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Rent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Licenses & Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2196.00 | |
| Meals240 | 0 | 0 | 0 | 0 | 12.67 | 0 | 0 | 39.67 | 10.76 | 0 | 0 | 0 | |
| Travel/Transportation | 45.67 | 38.77 | 54.23 | 38.23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Utilities | 123.66 | 145.67 | 200.33 | 945.57 | 923.68 | 276.09 | 308.35 | 323.45 | 567.23 | 222.50 | 161.60 | 125.89 | |
| | | | | | | | | | | | | | |
| **Total Expenses** | 1857.89 | 788.77 | 1164.45 | 2748.67 | 1133.77 | 1758.34 | 1247.30 | 1091.76 | 1018.00 | 985.53 | 837.28 | 3586.22 | |
| **Net Income** | | | | | | | | | | | | | |
| Net Income Before Taxes | -1857.89 | 6231.23 | -1164.45 | -2748.67 | -1133.77 | -1758.34 | -1247.30 | -1091.76 | -1018.00 | -985.53 | -837.28 | -3586.22 | -11196.00 |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Net Income After Taxes | -1857.89 | 6231.23 | -1164.45 | -2748.67 | -1133.77 | -1758.34 | -1247.30 | -1091.76 | -1018.00 | -985.53 | -837.28 | -3586.22 | -11196.00 |

Profit & Loss Created (Original Created May 18th, 2016) and Corrected on August 12th, 2016 for David Christenson by David Christenson

2011 Monthly

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Gross Income:** | | | | | | | | | | | | | |
| Gross Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total Gross Income Before Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Expenses:** | | | | | | | | | | | | | |
| Accounting and Legal Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Advertising | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Auto | 784.23 | 823.48 | 308.51 | 930.46 | 800.09 | 907.01 | 743.33 | 678.99 | 77.74 | 60.01 | 90.21 | 48.94 | -5283.00 |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Office | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Maintenance and Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Rent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Licenses & Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Travel/Transportation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Total Expenses** | 784.23 | 823.48 | 308.51 | 930.46 | 800.09 | 907.01 | 743.33 | 678.99 | 77.74 | 60.01 | 90.21 | 48.94 | |
| **Net Income:** | | | | | | | | | | | | | |
| Net Income Before Taxes | -784.23 | -823.48 | -308.51 | -930.46 | -800.09 | -907.01 | -743.33 | -678.99 | -77.74 | -60.01 | -90.21 | -48.94 | -5283.00 |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Net Income After Taxes | -784.23 | -823.48 | -308.51 | -930.46 | -800.09 | -907.01 | -743.33 | -678.99 | -77.74 | -60.01 | -90.21 | -48.94 | -5283.00 |



Christenson
Box 9063
M/Lamar Beach, FL
32550

Clerk
5th Circuit
605 S. Maestri Place
New Orleans, LA
70130

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

5th Notice of Appeal for Informational Purposes
(This is not the Appeal but just the Notice of Appeal)

Please see attached pleading filed with Judge Barbier.

The Appeal will follow.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL No. 2179
"Deepwater Horizon" in the Gulf                    SECTION: J
of Mexico, on April 20, 2010                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                          MAGISTRATE SHUSHAN

Motion for Discretionary Review (28A)
The American People deserve to know the truth so please do not Seal this pleading.
September 15th, 2016

I found the attached document by accident. They never sent this document to me. It was last updated: "Review Queue: Accountant Initial Queue – Last Updated 9/13/2016 4:16 AM". None of the financial information that I provided over the last two years has been placed into the financial matrix or the V-Shaped Revenue Patterns. There are no revenues listed for 2010 and 2011 and the revenues listed for 2009 are wrong. Compare to the profit and loss statements attached to Motion for Discretionary Review (28).

This is a criminal conspiracy and a criminal conspiracy to commit fraud.

I have provided everything that they have requested, financial and nonfinancial but most of it does not appear in the attached document.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

U.S. COURT OF APPEALS
RECEIVED
SEP 19 2016
FIFTH CIRCUIT

## Claimant Information

| | | | |
|---|---|---|---|
| Claimant ID: | 101302307 | Name: | CHRISTENSON, DAVID |
| GCCF Claimant ID: | 3364391 | Business: | DAVID CHRISTENSON |
| Taxpayer Type: | Individual With Business | Address: | PO BOX 9063 |
| SSN/EIN: | *****3413 | | MIRAMAR BEACH FL 32550 |
| Represented By: | Pro Se | Preferred Language: | |

## Claim Information

| | | | |
|---|---|---|---|
| Claim ID: | 348134 | Business Name: | David A. Christenson (Real Estate) |
| Claim Type: | Business Economic Loss | Address: | 842 Camp Street, Unit 4, New Orleans, LA, 70130 |
| NAICS Code/Desc: | 531210, Offices of Real Estate Agents and Brokers | | |
| Industry Designation: | Non-Tourism | | |

NAICS Code Selection: The Claims Administrator assigned a NAICS Code that differs from the code listed on the Business Entity's 2009 tax return because the code on the 2009 tax return is not a valid 2007 NAICS Code. The 2009 tax return lists NAICS Code 531100, which is not a valid 2007 U.S. NAICS Code, and lists the primary business service or activity as "real estate." David A. Christenson (Real Estate) did not submit financials. David A. Christenson (Real Estate) does not maintain a website. Online sites show that this claimant worked as a real estate agent at http://tinyurl.com/qxsyd74 & http://tinyurl.com/orgxho3. NAICS Code 531210 – Offices of Real Estate Agents and Brokers is the most appropriate NAICS Code for the Business Entity because this claimant was engaged as a real estate agent.

| | | | |
|---|---|---|---|
| Zone: | Zone B | Headquarters: | No |
| Causation Presumed: | No | Claimed Benchmark Period: | Claims Administrator Selected Benchmark |

Review Queue:      Accountant Initial Queue

1. Select Business Entity or Rental Property:      Business
2. Select the Facility associated with this Claim:      279058, David A. Christenson (Real Estate), 842 Camp Street, Unit 4, New Orleans, LA, 70130
   Doc ID

## Total Revenues

| Month | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| May | | | $2,211.00 | $0.00 | $0.00 |
| June | | | $2,211.00 | $0.00 | $0.00 |
| July | | | $2,211.00 | $0.00 | $0.00 |
| August | | | $2,211.00 | $0.00 | $0.00 |
| September | | | $2,211.00 | $0.00 | $0.00 |
| October | | | $2,211.00 | $0.00 | $0.00 |
| November | | | $2,211.00 | $0.00 | $100,000.00 |
| December | | | $2,211.00 | $0.00 | $0.00 |

## Business Economic Loss - V-Shaped Revenue Patterns

V-Shaped Revenue Pattern:    Pass

| | | |
|---|---|---|
| | 2009 | Pass |

## Benchmark Period: 2007-2009 3 Year

| Benchmark Period 2007-2009 | Result | Three Month Period(s) that Pass |
|---|---|---|

## Benchmark Period: 2008-2009 2 Year

| Benchmark Period 2008-2009 | Result | Three Month Period(s) that Pass |
|---|---|---|

## Benchmark Period: 2009 1 Year

| Benchmark Period 2009 | Result | Three Month Periods That Pass |
|---|---|---|
| Downturn | Pass | May – July;<br>June – August;<br>July – September;<br>August – October;<br>September – November;<br>October – December |
| Later Upturn | Fail | May – July;<br>June – August;<br>July – September;<br>August – October |
| Later Upturn | Pass | September – November;<br>October – December |

## Business Economic Loss : Modified V-Shaped Revenue Pattern

Modified V-Shaped Revenue Pattern:  Pass

| Benchmark Period | Result |
|---|---|
| 2009 | Pass |

## Benchmark Period: 2007-2009 3 Year

| Benchmark Period 2007-2009 | Result | Three Month Periods That Pass |
|---|---|---|

## Benchmark Period: 2008-2009 2 Year

| Benchmark Period 2008-2009 | Result | Three Month Periods That Pass |
|---|---|---|

## Benchmark Period: 2009 1 Year

| Benchmark Period 2009 | Result | Three Month Periods That Pass |
|---|---|---|
| Downturn | Pass | May – July;<br>June – August;<br>July – September;<br>August – October;<br>September – November;<br>October – December |
| Later Upturn | Fail | May – July;<br>June – August;<br>July – September;<br>August – October |
| Later Upturn | Pass | September – November;<br>October – December |

1. Does the Claimant demonstrate a decline of 10% in the share of total revenue generated by non-local customers over the same period of three consecutive months from May-December 2010 as selected by Claimant from the Modified V-Shaped Pattern compared to the same three consecutive month period in 2009?

Document:

2. Does the business have customers in Zones A-C and demonstrate a decline of 10% in the share of total revenue generated by customers located in Zones A-C over the same period of the three consecutive months from May-December 2010 as selected by Claimant for the Modified V-Shaped Revenue Pattern compared to the same three consecutive month period in 2009?

Document:

## Business Economic Loss : Decline Only Revenue Pattern

Decline -Only Revenue Pattern:  Fail

| Benchmark Period | Result |
|---|---|
| 2009 | Pass |

| Benchmark Period: 2007-2009, 3 Year | | |
|---|---|---|
| Benchmark Period: 2007-2009 | Result | Three-Month Periods that Pass |

| Benchmark Period: 2008-2009, 2 Year | | |
|---|---|---|
| Benchmark Period: 2008-2009 | Result | Three-Month Periods that Pass |

| Benchmark Period: 2009, 1 Year | | |
|---|---|---|
| Benchmark Period: 2009 | Result | Three-Month Periods that Pass |
| Downturn | Pass | May – July;<br>June – August;<br>July – September;<br>August – October;<br>September – November;<br>October – December |

**Claim Form Answer:** No Response

1. Has the Claimant provided specific documentation identifying factors outside the control of the Claimant prevented the recovery of revenues in 2011?    No

Document:

Specific Documentation:

2. Does the Claimant demonstrate a decline of 10% in the share of total revenue generated by non-local customers over the same period of three consecutive months from May-December 2010 as selected by Claimant from the Modified V-Shaped Pattern compared to the same three consecutive month period in 2009?

Document:

3. Does the business have customers in Zones A-C and demonstrate a decline of 10% in the share of total revenue generated by customers located in Zones A-C over the same period of the three consecutive months from May-December 2010 as selected by Claimant for the Modified V-Shaped Revenue Pattern compared to the same three consecutive month period in 2009?

Document:

**Review Result:** Fail

1. Has the Claimant submitted specific documentation to establish that the Spill results in reservation cancellations that the Claimant's business was unable to rebook?    **Claim Form Answer:** No Response

**Review Result:** No

   (a) Has the Claimant submitted specific documentation to establish that the Spill resulted in reservation cancellations that the Claimant's business was unable to rebook?    No

Document:

If Yes, check the boxes that correspond to the specific documentation provided:

☐ Letters created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation    Document:

☐ Emails created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation    Document:

☐ Hotel logs for the relevant time created during the period 4/21/10 – 12/31/10 citing the Spill as the reason for the cancellation    Document:

☐ Sworn Written Statement from an independent third party citing the Spill as the reason for the cancellation    Document:

☐ Written evidence of the original reservation    Document:

   (b) Was the reservation in place as of April 20, 2010?    ☐ Unable to Determine

Document:

   (c) Enter the date that the reservation was to occur.    ☐ Unable to Determine

(d) Enter the date the reservation was canceled.

☐ Unable to Determin

(e) Has the Claimant established that he/she/it was unable to rebook on the same or similar terms? If no such documentation exists, has the claimant provided a Sworn Written Statement (1) stating that no such contemporaneous written evidence exists, (2) describing the claimant's efforts to replace the canceled reservation(s), and (3) describing the extent to which the claimant was not able to replace the canceled reservation(s)?

Document:

2. Has the Claimant provided sufficient proof of Spill-related contract cancellations that the Claimant was unable to replace under the same terms?

Claim Form Answer: No Response
Review Result: No

(a) Has the Claimant submitted specified documentation to establish that the Spill resulted in canceled contracts that the Claimant's business was unable to replace?

No

Document:

If Yes, check the boxes that correspond to the specific documentation provided:

☐ Contemporaneous written evidence of the cancellation of a contract as the direct result of the Spill that the Claimant was not able to replace under the same terms

Document:

☐ Sworn Written Statement from an independent third party citing the Spill as the reason for the cancellation

Document:

☐ A copy of all corresponding contracts

Document:

(b) Was the contract in place as of April 20, 2010?

☐ Unable to Determin

Document:

(c) Enter the date the contract was to be performed

☐ Unable to Determin

(d) Enter the date the contract was canceled

☐ Unable to Determin

(e) Has the Claimant established that he/she/it was unable to replace the contract on the same or similar terms between April 21, 2010 and the date the Claimant's claim was filed? If no such documentation exists, has the claimant provided a Sworn Written Statement (1) stating that no such contemporaneous written evidence exists, (2) describing the claimant's efforts to replace the canceled contract(s), and (3) describing the extent to which the claimant was not able to replace the canceled contract(s)?

Doc ID:

Document:

---

Review Result: Fail

| | Result | Evidence | |
|---|---|---|---|
| 1. Does the Claimant have annual revenue of $75,000 or below for all of the years 2007 through 2011? | No | Year: | 2011 |
| | | Document-Type: | Financial – Income Statements / Profit & Loss |
| | | Dollar-Amount: | $100,000.00 |
| 2. Has the Claimant provided a Sworn Written Statement documenting:<br>1. Contact information and verification of status in MDL 2179 Settlement of the Causation Proxy Claimant to be used by the Claimant to satisfy causation;<br>2. Business linkage between the Claimant and the Causation Proxy Claimant; and<br>3. Proximity of the Claimant to the Causation Proxy Claimant is within 100 yards for urban claimants and within one-quarter mile for rural claimants. | No | Doc ID:<br><br>Page#: | |
| 3. Has the Claimant provided a Sworn Written Statement from the Causation Proxy Claimant authorizing the Claimant's use of the Causation Proxy Claimant's documentation to satisfy causation? | No | Doc ID:<br><br>Page#: | |
| 4. Physical address of Causation Proxy Claimant: | | Not Provided | |
| 5. Distance from Claimant to Causation Proxy Claimant: | | 0.000000 Miles | |
| 6. Is the Claimant located in an area outside an urban area or urban cluster, as defined by the US Census Bureau's classification (i.e., a "Rural Business")? | Yes | | |
| 7. Has the Causation Proxy Claimant established Causation? | No | Proxy Claimant: | |

8. Has the Claimant provided information sufficient to establish that a causal relationship exists between the Claimant's financial performance and the financial performance of the Causation Proxy Claimant?

Document:

1. Has the Claimant demonstrated purchases of Gulf of Mexico harvested seafood from Zone A, Zone B, Zone C vendors representing at least 10% of food costs during 2009, as reflected in historical purchase orders and / or invoices?

Document:

2. Has the Claimant demonstrated a decline of 7.5% in gross profit (gross sales less cost of goods sold) over a period of the three consecutive months between May - December 2010 compared to the same months in 2009?

Document:

1. Was the result of this causation analysis predominantly driven by inclusion of the moratorium losses in the calculation?

Document:

2. Based on an individual review of the claim file, was the non-moratorium portion of the loss in whole or in part due to or resulting from the Spill?

Document:

1. Is this claim for a non-Seafood-related business directly involving the use of vessel?

2. Select all payments to the vessel on which this claim is based for services performed under the VOO Master Vessel Charter Agreement:

Selected Payment IDs:          ☐ No VoO Earned Income Data Found

| Payment ID | TaxPayer ID | Vessel Name | Hull ID | Federal # | State # | Length of Vessel | MVCA Contract # | MVCA Signatory | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|

Total Payment Selected:

Calculated Offset (33% of total Selected):

DEFENSE CONTRACTING                                    ☐ Yes  ☒  No

Accountant Compensation Calculation Workbook Specification:

Accountant Workbook Version:

Policy 495 Methodology Triggered?

Policy 495 Methodology:

Fiscal Year End:

| BEL-I-03 | We are unable to determine monthly revenues and expenses of the business for 2010. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2010. If you do not have this information, you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing your annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
|---|---|

| 2010 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| BEL-I-04 | We are unable to determine the monthly revenues and expenses of the business for the claimed Benchmark Period. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in your claimed Benchmark Period. If you do not have this information, you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
|---|---|

| BEL-I-06 | We are unable to determine the monthly revenues and expenses of the business for 2011. The Settlement Agreement requires monthly profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2011. If you do not have this information you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
|---|---|

| 2011 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✔ | ✔ | ✔ | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP |

| BEL-I-49 | We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless you submit these documents. |
|---|---|

| BEL-D-01 | You have not provided documents sufficient to establish that your lost revenue occurred as a result of the Spill, in accordance with Exhibit 4B of the Settlement Agreement. For your business to be eligible for payment, it must be the type of business that is entitled to a causation presumption or it must satisfy one of the following causation test(s): (A) V-Shaped Revenue Pattern. Your business must submit documentation showing a decline of an aggregate of [Insert V Downturn Percentage] or more in total revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period and a later increase of an aggregate of [Insert V Upturn Percentage] or more in total revenues over the same period of three consecutive months in 2011 compared to 2010; (b) Modified V-Shaped Revenue Pattern. Your business must submit documentation showing a decline of an aggregate of [Insert Modified V Downturn Percentage] or more in total revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period and a later increase of an aggregate of [Insert Modified V Upturn Percentage] or more in total revenues over the same period of three consecutive months in 2011 compared to 2010; and either (1) Proof of a decline of 10% in the share of total revenue for non-local customers; or (2) Proof of a decline of 10% in the share of total revenue for customers in Economic Loss Zones A, B, or C. (B) Decline-Only Revenue Pattern. Your business must submit documentation showing a decline of an aggregate of [Insert Decline Only Downturn Percentage] or more in revenues over a period of three consecutive months between May 2010 and December 2010 compared to the same months in the Benchmark Period; and (1) Documentation identifying factors outside the control of the claimant that prevented the recovery of revenues in 2011; and (2) Documentation showing one of the following: (a) Proof of a decline of 10% in the share of total revenue for non-local customers, or (b) Proof of a decline of 10% in the share of total revenue for customers in Economic Loss Zones A, B, or C. (C) Proof of Spill-Related Cancellations. Your business must submit contemporaneous written evidence of the cancellation of a contract or reservation as a direct result of the Spill that your business was not able to replace. (D) Causation Proxy Analysis. Your business must submit documentation showing that it has an annual revenue of $75,000 or less, and that it is on a property that is in close proximity to the property of a separate business claimant in the Settlement Program that has established causation. (E) [Insert Seafood Retailer Language] |
|---|---|

| GEN-D-01 | Your claim is denied because you did not provide the documents required by the Settlement Agreement after two written notifications of Incompleteness. |
|---|---|

| Denied — Incomplete | |
|---|---|

CHRISTENSON
BOX 9063
W. PALM BEACH, FL
33550

70130-341499

Clerk
5th Circuit
600 S. Maestri Place
New Orleans, LA
70130

U.S. POSTAGE
$0.68

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

6th Notice of Appeal for Informational Purposes
(This is not the Appeal but just the Notice of Appeal)

Please see attached pleading filed with Judge Barbier.

The Appeal will follow.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

U.S. COURT OF APPEALS
RECEIVED
SEP 19 2016
FIFTH CIRCUIT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Case 2:10-md-02179-CJB-SS** | **MDL No. 2179 SECTION: J JUDGE BARBIER MAGISTRATE SHUSHAN** |

**Motion for Discretionary Review (28B)**
**The American People deserve to know the truth so please <u>do not Seal this pleading</u>.**
**September 17th, 2016**

**Unbelievable information came to me from Appeals Coordinator Patrick Hron. The information provided by him was purposefully, vindictively and criminally kept from me by Claims Administrator for the Economic and Property Damages Settlement Patrick A. Juneau.**

**The Economic and Property Damages Settlement Administrator has information that I provided to the Gulf Coast Claims Facility (GCCF) dating back to 2010. I have provided tax returns and accompanying documentation for every year dating back to 2006.**

**As you read the following email from Mr. Hron remember that I was never provided this information nor was it provided to me and I could not access it. The multiple denials that I have received and copied to the court state nothing about this information. Exhibit 4A clearly states that everything has to reconcile with your tax returns and my profit and loss statements do. At a minimum this is harassment. The court must step in and decide if the information that I provide is sufficient. I have extenuating circumstances that include the foreclosure of my home and loss of my personal property. I acted in good faith. My financials were accrual based which is legal, in accordance with National Accounting Standards and Practices and the Internal Revenue Service. The settlement was not negotiated on my behalf. I never would have agreed to provide this type of absolute power to an Administrator. I worked on adjusting my financials to the cash basis for months and finally succeeded. The supporting documentation is the tax returns and the accompanying documentation. Much of the information that they reference never existed and they know that. They have invented requirements. They use fancy terms that in reality don't exist. The closing date of a property transfer is not the commission payment date nor does it tell you what the commission is. How many reconsiderations do I have to request before the court will review my claim? I have been denied multiple times have no legal way to correct the defect without committing fraud. The Claims Administrator took 12 days to analyze my financials which they knew that they would not accept and then they lied to me. What is a final determination and how do I get one? The second email is even more disturbing.**

**Patrick Hron**
**Attachments12:02 PM (20 hours ago)**
**to me, claimforms**

**Mr. Christenson,**

The Accountants did in fact review the documentation submitted; however, because the documentation remains insufficient under Exhibit 4A of the Settlement Agreement, it would have been premature to enter that financial information into the Accountant Worksheets because the information is insufficient to make a causation determinations or reach a compensation calculation. The financial documentation was created after you repeatedly indicated to the Settlement Program that you could not actually create such P&Ls, even going so far as to indicate that doing so would be akin to "fraud" (which is obviously not a position that we share). However, when a Claimant creates P&Ls in such a circumstance, the Settlement Program requires the Claimant to provide the supporting, third party documentation utilized in the creation of those P&Ls such that the information contained in the P&Ls can be verified. This is the same approach and procedure that the Settlement Program has utilized in its review of every other BEL claim presenting a similar situation. As such, please provide documentation to support the amount and timing of revenues earned. Documentation to support the closing date is required for all real estate property sales. A commission statement that includes revenue earned and the closing date is preferable. If there is no document that includes both the revenue amount and closing date, please provide notations or documentation that clearly link the amount earned to the specific closing date. Besides commission statements that include closing information, acceptable documentation to establish the closing date of property sales includes, but is not limited to, MLS reports, MLS listings, settlement statements, and warranty deeds.

As to your prior requests for Reconsideration, those were procedural improper as they were premature because the Settlement Program had not yet reached a final determination. Now that the Settlement Program has reached a final determination, you may request Reconsideration. Again, this procedure is consistent with that relied upon by every other Claimant who wished to request Reconsideration, which can only be requested following a final determination under Section 6.1.2.1.1 of the Settlement Agreement.

Sincerely,

Patrick Hron
Claims Administrator's Office

The following email clearly shows that I am in a bizarre catch 22. There is no way to get to the Documentation Reviewer because you have to repeatedly request reconsideration. This is a circle. I have asked repeatedly for my claim to go to the Documentation Reviewer where I know that I will be denied. How could the court allow this to happen to people that have suffered so much?

I have received six denial notices. I have acted in good faith each time that I tried to correct the defect. The problem was that I did not know what the defect was because they did not tell me. I have given the court this documented evidence.

My tax returns should have satisfied any settlement agreement. This would have been reasonable, in good faith and legal.

Mr. Hron was wrong about my filing for reconsideration. I filed the next day.

Mr. Hron clearly states that there is no appeal to the District Court. How can this be? The appeal is very simple. Do accrual financials satisfy the intent of the Settlement Agreement or what should have been the negotiated Settlement Agreement? This just can't be happening.

Patrick Hron
5:11 PM (15 hours ago)
to me
Mr. Christenson,

I can explain the procedure for appealing to the Documentation Reviewer appointed by the Court for the purpose of considering appeals for insufficient documentation under Section 6.1.1 of the Settlement Agreement. That requires that a claim be denied for insufficient documentation and receive such a Denial Notice, which has occurred for this claim. Then, a claimant must request Reconsideration of that Denial Notice. You have not yet requested Reconsideration of the recent Denial Notice. Once that occurs, assuming the documentation remains insufficient, you will receive a Post Reconsideration Denial Notice that you may appeal to the Documentation Reviewer.

I understand your desire to skip these steps, but they have been put in place for the benefit of claimants who wish to contest the Settlement Program's determination, and the Program cannot simply disregard them.

I can only explain the Settlement Program's procedures with respect to Section 6.1.1 appeals to the Documentation Reviewer. Our Program is not involved in any such further appeals to the District Court of incompleteness/insufficient documentation issues, in the event such a right exists under the terms of the Settlement Agreement.

Sincerely,

Patrick Hron
Claims Administrator's Office

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

Christenson
Box 9063
MIRAMAR BEACH, FL.
32550

Clerk
5TH CIRCUIT
600 S. MAESTRI PLACE
New Orleans, LA
70130

U.S. POSTAGE
PAID
MIRAMAR BEACH, FL
SEP 09-16
AMOUNT
$0.47
R2305910088-00

70130

70130-341499

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL No. 2179
"Deepwater Horizon" in the Gulf     SECTION: J
of Mexico, on April 20, 2010          JUDGE BARBIER
Case 2:10-md-02179-CJB-SS        MAGISTRATE SHUSHAN

Memorandum <u>4</u>
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 28, 2016

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

No. 16-30918    In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

Dear Mr. Christenson,

We received your "7th Notice of Appeal for Informational Purposes and Motion for Discretionary Review" on October 27, 2016. Questions regarding the claims process should be addressed to the claims administrator, we are taking no action on this motion.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Cindy M. Broadhead, Deputy Clerk
504-310-7707

cc:    Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Russell Keith Jarrett
Mr. James Andrew Langan



RECEIVED
OCT 27 2016
FIFTH CIRCUIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL No. 2179
"Deepwater Horizon" in the Gulf                    SECTION: J
of Mexico, on April 20, 2010                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                          MAGISTRATE SHUSHAN

Motion for Discretionary Review (29)
The American People and other Claimants deserve to know the truth so please **do not Seal this
pleading**.
October 25th, 2016

See attached "POST - APPEAL INCOMPLETENESS DENIAL NOTICE DATE OF NOTICE: October 24, 2016". I
have exhausted all my rights and my claim has been closed. I am seeking relief for both a "Business
Economic Loss" and "Individual Economic Loss"

Please provide relief for myself and the thousands of others like me that were denied a settlement
because of a catch 22 and an improperly negotiated settlement agreement. There is no dispute that we
qualify for the settlement. There was no way for me to cure the incompleteness without committing
fraud. I also lost much of the information when my home was foreclosed on as a direct result of the BP
Oil Spill. I have continued to suffer and incur damages. The process has been a true financial burden.

Whoever negotiated the settlement was not an account or CPA. Most people did keep cash based
financials because there was no reason to. The IRS did not require them nor did financial institutions.
National Standards and Accounting Practices did not require them either. The settlement agreement
called for us to recreate the cash based financials after the fact.

The real problem was that they had to reconcile with the tax returns. That was and is impossible for
thousands of us. Here is a perfect example. You, as a Federal Judge, travel for official court business in
your car. How are you reimbursed? You get a per mile (my guess is that it is about $.52 per mile)
reimbursement. The IRS allows a per mile reimbursement which I took but that is not a cash expense.
For me the $.52 per mile was a windfall of sorts. My car expense was less. There is no way to reconcile
the per mile allowance because it is not required by the IRS, Financial Institutions or National Accounting
Standards and Practices.

 A properly negotiated settlement would have included hardship exemptions for all of us. We provided
legitimate tax returns and those should have sufficed. The settlement agreement requires the tax
returns and states that the tax returns are confirming source of documentation.

Summary

There is no disputing the fact that I qualify for the settlement. I have provided my IRS tax returns and
supporting financial records that comply with all laws and National Accounting Standards and Practices.

In the Interest of Justice, I beg the court to Intervene and grant us the relief that we are due. The settlement was not properly negotiated on our behalf.

Please grant my:

Motion to Reopen the Settlement and to Increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
· Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please do not Seal this pleading.
August 18th, 2016

Attachment 1: POST - APPEAL INCOMPLETENESS DENIAL NOTICE DATE OF NOTICE: October 24, 2016
Attachment 2: US Supreme Court Writ 16-6278 MEMORANDUM CONCERNING THE NON RESPONSENT/DEFENDANT BP EXPLORATION & PRODUCTION INCORPORATED, BP AMERICAN PRODUCTION COMPANY INCORPORATED AND BP P.L.C. WAIVER FILED IN WRIT OF CERTIORARI 16-5869 (WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND & ELLIS LAW FIRM)
Attachment 3: US Supreme Court Writ 16-6278 EMERGENCY MEMORANDUM THE SUPREME COURT HAS 20 DAYS TO SAVE THE UNTIED STATES OF AMERICA AND MANKIND
Attachment 4: US Supreme Court Writ 16-6278 MOTION TO CONSOLIDATE WRITS 16-5869, 16-6278, 16-6345 AND 14-10077

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

Attachment 1

## POST – APPEAL INCOMPLETENESS DENIAL NOTICE

### DATE OF NOTICE: October 24, 2016

#### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last CHRISTENSON | | First DAVID | Middle |
|---|---|---|---|---|
| Claimant ID | 100302987 | | Claim ID | 348134 |
| Claim Type | Business Economic Loss | | | |
| Industry Designation | Non-Tourism | | Economic Loss Zone | Zone B |

#### II. INCOMPLETENESS DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We previously sent you a Post-Reconsideration Incompleteness Denial Notice because we needed additional information to process the claim, and you requested an Appeal to the Documentation Reviewer, who has completed a review of your claim. The Documentation Reviewer did not find error in the denial for insufficient documentation, so your claim remains denied under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP, because it is still missing required documents and/or information described in the Post-Reconsideration Incompleteness Denial Notice.

