UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARSON KIMBROUGH, | * | CIVIL ACTION No.: |
| Plaintiff, | * | 2:13-cv-02242-CJB-JCW |
| v. | * | SECTION: J |
| BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY, | * | JUDGE BARBIER |
| Defendants. | * | MAG. JUDGE SHUSHAN |

### SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)**

| Last Name
KIMBROUGH | First Name
CARSON | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Business Name | | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business
0924 | |
| MDL 2179 Member Case Number
2:13-cv-02242-CJB-SS | | Attorney Name and Firm
Steven L. Nicholas
Cunningham Bounds, LLC | |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

[X] Yes    [ ] No    If yes:

Identify the nature and location of the property: Home located at 30920 Peninsula Drive, Orange Beach, Alabama; legally described as Lots 4,5,6, Ono Harbor Unit Four Block One.

Identify the nature of the alleged damage: As a result of the oil spill and contamination of 30920 Peninsula Drive, Mr. Kimbrough had to sell his property for significantly less than he would have had the oil spill not occurred and contaminated and devalued his property.

Identify the date(s) of the alleged damage: The damage to the property occurred after the April 20, 2010 explosion and subsequent fire on the Deepwater Horizon rig, resulting in an uncontrolled continuous discharge of oil, gas and petroleum products into the waters of the Gulf of Mexico.

\*As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

[ ] Yes    [X] No    If yes:

Identify the dates on which you worked as a commercial fisherman: 

Identify the employer(s) (if any) for which you worked as a commercial fisherman: 

Identify the location(s) in which you worked as a commercial fisherman:

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: March 30, 2017

Location (City and State): Bon Secour, Alabama

_____
Signature of Plaintiff

Carson Kimbrough
Print Name

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 5th day of April, 2017 served a copy of the foregoing Sworn Statement on the parties listed below by mailing same by United States mail, properly addressed and first class postage prepaid.

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, Suite 2400 | 820 O'Keefe Avenue |
| Chicago IL 60654 | New Orleans, LA 70113 |

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS