UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE RICHARDSON | * | CIVIL ACTION NO. 13-2879 |
| VERSUS | * | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC. AND | * | JUDGE BARBIER |
| BP AMERICA PRODUCTION COMPANY | * | MAG. JUDGE WILKINSON |

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIM

NOW INTO COURT, comes **PLAINTIFF**, through undersigned counsel, who respectfully request to file the attached sworn statement pursuant to PRETRIAL ORDER NO. 63.

Respectfully submitted,

LAW OFFICES OF FRANK J. D'AMICO JR.

_____
FRANK J. D'AMICO, JR. (LA BAR #17519)
4608 Rye Street
Metairie, Louisiana, 70006
Telephone: 504-525-7272
Facsimile: 504-525-9522
Email:    frank@damicolaw.net

**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Richardson | Willie | Lows | Jr. |

| Phone Number | E-Mail Address |
|---|---|
| (850)426-5217 | richardsonwilliejr1@gmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 5606 Colinas Verde Dr. | Milton, FL 32570 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| P2S | [illegible] |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| The Law Offices of Frank J. D'Amico, Jr. APLC | frank@damicolaw.net |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address? 1849 Wareham Way Cantonment, Fl 32533, 435 Meander Lane Cantonment Fla 32533, 6052 Toulouse Dr Pensacola Fla 32505, 3244 Two Sister Way Pensacola Fla 32505

Any prior name used by Plaintiff from April 2010 to present?
No

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 1210 S.S.N. | |

| |
|---|
| Please indicate your status: |
| ☑ Properly opted out of the Medical Benefits Settlement* |
| ☐ Not a member of the Medical Benefits Settlement Class |
| ☐ Member of the Medical Benefits Settlement Class |
| ☐ Other: _____ |
| *If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A. |

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* Incident?

☐ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☑ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* Incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):

☑ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. __13-2879__

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

2

You are pursuing a claim against at least one B3 Defendant for (select all that apply):

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

☑ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

If so, identify the location and approximate date of the alleged exposure: June 2010 - July 2010 Fort Pickens Beach, Florida, damaged nerves in both of my legs from knee to feet

If so, describe the alleged injury and identify the location and approximate date of the alleged injury: damaged nerves in both legs from knee to feet from exposure to oil clean up Fort Pickens Beach, Florida, June 2010 - July 2010

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: _____

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

Yes _____ No ✓

If Yes, please identify:

1. The claim number(s) (if available). _____

2. Did you execute a release of your claims upon receiving payment through the GCCF:

Yes _____ No ✓

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____, 2017

Location (City and State): Milton, FL

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Willie Richardson
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before April 12, 2017. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

4

IN RE: OIL SPILL by "Deepwater Horizon"
MDL 2179 and Civil Action No. 10-2771     SECTION: J     JUDGE CARL BARBIER

## PLAINTIFF PROFILE FORM ["PPF"]

Last Name: Richardson First Name: Willie Middle/Maiden: Suffix:
Phone Number: 850-426-5217 E-Mail Address: richardsonwillie.jr.1@gmail.com
Address: 6052 Toulouse St. City / State / Zip: Pensacola, FL 32505

INDIVIDUAL CLAIM: ☑     BUSINESS CLAIM: ☐

Employer Name: Plant Performance Services
Business Name:
Job Title / Description: Clean up worker
Type of Business:
Address: 4800 Sugar Grove Blvd.
Address:
City / State / Zip: Stafford, TX
City / State / Zip:
Social Security Number: 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
Tax ID Number:
Attorney Name: Frank J. D'Amico, Jr.; Alan W. Lindsey, Jr.
Firm Name: Frank J. D'Amico, Jr. APLC; Lindsey and Andrews P.A.
Address: 622 Baronne St., New Orleans, LA 70113; 5218 Willing St., Milton FL 32570
City / State / Zip: New Orleans, LA 70113; Milton, FL 32570
Phone Number: 504.525.7272; 850.623.3200
E-Mail Address: fdamico@damicolaw.net

Claim filed with BP? YES ☐ NO ☑
Claim Filed with GCCF?: YES ☐ NO ☑
If yes, BP Claim No.:
If yes, Claimant Identification No.:

Claim Type (Please check all that apply):
☐ Damage or destruction to real or personal property;   ☑ Earnings/Profit Loss;
☑ Personal Injury/Death;   ☑ Fear of Future Injury and/or Medical Monitoring;   ☐ Loss of Subsistence use of Natural Resources;
☐ Removal and/or clean-up costs;   ☑ Other: Toxic Exposure.

Original Case Caption: James Bryant et al. v. BP Exploration + Production
Original Civil Action Number: 13-00280
Originating Court: USDC - Northern District of Florida
EDLA Civil Action Number: 13-2879

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

☐ Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.

☐ Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.

☐ Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.

☐ Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.

☐ Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.

☐ Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.

☐ Bank, financial institution, or retail business that suffered losses as a result of the spill.

☐ Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.

☐ Person who utilizes natural resources for subsistence.

☐ Other:

☐ Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

☐ Boat captain or crew involved in the Vessels of Opportunity program.

☑ Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ Resident who lives or works in close proximity to coastal waters.

☐ Other:

☐ Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

**Brief Description:**

For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

In 2010, Richardson was exposed while working as a clean-up worker. His injuries include but aren't limited to: numbness in knees and feet, headaches, severe sinus problems, loss of appetite, redness of eyes, constant tearing, chronic cough, nose bleeds, and rashes. List of healthcare providers are attached hereto as "Exhibit A." List of Employers is attached hereto as Exhibit "B." Medical Authorization is attached hereto as Exhibit "C."

For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Plant Performance Services
Clean-up Worker.
Fort Pickens, Pensacola, Florida

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____       6/18/2013
Claimant or Attorney Signature              Date

Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

## OPT-OUT NOTIFICATION

Deepwater Horizon Court-Supervised Settlement Program
Attn: Exclusions Department / Class Administration
935 Gravier Street, Suite 1400
New Orleans, LA 70112-1608

Please be advised that I wish to be excluded from the Medical Benefits Class in the Deepwater Horizon Medical Benefits Class Action Settlement in Case Number 2:10-md-02179 in the Eastern District of Louisiana.

DATED this 29th day of October, 2012.

Signature: *[signature]*
Printed Name: Willie Richardson
Address: 6052 Toulouse Dr
Pensacola FL 32505
Phone No.: (850) 426-5217
D/O/B: /69
DL No.: R263-892-69-220-0

APPROVED BY:

/s/ Mr. Frank J. D'Amico, Jr.
Mr. Frank J. D'Amico, Jr.
The Law Office of Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113
Phone No.: (504) 525-7272
Facsimile No.: (504) 525-9522
and
Allen W. Lindsay, Jr.
Lindsay & Andrews, P.A.
Post Office Box 586
Milton, FL 32572
Phone No.: (850) 623-3200
Facsimile No.: (850) 623-0104