UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHARON F. GREEN, | * | |
| | * | CIVIL ACTION No.: |
| Plaintiff, | | 2:13-cv-02370-CJB-JCW |
| | * | |
| v. | | SECTION: J |
| BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY, | * | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |
| Defendants. | * | |

NOTICE OF FILING OF SWORN STATEMENT REGARDING
GENERAL MARITIME LAW CLAIMS

COMES NOW, through undersigned counsel, Plaintiff Sharon F. Green, who pursuant to Pretrial Order 64 (Doc. 22297) in the matter entitled In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, filed in the United States District Court for the Eastern District of Louisiana, Docket No.2:10-md-02179-CJB-JCW, files this Sworn Statement Regarding General Maritime Law Claims.

Respectfully submitted on this 5th day of April, 2017.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the __5th__ day of April, 2017 served a copy of the foregoing document on the parties listed below by mailing same by United States mail, properly addressed and first class postage prepaid.

| | |
|---|---|
| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St, Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steven J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

                        /s/ Steven L. Nicholas
                        STEVEN L. NICHOLAS