**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | Judge Barbier |
| *Pleading Bundle A Actions* | * * | Magistrate Judge Wilkinson |

**DEFENDANTS'[1] STATUS REPORT**
**FOR REMAINING PLEADING BUNDLE A ACTIONS**

**I.   Introduction**

Pre-Trial Order No. 64 requires any remaining Pleading Bundle A Plaintiffs who had previously settled their claims to file dismissals no later than March 22, 2017. Several Bundle A plaintiffs, but not all, complied. On March 27, 2017, the Court issued orders dismissing the claims of Bundle A plaintiffs Buddy Trahan and Douglas Brown upon their motions (Rec. Docs. 22470, 22487, 22489, 22494). The claims of Joshua Kritzer (10-04427), which were identified in Liaison Counsels' Status Report for the February 17, 2017 Status Conference, were previously dismissed by short-form dismissal form in September 2011 (Rec. Doc. 4043-2).

---

[1] Pursuant to Pre-Trial Order No. 64 that ordered the defendants in the remaining Pleading Bundle A actions to provide a Status Report, this Status Report is submitted by the following entities ("Defendants") which are defendants in the remaining Pleading Bundle A actions: BP America Production Company, BP America Inc., BP Corporation North America Inc., BP p.l.c., BP Exploration & Production Inc., BP Products North America Inc., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Drilling U.S.A., Inc., Anadarko Petroleum Corporation, Anadarko E&P Company, LP, Halliburton Energy Services, Inc., MOEX Offshore 2007, LLC., MOEX USA Corporation, Sperry Drilling Services, Sperry-Sun Drilling Services, Inc., Triton Asset Leasing GmbH, Triton Hungary Asset Management Limited Liability Company, Triton Hungary Asset Management KFT. Bundle A defendants Cameron International Corporation formerly known as Cooper Cameron Corporation, Cameron International Corporation doing business as Cameron Systems Corporation, Weatherford U.S., L.P., Weatherford International, Ltd., and Weatherford International, Inc. do not believe they are parties to the remaining Bundle A claims under the Final Judgments signed by the Court. (Rec. Docs. 5653, 6204 and 13358). Bundle A defendant M-I LLC aka M-I SWACO doing business as M-I Drilling Fluids L.L.C. was contacted by counsel for BP but does not join this Status Report.

**II.     Status of Pleading Bundle A: April 20, 2010 Personal Injury and Death Claims**

The Defendants filing this Status Report provide the following for the Bundle A actions.

The claims of Brandon Boullion (11-00923) have previously been settled. The Plaintiff in that action, however, has yet to file an appropriate dismissal.

With respect to the decedents Roy Kemp and Donald Clark, the personal representatives of Mr. Kemp's and Mr. Clark's respective estates previously settled all claims associated with the deaths of Mr. Kemp and Mr. Clark.  Two actions in MDL 2179 (12-01895, 13-06013) are being maintained by the mother of Mr. Kemp and another action is being maintained by the mother of Mr. Clark (11-00945).  Because, under the Death on the High Seas Act, the personal representative of the decedents' estate is the party with the power to bring and/or settle the wrongful death claim for all potential plaintiffs, it is BP's (and other defendants') position that the current Kemp and Clark actions are not properly pending and should be dismissed.

Three other plaintiffs (Bradley Shivers, Mark Mead, and Scott Russell) have filed an action (10-03261) alleging that they suffered psychological injury as a result of observing the fire on the *Deepwater Horizon* in the distance from their fishing vessel on April 20, 2010 and arriving on the scene to assist with the rescue.  Messrs. Shivers, Mead, and Russell do not allege any physical injury and should the Court desire to address this case it may be subject to dispositive motion practice.  Moreover, although this complaint was pending in MDL 2179 at the time, the Court did not include the *Shivers* case in its list of Bundle A cases attached to Pretrial Order 25 (Rec. Doc. 983-1), and it has never been formally assigned to a pleading bundle. However, because this case arises from the events of April 20, 2010, this action is included in this Status Report regarding remaining Bundle A actions.

Dated:  April 5, 2017                                   Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Christopher Esbrook
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock, P.C,
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

3

*/s/    Frank A. Piccolo*
Frank A. Piccolo (Bar #02049)
PREIS PLC
24 Greenway Plaza, Ste. 2050
Houston, Texas 77046
Telephone:  (713) 355-6062
Facsimile:  (713) 572-9129

*Counsel for Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC, Transocean Deepwater, Inc., and Triton Asset Leasing GmbH*

By: */s/ R. Alan York*
R. Alan York (Bar # 22167500)
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
AYork@ReedSmith.com

Donald E. Godwin (Bar # 08056500)
GODWIN BOWMAN & MARTINEZ PC
1201 Elm Street
Suite 1700
Dallas, Texas 75270
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
DGodwin@GodwinLaw.com

*Attorneys For Halliburton Energy Services, Inc. (And Its Product Service Line, Sperry Drilling Services)*

*/s/    Edward Flanders*
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1638
Facsimile: (212) 858-1500
edward.flanders@pillsburylaw.com

*Attorneys for MOEX Offshore 2007 LLC and MOEX USA Corporation*

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of April, 2017.

                                                                /s/ Don K. Haycraft
                                                                  Don K. Haycraft