


# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Ericsson | John | D | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| Gulf Marine Institute of Technology | 31-1475321 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:13-cv-01286 | Mario E. de la Garza<br>Garcia de la Garza, LLP |

**Did you own or otherwise hold a proprietary interest* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes X No Gulf Marine Institute of Technology does not intend to abandon and reserves the right to prosecute its general maritime law claims.

Identify the nature and location of the property: ______________________________

* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

______________________________

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☐ Yes X No Gulf Marine Institute of Technology does not intend to abandon and reserves the right to prosecute its general maritime law claims.

Identify the dates on which you worked as a commercial fisherman: ______________________________

Identify the employer(s) (if any) for which you worked as a commercial fisherman: ______________________________

______________________________

Case 2:10-md-02179-CJB-JCW Document 22297-1 Filed 02/22/17 Page 2 of 2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 5, 2017

Location (City and State): Gulf Breeze, Florida

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

**John D Ericsson**

Print Name

**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before April 5, 2017. Service can be made via United States mail at the following addresses:**

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steven J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**