

# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* <br> Civil Action No. 10-MD-2179-CJB-SS |||||
|---|---|---|---|---|
| **SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)** |||||
| Last Name <br> Ericsson | First Name <br> Justin || Middle Name/Maiden <br> D | Suffix |
| Business Name <br> BioMarine Technologies, Inc. || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) <br> 75-2309471 |||
| MDL 2179 Member Case Number <br> 2:13-cv-01286 || Attorney Name and Firm <br> Mario E. de la Garza <br> Garcia de la Garza, LLP |||

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes  X No    BioMarine Technologies Inc. does not intend to abandon and reserves the right to prosecute its general maritime law claims.

Identify the nature and location of the property: _____

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

_____

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☐ Yes  X No    BioMarine Technologies Inc. does not intend to abandon and reserves the right to prosecute its general maritime law claims.

Identify the dates on which you worked as a commercial fisherman: _____

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: <u>April 5</u>, 2017

Location (City and State): <u>Chicago, Illinois</u>

_____
Signature of Plaintiff (*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf*)


<u>Justin D. Ericsson</u>
Print Name


The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>April 5, 2017</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").