UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This is Document Relates To: Pleading Bundle B1 | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| ANDY'S MOTEL | * | CIVIL ACTION No. 2:16-cv-04252 |
| vs. | * | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C. | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## NOTICE OF FILING OF SWORN STATEMENT REGARDING GENERAL MARITIME CLAIMS (B1 CLAIMS)

NOW INTO COURT, through undersigned counsel, comes Plaintiff Jason Cox, who pursuant of Pretrial Order No. 64 (Rec. Doc. 22297) in the matter entitled *In Re: Oil Spill by Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* filed in the United States District Court for the Eastern District of Louisiana, Docket No. 2:10-md-02179-CJB-JCW, files this Sworn Statement Regarding General Maritime Law Claims (B1 Claims).

Respectfully submitted,

BY: /s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@billpricelaw.com
P.O. Box 351
Panama City, FL 32402
Telephone: (850) 215-2195
Facsimile: (850)763-0647

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Complaint has been served on all Counsel by electronically uploading the Same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of April, 2017.

/s/ William B. Price