IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | *  *   MDL No. 2179  *  *   Section: J |
| This Document Relates to: | *  *   Judge Barbier |
| *No. 2:13-cv-6649* | *  *   Magistrate Judge Wilkinson  *  * |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DEFENDANTS' MOTION TO DISMISS
### THE CLAIMS OF THE MEXICAN STATE OF YUCATÁN

In accordance with the Court's recent order permitting defendants to file a motion to dismiss claims filed by the Mexican State of Yucatán, (Rec. Doc. 22297 at 5-6), defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (and its product service line Sperry Drilling Services) respectfully request that this Court dismiss Yucatán's complaint in its entirety. The dismissal of those claims follows directly from this Court's previous rulings in virtually identical cases as well as decisions affirming this Court issued by the Fifth Circuit. *See In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 835 F. Supp. 2d 175, 180-82 (E.D. La. 2011) (dismissing Oil Pollution Act ("OPA") claims brought by other Mexican States for failure to fulfill OPA's foreign claimant requirements); *In re Deepwater Horizon*, 784 F.3d 1019, 1030-31 (5th Cir. 2015) (finding that other Mexican States did not have a sufficient proprietary interest in the resources they alleged were damaged in order to pursue maritime law claims under *Robins Dry Dock & Repair Co. v. Flint*, 275 U.S. 303 (1927)); *In re*

*Deepwater Horizon*, 745 F.3d 157, 169-174 (5th Cir. 2014) (holding that state law claims arising from the *Deepwater Horizon* spill are preempted by OPA).  Accordingly, and as more fully explained in Defendants' accompanying memorandum, Yucatán's claims should be dismissed.

Dated April 5, 2017

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Elizabeth A. Larsen
Kristopher S. Ritter
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

Robert C. "Mike" Brock, P.C.
Jeffrey B. Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

*Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.,*


/s/ *Kerry J. Miller*
Kerry J. Miller (#24562)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:   (504) 566-8646
Facsimile:    (504) 585-6946
Email:    kjmiller@bakerdonelson.com

***Attorneys for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH***

*/s/ R. Alan York*
R. Alan York
REED SMITH LLP
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  713-469-3800
Facsimile:  713-469-3899

Donald E. Godwin
GODWIN BOWMAN & MARTINEZ PC
State Bar No. 08056500
DGodwin@GodwinLaw.com
1201 Elm Street
Suite 1700
Dallas, Texas 75270
Telephone:  214-939-4400
Facsimile:  214-760-7332

***Attorneys for Halliburton Energy Services, Inc. (and its Product Service Line, Sperry Drilling Services)***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of April, 2017.

Dated: April 5, 2017                                        Respectfully submitted,

                                                            */s/ Don K. Haycraft*
                                                            Don K. Haycraft