# EXHIBIT A

# Political Constitution of the United Mexican States



Mexican Supreme Court

2010

First edition: August 2005
Second edition: November 2008
Third edition: March 2010
Fourth edition: August 2010
All rights reserved. © Mexican Supreme Court
Av. José María Pino Suárez, No. 2
C.P. 06065, México, D.F.

*Printed in Mexico*

Translators: Dr. José Antonio Caballero Juárez and Lic. Laura Martín del Campo Steta.

Translation updated by: Lic. Sergio Alonso Rodríguez Narváez and Estefanía Vela

The update, edition, and design of this publication was made by the General Management of the Coordination on Compilation and Systematization of Theses of the Mexican Supreme Court.

# Political Constitution of the United Mexican States

Mexican Supreme Court

## Mexican Supreme Court

Justice Guillermo I. Ortiz Mayagoitia
*President*

### First Chamber

Justice José de Jesús Gudiño Pelayo
*President*

Justice José Ramón Cossío Díaz
Justice Olga María Sánchez Cordero de García Villegas
Justice Juan N. Silva Meza
Justice Arturo Zaldívar Lelo de Larrea

### Second Chamber

Justice Sergio Salvador Aguirre Anguiano
*President*

Justice Luis María Aguilar Morales
Justice José Fernando Franco González Salas
Justice Margarita Beatriz Luna Ramos
Justice Sergio A. Valls Hernández

### Publications, Social Communication, Cultural Diffusion and Institutional Relations Committee

Justice Guillermo I. Ortiz Mayagoitia
Justice Sergio A. Valls Hernández
Justice Arturo Zaldívar Lelo de Larrea

### Editorial Committee

Mtro. Alfonso Oñate Laborde
*Technical Legal Secretary*

Mtra. Cielito Bolívar Galindo
*General Director of the Theses Compilation
and Systematization Bureau*

Lic. Gustavo Addad Santiago
*General Director of Diffusion*

Judge Juan José Franco Luna
*General Director of the Houses of
Juridical Culture and Historical Studies*

Dr. Salvador Cárdenas Gutiérrez
*Director of Historical Research*

The organism shall have a Board composed by five members, one of which shall be its President; the members shall be designated by the President of the United Mexican States with the approval of the Senate or, in its recesses, by the Permanent Commission of Congress.

The Law shall establish the organization and functioning of the National System of Statistical and Geographical Information, according to the principles of access to information, openness, objectivity and independence; the requirements to become a member of the Board, as well as the tenure in office and how it shall be staggered.

The members of the Board shall only be removed by a grave cause and they shall not be permitted any other job, position or commission, except for unpaid services in educational, scientific, cultural or beneficiary institutions; and they shall be subjected to the contents of Title Four of this Constitution.

**Article 27.** Ownership of lands and waters within the boundaries of national land territory is vested

originally in the Nation, which has had and has, the right to transmit title thereof to private persons, thereby constituting private property.

No expropriations of private property shall be made but for public convenience and necessity, and subject to payment of indemnification.

The Nation shall at all time have the right to impose on private property such restrictions as the public interest may demand, as well as to regulate, for social benefit, the utilization of those natural resources which are susceptible of appropriation, in order to make an equitable distribution of public wealth, to conserve them, to achieve a balanced development of the country and to improve the living conditions of rural and urban population. Consequently, measures shall be issued to order human settlements and to establish adequate provisions, uses, reserves and allocations of lands, waters and forests, to carry out public works and to plan and regulate the creation, maintenance, improvement and growth of population centers; to preserve and restore environmental balance; to divide large landed

estates; to provide, under the terms set forth by the Law, the collective exploitation and organization of the *ejidos* and communal population centers;[11] to develop small rural property;[12] to promote agriculture, cattle breading, forestry and other economic activities in rural environments, and to prevent the destruction of natural resources and damages that property may suffer to the detriment of society.

---------------

[11] Communal population center designated as *núcleo de población comunal* or *comunidades,* is a Mexican rural land tenure institution constituted by a settlement of peasants holding land in common, which tenure and disposition is also subject to limitations to protect the peasants' rights. Most of this population centers originated as indigenous rural settlements. Settlers have occupied the land since the times of Spanish colonization. This class of land tenure has also certain particularities and is held in common. Communal population centers are, together with the *ejido*, institutions of land tenure for the protection of peasants and to prevent land concentrations in the hands of a few. Both institutions constitute the grounds of the Mexican land reform resulting from the 1910 Revolution and are regulated since the inception of this Constitution. (Becerra, Javier F., *op. cit.,* Note 3, P.173)

[12] Small Rural property designated as *pequeña propiedad* is the rural land tenure system that is accepted as private property. Its extension is a maximum of 10,000 hectares or its equivalent in other types of land. Larger landed Estates, called *Latifundios* were prohibited after the Mexican Revolution and are not permitted to be held in ownership by a single individual.

