UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL No. 2179  SECTION: J |
| This Document Relates To: *Pleading Bundle A Actions* | § § § § § § | Judge Carl J. Barbier Magistrate Judge Wilkinson |

**DEFENDANT M-I L.L.C.'S STATUS REPORT FOR REMAINING PLEADING BUNDLE A ACTIONS**

Pursuant to Pre-Trial Order No. 64, M-I L.L.C. aka M-I SWACO ("M-I"), is providing this Status Report regarding the remaining Pleading Bundle A actions.

M-I does not believe they are a party to the remaining Bundle A claims under the Final Judgment entered by the Court on September 4, 2014 [ECF #13359].

Dated: April 5, 2017     Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**     By: /s/ *Hugh E. Tanner*
                                                    Hugh E. Tanner

MORGAN, LEWIS & BOCKIUS LLP     hugh.tanner@morganlewis.com
Denise Scofield     Texas Bar No. 19637400
denise.scofield@morganlewis.com     1000 Louisiana, Suite 4000
Texas Bar No. 00784934     Houston, Texas 77002
1000 Louisiana, Suite 4000     T. 713.890.5000
Houston, Texas 77002     F. 713.890.5001
T. 713.890.5000
F. 713.890.5001     **ATTORNEY FOR DEFENDANT**
                                        **M-I L.L.C.**

**ATTORNEY FOR DEFENDANT**
**M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 5th day of April, 2017.

    /s/ *Hugh E. Tanner*
    Hugh E. Tanner

DB1/ 91629343.1