in accordance with your contract, and you are completely satisfied with the settlement and representation.

DATED this 1st day of _June_____, 2016.

_____                    _____
HOWARD & ASSOCIATES, P.A.                   Greg L. Allen
LYONS & FARRAR, P.A.

* Common Costs (experts we have retained to build our cases, theories and economic models generally which all clients will benefit from, general travel costs and related expenses that all clients benefit from such as attending Multi-District Litigation (MDL) and other hearings, depositions, DHECC presentations, co-counsel meetings and meetings of BP Work Groups, Joint Prosecution Groups, and Steering Committee meetings to discuss strategy and presentation generally, long distance telephone charges, expense of scanning documents, faxes, registered mail, postage, deposition costs that will benefit all clients generally, and other costs and expenses related to the cases generally that are not related to a particular claim or case):

0 - $100,000.00 2.5%
$100,000.01 - $200,000.00 2.0%
$200,000.01 - $300,000.00 1.5%
$300,000.01 + 1.0%