UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |
| **JENSEN BEACH MARKETING, INC. , A FLORIDA CORPORATION, ET AL.,** (Plaintiffs) | | CIVIL ACTION No. 2:13-cv-1439 |
| | * | SECTION J |
| **VERSUS** | * | JUDGE BARBIER |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.** (Defendants) | * | MAG. JUDGE WILKINSON |

## NOTICE OF FILING OF SWORN STATEMENT REGARDING GENERAL MARITIME CLAIMS (B1 CLAIMS)

**NOW INTO COURT,** through undersigned counsel pursuant to Pretrial Order No. 64 (Rec. Doc. 22297) in the matter entitled *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* filed in the United States District Court for the Eastern District of Louisiana, Docket No. 2:10-md-02179-CJB-JCW, the following Plaintiffs file their Sworn Statement Regarding General Maritime Law Claims (B1 Claims):

| Case No. | Name |
|---|---|
| 2:13-cv-1439 | Lynn Ellis |
| 2:13-cv-1439 | Joseph Putnal |
| 2:13-cv-1439 | Phillip Vinson |

| | |
|---|---|
| 2:13-cv-1439 | |
| 2:13-cv-1439 | Monica Stanton |
| 2:13-cv-1439 | Fred Millender |
| 2:13-cv-1439 | Pamela Millender |
| 2:13-cv-1439 | Ashley Millender |
| 2:13-cv-1439 | Jonathan Millender |
| 2:13-cv-1439 | Richard Millender |
| 2:13-cv-1439 | Tony Nowling |
| 2:13-cv-1439 | Deborah Cooper |
| 2:13-cv-1439 | James Cooper |
| 2:13-cv-1439 | Sherrie Walker |
| 2:13-cv-1439 | David Holstein |
| 2:13-cv-1439 | Jesse Smith |
| 2:13-cv-1439 | Charles Golden |

Dated: April 5, 2017

**RESPECTFULLY SUBMITTED**,

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing of Sworn Statement Regarding General Maritime Claims (B1 Claims) has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 5th day of April, 2017.

/s/ Douglas S. Lyons
Douglas S. Lyons