## EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS |
| --- |

### SWORN STATEMENT REGARDING GENERAL MARITIME LAW  CLAIMS (B1 CLAIMS)

| Last Name<br>Millender | First Name<br>John than | Middle Name/Maiden<br>Allen | Suffix<br>SR |
| --- | --- | --- | --- |
| Business Name | | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff)<br>5825 | |
| MDL 2179 Member Case Number<br>2:13-CV-1439 | | Attorney Name and Firm<br>DOUGLAS S. LYONS<br>LYONS & FARRAR PA | |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes     ☑ No     If yes:

Identify the nature and location of the property: _____

_____

Identify the nature of the alleged damage: _____

_____

Identify the date(s) of the alleged damage:

_____

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☑ Yes     ☐ No     If yes:

Identify the dates on which you worked as a commercial fisherman: _2001_
_Thru 2017_

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _Self_
_____

Identify the location(s) in which you worked as a commercial fisherman: _____
_Apalachicola Bay_

I state under penalty of perjury that the foregoing is true and correct.  Executed on the following date at the following location:

Date: _March 20_, 2017

Location (City and State): _Eastpoint Fl. 32328_

_Johnthan       A       Millender_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_Johnthan  Allen  Millender_
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before April 5, 2017.  Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").