## EXHIBIT A

| | |
|---|---|
| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS | |

**SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| ARD | Jeremiah | Wayne | SR. |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| | 8113 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:13 - CV - 1439 | Douglas S. Lyons<br>Lyons & Farrar, P.A. |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes   ☑ No   If yes:

Identify the nature and location of the property: _____

_____

Identify the nature of the alleged damage: _____

_____

Identify the date(s) of the alleged damage: _____

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☑ Yes   ☐ No   If yes:

Identify the dates on which you worked as a commercial fisherman: *Yes*
*2007 until 2016 worked Seafood Industry*

Identify the employer(s) (if any) for which you worked as a commercial fisherman: *Worked for Brother & Brother in Law Jerema Nowling The Whole Time — I was a Deck Hand*

Identify the location(s) in which you worked as a commercial fisherman: *Apalachicola Bay Apalachicola Fl.*

I state under penalty of perjury that the foregoing is true and correct.  Executed on the following date at the following location:

Date: _April 4_, 2017

Location (City and State): _Eastpoint Fl, 32328_

_____

Signature of Plaintiff (**Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf**)

_Jeremiah Ard_

_____

Print Name


**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before April 5, 2017.  Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |


**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**