# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Richards | Carrie | Kathleen | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| | 7892 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:13-cv-1439 | Douglas S. Lyons P.A., Fwrar, P.A. Lyons & |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes   ☑ No   If yes:

Identify the nature and location of the property: _____

Identify the nature of the alleged damage: _____

Identify the date(s) of the alleged damage: _____

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☑ Yes   ☐ No   If yes:

Identify the dates on which you worked as a commercial fisherman: Yes Worked In Seafood Since 2005 til Oct. 2016

Identify the employer(s) (if any) for which you worked as a commercial fisherman: Self

Identify the location(s) in which you worked as a commercial fisherman: Apalachicola Bay Apalachicola Fl.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 1, 2017

Location (City and State): Apalachicola Fl.

*Carrie Richards*

Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Carrie Richards

Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **April 5, 2017**. Service can be made via United States mail at the following addresses:

| Counsel for BP                | MDL 2179 Plaintiffs' Steering Committee |
|-------------------------------|-----------------------------------------|
| Attn: J. Andrew Langan        | Attn: Steven J. Herman                  |
| Kirkland & Ellis LLP          | Herman, Herman, Katz & Cotlar, LLP      |
| 300 North LaSalle St,         | 820 O'Keefe Avenue                      |
| Suite 2400                    | New Orleans, LA 70113                   |
| Chicago IL 60654              |                                         |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").