# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** <br> "Deepwater Horizon" in the Gulf <br> Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** <br> *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |
| **Jane Araguel** | | CIVIL ACTION <br> No. 2:16-CV-05526-CJB-JCW |
| **(Plaintiffs)** | | |
| | * | SECTION J |
| **VERSUS** | * | JUDGE BARBIER |
| **BP EXPLORATION & PRODUCTION, INC.,** <br> **BP AMERICA PRODUCTION COMPANY,** <br> **and BP P.L.C.** <br> **(Defendants)** | * | MAG. JUDGE WILKINSON |

## NOTICE OF FILING OF SWORN STATEMENT REGARDING GENERAL MARITIME CLAIMS (B1 CLAIMS)

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs Jane Araguel, who pursuant to Pretrial Order No. 64 (Rec. Doc. 22297) in the matter entitled *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* filed in the United States District Court for the Eastern District of Louisiana, Docket No. 2:10-md-02179-CJB-JCW, files this Sworn Statement Regarding General Maritime Law Claims (B1 Claims),

Dated: April 5, 2017

**RESPECTFULLY SUBMITTED**,

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone

1

(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Filing of Sworn Statement Regarding General Maritime Claims (B1 Claims) has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 5th day of April, 2017.

/s/ Douglas S. Lyons
Douglas S. Lyons
