# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| BARBER | Jelp | | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| "Lady Louise" | 9827 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| CJB-2:13-cv-06457-JCW | Douglas S. Lyons / Lyons & Farrar, PA |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☒ Yes   ☐ No   If yes:

Identify the nature and location of the property: See Attached Supplement to this Exhibit A.

Identify the nature of the alleged damage: See Attached Supplement to this Exhibit A.

Identify the date(s) of the alleged damage: April 20, 2010, to the date I receive the sum of money required to fairly and equitably compensate me for my damages.

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☒ Yes   ☐ No   If yes:

Identify the dates on which you worked as a commercial fisherman: from September 1948 until the present time.

Identify the employer(s) (if any) for which you worked as a commercial fisherman: Joe Barber

Identify the location(s) in which you worked as a commercial fisherman: U.S. territorial waters of the Gulf of Mexico from Key West, Florida, to Brownsville, Texas.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _March 31_, 2017

Location (City and State): _Apalachicola, Florida_

___Jelp Barber_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


___Jelp Barber_____
Print Name


The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **April 5, 2017**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

DHS, USCG, CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027

# UNITED STATES OF AMERICA

### DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# CERTIFICATE OF DOCUMENTATION

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| LADY LOUISE | 594583 | 7743613 | 1978 |
| HAILING PORT | HULL MATERIAL | | MECHANICAL PROPULSION |
| APALACHICOLA FL | WOOD | | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 100 GRT | 68 NRT | 77.3 | 21.0 | 10.4 |

**PLACE BUILT**
BAYOU LA BATRE, AL

**OWNERS**
J.P. BARBER AND

BETTY LOUISE BARBER,

TENANTS BY THE ENTIRETY

**OPERATIONAL ENDORSEMENTS**
FISHERY

**MANAGING OWNER**
J P BARBER
225 AVE E
APALACHICOLA FL 32320

**RESTRICTIONS**
NONE

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

**ISSUE DATE**
JUNE 07, 2016

**THIS CERTIFICATE EXPIRES**
JUNE 30, 2017

*Christian G. Washker*
ACTING DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION OBSOLETE. THIS CERTIFICATE MAY NOT BE ALTERED

## Supplement to Exhibit A Sworn Written Statement Regarding General Maritime Claim dated March 31, 2017, given by Jelp Barber of Apalachicola, Franklin County, Florida

On April 20, 2010, I owned and operated the M/V Lady Louise, a wooden vessel designed and constructed by Landry Boat Works in Bayou La Batre, Alabama. I purchased the Lady Louise from Landry in 1979, had it outfitted it for commercial shrimping. I then registered the Lady Louise with the United States Coast Guard (USCG), who then issued a Certificate of Documentation confirming my ownership of the vessel, its name, the year it was built, its hull composition, its hailing port, and that it operates with mechanical propulsion. The Certificate also assigned the vessel Official Number 594583 and IMO Number 7743613. Each year thereafter, USCG re-issued a Certification of Documentation for the vessel containing the same information as the first one. See attached copy of the most recent Certification issued June 7, 2016.

After registering the Lady Louise, I continuously operated the vessel to harvest shrimp from U. S. territorial waters of the Gulf of Mexico from Key West, Florida, to Brownsville, Texas, until April 20, 2010, when the Deepwater Horizon oil spill caused U. S. territorial waters of the Gulf to be closed to commercial fishing. I then moored the Lady Louise at the dock in Apalachicola until July 1, 2010, when I began captaining the vessel in service to BP under contract with its affiliate to assist in locating, containing, and dispersing oil discharged by the oil spill. On July 19, 2010, BP's affiliate gave me notice the services of the Lady Louise were no longer needed and on July 20, 2010, I moored the Lady Louise at the dock in Apalachicola, Florida, to await BP's inspection, detoxification, and release for other productive use. Despite my repeated requests for BP to take such action, it did not do so for approximately 6 months.

