IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>ALL CASES IN PLEADING BUNDLE B3 and All Civil Actions, including 2:13-cv-01263, 2:13-cv-01552, 2:13-cv-01634, 2:13-cv-02005, 2:13-cv-02018, 2:13-cv-02204, 2:13-cv-02215, 2:13-cv-02220, 2:13-cv-02221, 2:13-cv-02222, 2:13-cv-02223, 2:13-cv-02298, 2:13-cv-02318, 2:13-cv-02329, 2:13-cv-02332, 2:13-cv-02333, 2:13-cv-02342, 2:13-cv-02360, 2:13-cv-02372, 2:13-cv-02378, 2:13-cv-02383, 2:13-cv-02389, 2:13-cv-02391, 2:13-cv-04756, and 2:13-cv-05074 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON<br><br>ORAL ARGUMENT REQUESTED |

## ORDER ON MOTION FOR EXTENSION OF TIME

Before this Court is the Motion for Extension of Time filed by Nexsen Pruet LLC and Douglas M. Schmidt APLC seeking an additional ninety (90) days to comply with Pretrial Order 63. The motion is GRANTED in PART and the movers are permitted an additional _____ days within which to comply with PTO 63. No further extensions of time will be granted.

New Orleans, Louisiana, this \_\_\_\_\_ day of April, 2017.

_____
Honorable Judge Carl Barbier
United States District Court