## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| 2:13-cv-01117-CJB-JCW | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## EX PARTE MOTION TO VOLUNTARILY WITHDRAW MOTION FOR RECONSIDERATION

Plaintiff(s) Gangi Shrimp Company, LLC, through undersigned counsel, move(s) to voluntarily withdraw its previously-filed Motion for Reconsideration appearing at Rec. Doc. 22076. A proposed order granting the requested relief is attached.

Respectfully submitted, this 29th day of March, 2017

_____
MICHAEL A. BRITT   LSBA #3489
ATTORNEY AT LAW
4640 Rye Street, Suite 200
Metairie, Louisiana 70006
(504) 441-8660    Telephone
(504) 553-5858    Facsimile
Attorney for Gangi Shrimp Company, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| **2:13-cv-01117-CJB-JCW** | * | |
| | | **MAG. JUDGE WILKINSON** |
| | * | |

## ORDER

Considering Plaintiff's/s' Ex Parte Motion to Voluntarily Withdraw Motion for Reconsideration;

IT IS ORDERED that the Motion is GRANTED and the Motion for Reconsideration appearing at Rec. Doc. 22076 is hereby WITHDRAWN.

Signed in New Orleans, Louisiana, this ____ day of April, 2017.

_____
United States District Judge

1