UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| 2:13-cv-02033-CJB-JCW 2:16-cv-11519-CJB-JCW 2:16-cv-11641-CJB-JCW 2:16-cv-11707-CJB-JCW 2:16-cv-11711-CJB-JCW | * * | MAG. JUDGE WILKINSON |

**EX PARTE MOTION TO VOLUNTARILY WITHDRAW MOTION FOR RECONSIDERATION**

Plaintiffs Chapel Hill, LLC, Coastal Mining & Marine, LLC, Pearlington Clay LLC, and Pearlington Clay Port LLC, through undersigned counsel, move(s) to voluntarily withdraw its previously-filed Motion for Reconsideration appearing at Rec. Doc. 22059. A proposed order granting the requested relief is attached.

Respectfully submitted, this __3_ day of April, 2017

_____/s/ Jimmy Williamson_____

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Voluntarily Withdraw Motion for Reconsideration has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

     April 3, 2017

                                            _/s/Jimmy Williamson_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| **2:13-cv-02033-CJB-JCW;** | * | |
| **2:16-cv-11519-CJB-JCW;** | | **MAG. JUDGE WILKINSON** |
| **2:16-cv-11641-CJB-JCW;** | * | |
| **2:16-cv-11707-CJB-JCW;** | | |
| **2:16-cv-11711-CJB-JCW.** | | |

## ORDER

Considering Plaintiff's/s' Ex Parte Motion to Voluntarily Withdraw Motion for Reconsideration;

IT IS ORDERED that the Motion is GRANTED and the Motion for Reconsideration appearing at Rec. Doc. 22059 is hereby WITHDRAWN.

Signed in New Orleans, Louisiana, this _____ day of April, 2017.

_____
United States District Judge

1