IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30233
_____

In re: Deepwater Horizon

_____

TOBATEX, INCORPORATED, A Georgia Corporation; M.R.M. ENERGY, INCORPORATED, A Georgia statutory close corporation, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs - Appellants

v.

BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, formerly known as Cooper Cameron Corporation; BP, P.L.C.; BP AMERICA, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 04, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-30233   In re: Deepwater Horizon
                     USDC No. 2:10-MD-2179
                     USDC No. 2:10-CV-4573

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter. When the designation is filed, counsel should also file a letter with this court, attaching a copy of the designation, to notify us of the filing.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

Mr. William W. Blevins
Mr. Don Keller Haycraft
Mr. Richard J. Hymel
Mr. Edward F. Kohnke IV
Mr. Evans Martin McLeod
Mr. Kerry J. Miller
Mr. Samuel Tasker Rees
Mr. Campbell E. Wallace