UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig

"Deepwater Horizon" in the Gulf

of Mexico, on April 20, 2010

Applies to:

ALL CASES

MDL NO.2179

16-6635,
SECTION J  16-15253

JUDGE BARBIER

MAGISTRATE JUDGE WILKINSON

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 23 2017
WILLIAM W. BLEVINS
CLERK

---

RICHARD MCBRIDE                                    PLAINTIFF

VERSUS                    CIVIL ACTION NO._____

IN RE: OIL SPILL BY THE OIL RIG            SECTION J

"Deepwater Horizon" in the Gulf            JUDGE BARBIER

Of Mexico, on April 20, 2010            MAGISTRATE JUDGE WILKINSON

---

## COMPLAINT AND SWORN STATEMENT FOR MARITIME LAW CLAIMS PRETRIAL ORDER NO. 63 AND PRETRIAL ORDER NO.64.

COME NOW Richard McBride In The Name of Jesus Christ Submitted. Previously Claim No. 2:16-cv-15253

### I.

I, Richard McBride was part owner of The Queen Esther Commercial Fishing. I was a Deckhand, crewman, second captain; transport the boat from 6619 Gregory St. Moss Point, MS and to the waters Pascagoula Point.

### II.

Richard McBride is an adult citizen of Jackson County, Moss Point, Mississippi.

TENDERED FOR FILING            **III.**

MAR 23 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

The Queen Esther Commercial Fishing is a Mississippi Corporation that derives its income from the harvesting, catching, and sale of fish, shrimps, and crabs of natural source of seafood's and other seafood's in or near the Pascagoula River, The Point of Pascagoula, Cat Island, Round Island, Petit Bois Island, Horn Island, Ship Island, And The Gulf of Mexico Mississippi, Alabama, and Louisiana.

IV

 As you may know, BP has agreed to enter into a $7.8 Billion dollar court- supervised settlement to compensate individuals, business and property owners who have incurred Financial Losses from the Oil Spill. The settlement will also cover those whose health was affected by the oil spill. Most importantly, we believe that this new system will result in faster and fairer payments for all those who were affected. If you filed with the GCCF and have not been paid, you will now have to file in Federal Court as the GCCF has been closed down. If you never filed before, filing now will provide you with an opportunity to get paid for your damages

V

 BP failed to follow the settlement agreements standards governing this claim.

**VI**

 According to Federal Judge Barbier's order "BP Claims will be processed and evaluated in the order they are received. Therefore it is extremely urgent to act now and bot be left out or at the back of the line.

**VII.**

 Regarding All Remaining Claims in Pleading Bundle B1, Exhibit 1A, Exhibit 2, and Exhibit 3. This case and cause number should not be dismissed because The Queen Esther Commercial Fishing was a startup and failed business due to the oil spill occurred on April 20, 2010. I have worked for several companies upon the oil spill cleanup crew. Bp has made promises to the individuals and business that was destroyed by the oil spill. Attached are documents of the business and myself upon the oil spill.

**VIII**

The honorable court of THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA Should Grant Richard McBride for this matter due to the oil spill on April 20, 2010 and this case or cause number should not be dismissed in the Name of Jesus Christ.

## VX

1. The Subsistence framework defines 'Subsistence Claims" as a person who fishes or hunt to harvest, catch, barter, consume or trade Gulf of Mexico natural resources, in a traditional or customary manner, to sustain basic personal or family dietary, economic security, shelter, tool or clothing needs, and who relied upon such subsistence resources that were diminished or restricted in the geographic region used by claimant due to or resulting from the spill. The settlement permits recovery for loss of subsistence use consistent with any closures or impairments to geographic areas relied on by the claimant through 2011. An RTP is applied to the award. Because members of subsistence communities may have limited access to the Internet, Translators, and legal services, the parties agreed to a structure in which there is a Court Appointed Distribution agent who works under the direction of claims administrator and who has a dedicated team that maintains a presence in the geographic areas where subsistence claimants live so as to assist those claimants in completing forms and collecting supporting documentation, confirm the eligibility status of claimants, conduct interviews, and apply the compensation formula.

