AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 23 2017
WILLIAM W. BLEVINS
CLERK

Richard McBride
Plaintiff/Petitioner
v.
B.P. Oil Spill. ET. AL
Defendant/Respondent

Civil Action No. 16-6635 J(2)
16-15253 J(2)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ______________________________.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 996.00, and my take-home pay or wages are: $ ______________ per *(specify pay period)* $996.00.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I Richard McBride Recceved $996.00 Dollar Social seecurty. monthly

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No. 22614, 6, 5

TENDERED FOR FILING
MAR 23 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

4. Amount of money that I have in cash or in a checking or savings account: $ 0 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2006 DODge RAM truck.
4318 Donovn St Moss point MS.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

4517 Fredrick St. House monthly payme $314.72 Dollar. Utitiles light Bill $335. month Water Bill, 167.00 month. Tell phon Bill $120.00 month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

My wife. Blondine McBride 100%

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Ocwen Loan Serving LLC.. Amounts owed IS $41,815.65 mortgage note $314.72

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: March 10.2017

Richard McBride
*Applicant's signature*

RICHARD MCBRIDE
*Printed name*


U.S. POSTAGE
PAID
MOSS POINT, MS
39563
MAR 20 17
AMOUNT
$2.66
R2305H129159-02
1000
70130
U.S. DISTRICT
COURT