AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

LEOUTHA BATISTE ) 10 md 2179
_____ )
Plaintiff/Petitioner ) Ref: 16-4154
B.P. Oil Spill. ET. AL. ) Civil Action No. 16-15254
_____ )
Defendant/Respondent )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ 1,060.00, and my take-home pay or wages are: $ _____ per
(specify pay period) $265. a week.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends               ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments        ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments       ☒ Yes    ☐ No
(e) Gifts, or inheritances                              ☐ Yes    ☐ No
(f) Any other sources                                   ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA MAR 24 2017 WILLIAM W. BLEVINS Clerk]

**TENDERED FOR FILING**

___ Fee _____
___ Process _____       MAR 24 2017
_X_ Dktd _____
___ CtRmDep _____       U.S. DISTRICT COURT
___ Doc. No. _____      Eastern District of Louisiana
                         Deputy Clerk

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

CAR: 2014 Chrysler payment $490.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

LOAN payment $200 - Monthly
CAR payment $490.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

1. Zakariy Batiste - Daughter - child support
2. Queysean Taylor - my son - child support
$400 a month

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

First Investors Finance company $490.00
Loan pay. Navigat Credit Union - 200. month

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 3/13/17

_Leotha Batiste_
Applicant's signature

_Leotha Batiste_
Printed name

From:
Leoutho Batiste
4342 Terrace Dr
Moss Point 39563

To:
Clerk's
United States
Court of Eastern District of
Louisiana 500 Poydras Street
New Orleans LA 70130




U.S. POSTAGE
MOSS POINT, MS
39563
MAR 21 17
AMOUNT
$1.82
R2305H1293404-03