UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMIE SIMON** | * | **CIVIL ACTION NO.** <br> **11-1432 C/W 10-MD-2179** |
| **VERSUS** | * | |
| **GRAND ISLE SHIPYARD INC., BP AMERICA INC., BP P.L.C., BP EXPLORATION & PRODUCTION** | * | |
| *    *    *    *    *    *    * | | |

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT

**NOW INTO COURT,** through the undersigned counsel, comes the plaintiff, JAMIE SIMON who moves this Honorable Court to allow the filing of an Amended Complaint to add BP America Production Company as an additional defendant herein, to clarify and/or expand upon certain allegations set forth in her original Complaint, and to add a Medical Monitoring claim.

Said amendment will in no way delay the orderly progression of this matter and this amendment is necessary in the interest of justice and judicial economy. None of the defendants in this case have filed an answer yet.

For the above stated reasons, plaintiff JAMIE SIMON respectfully requests that she be granted permission to supplement and amend his pleadings at this time.

JACOBS MANUEL KAIN & AAMODT
(A Group of Law Corporations)

/s/ Jodi J. Aamodt

_____
JODI J. AAMODT     #21639
500 St. Louis Street, Ste. 200
New Orleans, LA  70130
Telephone (504) 523-1444
COSSICH SUMICH PARSIOLA & TAYLOR
PHILIP F. COSSICH, JR. #1788 (T.A.)
pcossich@cossichlaw.com
BRANDON TAYLOR #27662
btaylor@cossichlaw.com
DARREN D. SUMICH  #23321
dsumich@cossichlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of April, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jodi J. Aamodt
_____

2