UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMIE SIMON** | **CIVIL ACTION NO.** |
| | **11-1432 C/W 10-MD-2179** |
| **VERSUS** | |
| **GRAND ISLE SHIPYARD INC., BP AMERICA INC., BP P.L.C., BP EXPLORATION & PRODUCTION** | |

## ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File this Amended Complaint;

IT IS HEREBY ORDERED that plaintiff be granted leave to file this Amended Complaint for Damages.

New Orleans, Louisiana this _____ day of April, 2017.

_____
JUDGE