U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 0 6 2017
wp

WILLIAM W. BLEVINS
CLERK

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf    10-MDL-2179 J(2)    16-30918
of Mexico, on April 20, 2010                             3893 Environmental Matters
Case 2:10-md-02179-CJB-SS

Motion for Permission to Appeal in Forma Pauperis

I beg the court to allow me to appeal in forma pauperis. This appeal/motion for discretionary review affects thousands of other BP claimants. The issue is a catch 22 for those of us that qualify for payment.

We all qualify for the settlement but we kept cash financials. Attorneys agreed to the settlement without knowing how claimants kept their financials. You would have to commit fraud to change your books because of the requirement that your tax returns were the confirming documentation.

The Affidavit is attached.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. January 10th, 2017.



U.S. COURT OF APPEALS
RECEIVED
JAN 12 2017
FIFTH CIRCUIT

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 05, 2017

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

      No. 16-30918    In Re: Deepwater Horizon  
                          USDC No. 2:10-MD-2179  
                          USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed please find application of David Christenson for leave to proceed in forma pauperis and financial affidavit which were sent to this court. Please notify us when you have acted on the application.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Mary C. Stewart, Deputy Clerk  
                                      504-310-7694

cc:  
      Mr. David Andrew Christenson  
      Mr. Jeffrey Bossert Clark Sr.  
      Mr. Don Keller Haycraft  
      Mr. Russell Keith Jarrett  
      Mr. James Andrew Langan  
      Mr. Martin R. Martos II

Christensen
Box 9063
Miramar Beach, FL
32550

70130-340899

Clerk
5th Circuit
600 S. Maestri Pl.
New Orleans, LA
70130-3408

U.S. POSTAGE PAID
MIRAMAR BEACH, FL
32550
JAN 10, 17
AMOUNT
$0.68
R2305S106912-12