UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL HEBERT** | **CIVIL ACTION NO.** |
| | **11-1200 C/W 10-MD-2179** |
| **VERSUS** | |
| | **SECTION "J"** |
| **BP AMERICA, INC.,** | |
| **BP EXPLORATION & PRODUCTION,** | **JUDGE BARBIER** |
| **INC., BP P.L.C., WOOD GROUP** | |
| **PRODUCTION SERVICES INC.,** | **MAGISTRATE WILKINSON** |
| **SEALION SHIPPING LTD AND** | |
| **TOISA LIMITED** | |

### ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File this Amended Complaint;

IT IS HEREBY ORDERED that plaintiff be granted leave to file this Amended Complaint for Damages.

New Orleans, Louisiana this _____ day of April, 2017.

_____
JUDGE