UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE SHUSHAN |
| 2:13-CV-04437 | * | |
| * * * * * * * | * | |

**EX PARTE MOTION FOR EXTENSION OF TIME
TO RESPOND TO PRETRIAL ORDER 63**

NOW INTO COURT, through undersigned counsel comes, Plaintiff, Jamie Gaspard, who respectfully moves this Court for a twelve (12) day extension of time to comply with this Court's Pretrial Order 63 ("PTO 63") deadline. In support of this motion, Plaintiff respectfully shows the Court the following:

1.  Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP represents Plaintiff who is subject to PTO 63. Plaintiff has been working in rural Texas and undersigned counsel, despite diligent efforts, has been unable to reach him until recently. Accordingly, undersigned counsel requires additional time to file a sworn statement and coversheet for Plaintiff. The undersigned is aware that the deadline to do so is currently April 12, 2017, but requires additional time to comply with the requirements of PTO 63. As such, Plaintiff requires a brief

extension of twelve (12) days, so as to allow Plaintiff the opportunity to file the required information. Plaintiff suggests that principles of equity and fundamental fairness support the granting of this Motion. The undersigned counsel will continue to work diligently to submit the required information within the extended deadline.

WHEREFORE, Plaintiff represented by Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP, respectfully moves this Court for an extension of time within which to comply with PTO 63 so that the deadline for filing sworn the statement and cover sheet is April 24, 2017.

Respectfully Submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP**

/s/ Preston L. Hayes
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
One Galleria Blvd., Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

/s/ Preston L. Hayes
PRESTON L. HAYES