UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE SHUSHAN |
| 2:13-CV-04437 | * | |
| * * * * * * * * | | |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time,

IT IS ORDERED that Plaintiff, Jamie Gaspard, is granted an additional 12 days to comply with Pretrial Order 63 and the deadline is extended to April 24, 2017.

SO ORDERED this _____ day of _____, 2017.

_____
United States District Judge