### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN | * | |
| THE GULF OF MEXICO ON | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | * | |
| | * | MAGISTRATE SHUSHAN |
| 2:13-CV-04437 | * | |

\*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the foregoing Ex Parte Motion for Extension of Time,

IT IS ORDERED that Plaintiff, Jamie Gaspard, is granted an additional 19 days to comply with Pretrial Order 64 and the deadline is extended to April 24, 2017.

SO ORDERED this _____ day of _____, 2017.


_____

United States District Judge