UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 10-8888 (Rec. Doc. 123982)* | * * | MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion to Withdrawn as Counsel of Record (Rec. Doc. 22491);

IT IS ORDERED that Ronnie G. Penton be and hereby is withdrawn as counsel of record for the Plaintiffs, Charles A. Kelly and Kelly Builders, Inc.  Counsel reports Plaintiffs' contact information as:

Charles A. Kelly o/b/o Kelly Builders, Inc.
406 B Pine Street
Fairhope, Alabama 36532

Because corporations and other business entities must be represented by an attorney, Kelly Builders, Inc. will need to enroll new counsel or its claims may be dismissed.  *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana, this 4th day of April, 2017.

_____
United States District Judge