UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | | **MAG. JUDGE WILKINSON** |
| *Nos. 2:13-cv-01263, 2:13-cv-01552, 2:13-cv-01634, 2:13-cv-02005, 2:13-cv-02018, 2:13-cv-02204, 2:13-cv-02215, 2:13-cv-02220, 2:13-cv-02221, 2:13-cv-02222, 2:13-cv-02223, 2:13-cv-02298, 2:13-cv-02318, 2:13-cv-02329, 2:13-cv-02332, 2:13-cv-02333, 2:13-cv-02342, 2:13-cv-02360, 2:13-cv-02372, 2:13-cv-02378, 2:13-cv-02383, 2:13-cv-02389, 2:13-cv-02391, 2:13-cv-04756, and 2:13-cv- 05074* | * * * * | |

## **ORDER**

Considering the Motion for Extension of Time to Respond (Rec. Doc. 22608);

IT IS ORDERED that the Motion is GRANTED IN PART and the deadline for Movers to respond to PTO 63 is extended up to and including May 3, 2017.

IT IS FURTHER ORDERED that the deadline for BP to submit the lists contemplated in paragraph 10 of PTO 63 is extended (with respect to all B3 Plaintiffs) up to and including June 7, 2017.

New Orleans, Louisiana, this 10th day of April, 2017.

_____
United States District Judge