# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *No. 13-4437* | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion for Extension of Time to Respond to Pretrial Order 64 (Rec. Doc. 22622), which was filed after the response deadline had passed;

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 10th day of April, 2017.

_____
United States District Judge