**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf of | | MDL 2179 |
| Mexico, on April 20, 2010 | * | |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| 2:16-cv-11698-CJB-JCW | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## EX PARTE MOTION TO VOLUNTARILY WITHDRAW
## MOTION FOR RECONSIDERATION

Plaintiff, Truckla Services, Inc., through undersigned counsel, upon representation that this matter has been amicably resolved, moves to voluntarily withdraw its previously-filed Motion for Reconsideration appearing at Rec. Doc. 22081. A proposed order granting the requested relief is attached.

Respectfully submitted, this 7 day of April, 2017

THE MILLER LAW FIRM,
PADUCAH-NEW ORLEANS, PLLC


By: /s/ Kent B. Ryan
Stephanie D. Skinner, T.A.  (#21100)
Kent B. Ryan (#18418)
One Canal Place
365 Canal Street, Suite 860
New Orleans, LA 70130
Telephone: (504) 684-5044
Facsimile: (866) 578-2230
Email: kryan@millerlaw-firm.com
            sskinner@millerlaw-firm.com

Attorneys for Plaintiff, Truckla Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7 day of April, 2017, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system and I also submitted it to the File & Serve Xpress system, which will send notification of such filing to the all attorneys for all parties that have appeared.

_____ */s/ Kent B. Ryan*
Kent B. Ryan

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf of | | MDL 2179 |
| Mexico, on April 20, 2010 | * | |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| 2:16-cv-11698-CJB-JCW | * | |
| | | MAG. JUDGE WILKINSON |
| | * | |

## <u>ORDER</u>

Considering Plaintiff's/s' Ex Parte Motion to Voluntarily Withdraw Motion for Reconsideration;

IT IS ORDERED that the Motion is GRANTED and the Motion for Reconsideration appearing at Rec. Doc. 22081 is hereby WITHDRAWN.

Signed in New Orleans, Louisiana, this _____ day of April, 2017.

_____
United States District Judge