IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No.    2:13-cv-5367 | * | |
| Case No.    2:16-cv-06333 | * | |

**PLAINTIFFS' MOTION TO VOLUNTARILY WITHDRAW MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER OF DECEMBER 16, 2016 DISMISSING THE CLAMIS OF ST. JOE BEACH PROPERTY, LLC, AND BUNGALOWS AT SANCTUARY BEACH, LLC**

NOW INTO COURT, through the undersigned counsel, come Plaintiffs St. Joe Beach Property, LLC, and Bungalows at Sanctuary only (Plaintiffs in Cases No. 2:13-cv-5367; 2:16-cv-06333), (collectively "St. Joe Beach"), and file this Motion to Voluntarily Withdraw Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing St. Joe Beach with prejudice, pursuant to Rule 59€ and Rule 60(b), Fed. R. Civ. P. [Rec. Doc. 22074].

On January 13, 2017, St. Joe Beach filed its Combined Motion for Reconsideration. [Rec. Doc. 22083-1].  On January 27, 2017, the Court entered a scheduling order on multiple motions requesting reconsideration of the "PTO 60 Reconciliation Order." [Rec. Doc. 22138].  No further order regarding St. Joe Beach's motion has been entered.  St. Joe Beach now moves the Court to voluntarily withdraw its Combined Motion for Reconsideration because the issue has been resolved on February 21, 2017.  A proposed order granting the requested relief is attached.

Respectfully submitted on this 11th day of April, 2017

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that the above and foregoing Motion has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established by MDL 2179, on this 11 day of April, 2017.

DATE: April, 2017.                                    /s/Brent W. Coon
                                                                    BRENT W. COON