IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No.     2:13-cv-5367 | * | |
| Case No.     2:16-cv-06333 | * | |

## ORDER

At the request of Brent Coon, counsel for Plaintiffs St. Joe Beach Property, LLC, and Bungalows at Sanctuary Beach, LLC only and the Joint Venture (by letter filed separately in the record), Motion to Voluntarily Withdraw its Motion for Reconsideration with Respect to the Court's Order of December 16, 2016 Dismissing the Claims of St. Joe Beach Property, LLC, and Bungalows at Sanctuary Beach, LLC only.

**IT IS ORDERED** that Plaintiffs' Motion to Voluntarily Withdraw its Motion for Reconsideration with Respect to the Court's Order of December 16, 2016 Dismissing the Claims of St. Joe Beach Property, LLC, and Bungalows at Sanctuary Beach, LLC only is **GRANTED.**

New Orleans, Louisiana, this __ day of April, 2017

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE