UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| 2:13-cv-02033-CJB-JCW; 2:16-cv-11519-CJB-JCW; 2:16-cv-11641-CJB-JCW; 2:16-cv-11707-CJB-JCW; 2:16-cv-11711-CJB-JCW. | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Considering Plaintiff's/s' Ex Parte Motion to Voluntarily Withdraw Motion for Reconsideration (Rec. Doc. 22610);

IT IS ORDERED that the Motion is GRANTED and the Motion for Reconsideration appearing at Rec. Doc. 22059 is hereby WITHDRAWN.

New Orleans, Louisiana this 11th day of April, 2017.

_____
United States District Judge