**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**RICHARD MCBRIDE**                                   **CIVIL ACTION**

**VERSUS**                                             **NO. 16-6635**

**B.P. OIL SPILL**                                     **SECTION  "J" (2)**

**ORDER**

Considering the application and affidavit to proceed <u>in</u> <u>forma</u> <u>pauperis</u>,

**IT IS ORDERED** that:

☒      **the motion is GRANTED; the party is entitled to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.**

☐      the Clerk is directed to withhold issuance of summons until further order of the Court.

☐      the motion is MOOT; the party was previously granted pauper status.

☐      the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐      the motion is DENIED as MOOT; the filing fee has already been paid.

☐      the motion is DENIED; the party is not entitled to proceed <u>in</u> <u>forma</u> <u>pauperis</u> for the listed reasons:

_____

_____

_____

New Orleans, Louisiana this _____11th_____ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE