UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD MCBRIDE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-15253** |
| **B.P. OIL SPILL** | **SECTION "J" (2)** |

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☒  **the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.**

☐  the Clerk is directed to withhold issuance of summons until further order of the Court.

☐  the motion is MOOT; the party was previously granted pauper status.

☐  the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐  the motion is DENIED as MOOT; the filing fee has already been paid.

☐  the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons:
_____
_____
_____

New Orleans, Louisiana this ____11th____ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE