UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLONDINE M. MCBRIDE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-4325** |
| **OIL SPILL BY THE OIL RIG DEEPWATER HORIZON** | **SECTION "J"(2)** |

## ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>, Record Doc. No. 22511 in MDL 2179 and Record Doc. No. 7 in Civil Action No. 16-4325.

**IT IS ORDERED** that:

☒ **the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.**

☐ the Clerk is directed to withhold issuance of summons until further order of the Court.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:
_____
_____
_____

New Orleans, Louisiana this __11th__ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE