UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLONDINE M. MCBRIDE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-15250** |
| **BP DEEPWATER HORIZON ET AL.** | **SECTION "J"(2)** |

## ORDER

Considering the application and affidavit to proceed in forma pauperis, Record Doc. No. 22511 in MDL 2179 and Record Doc. No. 5 in Civil Action No. 16-15250.

**IT IS ORDERED** that:

☒ **the motion is GRANTED; the party is entitled to proceed in forma pauperis.**

☐ the Clerk is directed to withhold issuance of summons until further order of the Court.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:
_____
_____
_____

New Orleans, Louisiana this   11th   day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE