# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LEOUTHA BATISTE**                                 CIVIL ACTION

**VERSUS**                                          NO. 16-4154

**BP**                                              SECTION "J" (2)

## ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☒ **the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.**

☐ the Clerk is directed to withhold issuance of summons until further order of the Court.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:
_____
_____
_____

New Orleans, Louisiana this __11th__ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE