UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEOUTHA BATISTE**                                      CIVIL ACTION

**VERSUS**                                               NO. 16-15254

**BP DEEPWATER HORIZON ET AL.**                          SECTION "J" (2)

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☒  **the motion is GRANTED; the party is entitled to proceed in forma pauperis.**

☐  the Clerk is directed to withhold issuance of summons until further order of the Court.

☐  the motion is MOOT; the party was previously granted pauper status.

☐  the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐  the motion is DENIED as MOOT; the filing fee has already been paid.

☐  the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:
_____
_____
_____

New Orleans, Louisiana this ___11th___ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE