UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL No. 2179
"Deepwater Horizon" in the Gulf                    SECTION: J
of Mexico, on April 20, 2010                       JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                          MAGISTRATE SHUSHAN

Memorandum 24
April 7th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

*[signature]*

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on April 7th, 2017.

*[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED APR 10 2017 WILLIAM W. BLEVINS CLERK]*

*[Stamp: TENDERED FOR FILING APR 10 2017 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk]*

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Memorandum Eighteen
HPV and Genetic Testing

We must embrace the Katrina Anti-Social Norm and the only way to do that is to provide complete, accurate and honest disclosures about what happened during Hurricane Katrina and the BP Oil Spill.

No one escapes and there is no recovery. We must develop strong immune system(s) to fight off the diseases.

We are vaccinating everyone for everything and in the process, we are destroying our immune system(s).

Think about the cost to society and our government.

Selective breeding.

When you get tested, you test your children and grandchildren.

Please read the following two articles. As you read the articles please remember:

Genetic mutations are a product of human existence. They occur natural and allow us, as a species, to survive. (In simple terms, we are destroying a species to save a fraction of that species.) We already have an infinite number of diseases. Cancer, heart disease, Alzheimer's, pneumonia, etc. succeed because we have destroyed our immune system(s).

Our immune system(s) is specifically designed to fight these mutations. There are an infinite number of mutations. There are also an infinite number of viruses, bacteria, fungi, etc.

The epic problem is that man has interjected mutations with the result being the destruction of our immune system. We are turning ourselves into "Bubble People". The cost to save "Bubble People" is infinite.

The release of the Katrina Virus has accelerated the demise of Mankind.

Odd question. Do you know anyone who has HPV or who has died from it?

**TENDERED FOR FILING**

APR 1 0 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Close to Half of American Adults Infected With HPV, Survey Finds
By NICHOLAS BAKALAR APRIL 6, 2017
https://www.nytimes.com/2017/04/06/health/hpv-virus-survey-united-states.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766&_r=0

**More than 42 percent of Americans between the ages of 18 and 59 are infected with genital human papillomavirus**, according to the first survey to look at the prevalence of the virus in the adult population.

The report, published on Thursday by the National Center for Health Statistics, found that certain high-risk strains of the virus infected 25.1 percent of men and 20.4 percent of women. These strains account for approximately 31,000 cases of cancer each year, other studies have shown.

**Two vaccines** are effective in preventing sexually transmitted HPV infection, and researchers said the new data lend urgency to the drive to have adolescents vaccinated.

**Over 90 percent of HPV infections are cleared by the body within two years.**

**Indeed, there is no HPV test for men at all.** (A test for women is sometimes used in conjunction with a Pap screen for cervical cancer.)

F.D.A. Will Allow 23andMe to Sell Genetic Tests for Disease Risk to Consumers
By GINA KOLATA APRIL 6, 2017
https://www.nytimes.com/2017/04/06/health/fda-genetic-tests-23andme.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766

For the first time, the Food and Drug Administration said it would allow a company to sell genetic tests for disease risk directly to consumers, providing people with information about the likelihood that they could develop various conditions, including Parkinson's and Alzheimer's.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. April 7th, 2017.

Judge Kurt Engelhardt,
April 7th, 2017

Letter Nine.

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com


**No. 16-6278**

---

In The
# Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

---

**Fifth Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6278

## Fifth Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on April 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC  20005
jeffrey.clark@kirkland.com, (202) 879-5900

---

David Andrew Christenson

No. 16-6345

---

In The
# Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

**Fifth Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6345

## Fifth Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Christenson
Box 9063
Mir Amare Beach, FL
32550

7010130-301555

Clerk
EDLA Fed Court
500 Poydras Street
New Orleans, LA
70130