UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Jan M. Waddle | * | CIVIL ACTION NO.2:16-cv-04083 |
| Vs | * | SECTION: J |
| BP America Production Company, BP Explorationand Production, Inc. | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS**

COMES NOW **Jan M. Waddle** through undersigned counsel, who files the attached "Form for Disclosures Regarding Remaining Clean-up, Medical Monitoring, and Post April 20 Personal Injury Claims, Vessel of Opportunity Charter Claims, and All Other B-3 Claims."

Respectfully Submitted:

_____
Ryan E. Beasley Sr. (La Bar No 28492)
643 Magazine Street
Suite 102
New Orleans, LA 70130
504.220.3944
504.814.4291 (facsimile)
ryan@rbeasleylaw.com

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Waddle | Jan | Michael | |

| Phone Number | E-Mail Address |
|---|---|
| 407-690-2267 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| P. O. Box 699 | Bootheville, Louisiana 70038 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Self | 08/16/1951 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Law Office of Ryan E. Beasley, Sr. | ryan@rbeasleylaw.com |

**All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?**

None

**Any prior name used by Plaintiff from April 2010 to present?**

None

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 6764 | |

**Please indicate your status:**

☐ Properly opted out of the Medical Benefits Settlement*

☐ Not a member of the Medical Benefits Settlement Class

☒ Member of the Medical Benefits Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

**Did you participate in any of the following Response Activities\* in response to the *Deepwater Horizon* incident?**

☒ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☒ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☐ Onshore personnel employed to perform Response Activities.

☒ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

\* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. __2:16-cv-04083-CJB-JCW__

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder\* on file), Eastern District of Louisiana Case No. _____.

☒ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. __2:13-cv-00605-CJB-SS__ and new Individual Action Case No. __2:16-cv-04083-CJB-JCW__

☐ Other:_____

\* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for** (*select all that apply*):

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

_____

☐ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: _____

_____

_____

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

_____

☒ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: _____.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes _____. No ____X____.

If Yes, please identify:

1. The claim number(s) (if available). _____1061685_____.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes _____. No ____X____.

3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __3/1/__, 2017

Location (City and State): __New Orleans, LA__

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


__Jan M Waddle__
Print Name


This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

4