IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>ALL CASES IN PLEADING BUNDLE B3 and All Civil Actions, including 2:13-cv-01263, 2:13-cv-1727, 2:12-cv-981, and 2:13-cv-1648 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON<br><br>ORAL ARGUMENT REQUESTED |

## MOTION FOR EXTENSION OF TIME

Becnel Law Firm, LLC represents multiple plaintiffs in the B3 Pleading Bundle. These Plaintiffs opted out of the class settlements and timely filed complaints seeking compensation for their injuries. By and through their undersigned attorney, Plaintiffs respectfully request an additional ninety (30) days to comply with Pretrial Order 63. The grounds for this Motion are fully set forth in the Affidavit of Salvadore Christina, Esquire and a Memorandum of Law in Support of this Motion filed contemporaneously herewith.

NPCHAR1:1906495.1

WHEREFORE, Plaintiffs respectfully request an additional ninety (30) days to comply with Pretrial Order 63 and any additional relief that this Court deems proper.

Respectfully submitted by:

>S/Salvadore Christina, Jr.
>Salvadore Christina, Jr. (LA 27198)
>Kevin Klibert (LA 26954)
>Becnel Law Firm, LLC
>Post Office Drawer H
>Reserve, LA 70084
>(985) 536-1186 - telephone
>(985) 536-6445 - facsimile
>dbecnel@becnellaw.com
>schristina@becnellaw.com
>Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12 and 60 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179 on this the 12 day of April, 2017

<u>S/Salvadore Christina, Jr.</u>