# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* <br> Civil Action No. 10-MD-2179-CJB-SS <br><br> FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS ||||
|---|---|---|---|
| Last Name <br><br> **N/A** | First Name <br><br> **N/A** | Middle Name/Maiden <br><br> **N/A** | Suffix |
| Phone Number <br><br> 281-606-4960 || E-Mail Address <br><br> cfobb@usesgroup.com ||
| Current Mailing Address <br><br> 15109 Heathrow Forest Parkway #150 || City / State / Zip <br><br> Houston, TX 77032 ||
| Employer at Time of Incident <br><br> **N/A** || Date of Birth <br><br> **N/A** ||
| Attorney Name and Firm <br><br> Allen J. Krouse, III <br> **Frilot LLC** || Attorney E-Mail Address <br><br> akrouse@frilot.com ||
| All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address? <br><br> **N/A** ||||
| Any prior name used by Plaintiff from April 2010 to present? <br><br> **N/A** ||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff <br><br> Tax Id: 72-1334322 || Business Name (for non-medical, non-personal injury claims) <br><br> United States Environmental Services, LLC ||

| Please indicate your status: |
|---|
| ☐ Properly opted out of the Medical Benefits Settlement* |
| ☐ Not a member of the Medical Benefits Settlement Class |
| ☐ Member of the Medical Benefits Settlement Class |
| ☒ Other: We are seeking defense and indemnity pursuant to our Master Service Contract with BP. |
| *If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A. |

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

☒ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☒ Workers employed to perform the decontamination of vessels involved in Response Activities.

☒ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☒ Onshore personnel employed to perform Response Activities.

☒ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. Ansardi 11-02908 .

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):**

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

 If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

_____

☐ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

 If so, identify the location and approximate date of the alleged exposure: _____

_____

_____

 If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

_____

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☒ Other. Please specify: <u>We are seeking defense and indemnity for all claims arising from USES and its affiliated companies response related activities for BP.</u>

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

   Yes _____.  No ____x_____.

If Yes, please identify:

1. The claim number(s) (if available)._____.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

   Yes _____.  No _____.

3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 12, 2017

Location (City and State): Houston TX

_Candice Fobb_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Candice Fobb
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steven J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |
|---|---|

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

4