UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| 2:16-cv-11698-CJB-JCW | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Considering Plaintiff's/s' Ex Parte Motion to Voluntarily Withdraw Motion for Reconsideration (Rec.Doc. 22629);

IT IS ORDERED that the Motion is GRANTED and the Motion for Reconsideration appearing at Rec. Doc. 22081 is hereby WITHDRAWN.

New Orleans, Louisiana this 12th day of April, 2017.

_____
United States District Judge