# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| N/A | N/A | N/A | |

| Phone Number | E-Mail Address |
|---|---|
| 281-606-4960 | cfobb@usesgroup.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 15109 Heathrow Forest Parkway #150 | Houston, TX 77032 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| N/A | N/A |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Allen J. Krouse, III<br>**Frilot LLC** | akrouse@frilot.com |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?

**N/A**

Any prior name used by Plaintiff from April 2010 to present?

**N/A**

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff<br><br>Tax Id: 72-118986 | Business Name (for non-medical, non-personal injury claims)<br><br>United States Maritime Services, Inc. |
|---|---|

| |
|---|
| Please indicate your status:<br><br>☐ Properly opted out of the Medical Benefits Settlement*<br><br>☐ Not a member of the Medical Benefits Settlement Class<br><br>☐ Member of the Medical Benefits Settlement Class<br><br>☒ Other: We are seeking defense and indemnity pursuant to our Master Service Contract with BP.<br><br>*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A. |
| Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?<br><br>☒ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.<br><br>☒ Workers employed to perform the decontamination of vessels involved in Response Activities.<br><br>☒ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.<br><br>☒ Onshore personnel employed to perform Response Activities.<br><br>☒ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.<br><br>* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority. |
| **You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**<br><br>                                Troung **(USMS CC-BPE)**<br>☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. 11-cv-02766        .<br>                                     10-MD-2179<br><br>☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.<br><br>☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action).  List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____<br><br>☐ Other:_____<br><br>* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A. |

**You are pursuing a claim against at least one B3 Defendant for** (*select all that apply*):

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged

    injury: _____

    _____

☐ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: _____

    _____

    _____

    If so, describe the alleged injury and identify the location and approximate date of the alleged

    injury: _____

    _____

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☒ Other. Please specify:  <u>We are seeking defense and indemnity for all claims arising from USES and its affiliated companies response related activities for BP.</u>

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes _____.   No ___x_____.

If Yes, please identify:

1. The claim number(s) (if available)._____.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes _____.   No _____.

3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 12, 2017

Location (City and State): Houston TX

*Candice Fobb* (signature)

Signature of Plaintiff (**Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf**)


Candice Fobb
Print Name


This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before April 12, 2017. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").