# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| James Masters,<br><br>   Plaintiff,<br><br> versus<br><br>BP Exploration & Production Inc.; BP America Production Company; BP P.L.C., Specialty Diving of Louisiana, Inc. and Specialty Offshore, Inc.,<br><br>   Defendants. | **CIVIL ACTION NO. 2:12-cv-02332**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS**