# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* <br> Civil Action No. 10-MD-2179-CJB-SS <br><br> FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS |
|---|

| Last Name <br> MASTERS | First Name <br> JAMES | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Phone Number <br> 585-202-6547 | | E-Mail Address | |
| Current Mailing Address <br> P.O. Box 767 | | City / State / Zip <br> Penfield, New York 14526-0767 | |
| Employer at Time of Incident | | Date of Birth <br> 9/14/1970 | |
| Attorney Name and Firm <br> Paul A. Dominick, Nexsen Pruet, LLC <br> Douglas M. Schmidt, Douglas M. Schmidt, APLC | | Attorney E-Mail Address <br> pdominick@nexsenpruet.com <br> dglsschmdt@yahoo.com | |
| All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address? ||||
| Any prior name used by Plaintiff from April 2010 to present? ||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff <br><br> 8327 | | Business Name (for non-medical, non-personal injury claims) | |

Please indicate your status:

☒ Properly opted out of the Medical Benefits Settlement*

☐ Not a member of the Medical Benefits Settlement Class

☐ Member of the Medical Benefits Settlement Class

☐ Other: _____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

☐ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☐ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. 1:12-cv-02333

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No.

☐ Other: _____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

2

**You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):**

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

☒ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: _____
    See Exhibit A attached.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: See Exhibit A attached.

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: _____.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes ☒    No ☐

    If Yes, please identify:

1. The claim number(s) (if available). 1637950

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes ☐    No ☒

I state under penalty of perjury that the foregoing is true and correct.  Executed on the following date at the following location:

Date: __April 12_____, 2017

Location (City and State): __Los Angeles, California_____

_Signature to be provided_
_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

James Masters
_____
Print Name

**This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before April 12, 2017.  Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:**

| **Counsel for BP**<br>**Attn: J. Andrew Langan**<br>**Kirkland & Ellis LLP**<br>**300 North LaSalle St,**<br>**Suite 2400**<br>**Chicago IL 60654** | **MDL 2179 Plaintiffs' Steering Committee**<br>**Attn: Steven J. Herman**<br>**Herman, Herman, Katz & Cotlar, LLP**<br>**820 O'Keefe Avenue**<br>**New Orleans, LA 70113** |
|---|---|

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").**

4

EXHIBIT A TO JAMES MASTERS SWORN STATEMENT

Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

   If so, identify the location and approximate date of the alleged exposure:

   Continuous exposure in and around the navigable waters near Jean Lafitte, Venice, Gulf Shore and Port Fourchon, Louisiana beginning in July of 2010.

   If so, describe the alleged injury and identify the location and approximate date of the alleged injury:

   Symptoms include, inter alia, respiratory difficulty, trouble urinating, skin lesions, rashes, headaches, nerve issues and abdominal pains.

Date: 6-26-12

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Re: Request to Opt Out

Dear Claims Administrator:

**I wish to exclude myself from and hereby opt out of the Medical Benefits Settlement Class.** I understand that I will not be able to make a claim or receive any payment under the Medical Benefits Settlement as a result of this request. Please find my information below and a copy of my driver's license or other government-issued identification attached hereto.

Printed Name: JAMES / A / MASTERS
First / Middle / Last

Address: 5 Colonial Dr
Penfield, NY 14526

Phone Number: (315) 398-4475

Date of Birth: 9-14-70

Sincerely,

[signature]
Signature