# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Torrey Barlow,<br><br>　　　　　　Plaintiff,<br><br>　versus<br><br>BP Exploration & Production Inc.; BP America Production Company; BP P.L.C., Global Fabrications, LLC, Lawson Environmental Service, LLC, Odyssea Marine, Inc., *in personam*, and M/V Odyssea Atlas, and their engines, tackle, apparel, etc., *in rem*,<br><br>　　　　　　Defendants. | **CIVIL ACTION NO. 2:12-cv-02248**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS**