# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Joseph Gregory Brown and Jamie Brown,<br><br>　　　　　Plaintiffs,<br><br>　versus<br><br>BP Exploration & Production Inc.; BP America Production Company; BP P.L.C., DRC Emergency Services, LLC,<br><br>　　　　　Defendants. | **CIVIL ACTION NO. 2:12-cv-02333**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAG. JUDGE WILKINSON** |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS