# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS

| Last Name<br>BROWN | First Name<br>JOSEPH | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Phone Number<br>936-577-7962 | | E-Mail Address | |
| Current Mailing Address<br>79304 Windom Road NE | | City / State / Zip<br>Covington. Louisiana  70435 | |
| Employer at Time of Incident<br>Including, but not limited to, BP via VoO Program and DRC Emergency Services, LLC | | Date of Birth<br>5/29/1962 | |
| Attorney Name and Firm<br>Paul A. Dominick, Nexsen Pruet, LLC<br>Douglas M. Schmidt, Douglas M. Schmidt, APLC | | Attorney E-Mail Address<br>pdominick@nexsenpruet.com<br>dglsschmdt@yahoo.com | |
| All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address? ||||
| Any prior name used by Plaintiff from April 2010 to present? ||||
| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff<br><br>5597 | | Business Name (for non-medical, non-personal injury claims) | |

1

| Please indicate your status: |
|---|
| ☒ Properly opted out of the Medical Benefits Settlement* |
| ☐ Not a member of the Medical Benefits Settlement Class |
| ☐ Member of the Medical Benefits Settlement Class |
| ☐ Other:_____ |
| *If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A. |

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

☒ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☐ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. 2:12-cv-02333

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No._____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No.

☐ Other: _____

 * A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):**

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

☒ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: _____
    See Exhibit A attached.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury:  See Exhibit A attached.

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other.  Please specify:_____.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes ☒        No ☐

    If Yes, please identify:

1. The claim number(s) (if available).  3740617

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes ☐        No ☒

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 3/21/, 2017

Location (City and State): Covington, Louisiana

_____
Signature of Plaintiff (*Plaintiff's Attorney* <u>Cannot</u> *Sign on Plaintiff's Behalf*)


Joseph G Brown
Print Name


This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP                | MDL 2179 Plaintiffs' Steering Committee |
|-------------------------------|------------------------------------------|
| Attn: J. Andrew Langan        | Attn: Steven J. Herman                   |
| Kirkland & Ellis LLP          | Herman, Herman, Katz & Cotlar, LLP       |
| 300 North LaSalle St,         | 820 O'Keefe Avenue                       |
| Suite 2400                    | New Orleans, LA 70113                    |
| Chicago IL 60654              |                                          |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

EXHIBIT A TO JOSEPH BROWN SWORN STATEMENT

Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

If so, identify the location and approximate date of the alleged exposure:

Continuous exposure in or around May of 2010 as a participant of the VoO Program in the navigatbale waters of Louisiana; specifically, Laffite, Bayou St. Denise, Bay Jimmy, Rattle Snake Canyon, Myrtle Grove and Mud Lake.

If so, describe the alleged injury and identify the location and approximate date of the alleged injury:

Symptoms include, inter alia, dermal ulcers and chemical burns on his lower extremities, headaches, skin irritation and rashes, anxiety, blurry vission, breathing difficulites and cardiovascular issues.

Date: 8/27/2012

Deepwater Horizon Medical Benefits
Class Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

    Re: Request to Opt Out

Dear Claims Administrator:

**I wish to exclude myself from and hereby opt out of the Medical Benefits Settlement Class.** I understand that I will not be able to make a claim or receive any payment under the Medical Benefits Settlement as a result of this request. Please find my information below and a copy of my <u>driver's license or other government-issued identification</u> attached hereto.

Printed Name: Joseph / Gregory / Brown
                 First        Middle        Last

Address: 1213 Hill St. Jonesboro
         LA. 71251

Phone Number: (936) 577-7962

Date of Birth: 5/29/62

Sincerely,

Joseph Gregory Brown
     Signature

# IN RE: OIL SPILL by "Deepwater Horizon"
# DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LIMITATION – JOINDER IN MASTER ANSWER – INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Brown | Joseph | Gregory | |

| Phone Number | E-Mail Address |
|---|---|
| 936-577-7962 | |

| Address | City / State / Zip |
|---|---|
| 1213 Hill Street | Jonesboro, LA 71251 |

| INDIVIDUAL CLAIM [X] | BUSINESS CLAIM [X] |
|---|---|
| Employer Name: The DRC Group | Business Name: Commercial Fisherman |
| Job Title / Description: Oil Cleanup – Vessel Owner/Captain | Type of Business: Vessel Owner/Captain |
| Address: 740 Museum Drive | Address: 4933 Willie Mae St |
| City / State / Zip: Mobile, AL 36609 | City / State / Zip: Westwego, LA 70094 |
| Last 4 digits of your Social Security Number: 5597 | Last 4 digits of your Tax ID Number: 5597 |

| Attorney Name: Paul A. Dominick | Firm Name: Douglas Schmidt, APLC / Nexsen Pruet, LLC |
|---|---|
| Address: 205 King St, Suite 400 | City / State / Zip: Charleston, SC 29401 |
| Phone Number: 843-720-1741 | E-Mail Address: nwannamaker@nexsenpruet.com |

Claim filed with BP?   YES ☐   NO [X]
Claim Filed with GCCF?:   YES [X]   NO ☐

If yes, BP Claim No.:
If yes, Claimant Identification No.: 3470617

**Claim Type (Please check all that apply):**

☐ Damage or destruction to real or personal property
[X] Earnings/Profit Loss
[X] Personal Injury/Death
[X] Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Earnings Loss: Claimant relied on his/her ability to fish in uncontaminated Gulf waters to earn his living as a Commercial Fisherman. Also, claimant lost his ability to work after being seriously injured while working on oil cleanup.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

On or about May 1, 2010 Claimant was exposed to crude oil and chemical dispersants while engaged in oil cleanup efforts directed by BP sub-contractors, resulting in symptoms including, but not limited to: Cough, Sinus Problems, Breathing Difficulties, Headaches, Eye Irritation, Skin Irritation, Rashes, Itching.

Healthcare Provider and Employment information to be supplemented at a later date.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

2

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other: _____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [x] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other: _____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_/s/ [signature]_
**Claimant or Attorney Signature**

Paul A. Dominick
**Print Name**

April 6, 2011
**Date**

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*