## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| John D. Naples, | **CIVIL ACTION NO. 2:12-cv-02564** |
| Plaintiff, | |
| | **SECTION: J** |
| vs. | |
| | **JUDGE CARL BARBIER** |
| BP Exploration & Production Inc.; BP America Production Company; BP P.L.C., Larry Griffin Towing Co., Inc., Low Land Construction Co., Inc., and Nature's Way Marine, LLC, | **MAG. JUDGE WILKINSON** |
| Defendants. | |

**FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS**