IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**AMENDED ORDER**

**[Approving Settlement of Economic and Property Damages Settlement Claim]**

On January 19, 2016, this Court issued an Order Approving Settlement of Economic and Property Damages Settlement Claim ("Settlement Approval Order") for Jerry Hosli, a Deceased Claimant ("Claimant") and the Court made findings including that: (1) Annie Hosli was the proper Representative Claimant and (2) that the Claims Administrator shall pay the Claim Award Amount to the Claimant Representative.  Subsequent to that Order, the Claims Administrator and Claimant Representative moved this Court for an Amended Order reflecting the Representative Claimant as Belinda Tipton, instead of Annie Hosli.

Accordingly, IT IS HEREBY ORDERED AND DECLARED THAT the Settlement Approval Order issued on January 19, 2016 [Rec. Doc. 15738], is amended to reflect that:

1.  Belinda Tipton ("Claimant's Representative") has certified that she is fully authorized to resolve the claim and execute a Release on behalf of the Claimant and all other persons who may claim any damage by or through any relationship with the Claimant ("Derivative Claimants").

1

2

2.   Except as provided in this Order, the provisions of the Settlement Approval Order issued on January 19, 2016, remain in full force and effect unless and until modified by this Court.

New Orleans, Louisiana, this 12th day of April, 2017.

_____
CARL J. BARBIER
U.S. DISTRICT JUDGE

2