**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION J |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al* | * | HONORABLE CARL J. |
| *v. BP Exploration & Production, Inc., et al* | * | BARBIER |
| | * | |

**MOTION OF BOH BROS. CONSTRUCTION, L.L.C. TO CONFIRM**
**ITS SETTLEMENT RIGHTS AS A BEL CLAIMANT AND CLARIFY, ALTER**
**OR AMEND THE MARCH 17, 2017 ORDER ACCORDINGLY**

**NOW INTO COURT**, through undersigned counsel, comes Boh Bros. Construction Company, L.L.C. ("Boh Bros."), who respectfully requests that this Court confirm Boh Bros.' settlement rights as a BEL claimant, and clarify, alter, or amend the March 17, 2017 Order (pursuant to Rule 59 of the Federal Rules of Civil Procedure), so as to allow Boh Bros. to proceed with its claim under the Settlement Agreement. As demonstrated in the accompanying Memorandum, Boh Bros. does not provide "support services to the offshore oil and gas industry" and has been improperly relegated to moratoria hold. Boh Bros. has advised the parties that it is willing to engage in good faith settlement discussions within the parameters of the Settlement Agreement to resolve its BEL claim. In this regard, Boh Bros. is willing to participate in private mediation and advises that John Perry, Esq. of Perry Dampf Dispute Solutions (who is familiar with the Settlement Program) is available to assist with mediation.

Respectfully Submitted,

**KINGSMILL RIESS, L.L.C.**

By: *s/ Marguerite K. Kingsmill*
Marguerite K. Kingsmill (#7347)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310

*Attorney for Boh Bros. Construction Co., L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or by electronically serving all liaison counsel by e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of April, 2017.

*s/ Marguerite K. Kingsmill*