IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production, Inc., et al* | *<br>*<br>* | HONORABLE CARL J. BARBIER |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Motion of Boh Bros. Construction Company, L.L.C. to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order Accordingly, is hereby set for submission on the _____ day of _____, 2017 at _____ a.m./p.m., before the Honorable Carl J. Barbier, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully Submitted,

**KINGSMILL RIESS, L.L.C.**

By:    *s/ Marguerite K. Kingsmill*
       Marguerite K. Kingsmill (#7347)
       201 St. Charles Avenue, Suite 3300
       New Orleans, Louisiana 70170-3300
       Telephone: (504) 581-3300
       Facsimile:  (504)581-3310

*Attorney for Boh Bros. Construction Co., L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or by electronically serving all liaison counsel by e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of April, 2017.

*s/ Marguerite K. Kingsmill*

2

S:\Deepwater Horizon Settlement\Pleadings - USDC, MDL #2179\170413 Boh Bros. Motion to Confirm and Clarify- Notice.docx