UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>Relates to: No. 12-970 | § § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**TURNER INDUSTRIES GROUP, L.L.C.'S JOINDER IN
BOH BROS. CONSTRUCTION, L.L.C. MOTION TO CONFIRM
ITS SETTLEMENT RIGHTS AS A BEL CLAIMANT AND CLARIFY,
ALTER OR AMEND THE MARCH 17, 2017 ORDER ACCORDINGLY**

NOW INTO COURT, through undersigned counsel, comes Turner Industries Group, L.L.C. ("Turner"), and respectfully files this joinder in Boh Bros.' Motion to Confirm its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order Accordingly.

1.

Turner agrees with the legal arguments presented in Boh Bros.' Motion, filed with this Court on April 13, 2017.

2.

Turner intends to file its own Motion to Enforce its Settlement Rights as a BEL Claimant in the near term.

3.

Turner's joinder in and adoption of the referenced Motion shall not be construed as a waiver or relinquishment of Turner's right to set forth any other factual assertions or legal arguments in this matter. Turner respectfully reserves its right to file additional briefing and/or

4833-5315-3606 v1
2913706-000039 04/13/2017

adopt any other briefing filed by any party as well as its right to supplement the factual assertions and legal arguments advanced in the motions with additional supporting argument and authority.

**WHEREFORE**, Turner submits that the arguments advanced by Boh Bros. in its Motion are applicable Turner to the extent that it also seeks an Order from this Court enforcing its rights as a BEL Claimant under the Deepwater Horizon Economic and Property Damages Settlement Agreement. Accordingly, Turner respectfully prays that this Honorable Court grant Boh Bros. Motion.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By: */s/ Ashley E. Arnold*
    **KERRY J. MILLER (#24562), T.A.**
    **ASHLEY E. ARNOLD (#37017)**
    201 St. Charles Avenue, Suite 3600
    New Orleans, LA  70170
    Telephone:   (504) 566-5200
    Facsimile:    (504) 566-8646
    Email:         kjmiller@bakerdonelson.com
    Email:         aarnold@bakerdonelson.com

    **ATTORNEYS FOR CLAIMANT,
    TURNER INDUSTRIES GROUP, L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Ashley E. Arnold*
**ASHLEY E. ARNOLD**

4833-5315-3606 v1
2913706-000039 04/13/2017