## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | * * | Judge Barbier |
| *Pleading Bundle A Actions* | * * | Magistrate Judge Wilkinson |

## SUPPLEMENT TO THE STATUS REPORT
## FOR REMAINING PLEADING BUNDLE A ACTIONS

Defendants[1] file this supplement to the Bundle A Status Report to note that there are three plaintiffs (Albert Andry III, Ryan Chaisson, and Dustin King) who allege psychological injury as a result of observing the fire on the *Deepwater Horizon* from their vessel (12-01713). As with the *Shivers* case (10-03261)[2], the plaintiffs in *Andry* do not allege physical injury and should the Court desire to address this case it may be subject to dispositive motion practice. Although the *Andry* action was previously identified in the Liaison Counsel Status Report as a Bundle B3 claim (Rec. Doc. 22247-1 at 43) and does not involve claims for personal injury or wrongful death, Defendants believe *Andry* is most appropriately discussed alongside the Bundle A cases because it arises from the events of April 20, 2010.

---

1  Consistent with Pre-Trial Order No. 64, this Supplement to the Bundle A Status Report is submitted by the following entities that are defendants in the *Andry* action ("Defendants"): BP Products North America Inc., BP Exploration & Production, Inc., BP America Production Company, Transocean LTD, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GMBH, and Halliburton Energy Services.  *Andry* defendant Cameron International Corporation d/b/a Cameron Systems Corporation does not believe it is a party to this case under the Final Judgment signed by the court (Rec. Doc. 5653).
2  Though *Shivers* was not included on the list of Bundle A cases attached to Pretrial Order 25 (Rec. Doc. 983-1) and was never formally assigned to a pleading bundle, Defendants included it on the Bundle A Status Report because the cases arises from the events of April 20, 2010.

Dated:  April 17, 2017                      Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Christopher Esbrook
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock, P.C,
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Attorneys for BP Exploration & Production*
*Inc. and BP America Production Company*

By: */s/* Frank A. Piccolo
Frank A. Piccolo (Bar #02049)
PREIS PLC
24 Greenway Plaza, Ste. 2050
Houston, Texas 77046
Telephone:  (713) 355-6062
Facsimile:  (713) 572-9129

*Counsel for Transocean Offshore Deepwater
Drilling, Inc., Transocean Holdings, LLC,
Transocean Deepwater, Inc., and Triton Asset
Leasing GmbH*

By: */s/ R. Alan York*
R. Alan York (Bar # 22167500)
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
AYork@ReedSmith.com

*Attorneys For Halliburton Energy Services,
Inc. (And Its Product Service Line, Sperry
Drilling Services)*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of April, 2017.

_____/s/ Don K. Haycraft_____
Don K. Haycraft