UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *Nos. 13-1727, 12-981, 13-1648* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Considering the Motion for Extension of Time (Rec. Doc. 22642);

IT IS ORDERED that the Motion is GRANTED IN PART and the deadline for plaintiffs in the referenced member cases to respond to PTO 63 is extended up to and including May 3, 2017.

New Orleans, Louisiana, this 17th day of April, 2017.

_____
United States District Judge