UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 <br> SECTION: J |
| This Document Relates to: <br> *Nos. 13-2964 and 13-582* | * * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

## ORDER

Considering the two Motions for Relief from PTO 63 (Rec. Docs. 22644, 22646);

IT IS ORDERED that the Motions are DENIED.  However,

IT IS FURTHER ORDERED that the plaintiffs in the referenced member cases are granted an extension up to and including May 3, 2017 to comply with PTO 63.

New Orleans, Louisiana, this 17th day of April, 2017.

_____
United States District Judge