# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179  SECTION: J |
| *This document relates to:* | * * | |
| ALL CASES | * | HONORABLE CARL J. BARBIER |
| (including No. 12-970) | * * | MAGISTRATE JUDGE WILKINSON |
| | * * | |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that J.P. Morgan be and is hereby authorized and directed to transmit One Hundred and Forty Thousand Dollars ($140,000.00) from the Common Benefit Cost and Fee Fund to the IRS for payment of estimated taxes.

New Orleans, Louisiana this 17th day of April, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE