# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| 2:13-cv-01076-CJB-JCW | * | JUDGE BARBIER |
| 2:13-cv-01077-CJB-JCW | | MAG. JUDGE WILKINSON |
| 2:13-cv-04698-CJB-JCW | * | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as lead counsel for:

| | |
|---|---|
| Crabco and Mr. Peeper's Best, LLC | 2:13-cv-01076-CJB-JCW |
| Waverly Crabs | 2:13-cv-01077-CJB-JCW |
| Louisiana Blue Crab, LLC | 2:13-cv-04698-CJB-JCW |

Dated: April 18, 2017

*/s/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 138647
Texas State Bar No. 21624100
Email: jimmy@JimmyWilliamson.com
Cyndi M. Rusnak
Federal ID No. 284394
Texas State Bar No. 24007964
Email: cyndi@JimmyWilliamson.com
William W. Dills

Federal ID No. 2346498
Texas State Bar No. 24067421
Email: billy@JimmyWilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

    I HEARBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided a copy via United States mail to Counsel for BP Attn: J. Andrew Langan, Kirkland & Ellis, LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee, Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA, 70112 on April 18, 2017.

                                                           */s/* Jimmy Williamson
                                                           Jimmy Williamson