UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *All Cases* | |
| (including, particularly, Nos. 12-968, 12-970, 15-4143, 15-4146 and 15-4654) | MAG. JUDGE WILKINSON |

## Special Master Order No. 1

On July 28, 2016, the Court entered an order appointing the undersigned as Special Master with the duty of making recommendations concerning attorney's fees and expenses. R. Doc. 21281. Specifically, the Court's order stated:

> [T]he Court hereby appoints John W. Perry, Jr. as Special Master and refers to him the [Fee Committee]'s anticipated final Allocation Recommendation, as well as any comments or objections to same.
>
> The Special Master shall consider the submissions and relevant evidence and prepare an impartial second recommended allocation to the Court. In performing this duty, the Special Master has the full authority conveyed in Federal Rule 53(c), including the power to, in his discretion, conduct interviews, review any relevant documents, oversee any necessary discovery, conduct an evidentiary hearing, and compel, take, and record evidence. The Special Master shall be guided by the same principles and jurisprudence that apply to the [Fee Committee] as stated in the Initial Fee Order.

The Court's order further stated:

> The Special Master in this fee allocation proceeding may communicate ex parte with the Court, without notice to the parties, regarding logistics and the status of his activities. The Special Master may also communicate ex parte with any party or any party's attorney without notice to the parties or the Court.

On April 11, 2017, the Fee Committee filed its final Recommendation for Proposed Cost Reimbursements and Fee Allocation. R. Doc. 22628. The Fee Committee's Recommendation is now posted on the Court's website.

The Special Master hereby adopts the following procedure:

1. In the event a Fee Applicant objects to the Fee Committee's Final Allocation Recommendation (R. Doc. 22628), a detailed written objection setting forth with specificity the basis of the objection shall be submitted to the Special Master by email (perry@pbmbllc.com) on or before May 25, 2017, for consideration by the Special Master. If a Fee Applicant fails to comply with this requirement, any objection will be deemed waived.

2. Upon receiving an objection, the Special Master will contact the Objector to schedule an informal ex parte conference at the office of the Special Master.

3. After meeting with all Objectors, the Special Master will prepare and file his final recommendation and/or report to the Court. These dates have been reserved for the anticipated private conferences: July 5, 6, 10, 17, 19-21, 25 and 26. All Objectors should specify which dates they are available so a complete schedule can be arranged shortly after receipt of the objections.

4. The Special Master reserves the right to supplement this procedure if circumstances warrant.

Baton Rouge, Louisiana this 18th day of April, 2017.

*John W. Perry, Jr.*
_____
John W. Perry, Jr., Special Master