# Exhibit 1A - PTO 60 Compliant Plaintiffs - Alphabetical by Name
# (as of July 13, 2016)

| Plaintiff Name(s) | Civ.A.No. |
|---|---|
| Grupo Medpa, S.C. de R.L. de M.I. | 13-02791 |
|  | 16-04482 |
| Grupo Turistico Tamaulipas S.A. de C.V. | 11-00318 |
|  | 11-01055 |
| GTE St. Pete Beach, LLC | 13-02791 |
|  | 16-06281 |
| Guido Investments, LLC | 13-01067 |
| Gulf Coast Entertainment, LLC | 13-02121 |
| Gulf Coast Restaurants Inc. d/b/a Giuseppis Wharf Inc. | 13-05367 |
|  | 16-05882 |
| Gulf Coast Restaurants, Inc. D/B/A Giuseppis Wharf, Inc. | 13-05367 |
|  | 16-05882 |
| Gulf Grove, LP | 13-02074 |
| Gulf Highlands Development, LLC; Gulf Highlands LLC | 13-02293 |
| Gulf Marine Institute of Technology | 13-01286 |
|  | 13-02186 |
| Gulf Pride Enterprises | 13-02246 |
|  | 13-02279 |
| Gulf Shore Hospitality LLC | 13-05365 |
|  | 16-06379 |
| Gulf States Marine | 13-01974 |
| Gulfport Green Housing, LLC | 13-02400 |
| Gutierrez, Noe | 13-02791 |
|  | 16-04629 |
| GVW Development, Inc | 13-02791 |
|  | 16-06242 |
| Haire's Creole Fish & Shrimp | 13-00996 |
| Haire's Gulf Shrimp Restaurant | 13-00999 |
| Hall's Seafood and Catfish Restaurant | 16-05033 |
| Hammer Management, Inc. d/b/a Neon Moon | 16-04087 |
| Hanh V. Phan | 16-03956 |
| Hanuman Corp. / Super 8 Motel [Manvel, TX]; Hanuman, Inc. d/b/a/ Super 8 Motel | 13-02149 |
| Harbor Vista Properties | 16-04981 |
| Harbour House Crabs | 13-01980 |
| Harcros Chemicals, Inc. | 16-05881 |
| Harrington Seafoods, Inc. | 10-04216 |
|  | 16-04968 |
| Harris Builders, LLC | 16-05451 |

15