IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | Civil Action No. 2:10-MD-02179 |
| | * | SECTION: J |
| | * | JUDGE CARL BARBIER |
| Applies to: | * * | MAG. JUDGE WILKINSON |
| Bundle B1 Civil Action: 2:11-cv-00318 and 2:11-cv-01055 | * * | ORAL ARGUMENT REQUESTED |

### ORDER ON MOTION FOR EXTENSION OF TIME

Before this Court is the Motion for Extension of Time filed by the Serna & Associates PLLC, seeking an additional 13 days to comply with Pre-Trial Order 64 for cases 11-00318 and 11-01055. The Motion is Granted and the movers are permitted an additional 13 days from April 5, 2017 until April 18, 2017 within which to comply with PTO 64. No further extension will be granted.

New Orleans, LA this _____ day of April, 2017.

_____
Honorable Judge Carl Barbier
United States District Court