# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| **This Document Relates To:** *All Cases in Pleading Bundle B3* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

| | |
|---|---|
| MICHAEL HELMHOLTZ | CIVIL ACTION NO. 2:17-cv-2932 |
| vs. | SECTION J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

On Motion of Frank M. Petosa, Esquire, Morgan and Morgan Complex Litigation Group; who respectfully represents:

1. That he is counsel for plaintiff, Michael Helmholtz, in the above-entitled and numbered action.

2. That plaintiff and counsel have irreconcilable differences over issues arising out of this litigation. Counsel suggests that under these circumstances, he is unable to represent plaintiff and

therefore he moves to withdraw as counsel of record in the above-entitled and numbered action and no longer be sent further notices of the court.

3. That plaintiff has been notified of the 4/12/17 deadline in which to file the sworn statement (which has already been complied with on 4/6/17, Document Number 2), and that there are no further pending deadlines as of the filing of this motion.

4. Plaintiff's mailing address is: 250 NE 660th Street, Old Town, FL 32680.

5. Plaintiff's telephone number is: Home: (352) 440-2223.

Dated: April 19, 2017.

Respectfully Submitted,

/s/ Frank M. Petosa
Frank M. Petosa, Esquire
Morgan & Morgan
Complex Litigation Group
600 North Pine Island Road
Suite 400
Plantation, FL 33324
Phone: (954) 318-0268
Facsimile: (954) 327-3018
Email: fpetosa@forthepeople.com
Website:   www.forthepeople.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and mailed to Counsel for BP Attn: J. Andrew Langan Kirkland & Ellis LLP 300 North LaSalle St, Suite 2400 Chicago IL 60654 and MDL 2179 Plaintiffs' Steering Committee Attn: Steve Herman/Jim Roy, The Exchange Center, Suite 2000, 935 Gravier Street, New Orleans, LA

70112 on April 19, 2017; and a copy of this motion and proposed order was mailed via regular U.S. Mail and by Certified Mail – Return Receipt Requested to Plaintiff, Michael Helmholtz, 250 NE 660th Street, Old Town, FL 32680 on April 19, 2017.

By: <u>*/s/ Frank M. Petosa*</u>
    (Fla. Bar 972754)