IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION J |
| **This Document Relates To:** *All Cases in Pleading Bundle B3* | * * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| MICHAEL HELMHOLTZ, | * | CIVIL ACTION NO.  2:17-cv-2932 |
| vs. | * | SECTION J |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C., | * * | JUDGE BARBIER MAG.JUDGE WILKINSON |
| | * | |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS CAUSE, having come on to be heard upon Frank M. Petosa, Esquire, Morgan and Morgan Complex Litigation Group's Motion to Withdraw as Counsel of Record for Plaintiff, and the Court having being fully advised in the premises,

ORDERED and ADJUDGED that the Motion to Withdraw as Counsel of Record for Plaintiff is GRANTED.

DONE AND ORDERED in Chambers on this ___ day of _____, 2017.

_____
Circuit Court Judge Carl J. Barbier