UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Boh Bros. Construction, L.L.C.'s ("Boh Bros.") "Motion . . . to Confirm Its Settlement Rights as a BEL Claimant and Clarify, Alter or Amend the March 17, 2017 Order Accordingly." (Rec. Doc. 22698). Mover requests that the Court "confirm Boh Bros.' settlement rights as a BEL claimant and clarify, alter, or amend the March 17, 2017 Order . . . so as to allow Boh Bros. to proceed with its claim under the Settlement Agreement." (*Id.* at 1). Boh Bros. also notes that it is "willing to engage in good faith settlement discussions within the parameters of the Settlement Agreement to resolve its BEL claim." (*Id.*) In light of the April 24, 2017 deadline for "Moratoria Hold" claimants to opt out of the Settlement (*see* Rec. Doc. 22390),

IT IS ORDERED that BP shall make a good faith effort to file a response to Boh Bros.' motion on <u>Thursday, April 20, 2017</u>, but in all cases no later than <u>noon on Friday, April 21, 2017</u>.

New Orleans, Louisiana, this 19th day of April, 2017.

_____
United States District Judge