

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig　　　　　　　　　　MDL No. 2179
"Deepwater Horizon" in the Gulf　　　　　　　　SECTION: J
of Mexico, on April 20, 2010　　　　　　　　　　JUDGE BARBIER
Case 2:10-md-02179-CJB-SS　　　　　　　　　　MAGISTRATE SHUSHAN

Memorandum **25**
April 7th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on April 10th, 2017.

TENDERED FOR FILING

APR 12 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                  16-30918
"Deepwater Horizon" in the Gulf                          3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Nineteen

Application for Extension addressed to Supreme Court Associate Justice Clarence Thomas.

Godspeed,
Sincerely
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. April 10th, 2017.

TENDERED FOR FILING

APR 12 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Judge Kurt Engelhardt,
April 10th, 2017

Letter Nine.

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

No. 16-6278

IN THE

# Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

**Associate Justice Clarence Thomas**
Application for an extension of time within which to comply with the order of
November 28th, 2016

(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

TENDERED FOR FILING

APR 1 2 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Writ 16-6278
April 10th, 2017

Associate Justice Clarence Thomas
Application for an extension of time within which to comply with the order of November 28th, 2016

This is a Writ of Mandamus and/or Prohibition and concerns the fate of all Americans and that includes you and your family. Denying America (me) an extension will seal Mankind's fate. Petitioner makes application for an extension in which to comply with the Court's order dated November 28th, 2016. Mankind should be granted this extension in the interest of Justice.

1. The Department of Justice has ensured that I am destitute and unable to financially comply with the order.

2. I am making progress on raising the funds to abide by the order.

3. There will be no harm to the Respondents.

Personal story with no scientific proof.

I work for Williams Sonoma in Destin Florida. The store sells Easter candy. Grandparents purchase the Easter candy for their grandchildren's Easter baskets. The quality of the candy is excellent.

At least 10 grandmothers over the last two weekends have asked for some type of gluten free, dairy free, sugar free and peanut free candy because their grandchildren have allergies and asthma. The candy cannot even be made in a factory with gluten, dairy, sugar and peanuts because of the dust. In many instances the Williams Sonoma ingredient labels discusses the manufacturing environment.

My wife and I were not blessed with children so I am very sensitive to them and their needs. It breaks my heart when little children come in and they can't try our samples because of their allergies and asthma.

Statistically this is a huge red flag. As a child do you remember food allergies or asthma, I don't?

We have become "Bubble People".

The following is a perfect example of Federal Desensitizing Propaganda. There is no test to determine if men have the HPV virus and yet the title of the article states that almost half of us have the HPV virus.

HPV and Genetic Testing

We must embrace the Katrina Anti-Social Norm and the only way to do that is to provide complete, accurate and honest disclosures about what happened during Hurricane Katrina and the BP Oil Spill. No one escapes and there is no recovery. We must develop strong immune system(s) to fight off the

diseases. We are vaccinating everyone for everything and in the process, we are destroying our immune system(s). Think about the cost to society and our government. Selective breeding. When you get tested, you test your children and grandchildren. Please read the following two articles. As you read the articles please remember: Genetic mutations are a product of human existence. They occur natural and allow us, as a species, to survive. (In simple terms, we are destroying a species to save a fraction of that species.) We already have an infinite number of diseases. Cancer, heart disease, Alzheimer's, pneumonia, etc. succeed because we have destroyed our immune system(s). Our immune system(s) is specifically designed to fight these mutations. There are an infinite number of mutations. There are also an infinite number of viruses, bacteria, fungi, etc. The epic problem is that man has interjected mutations with the result being the destruction of our immune system. We are turning ourselves into "Bubble People". The cost to save "Bubble People" is infinite. The release of the Katrina Virus has accelerated the demise of Mankind. Odd question. Do you know anyone who has HPV or who has died from it?

Close to Half of American Adults Infected With HPV, Survey Finds
By NICHOLAS BAKALARAPRIL 6, 2017
https://www.nytimes.com/2017/04/06/health/hpv-virus-survey-united-states.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766&_r=0
**More than 42 percent of Americans between the ages of 18 and 59 are infected with genital human papillomavirus**, according to the first survey to look at the prevalence of the virus in the adult population.
The report, published on Thursday by the National Center for Health Statistics, found that certain high-risk strains of the virus infected 25.1 percent of men and 20.4 percent of women. These strains account for approximately 31,000 cases of cancer each year, other studies have shown.
**Two vaccines** are effective in preventing sexually transmitted HPV infection, and researchers said the new data lend urgency to the drive to have adolescents vaccinated.

**Over 90 percent of HPV infections are cleared by the body within two years.**

**Indeed, there is no HPV test for men at all.** (A test for women is sometimes used in conjunction with a Pap screen for cervical cancer.)

F.D.A. Will Allow 23andMe to Sell Genetic Tests for Disease Risk to Consumers
By GINA KOLATAAPRIL 6, 2017
https://www.nytimes.com/2017/04/06/health/fda-genetic-tests-23andme.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766
For the first time, the Food and Drug Administration said it would allow a company to sell genetic tests for disease risk directly to consumers, providing people with information about the likelihood that they could develop various conditions, including Parkinson's and Alzheimer's.

Godspeed.

David Andrew Christenson
Box 9063

Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Christensen
Box 5063
Mirna Mar Beach, FL.
32550

PENSACOLA FL 325
10 APR 2017 PM 1 L

Clerk
EDLA Fed. Court
500 Poydras St.
New Orleans, LA.
70130

70130-331999