UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| No. 12-970 | MAGISTRATE WILKINSON |

CLASS COUNSEL'S SUBMISSION
IN CONNECTION WITH BOH BROS.'
MOTION TO CONFIRM SETTLEMENT RIGHTS

On behalf of the members of the Economic & Property Damages Settlement Class, and in connection with issues potentially raised by Boh Bros. Construction Company LLC's Motion to Confirm its Settlement Rights,[1] Class Counsel respectfully draw the Court's attention to the Memorandum re: Businesses Subject to Moratoria Loss Review submitted by Class Counsel to the Claims Administrator on January 17, 2015, and filed into the Court Record as Document No. 14914-21.

This 19th day of April, 2017.

Respectfully submitted,

   /s/   Stephen J. Herman                     /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129      **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**                  **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                            556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                  Lafayette, Louisiana 70501

---

[1] Rec. Doc. 22698.

Page | 1

Telephone: (504) 581-4892  
Fax No. (504) 569-6024  
E-Mail: sherman@hhklawfirm.com  
*Lead Class Counsel*

Telephone: (337) 233-3033  
Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com  
*Lead Class Counsel*

## **ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL**

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
Office: (843) 216-9159  
Fax No. (843) 216-9290  
E-Mail: jrice@motleyrice.com

Brian H. Barr  
LEVIN, PAPANTONIO  
316 South Baylen St., Suite 600  
Pensacola, FL 32502-5996  
Office: (850) 435-7045  
Telefax: (850) 436-6187  
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit  
BREIT, DRESCHER & IMPREVENTO  
Towne Pavilion Center II  
600 22nd Street, Suite 402  
Virginia Beach, Virginia 23451  
Office: (757) 670-3888  
Telefax: (757) 670-3895  
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser  
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA 94111-3339  
Office: (415) 956-1000  
Telefax: (415) 956-1008  
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.  
COSSICH, SUMICH, PARSIOLA & TAYLOR  
8397 Highway 23, Suite 100

Robin L. Greenwald  
WEITZ & LUXENBERG, PC  
700 Broadway  
New York, NY 10003  
Office: (212) 558-5802  
Telefax: (212) 344-5461  
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL 36104  
Office: (334) 269-2343  
Telefax: (334) 954-7555  
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU & SOUTH, LLP  
501 Broad Street  
Lake Charles, LA 70601  
Office: (337) 439-0707  
Telefax: (337) 439-1029  
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier  
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'  
618 Main Street  
Baton Rouge, LA 70801-1910  
Office: (225) 344-3735  
Telefax: (225) 344-0522  
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow  
LEWIS, KULLMAN, STERBCOW & ABRAMSON  
601 Poydras Street, Suite 2615

Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2017.

/s/ Stephen J. Herman and James Parkerson Roy