MINUTE ENTRY
WILKINSON, M.J.
APRIL 19, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| No. 12-970, <u>Bon Secour Fisheries, Inc. et al.<br>v. BP Exploration & Production Inc. et al</u>. | |

**<u>HEARING AND ORDER ON MOTION</u>**

| | |
|---|---|
| APPEARANCES: | Justin Chopin, counsel for the Deepwater Horizon Economic Claims Center ("DHECC"); Judgment Debtor Tony Riley |
| MOTION: | Motion of DHECC to Examine Judgment Debtor, Tony Riley, Record Doc. No. 22369; Judgment Debtor Examination |

<u>O R D E R E D</u>:

 XXX : SATISFIED, **BUT ONLY IN PART**.  Judgment Debtor Tony Riley appeared in person and was sworn before the court. He was ordered to proceed directly to DHECC's office to answer questions under oath as part of the judgment debtor examination. He complied.  Subsequently, counsel for DHECC, Justin Chopin, informed the court that the judgment debtor examination was only **PARTIALLY SATISFIED** in that, although the parties had agreed upon a payment plan, **no documents were produced by Riley**. Riley is hereby reminded that the court's previous order, Record Doc. No. 22379, required him to produce at the judgment debtor examination all documents listed in Section IV of DHECC's Motion to Examine Judgment Debtor, Record Doc. No. 22369, <u>a copy of which is attached hereto as Exhibit A</u>. Accordingly,

**MJSTAR:  0 : 05**

**IT IS ORDERED** that Judgment Debtor Tony Riley must produce all documents listed on attached Exhibit A to counsel for the DHECC no later than **May 22, 2017**. Failure again to comply with the court's order to produce the responsive documents may result in the imposition of sanctions, including a contempt of court citation.  However, if the judgment debtor completes all payments <u>before</u> **May 22, 2017**, no documents will have to be produced.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE