UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** <br> *No. 13-5367, 16-6333* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Considering the Motion to Voluntarily Withdraw Motion for Reconsideration (Rec. Doc. 22630);

IT IS ORDERED that the Motion (Rec. Doc. 22630) is GRANTED and the Motion for Reconsideration (Rec. Doc. 22084) is hereby WITHDRAWN with respect to Plaintiffs/Movers St. Joe Beach Property, LLC and Bungalows at Sanctuary Beach, LLC. The Motion for Reconsideration is not withdrawn with respect to Plaintiff/Mover Henry L. Perry

New Orleans, Louisiana, this 20th day of April, 2017.

_____
United States District Judge