UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MAGISTRATE WILKINSON |

## NOTICE OF CORRECTION

NOW INTO COURT come the "Joint Venture Attorneys"[1] who offer the following correction of the record:

1. In previous filings, the Joint Venture represented to the Court that the amount of reimbursable expenses incurred and paid by the Joint Venture was $909,024.49.

2. After receipt of the reimbursed costs from the registry of the Court, [Rec. Doc. 22234], a member of the Joint Venture noted a discrepancy that ultimately triggered an internal audit.

3. The internal audit discovered that $881,137.22 in costs and expenses were reimbursable (after deductions, write-offs, and offsets), a difference of $27,888.27.

---

[1] These Joint Venture Attorneys (sometimes referred to as the "Joint Venture" or "Joint Venture Team") include the following five law firms: Herman Herman & Katz; Fayard & Honeycutt; Fred L. Herman; Leger & Shaw; and Domengeaux Wright Roy Edwards & Colomb.

1

4. The internal audit also discovered an additional $983.93 in attorney's fees reimbursed by BP pursuant to the Access Agreement, increasing the total from $17,161 to $18,144.93. This would also increase the amount of the deduction for client courtesy that the Joint Venture applies to the end of its calculation in its *Motion for Fees*, at 9 [Rec. Doc. 22267].

5. The difference of $27,888.27 has been refunded to the Donation.

WHEREFORE the Joint Venture prays that the Notice be deemed sufficient.

Respectfully submitted:

Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

        Calvin C. Fayard, Jr. (La. Bar #5486)
        C. Caroline Fayard (La. Bar #30888)
        FAYARD & HONEYCUTT
        519 Florida Avenue, SW
        Denham Springs, LA 70726
        Office: (225) 664 4193
        Telefax: (225) 664 6925
        EMail: calvinfayard@fayardlaw.com

        Fred Herman (La Bar #6811)
        Thomas J. Barbera (La Bar# 18719)
        LAW OFFICES OF FRED HERMAN
        1010 Common St., Suite 3000
        New Orleans, LA 70112
        Phone: 504 581 7068
        Fax: 504 581 7083
        Email: fherman@fredhermanlaw.com
        tbarbera@fredhermanlaw.com

        *Attorneys for the Joint Venture*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon all counsel of record *via* email this 20th day of April, 2017.

        S/Soren E. Gisleson