UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG  § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| This Document Relates to: § | | |
| No. 12-970 § | | MAG. JUDGE SHUSHAN |
| § | | |

**TURNER INDUSTRIES GROUP, L.L.C.'S
MOTION TO CONFIRM ITS SETTLEMENT RIGHTS AS A BEL CLAIMANT**

**NOW INTO COURT,** through undersigned counsel, comes Turner Industries Group, L.L.C. (Turner), who respectfully requests that in accordance with the Court's authority and Turner's rights, the Court (1) confirm Turner's true status and rights as a BEL Claimant presenting zero Moratoria losses, (2) order the release of Turner's three Claims from their respective Moratoria holds, and (3) instruct the Claims Administrator to process Turner's Claims in the ordinary course of business. As demonstrated in Turner's Memorandum in Support of this Motion, the Court has authority under Federal Rule of Civil Procedure 23 and the Deepwater Horizon Economic and Property Damages Settlement Agreement to consider Turner's situation and to issue the requested declarations and order. As set forth fully in its accompanying Memorandum, Turner is an industrial contractor with Claims presenting zero Moratoria losses. Turner has been misclassified as a Moratoria hold Claimant, as it does not fall squarely within any of the provisions of the Settlement Agreement demanding hold for consideration of Moratoria losses.

        Respectfully submitted,

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**

        By: */s/ Kerry J. Miller*
            **KERRY J. MILLER (#24562), T.A.**
            **ASHLEY E. ARNOLD (#37017)**
            201 St. Charles Avenue, Suite 3600
            New Orleans, LA  70170
            Telephone:   (504) 566-5200
            Facsimile:   (504) 566-8646
            Email:        kjmiller@bakerdonelson.com
            Email:        aarnold@bakerdonelson.com

        **ATTORNEYS FOR CLAIMANT,**
        **TURNER INDUSTRIES GROUP, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2017, the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or by electronically serving all liaison counsel by e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

        */s/ Kerry J. Miller*
        **KERRY J. MILLER**