**EXHIBIT "1"**

**AFFIDAVIT OF MIKE MORAIN**

## **AFFIDAVIT OF MIKE MORAIN**

BEFORE ME, the undersigned notary public, personally came and appeared:

MIKE MORAIN

who, after first being duly sworn, states:

1. I am over the age of 18, am competent in all respects to testify as to the matters set forth herein, and have personal knowledge of the matters set forth herein and know them to be true.

2. I have worked for Turner Industries Group, L.L.C. ("Turner") for forty-three years, beginning in 1973. For the vast majority of those working years, I have been involved with the equipment division of Turner's business.

3. In 2009 and 2010, I served as the Vice President of Turner's Equipment Rental Division. As of January 1, 2012, I was promoted to the Executive Vice President and General Manager position for Turner's Equipment Rental Division, a position I have held to date.

4. In both of those roles, I have overseen the logistics of projects completed out of Turner's Equipment 105 Facility, located in Jefferson, Louisiana.

5. Based on my forty-three years of experience with Turner's equipment rentals, I have the personal knowledge requisite to attest that over the course of my forty-three years at Turner, to offer the best in customer service, I met with our customers on multiple occasions to better understand their needs and uses of Turner's equipment. Based on this knowledge and understanding, I can attest that no work out of Turner's Equipment 105 Facility in 2009 or 2010 was to service offshore drilling exploration projects in the Gulf of Mexico.

1

6.     As Vice President in 2009 and 2010, I would have been made aware of any offshore purposes of equipment supplied by the Equipment 105 Facility. More specifically, if a piece of equipment were to be sent on a barge for offshore work from the Equipment 105 Facility, I would have been notified of such shipment for insurance, contract, and other administrative reasons. For example, I would have been required to provide additional insurance coverage and complete additional paperwork to facilitate marine transport of any equipment bound on barges for offshore purposes. No such paperwork was presented to me in 2009 or 2010 in regards to the Equipment 105 Facility.

7.     Generally, the work completed by Turner's Equipment 105 Facility relates almost exclusively to petrochemical plants and refineries.

8.     The Equipment 105 Facility services other projects within Turner's own operations. For example, the Equipment 105 Facility will furnish items such as cranes and operators to perform turnaround, maintenance, or construction work for Turner's other Facilities' projects. Such projects include those out of the Baton Rouge 101 Facility.

9.     I have reviewed the list of customers serviced out of Turner's various facilities in 2009 and 2010, a copy of which is attached hereto as Exhibit "A." To the extent a customer is listed on multiple Turner Facilities' customer lists from the same year, the Equipment 105 Facility was almost certainly offering construction, maintenance, or turnaround services to Turner's other facilities for those customers' projects.

10.    The types of services and projects that are generally completed by the Equipment 105 Facility are as follows:

2

    (a)    Construction work (including general industrial construction; construction project management; and planning and scheduling)

    (b)    Maintenance work

    (c)    Turnaround services

    (d)    Crane rentals (including ringer cranes; conventional cranes; crawler cranes; and hydraulic/ all terrain cranes)

    (e)    Specialized lifting and rigging for inland projects

11.    I have reviewed the invoices and purchase orders for customers of the Equipment 105 Facility in 2009 and 2010. Of those customers, most are involved in onshore work and only a handful are vertically integrated in the oil and gas industry. Based on my detailed review of the invoices from those particular customers, Turner's Equipment 105 Facility did not provide services for these customers' offshore exploration projects in the Gulf of Mexico during 2009 or 2010.

_____
MIKE MORAIN

Sworn to and subscribed before
me this 2nd day of December, 2016.

_____
Notary Public

Naya J Wiley, Notary Public #68592
My Commission expires at death

3