# AFFIDAVIT OF MIKE MORAIN

BEFORE ME, the undersigned notary public, personally came and appeared:

MIKE MORAIN

who, after first being duly sworn, states:

1. I am over the age of 18, am competent in all respects to testify as to the matters set forth herein, and have personal knowledge of the matters set forth herein and know them to be true.

2. I have worked for Turner Industries Group, L.L.C. ("Turner") for forty-three years, beginning in 1973. For the vast majority of those working years, I have been involved with the equipment division of Turner's business.

3. In 2009 and 2010, I served as the Vice President of Turner's Equipment Rental Division. As of January 1, 2012 I was promoted to the Executive Vice President and General Manager position for Turner's Equipment Rental Division, a position I have held to date.

4. In both of those roles, I have overseen the logistics of projects completed out of Turner's Equipment 105 Facility, located in Jefferson, Louisiana.

5. Over the course of my forty-three years of experience with Turner's equipment rentals, to offer the best in customer service, I met with our customers on multiple occasions to better understand their needs and uses of Turner's equipment.

7. Based on this first-hand knowledge, I can attest that none of the work completed by Turner's Equipment Rental 105 Facility was for any of the following categories in either 2009 or 2010:

1

- Canal construction;
- Channel construction;
- Construction Management, marine structure;
- Cribbing (i.e., shore protection), construction;
- Dam construction;
- Dike and other flood control structure construction;
- Dock construction;
- Drainage canal and ditch construction;
- Drainage project construction;
- Dredging (e.g., canal, channel, ditch, waterway);
- Embankment construction;
- Floodway canal and ditch construction;
- Harbor construction;
- Horizontal drilling (e.g., underground cable, pipeline, sewer installation);
- Levee construction;
- Lock and waterway construction;
- Marine construction;
- Pier construction;
- Pile construction;
- Pile driving (marine);
- Pipe-jacking contractors;
- Port facility construction;
- Rock removal, underwater;
- Seawall, wave protection, construction;
- Spillway, floodwater, construction;
- Trenching, underwater;
- Tunnel construction; or
- Wharf construction

_____
MIKE MORAIN

Sworn to and subscribed before me this 18th day of APRIL, 2017.

_____
Notary Public
JOHN H. FENNER
NOTARY PUBLIC #17565
STATE OF LOUISIANA

## AFFIDAVIT OF WARREN LANDRY

BEFORE ME, the undersigned notary public, personally came and appeared:

WARREN LANDRY

who, after first being duly sworn, states:

1. I am over the age of 18, am competent in all respects to testify as to the matters set forth herein, and have personal knowledge of the matters set forth herein and know them to be true.

2. I have worked for Turner Industries Group, L.L.C. ("Turner") for nearly twenty years, beginning in December of 1996. In my early years with the company, I worked for Turner in roles concerning construction, maintenance, and administration. Since 2002, I have been involved in upper-level management of Turner's Pipe Fabrication Division.

3. In both 2009 and 2010, I served as the Executive Vice President of Turner's Pipe Fabrication Division. In 2012, after the retirement of the last President of the Pipe Fabrication Division, "General Manager" was added to my title, and the role once played by the retired President was added to my duties. As the Executive Vice President and General Manager of Turner's Pipe Fabrication Division, I am the highest ranking employee in regards to the Port Allen, Louisiana Pipe Fabrication IPS-40 Facility.

4. As both the Executive Vice President and the Executive Vice President and General Manager of Turner's Pipe Fabrication Division, I have overseen the logistics of projects completed out of Turner's Port Allen, Louisiana Pipe Fabrication IPS-40 Facility.

1

5. During my years working with Turner's pipe fabrication facilities, I have had access to our customer's purchase orders and other documents that detail the projects on which Turner pipe is being used.

7. Based on this first-hand knowledge, I can attest that none of the work completed by Turner's Port Allen, Louisiana Pipe Fabrication IPS-40 Facility was for any of the following categories in either 2009 or 2010:

- Canal construction;
- Channel construction;
- Construction Management, marine structure;
- Cribbing (i.e., shore protection), construction;
- Dam construction;
- Dike and other flood control structure construction;
- Dock construction;
- Drainage canal and ditch construction;
- Drainage project construction;
- Dredging (e.g., canal, channel, ditch, waterway);
- Embankment construction;
- Floodway canal and ditch construction;
- Harbor construction;
- Horizontal drilling (e.g., underground cable, pipeline, sewer installation);
- Levee construction;
- Lock and waterway construction;
- Marine construction;
- Pier construction;
- Pile construction;
- Pile driving (marine);
- Pipe-jacking contractors;
- Port facility construction;
- Rock removal, underwater;
- Seawall, wave protection, construction;
- Spillway, floodwater, construction;
- Trenching, underwater;
- Tunnel construction; or
- Wharf construction

_____
WARREN LANDRY

2

Sworn to and subscribed before

me this 20th day of April , 2017.

*Max Coleman Marx*

Notary Public

MAX COLEMAN MARX
NOTARY PUBLIC ID NO. 89166
LA. STATE BAR NO. 09225
MY COMMISSION EXPIRES AT DEATH

3

# **AFFIDAVIT OF DWIGHT BRAUD**

BEFORE ME, the undersigned notary public, personally came and appeared:

DWIGHT BRAUD

who, after first being duly sworn, states:

1. I am over the age of 18, am competent in all respects to testify as to the matters set forth herein, have personal knowledge of the matters set forth, and know them to be true.

2. I have worked for Turner Industries Group, L.L.C. ("Turner") for over 40 years, beginning in 1976.

3. In 2008, 2009, and 2010, I served as the Executive Vice President ["EVP"] of the Maintenance and Turnaround Division, and continue to serve in that capacity.

4. As an EVP, I have overseen the logistics of projects completed out of Turner's Baton Rouge, 101 Facility, which specializes in maintenance and turnaround projects.

5. During my years working with Turner's maintenance and turnaround facilities, I have been [and continue to be] responsible and accountable for all aspects of the division, including profit and loss, safety, productivity, efficiency, quality, morale and attitude of our people, hiring, employment separations, customer relations, contracts, and others – all being entirely and 100% related to the downstream side of the refining, chemical, and petrochemical industries.

7. Based on this first-hand knowledge, I can attest that none of the work completed by Turner's Baton Rouge, 101 Facility was for any of the following categories in 2008, 2009, or 2010:

1

- Canal construction;
- Channel construction;
- Construction Management, marine structure;
- Cribbing (i.e., shore protection), construction;
- Dam construction;
- Dike and other flood control structure construction;
- Dock construction;
- Drainage canal and ditch construction;
- Drainage project construction;
- Dredging (e.g., canal, channel, ditch, waterway);
- Embankment construction;
- Floodway canal and ditch construction;
- Harbor construction;
- Horizontal drilling (e.g., underground cable, pipeline, sewer installation);
- Levee construction;
- Lock and waterway construction;
- Marine construction;
- Pier construction;
- Pile construction;
- Pile driving (marine);
- Pipe-jacking contractors;
- Port facility construction;
- Rock removal, underwater;
- Seawall, wave protection, construction;
- Spillway, floodwater, construction;
- Trenching, underwater;
- Tunnel construction; or
- Wharf construction

_____
DWIGHT BRAUD

Sworn to and subscribed before me this 11 day of April, 2017.

_____
Notary Public

JOHN H. FENNER
NOTARY PUBLIC #17565
STATE OF LOUISIANA

2