


# APPEAL PANEL DECISION FORM

2016-1044

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>[REDACTED] | First | Middle |
| **Claimant ID** | [REDACTED] | **Claim ID** | [REDACTED] |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | [REDACTED] | | |

## II. DECISION

Select the Compensation Amount set forth in either BP's Final Proposal or the Claimant's Final Proposal as the final outcome on the claim and check the appropriate box to signify your decision.

| | | |
|---|---|---|
| ☐ **BP's Final Proposal** | **Compensation Amount** | **$0** |
| | **Risk Transfer Premium** | **1.25** |
| | **Prior Payment Offset** | **$0** |
| ☒ **Claimant's Final Proposal** | **Compensation Amount** | **$732,270.98** |
| | **Risk Transfer Premium** | **1.25** |
| | **Prior Payment Offset** | **$0** |

## III. PRIMARY BASIS FOR PANELIST DECISION

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ **Error in documentation review.**

☐ **Error in calculation.**

☐ **Error in RTP multiplier.**

☐ **Error in Prior Spill-Related Payment Amount.**

☒ **No error.**

**Comment** *(optional)*:
BP appeals the BEL award the Settlement Program ("the SP") granted Claimant [REDACTED] a "heavy and civil engineering construction" company which specializes in concrete restoration and protection. The NAICS Code used by it on its 2010 tax return, 237990 – Other Heavy and Civil Engineering Construction, is the Code assigned it by the SP. BP asserts as its sole appeal ground that the SP failed to properly address potential moratoria losses. BP's contention in that regard is twofold. First, BP argues that [REDACTED] NAICS Code "is listed in Exhibit 19 as one to which automatic review for Moratoria losses is required." That is an overbroad




statement. What Exhibit 19 actually provides is, "Businesses the Claims Administrator determines fall within the following codes and descriptions marked with an 'x,' shall be routed by the Claims Administrator to a team dedicated to the evaluation of business economic loss claims for potential moratoria losses." That statement is followed by a listing of 76 "descriptions under NAICS 237990," only 27 of which are marked with an "x." Thus, [REDACTED] NAICS Code does not, in and of itself, trigger an automatic review for Moratoria losses. BP next argues that [REDACTED] website lists customers and types of jobs that would "suggest that Claimant may have suffered losses resulting from the moratoria on offshore permitting and drilling." BP cites in particular to four job listings on the website which it attempts to link to four of the Exhibit 19, NAICS Code 237990 descriptions marked with an "x," to-wit:

"• Channel construction (see website: [REDACTED]
• Dam construction (see website: [REDACTED]
• Dock construction (see website: [REDACTED]ock')
• Lock and waterway construction (see website: [REDACTED]

[REDACTED] counters those suppositions in its Final Proposal, supported by a June 16, 2016 letter from its president, [REDACTED], with these explanations: The company has been in business for approximately 30 years and in its early history did some offshore work, but has not done any offshore work in over 18 years. When the company overhauled its website in mid-2014, it "included the offshore section in an attempt to start generating some offshore work again." With respect to the four types of work listed on its website which BP attempts to match to descriptions marked by an "x" under NAICS Code 237990 in Exhibit 19, [REDACTED] states in his letter:

"Trench repair refers to trench drains in stadiums and commercial facilities.

Dam work, such as the [REDACTED], is very far inland on rivers and lakes and the work that we have done on them is not to build the structures but rather to repair by pressure injecting grout to structurally repair them.

Dock work, like the [REDACTED] consisted of adding concrete grout topping to replace concrete cross section that had been worn off.

[REDACTED] has not been involved in channel construction or waterway construction. We have repaired the joints in the locks like the [REDACTED] lock by pressure injecting urethane foam into the joints."

Additionally, [REDACTED] submits a listing of the customers it serviced from 2009 through 2011, together with the corresponding job detail describing in many instances the services performed (63 entries in all) and none of the customers/jobs would seem to involve any type of offshore activity.

Thus, in the final analysis, the four categories of work BP has excerpted from [REDACTED] website turn out not to be related to offshore activity. Therefore, automatic evaluation for potential moratoria losses was not called for, and the references to [REDACTED] availability for offshore work were not descriptive of anything [REDACTED] was engaged in during 2009 or 2010, but were simply promotional, starting in mid-2014, of an area of work [REDACTED] was prepared to undertake. BP requests a remand for performance of a review for Moratoria losses. That request is denied. BP alternatively submits a Final Proposal of "$0," asserting that the record evidence does not support an award to [REDACTED] For its part, [REDACTED] submits a Final Proposal in the amount of the award by the SP. [REDACTED] Final Proposal is adopted and the appeal is denied.