**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | **SECTION J** |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al* | * | **HONORABLE CARL J.** |
| *v. BP Exploration & Production, Inc., et al* | * | **BARBIER** |
| | * | |

<u>**MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO FILE REPLY MEMORANDUM**</u>

  **NOW INTO COURT**, through undersigned counsel Boh Bros. Construction Co., L.L.C. ("Boh Bros."), and respectfully moves this Honorable Court for leave to file the attached Reply Memorandum to address the issues raised in BP's Opposition to Motion of Boh Bros. Construction Company, L.L.C. To Confirm Its Settlement Rights as a BEL Claimant And to Clarify, Alter Or Amend the March 17, 2017 Order Accordingly (R. Doc. 22756).

  **WHEREFORE**, Boh Bros. respectfully moves this Honorable Court for leave to file the attached Reply.

        Respectfully Submitted,

        **KINGSMILL RIESS, L.L.C.**

       By: <u>*s/ Marguerite K. Kingsmill*</u>
         Marguerite K. Kingsmill (#7347)
         201 St. Charles Avenue, Suite 3300
         New Orleans, Louisiana 70170-3300
         Telephone: (504) 581-3300
         Facsimile:  (504)581-3310

       ***Attorney for Boh Bros. Construction Co., L.L.C.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion and Incorporated Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or by electronically serving all liaison counsel by e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2017.

*s/ Marguerite K. Kingsmill*