**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | **SECTION J** |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al* | * | **HONORABLE CARL J.** |
| *v. BP Exploration & Production, Inc., et al* | * | **BARBIER** |
| | * | |

## ORDER

**CONSIDERING THE FOREGOING** Motion And Incorporated Memorandum For Leave To File Reply Memorandum;

**IT IS HEREBY ORDERED** that the Motion be and is hereby GRANTED and that Boh Bros. Construction Co., L.L.C.'s Reply be and is hereby filed into the record of this matter.

New Orleans, Louisiana this _____ day of April, 2017.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**