UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br>*Claims in "B1" Bundle* | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |
| This document relates to:<br>2:13-cv-02382 | |

| | |
|---|---|
| ARCHITECTURAL SPECIALTIES TRADING COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER INC.; TRANSOCEAN LTD.; TRITON ASSET LEASING GMBH,<br><br>    Defendants. | CIVIL ACTION NO: 2:13-CV-02382<br><br>IN RELATION TO:<br>MDL-2179; CA 10-2771;<br>AND CA 10-888<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR**
**ARCHITECTURAL SPECIALTIES TRADING COMPANY**

COMES NOW undersigned counsel of record for Plaintiff, Architectural Specialties Trading Company, and pursuant to Local Rule 83.2.11, moves the court for leave to withdraw from said Plaintiff's representation, and as grounds therefore states:

1. Plaintiff, Architectural Specialties Trading Company ("Architectural Specialties"), is a named plaintiff in a complaint filed April 23, 2013, in the above-styled cause asserting non-governmental economic loss and property damage claims as a result of the Deepwater Horizon oil spill that opted-out from the Amended Settlement Agreement in MDL No. 2179. The case was assigned to Judge Barbier and transferred to MDL No. 2179.

2. The procedural posture in this case is as follows: On October 29, 2012, Architectural Specialties filed its Opt Out Notification, opting out of the Economic Class settlement. On January 18, 2013, Architectural Specialties submitted the Oil Pollution Act Presentment letter to the BP Claims Program. On April 19, 2013, Architectural Specialties filed its Direct Filing Short Form/Profile with the MDL (2:10-cv-888-CJB-SS). On April 23, 2013, Architectural Specialties filed a Complaint in the above styled action. On May 2, 2016, pursuant to Pretrial Order No. 60, Architectural Specialties filed its sworn statement with the Court and has complied with all filing requirements of Pretrial Order No. 60.

3. On June 7, 2016, this Court entered an Order to Show Cause regarding Compliance with Pretrial Order No. 60 which identified Architectural Specialties as a "Compliant Plaintiff." On February 22, 2017, Pretrial Order No. 64 was entered. Architectural Specialties is not seeking a general maritime law claim and therefore is not subject to the filing requirements of Pretrial Order No. 64.

4. There are presently no pending deadlines or court appearances relating to Plaintiff's claim and this matter is in good standing.

5. Undersigned counsel have developed irreconcilable differences with said Plaintiff which makes it impossible to effectively communicate with or represent Plaintiff in this proceeding.

6. Plaintiff has been made aware of the current procedural posture of this case and is aware of applicable deadlines and applicable court appearances.

7. Plaintiff will remain in the litigation.

8. All future correspondence and pleadings can be served directly to Plaintiff at the following address: Architectural Specialties Trading Company, c/o Tom Stevens, Edna Howard, and Matthew S. Stevens (President of Ainslie Manor, Ltd., the General Partner of Stevens Family Limited Partnership), 4878 North Magnolia, Chicago, IL 60640-4176; (773) 909-7890 or (773) 728-4777.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firm, moves this Court for an Order allowing them to withdraw as counsel of record for Architectural Specialties Trading Company.

Respectfully submitted on this ___ day of April, 2017.

_____
Robert A. Emmanuel
Florida Bar No. 283797
Gregory P. Fayard
Florida Bar No. 609811
Emmanuel, Sheppard & Condon
30 S. Spring Street
Pensacola, FL 32502
T: (850) 433-6581
F: (850) 434-5856
Attorneys for Plaintiff, Architectural Specialties Trading Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for leave to Withdraw as Counsel has been served on All Counsel via File & ServeXpress in accordance with Pretrial Order No. 12, as amended; that the Plaintiff, Architectural Specialties Trading Company, has been notified of all applicable deadlines and applicable pending court appearances (of which

there are currently none) and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by email, FedEx and by Certified Mail, Return Receipt, on Plaintiff pursuant to Local Rule 83.2.11 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this ___24th___ day of April 2017.

Service by email, FedEx and by certified mail to:

Certified Mail Return Receipt No.: 91719690009350153370644
Architectural Specialties Trading Company
c/o Tom Stevens, Edna Howard, and Matthew S. Stevens
4878 North Magnolia
Chicago, IL 60640-4176
(773) 909-7890 or (773) 728-4777
rezulkey@comcast.net
zulkeylaw@gmail.com

_____
Robert A. Emmanuel
Florida Bar No. 283797
Gregory P. Fayard
Florida Bar No. 609811