UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br>*Claims in "B1" Bundle* | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |
| This document relates to:<br>2:13-cv-02374 | |

| | |
|---|---|
| STEVENS FAMILY LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER INC.; TRANSOCEAN LTD.; TRITON ASSET LEASING GMBH,<br><br>    Defendants. | CIVIL ACTION NO: 2:13-CV-02374<br><br>IN RELATION TO:<br>MDL-2179; CA 10-2771;<br>AND CA 10-888<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR STEVENS FAMILY LIMITED PARTNERSHIP

COMES NOW undersigned counsel of record for Plaintiff, Stevens Family Limited Partnership, and pursuant to Local Rule 83.2.11, moves the court for leave to withdraw from said Plaintiff's representation, and as grounds therefore states:

1. Plaintiff, Stevens Family Limited Partnership ("Stevens"), is a named plaintiff in a complaint filed April 23, 2013, in the above-styled cause asserting non-governmental economic loss and property damage claims as a result of the Deepwater Horizon oil spill that opted-out from the Amended Settlement Agreement in MDL No. 2179. The case was assigned to Judge Barbier and transferred to MDL No. 2179.

2. The procedural posture in this case is as follows: On November 1, 2012, Stevens filed its Opt Out Notification, opting out of the Economic Class settlement. On January 18, 2013, Stevens submitted the Oil Pollution Act Presentment letter to the BP Claims Program. On April 19, 2013, Stevens filed its Direct Filing Short Form/Profile with the MDL (2:10-cv-888-CJB-SS). On April 23, 2013, Stevens filed a Complaint in the above styled action. On May 2, 2016, pursuant to Pretrial Order No. 60, Stevens filed its sworn statement with the Court and has complied with all filing requirements of Pretrial Order No. 60.

3. On June 7, 2016, this Court entered an Order to Show Cause regarding Compliance with Pretrial Order No. 60 which identified Stevens as a "Compliant Plaintiff." On February 22, 2017, Pretrial Order No. 64 was entered. Stevens is not seeking a general maritime law claim and therefore is not subject to the filing requirements of Pretrial Order No. 64.

4. There are presently no pending deadlines or court appearances relating to Plaintiff's claim and this matter is in good standing.

5. Undersigned counsel have developed irreconcilable differences with said Plaintiff which makes it impossible to effectively communicate with or represent Plaintiff in this proceeding.

6. Plaintiff has been made aware of the current procedural posture of this case and is aware of applicable deadlines and applicable court appearances.

7. Plaintiff will remain in the litigation.

8. All future correspondence and pleadings can be served directly to Plaintiff at the following address: Stevens Family Limited Partnership, c/o Tom Stevens, Edna Howard, and Matthew S. Stevens (President of Ainslie Manor, Ltd., the General Partner of Stevens Family Limited Partnership), 4878 North Magnolia, Chicago, IL 60640-4176; (773) 909-7890 or (773) 728-4777.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firm, moves this Court for an Order allowing them to withdraw as counsel of record for Stevens Family Limited Partnership.

Respectfully submitted on this 24th day of April, 2017.

Robert A. Emmanuel
Florida Bar No. 283797
Gregory P. Fayard
Florida Bar No. 609811
Emmanuel, Sheppard & Condon
30 S. Spring Street
Pensacola, FL 32502
T: (850) 433-6581
F: (850) 434-5856
Attorneys for Plaintiff, Stevens Family Limited Partnership

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for leave to Withdraw as Counsel has been served on All Counsel via File & ServeXpress in accordance with Pretrial Order No. 12, as amended; that the Plaintiff, Stevens Family Limited Partnership, has been notified of all applicable deadlines and applicable pending court appearances (of which there are currently none) and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by email, FedEx and by Certified Mail, Return Receipt, on Plaintiff pursuant to Local Rule 83.2.11 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __24th__ day of April 2017.

Service by email, FedEx and by certified mail to:

Certified Mail Return Receipt No.: 9171969009350153370644
Stevens Family Limited Partnership
c/o Tom Stevens, Edna Howard, and Matthew S. Stevens
4878 North Magnolia
Chicago, IL 60640-4176
(773) 909-7890 or (773) 728-4777
rezulkey@comcast.net
zulkeylaw@gmail.com

Robert A. Emmanuel
Florida Bar No. 283797
Gregory P. Fayard
Florida Bar No. 609811