UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br>*Claims in "B1" Bundle* | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |
| This document relates to:<br>2:13-cv-02374 | |

| | |
|---|---|
| STEVENS FAMILY LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>vs.<br><br>BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER INC.; TRANSOCEAN LTD.; TRITON ASSET LEASING GMBH,<br><br>    Defendants. | CIVIL ACTION NO: 2:13-CV-02374<br><br>IN RELATION TO:<br>MDL-2179; CA 10-2771;<br>AND CA 10-888<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court on the Motion to Withdraw as Counsel for Stevens Family Limited Partnership filed herein by the firm of Emmanuel, Sheppard & Condon; and the

court having considered the Motion and finding that good cause exists for granting the Motion, it is, therefore,

ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel for Stevens Family Limited Partnership filed herein by the law firm of Emmanuel, Sheppard & Condon is hereby GRANTED.

DONE AND ORDERED in Chambers at New Orleans, Louisiana on this \_\_\_\_ day of _____, 2017.

_____
Honorable Carl J. Barbier,
United States District Judge