

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Brown | Michael | T | |

| Phone Number | E-Mail Address |
|---|---|
| 504-451-4437 | mbrown12147@gmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 19140 Rob Rd | Covington La 70435 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Self | 8-11-1975 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Salvadore Christina, Jr / Becnel Law Firm | |

**All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?**
356 Sandy Brook Cir Madisonville La 70047

**Any prior name used by Plaintiff from April 2010 to present?**

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 8867 | |

**You are pursuing a claim against at least one B3 Defendant for** (*select all that apply*):

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

☒ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: _The Rigolets, Lake Borgne, Pearl River, and Lake Pontchartrain July 5, 2010 - July 31, 2010 while activated for VOO._

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _During the July 2010 I was cleaning up oil for the VOO program; The Rigolets, Lake Borgne, Pearl River, and Lake Pontchartrain area. I got real sick during July and was hospitalized and recieved a liver transplant in August 2010. Other ailments are allergy symptoms and skin rashes._

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: _____

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes __X__.   No _____.

If Yes, please identify:

1. The claim number(s) (if available). _Do not recall_.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes _____.   No __X__.

3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: April 19, 2017

Location (City and State): New Orleans, LA

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Michael Brown
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

4

IN RE: OIL SPILL BY THE OIL RIG     MDL NO: 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010.

## MEDICAL CLASS SETTLEMENT OPT-OUT NOTICE

I wish to exclude myself from the Medical Benefits Settlement Class.

Name: Michael T. Brown (print) *Liver transplant on 8-18-2010 after working VOO.*

Address: 356 Sandy Brook Ci
Madisonville, LA 70447

Date Birth: 08-11-1975

Phone Number: 504-451-4437

Signature: Michael Brown
(Please sign)

Date: 10-01-2012

Please include a copy of your driver's license or government issued I.D.

