UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| **This Document Relates to:** *Nos. 17-2850, 17-2855, 17-2932, 17-2933* | * * | MAG. JUDGE WILKINSON |

## ORDER

Considering the four Motions to Withdrawn as Counsel of Record (Rec. Docs. 22729-22732);

IT IS ORDERED that Frank M. Petosa and Morgan and Morgan Complex Litigation Group are WITHDRAWN as counsel of record for the following Plaintiffs:

| Plaintiff | Civil Action No. | Contact Information |
|---|---|---|
| Donald Ferrell | 17-2850 | 5522 Laura Street<br>Zephyrhills, FL 33542<br>Home: (813) 701-1271<br>Cell: (267) 506-0504 |
| Robert Claery | 17-2855 | 112 West Oak Street<br>Osprey, FL 34229<br>(941) 536-8894 |
| Michael Helmholtz | 17-2932 | 250 NE 660th Street,<br>Old Town, FL 32680<br>(352) 440-2223 |
| Bernard Luckes | 17-2933 | 2615 Warsaw Avenue,<br>Mobile, Alabama 33617<br>Home: (251) 447-7077<br>Cell: (251) 709-0953 |

New Orleans, Louisiana, this 25th day of April, 2017.

United States District Judge