IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042

_____

In re: Deepwater Horizon

_____

AHT, INCORPORATED,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

_____

CMC STEEL FABRICATORS, INCORPORATED,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

_____

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

       Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

    ———————————————

SMI STEEL, L.L.C.,

       Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

       Defendants - Appellees

    ———————————————

COMMERCIAL METALS COMPANY,

       Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

       Defendants - Appellees

    ———————————————

ROYSTER CONSTRUCTION COMPANY, INC., Et Al,

       Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, Et Al,

       Defendants

_____

ST. JOE BEACH PROPERTY, L.L.C.;  BUNGALOWS AT SANCTUARY BEACH, L.L.C.; HENRY L. PERRY,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

      Defendants - Appellees

_____

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

      Defendants - Appellees

_____

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

Defendants - Appellees

------

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

Defendants - Appellees

------

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

------

CLERK'S OFFICE:

Under Fed R. App. P. 42(b), the appeal as to appellants Gauci's Custom Building and Developing, L.L.C.; Winter Garden Italian American Bistro, L.L.C.; Joseph V. Gauci and Karen Gauci is dismissed as of April 19, 2017, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Mary Stewart* _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Apr 19, 2017**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 19, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30042    In re: Deepwater Horizon
                            USDC No. 2:10-MD-2179
                            USDC No. 2:13-CV-97
                            USDC No. 2:16-CV-13365
                            USDC No. 2:16-CV-13367
                            USDC No. 2:16-CV-6259
                            USDC No. 2:16-CV-13366
                            USDC No. 2:16-CV-13364
                            USDC No. 2:13-CV-6009
                            USDC No. 2:16-CV-7048
                            USDC No. 2:16-CV-6329
                            USDC No. 2:13-CV-5367
                            USDC No. 2:16-CV-6216
                            USDC No. 2:16-CV-6333
                            USDC No. 2:16-CV-6298
                            USDC No. 2:16-CV-6330
                            USDC No. 2:16-CV-7285

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate for the notice of appeal filed in this case on behalf of appellants Gauci's Custom Building and Developing, L.L.C.; Winter Garden Italian American Bistro, L.L.C.; Joseph V. Gauci and Karen Gauci on January 27, 2017, in District Court case 2:10-MD-2179 (District Court document No. 22139).

This appeal remains open as to the additional notices of appeal filed.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
- Mr. Anthony G. Buzbee
- Mr. Jeffrey Bossert Clark Sr.
- Mr. Brent Wayne Coon
- Mr. Dominic E. Draye
- Mr. John Michael Elsley
- Mr. Richard Cartier Godfrey
- Mr. Don Keller Haycraft
- Mr. James Andrew Langan
- Mr. Kerry J. Miller
- Mr. Steven L. Nicholas
- Ms. Allison White Smalley
- Mr. Thomas Wilson Taylor
- Mr. Robert Alan York