IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042

_____

In re: Deepwater Horizon

_____

AHT, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

CMC STEEL FABRICATORS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

      Defendants - Appellees

_____

SMI STEEL, L.L.C.,

      Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

      Defendants - Appellees

_____

COMMERCIAL METALS COMPANY,

      Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

      Defendants - Appellees

_____

JOSEPH GAUCI; KAREN GAUCI; GAUCI'S CUSTOM BUILDING AND DEVELOPING, L.L.C.; WINTER GARDEN ITALIAN AMERICAN BISTRO, L.L.C.,

      Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA

PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

  Defendants - Appellees

_____

GAUCI'S CUSTOM BUILDING AND DEVELOPING, L.L.C.; WINTER GARDEN ITALIAN AMERICAN BISTRO, L.L.C.; JOSEPH V. GAUCI, Individually; KAREN GAUCI, Individually,

  Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

  Defendants - Appellees

_____

ROYSTER CONSTRUCTION COMPANY, INC., Et Al,

  Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, Et Al,

  Defendants

_____

ST. JOE BEACH PROPERTY, L.L.C.; BUNGALOWS AT SANCTUARY BEACH, L.L.C.; HENRY L. PERRY,

   Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

   Defendants - Appellees

——————————————

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

   Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

   Defendants - Appellees

——————————————

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

   Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

   Defendants - Appellees

——————————————

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

      Defendants - Appellees

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal as to appellants Costa Products, L.L.C. and Laurcon Capial, L.P. is dismissed as of April 19, 2017, pursuant to appellant's motion.

      LYLE W. CAYCE
      Clerk of the United States Court
      of Appeals for the Fifth Circuit

      *Mary Stewart*

      By: _____
      Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Apr 19, 2017**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 19, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30042    In re: Deepwater Horizon
                            USDC No. 2:10-MD-2179
                            USDC No. 2:13-CV-97
                            USDC No. 2:16-CV-13365
                            USDC No. 2:16-CV-13367
                            USDC No. 2:16-CV-6259
                            USDC No. 2:16-CV-13366
                            USDC No. 2:16-CV-13364
                            USDC No. 2:13-CV-6009
                            USDC No. 2:16-CV-7048
                            USDC No. 2:16-CV-6329
                            USDC No. 2:13-CV-5367
                            USDC No. 2:16-CV-6216
                            USDC No. 2:16-CV-6333
                            USDC No. 2:16-CV-6298
                            USDC No. 2:16-CV-6330
                            USDC No. 2:16-CV-7285

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate for the notice of appeal filed in this case on behalf of appellants Coast Products, L.L.C. and Laurcon Capial, L.P. on January 27, 2017, in District Court case 2:10-MD-2179 (District Court document No. 22141).

This appeal remains open as to the additional notices of appeal filed.

```
                              Sincerely,

                              LYLE W. CAYCE, Clerk
                              Mary Stewart
                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694
```

cc:
    Mr. Anthony G. Buzbee
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Brent Wayne Coon
    Mr. Dominic E. Draye
    Mr. John Michael Elsley
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. James Andrew Langan
    Mr. Kerry J. Miller
    Mr. Steven L. Nicholas
    Ms. Allison White Smalley
    Mr. Thomas Wilson Taylor
    Mr. Robert Alan York