# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————————

No. 17-30042

————————————

In re: Deepwater Horizon

————————————

AHT, INCORPORATED,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY,

      Defendants - Appellees

————————————————

CMC STEEL FABRICATORS, INCORPORATED,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY,

      Defendants - Appellees

————————————————

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC
STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION
COMPANY,

      Defendants - Appellees

———————————————

SMI STEEL, L.L.C.,

      Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION &
PRODUCTION, INCORPORATED

      Defendants - Appellees

———————————————

COMMERCIAL METALS COMPANY,

      Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION &
PRODUCTION, INCORPORATED

      Defendants - Appellees

———————————————

JOSEPH GAUCI; KAREN GAUCI; GAUCI'S CUSTOM BUILDING AND
DEVELOPING, L.L.C.; WINTER GARDEN ITALIAN AMERICAN BISTRO,
L.L.C.,

      Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA

PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

        Defendants - Appellees

————————————————

GAUCI'S CUSTOM BUILDING AND DEVELOPING, L.L.C.; WINTER GARDEN ITALIAN AMERICAN BISTRO, L.L.C.; JOSEPH V. GAUCI, Individually; KAREN GAUCI, Individually,

        Plaintiffs - Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED;  BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

        Defendants - Appellees

————————————————

LAURCON CAPITAL, L.P.,

        Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA, INCORPORATED, BP, P.L.C.,

        Defendants - Appellees

————————————————

COAST PRODUCTS, L.L.C.; LAURCON CAPITAL, L.P.,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA,
INCORPORATED; BP, P.L.C.,

      Defendants - Appellees

————————————

ROYSTER CONSTRUCTION COMPANY, INC., Et Al,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, Et Al,

      Defendants

————————————

ST. JOE BEACH PROPERTY, L.L.C.;  BUNGALOWS AT SANCTUARY
BEACH, L.L.C.; HENRY L. PERRY,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.;
TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON
ENERYGY SERVICES, INCORPORATED,

      Defendants - Appellees

————————————

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH
AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP EXPLORATION & PRODUCTION, INCORPORATED,

Defendants - Appellees

_____

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH
AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP EXPLORATION & PRODUCTION, INCORPORATED,

Defendants - Appellees

_____

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L.
DE C.V.,

Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH
AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP EXPLORATION & PRODUCTION, INCORPORATED,

Defendants - Appellees

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal as to appellants Daniel K. Chang,

Julia Chang, Avery Investments, L.L.C., Hilltop Investments, L.L.C.,

Magnolia Professional Center, L.L.C., Old Spanish Farm, L.L.C., and Julvana,

L.L.C. is dismissed as of April 19, 2017, pursuant to appellants' motion.


LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Apr 19, 2017**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 19, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

          No. 17-30042     In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:13-CV-97
                           USDC No. 2:16-CV-13365
                           USDC No. 2:16-CV-13367
                           USDC No. 2:16-CV-6259
                           USDC No. 2:16-CV-13366
                           USDC No. 2:16-CV-13364
                           USDC No. 2:13-CV-6009
                           USDC No. 2:16-CV-7048
                           USDC No. 2:16-CV-6329
                           USDC No. 2:13-CV-5367
                           USDC No. 2:16-CV-6216
                           USDC No. 2:16-CV-6333
                           USDC No. 2:16-CV-6298
                           USDC No. 2:16-CV-6330
                           USDC No. 2:16-CV-7285

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate for the
notice of appeal filed in this case on behalf of appellants Daniel
K. Chang; Julia Chang; Avery Investments, L.L.C.; Hilltop
Investments, L.L.C.; Magnolia Professional Center, L.L.C.; Old
Spanish Farm, L.L.C. and Julvana, L.L.C. filed on January 27, 2017,
in District Court case 2:10-MD-2179 (District Court document No.
22140).

This appeal remains open as to the additional notices of appeal
filed.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
     Mr. Anthony G. Buzbee
     Mr. Jeffrey Bossert Clark Sr.
     Mr. Brent Wayne Coon
     Mr. Dominic E. Draye
     Mr. John Michael Elsley
     Mr. Richard Cartier Godfrey
     Mr. Don Keller Haycraft
     Mr. James Andrew Langan
     Mr. Kerry J. Miller
     Mr. Steven L. Nicholas
     Ms. Allison White Smalley
     Mr. Thomas Wilson Taylor
     Mr. Robert Alan York