IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: | * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Honorable CARL J. BARBIER |
| | * * * * | Magistrate Judge WILKINSON |

## NOTICE OF FILING OF SUPPLEMENTATION OF DISTRICT COURT RECORD

PLEASE TAKE NOTICE that BP Exploration & Production Inc., BP America Production Company, and BP P.L.C. (collectively "BP") and the Plaintiffs' Steering Committee hereby file into the record an April 26, 2017 Stipulation and Class Counsel's May 22, 2015 Amicus Submission to Appeal Panelists on the Issue of Causation.

April 27, 2017                                                Respectfully submitted,

/s/ Stephen J. Herman                                        /s/ Don K. Haycraft

Stephen J. Herman
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 569-6024
*Lead Class Counsel*

Don K. Haycraft
R. Keith Jarrett
Devin C. Reid
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108

| | |
|---|---|
| James Parkerson Roy<br>DOMENGEAUX WRIGHT<br>ROY & EDWARDS LLC<br>556 Jefferson Street, Suite 500<br>Lafayette, LA 70501<br>Telephone: (337) 233-3033<br>Facsimile: (337) 233-2796<br>*Lead Class Counsel* | J. Andrew Langan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br><br>Jeffrey Bossert Clark<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br><br>Daniel Cantor<br>Sarah E. Warlick<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br><br>*Attorneys for  BP Exploration & Production Incorporated, BP America Production Company, and BP p.l.c.* |

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 27th day of April, 2017.

                              /s/ Don K. Haycraft