

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig        MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*        JUDGE BARBIER

---

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

| STATUS REPORT NO. | 54 | DATE | APRIL 27, 2017 |
|---|---|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                             MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010                    SECTION J


Applies to: *All Cases*                                      JUDGE BARBIER


**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

**STATUS REPORT NO. 54, DATED APRIL 27, 2017**

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement Agreement (Settlement Agreement) submits this Report to inform the Court of the status of the implementation of the Settlement Agreement as of March 31, 2017. The Claims Administrator will provide any other information in addition to this Report as requested by the Court.[1]

    I.      STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS

    A.  **Claim Form Submissions.**

The Claims Administrator opened the Settlement Program with needed functions staffed and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment. As of March 31, 2017, the Claims Administrator's Office and Vendors (CAO)[2] have received 389,508 Claim Forms since the Settlement Program opened on June 4, 2012, as shown in the

---

[1] Previously, this Status Report has been filed with the Court on a monthly basis. However, given the significant reduction in remaining claims to be processed, beginning with Status Report No.54, the Status Report is being filed on a quarterly basis. It continues to reflect the Deepwater Horizon Economic and Property Damages Settlement Program's progress towards resolution of the remaining claims populations.

[2] "Claims Administrator's Office", as used within this report, refers to the Claims Administrator and, where applicable, Court-Supervised Settlement Program vendors working with and under the Claims Administrator.

2

Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement (Public Report) attached as Exhibit A.[3]

Of the total Claim Forms submitted, 6.4% were filed within the Seafood Program, 15.6% were filed within the Individual Economic Loss (IEL) framework, and 38.3% were filed within the Business Economic Loss (BEL) framework (including Start-Up and Failed BEL Claims). *See* Ex. A, Table 2.

On December 8, 2014, the United States Supreme Court declined the request for a review of the Fifth Circuit's rulings upholding the District Court's Final Approval Order of the Settlement Agreement. Accordingly, the Effective Date of the Settlement Agreement was December 8, 2014, and the final deadline for filing all new claims occurred on June 8, 2015. As such, the Claims Administrator continues to close new claim submissions made after June 8, 2015.

### B. Claims Review.

The CAO completed its first claim reviews and issued its first outcome notices on July 15, 2012, and its first payments on July 31, 2012. There are many steps involved in reviewing a claim so that it is ready for a notice. In addition to reviewing the claims, substantial communication to claimants or their representatives is performed via notices, emails, phone calls, interviews, and site visits to obtain clarification and/or additional information or documentation necessary for the Program to review claims.

#### 1. Claim Type Review Details.

Table 1 provides information, by Claim Type, on the number of claims filed, the number of claims that have been reviewed to Notice, the number of claims remaining to be reviewed to

---

[3] The total claims received may continue to experience insignificant changes as the CAO continues to process outstanding claims.

Notice, and the number of claims reviewed to either a Notice or "Later Notice" to date. Table 1 divides the claims reviewed to a "Later Notice" into separate sections: (1) claims receiving a Notice based on CAO review following the submission of additional materials by a claimant in response to an Incompleteness Notice, and (2) claims receiving a Notice following a Reconsideration review conducted by the CAO.

