U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 2 4 2017
             wP

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Memorandum **26**
April 20th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on April 20th, 2017.

TENDERED FOR FILING

APR 2 4 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

No. 16-6345

IN THE
## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

**Chief Justice John Roberts**
**Application for an extension of time within which to comply with the order of**
**November 28th, 2016 which expires on April 24th, 2017**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF**
**PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ*
*on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

TENDERED FOR FILING

APR 2 4 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Writ 16-6345

Chief Justice John Roberts

Application for an extension of time within which to comply with the order of November 28th, 2016
which expires on April 24th, 2017

The Department of Justice had me terminated from my positon with Oxford Industries/Tommy Bahama
on March 1st, 2017. I was making dinner when I received a phone call telling me that my position had
been eliminated and that I was no longer needed. There were open positions. The senior vice-president
of human resources informed me that I was rehirable and did so in writing. The DOJ has done everything
possible to deny me the ability to comply with the court's order.

The termination came at a time when I was almost able to pay the docketing fee and to absorb the
additional expenses of complying with the court's order.

This is an Extraordinary Writ with Wirt of Mandamus and Writ of Prohibition which means it is not about
me but about all Americans. I am asking for the extension of behalf of all Americans. The application
should be granted in the interest of justice.

**Within this application are pleadings that have been filed with the 5th Circuit Court of Appeals and a
package from the Supreme Court that makes absolutely no sense and in reality, denies all Americans
their Constitutional Rights.**

An application for Writ 16-6278 that was docketed with the 5th Circuit Court of Appeals is included
within this application. The application was addressed to Justice Clarence Thomas. Pleadings for
Supreme Court Writs 16-6278 and 16-6345, 5th Circuit Court of Appeals 16-30918 and letters to Judge
Kurt Engelhardt were included.

The incoherent letter from the Supreme Court is a copy of a letter sent to me on February 17th, 2017. I
received the letter and accompanying pleadings on April 12th, 2017. A copy of the envelope is included.
A copy of the docket(s) is provided that the shows the Writ(s) are still active. The pleading, letters and
documents that were returned were dated March 24th, 2017 and date time stamped by the Supreme
Court on April 3rd, 2017. Pleadings for Supreme Court Writs 16-6278 and 16-6345, 5th Circuit Court of
Appeals 16-30918 and letters to Judge Kurt Engelhardt were included. How could the court legally
return this package without docketing the pleadings?

Supreme Court Fifth Memorandum to save Mankind.

Signature and Certification of Service are on the last page.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                         16-30918
"Deepwater Horizon" in the Gulf                              3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Nineteen

Application for Extension addressed to Supreme Court Associate Justice Clarence Thomas.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. April 10th, 2017.

No. 16-6278

IN THE

## Supreme Court of the United States
_____

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants
_____

**Associate Justice Clarence Thomas**
**Application for an extension of time within which to comply with the order of**
**November 28th, 2016**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**
_____

*David Andrew Christenson files this Extraordinary Writ*
*on behalf of himself and the American People*
_____

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6278
April 10th, 2017

Associate Justice Clarence Thomas
Application for an extension of time within which to comply with the order of November 28th, 2016

This is a Writ of Mandamus and/or Prohibition and concerns the fate of all Americans and that includes you and your family. Denying America (me) an extension will seal Mankind's fate. Petitioner makes application for an extension in which to comply with the Court's order dated November 28th, 2016. Mankind should be granted this extension in the interest of Justice.

1. The Department of Justice has ensured that I am destitute and unable to financially comply with the order.

2. I am making progress on raising the funds to abide by the order.

3. There will be no harm to the Respondents.

Personal story with no scientific proof.

I work for Williams Sonoma in Destin Florida. The store sells Easter candy. Grandparents purchase the Easter candy for their grandchildren's Easter baskets. The quality of the candy is excellent.

At least 10 grandmothers over the last two weekends have asked for some type of gluten free, dairy free, sugar free and peanut free candy because their grandchildren have allergies and asthma. The candy cannot even be made in a factory with gluten, dairy, sugar and peanuts because of the dust. In many instances the Williams Sonoma ingredient labels discusses the manufacturing environment.

