**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:**    **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**  **SECTION "J"** |
| **This Document Relates To:**   *No. 15-4143, 15-4146 & 15-4654* | **Judge Barbier**  **Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

| REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATORS | | | |
|---|---|---|---|
| **STATUS REPORT NO.** | **6** | **DATE** | **May 1, 2017** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:**   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Document Relates To:**<br>*No. 15-4143, 15-4146 & 15-4654* | **MDL 2179**<br><br>**SECTION "J"**<br><br>**Judge Barbier**<br>**Chief Magistrate Judge Joseph C. Wilkinson, Jr.** |

# JOINT STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATORS STATUS REPORT NO. 6 FILED MAY 1, 2017

The Old and New Class Claims Administrators for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Settlement Agreements) submit this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

## I. STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS

### A. Overview

**Old Class**

At this time the DHEPDS Settlement Program is engaged in continued efforts to complete processing determinations for the remaining population of DHEPDS claims, as reported to the Court during the February 17, 2017 Status Hearing. Once all DHEPDS claims are determined, including any rights to request re-review, reconsideration, appeal under Section

6 of the DHEPDS Settlement Agreement, discretionary Court review, or appeal to the United States Fifth Circuit Court of Appeals, the Old Class distribution pro rata can be established.

**New Class**

The deadline to appeal the Court's Final Approval of the Settlements passed in March 2017, without an appeal to the United States Fifth Circuit Court of Appeals. The New Class Claims Administrator continues to be focused on processing claims and reviewing supporting documentation to make initial determinations regarding validity and eligibility.

### B. <u>Claims Process</u>

**Old Class**

Currently it is anticipated that the DHEPDS determinations will be complete in the latter part of 2017, barring any unforeseen circumstances, at which point the HESI/Transocean distribution preparations will begin as no additional action on the part of Class Members is required to participate in the Old Class distribution.

**New Class**

Stage 2 of substantive claims processing and review of supporting documentation to determine the validity of New Class claims remains in process.

New claims are reviewed by claim type. The first claims to be reviewed were Wetlands Real Property claims. The approximately 157 Wetlands Real Property Claims contained claims for over 3,000 parcels that are being verified for zone eligibility at this time. The approximately 808 Costal Real Property claims received are currently in process.

Consistent with the estimates provided in the previous status report filed with this Court, the New Class Claims Administrator anticipates that New Class claims review, determination, and the internal Settlements Program review process will be complete in late fall 2017.

3

### C. Determinations and Distribution

The estimates provided at the Fairness Hearing and in Status Report No. 5 filed with the Court on February 1, 2017, and discussed at the Status Hearing on February 17, 2017, on behalf of the Old and New Class Administrators remain unchanged.

**Old Class**

The Old Class Distribution is likely to occur 2-3 months following the closure of the DHEPDS Program without further action by the class members.

**New Class**

The New Class Claims Administrator anticipates deficiency and no loss determination letters related to Claim Forms filed by the December 15, 2016 filing deadline (the "New Claims") will begin mailing on a rolling basis in May 2017. New Claim determination letters for individuals and entities with a loss will begin mailing as early as July 2017.

All determinations will be subject to an appeal to the New Class Claims Administrator, which will result in a re-review of claim and all supplemental documentation provided. A written Appeal Determination notice will be sent with the outcome of the re-review, and the claimant will be afforded the opportunity to request Court Review at that time, if desired.

For those claims with HESI/Transocean determination values being calculated based on existing DHEPDS data ("Existing Claims"), it is anticipated that the process of transmitting the DHEPDS data set for the relevant claim types, reviewing for accuracy, issuing notifications to individuals, entities, and/or counsel, allowing for internal and potentially Court Review appeal of the ultimate base compensation determinations, establishing the final *pro rata* distribution for each claim category, and issuing payments will require no less than 4-6 months after completion of the DHEPDS determinations in fall 2017 in order to complete the tasks necessary to effect distribution.

## II.     CONCLUSION

The Old and New Class Claims Administrators respectfully submit this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information the New Class Claims Administrator is prepared to provide further details at the Court's request.

                                                  /s/ Patrick A. Juneau
                                                  PATRICK A. JUNEAU
                                                  OLD CLASS CLAIMS ADMINISTRATOR

                                                /s/ Michael J. Juneau
                                                MICHAEL J. JUNEAU
                                                NEW CLASS CLAIMS ADMINISTRATOR