IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 Section J |
| This Document Relates to: Civil Action No. 12-970 | * * * | Honorable Carl J. Barbier Magistrate Judge Shushan |

**JOINT MOTION TO SET FOR HEARING OR STATUS CONFERENCE
MOTIONS TO DEEM BP CLAIMS TO BE TIMELY FILED AND TO COMPEL
<u>CLAIMS ADMINISTRATOR TO PROCESS CLAIMS</u>**

Coastal Business Products, Dan Karpuk Heating & Air, Inc., Psychological Medical Solutions, Teel & Waters Realty Company, Coastal Brick, LLC, Allen Ray McGinnis, Brandon O. Stewart, PA, and Elzbiata Stinebaugh (collectively the "Coastal Business Plaintiffs") and Kiva Construction and Engineering, Inc., Claimant No. 100325530 ("Kiva"), through undersigned counsel, request that the Court schedule a hearing or status conference on following motions and objection involving the failure of the Claims Administrator to process certain claims:

- *Petitioner's Emergency Motion for a Preliminary, Mandatory Injunction Requiring the Claims Administrator to Process Petitioners' Claims* [Doc. 22042] (the "Motion for Injunctive Relief") filed by the Coastal Business Plaintiffs on January 4, 2017.

- *Motion for Entry of Order Deeming BP Claim to be Timely Filed* [Doc. 22306] (the "Motion to Deem Claim Timely Filed") filed by Kiva on February 23, 2017.

- *Objection to the Report of the Claims Administrator* [Doc. 22307] (the "Objection") filed by the Coastal Business Plaintiffs on February 23, 2017.

This issues raised pursuant to the Motion for Injunctive Relief, Motion to Deem Claim Timely Filed and Objection are identical. Movants timely filed claims electronically, via the Claims Administrator's claim portal. Nevertheless, the Claims Administrator has refused to consider movants' claims based on its contention that a "claim form" was not filed timely. For the reasons detailed more fully in the Motion for Injunctive Relief, Motion to Deem Claim Timely

1

Filed and Objection, the Claims Administrator is wrong and should be ordered to process movants' claims.

Furthermore, Kiva has been directed by Bankruptcy Judge Elizabeth W. Magner, Bankruptcy Judge for the Eastern District of Louisiana, and Robert Gravolet, counsel for the Office of the United States Trustee, to expedite resolution of its BP claim(s). Kiva is currently a post-confirmation Chapter 11 Debtor in Case No. 13-11576 pending in the United States Bankruptcy Court for the Eastern District of Louisiana. Kiva's BP claim is the only asset remaining to liquidate in its bankruptcy case. The Bankruptcy Court has denied Kiva's request to close its Chapter 11 case until after resolution of Kiva's BP claim. Until the BP claim is resolved and Chapter 11 case closed, Kiva will continue to accrue unnecessary administrative fees and expenses, including payment of quarterly fees to the Office of the United State Trustee.

Accordingly, Kiva respectfully requests, with the urging of Bankruptcy Judge Elizabeth Magner, that the Court schedule its Motion to Deem Claim Timely Filed and the related Motion for Injunctive Relief and Objection filed by the Coastal Business Plaintiffs for hearing or status conference on the Court's next available date.

WHEREFORE, Coastal Business Products, Dan Karpuk Heating & Air, Inc., Psychological Medical Solutions, Teel & Waters Realty Company, Coastal Brick, LLC, Allen Ray McGinnis, Brandon O. Stewart, PA, Elzbiata Stinebaugh and Kiva Construction and Engineering, Inc. respectfully request that the Court set the Motion for Injunctive Relief, Motion to Deem Claim Timely Filed and Objection for hearing or status conference and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**CONGENI LAW FIRM, LLC**

BY:   */s/Leo D. Congeni*
      LEO D. CONGENI  (#25626)
      424 Gravier Street
      New Orleans, LA  70130
      Telephone: 504-522-4848
      Facsimile:  914-992-0378
      Email:  leo@congenilawfirm.com

*Attorney for Kiva Construction & Engineering, Inc.*


BY:   */s/ John N.C. Ledbetter*
      JOHN N.C. LEDBETTER, ESQ.
      4641 Gulfstarr Drive, Suite 102
      Destin, Florida  32541
      led@destinlawgroup.com
      850.650.1040

**Attorney for the Coastal Business Plaintiffs**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing *Motion* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of May, 2017.

          */s/ Leo D. Congeni*
          _____
          LEO D. CONGENI