**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | § | **MDL NO 2179;** |
| **DEEPWATER HORIZON, IN THE** | § | **Ref CA No. 10-2771** |
| **GULF OF MEXICO** | § | **SECTION: J** |
| **ON APRIL 20, 2010** | § | |
| | § | **JUDGE BARBIER** |
| | § | |
| **2:10-cv-08888** | § | |
| **This Document Relates to:** | § | |
| **And All Civil Actions, including 13 CV 2791** | § | |

**BUZBEE LAW FIRM CLAIMANTS' MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PRETRIAL ORDER 64**

COMES NOW, Claimants represented by the Buzbee Law Firm, as identified in Exhibit A (collectively, "Claimants") and move this Court for an extension of time for all Claimants in accordance with Pretrial Order 64 deadlines delineated by the Court on February 22, 2017 (Doc.22297).

1.    Claimants seek an extension of time to submit sworn statements regarding general maritime law claims.  This Court issued an order requiring that all remaining B1 Plaintiffs who wish to pursue general maritime claims shall complete, sign, and serve the Exhibit A Sworn Statement by April 5, 2017, as provided in Doc 22297.  The Court ordered that failure to submit such sworn statement by this date would deem the claims waived and the Court would dismiss without further notice and with prejudiced.  The Claimants delineated in Exhibit A, are primarily fishermen and lack access to e-mail, facsimile, and the access to mail is slow and unreliable. Logistically, obtaining a declaration signed by each litigant by the deadline of April 5, 2017, was impossible and Claimants with maritime claims could not respond timely.

2.      Claimants listed in Exhibit A immediately submitted the sworn statement upon the actual notice of the Court's deadline.  Despite repeated attempts to contact each client by phone and email and mail, the Claimants did not receive actual notice until after the April, 5, 2017 deadline. Respectfully, the Claimants request that their statements be accepted and that their maritime claims be determined on the merits. All other claimants also request additional time to submit the sworn statement.

WHEREFORE, Claimants respectfully move this Court for an Extension of Time to submit hand signed sworn declarations.  Respectfully, Claimants request an additional 90 days to respond to Pre-Trial Order 64, and request a deadline to file the lawsuits be extended to July 5, 2016.  Claimants listed in Exhibit A request that the sworn statements be accepted as timely, and the maritime claims be permitted.

Respectfully submitted,

THE BUZBEE LAW FIRM

By:     /S/ Anthony G. Buzbee
        Anthony G. Buzbee (TA)
        State Bar No. 24001820
        S.D. Tex. I.D. No. 22679
        Caroline E. Adams
        State Bar No. 24011198
        S.D. Tex. I.D. No. 27655
        J.P. Morgan Chase Tower
        600 Travis, Suite 7300
        Houston, Texas 77002
        Telephone: (713) 223-5393
        Facsimile: (713) 223-5909
        www.txattorneys.com

ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of May, 2017.

*/S/ Caroline Adams*
Caroline E. Adams