Exhibit A

| No. | Case Number | Client Name |
|---|---|---|
| 1 | 2:16-cv-04351 | 16 de Septiembre, S.C. de R.L. de C.V. |
| 2 | 2:16-cv-04906 | Ahumada, Everardo |
| 3 | 2:16-cv-04742 | Balderas, Leonel |
| 4 | 2:16-cv-04635 | Camara, Heberto |
| 5 | 2:16-cv-05020 | Cancino Diaz, Juan |
| 6 | 2:16-cv-04956 | Cancino Hernandez, Cesar |
| 7 | 2:16-cv-04622 | Cano, Jose |
| 8 | 2:16-cv-04626 | Cordova, Mabial |
| 9 | 2:16-cv-04950 | Cosmopulos Lopez, Luis |
| 10 | 2:16-cv-04946 | De la Cruz Ventura, Jorge |
| 11 | 2:16-cv-04636 | De La Cruz, Agustin |
| 12 | 2:16-cv-04628 | De Los Santos, Ortencia |
| 13 | 2:16-cv-04718 | Delgado, Rosa |
| 14 | 2:16-cv-04888 | Dimas, Pablo |
| 15 | 2:16-cv-04711 | Estate of Julio Barahona, |
| 16 | 2:16-cv-04944 | Genesta rodriguez, Miguel |
| 17 | 2:16-cv-04623 | Gomez, Ringo |
| 18 | 2:16-cv-04942 | Gonzalez Dominguez, Carmen |
| 19 | 2:16-cv-04938 | Gonzalez Juarez, Edilia |
| 20 | 2:16-cv-04732 | Gonzalez Zamudio, Silvia |
| 21 | 2:16-cv-04629 | Gutierrez, Noe |
| 22 | 2:16-cv-04934 | Hernandez Madrigal, Waldo |
| 23 | 2:16-cv-04624 | Hernandez, Juan Luis |
| 24 | 2:16-cv-05013 | Hernandez, Maribel |
| 25 | 2:16-cv-04890 | Ipina, Alejandro |
| 26 | 2:16-cv-04929 | Ortiz Dominguez, Josefa |
| 27 | 2:16-cv-05324 | Otilio Chano Ramirez |
| 28 | 2:16-cv-04928 | Pena Crisanto, Maria de la Luz |
| 29 | 2:16-cv-04925 | Perez, Victor Javier |
| 30 | 2:16-cv-04383 | Pescadores de Gonzales Ortega, S.C. de R.L. |
| 31 | 2:16-cv-04365 | S.C. El Coral de Magallanes S.C. de R.L. de C.V. |
| 32 | 2:16-cv-04412 | S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V |
| 33 | 2:16-cv-04399 | S.C. Pescadores El Nuevo Milenio |
| 34 | 2:16-cv-04363 | S.C. Vanesita Marinera, S.C. de R.L. de C.V. |
| 35 | 2:16-cv-04366 | S.C.C.P.P. Mano de Leon, S.C. de R.L. |
| 36 | 2:16-cv-04377 | S.C.P. Ejido Reventadero, S.C. de R.L. |
| 37 | 2:16-cv-04398 | S.C.P. Escameros de Sanchez Magallanes |
| 38 | 2:16-cv-05371 | S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R.L. |

| | | |
|---|---|---|
| 39 | 2:16-cv-04395 | S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. |
| 40 | 2:16-cv-04400 | S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. |
| 41 | 2:16-cv-04360 | S.C.P.P. El Emporio de Santana, S.C. de R.L. |
| 42 | 2:16-cv-05227 | S.C.P.P. El Jurel, S.C. de R.L. |
| 43 | 2:16-cv-04409 | S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. |
| 44 | 2:16-cv-04410 | S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. |
| 45 | 2:16-cv-04370 | S.C.P.P. La Tabasquenita, S.C. de R.L. |
| 46 | 2:16-cv-05333 | S.C.P.P. La Victoria del Pescador, S.C. de R.L. de C.V |
| 47 | 2:16-cv-04405 | S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. |
| 48 | mass 2:16-cv-06330 | S.C.P.P. Las Palmas de Sanchez Magallanes S.C. de R.L. de C.V. |
| 49 | 2:16-cv-04402 | S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. |
| 50 | 2:16-cv-04368 | S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. |
| 51 | 2:16-cv-04389 | S.C.P.P. Mayarazago Alto, S.C. de R.L. |
| 52 | 2:16-cv-04361 | S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. |
| 53 | 2:16-cv-04381 | S.C.P.P. Pescadores de Tampacas, S.C. de R.L. |
| 54 | 2:16-cv-04380 | S.C.P.P. Pescadores de Reventadero, S.C. de R.L. |
| 55 | 2:16-cv-04384 | S.C.P.P. Pescadores de Tampalache, S.C. de R.L. |
| 56 | 2:16-cv-04386 | S.C.P.P. Pescadores Unidos de Panuco, S.C.L |
| 57 | 2:16-cv-05463 | S.C.P.P. Playa Salinas, S.C. de R.L. |
| 58 | 2:16-cv-04407 | S.C.P.P. Puerto de Sanchez Magallanes S.C.L |
| 59 | 2:16-cv-04387 | S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. |
| 60 | 2:16-cv-04396 | S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. |
| 61 | 2:16-cv-04707 | Sanchez Ulin, Adelita |
| 62 | 2:16-cv-04729 | Sanchez, Joel |
| 63 | 2:16-cv-04750 | Sequera, Valentin |
| 64 | 2:16-cv-04913 | Torres Gomez, Concepcion |
| 65 | 2:16-cv-04632 | Torrez, Alicia |
| 66 | 2:16-cv-04910 | Ulloa Garcia, Carmen |
| 67 | 2:16-cv-04633 | Ventura, Asuncion |
| 68 | 2:16-cv-05017 | Zopot, Eugenio |
| 69 | 2:16-cv-04735 | Zuniga, Angel |