IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE § | Ref CA No. 10-2771 |
| GULF OF MEXICO § | SECTION: J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | |
| This Document Relates to: § | |
| 2:10-cv-08888 § | |
| 13 CV 2791 § | |
| And All Civil Actions, including 13 CV 2791 § | |

**MEMORANDUM IN SUPPORT OF BUZBEE LAW FIRM CLAIMANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND TO PRETRIAL ORDER 64**

COMES NOW, Claimants represented by the Buzbee Law Firm, as identified in Exhibit A attached to the Motion (collectively, "Claimants") file this Memorandum in Support of their request for extension of time to respond to Pretrial 64. Claimants move this Court for an extension of time for all remaining Claimants in accordance with the new Pretrial Order 64 deadlines delineated by the Court on February 22, 2017.

1. Additional time is fair and just under these circumstances. This firm represents numerous fishermen and fishing associations who have suffered losses from the BP Oil Spill 2010, and Claimants seek an extension of time submit individually signed sworn declaration in accordance with Pretrial Order No. 64. Pretrial Order 64 requires that each litigant submit a supplemental, individually signed sworn statement. Logistically, this Herculean task was impossible as the claimants at issue have limited access to e-mail, facsimile and international mail is time consuming, and unreliable. Numerous attempts were made to contact each Claimant by telephone, mail and e-mail. Numerous Claimants did not receive the mail until after the April 5,

1

2017 deadline. Many Claimants are fishermen and are out at sea and will not return for 30 days, or more, some Claimants are out of the country, or have relocated.

2. The Claimants identified in Exhibit A, received actual notice after the deadline, and responded as quickly as possible. This error was not intentional and the Claimants desire to continue their lawsuits. The remaining Buzbee Claimants request that an extension be granted, as sworn statements continued to be submitted – albeit untimely.

WHEREFORE, Claimants respectfully move this Court for an Extension of Time to re-file submit the required hand signed declaration. Respectfully, Claimants request an additional 90 days to respond to Pretrial Order 60, and request a deadline to file the lawsuits be extended to July 5, 2017.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By:   */S/ Anthony G. Buzbee*
     Anthony G. Buzbee (TA)
     State Bar No. 24001820
     S.D. Tex. I.D. No. 22679
     Caroline E. Adams
     State Bar No. 24011198
     S.D. Tex. I.D. No. 27655
     J.P. Morgan Chase Tower
     600 Travis, Suite 7300
     Houston, Texas 77002
     Telephone: (713) 223-5393
     Facsimile: (713) 223-5909
     www.txattorneys.com

**ATTORNEY FOR CLAIMANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of May, 2017.

                                                        */S/ Caroline Adams*
                                                        Caroline E. Adams