### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | § | **MDL NO 2179;** |
| **DEEPWATER HORIZON, IN THE** | § | **Ref CA No. 10-2771** |
| **GULF OF MEXICO** | § | **SECTION: J** |
| **ON APRIL 20, 2010** | § | |
| | § | **JUDGE BARBIER** |
| | § | |
| **This Document Relates to:** | § | |
| **2:10-cv-08888 ;** | § | |
| **And All Civil Actions, including 13 CV 2791** | § | |

## Order

Considering The Buzbee Law Firm Claimants' Motion For Extension Of Time To Respond to Pretrial Order 64, it is ORDERED that Claimants' Motion for Extension, shall be **Granted**.  All Buzbee Law Firm Claimants have any additional 90 days to file sworn declarations and the new deadline to serve the sworn statements is July 5, 2017.

Signed this _____ day of _____ 2017.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge