IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br><br>ALL CASES IN PLEADING BUNDLE B3 and All Civil Actions, including 2:13-cv-01263, 2:13-cv-01552, 2:13-cv-01634, 2:13-cv-02005, 2:13-cv-02018, 2:13-cv-02204, 2:13-cv-02215, 2:13-cv-02220, 2:13-cv-02221, 2:13-cv-02222, 2:13-cv-02223, 2:13-cv-02298, 2:13-cv-02318, 2:13-cv-02329, 2:13-cv-02332, 2:13-cv-02333, 2:13-cv-02342, 2:13-cv-02360, 2:13-cv-02372, 2:13-cv-02378, 2:13-cv-02383, 2:13-cv-02389, 2:13-cv-02391, 2:13-cv-04756, and 2:13-cv-05074 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON<br><br>ORAL ARGUMENT REQUESTED |

## MOTION FOR EXTENSION OF TIME

Nexsen Pruet, LLC and Douglas M. Schmidt APLC represent approximately eight hundred (800) plaintiffs in the B3 Pleading Bundle. These Plaintiffs opted out of the class settlements and timely filed complaints seeking compensation for their injuries. By and through their undersigned attorneys, the Plaintiffs listed in Exhibit "A," that is attached and incorporated into the supporting affidavit of Paul A. Dominick, respectfully request an additional sixty (60) days to comply with the amended deadline of Pretrial Order 63 (May 3, 2017). The grounds for this motion are fully set forth in the Affidavit of Paul A. Dominick, Esquire and a Memorandum of Law in Support of this Motion filed contemporaneously herewith.

NPCHAR1:2129800.1

WHEREFORE, the Plaintiffs referenced above respectfully request an additional sixty (60) days to comply with Pretrial Order 63 and any additional relief that this Court deems proper.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick    Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC 29402
PHONE: 843.577.9440
FACSIMILE: 843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE: 504-482-5711
FACSIMILE: 504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Plaintiffs

Dated: May 2, 2017

NPCHAR1:2129800.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on May 2, 2017

/s/ Paul A. Dominick
Paul A. Dominick

NPCHAR1:2129800.1