**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **Of Mexico, on April 20, 2010** | |
| | **SECTION: J** |
| **This Document Relates to:** | |
| | **JUDGE BARBIER** |
| **No.  2:13-cv-2715** | |
| | **MAG. JUDGE WILKINSON** |

**MOTION FOR EXTENSION OF TIME OR FOR LEAVE TO FILE SWORN**
**STATEMENT AND COVER PAGE OUT OF TIME**

On behalf of Plaintiff Debra Miles, and out of an abundance of caution, undersigned counsel respectfully submit this Motion for Extension of Time or for Leave to File Sworn Statement and Cover Page Out of Time.  Ms. Miles is not part of the Medical Benefits Settlement Class and timely filed an individual lawsuit on April 19, 2013.  Following this Court's Order extending deadlines for submissions under PTO 63 for plaintiffs and review of these submissions by BP, Rec. Doc. 22625, Ms. Miles filed her Sworn Statement For Disclosure of B3 Claims with the cover page included in PTO 63 in her individual case docket.  *See Miles v. BP Exploration & Production, Inc. et al.*, Rec. Doc. 5, No. 2:13-cv-02715-CJB-JCW (E.D. La. May 1, 2017).  Ms. Miles does not seek to make any additional PTO 63 submission.  This motion is filed out of an abundance of caution in the event Ms. Miles were deemed not to be covered by the previous extension granted, and the grounds for the motion are set forth in the accompanying memorandum.

WHEREFORE, Ms. Miles respectfully requests that this Motion be granted and Ms. Miles be granted an extension of time or leave to file her Sworn Statement out of time to ensure there is no question as to the timeliness of her May 1, 2017 submission.

Dated:  May 3, 2017                                         Respectfully submitted,

*/s/ Joseph F. Rice*
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9159
Fax: (843) 216-9450
jrice@motleyrice.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of May, 2017.

*/s/ Joseph F. Rice*