UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No.  2:13-cv-2715 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME OR FOR LEAVE TO FILE SWORN STATEMENT AND COVER PAGE OUT OF TIME**

On behalf of Plaintiff Debra Miles, undersigned counsel respectfully submit this Memorandum in Support of Motion for Extension of Time or for Leave to File Sworn Statement and Cover Page Out of Time.  Ms.  Miles does not seek to make any additional PTO 63 submission, but files this motion out of an abundance of caution as set forth below.

**ARGUMENT**

Ms. Miles timely filed this lawsuit on April 19, 2013, and timely submitted a Plaintiff Profile Form ("PPF"), with accompanying authorizations, on July 8, 2013.  This Court's Pretrial Order No. 63 ("PTO 63") (Rec Doc. 22295),[1] which dismissed the Amended B3 Master Complaint, directed any plaintiffs with claims remaining in the B3 Bundle who did not already have an individual complaint on file to file such a complaint, and further directed all plaintiffs with claims considered part of the "B3" pleading bundle to file a Sworn Statement, attached as Exhibit A to PTO 63 (with an accompanying cover page for those who previously filed individual

---

[1] Unless otherwise specified, references herein to "Rec. Doc." refer to the docket in MDL 2179.

1

lawsuits), by April 12, 2017.  PTO 63 further directed BP to submit *in camera* to the Court and to the PSC: (a) a list of plaintiffs whose submissions BP believes complied with PTO 63, and (b) a list of plaintiffs whose PTO 63 submissions BP considers materially deficient.  *See* Rec. Doc. 22295.  On April 10, 2017, this granted an extension of time to respond to PTO 63 up to and including May 3, 2017, and granted BP a corresponding extension, up to and including June 7, 2017, for BP to submit the lists contemplated in paragraph 10 of PTO 63.  *See* Rec. Doc. 22625.  On May 1, 2017, Ms. Miles filed her Sworn Statement For Disclosure of B3 Claims with the cover page included in PTO 63 in her individual case docket.  *See Miles v. BP Exploration & Production, Inc. et al.*, Rec. Doc. 5, No. 2:13-cv-02715-CJB-JCW (E.D. La. May 1, 2017).

      This motion is filed out of an abundance of caution in the event Ms. Miles were not deemed covered by the extension of time set forth in this Court's April 10, 2017 Order (Rec. Doc. 22625).  Ms. Miles is not filing or serving a new complaint, as her detailed individual complaint has been on file for more than four years, *see Miles v. BP Exploration & Production, Inc. et al.*, Rec. Doc. 1-1, No. 2:13-cv-02715-CJB-JCW (E.D. La.) (filed April 19, 2013, transferred June 26, 2013).  BP will not be prejudiced by the timing of Ms. Miles' Sworn Statement, as BP has already been granted an extension of time under this Court's April 10, 2017 Order and already has had access to detailed information concerning Ms. Miles' claims through her complaint, PPF, and accompanying medical authorizations.[2]  Additionally, in light of the foregoing and the April 10, 2017 Order, the timing of Ms. Miles' sworn statement will not affect the Court's ability to set a hearing to discuss procedures for addressing individual lawsuits in the B3 Bundle.

## **CONCLUSION**

---

[2] An additional extension of time was sought on behalf of the B3 plaintiffs by other counsel in Rec. Doc. 22775 on May 2, 2017, and it is therefore possible the Court may further extend BP's response deadline should the May 2, 2017 motion be granted.

Plaintiff respectfully requests, out of an abundance of caution, that the Court grant an extension of time or leave to file out of time to ensure there is no question as to the timeliness of her May 1, 2017 submission.

Dated:  May 3, 2017                                                        Respectfully submitted,

*/s/ Joseph F. Rice*
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9159
Fax: (843) 216-9450
jrice@motleyrice.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Memorandum will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of May, 2017.

                                                           /s/ *Joseph F. Rice*