**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>          No.  2:13-cv-2715 | MDL No. 2179<br><br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**[PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME OR FOR LEAVE TO FILE SWORN STATEMENT AND COVER PAGE OUT OF TIME**

Considering the Motion of Plaintiff Debra Miles for Extension of Time or for Leave to File Sworn Statement and Cover Page Out of Time;

IT IS ORDERED that the Motion is GRANTED and the deadline for Ms. Miles to respond to PTO 63 is extended up to and including May 3, 2017.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
**Hon. Carl J. Barbier**
**United States District Court**

1