UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION J |
| This Document Relates To: 2:13-cv-02395 | | |
| *Olander v. BP Exploration* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## EX PARTE MOTION FOR LIMITED RELIEF OF CONFIDENTIALITY ORDER

NOW INTO COURT, through undersigned counsel, comes plaintiff, Thomas Olander, ("Olander") who respectfully moves this Honorable Court for an Order relieving Olander to disclose certain claim and settlement information previously ordered confidential by this Honorable Court for the specific limited purpose of furthering state district court litigation as addressed herein.

The Olander action is one of the consolidated actions pending before this Court in the action titled: *Thomas Olander v. BP Exploration & Production, LLC*, Civil Action No. 2:13-cv-02395. Concurrently, Thomas Olander has pending a state district court action titled: *Thomas Olander v. Lana Ourso Chaney, et al.*, Civil Action No. 35377, Division A, Assumption Parish, State of Louisiana ("State Action") for claims of legal negligence committed by Olander's former counsel directly related to Olander's BP claims. Defendant Chaney has requested the disclosure of BP claim and settlement information in the instant action. Whether such would be admissible at trial is unknown, but such is likely discoverable, and thus Mr. Olander seeks the release of confidentiality for the limited purpose stated.

WHEREFORE, plaintiff moves this Court to grant relief to Thomas Olander allowing the disclosure of claim and settlement information in the state court legal negligence action titled: Thomas Olander v. Lana Ourso Chaney, et al., Civil Action No. 35377, Division A, Assumption Parish, State of Louisiana.

Respectfully Submitted,

  /s/ Scott Webre
Scott Webre (La. Bar No. 27322)
Michael G. Johnston, II (La. Bar No. 32520)
Webre and Associates
2901 Johnston Street, Suite 307
Lafayette, Louisiana  70503
scottwebre@webreandassociates.com
Telephone: (337) 237-5051
Facsimile: (337) 237-5061

Attorneys for Thomas P. Olander

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on _____, a copy of the foregoing Ex Parte Motion for Limited Relief of Confidentiality Order was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney list by US Mail, postage prepaid and properly addressed.

/s/ Scott Webre
Scott Webre (La. Bar No. 27322)
Attorney for Thomas P. Olander