UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION:    J |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

ORDER

CONSIDERING the foregoing Ex Parte Motion for Limited Relief of Confidentiality Order;

IT IS ORDERED that the Motion is GRANTED.  Plaintiff, THOMAS OLANDER may disclose certain claim and settlement information previously ordered confidential by this Honorable Court for the specific limited purpose of furthering state district court litigation.

IT IS ORDERED further that disclosure of such confidential information shall be limited to the parties and their counsel and staff, and that disclosure to any additional persons is prohibited absent further written permission by this court.

New Orleans, Louisiana, this _____ day of May, 2017.


_____
UNITED STATES DISTRICT JUDGE