UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | **MAG. JUDGE WILKINSON** |
| *Nos. 11-cv-318, 11-cv-1055, 13-cv-2791, 13-cv-1263, 13-cv-01552, 13-cv-01634, 13-cv-02005, 13-cv-02018, 13-cv-02204, 13-cv-02215, 13-cv-02220, 13-cv-02221, 13-cv-02222, 13-cv-02223, 13-cv-02298, 13-cv-02318, 13-cv-02329, 13-cv-02332, 13-cv-02333, 13-cv-02342, 13-cv-02360, 13-cv-02372, 13-cv-02378, 13-cv-02383, 13-cv-02389, 13-cv-02391, 13-cv-04756, 13-cv-5074* | * * * | |

## ORDER

Before the Court are three motions for extension of time to comply with Pretrial Order 63 or Pretrial Order 64.  (Rec. Docs. 22728, 22773, 22775)

IT IS ORDERED that these motions are DENIED.

New Orleans, Louisiana, this 4th day of May, 2017.

_____
United States District Judge