UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Joint Motion (Rec. Doc. 22772) to Set for Hearing or Status Conference certain previously-filed motions and an objection, which were automatically stayed pursuant to Pretrial Order No. 15.

IT IS ORDERED that the Joint Motion to Set for Hearing or Status Conference (Rec. Doc. 22772) is GRANTED IN PART, as follows:

IT IS ORDERED that no later than May 18, 2017, the Claims Administrator for the Economic and Property Damages Settlement and BP shall each file a written response (not to exceed 10 pages, double-spaced) to the Motion for a Preliminary Injunction Requiring the Claims Administrator to Process Petitioners' Claims (Rec. Doc. 22042), Motion for Entry of Order Deeming BP Claim to be Timely Filed (Rec. Doc. 22306), and the Objection to the Report of the Claims Administrator (Rec. Doc. 22307), following which the Court will take the matter under advisement.

New Orleans, Louisiana, this 4th day of May, 2017.

United States District Judge