UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Nos. 13-2382, 13-2374, 13-2379* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are three Motions to Withdraw as Counsel. (Rec. Docs. 22758, 22759, 22760);

IT IS ORDERED that the Motions are GRANTED and Robert Emmanuel, Gregory Fayard, and the law firm of Emmanuel, Sheppard & Condon are hereby WITHDRAWN as counsel for the following plaintiffs:

| Plaintiff, Case No. | Plaintiff Contact Information |
|---|---|
| Architectural Specialties Trading Company, No. 13-2382 | Architectural Specialties Trading Company, c/o Tom Stevens, Edna Howard, and Matthew S. Stevens<br>4878 North Magnolia<br>Chicago, IL 60640-4176<br>(773) 909-7890<br>(773) 728-4777 |
| Stevens Family Limited Partnership, No. 13-2374 | Stevens Family Limited Partnership, c/o Tom Stevens, Edna Howard, and Matthew S. Stevens<br>4878 North Magnolia<br>Chicago, IL 60640-4176<br>(773) 909-7890<br>(773) 728-4777 |
| Pensacola Beach Marina, LLC, No. 13-2379 | Pensacola Beach Marina, LLC, c/o Tom Stevens, Edna Howard, and Matthew S. Stevens<br>4878 North Magnolia<br>Chicago, IL 60640-4176<br>(773) 909-7890<br>(773) 728-4777 |

Because corporations and other business entities must be represented by an attorney, new counsel eventually will need to enroll for these plaintiffs or their claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana, this 4th day of May, 2017.

_____
United States District Judge