**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>          No.  2:13-cv-2715 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION FOR EXTENSION OF TIME OR FOR LEAVE TO FILE SWORN STATEMENT AND COVER PAGE OUT OF TIME

Considering the Motion of Plaintiff Debra Miles for Extension of Time or for Leave to File Sworn Statement and Cover Page Out of Time;

IT IS ORDERED that the Motion is GRANTED and Ms. Miles' response to PTO 63 is deemed timely.

New Orleans, Louisiana this 5th day of May, 2017.

_____
United States District Judge