**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket No. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Claimant ID xxxx18344/Claim No. 103997 | MAG. JUDGE SHUSHAN |

**MOTION FOR EXTENSION OF TIME (*NUNC PRO TUNC*), AND MOTION FOR LEAVE OF COURT TO SUBMIT REQUEST FOR DISCRETIONARY COURT REVIEW**

COMES NOW, the Claimant (ID xxxx18344/Claim No. 103997) and respectfully requests that this Honorable Court grant an extension of time *nunc pro tunc*, and grant leave of court allowing the Claimant to submit its Request for Discretionary Court Review (attached hereto as Exhibit A) to be deemed timely submitted as of the date of this motion, for the following reasons:

1. The undersigned Claimant's counsel wrote counsel for BP by email this morning seeking advice on their position to the instant motion, but counsel for BP has not yet responded.

2. The Claimant is a six-generational fish company based on the Gulf of Mexico in the Florida Panhandle. The Claimant submitted s Business Economic Loss claim in the Court Supervised Settlement Program in August of 2012. After years of consideration, the Settlement Program eventually issued an Eligibility Notice that the Claimant sought reconsideration of. After reconsideration, the Post-Reconsideration Eligibility Notice was issued and the Claimant appealed. On April 4, 2017, the Settlement Program issued its Notice of Appeal Panel Decision from which the Claimant always intended to seek this Honorable Court discretionary review.

3. The Notice of Appeal Panel Decision stated that the deadline for submitting the Request for Discretionary Court Review was April 25, 2017 and that the deadline for objecting to the request was May 8, 2017.

4. However, in placing the deadline for submitting the Request, the Claimant's undersigned attorney mistakenly used the "objecting to" date of May 8, 2017 (which is written just below on the form) instead of the April 25, 2017 submitting deadline date. It was not until Wednesday afternoon on May 3, 2017 when the undersigned began preparing the Request that he realized of the mistake. The undersigned immediately contacted the Appeals Coordinator who advised an extension could only be granted by this Honorable Court, and the undersigned continued preparing the Request as quickly as possible.

5. The undersigned completed the Claimant's Request for Discretionary Court Review today and attaches it hereto as Exhibit A.

6. The undersigned respectfully request that this Honorable Court grant the Claimant an extension of time *nunc pro tunc*, grant the Claimant leave of court to submit its Request for Discretionary Court Review that is attached hereto as Exhibit A, and rule that said Request is deemed timely submitted as of the date of filing the instant motion.

7. The Claimant has participated in the CSSP for more nearly 5 years and has clearly followed every rule and deadline thus far. The Claimant should not be penalized by its undersigned attorney's mistake in reading the two dates that are in close proximity to each other on the Notice of Appeal Panel Decision and in mistakenly calendaring the "object to" date as the submission date. The Claimant has a valid basis for seeking this Honorable Court's discretionary review as indicated in the attached Exhibit A, and respectfully asks for the Court's sense of equity in grating the instant requested relief when the Claimant has waited patiently for nearly 5 years through the Settlement Program's process to only be awarded nothing. The Claimant should not be punished for its undersigned counsel's calendaring mistake.

DAVID C. RASH, P.A.
1655 NORTH COMMERCE PARKWAY, SUITE 303, WESTON, FLORIDA 33326 - TELEPHONE (954) 515-0072 FACSIMILE (954) 515-0073

8.     The Claimant also attaches hereto as Exhibit B, a proposed Order Granting the Motion for Extension of Time (*Nunc Pro Tunc*), and Motion for Leave to Submit Request for Discretionary Court Review.

WHEREFORE, David C. Rash and David C. Rash, P.A. respectfully request that this Honorable Court enter an Order granting the foregoing motion.

DATED:  May 5, 2017

Respectfully submitted,

/s David C. Rash
David C. Rash (Fla. Bar No. 0977764)
david@dcrashlaw.com
DAVID C. RASH, P.A.
1655 North Commerce Parkway
Suite 303
Weston, Florida 33326
Telephone:   (954) 515-0072
Facsimile:    (954) 515-0073

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of May, 2017.

/s David C. Rash
David C. Rash (Fla. Bar No. 0977764)
david@dcrashlaw.com
DAVID C. RASH, P.A.
1655 North Commerce Parkway
Suite 303
Weston, Florida 33326
Telephone:   (954) 515-0072
Facsimile:    (954) 515-0073

3

DAVID C. RASH, P.A.
1655 NORTH COMMERCE PARKWAY, SUITE 303, WESTON, FLORIDA 33326 - TELEPHONE (954) 515-0072 FACSIMILE (954) 515-0073