# EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>Claimant ID xxxx18344/Claim No. 103997 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER ON CLAIMANT'S MOTION FOR EXTENSION OF TIME (*NUNC PRO TUNC*), AND MOTION FOR LEAVE OF COURT TO SUBMIT REQUEST FOR DISCRETIONARY COURT REVIEW**

THIS CAUSE, having come before this Court on the Claimant (ID xxxx18344/Claim No. 103997) Motion for Extension of Time (N*unc Pro Tunc)*, and Motion for Leave of Court to Submit its Request for Discretionary Court Review, filed on May 5, 2017.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that for good cause shown, the motions are hereby GRANTED and Claimant's Request for Discretionary Court Review is hereby deemed timely submitted as of the date of the motion.

New Orleans, Louisiana, this _____ day of _____, 2017

CARL J. BARBIER
United States District Judge