MINUTE ENTRY
WILKINSON, M.J.
MAY 10, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br>CIVIL ACTION NO. 14-657 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

As requested by counsel, a status conference by telephone was conducted by me on this date. Participating were: Jason Melancon, representing plaintiffs; Jeremy D. Friedman, representing defendants. The status of the case, including the pending motions, Record Doc. Nos. 12729, 13619, was discussed. Counsel were advised of their option to consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and of their right to withhold consent without any adverse substantive consequence.

The Clerk is directed to file a copy of this order in both the MDL case and Civil Action No. 14-657.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

MJSTAR:  0 : 20