UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| Claimant ID: *100030276* | * | MAG. JUDGE WILKINSON |
| | * | |

## NOTICE OF PRODUCTION FROM NONPARTY

TO:  Counsel for BP                           MDL 2179 Plaintiffs' Steering Committee
     Attn: J. Richard C. Godfrey              Attn: Steven J. Herman
     Kirkland & Ellis LLP                     Herman, Herman, Katz & Cotlar, LLP
     300 North LaSalle St, Suite 2400         820 O'Keefe Avenue
     Chicago IL 60654                         New Orleans, LA 70113

YOU ARE NOTIFIED that, after **14 days** from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to *Tampa Ship, LLC, c/o Hannah Angelette, Edison Chouest Offshore Companies*, who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the district court within **14 days**.

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2017, this document was electronically filed the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Don Keller Haycraft at dkhaycraft@liskow.com, Attorney for Defendants, and Steven J. Herman at Sherman@hhklawfirm.com, Plaintiffs' Steering Committee.

Respectfully submitted,

**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street. Suite 307
Coconut Grove, Fl. 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: vdiaz@downslawgroup.com
*Attorney for Claimant*