## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This document relates to:** | * | |
| **Claimant ID:** *100030276* | * | **MAG. JUDGE WILKINSON** |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

TO:  *Tampa Ship, LLC*
*c/o Hannah Angelette*
*Edison Chousest Offshore Companies*
*16201 East Main Street,*
*Cut Off, LA 70345*

*Production:* **YOU ARE COMMANDED** to produce, via email or USPS mail at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

– All employee records of Loi T. Le, including but not limited to, any information related to exit interviews and reasons for termination.

| Place: | Furnish Date: |
|---|---|
| Vanessa E. Diaz, Esq., | Immediately or within 14 days of receipt of this Subpoena |
| vdiaz@downslawgroup.com | |
| nnelson@downslawgroup.com | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 12, 2017

CLERK OF COURT

_____   OR   _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing: **Loi T. Le, Claimant ID: 100030276**, who issues or requests this subpoena are:

**CRAIG T. DOWNS, FL BAR # 801089**
3250 Mary Street. Suite 307
Coconut Grove, Fl. 33133
Telephone: (305) 444-8226
Email: cdowns@downslawgroup.com

Respectfully submitted,

THE DOWNS LAW GROUP, P.A.

CRAIG T. DOWNS, FL BAR # 801089
VANESSA E. DIAZ, FL BAR #120087
JOSE E. AGUIRRE, FL BAR #92675
3250 Mary Street. Suite 307
Coconut Grove, Fl. 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: cdowns@downslawgroup.com
vdiaz@downslawgroup.com
jaguirre@downslawgroup.com
*Attorneys for Plaintiff*