

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY 08 2017
         WP

WILLIAM W. BLEVINS
CLERK

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                          16-30918
"Deepwater Horizon" in the Gulf                          3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

*12-970*

Supplemental Memorandum Twenty-Two

The smartest human in the world agrees with me and if he knew the truth in accordance with the First
Amendment he would agree with me on the timetable for the extinction of Mankind. My calculations
show we have 33 years left (October 12th, 2050) because of the Katrina Virus and his shows 100 years
which is down from the 1000 years that he was predicting.

Leaders in this world will see War as the solution but in reality, a World War will only accelerate the
Genocide of Mankind.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. May 5th, 2017.

TENDERED FOR FILING

MAY 0 8 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ Fee _____
_____ Process_____
__X__ Dktd._____
_____ CtRmDep_____
_____ Doc. No._____

Christesen
Dac 906 3
M/A Auror Degch, FL
32550

7013 0-3319999

PENSACOLA FL 325
05 MAY 2017 PM 1 L

Clerk
EDLA
500 Poydras Street
New Orleans, LA
70130