UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig  
"Deepwater Horizon" in the Gulf  
of Mexico, on April 20, 2010  
Case 2:10-md-02179-CJB-SS

MDL No. 2179  
SECTION: J  
JUDGE BARBIER  
MAGISTRATE SHUSHAN

Memorandum **27**  
May 5th, 2017

12-970

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.  
Sincerely,

David Andrew Christenson  
Box 9063  
Miramar Beach, Fl. 32550  
davidandrewchristenson@gmail.com  
504-715-3086

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED MAY 08 2017  
WILLIAM W. BLEVINS  
CLERK

I certify that all parties and then some were noticed by email on May 5th, 2017.

TENDERED FOR FILING

MAY 08 2017

U.S. DISTRICT COURT  
Eastern District of Louisiana  
Deputy Clerk

___ Fee _____  
___ Process _____  
_X_ Dktd _____  
___ CtRmDep _____  
___ Doc. No. _____

Case 2:10-md-02179-CJB-DPC   Document 22809   Filed 05/08/17   Page 2 of 4

5/5/2017   Gmail - This is why the Supreme Court will not docket my pleadings. What I can't figure out is why the 5th Circuit is docketing my pleadings. The 5th Circ...



David Andrew Christenson <davidandrewchristenson@gmail.com>

## This is why the Supreme Court will not docket my pleadings. What I can't figure out is why the 5th Circuit is docketing my pleadings. The 5th Circuit is docketing my Supreme Court pleadings as well. Please review the date time stamped 5th Circuit pleadings that confirm what I have started. We are talking the end of Mankind.

**David Andrew Christenson** <davidandrewchristenson@gmail.com>   Fri, May 5, 2017 at 6:46 AM
To: Supreme/Merit Supreme/Merit <meritsbriefs@supremecourt.gov>, jroberts@mlaglobal.com, "Media_Inquiries@mlaglobal.com" <Media_Inquiries@mlaglobal.com>, hr@mlaglobal.com, "WashingtonDC@mlaglobal.com" <WashingtonDC@mlaglobal.com>, Supreme/John Supreme/Roberts <jroberts@supremecourt.gov>, Brandeis 10 Anita Hill <ahill@brandeis.edu>, NSA1/SCBriefs NSA1/SCBriefs <supremectbriefs@usdoj.gov>, "Foreign Process (RCJ)" <foreignprocess.rcj@hmcts.gsi.gov.uk>, "Donald J. Trump for President" <info@donaldtrump.com>, Trump Volunteer Team <volunteers@donaldtrump.com>, hhicks@donaldtrump.com, "Burns, Glenn (CMG-Atlanta)" <glenn.burns@wsbtv.com>, Supreme/Anthony Supreme/Kennedy <akennedy@supremecourt.gov>, Supreme/Antonin Supreme/Scalia <ascalia@supremecourt.gov>, Supreme/Clarence Supreme/Thomas <cthomas@supremecourt.gov>, Supreme/David Supreme/Souter <dsouter@supremecourt.gov>, Supreme/Elena Supreme/Kagan <ekagan@supremecourt.gov>, Supreme/Ruth Supreme/Ginsburg <rginsburg@supremecourt.gov>, Supreme/Samuel Supreme/Alito <salito@supremecourt.gov>, Supreme/Sonia Supreme/Sotomayor <ssotomayor@supremecourt.gov>, Supreme/Stephen Supreme/Breyer <sbreyer@supremecourt.gov>, Supreme/Chris Supreme/Vasil <cvasil@supremecourt.gov>, Supreme/Ethan Supreme/Torrey <etorrey@supremecourt.gov>, "Supreme/Jeffrey P. Supreme/Minear" <jminear@supremecourt.gov>, Supreme/Jeffrey Supreme/Atkins <jatkins@supremecourt.gov>, Supreme/Kathleen Supreme/Arberg <karberg@supremecourt.gov>, Supreme/Robert Hawkins <rhwakins@supremecourt.gov>, Supreme/Scott Supreme/Harris <sharris@supremecourt.gov>, abramblett@mlaglobal.com, jlowe@mlaglobal.com, dbencanaan@mlaglobal.com, dmorgan@mlaglobal.com, sspringer@mlaglobal.com, David Christenson <dchristenson6@hotmail.com>, Paul Williams <pwilliams@mlaglobal.com>, kvasquez@mlaglobal.com, ludelsman@mlaglobal.com, grichter@mlaglobal.com

This is why the Supreme Court will not docket my pleadings. What I can't figure out is why the 5th Circuit is docketing my pleadings. The 5th Circuit is docketing my Supreme Court pleadings as well. Please review the date time stamped 5th Circuit pleadings that confirm what I have started. We are talking the end of Mankind.

If Stephen Hawking knew the truth would he agree with me.

Hawking has a clue but without honest and accurate information not even he can comprehend what is coming. He also is dealing with preconceived notions as are all of us. We have been programed by our governments and our religions. This is why the First Amendment is so important.

Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty. Hawking has no clue has to what the United States has released into the environment nor about what the US has infected Mankind with. The only way to deal with the consequences of an astronomical debt is by War.

Stephen Hawking: Humans have 100 years to find a new planet

http://www.msn.com/en-us/news/technology/stephen-hawking-humans-have-100-years-to-find-a-new-planet/ar-BBAJkNC?li=BBnbcA1&ocid=mailsignout

It's no secret that physicist Stephen Hawking thinks humans are running out of time on planet Earth.

In a new BBC documentary, Hawking will test his theory that humankind must colonize another planet or perish in the next 100 years. The documentary Stephen Hawking: Expedition New Earth, will air this summer as part of BBC's

Case 2:10-md-02179-CJB-DPC   Document 22809   Filed 05/08/17   Page 3 of 4

5/5/2017   Gmail - This is why the Supreme Court will not docket my pleadings. What I can't figure out is why the 5th Circuit is docketing my pleadings. The 5th Circ...

Tomorrow's World season and will showcase that Hawking's aspiration "isn't as fantastical as it sounds," according to BBC.

For years, Hawking has warned that humankind faces a slew of threats ranging from climate change to destruction from nuclear war and genetically engineered viruses.

While things look bleak, there is some hope, according to Hawking. Humans must set their sights on another planet or perish on Earth.

"We must also continue to go into space for the future of humanity," Hawking said during a 2016 speech at Britain's Oxford University Union.

In the past, Hawking has suggested that humankind might not survive "another 1000 years without escaping beyond our fragile planet." The BBC documentary hints at an adjusted timeframe for colonization, which many may see in their lifetime.


**5 attachments**

- **16-6345 Application for Extension Third Pacer 5th.pdf**
  1309K

- **BP 1631908 1 19 Justice Thomas Pacer 1.pdf**
  30K

- **BP 1631908 1 19 Justice Thomas Pacer 2.pdf**
  191K

- **BP 1631908 1 19 Justice Thomas Pacer 3.pdf**
  89K

- **Suicide Articles and Addresses.docx**
  63K

Chris Stewart
Dx90063
Mia Arnold Beach, FL
32582

Clerk
EDLA
500 Poydras Street
New Orleans, LA
70130

PENSACOLA FL 325
05 MAY 2017 PM 2 L

70130-331999

