UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Relates to: <br> *Nos. 16-4122, 16-4123, 16-4124, 16-4154, 16-13365, 16-13364, 16-13367, 16-13366, 16-6259, 13-2791, 16-6330, 16-7285, 16-6298, 13-5367, 16-6333* | * * * | MAG. JUDGE WILKINSON |

## ORDER
[Regarding Motions for Reconsideration, Etc., of the "PTO 60 Reconciliation Order"]

On December 16, 2016, the Court issued the "PTO 60 Reconciliation Order," which, *inter alia*, dismissed the claims of certain plaintiffs in the B1 pleading bundle for failing to comply with Pretrial Order No. 60. (Rec. Doc. 22003). A number of these plaintiffs moved for reconsideration, and the Court ordered BP to respond. Some of the movants subsequently withdrew their motions. Consequently, the following motions are before the Court (listed by law firm):

- Weller, Green, Toups & Terrell, L.L.P.'s ("WGTT") Motion for Reconsideration (Rec. Doc. 22034), Motion for Leave to Reply (Rec. Doc. 22055), and Supplemental Motion for Reconsideration (Rec. Doc. 22100);

- Cunningham Bounds, LLC's Motions for Reconsideration (Rec. Docs. 22086, 22087, 22088, 22089, 22090);

- Buzbee Law Firm's Motion for Reconsideration (Rec. Doc. 22079);

- Brent Coon & Associates' Motion to File Under Seal (Rec. Doc. 22117) and Motion for Reconsideration with respect to Henry L. Perry (Rec. Doc. 22084).[1]

BP's responses appear at Rec. Docs. 22051 and 22288.

---

[1] This Motion for Reconsideration originally concerned three plaintiffs. However, two of the plaintiffs withdrew from the motion. (Rec. Doc. 22753). The motion is still ripe with respect to one plaintiff, Henry L. Perry.

IT IS ORDERED that WGTT's Motion for Leave to Reply (Rec. Doc. 22055) is GRANTED.

IT IS ORDERED that Brent Coon & Associates' Motion to File Under Seal (Rec. Doc. 22117) is DENIED.

Furthermore, having considered the parties' arguments, the record, and the applicable law,

IT IS ORDERED that the Motions for Reconsideration (Rec. Docs. 22034, 22100, 22086, 22087, 22088, 22089, 22090, 22079, 22084) are DENIED for essentially the reasons provided by BP.

New Orleans, Louisiana, this 15th day of May, 2017.

_____
United States District Judge