UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: *Nos. 17-3370, 17-3382, 17-3388* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are three motions to file under seal, which were filed in the dockets for the referenced member cases, as opposed to the master docket for this MDL. (No. 17-3370, Rec. Doc. 2; No. 17-3382, Rec. Doc. 3; No. 17-3388, Rec. Doc. 3). The Court finds that the documents at issue should not be filed under seal. Accordingly,

IT IS ORDERED that the motions to file under seal are DENIED.

Pursuant to Local Rule 5.6(D), movants may file a motion to remove the documents from the record within seven days, otherwise, the documents will be filed as public records. Any such motion shall be filed in the master docket, 10-md-2179.

New Orleans, Louisiana, this 15th day of May, 2017.

_____
United States District Judge