IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

----------------------------------------------------------------

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

The authorized representative of Claimant, Troy Ball, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

FREDERICK A. JOHNSON, JR.

By: /s/ Frederick A. Johnson, Jr.

Frederick A. Johnson, Jr.
Attorney for Claimant's Representative
The Diaz Law Firm
208 Waterford Square, Suite 300
Madison, Mississippi 39110
(601) 607-3456

Date: 4/19/17

DEEPWATER HORIZON ECONOMIC
AND PROPERTY DAMAGES
SETTLEMENT PROGRAM

By: /s/ Lynn C. Greer

Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: 4/21/2017

1