# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

May 10, 2017

|  |  |
|---|---|
| Invoice #: | 29600 |
| Billed Through: | April 30, 2017 |
| Account #: | 001300    01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | April 30, 2017 | $20,700.00 |
| CURRENT EXPENSES THROUGH: | April 30, 2017 | $39.00 |
| TOTAL CHARGES FOR THIS BILL | | $20,739.00 |
| TOTAL NOW DUE | | $20,739.00 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

May 10, 2017

| | |
|---|---|
| Invoice #: | 29600 |
| Billed through: | April 30, 2017 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| Balance forward from previous invoice | | $41,167.09 |
| Less payments received since previous invoice | | $41,167.09 |

**PROFESSIONAL SERVICES** — **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/06/17 | MJJ | REVIEW COURT ORDER RE: ESCROW PAYMENT; REVIEW / ANALYSIS OF COSTS TO DATE / ASSESSMENT OF COST CONTROL AND BUDGETING ISSUES; CONFERENCE WITH OLD CLASS REPRESENTATIVE RE: COMMON COST ISSUES / LIMITING ADMINISTRATIVE COSTS | 1.10 |
| 02/07/17 | MJJ | CORRESPONDENCE WITH PARTIES RE: UPCOMING STATUS CONFERENCE; CONFERENCE WITH PARTIES AND DHEPDS PERSONNEL RE: MATTERS TO BE ADDRESSED AT COURT STATUS CONFERENCE; REVIEW GCG WEEKLY ACTIVITY / CLAIM REPORT | 0.90 |
| 02/08/17 | MJJ | CORRESPONDENCE WITH GCG RE: ADMINISTRATIVE COSTS; REVIEW CORRESPONDENCE RE: THIRD PARTY LIENS AND COORDINATION WITH DHEPDS | 0.50 |
| 02/09/17 | MJJ | COMMUNICATIONS WITH GARDEN CITY RE: FRAUD ISSUES AS PERTAINING TO SPECIFIC CLAIMS | 0.60 |
| 02/10/17 | MJJ | COMMUNICATIONS WITH GCG RE: PRESENTATION AT STATUS CONFERENCE; EMAIL TO PARTIES RE: ADMINISTRATIVE COSTS; CORRESPONDENCE FROM COURT RE: STATUS CONFERENCE; ANALYSIS OF GCG ADMINISTRATIVE EXPENSES AND COMPARISON TO BUDGET FIGURES | 1.30 |
| 02/13/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT | 0.30 |
| 02/15/17 | MJJ | REVIEW CAFA NOTICE AFFIDAVIT; PREPARATION FOR STATUS CONFERENCE; COMMUNICATIONS WITH CLAIMANT RE: COURT AND CLAIMS PROCESS; REVIEW / ANALYSIS OF EXTENSIVE COURT ORDER AND REASONS RE: FINAL APPROVAL OF SETTLEMENT | 2.20 |
| 02/16/17 | MJJ | REVIEW COURT STATUS AGENDA; TRAVEL TO NEW ORLEANS, LA; COMMUNICATIONS RE: COURT APPROVAL ORDER AND REASONS; EMAILS WITH MICHELLE LACOUNT RE: NEUTRALS SETTLEMENTS; CORRESPONDENCE WITH GCG RE: UPDATES TO WEBSITE | 3.70 |
| 02/17/17 | MJJ | ATTENDANCE AT COURT STATUS CONFERENCE; CONFERENCE WITH CLAIMANT COUNSEL RE: EFFECT OF GCCF RELEASES; RETURN TRAVEL FROM NEW ORLEANS, LA | 6.50 |
| 02/20/17 | MJJ | REVIEW/ANALYSIS OF EXTENSIVE FINAL ORDER/JUDGMENT REGARDING OLD AND NEW CLASS SETTLEMENTS; COMMUNICATIONS WITH CLAIMANT COUNSEL RE: ISSUES RAISED AT | 0.80 |

001300      01580                                                    Invoice # 29600      Page    2

