**BP Economic Property Damages Settlement Trust (CSSP)**
935 Gravier Street - Suite 1905 - New Orleans, Louisiana 70112

Tax ID: 

### Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 05/25/16 | Patrick Hron | Meeting re Old Class Distribution (date uncertain) | 1.00 | $ 125.00 | $ 125.00 | |
| 06/13/16 | Patrick Hron | Scripts; review and emails re: same | 0.25 | $ 125.00 | $ 31.25 | |
| 06/27/16 | Patrick Hron | Scripts; review and emails re: same | 0.50 | $ 125.00 | $ 62.50 | |
| 06/28/16 | Patrick Hron | Scripts; review and emails re: same | 0.50 | $ 125.00 | $ 62.50 | |
| 07/29/16 | Patrick Hron | Inquiry re liens for Old Class | 0.50 | $ 125.00 | $ 62.50 | |
| 11/18/16 | Patrick Hron | Conference Call re Neutrals Settlements | 0.50 | $ 125.00 | $ 62.50 | |
| 11/22/16 | Patrick Hron | Review HESI/TO homepage updates and circulate; emails re: same | 0.75 | $ 125.00 | $ 93.75 | |
| 11/29/16 | Patrick Hron | Draft language re Neutrals Settlements in HESI/TO | 0.75 | $ 125.00 | $ 93.75 | |
| 12/06/16 | Patrick Hron | Edit and cirulate versions of language | 0.50 | $ 125.00 | $ 62.50 | |
| 01/23/17 | Patrick Hron | Review, edit, discuss HESI/TO Status Report | 0.75 | $ 125.00 | $ 93.75 | |
| 01/31/17 | Patrick Hron | Same | 0.25 | $ 125.00 | $ 31.25 | |
| 02/08/17 | Patrick Hron | Confer PAJ - re: language re: Neutrals Settlements in HESI/TO and correspondence re: same | 0.25 | $ 125.00 | $ 31.25 | |
| 02/08/17 | Patrick Hron | Review HESI/TO lien corresp bw Moyers and LaCount and corresp re: same | 0.50 | $ 125.00 | $ 62.50 | |
| 02/10/17 | Patrick Hron | Review LaCount HESI/TO Old Class packet | 0.50 | $ 125.00 | $ 62.50 | |
| 02/14/17 | Patrick Hron | Review LaCount HESI/TO Old Class packet | 0.50 | $ 125.00 | $ 62.50 | |
| 03/02/17 | Patrick Hron | Emails and Responses LaCount re Policy 70 Denials in Old Class | 0.50 | $ 125.00 | $ 62.50 | $ 1,062.50 |
| 01/13/17 | Rebecca Foreman | HESI Data Query | 0.25 | $ 70.00 | $ 17.50 | |
| 01/18/17 | Rebecca Foreman | HESI Staust Report | 0.25 | $ 70.00 | $ 17.50 | |
| 02/01/17 | Rebecca Foreman | Joint Status Report | 0.25 | $ 70.00 | $ 17.50 | |
| 02/14/17 | Rebecca Foreman | phone conference with Judge Barbier re: HESI | 1 | $ 70.00 | $ 70.00 | |
| 02/10/17 | Rebecca Foreman | Old Class Distribution Options | 0.25 | $ 70.00 | $ 17.50 | |
| 02/18/17 | Rebecca Foreman | Proposed Court Language | 0.25 | $ 70.00 | $ 17.50 | |
| 02/02/17 | Rebecca Foreman | HESI Status Report | 0.25 | $ 70.00 | $ 17.50 | |
| 02/16/17 | Rebecca Foreman | Final Approval Order | 0.5 | $ 70.00 | $ 35.00 | |
| 02/15/17 | Rebecca Foreman | Barbier Final Aaproval | 0.5 | $ 70.00 | $ 35.00 | $ 245.00 |
| 01/24/17 | Robert Levine | Meeting - Mike Juneau on scope of work for Old Class and budget requirements | 0.25 | $ 170.00 | $ 42.50 | |
| 02/01/17 | Robert Levine | Review HESI court orders, meet with Michelle LaCount (GCG lead) GCG scope of work - liens/database requirements/banking/costs | 1.00 | $ 170.00 | $ 170.00 | |
| 02/08/17 | Robert Levine | Review correspondence from LaCount/BG - liens/database issues | 0.25 | $ 170.00 | $ 42.50 | |
| 02/10/17 | Robert Levine | LaCount memo on Old Class distribution options, GCG recommendations and associated cost estimates | 0.75 | $ 170.00 | $ 127.50 | |
| 02/16/17 | Robert Levine | Review emails on Final Approval Order website postings | 0.25 | $ 170.00 | $ 42.50 | |
| 03/13/17 | Robert Levine | Meeting - Mike Juneau/Pat Juneau/Steve Cirami (GCG) - decisions on choosing Bank for diribution of funds/Positive Pay/GCG scope of work | 1.00 | $ 170.00 | $ 170.00 | $ 595.00 |
| 11/09/16 | Patrick Juneau | Preparation for Fairness Hearing including Powerpoint presentation | 2.30 | $ 700.00 | $ 1,610.00 | |
| 11/10/16 | Patrick Juneau | Attendance and presentation at Fairness Hearing | 2.00 | $ 700.00 | $ 1,400.00 | |
| 11/16/16 | Patrick Juneau | Conference with Micheal Juneau re: crossover of Old and New Class | 0.40 | $ 700.00 | $ 280.00 | |
| 11/22/16 | Patrick Juneau | Conference with New Class Administrator | 0.80 | $ 700.00 | $ 560.00 | |
| 01/23/17 | Patrick Juneau | Conference with New Class Administrator re: status conference and allocation of expenses | 0.50 | $ 700.00 | $ 350.00 | |
| 02/01/17 | Patrick Juneau | Reviewing status Report | 0.30 | $ 700.00 | $ 210.00 | |
| 02/08/17 | Patrick Juneau | Conference re: Neutrals' settlements | 0.50 | $ 700.00 | $ 350.00 | |
| 03/13/17 | Patrick Juneau | Conference with Levine re: banking | 1.00 | $ 700.00 | $ 700.00 | $ 5,460.00 |
| | | Total | 15.50 | | $ 7,362.50 | $ 7,362.50 |

|         | Rates      | Compensation | Mark-Up (40%) + 401K | Total        | /2080      |
|---------|-----------:|-------------:|---------------------:|-------------:|-----------:|
| Askew   | $ 90.00    | $ 130,000    | $ 57,200             | $ 187,200    | $ 90.00    |
| Foreman | $ 70.00    | $ 100,000    | $ 40,000             | $ 140,000    | $ 67.31    |
| Hron    | $ 125.00   | $ 180,000    | $ 72,000             | $ 252,000    | $ 121.15   |
| Levine  | $ 170.00   | $ 350,000    | $ -                  | $ 350,000    | $ 168.27   |
| Juneau  | $ 700.00   |              |                      |              |            |