UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BERTRAND J. KNIGHT** | * | **CASE NO.: 2:11-cv-00783** |
| | * | **SECTION J** |
| **VERSUS** | | |
| | * | **JUDGE BARBIER** |
| **LAWSON ENVIRONMENTAL SERVICE, L.L.C.** | * | **MAGISTRATE JUDGE JANIS vanMEERVELD** |

_____

**MOTION TO SUBSTITUTE COUNSEL**
_____

On motion of Estelle E. Mahoney and Danna E. Schwab of The Schwab Law Firm and Kathryn W. Richard of the law firm of Duval, Funderburk, Sundbery, Richard & Watkins and on suggesting to the Court that Estelle E. Mahoney and Danna E. Schwab desire to withdraw as attorney of record for Lawson Environmental Services, L.L.C. herein, that Kathryn W. Richard of the law firm of Duval, Funderburk, Sundbery, Richard & Watkins desires to be substituted as attorney of record for Lawson Environmental Services, L.L.C. herein, and that Lawson Environmental Services, L.L.C. has consented to such substitution.

Signed in Houma, Louisiana, this 17th day of May, 2017.

                                                **THE SCHWAB LAW FIRM**

                                                **/s/ Danna E. Schwab**_____
                                                **DANNA E. SCHWAB (# 20367)**
                                                **ESTELLE E. MAHONEY (# 08879)**
                                                **7847 Main Street**
                                                **P.O. Box 7095**
                                                **Houma, Louisiana  70361**
                                                **Telephone:  (985) 868-1342**

**DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS**

**/s/ Kathryn W. Richard**
**KATHRYN W. RICHARD (# 26486)**
**101 Wilson Avenue**
**P.O. Box 3017**
**Houma, Louisiana  70361**
**Telephone:  (985) 876-6410**