UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BERTRAND J. KNIGHT** | * | **CASE NO.: 2:11-cv-00783** |
| | * | **SECTION J** |
| **VERSUS** | | |
| | * | **JUDGE BARBIER** |
| **LAWSON ENVIRONMENTAL** | | |
| **SERVICE, L.L.C., ET ALS** | * | **MAGISTRATE JUDGE JANIS vanMEERVELD** |

_____

**ORDER**

_____

Considering the foregoing motion;

**IT IS ORDERED** that Estelle E. Mahoney and Danna E. Schwab be hereby permitted to withdraw and that Kathryn W. Richard of the law firm of Duval, Funderburk, Sundbery, Richard & Watkins be enrolled as attorney of record for Lawson Environmental Services, L.L.C. herein.

Signed in New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**