UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to *Pleading BundleB1* | * | MAG. JUDGE WILKINSON |

_____

| | | |
|---|---|---|
| HARRIS BUILDERS, LLC,  Plaintiff | * | NO. 2:16 -cv- 05451 |
| VERSUS | * | SECTION:  J |
| BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC.        Defendants | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned Counsel moves this Court for an Order allowing withdrawal as Counsel for the Plaintiff, Harris Builders, LLC as Counsel and Plaintiff wish to discontinue the representation and, at this time, all matters pertaining to the various Pre-Trial Orders of the Court have been timely and properly submitted to the Court and there will be no prejudice to Plaintiff or delay to the Court resulting from this withdrawal. Plaintiff's contact information is:

Harris Builders LLC
528 Cohen Street
Marrerro, Louisiana 70072;
phone (504) 328-2590

WHEREFORE, after due proceedings are had, plaintiff and counsel move this Court for an Order allowing withdrawal of undersigned counsel in this proceeding.

RESPECTFULLY SUBMITTED,

/s/ Walter Richard House

_____
**Walter Richard House (#7019)**
**P.O. Box 727**
**Baton Rouge, La.   70821-0727**
**Phone: (504) 427-8808**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw as Counsel was served upon all counsel of record in the form and pursuant to the Rules of this Court, this 17th Day of May, 2017.

      /s/ Walter Richard House
      _____