UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to *Pleading BundleB1* | * | MAG. JUDGE WILKINSON |

_____

| | | |
|---|---|---|
| HARRIS BUILDERS, LLC,  Plaintiff | * | NO. 2:16 -cv- 05451 |
| VERSUS | * | SECTION:  J |
| BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC.          Defendants | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

**ORDER**

Considering the foregoing Motion Withdraw as Counsel by Walter Richard House, Esq.,

**IT IS HEREBY ORDERED** that Walter Richard House is hereby withdrawn from any further representation of Harris Builders, LLC in the captioned proceedings.

_____
**JUDGE**

{00331321}