UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAWSON ENVIRONMENTAL SERVICES, LLC.** | * | **CASE NO.: 2:12-CV-00740** |
| | * | **SECTION J** |
| **VERSUS** | | |
| | * | **JUDGE BARBIER** |
| **BP EXPLORATION AND PRODUCTION SERVICES** | * | **MAGISTRATE JUDGE JANIS vanMEERVELD** |

_____

**ORDER**
_____

Considering the foregoing motion;

**IT IS ORDERED** that Estelle E. Mahoney and Danna E. Schwab be hereby permitted to withdraw and that Kathryn W. Richard of the law firm of Duval, Funderburk, Sundbery, Richard & Watkins be enrolled as attorney of record for Lawson Environmental Services, L.L.C. herein.

Signed in New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**