# EXHIBIT

# "A"

| Cause Nubmer(s) | LastName | FirstName | CompanyName |
|---|---|---|---|
| 2:13-cv-05367-CJB-SS | ADAMS | AMADO | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | BRELAND | HERBERT | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | COX | CHARLES | |
| 2:13-cv-05367-CJB-SS | DURASSAINT | JAMES | |
| 2:13-cv-01717-CJB-SS | HILL | MICHAEL | THE HIDEAWAY BARBER SHOP & SALON LLC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | MOORE | JUANITA | |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | SHIRLEY | DELROY | |