UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL No. 2179 SECTION: J |
| This Document Relates to: 2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Shushan |

## MOTION FOR LIMITED DISMISSAL WITHOUT PREJUDICE WITH RESERVATION OF RIGHTS

**NOW INTO COURT,** through undersigned counsel come Plaintiffs, Gauci Custom Builders, LLC d/b/a Gauci's Custom Building & Developing, LLC and Winter Garden Italian American Bistro, LLC (referred to hereinafter collectively as "the Gauci Businesses"), Karen Gauci individually and Joseph V. Gauci individually, who respectfully move and represent as follows:

1.

Plaintiffs wish to dismiss Douglas R. Kraus from this matter without prejudice with a full reservation of rights against the remaining defendants, including, but not limited to, Brent Coon & Associates Law Firm, PC, Brent Coon, Eric W. Newell, John Thomas, Biskobing Law, P.C. due to the fact that Mr. Kraus was not upon information and belief in any way involved and not employed by Brent Coon & Associates during the time frame at issue in this case.

**WHEREFORE,** Plaintiffs ask that Doug Kraus be dismissed from this matter without prejudice with a full reservation of rights against the remaining defendants, including, but not limited to, Brent Coon & Associates Law Firm, PC, Brent Coon, Eric W. Newell, John Thomas, Biskobing Law, P.C

Respectfully submitted this the 18TH day of May, 2017.

        BY: GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing MOTION FOR LIMITED DISMISSAL WITHOUT PREJUDICE WITH RESERVATION OF RIGHTS has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2017.

                                      /s/ George W. Healy IV