# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL No. 2179  SECTION: J |
| **This Document Relates to:** | 2:17-cv-02881 | * | Judge Barbier |
| | | * | Mag. Judge Shushan |

## O R D E R

Considering the foregoing Limited Dismissal Without Prejudice with Reservation of Rights;

**IT IS HEREBY ORDERED** that Doug Kraus be dismissed from this matter without prejudice with a full reservation of rights against the remaining defendants, including, but not limited to, Brent Coon & Associates Law Firm, PC, Brent Coon, Eric W. Newell, John Thomas, Biskobing Law, P.C.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2017.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted

/s/ George W. Healy IV_____
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005
BY:  GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,