# EXHIBIT "A"

| Cause Number(s) | LastName | FirstName |
|---|---|---|
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LA | PHUC |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | LE | DO QUYEN |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | NGUYEN | THANH |
| 2:13-cv-01717-CJB-SS | PHAN | THUY |
| 2:13-cv-06009-CJB-SS; 2:13-cv-06010-CJB-SS | VU | THU |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |