Exhibit B

# DECLARATION OF PATRICK HRON

Patrick Hron declares, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information and belief, the following:

1.      I am an adult over twenty-one years of age. In addition to serving as the Appeals Coordinator, I work as an attorney for the Claims Administrator's Office for the CSSP. As part of my role, I assist the Claims Administrator in implementing and applying the Settlement Agreement. I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would testify competently to all matters contained herein.

2.      Unsupported assertions of the purported submission of Claim Forms prior to the 6/8/15 deadline were not unique to Mr. Congeni and Mr. Ledbetter. Following the 6/8/15 Claim Form filing deadline, a very few people reported that they had attempted to file or had filed Claim Forms before the deadline for which the CSSP did not have evidence of such attempts or filings. For those "claimants" and for those of Mr. Congeni and Mr. Ledbetter, the CSSP performed in depth examinations and assessed whether those Claimants had timely filed Claim Forms prior to the Claim Form filing deadline, in each case based on its specific circumstances. Where the CSSP determined that there were no technical "glitches" or other known issues that had prevented Claimants from filing the Claim Forms the filings were rejected,

3.      During the course of the CSSP, 291,426 potential Claimants submitted Registration Forms[1], and 390,079 Claim Forms[2] were filed, with 47,120 Claim Forms being filed within the 30 days before the 6/8/15 Claim Form filing deadline. Mr. Ledbetter and Mr. Congeni have suggested

---

[1] Registration Forms are not the equivalent of Claim Forms. Registration Forms are not specifically associated with any specific Economic or Property Damages Loss Framework. Rather, Registration Forms merely provide the Settlement Program with general, preliminary information about the potential Claimant.

[2] Claim Forms, on the other hand, have been determined by the Fifth Circuit Court of Appeals to be the jurisdictional prerequisite to the submission of a Claim.

Exhibit B

that the CSSP could or should have informed them prior to the 6/8/15 Claim Form filing deadline whether the Claim Forms were not submitted.  However, based on the sheer volume, it would have been impossible for the CSSP to review within a matter of days all filings by all Claimants or attorneys (Mr. Congeni and Mr. Ledbetter submitted Registration Forms only three business days before the Claim Form filing deadline), determine whether they did or did not include Claim Forms, and then provide notice of deficiency so that any omissions could be timely cured. Moreover, notice that Claim Forms were required had already been disseminated and made public pursuant to the Court-approved Notice Plan well in advance of the 6/8/15 Claim Form filing deadline.

Executed on May 18, 2017.

Patrick Hron