
Exhibit C

| | |
|---|---|
| **From:** | gbowen@dhecc.com |
| **Sent:** | Tuesday, March 22, 2016 9:16 AM |
| **To:** | leo@congenilawfirm.com |
| **Cc:** | michelle@congenilawfirm.com |
| **Subject:** | RE: Kiva Construction and Engineering, Inc. |

**RE: KIVA CONSTRUCTION AND ENGINEERING, INC.**
   100325530

Good Morning Leo,

The Settlement Program can confirm that the claimant Kiva Construction and Engineering, Inc. (CID 100325530) uploaded supporting documentation and electronically signed and submitted a Registration Form on June 3, 2015 at 3:20 p.m. ET. However, no Claim Form of any claim type was begun through the Portal and no Claim Form was submitted on or before June 8, 2015 electronically or via hard copy Claim Form.

An attorney may upload documentation to a claim file prior to submitting a Claim Form; this is not a system error. When an attorney elects to electronically sign a claimant's name based on a power of attorney, the attorney is prompted to upload the power of attorney before the Portal will accept the electronic signature. Here, the Portal user uploaded the power of attorney then went on to upload several other documents intended to support a claim before electronically signing the Registration Form.

After a Portal user electronically signs and submits a Registration Form, a message appears on the screen directing the Portal user to click Continue to proceed to complete the Claim Form(s) for the claim type(s) he or she is claiming in the DWH Settlement.

> After completing and electronically signing the Registration Form, click Continue to return to the Claimant Details screen and then click the Claim Form button to fill out the Claim Form(s) for the claim type(s) you are claiming in the DWH Settlement. You may click the Unlock button at the top of this screen to unlock your submission and edit the Registration Form. Once your Registration Form submission or any Claim Form submission enters the claims evaluation process, you cannot change your Registration Form answers.
>
> [Continue]

The requirement that a claimant submit a Claim Form is explicitly stated in the Settlement Agreement and repeated throughout the website and the Portal. Section 4.4.5 of the Settlement Agreement provides that Economic Class Members must submit Claim Forms to participate in the Settlement Program. Claim Forms for filing of all new claims (other than those under the Seafood Compensation Program) must have been completed and signed in accordance with Section 4.4.5 of the Settlement Agreement, and submitted to the Settlement Program on or before June 8, 2015. Section 1.1 of the Instructions for Completing the Registration Form states that: "[t]o make a claim under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit a Registration Form, Claim Form(s) and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before June 8, 2015."

The Claims Administrator has determined that your Claim Form submission was not timely made prior to the claim filing deadline of June 8, 2015. The Claims Administrator is unable to grant relief from this deadline and the determination of untimeliness is final. We will not review additional documents submitted in support of this claim.

Thank you.

Kind regards,

Gerri



**Geraldine Bowen**
**Deepwater Horizon Claims Center**
gbowen@dhecc.com
Telephone: (804) 214-2839 Ext 4375

1