**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * | MDL No. 2179 |
| | * | Section: J |
| This Document Relates to: | * * | Judge Barbier |
| *No. 2:13-cv-6649* | * * | Magistrate Judge Wilkinson |
| | * * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS THE CLAIMS OF THE MEXICAN STATE OF YUCATÁN**

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Elizabeth A. Larsen
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

Robert C. "Mike" Brock, P.C.
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

*Attorneys for the BP Defendants*

*(Counsel for Additional Defendants Listed on Signature Page)*

NOW INTO COURT, through undersigned counsel, come Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (and its product service line Sperry Drilling Services), and respectfully move this Court for leave to file the attached Reply Memorandum in Support of Defendants' Motion to Dismiss the Claims of the Mexican State of Yucatán (Rec. Doc. 22589).  On May 2, counsel for the Mexican State of Yucatán represented that they would not oppose BP's request to file a reply, and, on that same day, Mr. Allums stated that "BP may file a 5-page reply by May 19."  Defendants submit that the attached Reply Memorandum is needed to fairly assess the legal authorities, arguments, and evidence submitted in Plaintiff's Opposition Memorandum (Rec. Doc. No. 22767). Accordingly, Defendants seeks leave to file the attached Reply Memorandum.

Dated May 19, 2017

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Elizabeth A. Larsen
Kristopher S. Ritter
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

Robert C. "Mike" Brock, P.C.
Jeffrey B. Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

**Attorneys for BP Defendants**

2

/s/ *Kerry J. Miller*
Kerry J. Miller (#24562)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:     (504) 566-8646
Facsimile:     (504) 585-6946
Email:     kjmiller@bakerdonelson.com

***Attorneys for Defendants Transocean
Offshore Deepwater Drilling Inc.,
Transocean Deepwater Inc., Transocean
Holdings LLC, and Triton Asset Leasing
GmbH***

/s/ *R. Alan York*
R. Alan York
REED SMITH LLP
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  713-469-3800
Facsimile:  713-469-3899

Donald E. Godwin
GODWIN BOWMAN & MARTINEZ PC
State Bar No. 08056500
DGodwin@GodwinLaw.com
1201 Elm Street
Suite 1700
Dallas, Texas 75270
Telephone:  214-939-4400
Facsimile:  214-760-7332

***Attorneys for Halliburton Energy Services,
Inc. (and its Product Service Line, Sperry
Drilling Services)***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of May, 2017.

Dated: May 19, 2017                                              Respectfully submitted,

                                                                                */s/ Don K. Haycraft*
                                                                                Don K. Haycraft