UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL No. 2179 SECTION: J |
| **This Document Relates to:  2:17-cv-02881** | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

**O R D E R**

Considering the foregoing Limited Dismissal Without Prejudice with Reservation of Rights;

**IT IS HEREBY ORDERED** that Doug Kraus be dismissed from this matter without prejudice with a full reservation of rights against the remaining defendants, including, but not limited to, Brent Coon & Associates Law Firm, PC, Brent Coon, Eric W. Newell, John Thomas, Biskobing Law, P.C.

New Orleans, Louisiana this 19th day of May, 2017.

_____
United States District Judge