UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 16-5451* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion to Withdraw as Counsel.  (Rec. Doc. 22840)

IT IS ORDERED that the Motion is GRANTED and Walter Richard House is hereby withdrawn from any further representation of Harris Builders, LLC in the captioned proceedings. Withdrawing counsel provides the following contact information for Harris Builders, LLC:

Harris Builders LLC
528 Cohen Street
Marrerro, Louisiana 70072;
phone (504) 328-2590

Because corporations, LLCs, and other business entities must be represented by an attorney, new counsel eventually will need to enroll for this plaintiff or its claims may be dismissed.  *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana, this 19th day of May, 2017.

_____
United States District Judge