U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED: MAY 1 0 2017
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

re 12-970

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Memorandum **28**
May 7th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on May 7th, 2017.

TENDERED FOR FILING

MAY 1 0 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                             16-30918
"Deepwater Horizon" in the Gulf                                    3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Twenty-Three
If you hold a hearing you must subpoena the following individuals:

Doctor Sandler, and others from the NIH, CDC, etc. confirmed the existence of the Katrina Virus. She confirmed the fact that the base study group was comprised of individuals that lived near the Gulf of Mexico before Hurricane Katrina struck. The First Responders (Firemen, police, military, etc.) in the study group all had to be in the area prior to Hurricane Katrina. The GuLF Study that she is responsible for came about because of the BP Oil Spill and not Hurricane Katrina. They are using the BP Oil Spill as a cover up.

Our government dispersed billions of dollars to study the effects of the Katrina Virus.

It has now become clear that the damage is apocalyptic.

https://www.niehs.nih.gov/research/atniehs/labs/epi/pi/chronic/
**Dale Sandler, Ph.D.**
Chief, Epidemiology Branch and Senior Investigator
Tel (919) 541-4668
Fax (301) 480-3290
sandler@niehs.nih.gov
P.O. Box 12233
Mail Drop A3-05
Research Triangle Park, NC 27709

**TENDERED FOR FILING**

**MAY 1 0 2017**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**Dr. Richard Kwok** is a Staff Scientist and Co-PI of the Gulf Long-term Follow-up Study (GuLF STUDY). He conducts research on disaster-related mental health, exposure assessment, and health effects of oil spills.
**Dr. Lawrence Engel**, Associate Professor of Epidemiology at the University of North Carolina School of Public Health, serves, along with Drs. Sandler and Kwok, as Co-PI of the GuLF STUDY.
**Aubrey K. Miller, M.D., M.P.H.**
In May, 2010, Aubrey Miller, M.D., M.P.H. joined the NIEHS team to serve as Senior Medical Advisor and NIEHS liaison to the U.S. Department of Health and Human Services (HHS). Miller's office is located on the NIH Campus in Bethesda where he oversees a small staff of NIEHS employees who are readily available to meet with NIH and HHS representatives, federal partners, members of Congress, and other stakeholders to discuss how environmental factors influence human health and disease. Miller is coordinating many federal efforts, including playing a major role in the NIEHS and HHS response to the Gulf of Mexico oil spill.

https://www.niehs.nih.gov/research/programs/gulfspill/index.cfm

*The GuLF STUDY (Gulf Long-term Follow-up Study) is a health study for individuals who helped with the oil spill cleanup, took training, signed up to work, or were sent to the Gulf to help in some way after the Deepwater Horizon disaster. The NIEHS initiated the study in June 2010. The GuLF STUDY will help determine if oil spills, and exposure to crude oil and dispersants, affect physical and mental health. Researchers are studying a range of problems, including breathing and blood pressure issues, skin conditions, self-reported symptoms, and cancer, as well as depression, stress, and anxiety. Almost 33,000 cleanup workers are enrolled in the 10-year health study, making a significant contribution to their communities and answering important public health questions. For more information on this study, visit GuLF STUDY.*

http://www.kenyoninternational.com/
Kenyon International Emergency Services
CEO Robert A. Jensen
Kenyon is owned by our government (CIA and DOD) and was responsible for the recovery and disposal of chemical infected corpses during Hurricane Katrina.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. May 7th, 2017.

Judge Kurt Engelhardt,
May 7th, 2017

Letter 13.

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

TENDERED FOR FILING

MAY 10 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk