UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

*12-970*

Memorandum **29**
May 7th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on May 9th, 2017.

TENDERED FOR FILING
MAY 11 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

TENDERED FOR FILING

MAY 1 1 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

16-30918

3893 Environmental Matters

Supplemental Memorandum Twenty-Four

Further proof that **the Supreme Court is a criminal, secretive and political enterprise** that does not care about the Constitution or the American People. This is beyond unbelievable.

Oath for Supreme Court Justices: "I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

Amendment I (The First Amendment is a RIGHT!)

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the government for a redress of grievances**.

I filed Writs of Prohibition and Mandamus on behalf of the American People. I honored the Oath that I took as a lifetime commissioned Air Force Officer. I took the same Oath as the Supreme Court Justices.

This is about saving the American People. Why will the Supreme Court not docket my pleadings? Our most sacred right is "freedom of speech" and yet the Supreme Court censors all of us. They censor me by not docketing my pleadings and they censor the American People by not allowing me to "petition the government for redress of grievances". The censorship is to protect the cover-up and the criminal conduct of the Supreme Court. The conclusion is the genocide of Mankind.

I received two letters from the Supreme Court which were both dated May 2nd, 2017.

The first letter was in reference to Writ 16-6278. I lost track of how many times the Supreme Court has pulled this stunt and censored me. Clerk Atkins states that my pleading was postmarked April 20th, 2017. My pleading was mailed to the Supreme Court, 5th Circuit, District Court for Eastern Louisiana and Judge Kurt Engelhardt on April 10th, 2017. You can confirm this by reviewing 5th Circuit Case: 16-30918 Document: 00513961672 Page: 3 Date Filed: 04/12/2017. I attached a copy. I notified Clerk Atkins with a voice mail messages two weeks ago that the pleadings had been docketed and that he could review the cases on Pacer. Clerk Atkins has made it clear that the Supreme Court's actions are above the law and especially the Constitution.

The second letter was in reference to Writ 16-6345. There was a fundamental change in my position because of the criminal conduct of the Department of Justice. I asked Justice Roberts for an extension.

Clerk Atkins is acting as a Justice by not presenting my Application. This is censorship. The Supreme Court Rules and Procedures and the Federal Rules of Civil Procedure allow for this and so does a common-sense interpretation of the First Amendment. Review 5th Circuit Case: 16-30918 Document: 00513973633 Page: 1 Date Filed: 04/24/2017.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. May 9th, 2017.

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

May 2, 2017

David Christenson
P.O. Box 9063
Miramar Beach, FL 32550

    RE: In Re David Andrew Christenson
        No: 16-6278

Dear Mr. Christenson:

    The application for a further extension of time within which to comply with the order of November 28, 2016, postmarked April 20, 2017, and received May 2, 2017, is herewith returned.

    On March 15, 2017, Justice Thomas extended the time to file until April 14, 2017 in the above-entitled case. Since the application was postmarked April 20, 2017, the application is out-of-time.

                            Sincerely,
                            Scott S. Harris, Clerk
                            By:
                            Jeffrey Atkins
                            (202) 479-3263

Enclosures

# SUPREME COURT OF THE UNITED STATES
# OFFICE OF THE CLERK
# WASHINGTON, DC 20543-0001

May 2, 2017

David Christenson
P.O. Box 9063
Miramar Beach, FL 32550

   RE: In Re David Andrew Christenson
       No: 16-6345

Dear Mr. Christenson:

   The application for a further extension of time within which to comply with the order of December 5, 2016, postmarked April 20, 2017, and received May 2, 2017, is herewith returned.

   On March 21, 2017, The Chief Justice has directed no further extensions will be granted in the above-entitled case.

                                  Sincerely,
                                  Scott S. Harris, Clerk
                                  By:
                                  Jeffrey Atkins
                                  (202) 479-3263

Enclosures

No. 16-6278

# In The
# Supreme Court of the United States

David Andrew Christenson
Petitioner/Plaintiff

v.

United States of America
President Barack Obama, et. al.,
United Kingdom
Prime Minister Theresa Mary May, et. al.,
BP Exploration & Production, Incorporated
BP America Production Company, Incorporated
BP, P.L.C.
Respondent/Defendants

---

**Associate Justice Clarence Thomas**
**Application for an extension of time within which to comply with the order of November 28th, 2016**

**(EXTRAORDINRY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)**

*David Andrew Christenson files this Extraordinary Writ on behalf of himself and the American People*

David Andrew Christenson, *Pro Se*
Box 9063
9815 US Highway 98 West, BC 156
Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

Judge Kurt Engelhardt,
May 9th, 2017

Letter 14.

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

Clerk Scott S. Harris  
Supreme Court of the United States  
Office of the Clerk  
Washington, DC 20543-0001

May 9th, 2017

Clerk Harris,

I am returning these pleadings so that you can properly docket them and then present them to the Supreme Court Justices in accordance with the Constitution and specifically the last sentence of the First Amendment.

Please review the pleadings that were sent to the 5th Circuit, District Court for Eastern Louisiana and Judge Kurt Engelhardt. The pleadings confirm that the Supreme Court is a criminal, secretive and political enterprise that is far more cunning than the Nazis.

Why is a Clerk acting as a Justice?

Godspeed.  
Sincerely filed,  
In Proper Person and Pro Se,

David Andrew Christenson  
Box 9063  
Miramar Beach, Fl. 32550  
504-715-3086, davidandrewchristenson(at)hotmail.com

CERTIFICATE OF SERVICE  
I hereby certify that on May 9th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail including:  
The Solicitor General  
Counsel of Record United States Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530-0001  
SupremeCtBriefs(at)USDOJ.gov, (202) 514-2217

David Andrew Christenson