UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MASTER DOCKET NO. 10-MD-2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Nos. 17-3370, 17-3382, and 17-3388* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW DOCUMENTS

Plaintiffs, United States Environmental Services, LLC, United States Maritime Services, Inc. and United States Maritimes Services, Inc. d/b/a United States Maritime Services, LLC (collectively "USES"), through undersigned counsel, respectfully move this Court for an Order Withdrawing Plaintiffs' Exhibit 1 to their Complaints for Declaratory Judgment previously filed in this matter.

In support of this, USES represents:

**1.**

On April 12, 2017 and pursuant to Pre-Trial Order No. 63, USES filed its Complaints in civil actions nos. 17-3370, 17-3382, and 17-3388. (No. 17-3370, Rec. Doc. 1; No. 17-3382, Rec. Doc. 1; and No. 17-3388, Rec. Doc. 1.)

**2.**

On that same day, USES filed an Ex Parte Motion to Seal Exhibit 1 to each Complaint due to the fact the proposed Exhibit falls within the provisions of a confidentiality agreement

contained in the Master Service Contract with BP America Production Co. Contract No. BPM-07-00450, (No. 17-3370, Rec. Doc. 2; No. 17-3382, Rec. Doc. 3; No. 17-3388, Rec. Doc. 3.)

**3.**

Thereafter, on May 15, 2017, this Court denied the Motions to file under seal and allowed USES to file a motion to withdraw the documents from the record within seven days, pursuant to Local Rule 5.6(D).  (No. 17-3370, Rec. Doc. 6; No. 17-3382, Rec. Doc. 6;  No. 17-3386, Rec. Doc. 6).

**4.**

Pursuant to Local Rule 5.6(D), USES wishes to withdraw its proposed Exhibit 1 to the Complaints from the record.

WHEREFORE, for the foregoing reasons, Plaintiffs, United States Environmental Services, LLC, United States Maritime Services, Inc. and United States Maritimes Services, Inc. d/b/a United States Maritime Services, LLC, respectfully request that this Court enter an Order withdrawing its proposed Exhibit 1 to the Complaints from the record.

Respectfully Submitted,

*/s/ Allen J. Krouse, III*
Allen J. Krouse, III (#14426)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com
**ATTORNEYS FOR UNITED STATES ENVIRONMENTAL SERVICES, L.L.C., UNITED STATES MARITIME SERVICES, INC. AND UNITED STATES MARITIMES SERVICES, INC. D/B/A UNITED STATES MARITIME SERVICES, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Withdraw Documents has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of May, 2017.

*s/ Allen J. Krouse, III*