UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MASTER DOCKET NO. 10-MD-2179 |
| | * | SECTION: "J" |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Nos. 17-3370, 17-3382, and 17-3388* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing *Ex Parte* Motion to Withdraw Proposed Exhibit 1 of the Complaints from the record:

IT IS HEREBY ORDERED that the Motion is GRANTED and the proposed Exhibit 1 to the Complaint (No. 17-3370, Rec. Doc. 1; No. 17-3382, Rec. Doc. 1; and No. 17-3388, Rec. Doc. 1) filed by Plaintiffs, United States Environmental Services, LLC, United States Maritime Services, Inc. and United States Maritimes Services, Inc. d/b/a United States Maritime Services, LLC, is hereby WITHDRAWN from the record.

This the _____ day of May, 2017.

                                                                                             _____
                                                                                              UNITED STATES DISTRICT JUDGE