UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF THE MOTION OF DEFENDANT BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP") FOR ENTRY OF AN ORDER RELATING TO THE <u>DISPOSAL OF CERTAIN SAMPLES</u>**

BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP") have moved this Court for an Order in the form submitted herewith, seeking, under ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation of samples, authorization to decant pre-response, pressurized Mississippi Canyon 252 oil.  In support, BP states as follows:

PTO 1 ¶14 provides for the preservation of potentially-relevant evidence, including materials "reasonably anticipated to be subject to discovery…."  PTO 1 ¶14 identifies many categories of materials requiring preservation, including "tangible things" related to the *Deepwater Horizon* incident.  Issued in April 2010, PTO 1 requires all parties to preserve, among other things, physical samples (such as pre-response Mississippi Canyon 252 oil) taken from source and various locations in the Gulf region, and to preserve reports and analysis, for example, related to these samples.

On July 20, 2016**,** this Court issued an order ("the July 20 Order") permitting BP to dispose of excess supplies of certain reference materials, such as collected source oil, surrogate oil, and

dispersant used on the response. Such disposal was subject to the pre-requisite that a specified portion of these materials be retained, in the event that a party with pending claims relating to this proceeding should, in the future, request a sample for an appropriate purpose. BP has preserved such amounts as required by the July 20 Order.

Among the specific substances retained under the July 20 Order is "Pre-Response Mississippi Canyon 252" material, which the Order specifies as consisting of pre-response "oil, drilling mud, and rinsates." As an addendum to that Order, BP now seeks to decant one of the component materials under "Pre-Response Mississippi Canyon 252"-- pre-response Mississippi Canyon 252 oil -- that is currently stored in pressurized cylinders. Given the nature of this material, and out of an abundance of caution, BP here provides specific notice to the parties and the Court of its intention to decant all of these cylinders, and respectfully requests the Court to grant approval of such decanting.

This oil, which has been preserved for more than seven years, has been previously submitted for analysis and, as required by PTO 1 ¶14, all data and data analysis related to this material, has been, and shall be, retained and made available to all requestors. In addition, any party with pending claims related to this proceeding may request, at its own cost, a sample of this pressurized material before it is decanted, consistent with the terms of the proposed Order. Following decanting into non-pressurized containers, the oil will be preserved and continue to be available for requests, at the requesting party's own cost, as are all materials under the July 20 Order.

BP's request recognizes the status of the litigation, protects the rights of parties with pending claims related to this litigation, and weighs both the high cost, and extremely limited value, of requiring BP to continue to maintain this material in this costly format. This proposal

thus helps ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of the discovery and preservation obligations.

WHEREFORE, BP respectfully requests that this Court enter an Order in the form submitted herewith.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

and

Robert C. "Mike" Brock, P.C.
Jeffrey B. Clark
Joseph J. DeSanctis
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5951
Facsimile:  (202) 879-5200

Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of May 2017.

/s/ Don K. Haycraft