**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | *    MDL No. 2179 |
| | * |
| This Document Relates to: | *    Section: J |
| | * |
| *No. 2:13-cv-6649* | *    Judge Barbier |
| | *    Magistrate Judge Wilkinson |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**O R D E R**

Considering Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. (and its product service line Sperry Drilling Services) Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Dismiss the Claims of the Mexican State of Yucatán (Rec. Doc. 22589);

IT IS ORDERED that the Motion is **GRANTED** and the Reply Memorandum is hereby filed into the record of the above-captioned matter.

New Orleans, Louisiana this 22nd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE