IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | § § | Judge Barbier |
| Actions:   2:12-cv-01895<br>              2:13-cv-06013 | § § § | Magistrate Judge Wilkinson |

### PLAINTIFF'S MOTION TO SET STATUS CONFERENCE

Plaintiff, Peggy Kemp, Mother of Roy Wyatt Kemp, Deceased, hereby moves this Court to set a status conference concerning discovery and a date for trial of her case.

**I.**

Peggy Kemp requests a status conference with the Court so that she may be allowed to begin discovery and be assigned a date for trial in her case.

Respectfully submitted,

T. TAYLOR TOWNSEND, LLC.

/s/ Taylor Townsend

TAYLOR TOWNSEND
Louisiana State Bar No. 20021
320 St. Denis
P.O. Box 784
Natchitoches, Louisiana 714578
Telephone:   318.238.3612
Facsimile:   318.238.6103

STEVENSON & MURRAY

*/s/ John W. Stevenson, Jr.*

JOHN W. STEVENSON, JR.
Fed ID. No. 3992
24 Greenway Plaza, Suite 750
Houston, Texas 77046
Telephone: 713.622.3223
Facsimile: 713.622.3224

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 22th day of May, 2017, electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following: All counsel of record: I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

*/s/ John W. Stevenson, Jr.*
JOHN W. STEVENSON, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| This document relates to: | § § | Judge Barbier |
| *Actions:*   2:12-cv-01895          2:13-cv-06013 | § § § § | Magistrate Judge Wilkinson |

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel conferred with counsel for Defendants, BP and Halliburton. Counsel for Defendant Halliburton takes no position on Plaintiff's Motion to Set Status Conference. BP is opposed to Plaintiff's Motion.

/s/ John W. Stevenson, Jr.
JOHN W. STEVENSON, JR.

CERTIFICATE OF SERVICE
I do hereby certify that I have on this 22[th] day of May, 2017,
electronically filed the foregoing with the Clerk of Court by using
CM/ECF system which will send a notice of electronic filing to the following:
All counsel of record: I further certify that I mailed the foregoing document
and notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

/s/ John W. Stevenson, Jr.
JOHN W. STEVENSON, JR.