**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | § | **MDL NO. 2179** |
| | § | **SECTION J** |
| **This document relates to:** | § | **Judge Barbier** |
| *Actions:* *2:12-cv-01895* *2:13-cv-06013* | § | |
| | § | **Magistrate Judge Wilkinson** |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO SET STATUS CONFERENCE**

COMES NOW Plaintiff, Peggy Kemp, Mother of Roy Wyatt Kemp, Deceased, and files this Memorandum in Support of her Motion to Set Status Conference, and in support thereof would show the Court the following:

**I.**

Roy Kemp died tragically aboard the Deepwater Horizon. He was survived by his wife, children and his mother, Peggy Kemp. His wife and children settled with the BP fund headed by Kenneth Feinberg. Peggy Kemp was not involved with that claim, the negotiations underlying the claim or the settlement that was reached. (We also understand Transocean knew nothing of the settlement at the time even though Kemp was a Transocean payroll employee). Ms. Kemp was paid nothing and signed nothing in connection with that settlement.

**II.**

Ms. Kemp filed lawsuits against several BP entities and Halliburton Energy Services, Inc. in Texas state court. Those cases were removed and transferred into the MDL. They bear numbers ***12-01895 and 13-06013.*** Since that time, her cases have been stayed.

III.

During the years since the filing of the cases, Ms. Kemp has waited patiently to have her case resolved by settlement or trial. The undersigned have exchanged correspondence and met with defense counsel in an effort to amicably resolve her case.

IV.

We have provided proof of her status as a parent and dependent relative pursuant to the Death on the High Seas Act (DOHSA). Tax Returns and an Economist report have documented the substantial decline in the profits of Ms. Kemp's convenience store business of which Roy was an integral part prior to his death. After being told that Transocean would reach out to BP to try to resolve her claim, nothing happened. Recently, counsel was informed that BP had no intention of resolving her claim and would be filing a motion for summary judgment to attempt to have her case dismissed.

V.

Peggy Kemp requests a status conference with the Court so that she may be allowed to begin discovery and be assigned a date for trial in her case.

Respectfully submitted,

T. TAYLOR TOWNSEND, LLC.

/s/ Taylor Townsend

TAYLOR TOWNSEND
Louisiana State Bar No. 20021
320 St. Denis
P.O. Box 784
Natchitoches, Louisiana 714578
Telephone: 318.238.3612
Facsimile: 318.238.6103

**STEVENSON & MURRAY**

/s/ John W. Stevenson, Jr.

JOHN W. STEVENSON, JR.
Fed ID. No. 3992
24 Greenway Plaza, Suite 750
Houston, Texas 77046
Telephone: 713.622.3223
Facsimile: 713.622.3224

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 22[th] day of May, 2017, electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following: All counsel of record: I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

/s/ John W. Stevenson, Jr.

JOHN W. STEVENSON, JR.