IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 <br> SECTION J |
| This document relates to: | § § | Judge Barbier |
| Actions: 2:12-cv-01895 <br> 2:13-cv-06013 | § § § | Magistrate Judge Wilkinson |

### PROPOSED ORDER

On this day came to be heard Plaintiff's Motion to Set Status Conference and Plaintiff's Memorandum in Support of Motion to Set Status Conference, and having reviewed the same, heard the argument and objections, if any, this Court finds that the Motion should be granted. Therefore, it is

ORDERED that Plaintiff's Motion to Set Status Conference is GRANTED. The Status Conference will be held at _____ on _____.

Signed this _____ day of _____, 2017.

_____
JUDGE PRESIDING