# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br>**SECTION J** |
| **This document relates to:**<br>**Claimant ID xxxx12719; Claim ID 74482.** | **Honorable CARL J. BARBIER**<br>**Magistrate Judge SHUSHAN** |

### MOTION FOR EXTENSION OF TIME (*NUNC PRO TUNC*), AND FOR LEAVE OF COURT TO SUBMIT REQUEST FOR DISCRETIONARY REVIEW[1]

COMES NOW the Claimant (ID xxxx12719; Claim ID 74482) and respectfully requests that this Honorable Court grant an extension of time *nunc pro tunc*, and grant leave of Court allowing the Claimant to submit its Request for Discretionary Court Review (Doc. ID 20675738, and also attached hereto as Exhibit A) to be deemed timely submitted, despite being filed approximately 8 hours beyond the deadline.  As grounds therefor, Claimant states the following:

1.  Claimant was originally proceeding pro se and the claim was denied. Claimant engaged the undersigned to assist with the briefing on the appeal, we appealed the denial on January 14, 2017 (Doc. ID 20303944), and all associated

---

[1] Prior to filing this motion, the undersigned spoke with one of BP's counsel, explained the situation, and asked for BP's position on this motion.  The undersigned also advised that Claimant would not object to BP having whatever time it needed in order to response to the request for discretionary review.  BP's counsel stated that he would check on the matter and provide a response.  Once that response is received, Claimant will advise the Court of the same.

briefing was timely filed. The appeal panelist affirmed the denial, and Claimant received a notice setting the deadline for May 15, 2017 to request discretionary review by this Court (Doc. ID 20637258).

2. The undersigned prepared the request for discretionary review, and submitted it for review by Claimant and its accountants on May 12. But on May 15, the undersigned failed to upload the request before the 11:59 p.m. deadline. The undersigned realized this error in the early morning hours of May 16, and uploaded the request for discretionary review immediately upon arriving at the office on May 16 (Doc. ID 20675738). The undersigned then emailed the request to his claims center liason, asking that the request be accepted. (Ex. B). The liason responded on Wednesday, May 17, stating that because the claim was still on a pro se portal, he could be of no assistance.

3. The undersigned then attempted to contact the Appeals Coordinator, while at the same time seeking to obtain an AR-1 form confirming the undersigned's representation of the Claimant. The undersigned was able to speak to the Appeals Coordinator on Friday, May 19, who advised that any request for extension of time on a request for discretionary review would need to be made to this Court. The undersigned also confirmed with the Court's chambers that such a motion should be directed to this Court rather than the Appeals Coordinator.

4. The undersigned respectfully requests that the request for discretionary review be accepted out of time. It is through no fault of the Claimant that the request was not uploaded until approximately 8 hours after the deadline. It is entirely the fault of the undersigned, a fact which is both personally and professionally embarrassing. The undersigned prays that this Court not punish Claimant for the error of the undersigned. The undersigned understands that a request for discretionary review is just that—the Court retains the discretion not to review the appeal. The undersigned merely requests that the request for discretionary review process be completed, with BP having a chance to respond, so as to give the Court the opportunity to determine how to exercise its discretion, rather than ending Claimant's claim based on the error of the undersigned.

5. The undersigned contacted BP's counsel requesting its consent to this motion, and stated that Claimant would not oppose any request by BP for additional time to respond to the request for discretionary review. BP's counsel stated he would need to review the matter before responding. Once Claimant receives BP's response, the undersigned will immediately notify the Court of the same.

WHJEREFORE, Claimant respectfully requests that its request for discretionary review (Doc. ID 20675738, and also attached hereto as Exhibit A) be accepted as timely filed.

Respectfully submitted,

/s/ H. Thomas Wells, III
H. Thomas Wells, III (ASB-4318-H62W)
STARNES DAVIS FLORIE LLP
P.O. Box 59812
Birmingham, AL  35259
phone:  (205) 868-6000
fax:      (205) 868-6099
email:   twells@starnelaw.com

Counsel for Claimant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of May, 2017.

/s/ H. Thomas Wells, III
H. Thomas Wells, III (ASB-4318-H62W)