# Exhibit B

**Trey Wells**

| | |
|---|---|
| **From:** | Trey Wells |
| **Sent:** | Tuesday, May 16, 2017 8:12 AM |
| **To:** | 'John North' |
| **Subject:** | ██████████ - Claimant ID ████12719; Claim ID 74482 |
| **Attachments:** | Req. for Discretionary Review.pdf |

John, this claim is on a pro se portal, but I've been helping them with their appeal.  I just uploaded the attached (which was due last night), and am pleading for mercy that you can accept it as filed.  Please let me know.
Thanks,
Trey