# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179**<br><br>**SECTION J** |
| **This document relates to:**<br>Claimant ID xxxx12719; Claim ID 74482. | Honorable **CARL J. BARBIER**<br><br>Magistrate Judge **SHUSHAN** |

## ORDER

This matter is before the Court on the motion of Claimant (Claimant ID xxxx12719; Claim ID 74482) for extension of time (*nunc pro tunc*), and for leave of Court to submit request for discretionary review. Having considered the motion, the Court finds that it is well taken and due to be granted.

IT IS HEREBY ORDERED that the motion is **GRANTED** and that Claimant's request for discretionary review is deemed timely filed as of the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE