IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * | |

---

## JOINT MOTION TO AMEND ORDER APPROVING SETTLEMENT OF ECONOMIC AND PROPERTY DAMAGES SETTLEMENT CLAIM

The authorized representative of Claimant, Claudia Hollister, a now Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move to amend this Court's June 1, 2015 Order [Rec. Doc. 14649] to reflect the Claimant as deceased. After entry of that Order, the Claimant passed away.

A proposed Order accompanies this Motion.

Respectfully submitted,

**KELLY STRIBLING**

By: _____

Kelly Stribling
Attorney for Claimant's Representative
Stribling Law Firm, PLLC
6523 North Greenview Avenue
Chicago, Illinois 60626
(504) 298-7121
Date: 5/23/17

**DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM**

By: _____

Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200
Date: 5/25/2017

1