IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

------------------------------------------------------------------

### AMENDED ORDER

[Approving Settlement of Economic and Property Damages Settlement Claim]

On June 1, 2015, this Court issued an Order Approving Settlement of Economic and Property Damages Settlement Claim ("Settlement Approval Order") for Claudia Hollister, an Incompetent Claimant ("Claimant") at the time, and the Court made findings including that: (1) Ralph H. Hollister was the proper Representative Claimant and (2) that the Claims Administrator shall pay the Claim Award Amount to the Claimant Representative. Subsequent to that Order, the Claims Administrator and Claimant Representative moved this Court for an Amended Order reflecting the Claimant as deceased, instead of incompetent.

Accordingly, IT IS HEREBY ORDERED AND DECLARED THAT the Settlement Approval Order issued on June 1, 2015 [Rec. Doc. 14649], is amended to reflect that:

1. Claudia Hollister ("Claimant") is deceased.

2. Ralph H. Hollister remains the proper Representative Claimant.

3. Except as provided in this Order, the provisions of the Settlement Approval Order issued on June 1, 2015, remain in full force and effect unless and until modified by this Court.

1

2

New Orleans, Louisiana, this 26th day of May, 2017.

_____
CARL J. BARBIER
U.S. DISTRICT JUDGE