UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL-2179 SECTION J |
| THIS DOCUMENT RELATES TO: *All Cases* | : : : | JUDGE BARBIER MAG. JUDGE WILKINSON |

................................................................................................................

**ORDER REGARDING THE DISPOSAL OF CERTAIN MATERIALS IN THE CUSTODY AND CONTROL OF DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP")**

WHEREAS, this Multi-District Litigation ("MDL") was instituted on August 10, 2010; and

WHEREAS, on April 4, 2016, this Court entered a Consent Decree (Rec. Doc. 16093) and a Final Judgment (Rec. Doc. 16095) resolving all claims between BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP"), the United States, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas; and

WHEREAS, Paragraph 14 of Pretrial Order No. 1 (Rec. Doc. 2) ("PTO 1") provides that all parties are required to preserve evidence that may be potentially relevant to this action; and

WHEREAS, this Court, on July 20, 2016, issued an order permitting BP to dispose of various reference materials, including "Pre-Response Mississippi Canyon 252" material (which includes pre-response Mississippi Canyon oil); and

WHEREAS, BP has in its custody and control pre-response Mississippi Canyon 252 oil preserved in pressurized cylinders covered by this Court's July 20, 2016 Order; and

WHEREAS, this Court recognizes the extremely limited value of requiring BP to continue to maintain in high-pressure cylinders oil that is more than seven years old and that, in any event, the oil itself will continue to be preserved for future requests; and

WHEREAS, this pre-response Mississippi Canyon 252 oil has been analyzed, and such data and data analysis is, and will remain, available for review; and

WHEREAS, this Court has expressed an interest in helping to ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to their benefits; and

WHEREAS, BP seeks here to reduce unnecessary costs in its storage of pre-response Mississippi Canyon 252 oil, such oil that BP will nevertheless continue to preserve;

THEREFORE, in light of the status of litigation, the existence of data and data analysis currently preserved and available, and the continuing preservation of pre-response Mississippi Canyon 252 oil pursuant to this Court's July 20, 2016 Order, but also conforming to the requirement that the Court ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of such discovery and preservation obligations, it is hereby ORDERED that BP's Motion is GRANTED and that:

1. BP may decant all high-pressure cylinders of pre-response Mississippi Canyon 252 oil in its possession;

2. BP shall continue to comply with the provision in this Court's July 20, 2016 Order that requires preservation of a specified amount of "Pre-Response Mississippi Canyon 252" material;[1] and

---

[1] The July 20, 2016 Order required that 115 liters (or 31 gallons) of pre-response Mississippi Canyon reference material be preserved, and noted that this material included "oil, drilling mud, and rinsates." All of the pre-response Mississippi Canyon material referenced by this order is pre-response Mississippi Canyon oil; it does not include drilling mud or rinsates.

3.  It is FURTHER ORDERED that BP shall delay decanting this material until it has fulfilled, at the requestor's expense, all good faith requests for a reasonable amount of this material that are pending as of the date of this order, or that are received by BP within 20 days of the date of this order ("timely requests"), provided that such requests are received from parties with pending claims related to this proceeding.

4.  Note, further, that this order does not affect the terms of this Court's Order dated July 20, 2016 (Rec. Doc. 21088), relating to BP's disposal and preservation of reference materials.

New Orleans, Louisiana this 26th day of May, 2017.

_____
Honorable Carl J. Barbier
United States District Judge