UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION J |
| | * | JUDGE BARBIER |
| Applies to: All Cases (including C.A. 12-970) | * * | MAG. JUDGE WILKINSON |

### ORDER GRANTING EX PARTE MOTION BY THE CLAIMS ADMINISTRATOR TO DISSOLVE AUDIT COMMITTEE AND DISCHARGE ITS MEMBERS

Considering the *Ex Parte* Motion by the Claims Administrator to Dissolve Audit Committee and Discharge its Members [Doc. _____] (the "Motion"), without objection by BP Exploration & Production, Inc. or Class Counsel, and the Court finding the same to be warranted and justified under the circumstances described, and as permitted by the Settlement Agreement and in the exercise of its continuing jurisdiction and inherent authority over the CSSP; accordingly,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** in its entirety; and

**IT IS FURTHER ORDERED** that (a) the Audit Committee be and the same is hereby DISSOLVED; and (b) its member and chairman, Lloyd Tate, and its other member, Dr. Larry Crumbley, be and are hereby DISCHARGED from, and relieved of, all duties and

responsibilities, all effective May 31, 2017, but with the same immunity as judges and continued indemnification by the Settlement Trust from and against all claims or demands against them arising out of their services on and for the Audit Committee, except for action or inactions finally adjudicated to constitute intentional wrongdoing or gross negligence.

New Orleans, Louisiana this ___ day of May, 2017.

_____<br>
Carl J. Barbier<br>
United States District Judge