UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| GAUCI CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI Individually, and JOSEPH V. GAUCI Individually<br><br>Plaintiffs,<br><br>V.<br><br>BRENT COON & ASSOCIATES LAW FIRM, P.C., BRENT COON, ERIC W. NEWELL, JOHN THOMAS, BISKOBING LAW, P.C. and DOUG KRAUS<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **This document also relates to**<br><br>**CIVIL ACTION NO.  2:17-cv-02881** |

**DEFENDANTS'**
**MOTION TO DISMISS UNDER FRCP 12(B)**

Defendants Brent Coon & Associates Law Firm, P.C., Brent Coon, Eric W. Newell, and John Thomas (hereinafter collectively referred to as the "BCA Defendants") file this motion to dismiss plaintiff's suit under Federal Rule of Civil Procedure 12(b).

I.

Specifically, Plaintiffs request dismissal for the following reasons:

1.     Dismiss Plaintiffs' suit for lack of personal jurisdiction, as authorized by Federal Rule of Civil Procedure 12(b)(2);

2.     Dismiss Plaintiffs' suit for failure to state a claim on which relief can be granted, as authorized by Federal Rule of Civil Procedure 12(b)(6);

3.     A finding that the arbitration clause in the Contract & Power of Attorney between Joseph & Karen Gauci and Brent Coon & Associates Law Firm, P.C. and the Biskonbing Law firm is enforceable.  Dismiss Plaintiffs' suit for improper venue, as authorized by Federal Rule of Civil Procedure 12(b)(3) or, alternatively to stay this action pending arbitration of Plaintiffs Gauci Custom Builders, LLC d/b/a Gauci's Custom Building and Developing, LLC; Winter Garden Italian American Bistro, LLC; Karen Gauci Individually; and Joseph V. Gauci Individually's claims against BCA Defendants.

4.     Dismiss Plaintiffs' suit for improper venue, as authorized by Federal Rule of Civil Procedure 12(b)(3) or alternatively to transfer Plaintiffs' claims to the Eastern District of Texas – Beaumont Division;

## II.

In Support of this Motion, BCA Defendants file the attached Memorandum of Support and incorporate it fully into this motion.

## PRAYER

BCA Defendants request that Plaintiffs claims be dismissed for the reasons stated above and in the attached Memorandum of Support, and for any other relief to which they may show themselves to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion and Memorandum in Support have been served on all counsel of record, who are deemed to have consented to electronic service in the above-referenced cause, are being served this 27th day of May, 2017 with a copy of the above document via the court's CM/ECF System.

*/s/ Brent W. Coon*
Brent W. Coon