UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf ) | |
| of Mexico, on April 20, 2010 ) | SECTION: J |
| ) | |
| ) | JUDGE BARBIER |
| ) | MAG. JUDGE WILKINSON |

_____

| | |
|---|---|
| GAUCI CUSTOM BUILDERS, LLC d/b/a ) | |
| GAUCI'S CUSTOM BUILDING AND ) | |
| DEVELOPING, LLC, WINTER ) | |
| GARDEN ITALIAN AMERICAN ) | |
| BISTRO, LLC, KAREN GAUCI ) | |
| Individually, and JOSEPH V. GAUCI ) | |
| Individually ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | CIVIL ACTION NO.  2:17-cv-02881 |
| BRENT COON & ASSOCIATES LAW ) | |
| FIRM, P.C., BRENT COON, ERIC W. ) | |
| NEWELL, JOHN THOMAS, ) | |
| BISKOBING LAW, P.C. and DOUG ) | |
| KRAUS ) | |
| Defendants ) | |

**ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS COMPLAINT**

After considering Defendants' Brent Coon & Associates Law Firm, P.C., Brent Coon, Eric W. Newell, and John Thomas's Motion to dismiss Plaintiffs' Complaint, the response, pleadings, and arguments of counsel, the court hereby

GRANTS the motion and dismisses plaintiffs' complaint.

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana