

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Memorandum **34**
May 30th, 2017

12-970

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on May 30th, 2017.

TENDERED FOR FILING

JUN 02 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Memorandum Twenty-Seven
**CENSORSHIP**
The Supreme Court Murdered Mankind
(Please docket for informational purposes)

An open letter to Chief Justice Roberts, Justice Stewart, Judge Engelhardt, Judge Barbier and Clerk Cayce about the censorship that I am being subjected to:

Sirs,

The Court is supposed to be the most sacred forum for free speech. It is a place where my speech and writings are to be uncensored. It is a place for me to dissent. It is a place for me to be heard. The Constitution and the First Amendment have granted me the right, not a privilege, but a right to file grievances. You deny all Americans their Constitutional and First Amendment Rights by denying me my rights.

There is no way to find the truth anymore.

The Court is supposed to be a Library and repository of history but in my case the court refuses to docket my pleadings/history. By doing so the court has become the author of history which makes history fraudulent. How can we possible learn from our mistakes if history is fraudulent?

*The German author Heinrich Heine, who warned that burning books would end in burning humans, was sadly right, as proved by Nazi-Germany's gruesome mass extermination of people. The exterminations included at least 6 million Jews but also Romani, communists, dissidents, and the physically disabled—anyone that deviated from the ideal "Aryan race".*

There is no doubt that the Katrina Virus was released and that the US Military murdered Americans.

Mathematically Mankind will cease to exist in the next 33 years. This is not a prophecy or prediction but a mathematical certainty.

The question is: are we past the point of no return? Can we save Mankind?

Without an uncensored dialogue, we will not save Mankind.

Censorship by the courts is deciding the fate of Mankind.

TENDERED FOR FILING

JUN 0 2 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
MAY 30 2017
FIFTH CIRCUIT

Five-year-old children are committing suicide. Can we be any closer to the Precipice of Hell?

What bothers me most is what difference does it make. You have all become immune to the truth. Mankind's number instinct is no longer survival.

One last thought. The German courts protected Hitler. The courts protected his censorship. Hitler's atrocities could have been prevented. Hitler almost controlled the world. God and or luck prevented Hitler from prevailing but Mankind paid a dear price and yet learned nothing from it. Over 40 million people died because of Hitler.

By censoring me you are protecting a Hitler environment. The result will be the complete and total destruction of Mankind.

Compare what was filed by me and what the Supreme Court docketed. I never filed a Supplemental Thirteen but it appears in the docket.

All of my books have Library of Congress Control Numbers (LCCN) and yet they have been removed from the Library of Congress and there is no record of them or me.

## *IF I WAS WRONG THEY WOULD GLADLY DOCKET EVERYTHING.*

"When a true genius appears, you can know him by this sign: that all the dunces are in a confederacy against him." Jonathan Swift

I am no genius but I have an unwavering belief in Mankind. I believe God gave us "Free Will". I also believe in the Constitution.

How long will you protect those people that are destroying Mankind?

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. May 27th, 2017.

5/27/2017
Case: 16-30918  Document: 00514011613  Page: 3  Date Filed: 05/30/2017
Case 2:10-md-02179-CJB-DPC  Document 22919-9 Filed 06/02/17  Page 4 of 7
Search - Supreme Court of the United States



## SUPREME COURT
## OF THE UNITED STATES

Visiting the Court | Touring the Building | Exhibitions

Search: ● All Documents ○ Docket     **Advanced Search**
Enter Search Text: [          ]          Search | Help

**Home | Search Results**

No. 14-10077
Title:      In Re David Andrew Christenson, Petitioner
            v.
Docketed:   June 4, 2015

| Date | Proceedings and Orders |
|---|---|
| Jun 1 2015 | Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015) |
| Jun 30 2015 | Supplemental brief of petitioner filed. |
| Jul 2 2015 | Waiver of right of respondent United States to respond filed. |
| Jul 6 2015 | Second supplemental brief of petitioner filed. (Distributed) |
| Jul 9 2015 | DISTRIBUTED for Conference of September 28, 2015. |
| Jul 13 2015 | Third supplemental brief of petitioner filed. (Distributed) |
| Jul 30 2015 | Fourth Supplemental brief of petitioner filed. (Distributed) |
| Aug 3 2015 | Fifth supplemental brief of petitioner filed. (Distributed) |
| Aug 8 2015 | Sixth supplemental brief of petitioner filed. (Distributed) |
| Aug 19 2015 | Seventh supplemental brief of petitioner filed. (Distributed) |
| Aug 21 2015 | Eighth supplemental brief of petitioner filed. (Distributed) |
| Aug 28 2015 | Ninth supplemental brief of petitioner filed. (Distributed) |
| Aug 31 2015 | Tenth supplemental brief of petitioner filed. (Distributed) |
| Sep 1 2015 | Eleventh supplemental brief of petitioner filed. (Distributed) |
| Sep 2 2015 | Twentieth supplemental brief of petitioner filed. (Distributed) |
| Sep 3 2015 | Thirteenth supplemental brief of petitioner filed. (Distributed) — *I never filed.* |
| Sep 5 2015 | Fourteenth supplemental brief of petitioner filed. (Distributed) |
| Sep 8 2015 | Fifteenth supplemental brief of petitioner filed. (Distributed) |
| Sep 9 2015 | Sixteenth supplemental brief of petitioner filed. (Distributed) |
| Oct 5 2015 | Petition DENIED. |
| Oct 5 2015 | Petition for Rehearing filed. ← *Where is the rest?* |
| Oct 14 2015 | DISTRIBUTED for Conference of October 30, 2015. |
| Nov 2 2015 | Rehearing DENIED. |

| Name | Address | Phone |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| David Andrew Christenson | P.O. Box 9063<br>Miramar Beach, FL 32550 | (504) 715-3086 |
| **Party name:** | | |
| **Attorneys for Respondent:** | | |

5/27/2017
Case: 16-30918  Document: 00514011613  Page: 4  Date Filed: 05/30/2017
Case 2:10-md-02179-CJB-DPC  Document 22919  Filed 06/02/17  Page 9 of 7
Search - Supreme Court of the United States

| | | |
|---|---|---|
| Donald B. Verrilli Jr. | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>SupremeCtBriefs@USDOJ.gov | (202) 514-2217 |
| Party name: United States | | |

May 27, 2017 | Version 2014.2
Home | About Us | Contact Us | Fellows Program | Jobs | Building Regulations
Help | Links | FAQ | Site Map | Policies and Notices | Privacy Policy | USA.GOV

**Supreme Court of the United States**

# The Supreme Court Murdered Mankind
# Writ 14-10077
# The Katrina Virus
# By David Andrew Christenson

November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

Christenson
Box 9063
Mir Amar Beach, FL.
32552

7013 0-3319 99

Clerk
EDLA
500 Poydras Street
New Orleans, LA
70130

PENSACOLA FL 325
31 MAY 2017 PM 2 L