IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § | MDL 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 | § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1. Plaintiffs in Cause Numbers 2:16cv4122; 2:16cv4123; 2:16cv4124; and 2:16cv4151 (herein referred to as "WGTT Class Actions") file this Notice of Appeal for purposes of appealing to the United States Court of Appeals for the Fifth Circuit the District Court's: (a)Order & Reasons ["PTO 60 Reconciliation Order," regarding All Remaining Claims in Pleading Bundle B1] (Document 22003), which dismissed the WGTT Class Action Plaintiffs' claims and (b) Order [Regarding Motions for Reconsideration, Etc., of the "PTO 60 Reconciliation Order"] (Document 22824).

2. The Order of dismissal was signed on December 16, 2016  (Document 22003).

3. The WGTT Class Action Plaintiffs filed a Motion for Reconsideration (Document 22034) and Supplemental Motion for Reconsideration (Document 22100).

4. The WGTT Class Action Plaintiffs' motions for reconsideration were denied on May 15, 2017 (Document 22824).  The WGTT Class Action Plaintiffs' Notice of Appeal is filed within 30 days of the May 15, 2017, order denying their motions for reconsideration.

5. The names of the Plaintiffs in the cases being appealed are as follows:

| CASE | PLAINTIFFS |
|---|---|
| 2:16cv4122 | Plaintiff, Eduardo Pineiro Perez, Individually and d/b/a La Sociedad Cooperativa De Produccion Pesquera La Rivera De Tampico De Alto S.C. De R.L., on behalf of himself and all Class Members as defined in Plaintiffs' Original Complaint |
| 2:16CV4123 | Plaintiff, Claudio Gonzalez del Angel, Individually and d/b/a Permisionario Claudio Gonzalez del Angel, on behalf of himself and all Class Members as defined in Plaintiffs' Original Complaint |
| 2:16CV4124 | Plaintiff, Felipe Barrios Anzures, Individually and d/b/a Compro Venta de Felipe Barrios, on behalf of himself and all Class Members as defined in Plaintiffs' Original Complaint |
| 2:CV4151 | Plaintiff Artemio Aran Blanco, Individually and d/b/a Grupo Pescadores Libres Artemio Aran, on behalf of himself and all Class Members as defined in Plaintiffs' Original Complaint |

Respectfully submitted,

**WELLER, GREEN TOUPS, & TERRELL, L.L.P.**
P. O. Box 350
Beaumont, Texas  77704
(409) 838-0101/Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

**By:   /s/   Mitchell A. Toups**
    Mitchell A. Toups
    Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, Texas  78596
(956) 969-9556/Fax: (956) 969-0492
Email:  zreynajr@zreynalaw.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on this 5th day of June, 2017.

        <u>/s/  Mitchell A. Toups</u>
        **Mitchell A. Toups**