## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This document relates to:** | **JUDGE BARBIER** |
| **Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401** | **MAGISTRATE WILKINSON** |

## JOINT STIPULATION

NOW INTO COURT come the "Joint Venture Attorneys"[1], individually and on behalf of the Edward Wisner Donation, and the "Heirs" (Mark E. Peneguy, Edward W. Peneguy, Jr, Richard A. Peneguy, Jr., and Wendell H. Cook, Jr) (referred to collectively as the "Parties") who jointly offer the following Stipulation:

1.      In the Court's Order on the Motion for Fees, the Court instructed the parties to confer to determine the outstanding unreimbursed amount of expenses incurred by the Donation.  [Rec. Doc.  203, at 30.]

2.      The Parties hereby stipulate that the amount of unreimbursed expenses incurred by the Donation equals **$375,099.91.**

---

[1] These Joint Venture Attorneys (sometimes referred to as the "Joint Venture" or "Joint Venture Team") include the following five law firms: Herman Herman & Katz; Fayard & Honeycutt; Fred L. Herman; Leger & Shaw; and Domengeaux Wright Roy Edwards & Colomb.

3.      The Parties further stipulate that the attached copy of May 27, 2017 Resolution of the Edward Wisner Donation Advisory Committee accurately sets forth agreements reached between the Parties.

WHEREFORE the Parties pray that this Joint Stipulation be deemed sufficient and that it be approved by the Court.

Respectfully submitted:

Stephen J. Herman (La. Bar #23129)
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
EMail: calvinfayard@fayardlaw.com

Fred Herman (La Bar #6811)
Thomas J. Barbera (La Bar# 18719)
LAW OFFICES OF FRED HERMAN
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7068
Fax: 504 581 7083
Email: fherman@fredhermanlaw.com
tbarbera@fredhermanlaw.com

***Attorneys for the Joint Venture and
Edward Wisner Donation***

Gordon Arata Montgomery Barnett
Daniel Lund
John Y. Pearce
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone (504) 582-1111
Fax: 504) 582-1121

***Attorneys for Mark E. Peneguy, Edward W. Peneguy, Jr.,
Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon all counsel of record *via* email this

5th day of June, 2017.

S/Soren E. Gisleson

## EDWARD WISNER DONATION ADVISORY COMMITTEE
## RESOLUTION

At the May Regular Meeting of the **EDWARD WISNER DONATION ADVISORY COMMITTEE** (the "Committee") held on May 26, 2017, at which at least a quorum of the Committee Members was present and acting throughout on a motion, duly made, seconded and carried, the following resolution was adopted:

**WHEREAS,** on October 17, 2012, the Trustee of the Edward Wisner Donation, ("Donation") signed a Retainer Agreement/Contingency Fee Agreement ("Agreement") to engage a Joint Venture of Attorneys ("JV Attorneys), consisting of the firms Herman, Herman and Katz, LLC; Domengeaux, Wright, Roy & Edwards, LLC; Fayard & Honeycutt; the Law Offices of Fred Herman; and Leger & Shaw to represent the Donation against BP Exploration & Production, Inc. ("BP") in all matters concerning the BP Deepwater Horizon Oil Spill on the Donation's property.

**WHEREAS,** on June 6, 2016, the Donation and BP settled their litigation out of court and the first settlement payment was made to the Wisner Donation on October 4, 2016;

**WHEREAS,** in the litigation captioned *Edward Wisner Donation v. BP Exploration & Production, Inc. Civil Action nos. 13-1971; 10-8888 Doc No. 133248; 10-9999 Doc No. 401 and 14-1525,* on the docket of the U.S. District Court for the Eastern District of Louisiana, proceedings were instituted relating to the amount of attorneys' fees and expense reimbursement due to the JV Attorneys under the Agreement as well as the amount of attorneys' fees and expense reimbursement due Waltzer, Wiygul & Garside, attorneys who represented the Donation prior to the engagement of the JV Attorneys, and a minority of the Donation's beneficiaries (the "Wisner Heirs") are a party to the litigation as well; and

**WHEREAS,** in connection with such proceedings, the Donation deposited the sum of $2,160,011.92 in the registry of the Court, a substantial part of which was distributed, but leaving a remainder in the Court's registry of $349,267.80.

**WHEREAS,** the Court ordered the JV Attorneys be paid $3,843,154.78 upon entry of judgment, rather than as the settlement installments are due, pending either (1) a stipulation or (2) a submission of evidence to the Court of the amount of unreimbursed costs to the Donation;

**WHEREAS,** in the interest of resolving all outstanding issues, the Committee directs the Trustee and the JV Attorneys to enter into a stipulation as requested by the Court and an agreement with the Wisner heirs that:

1. The unreimbursed costs pursuant to the Court's order of Monday, May 22, 2017, are stipulated to be $375,099.91;
2. The JV Attorneys will be paid in full for attorneys' fees no later than 30 days after receipt by the Donation of the 2017 payment from BP;
3. The JV Attorneys are permitted to withdraw the remaining balance in the registry of the court (approximately $349,267.80) to satisfy in part and reduce the full amount ($3,843,154.78) due;
4. The JV Attorneys are entitled to any interest in the registry of the Court without offset of the total amount due, less any administrative fees; and
5. All beneficiaries and the JV Attorneys agree not to appeal the order of the Court of

May 22, 2017.

**WHEREAS**, a motion was made by Patrick Norton, seconded by William Peneguy to allow the following:

**BE IT RESOLVED** by the Edward Wisner Donation Advisory Committee that the Trustee of the Donation and the JV Attorneys are directed to enter into the above stipulation and agreement with the Wisner heirs.

The above resolution was voted on by the Committee, adopted with no opposition and no abstentions.

## CERTIFICATE

I, the undersigned Secretary Treasurer/Land Manager of the **EDWARD WISNER DONATION ADVISORY COMMITTEE,** hereby certify that the above is a true, full, complete and correct copy of the resolution unanimously adopted, by vote of the **EDWARD WISNER DONATION ADVISORY COMMITTEE** held on May 26, 2017, in accordance with the Bylaws of the Committee dated April 29, 2003. The resolution is duly entered into the minutes of said meeting, and is now in full force and effect and has not been amended, changed, modified, rescinded, or repealed in any way.

**WITNESS MY SIGNATURE,** this 26, day of May 2017.


**SECRETARY TREASURER/LAND MANAGER**