UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAG. JUDGE WILKINSON |
| No. 11-945, Dorthy Bright Clark v. Transocean Ltd., et al. | * | |
| No. 12-1895, Peggy Kemp v. BP Exploration and Production, et al. | * | |
| No. 13-6013, Peggy Kemp v. BP America Production Co. | | |

**ORDER**

Considering Defendants' Status Report for Remaining Pleading Bundle A Actions (Rec. Doc. 22582, 22592, 22720) and Plaintiff's Motion to Set Status Conference (Rec. Doc. 22866),

IT IS ORDERED that Plaintiff's Motion to Set Status Conference (Rec. Doc. 22866) is DENIED at this time.

IT IS FURTHER ORDERED that the remaining Defendants in the referenced matters are granted leave to file a single, omnibus motion to dismiss under Fed. R. Civ. P. 12 against the complaints in referenced matters, which shall be filed no later than July 6, 2017. The memorandum in support shall not exceed 25 pages, double-spaced.

IT IS FURTHER ORDERED that Plaintiffs Dorthy Bright Clark and Peggy Kemp may each file a response, not to exceed 25 pages double-space, by no later than August 7, 2017.

IT IS FURTHER ORDERED that Defendants' may file a single, omnibus reply, not exceeding 10 pages, double-spaced, by no later than August 22, 2017.

New Orleans, Louisiana, this 6th day of June, 2017.

_____
United States District Judge