UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## MOTION TO EXAMINE JUDGMENT DEBTOR

**NOW INTO COURT**, through undersigned counsel, comes **Deepwater Horizon Economic Claims Center ("DHECC")**, who respectfully represents:

**I.**

**DHECC** is a judgment creditor of **Rufus Young ("Judgement Debtor")**, **arising out of the Judgment [Rec. Doc. 15330]**. The Judgment against Judgement Debtor, Rufus Young, in favor of **DHECC** was rendered by the United States District Court for the Eastern District of Louisiana on September 8, 2015 in the above captioned proceedings.

**II.**

The Court awarded **DHECC** total damages caused by Judgement Debtors, and entered judgment in the amount of $199,864.25, plus post-judgment interest at the legal rate until paid and costs.

**III.**

The Judgment has not been satisfied and **DHECC** wishes to examine Judgment Debtor, on all matters relevant to his property, pursuant to Fed. R. Civ. P. 69(a) and C.C.P. art. 2451. As such, **DHECC** requests that Judgement Debtor be required to sit for a debtor's exam as soon as possible

1

in open court.

## IV.

Movant also desires that the Judgment Debtor(s) produce in open court (or as otherwise ordered by this Court) for examination the books, papers, and other documents described below which are in its possession, and also desires to examine the judgment debtor in connection with these books, papers, and documents listed below:

(a) Any and all titles, deeds, or other documents by which Judgment Debtor(s) owns or leases any real estate or other immovable property;

(b) Copies of any and all tax returns, including income, personal, VAT or others, Judgment Debtor(s) has filed, individually or jointly with any other person, corporation, business entity, agency, or instrumentality, for the previous four (4) calendar years, including all schedules, attachments, and worksheets, and with the name and current address of any and all persons who assisted in preparing those returns;

(c) The original instrument for any and all certificates of stock, bonds, mutual funds, brokerage accounts, or indentures, and other securities titled in the name of, or beneficially held by, or for, Judgment Debtor(s), whether alone or jointly with any other person(s); corporation, business entity, agency, or instrumentality in any corporation, limited liability company, any other business organized under the laws of any state, or other entity during the last three (3) years;

(d) Copies of any and all financial statements in Judgment Debtor(s) possession, custody or control, prepared by or for Judgment Debtor(s), reflecting Judgment Debtor(s)' financial condition during the past three (3) years, whether prepared for Judgment Debtor(s) individually or jointly with any other person or persons, or for a corporation, firm, or other entity in which Judgment Debtor(s) owned an interest;

(e) Any and all documents or title, instruments (negotiable and non-negotiable), chattel paper (tangible or intangible), notes, deeds, conveyances, certificates of title, bills of sale, bills of lading, letters of credit, warehouse receipts, mortgages, and security instruments of any kind showing or tending to show the existence of debts owed to or by Judgment Debtor(s), or property owned by Judgment Debtor(s), or property in which Judgment Debtor(s) have a mortgage or security interest. This request includes all such items executed or in effect during the last three (3) years;

(f) Any and all writings, correspondence, and financial records in Judgment Debtor(s) possession or custody, or subject to Judgment Debtor(s) control, showing or tending to show monies owed to Judgment Debtor(s) **for outstanding debts in connection with any and all commercial or personal activities of Judgment Debtor(s),** and all records Judgment Debtor(s) may have showing or tending to show all the persons, corporations, business entities, agencies, or instrumentalities who owe Judgment Debtor(s) money;

(g) Any and all insurance policies insuring loss to any property, real or personal, that Judgment Debtor(s) own or has owned in the last three (3 years), individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, or that Judgment Debtor(s) holds for the benefit of any other person(s), corporation, business entity, or instrumentality, that were in effect during the last three (3) years;

(h) Any and all pending and executed acts of sale, deeds, contracts, commercial agreements, and all other documents showing transfer of any and all property, tangible or intangible, owned (in whole or in part), manufactured, produced, or acquired by Judgment Debtor(s), individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, during the previous three (3) years up to and including the date of this request;

(i) Any and all bank statements, cancelled checks, check stubs, deposit slips, wire transfer requests, wire transfer receipts, or other documentation of wire transfers to or from Judgment Debtor(s), and other records in Judgement Debtor's possession, custody, or control, showing or tending to show transactions with a bank or other financial institution with which Judgment Debtor(s) did business, or relating to a deposit account on which Judgment Debtor(s) have had signature authority during the previous three (3) years, regardless of whether the accounts were in Judgement Debtor's name or that of another person(s) corporation, business entity, agency, or instrumentality;

(j) Any and all documents relating to any and all interest(s), whether minority or majority interest(s), that Judgment Debtor(s) has had during the previous three (3) years through the present date, in any entity, corporation, limited liability company, partnership, joint venture, trust, or other business type organized under the laws of any state;

