UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Cases in the B3 Pleading Bundle, Including No. 13-3747* | * * | MAG. JUDGE WILKINSON |

## ORDER

The Court received the attached e-mail from attorneys representing companies who allegedly were involved in oil spill response/clean up but were not one of the "Clean-Up Responder Defendants" named in the B3 Master Complaint. In short, counsel asks the Court to consider dismissing certain lawsuits filed by B3 Plaintiffs, for reasons explained in the e-mail. It does not appear that counsel copied opposing counsel (or the opposing parties, if unrepresented) on this e-mail.

IT IS ORDERED that the Clerk file the attached e-mail into the record.

IT IS FURTHER ORDERED that any party wishing to respond to the attached e-mail shall file a written response by June 21, 2017,

New Orleans, Louisiana, this 7th day of June, 2017.

_____
United States District Judge