

**MDL 2179 / Deepwater Horizon / B3 Claims**

Kirk Gasperecz  to: Ben_Allums@laed.uscourts.gov         06/05/2017 04:42 PM
"James T. Rogers III", "hlebas@lebaslaw.com",
Cc: "susan@djrlawfirm.com", "thassinger@gallowayjohnson.com",
"CWB@Staines-Eppling.com", "wbrockman@bluewilliams.com",

Ben,

We represent companies allegedly involved in the clean-up that were sued several years ago, but were not among the original thirteen (13) "Clean-Up Responder Defendants." So, too, do the attorneys copied on this e-mail. The Court will recall that the "Original Thirteen" were named as defendants in the "Master Complaint." The claims against the last eleven (11) of them were dismissed on August 2, 2016, pursuant to summary judgment motions that they filed based primarily on the government contractor immunity defense. Our clients rely on the same defenses as did these defendants.

Under PTO 63, the B3 Plaintiffs who were part of a lawsuit (complaint) with more than one plaintiff or a class action were required to file individual complaints. It turns out that, when all or substantially all of these B3 Plaintiffs filed individual complaints, they decided _not_ to name our clients as defendants. Unfortunately, this does not end our clients' involvement because they remain defendants in the original B3 lawsuits (complaints) filed by these B3 Plaintiffs. (*E.g.,* compare Daniel Hatcher's complaint [Rec. Doc. 1] in 17-3179 (filed pursuant to PTO 63), which does _not_ name ES&H, Inc. as a defendant, with the petition [Rec. Doc. 1-1] filed by Mr. Hatcher and seven (7) other plaintiffs in 13-3747, which _does_ name ES&H, Inc.) Those earlier cases have been stayed, and, therefore, remain "open" on the Court's docket.

On or before June 7, 2017, BP is required to furnish the Court a list of all B3 Plaintiffs who complied with PTO 63 and a list of all B3 Plaintiff who made some form of submission, but whose submissions are believed to be materially deficient. "For those B3 Plaintiffs deemed to be compliant with [PTO 63], the Court will discuss procedures for addressing their claims at a [future] hearing …."

We are simply requesting that, when Judge Barbier considers an Order(s) addressing the B3 Plaintiffs who complied with PTO 63 and/or those who did not, he also consider dismissing and closing the original lawsuits (complaints) filed by those B3 Plaintiffs who recently filed individual complaints, as required by PTO 63, since they did not name our clients as defendants in their most recent complaints. We believe this can be done without prejudicing the B3 Plaintiffs' rights and claims against those parties who, unlike our clients, were named as defendants in the recently-filed individual complaints.

Regards,
Kirk

**Kirk Gasperecz**
Partner
Admitted in Louisiana and Texas

701 Poydras Street, Suite 4500 |
New Orleans, LA  70139
**main** 504.581.3234 |  **direct**
504.585.0408 |  **mobile**

504.451.9751
efax 504.553.9476 | fax 504.566.0210
kirk.gasperecz@arlaw.com
website bio vCard map