UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This document relates to:<br><br>Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

**UNOPPOSED MOTION TO WITHDRAW REMAINING FUNDS FROM THE REGISTRY OF THE COURT**

NOW INTO COURT come the "Joint Venture Attorneys"[1] who submit this Motion to Withdraw Remaining Funds from the Registry of the Court and state as follows:

1. On September 30, 2017 the Court Ordered that funds in the amount of $2,160,011.92 be deposited into the Registry of the court.

2. On February 10, 2017 the Court Issued an Order to withdraw three separate checks from the registry of the Court: (1) Waltzer, Wiygul & Garside, LLC. in the amount of $883,571.00, representing fees; (2) Herman, Herman & Katz, LLC in the amount of $909,024.49, representing costs; and (3) Edward Wisner

---

[1] These Joint Venture Attorneys (sometimes referred to as the "Joint Venture" or "Joint Venture Team") include the following five law firms: Herman Herman & Katz; Fayard & Honeycutt; Fred L. Herman; Leger & Shaw; and Domengeaux Wright Roy Edwards & Colomb.

1

      Donation in the amount of $18,148.63 for interest accrued to that date.

3. The remaining balance of $349,267.80 are fees owed to the Joint Venture Attorneys pursuant to this Court's May 22, 2017 Order [Rec. Doc. 22861] of which all parties have agreed not to appeal or challenge. As such, the Joint Venture moves that the balance of the remainder in the registry of the Court be withdrawn plus all interest earned less the assessment fee for the administration of funds.

4. As stated in the Stipulation [Rec. Doc. 22921] and the attached Resolution, the Donation and the "heirs" Mark E. Peneguy, Edward W. Peneguy, Jr, Richard A. Peneguy, Jr., and Wendell H. Cook, Jr., do not object to the withdrawal of the remaining funds.

WHEREFORE the Joint Venture Attorneys pray that the motion be granted and that the Court issue an order directing the disbursement of the funds in the amount of $349,267.80 plus all interest earned less the assessment fee for the administration of funds, payable to "Herman, Herman & Katz, LLC.," 820 O'Keefe Avenue, New Orleans, Louisiana 70113.

            Respectfully submitted:

            S/Soren E. Gisleson
            Stephen J. Herman (La. Bar #23129)
            Soren E. Gisleson (La. Bar #26302)
            HERMAN HERMAN & KATZ LLC
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Telephone: (504) 581 4892
            Fax No. (504) 569 6024
            E Mail: sherman@hhkc.com
            E-Mail: sgisleson@hhkc.com

Walter J. Leger, Jr. (La. Bar #827 8)
Christine Sevin Fayard (La. Bar # 32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588 9043
Fax: (504) 588 9980
Email: wleger@legershaw.com
Email: csevin@legershaw.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #1369 1)
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
EMail: calvinfayard@fayardlaw.com

Fred Herman (La Bar #6811)
Thomas J. Barbera (La Bar# 18719)
LAW OFFICES OF FRED HERMAN
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7068
Fax: 504 581 7083
Email: fherman@fredhermanlaw.com
tbarbera@fredhermanlaw.com

*Attorneys for the Edward Wisner Donation Trust, Mayor Mitch Landrieu, Trustee, and the City of New Orleans, Beneficiary*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon all counsel of record *via* email this 9th day of June, 2017.

S/Soren E. Gisleson