IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| Case No. 2:13-cv-5367 | * | |
| Case No. 2:16-cv-06333 | * | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITES STATES DISTRICT COURT:

1. Plaintiff in Cause Numbers. 2:13-cv-5367; 2:16-cv-06333 (herein referred to as Henry Perry")  file this Notice of Appeal for purposes of appealing to the United States Court of Appeals for the Fifth Circuit the District Court's (a)Order & Reasons ["PTO 60 Reconciliation Order," regarding All Remaining Claims in Pleading Bundle B1] (Document 22003), which dismissed the  Plaintiffs' claims and (b) Order [Regarding Motions for Reconsideration, Etc. of the "PTO 60 Reconciliation Order"] (Document 22824).

2. The Order of dismissal was signed on December 16, 2016 (Document 22003).

3. Plaintiff Henry Perry filed a Motion for Reconsideration (Document 22084).

4. Plaintiff Henry Perry motions for reconsideration were denied on May 15, 2017 (Document 22824).  Plaintiff Henry Perry Notice of Appeal is filed within 30 days of the May 15, 2017, order denying their motions for reconsideration.

5. The name of the Plaintiff in the cases being appealed are as follows:

| CASE | PLAINTIFFS |
|---|---|
| 2:13-cv-5367 | Henry Perry, Individually |
| 2.16-cv-06333 | Henry Perry, Individually |

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing has been furnished to all counsel of record listed through File & Serve, on this 9th day of June, 2017.

/s/ Brent W. Coon
Brent W. Coon