UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          MDL No. 2179
"Deepwater Horizon" in the Gulf                          SECTION: J
of Mexico, on April 20, 2010                             JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                                MAGISTRATE SHUSHAN

*12970*

Memorandum **35**
June 2nd, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 07 2017

WILLIAM W. BLEVINS
CLERK

I certify that all parties and then some were noticed by email on June 2nd, 2017.

_ Fee _____
_ Process _____
X_ Dktd _____
_ CtRmDep _____
_ Doc. No. _____

TENDERED FOR FILING

JUN 07 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Judge Kurt Engelhardt,
June 5th, 2017

Letter 20.

Please see attachment.

Godspeed.

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig                                            16-30918
"Deepwater Horizon" in the Gulf                                   3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Twenty-Eight
Suicide has become a societal life choice which is now a permanent part of our culture. Here is a suicide
fad that will become a trend that will become a permanent societal life choice for us and our children.
Mathematically suicides will outnumber births, worldwide, in the near future. This is the end of
Mankind.
"Voluntary Stop Eating and Drinking." (VESD)

The theme song from the great movie and television show M.A.S.H. was "Suicide is Painless".

# We will continue to make suicide painless and more acceptable. Suicide is directly related to a damaged and weakened immune system.

## By silencing me you give Mankind a death sentence.

What you are about to read starts with our senior Americans but it will transfer to our adolescent
children as a fad, then a trend and then a permanent part of our society. From there is will become
prevalent across society. Remember that we are studying why five-year-old children are committing
suicide.

New York Times Pushes Suicide by Starvation
Read more at: http://www.nationalreview.com/corner/441322/new-york-times-pushes-suicide-
starvation (The New York Times want to make money and destroy Mankind at the same time)
by Wesley J. Smith October 21, 2016 12:19 PM
**If there is any aspect of the culture of death not supported and
promoted by the New York Times, I haven't seen it.** Now, Paula
Span, the Gray (Ashen?) Lady's "The New Old Age" columnist **pushes suicide by
starvation, known in euthanasia parlance as "voluntary stop eating and
drinking." (VESD).**

The following are just a small sample of suicide titles from main stream media outlets. Most are from
the New York Times. The links to the articles are attached. My comments are listed there as well.

*Experts on Why Suicidal Thoughts Have Doubled in Youth*

TENDERED FOR FILING

JUN 07 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Suicide Rate Among Veterans Has Risen Sharply Since 2001*
*Attawapiskat suicide emergency: Health Canada, province send in crisis teams*
*'The system failed her': behind a suicide spike at a California women's prison*
*Small Towns Face Rising Suicide Rates*
*U.S. Suicide Rate Surges High to a 30-Year*
*'Buddy Check on 22!' Veterans us social media to fight suicide*
*Death Rates Rising for Middle-Aged White Americans, study finds*
*Young Adolescents as Likely to Die From Suicide as From Traffic Accidents*
*Rise in Suicide by Black Children Surprises Researchers*
*More Child Suicides Are Linked to A.D.D.*
*U.S. suicide rates up, especially among women, but down for black males*
*The Military Has More Than 900 Suicide Prevention Programs*
*Suicide Rates Climb In U.S., Especially Among Adolescent Girls*
*Army says 3-star select general committed suicide on Alabama base*
*Why suicide rates spike in spring*
*Germanwings Crash Exposes History of Denial on Risk of Pilot Suicide*

**We developed the perfect military weapon and now it is being used on us. It is an organic, easy to disperse suicide weapon.**

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. June 5th, 2017.

New York Times Pushes Suicide by Starvation
Read more at: http://www.nationalreview.com/corner/441322/new-york-times-pushes-suicide-starvation
by Wesley J. Smith October 21, 2016 12:19 PM

## If there is any aspect of the culture of death not supported and promoted by the New York Times, I haven't seen it. Now, Paula Span, the Gray (Ashen?) Lady's "The New Old Age" columnist **pushes suicide by starvation, known in euthanasia parlance as "voluntary stop eating and drinking."** It is worth noting here that Compassion and Choices, formerly known more honestly as the Hemlock Society, promotes **VSED** even for healthy elderly people who want to die. Euthanasia death zealots have pushed various methods of becoming dead for a long time, of course. But it is shocking that a columnist on elderly issues for the nation's most prominent newspaper would join so enthusiastically in under the pretext of describing a **VSED** conference she attended. From, "The VSED Exit: A Way to Speed Up Dying Without Asking Permission:" Unlike aid with dying, now legal in five states, it doesn't require governmental action or physicians' authorization. Patients don't need a terminal diagnosis, and they don't have to prove mental capacity. They do need resolve. "It's for strong-willed, independent people with very supportive families," said Dr. Timothy Quill, a veteran palliative care physician at the University of Rochester Medical Center. This is suicide by starvation, and it is agonizing. That is why it usually requires a doctor to provide palliation to make the process bearable. But that is assisting suicide just as much as supplying poison pills. As I have written previously, death zealots even want nursing homes required to starve their patients to death who become incompetent if so instructed in an advance directive: The question grows much murkier for patients with dementia or mental illness who have specified VSED under certain circumstances through advance directives. Several states, including Wisconsin and New York, forbid health care surrogates to stop food and fluids. (Oregon legislators, on the other hand, are considering drafting a bill to allow surrogates to withhold nutrition.) Advance directives give instructions about medical treatments wanted or unwanted. Spoon feeding is not a medical treatment. It is humane care. Imagine the deleterious impact on the healthcare sector if those who wish to become nurses and caregivers knew they could be forced to starve their patients to death, even when they willingly eat and drink. The entire article fails to present one voice arguing against VSED, but sure boosts it: A 2003 study of hospice nurses in Oregon who had cared for VSED patients. Rating their deaths on a scale from 0 to 9 (a very good death), the nurses assigned a median score of 8. Nearly all of the patients died within 15 days. The slower pace of death from fasting, compared with ingesting barbiturates, gives people time to say goodbye and, for the first few days, to change their minds. Several conference speakers described patients who had fasted and stopped a few times before continuing until death Geriatric depression is a terrible problem in our society. The last thing depressed oldsters need is a writer on aging issues pushing self-starvation as a splendid way out.

Read more at: http://www.nationalreview.com/corner/441322/new-york-times-pushes-suicide-starvation

(WOW, what title)

The VSED Exit: **A Way to Speed Up Dying, Without Asking Permission** Paula Span

THE NEW OLD AGE OCT. 21, 2016

https://www.nytimes.com/2016/10/25/health/voluntarily-stopping-eating-drinking.html?_r=0

Bonnie Reagan with a photo of her mother, Del Greenfield, in Ashland, Ore. Ms. Greenfield resorted to so-called VSED to die at age 91 in 2007. Credit Ezra Marcos for The New York Times

Del Greenfield had endured repeated bouts of cancer over four decades, yet kept working as a peace activist in Portland, Ore., into her 80s. "She was a powerful force," said her daughter, Bonnie Reagan. But in 2007, Ms. Greenfield was struggling. She had been her husband's caregiver until he died that year at 97, never telling her family she was feeling miserable herself. She'd lost much of her hearing. She required supplemental oxygen.

When she fell and broke an arm, "that was the final straw," her daughter said. "She was a real doer, and she couldn't function the way she wanted to. Life wasn't joyful anymore."

