UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

/2-970

Memorandum **36**
June 5th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed.
Sincerely,

*[signature]*

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on June 5th, 2017.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 08 2017
WILLIAM W. BLEVINS
CLERK

___ Fee _____
___ Process ____
_X_ Dktd _____
___ CtRmDep ___
___ Doc. No. ___

TENDERED FOR FILING

JUN 08 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**Appellant Mr. David Andrew Christenson**
In re: Oil Spill by the Oil Rig                                     16-30918
"Deepwater Horizon" in the Gulf                           3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Thirty
The Federal Government has stooped to a new low in their effort to censor and silence me. You will not believe what they are doing to discredit me.

In simple terms: people have started to contact me with **fake** cancers. The government hopes that I will notify the court and after I do they will discredit me by informing the court that I made it up.

I won't know if these people have cancers unless they die.

It is a brilliant plan because it silences me.

In simple terms, no one would provide conformation. I thought it was odd the way the whole fake cancer stories came about.

A page right out of the Trump/Clinton/Obama play book.

Fake news + fake cancers + fake facts + fake pleadings, etc. = fake opinions and fake judgments issued by the courts. The only truth will be the genocide of Mankind and we won't even realize it because people will think it is fake. Even the truth will be considered fake.

*"America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves."* Abraham Lincoln


Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. June 5th, 2017.

Judge Kurt Engelhardt,
June 5th, 2017

Letter 21.

Please see attachment.

Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

Christersson
Box 9063
Miramar Beach, FL
32550

Clerk
EDLA
500 Poydras Street
New Orleans LA
70130

