In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 08 2017
WILLIAM W. BLEVINS
CLERK

/2 - 970

Memorandum 37
June 6th, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Supplemental Memorandum Thirty-One
Simple Mathematical Proof That Mankind Will Cease To Exist
Drug Deaths

**Taking a drug that can kill you is suicide.**

**A defective and degraded immune system allows this to happen.**

**Mankind ceases to exist on October 12th, 2050.**

**You won't even realize what is happening. You will walk to the cliff and jump. You have chosen suicide over honor.**

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on June 6th, 2017.

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

TENDERED FOR FILING

JUN 08 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig            16-30918
"Deepwater Horizon" in the Gulf            3893 Environmental Matters
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

Supplemental Memorandum Thirty-One
Simple Mathematical Proof That Mankind Will Cease To Exist
Drug Deaths

**<u>Taking a drug that can kill you is suicide.</u>**

**<u>A defective and degraded immune system allows this to happen.</u>**

**<u>Mankind ceases to exist on October 12th. 2050.</u>**

**<u>You won't even realize what is happening. You will walk to the cliff and jump. You have chosen suicide over honor.</u>**

*"Darwinism is a theory of biological evolution developed by the English naturalist Charles Darwin (1809–1882) and others, stating that all species of organisms arise and develop through the natural selection of small, inherited variations that increase the individual's ability to **<u>compete, survive, and reproduce</u>**."*

Reference the following article: Drug Deaths in America Are Rising Faster Than Ever
By JOSH KATZ JUNE 5, 2017
https://www.nytimes.com/interactive/2017/06/05/upshot/opioid-epidemic-drug-overdose-deaths-are-rising-faster-than-ever.html?emc=edit_th_20170606&nl=todaysheadlines&nlid=65460936&_r=0
New data compiled from hundreds of health agencies reveals the extent of the drug overdose epidemic last year.
AKRON, Ohio — Drug overdose deaths in 2016 most likely exceeded **<u>59,000</u>**, the largest annual jump ever recorded in the United States, according to preliminary data compiled by The New York Times.

59,000 deaths would make overdose deaths number eight on causes of death in the US. If you combine overdose deaths with suicide and murder(s)-suicide(s) you would be number five on causes of death in the US.

"Compete, Survive and Reproduce". The cost to society will become astronomical. How can we compete? We are wiping out entire generations of humans that can reproduce. The US birthrate is already negative and life expectancies are decreasing. Losing 59,000 people who are 70 or older is not as catastrophic as losing 59,000 people between the ages of 16 and 50. They are not talking about the effects on children that live in those homes and the cost to society.

We are a county with a 20 trillion-dollar debt. Our projected debt in the next 10 years will be 33 trillion-dollars. More and more of our money will go to health care.

## **Overdoses, suicides and murder(s)-suicide(s) will be the number one cause of death in the US in the next 12 to 21 years. The cost will be TRILLIONS.**

*"Although the data is preliminary, the Times's best estimate is that deaths rose 19 percent over the 52,404 recorded in 2015. And all evidence suggests the problem has continued to worsen in 2017."* The 19% means the number of deaths will double every four years.

Our worst enemy is ourselves.

The fate of Mankind rests in your hands. The fate of yourself and your family rests in your hands.

Who do you want fighting for you? Trump, Obama, Clinton or John Roberts? I don't want any of them.

The Federal Judiciary was supposed to the last line of defense in protecting the Constitution and America.

## **THE BLOOD OF MANKIND IS ON YOUR HANDS.**

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086
I certify that all parties and then some were noticed by email. June 6th, 2017.

TENDERED FOR FILING

JUN __ 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Judge Kurt Engelhardt,
June 6th, 2017

Letter 22.

Please see attachment.

**You have ability to change the course of history and possible save Mankind.**

**It starts with you. I beg you to tell the truth and release all of the sealed material.**

Godspeed,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

Christenson
Box 9063
Miramar Beach, FL
32550

Clerk
EOLA
500 Poydras St.
New Orleans, LA
70130

70130-331999

