"Certification of Funds in the Registry"

PRINCIPAL: $349,267.80

Financial Deputy: KJang   Date: 6-12-17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This document relates to:<br><br>Relevant Civil Actions Nos. 13-1971; 14-1525; 10-8888 Doc No. 133248; 10-9999 Doc. No. 401 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing *Motion to Withdraw Funds from the Registry of the Court*;

**IT IS ORDERED** that the motion is hereby **GRANTED**.

The Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $349,267.80 plus all interest earned less the assessment fee for the administration of funds, payable to "Herman, Herman & Katz, LLC.," 820 O'Keefe Avenue, New Orleans, Louisiana 70113.

Done this ____12th____ day of June, 2017.

MAGISTRATE JUDGE WILINKINSON

1