UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO: Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### ORDER OF DISMISSAL

In light of the Joint Stipulation, Record Doc. No. 22921 in MDL 10-2179, filed by the Joint Venture Attorneys,[1] individually and on behalf of the Edward Wisner Donation, and the "Heirs" (Mark E. Peneguy, Edward W. Peneguy, Jr., Richard A. Peneguy, Jr., and Wendell H. Cook, Jr.) and the resolution of the Edward Wisner Donation Advisory Committee attached to the Joint Stipulation, stating at p. 4 that "[a]ll beneficiaries [of the Edward Wisner Donation] and the JV Attorneys agree not to appeal" this court's prior order (Record Doc. No. 22861 in MDL 10-2179 and Record Doc. No. 203 in C.A. No. 14-1525), it appears that all claims in this action have been resolved.

Accordingly, acting pursuant to 28 U.S.C. § 636(c), **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to move to reopen the action. The court approves the

---

[1] The Joint Venture consists of the law firms Herman Herman & Katz; Fayard & Honeycutt; Fred L. Herman; Leger & Shaw; and Domengeaux Wright Roy Edwards & Colomb.

settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member cases, Civil Action Nos. 10-2771, 10-8888, 10-9999 & 14-1525.

New Orleans, Louisiana, this __13th__ day of June, 2017.

 JOSEPH C. WILKINSON, JR.
 UNITED STATES MAGISTRATE JUDGE