UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *No. 12-970* | * | **MAG. JUDGE WILKINSON** |

**INTERIM ORDER**
[Implementing Fifth Circuit Opinion Re Policy 495 with Respect to Discretionary Review Claims]

On May 25, 2017, the Court issued an "Interim Order" in response to and implementing the Fifth Circuit's opinion in its Case No. 15-30377, regarding Policy 495. The Interim Order directed the Claims Administrator to take certain actions with respect to certain claims that were in processing before the Claims Administrator or on appeal before one of the Settlement Program's Appeal Panels. The Interim Order did not address, however, claims that were before this Court on Discretionary Review. The Court has since consulted with the Claims Administrator regarding claims that are on Discretionary Review and orders as follows:

**IT IS ORDERED** that the claims identified in "Exhibit 1" to this Order are **REMANDED** to the Claims Administrator to be processed under the Annual Variable Margin Methodology, except that revenue shall not be reallocated, restated, smoothed, or moved unless done to correct an error.

New Orleans, Louisiana, this 13th day of June, 2017.

United States District Judge