EXHIBIT 1

| Claimant ID | Claim ID |
|---|---|
| 100139426 | 256974 |
| 100120839 | 79585 |
| 100260597 | 386360 |
| 100154679 | 114749 |
| 100279503 | 290557 |
| 100139244 | 257590 |
| 100250111 | 241046 |
| 100286893 | 301749 |
| 100204281 | 180681 |
| 100020057 | 113206 |
| 100004934 | 359851 |
| 100288225 | 305318 |
| 100292404 | 313130 |
| 100243825 | 238579 |
| 100237435 | 221860 |
| 100223138 | 210085 |
| 100212278 | 206316 |
| 100242751 | 242672 |
| 100259125 | 254667 |
| 100260548 | 257120 |
| 100239729 | 226424 |
| 100212278 | 206318 |
| 100263754 | 268859 |
| 100251990 | 244160 |
| 100213167 | 194409 |
| 100195916 | 172042 |
| 100035483 | 117484 |
| 100268803 | 272746 |
| 100254156 | 247542 |
| 100231150 | 213150 |
| 100193730 | 167353 |
| 100150500 | 110660 |
| 100248481 | 238375 |
| 100246424 | 237683 |
| 100212278 | 206307 |
| 100168447 | 130219 |
| 100036447 | 14270 |
| 100180299 | 152853 |

EXHIBIT 1

| | |
|---|---|
| 100176244 | 148486 |
| 100190324 | 171962 |
| 100172481 | 138712 |
| 100160307 | 121629 |
| 100211916 | 190854 |
| 100158242 | 117874 |
| 100148967 | 107298 |
| 100004836 | 356539 |
| 100273288 | 280906 |
| 100255229 | 250347 |
| 100286580 | 301397 |
| 100272478 | 279338 |
| 100264907 | 266432 |
| 100295598 | 256129 |
| 100258535 | 253782 |
| 100265590 | 366350 |
| 100301016 | 336572 |
| 100287882 | 303392 |
| 100129682 | 97818 |
| 100148762 | 107393 |
| 100318754 | 376778 |
| 100164125 | 126343 |
| 100262454 | 262073 |
| 100261704 | 259833 |
| 100133798 | 163230 |
| 100295598 | 257161 |
| 100192904 | 168198 |
| 100178023 | 209919 |
| 100201825 | 177095 |
| 100194490 | 234061 |
| 100220931 | 201103 |
| 100216653 | 198538 |
| 100138417 | 240113 |
| 100226602 | 207343 |
| 100207413 | 185030 |
| 100197090 | 173533 |
| 100294261 | 363913 |
| 100247413 | 236712 |
| 100233484 | 222022 |

Case 2:10-md-02179-CJB-DPC   Document 22935-1   Filed 06/13/17   Page 2 of 7

EXHIBIT 1

| | |
|---|---|
| 100243866 | 231473 |
| 100210460 | 192890 |
| 100200165 | 174997 |
| 100150453 | 113838 |
| 100061573 | 26918 |
| 100096552 | 198742 |
| 100006185 | 79947 |
| 100049935 | 30568 |
| 100062524 | 27871 |
| 100089377 | 41841 |
| 100049935 | 30559 |
| 100331359 | 383661 |
| 100139239 | 127383 |
| 100172141 | 137681 |
| 100328139 | 378299 |
| 100134063 | 91269 |
| 100132115 | 101263 |
| 100144968 | 102665 |
| 100269354 | 273861 |
| 100139044 | 261961 |
| 100289243 | 306265 |
| 100139414 | 382294 |
| 100270498 | 275819 |
| 100289425 | 308403 |
| 100288664 | 304941 |
| 100278950 | 294164 |
| 100253670 | 246103 |
| 100238928 | 224793 |
| 100234193 | 262159 |
| 100158240 | 117875 |
| 100139274 | 103322 |
| 100127608 | 108923 |
| 100258647 | 253986 |
| 100157542 | 116643 |
| 100161508 | 121070 |
| 100250440 | 253954 |
| 100115740 | 106390 |
| 100264988 | 267260 |
| 100255363 | 253022 |

