IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br><br> **SECTION: J** |
| *This document relates to:* | * * | |
| ALL CASES | * * | **HONORABLE CARL J. BARBIER** |
| (including No. 12-970) | * * * * | **MAGISTRATE JUDGE WILKINSON** |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

1. J.P. Morgan be and is hereby authorized and directed to transmit Two Hundred and Forty Thousand Dollars ($240,000.00) from the Common Benefit Cost and Fee Fund to the IRS for payment of estimated taxes;

2. The Clerk of Court be and is hereby authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the amount of Fifteen Thousand Dollars ($15,000.00) (principal only), payable to Garrett & Co., LLC, and mail or deliver the check to Garrett & Co., LLC, at 600 Northwoods Drive, Abita Springs, La. 70420; with

Garrett & Co. LLC thereafter authorized and directed to transmit such funds to the IRS for payment of estimated taxes.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, <u>2017</u>.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**