# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 17-30475
_____

In Re:  Deepwater Horizon

-------------------------------------------------------

EDUARDO PINEIRO PEREZ, Individually, doing business as La Sociedad Cooperativa de Produccion Pesquera La Rivera De Tampico de Alto S. C. de R.L,

       Plaintiff - Appellant

v.

BP, P.L.C.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

-------------------------------------------------------

CLAUDIO GONZALEZ DEL ANGEL, Individually, doing business as Permisionario  Claudio Gonzalez Del Angel,

       Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH
AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN,
LIMITED; TRANSOCEAN HOLDINGS, INCORPORATED;  TRANSOCEAN
DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY
SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

        Defendants - Appellees

--------------------------------------------------------------

FELIPE BARRIOS ANZURES, doing business as Compro Venta de Felipe
Barrios,

        Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH
AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN,
LIMITED; TRANSOCEAN HOLDINGS, INCORPORATED;  TRANSOCEAN
DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY
SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

        Defendants - Appellees

---------------------------------------------------------------

ARTEMIO ARAN BLANCO, Individually, doing business as Grupo
Pescadores Libres Artemio Aran,

        Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH
AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN,
LIMITED; TRANSOCEAN HOLDINGS, INCORPORATED;  TRANSOCEAN
DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY
SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R :

The Court of Appeals understands the record in this case is extremely
voluminous.  The court is concerned transporting and working with a record of
this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those
portions of the record relevant to the pending appeal.  The parties should
attempt to agree on which documents should be included and should file a joint
designation.  If there are documents the plaintiff(s) believe should be included
but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental
designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary)
supplemental designations as soon as practicable but in no instance later than
14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 14, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30475   In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:16-CV-4122
                        USDC No. 2:16-CV-4123
                        USDC No. 2:16-CV-2124
                        USDC No. 2:16-CV-4151

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District
Court within 14 days from the date of this letter and counsel must
also provide this court with a copy of the designation at the time
of filing.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

Mr. William W. Blevins
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Mitchell A. Toups