IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042
_____

In re: Deepwater Horizon

_____

AHT, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

CMC STEEL FABRICATORS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

      Defendants - Appellees

————————————————

SMI STEEL, L.L.C.,

      Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

      Defendants - Appellees

————————————————

COMMERCIAL METALS COMPANY,

      Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

      Defendants - Appellees

————————————————

ST. JOE BEACH PROPERTY, L.L.C.;  BUNGALOWS AT SANCTUARY BEACH, L.L.C.; HENRY L. PERRY,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER

DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

  Defendants - Appellees

——————————————

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

  Defendants - Appellees

——————————————

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

  Defendants - Appellees

——————————————

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH

AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

        Defendants - Appellees

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 15, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-30042   In re: Deepwater Horizon
                  USDC No. 2:10-MD-2179
                  USDC No. 2:13-CV-97
                  USDC No. 2:16-CV-13365
                  USDC No. 2:16-CV-13367
                  USDC No. 2:16-CV-6259
                  USDC No. 2:16-CV-13366
                  USDC No. 2:16-CV-13364
                  USDC No. 2:13-CV-6009
                  USDC No. 2:16-CV-7048
                  USDC No. 2:16-CV-6329
                  USDC No. 2:13-CV-5367
                  USDC No. 2:16-CV-6216
                  USDC No. 2:16-CV-6333
                  USDC No. 2:16-CV-6298
                  USDC No. 2:16-CV-6330
                  USDC No. 2:16-CV-7285

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. William W. Blevins
Mr. Anthony G. Buzbee
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Dominic E. Draye
Mr. John Michael Elsley
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan

Mr. Kerry J. Miller
Mr. Steven L. Nicholas
Ms. Allison White Smalley
Mr. Thomas Wilson Taylor
Mr. Robert Alan York