UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Motion for Permission to Appeal In Forma Pauperis by David Andrew Christenson (Rec. Doc. 22619) is REFERRED to Chief Magistrate Judge Joseph Wilkinson, Jr.

New Orleans, Louisiana, this 20th day of June, 2017.

_____
United States District Judge