UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:  C.A. No. 12-970 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Appellant David Andrew Christenson filed a Motion and Affidavit for Permission to Appeal in Forma Pauperis ("IFP") in the Fifth Court of Appeal. The Fifth Circuit transferred the application to this court for action. Record Doc. No. 22619. It has recently been referred to me.

Having reviewed the application of David Christenson for leave to proceed in forma pauperis; his financial affidavit; his Notice of Appeal, Record Doc. No. 21474; and Judge Barbier's order concerning it, Record Doc. No. 21477; I find that the materials as a whole establish his financial eligibility for IFP status because his debts and expenses outweigh his income and assets; and that they "state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress" and the issues intended to be presented. 28 U.S.C. §1915(a)(1); Fed. R. App. P. 24(a)(1). Accordingly, Christenson is entitled to proceed on appeal without prepayment of fees or security therefor.

New Orleans, Louisiana, this ___21st___ day of June, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**