UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970 | MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL:
## Claimants 100325530, 100294052, 100326752, 100298348, 100326757, 100296630, 100327287, 100326742, and 100327802

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Claimants 100325530, 100294052, 100326752, 100298348, 100326757, 100296630, 100327287, 100326742, and 100327802 appeal to the United States Court of Appeals for the Fifth Circuit from the final ORDER denying and overruling Appellants Motions and Objection [Doc.s 22042, 22307 and 22306] entered in this action on May 24, 2017 [Doc. 22870].

Respectfully submitted,

*/s/ John N.C. Ledbetter*

JOHN N.C. LEDBETTER, ESQ.
Ledbetter & Associates, P.L.
Fla. Bar No. 0354333
4461 Gulfstarr Drive, Suite 102
Destin, FL 32541
led@destinlawgroup.com
850.650.1040
Attorney Claimant-Appellants 100294052, 100326752, 100298348, 100326757, 100296630, 100327287, 100326742, and 100327802

and

                **CONGENI LAW FIRM, LLC**

                BY: */s/Leo D. Congeni*

                LEO D. CONGENI (#25626)
                424 Gravier Street
                New Orleans, LA 70130
                Telephone: 504-522-4848
                Facsimile: 914-992-0378
                Email: leo@congenilawfirm.com
                ***Attorney for Claimant-Appellant No. 100325530***

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing notice of appeal has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 21st day of June, 2017.

                */s/ Leo D. Congeni*
                LEO D. CONGENI