IN THE UNITED STATES DISTRIST COURT FOR THE EASTER DISTRICT
OF LOUISIANA

POWERHOUSE CHURCH OF GOD,
HOLY GHOST POWER
C?O.R

VERSUS   CIVIL ACTION. 16.15258
B.P.OIL SPILL.HALLIBURTON AND
TRANSOCEAN PUNTITIVE DAMAGE"S
SETTEMENT CLAIM

PLAINTIFF
M.D.L. NO. 2179
SECTION .J.

16 - 4322 9(2)

DEFENDANTS

*[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JUN 12 2017 WILLIAM W. BLEVINS CLERK]*

*[Stamp: TENDERED FOR FILING JUN 1 2 2017 U.S. District Court Eastern District of Louisiana Deputy Clerk]*

MOTION

PLAINTIFF MOTION UNDER RULE 7,25 ASK REQUEST THE COURT TO PROCEED
A SETTLEMENT CONFERNC.ASK    THE COURT FOR PERMISSON C.M.C.
SETTEMENT CONFERENCE


COME NOW THE POWER HOUSE CHURCH OF GOD. HOLY GHOST POWER,C_O
RICHARD MCBRIDE, IN THE NAME OF JESUS CHRIST SUBMITTED.

I

COVER MULTIPLE RELATED TASKS.FORM B.P.OIL SPILL MAKES IT DIFFICUI
WORK WHICH IS COMPENSABLE TO ALL PLAINTIFF"S EXCLUDE UNNECESSARY
TIME IN COST AND DELAY   THIS CASE ALL PLAINTIFF CONSIDERING
THE NATURE AND EXTENT OF THE PLAINTIFF"S ALLEQATONS AND SUBSTANTI
AMOUNT OF DAMAGE"S ALL PLAINTIFF"S IS ENTITLED TO THE RELIEF
REQUESTED FORM THE DEFENDANT"S B.P. OILL SPILL   HALLIBURTON AND
TRANSOCEAN PUNTITIVE DAMAGE SETTLEMENT CLAIM AS A MATTER OF LAW
UNDER RULR 56 interst of justice the fact's establish that
all plaintiff's is seaman status beyond a question,
AS A MATTER OF LAW EVIDETIARY, SUPPORT ALL PLAINTIFF"S IS Q
QUALIFY AS A SEAMAN UNDER THE .JONE ACT. ALL WAS PERMANENTLY
DUTIES COMMITMENT OF (HIS) HER) LABOR TO THE SERVICE OF THE
VESSAL OF SEA IDENTIFLABLE GROUP OF VESSEL UNDER COMMON
OWNERSHIP OR CONTROL.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

II

SOME OF THE FORMER_CO_EMPLOYEE"SR  RELATIVE TO THE QUEEN ESTHER
COMMEREIAL FISHER CONFIDENTIAL SETTEMENT WITH NEUTRAL BY.THE
COURT BY. JONATHEN COMPRETTA WITHOUT AN LAW OR ATTORNEY

III

III

THE POWER CHURCH OF GOD.HOLY GHOST POWER C_O,RICHARD MCBRIDE
RECOMMENDATION FOR A SETTLEMENT AMOUNT OF350,000

three hunder fifth thousand dollar
1, SEE MISCELLANEOUS  INCOME FROM_1099-misc.INTERNAL REVENUE
SERVICE CENTER COPY ,B REPORTED YEAR.2007PROFIT AND LOSS.DONATION
4$2           44$$$$.@


229.750.00TWO HUNDER TWENTY NINE THOUSANDS SEVEN HUNDER FIFTY DOL
DOLLAR B.P. HALLIBRTON HAVE COPY OF PROFIT AND LOSS   STATEMENT


2.SEE MISCELLANEOUS INCOME INTENAL REVENUE SERVICE CENTER,1099
misc copy-a reported  year 2008 profit and loss statment
b.p. oil spill g.c.c.f. have cpy. of  donation report
$$ 217.500.00   TWO HUNDRE SEVENTEEN THOUSANDSFIVE HUNDREND
DOLLAR


3.SEE DISTRIBUTION FORM COPY A FOR ,1099INTERNAL REVENUE SERVICE
CENTER2009 PROFIT AND LOSS STATEMENT B.P. OIL SPILL HAVE A COPY
PROFIT AND LOSS 2009--1099 --$208,000.00 reported

