U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 12 2017
WILLIAM W. BLEVINS
CLERK

UNITED STATE DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

M.D.L. NO.2179 section j

PLAINTIFF

MARTHA CARADINE

CASE NO. 2-17-CV-02758

VERSUS

B.P.OIL SPILL DEEP WATER HORIZON OIL SPILL HALLIBURTON AND TRANSOCEAN SETTLEMENT"S PUNITIVE DAMAGE"S CLAIMS

DEFENDANT

TENDERED FOR FILING
JUN 12 2017
U.S. ...
Eastern District of Louisiana
Deputy Clerk

MOTION

PLAINTIFF MOTION UNDER RULE 7.25. asK REQUESTED THE COURT FOR TO P PROCEED A SETTEMENT CONFERENCE.ASK THE COURT FOR PERMISSON. C.M.C. SETTEMEN CONFERENCE.

COME NOW PLAINTIFF INTHE NAME OF JESUS CHRIST NAME SUBMITTED

I

COVERM MULTIPLE RELATED TASK"S.FORM B.P. OIL SPILL MAKE IT DIFFICULT. WORK WHICH IS COMPENSABLLE TO ALL PLAINTIFF"S EXCLUDE UNNECESSARY TIME IN COST OF THE EXPENSES THESE LAWSUE ALL PLAINTIFF:S CONSIDERING THE NATURE AND EXTENT OF THE PLAINTIFF ALLEGATION"S AND THE SUBSTANTIRL AMOUNT OF DAMAGE"S ALL PLAINTIFF IS ENTITLED TO A JUDGEMENT AGAINES ALL THE DEFENDANT"S AS A MATTER OF LAW UNDER FEDER RULE 56 interest of justice the fact's establish that all plaintiff's         is seaman status beyond a QUESTION, AS A MATTER OF LAWEVIDETIARY SUPPORT ALLPLAINTIFF"S IS QUALIFY AS A SEAMAN UNDER THE JONE.ACT ALL WAS PERMANENTIY DUTIES COMMITMENT OF HIS_ HER.LABOR TO THE SERVICE OF A VESSELOF SEA INDENTIFLABLE GROUP OF A VESSEL UNDER COMMON NOWNERSHIP OR CONTROL.

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

II

SOME OF THE FORMER_CO_ EMPLOYEE RELATIVE TO QUEEN ESTHER COMMERCI FISHING CONFIDENTIAL SETTLEMENT WITH THE NEUTRAL BY. THE COURT BY.JONATHEN COMPRETTA WITH OUT A  ATTORNEY THE PLAINTIFF MAKE UNBIASED SETTEMENT  RECOMMENDATION FOR  REASONABLE AND ADEQUATE AMOUNT 108.000.00   SiXth Eight Thousand Dollk

III

THE PLAINTIFF REQUESTED THAT B.P. OIL SPILL HESI. AND TRANSOCEN S SETTENMENT OFFER ATTEMPT  THAT IS REASONABLE AND ADEQUATE A ALONG WITH THE PROPOEED DISTRIBUTION MODEL THE COURT FAIRNSS HEARING9;30 am on NOVEMBER10--2016 the court approve these settlement fe FEBRUARYB  22 2017  b.p. oil spill hesi and t transocen  counsel lawer's attorney's; fill out settlement paper  agREEMEMENT SIGNED BY. ALL PARTIES

PRAYER FOR RELIF

IN THE NAME OF JESUS CHRIST THAT  B.P.OIL SPILL HESI AND TRANSOCE PUNITIVE DAMAGE SETTLEMENT BE FAIR AND

PLAINTIFF  MOTION FOR SETTEMENT CONFERNC

mareto A Caredy

4318 Donovan St M)

39563

(228) 245-0051

6-5-2017

## CERTIFICATE OF SERVICE

### MAIL TO DEFENDANT"S

1, CLERK OFFICE
UNITED STATE DISTRIST COURT
OFLOUISIANA NEW ORLEAN L.A70130
500POYDRAS STREET

@

2, HESI.TRANOCEAN PUNITIVE
ASSIGNED CLAIM SETTEMENT
C.O GARDEN CITY GROUP.LLC
P.O BOX.10260 DUBLIN O.H. ZIPE.43017-5760

3. COUNESL FOR B.P. OIL SPILL
HESI. TRANOCEAN PUNITIVE DAMAGE
KIRLAND,ELLIS.LLP300 north  lasallest
suit 2400.CHICAGO IL.60654

