IN THE UNITED STATE DISTRICT COURT EASTERN DISTRICT OF
LOUISIANA                                 M.D.L. NO.2179 section J

Ashtel Thompson                                PLAINTIFF

Case No. 2-17-CV-02854

VERSUS

B.P. OIL SPILL DEEP WATER HORIZON OIL SPILL         DEFENDANT
HALLIBURTON AND TRANSOCEAN SETTLEMENT"S
PUNITIVE DAMAGE"S CLAIMS

MOTION

PLAINTIFF MOTION UNDER RULE 7.25 asK REQUESTED THE COURT FOR TO P
PROCEED A SETTLEMENT CONFERENCE. ASK THE COURT FOR PERMISSON.
C.M.C. SETTEMEN CONFERENCE.


COME NOW PLAINTIFF INTHE NAME OF JESUS CHRIST NAME SUBMITTED

I

COVERM MULTIPLE RELATED TASK"S. FORM B.P. OIL SPILL MAKE IT
DIFFICULT. WORK WHICH IS COMPENSABLLE TO ALL PLAINTIFF"S EXCLUDE
UNNECESSARY TIME IN COST OF THE EXPENSES THESE LAWSUE ALL
PLAINTIFF:S CONSIDERING THE NATURE AND EXTENT OF THE PLAINTIFF
ALLEGATION"S AND THE SUBSTANTIRL AMOUNT OF DAMAGE"S ALL PLAINTIFF
IS ENTITLED TO A JUDGEMENT AGAINES ALL THE DEFENDANT"S AS A
MATTER OF LAW UNDER FEDER RULE 56 interest of justice the fact's
establish that all plaintiff's          is seaman status beyond
a QUESTION, AS A MATTER OF LAWEVIDETIARY SUPPORT ALLPLAINTIFF"S
IS QUALIFY AS A SEAMAN UNDER THE JONE.ACT ALL WAS PERMANENTIY
DUTIES COMMITMENT OF HIS_ HER.LABOR TO THE SERVICE OF A VESSELOF
SEA INDENTIFLABLE GROUP OF A VESSEL UNDER COMMON NOWNERSHIP
OR CONTROL.

II

SOME OF THE FORMER_CO_ EMPLOYEE RELATIVE TO QUEEN ESTHER COMMERCI
FISHING CONFIDENTIAL SETTEMENT WITH THE NEUTRAL BY. THE COURT
BY. JONATHEN COMPRETTA WITH OUT A ATTORNEY THE PLAINTIFF MAKE
UNBIASED SETTLEMENT RECOMMENDATION FOR REASONABLE AND ADEQUATE
AMOUNT $68,000.00 SIX EIGHT THOUSAND DOLLAR

III
THE PLAINTIFF REQUESTED THAT B.P. OIL SPILL HESI. AND TRANSOCEN S
SETTENMENT OFFER ATTEMPT  THAT IS REASONABLE AND ADEQUATE A
ALONG WITH THE PROPOEED DISTRIBUTION MODEL THE COURT FAIRNSS
HEARING9;30 am on NOVEMBER10--2016 the court approve these
settlement fe FEBRUARYB  22 2017  b.p. oil spill hesi and t
transocen  counsel lawer's attorney's; fill out settlement paper
 agREEMEMENT SIGNED BY. ALL PARTIES


PRAYER FOR RELIF
IN THE NAME OF JESUS CHRIST THAT  B.P.OIL SPILL HESI AND TRANSOCE
 PUNITIVE DAMAGE SETTLEMENT BE FAIR AND


PLAINTIFF   MOTION FOR
SETTEMENT CONFERNC

Ashley Thompsu
4318 Donovan SR
Mosspount MS
39563
228-275-0051
6/5/2017

CERTIFICATE OF SERVICE

MAIL TO DEFENDANT"S

1,CLERK OFFICE
UNITED STATE DISTRIST COURT
OFLOUISIANA NEW ORLEAN L.A70130
500POYDRAS STREET


2,HESI.TRANOCEAN PUNITIVE
ASSIGNED CLAIM SETTEMENT
C.O GARDEN CITY GROUP.LLC
P.O BOX.10260 DUBLIN O.H. ZIPE.43017-5760

3.COUNESL FOR B.P. OIL SPILL
HESI. TRANOCEAN PUNITIVE DAMAGE
KIRLAND,ELLIS.LLP300 north   lasallest
suit 2400.CHICAGO IL.60654

4M.D.L. 2179 PLAINTTIFF STEERING COMMITTEE
ATT, STEVEN J. HERMAN HERMAN,
HERMAN.KATZ:COTLAR 820 O" KEEFS AVENUE
NEW ORLEANS.LA.70113

5,POWERHOUSE CHURCH OF GOD,HOLY
GHOSTPOWER        C,O,RICHARD MCBRIDE
4318 DONOVANE ST, MOSS POINT MS, 39563
1-228-285-0051


PLAINTIFF MOTION

SETTEMENT:CONFERNC

Ashley Thapsu
4318 Donovan st
Mosspoint MS
                39563
228-285-0051
6/5/2017

| SWS-2 | Seafood Crew Compensation Plan Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

## A. CLAIMANT INFORMATION

**Name:** Last: Thompson  First: Ashley  Middle Initial: —

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2:17CV02854

**Address:** Street: 4318 Donovan St
City: Moss Point  State: MS  Zip Code: 39563

**Telephone Number:** (228) 623-7914

**Social Security Number or Individual Taxpayer Identification Number or Employer Identification Number:**
SSN or ITIN: 04812
EIN: 09163

## B. EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2; (2) 1099; and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

**Employer Name:** Power House Church of God 7th Chapter

**Employer Address:** 4318 Donovan St, Moss Point, Mississippi 39563

**Employer Telephone Number:** (228) 285-0051

**Job Title/Description of Work:** Loss Subsistence Crew Man

**2010 Dates of Work:** 5/15/69 to 4/20/2017

**Was your employment steady, seasonal, year-round, or intermittent?** ☐ Steady  ☐ Seasonal  ☑ Year-Round  ☐ Intermittent
Member Power House Church of God

**Vessel Name:** Queen Esther commercial fishing

**Vessel Home Port:** Port of Pascagoula, 6419 Gregory St Moss Point MS

**Species Fished:** Red Fish, Catfish, Shrimp, Crabs

TENDERED FOR FILING
JUN 12 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

SWS-2 v.1    1

| Employer Name: | Last Name or Full Name of Business | First | Middle Initial |
|---|---|---|---|
| | | | |

| Employer Address: | Street |||
|---|---|---|---|
| | City | State | Zip Code |

| Employer Telephone Number: | ( \_\_\_ ) \_\_\_\_ - \_\_\_\_\_ |
|---|---|
| Job Title/Description of Work: | |
| 2010 Dates of Work: | \_\_\_/\_\_\_/\_\_\_ (Month/Day/Year) to \_\_\_/\_\_\_/\_\_\_ (Month/Day/Year) |
| Was your employment steady, seasonal, year-round, or intermittent? | ☐ Steady   ☐ Seasonal   ☐ Year-Round   ☐ Intermittent |
| Vessel Name: | |
| Vessel Home Port: | |
| Species Fished: | |

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 6, 5, 2017 (Month/Day/Year) | *Ashley Thompson* — Signature |
|---|---|---|
| | | *Ashley Thompson* — Name (Printed or Typed) |

SWS - 2
v.1

2



Ashley Thompson
4318 Donovan St
Moss Point MS
39563

Clerk office
United States District Court
of Louisiana neworleans LA 70130
500 Poydras Street