IN THE UNITED STATE DISTRICT COURT EASTERN DISTRICT OF

LOUISIANA                    M.D.L. NO.2179 section j

Richard McBride                              PLAINTIFF

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JUN 15 2017 CASE NO. 2:16-CV-15253 WILLIAM W. BLEVINS CLERK*

VERSUS

B.P.OIL SPILL DEEP WATER HORIZON OIL SPILL                    DEFENDANT
HALLIBURTON AND TRANSOCEAN SETTLEMENT"S
PUNITIVE DAMAGE"S CLAIMS

TENDERED FOR FILING

JUN 15 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

MOTION

PLAINTIFF MOTION UNDER RULE 7.25 asK REQUESTED THE COURT FOR TO P
PROCEED A SETTLEMENT CONFERENCE.ASK THE COURT FOR PERMISSON.
C.M.C. SETTEMEN CONFERENCE.


COME NOW PLAINTIFF INTHE NAME OF JESUS CHRIST NAME SUBMITTED

I

COVERM MULTIPLE RELATED TASK"S.FORM B.P. OIL SPILL MAKE IT
DIFFICULT. WORK WHICH IS COMPENSABLLE TO ALL PLAINTIFF"S EXCLUDE
UNNECESSARY TIME IN COST OF THE EXPENSES THESE LAWSUE ALL
PLAINTIFF:S CONSIDERING THE NATURE AND EXTENT OF THE PLAINTIFF
ALLEGATION"S AND THE SUBSTANTIRL AMOUNT OF DAMAGE"S ALL PLAINTIFF
IS ENTITLED TO A JUDGEMENT AGAINES ALL THE DEFENDANT"S  AS A
MATTER OF LAW UNDER FEDER RULE 56 interest of justice the fact's
establish that all plàintiff's        is seaman status beyond
a QUESTION, AS A MATTER OF LAWEVIDETIARY SUPPORT ALLPLAINTIFF"S
IS QUALIFY AS A SEAMAN UNDER THE JONE.ACT ALL WAS PERMANENTIY
DUTIES COMMITMENT OF HIS_ HER.LABOR TO THE SERVICE OF A VESSELOF
SEA INDENTIFLABLE GROUP OF A VESSEL UNDER COMMON NOWNERSHIP
OR CONTROL.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

II

SOME OF THE FORMER_CO_ EMPLOYEE RELATIVE TO QUEEN ESTHER COMMERCI
FISHING CONFIDENTIAL SETTLEMENT WITH THE NEUTRAL BY. THE COURT
BY.JONATHEN COMPRETTA WITH OUT A  ATTORNEY THE PLAINTIFF MAKE
UNBIASED SETTLEMENT  RECOMMENDATION FOR  REASONABLE AND ADEQUATE
AMOUNT. 250,000·    Two Hunder Fifth Thousand Dollar

III

THE PLAINTIFF REQUESTED THAT B.P. OIL SPILL HESI. AND TRANSOCEN S SETTENMENT OFFER ATTEMPT THAT IS REASONABLE AND ADEQUATE A ALONG WITH THE PROPOEED DISTRIBUTION MODEL THE COURT FAIRNSS HEARING9;30 am on NOVEMBER10--2016 the court approve these settlement fe FEBRUARYB 22 2017 b.p. oil spill hesi and t transocen counsel lawer's attorney's; fill out settlement paper agREEMEMENT SIGNED BY. ALL PARTIES

PRAYER FOR RELIF
IN THE NAME OF JESUS CHRIST THAT B.P.OIL SPILL HESI AND TRANSOCE PUNITIVE DAMAGE SETTLEMENT BE FAIR AND

6/5/2017

PLAINTIFF MOTION FOR
SETTEMENT CONFERNC

Richel McBrde
4318 DONOVAN ST
MOSS POINT MS. 39563

228-285-0051

CERTIFICATE OF SERVICE

MAIL TO DEFENDANT"S

1,CLERK OFFICE
UNITED STATE DISTRIST COURT
OFLOUISIANA NEW ORLEAN L.A70130
500POYDRAS STREET

@

2,HESI.TRANOCEAN PUNITIVE
ASSIGNED CLAIM SETTEMENT
C.O GARDEN CITY GROUP.LLC
P.O BOX.10260 DUBLIN O.H. ZIPE.43017-5760

3.COUNESL FOR B.P. OIL SPILL
HESI. TRANOCEAN PUNITIVE DAMAGE
KIRLAND,ELLIS.LLP300 north   lasallest
suit 2400.CHICAGO IL.60654

4M.D.L. 2179 PLAINTTIFF STEERING COMMITTEE
ATT, STEVEN J. HERMAN HERMAN,
HERMAN.KATZ:COTLAR 820 O" KEEFS AVENUE
NEW ORLEANS.LA.70113

5,POWERHOUSE CHURCH OF GOD,HOLY
GHOSTPOWER       C,O,RICHARD MCBRIDE
4318 DONOVANE ST, MOSS POINT MS, 39563
1-228-285-0051

