IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This Document Relates to: | * * | JUDGE BARBIER |
| | | MAGISTRATE JUDGE WILKINSON |
| *Cases in the B3 Pleading Bundle* | * * | |

**BP'S RESPONSE TO CERTAIN RESPONDER DEFENDANTS' PROPOSAL
REGARDING DISMISSAL OF PRE-PTO 63 COMPLAINTS IN THE B3 BUNDLE**

Certain B3 Responder Defendants have indicated by email to the Court that, although earlier-filed B3 complaints in MDL 2179 had named those Responder Defendants as defendants, recently-filed individual actions filed pursuant to PTO 63 by certain of those same plaintiffs no longer name those Responder Defendants as parties.  The B3 Responder Defendants request that the Court "dismiss[] and clos[e] the original lawsuits (complaints) filed by those B3 Plaintiffs who recently filed individual complaints, as required by PTO 63."  (Rec. Doc. 22926-1 at 1).  BP Exploration & Production Inc. and BP America Production Company (collectively "BP") file this response to that proposal, as per the Court's June 7, 2017 Order (Rec. Doc. 22926).

BP does not oppose the proposal.  To comply with PTO 63, hundreds of plaintiffs in the B3 Pleading Bundle have filed new individual actions.  Those new individual actions represent the operative complaints in MDL 2179 for those plaintiffs.  Where B3 plaintiffs have complied with PTO 63, BP agrees that the earlier-filed actions by those B3 plaintiffs in MDL 2179 are superseded and should be dismissed to the extent they allege B3 claims.

June 21, 2017                               Respectfully submitted,

                                            */s/ Don Haycraft*
                                            _____
                                            Don Haycraft (Bar #14361)
                                            R. Keith Jarrett (Bar # 16984)
                                            **LISKOW & LEWIS**
                                            One Shell Square
                                            701 Poydras Street, Suite 5000
                                            New Orleans, Louisiana 70139-5099
                                            Telephone: (504) 581-7979
                                            Fax No. (504) 556-4108

                                            Matthew T. Regan, P.C.
                                            (matthew.regan@kirkland.com)
                                            J. Andrew Langan, P.C.
                                            (andrew.langan@kirkland.com)
                                            Kristopher S. Ritter
                                            (kristopher.ritter@kirkland.com)
                                            **KIRKLAND & ELLIS LLP**
                                            300 North LaSalle
                                            Chicago, IL 60654
                                            Telephone:  (312) 862-2000

                                            *Attorneys for BP America Production Company
                                            and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **BP's Response to Certain Responder Defendants' Proposal Regarding Dismissal of Pre-PTO 63 Complaints in the B3 Bundle** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June, 2017.

*/s/ Don Haycraft*
Don Haycraft