UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | | MDL NO.2179 |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | | SECTION J |
| Applies to: | | JUDGE BARBIER |
| ALL CASES | | MAGISTRATE JUDGE WILKINSON |



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 2 3 2017
WILLIAM W. BLEVINS
CLERK

TENDERED FOR FILING
JUN 2 3 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

---

| | |
|---|---|
| Rico O. McBride | PLAINTIFF |
| VERSUS | |
| CIVIL ACTION NO. 2-16-cv-15255 | |
| IN RE: OIL SPILL BY THE OIL RIG | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| Of Mexico, on April 20, 2010 | MAGISTRATE JUDGE WILKINSON |

## MOTION

**Plaintiff Motion under Rule 7.25 asks and requested the court for to proceed a settlement conference. I Rico O. McBride and The Queen Esther Commercial Fishing ask the court for Permission under a C.M.C. settlement conference.**

Comes Now I, Rico O. McBride and The Queen Esther Commercial Fishing file this complaint and sworn statement in The Name Of Jesus Christ submitted. Previously file lawsuit Rico McBride and The Queen Esther Commercial Fishing.

I.

Rico O. McBride and The Queen Esther Commercial Fishing EIN#▮▮▮▮8448 was created on

and about May 15, 2009. I purchase boats from Super Dad and Super Son's Auto and The Power House Church of God Holy Ghost Power.

## II.

I Rico O. McBride was working as a commercial Fishermen and Captain of The Queen Esther Commercial Fishing. I worked, harvest and fished around the Pascagoula River, The Point of Pascagoula, Cat Island, Round Island, Petit Bois Island, Horn Island, Ship Island, And The Gulf of Mexico Mississippi, Alabama, and Louisiana.

## III.

I, Rico O. McBride worked for the Vessels of Opportunity Master Vessel Charter Agreement and Training Record BP Contract # 55204 assigned to Rico O. McBride and The Queen Esther Commercial Fishing.

## IV.

I, Rico O. McBride worked for the companies also Ashland Services, McGrath Systems, T.L. Wallace/ Wallace- Eutaw, and Yates Construction. I lost wages due to the spill and was under paid for the cleanup work crew.

## V.

I, Rico O. McBride filed claims for The Owner of The Queen Esther Commercial Fishing which lost business due to the oil spill and was unable to sale fish after the spill occurred on April 20, 2010. Filed a claim for failed Start up business. GCCF Claim # 1055106. Failed Business Economic Loss 100094683, Seafood Compensation Program 100094683, Individual Periodic Vendor or Festival Vendor Economic Loss 100094683, VOO Charter Payment 100094683, Vessel Physical Damage, Start- up Business Economic Loss, Business Economic Loss, Individual Economic Loss, Subsistence, and all claims was denied to claimant ID 100094683

## VI.

As you may know, BP has agreed to enter into a $7.8 Billion dollar court- supervised settlement to compensate individuals, business and property owners who have incurred Financial Losses from the Oil Spill. The settlement will also cover those whose health was affected by the oil spill. Most importantly, we believe that this new system will result in faster and fairer payments for all those who were affected. If you filed with the GCCF and have not been paid, you will now have to file in Federal Court as the GCCF has been closed down. If you never filed before, filing now will provide you with an opportunity to get paid for your damages.

## VII.

According to Federal Judge Barbier's order "BP Claims will be processed and evaluated in the

order they are received. Therefore it is extremely urgent to act now and bot be left out or at the back of the line.

## VIII.

Rico O. McBride is an adult citizen of Jackson County, Moss Point, Mississippi. Mr. McBride derived from his employment with the Queen Esther Commercial Fishing as an owner, commercial fishermen, and boat captain.

## IX.

The Queen Esther Commercial Fishing is a Mississippi Corporation that derives its income from the harvesting, catching, and sale of fish, shrimps, and crabs of natural source of seafood's and other seafood's in or near the Pascagoula River, The Point of Pascagoula, Cat Island, Round Island, Petit Bois Island, Horn Island, Ship Island, And The Gulf of Mexico Mississippi, Alabama, and Louisiana.

## X.

As a result Rico O. McBride and The Queen Esther Commercial Fishing events described herein have suffered ascertainable losses and damages.

