# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————————

No. 17-30505

————————————

In Re: Deepwater Horizon:

------------------------------------------------------------------------------------------------------------

HENRY L. PERRY,

>              Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA,
INCORPORATED; BP, P.L.C.,

>              Defendants - Appellees

------------------------------------------------------------------------------------------------------------

HENRY L. PERRY,

>              Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY,

>              Defendants - Appellees

————————————————

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

——————————————

O R D E R :

 The Court of Appeals understands the record in this case is extremely
voluminous.  The court is concerned transporting and working with a record of
this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those
portions of the record relevant to the pending appeal.  The parties should
attempt to agree on which documents should be included and should file a joint
designation.  If there are documents the plaintiff(s) believe should be included
but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental
designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary)
supplemental designations as soon as practicable but in no instance later than
14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the
designation of the parties and supplemental designations if necessary.


/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 26, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 17-30505    In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:13-CV-5367
USDC No. 2:16-CV-6333

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. William W. Blevins
Mr. Brent Wayne Coon
Mr. James Riley Davis
Mr. James Andrew Langan