IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042
_____

In re: Deepwater Horizon

_____

**A True Copy**
**Certified order issued Jun 28, 2017**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

AHT, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

CMC STEEL FABRICATORS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

      Defendants - Appellees

―――――――――――――――――

SMI STEEL, L.L.C.,

      Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

      Defendants - Appellees

―――――――――――――――――

COMMERCIAL METALS COMPANY,

      Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

      Defendants - Appellees

―――――――――――――――――

ST. JOE BEACH PROPERTY, L.L.C.;  BUNGALOWS AT SANCTUARY BEACH, L.L.C.; HENRY L. PERRY,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER

DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

 Defendants - Appellees

------------------------

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

 Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

 Defendants - Appellees

------------------------

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

 Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

 Defendants - Appellees

------------------------

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

 Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH

AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendants - Appellees

      _____

   Appeals from the United States District Court for the
    Eastern District of Louisiana, New Orleans

      _____

CLERK'S OFFICE:

  Under FED R. APP. P. 42(b), the appeal, as to Bungalows at Sanctuary Beach, L.L.C. and St. Joe Beach Property, L.L.C., is dismissed as of June 28, 2017, pursuant to appellants' motion.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        *Shea E. Pertuit*
        By: _____
        Shea E. Pertuit, Deputy Clerk

    ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

June 28, 2017

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 17-30042    In re: Deepwater Horizon  
                           USDC No. 2:10-MD-2179  
                           USDC No. 2:13-CV-97  
                           USDC No. 2:16-CV-13365  
                           USDC No. 2:16-CV-13367  
                           USDC No. 2:16-CV-6259  
                           USDC No. 2:16-CV-13366  
                           USDC No. 2:16-CV-13364  
                           USDC No. 2:13-CV-6009  
                           USDC No. 2:16-CV-7048  
                           USDC No. 2:16-CV-6329  
                           USDC No. 2:13-CV-5367  
                           USDC No. 2:16-CV-6216  
                           USDC No. 2:16-CV-6333  
                           USDC No. 2:16-CV-6298  
                           USDC No. 2:16-CV-6330  
                           USDC No. 2:16-CV-7285

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate, as to Bungalows at Sanctuary Beach, L.L.C. and St. Joe Beach Property, L.L.C.

                                              Sincerely,

                                              LYLE W. CAYCE, Clerk

                                              By: _____  
                                              Shea E. Pertuit, Deputy Clerk  
                                              504-310-7666

cc w/encl:  
    Mr. Anthony G. Buzbee

Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Dominic E. Draye
Mr. John Michael Elsley
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Kerry J. Miller
Mr. Steven L. Nicholas
Ms. Allison White Smalley
Mr. Thomas Wilson Taylor
Mr. Robert Alan York