IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | *<br>* | Judge Carl J. Barbier |
| *Claims of Peggy Kemp (12-01895, 13-06013) and Dorothy Clark (11-00945)* | *<br>* | Mag. Judge Joseph C. Wilkinson, Jr. |

### DEFENDANTS'[1] MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

NOW INTO COURT through undersigned counsel come Defendants, who submit this Motion for Leave to file under seal Exhibit Nos. A and B, to be attached to their Memorandum in support of their omnibus Motion to Dismiss the Claims of Peggy Kemp and Dorothy Bright Clark, to be filed pursuant to this Court's Order of June 6, 2017. (Rec. Doc. 22922).

Defendants request that Exhibit Nos. A and B,[2] be filed under seal as they are marked and contains confidential information pursuant to the agreements made thereon by the respective parties.  These documents represent confidential settlement terms of the related families.

---

[1] This Motion is submitted by the following entities ("Defendants"), which are certain Defendants in the remaining Pleading Bundle A actions, including: BP America Production Company, BP America Inc., BP Exploration & Production Inc., BP Products North America Inc., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Triton Asset Leasing GmbH.  BP p.l.c. also joins this Motion as it has joined the referenced Motion to Dismiss for the reasons set forth therein.

[2] The documents sought to be filed under seal are Roy Kemp, deceased - Release and Covenant Not to Sue dated October 12, 2011, Exhibit A; and Donald Clark - Receipt, Release and Settlement of All Claims and Indemnity Agreement, dated September 16, 2011, Exhibit B to the referenced Motion.

WHEREFORE, Defendants pray that the Court grant its Motion and that the documents identified as Exhibit Nos. A and B, exhibits to their Memorandum in support of their omnibus Motion to Dismiss the Claims of Peggy Kemp and Dorothy Bright Kemp be filed under seal.

Dated: July 6, 2017

Respectfully submitted,

/s/ *Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Christopher Esbrook
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock, P.C,
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP p.l.c., BP Products North America Inc.*

/s/ *Frank A. Piccolo*
Frank A. Piccolo (Bar #02049)
PREIS PLC
24 Greenway Plaza, Suite 2050

[2]

Houston, Texas 77046
Telephone: (713) 355-6062
Facsimile: (713) 572-9129

*Attorneys for Transocean Offshore Deepwater Drilling, Inc., Transocean, LTD., Transocean Holdings, LLC, Transocean Deepwater, Inc., and Triton Asset Leasing, GmbH*

[3]

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2017.

                                  /s/ *Frank A. Piccolo*
                                  FRANK A. PICCOLO