IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | *<br>* | Judge Carl J. Barbier |
| *Claims of Peggy Kemp (12-01895, 13-06013) and Dorothy Clark (11-00945)* | *<br>* | Mag. Judge Joseph C. Wilkinson, Jr. |

### DEFENDANTS'[1] MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

NOW INTO COURT COME Defendants who submit this Memorandum in Support of Motion for Leave to file under seal Exhibit Nos. A and B, which is to be attached to their Memorandum in support of their omnibus Motion to Dismiss the Claims of Peggy Kemp and Dorothy Bright Clark, to be filed pursuant to this Court's order of June 6, 2017. (Rec.Doc. 22922).

Defendants request that Exhibit nos. A and B[2] be filed under seal as they are specifically marked "Highly Confidential" and/or contain specific confidentiality provisions, and contain confidential information regarding significant settlements of underlying claims as well as terms and conditions the parties thereto agreed remain confidential. Defendants wish to protect the

---

[1] This Motion is submitted by the following entities ("Defendants"), which are certain Defendants in the remaining Pleading Bundle A actions, including: BP America Production Company, BP America Inc., BP Exploration & Production Inc., BP Products North America Inc., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Triton Asset Leasing GmbH. BP p.l.c. also joins this Motion as it has joined the referenced Motion to Dismiss for the reasons set forth therein.

[2] The documents sought to be filed under seal are Roy Kemp, deceased - Release and Covenant Not to Sue dated October 12, 2011, Exhibit A; and Donald Clark - Receipt, Release and Settlement of All Claims and Indemnity Agreement, dated September 16, 2011, Exhibit B to the referenced Motion.

[1]

confidentiality not only for their own benefit but for the benefit of the respective claimants and releases as required, as said respective claimants and releases are no longer parties to this litigation.

WHEREFORE, Defendants pray that that the Court grant its Motion and that the documents identified as Exhibit nos. A and B, exhibits to their Memorandum in support of their omnibus Motion to Dismiss the Claims of Peggy Kemp and Dorothy Bright Clark be filed under seal.

Dated:  July 6, 2017            Respectfully submitted,

/s/ *Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Christopher Esbrook
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock, P.C,
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Attorneys for BP Exploration & Production Inc., BP America Production Company, BP*

[2]

America Inc., BP p.l.c., BP Products North America Inc.

/s/ *Frank A. Piccolo*
Frank A. Piccolo (Bar #02049)
PREIS PLC
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 355-6062
Facsimile: (713) 572-9129

*Attorneys for Transocean Offshore Deepwater Drilling, Inc., Transocean, LTD., Transocean Holdings, LLC, Transocean Deepwater, Inc., and Triton Asset Leasing, GmbH*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2017.

/s/ *Frank A. Piccolo*
FRANK A. PICCOLO