IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Carl J. Barbier |
| *Claims of Peggy Kemp (12-01895, 13-06013) and Dorothy Clark (11-00945)* | * * | Mag. Judge Joseph C. Wilkinson, Jr. |

## ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File Certain Documents Under Seal filed by Defendants;

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the Clerk of Court is ordered to file Exhibit Nos. A and B to Defendants' Memorandum in support of their omnibus Motion to Dismiss the Claims of Peggy Kemp and Dorothy Bright Clark (Rec.Doc._____) into the record under seal.

New Orleans, Louisiana, this _____ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE