UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All Cases, Including No. 12-970* | * * | MAG. JUDGE WILKINSON |

**ORDER**
**[Implementing Fifth Circuit Opinion Re Policy 495]**

On May 22, 2017, a panel of the Fifth Circuit Court of Appeals issued an opinion in its case no. 15-30377 ("the 495 Opinion"). This Court subsequently issued two interim orders implementing the 495 Opinion (Rec. Docs. 22872, 22935) (the "Interim Orders"). These were designated "Interim" because the Court of Appeals had not yet issued a mandate. On June 29, 2017, the Court of Appeals issued the mandate in its case no. 15-30377. Accordingly,

IT IS ORDERED that the Interim Orders be and are hereby amended so as to delete the "Interim" designation therefrom.

IT IS FURTHER ORDERED that the Interim Orders be and are hereby amended so as to provide that that the Claims Administrator may issue final determinations on and, if appropriate, pay claims that are subject to these Orders, but otherwise to remain in full force and effect in accordance with their terms.

New Orleans, Louisiana, this 5th day of July, 2017.

_____
United States District Judge