UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 12-970 | * * | MAG. JUDGE WILKINSON |
| This applies to Claimant ID 100294261 and Claim ID 363913 only | * * | |

**************************************************************************

## MOTION FOR RECONSIDERATION OF ORDER [REC. DOC. 22935]

**NOW INTO COURT**, through undersigned counsel, comes Claimant ID 100294261 ("Claimant"),[1] which respectfully moves this Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, to reconsider its Order dated June 13, 2017 [Rec. Doc. 22935],[2] only to the extent that it pertains to Claim ID 363913, because the Order was issued in error and to prevent manifest injustice.

As is more fully set forth in the Memorandum in Support, which is adopted herein by reference, the Claims Administrator previously determined that Claim ID 363913 did not trigger Policy 495; therefore, as a "sufficiently matched" claim, Claim ID 363913 cannot be processed in accordance with the Annual Variable Margin ("AVM") Methodology of Policy 495. Consequently, it was an error for the Court in the Order [Rec. Doc. 22935] to remand Claim ID 363913 to the Claims Administrator to be processed under the AVM Methodology Accordingly,

---

[1] For purposes of preserving confidentiality, Claimant will refer to itself by the Claimant ID Number issued by the Claims Administrator, and will refer to the Claim ID instead of the name of the business.

[2] On July 5, 2017, the Court issued an Order implementing the decision of the U.S. Fifth Circuit regarding Policy 495, and deleting the "Interim" designation from the Order [Rec. Doc. 23003].

Claimant respectfully requests that the Court reconsider the Order [Rec. Doc. 22935] as it pertains to Claim ID 363913, and overturn and reverse the remand of this claim.

**WHEREFORE**, Claimant respectfully prays that this Honorable Court reconsiders its Order [Rec. Doc. 22935], and overturn and reverse the remand as it pertains to Claim ID 363913.

Respectfully Submitted,

*/s/Douglas W. Redfearn*
Douglas W. Redfearn (La. Bar No. 21042)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA 70115
Telephone: (504) 569-2030
douglasr@spsr-law.com
**Counsel for Claimant ID No. 100294261**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of July, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.

*/s/ Douglas W. Redfearn*