UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 12-970 | * * | MAG. JUDGE WILKINSON |
| | * | |
| This applies to Claimant ID 100294261 and Claim ID 363913 only | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion for Reconsideration of Order [Rec. Doc. 22935] of Claimant ID 100294261:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Order dated June 13, 2017 [Rec. Doc. 22935] is hereby **OVERTURNED** as to Claimant ID 100294261 and Claim ID 363913 only, and the Order dated June 13, 2017 [Rec. Doc. 22935] remanding Claim ID 363913 to the Claims Administrator to be processed under the Annual Variable Margin Methodology is hereby **REVERSED**.

New Orleans, Louisiana, this ___ day of _____, 2017.

HONORABLE CARL J. BARBIER

00488095-2