## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to:<br>No. 12-970 | * * * | MAG. JUDGE WILKINSON |
| This applies to Claimant ID 100294261 and Claim ID 363913 only | * * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion for Reconsideration of Order [Rec. Doc. 22935] of Claimant ID 100294261 is hereby set for submission before the Honorable Carl J. Barbier on August 2, 2017, at 9:30 a.m.

    Respectfully Submitted,

    /s/Douglas W. Redfearn
    Douglas W. Redfearn (La. Bar No. 21042)
    SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
    1100 Poydras Street, 30th Floor
    New Orleans, LA 70115
    Telephone: (504) 569-2030
    douglasr@spsr-law.com
    ***Counsel for Claimant ID No. 100294261***

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of July, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.

    /s/ Douglas W. Redfearn

00487699-2