# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** |
| | **SECTION J** |
| **This Document Relates to: 2:17-cv-02881** | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE WILKINSON, JR.** |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court for the United States District Court for the Eastern District of

Louisiana and all parties of record

I am admitted to practice in this court and I appear in this case as counsel of record for

Biskobing Law, P.C.

Date:   July 7, 2017

Respectfully submitted,

*/s/ Melissa M. Lessell*
William E. Wright, Jr. (#8564)
wwright@deutschkerrigan.com
Melissa M. Lessell (#32710)
mlessell@deutschkerrigan.com
Karuna Dave (#37091)
kdave@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504 581 5141
Facsimile:  504 566 1201
**Attorneys for Biskobing Law, P.C.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Entry of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2017.

_/s/ Melissa M. Lessell_____
MELISSA M. LESSELL