IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| *Claims of Peggy Kemp (12-01895, 13-06013) and Dorothy Clark (11-00945)* | * * | Magistrate Judge Wilkinson |

## DEFENDANTS'[1] MOTION TO DISMISS THE CLAIMS OF PEGGY KEMP AND DOROTHY BRIGHT CLARK PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW DEFENDANTS, pursuant to this Court's order of June 6, 2017 (Doc. 22922), and files this consolidated Motion to Dismiss the claims of Peggy Kemp and Dorothy Bright Clark, mothers of deceased claimants Roy Kemp and Donald Clark, and in support thereof state as follows:

1. As the Court is well aware, on or about April 20, 2010, the rig DEEPWATER HORIZON, a dynamically positioned MODU, caught fire and eventually sank off the coast of Louisiana. Unfortunately 11 persons were lost as a result of the incident, including Transocean employees Roy Kemp and Donald Clark.

2. Both Messrs. Kemp and Clark were survived by wives and children, and as set for the in detail below, and claims were brought by the wives and/or children individually and on behalf of the estates of these deceased seaman. That notwithstanding, additional claims above

---

[1] The forgoing is submitted by the following entities ("Defendants") which are certain defendants in the remaining Pleading Bundle A actions: BP America Production Company, BP America Inc. BP Corporation North America Inc., BP Exploration & Production Inc., BP Products North America Inc., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Triton Asset Leasing GmbH, Halliburton Energy Services, Inc. and Sperry Drilling Services.

styled were brought by the mothers of these seamen, separate and apart from the claims of the families and estates.

3.  The claims of Peggy Kemp and Dorothy Bright Clark are claims that can only be brought by the estates of Roy Kemp and Donald Clark on their behalf. These estates were administered by the duly and properly appointed representatives of said estates who settled all claims related to the deaths of Roy Kemp and Donald Clark and issued releases in favor of Defendants. As a result, even if the foregoing facts (which are documented and not in dispute) are construed in the light most favorable to the individual claims Peggy Kemp and Dorothy Bright Clark, these additional claims are improper under the law, and thus these claimants fail state a cause of action upon which relief can be granted as neither presents a plausible right to relief. Fed.R.Civ.P. 12(b)(6).[2]

4.  Defendants Memorandum in Support of this Motion, along with a Proposed Order, is filed contemporaneously herewith, attached hereto and incorporated by reference.

WHEREFORE, PREMISES CONSIDERED, Defendants Request this Court grant this Motion and Dismiss all claims of Peggy Kemp and Dorothy Bright Clark as under the circumstances and facts and events as set forth in the attached memorandum, same fail to state a cause of action upon which relief may be granted, or, alternatively, based upon the undisputed facts, same must fail as a matter of law. Defendants further request the Court grant such other and various relief as deemed appropriate in law and in equity.

---

[2] To the extent the Court deems this a Motion for Summary Judgement under Rule 56(e), Defendants so move as there is no genuine issue of material fact and the Court may dismiss these claims based on the foregoing arguments as a matter of law. Fed.R.Civ.P 12(d).

Dated: July 6, 2017                               Respectfully submitted,

/s/ *Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
Christopher Esbrook
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock, P.C,
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

/s/ *Frank A. Piccolo*
Frank A. Piccolo (Bar #02049)
PREIS PLC
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 355-6062
Facsimile: (713) 572-9129

*Attorneys for Transocean Offshore Deepwater Drilling, Inc., Transocean, LTD., Transocean Holdings, LLC, Transocean Deepwater, Inc., and Triton Asset Leasing, GmbH*

          /s/ *R. Alan York*
          R. Alan York
          **REED SMITH LLP**
          811 Main Street
          Suite 1700
          Houston, TX 77002
          AYork@ReedSmith.com
          Telephone:  713-469-3800
          Facsimile:  713-469-3899

          *Attorneys for Halliburton Energy Services,*
          *Inc. Sperry Drilling Services*

### CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2017.

          /s/ *Don K. Haycraft*
          Don K. Haycraft