# EXHIBIT C

| | |
|---|---|
| SUCCESSION OF | STATE OF LOUISIANA |
| DONALD NEAL CLARK | PARISH OF TENSAS |
| DECEASED. | SIXTH DISTRICT COURT |
| Filed: March 27, 2012 | _Cecil L Evans_<br>Dy-Clerk of Court |

DOCKET NO. 23,112

SUCC. NO. 5567

### ORDER

IN CONSIDERATION OF THE FOREGOING PETITION, and due proof having been made before this Court that the Notice for Petition to Enter Into Settlement, herein filed on the 24th day of February, 2012, has been advertised according to law; that no opposition has been filed thereto, and that the legal delays for opposing the same have elapsed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Sheila Clark, Donald D. Clark and Tandrea Clark, are hereby authorized to compromise and enter into settlement for the Estate of Donald Neal Clark with Transocean Offshore Deepwater Drilling, Inc., et al. and promptly forward to the Estate of Donald Neal Clark, the settlement amount of $30,000.00.

Signed this 4th day of April, 2012, at St. Joseph, Louisiana.

_Michael E. Lancaster_
Judge, Sixth Judicial District

C:\Users\clee\Documents\WPDOCS\SUCCESS\Clark-Donald Neal.Motion to approve settlement.wpd