IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| *Claims of Peggy Kemp (12-01895, 13-06013) and Dorothy Clark (11-00945)* | * * | Magistrate Judge Wilkinson |

### ORDER GRANTING DEFENDANTS'[1] MOTION TO DISMISS THE CLAIMS OF PEGGY KEMP AND DOROTHY BRIGHT CLARK

THIS CAUSE came before the Court upon Defendants consolidated Motion to Dismiss the claims of Peggy Kemp and Dorothy Bright Clark, mothers of deceased claimants Roy Kemp and Donald Clark, brought pursuant to this Court's order of June 6, 2017 (Doc. 22922). The Court upon review of the Motion, the responses thereto, and being otherwise fully advised in the premises, deems the Motion to have merit and GRANTS same.

It is THEREFORE ORDERED AND ADJUDGED that all remaining claims of Peggy Kemp and Dorothy Bright Clark are hereby DISMISSED with Prejudice.

Signed this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "Defendants" are certain defendants in the remaining Pleading Bundle A actions: BP America Production Company, BP America Inc. BP Corporation North America Inc., BP Exploration & Production Inc., BP Products North America Inc., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Triton Asset Leasing GmbH.