IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>*<br>* |
| This document relates to: | *  Judge Carl J. Barbier<br>* |
| *Claims of Peggy Kemp (12-01895, 13-06013) and Dorothy Clark (11-00945)* | *  Mag. Judge Joseph C. Wilkinson, Jr.<br>* |

## ORDER

**CONSIDERING THE FOREGOING** Amended Motion for Leave to File Certain Documents Under Seal filed by Defendants;

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the Clerk of Court is ordered to file Exhibit Nos. A and B to Defendants' Memorandum in support of their omnibus Motion to Dismiss the Claims of Peggy Kemp and Dorothy Bright Clark into the record under seal.

New Orleans, Louisiana this 7th day of July, 2017.

UNITED STATES DISTRICT JUDGE

[1]