IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater * MDL No. 2179
Horizon" in the Gulf of Mexico, *
On April 20, 2010 * Section: J
 *
This filing relates to: *All Cases* * Judge Carl J. Barbier
 *
(Including Civil Action No. 12-970) *

---

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Preecha Paksupun, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| **WALLACE WEYLIE** | **DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM** |
| By: *Wallace J. Weylie* | By: *Lynn C. Greer* |
| Wallace Weylie | Lynn C. Greer |
| Attorney for Claimant's Representative | VSB No.: 29211 |
| Wallace J. D. Weylie Law Firm | BrownGreer PLC |
| 250 Gulf Boulevard | 250 Rocketts Way |
| Indian Rocks Beach, Florida 33785 | Richmond, Virginia 23231 |
| (727) 330-7659 | (804) 521-7200 |
| Date: 06/23/2017 | Date: 6/29/2017 |

1