# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION: J |
| This Document Relates to: No. 12-970 | : : : | JUDGE BARBIER  MAG. JUDGE WILKINSON |
| This applies to Claimant ID 100247413 and Claim ID 236712 only | : : | |

___

## MOTION FOR RECONSIDERATION OF ORDER [REC. DOC. 22935]

Claimant ID 100247413 ("Claimant") respectfully requests that the Court reconsider its Order dated June 13, 2017 [Rec. Doc. 22935],[1] only to the extent that it pertains to Claim ID 236712; the profit and loss statements ("P&Ls") for the claim were determined to be sufficiently matched and did not trigger application of any framework under Policy 495. Further, in the review of the claim, the Claims Administrator did not move revenues from one month to another. Additionally, application of Policy 495 was not at issue on appeal and not before the Court on BP's Request for Discretionary Court Review. For these reasons, and for the reasons set forth in the Memorandum in Support submitted herewith, Claimant respectfully prays that its Motion for Reconsideration of Order be granted.

Respectfully submitted,

/s/ Matthew E. Lundy
Matthew E. Lundy (# 18988)
501 Broad Street (70601)
Post Office Box 3010
Lake Charles, Louisiana 70602-3010

___

[1] On July 5, 2017, the Court issued an Order implementing the decision of the U.S. Fifth Circuit regarding Policy 495, and deleting the "Interim" designation from the Order dated June 13, 2017 [Rec. Doc. 23003].

Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant ID No. 100247413*

## **CERTIFICATE OF SERVICE**

I, Matthew E. Lundy, do hereby certify that that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 11th day of July, 2017.

/s/Matthew E. Lundy