UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION: J |
| This Document Relates to: No. 12-970 | : : : | JUDGE BARBIER  MAG. JUDGE WILKINSON |
| This applies to Claimant ID 100247413 and Claim ID 236712 only | : : | |

## ORDER

Considering the Motion for Reconsideration of Order filed by Claimant ID 100247413 concerning Claim ID 236712, the evidence in the claim file, and the law, it is hereby ORDERED that:

1) The Motion for Reconsideration of Order filed by Claimant No. 100216080 concerning Claim ID 236712 is hereby **GRANTED**;

2) The Claims Administrator is hereby ORDERED to return Claim ID 236712 to the Court for consideration of BP's Request for Discretionary Court Review and Claimant's Opposition thereto.

Thus DONE and SIGNED at New Orleans, Louisiana, this ___ day of _____, 2017.

_____
**United States District Court Judge**