IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| **This document relates to:** <br> **No. 12-970** | * Honorable CARL J. BARBIER <br> * <br> * Magistrate Judge WILKINSON |
| **This applies to Claimant ID 100286580 and Claim ID 301397 only** | * <br> * |

## MOTION FOR RECONSIDERATION OF ORDER (DOC. 22935)

COMES NOW the Claimant (ID 100286580; Claim ID 301397) and respectfully requests that the Court reconsider its Order dated June 13, 2017 (Doc. 22935)[1] only to the extent that it pertains to Claimant. The Order should be reconsidered for the following reasons, which are more fully explained in the accompanying Memorandum in Support:

- The Order remanded Claimant's claim "to be processed under the Annual Variable Margin Methodology," (Doc. 22935), but Claimant's claim was already processed, and approved, by the Claims Administrator using the Annual Variable Margin Methodology.

- BP's appeal of Claimant's award did not implicate any issues of Policy 495 affected by the Fifth Circuit's opinion in its Case No. 15-30377, but rather raised what the Appeal Panel called "speculative" arguments about related party transactions and whether Claimant could be considered an excluded

---

[1] This Order was originally styled as an "Interim Order," but the Court on July 5, 2017 entered an Order deleting the "Interim" designation. (Doc. 23003).

{B2596348}

"Real Estate Developer." Similarly, BP's request for discretionary review did not implicate any issues of Policy 495 affected by the Fifth Circuit's opinion in its Case No. 15-30377.

- Remand of Claimant's claim will only serve to delay Claimant's meritorious claim, and provide BP a second bite at the apple in its appellate arguments, after having its prior appellate arguments rejected.

For these reasons, and those set forth in the accompanying Memorandum in Support, Claimant respectfully requests that its Motion for Reconsideration be granted, and that its claim be returned to the Court to determine whether to accept BP's request for discretionary review.

Respectfully submitted,

/s/ H. Thomas Wells, III
H. Thomas Wells, III (ASB-4318-H62W)
STARNES DAVIS FLORIE LLP
P.O. Box 59812
Birmingham, AL  35259
phone:  (205) 868-6000
fax:     (205) 868-6099
email:   twells@starnelaw.com

*Counsel for Claimant*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of July, 2017.

                                               /s/ H. Thomas Wells, III
                                               H. Thomas Wells, III (ASB-4318-H62W)