# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| **This document relates to:** <br> **No. 12-970** | * Honorable CARL J. BARBIER <br> * <br> * Magistrate Judge WILKINSON |
| **This applies to Claimant ID 100286580 and Claim ID 301397 only** | * <br> * |

## ORDER

This matter is before the Court on the motion of Claimant (Claimant ID 100286580; Claim ID 301397) for reconsideration of Order (Doc. 22935). Having considered the motion, the Court finds that it is well taken and due to be granted.

IT IS HEREBY ORDERED that:

1) The motion filed by Claimant ID 100286580 concerning Claim ID 301397 is **GRANTED**;

2) The Claims Administrator is hereby ORDERED to return Claim ID 301397 to the Court for consideration of BP's Request for Discretionary Court Review and Claimant's objection thereto.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE