UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** : | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** : | |
| **GULF OF MEXICO, ON APRIL 20, 2010** : | **SECTION: J** |
| : | |
| **This Document Relates to:** : | **JUDGE BARBIER** |
| **No. 12-970** : | |
| : | **MAG. JUDGE WILKINSON** |
| **This applies to Claimant ID 100107923** : | |
| **and Claim ID 57700 only** : | |

MOTION FOR RECONSIDERATION OF ORDERS [REC. DOC. 22935]

Claimant ID 100107923 ("Claimant") respectfully requests that the Court reconsider its Order dated June 13, 2017 [Rec. Doc. 22935] (hereinafter referred to as the "Second Interim Order"), only to the extent that it pertains to Claim ID 57700. This Order was not applicable to Claim 57700 because any and all errors alleged as to the applicability of Policy 495 in calculating the present Claim's Eligibility Notice were not preserved by Appellant, BP. In support of this Motion, see Claimant's attached Memorandum.

Respectfully submitted,

/s/Mary Beth Mantiply
Mary Beth Mantiply
Post Office Box 862
Montrose, Alabama 36559
(251) 625-4040
adele123m@aol.com
*Counsel for Claimant ID No. 100107923*

**CERTIFICATE OF SERVICE**

I, Mary Beth Mantiply, do hereby certify that on this 17th day of July, 2017, I

electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.

                                                    /s/Mary Beth Mantiply