UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br>SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to:<br>*No. 16-5490* | * * | MAG. JUDGE WILKINSON |

### ORDER

Before the Court is JEM PC Beach, LLC's ("JEM") Motion to Vacate Notice of Voluntary Dismissal (Rec. Doc. 22052) and BP's opposition to same (Rec. Doc. 22287).

JEM requests that the Court vacate a Notice of Voluntary Dismissal (Rec. Doc. 20428) insofar as it dismissed JEM's claim, arguing that JEM's counsel inadvertently included JEM among other clients/plaintiffs listed in the notice. After the JEM's motion and BP's response were filed, JEM's counsel filed another Notice of Voluntary Dismissal that attempted to dismiss JEM's claims. (Rec. Doc. 22382).[1] Therefore, JEM's motion may well be moot. If the motion is not moot, the Court concludes that the subsequent attempt at voluntary dismissal (whether inadvertent or intended) and the arguments set forth by BP are sufficient reason to deny JEM's motion. Accordingly,

IT IS ORDERED that the Motion to Vacate Notice of Voluntary Dismissal (Rec. Doc. 22052) is DENIED.

New Orleans, Louisiana, this 17th day of July, 2017.

_____
United States District Judge

---

[1] This latter notice was deemed deficient by the Clerk of Court. Nevertheless, it marks at least the second, if not the third (*see* Rec. Doc. 18572), filing by JEM's counsel that purported to voluntarily dismiss JEM's claims.