UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al. | |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Motion of Deepwater Horizon Economic Claims Center ("DHECC") to Examine Judgment Debtor, Record Doc. No. 22925; Judgment Debtor Examination

O R D E R E D:

 XXX : CONTINUED. Due to a conflict on my calendar, the judgment debtor examination set in this matter on July 26, 2017, is hereby CONTINUED to **August 9, 2017 at 11:00 a.m.** before me.  Counsel for DHECC, Justin M. Chopin, is directed to serve a copy of this order on the judgment debtor and file a return of service in the record. The Clerk is directed to file a copy of this order in both MDL 2179 and Civil Action No. 12-970.

New Orleans, Louisiana, this __18th__ day of July, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE