UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All Cases In Pleading Bundle B3* | * * | MAG. JUDGE WILKINSON |

## ORDER

On June 5, 2017, the Court received an e-mail from attorneys representing companies that were involved in oil spill response operations, but were not one of the "Clean-Up Responder Defendants" named in the B3 Master Complaint (hereinafter, "Additional Clean-Up Responder Defendants"). These attorneys stated that, although earlier-filed B3 complaints had named their clients as defendants, the recently-filed individual actions filed in response to Pretrial Order No. 63 ("PTO 63," Rec. Doc. 22295) by certain of those same plaintiffs no longer named these companies as defendants. Thus, the attorneys requested that the Court dismiss and close the earlier lawsuits, since their clients are not named as defendants in the recently-filed PTO 63 actions.

On June 7, 2017, the Court docketed the June 5, 2017 e-mail and required that any party wishing to file a response must do so by June 21, 2017. (Rec. Doc. 22926). Only BP filed a response, and it was not opposed to the Additional Clean-Up Responder Defendants' proposal: "Where B3 plaintiffs have complied with PTO 63, BP agrees that the earlier-filed actions by those B3 plaintiffs in MDL 2179 are superseded and should be dismissed to the extent they allege B3 claims." (Rec. Doc. 22989).

Accordingly,

IT IS ORDERED that the attorneys representing the Additional Clean-Up Responder Defendants shall coordinate, prepare, and file by <u>July 31, 2017</u>, a list of cases that they believe should be dismissed for the reasons stated in their June 5, 2017 e-mail. The list shall cross-reference the pre-PTO 63 cases with the respective post-PTO 63 individual complaints.

New Orleans, Louisiana, this 18th day of July, 2017.

_____
United States District Court