UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *All Claims In Pleading Bundle B3* | * | MAG. JUDGE WILKINSON |

# ORDER

### [As to Compliance with Pretrial Order No. 63]

The B3 pleading bundle includes all claims related to post-explosion clean-up, medical monitoring, and post-April 20 personal injury claims. The B3 pleading bundle also includes contract claims related to response efforts, including the "Vessels of Opportunity" program. On February 22, 2017, the Court issued Pretrial Order No. 63 ("PTO 63", Rec. Doc. 22295), which dismissed the Amended B3 Master Complaint and ordered all plaintiffs who had timely filed a claim in the B3 pleading bundle and had not released their claims to submit certain documents. Specifically, B3 Plaintiffs who previously filed an individual lawsuit (i.e., a single-plaintiff complaint without class allegations) were required to complete, file, and serve the Sworn Statement attached to PTO 63 as Exhibit A. B3 Plaintiffs who did not file individual lawsuit, but instead had filed a Short Form Joinder and/or were part of a complaint with more than plaintiff or a class action, were required to complete, file, and serve an individual lawsuit (complaint) and a Sworn Statement. PTO 63 warned that failure to comply with its requirements would result in the dismissal with prejudice of the B3 claims.

B3 plaintiffs initially had until April 12, 2017 to comply with PTO 63. Many sought and received an extension up to May 3, 2017 to comply with PTO 63. (Rec. Docs. 22625, 22626,

22723, 22724, 22781).  Pursuant to the Court's instruction, on June 7, 2017, BP provided to the Court and the Plaintiffs' Steering Committee a list of plaintiffs that BP in good faith believed complied with PTO 63 and a list of plaintiffs that made a submission in response to PTO 63 that BP in good faith believed were materially deficient for one or more reasons.

Having reviewed BP's report on the PTO 63 responses, the Court orders as follows:

IT IS ORDERED that the 960 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 63.  The B3 claims of the plaintiffs listed in EXHIBIT 1 are subject to further proceedings of this Court.

IT IS FURTHER ORDERED that the 173 plaintiffs listed in EXHIBIT 2 are deemed to be non-compliant with PTO 63.  The B3 claims of the plaintiffs listed in EXHIBIT 2 are DISMISSED WITH PREJUDICE.[1]

IT IS FURTHER ORDERED that B3 claims that are not listed in EXHIBIT 1 are DISMISSED WITH PREJUDICE.[2]

IT IS FURTHER ORDERED that BP shall mail or e-mail a copy of this Order and EXHIBITS 1 and 2 to any plaintiff listed in those exhibits who is not represented by an attorney.

New Orleans, Louisiana, this 18th day of July, 2017.

                                                                        _____
                                                                                    United States District Court

---

[1] Plaintiffs who are minors may be listed in Exhibits 1 and 2 by last name, or a parent's name, or initials, etc., depending on what information was provided.

[2] To be clear, this dismissal does not affect cases filed by class members in the Medical Benefits Class Action Settlement pursuant to the Back End Litigation Option.  (Rec. Doc. 6427-1 § VII).