UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **This Document Relates to:**<br>*Certain Cases in the B1 Pleading Bundle* | *<br>* | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is BP's Dispositive Motion as to Released Claims ("Release Motion," Rec. Doc. 22479), which was filed pursuant to Pretrial Order No. 64 (Rec. Doc. 22297).

IT IS ORDERED that Exhibits A and D to the Release Motion shall be UNSEALED.

IT IS FURTHER ORDERED that any response/opposition to the Release Motion shall be filed by Tuesday, August 8, 2017. Responses shall not exceed 25 pages, double-spaced. BP may file a reply in support of the Release Motion by Tuesday, August 15, 2017. The reply shall not exceed 10 pages, double-spaced.

IT IS FURTHER ORDERED that BP shall serve (by mail or email) a copy of this Order and a copy of the Release Motion on any plaintiff (or the plaintiff's attorney, if represented) who is targeted by the Release Motion. When serving the Release Motion on a particular plaintiff, BP shall include only that portion of Exhibit B to the Release Motion that pertains to the plaintiff being served, and BP shall omit that portion of Exhibit B that does not pertain the plaintiff being served.

New Orleans, Louisiana, this 18th day of July, 2017.

_____
United States District Court