UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *Certain Cases in the B1 Pleading Bundle* | * * | MAG. JUDGE WILKINSON |

### ORDER

Before the Court is BP's Dispositive Motion as to Presentment ("Presentment Motion," Rec. Doc. 22480), which was filed pursuant to Pretrial Order No. 64 (Rec. Doc. 22297). Exhibit A to the Presentment Motion, a copy of which is attached to this Order, lists the plaintiffs that are targeted by the Presentment Motion.

IT IS ORDERED that any response/opposition to the Presentment Motion shall be filed by Tuesday, August 8, 2017. Responses shall not exceed 25 pages, double-spaced. BP may file a reply in support of the Presentment Motion by Tuesday, August 15, 2017. The reply shall not exceed 10 pages, double-spaced.

IT IS FURTHER ORDERED that BP shall serve (by mail or email) a copy of this Order and a copy of the Presentment Motion on any plaintiff who is a target of the Presentment Motion and who is not represented by an attorney.

New Orleans, Louisiana, this 18th day of July, 2017.

_____
United States District Court