## EXHIBIT A

### Remaining B1 Plaintiffs in Violation of 33 U.S.C.A. § 2713(a), (c)

| CASE NO. | PLAINTIFFS |
|---|---|
| 10-cv-2771 | Louisiana Workers' Compensation Corporation |
| 13-cv-05369 | Kent McConaghy; |
| 13-cv-05371 | Kara McConaghy |
| 16-cv-05862 | |
| 16-cv-06349 | Dailey's Iron & Machine Works, Inc. |
| 16-cv-06334 | Midnite Energy, Inc. |
| 16-cv-07295 | Monster Heavy Haulers, LLC |
| 16-cv-07262 | Fred Gossen Company, LLC |
| 16-cv-06337 | The Carmel Group, Inc. |
| 16-cv-06383 | Finance Motors of Crowley, LLC |
| 16-cv-07269 | Hernandez Properties, LLC |
| 16-cv-05804 | S&K Machineworks & Fabrication, Inc. |
| 16-cv-05764 | Herbert S. Hiller Corporation |
| 16-cv-05441 | Contract Fabricators, Inc. |
| 16-cv-05413 | Ardent, Inc. |
| 16-cv-06009 | James Crocker |
| 16-cv-05797 | Polyengineering, Inc. |
| 16-cv-06233 | Hilton Creel |
| 16-cv-05800 | Rehabilitation, Inc. |
| 16-cv-05767 | Hiller Offshore Services, Inc. |
| 16-cv-06339 | Carmel Enterprises, LLC |
| 16-cv-05425 | Barber Motorsports Park, LLC |
| 16-cv-05411 | American Cast Iron Pipe Company |
| 16-cv-05448 | Damrich Coatings, Inc. |
| 16-cv-05864 | Tow Line Barges, Inc. |
| 13-cv-01146 | Ballay, Braud & Colon, PLC |
| 16-cv-04184 | |
| 16-cv-04104 | Sanderson Realty, Inc. |
| 16-cv-05874 | Master Boat Builders, Inc. |
| 16-cv-06384 | Deep South Machine, Inc. |
| 14-cv-00331 | Spectrum Organization, Inc. d/b/a The Victorian Rental Pool |
| 16-cv-06364 | Fred Gossen Carmel Foods, LLC |
| 15-cv-01943 | Williams Fabrication Inc. |
| 16-cv-05598 | Engineered Process Equipment, Inc. |
| 16-cv-07273 | Highway 14 Cattle Company |
| 16-cv-06017 | Barfield Produce, LLC |
| 13-cv-02791 | Omar Garcia |
| 16-cv-06309 | |
| 16-cv-03927 | Ladner, Bunni J. |
| 11-cv-00911 | Jesco Construction Corporation of Delaware |

| CASE NO. | PLAINTIFFS |
|---|---|
| 14-cv-00674 | Mechanical Contractors - UA Local 119 Pension Trust Fund |
| 13-cv-02002 | Ascend Performance Materials Operations LLC d/b/a Ascend Performance Materials |