UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | | * | SECTION: J |
| This Document Relates to:  2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

<u>PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>

Plaintiffs GAUCI'S CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM

BUILDING AND  DEVELOPING, LLC and  WINTER GARDEN ITALIAN AMERICAN

BISTRO, LLC (referred to hereafter collectively as "the Gauci Businesses"), KAREN

GAUCI individually and JOSEPH V. GAUCI individually, file this opposition to

Defendants  Brent Coon &  Associates  Law Firm,  P.C., Brent Coon, Eric W. Newell,

and John Thomas (hereinafter collectively referred to as the "BCA Defendants") motion

to dismiss plaintiff's suit under Federal Rule of Civil Procedure 12(b) and who

respectfully oppose and represent as follows:

I.

Specifically, Plaintiffs oppose dismissal for the following reasons:

1.  The claim of lack of personal jurisdiction is frivolous.

2.  "The "court accepts `all well-pleaded facts as true, viewing them in the light most

favorable to the plaintiff.'" Martin K. Eby Constr. Co. v. Dallas Area Rapid Transit, 369

F.3d 464, 467 (5th Cir.2004) (quoting Jones v. Greninger, 188 F.3d 322, 324 (5th

Cir.1999)).Plaintiffs have asserted a meritorious claim for legal malpractice and related

violations of their rights.

3.   The arbitration clause is substantively and/or procedurally unconscionable under

Texas law.  It is believed that the Mississippi Supreme Court would  declare the arbitration clause to be invalid under generally recognized legal principles governing attorney-client relationships.

4.     Since many of the wrongful acts occurred in the Eastern District of Louisiana and the damages were sustained in the Eastern District of Louisiana (see 1 above), therefore venue in the Eastern District of Louisiana is proper.

II.

In Support of this opposition the Gauci Businesses"), KAREN GAUCI individually and JOSEPH V. GAUCI individually,  file the attached Memorandum of Support and incorporate it fully into this motion.

In further support of this opposition, plaintiffs attach the following exhibits:

A.     Contract of Employment marked exhibit "A";

B.     Affidavit under 28 U.S.C. 1746 by Joseph Gauci marked exhibit "B".

WHEREFORE PREMISES CONSIDERED, Defendants' motions should be denied with prejudice at the Defendants sole cost.

Respectfully submitted this the 18th  day of July, 2017.

BY:   GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

2

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFFS' OPPOSITION TO

DEFENDANTS' MOTION TO DISMISS has been  served on All Counsel by

electronically uploading the same to File & ServeXpress in accordance with Pretrial

Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk

of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF System, which will send a notice of electronic filing in accordance with the

procedures established in MDL 2179, on this 18th day of July, 2017.

/s/ George W. Healy IV