UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL No. 2179 SECTION: J |
| This Document Relates to: 2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Shushan |

### AFFIDAVIT UNDER 28 U.S.C. 1746 BY JOSEPH V. GAUCI

Attorney John Thomas met with me and my wife Karen, discussed the Deepwater Horizon litigation, and presented us with the contract of representation which we signed. He never called our attention to the fact that the contract included an arbitration agreement. He never mentioned arbitration.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the __17__ day of July, 2017.

Joseph V. Gauci

EXHIBIT "B"