# EXHIBIT 2

**419 REMAINING B1 PLAINTIFFS WHO ARE COMPLIANT WITH PTO 60, BUT ARE NOT COMPLIANT WITH PTO 64**

|  | (A) 333 REMAINING B1 PLAINTIFFS WHO SUBMITTED NO RESPONSE TO PTO 64 | |
|---|---|---|
|  | **PLAINTIFF** | **Civ. A. No.** |
| 1. | Abbott Arms Apartment Hotel | 13-02978 |
| 2. | Adams Home of NW FL, Inc. | 13-01494 |
| 3. | Alabama Roll, Inc. | 13-02232 |
| 4. | Alegion, Inc. | 16-05409 |
| 5. | Alejandro Vicente Wilson | 16-04901 |
| 6. | Alexis Garcia Segura | 16-04945 |
| 7. | Alfredo Decuir Garcia | 16-04755 |
| 8. | Alicia Morgado Morales | 16-04908 |
| 9. | Allegue, Jacinto Manuel | 13-02574 |
| 10. | American Cast Iron Pipe Company | 16-05411 |
| 11. | AMT, LLC | 13-00974 |
| 12. | Applewhite and Associates, Inc. | 13-02863 |
| 13. | Arc on Welding, Inc | 16-06056 |
| 14. | Architectural Specialties Trading Company | 13-02382 |
| 15. | Ardent, Inc. | 16-05413 |
| 16. | Armetta, Andrew | 16-06189 |
| 17. | Bailey, Patricia J. | 16-03822 |
| 18. | Bait Sales & Commercial Fishing | 13-00929 |
| 19. | Ballay, Braud & Colon, PLC | 16-04184 |
| 20. | Barfield Produce, LLC | 16-06017 |
| 21. | Bayouside Drive Seafood, LLC | 13-00837 |
| 22. | Beachside & Beyond Building Contractor, LLC | 16-05391 |
| 23. | Bez Oysters & Seafood, Inc | 16-05703 |
| 24. | Billy Richardson d/b/a Billy Richards, P.A. | 16-05454 |
| 25. | Biloxi Gaming Partners I, LLC | 13-01476 |
| 26. | Blanchard, Amanda | 13-00960 |
| 27. | Blanchard, Chad | 13-00963 |
| 28. | Blanchard, Della | 13-00915 |
| 29. | Blanchard, Eric | 13-00915 |
| 30. | Blick, Richard Lee | 16-04061 |
| 31. | Bulldog Sand and Gravel, Inc. | 13-02283 |
| 32. | Cajun Crab, LLC | 13-00915 |
| 33. | Calo Nursery and Landscape, Inc. | 16-05992 |
| 34. | Candelario De La Cruz Hernandez | 16-04753 |
| 35. | Canfora, Mark | 13-05367 |
| 36. | Capital Bank | 13-06648 |
| 37. | Carlos David Reyes Delgado | 16-05004 |
| 38. | Carrillo, Eduardo | 16-04539 |
| 39. | Carson & Company, Inc. | 13-01246 |
| 40. | Catana, Jose | 16-05166 |
| 41. | Cepeda Rodriguez, Juan | 16-04517 |

