UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Nos. 16-15254, 17-2854, 16-4322, 17-2738, 17-2685, 16-15250, 17-2737, 17-2854, 16-15253, 16-15255* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are multiple Motions for Settlement Conference by pro se plaintiffs Leoutha Batiste, Joe L. Thompson, Powerhouse Church of God/Holy Ghost Power, Martha Caradine, Ricky Lidell, Blondine M. McBride, Lisa McBride, Ashley Thompson, Richard McBride, and Rico O. McBride/The Queen Esther Commercial Fishing. (Rec. Docs. 22980-88, 22991)

IT IS ORDERED that the above Motions for Settlement Conferences are DENIED.

New Orleans, Louisiana, this 19th day of July, 2017.

_____
United States District Judge

**Note to Clerk: Mail copies of this order to the plaintiffs listed above.**