UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | SECTION J |
| Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al. | * * * | JUDGE BARBIER |
| | | MAGISTRATE WILKINSON |

### EX-PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through one of his current counsel of record, undersigned below, comes Patrick Juneau, as Claims Administrator of the Deepwater Horizon Economic Claims Center ("DHECC"), who respectfully moves the Court to authorize the association as additional counsel of record for the DHECC of the following Louisiana licensed attorney:

Corey Moll, Louisiana Bar No. 34245, Deepwater Horizon Economic Claims Center, Suite 900, New Orleans, LA 70112, telephone 504-708-1170, fax 504-513-2689, cmoll@dheclaims.com, upon suggesting that he is employed in the DHECC as Senior Compliance Counsel and pursuant to said responsibilities handles all clawback proceedings for the DHECC.

WHEREFORE, the DHECC prays that the court enter the annexed order adding and enrolling Corey Moll, Deepwater Horizon Economic Claim Center, as additional counsel for the

DHECC in the present matter as clawback counsel for all clawback proceedings and related filings of the DHECC.

DATED this the 20th day of July, 2017.

Respectfully submitted,

*s/ J. David Forsyth*
J. David Forsyth
Louisiana Bar No. 5719
Sessions Fishman Nathan & Israel LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Tel: 504.582.1500 / Fax: 504.582.1555
jdf@sessions-law.com
*Attorney for Deepwater Horizon Economic Claim Center*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 20th day of July, 2017.

*s/ J. David Forsyth*
J. David Forsyth