UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179  SECTION J |
| Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al. | * * * | JUDGE BARBIER  MAGISTRATE WILKINSON |

ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED that Corey Moll be and his hereby added and enrolled as additional counsel of record for Patrick Juneau, as Claims Administrator of Deepwater Horizon Economic Claims Center, as clawback counsel for all clawback proceedings of the DHECC.

Ordered this ___ day of July, 2017.

_____
**JUDGE**