# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE WILKINSON |

_____

| | | |
|---|---|---|
| GAUCI CUSTOM BUILDERS, LLC | ) | |
| d/b/a GAUCI'S CUSTOM BUILDING | ) | |
| AND DEVELOPING, LLC, WINTER | ) | |
| GARDEN ITALIAN AMERICAN | ) | |
| BISTRO, LLC, KAREN GAUCI | ) | |
| Individually, and JOSEPH V. GAUCI | ) | |
| Individually | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | This document also relates to |
| V. | ) | |
| | ) | CIVIL ACTION NO.  2:17-cv-02881 |
| BRENT COON & ASSOCIATES LAW | ) | |
| FIRM, P.C., BRENT COON, ERIC W. | ) | |
| NEWELL, JOHN THOMAS, | ) | |
| BISKOBING LAW, P.C. and DOUG | ) | |
| KRAUS | ) | |
| Defendants | ) | |

### DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL, DEFENDANTS' MOTION TO INTERPLEAD FUNDS INTO THE COURT REGISTRY WITH ORDER, AND DEFENDANTS' MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO INTERPLEAD FUNDS INTO THE REGISTRY OF THE COURT

COME NOW, BCA REPRESENTED PLAINTIFFS, and files this, their BCA Law Firm

Plaintiffs' Motion for Leave of Court to File Under Seal Plaintiffs' Memorandums in Support of

Their Motion For Status Conference and would show the Court as Follows

**MOTION**

Pursuant to Local Rule 5.6, Plaintiffs move this Court to issue an order sealing portions of Plaintiffs' Memorandums in Support of their Motion For Status Conference. Sealing this Memorandum includes information concerning prior Orders issued by the Court which are sealed. Furthermore, many of the Exhibits supporting this Memorandum contain private financial information. These Exhibits are necessary to show the both the scope and the importance of Plaintiffs' issues, however, the specific amounts and persons/entities in the exhibits are irrelevant to the actual issues. Although the Exhibits have been redacted pursuant to Federal filing rules, it is wholly unnecessary to make them a part of the public record.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon _____
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
(409)835-2666 - Telephone
(409)835-1912 - Fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion and Memorandum in Support have been served on all counsel of record, who are deemed to have consented to electronic service in the above-referenced cause, are being served this 21th day of July, 2017 with a copy of the above document via the court's CM/ECF System.

George W. Healy IV Associates
George W. Healy IV
1323 28TH Ave., Suite A
Gulfport, MS  39501
Email: gwhealyiv@aol.com

*/s/ Brent W. Coon*
Brent W. Coon