UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISINA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf ) | |
| of Mexico, on April 20, 2010 ) | SECTION: J |
| ) | |
| ) | JUDGE BARBIER |
| ) | MAG. JUDGE WILKINSON |

_____

| | |
|---|---|
| **GAUCI CUSTOM BUILDERS, LLC** ) | |
| **d/b/a GAUCI'S CUSTOM BUILDING** ) | |
| **AND DEVELOPING, LLC, WINTER** ) | |
| **GARDEN ITALIAN AMERICAN** ) | |
| **BISTRO, LLC, KAREN GAUCI** ) | |
| **Individually, and JOSEPH V. GAUCI** ) | |
| **Individually** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **This document also relates to** |
| **V.** ) | |
| ) | **CIVIL ACTION NO.  2:17-cv-02881** |
| **BRENT COON & ASSOCIATES LAW** ) | |
| **FIRM, P.C., BRENT COON, ERIC W.** ) | |
| **NEWELL, JOHN THOMAS,** ) | |
| **BISKOBING LAW, P.C. and DOUG** ) | |
| **KRAUS** ) | |
| **Defendants** ) | |

# **ORDER**

This matter comes before the Court on Defendants' Motion for Leave of Court to File Under Seal Defendants' Memorandum in Support of Defendants' Motion to Interplead Funds Into the Registry of the Court and Defendants' Motion to Leave and File Under Seal Defendants' Motion To Interplead Funds Into the Court Registry with the Court.

Upon consideration of Defendants' Motion to Seal is hereby ORDERED that the Motion be GRANTED.

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana