**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISINA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig       ) | MDL 2179 | |
| "Deepwater Horizon" in the Gulf   ) | | |
| of Mexico, on April 20, 2010          ) | SECTION: J | |
| ) | | |
| ) | JUDGE BARBIER | |
| ) | MAG. JUDGE WILKINSON | |

_____

| | | |
|---|---|---|
| **GAUCI CUSTOM BUILDERS, LLC d/b/a** ) | | |
| **GAUCI'S CUSTOM BUILDING AND** ) | | |
| **DEVELOPING, LLC, WINTER GARDEN** ) | | |
| **ITALIAN AMERICAN BISTRO, LLC,** ) | | |
| **KAREN GAUCI Individually, and JOSEPH** ) | | |
| **V. GAUCI Individually** ) | | |
| ) | | |
| ) | | |
| **Plaintiffs,** ) | | |
| ) | **This document also relates to** | |
| V. ) | | |
| ) | **CIVIL ACTION NO.  2:17-cv-02881** | |
| **BRENT COON & ASSOCIATES LAW** ) | | |
| **FIRM, P.C., BRENT COON, ERIC W.** ) | | |
| **NEWELL, JOHN THOMAS, BISKOBING** ) | | |
| **LAW, P.C. and DOUG KRAUS** ) | | |
| ) | | |
| **Defendants** ) | | |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT**
**OF DEFENDANTS' MOTION TO INTERPEAD**
**FUNDS INTO THE REGISTRY OF THE**
**COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

      Defendants' would like to request at this time an Oral Argument with Judge Carl J. Barbier regarding Defendants' Motion to Interplead Funds into the Registry of the Court.

1

                                            Respectfully submitted,
                                            /s/ Brent W. Coon_____
                                            Brent W. Coon
                                            Federal Bar No. 9308
                                            Texas Bar No. 04769750
                                            215 Orleans
                                            Beaumont, Texas 77701 Tel.: (409) 835-2666
                                            Fax: (409) 835-1912
                                            brent@bcoonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion and Memorandum in Support have been served on all counsel of record, who are deemed to have consented to electronic service in the above-referenced cause, are being served this 21th day of July, 2017 with a copy of the above document via the court's CM/ECF System.

George W. Healy IV Associates
George W. Healy IV
1323 28TH Ave., Suite A
Gulfport, MS  39501
Email: gwhealyiv@aol.com

                                                  */s/ Brent W. Coon*
                                                  Brent W. Coon