UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISINA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |
| GAUCI CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI Individually, and JOSEPH V. GAUCI Individually<br><br>Plaintiffs,<br><br>V.<br><br>BRENT COON & ASSOCIATES LAW FIRM, P.C., BRENT COON, ERIC W. NEWELL, JOHN THOMAS, BISKOBING LAW, P.C. and DOUG KRAUS<br>Defendants | This document also relates to<br><br>CIVIL ACTION NO. 2:17-cv-02881 |

## DEFENDANTS' MOTION TO DEPOSIT INTERPLEAD FUNDS INTO THE REGISTRY OF THE COURT

TO THE HONORABLE COURT:

COMES NOW, Brent W. Coon and Brent Coon & Associates ("Movants"), and files this their Motion to Deposit Interplead Funds to the Registry of the Court in the above-style and number cause of action according to **FRCP 67 DEPOSIT INTO COURT,** or in the alternative, **28 U.S.C. § 1335,** and would respectfully show this Honorable Court the following:

## I.

Movants file this motion and order to interplead $200,000 from Plaintiffs Gauci Custom Builders, LLC, d/b/a Gauci's Custom Building and Developing, LLC, Winter Garden Italian American Bistro, LLC, Karen Gauci individually, and Joseph V. Gauci individually settlement with Defendants, Brent Coon & Associates Law Firm, P.C., Brent Coon, Eric W. Newell and John Thomas. Movants further ask that the Court hold these monies for payment of attorneys' fee, expenses and other costs are resolved.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movants pray that this Motion to Interplead Funds into the Registry of the Court be in all things granted and for any other relief to which may be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, TX 77701
(409)835-2666 – Telephone
(409)835-1912 - Fax
Brent@bcoonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion and Memorandum in Support have been served on all counsel of record listed below via United States Postal Service Certified Mail Request Receipt July 21, 2017.

George W. Healy IV Associates
George W. Healy IV
1323 28TH Ave., Suite A
Gulfport, MS  39501
Email: gwhealyiv@aol.com

/s/ *Brent W. Coon*
Brent W. Coon