UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| GAUCI CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI Individually, and JOSEPH V. GAUCI Individually<br><br>Plaintiffs,<br><br>V.<br><br>BRENT COON & ASSOCIATES LAW FIRM, P.C., BRENT COON, ERIC W. NEWELL, JOHN THOMAS, BISKOBING LAW, P.C. and DOUG KRAUS<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:17-cv-02881 |

## ORDER ON DEFENDANTS' MOTION TO DEPOSIT INTERPLED FUNDS INTO THE REGISTRY OF THE COURT

In accordance with Defendants' Motion to Deposit Funds into an Interest-Bearing Account, pursuant to 28 U.S.C. § 1335, the Clerk of the Court is hereby ORDERED to accept cash, a cashier's check, or a certified check payable to the Clerk, U.S. District Court, in the amount of $200,000.00.

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Disputed Ownership Fund ("DOF") within the Court Registry Investment

System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C.§2045.

Pursuant to General Order Regarding Deposit and Investment of Registry Funds, a DOF fee for the management of investments and tax administration shall be deducted from the interest earnings on the funds deposited with the Court.

IT FURTHER ORDERED that the sum of money so invested in the interest-bearing DOF shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to Local Rule 67.3.

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court of her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this ___ day of _____, 2017.

_____
Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana