UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al. | * * * | JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED that Corey Moll be and is hereby added and enrolled as additional counsel of record for Patrick Juneau, as Claims Administrator of Deepwater Horizon Economic Claims Center, as clawback counsel for all clawback proceedings of the DHECC.

New Orleans, Louisiana this 21st day of July, 2017.

_____
United States District Judge