#### III. YOUR OPTIONS AFTER THIS NOTICE

We will now close this claim in the Settlement Program for failure to submit the required documents or information. You cannot resubmit your claim with the Settlement Program because the deadline to submit Claim Forms expired on June 8, 2015, and we cannot accept any new Claim Forms after that deadline.

#### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to Questions@dhecc.com. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

#### V. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section IV of this Notice to find out the current status of your other claims.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Individual Economic Loss | 343791 | Notice Issued After Review: Duplicate Claim |

# Attachment 2

No. 16-6278

IN THE

## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

**MEMORANDUM CONCERNING THE NON RESPONSENT/DEFENDANT
BP EXPLORATION & PRODUCTION INCORPORATED,
BP AMERICAN PRODUCTION COMPANY INCORPORATED
AND BP P.L.C.
WAIVER FILED IN WRIT OF CERTIORAIR 16-5869
(WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND &
ELLIS LAW FIRM)**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF
PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Filed August 30th, 2016

# Attachment 2

**Writ 16-6278**

Memorandum concerning the Non Respondent/Defendant BP Exploration & Production Incorporated, BP American Production Company Incorporated and BP P.L.C. (Known as BP) Waiver filed in Writ 16-5869 (Waiver filed by Jeffery Bossert Clark of the Kirkland & Ellis Law Firm)

On October 4th, 2016 Counsel of Record Jeffery Bossert Clark entered his appearance and filed a Waiver on behalf of BP. BP <u>was not</u> a Respondent/Defendant in Writ 16-5869. BP is a Respondent/Defendant in Writ 16-6278. BP through Jeffery Bossert Clark filed the Waiver to preserve their Rights. This was done because of this one sentence in the Statement of the Case: <u>During Hurricane Katrina and the BP Oil Spill chemical warfare contaminates leaked (negligence) into the environment. The chemical warfare contaminants are called the Katrina Virus for simplification.</u>

The liability to BP is 20 Trillion Dollars. <u>The filing of the Waiver by Non Respondent/Defendant BP is an admission of guilt.</u> Review Writ 16-6278 where BP is a Respondent/Defendant.

See attached email written by BP Counsel Jeffery Bossert Clark to me, David Andrew Christenson, on October 11th 2016 at 2:00 PM. The email was in response to a settlement offer.

Mr. Clark: "I write back to inform you that my client BP is not interested in settling <u>either of your cert. petition matters</u> pending against BP in the U.S. Supreme Court."

The filing of the waiver was not a mistake.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14th, 2016 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 2

On Tue, Oct 11, 2016 at 2:00 PM, Clark, Jeffrey Bossert <jclark@kirkland.com> wrote:
Federal Rule of Evidence 408 Settlement Communication — Privileged

Mr. Christenson,

I write back to inform you that my client BP is not interested in settling either of your cert. petition matters pending against BP in the U.S. Supreme Court.

Sincerely,

Jeffrey Clark

**Jeffrey Bossert Clark**

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Washington, D.C. 20005
T +1 202 879 5960 M +1 202 257 3610
F +1 202 879 5200

jclark@kirkland.com

# Attachment 3

No. 16-6278

In The
## Supreme Court of the United States
———

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

———

EMERGENCY MEMORANDUM

THE SUPREME COURT HAS 20 DAYS TO SAVE THE UNTIED STATES OF
AMERICA AND MANKIND

(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF
PROHIBITION.)

———

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

———

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Filed August 30th, 2016

# Attachment 3

**Writ 16-6278**

**Emergency Memorandum**

The Supreme Court has 20 days to save the United States of America and Mankind. The Supreme Court has a fighting chance if they chose to accept Writs 16-5869, 16-6278 and 16-6345.

The Supreme Court has become a non-factor in our government and has allowed the Executive Branch to assume absolute control of the government.

The Supreme Court has allowed the complete and total destruction of the 1st Amendment and has allowed the government to be the greatest propaganda machine in the history of Mankind.

The Supreme Court has allowed the government to irreparable harm Federal Whistleblowers like myself. This irreparable harm includes murder.

The Supreme Court allows the Executive Branch to disregard Federal Law via the use of "Signing Statements". How can the President legally usurp the Federal Judiciary by stating that a law is Unconstitutional? Is that not the job of the Supreme Court?

The Supreme Court has allowed the Executive Branch to use "Executive Orders" to usurp the Legislative Branch.

The Supreme Court has allowed the use of "Plea Deals" which in fact completely violate a criminal defendants Constitutional Rights.

The Supreme Court is going to be subservient to Clinton and Trump. A crime against Mankind.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15th, 2016 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 4

No. 16-6278

In The

## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff

v.

United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

**MOTION TO CONSOLIDATE WRITS 16-5869, 16-6278, 16-6345 AND 14-10077**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ*
*on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Filed August 30th, 2016

# Attachment 4

**Writ 16-6278**

**Motion to Consolidate Writs 16-5869, 16-6278, 16-6345 and 14-10077**

I beg (Motion) the Supreme Court to consolidate Writs 16-5869, 16-6278, 16-6345 and 14-10077 and Motion for a decision during the conference scheduled for October 28th, 2016. I am sure the Supreme Court would like to be done with me. I see no future in my quest to save my country once the Presidential Election comes to pass on November 8th, 2016. I have done everything humanly possible to save my country and serve my God. As you know I believe that God offered me the opportunity to serve my penance here on earth and I now believe that I have fulfilled that penance.

If the Supreme Court is satisfied that Clinton or Trump will save this country than so be it. I am appalled by what our supposed democracy has become under you reign. I follow the Constitution like I am supposed to and I still fail.

I have attached a partial list from the Pacer/Federal Judiciary record of the cases that I filed. This list is not complete (I did not search for David Christenson but just David Andrew Christenson). I have truly exercised my First Amendment Right (last sentence from the First Amendment) "and to petition the government for a redress of grievances" on behalf of all Americans. I have also filed multiple Amicus Briefs, which were never docketed, including at least three with the Supreme Court

Many of the Federal Courts refuse to docket my pleadings or they "Seal" my pleadings with no reference to me in the docket. The most egregious example of this is the Deepwater Horizon Class Action Petition which I am a part of (MDL 2179 filed in the Eastern District of Louisiana). Review the docket for yourself. I have filed over 40 pleadings that included Motions and Motions for Discretionary Review. See the attachment. In the pleading titles I asked the court not to "Seal" my pleadings but they still did. The Federal Judiciary has truly denied me my First Amendment Rights and in so doing has denied all Americans their First Amendment Rights. What I filed in the Deepwater Horizon Class Action Petition will have an impact on all of Mankind. The Constitution was specifically designed to protect people like me. By censoring me you censored God and God's noble cause of saving his creation, you. The Supreme Court is responsible for the two candidates that we have running for President. The American people were not given truthful, honest and accurate information. We truly do have a "rigged" election.

<u>**My one question for you as the last and final protectors of the Constitution. Would the election be different if the American People knew the truth about what I am fighting for?**</u>

Americans are voting in the blind but what about you? You know the truth. How do you cast your vote knowing the truth?

# Attachment 4

When you meet God what will you say? How will you explain your participation in the Genocide of Mankind? Vengeance belongs to God.

God is offering you the opportunity to serve your penance here on earth. That offer is not open ended.

The Genocide of Mankind will accelerate and some of you will see the end. Your children and grandchildren will absolutely see the end.

GODSPEED.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2016 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson



# Attachment 4

## PACER Case Locator

PACER Case Locator - View

🔊 Browse Aloud

All Court Types Party Search
Sun Oct 16 16:16:21 2016
71 records found

User: chddavis1902
Client:
Search: All Court Types Party Search Name Christenson, David Andrew All Courts Page: 1

## Bankruptcy Results

| Party Name ▼ | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Christenson, David Andrew (db) | laebke | 2:04-bk-15859 | 7 | 11/23/2004 | 01/29/2007 | Discharge Not Applicable 04/04/2005 |

## Civil Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 2 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2013-cv-00881 | 440 | 06/11/2013 | |
| 3 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2013-cv-00881 | 440 | 06/06/2013 | |
| 4 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cv-00232 | 440 | 02/18/2014 | |
| 5 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cv-01944 | 895 | 11/19/2014 | 03/07/2016 |
| 6 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cv-00092 | 440 | 01/23/2014 | |
| 7 CHRISTENSON, DAVID ANDREW (dft) | dcdce | 1:1986-cv-00606 | 140 | 03/25/1986 | 03/04/1987 |

## Criminal Results

| Party Name ▼ | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 8 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | |
| 9 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 10 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 11 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 12 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 13 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 14 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 15 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 16 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 12/09/2010 |
| 17 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 18 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 19 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 20 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 03/31/2011 |
| 21 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 22 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 11/21/2011 |
| 23 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 24 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 02/05/2014 |
| 25 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 26 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 12/09/2010 |
| 27 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 28 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 05/23/2012 |
| 29 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00299 | 12/02/2011 | 02/25/2013 |
| 30 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00011 | 01/18/2013 | 07/09/2014 |
| 31 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 06/11/2010 | 12/11/2013 |
| 32 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 33 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 34 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 35 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 03/18/2012 |
| 36 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00299 | 12/02/2011 | 02/25/2013 |
| 37 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00299 | 07/29/2013 | 11/07/2013 |
| 38 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 03/12/2011 |
| 39 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00157 | 06/24/2011 | 03/12/2013 |
| 40 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 41 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 11/02/2011 |
| 42 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00299 | 12/02/2011 | 02/25/2013 |
| 43 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00248 | 11/07/2013 | 02/06/2015 |
| 44 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 09/01/2011 |
| 45 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00157 | 06/24/2011 | 03/12/2013 |
| 46 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 09/04/2014 |
| 47 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 07/18/2014 |

## Appellate Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 48 Christenson, David Andrew (pty) | 05cae | 13-31192 | 1 | 11/15/2013 | 12/11/2013 |
| 49 Christenson, David Andrew (pty) | 05cae | 13-31200 | 1 | 11/19/2013 | 02/13/2014 |
| 50 Christenson, David Andrew (pty) | 05cae | 13-31202 | 1 | 11/19/2013 | 04/15/2014 |
| 51 Christenson, David Andrew (pty) | 05cae | 13-31209 | 1 | 11/20/2013 | 04/15/2014 |
| 52 Christenson, David Andrew (pty) | 05cae | 13-31213 | 1 | 11/21/2013 | 04/15/2014 |
| 53 Christenson, David Andrew (pty) | 05cae | 13-31280 | 1 | 12/20/2013 | 04/15/2014 |
| 54 Christenson, David Andrew (pty) | 05cae | 13-31297 | 1 | 12/23/2013 | 04/15/2014 |

Receipt 10/16/2016 16:16:21 238538853



Attachment 4

**PACER**
Case Locator

PACER Case Locator – View

Browse Aloud

All Court Types Party Search
Sun Oct 16 15:15:21 2016
71 records found

User: chrldavlrc1302
Client:
Search: All Court Types Party Search Name Christenson, David Andrew All Courts Page: 2

## Appellate Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 55 Christenson, David Andrew (pty) | 05cca | 13-51509 | 1 | 12/26/2013 | 04/15/2014 |
| 56 Christenson, David Andrew (pty) | 05cca | 14-30168 | 1 | 02/27/2014 | 04/15/2014 |
| 57 Christenson, David Andrew (pty) | 05cca | 14-30246 | 1 | 03/20/2014 | 04/15/2014 |
| 58 Christenson, David Andrew (pty) | 05cca | 14-30267 | 1 | 03/25/2014 | 04/15/2014 |
| 59 Christenson, David Andrew (pty) | 05cca | 14-30277 | 1 | 03/26/2014 | 04/15/2014 |
| 60 Christenson, David Andrew (pty) | 05cca | 14-30341 | 1 | 07/15/2014 | 01/07/2015 |
| 61 Christenson, David Andrew (pty) | 05cca | 14-30937 | 1 | 08/08/2014 | 11/12/2014 |
| 62 Christenson, David Andrew (pty) | 05cca | 14-30954 | 1 | 08/12/2014 | 11/12/2014 |
| 63 Christenson, David Andrew (pty) | 05cca | 14-30995 | 1 | 08/22/2014 | 07/28/2014 |
| 64 Christenson, David Andrew (pty) | 05cca | 14-31055 | 1 | 09/17/2014 | 01/28/2015 |
| 65 Christenson, David Andrew (pty) | 05cca | 15-30529 | 1 | 05/08/2015 | 05/17/2015 |
| 66 Christenson, David Andrew (pty) | 05cca | 16-30915 | 3593 | 03/12/2016 | |
| 67 Christenson, David Andrew (pty) | dccas | 14-5207 | 2440 | 03/26/2014 | 03/04/2015 |
| 68 Christenson, David Andrew (pty) | dccas | 14-5208 | 2440 | 03/26/2014 | 03/04/2015 |
| 69 Christenson, David Andrew (pty) | dccas | 14-5209 | 1440 | 03/26/2014 | 03/04/2015 |
| 70 Christenson, David Andrew (pty) | dccas | 14-5212 | 2440 | 03/28/2014 | 03/04/2015 |
| 71 Christenson, David Andrew (pty) | dccas | 15-5077 | 2685 | 03/20/2015 | 08/03/2015 |

Receipt 10/16/2016 15:15:57 23632920

User chrldavlrc1302
Client
Description All Court Types Party Search
Name Christenson, David Andrew All Courts Page: 2

You have previously been billed for this page.

Page 1 ($0.00)

# Attachment 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                         MDL No. 2179
"Deepwater Horizon" in the Gulf                                        SECTION: J
of Mexico, on April 20, 2010                                          JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                             MAGISTRATE SHUSHAN

Motion to Reopen the Settlement and to Increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please do not Seal this pleading.
August 18th, 2016

You must have full and honest disclosure in order for there to be an equitable settlement. This settlement does not have full and honest disclosure. The plaintiffs have suffered and will continue to suffer. The environment has suffered and will continue to suffer (The Gulf of Mexico is dying). The potential damage cannot be calculated but worst case it could be the genocide of mankind. The starting point has to be what caused the explosion. The deceptive use of what failed should not be tolerated. What caused the explosion happened away from the oil rig and traveled to the rig and up the riser at supersonic speed. The settlement agreement is based on fraud with the three most important (criminal) frauds being what was leaked into the environment, why the need for Corexit and what caused the explosion. The United States of America and the United Kingdom are partners with BP in this criminal conspiracy to defraud and ultimately to commit genocide.

The connection between the spill and Hurricane Katrina must be disclosed as well. The triggering event for the explosion was inadvertently and negligently put in place during Hurricane Katrina. I have coined the term: Katrina Virus, which is a compilation term for all the viruses, bacteria, fungi, etc. that leaked into the environment. We had Hurricane Katrina which spread the Katrina Virus into the atmosphere and the BP Oil Spill which spread the Katrina Virus into the oceans. You could not have picked a better way to murder mankind. Invent a chemical warfare agent and disperse it throughout the world via the oceans and the atmosphere. Terrorists could not have done a better job. The United States of America is the greatest terrorist organization in the world.

(What I don't understand is why the attorneys have accepted a dollar amount for their lives and the lives of their families. Why has the court accepted such a horrific settlement whose consequences are mortality?)

This is much bigger than just the settlement. Everyone has a God Given and a Constitutional Right to know the truth. This truth is far more important than any cash payout. The most important and number one item in the settlement agreement must be the truth about what happened.

# Attachment 4

The attorneys for the plaintiffs have committed malpractice. The contingency fees that the attorneys are receiving has blinded them. Thousands of claimants are suffering and receiving less than fare settlements because of what was negotiated. Thousands of claimants have given up. This process has to be corrected and simplified. The process must be equitable and timely. Our losses continue to increase every day.

The attorneys as officers of the court failed in their responsibilities to the court, thus irreparably harming the integrity of the court.

My wife and I have cause and standing as individuals, business owners and inhabitants of earth. We are members of this class action complaint. Whoever agreed to the settlement on our behalf as well as others like us has committed malpractice.

There are tens of thousands of us who have not received settlements and who probably won't even though we have been negatively impacted by the spill. In simplest terms all of mankind should receive a settlement. The Gulf Stream has carried the contaminants around the world thus impacting all of mankind.

We are running out of time. You and I will probably not be saved but what about your children and grandchildren?

Without the truth we will fail and thus mankind will cease to exist.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

7th Notice of Appeal for Informational Purposes
(This is not the Appeal but just the Notice of Appeal)

Please see attached pleading filed with Judge Barbier.



The Appeal will follow.

Godspeed.
Sincerely
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                     MDL No. 2179
"Deepwater Horizon" in the Gulf                     SECTION: J
of Mexico, on April 20, 2010                        JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                           MAGISTRATE SHUSHAN

Memorandum **6**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 10, 2017

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

No. 16-30918    In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

Dear Mr. Christenson,

Your motion "For Discretionary Review" has been filed in this case as of the date received on 12/22/16.

The $500.00 filing fee or motion to proceed in forma pauperis was due 12/23/16. You must pay the filing fee or file a motion with the financial affidavit enclosed in support of your motion completed within 14 days from this date.  Failure to do so may result in the dismissal of your appeal for want of prosecution pursuant to 5ᵀᴴ CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Cindy M. Broadhead, Deputy Clerk
504-310-7707

cc:  Mr. Jeffrey Bossert Clark Sr.
     Mr. Richard Cartier Godfrey
     Mr. Don Keller Haycraft
     Mr. Russell Keith Jarrett
     Mr. James Andrew Langan



U.S. COURT OF APPEALS
RECEIVED
DEC 22 2016
FIFTH CIRCUIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Motion for Discretionary Review (30)
The American People and other Claimants deserve to know the truth so please **do not Seal this pleading**.
December 9th. 2016

Please rule on my Motions for Discretionary Review.

I received notice from the 5th Circuit yesterday that my appeal is now at issue (Case: 16-30918 Document: 00513789777 Page: 1 Date Filed: 12/08/2016).

*Your order: "Accordingly, and to the extent it seeks relief from this Court, IT IS ORDERED that the "Notice of Appeal" (Rec. Doc. 21474) is DENIED AS PREMATURE. To the extent Christenson seeks relief from the Court of Appeals, this Court takes no action other than to forward a copy of the "Notice of Appeal" and this Order to the Clerk of the Fifth Circuit." (Case 2:10-md-02179-CJB-JCW Document 21477 Filed 08/12/16 Page 1 of 2)*

My claim was denied because of a catch 22. Why am I, and thousands of others, not allowed to use the cash method for accounting purposes (profit and loss statements). My tax returns were provided and within those tax returns were my profit loss statements. The P&Ls were completed per IRS rules. The BP settlement required the tax returns as the affirming documents. Many people have committed and will commit fraud to receive a settlement. For reasons that you are aware of I cannot commit fraud and I won't. This is not justice. The settlement was not negotiated in our best interest.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          MDL No. 2179
"Deepwater Horizon" in the Gulf                          SECTION: J
of Mexico, on April 20, 2010                             JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                MAGISTRATE SHUSHAN

Motion for Discretionary Review (29)
The American People and other Claimants deserve to know the truth so please **do not Seal this pleading**.
October 25th, 2016

See attached "POST – APPEAL INCOMPLETENESS DENIAL NOTICE DATE OF NOTICE: October 24, 2016". I have exhausted all my rights and my claim has been closed. I am seeking relief for both a "Business Economic Loss" and "Individual Economic Loss"

Please provide relief for myself and the thousands of others like me that were denied a settlement because of a catch 22 and an improperly negotiated settlement agreement. There is no dispute that we qualify for the settlement. There was no way for me to cure the incompleteness without committing fraud. I also lost much of the information when my home was foreclosed on as a direct result of the BP Oil Spill. I have continued to suffer and incur damages. The process has been a true financial burden.

Whoever negotiated the settlement was not an account or CPA. Most people did keep cash based financials because there was no reason to. The IRS did not require them nor did financial institutions. National Standards and Accounting Practices did not require them either. The settlement agreement called for us to recreate the cash based financials after the fact.

The real problem was that they had to reconcile with the tax returns. That was and is impossible for thousands of us. Here is a perfect example. You, as a Federal Judge, travel for official court business in your car. How are you reimbursed? You get a per mile (my guess is that it is about $.52 per mile) reimbursement. The IRS allows a per mile reimbursement which I took but that is not a cash expense. For me the $.52 per mile was a windfall of sorts. My car expense was less. There is no way to reconcile the per mile allowance because it is not required by the IRS, Financial Institutions or National Accounting Standards and Practices.

 A properly negotiated settlement would have included hardship exemptions for all of us. We provided legitimate tax returns and those should have sufficed. The settlement agreement requires the tax returns and states that the tax returns are confirming source of documentation.

Summary

There is no disputing the fact that I qualify for the settlement. I have provided my IRS tax returns and supporting financial records that comply with all laws and National Accounting Standards and Practices.

In the interest of justice, I beg the court to intervene and grant us the relief that we are due. The settlement was not properly negotiated on our behalf.

Please grant my:

Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please do not Seal this pleading.
August 18th, 2016

Attachment 1: POST – APPEAL INCOMPLETENESS DENIAL NOTICE DATE OF NOTICE: October 24, 2016
Attachment 2: US Supreme Court Writ 16-6278 MEMORANDUM CONCERNING THE NON
RESPONSENT/DEFENDANT BP EXPLORATION & PRODUCTION INCORPORATED, BP AMERICAN
PRODUCTION COMPANY INCORPORATED AND BP P.L.C. WAIVER FILED IN WRIT OF CERTIORAIR 16-5869
(WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND & ELLIS LAW FIRM)
Attachment 3: US Supreme Court Writ 16-6278 EMERGENCY MEMORANDUM THE SUPREME COURT HAS
20 DAYS TO SAVE THE UNTIED STATES OF AMERICA AND MANKIND
Attachment 4: US Supreme Court Writ 16-6278 MOTION TO CONSOLIDATE WRITS 16-5869, 16-6278, 16-
6345 AND 14-10077

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                  MDL No. 2179
"Deepwater Horizon" in the Gulf              SECTION: J
of Mexico, on April 20, 2010                   JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                 MAGISTRATE SHUSHAN

Motion to Reopen the Settlement and to Increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please do not Seal this pleading.
August 18th, 2016

You must have full and honest disclosure in order for there to be an equitable settlement. This settlement does not have full and honest disclosure. The plaintiffs have suffered and will continue to suffer. The environment has suffered and will continue to suffer (The Gulf of Mexico is dying). The potential damage cannot be calculated but worst case it could be the genocide of mankind. The starting point has to be what caused the explosion. The deceptive use of what failed should not be tolerated. What caused the explosion happened away from the oil rig and traveled to the rig and up the riser at supersonic speed. The settlement agreement is based on fraud with the three most important (criminal) frauds being what was leaked into the environment, why the need for Corexit and what caused the explosion. The United States of America and the United Kingdom are partners with BP in this criminal conspiracy to defraud and ultimately to commit genocide.

The connection between the spill and Hurricane Katrina must be disclosed as well. The triggering event for the explosion was inadvertently and negligently put in place during Hurricane Katrina. I have coined the term: Katrina Virus, which is a compilation term for all the viruses, bacteria, fungi, etc. that leaked into the environment. We had Hurricane Katrina which spread the Katrina Virus into the atmosphere and the BP Oil Spill which spread the Katrina Virus into the oceans. You could not have picked a better way to murder mankind. Invent a chemical warfare agent and disperse it throughout the world via the oceans and the atmosphere. Terrorists could not have done a better job. The United States of America is the greatest terrorist organization in the world.

(What I don't understand is why the attorneys have accepted a dollar amount for their lives and the lives of their families. Why has the court accepted such a horrific settlement whose consequences are mortality?)

This is much bigger than just the settlement. Everyone has a God Given and a Constitutional Right to know the truth. This truth is far more important than any cash payout. The most important and number one item in the settlement agreement must be the truth about what happened.

The attorneys for the plaintiffs have committed malpractice. The contingency fees that the attorneys are receiving has blinded them. Thousands of claimants are suffering and receiving less than fare settlements because of what was negotiated. Thousands of claimants have given up. This process has to be corrected and simplified. The process must be equitable and timely. Our losses continue to increase every day.

The attorneys as officers of the court failed in their responsibilities to the court, thus irreparably harming the integrity of the court.

My wife and I have cause and standing as individuals, business owners and inhabitants of earth. We are members of this class action complaint. Whoever agreed to the settlement on our behalf as well as others like us has committed malpractice.

There are tens of thousands of us who have not received settlements and who probably won't even though we have been negatively impacted by the spill. In simplest terms all of mankind should receive a settlement. The Gulf Stream has carried the contaminants around the world thus impacting all of mankind.

We are running out of time. You and I will probably not be saved but what about your children and grandchildren?

Without the truth we will fail and thus mankind will cease to exist.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

No. 16-6345

*16-6278*
*16-5869*     *14-1077*

IN THE
## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

**Application for an extension of time within which to comply with the order of December 5th, 2016 and Motion to Appoint Counsel**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Filed August 30th, 2016

Application for an extension of time within which to comply with the order of December 5th, 2016 and
Motion to Appoint Counsel
Writ 16-6345
December 12th, 2016

Petition makes application for a one year extension in which to comply with the Court's order dated
December 5th, 2016. Mankind should be granted this extension in the interest of Justice. The
Department of Justice has ensured that I am destitute and unable to financially comply with the order.

Review the attached email that I sent to you and the other seven justices.

Motion to Appoint Counsel
Writ 16-6345
December 12th, 2016

The Supreme Court accepts Writs from non-attorneys less than one tenth of one percent of the time
and then appoints counsel to represent them. This is a pure violation of the Constitution.

Soldiers and Veterans can serve the United States of America and give their lives but they cannot get a
Writ accepted by the Supreme Court as an individual and they absolutely cannot argue the Writ
themselves. This also applies to all Americans that are not attorneys. In simple terms 319 out of 320
million Americans cannot get a Writ accepted and cannot argue that Writ if by some miracle, it was
accepted. Of the current 8 Supreme Court Justices 7 have no military experience and only one has minor
inactive reserve experience that occurred in the late seventies. The lives of 99.99% of Americans and
100% of Americans soldier and veterans do not matter per the Supreme Court. Therefore, I am unable
to save my country. We, the 99.99% and 100%, are politely and politically correctly classified as "private
citizens". This means we have no Constitutional Rights. This is the truth. Our lives do not matter.

I put my life on the line when I was in the Air Force and I am doing so now but it does not make a
difference. The Supreme Court is led by Sunarcissists. The Justices are choosing suicide over honor for
themselves and the result will be Genocide for all of Mankind.

Amendment I of the Constitution of the United States of America
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise
thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to
assemble, **and to petition the Government for a redress of grievances**.

Rules of the Supreme Court:
Rule 28.8 Oral arguments may be presented only by members of the Bar of this Court. Attorneys who are
not members of the Bar of this Court may make a motion to argue pro hac vice under the provisions of
Rule 6.

The Constitution does not list any qualifications for a Supreme Court Justice as it does for the President
and Congressmen. A Supreme Court Justice does not have to be an attorney per the Constitution. The

Constitution does not specify qualifications for Justices such as age, education, profession, or native-born citizenship. **You can be a Supreme Court Justice but you can't argue in front of the Supreme Court. This is discriminatory against all Americans.**

This is adverse to the First Amendment and a denial of my Constitutional Rights and those of all Americans. This is censorship. The Supreme Court denies and refuses to accept my Writ because I am Pro Se. My Writ should be judged on its merits.

I can find no record of a Pro Se litigant arguing an Extraordinary Writ with Writ of Mandamus and Writ of Prohibition. No one knows my case better than me and I have put my life on the line for my fellow Americans. I have contacted over 1000 attorneys and not one will accept the case. When given an answer, it is because they don't want their careers to end. I believe the last Pro Se litigant was 1978.

I am a graduate of the Air Force Academy and I hold a Master's Degree from the University of Arkansas. I realize that I have done sensational things to bring light to the cover-up but I would not jeopardize the fate of Mankind with unprofessional behavior before the Supreme Court. This is not about me. **There could be no more important argument before the Supreme Court than the saving of Mankind.** I took the same oath that the Supreme Court Justices took.

I would gladly accept the appointment of counsel if it meant the Supreme Court would accept my Writ on behalf of my country and Mankind.

I will cooperate with the Supreme Court and I will not embarrass the Supreme Court. This will not become a freak show. I truly believe that this Writ would never be argued because the victory would come with the Supreme Court accepting the Writ. The cover-up would be exposed.

The American People and Mankind deserve justice and the truth. I beg the Supreme Court not to censor the truth because of me. Please do not shoot me because I am the messenger.

Please remember that I am fighting for you and your loved ones. Please do not chose suicide over justice.

The truth will come out. It always does. What will the American People do when the truth comes out? What will the Americans do when they realize what the Supreme Court has done to them and the Constitution? Look around you. Another police officer was murdered last night. We are on the cusp of an armed revolution. People are not asking the "why" of it. The armed revolution is coming because the Supreme Court treats 99.99% and 100% percent of us as expendable. There is no "rule of law". All great civilizations come to an end because there is not equality.

Each Supreme Court Justice should pray that there is no God (Oxymoron). The American People will take their vengeance in this lifetime and then God will take vengeance for eternity.

The oath I took included protecting you and your family. What a paradox. I am trying to protect my biggest enemy and the biggest enemy of Mankind.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on December 12th, 2016 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Case 2:16-mc-02179-CJB-JCW   Document 22355   Filed 04/08/16   Page 129 of 276

 Gmail

David Andrew Christenson <davidandrewchristenson@gmail.com>

---

## Supreme Court Submission: When you realize that you needed me it will be too late. I won't have the ability to save you.