The Nation has full ownership over all natural resources of the continental shelf and the seabed and subsoil of the submarine areas of the islands; over all minerals or substances in veins, layers, masses or ore pockets, constituting deposits which nature is different from the components of the earth, such as the minerals from which metals and metalloids to be used in industry are extracted; beds of precious stones, rock salt and deposits of salts formed by sea water; the products derived from rock decomposition, when their exploit requires underground work; minerals or organic deposits susceptible to be utilized as fertilizers; solid mineral fuels; petroleum and all solid, liquid or gaseous hydrocarbons; and the space located over national land territory, in the extension and under the terms established by International Law.

The Nation has full ownership over the waters of territorial sea in the extension and under the terms set forth by International Law; over internal waters; waters of lagoons and estuaries permanently or intermittently connecting with the sea; those of

natural inland lakes which are directly connected with streams constantly flowing; river waters and their direct and indirect tributaries, from the site of the riverbed where the first permanent, intermittent or torrential waters start to flow, to their mouth in the sea, lakes, lagoons or estuaries owned by the nation; those of constant or intermittent streams and their direct or indirect tributaries, whenever their beds along all the length of its way or in a portion thereof serve as a boundary line of national land territory or between two States,[13] or when they flow from one State to another or cross the Republic's boundary line; those of lakes, lagoons or estuaries whose beds, zones or streams are crossed by boundary lines dividing one or more States or between the Republic and a neighbouring country, or when the stream shoreline serves as a boundary between two States or between the

---

[13] The Mexican Constitution contains the expression *entidades federativas* which refers to the States of the Federation and the Federal District. For the purposes of this translation the term States shall mean the States of the Federation and the Federal District, unless otherwise noted. It is also possible to use federal entities instead.

Republic and a neighbouring country; those of springs flowing from beaches, maritime areas, streams, basins, river beds, banks of lakes, lagoons or estuaries owned by the Nation, and the ones extracted from mines; and the streams, beds, or banks of lakes and interior streams in the extensions established by the Law. Underground waters may be freely extracted by artificial works and may be appropriated by the owner of the land, but whenever the public interest should so require it, or whenever other uses are affected, the President of the Republic[14] may regulate its extraction and use and may even establish banned zones, and the same may be done regarding other waters of national ownership. Any other waters not included in the foregoing listing shall be considered as an integral part of the land through which they flow or where their deposits are located, but should they be located in two or more lots, the use of such

---

[14]   The Mexican Constitution contains the term *Ejecutivo Federal* which in accordance with Article 80 refers to the President of the United Mexican States. Therefore it has been translated as President of the Republic.

waters shall be considered of public convenience and subject to provisions issued by the States.[15]

In the cases established in the two paragraphs hereinbefore, the Nation's dominion is inalienable and not subject to the statute of limitation and the exploitation, use or enjoyment of the resources in question by private persons or by companies incorporated in accordance with Mexican laws, may not be undertaken save by means of concessions granted by the President of the Republic and in accordance with the rules and conditions set forth by the Laws. Legal provisions regarding the exploitation and works in respect to minerals and substances referred in paragraph fourth, shall govern the performance and verification of such exploitation activities and works carried out or that should be carried out, from its effective date, regardless of the date the concessions were granted. Failure to comply therewith shall cause the cancellation of the concessions. The Federal Government has the

---

[15]   The terms used in this paragraph describing the different territorial elements are used as defined in the United Nations Convention of the Sea of 1982.

right to establish and suppress national reserves and the corresponding declarations shall be made by the President of the Republic in the cases and under the conditions provided by the Law. In the case of petroleum and solid, liquid or gaseous hydrocarbons, or of radioactive minerals, neither concessions nor contracts shall be granted, nor shall the ones previously granted, if any, survive, and the Nation shall carry out the exploitation of such products under the terms set forth in the respective Law. It pertains exclusively to the Nation to produce, conduct, transform, distribute and supply electric power to provide a public service. In this matter no concessions shall be granted to private persons, and the Nation shall apply the goods and natural resources required to serve such purpose.

The use of nuclear fuels to generate nuclear energy and the regulation of its applications for other purposes pertains to the Nation too. Nuclear energy may only be applied to peaceful use.

Within an exclusive economic zone, situated outside the territorial sea and adjacent thereof, the Nation exercises the sovereign rights and jurisdiction set

forth in the laws enacted by Congress. The exclusive economic zone shall extend to two hundred nautical miles from the baselines from which the territorial sea is measured. In cases where said extension should produce a superposition over the exclusive economic zones of other countries, the boundaries of the respective zones shall be established as needed, through agreements with such countries.