On September 25, 2010, I captained the Lady Louise to navigate it in Gulf waters from the dock in Apalachicola to Pensacola, Florida, hauled it out of the water, cleaned, repaired and painted the exterior areas of the hull, deck and cabin, and navigated it back to the dock in Apalachicola. Since then, I have been unable to use the Lady Louise to harvest shrimp because of the adverse effects of the Deepwater Horizon oil spill and BP's response to the oil spill.

When the oil spill occurred, the Lady Louise had a market value approximating $175,000.00. Because I was unable to continue using the Lady Louise to harvest shrimp while Gulf waters were closed, I was unable to earn the income necessary to keep the vessel seaworthy for commercial shrimping. By the time Gulf waters were opened to commercial shrimping, I was without the means to finance the repairs necessary to make the Lady Louise seaworthy and outfit it for a trip to harvest shrimp.

The Lady Louise has now deteriorated to the point that it is economically infeasible to make the repairs needed to make it seaworthy.  See attached copy of Appraisal Survey of FV/Lady Louise date May 20/ 2016.

The oil spill and BP's response to the oil spill have caused me to lose the income I could have earned from harvesting shrimp from April 20, 2010, to date, and to lose use of the Lady Louise, which was the only means I had to earn such income.

  

Member S.A.M.S.
Society of Accredited Marine Surveyors

**CAPT. TOM CORLEY & SON
MARINE SURVEYORS INC.
Established in 1954**

Member N.A.M.S.
National Association of Marine Surveyors

1701 Grant Avenue ~ Panama City, FL 32401 ~ Cell (850) 527-5287 ~ Fax (850) 769-7895 ~ capt.ric@icloud.com

Page 1 of 5 Pages
File No 051616
Vessel: **LADY LOUISE**

20 May 2016

## APPRAISAL SURVEY of F/V LADY LOUISE

**Particulars of Vessel**

Name: "**LADY LOUISE**"    Official #: 594583    IMO #: 7743613

Built: 1978 in Bayou La Batre, Alabama by Landry Marine Corporation

LOA: 85.0'    Registered Length: 77.3'    LWL: 75.0'

Beam: 22.5'    Registered Breadth: 21.0'    Registered Depth: 10.4'

Draft: 09.5'    Clearance (DWL): 45.0'    Gross Registered Tons: 100

Net Registered Tons: 68    Displacement: 100,000 lbs. (dry)    Documented: Fishery

Owner of Record:    Captain J.P. Barber
225 Avenue E
Apalachicola, Florida  32320

Email Address:    jpbarber38@yahoo.com

Telephone #:    (850) 653-6946 or (850) 653-9467

**Background.**

At the request of Captain J. P. Barber of Apalachicola, Florida, on Monday, 16 May 2016, the undersigned observed, inspected and conducted a Marine Survey of the "**LADY LOUISE**," a wooden vessel constructed in 1978 by Landry Marine Corporation in Bayou La Batre, Alabama, to determine its present condition and Present Market Value.

Page 2 of 5 Pages
File No 051616
Vessel: **"LADY LOUISE"**

According to Captain Barber, he purchased the vessel from Landry in 1979, outfitted with all the equipment required to operate as a Commercial Shrimping Vessel, then named the vessel the **"LADY LOUISE,"** began using her to harvest shrimp from the waters of the Gulf of Mexico, and continued doing so until April 2010 when the waters of the Gulf of Mexico were closed to commercial harvesting of seafood as a result of the Deepwater Horizon Oil Spill.

According to Captain Barber, the only use he has since made of Subject Vessel was from 1 July 2010 to 19 July 2010, when BP hired him and his crew to operate the **"LADY LOUISE"** to assist in locating, controlling and removing oil from the waters of the Gulf of Mexico. The adverse effects of the Oil Spill and BP's cleanup operations on Captain Barber have since prevented him from using the vessel for Commercial Shrimping to earn an income, without which he has been unable to pay the cost of keeping Subject Vessel in good repair and seaworthy condition.

**Summary/Sightings.**

When the undersigned observed, inspected and surveyed the **"LADY LOUISE"** on 16 May 2016, the vessel lay moored afloat in its slip at the Apalachicola Municipal Marina on Scipio Creek. The undersigned went over and through Subject Vessel stem to stern, inboard and out, and made sufficient findings to determine the present condition of the vessel and its equipments and to estimate Subject Vessel's Present Market Value.