2. Under the $2.3 Billion Seafood Compensation Program (SCP) Commercial Fishermen, Seafood Boat Captains, all other Seafood Crew, Oyster Leaseholders, and Seafood Vessel Owners will be compensated for economic loss claims relating to Seafood, including shrimp, oysters, finfish, blue crab, and other species. The Seafood Compensation Program (SCP) (Exhibit 10) uses a bottom up mode of awarding compensation thus fishermen with higher benchmark earnings receive higher compensation awards. The SCP is expected to pay out an initial $1.9 billion in compensation to class members, leaving a $400 million reserve to be distributed in a second round. The guaranteed total of $2.3 billion allocated to the SCP represents approximately five times the annual average industry gross revenue for 2007 to 2009 of the seafood industry in the region covered by the Settlement Agreement. $2.3 billion also represents 19.2 times lost industry revenue in 2010, according to the evidence provided. The SCP does not involve a limited fund with any ability for class members to opt out.

3. The Plaintiff does not have Electronic Filing and the Court Did not mail any documents of the order and the defendants BP failed to mail the plaintiff copy of the order of the PTO 60. The Plaintiff is Pro Se. As of now the plaintiff is aware and in good faith will comply with all court orders that are received by mail from the defendants BP. The Plaintiff has cooperated with BP and will Corporate with BP to Settle or Resolve this case and matter in good faith with fairness.

4. The Plaintiff Richard McBride for medical sustained injury unto his eyes sustained mental issues and nerves. See medical records of Richard McBride been sent to BP. Request the full amount up under the medical settlement. BP paid $1300 to Richard McBride insufficient funds. I demand the full $60,000.00

5. The Plaintiff pleases mercy to the court in the Name of Jesus Christ to do not dismiss this case

and cause number.

### **Prayer for Relief**

Wherefore Plaintiffs Richard McBride demands Judgment against the defendants, jointly and severally, as follows:

1. The Plaintiffs Richard McBride deserve the right to come back and amend this complaint at any time.

2. Economic and Compensatory damages in amounts of $500,000.00 Dollars or to be determined at trial;

3. Punitive Damages;

4. Pre-judgments and post- judgments interest at the maximum rate allowable by law;

5. Attorney's fees and costs.

6. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate; and

7. A trial by jury as to all defendants.

**Jury Demand**

Respectfully Submitted

In The Name of Jesus Christ

Dated March 10, 2017

Ceo. Richard McBride

4318 Donovan St.

Moss Point, MS 39563

1-228-285-0051

228-623-7014
228-285-0651

# Certificate of Service

I, Richard McBride hereby, certify that I have hand delivered or mailed a true and correct copy to the Defendant of Order **COMPLAINT AND SWORN STATEMENT FOR MARITIME LAW CLAIMS PRETRIAL ORDER NO. 63 AND PRETRIAL ORDER NO.64.**

This the _10_ Day of _March_, 2017.

To The Defendants:

IN RE: OIL SPILL BY THE OIL RIG                    SECTION J

"Deepwater Horizon" in the Gulf                   JUDGE BARBIER

Of Mexico, on April 20, 2010                       MAGISTRATE JUDGE
WILKINSON

Applies To:

ALL CASES

Counsel for BP                                     MDL 2179 Plaintiff's Steering
Committee

Attn: J. Andrew Langan                             Attn: Steve J. Herman

Kirkland & Ellis LLP                               Herman, Herman, Katz&Cotlar, LLP

300 North LaSalle St,                              820 O'Keefe Avenue

Suite 2400                                         New Orleans, LA 70113

Chicago, IL 60654

Richard McBride

3/10/2017
Date

228- 623- 7014
228 - 285 - 0057

B.P. Claimant # 1055 106

 IRS.gov

EXHIBIT-IRS

## EIN Assistant

| Your Progress: | 1. Identity | 2. Authenticate | 3. Addresses | 4. Details | 5. EIN Confirmation |
|---|---|---|---|---|---|

### Summary of your information

Please review the information you are about to submit. If any of the information below is incorrect, you will need to start a new application.

Click the "Submit" button at the bottom of the page to receive your EIN.