| | Table 1. Throughput Analysis of Claims Filed and Notices Issued. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **A. Claims Reviewed to First Notice** | | | | | | | | | |
| | **Claim Type** | **Status of All Claims Filed** | | | | | | | | |
| | | **Total Claims Filed To Date[4]** | **Reviews Completed to Notice or Closed** | | | **Claims Remaining to Review** | | | | |
| 1. | Seafood | 24,957 | 24,957 | | 100.0% | 0 | | | 0.0% | |
| 2. | IEL | 60,811 | 60,671 | | 99.8% | 140 | | | 0.2% | |
| 3. | IPV/FV | 390 | 389 | | 99.7% | 1 | | | 0.3% | |
| 4. | BEL | 135,380 | 134,882 | | 99.6% | 498 | | | 0.4% | |
| 5. | Start-Up BEL | 7,933 | 7,915 | | 99.8% | 18 | | | 0.2% | |
| 6. | Failed BEL | 5,848 | 5,839 | | 99.8% | 9 | | | 0.2% | |
| 7. | Coastal RP | 42,223 | 42,223 | | 100.0% | 0 | | | 0.0% | |
| 8. | Wetlands RP | 30,540 | 27,528 | | 90.1% | 3,012 | | | 9.9% | |
| 9. | RPS | 3,069 | 3,069 | | 100.0% | 0 | | | 0.0% | |
| 10. | Subsistence | 67,834 | 67,714 | | 99.8% | 120 | | | 0.2% | |
| 11. | VoO | 8,959 | 8,959 | | 100.0% | 0 | | | 0.0% | |
| 12. | VPD | 1,564 | 1,564 | | 100.0% | 0 | | | 0.0% | |
| 13. | **TOTAL** | **389,508** | **385,710** | | **99.0%** | **3,798** | | | **1.0%** | |
| | **B. Claims Reviewed to Later Notice** | | | | | | | | | |
| | **Claim Type** | **Initial or Preliminary Incompleteness Response** | | | **Follow-Up Incompleteness Responses** | | | **Requests for Reconsideration** | | |
| | | **Total Responses** | **Claims with Later Notice** | **Remaining Claims** | **Total Responses** | **Claims with Later Notice** | **Remaining Claims** | **Total Requests** | **Claims with Later Notice** | **Remaining Claims** |
| | | | | # / % | | | # / % | | | # / % |
| 1. | Seafood | 6,034 | 5,777 | 257 / 4.3% | 2,945 | 2,863 | 82 / 2.8% | 4,421 | 4,421 | 0 / 0.0% |
| 2. | IEL | 20,139 | 19,188 | 951 / 4.7% | 11,623 | 11,099 | 524 / 4.5% | 9,433 | 9,183 | 250 / 2.7% |
| 3. | IPV/FV | 116 | 113 | 3 / 2.6% | 47 | 47 | 0 / 0.0% | 57 | 57 | 0 / 0.0% |
| 4. | BEL | 59,951 | 57,972 | 1,979 / 3.3% | 34,563 | 33,495 | 1,068 / 3.1% | 25,928 | 25,273 | 655 / 2.5% |
| 5. | Start-Up BEL | 3,873 | 3,678 | 195 / 5.0% | 2,647 | 2,550 | 97 / 3.7% | 2,325 | 2,226 | 99 / 4.3% |

---

[4] The total claims received may continue to experience insignificant changes as the CAO continues to process outstanding claims.

| | Table 1. Throughput Analysis of Claims Filed and Notices Issued. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | B. Claims Reviewed to Later Notice | | | | | | | | | | |
| | Claim Type | Initial or Preliminary Incompleteness Response | | | | Follow-Up Incompleteness Responses | | | | Requests for Reconsideration | | |
| | | Total Responses | Claims with Later Notice | Remaining Claims # | Remaining Claims % | Total Responses | Claims with Later Notice | Remaining Claims # | Remaining Claims % | Total Requests | Claims with Later Notice | Remaining Claims # | Remaining Claims % |
| 6. | Failed BEL | 1,851 | 1,790 | 61 | 3.3% | 1,398 | 1,331 | 67 | 4.8% | 1,573 | 1,535 | 38 | 2.4% |
| 7. | Coastal RP | 6,358 | 6,295 | 63 | 1.0% | 1,911 | 1,904 | 7 | 0.4% | 2,400 | 2,400 | 0 | 0.0% |
| 8. | Wetlands RP | 1,243 | 1,113 | 130 | 10.5% | 304 | 285 | 19 | 6.3% | 2,223 | 2,086 | 137 | 6.2% |
| 9. | RPS | 371 | 370 | 1 | 0.3% | 139 | 139 | 0 | 0.0% | 266 | 266 | 0 | 0.0% |
| 10. | Subsistence | 21,766 | 21,006 | 760 | 3.5% | 12,019 | 11,810 | 209 | 1.7% | 16,793 | 13,943 | 2,850 | 17.0% |
| 11. | VoO | 1,009 | 997 | 12 | 1.2% | 447 | 436 | 11 | 2.5% | 691 | 690 | 1 | 0.1% |
| 12. | VPD | 822 | 796 | 26 | 3.2% | 393 | 383 | 10 | 2.5% | 317 | 317 | 0 | 0.0% |
| 13. | TOTAL | 123,533 | 119,095 | 4,438 | 3.6% | 68,436 | 66,342 | 2,094 | 3.1% | 66,427 | 62,397 | 4,030 | 6.1% |