My wife and I were not blessed with children so I am very sensitive to them and their needs. It breaks my heart when little children come in and they can't try our samples because of their allergies and asthma.

Statistically this is a huge red flag. As a child do you remember food allergies or asthma, I don't?

We have become "Bubble People".

The following is a perfect example of Federal Desensitizing Propaganda. There is no test to determine if men have the HPV virus and yet the title of the article states that almost half of us have the HPV virus.

HPV and Genetic Testing

We must embrace the Katrina Anti-Social Norm and the only way to do that is to provide complete, accurate and honest disclosures about what happened during Hurricane Katrina and the BP Oil Spill. No one escapes and there is no recovery. We must develop strong immune system(s) to fight off the

diseases. We are vaccinating everyone for everything and in the process, we are destroying our immune system(s). Think about the cost to society and our government. Selective breeding. When you get tested, you test your children and grandchildren. Please read the following two articles. As you read the articles please remember: Genetic mutations are a product of human existence. They occur natural and allow us, as a species, to survive. (In simple terms, we are destroying a species to save a fraction of that species.) We already have an infinite number of diseases. Cancer, heart disease, Alzheimer's, pneumonia, etc. succeed because we have destroyed our immune system(s). Our immune system(s) is specifically designed to fight these mutations. There are an infinite number of mutations. There are also an infinite number of viruses, bacteria, fungi, etc. The epic problem is that man has interjected mutations with the result being the destruction of our immune system. We are turning ourselves into "Bubble People". The cost to save "Bubble People" is infinite. The release of the Katrina Virus has accelerated the demise of Mankind. Odd question. Do you know anyone who has HPV or who has died from it?

Close to Half of American Adults Infected With HPV, Survey Finds
By NICHOLAS BAKALARAPRIL 6, 2017
https://www.nytimes.com/2017/04/06/health/hpv-virus-survey-united-states.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766&_r=0
**More than 42 percent of Americans between the ages of 18 and 59 are infected with genital human papillomavirus,** according to the first survey to look at the prevalence of the virus in the adult population.
The report, published on Thursday by the National Center for Health Statistics, found that certain high-risk strains of the virus infected 25.1 percent of men and 20.4 percent of women. These strains account for approximately 31,000 cases of cancer each year, other studies have shown.
**Two vaccines** are effective in preventing sexually transmitted HPV infection, and researchers said the new data lend urgency to the drive to have adolescents vaccinated.

**Over 90 percent of HPV infections are cleared by the body within two years.**

## Indeed, there is no HPV test for men at all. (A test for women is sometimes used in conjunction with a Pap screen for cervical cancer.)

F.D.A. Will Allow 23andMe to Sell Genetic Tests for Disease Risk to Consumers
By GINA KOLATAAPRIL 6, 2017
https://www.nytimes.com/2017/04/06/health/fda-genetic-tests-23andme.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766
For the first time, the Food and Drug Administration said it would allow a company to sell genetic tests for disease risk directly to consumers, providing people with information about the likelihood that they could develop various conditions, including Parkinson's and Alzheimer's.

Judge Kurt Engelhardt,
April 10th, 2017

Letter Nine.

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
"Deepwater Horizon" in the Gulf           SECTION: J
of Mexico, on April 20, 2010              JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                 MAGISTRATE SHUSHAN

Memorandum **25**
April 7th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on April 10th, 2017.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

Jeffrey Bossert Clark Counsel of Record

BP Exploration & Production Inc., BP America Production Co., and BP plc.

Kirkland & Ellis LLP

655 Fifteenth Street, N.W.

Suite 1200

Washington, DC  20005

jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Judge Kurt Engelhardt,
April 20th, 2017

Letter Eleven.

Please see attachment.


Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                          16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Twenty

This memorandum is being filed so that the 5th Circuit Justices are informed.

Application for Extension addressed to Supreme Court Chief Justice John Roberts.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. April 20th, 2017.



# SUPREME COURT
## OF THE UNITED STATES

Visiting the Court | Touring the Building | Exhibitions

Search: ● All Documents   Docket        **Advanced Search**

Enter Search Text:[                    ]      Search | Help

Home | Search Results

No. 16-6278
Title:                In Re David Andrew Christenson, Petitioner
                     v.