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | RECENT STATUS CONFERENCE | |
| 02/21/17 | MJJ | REVIEW GARDEN CITY AND CLASS COUNSEL CORRESPONDENCE RE: CAFA MAILINGS | 0.20 |
| 02/22/17 | MJJ | REVIEW GCG WEEKLY CLAIM / ACTIVITY REPORT; REVIEW MICHELLE LACOUNT CORRESPONDENCE RE: REPORTING FORMAT | 0.40 |
| 02/23/17 | MJJ | PHONE CONFERENCE WITH COURT NEUTRAL RE: SETTLEMENT EFFECTS | 0.40 |
| 02/24/17 | MJJ | PHONE CONFERENCE WITH COURT RE: EVALUATION AND PROOF ISSUES; CORRESPONDENCE WITH GCG RE: SEAFOOD CLAIMS | 0.70 |
| 02/27/17 | MJJ | CORRESPONDENCE WITH GARDEN CITY RE: POLICY 70 ISSUES; ANALYSIS OF RECENTLY ISSUED PTO 64 AND POTENTIAL IMPLICATIONS AS TO NEW CLASS | 0.80 |
| 03/01/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; PHONE CONFERENCE WITH CLAIMANT COUNSEL RE: IMPLICATIONS OF PTO 60 COMPLIANCE AND SETTLEMENT WITH COURT NEUTRALS | 0.70 |
| 03/03/17 | MJJ | UBS CORRESPONDENCE RE: FUNDS MANAGEMENT | 0.10 |
| 03/06/17 | MJJ | PHONE CONFERENCE WITH CLAIMANT ATTORNEYS RE: RESOLUTION WITH NEUTRALS; REVIEW WEEKLY CLAIM/ACTIVITY REPORT; REVIEW CLAIMANT CORRESPONDENCE RE: POSITION ON PTO 60 AND SUBSEQUENTLY SETTLED CLAIMS | 0.90 |
| 03/07/17 | MJJ | REVIEW DISTRIBUTION MODEL / ASSESSMENT OF FACT PATTERN RAISED BY CLAIMANT COUNSEL; PHONE CONFERENCE WITH GCG RE: DOCUMENTATION REQUIREMENTS; PREPARE CORRESPONDENCE TO VARIOUS CLAIMANTS RE: ELIGIBILITY UNDER NEW CLASS DISTRIBUTION MODEL; REVIEW GCG AND CLAIMANT COMMUNICATIONS RE: FILING REQUIREMENTS | 1.60 |
| 03/08/17 | MJJ | REVIEW / APPROVAL OF DRAFT DEFICIENT AND DETERMINATION NOTICES; ANALYSIS OF ALTERNATIVE LANGUAGE; CORRESPONDENCE WITH GCG RE: ONGOING CLAIMS REVIEW | 0.90 |
| 03/10/17 | MJJ | COMMUNICATIONS WITH GCG AND CLAIMANT COUNSEL RE: COASTAL REAL PROPERTY CLAIM REQUIREMENTS; REVIEW / ANALYSIS OF ADMINISTRATIVE COSTS AND VENDOR BUDGETING ISSUES | 1.40 |
| 03/13/17 | MJJ | CONFERENCE WITH GCG AND OLD CLASS ADMINISTRATOR RE: CLAIMS PROCESSING, ANTICIPATED PAYMENT ISSUES, COST CONTROLS, ETC.; REVIEW SUBSISTENCE CLAIM DATA; REVIEW OF WEEKLY CLAIM / ACTIVITY REPORT | 2.20 |
| 03/15/17 | MJJ | COMMUNICATIONS WITH GARDEN CITY AND CLAIMANT COUNSEL RE: COASTAL REAL PROPERTY CLAIM PROCESSING | 0.70 |
| 03/20/17 | MJJ | COMMUNICATIONS WITH PARTIES AND COURT RE: APPEAL DELAYS / APPEAL STATUS; REVIEW WEEKLY CLAIM / ACTIVITY REPORT; ASSESSMENT OF DIFFERING CLAIM TYPES/ STATUS OR REVIEW AND PROCESSING | 1.10 |
| 03/21/17 | MJJ | PHONE CONFERENCE WITH TRANSOCEANIC COUNSEL RE: APPEAL STATUS AND CLAIMS PROCESS | 0.20 |
| 03/27/17 | MJJ | CORRESPONDENCE WITH PARTIES RE: MONEY ALLOCATION ISSUES; COMMUNICATIONS WITH GCG RE: MISC CLAIMS HANDLING ISSUES; REVIEW WEEKLY CLAIMS REPORT; COMMUNICATIONS WITH PARTIES RE: HANDLING OF OPT-OUT OR SETTLED CLAIMS | 1.60 |
| 03/29/17 | MJJ | COMMUNICATIONS WITH PARTIES AND UBS RE: FUTURE ALLOCATION OF ADMINISTRATIVE COSTS; COMMUNICATIONS WITH | 0.70 |