(k) Any and all documents relating in any way to Judgement Debtor's business, occupation, employment, livelihood, and any and all other sources of income during the last four (4) years, including sales revenue, salaries, income, bonuses, commissions, pension plan, insurance, and other fringe benefits;

(l) Any and all documents reflecting and identifying any and all assets owned by **Judgment Debtor(s), individually or together with any other person(s), corporation, business entity, agency, or instrumentality; whether Judgment Debtor(s) has a majority or minority ownership interest therein,** during the last three (3) years;

(m) Any and all ledger cards, ledgers, journals, memoranda, books of account, and other documents reflecting and identifying Judgement Debtor's assets, payables and receivables during the last three (3) years through the present date;

(n) Any and all documents providing any and all information of all sources of Judgement Debtor's income during the last four (4) years;

(o) Any and all trust instruments, agreements, correspondence, and other documents relating to all trusts in which Judgment Debtor(s) is a trustee, beneficiary or has any other kind of interest, together with all documents identifying the assets of such trust(s) and the present location of each asset, all transactions by such trust(s), all transfers of trust property, and the names and addresses of trustees and beneficiaries; this request includes all such items signed or in effect during the last three (3) years to the present date;

(p) Any and all records relating to and identifying all motor vehicles, boats, and all other registered movables owned, rented, leased and otherwise used by Judgment Debtor(s) during the last three (3) years to the present date and, if not owned by Judgment Debtor(s), records identifying the owner thereof along with his/her/its present address, and detail concerning the arrangement under which Judgment Debtor(s) were afforded use of the motor vehicle, boat, or other movable;

(q) Any and all records relating to safe deposit boxes and/or the extent and circumstances of any and all financial relationships with any banks or other depositories for securities, cash, or other valuables, rented or otherwise used by Judgment Debtor(s) or jointly with any other person(s), corporation, business entity, agency, or other business organized under the laws of any state during the last three (3) years to the present date, together with any and all agreements, writings, or other documents memorializing or detailing the extent and circumstances of such relationships;

(r) Any and all documents reflecting and/or identifying all personal property in which Judgment Debtor(s) have or had any ownership interest, either jointly, individually, or otherwise,

during the last three (3) years to the present date, together with the location of each item and its present market value;

(s)     Any and all mortgages, liens, pledges, promissory notes, security agreements, financing statements and all other documents in any way reflecting any security interest, mortgage, lien, pledge, hypothecation or encumbrance of any kind upon any property, real or personal, tangible or intangible, owned by Judgment Debtor(s), whether individually or jointly with others during the last four (4) years to the present date, and in any way evidencing any debt relating thereto;

(t)     Any and all documents (including all monthly, quarterly or annual account statements) identifying every securities brokerage account Judgment Debtor(s) has or has had during the last three (3) years, individually or together with any other person(s), corporation, business entity, agency, or instrumentality, and the name and present address of such other person(s), corporation, business entity, agency, or instrumentality;

(u)     Any and all documents relating in any way to and identifying any property for which Judgment Debtor(s) or someone on Judgement Debtors' behalf has held for another person or business entity during the last three (3) years, and such documents relating in any way to property Judgment Debtor(s) has held for another person or business entity during that time;

(v)     The identities and current addresses of any and all C.P.A.s and accountants, that Judgment Debtor(s) have hired or used and those that have been hired or used by each corporation, limited liability company, partnership, joint venture, trust, and any other business entity, whether organized under the laws of a domestic or foreign state, that is owned partially or wholly by Judgment Debtor(s), or any corporation, limited liability company, partnership, joint venture, trust, and any other business entity organized under the laws of any state possessing any amount of

ownership interest in Judgment Debtor(s) (*i.e.* as a parent company) and those with which Judgment Debtor(s) have been associated or affiliated with, directly or indirectly through any subsidiary or parent company, in any way during the last three (3) years to the present date;

(w)  Any and all judgments which have been entered in Judgement Debtors' favor or against Judgment Debtor(s) that have not yet been satisfied in full;

(x)  Any and all documents in any way relating to any and all insurance claims made by Judgment Debtor(s) or on Judgement Debtor's behalf during the last six (6) years to the present date, and reflecting the present status of the claim and any proceeds, whatever amount, that Judgment Debtor(s) may have received or is entitled to receive as a result thereof;

(y)  Any and all appraisal reports, documents, or correspondence prepared during the last three (3) years to the present date regarding any property Judgment Debtor(s) owned, either individually or jointly with any other person or persons, or upon which Judgment Debtor(s) have held a mortgage, security interest, lien, pledge or other encumbrance, either individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, or in which Judgment Debtor(s) have had any other kind of interest during the last three years to the present date, and the status thereof;

(z)  Any and all documents reflecting each and every corporation, business entity, agency, or instrumentality possessing an ownership interest in Judgment Debtor(s), whether such interest is a majority or minority interest, including but not limited to the full name, address and contact information for such owner during the last four (4) years; and