At 91, Ms. Greenfield told her family she was ready to die. She wanted a prescription for lethal drugs, and because she had active cancer, she might have obtained one under Oregon's Death with Dignity statute for people with terminal illnesses.

Then her son-in-law, a family physician who had written such prescriptions for other patients, explained the somewhat involved process: oral and written requests, a waiting period, two physicians' assent. "I don't have time for that," Ms. Greenfield objected. "I'm just going to stop eating and drinking."

In end-of-life circles, this option is called VSED (usually pronounced VEEsed), for voluntarily stopping eating and drinking. It causes death by dehydration, usually within seven to 14 days. To people with serious illnesses who want to hasten their deaths, a small but determined group, VSED can sound like a reasonable exit strategy. Unlike aid with dying, now legal in five states, it doesn't require governmental action or physicians' authorization. Patients don't need a terminal diagnosis, and they don't have to prove mental capacity. They do need resolve. "It's for strong-willed, independent people with very supportive families," said Dr. Timothy Quill, a veteran palliative care physician at the University of Rochester Medical Center.

He was speaking at a conference on VSED, billed as the nation's first, at Seattle University School of Law this month. It drew about 220 participants — physicians and nurses, lawyers, bioethicists, academics of various stripes, theologians, hospice staff. (Disclosure: I was also a speaker, and received an honorarium and some travel costs.) What the gathering made clear was that much about VSED remains unclear.

Is it legal? For a mentally competent patient, able to grasp and communicate decisions, probably so, said Thaddeus Pope, director of the Health Law Institute at Mitchell Hamline School of Law in St. Paul, Minn. His research has found no laws expressly prohibiting competent people from VSED, and the right to refuse medical and health care intervention is well established.

Still, he pointed out, "absence of prohibition is not the same as permission." Health care professionals can be reluctant to become involved, because "they want a green light, and there isn't one of those for VSED," he added. The question grows much murkier for patients with dementia or mental illness who have specified VSED under certain circumstances through advance directives. Several states, including Wisconsin and New York, forbid health care surrogates to stop food and fluids. (Oregon legislators, on the other hand, are considering drafting a bill to allow surrogates to withhold nutrition.)

The question intrigues bioethicists. Can your current competent self cut off nutrition and hydration for your future demented self? In a handful of court decisions, judges have declined to enforce such directives. Can VSED be comfortable and provide a peaceful death?

"The start of it is generally quite comfortable," Dr. Quill said he had found, having cared for such patients. The not-eating part comes fairly easily, health professionals say; the seriously ill often lose their appetites anyway.

Coping with thirst can be much more difficult. Yet even sips of water prolong the dying process. "You want a medical partner to manage your symptoms," Dr. Quill said. "It's harder than you think." Keeping patients' mouths moistened and having aggressive pain medication available make a big difference, health professionals say.

At the conference, the Dutch researcher Dr. Eva Bolt presented results from a survey of family physicians in the Netherlands, describing 99 cases of VSED. Their patients (median age: 83) had serious diseases and depended on others for everyday care; three-quarters had life expectancies of less than a year.

In their final three days, their doctors reported, 14 percent suffered pain, and smaller percentages experienced fatigue, impaired cognition, thirst or delirium.

Still, 80 percent of the physicians said the process had unfolded as the patients wanted; only 2 percent said it hadn't. The median time from the start of their fasts until death was seven days.

Those results mirror a 2003 study of hospice nurses in Oregon who had cared for VSED patients. Rating their deaths on a scale from 0 to 9 (a very good death), the nurses assigned a median score of 8. Nearly all of the patients died within 15 days.

The slower pace of death from fasting, compared with ingesting barbiturates, gives people time to say goodbye and, for the first few days, to change their minds. Several conference speakers described patients who had fasted and stopped a few times before continuing until death.

That's hard on families and caregivers, though. And slowness won't benefit people who are dying with severe shortness of breath or pain. "Two weeks is a lifetime in that situation," Dr. Quill said.

Other obstacles could restrict VSED. A quiet choice in a private home, it could be derailed in nursing homes and assisted living facilities where administrators fear lawsuits or regulatory sanctions. Physicians might decline to participate; home care aides might quit.

Moreover, major religious groups have yet to declare whether they consider VSED an acceptable act of self-determination or a suicide, anathema in most faiths.

Phyllis Shacter and her husband, Alan Alberts, a computer scientist who received a Alzheimer's disease diagnosis in 2011, had few doubts, however. VSED allowed him to escape the disease that had slowly killed his mother.

No state allows a person with dementia to use a "death with dignity" law, but with support from his wife, doctor and two caregivers, Mr. Alberts, 76, died peacefully at home in 2013 after a nine-day fast. "I'm glad my husband fulfilled his desire not to live into the final stages of Alzheimer's," Ms. Shacter said. On the other hand, Judith Schwarz, clinical coordinator of End of Life Choices New York, told of an 81-year-old attempting VSED with inadequate pain medication, crying out to his wife at night, "I'm dying of thirst." "And of course, he was, but slowly," Dr. Schwarz said. "This was a horror show."

Del Greenfield fared better. "She didn't use any medicines, just some oxygen," her daughter said. Ms. Greenfield's children, grandchildren and great-grandchildren came to see her, and "she was completely peaceful, chatting and joking and telling people she loved them."

She announced that she had one regret. "We all leaned in," Bonnie Reagan said. "And she said, 'I wish I'd seen the Rolling Stones the last time they came to Portland.'"

On the fifth day of fasting, "she just fell asleep," and died about 36 hours later.

*It is Sunday morning. Please pray for yourself and the people in the following articles. This is Genocide. Each of these articles is part of a Federal Desensitizing Propaganda campaign designed to make you immune to the horrors of suicide. Mankind is murdering himself and what is most disturbing is that it is voluntary. We are to blame for the genocide of mankind. We have exterminated ourselves.*
*The perfect military weapon is a suicide weapon which is organic, easy to disperse and dissipates in five days. Our government released the Katrina Virus on us. The release was accidental due to negligence. New Orleans is the chemical and chemical warfare capital of the world. Start with the 14 cancers article. How could the Federal Government certify that 14 cancers came out of the World Trade Centers? There were hardened DOD and CIA laboratories that would have been used if there was a terrorist attack. The following is sample of articles that have been written by so called reputable main stream media outlets.  David Andrew Christenson*

*Comeback and read this article. The world's smartest man, Theoretical physicist Stephen Hawking, has stated: "__GENETICALLY ENGINEERED VIRUS__" is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking*
*The Guardian*
*http://www.msn.com/en-us/news/technology/most-threats-to-humans-come-from-science-and-technology-warns-hawking/ar-BBop0uY?li=BBnb7Kz&ocid=mailsignout*
*Speaking to the Radio Times ahead of the BBC Reith Lecture, in which he will explain the science of black holes, Hawking said most of the threats humans now face come from advances in science and technology, such as nuclear weapons and __genetically engineered viruses__.*

Experts on Why Suicidal Thoughts Have Doubled in Youth
By Jade Scipioni Published May 09, 2017 Lifestyle and Budget FOXBusiness
http://www.foxbusiness.com/features/2017/05/09/experts-on-why-suicidal-thoughts-have-doubled-in-youth.html
**Suicidal thoughts and attempts** have doubled *(267%)* in children and teens between the ages of 5 to 17 from 2008, according to a new study.