EXHIBIT 1

| | |
|---|---|
| 100117089 | 73277 |
| 100237169 | 221525 |
| 100135407 | 93451 |
| 100289210 | 306436 |
| 100155628 | 118133 |
| 100166094 | 126768 |
| 100261320 | 258577 |
| 100148493 | 113162 |
| 100145251 | 224962 |
| 100237462 | 221875 |
| 100137992 | 260928 |
| 100139404 | 257037 |
| 100260197 | 256518 |
| 100234958 | 218768 |
| 100260325 | 256677 |
| 100217847 | 197853 |
| 100209764 | 187850 |
| 100260051 | 256200 |
| 100178282 | 207966 |
| 100168611 | 130460 |
| 100098013 | 48640 |
| 100136199 | 93478 |
| 100208531 | 186640 |
| 100212232 | 191328 |
| 100200960 | 175991 |
| 100188922 | 161962 |
| 100178399 | 159004 |
| 100176321 | 148533 |
| 100224310 | 210799 |
| 100177588 | 150095 |
| 100180188 | 152746 |
| 100138155 | 160627 |
| 100227536 | 208452 |
| 100239828 | 225874 |
| 100228930 | 210315 |
| 100220938 | 201491 |
| 100185214 | 157870 |
| 100199314 | 173911 |
| 100137991 | 190655 |

EXHIBIT 1

| | |
|---|---|
| 100136414 | 93725 |
| 100331045 | 383125 |
| 100288603 | 304811 |
| 100215753 | 380884 |
| 100322335 | 398459 |
| 100228813 | 210178 |
| 100139018 | 123832 |
| 100186365 | 159224 |
| 100088903 | 98702 |
| 100287371 | 302624 |
| 100132584 | 89580 |
| 100269400 | 274823 |
| 100227245 | 217608 |
| 100225957 | 206561 |
| 100216384 | 196106 |
| 100227197 | 208202 |
| 100234603 | 218215 |
| 100230640 | 212467 |
| 100154126 | 190682 |
| 100176763 | 177541 |
| 100209759 | 187842 |
| 100205609 | 182628 |
| 100222450 | 202680 |
| 100179009 | 151667 |
| 100218472 | 201039 |
| 100212363 | 191506 |
| 100231323 | 213441 |
| 100199625 | 175944 |
| 100101570 | 52507 |
| 100168034 | 129672 |
| 100203535 | 179674 |
| 100288005 | 303602 |
| 100263372 | 365888 |
| 100017949 | 52191 |
| 100236740 | 225891 |
| 100123004 | 80235 |
| 100251908 | 243287 |
| 100263797 | 264572 |
| 100225846 | 206411 |

EXHIBIT 1

| | |
|---|---|
| 100231402 | 268900 |
| 100172514 | 141877 |
| 100182628 | 155579 |
| 100198654 | 173164 |
| 100229409 | 210933 |
| 100176905 | 166583 |
| 100165019 | 161396 |
| 100199988 | 174724 |
| 100204824 | 181529 |
| 100204448 | 180925 |
| 100286975 | 301903 |
| 100262409 | 261877 |
| 100255630 | 258980 |
| 100292930 | 314235 |
| 100210685 | 189565 |
| 100183860 | 156480 |
| 100182390 | 155126 |
| 100156749 | 115834 |
| 100144789 | 152479 |
| 100174750 | 144359 |
| 100177964 | 150460 |
| 100241909 | 228721 |
| 100193097 | 207679 |
| 100123215 | 80127 |
| 100266311 | 268902 |
| 100236482 | 220753 |
| 100185783 | 158525 |
| 100204764 | 181446 |
| 100192823 | 166438 |
| 100244608 | 232548 |
| 100237148 | 221718 |
| 100194393 | 168534 |
| 100193157 | 166730 |
| 100187876 | 160834 |
| 100002364 | 180908 |
| 100143014 | 100777 |
| 100189837 | 162912 |
| 100175670 | 147756 |
| 100167923 | 129483 |

EXHIBIT 1

| | |
|---|---|
| 100174020 | 142135 |
| 100156201 | 115988 |
| 100128985 | 85879 |
| 100187810 | 160765 |
| 100253280 | 257542 |
| 100236858 | 250490 |
| 100317445 | 361089 |
| 100266263 | 268903 |
| 100201617 | 178208 |
| 100166445 | 177763 |
| 100220865 | 220891 |
| 100229717 | 211242 |
| 100250698 | 242710 |
| 100229751 | 211490 |
| 100223743 | 204047 |
| 100191539 | 195092 |
| 100128034 | 85017 |
| 100209887 | 189821 |
| 100107923 | 57700 |
| 100215085 | 194466 |
| 100210359 | 188614 |
| 100126972 | 91318 |
| 100160820 | 120287 |
| 100148789 | 107116 |
| 100248122 | 237779 |
| 100140326 | 98005 |
| 100225587 | 206013 |