4,the miscelleneous income 2010 COPY A INTERNAL REVENUS SERVICE
PROFIT AND LOSS STATEMENT DONATION 52000.oo    fifty two thousand
dollar

5,pROFIT AND LOSS STATEMENT 2011 1099-- 5.000.00 fiveTHOUAAND
DOLLAR          .march 10.2011 WENT OUT BUSINESS FROM B.P. OIL.SPILL.
DAMAGE"S
6.
¢6.powehouse church  of god.holy ghostpower c,o richard mcbride
START BACK UP TRYING COME BACK DATE OF PURCHASS 10-28-2016 new
license boat registration certificate  mi-7493-bs p.o.s. $
#(#900002841,MISSISSIPPI DEPARTMENT OF FISHERIES AND PARKS


IIII


WE REQUESTED THAT B.P. OIL SPILL HESI,AND TRANSOCEN SETTLENENT MA
MAKE A RECOMMEBDTION SETTLEMENT OFFER ATTEMPT THAT IS REASONABLE
AND ADEQUATE ALONG WITH THE PROPOSED DISTRIBUTION MODEL
THE COURT FAIRNSS HEARING 9;30.am ON NOVEMBER10-2016 THE COURT
APPROVE THESE SETTLEMENT FEBERY22.2017b.p.oil.spillheei and
transocen PUNI¢TIVE DAMAGE"S CLAIMS MAKE ITN  FAIRNSS SETTLEMENT
OFFICERTHE CLAIMS ADMINSTRATOR. B, P, HEST. TRANOCEAN PUNITIVE.DA
DAMAGE SETTLEMENT,COUNSEL LAWYERS  ATTORNEYS FILL OUT SETTLEMENT
PAPER.

PRAYER FOR RELIF

IN THE NAME OF JESUS CHRIST POWERHOUSE CHURCH OF GOD, HOLY GHOST POWER C_O.RICHARD MCBRIDE

WE PRAY THAT B.P. OIL SPILL AND HESI AND TRANSOCEAN. PUNITIVE DAMAGE SETTLEMENT FAIR

POWERHOUSE CHURCH OF GOD.
HOLYGHOST POWER. C_O
RICHARD MCBRIDE
4318 DONOVAN ST MOSS POINT ms,
39563, 1-228-285-0051

*Power House Church of God.*
*Holy Ghost Power c/o*
*Richard McBride*

*6/5/2017*

## CERTIFICATE OF SERVICE

POWERHOUSE CHURCH OF GOD,HOLY GHOST POWER .C_O RICHARD MCBRIDE
CERTIFY THAT WE HAVE HAND DELIVERED OR MAILED A TRUE AND CORRECT
COPY TO DEFENDANT

1- clerk office
united state district COURT of
louisiana new orlean l.a.7o130
500 poydras street

2.HESI ,TRANOCEAN PUNITIVIE
ASSIGNED CLAIM SETTLEMENT
C_O GARDEN CITY GROUP.LLC
P.O. BOX10260 DUBLIN OH. ZIPE43017-5760

3,COUNSEL FOR B.P. OIL SPILL
ATT,

HESI_TRANSOCEAN PUNITIVE DAMAGE

att,j.ANDREW LANGAN
KIRLAND:ELLIS LLP 300 NORTH LASALLEST
SUIT 2400.CHICAGO.IL.60654

4,m.d.l.2179 PLAINTIFF STERRING
COMMITTEE,att; stEVE HERMAN OR JIM ROX
THE EXCHANG CENTER SUIT2000
935GRAVIER STREET NEW ORLEANS.L.A..70112

5,POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER
C.O RICHARD MCBRIDE 4318 DONOVAN ST,
MOSS POINT MS,39563
1-228-285-0051

POWERHOUSE CHURCH OF GOD.
HPLYGHOST POWER
C_O RICHARD MCBRIDE
4318 DONOVAN ST, MOSS POI
POINT.39563
1228-285-0051

*Power House Church of God.*
*Holy Ghd powr c/o*
*Richard McBride*
*6/5/2017*

| SWS-2 | Seafood Crew Compensation Plan Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Name:** Last: power House Church  First: of God HWY Gautier  Middle Initial:

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2/16cv04312

**Address:**
Street: 4318 Donovan
City: Moss Point
State: Mississippi
Zip Code: 39563

**Telephone Number:** (228) 285-0051

**Social Security Number:** or **Individual Taxpayer Identification Number:** or **Employer Identification Number:**
SSN or ITIN: 
EIN: 0963