4M.D.L. 2179 PLAINTTIFF STEERING COMMITTEE
ATT, STEVEN J. HERMAN HERMAN,
HERMAN.KATZ:COTLAR 820 O" KEEFS AVENUE
NEW ORLEANS.LA.70113

5, POWERHOUSE CHURCH OF GOD,HOLY
GHOSTPOWER      C,O,RICHARD MCBRIDE
4318 DONOVANE ST, MOSS POINT MS, 39563
1-228-285-0051

PLAINTIFF MOTION

SETTEMENT:CONFERNC

Martha A Carals
4318 Donovan st ms
39563
(228) 285-0051
6-5-2017

| SWS-2 | Seafood Crew Compensation Plan Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Name:** Last: CARADINE   First: MARTHA   Middle Initial:

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:**

**Address:** Street: 4318 DONOVAN ST
City: MOSS POINT   State: MISSISSIPPI   Zip Code: 39563

**Telephone Number:** (228) 623-7014

**Social Security Number or Individual Taxpayer Identification Number:** SSN or ITIN: -0259

**Employer Identification Number:** EIN: 09-1631

### B. EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2; (2) 1099; and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

**Employer Name:** Queen Esther Comm. Fishing

**Employer Address:** Street: 6619 Gregory P.O. Box 5101
City: Moss Point   State: Mississippi   Zip Code: 39563

**Employer Telephone Number:** (228) 285-0051

**Job Title/Description of Work:** LOSS SUBSISTENCE CREW DECK HAND

**2010 Dates of Work:** 05/15/09 to 5/5/2017

**Was your employment steady, seasonal, year-round, or intermittent?** ☐ Steady  ☐ Seasonal  ☒ Year-Round  ☐ Intermittent
Powe House Church of God Holy Ghost

**Vessel Name:** Queen Esther Commerial Fishing

**Vessel Home Port:** 6619 Gregory Moss Point
The Port of Pascagoula MS

**Species Fished:** Red Fish, Specker Trougt, Crabs, Shrimps, Flounder, Cat Fish, White Trought, Red Snapy

TENDERED FOR FILING
JUN 12 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

SWS-2 v.1

| | | | |
|---|---|---|---|
| **Employer Name:** | Last Name or Full Name of Business | First | Middle Initial |
| **Employer Address:** | Street | | |
| | City | State | Zip Code |
| **Employer Telephone Number:** | (___) ____ - ____ | | |
| **Job Title/Description of Work:** | | | |
| **2010 Dates of Work:** | ___/___/___ to ___/___/___ (Month/Day/Year) (Month/Day/Year) | | |
| **Was your employment steady, seasonal, year-round, or intermittent?** | ☐ Steady ☐ Seasonal ☐ Year-Round ☐ Intermittent | | |
| **Vessel Name:** | | | |
| **Vessel Home Port:** | | | |
| **Species Fished:** | | | |

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 6, 5, 2017 (Month/Day/Year) | *Martha A Caradine* Signature |
| --- | --- | --- |
| | | MARtha A Caradine Name (Printed or Typed) |

SWS - 2
v.1

2

Mathew Chambins
4318 Donovan St
Moss Point MS 39563

Clerk of court
United States District court
Eastern District of Louisiana
500 poydras Street, New Orleans
L.A. 70130

GULFPORT MS 395
09 JUN 2017 PM 2 L
FOREVER/USA