6/5/2017

PLAINTIFF MOTION
SETTEMENT:CONFERNC

Richard McBride
4318 DONOVAN ST
MOSS POINT MS 39563
228-285-0051

| SWS-2 | Seafood Crew Compensation Plan Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Name:** Last: MSBRide   First: RICHARD   Middle Initial: NMI

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2:16cv15253

**Address:** Street: 4318 Donovan St   City: Moss Point   State: Mississippi   Zip Code: 39563

**Telephone Number:** (228) 623-7014 / 228-285-0051

**Social Security Number or Individual Taxpayer Identification Number:** SSN or ITIN: -5141

**Employer Identification Number:** EIN: 0963

### B. EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2; (2) 1099; and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

**Employer Name:** Last Name or Full Name of Business: The Queen Esther Comm. Fishing

**Employer Address:** Street: 6619 Gregory / P.O. Box 5101   City: Moss Point   State: Mississippi   Zip Code: 39563

**Employer Telephone Number:** (228) 285-0051

**Job Title/Description of Work:** Part Owner / 2nd Captain / Crew Man   10/28/16 start back 9/30/2015   4/30/2017 License

**2010 Dates of Work:** Went out of Business March 10, 2011   5/15/09   1982 to 4/30/2017 TRX145 start back up 10-28-16   4-30-17

**Was your employment steady, seasonal, year-round, or intermittent?** ☐ Steady  ☐ Seasonal  ☒ Year-Round  ☐ Intermittent

**Vessel Name:** Queen Esther Comm. Fished   6619 Gregory Moss Point MS

**Vessel Home Port:** The Port of Pascagoula Mississippi

**Species Fished:** Red fish, specker trout, crabs, shrimps, flounder, catfish, white trout, red snaper / Hunt coon trapper Gulfwater Brackish waters Bays

SWS-2 v.1

| | | | | | First | | Middle Initial |
|---|---|---|---|---|---|---|---|
| **Employer Name:** | Last Name or Full Name of Business | | | | | | |
| **Employer Address:** | Street | | | | State | | Zip Code |
| | City | | | | | | |
| **Employer Telephone Number:** | ( ___ ) ___ - ____ | | | | | | |
| **Job Title/Description of Work:** | | | | | | | |
| **2010 Dates of Work:** | ___/___/___ (Month/Day/Year) to ___/___/___ (Month/Day/Year) | | | | | | |
| **Was your employment steady, seasonal, year-round, or intermittent?** | ☐ Steady  ☐ Seasonal  ☐ Year-Round  ☐ Intermittent | | | | | | |
| **Vessel Name:** | | | | | | | |
| **Vessel Home Port:** | | | | | | | |
| **Species Fished:** | | | | | | | |

**C. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 6,5,2017 (Month/Day/Year) | *Richard McBride* Signature |
|---|---|---|
| | | Richard McBride Name (Printed or Typed) |

SWS - 2
v.1

2

Case 2:10-md-02179-CJB-DPC   Document 22988   Filed 06/15/17   Page 6 of 11

| 9595 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE 6619GREGORY ST.MOSS POINT.39563 P.O.BOX.5101 1.228.285.0051 501-C_3-CODE | | 1 Rents<br>$ | OMB No. 1545-0115<br>2010<br>Form 1099-MISC | **Miscellaneous Income** | |
| | | 2 Royalties<br>$ | | | |
| | | 3 Other income<br>$ DONATION | 4 Federal income tax withheld<br>$ | Copy A | |
| PAYER'S federal identification number<br>0963 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ 52,000.00 | 6 Medical and health care payments<br>$ | For Internal Revenue Service Center<br>File with Form 1096. | |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O.RICHARD MCBRIDE | | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2010 General Instructions for Certain Information Returns. | |
| Street address (including apt. no.)<br>4318DONOVAN ST.MOSS POINT.MS. | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | | |
| City, state, and ZIP code<br>39563p.o.5101 | | 11 | 12 | | |
| Account number (see instructions)<br>501-c.3 code | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ | |

Form **1099-MISC**  Cat. No. 14425J  Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE813000

| 9898 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br>POWERHOUSE CHURCH OF GOD.HOLY<br>GHOSTPOWER.C.O.RICHARD MCBRIDE<br>6619 GREGORY ST.MOSS POINT.39563<br>P.O.BOX5101<br>1-228-285-0051<br>501.C_3-CODE | | 1 Gross distribution<br>$ 208.000.00<br>2a Taxable amount<br>$ DONATION | OMB No. 1545-0119<br>2009<br>Form 1099-R | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** | |
| | | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy A<br>For<br>Internal Revenue Service Center | |
| PAYER'S federal Identification number<br>:0963 | RECIPIENT'S Identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | File with Form 1096. | |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD.HOLY<br>GHOSTPOWER.C.O.RICHARD MCBRIDE | | 5 Employee contributions /Designated Roth contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. | |
| Street address (including apt. no.)<br>4318 DONOVAN ST. MOSS POINT.MS. | | 7 Distribution code(s) | IRA/ SEP/ SIMPLE ☐ | 8 Other<br>$               % | |
| City, state, and ZIP code<br>39563.P.O.BOX5101<br>1st year of desig. Roth contrib. | | 9a Your percentage of total distribution      % | 9b Total employee contributions<br>$ | | |
| | | 10 State tax withheld<br>$<br>$ | 11 State/Payer's state no. | 12 State distribution<br>$<br>$ | |
| Account number (see instructions)<br>501-C_3 CODE | | 13 Local tax withheld<br>$<br>$ | 14 Name of locality | 15 Local distribution<br>$<br>$ | |