## XI.

BP failed to follow the settlement agreements standards governing this claim.

## XII

Regarding All Remaining Claims in Pleading Bundle B1, Exhibit 1A, Exhibit 2, and Exhibit 3. This case and cause number should not be dismissed because The Queen Esther Commercial Fishing was a startup and failed business due to the oil spill occurred on April 20, 2010. I have worked for several companies upon the oil spill cleanup crew. BP has made promises to the individuals and business that was destroyed by the oil spill. Attached are documents of the business and myself upon the oil spill.

## XIII

The honorable court of THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA Should Grant The Queen Esther Commercial Fishing and Rico O. McBride for this matter due to the oil spill on April 20, 2010 and this case or cause number should not be dismissed in the Name of Jesus Christ.

## XIV

Multiple Related Tasks from BP Oil Spill make it difficult. Work which is compensable to all plaintiffs excludes unnecessary time in cost of the expenses. These lawsuits all plaintiffs considering the nature and extent of the plaintiff allegations and the substantial amount of damages all plaintiff is entitled to a judgment against all defendants as a matter of law under rule 56 interest of justice the fact's establish that all plaintiffs is a seaman or a commercial fishermen status beyond a question. As a matter of law evidentiary support all plaintiff's is qualify as a seaman under the Jones Act. All was permanently duties commitment of his or her labor to the service of a vessel of sea identifiable group of a vessel under common now ownership or control.

## XV

Some of the former co employees relative to the Queen Esther Commercial Fishing Confidential Settlement with the Neutral by the court by Jonathan Compretta without an attorney the plaintiff make unbiased settlement recommendation for reasonable and adequate amount of $35,000.00 due to that amount of settlement that it was unfair. BP Oil Spill has promise more to business owners, starts up and failed business owners, cleanup workers, VOO Contracted workers, seafood fishermen, and all due to the oil spill. None of the promises was issued to Mr. Rico O. McBride. I ask The court to determine of Granting me all of a settlement of $2.5 Million Dollars for all pain and suffering, the promises that was not proceeded to me, punitive damages, start up and failed business, harvest of seafood, and all that applies to Mr. Rico O. McBride and The Queen Esther Commercial Fishing and also its employees and also The Power House Church Of God Holy Ghost Power.

## XVI

The plaintiff requested that BP Oil Spill Hesi and Transocean settlement offer attempt that is reasonable and adequate along with the proposed distribution model the court fairness hearing at 9:30 am on November 10, 2016. The court approves these settlements February 22, 2017. BP Oil Spill Hesi and Transocean Counsel Lawyers attorneys fill out settlement papers agreements signed by all parties.

## XVII

1. With respect to Vessels of Opportunity (VOO) charter payment, all working VOO participants receive at least $41,600.00 in compensation, with the amount increasing depending on the size of the boat. Working VOO participants who also will receive economic loss compensation that directly involves the use of their VOO vessel (except in the case of payments under the seafood compensation program) will have their economic loss compensation partially reduced by the VOO earned income offset and the VOO settlement payments offset. VOO participants who

were never placed on hire to perform actual services on the water will also receive up to $10,200.00 with no offset; even in such non-working VOO participants will also receive an award under the seafood compensation program. VOO claims because they involved one time service agreements and thus do not involve future risk that the same course of dealings will be repeated are not eligible for an RTP.

2. The vessel Physical Damage Framework Exhibit 14 allows vessel owners whose vessels were physically damaged as a result of the oil spill or cleanup operations to recover the lesser of the costs necessary to conduct a reasonable repair or replace the vessel. Vessels are eligible even if they did not participate in the VOO program; the only vessels that may not recover are those that were both (i) working for an Oil Spill Response organization or an oil spill removal organization at the time of the physical injury and (ii) were not participating in the VOO program. No RTP is applied to this category of claims.