# EXHIBIT 2

| | | |
|---|---|---|
| 42. | Cephas Concrete | 16-06003 |
| 43. | Classy Cycles, Inc. | 16-05923 |
| 44. | Club Playero, S.C. de R.L. | 16-05202 |
| 45. | Coastal Community Investments, Inc. | 16-06262 |
| 46. | Coastal Land Development Group, LLC | 16-05941 |
| 47. | Conerly, Jeffery | 16-03848 |
| 48. | Construction Solutions International, Inc. | 16-05437 |
| 49. | Coperativa de Producion de Bienes y Servicios Tritones del Golfo S.C. de R.L. de C.V. | 16-05499 |
| 50. | Creel, Hilton | 16-06233 |
| 51. | Criollo, Alberto | 16-04544 |
| 52. | Crocker, James | 16-06009 |
| 53. | Crowe Boats, L.L.C. | 13-02436 |
| 54. | Cruz, Andres | 13-02791 |
| 55. | Cummings, Brenda | 16-06091 |
| 56. | Cutting Horse Yachts, LLC d/b/a Chittum Skiffs | 16-05831 |
| 57. | Damaso Vicente Cordova | 16-04634 |
| 58. | Damrich Coatings, Inc. | 16-05448 |
| 59. | David Casados Cruz | 16-04637 |
| 60. | DDK Partners | 16-07155 |
| 61. | De Dios, Elias | 16-04627 |
| 62. | Destin Pointe Development, LLC; Destin Development, LLC | 13-00834 |
| 63. | Dionisio Gomez Marquez | 16-04619 |
| 64. | Doris Perez Madrigal | 16-04921 |
| 65. | DTP Diecast Solutions, LLC | 16-05127 |
| 66. | Dunlop, Darlene M. | 13-02591 |
| 67. | Dupre, Paige | 13-00837 |
| 68. | Eber Mendez Zapata | 16-04748 |
| 69. | Edith del Carmen Segura Hernandez | 16-04631 |
| 70. | Edwards, David | 16-06696 |
| 71. | Elias Jimenez Perez | 16-04932 |
| 72. | Engineered Process Equipment, Inc. | 16-05598 |
| 73. | Equipos Marinos de Frontera, S.C.L. | 16-04375 |
| 74. | Fanguy, Barry Gene | 13-01900 |
| 75. | Fernando Carillo Lopez | 16-04955 |
| 76. | Fidalgo, Juan Carlos | 16-04558 |
| 77. | Floyd, Sidney Rafael Jr. | 16-03804 |
| 78. | Forgotten Beach Coast Realty | 16-05093 |
| 79. | Francisco Ramirez Santos | 16-04715 |
| 80. | Freedman, Zachary C. ; Firedman, Zachary C. | 13-01001 |
| 81. | Galbreath, Mitchell L. | 13-01626 |
| 82. | Gallardo, Wilfred G. Jr. | 16-03834 |
| 83. | Genofanes Olan De La Cruz | 16-04893 |

# EXHIBIT 2

| | | |
|---|---|---|
| 84. | George de La Cruz Morales | 16-04947 |
| 85. | George Vicente De Dios | 16-04911 |
| 86. | Global Disaster Recovery & Rebuilding Services, LLC | 16-06585 |
| 87. | Gomez, Jose | 13-01082 |
| 88. | Gounares, Bethany | 13-01560 |
| 89. | Grupo Medpa, S.C. de R.L. de M.I. | 16-04482 |
| 90. | Gulf Shore Hospitality LLC | 16-06379 |
| 91. | Gulf States Marine | 13-01974 |
| 92. | Gulfport Green Housing L.L.C. | 13-02400 |
| 93. | Haire's Creole Fish & Shrimp | 13-00996 |
| 94. | Haire's Gulf Shrimp Restaurant | 13-00999 |
| 95. | Hall's Seafood and Catfish Restaurant | 16-05033 |
| 96. | Harry, Ryan C. | 16-03878 |
| 97. | Hernandez Hernandea, Maria del Carmen | 16-04935 |
| 98. | Hernandez, Alejandro | 13-01082 |
| 99. | Herrera Novelo, Miguel Angel | 16-06319 |
| 100. | Herrera, Maria | 16-05175 |
| 101. | HI TECH Energy Systems | 16-04982 |
| 102. | Hoang, Dach | 16-06071 |
| 103. | Holt, John F. | 13-01183 |
| 104. | Honkers, Inc. | 16-05375 |
| 105. | Hung Manh Nguyen | 16-06352 |
| 106. | Hunt, George | 16-06105 |
| 107. | Industrial Valve Sales & Service, Inc. | 16-05877 |
| 108. | Innovations Federal Credit Union | 16-06049 |
| 109. | Integrated Electronic Technologies, Inc. | 16-05879 |
| 110. | International Capital Properties, Inc. | 16-05948 |
| 111. | Intradel Corporation | 13-02416 |
| 112. | Irbin Parra Andrade | 16-04896 |
| 113. | J Peaceful LC | 16-06391 |
| 114. | Jaime, Julianna | 16-05180 |
| 115. | Waddle, Jan Michael | 16-04083 |
| 116. | JDF Landing, Inc. | 13-02974 |
| 117. | Jesco Construction Corporation of Delaware | 13-06010 |
| 118. | Jesus Carillo Lopez | 16-04952 |
| 119. | Jesus Loyda Balcazas | 16-05279 |
| 120. | Johnson, Cornelius Jr. | 16-03828 |
| 121. | Johnson, Gilbert Sr. | 16-03831 |
| 122. | Jordan Pile Driving, Inc. | 16-06102 |
| 123. | Jose Agusto Diaz Gonzalez | 16-05209 |
| 124. | Jose del Carmen Perez Gomez | 16-05284 |
| 125. | Jose Sanchez Torres | 16-05007 |
| 126. | Justice Group, LLC | 16-05050 |