---

**David Andrew Christenson <davidandrewchristenson@gmail.com>**                    Sun, Dec 11, 2016 at 1:03 PM
To: "Donald J. Trump for President" <info@donaldtrump.com>, Trump Volunteer Team <volunteers@donaldtrump.com>,
hhicks@donaldtrump.com, "Burns, Glenn (CMG-Atlanta)" <glenn.burns@wsbtv.com>, Supreme/Merit Supreme/Merit
<meritsbriefs@supremecourt.gov>, jroberts@mlaglobal.com, "Media_Inquiries@mlaglobal.com"
<Media_Inquiries@mlaglobal.com>, hr@mlaglobal.com, "WashingtonDC@mlaglobal.com"
<WashingtonDC@mlaglobal.com>, Supreme/John Supreme/Roberts <jroberts@supremecourt.gov>, Brandeis 10 Anita Hill
<ahill@brandeis.edu>, NSA1/SCBriefs NSA1/SCBriefs <supremectbriefs@usdoj.gov>, "Foreign Process (RCJ)"
<foreignprocess.rcj@hmcts.gsi.gov.uk>
Cc: Supreme/Anthony Supreme/Kennedy <akennedy@supremecourt.gov>, Supreme/Antonin Supreme/Scalia
<ascalia@supremecourt.gov>, Supreme/Clarence Supreme/Thomas <cthomas@supremecourt.gov>, Supreme/David
Supreme/Souter <dsouter@supremecourt.gov>, Supreme/Elena Supreme/Kagan <ekagan@supremecourt.gov>,
Supreme/Ruth Supreme/Ginsburg <rginsburg@supremecourt.gov>, Supreme/Samuel Supreme/Alito
<salito@supremecourt.gov>, Supreme/Sonia Supreme/Sotomayor <ssotomayor@supremecourt.gov>, Supreme/Stephen
Supreme/Breyer <sbreyer@supremecourt.gov>, Supreme/Chris Supreme/Vasil <cvasil@supremecourt.gov>,
Supreme/Ethan Supreme/Torrey <etorrey@supremecourt.gov>, "Supreme/Jeffrey P. Supreme/Minear"
<jminear@supremecourt.gov>, Supreme/Jeffrey Supreme/Atkins <jatkins@supremecourt.gov>, Supreme/Kathleen
Supreme/Arberg <karberg@supremecourt.gov>, Supreme/Robert Hawkins <rhwakins@supremecourt.gov>, Supreme/Scott
Supreme/Harris <sharris@supremecourt.gov>, abramblett@mlaglobal.com, jlowe@mlaglobal.com,
dbencanaan@mlaglobal.com, dmorgan@mlaglobal.com, sspringer@mlaglobal.com, Paul Williams
<pwilliams@mlaglobal.com>, kvasquez@mlaglobal.com, ludelsman@mlaglobal.com, grichter@mlaglobal.com

——— Forwarded message ———
From: <PIONoReply@supremecourt.gov>
Date: Sun, Dec 11, 2016 at 12:25 PM
Subject: Supreme Court Submission
To: davidandrewchristenson@gmail.com
Thank you for your submission, it has been received and should it require any other information we will contact you at
this e-mail address. - Public Information Officer, U.S. Supreme Court

When you realize that you needed me it will be too late.

The beating that I have taken has destroyed me. You have taken my faith in everything and yet I keep on fighting for my
country and mankind. I no longer have the mental, physical, financial or emotional well-being to continue to fight. You
have won.

I will always give my best but that has not and will not be enough.

What happens when the House Freedom Caucus realizes why Obamacare came to be?

What happens when Congress realizes the true cost of Obamacare?

Do you think those Republicans will be reelected if they don't do away with Obamacare?

Who do you think they will blame?

What happens when we spend more on the national debt interest expense then we do on defense? It could happen in the next five years and will definitely happen in the next ten years. As interest rates go up so does the amount of money we pay out in interest expense.

Who do you think they will blame?

What happens when people realize the truth about suicides and pneumonia deaths?

.

What happens when people realize that the Katrina Virus was real? Nobody will escape. No member of the Federal Judiciary or the Department of Justice. The Katrina Virus will murder all Americans regardless of social, financial or political status. The Katrina Virus will not discriminate.

Who do you think they will blame?

.

My desire to defend my country will be there but I am not sure how strong I will be.

The people within the government will be the most vengeful. Once the court clerks, deputy US Attorneys, FBI Agents, Supreme Court Marshals, Secret Service Agents, etc. come to terms with the truth hell will arrive shortly thereafter. Your protectors will become your assassins. They will have to if they want to save their own skin and the lives of those that they love. Rats from a sinking ship by the millions. I can only warn you so many times, the truth will come out, it always does. When it happens, and it will, it will happen at the speed of light.

Your biggest threat will come from the military and veterans. The government already knows this. Do you? Remember that all those people that protect you will realize that they need to protect the Constitution and not you. The oath is to the Constitution.

How could I ever be able to stop the Hurricane? I just went 15 rounds with the biggest cheater of all time and I got my ass kicked.

.

People will not be rationale. They will have blood in their eyes.

.

Godspeed and I mean Godspeed.

David Andrew Christenson

Christopher Lew
Box 9063
M.I. Lamar Beach, FL.
32550

CLERK Lyle Cayce
5th Circuit
600 S. Maestri Place
New Orleans, LA
70130

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

## Appeal/Motion

This is the actually Appeal. I never filed an Appeal only Notices of Appeal. The Appeal effects thousands of BP Claimants and that is who I am filing the Appeal on behalf of.

I move the Court to combine all previously filed Notices of Appeal and this Appeal/Motion into the actual Appeal. I beg the court to rule on the merits and not my presentation.

Judge Barbier stayed the Appeal and noticed the 5th Circuit.

Please reference all attachments.

Americans have really suffered (emotionally, financially and medically) and will continue to suffer because of the BP Oil Spill.

Please grant me Pauper status in accordance with my Constitutional Rights as outlined in the last sentence of the First Amendment.

I am also asking the court to order Judge Barbier to unseal all my pleadings. I am not able to access the docket or to even confirm if my pleadings are in the docket. Americans deserve to know the truth. Judge Barbier has not ruled on my Motions and I hope the Court orders him to do so. People need their settlement money.

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. I spoke to Clerk Lyle Cayce for conformation.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the Gulf                                    SECTION: J
of Mexico, on April 20, 2010                                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                          MAGISTRATE SHUSHAN

Memorandum **9**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR
APR 0 3 2017
U.S. DISTRICT CO
Eastern District of Louisiana
Deputy Clerk

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 02, 2017

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

No. 16-30918    In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

Dear Mr. Christenson,

We received your "Supplemental Designation Memorandum Three" of designated documents for the record.  We are taking no action on this document as no relief is requested and it must be filed in the United States District Court for inclusion in the record if you so choose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

cc:
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. Russell Keith Jarrett
    Mr. James Andrew Langan

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" In the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS



**U. S. COURT OF APPEALS**
**RECEIVED**
**JAN 25 2017**
**FIFTH CIRCUIT**

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum Three

**This is how close we are to extinction**

**We are within .3% (.003)**

This appeal is about saving Mankind. It is about saving you and your family. The BP Oil Spill was more catastrophic than people realize and that includes the Justices that sit on this court. The BP Oil Spill has accelerated the demise of Mankind. This is not a prophecy or prediction but a mathematically certainty.

Our government has done a great job of desensitizing even the smartest of people and making them immune to the truth.

For Mankind to survive there must be a (figuratively) nuclear explosion with the fallout being the truth. This appeal represents that explosion and it also represents a chance to save Mankind.

 **Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™
2016-2017 Influenza Season Week 2 ending January 14, 2017
https://www.cdc.gov/nchs/fastats/deaths.htm
Pneumonia and Influenza (P&I) Mortality Surveillance:
Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 19, 2017, **7.0% of the deaths occurring during the week ending December 31, 2016 (week 52) were due to P&I. This percentage is below the epidemic threshold of 7.3%** for week 52.

Roughly 50,000 people die every week in the US. The reference week showed that 3,500 people died from P&I. A .3% (150 Americans) put us at epidemic levels.

Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has destroyed our immune system(s). The Katrina Virus is a compilation term. Think of it as an anti-social norm, an anti-way of thinking. We must drastically change our way of thinking and the way to do this is by exposing the truth. **Maybe a better term is the "Katrina Anti-Social Norm".** Our failing to change will result in our suicide. Mankind is killing himself because he won't embrace an Anti-Social Norm.

People who have not embraced the Katrina Anti-Social Norm show these symptoms. A trust of the government. A trust of the government when it comes to the flu vaccine. Does this year's flu vaccine contain:

A. Live viruses?
B. Dead viruses?
C. Both dead and live viruses?
D. None of the above?

If you don't know then you are committing suicide. Why would anyone let Obama, Trump or Clinton give them a shot without knowing exactly what was in it?

Look at the average age of the Justices that sit on this court. Half of you will die from Pneumonia and or Alzheimer's. Both are the direct result of a degraded immune system(s). In a decade half of you will be dead. Your suicide might be preventable but not without drastic change.

Think about this. Half of the Justices that sit on the 13 Appellate Courts will be dead in a decade. In 15 years 50 % of the District Court Judges will be dead. Trump could appoint three Supreme Justices because of their deaths. If he wins a second term he could appoint as many as six or seven Justices.

The reefs in the Gulf of Mexico were already dying. The Red Tide is becoming worse. The Dead Zone is increasing in size. Enterococcus (fecal matter (bacteria) that is normally found in the human intestine) is becoming more widespread on our beaches and it is found all year. Temperature is also a factor. The BP Oil Spill and the release of the Katrina Virus have accelerated the destruction of the Gulf of Mexico.

I pray that you open your eyes and hearts to the truth.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 23rd, 2017.

Christiason
Doc 9863
Miramar Beach, FL
32550

PENSACOLA FL 325
23 JAN 2017 PM 21

Clerk
5th Circuit
600 S. maestri Place
New Orleans, LA
70130-3407

70130-341499

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                              MDL No. 2179
"Deepwater Horizon" in the Gulf                                    SECTION: J
of Mexico, on April 20, 2010                                         JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                        MAGISTRATE SHUSHAN

Memorandum **10**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 02, 2017

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

        No. 16-30918    In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970

Dear Mr. Christenson,

We received your "Supplemental Designation Memorandum". All
designations of record must be filed in the United States District
Court, no relief requested, we are taking no action on these
documents.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By:
                        Cindy M. Broadhead, Deputy Clerk
                        504-310-7707

cc:   Mr. Jeffrey Bossert Clark Sr.
      Mr. Richard Cartier Godfrey
      Mr. Don Keller Haycraft
      Mr. Russell Keith Jarrett
      Mr. James Andrew Langan

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum One

Memorandum concerning the Non Respondent/Defendant BP Exploration & Production Incorporated, BP American Production Company Incorporated and BP P.L.C. (Known as BP) Waiver filed in Writ 16-5869 (Waiver filed by Jeffery Bossert Clark of the Kirkland & Ellis Law Firm)

On October 4th, 2016 Counsel of Record Jeffery Bossert Clark entered his appearance and filed a Waiver on behalf of BP. BP was not a Respondent/Defendant in Writ 16-5869. BP is a Respondent/Defendant in Writ 16-6278. BP through Jeffery Bossert Clark filed the Waiver to preserve their Rights. This was done because of this one sentence in the Statement of the Case: <u>During Hurricane Katrina and the BP Oil Spill chemical warfare contaminates leaked (negligence) into the environment. The chemical warfare contaminants are called the Katrina Virus for simplification.</u>

The liability to BP is 20 Trillion Dollars. The filing of the Waiver by Non Respondent/Defendant BP is an admission of guilt. Review Writ 16-6278 where BP is a Respondent/Defendant.

See attached email written by BP Counsel Jeffery Bossert Clark to me, David Andrew Christenson, on October 11th 2016 at 2:00 PM. The email was in response to a settlement offer.

Mr. Clark: "I write back to inform you that my client BP is not interested in settling either of your cert. petition matters pending against BP in the U.S. Supreme Court."

The filing of the waiver was not a mistake.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 22nd, 2017.

**RE: To elaborate. #2 Fwd: Settlement Proposal. I am not out to destroy the United Kingdom or BP but that will be the byproduct of my success.**        Inbox   x

Clark, Jeffrey Bossert <jclark@kirkland.com>                                    Oct 11 (2 days ago)
to me

Federal Rule of Evidence 408 Settlement Communication -- Privileged

Mr. Christenson,

I write back to inform you that my client BP is not interested in settling either of your cert. petition matters pending against BP in the U.S. Supreme Court.

Sincerely,

Jeffrey Clark

**Jeffrey Bossert Clark**

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Washington, D.C. 20005
T +1 202 879 5860  M +1 202 257 3810
F +1 202 879 5200

jclark@kirkland.com

Christensson
Box 9063
Miramar BEACH, FL.
32550

70130-3408899

PENSACOLA FL 325
23 JAN 2017 PM 12 L



Clerk
5th Circuit
600 S. maestri PLACE
New Orleans, LA.
70130-3408

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**U. S. COURT OF APPEALS**
**RECEIVED**
**JAN 25 2017**
**FIFTH CIRCUIT**

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

**Supplemental Designation**

*[I will accept affidavits from all the attorneys listed below stating that I am wrong about what the triggering event was, that caused the explosion on the platform. The affidavit must also state that the Katrina Virus (chemical warfare contaminates) were not released into the environment. No one has ever disputed my facts.]*

Contacted (Meet & Confer) the following attorneys per Clerk's Order dated January 19th, 2017 concerning the Joint Designation of the Record: Jeffrey Bossert Clark, Sr., Richard Cartier Godfrey, Don Keller Haycraft, Russell Keith Jarrett and James Andrew Langan. The listed attorneys have entered their appearance in this matter on behalf of; BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C. (BP did not file any responses in the District Court)

The Designation is very simple and includes the following: the settlement agreement, all pleadings filed by me in the District Court and the Appellate Court.

The entire settlement agreement is based on the false premise that BP was responsible for the explosion. BP was not responsible for the explosion but was negligent. The US Navy was conducting a salvage operation and the ship that was being salvaged exploded and released the Katina Virus. The use of corexit was a huge mistake that amplified the problem. The problem with the medical portion of the settlement agreement is that it does not acknowledge the release of chemical warfare contaminants which are referred to as the Katrina Virus. The claimants have a Constitutional Right to know these facts because the degradation of our immune system(s) is the direct result of the release of the Katrina Virus. The environmentally issues have not been adequately addressed. The Katrina Virus and corexit will kill the Gulf of Mexico. How could there be a settlement agreement without truth. How could the Plaintiff's attorneys enter such an agreement? The true cost of the BP Oil Spill will be in the Trillions of Dollars.

Attorneys who have yet to enter an appearance but are being served in the abundance of caution, in the interest of Justice and to save Judicial resources. The following attorneys have entered their appearances in the District Court, Appellate Court and the Supreme Court in matters concerning the original class action petition and the settlement agreement. They were instrumental in drafting and agreeing to the Settlement Agreement on behalf of their clients, both Plaintiffs and Defendants.

Daryl L. Joseffer
King & Spalding LLP

Counsel of Record for Her Britannic Majesty's Government of the United Kingdom of Great Britain, et al.
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-0500
djoseffer@kslaw.com

Richard C. Stanley
Stanley, Reuter, Ross, Thornton & Alford, LLC
Counsel of Record for Patrick A. Juneau as Claims Administrator, and Deepwater Horizon Court
Supervised Settlement Program
909 Poydras Street
Suite 2500
New Orleans, LA 70112
(504) 523-1580
rcs@stanleyreuter.com

Allyson N. Ho
Morgan, Lewis & Bockius LLP
Counsel of Record for Kenneth R. Feinberg, Special Master of the Federal September 11th Victim
Compensation Fund of 2001 and Administrator of the Gulf Coast Claims Facility
1717 Main Street Suite 3200
Dallas, TX 75201
(214) 466-4000
aho@morganlewis.com

Theodore B. Olson Gibson
Dunn & Crutcher LLP
Counsel of Record for BP Exploration & Production Inc., et al.
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500
tolson@gibsondunn.com

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 22nd, 2017.

Christensson
Ox 9063
Miramar Beach, FL
32550

PENSACOLA FL 325
23 JAN 2017 PM 2 L

70130-340899

Clerk
5th Circuit
600 S. maestri Place
New Orleans, LA

70130-3408

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                           MDL No. 2179
"Deepwater Horizon" in the Gulf                           SECTION: J
of Mexico, on April 20, 2010                              JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                 MAGISTRATE SHUSHAN

Memorandum __11__
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 02, 2017

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

        No. 16-30918    In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970

Dear Mr. Christenson,

We received your "Supplemental Designation Memorandum Four".  In
light of no requested relief, designations of record must be filed
in the United States District Courts, we are taking no action on
this document.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:
                    Cindy M. Broadhead, Deputy Clerk
                    504-310-7707

cc:
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. Russell Keith Jarrett
    Mr. James Andrew Langan

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



Appellant Mr. David Andrew Christenson
in re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum Four
OCTOBER 12TH, 2050 MANKIND CEASES TO EXIST.

The national debt will be 150 Trillion dollars on that day. By then there will have been a total collapse of
the world economic system. Health care will not be provided because it cannot be paid for. This is not a
prediction or prophecy but a mathematical certainty. With our immune system(s) destroyed we will
cease to exist. We must consider the "Katrina Anti-Social Norm" if we are to stand a chance of surviving.
I think we might already be past the point of no return.

I have never talked about climate change. The greatest ally to the viruses and bacteria is a warmer
climate with higher humidity and solids (pollution) for them to attach to. Hurricane Katrina was a micro
eco system that spread the Katrina Virus. Freezing temperatures would have kept them at bay.

Who will pay for you when you have Alzheimer's? It is preventable if we start now and if we work
together but first we must have the truth.
The cost of caring for Alzheimer's patients in the U.S. is estimated to be $236 billion in 2016.
(Alzheimer's Association)
Unless a cure is found, more than 16 million Americans will have the disease by 2050. (Alzheimer's
Association)
Alzheimer's disease is the 6th leading cause of death in America. (Centers for Disease Control)
1-in-3 seniors die with Alzheimer's or another kind of dementia. (Centers for Disease Control)

The nuclear term in the following article on the deficit is health care spending. How can the deficit not
scare the hell out of you?

Federal Debt Projected to Grow by Nearly $10 Trillion Over Next Decade
By ALAN RAPPEPORTJAN. 24, 2017
https://www.nytimes.com/2017/01/24/us/politics/budget-deficit-
trump.html?emc=edit_th_20170125&nl=todaysheadlines&nlid=77044766&_r=0
WASHINGTON — After seven years of fitful declines, the federal budget deficit is projected to swell
again, adding nearly $10 trillion to the federal debt over the next 10 years, according to projections
from the nonpartisan Congressional Budget Office. The numbers reveal the strain that government
debt could have on the economy as President Trump presses to slash taxes and ramp up spending.

The deficit figures released Tuesday will be a major challenge to House Republicans, who were swept to power in 2010 on fears of a bloated deficit and who made controlling red ink a major part of their agenda under former President Barack Obama.

***Statutory caps imposed in 2011 on domestic and military spending have helped temper the deficit.***
***But those controls are likely to be swamped by health care and Social Security spending that will***
***rise with an aging population.***

Now, congressional leaders will have to choose between their fealty to the cause of fiscal prudence and the demands of the new president, who wants $1 trillion in infrastructure work over 10 years, a surge in military spending and large tax cuts for individuals and corporations.

At a confirmation hearing on Tuesday, senators from both parties peppered Representative Mick Mulvaney of South Carolina, Mr. Trump's choice to be the White House budget director, with questions about how Mr. Trump intended to keep his promise to protect Social Security and Medicare while addressing the budget shortfall.

Mr. Mulvaney said that it would be his role to deliver hard truths to Mr. Trump. One of those truths, he suggested, could be the need to raise the eligibility age for Social Security, a proposal that is sure to be contentious.

"I haven't been quiet and shy since I've been here," Mr. Mulvaney said. "I have to imagine the president knew what he was getting when he asked me to fill this role. I'd like to think it's why he hired me."

He added, "I believe, as a matter of principle, that the debt is a problem that must be addressed sooner rather than later."

The deficit is expected to shrink this fiscal year and next before increasing in 2019 and beyond. Deficits would cumulatively total $9.4 trillion from 2018 to 2027, the budget office projects. By 2023, the deficit would reach $1 trillion, and in 2027, a projected $1.4 trillion deficit would be equal to 5 percent of the economy.

Most economists believe that deficits are helpful when economies are in recession, but some say that when they are near full employment, as the United States economy is now, deficits should be kept below 3 percent of the economy to avoid a drag on investment — or worse, a financial crisis.

The Congressional Budget Office's budget and economic outlook said that the share of debt held by the public was expected to reach 89 percent of gross domestic product in 2027. That level could increase the risk of a financial crisis and raise the possibility that investors will become skittish about financing the government's borrowing, some economists say, although many countries have far higher debt levels.


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086


I certify that all parties and then some were noticed by email. January 25TH, 2017.

This article represents a nuclear explosion and it is Federal Desensitizing Propaganda. Adults with fully developed immune system(s) are getting the norovirus. This is a relatively new development. It means that adults have a degraded or damaged immune system(s).

*RECOMMENDATIONS ISSUED BY THE CDC FOR STOPPING THE SPREAD OF THE NOROVIRUS ARE WRONG FOR MANKIND IN THE LONG TERM. MANKIND MUST DEVELOP STRONGER IMMUNE SYSTEM(S) THE NATURAL WAY. THE CDC WANTS US TO BECOME "BUBBLE PEOPLE".*

*VIRUS AND BACTERIA (ETC.) ARE GOING TO BE AROUND FOREVER AND WE NEED TO ADAPT TO THEM. THERE IS NO CURE AND NO VACCINE EXCEPT OUR OWN IMMUNE SYSTEM(S) WHICH WE MUST STOP DAMAGING.*

*WE NEED TO EMBRACE THE "KATRINA ANTI-SOCIAL NORM".*

*WHEN YOU EXERCISE, YOU GET STRONGER AND YOUR IMMUNE SYSTEM(S) GETS STRONGER. WHEN YOU GET INFECTED YOU GET STRONGER AND YOUR IMMUNE SYSTEM(S) GETS STRONGER.*

*STERIODS WILL MAKE YOU STRONGER BUT THE SIDE EFECTS ARE INCREDIABLE.*

*THE TERM "SURVIVAL OF THE FITESES" APPLYS HERE. WE MUST NOT LET SHORT TERM OBJECTIVES DECIDE THE LONG-TERM FATE OF MANKIND. WE MUST ADAPT AND THAT INCLUDES GETTING SICK. OUR IMMUNE SYSTEM(S) WILL GET STRONGER IF WE PARTICPATE IN THE NATURAL SELECTION PROCESS.*

*Natural Selection: the process whereby organisms better adapted to their environment tend to survive and produce more offspring. The theory of its action was first fully expounded by Charles Darwin and is now believed to be the main process that brings about evolution.*

*Virus and bacteria are immune to our antibiotics. We can't kill them so they will continue to procreate and thus win the evolutionary war/process.*

*MANKIND WILL BY HIS OWN HAND.*

The Stomach Bug Norovirus Rips Through U.S. Schools
Highly contagious, it causes vomiting and flu-like symptoms; school systems closed
http://www.wsj.com/articles/the-stomach-bug-norovirus-rips-through-u-s-schools-1485191421
By SUMATHI REDDY
Jan. 23, 2017 12:10 p.m. ET
They went down like dominoes in Aimee Romero's household. First her 5-year-old daughter came home sick from school. Hours later her 8-year-old son started vomiting every 20 minutes for six hours. Next she started feeling sick. Two days later, it was her husband's turn.
The Romero family in Greentown, Ind., caught norovirus. Among the most contagious of all viruses, it is striking hard this winter, immobilizing families and even prompting schools to shut down due to student absences.

The Eastern Howard School Corporation in Indiana, where Ms. Romero's children go, closed on Tuesday after 27% of the elementary-school children had been out sick the prior Friday. One school nurse fell ill over the weekend and another had a child who came down with the virus, and the district couldn't find substitute nurses.

St. Charles East High School near Chicago was closed for two days earlier this month after 800 out of its 2,500 students called in sick and county health department tests confirmed norovirus was to blame. And Globe Park Elementary School in Woonsocket, R.I., closed for two days last week due to an outbreak of a noro-like virus, according to its principal, after more than 100 of its 513 students were sick the previous Friday.

The increase in cases is pretty typical for winter, according to the Centers for Disease Control and Prevention. Its current data is preliminary and only includes outbreaks through Jan. 2.

Each year, there are on average about 19 to 21 million cases of the virus, which involves inflammation of the stomach or intestines or both, according to the CDC. Symptoms usually involve throwing up and nausea, diarrhea, stomach pain, and can include a fever and body aches.

The main risk of the virus is dehydration and most people recover after a few days. Norovirus spreads especially quickly in close quarters such as in hospitals, nursing homes, schools and cruise ships. In 61% of cases it is spread through direct contact or touching a contaminated surface, according to the CDC. It is also the source of about half of all outbreaks of food-related illness, usually caused by contamination from sick food workers or food contaminated during growth, production or processing.

Norovirus isn't related to the flu, despite the fact that is often called the "stomach flu." Unfortunately, getting it once doesn't make you immune to getting it again.

'We think this is the most infectious group of pathogens that have ever been described.'

—Christine Moe, a professor in the Rollins School of Public Health at Emory University in Atlanta

"There are at least 25 genotypes" of the virus, said Christine Moe, a professor in the Rollins School of Public Health at Emory University in Atlanta. "In those genotypes there are multiple strains, probably hundreds of strains. It's a very large family of viruses."

Norovirus moves swiftly. The incubation period is usually 24 to 48 hours, experts say, and symptoms typically last about two-to-three days. Those infected continue to shed the virus for days and possibly weeks afterward.

It is also a hardy virus. Dr. Moe said studies she has done have detected the virus on surfaces three to four weeks after it was put there though it is unclear if it could cause an infection that much later. Other studies have found that the virus survived in water at room temperature for two months and could still cause infection.

People are generally most contagious when they are ill and the first few days after they feel better, said Aron Hall, an epidemiologist in the CDC's division of viral diseases.

He recommends staying home ideally for one to two days after your symptoms are gone.

The amount of virus exposure that one needs to become infected is tiny, just 10 to 20 virus particles.

"We think this is the most infectious group of pathogens that have ever been described," said Dr. Moe.

As with most viruses, it is possible to get infected and not show symptoms.

Tracy Caddell, superintendent of the East Howard School Corporation in Indiana, said the elementary school had roughly 175 out of nearly 600 students out on Friday, Jan. 13.

The school's nurses' office, "it looked like something of a sick ward," said Dr. Caddell. He called in extra custodial staff to do "deep cleaning" over the three-day weekend. They used a disinfectant cleaner in all the schools and buses.

On Tuesday he expected schools to resume but when both district's school nurses called in sick — one contracting norovirus from the students and the other tending to her own sick child — he made the decision to close all three of the district's schools. It was the first time in his 16 years as a superintendent he has had to close school for a sickness.

On Wednesday, school was back in session with about 11% of students out—compared with the usual 4 to 5%.

For now, the best prevention tip is the oldest: wash your hands, often and thoroughly with soap and water. Sanitizers aren't effective, experts say.

There are ongoing clinical trials at different stages working on developing a vaccine for the viruses. One of the furthest along is a vaccine by Takeda Pharmaceutical Company. The study is currently enrolling participants from the U.S. Navy.

Scientists made a big breakthrough with the virus last year when researchers at Baylor College of Medicine in Houston grew the norovirus in a human intestinal cell for what is believed to be the first time.

Mary Estes, a professor of molecular virology and microbiology at Baylor, was the senior author on the publication of the discovery in the journal Science in August.

Dr. Estes says her research group now hopes to be able to develop antivirals to treat the infections as well as better cleaning products to ensure it is killed.

PENSACOLA FL 325

25 JAN 2017 PM 2 L

Christenson
Box 9063
Miramar Beach, FL.
32550

Clerk
5th Circuit
600 S. maestri Place
New Orleans, LA
70130-3468

70130-340899

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the Gulf                                   SECTION: J
of Mexico, on April 20, 2010                                      JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                         MAGISTRATE SHUSHAN

Memorandum **12**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Five
Informative Pleading

Please reference the attached "Motion to Join" and "Motion for Access" in the Danziger Bridge criminal case.

I will appeal this all the way to the Supreme Court if the American People and myself are denied justice. This is pure criminal censorship of the First Amendment.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

Chris tenson
Box 9063
Miramar beach, FL.
32550

70130-341499

PENSACOLA FL 325

27 JAN 2017 PM 11

Clerk
5th Circuit
600 S. maestri PLACE
New Orleans, LA
70130-3409





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL DOCKET NO. 2:10-cr-00204

            v.                    SECTION: N

KENNETH BOWEN                               VIOLATIONS: 18 U.S.C.
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

<p align="center">Motion to Join</p>

David Andrew Christenson respectfully re-files this "Motion to Join" on behalf of the American People and himself and re-urges the granting of this Motion.

Please incorporate the following pleadings into this Motion: Case 2:10-cr-00204-KDE-JVM Document 1407 Filed 01/26/17 Page 1 of 7 and Case 2:10-cr-00204-KDE-JVM Document 1407-1 Filed 01/26/17 Page 1 of 11 filed by the Associated Press and The Times-Picayune.

Supplemental Designation Memorandum Five/Informative Pleading that was filed with the 5th Circuit in Appeal 16-30918 is also attached.

I will appeal this to the Supreme Court if the American People are denied justice.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

<p align="center">CERTIFICATE OF SERVICE</p>

I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

<p align="center">David Andrew Christenson</p>



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL DOCKET NO. 2:10-cr-00204

                    v.                       SECTION: N

KENNETH BOWEN                                VIOLATIONS: 18 U.S.C.
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

Motion for Access

David Andrew Christenson respectfully files this "Motion for Access" on behalf of the American People
and himself and urges the granting of this Motion.