The legal capacity to acquire domain over the Nation's lands and waters shall be governed by the following provisions:

I. Only Mexicans by birth or naturalization and Mexican companies have the right to acquire domain over lands, waters and their appurtenances or to obtain mining or water exploitation concessions. The State may grant the same right to foreigners, provided they agree before the Secretariat of Foreign Relations[16] to consider

---

[16]  In international treaties signed by Mexico the term *Secretaría de Relaciones Exteriores* (Ministry of Foreign Affairs) is translated as Secretariat of Foreign Relations. This translation has elected to use the official term.

themselves as nationals in respect to such property and not to invoke the protection of their governments in reference to said property, under penalty, in case of defaulting the agreement, of forfeiting in benefit of the Nation, the property acquired by virtue thereof. In no case may foreigners acquire direct domain over lands and waters in a zone of one hundred kilometres along the international borders and fifty kilometres along the shore.

The State, according to domestic public interest and to reciprocity principles and at the discretion of the Secretariat of Foreign Relations, may authorize foreign States to acquire, at the site where Federal Powers permanently reside, private ownership over the real estate needed for the direct service of their embassies or delegations.

II. Religious associations created in accordance with the terms provided in Article 130 and its Law, shall have legal capacity to acquire, possess or manage exclusively, such property which is

essential for their purpose, subject to the requirements and restrictions set forth by the Law.

III. Public and private charitable institutions, whose object is to aid the needy, to carry out scientific research, to spread education, or to provide mutual aid to their members, or any other lawful purpose, may not acquire other real estate property than that which is essential to fulfill their object, and which is immediately or directly devoted thereto, subject to the provisions of the Law.

IV. Corporations may own rural lands but only in the extension necessary to fulfill their object.

In no case may such class of companies hold in ownership lands dedicated to agriculture, cattle breading, or forestry activities, in an extension greater than the respective equivalent to twenty five times the limits specified in section XV of this Article. The Law shall determine the capital structure and minimum number of partners of these corporations so that the lands owned

by them do not exceed, in relation to each partner, the limits of small rural property. In this case all individual stock ownership corresponding to rural lands shall be cumulative for computation purposes. Likewise, the Law shall establish the requirements for the participation of foreigners in said corporations.

The Law shall establish the means for registry and control required to comply with the provisions of this section.

V. Banks duly authorized, in accordance with the laws of credit institutions, can have capital imposed over urban and rural properties[17] as provided under said laws, but they may not hold in property as owners or in management, any more real estate than that which is entirely necessary to fulfill their direct object.

VI. The Federal District and the States, as well as the Municipalities of the Republic, shall have

---

[17]  It refers mainly to mortgage loans on urban and rural property.

full legal capacity to acquire and possess all the real estate required for public services.

The laws of Federation and of the States, within their respective jurisdictions, shall establish the cases in which public convenience and necessity require the taking of private property and in accordance with said laws, an administrative authority shall issue the corresponding statement. The price fixed as indemnification for the expropriated property shall be based on its registered value, as it appears in the records of the cadastral bureau or tax collection office, regardless of whether such value was reported by the owner, or tacitly accepted by him, for having paid his taxes according to such base. Only the increased or decreased value of said private property due to any improvements or to any deterioration occurring after the tax appraisal base was set, shall be the portion of its value subject to the assessment of experts and to judicial resolution. The same provision shall apply to any objects which value is not fixed in tax collection offices.

The exercise of actions corresponding to the Nation by virtue of this Article's provisions shall be enforced by judicial proceedings. During said proceedings and by order of the corresponding courts, which shall be issued within a maximum term of one month, administrative authorities shall occupy, manage, auction or sell the lands or waters in question along with their appurtenances. In no case may the said actions be undone by the same authorities who performed them, before a final judgment on the case is issued.

VII. The legal capacity of *ejido* and communal population centers is recognized and their ownership over the land is protected, whether for human settlements as well as for productive activities.

The Law shall protect the integrity of the lands of native indigenous groups.

The Law, considering the respect due to, and the need to strengthen the community life of,

*ejidos* and communal population centers, shall protect the land for human settlements and shall regulate the uses of the lands, forests and waters used by the community and the implementation of the promotional actions required to improve the quality of life of their inhabitants.