Subject Vessel continues to be outfitted with all the equipment required to function as a Commercial Shrimping Vessel. The vessel is powered by one (1) Detroit Diesel 12-71N diesel main engine and has a steel mast & outriggers approximately 45' in length, two wooden doors, a three-drum winch, 200 fathoms of stainless steel cable, a Delco 30.0 K.W. generator and a SF-40 compressor powered by a Detroit Diesel 3-71N diesel engine, six (6) 2½' x 10' freezer plates in the hold, a brine tank with four (4) 3' x 6' freezer plates, and approximately 30' of 2½" stainless pipe installed port and starboard to serve as handrail from the rear to the front of the Pilothouse.

**Remarks.**

It is my opinion that the **"LADY LOUISE"** is no longer seaworthy or operable as a Commercial Shrimping Vessel. The hull and deck are rotting, the engine and generator are obsolete, and all the equipment is deteriorated and no longer in serviceable condition Subject Vessel and its equipment cannot be restored and rendered operable as a Commercial Shrimping Vessel without incurring an expense far in excess of the Market Value such restoration would yield.

Page 3 of 5 Pages
File No 051616
Vessel: **"LADY LOUISE"**

As she now sits, Subject Vessel poses a threat to the environment and ecology of the waters of Scipio Creek, the Apalachicola River, and Apalachicola Bay. I believe the only responsible action that now can be taken is to remove Subject Vessel from the waters in which she sits and disassemble her to facilitate removal of all equipment and materials that have any salvage value. Such disposal of Subject Vessel should be done ASAP to avoid the environmental and ecological damage that would result if it should sink where moored.

**Value.**

It is the opinion of the undersigned that the Present Market Value of the **"LADY LOUISE"** is negative, she has little salvage value if removed from the water and disassembled, and the net value of all salvaged equipment and material would not offset the cost of removal and disassembly.

**References.**

The undersigned has 58 years of experience in the Marine Industry and 47 years experience as a Marine Surveyor with approximately 6,500 Marine Surveys performed, which were used in arriving at the Present Market Value.

**Conclusion.**

Every reasonable effort is made by this surveyor to provide an accurate report on all surveys attended; however, all references and opinions stated herein are based upon conditions as they appeared or were reported to this surveyor at time of survey, and carry *No Warranty or Guarantee* either expressed or implied. The undersigned should not be held responsible for errors, omissions, or mistakes in judgment; and acceptance of survey constitutes acceptance of vessel's condition as reported for Current Parties at Interest without prejudice

_____
Mr. Daniel A. H. Cole, Apprentice Surveyor
& CEI electrical consultant

_____
Capt. Kerry R. Corley, Attending Surveyor
SAMS-AMS/SMS #322, NAMS-CMS #109-759,
& IAMI-CMI #1145-027



DHS, USCG, CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027

# UNITED STATES OF AMERICA



DEPARTMENT OF HOMELAND SECURITY
UNITED STATES COAST GUARD

NATIONAL VESSEL DOCUMENTATION CENTER

# CERTIFICATE OF DOCUMENTATION

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| LADY LOUISE | 594583 | 7743613 | 1978 |
| HAILING PORT | HULL MATERIAL | | MECHANICAL PROPULSION |
| APALACHICOLA FL | WOOD | | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 100 GRT | 68 NRT | 77.3 | 21.0 | 10.4 |

**PLACE BUILT**
BAYOU LA BATRE, AL

**OWNERS**
J.P. BARBER AND
BETTY LOUISE BARBER,
TENANTS BY THE ENTIRETY

**OPERATIONAL ENDORSEMENTS**
FISHERY

**MANAGING OWNER**
J P BARBER
225 AVE E
APALACHICOLA FL 32320

**RESTRICTIONS**
NONE

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

**ISSUE DATE**
JUNE 17, 2015

**THIS CERTIFICATE EXPIRES**
JUNE 30, 2016

_____
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION OBSOLETE. THIS CERTIFICATE MAY NOT BE ALTERED