**Organization Type: Sole Proprietor**

#### Sole Proprietor Information

| | |
|---|---|
| Legal name: | **RICO O MCBRIDE SR** |
| Trade name/Doing business as: | **QUEEN ESTHER COMMERCIAL FISHING** |
| County: | **JACKSON** |
| State/Territory: | **MS** |
| Start date: | **MAY 2009** |

#### Addresses

| | |
|---|---|
| Physical Location: | **4318 DONOVAN ST**<br>**MOSS POINT MS 39563** |
| Phone Number: | **228-285-1399** |

#### Responsible Party

| | |
|---|---|
| Name: | **RICO O MCBRIDE SR** |
| SSN/ITIN: | **XXX-XX-6589** |

#### Employee Information

| | |
|---|---|
| Date wages or annuities will be paid: | **MAY 2009** |
| Number of agricultural employees: | **4** |
| Number of household employees: | **1** |
| Number of other employees: | **1** |
| Tax Liability of $1000 or less during calendar year: | **NO** |

#### Principal Business Activity

| | |
|---|---|
| What your business/organization does: | **FOOD SERVICE** |
| Principal products/services: | **SALE SEAFOOD** |

#### Additional Sole Proprietor Information

| | |
|---|---|
| Owns a 55,000 pounds or greater highway motor vehicle: | **YES** |
| Involves gambling/wagering: | **NO** |
| Involves alcohol, tobacco or firearms: | **NO** |

EXHIBIT-7369

# Post on Job
# City of Moss Point
# BUILDING PERMIT
# No. 7369

Date Issued: 4/21/09

By: _Ken Tillman_

Owner: Rickey McBride

Remarks: New home

Location: 6619 Gregory St.

Church

Contractor: _____

**Inspection Approvals**

1. Foundation

Footing _____/_____

Slab _____/_____

1st Floor _____/_____

2nd Floor _____/_____

3rd Floor _____/_____

2. Framing Prior to Closing Walls

Date    Inspector

1st Floor _____/_____

2nd Floor _____/_____

3rd Floor _____/_____

3. Final _____/_____

# UNLAWFUL TO REMOVE OR DEFACE THIS
# CARD UNTIL CONSTRUCTION IS COMPLETE

GOODGAMES, INC.

# City of Moss Point

4412 Denny St., Moss Point, MS 39563
Phone# 475-0300

PERMIT # 7369
PIDN# 20629390.000
DATE 3-13-09 - 4-21-09
RSDE N/A      REP. LOSS N/A      ZONE R-3      PIMV$ 39,770

ELEVATION CERT: ✓
FLOODZONE X
Map# 28059C0361G
PERMIT FEES $ 410.00

Applicant name Rickey L McBride                    Phone 1-228-990-513
Owner name Rickey L McBride                        Phone 228-990-5135
Development address 4619 Gregory St

Project description Brik Home / Church

Cost of Project $ 80,000 ?  ( Note: If cost of const. meets or exceeds 50% of mkt. value of the structure then substantial improvement requirements shall apply.

Total Sq. Ft. 2,000  Heated Area 2,000  Foundation Type Concert
Setbacks:  Front 300  Back 300  Left 300  Right 360
Check all that apply: New Construction X  New Residential___  New Commercial___  Addition___
Accessory Structure___  Repair___  Improvement___  Demolish___  Logging___  Fill___  Grade___
Flood Protection Method: Vents____  Elevate____  Other____
Elevation Certificates:  Const. drawings ✓  Under Const.____  Finished Const.____

The following certificates are required and must be submitted within the specified time frame.
1. **Elevation Certificate**, based o construction drawings, certified by a registered land surveyor or professional engineer, that the lowest floor of structure will be constructed at or not less the Base Flood Elevation.
2. **Elevation Certificate**, as built, certified that the lowest floor of structure has been constructed to not less than the Base Flood Elevation. Submit prior to any vertical construction.
3. **Elevation Certificate**, based on finished construction, certified that the lowest floor is at or above the Base Flood Elevation. Submit after final inspection but prior to Certificate of Occupancy issuance.
4. **Flood- proofing Certificate**, certified by a professional engineer or architect, submitted at the time of completion of lowest floor.
5. **V-Zones only**, breakaway wall certification, to be submitted within 7 days of completion.
6. **V-Zones only**, certification of the superstructure and substructure design, must be submitted with application.
7. The proposed development is located in an identified floodway and a **no rise certification** must be submitted prior to the issuance of the permit or start of construction.
8. The proposed development includes an alteration of a watercourse and a **letter or map revision** issued by FEMA. This documentation must be submitted within 6 months of completion.