2.  **Claimant Accounting Support Reviews.**

A special team handles Claimant Accounting Support (CAS) reviews. CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim has been determined to be payable and the Compensation Amount has been calculated, the CAS team reviews accounting invoices and CAS Sworn Written Statements submitted by the claimant. Table 2 includes information on the number of CAS reviews the CAO has completed to date, whether the Accounting Support documentation was complete, and the dollar amounts reimbursed for each Claim Type.

5

|     | | CAS Review Results | | | | Total CAS Review Results | | Total Offered CAS Dollar Amounts | |
|     | Claim Type | Complete | | Incomplete | | | | | |
|     | | Since Last Report | Total to Date | Since Last Report[5] | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date |
|---|---|---|---|---|---|---|---|---|---|
| 1. | BEL | 1,523 | 40,841 | 130 | 5,378 | 1,653 | 46,219 | $3,888,319.35 | $55,208,982.17 |
| 2. | IEL | 273 | 4,117 | 13 | 847 | 286 | 4,964 | $63,928.65 | $570,995.30 |
| 3. | Seafood | 0 | 3,986 | 0 | 879 | 0 | 4,865 | $0.00 | $1,651,418.31 |
| 4. | TOTAL | 1,796 | 48,944 | 143 | 7,104 | 1,939 | 56,048 | $3,952,248.00 | $57,431,395.78 |

Table 2. Claimant Accounting Support.

C. **Claim Notices and Payments.**

Tables 3 and 4 of the Public Report attached in Exhibit A provide detail on the notices and payments issued to date. As of March 31, 2017, the CAO has issued 170,805 Eligibility Notices to unique claims with Payment Offers totaling $11.5 billion. As of that date, the CAO has made payments on 162,391 claims totaling $10.2 billion.

D. **Re-Reviews, Reconsiderations, and Appeals.**

   1. **Re-Reviews and Outcomes.**

To date, there have been 215,570 Eligibility or Denial Notices issued from which claimants can or could seek Re-Review. Of those, the window to seek Re-Review has passed or Re-Review has been requested for 212,505. Of those, claimants have requested Re-Review of 36,093 claims. Thus, the rate of Re-Review from all final determinations is 17.0%. The rate of Re-Review from Eligibility Notices is 13.2%, while the rate of Re-Review from Denial Notices is 25.7%.

---

[5] Changes since the last report include the impact of claims previously deemed Incomplete during CAS Review that are no longer considered Incomplete after a subsequent review. Negative values may occasionally appear in this table, which may occur when a claim has gone through multiple CAS Reviews resulting in a change in the CAS Review result. For example, a claim's CAS Review may change from incomplete to complete when the claimant supplements his/her CAS Review with additional documentation to cure an incompleteness reason.

Table 3 summarizes the Re-Reviews the CAO has completed, the number of Post Re-Review Notices the CAO has issued, and whether the outcome of the Re-Review resulted in an award that was higher than ( ), lower than ( ), or the same as ( ) the outcome previously issued. The table also includes information on whether an original Exclusion Denial was confirmed or overturned on Re-Review.