Docketed:            October 4, 2016
Linked with 16A896

~~~~Date~~~~   ~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~~
Sep 7 2016   Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 3, 2016)
Oct 17 2016  Waiver of right of respondents BP Exploration & Production Inc., BP America Production Co., & BP plc. to respond filed.
Oct 27 2016  Waiver of right of respondent Federal Respondent to respond filed.
Nov 8 2016   DISTRIBUTED for Conference of November 22, 2016.
Nov 28 2016  The motion of petitioner for leave to proceed in forma pauperis is denied. Petitioner is allowed until December 19, 2016, within which to pay the docketing
             fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.
Dec 7 2016   Motion for reconsideration of order denying leave to proceed in forma pauperis filed by petitioner.
Dec 10 2016  Application (16A896) for an extension of time within which to comply with the order of November 28, 2016, submitted to Justice Thomas.
Dec 14 2016  Motion DISTRIBUTED for Conference of January 6, 2017.
Jan 9 2017   Motion for reconsideration of order denying leave to proceed in forma pauperis filed by petitioner DENIED.
Mar 15 2017  Application (16A896) granted by Justice Thomas extending the time to file until April 14, 2017.


~~~Name~~~~~~~~~~~~~~~~~~~~~~~               ~~~~~~~~Address~~~~~~~~~~~~~~~~~~~               ~~~Phone~~~~
**Attorneys for Petitioner:**
David Andrew Christenson                     P.O. Box 9063                                  **(504) 715-3086**
                                             Miramar Beach, FL  32550
                                             davidandrewchristenson@hotmail.com

Party name:
**Attorneys for Respondent:**
Jeffrey Bossert Clark                        Kirkland & Ellis LLP                           **(202) 879-5900**
   Counsel of Record                         655 Fifteenth Street, N.W.
                                             Suite 1200
                                             Washington, DC  20005
                                             jeffrey.clark@kirkland.com
Party name: BP Exploration & Production Inc., BP America Production Co., & BP plc.


Jeffrey B. Wall                              Acting Solicitor General                       **(202) 514-2217**
   Counsel of Record                         United States Department of Justice
                                             950 Pennsylvania Avenue, N.W.
                                             Washington, DC  20530-0001



## SUPREME COURT
# OF THE UNITED STATES

Visiting the Court | Touring the Building | Exhibitions

Search:  ● All Documents ○ Docket        **Advanced Search**

Enter Search Text: [          ]        [ Search ] [ Help ]

Home | Search Results

**No. 16-6345**
**Title:**            In Re David Andrew Christenson, Petitioner
                     v.
**Docketed:**         October 6, 2016
**Linked with 16A612**

~~~Date~~~  ~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~

Sep 7 2016   Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 7, 2016)

Nov 7 2016   Waiver of right of respondent Federal Respondent to respond filed.

Nov 16 2016  DISTRIBUTED for Conference of December 2, 2016.

Dec 5 2016   The motion of petitioner for leave to proceed in forma pauperis is denied. Petitioner is allowed until December 27, 2016, within which to pay the docketing
             fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Dec 12 2016  Motion for reconsideration of order denying leave to proceed in forma pauperis filed by petitioner.

Dec 12 2016  Application (16A612) for an extension of time within which to comply with the order of December 5, 2016, submitted to The Chief Justice.

Dec 21 2016  Motion DISTRIBUTED for Conference of January 6, 2017.

Dec 23 2016  Application (16A612) granted by The Chief Justice extending the time to file until February 24, 2017.

Jan 9 2017   Motion for reconsideration of order denying leave to proceed in forma pauperis filed by petitioner DENIED.

Feb 9 2017   Application (16A612) for a further extension of time within which to comply with the order of December 5, 2016, submitted to The Chief Justice.

Mar 21 2017  Application (16A612) granted by The Chief Justice extending the time to file until April 25, 2017. No further extensions will be granted.