| | | | | | |
|---|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 29600 | Page | 3 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | GCG RE: PROCESSING OF SETTLED CLAIMS | |
| 03/30/17 | MJJ | CORRESPONDENCE WITH GCG RE: PTO 60 DEVELOPMENTS; ANALYSIS OF BUDGETED V. ACTUAL EXPENSES; ANALYSIS OF CLAIM REVIEW PROGRESS TO DATE | 0.90 |
| 04/03/17 | MJJ | COMMUNICATIONS WITH PSC AND GCG RE: ACCOUNTING FOR SEPARATE ADMINISTRATIVE COSTS; REVIEW OF WEEKLY CLAIM / ACTIVITY REPORT | 0.70 |
| 04/04/17 | MJJ | COMMUNICATIONS WITH PARTIES AND GCG RE: QUALIFIED TRUST FUNDS AND FINANCIAL MATTERS | 0.60 |
| 04/06/17 | MJJ | PHONE CONFERENCE WITH GCG REPRESENTATIVE RE: PROCESSING ISSUES, MORATORIA CLAIMS, FUNDS MANAGEMENT, ETC; COMMUNICATIONS WITH PARTIES RE: ACCOUNTING ISSUES | 0.80 |
| 04/11/17 | MJJ | CORRESPONDENCE WITH CLAIMANT COUNSEL RE: PROPERTY OWNER CLAIMS; REVIEW GCG WEEKLY CLAIM / ACTIVITY REPORT; COMMUNICATIONS WITH GCG AND PARTIES RE: COST ALLOCATIONS | 0.70 |
| 04/17/17 | MJJ | REVIEW WEEKLY CLAIM / ACTIVITY REPORT | 0.20 |
| 04/18/17 | MJJ | PHONE CONFERENCE WITH CLAIMANT COUNSEL RE: PROPERTY CLAIMS / ELIGIBILITY REQUIREMENTS / ONGOING CLAIMS PROCESSING; COMMUNICATIONS WITH GCG RE: QUARTERLY REPORTING | 0.70 |
| 04/19/17 | MJJ | REVIEW / PREPARATION OF QUARTERLY COURT STATUS REPORT; PHONE CONFERENCE WITH GCG AND COURT CPA RE: ACCOUNTING FOR CLASS FUNDS | 1.20 |
| 04/20/17 | MJJ | CORRESPONDENCE WITH GCG AND CLAIMANT COUNSEL RE: DOCUMENTATION IN SUPPORT OF COASTAL REAL PROPERTY CLAIMS | 0.30 |
| 04/21/17 | MJJ | CORRESPONDENCE WITH UBS AND PARTIES RE: CLASS FUNDS / ACCOUNTING FOR EXPENSES | 0.40 |
| 04/24/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW MISC PENDING PROPERTY CLAIMS | 0.70 |
| 04/25/17 | MJJ | REVIEW SPECIAL MASTER ORDER NO. 1; ASSESSMENT OF CLAIMS PROCESSING PROGRESS VS. PROJECTED TIME LINE | 0.60 |
| 04/29/17 | MJJ | REVIEW STATUS OF CLAIMS PROCESSING, ASSESSMENT OF DOCUMENTATION ISSUES, ANALYSIS OF COST AND BUDGETING MATTERS | 1.10 |
| | | | 41.40   $20,700.00 |

| | | | | | |
|---|---|---|---|---|---|
| MJJ | JUNEAU, MICHAEL J. | | 41.40 hrs @ | $500.00 /hr | $20,700.00 |
| | Fee Recap Totals | | 41.40 | | $20,700.00 |

**EXPENSES** | **Amount**

| Date | Description | Amount |
|---|---|---|
| 02/14/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 03/10/17 | FILE & SERVEXPRESS; OTHER | 5.00 |
| 04/07/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/30/17 | COPYING | 24.00 |
| | | $39.00 |

**BILLING SUMMARY:**

| 001300 | 01580 | | Invoice # 29600 | Page | 4 |
|---|---|---|---|---|---|
| | TOTAL FEES | | $20,700.00 | | |
| | TOTAL EXPENSES | | $39.00 | | |
| | TOTAL FEES & EXPENSES | | $20,739.00 | | |
| | **TOTAL NOW DUE** | | **$20,739.00** | | |