(aa)  Any and all documents, correspondence, or other writing, both electronic and tangible, reflecting the location of any and all business dealings, whether directly by Judgment Debtor(s) or on their behalf directly or indirectly, from which Judgment Debtor(s) obtained assets

or any percent ownership interest in or right to any asset located throughout the world in any place;

(bb)  The full names, current addresses and contact information for any and all individuals, corporations, agents, brokers, or other business entity employed by Judgment Debtor(s), in any manner, for assistance in loading, unloading, appraising, inspecting, facilitating delivery or transfer, or otherwise providing services in delivery and/or transfer of goods manufactured, produced, sold, traded, or otherwise placed into the United States stream of commerce by Judgment Debtor(s) during the last three (3) years to the present date;

(cc)  Any and all contracts, agreements, correspondence, or other written documents reflecting an agreement between Judgment Debtor(s) and any other person(s), corporation, business entity, agency, or other business organized under the laws of a foreign state for the loading, shipment, unloading, transfer, transport, inspection, appraisal, delivery, or any other service in the sale, trade, or other commercial transaction for the sale, trade, production, manufacture, fabrication, of goods in which Judgment Debtor(s) has any ownership interest, individually or with other persons, corporations, business entities, agencies, instrumentalities, or other business organized under the laws of any state;

(dd)  Any and all documents memorializing payments, credits, or any other form of compensation provided by Judgment Debtor(s) for brokerage services in loading, shipment, unloading, transfer, transport, inspection, appraisal, delivery, or any other service in the sale, trade, or other commercial transaction for the sale, trade, production, manufacture, fabrication, of goods in which Judgment Debtor(s) have any ownership interest, individually or with other persons, corporations, business entities, agencies, instrumentalities, or other business organized under the laws of any state;

(ee)  A list of any and all vessels owned, operated, used or to be used by Judgment

Debtor(s) for the shipment of goods in which Judgment Debtor(s) have or has any interest either as seller, broker, agent, consignee, consigner, manufacturer, or producer under any and all contracts, commercial agreements, or other business arrangement for the sale of such goods by Judgment Debtor(s); and a complete listing of the precise U.S. locations and anticipated dates or date ranges each vessel is expected to arrive with said cargo;

(ff)    A detailed description of, including the quantity and present market value, of any and all goods sold, consigned, manufactured, fabricated, or otherwise placed into the stream of commerce by Judgment Debtor(s) and to be shipped and delivered anywhere in the United States under a contract, act of sale, consignment, or any other commercial transaction, executing or currently pending, to which Judgment Debtor(s) were a party, individually or together with any other person(s), corporation, limited liability company, or any other business organization formed under the laws of any state, in the last four (4) years to present date;

(gg)    Any and all contracts, agreements, correspondence, or other written documents reflecting any agreement or understanding between Judgment Debtor(s) and any person(s) or business entity, or any of its subsidiaries, for the sale, resale, consignment, referral, marketing, advertising, or other mechanism whereby Judgment Debtor(s) products are placed into the stream of commerce; and detail concerning the specific facts and circumstances of any arrangement between Judgment Debtor(s) and any person(s) or business entity, or any of those person(s) or entity's subsidiaries or agents for such services; and

(hh)    Any and all documents reflecting any sums outstanding or paid within the previous 4 years to the present date, by Judgment Debtor(s) to any person(s) or business entities, or any of their subsidiaries or agents for the purpose of advertising, marketing, commissions, fees, or any other purpose which results in placing Judgment Debtor(s) products into the stream of commerce.

**V.**

Movant believes that through these books, papers, and documents, it can establish what property the Judgment Debtor(s) have which may be used to satisfy the above Judgment.

**VI.**

The cost of the examination of the judgment debtor should be taxed against Judgement Debtors.

**WHEREFORE**, movant prays that:

1. The court orders the defendant, **RUFUS YOUNG** to appear in open court for examination as judgment debtor as soon as possible on the Court's calendar;

2. The court orders the defendant, **RUFUS YOUNG** at the same time, to provide the books, papers, and documents described in paragraph IV above, at the time of the debtor's exam.

DATED this 7th day of June 2017.

THE CHOPIN LAW FIRM, LLC

_/s/ Justin M. Chopin_
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Direct: 504-229-6681
Fax: 504-324-0640
Email: justin@chopinlawfirm.com

Vernon Nelson, Esq.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Tel:  702-476-2500 / Fax:  702-476-2788
vnelson@nelsonlawfirmlv.com

*Attorney for Defendant Deepwater Horizon Economic Claims Center*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June 2017, a copy of the foregoing **MOTION TO EXAMINE JUDGMENT DEBTOR** was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to counsel by operation of the court's electronic system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, Certified Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: RUFUS YOUNG.

                                                                                     */s/ Justin M. Chopin*
                                                                                     **JUSTIN M. CHOPIN**