*[How the hell does a 5-year-old have suicidal thoughts or commit suicide? The answer lies within the Katrina Virus. The world must be told the truth before Mankind becomes extinct. This is Federal Desensitizing Propaganda and it is working perfectly.]*

Suicide Rate Among Veterans Has Risen Sharply Since 2001
By DAVE PHILIPPSJULY 7, 2016
http://www.nytimes.com/2016/07/08/us/suicide-rate-among-veterans-has-risen-sharply-since-2001.html?emc=edit_th_20160708&nl=todaysheadlines&nlid=65460936&_r=0
The suicide rate among veterans has surged 35 percent since 2001, driven in part by sharp increases among those who have served since 2001, according to the largest study of such suicides. Of particular concern is the suicide rate among women, which has increased 85 percent in that time.

Attawapiskat suicide emergency: Health Canada, province send in crisis teams
http://www.msn.com/en-ca/news/other/attawapiskat-suicide-emergency-health-canada-province-send-in-crisis-teams/ar-BBrCcr9

'The system failed her': behind a suicide spike at a California women's prison
Advocates for female prisoners say that poor mental health care is causing preventable deaths at the
California Institution for Women
http://www.theguardian.com/us-news/2016/may/10/suicide-california-womens-prison-mental-health

Small Towns Face Rising Suicide Rates
http://www.nytimes.com/2015/11/03/health/small-towns-face-rising-suicide-rates.html?_r=0

U.S. Suicide Rate Surges High to a 30-Year
http://www.nytimes.com/2016/04/22/health/us-suicide-rate-surges-to-a-30-year-high.html

'Buddy Check on 22!' Veterans us social media to fight suicide
http://www.nytimes.com/2016/04/22/us/veterans-suicide-22-social.html

Death Rates Rising for Middle-Aged White Americans, study finds
http://www.nytimes.com/2015/11/03/health/death-rates-rising-for-middle-aged-white-americans-
study-
finds.html?action=click&contentCollection=Health&module=RelatedCoverage&region=EndOfArticle&pg
type=article

***Federal Desensitizing Propaganda about our children committing suicide. Why does this not scare you
to death? We are talking the end of Mankind.***
***Key points:***
***\*\*\*"That grim Fact"***
***\*\*\*"The number is an extreme data point"***
***\*\*\*"suffering from a range of health problems"***
***\*\*\*"Depression is being diagnosed more often these days, and adolescents are taking more
medication than ever before"***
***\*\*\*"Suicide is just the tip of a broader iceberg of emotional trouble, experts warn. One recent study of
millions of injuries in American emergency departments found that rates of self-harm, including
cutting, had more than tripled among 10- to 14-year-olds. "This is particularly concerning as this type
of injury often heralds suicidal behavior," the researchers wrote."***
***They don't know why. The connection to car accidents is a diversion. (Look over here nothing to see
there) It is about suicide and other health problems. Our children (everyone) have had their brains
neurologically and biologically altered. The most plausible explanation is vaccinations followed by the
environment. Mathematically suicides will outnumber births in the next 10-35 years. Google: New
York Times articles on suicide.***
***They want you to believe that it is because of social media. IT IS NOT BECAUSE OF SOCIAL MEDIA, I
PROMISE.***

Young Adolescents as Likely to Die From Suicide as From Traffic Accidents
By SABRINA TAVERNISENOV. 3, 2016
http://www.nytimes.com/2016/11/04/health/suicide-adolescents-traffic-deaths.html

WASHINGTON — It is now just as likely for middle school students to die from suicide as from traffic accidents.

**That grim fact** was published on Thursday by the Centers for Disease Control and Prevention. They found that in 2014, the most recent year for which data is available, the suicide rate for children ages 10 to 14 had caught up to their death rate for traffic accidents.

**The number is an extreme data point** in an accumulating body of evidence that young adolescents are **suffering from a range of health problems** associated with the country's rapidly changing culture. The pervasiveness of social networking means that entire schools can witness someone's shame, instead of a gaggle of girls on a school bus. And with continual access to such networks, those pressures do not end when a child comes home in the afternoon.

**Depression is being diagnosed more often these days, and adolescents are taking more medication than ever before**, but Dr. Levy-Warren cautioned that it was not clear whether that is because more people are actually depressed, or because it is simply being identified more than before.

Suicide is just the tip of a broader iceberg of emotional trouble, experts warn. **One recent study of millions of injuries in American emergency departments found that rates of self-harm, including cutting, had more than tripled among 10- to 14-year-olds. "This is particularly concerning as this type of injury often heralds suicidal behavior," the researchers wrote.**

Rise in Suicide by Black Children Surprises Researchers
http://www.nytimes.com/2015/05/19/health/suicide-rate-for-black-children-surged-in-2-decades-study-says.html?_r=0

More Child Suicides Are Linked to A.D.D.
Than Depression, Study Suggests
By CATHERINE SAINT LOUIS SEPT. 19, 2016
http://www.nytimes.com/2016/09/19/science/more-child-suicides-are-linked-to-add-than-depression-study-suggests.html?_r=0
Attention deficit disorder is the most common mental health diagnosis among children under 12 who die by suicide, a new study has found. Very few children aged 5 to 11 take their own lives, and little is known about these deaths. The new study, which included deaths in 17 states from 2003 to 2012, compared 87 children aged 5 to 11 who committed suicide with 606 adolescents aged 12 to 14 who did, to see how they differed. The research was published on Monday in the journal Pediatrics.

U.S. suicide rates up, especially among women, but down for black males
**By Carina Storrs, Special to CNN**
Updated 4:57 PM ET, Fri April 22, 2016
http://www.cnn.com/2016/04/22/health/suicide-rates-rise/

Suicide Rates Climb In U.S., Especially Among Adolescent Girls
April 22, 201612:02 AM ET
http://www.npr.org/sections/health-shots/2016/04/22/474888854/suicide-rates-climb-in-u-s-especially-among-adolescent-girls

---

*(Maybe he realized what he had done to his own troops and could no longer live with himself.*
*"A sunarcissist is a narcissist who chooses suicide over honor." David Andrew Christenson)*

*As you read the following please realize that there have been other Generals and Admirals that have committed suicide but the Military covers it up. The Army waited three months to disclose that it was a suicide. The Army pressured the family but the family wanted it truthfully classified. The family wanted to help other soldiers and veterans. The Department of Defense does everything that it can to classify the suicide as some other type of death. For some reason, the Army could not cover this up.*

*I started writing about suicide within the Flag ranks (Admirals and Generals) when Admiral Jeremy Michael Boorda, who was Chief of Naval Operations, committed suicide. (My younger sister first attempted suicide in 1976 and my other sister was successful with her suicide in 2008. I tell you about my family because it is why I became interested in suicide.)*

*Many of the suicides that are being committed are spontaneous. There is no warning.*

*Suicides have become violent and many of them are now murder(s)-suicide. The six police officers murdered in Dallas, the three police officers murdered in Baton Rouge and the 11 police officers wounded in Boston were all killed by a veteran who was committing suicide.*

*Maj. Gen. John Rossi was getting ready to put on his third star. This is the future. America invented the perfect military weapon, which is a suicide weapon, and now our own troops are dying by suicide, all of them. Google General Rossi and you will find that much of his military record has been sanitized form the web. Try and find his official Army biography.*

Army says 3-star select general committed suicide on Alabama base
Published October 29, 2016 Associated Press
http://www.foxnews.com/us/2016/10/29/army-says-2-star-general-committed-suicide-on-alabama-base.html
WASHINGTON – The Army said Friday it has determined that suicide was the cause of death of a two-star general who was found dead in his home on a military base in Alabama.
Maj. Gen. John Rossi was found dead July 31 at Redstone Arsenal, two days before he was to assume command of Army Space and Missile Defense Command.
He is the first Army general to commit suicide on active duty since record-keeping began in 2000, according to the Army. Military suicides soared earlier this decade and remain a major source of concern; they typically have affected lower-ranking military members.
Rossi, a West Point academy graduate and an air defense artillery officer by training, had just moved onto Redstone Arsenal and was scheduled to be promoted to lieutenant general when he took command of Space and Missile Defense Command.