### B. EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2; (2) 1099; and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

**Employer Name:** Queen Esther Commercial Fishing

**Employer Address:**
Street: 6619 Gregory P.O. Box 5101
City: Moss Point
State: Mississippi
Zip Code: 39563

**Employer Telephone Number:** (228) 285-0051

**Job Title/Description of Work:** Part owner / contract of Queen Esther commercial fish

**2010 Dates of Work:** 1/5/07 to 4/30/2017

**Was your employment steady, seasonal, year-round, or intermittent?** ☐ Steady  ☐ Seasonal  ☒ Year-Round  ☐ Intermittent

**Vessel Name:** Queen Esther commercial fishy 6619 Gregory St Moss Point MS

**Vessel Home Port:** the port of Pascagoula MS

**Species Fished:** Red fish, catfish, crabs, shrimp, flounder, red snapper

TENDERED JUN 12 2017  U.S. DISTRICT ... Eastern District of ... Deputy C...

SWS-2
v.1

1

| Employer Name: | Last Name or Full Name of Business | First | Middle Initial |
|---|---|---|---|
| | | | |

| Employer Address: | Street | | |
|---|---|---|---|
| | City | State | Zip Code |

| Employer Telephone Number: | ( ___ ) ___ - ____ |
|---|---|
| Job Title/Description of Work: | |
| 2010 Dates of Work: | ___/___/___ (Month/Day/Year) to ___/___/___ (Month/Day/Year) |
| Was your employment steady, seasonal, year-round, or intermittent? | ❏ Steady   ❏ Seasonal   ❏ Year-Round   ❏ Intermittent |
| Vessel Name: | |
| Vessel Home Port: | |
| Species Fished: | |

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 6,5,2017 (Month/Day/Year) | power House church of God Holy Ghost power c/o Richard McBride Signature |
|---|---|---|
| | | power House church of God Holy Ghost power c/o Richard McBride Name (Printed or Typed) |

SWS - 2
v.1

2

| 9595 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE<br>6619GREGORY ST.MOSS POINT.39563<br>P.O.BOX.5101<br>1.228.285.0051<br>501-C_3-CODE | | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ DONATION | OMB No. 1545-0115<br>2010<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br><br>Copy A | |
| PAYER'S federal identification number<br>0963 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ 52,000.00 | 6 Medical and health care payments<br>$ | For Internal Revenue Service Center<br>File with Form 1096. | |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE | | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. | |
| Street address (including apt. no.)<br>4318DONOVAN ST.MOSS POINT.MS. | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | |
| City, state, and ZIP code<br>39563p.o.5101 | | 11 | 12 | | |
| Account number (see instructions)<br>501-c.3 code | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ | |

Form **1099-MISC**   Cat. No. 14425J   Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE813000

| 9898 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br>POWERHOUSE CHURCH OF GOD.HOLY<br>GHOSTPOWER.C.O.RICHARD MCBRIDE<br>6619 GREGORY ST.MOSS POINT.39563<br>P.O.BOX5101<br>1-228-285-0051<br>501.C_3-CODE | | 1 Gross distribution<br>$ 208.000.00<br>2a Taxable amount<br>$ DONATION | OMB No. 1545-0119<br>2009<br>Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. | |
| | | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy A<br>For<br>Internal Revenue Service Center<br>File with Form 1096. | |
| PAYER'S federal identification number<br>0963 | RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | | |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD.HOLY<br>GHOSTPOWER.C.O.RICHARD MCBRIDE | | 5 Employee contributions /Designated Roth contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. | |
| Street address (including apt. no.)<br>4318 DONOVAN ST. MOSS POINT.MS. | | 7 Distribution code(s) | IRA/ SEP/ SIMPLE ☐ | 8 Other<br>$ % | |
| City, state, and ZIP code<br>39563.P.O.BOX5101 | | 9a Your percentage of total distribution % | 9b Total employee contributions<br>$ | | |
| | 1st year of desig. Roth contrib. | 10 State tax withheld<br>$<br>$ | 11 State/Payer's state no. | 12 State distribution<br>$<br>$ | |
| Account number (see instructions)<br>501-C_3 CODE | | 13 Local tax withheld<br>$<br>$ | 14 Name of locality | 15 Local distribution<br>$<br>$ | |

Form 1099-R         Cat. No. 14436Q         Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE_813000