Form 1099-R    Cat. No. 14436Q    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S._CODE_813000

| 9595 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>P POWERHOUSE CHURCH OF GOD, HOLY<br>GHOSTPOWER.C.O.RICHARDMCBRIDE<br>6619 GREGORY ST.MOSS POINT.39563<br>P.O. BOX.5101<br>1-228-285-0051<br>501-C -3-CODE | | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$DONATION | OMB No. 1545-0115<br>2008<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br><br>Copy A<br>For<br>Internal Revenue Service Center<br>File with Form 1096. |
| PAYER'S federal identification number<br>!0963 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$217.500.00 | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD.HOLY<br>GHOSTPOWER C.O. RICHARD MCBRIDE | | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Street address (including apt. no.)<br>$4318 DONOVAN ST.MOSS POINT.MS. | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City, state, and ZIP code<br>39563 p.o.BOX 5101 | | 11 | 12 | |
| 3 Account number (see instructions)<br>501-C -3 code | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC          Cat. No. 14425J          Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

N.A.I.C.S.__CODE-813000

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| POWERHOUSE CHURCH OF GOD, HOLY GHOSTPOWER, C?O RICHARD MCBRIDE 6619GREGORY MOSS POINT MS.39563 p,o,BOX5101, 1-228-285-0051 | $ <br> 2 Royalties <br> $ | 2007 <br> Form 1099-MISC | |
| | 3 Other Income <br> $DONATION | 4 Federal Income tax withheld <br> $ | Copy B <br> For Recipient |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|---|
| 0963 | | $229,750.00 | $ |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|
| POWERHOUSE CHURCH OF GOD.HOLY GHOSTPOWER.C.O. RICHARD MCBRIDE | $ | $ |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds |
|---|---|---|
| 4318 DONOVAN ST, MOSS POINT.MS | | $ |

| City, state, and ZIP code | 11 | 12 |
|---|---|---|
| 39563, p.o. box 5101 | | |

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|
| 1-228-285-0051 | $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ % 501-c-3 | $ | $ <br> $ | | $ <br> $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC  (keep for your records)  Department of the Treasury - Internal Revenue Service

n   N.A.I.C.S._CODE_*813000
a

```
BP EXPLORATION & PRODUCTION CO.
150 WEST WARRENVILLE ROAD
#3504D
NAPERVILLE, IL 60563
```



```
009587

DPS790 T30 B1 P2 1 OF 1 **AUTO**ALL FOR AADC 365
POWERHOUSE CHURCH OF GOD HOLY GHOST
4318 DONOVAN ST
MOSS POINT, MS 39563-5602
```

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 **2016** Form **1099-MISC** |
|---|---|---|---|
| BP EXPLORATION & PRODUCTION CO.<br>150 WEST WARRENVILLE ROAD<br>#3504D<br>NAPERVILLE, IL 60563<br>(800) 284-2244 | 3 Other income $ **27,000.00** | 4 Federal income tax withheld $ | **Miscellaneous Income** |
| | 5 Fishing boat proceeds $ | 6 Medical & health care payments $ | |
| PAYER'S federal identification number **5527** | RECIPIENT'S identification number **0963** | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | Copy B - For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name<br>POWERHOUSE CHURCH OF GOD HOLY GHOST<br>4318 DONOVAN ST<br>MOSS POINT, MS 39563-5602 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | 15a Section 409A deferrals $ | 15b Section 409A income $ | Net Settlement |
| Account number (see instructions) **6704** | FATCA filing requirement ☐ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC    (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

### Instructions for Recipient - 1099-MISC (2016)

Recipient's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.
Account number. May show an account or other unique number the payer assigned to distinguish your account.
FATCA filing requirement. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.
Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.
Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.
Box 1. Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.
Box 2. Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub 544.
Box 3. Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).
Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.
Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.
Box 6. For individuals, report on Schedule C (Form 1040).

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).
Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).
Box 9. If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).
Box 10. Report this amount on Schedule F (Form 1040).
Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.
Box 14. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
Box 15a. May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.
Box 15b. Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.
Boxes 16-18. Shows state or local income tax withheld from the payments.
Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as is legislation enacted after they were published, go to www.irs.gov/form1099misc.

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 **2016** |

Richard McBride
4318 Donovan St
Moss Point MS 39563

Clerk of court
State District court of Louisiana
United States District court, New
Eastern District
500 Poydras Street, New
Orleans LA # 70130

U.S. POSTAGE PAID
MOSS POINT, MS
39563
JUN 12.17
AMOUNT $0.91
R2305K131629-14

70130
1000