3. The Subsistence framework defines 'Subsistence Claims" as a person who fishes or hunt to harvest, catch, barter, consume or trade Gulf of Mexico natural resources, in a traditional or customary manner, to sustain basic personal or family dietary, economic security, shelter, tool or clothing needs, and who relied upon such subsistence resources that were diminished or restricted in the geographic region used by claimant due to or resulting from the spill. The settlement permits recovery for loss of subsistence use consistent with any closures or impairments to geographic areas relied on by the claimant through 2011. An RTP is applied to the award. Because members of subsistence communities may have limited access to the Internet, Translators, and legal services, the parties agreed to a structure in which there is a Court Appointed Distribution agent who works under the direction of claims administrator and who has a dedicated team that maintains a presence in the geographic areas where subsistence claimants live so as to assist those claimants in completing forms and collecting supporting documentation, confirm the eligibility status of claimants, conduct interviews, and apply the compensation formula.

4. Under the $2.3 Billion Seafood Compensation Program (SCP) Commercial Fishermen, Seafood Boat Captains, all other Seafood Crew, Oyster Leaseholders, and Seafood Vessel Owners will be compensated for economic loss claims relating to Seafood, including shrimp, oysters, finfish, blue crab, and other species. The Seafood Compensation Program (SCP) (Exhibit 10) uses a bottom up mode of awarding compensation thus fishermen with higher benchmark earnings receive higher compensation awards. The SCP is expected to pay out an initial $1.9 billion in compensation to class members, leaving a $400 million reserve to be distributed in a second round. The guaranteed total of $2.3 billion allocated to the SCP represents approximately five times the annual average industry gross revenue for 2007 to 2009 of the seafood industry in the region covered by the Settlement Agreement. $2.3 billion also represents 19.2 times lost industry revenue in 2010, according to the evidence provided. The SCP does not involve a limited fund with any ability for class members to opt out.

5. The Plaintiff does not have Electronic Filing and the Court Did not mail any documents of the order and the defendants BP failed to mail the plaintiff copy of the order of the PTO 60. The Plaintiff is Pro Se. As of now the plaintiff is aware and in good faith will comply with all court orders that is received by mail from the defendants BP. The Plaintiff has cooperated with BP and will Corporate with BP to Settle or Resolve this case and matter in good faith with fairness.

6. The Plaintiff pleases mercy to the court in the Name of Jesus Christ to do not dismiss this case and cause number.

## Prayer for Relief

Wherefore Plaintiffs Rico O. McBride and The Queen Esther Commercial Fishing demand Judgment against the defendants, jointly and severally, as follows:

1. The Plaintiffs Rico O. McBride and The Queen Esther Commercial Fishing deserve the right to come back and amend this complaint at any time.

2. Economic and Compensatory damages in amounts of $2.5 Million Dollars or to be determined at trial;

3. Punitive Damages;

4. Pre-judgments and post- judgments interest at the maximum rate allowable by law;

5. Attorney's fees and costs.

6. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate; and

7. A trial by jury as to all defendants.

8. The honorable court of THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA wish to settle this case or cause number please contact me Mr. Rico O. McBride to discuss the matter.

### Jury Demand

Respectfully Submitted

In The Name of Jesus Christ

Dated June 16, 2017

*[signature]*

Pro. Sed. Attorney Rico O. McBride

6517 Fredrick St.

Moss Point, MS 39563

1-228-627-0242

Email: Mcbride_rico@yahoo.com

# Certificate of Service

I, Rico McBride and The Queen Esther Commercial Fishing hereby, certify that I have hand delivered or mailed a true and correct copy to the Defendant of Order **Plaintiff Motion under Rule 7.25 asks and requested the court for to proceed a settlement conference. I Rico O. McBride and The Queen Esther Commercial Fishing ask the court for Permission under a C.M.C. settlement conference.**

This the 16th Day of June, 2017.

To The Defendants:

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| Of Mexico, on April 20, 2010 | MAGISTRATE JUDGE WILKINSON |

Applies To:

ALL CASES

| | |
|---|---|
| Counsel for BP Committee | MDL 2179 Plaintiff's Steering |
| Attn: J. Andrew Langan | Attn: Steve J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz&Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