# EXHIBIT 2

| | | |
|---|---|---|
| 127. | Kibbe & Co Inc d/b/a Farm Raised Clams of SWFLA | 13-02677 |
| 128. | Kimbreaux Trading, Inc. | 13-01240 |
| 129. | Kincade, Edward Eugene Jr. | 16-05377 |
| 130. | King, Barbara Patton | 13-02306 |
| 131. | Knight, Carla C. | 12-02897 |
| 132. | Knight, David T. | 12-02897 |
| 133. | L & L Glick Ltd. Partnership; L & L Glick Limited Partners | 16-06303 |
| 134. | La Palma Restaurant; Restaurante/Bar La Palma | 16-06301 |
| 135. | La Virtud de Pescar S.C. de R.L. de C.V. | 16-05192 |
| 136. | Ladner, Bunni J. | 16-03927 |
| 137. | Lady Luck Bingo | 16-04231 |
| 138. | Laguna de Morelas, S.C. de R.L. | 16-04404 |
| 139. | Laguna de Pinolapa, S.C. de R.L. | 16-05342 |
| 140. | Laguna Y Puerto de Alvarado, S.C. de R.L. | 16-05233 |
| 141. | Lamulle Construction, L.L.C. | 16-04181 |
| 142. | Lartigue, Roger | 13-01264 |
| 143. | Las Ampolas, S.C.L. | 16-05388 |
| 144. | Lawson Environmental Services | 12-00740 |
| 145. | Lazaro Gonzalez Segura | 16-07522 |
| 146. | Leobardo Perez Flores | 16-04922 |
| 147. | Leoncio Santiago Marcelo | 16-04616 |
| 148. | Leopoldo Rejon Diaz | 16-05370 |
| 149. | Lilia Guzman Guzman | 16-05154 |
| 150. | Lopez Diaz, Nayeli Rosita | 16-05274 |
| 151. | Lopez, Jose | 16-04602 |
| 152. | Lorente Torruco Dorantes | 16-04621 |
| 153. | Lorenzo, Antioco | 16-04553 |
| 154. | Louisiana Workers' Compensation Corporation | 10-02771 |
| 155. | Luciano Ventura Jimenez | 16-04907 |
| 156. | Lucio Cruz Montejo | 16-05158 |
| 157. | Lyons, Samuel Jay | 16-05770 |
| 158. | March, James A. ; March, James | 16-03833 |
| 159. | Maria de la Luz Magana Peralta | 16-04899 |
| 160. | Maria Hatowecto, S.C. de R.L. | 16-04423 |
| 161. | Maria Margarita Origuela Gomez | 16-04721 |
| 162. | Marinero de San Pedro, S.C. de R.L. de C.V | 16-04359 |
| 163. | Master Boat Builders | 16-05874 |
| 164. | McDonald, Brenda Patton | 13-02306 |
| 165. | Mead, Mark Edward | 10-03261 |
| 166. | Mechanical Contractors - UA Local 119 Pension Trust Fund | 14-00674 |