Please incorporate the following pleadings into this Motion: Case 2:10-cr-00204-KDE-JVM Document
1407 Filed 01/26/17 Page 1 of 7 and Case 2:10-cr-00204-KDE-JVM Document 1407-1 Filed 01/26/17
Page 1 of 11 filed by the Associated Press and The Times-Picayune.

Supplemental Designation Memorandum Five/Informative Pleading that was filed with the 5th Circuit in
Appeal 16-30918 is also attached.

I will appeal this to the Supreme Court if the American People are denied justice.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                         MDL No. 2179
"Deepwater Horizon" in the Gulf                         SECTION: J
of Mexico, on April 20, 2010                            JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                               MAGISTRATE SHUSHAN

Memorandum **14**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



U.S. COURT OF APPEALS
RECEIVED
FEB 01 2017
FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                      16-30918
"Deepwater Horizon" in the Gulf                               3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Six
Informative Pleading

7.4% of the people that died in the United States the First week of January 2017 died from Pneumonia and Influenza (P&I). The epidemic level established by the Center for Disease Control and Prevention (CDC) was set at 7.3%. We are at epidemic levels and not one major news organization covered the Genocide. Pneumonia and Influenza (P&I) is preventable.

Weekly U.S. Influenza Surveillance Report
https://www.cdc.gov/flu/weekly/index.htm
2016-2017 Influenza Season Week 3 ending January 21, 2017
Pneumonia and Influenza (P&I) Mortality Surveillance:
Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 26, 2017, 7.4% of the deaths occurring during the week ending January 7, 2017 (week 1) were due to P&I. This percentage is above the epidemic threshold of 7.3% for week 1. 33% of the Americans above the age of 50 that died in the United States that week died from Pneumonia/Influenza, Suicide, Alzheimer's/Dementia and all are preventable!!!

Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has destroyed our immune system(s). The Katrina Virus is a compilation term. The cure is an anti-social norm, an anti-way of thinking which would be uncensored. We must drastically change our way of thinking and the way to do this is by exposing the truth. Maybe a better term is the "Katrina Anti-Social Norm". Our failing to change will result in our suicide. Mankind is killing himself because he won't embrace an Anti-Social Norm.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

KENNETH BOWEN
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

CRIMINAL DOCKET NO. 2:10-cr-00204

SECTION: N

VIOLATIONS: 18 U.S.C.

Informative Pleading

Attached pleading filed with the 5th Circuit.

Sincerely filed,
In Proper Person

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

Christenson
Box 9063
Miramar Beach, FL.
32550

Clerk
5th
600 S. Maestri Place
New Orleans, LA
70130-3468

PENSACOLA FL 325

28 JAN 2017 PM 2 L

70130-340899

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matter

### Supplemental Designation Memorandum Seven
### Immunization Schedule

Please review the attached immunization schedule and Washington Post article on "U.S. life expectancy declines for the first time since 1993"

For Americans to save themselves and Mankind they must have the truth.

The world's smartest man, Theoretical physicist Stephen Hawking, has stated: "GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind.

The Katrina Virus (a compilation term for the chemical warfare contaminates that were stored in New Orleans.) was negligently released during Hurricane Katrina. This release and the accompanying release during the BP Oil Spill has <u>accelerated the demise of Mankind</u>.

Survival was Mankind's number one instinct but that is no longer true. Suicide is now a life choice. Our government was working on the perfect military weapon in New Orleans. That weapon was organic, easy to disperse and dissipated in five days with the result being the opposing army committing suicide. It attacked the immune system(s) which defends us. Veterans have the highest suicide rate in the world.

Our government uses "Federal Desensitizing Propaganda" to make us immune to the Genocide of Mankind. Our government censor's individuals such as myself who are trying to bring the truth to the light of day.

We have irreparable damaged our immune system(s) with the result being the end of Mankind on October 12th, 2050. This is not a prediction or prophecy but a mathematical certainty. Do the math.

The meaning of the term, Katrina Virus, has evolved to include all vaccinations/immunizations, environmental factors, diet, etc. that are destroying Mankind's immune system(s). The cure is an anti-social norm, an anti-way of thinking which would be uncensored. We must drastically change our way of thinking and the way to do this is by exposing the truth. Maybe a better term is the "<u>Katrina Anti-Social Norm</u>". We must embrace the "Katrina Anti-Social Norm" and honor the Constitution and the First Amendment.

Our survival depends on a robust immune system(s) and not a degraded one.

Our immune system(s) is weakest when we are born and when we die. Look at the number of immunizations that our children are given before they are 18 months old. Did you have those same immunizations? We are destroying Mankind for the short run. Our government immunizes us at the worst possible times of lives.

A very important point about the Washington Post article. If you remove legal and illegal immigrants who have arrived in the last thirty years, life expectancies drop by two years. Immigrants have not been vaccinated like Americans.

Alzheimer's is spreading and increasing affecting younger people. The more immunizations a person has had will determine when they develop Alzheimer's. Children from today will develop Alzheimer's in their late forties. For discussion purposes, there must come a time when we classify someone with Alzheimer's as being dead. We must get an accurate life expectancy range to see the horrors that we are going to experience.

Godspeed
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

**Figure 1. Recommended immunization schedule for persons aged 0 through 18 years – United States, 2016.**
(FOR THOSE WHO FALL BEHIND OR START LATE, SEE THE CATCH-UP SCHEDULE [FIGURE 2].)

These recommendations must be read with the footnotes that follow. For those who fall behind or start late, provide catch-up vaccination at the earliest opportunity as indicated by the green bars in Figure 1. To determine minimum intervals between doses, see the catch-up schedule (Figure 2). School entry and adolescent vaccine age groups are shaded.

| Vaccine | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 9 mos | 12 mos | 15 mos | 18 mos | 19-23 mos | 2-3 yrs | 4-6 yrs | 7-10 yrs | 11-12 yrs | 13-15 yrs | 16-18 yrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B¹ (HepB) | 1ˢᵗ dose | ◄— 2ⁿᵈ dose —► | | | ◄——— 3ʳᵈ dose ———► | | | | | | | | | | | |
| Rotavirus² (RV) RV1 (2-dose series); RV5 (3-dose series) | | | 1ˢᵗ dose | 2ⁿᵈ dose | See footnote 2 | | | | | | | | | | | |
| Diphtheria, tetanus, & acellular pertussis³ (DTaP: <7 yrs) | | | 1ˢᵗ dose | 2ⁿᵈ dose | 3ʳᵈ dose | | ◄—— 4ᵗʰ dose ——► | | | | 5ᵗʰ dose | | | | | |
| Haemophilus influenzae type b⁴ (Hib) | | | 1ˢᵗ dose | 2ⁿᵈ dose | See footnote 4 | | ◄ 3ʳᵈ or 4ᵗʰ dose, See footnote 4 ► | | | | | | | | | |
| Pneumococcal conjugate⁵ (PCV13) | | | 1ˢᵗ dose | 2ⁿᵈ dose | 3ʳᵈ dose | | ◄ 4ᵗʰ dose ► | | | | | | | | | |
| Inactivated poliovirus⁶ (IPV: <18 yrs) | | | 1ˢᵗ dose | 2ⁿᵈ dose | ◄——— 3ʳᵈ dose ———► | | | | | | | 4ᵗʰ dose | | | | |
| Influenza⁷ (IIV; LAIV) | | | | | | Annual vaccination (IIV only) 1 or 2 doses | | | | | Annual vaccination (LAIV or IIV) 1 dose only | | | | | |
| Measles, mumps, rubella⁸ (MMR) | | | | | See footnote 8 | | ◄——— 1ˢᵗ dose ———► | | | | | 2ⁿᵈ dose | | | | |
| Varicella⁹ (VAR) | | | | | | | ◄——— 1ˢᵗ dose ———► | | | | | 2ⁿᵈ dose | | | | |
| Hepatitis A¹⁰ (HepA) | | | | | | | ◄— 2-dose series, See footnote 10 —► | | | | | | | | | |
| Meningococcal¹¹ (Hib-MenCY ≥ 6 weeks; MenACWY-D ≥9 mos; MenACWY-CRM ≥ 2 mos) | | | | | | See footnote 11 | | | | | | | | 1ˢᵗ dose | | ◄► |
| Tetanus, diphtheria, & acellular pertussis¹² (Tdap: ≥7 yrs) | | | | | | | | | | | | | | (Tdap) | | |
| Human papillomavirus¹³ (2vHPV: females only; 4vHPV, 9vHPV: males and females) | | | | | | | | | | | | | | (3-dose series) See footnote 11 | | |
| Meningococcal B¹¹ | | | | | | | | | | | | | | See footnote 11 | | |
| Pneumococcal polysaccharide¹⁴ (PPSV23) | | | | | | | | | | | | See footnote 5 | | | | |

| ▢ Range of recommended ages for all children | ▢ Range of recommended ages for catch-up immunization | ▢ Range of recommended ages for certain high-risk groups | ▢ Range of recommended ages for non-high-risk groups that may receive vaccine, subject to individual clinical decision making | ▢ No recommendation |
|---|---|---|---|---|

**NOTE: The above recommendations must be read along with the footnotes of this schedule.**

This schedule includes recommendations in effect as of January 1, 2016. Any dose not administered at the recommended age should be administered at a subsequent visit, when indicated and feasible. The use of a combination vaccine generally is preferred over separate injections of its equivalent component vaccines. Vaccination providers should consult the relevant Advisory Committee on Immunization Practices (ACIP) statement for detailed recommendations, available online at http://www.cdc.gov/vaccines/hcp/acip-recs/index.html. Clinically significant adverse events that follow vaccination should be reported to the Vaccine Adverse Event Reporting System (VAERS) online at (http://www.vaers.hhs.gov) or by telephone (800-822-7967). Suspected cases of vaccine-preventable diseases should be reported to the state or local health department. Additional information, including precautions and contraindications for vaccination, is available from CDC online (http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.html) or by telephone (800-CDC-INFO [800-232-4636]).

This schedule is approved by the Advisory Committee on Immunization Practices (http://www.cdc.gov/vaccines/acip), the American Academy of Pediatrics (http://www.aap.org), the American Academy of Family Physicians (http://www.aafp.org), and the American College of Obstetricians and Gynecologists (http://www.acog.org).

**U.S. life expectancy declines for the first time since 1993**

By Lenny Bernstein December 8, 2016

https://www.washingtonpost.com/national/health-science/us-life-expectancy-declines-for-the-first-time-since-1993/2016/12/07/7dcdc7b4-bc93-11e6-91ee-1adddfe36cbe_story.html?utm_term=.2c3846618916

For the first time in more than two decades, life expectancy for Americans declined last year — a troubling development linked to a panoply of worsening health problems in the United States.

Rising fatalities from heart disease and stroke, diabetes, drug overdoses, accidents and other conditions caused the lower life expectancy revealed in a report released Thursday by the National Center for Health Statistics. In all, death rates rose for eight of the top 10 leading causes of death.

"I think we should be very concerned," said Princeton economist Anne Case, who called for thorough research on the increase in deaths from heart disease, the No. 1 killer in the United States. "This is singular. This doesn't happen."

A year ago, research by Case and Angus Deaton, also an economist at Princeton, brought worldwide attention to the unexpected jump in mortality rates among white middle-aged Americans. That trend was blamed on what are sometimes called diseases of despair: overdoses, alcoholism and suicide. The new report raises the possibility that major illnesses may be eroding prospects for an even wider group of Americans.

Its findings show increases in "virtually every cause of death. It's all ages," said David Weir, director of the health and retirement study at the Institute for Social Research at the University of Michigan. Over the past five years, he noted, improvements in death rates were among the smallest of the past four decades. "There's this just across-the-board [phenomenon] of not doing very well in the United States." Overall, life expectancy fell by one-tenth of a year, from 78.9 in 2014 to 78.8 in 2015, according to the latest data. The last time U.S. life expectancy at birth declined was in 1993, when it dropped from 75.6 to 75.4, according to World Bank data.

The overall death rate rose 1.2 percent in 2015, its first uptick since 1999. More than 2.7 million people died, about 45 percent of them from heart disease or cancer.

Experts cautioned against interpreting too much from a single year of data; the numbers could reverse themselves next year, they said.

"This is unusual, and we don't know what happened," said Jiaquan Xu, an epidemiologist and lead author of the study. "So many leading causes of death increased."

The report's lone bright spot was a drop in the death rate from cancer, probably because fewer people are smoking, the disease is being detected earlier and new treatments have been developed recently, experts said.

The largest rate jump for any cause of death was for Alzheimer's disease, which went from 25.4 to 29.4 deaths per 100,000 people. But several experts attributed that to greater reporting of the disease as a cause of death, not by any huge growth in the number of people who died.

Death rates rose for white men, white women and black men. They stayed essentially even for black women and Hispanic men and women. "It's just confirming this deterioration in survival for certain groups," said Ellen Meara, a professor at the Dartmouth Institute for Health Policy and Clinical Practice. She wonders what factors might be protecting Hispanic men and women from the negative trend.

According to the new report, males could expect to live 76.3 years at birth last year, down from 76.5 in 2014. Females could expect to live to 81.2 years, down from 81.3 the previous year.

Case: 16-30918 Document: 00513859887 Page: 5 Date Filed: 02/01/2017

Life expectancy at age 65 did not fall, another indication that the diseases behind the lower life expectancy occur in middle age or younger. At 65, men can expect to live 18 more years, while women survive an average of 20.6 more years, the data shows. Infant mortality rose slightly, according to the report, but the difference was not considered statistically significant.

Heart disease was responsible for more than 633,000 deaths in 2015, up from a little more than 614,000 the previous year. Cancer killed more than 595,000 people.

"We're seeing the ramifications of the increase in obesity," said Tom Frieden, director of the Centers for Disease Control and Prevention. "And we're seeing that in an increase in heart disease."

The number of unintentional injuries — which include overdoses from drugs, alcohol and other chemicals, as well as motor vehicle crashes and other accidents — climbed to more than 146,000 in 2015 from slightly more than 136,000 in 2014. Public health authorities have been grappling with an epidemic of overdoses from prescription narcotics, heroin and fentanyl in recent years. Xu said overdose statistics were not yet ready to be released to the public.

<u>Deaths from suicide, the 10th-leading cause of death in the United States, rose to 44,193 from 42,773 in 2014.</u>

Several experts pointed out that other Western nations are not seeing similar rises in mortality, suggesting an urgency to determine what is unique about health, health care and socioeconomic conditions in the United States.

"Mortality rates in middle age have totally flat-lined in the U.S. for people in their 30s and 40s and 50s, or have been increasing," Case said. "What we really need to do is find out why we have stopped making progress against heart disease. And I don't have the answer to that."

Meara noted that more people need better health care but that "the health-care system is only a part of health." Income inequality, nutrition differences and lingering unemployment all need to be addressed, she said.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL DOCKET NO. 2:10-cr-00204

v.                                                 SECTION: N

KENNETH BOWEN                                      VIOLATIONS: 18 U.S.C.
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

### Informative Pleading
### Immunization Schedule

Attached pleading and immunization schedule filed with the 5th Circuit.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                          MDL No. 2179
"Deepwater Horizon" in the Gulf                                    SECTION: J
of Mexico, on April 20, 2010                                          JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                        MAGISTRATE SHUSHAN

Memorandum **15**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
FEB 02 2017
FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum Eight
Latency for the Development of Cancer, Suicide and Alzheimer's

What is the latency period for Alzheimer's? The Katrina Virus directly attacks the immune system(s). The
United States Government is responsible for introducing Alzheimer's to the world via chemical warfare
studies.
Use 911 as a case study for what is going to happen on a much grander scale with the Katrina Virus.
They are not even addressing the Alzheimer's issue publicly.
*How could 58 cancers in 14 categories come out of a building?* Why did those same 58 cancers not
come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare
facilities and labs?
*The major problem is the latency of the cancers. The time it takes for the illness to develop following
exposure.*
http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-
911-terror-attacks
Page 1 of 2 11/09/2012 07:07 AM
**US adds cancer to list of illnesses linked to 9/11 terror attacks**
*By NBC News and wire services*
*September 11, 2012, 6:02 am NBCNews.com*
Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list
of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people
living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health
approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and
Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the
ruling is published in the Federal Register.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. January 31st, 2017.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        CRIMINAL DOCKET NO. 2:10-cr-00204

         **v.**                 SECTION: N

KENNETH BOWEN               VIOLATIONS: 18 U.S.C.
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

### Informative Pleading
### Latency for the Development of Cancer, Suicide and Alzheimer's

Attached pleading filed with the 5th Circuit.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE
I hereby certify that on January 31st, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

PENSACOLA FL 325

31 JAN 2017 PM 2 L

Clerk
5th Circuit
600 S. Maestri Pl.
New Orleans, LA 76130-3408

Christejiso
Doc 9063
Miramar Beach, FL
32550

70130-340899

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                          MDL No. 2179
"Deepwater Horizon" in the Gulf                                  SECTION: J
of Mexico, on April 20, 2010                                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                     MAGISTRATE SHUSHAN

Memorandum **16**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Nine
Fact About Tax Credit for BP

BP is receiving tax credits for every dollar that they pay into the settlement, for all expenses and attorney fees. It is a dollar for dollar tax credit that can be used against profits over the next couple of decades. The United Kingdom will cover any shortfall.

This means the American Taxpayers are paying for the settlement.

This also means that Federal Judges are paying their hard-earned dollars via taxes to BP so that BP can pay the settlement, expenses and attorney fees.

The BP attorneys could always file affidavits stating that I am wrong.

Godspeed
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. February 1st, 2017.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
FEB 03 2017
FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
in re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum Ten
BP Waived Their Right to File a Response

BP has failed to file a response, therefore waving their right to do so. The appeal was initially accepted on August 24th, 2016. (Why did BP not ask for clarification?)

I mean no disrespect to the court but BP sent me a Joint Designation yesterday that was 38 pages of "mumbo jumbo" designed to mislead the court. I reached out to BP as soon as I received the Clerk's order on January 19th, 2017 referencing a Joint Designation. All I asked for was the Settlement Agreement and my court pleadings filed in District Court (EDLA) and the Appellate Court (5th Circuit) to be designated for the record. BP never filed a response in either court thus waiving their right to do so.

BP sent me the proposal yesterday afternoon (01/31/17) at 4:48 PM knowing that the joint designation was due today (02/01/17) or at the latest tomorrow. I would not have received the proposal if it were not for the fact that yesterday morning at 7:30 AM (01/31/17) the 5th Circuit requested the electronic record for the District Court. In my opinion the request by the 5th Circuit makes the Order for Joint Designation moot.

In the interest of justice and to save judicial resources please accept my designation.

It must be strenuously pointed out that the BP attorneys never filed affidavits stating that I was wrong about the US Navy causing the explosion and the release of the chemical warfare contaminates (Katrina Virus). The entire settlement agreement needs to be voided. The truth must prevail.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. February 1st, 2017.

IF I HAD PREVAILED GERY BLEVINS WOULD HAVE RECEIVED ADVANCED MEDICAL SCREENINGS WHICH COULD HAVE DETECTED THE PANCREATIC CANCER THAT HE NOW HAS. THIS EARLY DETECTION WOULD HAVE SAVED GARY'S LIFE OR SUBSTANTIAL INCREASED HIS CHANCES. GARY'S FAMILY WOULD HAVE RECEIVED THOSE SAME ADVANCED SCREENINGS. THIS WILL BECOME EVEN MORE IMPORTANT FOR HIS CHILDREN AS THEY AGE. THE KATRINA VIRUS TRIGGERED THE DORMANT PANCREATIC CANCER GENE IN GARY THUSE MAKING HIS CHILDREN HIGHLY SUSEPTABLE TO PANCREATIC CANCER BECAUSE THEY CARRY THE SAME GENE. OUR GOVERNMENT MUST DISCLOSE THE TRUTH ABOUT WHAT TOOK PLACE IN NEW ORLEANS DURING HURRICANE KATRINA.

Gary and his family live in Memphis which was in the direct path of Hurricane Katrina. Chemical Warfare Contaminates were released into the environment during Hurricane Katrina. Our government was negligent. Hurricane Katrina was the perfect incubator and transporter because it had high temperatures, high humidity and a high distribution of solids.

Mark Daige also lives in Memphis and he developed prostate cancer when he was in his forties. Mark survived but what about his son? His son should already be receiving advanced medical screenings. Gary and Mark did not live a life style that placed them into any risk group for cancers and in fact they lived a very pristine life style.

https://en.wikipedia.org/wiki/Pancreatic_cancer
Pancreatic cancer rarely occurs before the age of 40, and more than half of cases of pancreatic adenocarcinoma occur in those over 70.[4] Risk factors for pancreatic cancer include tobacco smoking, obesity, diabetes, and certain rare genetic conditions.[4] About 25% of cases are linked to smoking,[6] and 5–10% are linked to inherited genes.[4] Pancreatic cancer is usually diagnosed by a combination of medical imaging techniques such as ultrasound or computed tomography, blood tests, and examination of tissue samples (biopsy).[6][7] The disease is divided into stages, from early (stage I) to late (stage IV).[5] Screening the general population has not been found to be effective.[8] The risk of developing pancreatic cancer is lower among non-smokers, and people who maintain a healthy weight and limit their consumption of red or processed meat. [9]

Please read the following article very carefully. This is Federal Desensitizing Propaganda at its worst or best if you are the government. Life expectancy was the same for 2013, 2014 and 2015 and decreased for 2016. This is a nuclear red flag and a direct result of Americans being infected with the Katrina Virus. The three major factors driving the decrease in life expectancies are preventable. Pneumonia & Influenza, Alzheimer's and Suicide deaths are all preventable and directly connected to the degradation of our immune system(s). Early screening will save millions thus Obamacare was enacted. The problem was that it was not done with full disclosure.

Our government was working on the perfect military weapon in New Orleans. This weapon was a suicide weapon which was organic, easy to disperse and dissipated in five days with the result being the opposing army committing suicide. Our government was also working on a cancer weapon. This weapon triggered cancer genes.

Last week the United States went epidemic for Pneumonia & Influenza deaths and not one major news organizations covered the story.

https://www.cdc.gov/flu/weekly/index.htm
Pneumonia and Influenza (P&I) Mortality Surveillance:
Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 26, 2017, 7.4% of the deaths occurring during the week ending January 7, 2017 (week 1) were due to P&I. This percentage is above the epidemic threshold of 7.3% for week 1.

**U.S. life expectancy declines for the first time since 1993** By Lenny Bernstein December 8, 2016
https://www.washingtonpost.com/national/health-science/us-life-expectancy-declines-for-the-first-
time-since-1993/2016/12/07/7dcdc7b4-bc93-11e6-91ee-
1adddfe36cbe_story.html?utm_term=.2c3846618916

For the first time in more than two decades, life expectancy for Americans declined last year — a
troubling development linked to a panoply of worsening health problems in the United States.
Rising fatalities from heart disease and stroke, diabetes, drug overdoses, accidents and other conditions
caused the lower life expectancy revealed in a report released Thursday by the National Center for
Health Statistics. **In all, death rates rose for eight of the top 10 leading causes of death.**

"I think we should be very concerned," said Princeton economist Anne Case, who called for thorough
research on the increase in deaths from heart disease, the No. 1 killer in the United States. "This is
singular. This doesn't happen."

A year ago, research by Case and Angus Deaton, also an economist at Princeton, brought worldwide
attention to the unexpected jump in mortality rates among white middle-aged Americans. That trend
was blamed on what are sometimes called diseases of despair: overdoses, alcoholism and suicide. The
new report raises the possibility that major illnesses may be eroding prospects for an even wider group
of Americans.

**Its findings show increases in "virtually every cause of death. It's all ages,"** said David Weir, director of
the health and retirement study at the Institute for Social Research at the University of Michigan. Over
the past five years, he noted, improvements in death rates were among the smallest of the past four
decades. "There's this just across-the-board [phenomenon] of not doing very well in the United States."
Overall, life expectancy fell by one-tenth of a year, from 78.9 in 2014 to 78.8 in 2015, according to the
latest data. The last time U.S. life expectancy at birth declined was in 1993, when it dropped from 75.6
to 75.4, according to World Bank data.

**The overall death rate rose 1.2 percent in 2015, its first upttick since 1999. More than 2.7 million
people died, about 45 percent of them from heart disease or cancer.**

Experts cautioned against interpreting too much from a single year of data; the numbers could reverse
themselves next year, they said.

"This is unusual, and we don't know what happened," said Jiaquan Xu, an epidemiologist and lead
author of the study. "So many leading causes of death increased."

The report's lone bright spot was a drop in the death rate from cancer, probably because fewer people
are smoking, the disease is being detected earlier and new treatments have been developed recently,
experts said.

**The largest rate jump for any cause of death was for Alzheimer's disease, which went from 25.4 to
29.4 deaths per 100,000 people.** But several experts attributed that to greater reporting of the disease
as a cause of death, not by any huge growth in the number of people who died.

Death rates rose for white men, white women and black men. They stayed essentially even for black
women and Hispanic men and women. "It's just confirming this deterioration in survival for certain
groups," said Ellen Meara, a professor at the Dartmouth Institute for Health Policy and Clinical Practice.
She wonders what factors might be protecting Hispanic men and women from the negative trend.

According to the new report, males could expect to live 76.3 years at birth last year, down from 76.5 in
2014. Females could expect to live to 81.2 years, down from 81.3 the previous year.

Life expectancy at age 65 did not fall, another indication that the diseases behind the lower life
expectancy occur in middle age or younger. At 65, men can expect to live 18 more years, while women

survive an average of 20.6 more years, the data shows. Infant mortality rose slightly, according to the report, but the difference was not considered statistically significant.

Heart disease was responsible for more than 633,000 deaths in 2015, up from a little more than 614,000 the previous year. Cancer killed more than 595,000 people.

"We're seeing the ramifications of the increase in obesity," said Tom Frieden, director of the Centers for Disease Control and Prevention. "And we're seeing that in an increase in heart disease."

The number of unintentional injuries — which include overdoses from drugs, alcohol and other chemicals, as well as motor vehicle crashes and other accidents — climbed to more than 146,000 in 2015 from slightly more than 136,000 in 2014. Public health authorities have been grappling with an epidemic of overdoses from prescription narcotics, heroin and fentanyl in recent years. Xu said overdose statistics were not yet ready to be released to the public.

Deaths from suicide, the 10th-leading cause of death in the United States, rose to 44,193 from 42,773 in 2014.

Several experts pointed out that other Western nations are not seeing similar rises in mortality, suggesting an urgency to determine what is unique about health, health care and socioeconomic conditions in the United States.

"Mortality rates in middle age have totally flat-lined in the U.S. for people in their 30s and 40s and 50s, or have been increasing," Case said. "What we really need to do is find out why we have stopped making progress against heart disease. And I don't have the answer to that."

Meara noted that more people need better health care but that "the health-care system is only a part of health." Income inequality, nutrition differences and lingering unemployment all need to be addressed, she said.

*[How could 58 cancers in 14 categories come out of a building? Why did those same 58 cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs? The major problem is the latency of the cancers. The time it takes for the illness to develop following exposure.]*

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks Page 1 of 2 11/09/2012 07:07 AM

US adds cancer to list of illnesses linked to 9/11 terror attacks *By NBC News and wire services September 11, 2012, 6:02 am NBCNews.com*

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

Christenson
Box 9063
Mc LA MANE BEACH, FL
32550

PENSACOLA FL 325

01 FEB 2017 PM 1 L

Clerk
5th Circuit
600 S. maestri PL
New Orleans LA
70130-3408

70130-340899

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                      MDL No. 2179
"Deepwater Horizon" in the Gulf                                     SECTION: J
of Mexico, on April 20, 2010                                        JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                           MAGISTRATE SHUSHAN

Memorandum **17**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                                                16-30918
"Deepwater Horizon" in the Gulf                                                      3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Eleven
Eastern District of Louisiana District Court Censors Me and Harms Mankind

See attached letters to Chief Judge Kurt Engelhardt and the returns pleadings that I filed concerning the
upcoming Danziger hearing concerning the criminal prosecutor misconduct.

The letter and pleadings speak for themselves.

All of this is connected to the negligent release of the Katrina Virus.

Godspeed
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. February 4th, 2017.



Judge Kurt Engelhardt,

I knew justice would be served when you said the following:

"Using liars lying to convict liars is no way to pursue justice."

I knew that it might take some time but that justice would prevail. What happened to you was insidious and you could have walked away at any time. Your friends, coworkers, officers of the court, law enforcement, etc. lied to you.

The problem with the lies is that they affected national events. I am sure you could not have predicted that Thomas Perez as Labor Secretary was in line to be President. He was a finalist to be Clinton's VP. How could a man so morally and ethically bankrupt be a heartbeat away from the Presidency?

The nightmare does not end here. What happened in New Orleans during Hurricane Katrina will impact the United States and the world. What happened in New Orleans will accelerate the demise of Mankind and it might be too late.

Pneumonia and Influenza deaths went epidemic in January and not one media organization reported on it. 7.4 % of the people that died the first week of January died from Pneumonia and Influenza. Yesterday the CDC did not report Pneumonia and Influenza deaths. The CDC reported everything else on the Flu View report but that. Please remember that Pneumonia and Influenza can be prevented just like suicide and Alzheimer's with a strong immune system(s). The Katrina Virus has accelerated the destruction of our immune system(s).

https://www.cdc.gov/flu/weekly/index.htm
Synopsis:
During week 4 (January 22-28, 2017), influenza activity increased in the United States.
1. Viral Surveillance: The most frequently identified influenza virus subtype reported by public health laboratories during week 4 was influenza A (H3). The percentage of respiratory specimens testing positive for influenza in clinical laboratories increased.
2. Pneumonia and Influenza Mortality: Due to data processing problems, the National Center for Health Statistics (NCHS) mortality surveillance data for the week ending January 14, 2015 (week 2) will not be published this week.
3. Influenza-associated Pediatric Deaths: Seven influenza-associated pediatric deaths were reported.
4. Influenza-associated Hospitalizations: A cumulative rate for the season of 20.3 laboratory-confirmed influenza-associated hospitalizations per 100,000 population was reported.
5. Outpatient Illness Surveillance: The proportion of outpatient visits for influenza-like illness (ILI) was 3.9%, which is above the national baseline of 2.2%. All 10 regions reported ILI at or above their region-specific baseline levels. New York City and 15 states experienced high ILI activity; Puerto Rico and 11 states experienced moderate ILI activity; 14 states experienced low ILI activity; 10 states experienced minimal ILI activity, and the District of Columbia had insufficient data.