The Law shall regulate the exercise of *comuneros*[18] rights over their land and of each *ejidatario* over his parcel, respecting their will to adopt the conditions which best suit them to profit from the use of their productive resources. The Law shall likewise establish the procedures whereby *ejidatarios* and comuneros may associate among themselves or with the State or with third parties, and grant the use of their lands; and in the case of *ejidatarios*, the procedure to transfer their

---

[18]  *Ejidatario* is the individual who is a member of an *ejido*. He is assigned a parcel of land to work, which transfer is subject to restrictions. *Comunero* is an individual member of a communal population center who participates in the exploitation of the rural land held in common by the community members, whose land disposition is also subject to restrictions.

parcel rights to members of their rural settlement. It shall also set forth the qualifications and procedures whereby the assembly of the *ejido*[19] shall grant the *ejidatario* private rights over his parceled land. In cases of transfer of parceled lands, the rights of first refusal set forth by the Law shall be respected.

Within a same rural settlement, no *ejidatario* may hold title over more land than the equivalent of five percent of the total land belonging to the *ejido*. In any case, title over land in favor of one sole *ejidatario* must adjust to the restrictions set forth in section XV.

The general assembly is the supreme authority of the *ejido* or communal population center, and it shall be organized and in charge of such duties

---

[19] The general meeting of *ejido* members, similar to a corporation's stockholders meeting, is the supreme internal authority of the *ejido* and is governed by managing board of 3 members called *Comisariado Ejidal*; the same structure applies to the Indigenous Community. It is called *Comisariado de Bienes Comunales*, both institutions have also, a 3 member board of examiners called *Consejo de Vigilancia.*

as the Law establishes. The *comisariado ejidal* or *comisariado de bienes comunales*,[20] is a body democratically elected according to the terms provided by the Law. It is representing the population settlement and the one responsible to carry out the resolutions issued by the general assembly.

Restitution of lands, forests and waters to rural settlements shall be done according to the terms provided in the Law.

VIII. The following actions are decreed null and void:

a) All transfers of lands, waters and woodlands belonging to towns, villages, settlements or communities, made by political chiefs, State governors, or by any other State or local authority in contravention to the provisions set forth in the Law of June 25 of 1856, and any other relative laws and provisions;

---

[20]   *Ejido* o *Comunero* authority.

b) All concessions, arrangements or sales of lands, waters and woodlands, made by the Secretariat of Promotion or by the Secretariat of the Treasury, or by any other federal authority from the first day of December of 1876 to this date, under which *ejidos*, lots for distribution to rural communities, or lands of any other kind belonging to towns, villages, hamlets or communities, and rural settlements, shall have been invaded and unlawfully occupied;

c) All survey and demarcation procedures, transactions, transfers or auctions performed during the period referred under the foregoing section, by companies, judges or any other State or federal authorities, under which lands, waters and woodlands of *ejidos*, lands for common distribution, or lands of any other kind belonging to rural settlements, shall have been invaded or unlawfully occupied.

The only lands excepted from the nullity hereinbefore set forth are those which title deeds were executed in the land distributions made in accordance with the Law of June 25 of 1856

and in respect to which a person, under his own name, has held possession as owner for over ten years, provided the area does not exceed fifty hectares.

IX. The division or distribution made with an appearance of legitimacy among neighbors of a rural settlement and in which there was error or vice, may be annulled at the request of three fourths of the neighbors who are in possession of one fourth of the lands which were subject to the partition, or of one fourth of such neighbours, should they possess three fourths of the land.

X. (Repealed).

XI. (Repealed).

XII. (Repealed).

XIII. (Repealed).

XIV. (Repealed).

XV. Extensive land holdings are prohibited in the United Mexican States.

Small rural property is the land which area does not exceed one hundred hectares of irrigated or wetland prime soil, or its equivalent in other classes of soil, per individual.

For purposes of equivalence, one hectare of irrigated soil shall be equivalent to two of seasonal soil, to four of good quality pastureland and to eight of forest, woodland or pastureland in arid soil lots.

Rural private property is the lot which area does not exceed one hundred and fifty hectares per person when the ground is dedicated to cotton cultivation if the lands are irrigated; and lots of three hundred hectares when dedicated to cultivating banana, sugar cane, coffee, henequen, rubber, palm oil, wine grapes, olives, quinine, vanilla, cacao, *agave*,[21] prickly pear tree or fruit trees.

---

[21]   *Agave* is the succulent plant cultivated to produce Mezcal or Tequila, being the latter a designation of origin of a fermented drink constituting an important original Mexican export product.

Private property for grazing is land which shall not exceed an area necessary to maintain up to five hundred heads of large livestock or its equivalent in small livestock, per person, in accordance with the terms set forth by the Law, and subject to the foraging capacity of the soil.

When by reason of works of irrigation, drainage or any other works done by the owners or possessors of a rural private property, the quality of the soil shall have been improved, the land will still be considered small rural property, even if it exceeds, by virtue of the improvements made, the maximum limits set forth in this section, provided that the requirements established by the Law are met.

Whenever improvements are made to the soil of small grazing property whereupon such soil is dedicated to agricultural uses, the area so utilized may not exceed, as the case may be, the limits referred under paragraphs second and third of this section in respect to the quality of said lands before the improvement.