**Other permits that may be required:**

| FEDERAL | STATE |
|---|---|
| U.S. Army Corps of Engineers | Dept. of Natural Resources |
| U.S. Fish & Wildlife | Dept. of Environmental Protection |
| Environmental Protection Agency | Dept. of Public Health |
| U.S. Coast Guard | Dept. of Transportation |

SIGNATURE Rickey L McBride

BUILDING OFFICIAL Paul Sishunk  4-16-09





EXHIBIT.
Pictures loss
NO. 1

I RICHArd McBRde TOOK. This pictores. ON OR About
Date. 3-9-20117. DAMAGE, OF BY. oil Spill. BY RESPONSE
ACtivities. lost Economic loss and PROperty DAMAGES.





EXHIBIT

Pictures, loss, No. 2

I Richard McBride, Took, This Pictures, on or About

DATE 3-9-2017. DAMAGE OF, BY B.P. Oil Spill BY RESPONSE

ACTIVITIES, loss Economic Loss And PROperty DAMAGE





EXHIBET

Pictures LOSS NO. 3.   I Richard MᶜBRibe TOOK this
pictures. on OR About DATE 3-9-2017, DAMuge OF BY BP
oil Spill. BY. B.P. RESPONSe ACtivites loSS Economic
LoSS And pROPeNty DAMAGES





EXHIBT

pictures, NO. 4. I Richard M<sup>c</sup> BRide. TOOK This picture
on or Aboot Date 3-9-2017. DAMAse of BY B.P. OIl spill
BY. B.P. Response Activitres. loss Economie And
PRopertY DAMASe.





EXHIBIT

picture NO. 5.   I Richard McBride .Took this picture
ON OR About .DAte 3-9-2017. DAMAge of. BX BP.
oil Spill BY. B.P. Response ACtivities loss ECONOMIc
Loss pRopeRtY DAMAge.





EXHIBIT
Picture No. 6. I Richard McBride Took this pictures Loss
on or About 3-9-2017. Damage of By. B.P. oil Spill
By. B.P. Response Activities Loss Economic and
Property Damages.





EXHIBIT

Picture NO. 7.   I Richard McBride. took this picture
On or About DATE. 3-9-2017. DAMAGES of B.P. Oil
Spill. BY. B.P. RESPONSE ACTIVITIES Loss
Economic coss and pRopeRtY DAMAGE's.





EXHIBIT

picture NO.8.   I Richard McBride. Took this picture
on or About Date, 3-9-2017. Damage of B.P. Oil Spill
By.B.P. Response Activities Loss Ecommure Loss
And property Damages.





EXHIBIT

Picture No. 9, I Richard McBride, took this picture on okAbout
3-9-2017, Damages OF Bp Oil SPill Bp. Bp. Response
Activities Loss Econmce Loss and Property Dam





EXHIBIT
Picture **NO. 10** I Richard McBride took this picture
on or About 3-9-2017. DAMAGES OF B.P. oil spill By B.P.
Response Activities loss Economice loss And
PROPERTY DAMAGE.





EXHIBIT

Picture. NO. 11. I Richard McBride Took This prtture
on or About 3-9-2017. Damage of B.P. oil spill
BY B.P. Response Activities Loss Econmic Loss
And property Damage.





EXHIBIT

picture No.12. I RICHARD McBRIDE TOOK this picture
on or About 3-9-2017. DAMage OF B,P, oll SPA 11 BY.
B,P, Response Activities LOSS ECONmice LOSS
AND PROPERTY DAMage.





EXHIBIT

Picture NO, 13. I RICHARD MSBLibe took this protery on or
About 3-9-2017. DAMage of B,P, Oil spill BY. B,P.
Response Activities Coss Economic Loss
And Property DAmage.





EXHIBIT
Picture NO. 14. I Richard McBride Took This picture
On or About 3-9-2017, DAMAGE OF B.P. oil spill
By-B.P. Response Activites Loss Economice
Loss And property DAMAGE.





EXHIBIT

picture **NO.15** I Richard McBride Took This picture
on or About 3-9-2017. DAMAge oF B.P. oil SPill
By- B.P. Response Activites Coss Economice Loss
And pRopenty Danmages.

U.S. POSTAGE
MADISONPOINT, MS
70130
MAR 08 18
MAY 20
AMOUNT
$2.66
R2300H12919-02
1000   70130

Richard Mcpiddle
911 Donovan St
Ms 55 Polivins 39565

To: United States District
Court Eastern District of
Louisiana 500 Poidras St
New Orleans LA 76130

↑ U.S. DISTRICT
COURT