| | Table 3. Re-Reviews. | | | | |
|---|---|---|---|---|---|
| | **A. Re-Review Requests and Reviews** | | | | |
| | **Claim Type** | **Requests Received To Date** | **Notice Issued or Claims Closed** | **Claims Remaining to Receive Notice or Claims Closed** | |
| | | | | **#** | **%** |
| 1. | Seafood | 935 | 935 | 0 | 0.0% |
| 2. | IEL | 1,515 | 1,461 | 54 | 3.6% |
| 3. | IPV/FV | 14 | 14 | 0 | 0.0% |
| 4. | BEL | 13,077 | 12,728 | 349 | 2.7% |
| 5. | Start-Up BEL | 1,182 | 1,110 | 72 | 6.1% |
| 6. | Failed BEL | 641 | 630 | 11 | 1.7% |
| 7. | Coastal RP | 1,268 | 1,268 | 0 | 0.0% |
| 8. | Wetlands RP | 4,362 | 4,221 | 141 | 3.2% |
| 9. | RPS | 135 | 135 | 0 | 0.0% |
| 10. | Subsistence | 12,840 | 9,616 | 3,224 | 25.1% |
| 11. | VoO | 70 | 70 | 0 | 0.0% |
| 12. | VPD | 54 | 54 | 0 | 0.0% |
| 13. | **TOTAL** | **36,093** | **32,242** | **3,851** | **10.7%** |
| | **B. Re-Review Notices Issued** | | | | |
| | | **Outcome of Re-Review Notice[6]** | | | |
| | **Claim Type** | **Compensation Amount for Eligible Claims** | | **Exclusions/Denials** | |
| | | | | **Confirmed** | **Overturned** |
| | | # | % | # | % | # | % | # | % | # | % |
| 1. | Seafood | 476 | 50.9% | 54 | 5.8% | 266 | 28.4% | 108 | 11.6% | 31 | 3.3% |
| 2. | IEL | 382 | 26.1% | 59 | 4.0% | 457 | 31.3% | 501 | 34.3% | 62 | 4.2% |
| 3. | IPV/FV | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 13 | 92.9% | 1 | 7.1% |
| 4. | BEL | 4,369 | 34.3% | 461 | 3.6% | 1,455 | 11.4% | 4,834 | 38.0% | 1,609 | 12.6% |
| 5. | Start-Up BEL | 119 | 10.7% | 12 | 1.1% | 42 | 3.8% | 736 | 66.3% | 201 | 18.1% |
| 6. | Failed BEL | 17 | 2.7% | 10 | 1.6% | 92 | 14.6% | 396 | 62.9% | 115 | 18.3% |

---

[6] Changes to the figures related to an outcome of a Re-Review Notice as compared to the previous outcome is a result of claims receiving a new Notice and subsequently requesting further Re-Review, which resulted in the removal of the claims associated with these new Re-Review requests from this Report.

| | | Table 3. Re-Reviews. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B. Re-Review Notices Issued | | | | | | | | |
| | Claim Type | Outcome of Re-Review Notice[7] | | | | | | | | |
| | | Compensation Amount for Eligible Claims | | | | | | Exclusions/Denials | | |
| | | | | | | | | Confirmed | | Overturned | |
| | | # | % | # | % | # | % | # | % | # | % |
| 7. | Coastal RP | 66 | 5.2% | 6 | 0.5% | 158 | 12.5% | 980 | 77.3% | 58 | 4.6% |
| 8. | Wetlands RP | 79 | 1.9% | 851 | 20.2% | 262 | 6.2% | 2,981 | 70.6% | 48 | 1.1% |
| 9. | RPS | 1 | 0.7% | 0 | 0.0% | 3 | 2.2% | 94 | 69.6% | 37 | 27.4% |
| 10. | Subsistence | 5,410 | 56.3% | 555 | 5.8% | 1,079 | 11.2% | 1,232 | 12.8% | 1,340 | 13.9% |
| 11. | VoO | 7 | 10.0% | 5 | 7.1% | 18 | 25.7% | 35 | 50.0% | 5 | 7.1% |
| 12. | VPD | 23 | 42.6% | 3 | 5.6% | 13 | 24.1% | 14 | 25.9% | 1 | 1.9% |
| 13. | TOTAL | 10,949 | 34.0% | 2,016 | 6.3% | 3,845 | 11.9% | 11,924 | 37.0% | 3,508 | 10.9% |

**2. Reconsideration Reviews and Outcomes.**

To date, there have been 384,413 Eligibility, Denial, or Incompleteness Denial Notices issued from which claimants can or could seek Reconsideration. Of those, the window to seek Reconsideration has passed or Reconsideration has been requested for 379,030. Of those, claimants have requested Reconsideration of 66,427 claims. Thus, the rate of Reconsideration from all final determinations is 17.5%. The rate of Reconsideration from Eligibility Notices is 6.2%, while the rate of Reconsideration from Denial or Incompleteness Denial Notices is 28.1%.