~~~Name~~~~~~~~~~~~~~~~~~~~~~~        ~~~~~~~~~Address~~~~~~~~~~~~~~~        ~~~Phone~~~~
**Attorneys for Petitioner:**
David Andrew Christenson             P.O. Box 9063                        (504) 715-3086
                                     Miramar Beach, FL  32550
                                     davidandrewchristenson@hotmail.com

Party name:
**Attorneys for Respondent:**
Jeffrey B. Wall                      Acting Solicitor General             (202) 514-2217
   Counsel of Record                 United States Department of Justice
                                     950 Pennsylvania Avenue, N.W.
                                     Washington, DC  20530-0001
                                     SupremeCtBriefs@USDOJ.gov

Party name: Federal Respondent


April 15, 2017 | Version 2014.2

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

February 17, 2017

David Christenson
P.O. Box 9063
Miramar Beach, FL 32550

    RE: In Re David Andrew Christenson
      No: 16-6278

Dear Mr. Christenson:

    The papers pertaining to the above-entitled petition for a writ of mandamus and/or prohibition, received February 16, 2017, are herewith returned.

    The Court denied leave to proceed in forma pauperis and allowed until December 19, 2016 within which to pay the docket fee and submit a petition in compliance with Rule 33.1 of the Rules of this Court.  As you have not complied with the Court's order within the time allowed, please be advised that the case will be considered closed.

                    Sincerely,
                    Scott S. Harris, Clerk
                    By:

                    Jeffrey Atkins
                    (202) 479-3263

Enclosures

1 of 2
Different

No. 16-6278

↑

IN THE
# Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

**Second Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6278

## Second Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 24th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jjeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                        16-30918
"Deepwater Horizon" in the Gulf                                3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Fifteen

May you and your family rest in peace. Your children and grandchildren will see unconscionable horrors as the human race becomes extinct by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty.

They will see wars, famine, pestilence, epidemics, pandemics, cannibalism, eugenics, euthanasia, etc. They will see fathers murdering their own children. The world will burn. What do you think will happen to the old and infirmed? We do not have the money and we never will. Do the math. We are 20 trillion dollars in debt today and by 2050 that number will be 150 trillion dollars. Only World War III can save our economy. It is a double or nothing war. The winner takes all or nothing.

The following article is true Federal Desensitizing Propaganda but if you look you can see the truth.

Why do they not mention Alzheimer's which is the sixth leading cause of death in the US? There are respectable organizations that list Alzheimer's as the third leading cause of death in the US. What about Pneumonia and Influenza deaths?

FACT: They are inferring a conclusion or cause without evidence.

The cause is immunizations/vaccinations that have destroyed our immune system(s) and yet they don't discuss that. American white people receive more immunizations/vaccinations than any other demographic group in the US or world. 99% of the immigrants that come to the US are past the point of receiving the standard immunizations/vaccinations.

FACT: The conclusion or cause is the destruction of our immune system(s). Alzheimer's, Suicide, Pneumonia, Influenza, etc. can be staved off with a strong immune system(s). Even addiction can be staved off.

We have committed suicide by voluntarily destroying our own immune system(s).

Currently we live with the Katrina Social Norm. Censorship is a key component as is Sunarcissism.

"A Sunarcissist is a narcissist who chooses suicide over honor." When we had strong immune system(s), survival was our number one instinct. Now how we die is a default choice and part of our social fabric.

We have chosen to do nothing. Our leaders have chosen to censor those of us who are fighting to save Mankind.

We need to embrace the "Katrina Anti-Social Norm". I have filed multiple Mandamus and Prohibition Writs with the Supreme Court of the United States. I want the Supreme Court to order the Federal Government to tell the truth and to stop lying. Mankind cannot save itself without the truth.

Please see the light and help to save Mankind. What happens here will spread to the rest of the world.