*This came from an article posted on TRUSTED NEWS AND INTELLIGENCE FROM SPEC OPS VETERANS*

SOFREP: General is most senior Army officer to commit suicide BY SOFREP 10.28.2016#MILITARY NEWS
https://sofrep.com/66631/general-senior-army-officer-commit-suicide/

The Army acknowledged Friday that Maj. Gen. John Rossi committed suicide on July 31, making him the highest-ranking soldier ever to have taken his own life.

Rossi, who was 55, was just two days from pinning on his third star and taking command of Army Space and Missile Command when he killed himself at his home at Redstone Arsenal in Alabama. '

Investigators could find no event, infidelity, misconduct or drug or alcohol abuse, that triggered Rossi's suicide, said a U.S. government official with direct knowledge of the investigation. It appears that Rossi was overwhelmed by his responsibilities, said the official who was not authorized to speak publicly about the investigation.

**Rossi himself talked in March about suicide at a conference on preventing troops from killing themselves.**

**He held up a card from his wallet with photos of 10 soldiers who had died under his command at Fort Sill, Okla. Four of them had committed suicide.**

*Maybe he realized what he had done to his own troops and could no longer live with himself.*
*"A sunarcissist is a narcissist who chooses suicide over honor." David Andrew Christenson*

-------------------------------------------------------------------------------------------------------------------------

*Here is the most grotesque of suicide articles. This is perfect Federal Desensitizing Propaganda and I truly*
*believe that it is a lie. They are making you immune to the horrors of suicide. In ten years each of us will*
*be directly connected to a suicide: a child, a spouse, a brother or sister, etc. and not one person cares.*
Why suicide rates spike in spring
By Jessica Migala Published May 19, 2016
http://www.foxnews.com/health/2016/05/19/why-suicide-rates-spike-in-spring.html

-------------------------------------------------------------------------------------------------------------------------

*The human beings that died in these airline accidents should be classified as suicides and murder(s)-*
*suicide. Please read the entire article. I was an airline pilot for Pan Am for two years.*

Germanwings Crash Exposes History of Denial on Risk of Pilot Suicide
By NICHOLAS KULISH and NICOLA CLARKAPRIL 18, 2015
http://www.nytimes.com/2015/04/19/world/europe/germanwings-plane-crash-andreas-lubitz-lufthansa-pilot-suicide.html?  r=0

DÜSSELDORF, Germany — When Andreas Lubitz sent an email in 2009 seeking reinstatement to Lufthansa's flight-training program after a monthslong absence, he appended what in retrospect was a clear warning signal about his fitness to fly passenger jetliners: an acknowledgment that he had suffered from severe depression.

Lufthansa put the young German back through its standard applicant-screening process and medical tests. But it did not, from everything known about the case so far, pursue any plan to assure that he was

getting appropriate treatment. Nor did it impose special monitoring of his condition beyond that required for any pilot who had a flagged health issue.

Instead, Mr. Lubitz haltingly made his way through the training program and ultimately was entrusted as an Airbus A320 co-pilot for Lufthansa's low-cost subsidiary, Germanwings. Lufthansa was so unaware of the extent of Mr. Lubitz's psychological troubles that the company and its medical staff had no idea of the tortured drama playing out in his mind, peaking in the two or three months leading up to his final flight. Investigators told The New York Times that he visited a dozen or more doctors as he frantically sought treatment for real or imagined ailments.

In the days just after Mr. Lubitz, 27, flew himself and 149 other people into a French mountainside last month, Lufthansa's chief executive confidently pronounced that Mr. Lubitz had been "100 percent" fit to fly, highlighting how little the airline knew of the pilot who shook confidence in the company's reputation for training and management rigor.

---

*No joke. We have suicidal airline pilots. I was an airline pilot and I knew suicidal pilots. Now those pilots have guns in the cockpit.*

Federal Aviation Administration (FAA) Guide for Aviation Medical Examiners
https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/app_process/exam_tech/item47/amd/antidepressants/
Decision Considerations - Aerospace Medical Dispositions
Item 47. Psychiatric Conditions - Use of Antidepressant Medications
The FAA has determined that airmen requesting first, second, or third class medical certificates while being treated with one of four specific selective serotonin reuptake inhibitors (SSRIs) may be considered. The Authorization decision is made on a case by case basis. The Examiner may not issue.
If the applicant opts to discontinue use of the SSRI, the Examiner must notate in Block 60, Comments on History and Findings, on FAA Form 8500-8 and defer issuance. To reapply for regular issuance, the applicant must be off the SSRI for a minimum of 60 days with a favorable report from the treating physician indicating stable mood and no aeromedically significant side effects. See SSRI Decision Path I (PDF). An applicant may be considered for an FAA Authorization of a Special Issuance (SI) of a Medical Certificate (Authorization) if: The applicant has one of the following diagnoses:
Major depressive disorder (mild to moderate) either single episode or recurrent episode Dysthymic disorder Adjustment disorder with depressed mood Any non-depression related condition for which the SSRI is used For a minimum of 6 continuous months prior, the applicant has been clinically stable as well as on a stable dose of medication without any aeromedically significant side effects and/or an increase in symptoms. If the applicant has been on the medication under 6 months, the Examiner must advise that 6 months of continuous use is required before SI consideration. The SSRI used is one the following (single use only):
**Fluoxetine (Prozac)**
**Sertraline (Zoloft)**
**Citalopram (Celexa)**
**Escialopram (Lexapro)**

If the applicant is on a SSRI that is not listed above, the Examiner must advise that the medication is not acceptable for SI consideration. The applicant DOES NOT have symptoms or history of: Psychosis Suicidal ideation Electro convulsive therapy Treatment with multiple SSRIs concurrently Multi-agent drug protocol use (prior use of other psychiatric drugs in conjunction with SSRIs.) If applicant meets the all of the above criteria and wishes to continue use of the SSRI, advise the applicant that he/she must be further evaluated by a Human Intervention Motivation Study (HIMS) AME. See SSRI Decision Path II (HIMS AME) (PDF). The HIMS AME will also conduct the follow up evaluation after initial issuance. See SSRI Follow Up Path for the HIMS AME (PDF).

---

*Do you want your airline pilot to have these side effects?*

Drugs.com
https://www.drugs.com/sfx/prozac-side-effects.html **Prozac**
Common side effects of Prozac include: weakness, anxiety, drowsiness, tremor, diarrhea, dyspepsia, nausea, nervousness, insomnia, headache, xerostomia, decreased libido, anorexia, and decreased appetite. Other side effects include: bulimia nervosa, dizziness, skin rash, and diaphoresis.