9595  ☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 2008 Form 1099-MISC | Miscellaneous Income |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD, HOLY GHOSTPOWER.C.O.RICHARDMCBRIDE 6619 GREGORY ST.MOSS POINT.39563 P.O. BOX.5101 1-228-285-0051 501-C -3-CODE | 2 Royalties $ | | |
| | 3 Other income $DONATION | 4 Federal income tax withheld $ | Copy A For Internal Revenue Service Center |
| PAYER'S federal identification number 0963 | RECIPIENT'S identification number | 5 Fishing boat proceeds $217.500.00 | 6 Medical and health care payments $ | File with Form 1096. |
| RECIPIENT'S name POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER C.O. RICHARD MCBRIDE | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Street address (including apt. no.) $4318 DONOVAN ST.MOSS POINT.MS. | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code 39563 p.o.BOX 5101 | 11 | 12 | |
| 3Account number (see instructions) 501-C -3 code | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC    Cat. No. 14425J    Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

N.A.I.C.S.__CODE-813000

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD, HOLY GHOSTPOWER, C?O RICHARD MCBRIDE 6619 GREGORY MOSS POINT MS. 39563 P,O,BOX5101, 1-228-285-0051 | 2 Royalties $ | **2007** Form 1099-MISC | |
| | 3 Other income $DONATION | 4 Federal income tax withheld $ | Copy B For Recipient |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| 0963 | | $229,750.00 | $ | |
| RECIPIENT'S name POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O. RICHARD MCBRIDE | | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 4318 DONOVAN ST, MOSS POINT.MS | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code 39563. p.o. box 5101 | | 11 | 12 | |
| Account number (see instructions) 1-228-285-0051 | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ % 501-c-3 | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**     (keep for your records)     Department of the Treasury - Internal Revenue Service

n    N.A.I.C.S._CODE_*813000
a

**IRS** Department of the Treasury
Internal Revenue Service

P.O. Box 2508
Cincinnati OH 45201

In reply refer to: 0752255928
May 10, 2016   LTR 4168C   0
0963   000000 00
                    00022425
BODC: TE

*EXHIBIT IRS*
*CLAIM NO. 1602405/0*

029086

POWER HOUSE CHURCH OF GOD HOLY
 GHOST POWER
% RICHARD MCBRIDE
PO BOX 5101
MOSS POINT MS 39563-1101
*1-228-623-2634-7014*
*MAY-10-2016*

Employer ID Number:     0963
Form 990 required:   NO

Dear Taxpayer:

This is in response to your request dated Apr. 29, 2016, regarding your tax-exempt status.

We issued you a determination letter in MARCH 2003, recognizing you as tax-exempt under Internal Revenue Code (IRC) Section 501(c)(3).

Our records also indicate you're not a private foundation as defined under IRC Section 509(a) because you're described in IRC Sections 509(a)(1) and 170(b)(1)(A)(i).

Donors can deduct contributions they make to you as provided in IRC Section 170. You're also qualified to receive tax deductible bequests, legacies, devises, transfers, or gifts under IRC Sections 2055, 2106, and 2522.

This organization is exempt from filing the 990 series information returns.

In the heading of this letter, we indicated whether you must file an annual information return. If a return is required, you must file Form 990, 990-EZ, 990-N, or 990-PF by the 15th day of the fifth month after the end of your annual accounting period. IRC Section 6033(j) provides that, if you don't file a required annual information return or notice for three consecutive years, your exempt status will be automatically revoked on the filing due date of the third required return or notice.

For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).

If you have questions, call 1-877-829-5500 between 8 a.m. and 5 p.m., local time, Monday through Friday (Alaska and Hawaii follow Pacific Time).

*NAICS, code 813000*

BP EXPLORATION & PRODUCTION CO.
150 WEST WARRENVILLE ROAD
#3504D
NAPERVILLE, IL 60563



009587

DPS790 T30 B1 P2 1 OF 1 **AUTO**ALL FOR AADC 365
POWERHOUSE CHURCH OF GOD HOLY GHOST
4318 DONOVAN ST
MOSS POINT, MS 39563-5602