Hesi Transocean Punitive damage

Assigned Claim Settlement

C.O.Garden City Group, LLC

P.O.Box 10260

Dublin, Oh 43017

*[signature]*

Rico McBride/ the Queen Esther Commercial Fishing

June 16th, 2017

       Date

BP EXPLORATION & PRODUCTION CO.
150 WEST WARRENVILLE ROAD
#3504D
NAPERVILLE, IL 60563



009620

DPS790 T30 B1 P2 1 OF 1 **AUTO**ALL FOR AADC 365
RICO O NEAL MCBRIDE
4318 DONOVAN ST
MOSS POINT, MS 39563-5602

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 **2016** Form 1099-MISC |
|---|---|---|---|
| BP EXPLORATION & PRODUCTION CO. 150 WEST WARRENVILLE ROAD #3504D NAPERVILLE, IL 60563 (800) 284-2244 | 3 Other income $ 35,000.00 | 4 Federal income tax withheld $ | **Miscellaneous Income** |
| | 5 Fishing boat proceeds $ | 6 Medical & health care payments $ | |
| PAYER'S federal identification number ▇▇▇▇5527 | RECIPIENT'S identification number ▇▇▇▇6589 | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | Copy B - For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name RICO O NEAL MCBRIDE 4318 DONOVAN ST MOSS POINT, MS 39563-5602 | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | | 15a Section 409A deferrals $ | 15b Section 409A income $ | Net Settlement |
| Account number (see instructions) 0080546795 | FATCA filing requirement ☐ | 731100 1900440028 | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC         (keep for your records)         www.irs.gov/form1099misc         Department of the Treasury - Internal Revenue Service

**Instructions for Recipient - 1099-MISC (2016)**

Recipient's identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.
Account number. May show an account or other unique number the payer assigned to distinguish your account.

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form

| SWS-2 | Seafood Crew Compensation Plan Claimant Sworn Written Statement |
|---|---|

This Sworn Written Statement may be used by a claimant. If you need more space to complete this Sworn Written Statement, attach additional pages, and they will be incorporated into this document. Include your Claimant Number or Social Security number/employer identification number on all additional pages.

### A. CLAIMANT INFORMATION

**Name:** Last: McBride   First: Rico   Middle Initial: O

**Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** 2:16cv1525

**Address:** Street: 6517 Fredrick St.   City: Moss Point   State: MS   Zip Code: 39563

**Telephone Number:** (228) 627-0242

**Social Security Number: or Individual Taxpayer Identification Number: or Employer Identification Number:**
SSN or ITIN: -6589
EIN: 4418

### B. EMPLOYMENT INFORMATION

Please include all Seafood Crew employment from 2010 in this section. For each employer, you must submit the following documentation of 2010 seafood crew employment: (1) W-2; (2) 1099; and/or (3) at least one pay check stub. Attach additional pages if you had more than two 2010 Seafood Crew employers.

**Employer Name:** Last Name or Full Name of Business: The Queen Esther Commercial Fishing

**Employer Address:** Street: 4318 Donovan St.   City: Moss Point   State: MS   Zip Code: 39563

**Employer Telephone Number:** (228) 627-0242

**Job Title/Description of Work:** Owner/captain

**2010 Dates of Work:** went out of business on march 10, 2011   05/15/09 to Still, Present owner  12/31/2010

**Was your employment steady, seasonal, year-round, or intermittent?** ☒ Steady  ☐ Seasonal  ☒ Year-Round  ☐ Intermittent
Just didn't make much money due to the spill 2010

**Vessel Name:** The Queen Esther

**Vessel Home Port:** The Point of Pascagoula

**Species Fished:** Red Snappers, Speckers, Crabs, Shrimps, Flounders

SWS - 2
v.1

1

| | | | |
|---|---|---|---|
| **Employer Name:** | Last Name or Full Name of Business | First | Middle Initial |

| | |
|---|---|
| **Employer Address:** | Street |
| | City / State / Zip Code |

**Employer Telephone Number:** (___) ____-_____

**Job Title/Description of Work:**

**2010 Dates of Work:** ___/___/___ (Month/Day/Year) to ___/___/___ (Month/Day/Year)

**Was your employment steady, seasonal, year-round, or intermittent?** ☐ Steady ☐ Seasonal ☐ Year-Round ☐ Intermittent

**Vessel Name:**

**Vessel Home Port:**

**Species Fished:**

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

**Date Signed:** 03, 13, 2017 (Month/Day/Year)

Signature: *[signed] Rico O. McBride Sr.*

Name (Printed or Typed): Rico O. McBride Sr.



United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Rico McBride
6517 Fredrick St.
Moss Point, MS 39563