# EXHIBIT 2

| | | |
|---|---|---|
| 167. | Mendoza Vargas, Carlos Mario | 16-04931 |
| 168. | Mendoza, Juan | 16-04746 |
| 169. | Meza, Aracely | 16-04618 |
| 170. | Miramar Beach Property | 16-06363 |
| 171. | Morganstern, Stephen B. | 13-01189 |
| 172. | Morrissette, Alvin | 16-05116 |
| 173. | Moxey, Nicole | 16-05906 |
| 174. | Mujeres del Cabezo de la Palangana | 16-05231 |
| 175. | Mujeres Esperimentando, S.C. de R.L. | 16-05374 |
| 176. | Neighborhood Development Collaborative | 13-02400 |
| 177. | Nelson Vicente Olan | 16-04904 |
| 178. | Nguyen, Thuy T. | 16-06191 |
| 179. | Nueva Esperanza de Rodriguez, S.C. de R.S. | 16-05170 |
| 180. | O'Brien Crab Company | 16-04799 |
| 181. | Odyssey Seafood, Inc.; Odyssey Seafood Traders Inc. | 16-04082 |
| 182. | Offshore Inland Marine & Oilfield Services | 16-05795 |
| 183. | Pamlico Packing Co., Inc | 13-02296 |
| 184. | Panama City Cycles | 16-04864 |
| 185. | Parker, Doye Patton | 13-02306 |
| 186. | Paso Nacional, S.C. de R.L. | 16-05459 |
| 187. | Patton, Donald | 13-02306 |
| 188. | Patton, Lois | 13-02306 |
| 189. | Patton, Randall | 13-02306 |
| 190. | Patton, Richard | 13-02306 |
| 191. | Patton, Roy D. | 13-02306 |
| 192. | Paw Paw's Cajun Kitchen | 13-01052 |
| 193. | Pensacola Beach Marina, LLC | 13-02379 |
| 194. | Perez, Carmen | 16-04625 |
| 195. | Permisionario Jose Gonzalez | 16-06295 |
| 196. | Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L. | 16-04419 |
| 197. | Pescadores del Puente, S.C. de R.L. de C.V. | 16-05182 |
| 198. | Petersen, Eric J. | 13-01004 |
| 199. | Peyton Cottrell Interest, Inc. | 13-01829 |
| 200. | Pham, Tuoi | 16-06200 |
| 201. | Phi Hai Shrimping | 16-06194 |
| 202. | Poc-Tal Trawlers, Inc. | 16-05117 |
| 203. | Porter, Scott Alan | 16-04067 |
| 204. | Prepaid Real Estate of Florida LLC | 13-05367 |
| 205. | Producion Pesquera Acuicola y Turistica y Bienes y Servicios La Pesca Milagrosa S.C. de R.L. de C.V. | 16-05484 |
| 206. | Puch, Santiago | 16-05160 |
| 207. | Pure Adrenalin (Fishing Vessel) | 13-04437 |

# EXHIBIT 2

| | | |
|---|---|---|
| 208. | Randy's Trucking, Inc. | 13-02435 |
| 209. | RBT Welders | 13-02231 |
| 210. | Renascent Holdings LLC | 13-02416 |
| 211. | Rene Zavala Salinas | 16-05196 |
| 212. | Restaurant Familiar Ah Caray; Restaurante Familiar Ah Caray! | 16-06298 |
| 213. | Restaurante Bar La Cabanita | 16-06296 |
| 214. | Ricardo Luis Gonzalez Hermida | 16-04942 |
| 215. | RK Turbine Consultants, LLC | 16-06980 |
| 216. | Rober Perez Wilson | 16-05025 |
| 217. | Rocha, Jose | 16-04727 |
| 218. | Rogelio Prieto Mora | 16-04897 |
| 219. | Roman Sosa Hernandez | 16-04725 |
| 220. | Romeo Candelera Colorado | 16-05186 |
| 221. | S&K Machineworks & Fabrication, Inc. | 16-05804 |
| 222. | S. La Flota, S.C. de R.L. | 16-05369 |
| 223. | S. La Jaivita, S.C. de R.L. | 16-05447 |
| 224. | S.C. Barra de Corazones, S.C. de R.L. | 16-04371 |
| 225. | S.C. P.P. Islas del Paquillo S.C. de R.L. de C.V. | 16-04355 |
| 226. | S.C. P.P. La Mujer Costena, S.C. de R.L. | 16-05220 |
| 227. | S.C. Producion de Bienes y Servicios Puerto de Abrigo S.C. de R.L. | 16-05545 |
| 228. | S.C.P. P. La Gaviota de Frontera, S.C. de R.L. | 16-04372 |
| 229. | S.C.P. Riberena de Bienes y Servicios Rio Caribe S.C. de R.L. de C.V. | 16-05364 |
| 230. | S.C.P.P 21 de Marzo, S.C. de R.L. | 16-06318 |
| 231. | S.C.P.P Laguna de Chila, S.C de R.L. | 16-05815 |
| 232. | S.C.P.P Liberacion 2003 S.C. de R.L. de C.V, | 16-04417 |
| 233. | S.C.P.P Pescadores de Potrero Mota de Chavez, S.C. de R.L. | 16-04425 |
| 234. | S.C.P.P Punta del Toro, S.C. de R. L. | 16-04358 |
| 235. | S.C.P.P Voluntad y Trabajo, S.C. de R.L | 16-04422 |
| 236. | S.C.P.P. 20 de Noviembre S.C de R.L. | 16-05573 |
| 237. | S.C.P.P. Acuicola y Bienes y Servicios La Atlantida S.C.L | 16-05372 |
| 238. | S.C.P.P. Acuicola La Palma Real, S.C. de R.L. | 16-05195 |
| 239. | S.C.P.P. Acuicola Turistica y Forestal y Ganadera La Esperanza S.C. de R.L. de C.V. | 16-05188 |
| 240. | S.C.P.P. Acuicola y Pesquera La Campanita, S.C. de R.L. | 16-05176 |
| 241. | S.C.P.P. Aculteca, S.C.L | 16-05223 |
| 242. | S.C.P.P. Almejeros de Alvarado, S.C. de R.L. | 16-05357 |
| 243. | S.C.P.P. Barra de Chiltepec, S.C.L. de C.V. | 16-04367 |
| 244. | S.C.P.P. Bella Palizada, S.C. de R.L. | 16-05219 |