6. **Geographic Spread of Influenza:** The geographic spread of influenza in Puerto Rico and 40 states was reported as widespread; Guam and nine states reported regional activity; the District of Columbia and one state reported local activity; and the U.S. Virgin Islands reported no activity.

I pray that you will release everything and that you will not censor anything.

Please remember that 58 cancers in 14 categories came out of the World Trade Centers per the Federal Government.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

IF I HAD PREVAILED GERY BLEVINS WOULD HAVE RECEIVED ADVANCED MEDICAL SCREENINGS WHICH COULD HAVE DETECTED THE PANCREATIC CANCER THAT HE NOW HAS. THIS EARLY DETECTION WOULD HAVE SAVED GARY'S LIFE OR SUBSTANTIAL INCREASED HIS CHANCES. GARY'S FAMILY WOULD HAVE RECEIVED THOSE SAME ADVANCED SCREENINGS. THIS WILL BECOME EVEN MORE IMPORTANT FOR HIS CHILDREN AS THEY AGE. THE KATRINA VIRUS TRIGGERED THE DORMANT PANCREATIC CANCER GENE IN GARY THUSE MAKING HIS CHILDREN HIGHLY SUSEPTABLE TO PANCREATIC CANCER BECAUSE THEY CARRY THE SAME GENE. OUR GOVERNMENT MUST DISCLOSE THE TRUTH ABOUT WHAT TOOK PLACE IN NEW ORLEANS DURING HURRICANE KATRINA.

Gary and his family live in Memphis which was in the direct path of Hurricane Katrina. Chemical Warfare Contaminates were released into the environment during Hurricane Katrina. Our government was negligent. Hurricane Katrina was the perfect incubator and transporter because it had high temperatures, high humidity and a high distribution of solids.

Mark Daige also lives in Memphis and he developed prostate cancer when he was in his forties. Mark survived but what about his son? His son should already be receiving advanced medical screenings. Gary and Mark did not live a life style that placed them into any risk group for cancers and in fact they lived a very pristine life style.

https://en.wikipedia.org/wiki/Pancreatic_cancer

Pancreatic cancer rarely occurs before the age of 40, and more than half of cases of pancreatic adenocarcinoma occur in those over 70.[4] Risk factors for pancreatic cancer include tobacco smoking, obesity, diabetes, and certain rare genetic conditions.[4] About 25% of cases are linked to smoking,[6] and 5–10% are linked to inherited genes.[4] Pancreatic cancer is usually diagnosed by a combination of medical imaging techniques such as ultrasound or computed tomography, blood tests, and examination of tissue samples (biopsy).[6][7] The disease is divided into stages, from early (stage I) to late (stage IV).[5] Screening the general population has not been found to be effective.[8] The risk of developing pancreatic cancer is lower among non-smokers, and people who maintain a healthy weight and limit their consumption of red or processed meat. [9]

Please read the following article very carefully. This is Federal Desensitizing Propaganda at its worst or best if you are the government. Life expectancy was the same for 2013, 2014 and 2015 and decreased for 2016. This is a nuclear red flag and a direct result of Americans being infected with the Katrina Virus. The three major factors driving the decrease in life expectancies are preventable. Pneumonia & Influenza, Alzheimer's and Suicide deaths are all preventable and directly connected to the degradation of our immune system(s). Early screening will save millions thus Obamacare was enacted. The problem was that it was not done with full disclosure.

Our government was working on the perfect military weapon in New Orleans. This weapon was a suicide weapon which was organic, easy to disperse and dissipated in five days with the result being the opposing army committing suicide. Our government was also working on a cancer weapon. This weapon triggered cancer genes.

Last week the United States went epidemic for Pneumonia & Influenza deaths and not one major news organizations covered the story.

https://www.cdc.gov/flu/weekly/index.htm

Pneumonia and Influenza (P&I) Mortality Surveillance:

Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 26, 2017, 7.4% of the deaths occurring during the week ending January 7, 2017 (week 1) were due to P&I. This percentage is above the epidemic threshold of 7.3% for week 1.

**U.S. life expectancy declines for the first time since 1993** By Lenny Bernstein December 8, 2016
https://www.washingtonpost.com/national/health-science/us-life-expectancy-declines-for-the-first-time-since-1993/2016/12/07/7dcdc7b4-bc93-11e6-91ee-1adddfe36cbe_story.html?utm_term=.2c3846618916

For the first time in more than two decades, life expectancy for Americans declined last year — a troubling development linked to a panoply of worsening health problems in the United States.

Rising fatalities from heart disease and stroke, diabetes, drug overdoses, accidents and other conditions caused the lower life expectancy revealed in a report released Thursday by the National Center for Health Statistics. **In all, death rates rose for eight of the top 10 leading causes of death.**

"I think we should be very concerned," said Princeton economist Anne Case, who called for thorough research on the increase in deaths from heart disease, the No. 1 killer in the United States. "This is singular. This doesn't happen."

A year ago, research by Case and Angus Deaton, also an economist at Princeton, brought worldwide attention to the unexpected jump in mortality rates among white middle-aged Americans. That trend was blamed on what are sometimes called diseases of despair: overdoses, alcoholism and suicide. The new report raises the possibility that major illnesses may be eroding prospects for an even wider group of Americans.

**Its findings show increases in "virtually every cause of death. It's all ages,"** said David Weir, director of the health and retirement study at the Institute for Social Research at the University of Michigan. Over the past five years, he noted, improvements in death rates were among the smallest of the past four decades. "There's this just across-the-board [phenomenon] of not doing very well in the United States."

Overall, life expectancy fell by one-tenth of a year, from 78.9 in 2014 to 78.8 in 2015, according to the latest data. The last time U.S. life expectancy at birth declined was in 1993, when it dropped from 75.6 to 75.4, according to World Bank data.

**The overall death rate rose 1.2 percent in 2015, its first uptick since 1999. More than 2.7 million people died, about 45 percent of them from heart disease or cancer.**

Experts cautioned against interpreting too much from a single year of data; the numbers could reverse themselves next year, they said.

"This is unusual, and we don't know what happened," said Jiaquan Xu, an epidemiologist and lead author of the study. "So many leading causes of death increased."

The report's lone bright spot was a drop in the death rate from cancer, probably because fewer people are smoking, the disease is being detected earlier and new treatments have been developed recently, experts said.

**The largest rate jump for any cause of death was for Alzheimer's disease, which went from 25.4 to 29.4 deaths per 100,000 people.** But several experts attributed that to greater reporting of the disease as a cause of death, not by any huge growth in the number of people who died.

Death rates rose for white men, white women and black men. They stayed essentially even for black women and Hispanic men and women. "It's just confirming this deterioration in survival for certain groups," said Ellen Meara, a professor at the Dartmouth Institute for Health Policy and Clinical Practice. She wonders what factors might be protecting Hispanic men and women from the negative trend.

According to the new report, males could expect to live 76.3 years at birth last year, down from 76.5 in 2014. Females could expect to live to 81.2 years, down from 81.3 the previous year.

Life expectancy at age 65 did not fall, another indication that the diseases behind the lower life expectancy occur in middle age or younger. At 65, men can expect to live 18 more years, while women

survive an average of 20.6 more years, the data shows. Infant mortality rose slightly, according to the report, but the difference was not considered statistically significant.

Heart disease was responsible for more than 633,000 deaths in 2015, up from a little more than 614,000 the previous year. Cancer killed more than 595,000 people.

"We're seeing the ramifications of the increase in obesity," said Tom Frieden, director of the Centers for Disease Control and Prevention. "And we're seeing that in an increase in heart disease."

The number of unintentional injuries — which include overdoses from drugs, alcohol and other chemicals, as well as motor vehicle crashes and other accidents — climbed to more than 146,000 in 2015 from slightly more than 136,000 in 2014. Public health authorities have been grappling with an epidemic of overdoses from prescription narcotics, heroin and fentanyl in recent years. Xu said overdose statistics were not yet ready to be released to the public.

Deaths from suicide, the 10th-leading cause of death in the United States, rose to 44,193 from 42,773 in 2014.

Several experts pointed out that other Western nations are not seeing similar rises in mortality, suggesting an urgency to determine what is unique about health, health care and socioeconomic conditions in the United States.

"Mortality rates in middle age have totally flat-lined in the U.S. for people in their 30s and 40s and 50s, or have been increasing," Case said. "What we really need to do is find out why we have stopped making progress against heart disease. And I don't have the answer to that."

Meara noted that more people need better health care but that "the health-care system is only a part of health." Income inequality, nutrition differences and lingering unemployment all need to be addressed, she said.

*[How could 58 cancers in 14 categories come out of a building? Why did those same 58 cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs? The major problem is the latency of the cancers. The time it takes for the illness to develop following exposure.]*

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks Page 1 of 2 11/09/2012 07:07 AM

US adds cancer to list of illnesses linked to 9/11 terror attacks *By NBC News and wire services* September 11, 2012, 6:02 am NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

February 1, 2017

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550

**SUBJECT:** **Your Recent Document, 10-204, N (1)**

Dear Mr. Christenson:

We were returning your Motion For Access, Motion To Join, Informative Pleading and Immunization Schedule in accordance with Judge Engelhardt's November 4th , 2013 Order and Reasons denying your Motions To Intervene, a copy of which is attached.

With kind regards,  I am

Sincerely,

Pro Se Unit
Enclosure

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | |
| KENNETH BOWEN | NO. 10-204 |
| ROBERT GISEVIUS | |
| ROBERT FAULCON | |
| ANTHONY VILLAVASO | |
| ARTHUR KAUFMAN | |
| GERARD DUGUE | SECTION "N" (1) |

## ORDER AND REASONS

On November 1, 2013, the Court ordered that motions filed by The Times-Picayune, L.L.C., and The Associated Press, seeking access to all sealed and undocketed written filings, other submissions by the parties, transcripts, and any future hearings and other events, in this case (see Rec. Docs. 1126-2 and 1129-2) be granted in part and denied in part. See Rec. Doc. 1179. Now presently before the Court are seven motions to intervene filed by David Christensen (Rec. Docs. 1138, 1147, 1150, 1152, 1158, 1169, 1177, and 1178). The Court's November 1, 2013 Order and Reasons (Rec. Doc. 1179) determined which additional documents submitted in this matter should presently be made part of the publicly available record. Given that ruling, IT IS ORDERED that Mr. Christensen's motions to intervene are DENIED. Additionally, given the unnecessarily duplicative and repetitive nature of his requests, IT IS FURTHER ORDERED that Mr. Christensen immediately cease filing such motions.

New Orleans, Louisiana, this 4th day of November 2013.

**KURT D. ENGELHARDT**
**United States District Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL DOCKET NO. 2:10-cr-00204

v.                                          SECTION: N

KENNETH BOWEN                               VIOLATIONS: 18 U.S.C.
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

## Motion for Access

David Andrew Christenson respectfully files this "Motion for Access" on behalf of the American People and himself and urges the granting of this Motion.

Please incorporate the following pleadings into this Motion: Case 2:10-cr-00204-KDE-JVM Document 1407 Filed 01/26/17 Page 1 of 7 and Case 2:10-cr-00204-KDE-JVM Document 1407-1 Filed 01/26/17 Page 1 of 11 filed by the Associated Press and The Times-Picayune.

Supplemental Designation Memorandum Five/Informative Pleading that was filed with the 5th Circuit in Appeal 16-30918 is also attached.

I will appeal this to the Supreme Court if the American People are denied justice.

Sincerely filed
In Proper Person

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

### Supplemental Designation Memorandum Five
### Informative Pleading

Please reference the attached "Motion to Join" and "Motion for Access" in the Danziger Bridge criminal case.

I will appeal this all the way to the Supreme Court if the American People and myself are denied justice. This is pure criminal censorship of the First Amendment.

Godspeed
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

KENNETH BOWEN
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

CRIMINAL DOCKET NO. 2:10-cr-00204

SECTION: N

VIOLATIONS: 18 U.S.C.

### Motion to Join

David Andrew Christenson respectfully re-files this "Motion to Join" on behalf of the American People and himself and re-urges the granting of this Motion.

Please incorporate the following pleadings into this Motion: Case 2:10-cr-00204-KDE-JVM Document 1407 Filed 01/26/17 Page 1 of 7 and Case 2:10-cr-00204-KDE-JVM Document 1407-1 Filed 01/26/17 Page 1 of 11filed by the Associated Press and The Times-Picayune.

Supplemental Designation Memorandum Five/Informative Pleading that was filed with the 5th Circuit in Appeal 16-30918 is also attached.

I will appeal this to the Supreme Court if the American People are denied justice.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                16-30918
"Deepwater Horizon" in the Gulf                               3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Five
Informative Pleading

Please reference the attached "Motion to Join" and "Motion for Access" in the Danziger Bridge criminal
case.

I will appeal this all the way to the Supreme Court if the American People and myself are denied justice.
This is pure criminal censorship of the First Amendment.

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    CRIMINAL DOCKET NO. 2:10-cr-00204

         **v.**                          SECTION: N

KENNETH BOWEN                               VIOLATIONS: 18 U.S.C.
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

**Informative Pleading**

Attached pleading filed with the 5ᵗʰ Circuit.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

**CERTIFICATE OF SERVICE**
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

TENDERED FOR FILING

FEB - 1 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Six
Informative Pleading

7.4% of the people that died in the United States the First week of January 2017 died from Pneumonia
and Influenza (P&I). The epidemic level established by the Center for Disease Control and Prevention
(CDC) was set at 7.3%. We are at epidemic levels and not one major news organization covered the
Genocide. Pneumonia and Influenza (P&I) is preventable.

Weekly U.S. Influenza Surveillance Report
https://www.cdc.gov/flu/weekly/index.htm
2016-2017 Influenza Season Week 3 ending January 21, 2017
Pneumonia and Influenza (P&I) Mortality Surveillance:
Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January
26, 2017, 7.4% of the deaths occurring during the week ending January 7, 2017 (week 1) were due to
P&I. This percentage is above the epidemic threshold of 7.3% for week 1. 33% of the Americans above
the age of 50 that died in the United States that week died from Pneumonia/Influenza, Suicide,
Alzheimer's/Dementia and all are preventable!!!

Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has
destroyed our immune system(s). The Katrina Virus is a compilation term. The cure is an anti-social
norm, an anti-way of thinking which would be uncensored. We must drastically change our way of
thinking and the way to do this is by exposing the truth. Maybe a better term is the "Katrina Anti-Social
Norm". Our failing to change will result in our suicide. Mankind is killing himself because he won't
embrace an Anti-Social Norm.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

KENNETH BOWEN
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE

CRIMINAL DOCKET NO. 2:10-cr-00204

SECTION: N

VIOLATIONS: 18 U.S.C.

Informative Pleading
Immunization Schedule

Attached pleading and immunization schedule filed with the 5ᵗʰ Circuit.

Sincerely filed,
In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 27th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

TENDERED FOR FILING

FEB - 1 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Designation Memorandum Seven
Immunization Schedule

Please review the attached Immunization schedule and Washington Post article on "U.S. life expectancy declines for the first time since 1993"

For Americans to save themselves and Mankind they must have the truth.

The world's smartest man, Theoretical physicist Stephen Hawking, has stated: "GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind.

The Katrina Virus (a compilation term for the chemical warfare contaminates that were stored in New Orleans.) was negligently released during Hurricane Katrina. This release and the accompanying release during the BP Oil Spill has accelerated the demise of Mankind.

Survival was Mankind's number one instinct but that is no longer true. Suicide is now a life choice. Our government was working on the perfect military weapon in New Orleans. That weapon was organic, easy to disperse and dissipated in five days with the result being the opposing army committing suicide. It attacked the immune system(s) which defends us. Veterans have the highest suicide rate in the world.

Our government uses "Federal Desensitizing Propaganda" to make us immune to the Genocide of Mankind. Our government censor's individuals such as myself who are trying to bring the truth to the light of day.

We have irreparable damaged our immune system(s) with the result being the end of Mankind on October 12th, 2050. This is not a prediction or prophecy but a mathematical certainty. Do the math.

The meaning of the term, Katrina Virus, has evolved to include all vaccinations/immunizations, environmental factors, diet, etc. that are destroying Mankind's immune system(s). The cure is an anti-social norm, an anti-way of thinking which would be uncensored. We must drastically change our way of thinking and the way to do this is by exposing the truth. Maybe a better term is the "Katrina Anti-Social Norm". We must embrace the "Katrina Anti-Social Norm" and honor the Constitution and the First Amendment.

Our survival depends on a robust immune system(s) and not a degraded one.

Our immune system(s) is weakest when we are born and when we die. Look at the number of immunizations that our children are given before they are 18 months old. Did you have those same immunizations? We are destroying Mankind for the short run. Our government immunizes us at the worst possible times of lives.

A very important point about the Washington Post article. If you remove legal and illegal immigrants who have arrived in the last thirty years, life expectancies drop by two years. Immigrants have not been vaccinated like Americans.

Alzheimer's is spreading and increasing affecting younger people. The more immunizations a person has had will determine when they develop Alzheimer's. Children from today will develop Alzheimer's in their late forties. For discussion purposes, there must come a time when we classify someone with Alzheimer's as being dead. We must get an accurate life expectancy range to see the horrors that we are going to experience.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 27th, 2017.

**Figure 1. Recommended immunization schedule for persons aged 0 through 18 years – United States, 2016.**

(FOR THOSE WHO FALL BEHIND OR START LATE, SEE THE CATCH-UP SCHEDULE [FIGURE 2]).

These recommendations must be read with the footnotes that follow. For those who fall behind or start late, provide catch-up vaccination at the earliest opportunity as indicated by the green bars in Figure 1. To determine minimum intervals between doses, see the catch-up schedule [Figure 2]. School entry and adolescent vaccine age groups are shaded.

| Vaccine | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 9 mos | 12 mos | 15 mos | 18 mos | 19-23 mos | 2-3 yrs | 4-6 yrs | 7-10 yrs | 11-12 yrs | 13-15 yrs | 16-18 yrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B¹ (HepB) | 1ˢᵗ dose | ← 2ⁿᵈ dose → | | | | ← 3ʳᵈ dose → | | | | | | | | | | |
| Rotavirus² (RV) RV1 (2-dose series); RV5 (3-dose series) | | | 1ˢᵗ dose | 2ⁿᵈ dose | See footnote 2 | | | | | | | | | | | |
| Diphtheria, tetanus, & acellular pertussis³ (DTaP: <7 yrs) | | | 1ˢᵗ dose | 2ⁿᵈ dose | 3ʳᵈ dose | | | ← 4ᵗʰ dose → | | | | 5ᵗʰ dose | | | | |
| Haemophilus influenzae type b⁴ (Hib) | | | 1ˢᵗ dose | 2ⁿᵈ dose | See footnote 4 | | ← 3ʳᵈ or 4ᵗʰ dose, See footnote 4 → | | | | | | | | | |
| Pneumococcal conjugate⁵ (PCV13) | | | 1ˢᵗ dose | 2ⁿᵈ dose | 3ʳᵈ dose | | ← 4ᵗʰ dose → | | | | | | | | | |
| Inactivated poliovirus⁶ (IPV: <18 yrs) | | | 1ˢᵗ dose | 2ⁿᵈ dose | | | ← 3ʳᵈ dose → | | | | | 4ᵗʰ dose | | | | |
| Influenza⁷ (IIV; LAIV) | | | | | | | Annual vaccination (IIV only) 1 or 2 doses | | | | Annual vaccination (LAIV or IIV) 1 or 2 doses | | | Annual vaccination (LAIV or IIV) 1 dose only | | |
| Measles, mumps, rubella⁸ (MMR) | | | | | See footnote 8 | | ← 1ˢᵗ dose → | | | | | 2ⁿᵈ dose | | | | |
| Varicella⁹ (VAR) | | | | | | | ← 1ˢᵗ dose → | | | | | 2ⁿᵈ dose | | | | |
| Hepatitis A¹⁰ (HepA) | | | | | | | 2-dose series, See footnote 10 | | | | | | | | | |
| Meningococcal¹¹ (Hib-MenCY ≥ 6 weeks; MenACWY-D ≥9 mos; MenACWY-CRM ≥ 2 mos) | | | | | | | See footnote 11 | | | | | | | 1ˢᵗ dose | | |
| Tetanus, diphtheria, & acellular pertussis¹² (Tdap: ≥7 yrs) | | | | | | | | | | | | | | (Tdap) | | |
| Human papillomavirus¹³ (2vHPV: females only; 4vHPV, 9vHPV: males and females) | | | | | | | | | | | | | | (3-dose series) | | |
| Meningococcal B¹¹ | | | | | | | | | | | | | | See footnote 11 | | |
| Pneumococcal polysaccharide⁵ (PPSV23) | | | | | | | | | | | | | See footnote 5 | | | |

| | | | | |
|---|---|---|---|---|
| ☐ Range of recommended ages for all children | ☐ Range of recommended ages for catch-up immunization | ☐ Range of recommended ages for certain high-risk groups | ☐ Range of recommended ages for non-high-risk groups that may receive vaccine, subject to individual clinical decision making | ☐ No recommendation |

This schedule includes recommendations in effect as of January 1, 2016. Any dose not administered at the recommended age should be administered at a subsequent visit, when indicated and feasible. The use of a combination vaccine generally is preferred over separate injections of its equivalent component vaccines. Vaccination providers should consult the relevant Advisory Committee on Immunization Practices (ACIP) statement for detailed recommendations, available online at http://www.cdc.gov/vaccines/hcp/acip-recs/index.html. Clinically significant adverse events that follow vaccination should be reported to the Vaccine Adverse Event Reporting System (VAERS) online (http://www.vaers.hhs.gov) or by telephone (800-822-7967). Suspected cases of vaccine-preventable diseases should be reported to the state or local health department. Additional information, including precautions and contraindications for vaccination, is available from CDC online (http://www.cdc.gov/vaccines/recs/vac-admin/contraindications.htm) or by telephone (800-CDC-INFO [800-232-4636]).

This schedule is approved by the Advisory Committee on Immunization Practices (http://www.cdc.gov/vaccines/acip), the American Academy of Pediatrics (http://www.aap.org), the American Academy of Family Physicians (http://www.aafp.org), and the American College of Obstetricians and Gynecologists (http://www.acog.org).

NOTE: The above recommendations must be read along with the footnotes of this schedule.

**U.S. life expectancy declines for the first time since 1993**

By Lenny Bernstein December 8, 2016

https://www.washingtonpost.com/national/health-science/us-life-expectancy-declines-for-the-first-time-since-1993/2016/12/07/7dcdc7b4-bc93-11e6-91ee-1adddfe36cbe_story.html?utm_term=.2c3846618916

For the first time in more than two decades, life expectancy for Americans declined last year — a troubling development linked to a panoply of worsening health problems in the United States.

Rising fatalities from heart disease and stroke, diabetes, drug overdoses, accidents and other conditions caused the lower life expectancy revealed in a report released Thursday by the National Center for Health Statistics. In all, death rates rose for eight of the top 10 leading causes of death.

"I think we should be very concerned," said Princeton economist Anne Case, who called for thorough research on the increase in deaths from heart disease, the No. 1 killer in the United States. "This is singular. This doesn't happen."

A year ago, research by Case and Angus Deaton, also an economist at Princeton, brought worldwide attention to the unexpected jump in mortality rates among white middle-aged Americans. That trend was blamed on what are sometimes called diseases of despair: overdoses, alcoholism and suicide. The new report raises the possibility that major illnesses may be eroding prospects for an even wider group of Americans.

Its findings show increases in "virtually every cause of death. It's all ages," said David Weir, director of the health and retirement study at the Institute for Social Research at the University of Michigan. Over the past five years, he noted, improvements in death rates were among the smallest of the past four decades. "There's this just across-the-board [phenomenon] of not doing very well in the United States." Overall, life expectancy fell by one-tenth of a year, from 78.9 in 2014 to 78.8 in 2015, according to the latest data. The last time U.S. life expectancy at birth declined was in 1993, when it dropped from 75.6 to 75.4, according to World Bank data.

The overall death rate rose 1.2 percent in 2015, its first uptick since 1999. More than 2.7 million people died, about 45 percent of them from heart disease or cancer.

Experts cautioned against interpreting too much from a single year of data; the numbers could reverse themselves next year, they said.

"This is unusual, and we don't know what happened," said Jiaquan Xu, an epidemiologist and lead author of the study. "So many leading causes of death increased."

The report's lone bright spot was a drop in the death rate from cancer, probably because fewer people are smoking, the disease is being detected earlier and new treatments have been developed recently, experts said.

The largest rate jump for any cause of death was for Alzheimer's disease, which went from 25.4 to 29.4 deaths per 100,000 people. But several experts attributed that to greater reporting of the disease as a cause of death, not by any huge growth in the number of people who died.

Death rates rose for white men, white women and black men. They stayed essentially even for black women and Hispanic men and women. "It's just confirming this deterioration in survival for certain groups," said Ellen Meara, a professor at the Dartmouth Institute for Health Policy and Clinical Practice. She wonders what factors might be protecting Hispanic men and women from the negative trend.

According to the new report, males could expect to live 76.3 years at birth last year, down from 76.5 in 2014. Females could expect to live to 81.2 years, down from 81.3 the previous year.

Life expectancy at age 65 did not fall, another indication that the diseases behind the lower life expectancy occur in middle age or younger. At 65, men can expect to live 18 more years, while women survive an average of 20.6 more years, the data shows. Infant mortality rose slightly, according to the report, but the difference was not considered statistically significant.

Heart disease was responsible for more than 633,000 deaths in 2015, up from a little more than 614,000 the previous year. Cancer killed more than 595,000 people.

"We're seeing the ramifications of the increase in obesity," said Tom Frieden, director of the Centers for Disease Control and Prevention. "And we're seeing that in an increase in heart disease."

The number of unintentional injuries — which include overdoses from drugs, alcohol and other chemicals, as well as motor vehicle crashes and other accidents — climbed to more than 146,000 in 2015 from slightly more than 136,000 in 2014. Public health authorities have been grappling with an epidemic of overdoses from prescription narcotics, heroin and fentanyl in recent years. Xu said overdose statistics were not yet ready to be released to the public.

Deaths from suicide, the 10th-leading cause of death in the United States, rose to 44,193 from 42,773 in 2014.

Several experts pointed out that other Western nations are not seeing similar rises in mortality, suggesting an urgency to determine what is unique about health, health care and socioeconomic conditions in the United States.

"Mortality rates in middle age have totally flat-lined in the U.S. for people in their 30s and 40s and 50s, or have been increasing," Case said. "What we really need to do is find out why we have stopped making progress against heart disease. And I don't have the answer to that."

Meara noted that more people need better health care but that "the health-care system is only a part of health." Income inequality, nutrition differences and lingering unemployment all need to be addressed, she said.

Christensen
Box 9063
Mia Animal Beach, FL
33550

U.S. POSTAGE
MIAMI BEACH, FL
PAID
FEB 1 2016
AMOUNT
$1.61
R2304D12759-10

Clerk
5th Circuit
600 S. maestri Place
New Orleans, LA
70130-3408

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          MDL No. 2179
"Deepwater Horizon" in the Gulf                          SECTION: J
of Mexico, on April 20, 2010                             JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                MAGISTRATE SHUSHAN

Memorandum **18**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

ADMITTED FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 2:10-md-02179-CJB-DPC    Document 22355    Filed 04/03/17    Page 203 of 276

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Designation Memorandum Twelve
US Attorney Billy Gibbens Commits Genocide Against All Americans

Will the 5th Circuit protect the Genocide of Mankind to the bitter end?

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. February 8th, 2017.



Judge Kurt Engelhardt,

US Attorney Billy Gibbens filed his "DEFENDANT ARTHUR KAUFMAN'S OPPOSITION TO THE ASSOCIATED PRESS AND THE TIMES-PICAYUNE'S RE-URGED MOTION FOR ACCESS" to protect himself and the Department of Justice. Case 2:10-cr-00204-KDE-JVM Document 1408 Filed 02/07/17 Page 1 of 4 EDLA

US Attorney Billy Gibbens illegally represented me and was not authorized to do so. His representation of me predated his representation of Arthur Kaufman. He criminally violated my attorney client privilege. He also gave away all my rights. His illegally representing me was criminal and a conflict of interest.

I am the third party that Gibbens refers to and I will not be harmed. America will benefit if everything is unsealed. Gibbens still has a responsibility to protect me and my interests. His representation of Kaufman harmed me.

Read the attached Memorandum about US Attorney Billy Gibbens and what he did to me. Look at the Non-Domestic Stay Away Order. 74 people are on it. One third are Federal Court Clerks that I do not know and only sent them informative information via email. They did not know they were listed on the order. The Director of the FBI and two US Senators were listed. I only communicated with them via email and they did not know they were listed. The Ozanam Inn is listed. How could a building be listed? It was listed so that I could not go home. Look at the Bond Order and Conditions of Bail. I was kicked out of Louisiana to seek treatment of an unspecified illness. Pay attention to item 9. This is not a requirement for bail and it was designed by the Department of Justice to keep me silent and on bail for a year.

_**I was never charged with a crime nor was I diagnosed with any illness.**_

Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

State of Louisiana
Vs.
David Christenson

Orleans Parish Criminal Court

Magistrate No. 522-477

<center>Memorandum</center>

Reference: Billy Gibbens, Sara Johnson and Schonekas Evans McGoey and McEachin, LLC.