XVI. (Repealed).

XVII. The Congress of the Union and the States Legislatures, in their respective jurisdictions, shall enact laws establishing the procedures to partition and transfer the land extensions which exceed the limits set forth under sections IV and XV of this Article.

The surplus land shall be partitioned and sold by its owner within a term of one year from the date of the corresponding notice. If at the end of such term the surplus land has not been transferred, it shall be sold by public auction. In equal conditions, any pre-emptive rights set forth in the Law shall be respected.

Local laws shall organize the family estate, establishing the properties and goods which must compose it, under the grounds that it shall be inalienable and not subject to any attachments or liens.

XVIII. All contracts and concessions executed by previous governments, from the year of 1876

to date, which have resulted in hoarding of lands, waters and natural resources of the Nation, under one sole person or company are declared subject to review, and the President of the Republic is empowered to declare any of them null and void whenever they imply a serious prejudice to public interest;

XIX. On the grounds of this Constitution, the State shall support legal counseling for peasants and shall establish the measures required to provide agrarian justice in a prompt and honest manner, aiming to guarantee legal certainty in respect to the land tenure of *ejidos*, communal population centers and small rural property.

All issues pending or arising between two or more population settlements by cause of *ejido* and communal land boundaries, whatever their origin, are under federal jurisdiction; as well as any issues related to land tenure of *ejidos* and communal population centers. For this purposes, and in general, for ministering agrarian justice, the Law shall establish tribunals vested with

autonomy and full jurisdiction, composed by Magistrates[22] proposed by the President of the Republic and appointed by the Senate or, in the adjournments thereof, by the Permanent Commission.

The Law shall establish an agency to act as counsel for peasants in matters of agrarian justice, and

XX. The State shall promote the conditions to attain a comprehensive rural development, aimed at creating jobs and guaranteeing the welfare of the peasant population and their participation and integration to national development, and it shall foster agricultural, cattle raising and forestry activities for optimal uses of the land through infrastructure works, raw materials, credits, training services and technical assistance. The State shall likewise issue legislation to plan and organize agricultural

---

[22]   The text in Spanish uses the term *paraestatal*. This term refers to several public agencies and corporations, which are under diverse levels of government control. Some dictionaries translate it as quasi-public corporations.

and cattle production, and the industrialization and marketing thereof, considering these as activities of public interest.

**Article 28.** In the United Mexican States monopolies, monopoly practices, state monopolies and tax exemptions are prohibited under the terms and conditions set forth by the laws. The same treatment shall be given to prohibitions on account of protections to industry.

Consequently, the Law shall severely punish and the authorities shall efficiently prosecute, any concentration or hoarding, in one or in few hands, of essential consumer products for the purpose of raising prices; any agreement, procedure or combinations, in whatever manner they may be made, of producers, manufacturers, merchants or service providing entrepreneurs, to prevent free market or competition among themselves, in order to force consumers to pay exaggerated prices, and in general, anything constituting an exclusive and undue advantage in favour of one or more specific persons in detriment to the public in general or to any social class.

The State may, in accordance with the law and in case of general interest, grant concessions for the provision of public services or for the exploitation, use and profit of property owned by the Federation, save for the exceptions established by the laws. The laws shall set forth the requisites and conditions required to guarantee the efficiency of the services rendered and the social use given to such property, and shall prevent occurrences of hoarding which contravene public interest.

The subjection to a public service régime shall abide by the provisions of the Constitution and may only be carried out through a law.

Subsidies may be granted to economic priority activities, when such subsidies are of a general and temporary nature and do not impact substantially the Nation's finances. The State shall supervise their application and appraise their results.

**Article 29.** In case of invasion, serious disturbances of public peace, or any other event which may place society in severe danger or conflict, only the

President of the Republic, in accordance with the incumbents of the Secretariats of State and the Attorney General of the Republic, and with approval of the Congress of the Union, or in the latter's adjournments, of the Permanent Commission, may suspend throughout the country or in a certain place thereof, those constitutional rights which may constitute obstacles to rapidly and easily confront the situation; but such suspension must be only for a limited time and it must be issued by means of general provisions which must not be restricted to a certain individual. Should the suspension occur while Congress is in session, the latter shall grant such authorizations as it deems necessary, to enable the President of the Republic to face the situation, but should it take place during an adjournment period, the Congress shall at once be summoned to authorize such measures.

# TITLE TWO

## CHAPTER ONE
*National sovereignty and form of government*

**Article 39.** National sovereignty is vested essentially and originally in the people. All public power derives from the people and is instituted for their benefit. The people have at all times the inalienable right to alter or amend their form of government.