Table 4 summarizes the Reconsiderations the CAO has completed, the number of Post-Reconsideration Notices the CAO has issued, and whether the outcome of the Reconsideration review resulted in an award that was higher than ( ), lower than ( ), or the same as ( ) the outcome previously issued. The table also includes information on whether an original Exclusion Denial was confirmed or overturned on Reconsideration.

---

[7] Changes to the figures related to an outcome of a Re-Review Notice as compared to the previous outcome is a result of claims receiving a new Notice and subsequently requesting further Re-Review, which resulted in the removal of the claims associated with these new Re-Review requests from this Report.

### Table 4. Reconsideration.

#### A. Reconsideration Requests and Reviews

| | Claim Type | Requests Received To Date | Notice Issued or Claims Closed | Claims Remaining to Receive Notice or Claims Closed | |
|---|---|---|---|---|---|
| | | | | # | % |
| 1. | Seafood | 4,421 | 4,421 | 0 | 0.0% |
| 2. | IEL | 9,433 | 9,183 | 250 | 2.7% |
| 3. | IPV/FV | 57 | 57 | 0 | 0.0% |
| 4. | BEL | 25,928 | 25,273 | 655 | 2.5% |
| 5. | Start-Up BEL | 2,325 | 2,226 | 99 | 4.3% |
| 6. | Failed BEL | 1,573 | 1,535 | 38 | 2.4% |
| 7. | Coastal RP | 2,400 | 2,400 | 0 | 0.0% |
| 8. | Wetlands RP | 2,223 | 2,086 | 137 | 6.2% |
| 9. | RPS | 266 | 266 | 0 | 0.0% |
| 10. | Subsistence | 16,793 | 13,943 | 2,850 | 17.0% |
| 11. | VoO | 691 | 690 | 1 | 0.1% |
| 12. | VPD | 317 | 317 | 0 | 0.0% |
| 13. | TOTAL | **66,427** | **62,397** | **4,030** | **6.1%** |

#### B. Reconsideration Notices Issued

| | Claim Type | Outcome of Reconsideration Notice[8] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Compensation Amount for Eligible Claims | | | | | | Exclusions/Denials | | | |
| | | | | | | | | Confirmed | | Overturned | |
| | | # | % | # | % | # | % | # | % | # | % |
| 1. | Seafood | 813 | 18.4% | 181 | 4.1% | 569 | 12.9% | 2,250 | 50.9% | 608 | 13.8% |
| 2. | IEL | 248 | 2.7% | 84 | 0.9% | 681 | 7.4% | 5,862 | 63.8% | 2,308 | 25.1% |
| 3. | IPV/FV | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 55 | 96.5% | 2 | 3.5% |
| 4. | BEL | 1,176 | 4.7% | 279 | 1.1% | 1,532 | 6.1% | 12,311 | 48.7% | 9,975 | 39.5% |
| 5. | Start-Up BEL | 30 | 1.3% | 8 | 0.4% | 72 | 3.2% | 1,526 | 68.6% | 590 | 26.5% |
| 6. | Failed BEL | 8 | 0.5% | 17 | 1.1% | 98 | 6.4% | 1,153 | 75.1% | 259 | 16.9% |
| 7. | Coastal RP | 97 | 4.0% | 21 | 0.9% | 469 | 19.5% | 1,467 | 61.1% | 346 | 14.4% |
| 8. | Wetlands RP | 79 | 3.8% | 29 | 1.4% | 234 | 11.2% | 1,652 | 79.2% | 92 | 4.4% |
| 9. | RPS | 1 | 0.4% | 0 | 0.0% | 4 | 1.5% | 233 | 87.6% | 28 | 10.5% |
| 10. | Subsistence | 2,303 | 16.5% | 276 | 2.0% | 926 | 6.6% | 5,085 | 36.5% | 5,353 | 38.4% |
| 11. | VoO | 59 | 8.6% | 4 | 0.6% | 127 | 18.4% | 425 | 61.6% | 75 | 10.9% |
| 12 | VPD | 52 | 16.4% | 2 | 0.6% | 21 | 6.6% | 156 | 49.2% | 86 | 27.1% |
| 13. | TOTAL | **4,866** | **7.8%** | **901** | **1.4%** | **4,733** | **7.6%** | **32,175** | **51.6%** | **19,722** | **31.6%** |