**The data given to the economists already had a predetermined conclusion. The Federal Government paid for the study but needed a stamp of approval from a credible source. What better source than two Noble Prize winning economists.**

Death Rates Rise for Wide Swath of White Adults, Study Finds
Increases in 'deaths of despair'—from drugs, alcohol-related liver diseases and suicide
By BETSY MCKAY
Updated March 23, 2017 12:41 a.m. ET
https://www.wsj.com/articles/death-rates-rise-for-wide-swath-of-white-adults-1490240740
In 2015, two Princeton University economists published a landmark paper showing that mortality was rising for white middle-aged Americans after decades of decline, a startling development for an economically advanced nation.
Now a new analysis from the same pair, released Thursday by the Brookings Institution, paints an even bleaker picture of the nation's largest-population group.
Mortality has been rising since the turn of this century for an even broader swath of white adults, starting at age 25, the researchers found, driven by troubles in a hard-hit working class. Death rates for white non-Hispanics with a high-school education or less now exceed those of blacks overall, the pair said—and they're 30% higher for whites age 50 to 54 than for blacks overall of that age.
Blacks have long had a much higher death rate than whites, but that rate has dropped steeply since the beginning of this century, while the rate for whites has crept up.
Driving the uptick are increases in "deaths of despair"—from drugs, alcohol-related liver diseases and suicide, as well as a slowdown in progress against death in middle age from heart disease and cancer, the nation's biggest killers, wrote Anne Case and Nobel Prize-winning economist Angus Deaton, her husband. The pair examined more than 15 data sets, including government health statistics, death certificates and various economic indicators.
The analysis paints a portrait of a gradual "collapse of the white, high-school-educated working class after its heyday in the early 1970s," whose health, mental well-being, and attachment to the labor force have become successively worse for people born after 1945, they said.
The opioid epidemic has only heightened a trend that was already under way before those drugs hit the market, they said.
**By contrast, Ms. Case and Mr. Deaton noted, the mortality rate has continued to decline this century for whites with a college degree, albeit more slowly than before.**
The increase in mortality rate for working-class whites can't be explained by declining income prospects alone. Blacks and Hispanics face many of the same income struggles but have experienced declines in mortality over the same period, the two economists argued, though their findings reveal more recent

troubles for blacks, with gains stagnating the past couple of years amid an increase in drug overdoses and stalling progress against heart disease.

"This doesn't seem to be about current income," Ms. Case said in a call with reporters. "It seems to be about accumulating despair."

The rising mortality of working-class white adults appears to be rooted both in worse job opportunities and increasing social dysfunction, following generations of relatively stable lives that involved job advancement and an expectation of living better than one's parents, the researchers said.

Wages aren't rising with age now as much as they once did for high-school-educated white men, Ms. Case said, suggesting that the composition of jobs available to them has changed and that there is less upward mobility.

"The company man job has gone away for working-class people," Mr. Deaton said.

Those changes have come along with trends such as a decline in marriage, more temporary relationships and children out of wedlock, and a rise in social isolation that have made life less stable, they said. Taken together, these changes in life may be leading to physical and mental-health problems, they said, calling their hypothesis "preliminary but plausible" with more research needed on several fronts.

The work deepens a growing body of academic and government research into the possible causes of rising mortality rates among whites, whose ills among the working class are reshaping the nation's social, political and economic landscape. Non-Hispanic whites make up 62% of the U.S. population, and their rising mortality rates helped to push overall U.S. life expectancy down slightly in 2015, to 78.8 years.

**"For many Americans, America is starting to fail as a country," said James Smith, chair in labor markets and demographic research at the Rand Corp., who wasn't involved in the paper and said he was struck that mortality rates are rising for young working-class adults. "The bad things that are going on in America do not appear to be going on in Western European countries, and that's a big deal."**

**The phenomenon is occurring all across the country, both in urban and rural areas, Ms. Case and Mr. Deaton wrote. And the ills are so deep and complex that it could take many years and many changes in policy to reverse.**

**"As these people move into old age, they're going to be sick, and that has disastrous consequences for Medicare and Social Security policy," Mr. Deaton said.**

Write to Betsy McKay at betsy.mckay@wsj.com

Appeared in the Mar. 23, 2017, print edition as 'Whites' Mortality Rate Worse Than Thought.'

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. March 24th, 2017.

Judge Kurt Engelhardt,
March 24th, 2017

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

No. 16-6345

IN THE

## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

**Second Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6345

## Second Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 24th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

No. 16-6278

IN THE

# Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff
v.
United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

**Second Memorandum to save Mankind**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6278

## Second Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.


Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmaii.com

CERTIFICATE OF SERVICE
I hereby certify that on March 24th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson



No. 16-6345

IN THE

# 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘

David Andrew Christenson
Petitioner/Plaintiff

v.