---

*How could 58 cancers in 14 categories come out of a building? Why did those same 58 cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs?*

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks
Page 1 of 2 11/09/2012 07:07 AM
**US adds cancer to list of illnesses linked to 9/11 terror attacks**
*By NBC News and wire services*
*September 11, 2012, 6:02 am NBCNews.com*
Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

Ailing 9/11 first-responder makes billboard plea for aid
USA TODAY Lindy Washburn 07/27/2016
http://www.msn.com/en-us/news/us/ailing-9-11-first-responder-makes-billboard-plea-for-aid/ar-BBuVPtG?li=AA4ZnC&ocid=spartandhp

Mike Megna rushed to Ground Zero on Sept. 11, 2001, to help look for survivors in the rubble of the fallen towers. Along with his two brothers, Megna, then a Pompton Lakes police officer, searched the debris pile and ruined buildings nearby for three weeks.

Now sick and disabled from a rare kidney disease that he believes was caused by dust from the destroyed World Trade Center, he wants the Victim Compensation Fund created after the attacks to pay him for his losses, which may soon include the house in West Milford where he and his three children live.

---

Whistle-Blower, Beware By MARK HERTSGAARDMAY 26, 2016
http://www.nytimes.com/2016/05/26/opinion/whistle-blower-beware.html?emc=edit_th_20160526&nl=todaysheadlines&nlid=65460936&_r=0

*This is an Op-Ed piece and should be read.*
*Should I as a Federal Whistleblower lose my life for trying to expose the release of the Katrina Virus?*

----------------------------------------------------------------------------------------------------

*You and the American People are the rape victims. Your life has no meaning.*

Rape Survivor Sues After Texas Authorities Jailed Her For A Month July 22, 20165:52 PM ET
NPR Merrit Kennedy
http://www.npr.org/sections/thetwo-way/2016/07/22/487073132/rape-survivor-sues-after-texas-authorities-jailed-her-for-a-month
A rape survivor is suing Texas' Harris County after she was jailed for more than a month and subjected to beatings and "psychological torture."
According to court documents, she had suffered a mental breakdown while testifying against her rapist, and authorities checked her into the general population at Houston's Harris County Jail because they feared she would flee before finishing her testimony.
"Jane Doe found herself hopelessly trapped in a bizarre plot pulled from a Kafka novel," the court documents read. She "was imprisoned in the hellhole of the Harris County Jail for no reason other than being a rape victim who struggles with a mental disability."

---

*This confirms what I have been saying. We destroy our immune system and can't fight infection. This is Federal Desensitizing Propaganda. If we had a healthy immune system, we could fight. Alzheimer's is new and the result of what we have done to ourselves. What is different about now and 50, 25 or even 10 years ago? This is also why suicides are happening. The connection is there. For whatever reason we have altered the brain and its ability to protect us. Start with that fact and we might save mankind.*

Could Alzheimer's Stem From Infections? It Makes Sense, Experts Say The New York Times By GINA KOLATA

http://www.msn.com/en-us/news/us/could-alzheimer%e2%80%99s-stem-from-infections-it-makes-sense-experts-say/ar-BBtutfg?li=BBnb7Kz&ocid=mailsignout

Could it be that Alzheimer's disease stems from the toxic remnants of the brain's attempt to fight off infection?

Provocative new research by a team of investigators at Harvard leads to this startling hypothesis, which could explain the origins of plaque, the mysterious hard little balls that pockmark the brains of people with Alzheimer's.

-------------------------------------------------------------------------------------------------------------------------

*We have damaged our immune system to the point that antibiotics won't help. We are immune. Do you see the Federal Desensitizing Propaganda at work?*

The superbug that doctors have been dreading just reached the U.S.

The Washington Post Lena H. Sun, Brady Dennis

http://www.msn.com/en-us/news/us/the-superbug-that-doctors-have-been-dreading-just-reached-the-us/ar-BBtwrwg?ocid=spartandhp

For the first time, researchers have found a person in the United States carrying a bacteria resistant to antibiotics of last resort, an alarming development that the top U.S. public health official says could mean "the end of the road" for antibiotics.

http://www.foxnews.com/

SUPERBUG FOUND IN US

Bacteria resistant to antibiotic of last resort

VIDEO: Deadly antibiotic-resistant superbug arrives in US

VIDEO: Superbugs could kill 10M a year by 2050

HALLMARK FIND: Brain protein might accumulate because of infection

SCARY STUDY: Colorectal cancer on the rise in adults under 50

- •



## SUPERBUG FOUND IN US
## Bacteria resistant to antibiotic of last resort

- o **VIDEO: Deadly antibiotic-resistant superbug arrives in US** 📼
- o **VIDEO: Superbugs could kill 10M a year by 2050** 📼
- o **HALLMARK FIND: Brain protein might accumulate because of infection**
- o **SCARY STUDY: Colorectal cancer on the rise in adults under 50**

Obamacare sticker shock: Price hikes are on the way
CNBC Bertha Coombs
http://www.msn.com/en-us/money/healthcare/obamacare-sticker-shock-price-hikes-are-on-the-way/ar-BBtnQ8N?jid=50077&rid=4&FORM=MDU158&OCID=MDU158
Obamacare plan customers should brace for sticker shock when the administration posts insurers' preliminary rate requests for 2017 this week.
Health plans are asking for sharp price increases, after suffering big losses on exchanges in the last two years. Regulators caution that these are preliminary requests and final rates could a lot different.
*Always remember Federal Desensitizing Propaganda. They want you to be immune to the truth.*
*Major points: They don't talk about pneumonia and flu deaths or deaths caused by a weakened immune system. The conclusion is a lie designed to mislead. They know the truth. The numbers are far worse than what is being reported. They do acknowledge that people are dying from suicide and Alzheimer's. Quote: "!!!Experts said the current rise was surprising.!!!" They reference a paper by Anne Case and Angus Deaton who are Nobel prize winners in economics. Case and Deaton took data supplied by the CDC and NIH that already had a conclusion and put their name on it. The CDC and NIH manipulated them.*

---------------------------------------------------------------------------------------------------------------------------------

American Death Rate Rises for First Time in a Decade By SABRINA TAVERNISEJUNE 1, 2016
http://www.nytimes.com/2016/06/01/health/american-death-rate-rises-for-first-time-in-a-decade.html?emc=edit_th_20160601&nl=todaysheadlines&nlid=65460936&_r=0

---------------------------------------------------------------------------------------------------------------------------------

*Read just the last sentence of the article.*
*How many of you served your country in the military? These are unprecedented times. We have the smallest military since World War II.  You have sacrificed our National Security. I can help and I am offering. Please take advantage of what I have to offer so that we can save our country.*
*We need the military and all that it has to offer. You have made our Veterans chattel. They have no value. 22 Veterans will commit suicide today. We are not a grateful nation and you have seen to that. It may already be too late.*

Military: Precision Flying Teams Are Worth The Risk, Cost
2 hours ago The Associated Press BY DAN ELLIOTT - Associated Press
http://startpage.lenovo.com/news/read/category/News/hashtag/News/article/the_associated_press-military_precision_flying_teams_are_worth_the_risk-ap-2