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. BP EXPLORATION & PRODUCTION CO. 150 WEST WARRENVILLE ROAD #3504D NAPERVILLE, IL 60563 (800) 284-2244 | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 **2016** Form **1099-MISC** Miscellaneous Income |
|---|---|---|---|
| | 3 Other income $ 27,000.00 | 4 Federal income tax withheld $ | |
| | 5 Fishing boat proceeds $ | 6 Medical & health care payments $ | |
| PAYER'S federal identification number 5527 | RECIPIENT'S identification number 0963 | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest | Copy B - For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name POWERHOUSE CHURCH OF GOD HOLY GHOST 4318 DONOVAN ST MOSS POINT, MS 39563-5602 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | 15a Section 409A deferrals $ | 15b Section 409A income $ | Net Settlement |
| Account number (see instructions) 80546704 | FATCA filing requirement ☐ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC    (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

### Instructions for Recipient - 1099-MISC (2016)

**Recipient's identification number** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.
**Account number.** May show an account or other unique number the payer assigned to distinguish your account.
**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.
Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.
Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.
**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.
**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub 544.
**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).
**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.
**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334
**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).
**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other Income" line of Form 1040 (or Form 1040NR).
**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).
**Box 10.** Report this amount on Schedule F (Form 1040).
**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.
**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.
**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.
**Boxes 16-18.** Shows state or local income tax withheld from the payments.
**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as h as legislation enacted after they were published, go to www.irs.gov/form1099misc.

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 **2016** |



**Mississippi Department of Wildlife, Fisheries, and Parks**
**BOAT REGISTRATION CERTIFICATE**

| | | |
|---|---|---|
| MI-7493-BS DOB:// | | POB #: 900002841 |
| POWER HOUSE CHURCH OF GOD | | TITLED: N |
| 4318 DONOVAN ST | | CO-OWNER: N |
| MOSS POINT, MS 39563 | | |

| HIN OR BOAT SERIAL NO. | HULL | LENGTH | MAKE |
|---|---|---|---|
| BL2A74BCH697 | FIBERGLASS | 032.00 | |
| MAKE: BAYLINER MARINE CORP. | | | |
| COMMERCIAL 1997 | IN/OUT | | 09/30/2017 |
| TYPE USE | YR. BUILT | PROPULSION | EXPIRATION DATE |

---

Shrimp/Captain 30' to 45'
007 Agent  24 Co.  52 Type  $85 Price  1038513 License Number  /2017 Expiration Date
Date of Purchase 10/28/2016  Length 32  Doc-Reg. No MI7493BS

**52**

Gear Type

Capt. RICHARD MCBRIDE   Alt. Capt.
Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature  *Debbie Love*

Name of Business or Boat   **POWER HOUSE CHURCH O**

---

Crab
007 Agent  24 Co.  10 Type  $75 Price  1038512 License Number  /2017 Expiration Date
Date of Purchase 10/28/2016  Length 32  Doc-Reg. No MI7493BS

**10**

Gear Type

Capt.   Alt. Capt.
Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature  *Debbie Love*

Name of Business or Boat   **POWER HOUSE CHURCH O**

---

Resident Comm Hook & Line/Vessel/Gig
007 Agent  24 Co.  25 Type  $100 Price  1038514 License Number  /2017 Expiration Date
Date of Purchase 10/28/2016  Length 32  Doc-Reg. No MI7493BS

**25**

Gear Type

Capt. RICHARD MCBRIDE   Alt. Capt.
Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature  *Debbie Love*

Name of Business or Boat   **POWER HOUSE CHURCH O**

---

Resident Comm Hook & Line/Fisherman/Gig
007 Agent  24 Co.  49 Type  $100 Price  1038515 License Number  /2017 Expiration Date
Date of Purchase 10/28/2016  Length   Doc-Reg. No

**49**

Gear Type

Capt.   Alt. Capt.
Name MCBRIDE, RICHARD
Street Address 4318 DONOVAN ST   MS:
City MOSS POINT   MS39563   Out of State Lic.
Agent Signature  *Debbie Love*

Name of Business or Boat   **POWER HOUSE CHURCH O**

Dear all employees of The Queen Esther Commercial Fishing we are currently going out of business due to the BP oil spill from lack of sales of cash payments from seafood. We are going out of business on March 10, 2011. We tried to make money during the months of January and Feburuay. Customers isn't buying so we isn't seeing any productions of the company growth.

_____
Owner

03-1-2011
Date

Power House church of God
Apot Ghost power
11318 Dekall WAy st
Moss point MS, 39563

Clerk of court
United states District court
United states of Louisiana
Eastern District New orleans
500 poydras street
LA. 70130