**EXHIBIT 2**

| | | |
|---|---|---|
| 245. | S.C.P.P. Boca del Estero, S.C. de R.L. | 16-05224 |
| 246. | S.C.P.P. Campesino del Mar S.C. de R.L. | 16-05468 |
| 247. | S.C.P.P. Canal de la Puntilla, S.C. de R.L. | 16-05212 |
| 248. | S.C.P.P. Cangrejeros del Manglar, S.C. de R.L. | 16-05360 |
| 249. | S.C.P.P. Cocal Dorado, S.C. de R.L. | 16-05210 |
| 250. | S.C.P.P. Colonia Moreno, S.C. de R.L. | 16-04426 |
| 251. | S.C.P.P. Ejidatarios, S.C. de R.L. | 16-05395 |
| 252. | S.C.P.P. El Boqueron de Sabancuy S.C. de R.L. | 16-05532 |
| 253. | S.C.P.P. El Botadero Del Ejido Sinaloa, S.C. de R.L. de C.V. | 16-04369 |
| 254. | S.C.P.P. El Chejere S.C. de R.L. | 16-04416 |
| 255. | S.C.P.P. El Deslave, C.L. de C.V. | 16-04374 |
| 256. | S.C.P.P. El Obispo, S.C. de R.L. | 16-05467 |
| 257. | S.C.P.P. Grupo Pesquero de Salinas, S.C. de R.L. | 16-05178 |
| 258. | S.C.P.P. Isla del Chayote del Playon de Sanchez Magallanes, S.C. de R.L. de C.V. | 16-04353 |
| 259. | S.C.P.P. La Bellota S.C. de R.L. de C.V. | 16-04357 |
| 260. | S.C.P.P. La Marina, S.C. de R.L. | 16-04430 |
| 261. | S.C.P.P. La Nueva Fe, S.C. de. R.L. | 16-05373 |
| 262. | S.C.P.P. La Petrita S.C. de R.L. | 16-05340 |
| 263. | S.C.P.P. La Picuda, S.C. de R.L. | 16-05366 |
| 264. | S.C.P.P. La Virgen, S.C. de R.L. | 16-05405 |
| 265. | S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. | 16-04405 |
| 266. | S.C.P.P. Laguna de Popuyeca | 16-05382 |
| 267. | S.C.P.P. Laguna de Tacosta, S.C. de R.L. | 16-05222 |
| 268. | S.C.P.P. Las Aneas, S.C.L. | 16-05347 |
| 269. | S.C.P.P. Las Mujeres del Marisco S.C. de R.L. | 16-05164 |
| 270. | S.C.P.P. Las Palmas de Sanchez Magallanes S.C. de R.L. de C.V. | 13-02791 |
| 271. | S.C.P.P. Libres de las Escolleras, S.C. de R.L. | 16-05455 |
| 272. | S.C.P.P. Los Cavesos del Bajio, S.C. de R.L. | 16-05199 |
| 273. | S.C.P.P. Nueva Creacion de Bienes y Servicios R,L. de C.V. | 16-05518 |
| 274. | S.C.P.P. Penjamo R.L. de C.V. | 16-04403 |
| 275. | S.C.P.P. Pescadores Artesanos S.C. de R.L. | 16-05479 |
| 276. | S.C.P.P. Pescadores De Aquiles Serdan S.C.L. de C.V. | 16-04356 |
| 277. | S.C.P.P. Pescadores de Tampico, S.C. de R.L. De C.V. | 16-04420 |
| 278. | S.C.P.P. Pescadores del Tamcci, S.C. de R.L. | 16-04378 |