Question directed to Billy Gibbens on March 19th, 2011 by David Christenson, defendant. **Billy, are you working for the Department of Justice?** Silence, dead silence. No response. The meeting ended. David Christenson never retained Billy Gibbens, Sara Johnson or the Schonekas Evans McGoey and McEachin Law firm (Now known as "The Rogue Attorneys"). There was never a verbal, written or implied agreement. The actions of "The Rogue Attorneys" were criminal. Irreparable, devastating and irreversible harm was caused to David Christenson. Billy Gibbens did everything he could to scare and intimate the defendant's wife, 76 year old father from Iowa (he paid the retainer) and brother.

"The Rogue Attorneys" acted without authority. See attachment 1 (A bill), page 1, line 03/18/2011. (Arrested 03/15/2011) David Christenson never authorized this sadistic course of action. There was no "bond reduction hearing" (Judge Marullo). David Christenson spoke with Billy Gibbens for less than 30 seconds that day. This was their first meeting. David Christenson informed Billy Gibbens that he did not have the authority to act on his behalf. The Department of Justice wanted the "psychiatric treatment" so that David Christenson would be discredited. Billy Gibbens was representing the Department of Justice. No sane person would ever authorize such an incrementing and sadistic plan. The $300,000.00 bond was a record for the Orleans Parish Criminal Court for a non-violent, non-domestic and non-drug misdemeanor for which the defendant had not and has not been charged. The bond should have been $10,000.00 or "own recognizance". "The Rogue Attorneys" put a plan in motion without ever meeting with David Christenson, which is confirmed by the bills.

Why was there a "motion to withdraw" hearing? David Christenson had not retained "The Rogue Attorneys". There was no "motion to withdraw" hearing for Meredith Angelo, the public defender. The case was not at issue since no charges had been filed. Why was the hearing held in front of Magistrate Hansen? This seems very odd since Commissioner Cantrell was the presiding court official.

Billy Gibbens and Sara Johnson never asked about what happened. This needs to be repeated: Billy Gibbens and Sara Johnson never asked about the case or the background. In fact they intentionally stayed away from it. A review of their bills will confirm this fact. Their only goal was to have David Christenson committed for a year. They actually put this is writing in a letter to David Christenson. See the bond as well. **David Christenson did not commit a crime!** Why would "The Rogue Attorneys" not care about this fact? Simple, they represented the Department of Justice. Please review the bond and the non-domestic stay away order. "The Rogue Attorneys" gave away all of David Christenson's Constitutional and Civil Rights. 74 people are listed on the non-domestic stay away order. None of them have filed affidavits as is required by law. David Christenson does not know 66 of them. Senators Vitter and Landrieu are listed. Why? Why no Internet? This is a First Amendment Privilege. The DOJ wanted David Christenson to stop his investigation of the Katrina Virus and the resulting Genocide and Murder as well the Federal Cover-Up of the Danziger Bridge Executions.

Sincerely Filed Pro Se by,

David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086

SCHONEKAS, EVANS, McGOEY & McEACHIN, L.L.C.
650 Poydras Street, Suite 2105
New Orleans, LA 70130
Telephone: 504/680-6050
Telecopier: 504/680-6051
Tax ID No. 72-1435549

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td>David Christenson</td><td>04/08/2011</td></tr>
<tr><td>842 Camp Street</td><td>OUR FILE NO:    1013-1971M</td></tr>
<tr><td>New Orleans LA 70130</td><td>Statement No:         1</td></tr>
</table>

State of Louisiana v. Christenson

## FEES

| | | | HOURS | |
|---|---|---|---|---|
| 03/17/2011 | | | | |
| | WPG | telephone conference with Mr. Washington; telephone conference with Mr. Andrew Christenson; research regarding case status; review articles; meet with Mr. Andrew Christenson and Mr. Chris Christenson; meet with Mrs. Christenson; | 3.00 | 720.00 |
| 03/18/2011 | | | | |
| | WPG | meet with Mr. Andrew Christenson, Mr. Chris Christenson and Mrs. Christenson; attend hearing at Criminal District Court; conference with Ms. Mills regarding obtaining psychiatric treatment; travel to Orleans Parish Prison to meet with Mr. David Christenson; locate Mr. David Christenson in court; attend bond reduction hearing; meet with Mr. David Christenson; telephone conference with Mr. Chris Christenson; meet with Mr. Andrew Christenson, Mr. Chris Christenson and Mrs. Christenson; | 5.00 | 1,200.00 |
| | SAJ | locate Mr. Christenson; telephone conference with District Attorney's office; leave message for Assistant District Attorney Bourgeois; | 0.50 | 60.00 |
| | ECM | conference with Mr. Gibbens; locate in-patient treatment center; telephone conference with West Jefferson representative; telephone conference with Ochsner; telephone conference with Oceans Specialty Hospital; telephone conference with River Oaks; telephone conference with Patmetto; telephone conference with Twelve Oaks; further telephone conference with Ms. | | |

STATE OF LOUISIANA      CRIMINAL DISTRICT COURT

VERSUS      PARISH OF ORLEANS

DAVID CHRISTIAN,      MAG. NO. _____
Aka DAVID CHRISTENSON

## O R D E R

IT IS ORDERED that the defendant stay away from the protected persons listed below
until all charges in this matter are concluded by refusal, plea of guilty, trial or dismissal.

Specifically, the defendant is ordered:

- NOT to abuse, harass, stalk, follow or threaten the protected persons listed below,

- NOT to contact the protected persons personally, electronically, by phone, in writing, by email, by text message or through a third party or go within 100 feet of the protected persons,

- NOT to contact the protected persons' families personally, electronically, by phone, in writing, by email, by text message or through a third party,

- NOT to go to the residence or household of the protected persons, the protected persons' schools or the protected persons' place of employment,

Protected Persons:

| | |
|---|---|
| Amanda J Ballay | amanda_ballay@laed.uscourts.gov |
| Andrew Chow | andrew_chow@laed.uscourts.gov |
| Ann Virgadamo | ann_virgadamo@laeb.uscourts.gov |
| Anna Christman | usalso |
| Archbishop Aymond | Catholic 2, Catholic 1 |
| Bobbi Bernstein | Main DOJ |
| Brad Chauvin | |
| Brad Humpheys | brad_humpheys@laed.uscourts.gov |
| Brian Fair (USMS) | |
| Danielle Moore | danielle_moore@laed.uscourts.gov |
| David Vitter | david_vitter@vitter.senate.gov |
| David W Welker | david.welker@ic.fbi.gov |
| Dewayne J Horner | |
| Diana Surprenant | diana_surprenant@laed.uscourts.gov |
| Erin Arnold | erin_arnold@laeb.uscourts.gov |
| Forrest Christian | |
| Gail Chauvin | gail_chauvin@laed.uscourts.gov |
| Gary Schwabe | gary_schwabe@fd.org |
| Genny May | genny.may@usdoj.gov |



| | |
|---|---|
| Geraldine Williams | geraldine_williams@laed.uscourts.gov |
| Glenda Hassan | glenda_hassan@txs.uscourts.gov |
| Glenn Williams | williamsul@adr.org |
| Gwen Hunter | gwen_hunter@laed.uscourts.gov |
| Joel Gheesling | jgheesling@kepplereneakers.com |
| Jadon Bigelow | |
| James Crull | james_crull@laed.uscourts.gov |
| James Letten | james.letten@usdoj.gov |
| Jan Mann | jan.mann@usdoj.gov |
| Jason Bigelow | |
| Jennifer Rogers | jennifer_rogers@laed.uscourts.gov |
| John Clark | john.clark@usdoj.gov |
| Jonathan Zweig | jonathan_zweig@laed.uscourts.gov |
| Joseph Downing | |
| Joseph Escandon | joseph_escandon@laed.uscourts.gov |
| Joseph Lavigne | |
| Julia Evans | USALAE |
| Kelly Bryson | |
| Kelly Sweeney | kelly_sweeney@cob.uscourts.gov |
| Mary Landrieu | senator@landrieu.senate.gov |
| Lexy Butler | lexy_butler@laed.uscourts.gov |
| Linda Kimes | linda_kimes@cob.uscourts.gov |
| Maria Soriano | sorianom@adr.org |
| Marilyn Shraberg | mshraberg@archdiocese-no.org |
| Marvin Opotowsky | marvin.opotowsky@usdoj.gov |
| Michael Milby | michael_milby@tx.uscourts.gov |
| Nancy Swan | nswan342@gmail.com |
| Neil Hurley | OPR |
| Ozanam Inn | inno@bellsouth.net |
| Pam Radosta | pam_radosta@laed.uscourts.gov |
| Pamela Angelette | pamela_angelette@laed.uscourts.gov |
| Pat Scherer | pat_scherer@laed.uscourts.gov |
| Pat Vance | pvance@joneswalker.com |
| Paula F McCants | |
| Ramsey Prather | ramsey_prather@laed.uscourts.gov |
| Rick Windhorst | rick_windhorst@laed.uscourts.gov |
| Robby Walsh | |
| Robert Bergeron | bob@crescenttitle.com |
| Robert Lantz | robert_lantz@cob.uscourts.gov |
| Robert S Mueller III | robert.mueller@ic.fbi.gov |
| Gen. Russel Honore | russel.honore@gmail.com |
| Ruth Leard | ruth_leard@laed.uscourts.gov |
| Shelia Ashabranne | shelia_ashabranne@txs.uscourts.gov |
| Steve Woodring | steve.woodring@drs.la.gov |
| Steven Hartmann | steven.hartman@usdoj.gov |
| Steven P Rayes | srayes@leo.gov |
| Susan Adams | susan_adams@laed.uscourts.gov |
| Thomas Porteous | |
| Traci Munster | traci_munster@laed.uscourts.gov |
| Tracie L Washington | tlwesq@cox.net |
| Victorian Wu | victorian_wu@laed.uscourts.gov |

Virginia Schlueter
Walter Martin
William Alford          alford@law.harvard.edu
Scott Johnson

NEW ORLEANS, LOUISIANA, this the ___ day of _____, 20 __.

                                    _____
                                    Commissioner Harry Cantrell
                                    Criminal District Court, Sec. "M-3"
                                    Parish of Orleans

STATE OF LOUISIANA

VERSUS

*David A. Christenson*
*aka David Christian*

CRIMINAL DISTRICT COURT

PARISH OF ORLEANS

MAG. NO. *412-479*

### NON-DOMESTIC STAY AWAY ORDER

NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, respectfully moves the Court to issue a Non-Domestic Stay Away Order and Notice to Appear. This Order prohibits the defendant *David A Christenson aka David Christian* date of birth *02-21-58* from communicating, directly or indirectly, with the victim, *as listed in OPP* date of birth _____ or the victim's family. Additionally, during the pendency of this Stay Away Order the defendant cannot own or possess a firearm. If the defendant violates this Stay Away Order or any of its provisions, the defendant may be arrested, bond may be revoked, a new bond required, and will be held in contempt of court, facing additional charges. If the Court requires the defendant to make a personal appearance concerning this Order, the defendant will do so promptly. If the defendant does not appear, an Order for Arrest will be issued.

This Stay Away Order remains in effect during the pendency of this case or unless and until lifted by the Judge and a minute entry indicating any such action.

### BY ORDER OF THE COURT

IT IS HEREBY ORDERED that the defendant immediately cease any and all communication with the victim and the victim's family during the pendency of this action and abide by all other terms of this Non-Domestic Stay Away Order.

_____
MAGISTRATE COMMISSIONER

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_, 20_11_.

### DEFENDANT'S ACKNOWLEDGEMENT OF ORDER AND TERMS

UPON MY RELEASE from the Orleans Parish Criminal Sheriff's Office, I *David Christenson aka Christian* do hereby agree to the terms of this Non-Domestic Stay Away Order. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

_____
DEFENDANT

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_, 20_11_.

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

CELL PHONE: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NO. _____

STATE OF LOUISIANA          ORLEANS PARISH CRIMINAL COURT

      VS                      MAGISTRATE NO 522-477

DAVID CHRISTENSON

## BOND ORDER AND CONDITIONS OF BAIL

This matter came upon hearing this date, before this Honorable Court, for a Bond Reduction Hearing. After hearing arguments and evidence the Court hereby orders bond to be reduced to _____ $20,000.00 _____, and that the Defendant, David Christenson is hereby ordered to, and Defendant, David Christenson, hereby agrees and accepts the following Additional Conditions of Release:

1. Defendant is hereby ordered and hereby agrees to follow the orders of the Non-Domestic Stay Away Order signed by this Court and acknowledged and agreed to by Defendant on March 15, 2011 (a Copy of which is attached hereto);

2. Defendant is hereby ordered and hereby agrees to present himself to an in-patient facility for evaluation, and treatment as recommended by said facility on or before March 29, 2011;

3. Defendant is hereby ordered to not have access to the Internet;

4. Defendant is hereby ordered to cause the treatment facility to report Defendant's status and progress to the Court and the District Attorney every two (2) weeks and upon release of Defendant;

5. The Defendant is hereby ordered to cause the treatment facility to immediately report to the Court and the District Attorney should Defendant leave the facility;

6. The Defendant is hereby ordered to cause the treatment facility to give 48 hour advance notice of the release of the Defendant to the Court and the District Attorney;

7. The Defendant is hereby ordered to appear in this Court on the first Tuesday after his release from the treatment facility;

8. Defendant hereby agrees that should a capias or arrest warrant be issued for Defendant, David Christenson, hereby waives extradition to the State of Louisiana from any jurisdiction in or outside of the United States where he may be found.

9. Defendant hereby agrees to waive and does waive the time delays as stated in Louisiana Code of Criminal Procedure (La.CCrP) Article 701, Section B, regarding bond obligations and time limits for institution of prosecution until March 15, 2012.

IT IS FURTHER ORDERED THAT should Defendant meet the obligations of the Bond Order as to amount and sign the Conditions of Bail; he shall be released no earlier than Saturday, March 26, 2011, at a time no later than 12 NOON.

SIGNED IN OPEN COURT ON THIS 25th DAY OF MARCH, 2011 IN NEW ORLEANS, LOUISIANA.

_____
MAGISTRATE, M - 3

UPON MY RELEASE by the Orleans Parish Sheriff, I, DAVID CHRISTENSON, do hereby agree to the terms of the Conditions of Bail as stated above, including the Non-Domestic Stay Away Order previously issued on March 15, 2011. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

Signed on March 25, 2011 in New Orleans, Louisiana.

_____
David Christenson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.: 10-204 |
| | * | |
| v. | * | |
| | * | SECTION: "N" |
| KENNETH BOWEN, et al. | * | |
| | * | |
| | * | |

**************************************

### DEFENDANT ARTHUR KAUFMAN'S OPPOSITION TO THE ASSOCIATED PRESS AND THE TIMES-PICAYUNE'S RE-URGED MOTION FOR ACCESS

**NOW INTO COURT** through undersigned counsel comes defendant, Arthur Kaufman, who respectfully submits the following opposition to the Associated Press and the Times-Picayune's Re-urged Motion for Access.

The Associated Press and the Times-Picayune base their motion for access on the premise that the instant case and related investigations into prosecutorial misconduct have been concluded. Specifically, the movants contend (1) that the criminal case against Mr. Kaufman and his co-defendants is over; (2) that the investigations into government attorneys Sal Perricone, Jan Mann, and Karla Dobinski have been completed; and (3) that the civil cases related to the Danziger Bridge shootings have been settled.

To the extent that the movants are seeking information about those specific matters, defendant Kaufman has no objection to unsealing the record of the instant case. However, two documents that are currently under seal are proffers related to additional allegations against the government which have not been made public or otherwise resolved and which also involve the privacy interests of third parties.

In particular, Mr. Kaufman respectfully requests that his correspondence to the Court dated June 27, 2012 and May 2, 2013 remain under seal.[1]  The June 27, 2012 letter contains a proffer of what defendant Kaufman expected to prove at an evidentiary hearing, and the May 2, 2013 letter contains Mr. Kaufman's proffer in support of his request to issue certain subpoenas. These proffers contain statements attributed to third-party sources, and they also relate to Mr. Kaufman's arguments about government actions beyond those of the three government attorneys named above.   Since these matters have not been litigated and since these materials were provided as *ex parte*, *in camera* proffers to the Court, Mr. Kaufman respectfully requests that these two letters remain under seal.

In exercising their discretion to seal judicial records, courts must balance the public's common law right of access against the interests favoring nondisclosure.  *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599 (1978).   "Among the countervailing factors favoring nondisclosure are: (i) prejudicial pretrial publicity; (ii) the danger of impairing law enforcement or judicial efficiency; and (iii) the privacy interests of third parties." *United States v. Salemme*, 985 F.Supp. 193, 195 (D.Mass.1997) (citing *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir.1995); *United States v. McVeigh*, 119 F.3d 806, 813–14 (10th Cir. 1997); *In re Globe Newspaper Co.*, 729 F.2d 47, 59 (1st Cir. 1984)).

In addition, in *U.S. ex rel. Durham v. Prospect Waterproofing, Inc.*, 818 F. Supp. 2d 64, 66–67 (D.D.C. 2011), the D.C. Circuit held that, in considering a motion to unseal records, courts should consider:

> (1) the need for public access to the documents at issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to disclosure, and the identity of that person; (4) the strength of any property or

[1] Mr. Kaufman has previously requested that these particular documents remain under seal, *see* Rec. Doc. 1192 and 1248, and the Court has granted those requests.

privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings.

*Id.* (citing *E.E.O.C. v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1408 (D.C. Cir. 1996)).

Here, defendant Kaufman's June 27, 2012 letter and May 2, 2013 letter were provided to the Court as *ex parte, in camera* proffers of what Mr. Kaufman intended to uncover at an evidentiary hearing and through the issuance of subpoenas. The letters also included statements and other information attributed to third parties, some of whom have not been publicly identified. Because these letters implicate privacy interests of third parties and because they were filed as *ex parte, in camera* proffers, Mr. Kaufman respectfully requests that they be maintained under seal.

Alternatively, Mr. Kaufman requests that he be permitted to redact these letters to remove the identity of the third parties referenced in the proffers. *See In re Application of N.Y. Times Co. for Access to Certain Sealed Court Records*, 585 F. Supp. 2d 83, 91 (D.D.C. 2008) (allowing the government to redact the identity and personal identifiers of informants).

Respectfully submitted,

*William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
billy@semmlaw.com

**Attorney for Arthur Kaufman**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ William P. Gibbens
WILLIAM P. GIBBENS

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff/Appellant,                                    To be assigned:
v.                                                      Case No. 17-XXXXX
KENNETH BOWEN, et al.,                                  (EDLA 10-204)
Defendants/Appellees.

Second Notice of Appeal but not the Appeal Itself

The Department of Justice is using every means possible to keep this case Sealed and that includes
committing crimes. What US Attorney Billy Gibbens is doing is a crime against all Americans and the
Constitution. Please review the attachments.


Godspeed.

Filed Pro Se/In Proper Person on behalf of all Americans
Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Fl.
32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 8th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.


David Andrew Christenson

PENSACOLA FL 325
WED 08 FEB 2012

Christensen
Box 9063
Miramar Beach, FL
32550

...Circuit
600 S. Maestri Place
New Orleans, LA
70130-3408

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          MDL No. 2179
"Deepwater Horizon" in the Gulf                          SECTION: J
of Mexico, on April 20, 2010                             JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                MAGISTRATE SHUSHAN

Memorandum **20**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

FOR FILING

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
MAR 13 2017
FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Fourteen

The same idiots that are on the national news are the ones that are making life and death decisions for
you and your family.

Why do you trust those idiots?

God or the Universe (your choice) will judge us harshly for what we did not do.

God damn it open your eyes. You are not only committing suicide, you are murdering those that you
love. You, and I point my finger at you, are responsible for the Genocide of Mankind.

**The Katrina Virus/Katrina Social Norm has destroyed our immune system(s)** and here are the results
For Mankind to survive we collectively must embrace the Katrina Anti-Social Norm
Mathematically, October 12th, 2050 will be the end of Mankind

Look at the news before you judge me to be crazy. I am fighting to save your life and the lives of those
that you love.

In a previous filing (A PRAYER Please file under seal. Please disseminate only to the Justices.) I told you
about Gary Blevins. The pancreatic cancer that spread to his lymph nodes has now metastasized in his
liver and is stage four, which is the worst.

The US has been above the epidemic threshold, as set by the CDC, for Pneumonia and Influenza deaths
since January 1st 2017 and not one major news organization is coving the story. Today the CDC released
the fact that Pneumonia and Influenza was the cause of death for 8% of the Americans that died. Again,
the destruction of our immune system(s) has allowed this preventable disease to kill us.

*Based on National Center for Health Statistics (NCHS) mortality surveillance data available on March 9,
2017, 8.0% of the deaths occurring during the week ending February 18, 2017 (week 7) were due to P&I.
This percentage is above the epidemic threshold of 7.5% for week 7.*
https://www.cdc.gov/flu/weekly/index.htm

*2017 ALZHEIMER'S DISEASE FACTS AND FIGURES*
http://www.alz.org/facts/overview.asp
*Total annual payments for health care, long-term care and hospice care for people with Alzheimer's or
other dementias are projected to increase from $259 billion in 2017 to more than $1.1 trillion in 2050.*

*This dramatic rise includes more than four-fold increases both in government spending under Medicare and Medicaid and in out-of-pocket spending.* **(The US debt will be 150 trillion dollars)**

*Deadly fungal infection that doctors have been fearing now reported in U.S.*
*http://www.msn.com/en-us/news/us/deadly-fungal-infection-that-doctors-have-been-fearing-now-reported-in-us/ar-AAo6uLl?li=BBnbfcL&ocid=mailsignout*
*Nearly three dozen people in the United States have been diagnosed with a deadly and highly drug-resistant fungal infection since federal health officials first warned U.S. clinicians last June to be on the lookout for the emerging pathogen that has been spreading around the world.*

*American Death Rate Rises for First Time in a Decade By SABRINA TAVERNISEJUNE 1, 2016*
*http://www.nytimes.com/2016/06/01/health/american-death-rate-rises-for-first-time-in-a-decade.html?emc=edit_th_20160601&nl=todaysheadlines&nlid=65460936&_r=0*
*WASHINGTON — The death rate in the United States rose last year for the first time in a decade, preliminary federal data show, a rare increase that was driven in part by more people dying from drug overdoses, suicide and Alzheimer's disease. The death rate from heart disease, long in decline, edged up slightly.*

**Viruses, bacteria and fungi can kill us because of our destroyed immune system(s). Darwin's Theory of Evolution is at work.**

**Godspeed.**
**Sincerely,**

**David Andrew Christenson**
**Box 9063**
**Miramar Beach, Fl. 32550**
**davidandrewchristenson@hotmail.com**
**504-715-3086**
**I certify that all parties and then some were noticed by email. March 10th, 2017.**

Judge Kurt Engelhardt,
March 11th, 2017

Your guilt causes suicidal ideation.

Your loved ones will develop suicidal ideation.

Your clerks, friends, fellow judges, etc. will develop suicidal ideation.

The destruction of our immune system(s) will allow the suicidal ideation to become suicide.

The solution you are leaving us with is the voluntary or involuntary culling of Mankind.

We have destroyed our soul's protection.

How will you end your life? A gun, pills, a razor blade or maybe a murder suicide.

The guilt will increase in intensity as you know.

**I beg you on behalf of Mankind to tell the truth so that we may live.**

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

A PRAYER

Please file under seal. Please disseminate only to the Justices.

Gary Blevins (58) was diagnosed with pancreatic cancer on New Year's Day. Pancreatic cancer is incurable. He had surgery to remove the tumor. Five days later he was told that it metastasized in his lymph nodes. He went into surgery yesterday because his pancreas was leaking. He has not started chemo. He won't see the 4th of July. Gary was in good shape, did not smoke, was not a big drinker and he eat very healthy but he lived in Memphis.

Gary and I met in Germany in the eighties when we were Air Force pilots. We became good friends. He got married and divorced. One of his friends slept with his wife. I was the only one of Gary's friends that stood by him and condemned the friend that slept with his wife. Gary left Germany very depressed and could not get a commercial flying job. I was worried about so I made him a big part of my life. I got him a job flying for Pan Am Express. He is now a Captain for Delta Airlines. I introduced him to my wife's sister and they got married a year after I did. I was Gary's best man and he was one of my groom's men. I did the paperwork for the Catholic Church so that he could get an annulment for his first marriage. The Church accepted my singular testimony and approved the annulment in record time. This annulment made his future wife and my wife very happy. They have two beautiful children and I am godfather to his son. His daughter attends the University of Colorado and his son will attend the same school in the fall. I might have saved his life after Germany. Gary and Mark Daige, another good friend, live in Memphis. Mark had prostate cancer a couple of years after Hurricane Katrina. Hurricane Katrina passed over Memphis carrying the Katrina Virus.

Gary turned his back on me when I started fighting for Mankind. We have not spoken for years. I will not attend his funeral. I decided to fight for Mankind and I lost everything and that includes my closest friends. Gary represents that part of Mankind that I was fighting so hard to save. He was my friend, a veteran, a brother-in-law, I was his best man, he was one of my groom's man, his son is my godchild, etc. and yet I won't attend his funeral.

How could someone that I gave so much to turn their back on me? I never asked for anything.

What I was fighting for I lost anyway. Gary and his family represented that part of Mankind that I did not want to lose. Even worse is the fact that his daughter is already experiencing medical problems. I won't be able to save her either.

Writing is therapeutic for me. It represents praying. I know no one is listening and that I am not doing a damn bit of good.

The deal I made with God is irrevocable.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

*It is Sunday morning. Please pray for yourself and the people in the following articles. This is Genocide. Each of these articles is part of a Federal Desensitizing Propaganda campaign designed to make you immune to the horrors of suicide. Mankind is murdering himself and what is most disturbing is that it is voluntary. We are to blame for the genocide of mankind. We have exterminated ourselves.*
*The perfect military weapon is a suicide weapon which is organic, easy to disperse and dissipates in five days. Our government released the Katrina Virus on us. The release was accidental due to negligence. New Orleans is the chemical and chemical warfare capital of the world. Start with the 14 cancers article. How could the Federal Government certify that 14 cancers came out of the World Trade Centers? There were hardened DOD and CIA laboratories that would have been used if there was a terrorist attack. The following is sample of articles that have been written by so called reputable main stream media outlets.*

*Comeback and read this article. The world's smartest man, Theoretical physicist Stephen Hawking, has stated: "GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking*
*The Guardian*
*http://www.msn.com/en-us/news/technology/most-threats-to-humans-come-from-science-and-technology-warns-hawking/ar-BBop0uY?li=BBnb7Kz&ocid=mailsignout*
*Speaking to the Radio Times ahead of the BBC Reith Lecture, in which he will explain the science of black holes, Hawking said most of the threats humans now face come from advances in science and technology, such as nuclear weapons and genetically engineered viruses.*

Suicide Rate Among Veterans Has Risen Sharply Since 2001
By DAVE PHILIPPSJULY 7, 2016
http://www.nytimes.com/2016/07/08/us/suicide-rate-among-veterans-has-risen-sharply-since-2001.html?emc=edit_th_20160708&nl=todaysheadlines&nlid=65460936&_r=0
The suicide rate among veterans has surged 35 percent since 2001, driven in part by sharp increases among those who have served since 2001, according to the largest study of such suicides. Of particular concern is the suicide rate among women, which has increased 85 percent in that time.

Attawapiskat suicide emergency: Health Canada, province send in crisis teams
http://www.msn.com/en-ca/news/other/attawapiskat-suicide-emergency-health-canada-province-send-in-crisis-teams/ar-BBrCcr9

'The system failed her': behind a suicide spike at a California women's prison
Advocates for female prisoners say that poor mental health care is causing preventable deaths at the California Institution for Women
http://www.theguardian.com/us-news/2016/may/10/suicide-california-womens-prison-mental-health

Small Towns Face Rising Suicide Rates
http://www.nytimes.com/2015/11/03/health/small-towns-face-rising-suicide-rates.html?_r=0

U.S. Suicide Rate Surges High to a 30-Year
http://www.nytimes.com/2016/04/22/health/us-suicide-rate-surges-to-a-30-year-high.html

'Buddy Check on 22!' Veterans us social media to fight suicide
http://www.nytimes.com/2016/04/22/us/veterans-suicide-22-social.html

Death Rates Rising for Middle-Aged White Americans, study finds
http://www.nytimes.com/2015/11/03/health/death-rates-rising-for-middle-aged-white-americans-study-finds.html?action=click&contentCollection=Health&module=RelatedCoverage&region=EndOfArticle&pgtype=article

*Federal Desensitizing Propaganda about our children committing suicide. Why does this not scare you to death? We are talking the end of Mankind.*
*Key points:*
*\*\*\*"That grim Fact"*
*\*\*\*"The number is an extreme data point"*
*\*\*\*"suffering from a range of health problems"*
*\*\*\*"Depression is being diagnosed more often these days, and adolescents are taking more medication than ever before"*
*\*\*\*"Suicide is just the tip of a broader iceberg of emotional trouble, experts warn. One recent study of millions of injuries in American emergency departments found that rates of self-harm, including cutting, had more than tripled among 10- to 14-year-olds. "This is particularly concerning as this type of injury often heralds suicidal behavior," the researchers wrote."*
*They don't know why. The connection to car accidents is a diversion. (Look over here nothing to see there) It is about suicide and other health problems. Our children (everyone) have had their brains neurologically and biologically altered. The most plausible explanation is vaccinations followed by the environment. Mathematically suicides will outnumber births in the next 10-35 years. Google: New York Times articles on suicide.*
*They want you to believe that it is because of social media. IT IS NOT BECAUSE OF SOCIAL MEDIA, I PROMISE.*

Young Adolescents as Likely to Die From Suicide as From Traffic Accidents
By SABRINA TAVERNISENOV. 3, 2016
http://www.nytimes.com/2016/11/04/health/suicide-adolescents-traffic-deaths.html
WASHINGTON — It is now just as likely for middle school students to die from suicide as from traffic accidents.
That grim fact was published on Thursday by the Centers for Disease Control and Prevention. They found that in 2014, the most recent year for which data is available, the suicide rate for children ages 10 to 14 had caught up to their death rate for traffic accidents.
The number is an extreme data point in an accumulating body of evidence that young adolescents are suffering from a range of health problems associated with the country's rapidly changing culture. The pervasiveness of social networking means that entire schools can witness someone's shame, instead of a gaggle of girls on a school bus. And with continual access to such networks, those pressures do not end when a child comes home in the afternoon.