**Article 40.** It is the will of the Mexican people to constitute a representative, democratic and federal Republic composed by States, free and sovereign in all matters concerning their internal affairs; but united in a federation established according to the principles of this fundamental law.

**Article 41.** The people exercise their sovereignty through the Powers of the Union, in the cases under their jurisdiction, and through the Powers of the

States concerning their internal régimes, in the terms respectively established by this Federal Constitution and the particular constitutions of the States, which may never contravene the provisions of the Federal Pact.

The renewal of the Legislative and Executive Branches shall be made through free, genuine and periodic elections, subject to the following bases:

I. Political parties are entities of public interest; the Law shall determine the ways in which they shall participate in the electoral process. National political parties shall be entitled to participate in State, municipal and Federal District elections.

The purpose of political parties is to promote the participation of the people in democratic life, to contribute to integrate national representation and as citizens' organizations, to enable citizens' access to the exercise of public power in accordance with the programs, principles and ideas they propose and through general, free, secret and direct elections. Only citizens may freely and individually affiliate to

political parties; therefore, it is forbidden the intervention of guild organizations or with a social object different to the creation of parties and any form of corporative affiliation.

Electoral authorities can only intervene in the internal affaires of the political parties in the terms set forth by this Constitution and the Law.

II. The Law shall guarantee that national political parties can count, in an equitable manner, with the resources needed to perform their activities and it shall set forth the regulations to which the financing of political parties and their election campaigns must be subjected, and it must guarantee that public resources prevail over those of private origin.

Public financing for political parties maintaining their registry after each election, shall be composed with the ministrations allotted to sustain their permanent regular activities and the ones tending to obtain votes during election processes and those of specific nature. It shall be granted

in accordance with the following provisions and as established in the law:

a) Public financing for the sustenance of their permanent regular activities shall be established annually, multiplying the total number of citizens registered in the electoral roll by 75% of the daily minimum wages in vigor for the Federal District. The 30% of the resulting amount shall be distributed between the political parties in an equal manner and the remaining 70% according to the percentage of votes which they obtained in the previous Deputies election.

b) Public financing for activities intended to obtain votes during the year in which the President of the Republic, Senators and Federal Deputies are to be elected, shall be equivalent to the 50% of public financing corresponding to each political party for regular activities on that same year; when only Federal Deputies are to be elected, it shall be equivalent to the 30% of said financing for regular activities.

c) Public financing for specific activities related to education, training, socio-economic and political investigation, as well as editorial tasks, shall be equivalent to the 3% of the total sum of the corresponding public financing each year for regular activities. The 30% of the resulting amount shall be distributed between the political parties in an equal manner and the remaining 70% according to the percentage of votes which they obtained in the previous Deputies election.

The Law shall set forth the criteria to determine the limitations for political parties' expenditures in the selection of their candidates and their election campaigns; it shall establish the maximum amounts for monetary contributions from their supporters, whose total amount shall not annually exceed, for each party, the 10% of the expenditures' limit established for the last presidential campaign; it shall also set forth the procedures to control and supervise the origin and use of all the resources available to them and the penalties to be imposed for failure to comply with these provisions.

Likewise, the Law shall establish the procedure for the liquidation of liabilities of the parties that loose their registry and the cases in which their goods and remnants shall be adjudicated to the Federation.

III. National political parties shall have the right to the permanent use of the media.

Subdivision A. The Federal Electoral Institute shall be the only authority for the administration of the time the State shall have on radio and television destined to its own ends and the exercise of the national political parties' rights, according to the following and the provisions of the laws:

a) From the beginning of the pre-campaigns until the day of the election, the Federal Electoral Institute shall have forty eight minutes a day, which shall be distributed in two up to three minutes for each hour of transmission in every radio station and television channel, at the hour referred to in section d) of this Subsection;

b) During their pre-campaigns, the political parties shall have, as a whole, one minute for each hour of transmission on every radio station and television channel; the remaining time shall be used according to the provisions of the Law;

c) During electoral campaigns, at least 85% of the total available time to which refers section a) of this Subsection shall be destined to cover the political parties' right;

d) The transmissions in every radio station and television channel shall be distributed within the programming time between 06:00 and 24:00 hours;

e) The time established as political parties' right shall be distributed between them according to the following: 30% in an equitable way and the remaining 75% according to the results of the previous election for Federal Deputies;

f) Each national political party not represented at the Congress of the Union shall have for radio and television only the corresponding part to the

equitable percentage established in the previous section, and

g) Notwithstanding the previsions of Subsections A and B of this Basis and out of the federal campaigns and pre-campaigns periods, the Federal Electoral Institute shall have up to 12% of the total time the State disposes of in television, according to the laws and under any form; from that total, the Institute shall distribute between the national political parties, in an equal way, 50%; the remaining time shall be used for its own ends or those of other electoral authorities, federal or local. Each national political party shall use its corresponding time in a monthly, five minute long program and the rest in twenty second long individual spots. In any case, the transmissions to which this section refers to shall take place in the hour specified by the Institute according to section d) of this Subsection. In special situations, the Institute shall dispose of the time for parties' messages in favor of one specific party, when it is justified to do so.