---

[8] Changes to the figures related to outcomes of Reconsideration Notices as compared to the previous outcomes are a result of multiple claimants receiving new Notices and subsequently requesting further Reconsideration, which resulted in the removal of the claims associated with these new Reconsideration requests from this Report.

3. **Appeals.**

   (a) **BP Appeals.**

To date, the CAO has issued 43,655 Eligibility Notices that meet or exceed the threshold amount rendering them eligible for appeal by BP. Of those, BP has either filed an appeal or the deadline for BP to file an appeal has passed for 43,398 Notices. Of those 43,398 Notices, BP has filed 9,152 appeals, a 21.1% appeal rate. Table 5 provides summary information on the status of BP appeals.

| | Status | As of Last Report | Since Last Report | Total |
|---|---|---|---|---|
| **Table 5. Status of BP Appeals.** | | | | |
| **A. Appeal Filing/Resolution** | | | | |
| 1. | BP Appeals Filed | **8,444** | **708** | **9,152** |
| 2. | Resolved Appeals | **8,048** | **488** | **8,536** |
| (a). | Resolved by Panel Decision | 3,264 | 184 | 3,448 |
| (b). | Resolved by Parties | 1,541 | 107 | 1,648 |
| (c). | Remand to Claims Administrator | 344 | 37 | 381 |
| (d). | Discretionary Court Review Granted | 159 | 1 | 160 |
| (e). | Administratively Closed | 451 | 105 | 556 |
| (f). | Withdrawn | 506 | 3 | 509 |
| (g). | Inactive Under Reconsideration/Re-Review | 338 | 51 | 389 |
| (h). | Return for Review Under Policy 495 | 1,445 | 0 | 1,445 |
| **B. Pending Appeals** | | | | |
| 1. | In "Baseball" Process | | | 387 |
| 2. | Submitted to Panel | | | 185 |
| 3. | Under Discretionary Court Review | | | 44 |
| 4. | **TOTAL PENDING** | | | **616** |

   (b) **Claimant Appeals.**

Before a claimant may file an appeal, the claimant must request Reconsideration and receive a Post-Reconsideration Eligibility or Denial Notice. To date, the CAO has issued 25,046 Post-Reconsideration Eligibility and Denial Notices. Of those, the claimant has either filed an appeal or the deadline for the claimant to file an appeal has passed for 23,549 Notices. Of those 23,549 Notices, claimants have filed 5,935 appeals, a 25.2% appeal rate. Of the 5,935 claimant

appeals, 4,522 are appeals of Post-Reconsideration Denial Notices, while 1,413 are appeals of Post-Reconsideration Eligibility Notices. Table 6 provides summary information on the status of Claimant Appeals.

| | Table 6. Status of Claimant Appeals. | | | |
|---|---|---|---|---|
| | A. Appeal Filing/Resolution | | | |
| | Status | As of Last Report | Since Last Report | Total |
| 1. | **Claimant Appeals Filed** | **5,052** | **883** | **5,935** |
| 2. | **Resolved Appeals** | **4,032** | **753** | **4,785** |
| (a). | Resolved by Panel Decision | 2,622 | 459 | 3,081 |
| (b). | Resolved by Parties | 127 | 9 | 136 |
| (c). | Remand to Claims Administrator | 473 | 146 | 619 |
| (d). | Discretionary Court Review Granted | 275 | 14 | 289 |
| (e). | Administratively Closed | 212 | 105 | 317 |
| (f). | Withdrawn | 233 | 20 | 253 |
| (g). | Return for Review Under Policy 495 | 90 | 0 | 90 |
| | B. Pending Appeals | | | |
| 1. | In "Baseball" Process | 80 | | |
| 2. | In "Non-Baseball" Process | 443 | | |
| 3. | Submitted to Panel | 306 | | |
| 4. | Under Discretionary Court Review | 321 | | |
| 5. | **TOTAL PENDING** | **1,150** | | |