United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

## Second Memorandum to save Mankind

### (EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*



RECEIVED
APR 3 . 2017
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Writ 16-6345

## Second Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.


Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on March 24th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@Kirkland.com, (202) 879-5900

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                         16-30918
"Deepwater Horizon" in the Gulf                                 3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Fifteen

May you and your family rest in peace. Your children and grandchildren will see unconscionable horrors
as the human race becomes extinct by October 12th, 2050. This is not a prophecy or prediction but a
mathematical certainty.

They will see wars, famine, pestilence, epidemics, pandemics, cannibalism, eugenics, euthanasia, etc.
They will see fathers murdering their own children. The world will burn. What do you think will happen
to the old and infirmed? We do not have the money and we never will. Do the math. We are 20 trillion
dollars in debt today and by 2050 that number will be 150 trillion dollars. Only World War III can save
our economy. It is a double or nothing war. The winner takes all or nothing.

The following article is true Federal Desensitizing Propaganda but if you look you can see the truth.

Why do they not mention Alzheimer's which is the sixth leading cause of death in the US? There are
respectable organizations that list Alzheimer's as the third leading cause of death in the US. What about
Pneumonia and Influenza deaths?

FACT: They are inferring a conclusion or cause without evidence.

The cause is immunizations/vaccinations that have destroyed our immune system(s) and yet they don't
discuss that. American white people receive more immunizations/vaccinations than any other
demographic group in the US or world. 99% of the immigrants that come to the US are past the point of
receiving the standard immunizations/vaccinations.

FACT: The conclusion or cause is the destruction of our immune system(s). Alzheimer's, Suicide,
Pneumonia, Influenza, etc. can be staved off with a strong immune system(s). Even addiction can be
staved off.

We have committed suicide by voluntarily destroying our own immune system(s).

Currently we live with the Katrina Social Norm. Censorship is a key component as is Sunarcissism.

"A Sunarcissist is a narcissist who chooses suicide over honor." When we had strong immune system(s),
survival was our number one instinct. Now how we die is a default choice and part of our social fabric.

We have chosen to do nothing. Our leaders have chosen to censor those of us who are fighting to save Mankind.

We need to embrace the "Katrina Anti-Social Norm". I have filed multiple Mandamus and Prohibition Writs with the Supreme Court of the United States. I want the Supreme Court to order the Federal Government to tell the truth and to stop lying. Mankind cannot save itself without the truth.

Please see the light and help to save Mankind. What happens here will spread to the rest of the world.

**The data given to the economists already had a predetermined conclusion. The Federal Government paid for the study but needed a stamp of approval from a credible source. What better source than two Noble Prize winning economists.**

Death Rates Rise for Wide Swath of White Adults, Study Finds
Increases in 'deaths of despair'—from drugs, alcohol-related liver diseases and suicide
By BETSY MCKAY
Updated March 23, 2017 12:41 a.m. ET
https://www.wsj.com/articles/death-rates-rise-for-wide-swath-of-white-adults-1490240740
In 2015, two Princeton University economists published a landmark paper showing that mortality was rising for white middle-aged Americans after decades of decline, a startling development for an economically advanced nation.
Now a new analysis from the same pair, released Thursday by the Brookings Institution, paints an even bleaker picture of the nation's largest-population group.
Mortality has been rising since the turn of this century for an even broader swath of white adults, starting at age 25, the researchers found, driven by troubles in a hard-hit working class. Death rates for white non-Hispanics with a high-school education or less now exceed those of blacks overall, the pair said—and they're 30% higher for whites age 50 to 54 than for blacks overall of that age.
Blacks have long had a much higher death rate than whites, but that rate has dropped steeply since the beginning of this century, while the rate for whites has crept up.
Driving the uptick are increases in "deaths of despair"—from drugs, alcohol-related liver diseases and suicide, as well as a slowdown in progress against death in middle age from heart disease and cancer, the nation's biggest killers, wrote Anne Case and Nobel Prize-winning economist Angus Deaton, her husband. The pair examined more than 15 data sets, including government health statistics, death certificates and various economic indicators.
The analysis paints a portrait of a gradual "collapse of the white, high-school-educated working class after its heyday in the early 1970s," whose health, mental well-being, and attachment to the labor force have become successively worse for people born after 1945, they said.
The opioid epidemic has only heightened a trend that already under way before those drugs hit the market, they said.
**By contrast, Ms. Case and Mr. Deaton noted, the mortality rate has continued to decline this century for whites with a college degree, albeit more slowly than before.**
The increase in mortality rate for working-class whites can't be explained by declining income prospects alone. Blacks and Hispanics face many of the same income struggles but have experienced declines in mortality over the same period, the two economists argued, though their findings reveal more recent