*Why will you not see the light? Shame on you.*
*The most important plane in the United States is Air Force One. The second most important plane in the United States is a tie between the Navy Blue Angels F-18 and the Air Force Thunderbird F-16. These two airplanes represent out military to world and to us. We lost one of each yesterday and a hero. This is a big deal and has major consequences for National Security. You have allowed this to happen. You have jeopardized our National Security. Our Military preparedness has fallen below an acceptable level*

*because of funding. You have allowed the funds to be illegal transferred to Obamacare.  I know we need*
*Obamacare but not at the expense of National Security.*
*Americans deserves to know the truth. By keeping secrets, you are sacrificing our security. I guarantee*
*the Chinese, Russians, North Koreans, Iranians, etc. picked up on this fact. We don't have parts and we*
*don't have parts for the second most important airplane in our military.*
*You have to tell the truth about Obamacare and the Katrina Virus so that we can work together to save*
*ourselves and mankind.*
*The end is coming and you caused it.*
*David Andrew Christenson*
*504-715-3086*

-------------------------------------------------------------------------------------------------------------------------------

We can't fight it because of our compromised immune system(s).
Flesh-eating bacteria scare along Gulf Coast has locals on alert
The Guardian Matthew Teague in Bay St Louis, Mississippi 1 hr ago
http://www.msn.com/en-us/news/us/flesh-eating-bacteria-scare-along-gulf-coast-has-locals-on-alert/ar-AAi4xeW?ocid=spartandhp
At the peak of the summer vacation season, a flesh-eating bacteria has infected the shores of the Gulf
Coast.
Related: Brain-eating amoeba forces closure at North Carolina waterpark after death
From Texas to Florida, the water-borne bug – a strain called a Vibrio vulnificus – has spooked locals and
tourists in the way shark attacks do: infections are rare, but when they strike, the victim is likely to lose a
limb or die.
There is no central authority tracking cases – states are not required to report cases to the Centers for
Disease Control (CDC), in Atlanta – so no one holds current, comprehensive statistics for deaths and
illnesses.

Chilcot Report on Iraq War Offers Devastating Critique of Tony Blair
The New York Times By STEVEN ERLANGER and STEPHEN CASTLE
http://www.msn.com/en-us/news/world/chilcot-report-on-iraq-war-offers-devastating-critique-of-tony-blair/ar-BBtZX5I?li=AA4Zpp&ocid=spartandhp
LONDON — Prime Minister Tony Blair of Britain went to war alongside the United States in Iraq in 2003
on the basis of flawed intelligence that went unchallenged, a shaky legal rationale, inadequate
preparation and exaggerated public statements, an independent inquiry into the war concluded in a
report published on Wednesday.

The long-awaited report by the Iraq Inquiry Committee, led by John Chilcot, takes up 12 volumes
covering 2.6 million words, four times longer than "War and Peace," and took seven years to complete,
longer than Britain's combat operations in Iraq. It concluded that Mr. Blair and the British government
underestimated the difficulties and consequences of the war and an overestimated the influence he
would have over President George W. Bush.

US veterans on Chilcot Iraq report: we need our own inquiry to avoid repeating mistakes

Amanda Holpuch in New York The Guardian
http://www.msn.com/en-us/news/us/us-veterans-on-chilcot-iraq-report-we-need-our-own-inquiry-to-avoid-repeating-mistakes/ar-BBu7QzB?li=AA4ZnC&ocid=spartandhp
Following the devastating British inquiry into the 2003 invasion of Iraq, American veterans and their families have warned that the US is liable to repeat the mistakes without a similarly comprehensive investigation.

The UK's Chilcot inquiry was released on Wednesday, and while it is no secret in the US that the invasion was a failure, nothing so damning as the 2.6m-word British inquiry has been released by an independent US government body.

"The Chilcot report is an example of what we could do if there was any kind of political courage to reckon with the after-effects of the global war on terror that we were pushed into," said Matt Howard, who was deployed to Iraq twice while serving in the marine corps.

---------------------------------------------------------------------------------------------------------------------------------

This is why no one will listen. They believe the Government will invent a miracle drug. Read the article carefully because it is scary. They still don't get it. We have destroyed our immune(s) system. Without the immune system we cannot live. No miracle drug will work and in fact it will make things worse. Mutation in our body will not allow this type of thinking to be successful. If we don't address our immune system problems, then this drug will accelerate the demise of mankind.

Do all of you really trust Obama, Trump and Clinton? I don't.

I have written crazy and sensational things to save your lives and I know that. There is no way to get your attention. I have put my life on the line but you all have been desensitized to the truth.

In harsh terms you all have become apathetic zombies. You all would rather watch the Kardashians than face the true reality of life.

To Fight a Virus, Get a Virus: Military Bets on Mutant Pathogen
Bloomberg Doni Bloomfield
https://www.msn.com/en-us/news/technology/to-fight-a-virus-get-a-virus-military-bets-on-mutant-pathogen/ar-BBuk0hZ?li=AA4Zoy&ocid=spartandhp

A pair of brothers working in laboratories on opposite coasts of the U.S. are brewing a new approach to fighting viruses, one that's drawn interest from the military for protection against the threat of infections such as Zika and Ebola.

The experimental treatment pursued by Ariel Weinberger, a Harvard University biologist, and Leor Weinberger, a virologist at the University of California at San Francisco-affiliated Gladstone Institutes, deploys a tweaked, safe version of a virus to overwhelm the form that invades and kills cells.

--------------------------------------------------------------------------------------------------------------------------------

*Read the article. Johnson was altered. This was a "Manmade Suicide by Police". This was not a hate crime. You are going to see more and more of these. The discipline was superhuman just like Sandy Hook and Orlando.*
https://www.msn.com/en-us/news/us/gunman-was-gregarious-until-army-career-ended-in-disgrace/ar-BBum51o?li=AA4ZnC&ocid=spartandhp
Gunman was gregarious until Army career ended in disgrace Associated Press AP
By FRANK BAJAK, GARANCE BURKE, REESE DUNKLIN and JULIET LINDERMAN, Associated Press

The psychology of why mass shootings are contagious
http://www.msn.com/en-us/news/breakingnews/the-psychology-of-why-mass-shootings-are-contagious/ar-BBuqxOg?li=BBnb4R7&ocid=HPCOMMDHP15
Another week, another mass shooting. In the past month, the US has faced its deadliest mass shooting in modern history. And following the deaths of two black men at the hands of police, officers have since become victims of mass shootings twice in just 10 days.

The fact that mass shootings often happen in clusters has, unfortunately, been noted before. One 2015 study by Arizona State University physician Sherry Towers, who focuses on how viruses spread, found that mass shootings lead to a period of contagion for an average of 13 days after the initial event. In her research, Towers used the killings of four or more people as the definition of a mass shooting. She found that 20% to 30% of all mass shootings are such copycat incidents.

After officer shoots suicidal teen, police find an apology note addressed to them
The Washington Post Cleve R. Wootson Jr.
http://www.msn.com/en-us/news/us/after-officer-shoots-suicidal-teen-police-find-an-apology-note-addressed-to-them/ar-BBv9Qkx?li=BBmkt5R&ocid=spartandhp
A few minutes before he picked up the phone and dialed 911, 18-year-old Limichael Shine penned an apology note to the officer that was about to be enlisted in his suicide plan.
"In the note, Mr. Shine wrote that his goal was to commit suicide by officer," according to a news release from the Ocean County, N.J., prosecutor's office. "He apologizes to the officer who will ultimately respond to his call."