# EXHIBIT 2

| | | |
|---|---|---|
| 279. | S.C.P.P. Pescadores Unidos del Cascajal S.R.L de C.V. | 16-04406 |
| 280. | S.C.P.P. Punta de Diamante, S.C.L. | 16-05228 |
| 281. | S.C.P.P. Punto San Julian S.C. de R.L. | 16-05826 |
| 282. | S.C.P.P. Rey Jasur S.C. de R.L. | 16-05400 |
| 283. | S.C.P.P. Riberena Acuicola de Bienes y Servicios Vista AlegreS.C. de R.L. | 16-05489 |
| 284. | S.C.P.P. Riberena Malecon de la Puntilla, S.C. de R.L. | 16-05218 |
| 285. | S.C.P.P. Tatanan, S.C. de R.L. C.V. | 16-05205 |
| 286. | S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L. | 16-05820 |
| 287. | S.C.P.P. Villa del Mar, S.C. de R.L. | 16-05385 |
| 288. | S.C.P.P.R. Encenada de Alvarado, S.C. de R.L. | 16-05392 |
| 289. | S.C.R.P. de San Fernando, S.C. de R.L. | 16-04421 |
| 290. | S.P. Espuma Blanca, S.C. de R.L. | 16-04397 |
| 291. | S.P.P.P. Acuicola Arroyo Grande S.C. de R.L. de C.V. | 16-05237 |
| 292. | S.S.S., Ribera Alto Del Tigre | 16-04428 |
| 293. | Sanderson Realty | 16-04104 |
| 294. | Santiago Perez Uscanga | 16-05015 |
| 295. | Sara Islas Garcia | 16-05146 |
| 296. | SCI, Inc. | 13-02238 |
| 297. | SCPB Y S, Riberenos de La Manigua 2 | 16-05363 |
| 298. | Seafood 27 | 13-01060 |
| 299. | Segura Segura, Exequiel | 16-04916 |
| 300. | Segura, Romula | 16-04919 |
| 301. | Servicios Nelly | 16-05890 |
| 302. | Seward, Richard E Jr. | 16-04072 |
| 303. | Seward, Richard E Sr. | 16-04068 |
| 304. | Shiyou, Carol Patton | 13-02306 |
| 305. | SJMR Investments, LLC d/b/a Baymont Inn & Suites | 16-06385 |
| 306. | Southern Pines Apartments, LLC | 13-02967 |
| 307. | Spaven, Michelle | 16-03869 |
| 308. | Specialty Fuels Bunkering, LLC | 13-01227 |
| 309. | Stevens Family Limited Partnership | 13-02374 |
| 310. | Stewart, Gregory S. | 16-04545 |
| 311. | Stheicy, S.C. de R.L. | 16-05399 |
| 312. | Student Breaks, LLC | 16-04259 |
| 313. | Sushi VIP Room, Inc. | 16-05327 |
| 314. | Sutter, Luther | 13-02547 |
| 315. | Ta, Tich V. | 16-06119 |
| 316. | Tecomate S.C. de R.L. | 16-05216 |

**EXHIBIT 2**

| | | |
|---|---|---|
| 317. | Teodoro Wilson Gallegos | 16-04903 |
| 318. | Terrebone, Carol | 13-02415 |
| 319. | The Sprinkler Guy, LLC | 16-05854 |
| 320. | Tran, Duong | 16-06144 |
| 321. | Vallejo, Jose | 16-04703 |
| 322. | Villareal, Mercedes | 16-04630 |
| 323. | Villas of Whispering Pines, LLC | 13-02970 |
| 324. | Vision Park Properties, LLC; Park National Corporation | 13-02862 |
| 325. | Vu-Nguyen, Inc. | 16-06137 |
| 326. | Waldron, Brenda F. | 16-06028 |
| 327. | Waldron, Charles A. | 16-06023 |
| 328. | Winfield Resort Properties, Inc. | 13-01235 |
| 329. | Wright, Barbara | 13-02420 |
| 330. | Wright, Roderic M. | 13-01091 |
| 331. | Ysidro Morales Cordoba | 16-04886 |
| 332. | Zamudio, Emeterio | 16-05163 |
| 333. | Zehner and Associates, LLC | 16-05859 |