**Depression is being diagnosed more often these days, and adolescents are taking more medication than ever before,** but Dr. Levy-Warren cautioned that it was not clear whether that is because more people are actually depressed, or because it is simply being identified more than before.

Suicide is just the tip of a broader iceberg of emotional trouble, experts warn. **One recent study of millions of injuries in American emergency departments found that rates of self-harm, including cutting, had more than tripled among 10- to 14-year-olds. "This is particularly concerning as this type of injury often heralds suicidal behavior," the researchers wrote.**

Rise in Suicide by Black Children Surprises Researchers
http://www.nytimes.com/2015/05/19/health/suicide-rate-for-black-children-surged-in-2-decades-study-says.html?_r=0

More Child Suicides Are Linked to A.D.D.
Than Depression, Study Suggests
By CATHERINE SAINT LOUIS SEPT. 19, 2016
http://www.nytimes.com/2016/09/19/science/more-child-suicides-are-linked-to-add-than-depression-study-suggests.html?_r=0
Attention deficit disorder is the most common mental health diagnosis among children under 12 who die by suicide, a new study has found. Very few children aged 5 to 11 take their own lives, and little is known about these deaths. The new study, which included deaths in 17 states from 2003 to 2012, compared 87 children aged 5 to 11 who committed suicide with 606 adolescents aged 12 to 14 who did, to see how they differed. The research was published on Monday in the journal Pediatrics.

U.S. suicide rates up, especially among women, but down for black males
By Carina Storrs, Special to CNN
Updated 4:57 PM ET, Fri April 22, 2016
http://www.cnn.com/2016/04/22/health/suicide-rates-rise/

Suicide Rates Climb in U.S., Especially Among Adolescent Girls
April 22, 201612:02 AM ET
http://www.npr.org/sections/health-shots/2016/04/22/474888854/suicide-rates-climb-in-u-s-especially-among-adolescent-girls

---

*(Maybe he realized what he had done to his own troops and could no longer live with himself.*
*"A sunarcissist is a narcissist who chooses suicide over honor." David Andrew Christenson)*

*As you read the following please realize that there have been other Generals and Admirals that have committed suicide but the Military covers it up. The Army waited three months to disclose that it was a suicide. The Army pressured the family but the family wanted it truthfully classified. The family wanted to help other soldiers and veterans. The Department of Defense does everything that it can to classify the suicide as some other type of death. For some reason, the Army could not cover this up.*

I started writing about suicide within the Flag ranks (Admirals and Generals) when Admiral Jeremy Michael Boorda, who was Chief of Naval Operations, committed suicide. (My younger sister first attempted suicide in 1976 and my other sister was successful with her suicide in 2008. I tell you about my family because it is why I became interested in suicide.)

Many of the suicides that are being committed are spontaneous. There is no warning.

Suicides have become violent and many of them are now murder(s)-suicide. The six police officers murdered in Dallas, the three police officers murdered in Baton Rouge and the 11 police officers wounded in Boston were all killed by a veteran who was committing suicide.

Maj. Gen. John Rossi was getting ready to put on his third star. This is the future. America invented the perfect military weapon, which is a suicide weapon, and now our own troops are dying by suicide, all of them. Google General Rossi and you will find that much of his military record has been sanitized form the web. Try and find his official Army biography.

Army says 3-star select general committed suicide on Alabama base
Published October 29, 2016 Associated Press
http://www.foxnews.com/us/2016/10/29/army-says-2-star-general-committed-suicide-on-alabama-base.html
WASHINGTON – The Army said Friday it has determined that suicide was the cause of death of a two-star general who was found dead in his home on a military base in Alabama.
Maj. Gen. John Rossi was found dead July 31 at Redstone Arsenal, two days before he was to assume command of Army Space and Missile Defense Command.
He is the first Army general to commit suicide on active duty since record-keeping began in 2000, according to the Army. Military suicides soared earlier this decade and remain a major source of concern; they typically have affected lower-ranking military members.
Rossi, a West Point academy graduate and an air defense artillery officer by training, had just moved onto Redstone Arsenal and was scheduled to be promoted to lieutenant general when he took command of Space and Missile Defense Command.

This came from an article posted on TRUSTED NEWS AND INTELLIGENCE FROM SPEC OPS VETERANS

SOFREP: General is most senior Army officer to commit suicide BY SOFREP 10.28.2016#MILITARY NEWS
https://sofrep.com/66631/general-senior-army-officer-commit-suicide/
The Army acknowledged Friday that Maj. Gen. John Rossi committed suicide on July 31, making him the highest-ranking soldier ever to have taken his own life.
Rossi, who was 55, was just two days from pinning on his third star and taking command of Army Space and Missile Command when he killed himself at his home at Redstone Arsenal in Alabama. '
Investigators could find no event, infidelity, misconduct or drug or alcohol abuse, that triggered Rossi's suicide, said a U.S. government official with direct knowledge of the investigation. It appears that Rossi was overwhelmed by his responsibilities, said the official who was not authorized to speak publicly about the investigation.

**Rossi himself talked in March about suicide at a conference on preventing troops from killing themselves.**
**He held up a card from his wallet with photos of 10 soldiers who had died under his command at Fort Sill, Okla. Four of them had committed suicide.**

*Maybe he realized what he had done to his own troops and could no longer live with himself.*
*"A sunarcissist is a narcissist who chooses suicide over honor." David Andrew Christenson*

---

*Here is the most grotesque of suicide articles. This is perfect Federal Desensitizing Propaganda and I truly believe that it is a lie. They are making you immune to the horrors of suicide. In ten years each of us will be directly connected to a suicide: a child, a spouse, a brother or sister, etc. and not one person cares.*
Why suicide rates spike in spring
By Jessica Migala Published May 19, 2016
http://www.foxnews.com/health/2016/05/19/why-suicide-rates-spike-in-spring.html

---

*The human beings that died in these airline accidents should be classified as suicides and murder(s)-suicide. Please read the entire article. I was an airline pilot for Pan Am for two years.*

Germanwings Crash Exposes History of Denial on Risk of Pilot Suicide
By NICHOLAS KULISH and NICOLA CLARKAPRIL 18, 2015
http://www.nytimes.com/2015/04/19/world/europe/germanwings-plane-crash-andreas-lubitz-lufthansa-pilot-suicide.html?_r=0
DÜSSELDORF, Germany — When Andreas Lubitz sent an email in 2009 seeking reinstatement to Lufthansa's flight-training program after a monthslong absence, he appended what in retrospect was a clear warning signal about his fitness to fly passenger jetliners: an acknowledgment that he had suffered from severe depression.
Lufthansa put the young German back through its standard applicant-screening process and medical tests. But it did not, from everything known about the case so far, pursue any plan to assure that he was getting appropriate treatment. Nor did it impose special monitoring of his condition beyond that required for any pilot who had a flagged health issue.
Instead, Mr. Lubitz haltingly made his way through the training program and ultimately was entrusted as an Airbus A320 co-pilot for Lufthansa's low-cost subsidiary, Germanwings. Lufthansa was so unaware of the extent of Mr. Lubitz's psychological troubles that the company and its medical staff had no idea of the tortured drama playing out in his mind, peaking in the two or three months leading up to his final flight. Investigators told The New York Times that he visited a dozen or more doctors as he frantically sought treatment for real or imagined ailments.
In the days just after Mr. Lubitz, 27, flew himself and 149 other people into a French mountainside last month, Lufthansa's chief executive confidently pronounced that Mr. Lubitz had been "100 percent" fit to fly, highlighting how little the airline knew of the pilot who shook confidence in the company's reputation for training and management rigor.

*No joke. We have suicidal airline pilots. I was an airline pilot and I knew suicidal pilots. Now those pilots have guns in the cockpit.*

**Federal Aviation Administration (FAA) Guide for Aviation Medical Examiners**
https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/app_process/exam_tech/item47/amd/antidepressants/
Decision Considerations – Aerospace Medical Dispositions
Item 47. Psychiatric Conditions – Use of Antidepressant Medications
The FAA has determined that airmen requesting first, second, or third class medical certificates while being treated with one of four specific selective serotonin reuptake inhibitors (SSRIs) may be considered. The Authorization decision is made on a case by case basis. The Examiner may not issue. If the applicant opts to discontinue use of the SSRI, the Examiner must notate in Block 60, Comments on History and Findings, on FAA Form 8500-8 and defer issuance. To reapply for regular issuance, the applicant must be off the SSRI for a minimum of 60 days with a favorable report from the treating physician indicating stable mood and no aeromedically significant side effects. See SSRI Decision Path I (PDF). An applicant may be considered for an FAA Authorization of a Special Issuance (SI) of a Medical Certificate (Authorization) if: The applicant has one of the following diagnoses:
Major depressive disorder (mild to moderate) either single episode or recurrent episode Dysthymic disorder Adjustment disorder with depressed mood Any non-depression related condition for which the SSRI is used For a minimum of 6 continuous months prior, the applicant has been clinically stable as well as on a stable dose of medication without any aeromedically significant side effects and/or an increase in symptoms. If the applicant has been on the medication under 6 months, the Examiner must advise that 6 months of continuous use is required before SI consideration. The SSRI used is one the following (single use only):
**Fluoxetine (Prozac)**
**Sertraline (Zoloft)**
**Citalopram (Celexa)**
**Escitalopram (Lexapro)**

If the applicant is on a SSRI that is not listed above, the Examiner must advise that the medication is not acceptable for SI consideration. The applicant DOES NOT have symptoms or history of: Psychosis Suicidal ideation Electro convulsive therapy Treatment with multiple SSRIs concurrently Multi-agent drug protocol use (prior use of other psychiatric drugs in conjunction with SSRIs.) If applicant meets the all of the above criteria and wishes to continue use of the SSRI, advise the applicant that he/she must be further evaluated by a Human Intervention Motivation Study (HIMS) AME. See SSRI Decision Path II (HIMS AME) (PDF). The HIMS AME will also conduct the follow up evaluation after initial issuance. See SSRI Follow Up Path for the HIMS AME (PDF).

*Do you want your airline pilot to have these side effects?*

Drugs.com
https://www.drugs.com/sfx/prozac-side-effects.html Prozac
Common side effects of Prozac include: weakness, anxiety, drowsiness, tremor, diarrhea, dyspepsia, nausea, nervousness, insomnia, headache, xerostomia, decreased libido, anorexia, and decreased appetite. Other side effects include: bulimia nervosa, dizziness, skin rash, and diaphoresis.

---

*How could 58 cancers in 14 categories come out of a building? Why did those same 58 cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs?*

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks
Page 1 of 2 11/09/2012 07:07 AM
**US adds cancer to list of illnesses linked to 9/11 terror attacks**
*By NBC News and wire services*
*September 11, 2012, 6:02 am NBCNews.com*
Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

Ailing 9/11 first-responder makes billboard plea for aid
USA TODAY Lindy Washburn 07/27/2016
http://www.msn.com/en-us/news/us/ailing-9-11-first-responder-makes-billboard-plea-for-aid/ar-BBuVPtG?li=AA4ZnC&ocid=spartandhp
Mike Megna rushed to Ground Zero on Sept. 11, 2001, to help look for survivors in the rubble of the fallen towers. Along with his two brothers, Megna, then a Pompton Lakes police officer, searched the debris pile and ruined buildings nearby for three weeks.

Now sick and disabled from a rare kidney disease that he believes was caused by dust from the destroyed World Trade Center, he wants the Victim Compensation Fund created after the attacks to pay him for his losses, which may soon include the house in West Milford where he and his three children live.

---

Whistle-Blower, Beware By MARK HERTSGAARD MAY 26, 2016

http://www.nytimes.com/2016/05/26/opinion/whistle-blower-beware.html?emc=edit_th_20160526&nl=todaysheadlines&nlid=65460936&_r=0

*This is an Op-Ed piece and should be read.*
*Should I as a Federal Whistleblower lose my life for trying to expose the release of the Katrina Virus?*

---

*You and the American People are the rape victims. Your life has no meaning.*

Rape Survivor Sues After Texas Authorities Jailed Her For A Month July 22, 2016 5:52 PM ET
NPR Merrit Kennedy
http://www.npr.org/sections/thetwo-way/2016/07/22/487073132/rape-survivor-sues-after-texas-authorities-jailed-her-for-a-month
A rape survivor is suing Texas' Harris County after she was jailed for more than a month and subjected to beatings and "psychological torture."
According to court documents, she had suffered a mental breakdown while testifying against her rapist, and authorities checked her into the general population at Houston's Harris County Jail because they feared she would flee before finishing her testimony.
"Jane Doe found herself hopelessly trapped in a bizarre plot pulled from a Kafka novel," the court documents read. She "was imprisoned in the hellhole of the Harris County Jail for no reason other than being a rape victim who struggles with a mental disability."

---

*This confirms what I have been saying. We destroy our immune system and can't fight infection. This is Federal Desensitizing Propaganda. If we had a healthy immune system, we could fight. Alzheimer's is new and the result of what we have done to ourselves. What is different about now and 50, 25 or even 10 years ago? This is also why suicides are happening. The connection is there. For whatever reason we have altered the brain and its ability to protect us. Start with that fact and we might save mankind.*

Could Alzheimer's Stem From Infections? It Makes Sense, Experts Say The New York Times By GINA KOLATA
http://www.msn.com/en-us/news/us/could-alzheimer%e2%80%99s-stem-from-infections-it-makes-sense-experts-say/ar-BBtutfg?li=BBnb7Kz&ocid=mailsignout
Could it be that Alzheimer's disease stems from the toxic remnants of the brain's attempt to fight off infection?
Provocative new research by a team of investigators at Harvard leads to this startling hypothesis, which could explain the origins of plaque, the mysterious hard little balls that pockmark the brains of people with Alzheimer's.

---

*We have damaged our immune system to the point that antibiotics won't help. We are immune. Do you see the Federal Desensitizing Propaganda at work?*

The superbug that doctors have been dreading just reached the U.S.
The Washington Post Lena H. Sun, Brady Dennis
http://www.msn.com/en-us/news/us/the-superbug-that-doctors-have-been-dreading-just-reached-the-us/ar-BBtwrwg?ocid=spartandhp
For the first time, researchers have found a person in the United States carrying a bacteria resistant to antibiotics of last resort, an alarming development that the top U.S. public health official says could mean "the end of the road" for antibiotics.

http://www.foxnews.com/
SUPERBUG FOUND IN US
Bacteria resistant to antibiotic of last resort
VIDEO: Deadly antibiotic-resistant superbug arrives in US
 VIDEO: Superbugs could kill 10M a year by 2050
 HALLMARK FIND: Brain protein might accumulate because of infection
 SCARY STUDY: Colorectal cancer on the rise in adults under 50



**SUPERBUG FOUND IN US**
**Bacteria resistant to antibiotic of last resort**

o VIDEO: Deadly antibiotic-resistant superbug arrives in US
o VIDEO: Superbugs could kill 10M a year by 2050
o HALLMARK FIND: Brain protein might accumulate because of infection
o SCARY STUDY: Colorectal cancer on the rise in adults under 50

Obamacare sticker shock: Price hikes are on the way
CNBC Bertha Coombs
http://www.msn.com/en-us/money/healthcare/obamacare-sticker-shock-price-hikes-are-on-the-way/ar-BBtnQ8N?iid=50077&rid=4&FORM=MDU158&OCID=MDU158
Obamacare plan customers should brace for sticker shock when the administration posts insurers' preliminary rate requests for 2017 this week.
Health plans are asking for sharp price increases, after suffering big losses on exchanges in the last two years. Regulators caution that these are preliminary requests and final rates could a lot different.
*Always remember Federal Desensitizing Propaganda. They want you to be immune to the truth.*
*Major points: They don't talk about pneumonia and flu deaths or deaths caused by a weakened immune system. The conclusion is a lie designed to mislead. They know the truth. The numbers are far worse than what is being reported. They do acknowledge that people are dying from suicide and Alzheimer's.*

*Quote: "!!!Experts said the current rise was surprising.!!!" They reference a paper by Anne Case and Angus Deaton who are Nobel prize winners in economics. Case and Deaton took data supplied by the CDC and NIH that already had a conclusion and put their name on it. The CDC and NIH manipulated them.*

---

American Death Rate Rises for First Time in a Decade By SABRINA TAVERNISEJUNE 1, 2016
http://www.nytimes.com/2016/06/01/health/american-death-rate-rises-for-first-time-in-a-decade.html?emc=edit_th_20160601&nl=todaysheadlines&nlid=65460936&_r=0

---

*Read just the last sentence of the article.*
*How many of you served your country in the military? These are unprecedented times. We have the smallest military since World War II. You have sacrificed our National Security. I can help and I am offering. Please take advantage of what I have to offer so that we can save our country.*
*We need the military and all that it has to offer. You have made our Veterans chattel. They have no value. 22 Veterans will commit suicide today. We are not a grateful nation and you have seen to that. It may already be too late.*

Military: Precision Flying Teams Are Worth The Risk, Cost
2 hours ago The Associated Press BY DAN ELLIOTT - Associated Press
http://startpage.lenovo.com/news/read/category/News/hashtag/News/article/the_associated_press-military_precision_flying_teams_are_worth_the_risk-ap-2

*Why will you not see the light? Shame on you.*
*The most important plane in the United States is Air Force One. The second most important plane in the United States is a tie between the Navy Blue Angels F-18 and the Air Force Thunderbird F-16. These two airplanes represent out military to world and to us. We lost one of each yesterday and a hero. This is a big deal and has major consequences for National Security. You have allowed this to happen. You have jeopardized our National Security. Our Military preparedness has fallen below an acceptable level because of funding. You have allowed the funds to be illegal transferred to Obamacare. I know we need Obamacare but not at the expense of National Security.*
*Americans deserves to know the truth. By keeping secrets, you are sacrificing our security. I guarantee the Chinese, Russians, North Koreans, Iranians, etc. picked up on this fact. We don't have parts and we don't have parts for the second most important airplane in our military.*
*You have to tell the truth about Obamacare and the Katrina Virus so that we can work together to save ourselves and mankind.*
*The end is coming and you caused it.*
*David Andrew Christenson*
**504-715-3086**

---

We can't fight it because of our compromised immune system(s).
Flesh-eating bacteria scare along Gulf Coast has locals on alert
The Guardian Matthew Teague in Bay St Louis, Mississippi 1 hr ago
http://www.msn.com/en-us/news/us/flesh-eating-bacteria-scare-along-gulf-coast-has-locals-on-alert/ar-AAI4xeW?ocid=spartandhp
At the peak of the summer vacation season, a flesh-eating bacteria has infected the shores of the Gulf Coast.
Related: Brain-eating amoeba forces closure at North Carolina waterpark after death
From Texas to Florida, the water-borne bug – a strain called a Vibrio vulnificus – has spooked locals and tourists in the way shark attacks do: infections are rare, but when they strike, the victim is likely to lose a limb or die.
There is no central authority tracking cases – states are not required to report cases to the Centers for Disease Control (CDC), in Atlanta – so no one holds current, comprehensive statistics for deaths and illnesses.

Chilcot Report on Iraq War Offers Devastating Critique of Tony Blair
The New York Times By STEVEN ERLANGER and STEPHEN CASTLE
http://www.msn.com/en-us/news/world/chilcot-report-on-iraq-war-offers-devastating-critique-of-tony-blair/ar-BBtZX5I?li=AA4Zpp&ocid=spartandhp
LONDON — Prime Minister Tony Blair of Britain went to war alongside the United States in Iraq in 2003 on the basis of flawed intelligence that went unchallenged, a shaky legal rationale, inadequate preparation and exaggerated public statements, an independent inquiry into the war concluded in a report published on Wednesday.

The long-awaited report by the Iraq Inquiry Committee, led by John Chilcot, takes up 12 volumes covering 2.6 million words, four times longer than "War and Peace," and took seven years to complete, longer than Britain's combat operations in Iraq. It concluded that Mr. Blair and the British government underestimated the difficulties and consequences of the war and an overestimated the influence he would have over President George W. Bush.

US veterans on Chilcot Iraq report: we need our own inquiry to avoid repeating mistakes
Amanda Holpuch in New York The Guardian
http://www.msn.com/en-us/news/us/us-veterans-on-chilcot-iraq-report-we-need-our-own-inquiry-to-avoid-repeating-mistakes/ar-BBu7QzB?li=AA4ZnC&ocid=spartandhp
Following the devastating British inquiry into the 2003 invasion of Iraq, American veterans and their families have warned that the US is liable to repeat the mistakes without a similarly comprehensive investigation.

The UK's Chilcot inquiry was released on Wednesday, and while it is no secret in the US that the invasion was a failure, nothing so damning as the 2.6m-word British inquiry has been released by an independent US government body.

"The Chilcot report is an example of what we could do if there was any kind of political courage to reckon with the after-effects of the global war on terror that we were pushed into," said Matt Howard, who was deployed to Iraq twice while serving in the marine corps.

---

This is why no one will listen. They believe the Government will invent a miracle drug. Read the article carefully because it is scary. They still don't get it. We have destroyed our immune(s) system. Without the immune system we cannot live. No miracle drug will work and in fact it will make things worse. Mutation in our body will not allow this type of thinking to be successful. If we don't address our immune system problems, then this drug will accelerate the demise of mankind.

Do all of you really trust Obama, Trump and Clinton? I don't.

I have written crazy and sensational things to save your lives and I know that. There is no way to get your attention. I have put my life on the line but you all have been desensitized to the truth.

In harsh terms you all have become apathetic zombies. You all would rather watch the Kardashians than face the true reality of life.

To Fight a Virus, Get a Virus: Military Bets on Mutant Pathogen
Bloomberg Doni Bloomfield
https://www.msn.com/en-us/news/technology/to-fight-a-virus-get-a-virus-military-bets-on-mutant-pathogen/ar-BBuk0hZ?li=AA4Zoy&ocid=spartandhp

A pair of brothers working in laboratories on opposite coasts of the U.S. are brewing a new approach to fighting viruses, one that's drawn interest from the military for protection against the threat of infections such as Zika and Ebola.

The experimental treatment pursued by Ariel Weinberger, a Harvard University biologist, and Leor Weinberger, a virologist at the University of California at San Francisco-affiliated Gladstone Institutes, deploys a tweaked, safe version of a virus to overwhelm the form that invades and kills cells.

---

*Read the article. Johnson was altered. This was a "Manmade Suicide by Police". This was not a hate crime. You are going to see more and more of these. The discipline was superhuman just like Sandy Hook and Orlando.*
https://www.msn.com/en-us/news/us/gunman-was-gregarious-until-army-career-ended-in-disgrace/ar-BBum51o?li=AA4ZnC&ocid=spartandhp
Gunman was gregarious until Army career ended in disgrace Associated Press AP
By FRANK BAJAK, GARANCE BURKE, REESE DUNKLIN and JULIET LINDERMAN, Associated Press

The psychology of why mass shootings are contagious

http://www.msn.com/en-us/news/breakingnews/the-psychology-of-why-mass-shootings-are-contagious/ar-BBuqxOg?li=BBnb4R7&ocid=HPCOMMDHP15

Another week, another mass shooting. In the past month, the US has faced its deadliest mass shooting in modern history. And following the deaths of two black men at the hands of police, officers have since become victims of mass shootings twice in just 10 days.

The fact that mass shootings often happen in clusters has, unfortunately, been noted before. One 2015 study by Arizona State University physician Sherry Towers, who focuses on how viruses spread, found that mass shootings lead to a period of contagion for an average of 13 days after the initial event. In her research, Towers used the killings of four or more people as the definition of a mass shooting. She found that 20% to 30% of all mass shootings are such copycat incidents.

After officer shoots suicidal teen, police find an apology note addressed to them
The Washington Post Cleve R. Wootson Jr.
http://www.msn.com/en-us/news/us/after-officer-shoots-suicidal-teen-police-find-an-apology-note-addressed-to-them/ar-BBv9QJox?li=BBmkt5R&ocid=spartandhp
A few minutes before he picked up the phone and dialed 911, 18-year-old Limichael Shine penned an apology note to the officer that was about to be enlisted in his suicide plan.
"In the note, Mr. Shine wrote that his goal was to commit suicide by officer," according to a news release from the Ocean County, N.J., prosecutor's office. "He apologizes to the officer who will ultimately respond to his call."

JULY 18, 2016 11:36 AM
Autism rates in California public schools jumped 7 percent in 2016
Read more here: http://www.sacbee.com/site-services/databases/article90300877.html#storylink=cpy
http://www.sacbee.com/site-services/databases/article90300877.html
More than 97,000 California public school students have been diagnosed as autistic, a number that has risen seven-fold since 2001, according to the latest special education data from the California Department of Education. The figure represents a jump of about 6,500, or 7 percent, from 2014-15 to 2015-16.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
http://www.persimmonpublishingus.com/ Open the document tab and scroll down and double click on every line. The site is slow.
My books are located on Amazon:
http://www.amazon.com/David-Andrew-Christenson/e/B00JCUXSUG
The Supreme Court Murdered Mankind
https://www.amazon.com/Supreme-Court-Murdered-Mankind-ebook/dp/B017S0NKIS?ie=UTF8&ref_=asap_bc#navbar

If you're fighting the alligators, you will never drain the swamp. You do not introduce more alligators. Drain the swamp and the alligators will disappear.

"when you're up to your ass in alligators, it's hard to remember that your objective was to drain the swamp".

Because of my thinking my books have been removed from the Library of Congress. I have been censored for trying to save Mankind. The funny thing is they don't need to censor me because no one cares. Mankind has become immune to its own demise. Please read the two articles listed below.

The world's smartest man, Theoretical physicist Stephen Hawking, has stated that a "GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind.
My words: That virus(s) has been here since the last century. He misses the most important point: our immune system(s) has already been compromised/weakened/destroyed. We are now more susceptible to all viruses, both natural and manmade. Compare the two articles. Do you really want Trump, Clinton, Obama, Roberts, etc. making the decisions about the future of Mankind? The Katrina Virus is real and it is here. Our leaders are hoping for a manmade miracle that is developed in secret. At the current mathematical progression Mankind will cease to exist in the next 34 years. October 12th, 2050 is the projected extinction date. We can change this cataclysmic event if we work together. What I don't know is when we can't change the course of events. I believe that when suicides outnumber births in the next 10 -35 years we will be past the point of no return. It will take all of us to figure out a way to increase the strength of our immune system(s). That is the key. Mankind will not be able to procreate and produce viable fetuses without a strong immune system. At a minimum Mankind will just die off.

Survival was our number one instinct but that is no longer true. Is it suicide when you don't take action to save yourself? An attorney who represented me, Cliff Stoutz, overdosed. Cliff committed suicide, in my opinion, because he chose the chemical induced high knowing that it could possible kill him.

Mankind no longer wants to survive as is evident by your inaction to save yourself. What I can't understand is why you don't want to save your kids and grandkids. From a philosophical point of view this violates all the evolutionary theories. Mankind can't survive without viable propagation.

Please consider the ramifications of the two articles.

Theoretical physicist Stephen Hawking is without a doubt the smartest man in the world and these are his words, not mine.

"GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking
The Guardian
http://www.msn.com/en-us/news/technology/most-threats-to-humans-come-from-science-and-technology-warns-hawking/ar-BBop0uY?li=BBnb7Kz&ocid=mailsignout

Speaking to the Radio Times ahead of the BBC Reith Lecture, in which he will explain the science of black holes, Hawking said most of the threats humans now face come from advances in science and technology, such as nuclear weapons and genetically engineered viruses.

To Fight a Virus, Get a Virus: Military Bets on Mutant Pathogen
Bloomberg Doni Bloomfield
https://www.msn.com/en-us/news/technology/to-fight-a-virus-get-a-virus-military-bets-on-mutant-pathogen/ar-BBuk0hZ?li=AA4Zoy&ocid=spartandhp
To contact the reporter on this story: Doni Bloomfield in Boston at mbloomfiel12@bloomberg.net. To contact the editors responsible for this story: Drew Armstrong at darmstrong17@bloomberg.net, John Lauerman, Cecile Daurat
A pair of brothers working in laboratories on opposite coasts of the U.S. are brewing a new approach to fighting viruses, one that's drawn interest from the military for protection against the threat of infections such as Zika and Ebola.