In no time the political parties shall be able to hire or acquire, by themselves or through a third party, time in any form of radio and television.

No artificial or natural person, individually or through a third party, can hire radio or television propaganda in order to influence on the people's electoral preferences, nor in favor or against political parties or candidates to popular election office. The transmission throughout the national territory of this sort of messages hired abroad is forbidden.

The dispositions contained in the two previous paragraphs shall be fulfilled in the States and the Federal District according to the applicable laws.

Subsection B. For electoral ends in the States, the Federal Electoral Institute shall administer the times corresponding to the Federal State in radio and television in the stations and channels of the corresponding State, according to the following and the previsions of the Law:

a) In the cases of local electoral processes with electoral journeys coincident with the federal,

the assigned time in each State shall be comprised within the available total according to sections a), b) and c) of Subsection A from this Basis;

b) For the rest of the electoral processes, the assignation shall be made according to the Law, following the criteria from this constitutional Basis, and

c) The distribution of times between the political parties, including the ones with local registry, shall be made according to the criteria established on Subsection A of this Basis and the previsions of applicable laws.

Whenever the Federal Electoral Institute considers that the total time in radio and television to which this and the previous Subsections refer is not enough for its ends or those of other electoral authorities, it shall determine the necessary steps to cover the remaining time, according to the faculties conferred to it by the Law.

Subsection C. In the electoral or political propaganda that they publish, the political

parties shall not use expressions which denigrate the institutions or the parties themselves, or that slander the people.

During the time comprised by the federal and local electoral campaigns, until the end of the respective electoral journey, diffusion of governmental propaganda, whether from the federal and local Powers, or from the Municipalities, government entities of the Federal District, the Delegations thereof and any other public entity, shall be suspended. The only exceptions to this shall be the information campaigns divulged by the electoral authorities, those related to educational or public health services, or the necessary for civil protection in case of an emergency.

Subsection D. Infractions to the previsions of this Basis shall be sanctioned by the Federal Electoral Institute by means of prompt proceedings which can include the order of immediate cancellation of radio and television transmissions, grantees and concessionaires, which violate the Law.

IV. The Law shall establish the terms for the partisan procedures of selection and nomination of candidates to public offices, as well as the regulations for electoral campaigns and pre-campaigns.

The length of the campaigns in the election year for President of the Republic, Senators and Federal Deputies shall be of ninety days; in the year in which only Federal Deputies are to be elected, the campaigns shall last sixty days. In any case the pre-campaigns shall last more than the two thirds of the time of the electoral campaigns.

If the parties or any other natural or artificial person violates these dispositions, they shall be penalized according to the Law.

V. Organizing federal elections is a State function carried out through an autonomous public entity called Federal Electoral Institute; such entity has been vested with legal capacity and patrimony of its own, and is composed with the participation

of the Legislative Branch of the Union, national political parties and citizens, in accordance with the terms provided by the Law. The principles that shall govern the exercise of this State function are: certainty, legality, independence, impartiality and objectivity.

The Federal Electoral Institute shall be an authority in this matter, and shall be independent as to its decisions and operations, and shall be professional in regards to its performance; its structure shall have managing, executive, technical and supervising bodies. The General Council shall be its highest managing body and shall be composed by one Chairman and eight Electoral Councillors, and there shall also be councilors from the Legislative Power, representatives from political parties and an Executive Secretary, all of whom shall be present in the meetings and entitled to be heard but not to vote. The Law shall establish the rules for organizing and operating such bodies, as well as the chain of command among them. Executive and technical bodies shall have the necessary

qualified staff to provide professional election services. A General Comptrollership, technically and operatively autonomous, shall be in charge of supervising all of the Institutes' incomes and expenditures. The provisions in the Election Law and the Statute, which under the grounds of the aforesaid law shall be approved by the General Board, shall govern the labor relations with the employees of the Federal Electoral Institute. The supervising bodies shall be constituted by a majority of representatives of national political parties. The governing boards for voting booths shall be composed by citizens.

The Chairman shall remain in his office for six years and can be reelected once. The Electoral Councillors shall remain in their office for nine years without reelection and shall be renewed in a stepped manner. According to the case, the Chairman and the Councillors shall be elected successively by the vote of two third of the individuals in the Chamber of Deputies, at the proposal of the parliamentary groups preceded by a social consultation. In the complete

absence of the Chairman or any of the Electoral Councillors, the substitute shall be elected to conclude the period of vacancy. The Law shall set forth the corresponding regulations and proceedings.