**(c) Resolved Appeals.**

As reported in the table below, 13,321 appeals have been resolved. Table 7 provides a summary of these resolved appeals by Claim Type. The comparison between the Post-Appeal Award Amount and the Award Amount within the original notice does not take into consideration the 5.0% increase in compensation that a claimant who prevails upon appeal receives.

| Claim Type | | Appeals Settled or Decided by Panel — Compensation Amount Following Appeal Compared to That of Original Notice | | | | | | DR Grant | Withdrawn | Admin. Closed | Inactive Under Recon./Re-Review | Return for Review Under Policy 495 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Higher | Lower | Same | Denial Upheld | Denial Overturned | Remand | | | | | | |
| 1. | Seafood | 90 | 23 | 185 | 64 | 10 | 27 | 6 | 55 | 45 | 9 | 0 | 514 |
| 2. | IEL | 27 | 77 | 155 | 138 | 19 | 72 | 9 | 19 | 42 | 8 | 0 | 566 |
| 3. | IPV/FV | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 4 |
| 4. | BEL | 140 | 1,816 | 3,053 | 1,240 | 197 | 561 | 421 | 487 | 722 | 356 | 1,535 | 10,528 |
| 5. | Coastal RP | 48 | 1 | 39 | 201 | 9 | 7 | 5 | 8 | 11 | 0 | 0 | 329 |
| 6. | Wetlands RP | 10 | 11 | 15 | 141 | 4 | 10 | 3 | 7 | 16 | 16 | 0 | 233 |
| 7. | RPS | 0 | 8 | 27 | 44 | 0 | 1 | 4 | 5 | 2 | 0 | 0 | 91 |
| 8. | Subsistence | 13 | 3 | 54 | 100 | 67 | 302 | 1 | 145 | 22 | 0 | 0 | 707 |
| 9. | VoO | 18 | 33 | 50 | 69 | 21 | 7 | 0 | 28 | 4 | 0 | 0 | 230 |
| 10. | VPD | 2 | 30 | 34 | 24 | 0 | 13 | 0 | 8 | 8 | 0 | 0 | 119 |
| 11. | **TOTAL** | **348** | **2,002** | **3,612** | **2,023** | **328** | **1,000** | **449** | **762** | **873** | **389** | **1,535** | **13,321** |

Table 7. Outcome After Appeal.

**(d) Incompleteness Appeals.**

The Appeal for Insufficient Documentation (Incompleteness Appeal) allows Economic Class Members to have their claims reviewed by a separate Documentation Reviewer when the CAO denies their claims because of insufficient documentation. The Documentation Reviewer reviews the claimant's documentation to determine whether the Settlement Program correctly denied the claim.

Before sending the claim to the Documentation Reviewer, the CAO reviews the appeal request along with any newly submitted documents. If the claimant has submitted the requested documentation and cured the incompleteness, the CAO issues the appropriate Notice. If the claimant still has not submitted the requested documentation, the CAO sends the claim to the Documentation Reviewer for review.

Before a claimant may file an appeal of an Incompleteness Denial, the claimant must request Reconsideration and receive a Post-Reconsideration Incompleteness Denial Notice. To date, the CAO has issued 15,083 Post-Reconsideration Incompleteness Denial Notices. Of those, the claimant's appeal deadline has passed or an appeal has been filed for 14,932 Notices. Of the 14,932 Notices eligible for appeal, 8,996 (60.2%) appeal requests have been filed. Table 8 provides summary information on the status of Incompleteness Appeals.