troubles for blacks, with gains stagnating the past couple of years amid an increase in drug overdoses and stalling progress against heart disease.

"This doesn't seem to be about current income," Ms. Case said in a call with reporters. "It seems to be about accumulating despair."

The rising mortality of working-class white adults appears to be rooted both in worse job opportunities and increasing social dysfunction, following generations of relatively stable lives that involved job advancement and an expectation of living better than one's parents, the researchers said.

Wages aren't rising with age now as much as they once did for high-school-educated white men, Ms. Case said, suggesting that the composition of jobs available to them has changed and that there is less upward mobility.

"The company man job has gone away for working-class people," Mr. Deaton said.

Those changes have come along with trends such as a decline in marriage, more temporary relationships and children out of wedlock, and a rise in social isolation that have made life less stable, they said. Taken together, these changes in life may be leading to physical and mental-health problems, they said, calling their hypothesis "preliminary but plausible" with more research needed on several fronts.

The work deepens a growing body of academic and government research into the possible causes of rising mortality rates among whites, whose ills among the working class are reshaping the nation's social, political and economic landscape. Non-Hispanic whites make up 62% of the U.S. population, and their rising mortality rates helped to push overall U.S. life expectancy down slightly in 2015, to 78.8 years.

**"For many Americans, America is starting to fail as a country," said James Smith, chair in labor markets and demographic research at the Rand Corp., who wasn't involved in the paper and said he was struck that mortality rates are rising for young working-class adults. "The bad things that are going on in America do not appear to be going on in Western European countries, and that's a big deal."**

**The phenomenon is occurring all across the country, both in urban and rural areas, Ms. Case and Mr. Deaton wrote. And the ills are so deep and complex that it could take many years and many changes in policy to reverse.**

**"As these people move into old age, they're going to be sick, and that has disastrous consequences for Medicare and Social Security policy," Mr. Deaton said.**

Write to Betsy McKay at betsy.mckay@wsj.com

Appeared in the Mar. 23, 2017, print edition as 'Whites' Mortality Rate Worse Than Thought.'

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. March 24th, 2017.

Judge Kurt Engelhardt,
March 24th, 2017

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

No. 16-6345

---

In The
## Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff

v.

United States of America
President Barack Obama, et. al.,
The Orvis Company, Inc.
Respondent/Defendants

---

### Fifth Memorandum to save Mankind

### (EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)

---

*David Andrew Christenson files this Extraordinary Writ
on behalf of himself and the American People*

---

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Writ 16-6345

## Fifth Memorandum to save Mankind

I beg the court to save Mankind. Please review attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 7th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217
Jeffrey Bossert Clark Counsel of Record
BP Exploration & Production Inc., BP America Production Co., and BP plc.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson



UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Memorandum Eighteen
HPV and Genetic Testing

We must embrace the Katrina Anti-Social Norm and the only way to do that is to provide complete, accurate and honest disclosures about what happened during Hurricane Katrina and the BP Oil Spill.

No one escapes and there is no recovery. We must develop strong immune system(s) to fight off the diseases.

We are vaccinating everyone for everything and in the process, we are destroying our immune system(s).

Think about the cost to society and our government.

Selective breeding.

When you get tested, you test your children and grandchildren.