JULY 18, 2016 11:36 AM
Autism rates in California public schools jumped 7 percent in 2016
Read more here: http://www.sacbee.com/site-services/databases/article90300877.html#storylink=cpy
http://www.sacbee.com/site-services/databases/article90300877.html
More than 97,000 California public school students have been diagnosed as autistic, a number that has risen seven-fold since 2001, according to the latest special education data from the California Department of Education. The figure represents a jump of about 6,500, or 7 percent, from 2014-15 to 2015-16.

David Andrew Christenson
Box 9063

Miramar Beach, Florida 32550
504-715-3086
http://www.persimmonpublishingus.com/ **Open the document tab and scroll down and double click on**
**every line. The site is slow.**
**My books are located on Amazon:**
http://www.amazon.com/David-Andrew-Christenson/e/B00JCUX5UG
**The Supreme Court Murdered Mankind**
https://www.amazon.com/Supreme-Court-Murdered-Mankind-
ebook/dp/B017S0NKIS?ie=UTF8&ref_=asap_bc#navbar

If you're fighting the alligators, you will never drain the swamp. You do not introduce more alligators.
Drain the swamp and the alligators will disappear.

"when you're up to your ass in alligators, it's hard to remember that your objective was to drain the
swamp".

Because of my thinking my books have been removed from the Library of Congress. I have been
censored for trying to save Mankind. The funny thing is they don't need to censor me because no one
cares. Mankind has become immune to its own demise. Please read the two articles listed below.

The world's smartest man, Theoretical physicist Stephen Hawking, has stated that a "GENETICALLY
ENGINEERED VIRUS" is the biggest threat to mankind.
My words: That virus(s) has been here since the last century. He misses the most important point: our
immune system(s) has already been compromised/weakened/destroyed. We are now more susceptible
to all viruses, both natural and manmade. Compare the two articles. Do you really want Trump, Clinton,
Obama, Roberts, etc. making the decisions about the future of Mankind? The Katrina Virus is real and it
is here. Our leaders are hoping for a manmade miracle that is developed in secret. At the current
mathematical progression Mankind will cease to exist in the next 34 years. October 12th, 2050 is the
projected extinction date. We can change this cataclysmic event if we work together. What I don't know
is when we can't change the course of events. I believe that when suicides outnumber births in the next
10 -35 years we will be past the point of no return. It will take all of us to figure out a way to increase
the strength of our immune system(s). That is the key. Mankind will not be able to procreate and
produce viable fetuses without a strong immune system. At a minimum Mankind will just die off.

Survival was our number one instinct but that is no longer true. Is it suicide when you don't take action
to save yourself?  An attorney who represented me, Cliff Stoutz, overdosed. Cliff committed suicide, in
my opinion, because he chose the chemical induced high knowing that it could possible kill him.

Mankind no longer wants to survive as is evident by your inaction to save yourself. What I can't
understand is why you don't want to save your kids and grandkids. From a philosophical point of view
this violates all the evolutionary theories. Mankind can't survive without viable propagation.

Please consider the ramifications of the two articles.

Theoretical physicist Stephen Hawking is without a doubt the smartest man in the world and these are his words, not mine.

"GENETICALLY ENGINEERED VIRUS" is the biggest threat to mankind. Most threats to humans come from science and technology, warns Hawking

The Guardian

http://www.msn.com/en-us/news/technology/most-threats-to-humans-come-from-science-and-technology-warns-hawking/ar-BBop0uY?li=BBnb7Kz&ocid=mailsignout

Speaking to the Radio Times ahead of the BBC Reith Lecture, in which he will explain the science of black holes, Hawking said most of the threats humans now face come from advances in science and technology, such as nuclear weapons and genetically engineered viruses.


To Fight a Virus, Get a Virus: Military Bets on Mutant Pathogen

Bloomberg Doni Bloomfield

https://www.msn.com/en-us/news/technology/to-fight-a-virus-get-a-virus-military-bets-on-mutant-pathogen/ar-BBuk0hZ?li=AA4Zoy&ocid=spartandhp

To contact the reporter on this story: Doni Bloomfield in Boston at mbloomfiel12@bloomberg.net. To contact the editors responsible for this story: Drew Armstrong at darmstrong17@bloomberg.net, John Lauerman, Cecile Daurat

A pair of brothers working in laboratories on opposite coasts of the U.S. are brewing a new approach to fighting viruses, one that's drawn interest from the military for protection against the threat of infections such as Zika and Ebola.


*The following article is propaganda that is designed to desensitize the American people. Think about the following when you read the article.*

**This is the result of a destroyed immune system.**

*The Katrina Virus is the cause.*

*This is why baby boomers are getting tested for Hepatitis C. The NIH and the CDC need to gather information without causing alarm. Hepatitis C is a cover.*

*Notice how "cancer" is intentionally left out of the first sentence.*

*In the last decade there has been a 25% increase in chronic conditions. This is AN EPIDEMIC!!!*

*Cancer was the major factor in the increase.*

*The direct result will be a decrease in life expectancy.*

*The article guesses at why there is an increase.*

*This is why the country has ObamaCare.*

*This is why Chief Judge John Roberts voted for ObamaCare. I wrote "The United States Supreme Court and The Katrina Virus" and sent the book to all of the Supreme Court Judges.*


We're getting sicker: More Americans have a chronic health condition

July 31, 2012, 2:19 pm NBCNews.com

MyHealthNewsDaily

http://vitals.nbcnews.com/_news/2012/07/31/13053268-were-getting-sicker-more-americans-have-a-chronic-health-condition?lite

More than one in five middle-aged U.S. adults, and nearly half of adults over age 65, have more than one chronic health condition, such as hypertension and diabetes, according to a new government report. The report said that in 2010, 21.3 percent of women and 20.1 percent of men between ages 45 and 64 had at least two chronic health conditions. In 2000, the rate among men was 15.2 percent, and among women it was 16.9 percent. Increases were also seen in adults older than 65, with 49 percent of men and 42.5 percent of women reporting in 2010 that they had at least two chronic health conditions. In 2000, the rates were 39.2 percent of men and 35.8

percent of women. Treatment for people with multiple chronic conditions is complex, the researchers said. By looking at trends in the rates of people with more than one condition, researchers are better able to make decisions about managing and preventing these diseases, and they can make better predictions about future health-care needs, they said. The increases were due mainly to rises in three conditions: hypertension, diabetes and cancer, according to the

report. These increases may be due to more new cases, or due to people living longer with the conditions because of advances in medical treatments. The report also said that middle-aged adults with at least two chronic conditions had increasing difficulty, between 2000 and 2010, in getting the care and prescription drugs they needed because of cost. In 2010, 23 percent reported

not receiving or delaying the medical care they needed, and 22 percent said they didn't get the prescriptions they needed. In 2000, these rates were 17 percent and 14 percent, respectively.

The CDC does not consider obesity itself to be a health condition; rather, it is a risk factor for other conditions, such as heart disease, cancer and diabetes. The obesity rate in the U.S. increased in the United States over the past 30 years, but has leveled off in recent years, the report said. The report is based on data gathered during the National Health Interview Survey, in which participants complete a detailed questionnaire about their health status and health-related behaviors. Participants reported whether a physician has diagnosed them with any of nine chronic health conditions: hypertension, heart disease, diabetes, cancer, stroke, chronic bronchitis, emphysema, current asthma and kidney disease.