| | **(B) 73 Remaining B1 Plaintiffs With Materially Deficient PTO 64 Responses** | | | | |
|---|---|---|---|---|---|
| | **Plaintiff** | **Civ. A. No.** | **Responded for Property Damage or Fisherman Claim** | **Signed by Plaintiff** | **Timely** |
| 1. | 16 de Septiembre, S.C. de R.L. de C.V. | 16-04351 | Yes | Yes | No |
| 2. | Ahumada, Everardo | 16-04906 | Yes | Yes | No |
| 3. | Balderas, Leonel | 16-04742 | Yes | Yes | No |
| 4. | Camara, Heberto | 16-04635 | Yes | Yes | No |
| 5. | Cancino Diaz, Juan | 16-05020 | Yes | Yes | No |
| 6. | Cancino Hernandez, Cesar | 16-04956 | Yes | Yes | No |
| 7. | Cordova, Mabial | 16-04626 | Yes | Yes | No |
| 8. | Cosmopulos Lopez, Luis | 16-04950 | Yes | Yes | No |
| 9. | de la Cruz Ventura, Jorge | 16-04946 | Yes | Yes | No |
| 10. | De Los Santos, Ortencia | 16-04628 | Yes | Yes | No |
| 11. | DeLaCruz, Agustin | 16-04636 | Yes | Yes | No |
| 12. | Delgado, Rosa | 16-04718 | Yes | Yes | No |
| 13. | Dimas, Pablo | 16-04888 | Yes | Yes | No |
| 14. | Estate of Julio Barahona | 16-04711 | Yes | Yes | No |
| 15. | Genesta Rodriguez, Miguel | 16-04944 | Yes | Yes | No |
| 16. | Gomez, Ringo | 16-04623 | Yes | Yes | No |

**EXHIBIT 2**

| | | | | | |
|---|---|---|---|---|---|
| 17. | Gonzalez Dominguez, Carmen | 16-04942 | Yes | Yes | No |
| 18. | Gonzalez Juarez, Edilia | 16-04938 | Yes | Yes | No |
| 19. | Gonzalez Zamudio, Silvia | 16-04732 | Yes | Yes | No |
| 20. | Grupo Turistico Tamaulipas, S.A. de C.V | 11-01055 | Yes | Yes | No |
| 21. | Gutierrez, Noe | 16-04629 | Yes | Yes | No |
| 22. | Hernandez Madrigal, Waldo | 16-04934 | Yes | Yes | No |
| 23. | Hernandez, Juan Luis | 16-04624 | Yes | Yes | No |
| 24. | Hernandez, Maribel | 16-05013 | Yes | Yes | No |
| 25. | Ipina, Alejandro | 16-04890 | Yes | Yes | No |
| 26. | Jose Antonio Cano Barroso | 16-04622 | Yes | Yes | No |
| 27. | Ortiz Dominguez, Josefa | 16-04929 | Yes | Yes | No |
| 28. | Pena Crisanto, Maria DeLaLuz | 16-04928 | Yes | Yes | No |
| 29. | Perez, Victor Javier | 16-04925 | Yes | Yes | No |
| 30. | Pescadores de Gonzales Ortega, S.C. de R.L | 16-04383 | Yes | Yes | No |
| 31. | Pescadores del Golfo de Mexico, S.C. de R.L. | 13-02791 | Yes | No | Yes |
| 32. | S.C. El Coral de Magallanes S.C. de R.L. de C.V. | 16-04365 | Yes | Yes | No |
| 33. | S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V. | 16-04412 | Yes | Yes | No |
| 34. | S.C. Pescadores El Nuevo Milenio | 16-04399 | Yes | Yes | No |
| 35. | S.C. Vanesita Marinera, S.C. de R.L. de C.V. | 16-04363 | Yes | Yes | No |
| 36. | S.C.C.P.P. Mano de Leon, S.C. de R.L | 16-04366 | Yes | No | Yes |
| 37. | S.C.P. Ejido Reventadero, S.C. de R.L. | 16-04377 | Yes | Yes | No |
| 38. | S.C.P. Escameros de Sanchez Magallanes | 16-04398 | Yes | Yes | No |
| 39. | S.C.P.P. Atlizintla S.C. de R.L. | 16-05173 | Yes | Yes | No |
| 40. | S.C.P.P. Barra de Boca Ciega, S.C. de R.L. | 16-04392 | Yes | No | Yes |
| 41. | S.C.P.P. Barra de Santa Maria, S.C. de R.L. | 16-04487 | Yes | No | Yes |
| 42. | S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R. | 16-05371 | Yes | Yes | No |
| 43. | S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. | 16-04395 | Yes | Yes | No |
| 44. | S.C.P.P. El Emporio de Santana, S.C. de R.L. | 16-04360 | Yes | Yes | No |
| 45. | S.C.P.P. El Jurel, S.C. de R.L. | 16-05227 | Yes | Yes | No |
| 46. | S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. | 16-04409 | Yes | Yes | No |
| 47. | S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. | 16-04410 | Yes | Yes | No |
| 48. | S.C.P.P. La Tabasquenita, S.C. de R.L. | 16-04370 | Yes | Yes | No |
| 49. | S.C.P.P. La Victoria del Pescador S.C. de R.L. de C.V | 16-05333 | Yes | Yes | No |
| 50. | S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. | 16-04373 | Yes | No | Yes |
| 51. | S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. | 16-04402 | Yes | Yes | No |
| 52. | S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. | 16-04368 | Yes | Yes | No |
| 53. | S.C.P.P. Mayarazago Alto, S.C. de R.L. | 16-04389 | Yes | No | No |
| 54. | S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. | 16-04361 | Yes | Yes | No |
| 55. | S.C.P.P. Pescadores de Reventadero, S.C. de R.L. | 16-04380 | Yes | No | No |
| 56. | S.C.P.P. Pescadores de Tampacas, S.C. de R.L. | 16-04381 | Yes | Yes | No |
| 57. | S.C.P.P. Pescadores de Tampalache, S.C. de R.L. | 16-04384 | Yes | Yes | No |
| 58. | S.C.P.P. Pescadores Unidos de Panuco, S.C.L | 16-04386 | Yes | No | No |
| 59. | S.C.P.P. Playa Salinas, S.C. de R.L. | 16-05463 | Yes | Yes | No |
| 60. | S.C.P.P. Puerto de Sanchez Magallanes S.C.L | 16-04407 | Yes | Yes | No |