*The following article is propaganda that is designed to desensitize the American people. Think about the following when you read the article.*
*This is the result of a destroyed immune system.*
*The Katrina Virus is the cause.*
*This is why baby boomers are getting tested for Hepatitis C. The NIH and the CDC need to gather information without causing alarm. Hepatitis C is a cover.*
*Notice how "cancer" is intentionally left out of the first sentence.*
*In the last decade there has been a 25% increase in chronic conditions. This is AN EPIDEMIC!!!*
*Cancer was the major factor in the increase.*
*The direct result will be a decrease in life expectancy.*
*The article guesses at why there is an increase.*
*This is why the country has ObamaCare.*
*This is why Chief Judge John Roberts voted for ObamaCare. I wrote "The United States Supreme Court and The Katrina Virus" and sent the book to all of the Supreme Court Judges.*

We're getting sicker: More Americans have a chronic health condition
July 31, 2012, 2:19 pm NBCNews.com
MyHealthNewsDaily
http://vitals.nbcnews.com/_news/2012/07/31/13053268-were-getting-sicker-more-americans-have-a-chronic-health-condition?lite
More than one in five middle-aged U.S. adults, and nearly half of adults over age 65, have more than one chronic health condition, such as hypertension and diabetes, according to a new government report. The report said that in 2010, 21.3 percent of women and 20.1 percent of men between ages 45 and 64 had at least two chronic health conditions. In 2000, the rate among men was 15.2 percent, and among women it was 16.9 percent. Increases were also seen in adults older than 65, with 49 percent of men and 42.5 percent of women reporting in 2010 that they had at least two chronic health conditions. In 2000, the rates were 39.2 percent of men and 35.8
percent of women. Treatment for people with multiple chronic conditions is complex, the researchers said. By looking at trends in the rates of people with more than one condition, researchers are better

able to make decisions about managing and preventing these diseases, and they can make better predictions about future health-care needs, they said. The increases were due mainly to rises in three conditions: hypertension, diabetes and cancer, according to the
report. These increases may be due to more new cases, or due to people living longer with the conditions because of advances in medical treatments. The report also said that middle-aged adults with at least two chronic conditions had increasing difficulty, between 2000 and 2010, in getting the care and prescription drugs they needed because of cost. In 2010, 23 percent reported
not receiving or delaying the medical care they needed, and 22 percent said they didn't get the prescriptions they needed. In 2000, these rates were 17 percent and 14 percent, respectively.
The CDC does not consider obesity itself to be a health condition; rather, it is a risk factor for other conditions, such as heart disease, cancer and diabetes. The obesity rate in the U.S. increased in the United States over the past 30 years, but has leveled off in recent years, the report said. The report is based on data gathered during the National Health Interview Survey, in which participants complete a detailed questionnaire about their health status and health-related behaviors. Participants reported whether a physician has diagnosed them with any of nine chronic health conditions: hypertension, heart disease, diabetes, cancer, stroke, chronic bronchitis, emphysema, current asthma and kidney disease.

*This is a perfect example of Federal Desensitizing Propaganda. It will make you immune to the horrors of our future.*
*It is the destruction of the immune system!!!*

**More and more women are now dying in childbirth, but only in America**
**Vox.com Sarah Frostenson**
http://www.msn.com/en-us/news/us/more-and-more-women-are-now-dying-in-childbirth-but-only-in-america/ar-BBvo02v?li=BBmkt5R&ocid=spartandhp
More women are dying in childbirth in the US than in any other developed country. And experts say the problem is likely to keep getting worse.
You can see how alarming the issue is in this chart. In other countries, maternal death rates have fallen sharply since 1990. In South Korea, the rate of women dying in childbirth fell from 20.7 deaths per 100,000 live births in 1990 to 12 today. In Germany, it dropped from 18 to 6.5.
But in the United States, the opposite is happening. The rate of women dying in childbirth is going up.
This wasn't supposed to happen. During the 20th century, the maternal death rate in the United States dropped from 607.9 deaths per 100,000 births in 1915 to 7.2 in 1987. But over the last 30 years, the maternal mortality rate trend reversed and steadily marched upward.

**MRSA 'Superbug' Kills Influenza Patients, Study Finds**
**Medical Daily Suman Varandani**
http://www.msn.com/en-us/health/medical/mrsa-%e2%80%98superbug%e2%80%99-kills-influenza-patients-study-finds/ar-BBvEgXd?li=BBnb4R7&ocid=mailsignout
According to researchers, over half of influenza patients die, even after being treated with antibiotics that are usually capable of clearing MRSA infections.
A new study finds that secondary infection with the Methicillin-resistant Staphylococcus aureus (MRSA) bacterium or "superbug" often kills patients suffering from influenza because the flu virus alters the antibacterial response of white blood cells. The study published online Monday, further states that that

the antibacterial response of white blood cells leads to damaging the patients' lungs instead of destroying the bacterium.

*Without bees we die. I have been writing about this for years. We truly are committing suicide.*

Zika spraying kills millions of bees
By The Washington Post September 01, 2016 at 9:50 AM
http://www.nola.com/environment/index.ssf/2016/09/zika_spraying_kills_millions_o.html#incart_river_home
The South Carolina honey bees began to die in massive numbers.
Death came suddenly to Dorchester County, S.C. Stressed insects tried to flee their nests Sunday morning (Aug. 28), only to surrender in little clumps at hive entrances. The dead worker bees littering the farms suggested that colony collapse disorder was not the culprit — in that odd phenomenon, workers vanish as though raptured, leaving a living queen and young bees behind.
Instead, the dead heaps signaled the killer was less mysterious, but no less devastating. The pattern matched acute pesticide poisoning. By one estimate, at a single apiary — Flowertown Bee Farm and Supply, in Summerville — 46 hives died on the spot, totaling about 2.5 million bees.

---

Here is a snapshot of Christianity. Muslims guard The Church of the Holy Sepulchre in Jerusalem's Old City which is Christianity's most hallowed shrine.

Christians can't even live in peace when it comes to Jesus. How can Mankind expect to survive when the Christians cannot live in peace?

Why Christianity's holiest shrine is guarded by two Muslim families
By Ishaan Tharoor November 1
https://www.washingtonpost.com/news/worldviews/wp/2016/11/01/why-christianitys-holiest-shrine-is-guarded-by-two-muslim-families/

The Church of the Holy Sepulchre in Jerusalem's Old City is Christianity's most hallowed shrine. It's believed that the rock-cut tomb at the heart of the church was where the body of Jesus Christ was once laid.

*And when the world surrounding the religious complex was not convulsed in chaos, tensions among the faithful worshiping within often boiled over. The church has been shared for centuries by six old Christian congregations — Latin (Roman Catholic), Greek Orthodox, Armenian Apostolic, Syrian Orthodox, Ethiopian Orthodox and Egyptian Copts.

*Disputes among these sects over the sharing of the church have sparked skirmishes and street riots. Through the ages, clerics from the various orders have battled over the ritual sweeping of steps, the placing of carpets in front of altars, and even the right of walking in procession to the Edicule.

*The intractable nature of these rivalries has led to a rather curious, unique arrangement that dates to the 12th century: Two Muslim families were entrusted by a presumably weary Arab potentate to be the gatekeepers of the church. The Joudeh family keeps the key, while the Nuseibeh family opens up the church door every morning and locks it in the evening.

Obama administration to pay billions to Marines affected by toxic water
Published January 12, 2017 Associated Press
http://www.foxnews.com/politics/2017/01/12/obama-administration-to-pay-billions-to-marines-affected-by-toxic-water.html
WASHINGTON – The Obama administration has agreed to provide disability benefits totaling more than $2 billion to veterans who had been exposed to contaminated drinking water while assigned to Camp Lejeune in North Carolina.
The decision was quietly made public Thursday with a notice in the Federal Register, the government's official journal.
Beginning in March, the cash payouts from the Department of Veterans Affairs may supplement VA health care already being provided to eligible veterans stationed at the Marine base for at least 30 days cumulative between Aug. 1, 1953, and Dec. 31, 1987. Veterans will have to submit evidence of their diagnosis and service information.
Outgoing VA Secretary Bob McDonald determined that there was "sufficient scientific and medical evidence" to establish a connection between exposure to the contaminated water and eight medical conditions for purposes of awarding disability compensation.
The estimated taxpayer cost is $2.2 billion over a five-year period. The VA estimates that as many as 900,000 service members were potentially exposed to the tainted water. (*How many family members?*) The new rule covers active duty, Reserve and National Guard members who developed one of eight diseases: adult leukemia, aplastic anemia, bladder cancer, kidney cancer, liver cancer, multiple myeloma, non-Hodgkin's lymphoma and Parkinson's disease.

*The Katrina Virus is here and it is real. They know it and this is what they will do to you.*

*Federal Desensitizing Propaganda. You are immune to the truth but not the Katrina Virus.*

Why the C.D.C.'s Power to Quarantine Should Worry Us
By KYLE EDWARDS, WENDY PARMET and SCOTT BURRISJAN. 23, 2017
https://www.nytimes.com/2017/01/23/opinion/why-the-cdcs-power-to-quarantine-should-worry-us.html?emc=edit_th_20170124&nl=todaysheadlines&nlid=77044766&_r=0
The Centers for Disease Control and Prevention issued new regulations this month that give it broad authority to quarantine Americans. The rules outline for the first time how the federal government can restrict interstate travel during a health crisis, and they establish in-house oversight of whether someone should be detained, without providing a clear and direct path to challenge a quarantine order in federal court.

March 11th, 2017

Clerk Jeffery Atkins
Supreme Court of the United States
Office of the Clerk
One First Street, NE
Washington, DC 20543-0001

Clerk Jeffery Atkins,

Please reference my Writs 16-6278 and 16-6345.

I beg you to docket the attached two Memorandums for the above two Writs.

Please do it for Mankind.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

No. 16-6278

IN THE

## Supreme Court of the United States

---

David Andrew Christenson
Petitioner/Plaintiff

v.

United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

---

### Memorandum to save Mankind

### (EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)

---

*David Andrew Christenson files this Extraordinary Writ*
*on behalf of himself and the American People*

---

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6278

## Memorandum to save Mankind

I beg the court to save Mankind.


Godspeed.


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 11th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC 20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

Jeffrey Bossert Clark Counsel of Record

BP Exploration & Production Inc., BP America Production Co., and BP plc.

Kirkland & Ellis LLP

655 Fifteenth Street, N.W.

Suite 1200

Washington, DC 20005

jeffrey.clark@kirkland.com, (202) 879-5900

_____

David Andrew Christenson

No. 16-6345

IN THE
# Supreme Court of the United States
———
David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

———

## Memorandum to save Mankind

### (EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)

———

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

———

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6345

## Memorandum to save Mankind

I beg the court to save Mankind.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on March 11th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@kirkland.com, (202) 879-5900

_____

David Andrew Christenson

Chris Henson
Box 9063
Mira Amar Beach, FL.
32550

ılıllılı'ıllıllıllılıllılı'ılıllıllılılıllılıl

Clerk
5th Circuit
600 S. maestri Place
New Orleans, LA
70130-3407

U.S. POSTAGE
$2.03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                      MDL No. 2179
"Deepwater Horizon" in the Gulf                              SECTION: J
of Mexico, on April 20, 2010                                   JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                  MAGISTRATE SHUSHAN

Memorandum **21**
March 31ˢᵗ, 2017

The 5ᵗʰ Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31ˢᵗ, 2017.

TENDERED FOR FILING

APR 03 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                    16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Sixteen
Drug-Resistant Infections Globally

The Op-Ed piece from the New York times was written with good intentions but the authors don't have a realistic, informed or educated view of the cataclysmic events that are unfolding before their eyes. They have myopic vision. They will not do any good until they have the truth about what has taken place and the resulting damage that it caused to our immune systems. Even with medications are immune systems will not be able to stave even the simplest of infections. Mankind is doomed.

The Supreme Court and the 5th Circuit must allow me be to be heard so that Mankind can be saved. Americans must know the truth about how bad things are and that we are starting from the negative.

Without full and unfiltered disclosure, we are doomed. Please do not be silent any more.

Do you really think the clowns in Washington care about you and your loved ones? I care!

The Opinion Pages | Op-Ed Contributors
The Real Threat to National Security: Deadly Disease
By MICHAEL T. OSTERHOLM and MARK OLSHAKERMARCH 24, 2017
https://www.nytimes.com/2017/03/24/opinion/the-real-threat-to-national-security-deadly-
disease.html?emc=edit_th_20170325&nl=todaysheadlines&nlid=65460936&_r=0
While the Trump administration is proposing significantly increased military spending to enhance our national security, it seems to have lost sight of the greatest national security threat of all: our fight against infectious disease.
We already spend far more on our military than any other country in the world. To help pay for the increases, President Trump wants to cut back many federal programs, including those that prepare us to wage war against microbes, the greatest and most lethal enemy we are ever likely to face. This is where "defense spending" needs to increase, significantly.
President Trump's budget would cut funding for the National Institutes of Health by 18 percent. It would cut the State Department and the United States Agency for International Development, a key vehicle for preventing and responding to outbreaks before they reach our shores, by 28 percent. And the repeal of the Affordable Care Act would kill the billion-dollar Prevention and Public Health Fund, which provides funding for the Centers for Disease Control and Prevention to fight outbreaks of infectious disease.
(While the budget also calls for the creation of an emergency fund to respond to outbreaks, there is no indication that it would offset the other cuts, or where the money would come from.)

Those cuts will not protect American citizens. They will diminish research and vaccine development and our ability to respond to the growing threats of antibiotic resistance and new infectious diseases.

Those agencies are already falling short, as we saw last year, when they couldn't effectively respond to the Zika threat. What will they do when we face a real pandemic? With 7.4 billion people, 20 billion chickens and 400 million pigs now sharing the earth, we have created the ideal scenario for creating and spreading dangerous microbes. Trade and travel have connected most points on the globe in a matter of hours. More and more people are living in the microbe-rich megacity slums of the developing world.

Sign Up for the Opinion Today Newsletter

Every weekday, get thought-provoking commentary from Op-Ed columnists, the Times editorial board and contributing writers from around the world.

By some estimates, the 1918-19 "Spanish" influenza killed more people than all the wars of the 20th century combined. Today, an influenza pandemic could be more devastating than an atom bomb. We are already witnessing an outbreak of influenza in birds — the H7N9 strain, in China — that could be the source for the next human pandemic. Since October, over 500 people have been infected; more than 34 percent have died. Most victims had contact with infected poultry, yet three recent clusters appear to be from person-to-person transmission. Will H7N9 mutate to become easily transmitted between humans? We don't know. But without sufficient supplies of a vaccine, we are not prepared to stop it.

The spread of antibiotic-resistant microbes also continues at an ever faster rate. Last year a comprehensive review predicted that, if left unchecked, drug-resistant infections will kill more people worldwide by 2050 than cancer and diabetes combined. Without a global effort led by the United States to halt the spread of this resistance and support for development of new antibiotics, we are in danger of returning to a pre-antibiotic world in which a cut could prove deadly and surgery would not be worth the risk of infection.

Yellow fever, a mosquito-borne disease that can kill up to 50 percent of those who get seriously sick, is on the cusp of a major outbreak in some of Brazil's largest cities, while MERS — Middle East Respiratory Syndrome — continues to infect people on the Arabian Peninsula. If an effective vaccine is not developed, it will continue to be transmitted around the world and cause fatal outbreaks like the one that closed Samsung Medical Center in Seoul to new patients for weeks. A similar outbreak could occur at the Mayo Clinic or Johns Hopkins Hospital.

And three years after the 2014 Ebola crisis, we still have no licensed vaccine or a plan for how to deploy one to prevent future outbreaks.

Finally, there is the danger of diseases deliberately spread by terrorists. Bill Gates, who has put much of his sizable financial resources as well as his brainpower into public health, wrote in the New England Journal of Medicine in 2015: "Of all the things that could kill more than 10 million people around the world, the most likely is an epidemic stemming from either natural causes or bioterrorism." More recently, at this year's Munich Security Conference, on the possibility of terrorist-engineered viruses he noted: "They are probably the only thing that can kill a billion." For example, the science exists to reconstruct the smallpox genome from readily available lab materials, with the added possibility of altering the virus just enough that our existing vaccine would be ineffective.

The military has figured out how to convince congressional funders that the only way to maintain defense is to appropriate money before a crisis. You don't start building the weapons and training all the soldiers after the first shot has been fired. The only way we can win the inevitable microbe wars is to do the same — to have new vaccines and antibiotics and trained personnel ready before the crisis hits. We cannot rely on pharmaceutical companies to create drugs and vaccines for markets that do not yet exist.

Only the government can do this. The additional expenditures would be truly economical in terms of lives saved.

We are talking about national security on the most existential level.

Michael T. Osterholm is an epidemiologist and director of the Center for Infectious Disease Research and Policy at the University of Minnesota. Mark Olshaker is a documentary filmmaker. They are the authors of "Deadliest Enemy: Our War Against Killer Germs."

Follow The New York Times Opinion section on Facebook and Twitter (@NYTOpinion), and sign up for the Opinion Today newsletter.

A version of this op-ed appears in print on March 25, 2017, on Page A21 of the New York edition with the headline: The Microbe Wars. Today's Paper|Subscribe

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. March 25th, 2017.

Judge Kurt Engelhardt,
March 25th, 2017

Letter Seven

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

No. 16-6278

IN THE
## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

**Third Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*



Writ 16-6278

### Third Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed/

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 25th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC 20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

Jeffrey Bossert Clark Counsel of Record

BP Exploration & Production Inc., BP America Production Co., and BP plc.

Kirkland & Ellis LLP

655 Fifteenth Street, N.W.

Suite 1200

Washington, DC 20005

jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Case 2:10-md-02179-CJB-DPC   Document 22955   Filed 04/03/17   Page 256 of 276



Christiansen
BQ-963
Milton, Dear, FL
32570

Clerk
5th Circuit
600 S. Maestri PL
New Orleans, LA
70130-3408

70130-340899

PENSACOLA FL 325
29 MAR 2017 PM 2 L

USA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the Gulf                                    SECTION: J
of Mexico, on April 20, 2010                                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                          MAGISTRATE SHUSHAN

Memorandum **22**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

MAR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



U.S. COURT OF APPEALS
RECEIVED
MAR 27 2017
FIFTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                      16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Fifteen

May you and your family rest in peace. Your children and grandchildren will see unconscionable horrors as the human race becomes extinct by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty.

They will see wars, famine, pestilence, epidemics, pandemics, cannibalism, eugenics, euthanasia, etc. They will see fathers murdering their own children. The world will burn. What do you think will happen to the old and infirmed? We do not have the money and we never will. Do the math. We are 20 trillion dollars in debt today and by 2050 that number will be 150 trillion dollars. Only World War III can save our economy. It is a double or nothing war. The winner takes all or nothing.

The following article is true Federal Desensitizing Propaganda but if you look you can see the truth.

Why do they not mention Alzheimer's which is the sixth leading cause of death in the US? There are respectable organizations that list Alzheimer's as the third leading cause of death in the US. What about Pneumonia and Influenza deaths?

FACT: They are inferring a conclusion or cause without evidence.

The cause is immunizations/vaccinations that have destroyed our immune system(s) and yet they don't discuss that. American white people receive more immunizations/vaccinations than any other demographic group in the US or world. 99% of the immigrants that come to the US are past the point of receiving the standard immunizations/vaccinations.

FACT: The conclusion or cause is the destruction of our immune system(s). Alzheimer's, Suicide, Pneumonia, Influenza, etc. can be staved off with a strong immune system(s). Even addiction can be staved off.

We have committed suicide by voluntarily destroying our own immune system(s).

Currently we live with the Katrina Social Norm. Censorship is a key component as is Sunarcissism.

"A Sunarcissist is a narcissist who chooses suicide over honor." When we had strong immune system(s), survival was our number one instinct. Now how we die is a default choice and part of our social fabric.

We have chosen to do nothing. Our leaders have chosen to censor those of us who are fighting to save Mankind.

We need to embrace the "Katrina Anti-Social Norm". I have filed multiple Mandamus and Prohibition Writs with the Supreme Court of the United States. I want the Supreme Court to order the Federal Government to tell the truth and to stop lying. Mankind cannot save itself without the truth.

Please see the light and help to save Mankind. What happens here will spread to the rest of the world.

<u>The data given to the economists already had a predetermined conclusion. The Federal Government paid for the study but needed a stamp of approval from a credible source. What better source than two Noble Prize winning economists.</u>

Death Rates Rise for Wide Swath of White Adults, Study Finds
Increases in 'deaths of despair'—from drugs, alcohol-related liver diseases and suicide
By BETSY MCKAY
Updated March 23, 2017 12:41 a.m. ET
https://www.wsj.com/articles/death-rates-rise-for-wide-swath-of-white-adults-1490240740
In 2015, two Princeton University economists published a landmark paper showing that mortality was rising for white middle-aged Americans after decades of decline, a startling development for an economically advanced nation.

Now a new analysis from the same pair, released Thursday by the Brookings Institution, paints an even bleaker picture of the nation's largest-population group.

Mortality has been rising since the turn of this century for an even broader swath of white adults, starting at age 25, the researchers found, driven by troubles in a hard-hit working class. Death rates for white non-Hispanics with a high-school education or less now exceed those of blacks overall, the pair said—and they're 30% higher for whites age 50 to 54 than for blacks overall of that age.

Blacks have long had a much higher death rate than whites, but that rate has dropped steeply since the beginning of this century, while the rate for whites has crept up.

Driving the uptick are increases in "deaths of despair"—from drugs, alcohol-related liver diseases and suicide, as well as a slowdown in progress against death in middle age from heart disease and cancer, the nation's biggest killers, wrote Anne Case and Nobel Prize-winning economist Angus Deaton, her husband. The pair examined more than 15 data sets, including government health statistics, death certificates and various economic indicators.

The analysis paints a portrait of a gradual "collapse of the white, high-school-educated working class after its heyday in the early 1970s," whose health, mental well-being, and attachment to the labor force have become successively worse for people born after 1945, they said.

The opioid epidemic has only heightened a trend that was already under way before those drugs hit the market, they said.

<u>By contrast, Ms. Case and Mr. Deaton noted, the mortality rate has continued to decline this century for whites with a college degree, albeit more slowly than before.</u>

The increase in mortality rate for working-class whites can't be explained by declining income prospects alone. Blacks and Hispanics face many of the same income struggles but have experienced declines in mortality over the same period, the two economists argued, though their findings reveal more recent

troubles for blacks, with gains stagnating the past couple of years amid an increase in drug overdoses and stalling progress against heart disease.

"This doesn't seem to be about current income," Ms. Case said in a call with reporters. "It seems to be about accumulating despair."

The rising mortality of working-class white adults appears to be rooted both in worse job opportunities and increasing social dysfunction, following generations of relatively stable lives that involved job advancement and an expectation of living better than one's parents, the researchers said.

Wages aren't rising with age now as much as they once did for high-school-educated white men, Ms. Case said, suggesting that the composition of jobs available to them has changed and that there is less upward mobility.

"The company man job has gone away for working-class people," Mr. Deaton said.

Those changes have come along with trends such as a decline in marriage, more temporary relationships and children out of wedlock, and a rise in social isolation that have made life less stable, they said. Taken together, these changes in life may be leading to physical and mental-health problems, they said, calling their hypothesis "preliminary but plausible" with more research needed on several fronts.

The work deepens a growing body of academic and government research into the possible causes of rising mortality rates among whites, whose ills among the working class are reshaping the nation's social, political and economic landscape. Non-Hispanic whites make up 62% of the U.S. population, and their rising mortality rates helped to push overall U.S. life expectancy down slightly in 2015, to 78.8 years.

"For many Americans, America is starting to fail as a country," said James Smith, chair in labor markets and demographic research at the Rand Corp., who wasn't involved in the paper and said he was struck that mortality rates are rising for young working-class adults. "The bad things that are going on in America do not appear to be going on in Western European countries, and that's a big deal."

The phenomenon is occurring all across the country, both in urban and rural areas, Ms. Case and Mr. Deaton wrote. And the ills are so deep and complex that it could take many years and many changes in policy to reverse.

"As these people move into old age, they're going to be sick, and that has disastrous consequences for Medicare and Social Security policy," Mr. Deaton said.

Write to Betsy McKay at betsy.mckay@wsj.com

Appeared in the Mar. 23, 2017, print edition as 'Whites' Mortality Rate Worse Than Thought.'

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. March 24th, 2017.

Judge Kurt Engelhardt,
March 24th, 2017

Please see attachment.

Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

No. 16-6845

---

In The

## Supreme Court of the United States

———

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

———

**Second Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

———

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

———

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

---



Writ 16-6345

## Second Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 24th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

Jeffrey Bossert Clark Counsel of Record

BP Exploration & Production Inc., BP America Production Co., and BP plc.

Kirkland & Ellis LLP

655 Fifteenth Street, N.W.

Suite 1200

Washington, DC  20005

jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

No. 16-6278

IN THE

## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

Second Memorandum to save Mankind

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6278

## Second Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC 20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

Jeffrey Bossert Clark Counsel of Record

BP Exploration & Production Inc., BP America Production Co., and BP plc.

Kirkland & Ellis LLP

655 Fifteenth Street, N.W.

Suite 1200

Washington, DC 20005

jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Christ (SJ)
Box 9063
Miramar Beach, FL
32550

Clerk
5th Circuit
600 S. Maestri Plaza
New Orleans / LA
70130 - 3408





APR 0 1 2017

USPS

Clerk
Fed Court EOLA
505 Poydras St.
New Orleans, LA

7013 0830 3319 0026

Christenson
Box 9063
MIAMI AIR BEACH FL
32556

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the Gulf                                   SECTION: J
of Mexico, on April 20, 2010                                      JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                         MAGISTRATE SHUSHAN

Memorandum **23**
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

**TENDERED FOR FILING**

APR 0 3 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Memorandum Seventeen
Climate and the Internet

God gave us "Free Will" and Man gave us "Censorship". There is no "Free Will" with "Censorship".

By censoring me you deny Mankind a chance and the God given, as well as Constitutional Right to survive. You are protecting the enemy of Mankind.

Mankind's mortal enemies are viruses, bacteria and fungi.

Mankind's number one mortal enemy is himself. Many of the most dangerous viruses, bacteria and fungi were invented by Mankind. This is suicide.

As temperatures rise our enemies become superheroes.

One last thought. Mankind's true God is money. What is happening in the world is about money but the byproduct of the desire for money is the Genocide of Mankind.

Sorry but one more thought. I wrote about the perfect military weapon which is organic, easy to disperse and dissipates in five days with the result being the opposing army committing suicide. This weapon mutated. By accident a better weapon came about. The better weapon attacked the immune system(s) causing our greatest and most experienced intellects to develop Alzheimer's and Dementia. Once again suicide.

I am not the enemy.

Earth Sets a Temperature Record for the Third Straight Year By JUSTIN GILLIS JAN. 18, 2017
https://www.nytimes.com/2017/01/18/science/earth-highest-temperature-record.html
Marking another milestone for a changing planet, scientists reported on Wednesday that the Earth reached its highest temperature on record in 2016, trouncing a record set only a year earlier, which beat one set in 2014. It is the first time in the modern era of global warming data that temperatures have blown past the previous record three years in a row.
The findings come two days before the inauguration of an American president who has called global warming a Chinese plot and vowed to roll back his predecessor's efforts to cut emissions of heat-trapping gases.

In reality, the Earth is heating up, a point long beyond serious scientific dispute, but one becoming more evident as the records keep falling. Temperatures are heading toward levels that many experts believe will pose a profound threat to both the natural world and to human civilization.

Trump Signs Executive Order Unwinding Obama Climate Policies
By CORAL DAVENPORT and ALISSA J. RUBINMARCH 28, 2017
https://www.nytimes.com/2017/03/28/climate/trump-executive-order-climate-change.html?emc=edit_th_20170329&nl=todaysheadlines&nlid=77044766&_r=0
WASHINGTON — President Trump, flanked by company executives and miners, signed a long-promised executive order on Tuesday to nullify President Barack Obama's climate change efforts and revive the coal industry, effectively ceding American leadership in the international campaign to curb the dangerous heating of the planet.
Mr. Trump made clear that the United States had no intention of meeting the commitments that his predecessor had made to curb planet-warming carbon dioxide pollution, turning denials of climate change into national policy.
At a ceremony, Mr. Trump directed the Environmental Protection Agency to start the complex and lengthy legal process of withdrawing and rewriting the Obama-era Clean Power Plan, which would have closed hundreds of coal-fired power plants, frozen construction of new plants and replaced them with vast new wind and solar farms.
"C'mon, fellas. You know what this is? You know what this says?" Mr. Trump said to the miners. "You're going back to work."

The Opinion Pages | OP-ED CONTRIBUTOR
How the Republicans Sold Your Privacy to Internet Providers By TOM WHEELERMARCH 29, 2017
https://www.nytimes.com/2017/03/29/opinion/how-the-republicans-sold-your-privacy-to-internet-providers.html?emc=edit_th_20170329&nl=todaysheadlines&nlid=77044766
On Tuesday afternoon, while most people were focused on the latest news from the House Intelligence Committee, the House quietly voted to undo rules that keep internet service providers — the companies like Comcast, Verizon and Charter that you pay for online access — from selling your personal information.
The Senate already approved the bill, on a party-line vote, last week, which means that in the coming days President Trump will be able to sign legislation that will strike a significant blow against online privacy protection.
The bill not only gives cable companies and wireless providers free rein to do what they like with your browsing history, shopping habits, your location and other information gleaned from your online activity, but it would also prevent the Federal Communications Commission from ever again establishing similar consumer privacy protections.
The bill is an effort by the F.C.C.'s new Republican majority and congressional Republicans to overturn a simple but vitally important concept — namely that the information that goes over a network belongs to you as the consumer, not to the network hired to carry it. It's an old idea: For decades, in both Republican and Democratic administrations, federal rules have protected the privacy of the information in a telephone call. In 2016, the F.C.C., which I led as chairman under President Barack Obama, extended those same protections to the internet.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. March 29th, 2017.

Judge Kurt Engelhardt,
March 29th, 2017

Letter Eight.

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

No. 16-6278

IN THE
## Supreme Court of the United States

———

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

———

**Fourth Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

———

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

———

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6278

## Fourth Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 29th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC 20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

Jeffrey Bossert Clark Counsel of Record

BP Exploration & Production Inc., BP America Production Co., and BP plc.

Kirkland & Ellis LLP

655 Fifteenth Street, N.W.

Suite 1200

Washington, DC 20005

jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Christensen
Box 9063
MIC AmAR BEACH, FL
32550

Clerk
5th Circuit
600 S. macstri PL
New Orleans, LA
70130 - 3408

USA

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 31, 2017

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

No. 16-30918    In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

Dear Mr. Christenson,

We are in receipt of your document entitled Supplemental
Memorandum Seventeen – Climate and the Internet.

We are taking no action of this document, since we are unable to
determine what relief you are seeking.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Enclosure(s)