The Chairman and the Electoral Councillors may not hold any other job, duty or commission with the exception of those where they act in representation of the General Council and the ones performed for academic, scientific, cultural, research, or charitable associations in a pro bono basis. The remuneration received by the Chairman and the Electoral Councillors shall be equal to the one provided for the Justices of the Nation's Supreme Court of Justice.

The Head of the General Comptrollership of the Institute shall be appointed by the Chamber of Deputies by the vote of two thirds of the individuals there at the proposal of public institutions of higher education, in the form and terms provided by the Law. He shall remain in office for six years and can be reelected once.

He shall be administratively ascribed to the chairmanship of the General Council and shall keep the necessary technical coordination with the Supervising Superior Entity of the Federation.

The Executive Secretary shall be proposed by the chairman and selected by the vote of two thirds of the General Council's members at the proposal of the Chairman.

The Law shall establish the qualifications in order to be eligible for the office of Chairman of the General Council, Electoral Councillors and Executive Secretary of the Federal Electoral Institute; those who had held the office of Chairman, Electoral Councillors and Executive Secretary cannot hold, within the next two years after their retirement, offices in the public Power in whose election they participated.

The councillors from the Legislative Power shall be proposed by the parliamentary groups and affiliated to a political party in any of the Houses. There shall only be one councillor for each

parliamentary group, regardless of his recognition by both Houses of the Congress of the Union.

Besides of the activities established by the Law, the Federal Electoral Institute shall be in charge, in a comprehensive and direct manner, of the activities related to civic training and education, election geography, rights and prerogatives of political parties and groups, the registry of qualified electors and list of electors, printing of election material, preparation of the elections, computation of results in accordance with the terms established in the Law, declaration of validity and granting of election certificates for elections of deputies and senators, computation of votes for the election for President of the United Mexican States in each single-member election district, as well as regulating election observers, and public opinion surveys or polls with electoral purposes. The meetings of all directive collegiate bodies shall be public, as provided by the Law.

The supervision of the national political parties' finances shall be in charge of a technical agency

of the General Council of the Federal Electoral Institute, autonomous in operation, whose Head shall be appointed by the vote of the two thirds of the Council itself at the proposal of the Chairman. At the performance of its attributions the technical agency shall not be limited by banking, fiduciary and tax secrecy.

The technical agency shall be the channel so that the proper authorities concerning partisan supervising in the States can overcome the limitation pointed out in the previous paragraph.

The Federal Electoral Institute shall assume by an agreement with the proper authorities of the States who require it, the organization of local electoral processes in the terms set forth by the applicable Law.

VI. To guarantee the constitutional and legal principles in election acts and resolutions, an appeal system shall be established in accordance with the terms set forth by this Constitution and the Law. As provided under Article 99 of this

Constitution, this system shall make final and conclusive, the various stages of the election processes, and shall guarantee protection for citizens' political rights to vote, to be voted for, and to associate.

In election matters, filing any constitutional or legal appeal shall not produce a stay of execution in respect to the resolution or the act contested.

## CHAPTER TWO
*Parts composing the Federation and national land territory*

**Article 42.** National land territory is composed by:

I. The land territory of all the portions constituting the Federation;

II. The territory of the islands, including the reefs and keys in adjacent seas;

III. The territory of the islands of Guadalupe and Revillagigedo located in the Pacific Ocean;

IV. The continental shelf and the seabed and subsoil of the submarine areas of the islands, keys and reefs;

V. The waters of the territorial seas in the extension and under the terms established by International Law and domestic maritime laws;

VI. The air space located above national land territory, in the extension and with the particularities established by International Law.

**Article 43.** The parts that compose the Federation are the States of Aguascalientes, Baja California, Baja California Sur, Campeche, Coahuila, Colima, Chiapas, Chihuahua, Durango, Guanajuato, Guerrero, Hidalgo, Jalisco, México, Michoacán, Morelos, Nayarit, Nuevo León, Oaxaca, Puebla, Querétaro, Quintana Roo, San Luis Potosí, Sinaloa, Sonora, Tabasco, Tamaulipas, Tlaxcala, Veracruz, Yucatán, Zacatecas and the Federal District.

**Article 44.** Mexico City is the Federal District, the seat of the Powers of the Union and the Capital city of the United Mexican States. It shall be composed with the territory it currently has and in the event that Federal Powers should relocate elsewhere, it shall become the State of El Valle de Mexico, and shall have the boundaries and extension assigned thereto by the Congress of the Union.

**Article 45.** The States shall keep their present boundaries and areas, provided no difficulties arise in respect to thereof.