| | **Table 8. Incompleteness Appeals.** | | | |
|---|---|---|---|---|
| | **A. Incompleteness Appeal Filing/Resolution** | | | |
| | **Status** | **As of Last Report** | **Since Last Report** | **Total** |
| **1.** | **Incompleteness Appeals Filed** | **8,229** | **767** | **8,996** |
| **2.** | **Appeals Resolved** | **6,137** | **1,330** | **7,467** |
| (a). | Withdrawn/Closed Claims | 522 | 68 | 590 |
| (b). | Cured | 2,667 | 831 | 3,498 |
| (c). | Incompleteness Denial Affirmed | 2,427 | 337 | 2,764 |
| (d). | Incompleteness Denial Overturned | 521 | 94 | 615 |
| | **B. Pending Incompleteness Appeals** | | | |
| **3.** | **In Pre-Documentation Reviewer Process** | | 1,166 | |
| **4.** | **Currently Before Documentation Reviewer** | | 363 | |
| **5.** | **TOTAL PENDING** | | 1,529 | |

**(e) Fifth Circuit Appeals.**

As a result of decisions handed down by the United States Court of Appeals for the Fifth Circuit (the "Fifth Circuit") on May 8, 2015, the Parties now have the right to notice further appeals to the Fifth Circuit from rulings made by the District Court on discretionary review of individual claims. The CAO has finalized procedures with the District Court to implement and facilitate the Fifth Circuit's rulings since changes were required with respect to the docketing of discretionary review requests and rulings, and the creation of appeal records. Claimants primarily have taken appeals to the Fifth Circuit, which appeals are in various stages of the appellate process.

### E. Seafood Supplemental and Residual Distribution.

The Settlement Agreement calls for BP to finance a $2.3 billion Seafood Compensation Program Settlement Fund. The Settlement Agreement states that any balance available after the first distribution will be distributed to each claimant in proportion to the claimant's gross compensation, unless the Court-Appointed Seafood Neutrals recommend a different formula. The Court's Order (as originally issued on November 18, 2014, and as procedurally amended on June 16, 2016 to expedite the completion of the process) approved a partial Supplemental Distribution targeted at $500 million of the remaining undistributed portion of the aggregate $2.3 billion fund for the Seafood Compensation Program. Payments will be disbursed in multiple phases.

As of March 31, 2016, the Settlement Program has issued 5,111 Seafood Supplemental Distribution Round One Eligibility Notices for a total value of $504,928,302. The Seafood Supplemental Distribution Round One Notices are included in the report where appropriate. As of March 31, 2016, the Settlement Program has issued Supplemental Distribution Round One payments of $504,558,071 to 4,593 claimants.

On December 17, 2015, the Claims Administrator submitted a letter report and recommendations to the Court providing for a subsequent distribution ("Supplemental Distribution Round Two"), and thereafter a residual distribution. After the Court approved the Claims Administrator's report and recommendations on January 7, 2016, the Settlement Program began issuing Seafood Supplemental Round Two Eligibility Notices. As of March 31, 2016, the Settlement Program has issued 619 Seafood Supplemental Distribution Round Two Eligibility Notices for a total value of $33,909,597. The Seafood Supplemental Distribution Round Two Notices are included in the report where appropriate. As of March 31, 2016, the Settlement

Program has issued Supplemental Distribution Round Two payments of $33,553,532 to 544 claimants.

On October 4, 2016, the Claims Administrator began issuing Seafood Residual Distribution Notices allocating the remaining Seafood Compensation Program Settlement Fund. As of March 31, 2016, the Settlement Program has issued 5,502 Seafood Residual Distribution Notices for a total value of $521,626,754. The Seafood Residual Distribution Notices are included in the report where appropriate. As of March 31, 2016, the Settlement Program has issued Residual Distribution payments of $519,612,438 to 5,048 claimants.

## II. CONCLUSION

The Claims Administrator offers this Report to ensure that the Court is informed of the status of the Settlement Program to date. If the Court would find additional information helpful, the Claims Administrator stands ready to provide it at the Court's convenience.

/s/ Patrick Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2017.

                                                    /s/ Patrick Juneau
                                                    PATRICK A. JUNEAU
                                                    CLAIMS ADMINISTRATOR