Please read the following two articles. As you read the articles please remember:

Genetic mutations are a product of human existence. They occur natural and allow us, as a species, to survive. (In simple terms, we are destroying a species to save a fraction of that species.) We already have an infinite number of diseases. Cancer, heart disease, Alzheimer's, pneumonia, etc. succeed because we have destroyed our immune system(s).

Our immune system(s) is specifically designed to fight these mutations. There are an infinite number of mutations. There are also an infinite number of viruses, bacteria, fungi, etc.

The epic problem is that man has interjected mutations with the result being the destruction of our immune system. We are turning ourselves into "Bubble People". The cost to save "Bubble People" is infinite.

The release of the Katrina Virus has accelerated the demise of Mankind.

Odd question: Do you know anyone who has HPV or who has died from it?

Close to Half of American Adults Infected With HPV, Survey Finds

By NICHOLAS BAKALARAPRIL 6, 2017

https://www.nytimes.com/2017/04/06/health/hpv-virus-survey-united-states.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766&_r=0

**More than 42 percent of Americans between the ages of 18 and 59 are infected with genital human papillomavirus**, according to the first survey to look at the prevalence of the virus in the adult population.

The report, published on Thursday by the National Center for Health Statistics, found that certain high-risk strains of the virus infected 25.1 percent of men and 20.4 percent of women. These strains account for approximately 31,000 cases of cancer each year, other studies have shown.

**Two vaccines** are effective in preventing sexually transmitted HPV infection, and researchers said the new data lend urgency to the drive to have adolescents vaccinated.

**Over 90 percent of HPV infections are cleared by the body within two years.**

**Indeed, there is no HPV test for men at all.** (A test for women is sometimes used in conjunction with a Pap screen for cervical cancer.)

F.D.A. Will Allow 23andMe to Sell Genetic Tests for Disease Risk to Consumers

By GINA KOLATAAPRIL 6, 2017

https://www.nytimes.com/2017/04/06/health/fda-genetic-tests-23andme.html?emc=edit_th_20170407&nl=todaysheadlines&nlid=77044766

For the first time, the Food and Drug Administration said it would allow a company to sell genetic tests for disease risk directly to consumers, providing people with information about the likelihood that they could develop various conditions, including Parkinson's and Alzheimer's.

Godspeed.
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. April 7th, 2017.

U. S. COURT OF APPEALS
RECEIVED
APR 10 2017
FIFTH CIRCUIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          MDL No. 2179
"Deepwater Horizon" in the Gulf                          SECTION: J
of Mexico, on April 20, 2010                             JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                MAGISTRATE SHUSHAN

Memorandum 24
April 7th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on April 7th, 2017.



Christ Johnson
Box 9063
Mia Amar DEAtt, FL
3a550

Clerk
5th
606 S. Maestri Place
New Orleans, LA
70130-3408

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE                                                     TEL. 504-310-7700
CLERK                                                            600 S. MAESTRI PLACE
                                                                 NEW ORLEANS, LA 70130

April 18, 2017

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

         No. 16-30918    In Re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-970

Dear Mr. Christenson,

We are in receipt of your Supplemental Memorandum Eighteen.  We
are taking no action on this document, since we are unable to
determine what relief you are seeking.

We are also in receipt of your letter of April 7, 2017 with
Extraordinary Writ and Writ of Mandamus and Writ of Prohibition
addressed to the Supreme Court of the United States attached.
The document should be sent to the U. S. Supreme Court.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Mary Stewart*

                         By: _____
                         Mary C. Stewart, Deputy Clerk
                         504-310-7694

Enclosure(s)

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 20th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Ian Heath Gershengorn

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC 20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

Jeffrey Bossert Clark Counsel of Record

BP Exploration & Production Inc., BP America Production Co., and BP plc.

Kirkland & Ellis LLP

655 Fifteenth Street, N.W.

Suite 1200

Washington, DC 20005

jeffrey.clark@kirkland.com, (202) 879-5900

David Andrew Christenson

Christenson
Box 9063
Mira Rinkle Beach, FL.

32.50

Fed. Court
EOLA
500 Poydras St
New Orleans, LA

70130



1000

70130





U.S. POSTAGE
MIRAMAR BEACH, FL
32550
APR
AMOUNT

$2.45

R2300S1035537-10