*This is a perfect example of Federal Desensitizing Propaganda. It will make you immune to the horrors of our future.*
*It is the destruction of the immune system!!!*

More and more women are now dying in childbirth, but only in America
Vox.com Sarah Frostenson
http://www.msn.com/en-us/news/us/more-and-more-women-are-now-dying-in-childbirth-but-only-in-america/ar-BBvo02v?li=BBmkt5R&ocid=spartandhp
More women are dying in childbirth in the US than in any other developed country. And experts say the problem is likely to keep getting worse.
You can see how alarming the issue is in this chart. In other countries, maternal death rates have fallen sharply since 1990. In South Korea, the rate of women dying in childbirth fell from 20.7 deaths per 100,000 live births in 1990 to 12 today. In Germany, it dropped from 18 to 6.5.
But in the United States, the opposite is happening. The rate of women dying in childbirth is going up. This wasn't supposed to happen. During the 20th century, the maternal death rate in the United States dropped from 607.9 deaths per 100,000 births in 1915 to 7.2 in 1987. But over the last 30 years, the maternal mortality rate trend reversed and steadily marched upward.

MRSA 'Superbug' Kills Influenza Patients, Study Finds
Medical Daily Suman Varandani
http://www.msn.com/en-us/health/medical/mrsa-%e2%80%98superbug%e2%80%99-kills-influenza-patients-study-finds/ar-BBvEgXd?li=BBnb4R7&ocid=mailsignout
According to researchers, over half of influenza patients die, even after being treated with antibiotics that are usually capable of clearing MRSA infections.
A new study finds that secondary infection with the Methicillin-resistant Staphylococcus aureus (MRSA) bacterium or "superbug" often kills patients suffering from influenza because the flu virus alters the antibacterial response of white blood cells. The study published online Monday, further states that that the antibacterial response of white blood cells leads to damaging the patients' lungs instead of destroying the bacterium.

*Without bees we die. I have been writing about this for years. We truly are committing suicide.*

Zika spraying kills millions of bees
By The Washington Post September 01, 2016 at 9:50 AM
http://www.nola.com/environment/index.ssf/2016/09/zika_spraying_kills_millions_o.html#incart_river_home
The South Carolina honey bees began to die in massive numbers.
Death came suddenly to Dorchester County, S.C. Stressed insects tried to flee their nests Sunday morning (Aug. 28), only to surrender in little clumps at hive entrances. The dead worker bees littering the farms suggested that colony collapse disorder was not the culprit — in that odd phenomenon, workers vanish as though raptured, leaving a living queen and young bees behind.
Instead, the dead heaps signaled the killer was less mysterious, but no less devastating. The pattern matched acute pesticide poisoning. By one estimate, at a single apiary — Flowertown Bee Farm and Supply, in Summerville — 46 hives died on the spot, totaling about 2.5 million bees.

---

Here is a snapshot of Christianity. Muslims guard The Church of the Holy Sepulchre in Jerusalem's Old City which is Christianity's most hallowed shrine.

Christians can't even live in peace when it comes to Jesus. How can Mankind expect to survive when the Christians cannot live in peace?

Why Christianity's holiest shrine is guarded by two Muslim families
By Ishaan Tharoor November 1
https://www.washingtonpost.com/news/worldviews/wp/2016/11/01/why-christianitys-holiest-shrine-is-guarded-by-two-muslim-families/

The Church of the Holy Sepulchre in Jerusalem's Old City is Christianity's most hallowed shrine. It's believed that the rock-cut tomb at the heart of the church was where the body of Jesus Christ was once laid.

*And when the world surrounding the religious complex was not convulsed in chaos, tensions among the faithful worshiping within often boiled over. The church has been shared for centuries by six old Christian congregations — Latin (Roman Catholic), Greek Orthodox, Armenian Apostolic, Syrian Orthodox, Ethiopian Orthodox and Egyptian Copts.

*Disputes among these sects over the sharing of the church have sparked skirmishes and street riots. Through the ages, clerics from the various orders have battled over the ritual sweeping of steps, the placing of carpets in front of altars, and even the right of walking in procession to the Edicule.

*The intractable nature of these rivalries has led to a rather curious, unique arrangement that dates to the 12th century: Two Muslim families were entrusted by a presumably weary Arab potentate to be the gatekeepers of the church. The Joudeh family keeps the key, while the Nuseibeh family opens up the church door every morning and locks it in the evening.

Obama administration to pay billions to Marines affected by toxic water
Published January 12, 2017 Associated Press
http://www.foxnews.com/politics/2017/01/12/obama-administration-to-pay-billions-to-marines-affected-by-toxic-water.html
WASHINGTON – The Obama administration has agreed to provide disability benefits totaling more than $2 billion to veterans who had been exposed to contaminated drinking water while assigned to Camp Lejeune in North Carolina.
The decision was quietly made public Thursday with a notice in the Federal Register, the government's official journal.
Beginning in March, the cash payouts from the Department of Veterans Affairs may supplement VA health care already being provided to eligible veterans stationed at the Marine base for at least 30 days cumulative **between Aug. 1, 1953, and Dec. 31, 1987**. Veterans will have to submit evidence of their diagnosis and service information.
Outgoing VA Secretary Bob McDonald determined that there was "sufficient scientific and medical evidence" to establish a connection between exposure to the contaminated water and eight medical conditions for purposes of awarding disability compensation.
The estimated taxpayer cost is $2.2 billion over a five-year period. The VA estimates that as many as **900,000 service members** were potentially exposed to the tainted water. (*How many family members?*)
**The new rule covers active duty, Reserve and National Guard members who developed one of eight diseases: adult leukemia, aplastic anemia, bladder cancer, kidney cancer, liver cancer, multiple myeloma, non-Hodgkin's lymphoma and Parkinson's disease.**

*The Katrina Virus is here and it is real. They know it and this is what they will do to you.*

*Federal Desensitizing Propaganda. You are immune to the truth but not the Katrina Virus.*

Why the C.D.C.'s Power to Quarantine Should Worry Us
By KYLE EDWARDS, WENDY PARMET and SCOTT BURRIS JAN. 23, 2017
https://www.nytimes.com/2017/01/23/opinion/why-the-cdcs-power-to-quarantine-should-worry-us.html?emc=edit_th_20170124&nl=todaysheadlines&nlid=77044766&_r=0

The Centers for Disease Control and Prevention issued new regulations this month that give it broad authority to quarantine Americans. The rules outline for the first time how the federal government can restrict interstate travel during a health crisis, and they establish in-house oversight of whether someone should be detained, without providing a clear and direct path to challenge a quarantine order in federal court.

**The Military Has More Than 900 Suicide Prevention Programs**
**BY BOB BREWIN EDITOR AT LARGE, NEXTGOV**
http://www.defenseone.com/business/2013/09/military-has-more-900-suicide-prevention-programs/70968/
**The Defense Department has more than 900 suicide prevention programs and  plans to whittle down that number based on a cost-effectiveness ratio, according to this missive from the Military Health System**

Clerk
Christenson
Box 9063
Mira Mar Beach, FL
32550

Clerk
EO LA
500 Poydras Street
New Orleans, LA
70130





U.S. POSTAGE
MIRAMAR BEACH, FL
32550
JUN 05, 17
AMOUNT
$1.82
R2304M113977-13