**EXHIBIT 2**

| | | | | | |
|---|---|---|---|---|---|
| 61. | S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. | 16-04387 | Yes | Yes | No |
| 62. | S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. | 16-04396 | Yes | Yes | No |
| 63. | Sanchez, Adelita | 16-04707 | Yes | Yes | No |
| 64. | Sanchez, Joel | 16-04729 | Yes | Yes | No |
| 65. | Sequera, Valentin | 16-04750 | Yes | Yes | No |
| 66. | Tannin, Inc. | 13-01583 | Yes | Yes | No |
| 67. | Torres Gomez, Concepcion | 16-04913 | Yes | Yes | No |
| 68. | Torrez, Alicia | 16-04632 | Yes | Yes | No |
| 69. | Ulloa, Carmen | 16-04910 | Yes | Yes | No |
| 70. | Union De Fileteros De Cucharas Jose Luis Palacios Medina | 16-04806 | Yes | No | Yes |
| 71. | Ventura, Asuncion | 16-04633 | Yes | Yes | No |
| 72. | Zopot, Eugenio | 16-05017 | Yes | Yes | No |
| 73. | Zuniga, Angel | 16-04735 | Yes | Yes | No |

**(C) 13 Claimants Who Submitted a Valid Moratoria Hold Opt-Out and Complied with PTO 60, in Accordance with and Pursuant to the Moratoria Hold Opt-Out Order**

| | Plaintiff | Civ. A. No. |
|---|---|---|
| 1. | Construction Solutions, Inc. | 16-05437 |
| 2. | Deepwater Structures, Inc. | 16-06155 |
| 3. | Offshore Inland Marine & Oilfield Services | 16-05795 |
| 4. | S&K Machineworks & Fabrication, Inc. | 16-05804 |
| 5. | Deroche, Anna | 17-06038 |
| 6. | Domingue, David | 17-05730 |
| 7. | Duhon, Shelton | 17-05733 |
| 8. | Juneau Marine Refrigeration and Air Conditioning, Inc. | 17-06051 |
| 9. | Michel, Warren Jr. | 17-06085 |
| 10. | Mills, Lewis | 17-05949 |
| 11. | Page, James | 17-06083 |
| 12. | Sublett, James | 17-06044 |
| 13. | Tucci, John D. | 17-02597 |