

Sept 23, 2010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON: in the GULF OF MEXICO, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * <br> * SECTION: "J" <br> * <br> * <br> * JUDGE BARBIER <br> * MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: <br> Civil Action No. 10-1245 <br> Darleen Jacobs Levy vs. BP, PLC, et al | * <br> * <br> * |

**********************************************

## SECOND SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her original and First Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs: Carrie Deffes, Verna Simmons, Veronica Deffes, Sandra Torregano, Michael Stewart, Regina Stewart, Benjamin Stewart, Tonya Flot, Wilfred Gallardo, Jr., Gilbert Johnson, Barry Johnson, Cornelius Johnson, Patricia Bailey, Michelle and Mark Karka and Dr. Neil Wolfson

I.

Plaintiff adopts herein by reference all allegations contained in her original and First Supplemental and Amending Complaint for Damages.

II.

Plaintiff supplements her original and First Supplemental and Amending Complaint for Damages by adding the following to Paragraph 4 thereof:

Carrie Deffes, Verna Simmons, Veronica Deffes, Sandra Torregano, Michael Stewart, Regina Stewart, Benjamin Stewart, Tonya Flot, Wilfred Gallardo, Jr., Gilbert Johnson, Barry

Sept 23, 2010

Filed: Nov 24, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON: in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: "J" <br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: <br> **Civil Action No. 10-1245** <br> Darleen Jacobs Levy vs. BP, PLC, et al | |

**********************************************

## SIXTH SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First, Second, Third, Fourth and Fifth Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs:

Barbara Charbonnet, Jack Charbonnet, Jane Charbonnet, Kenny Charbonnet, Patrick Deffes, Homefinders International through its President, Darleen Levy, Mark Kurka, Michelle Kurka and James March

I.

Plaintiff adopts herein by reference all allegations contained in her Original, First, Second, Third, Fourth and Fifth Supplemental and Amending Complaint for Damages.

II.

Plaintiff supplements her Original, First, Second, Third, Fourth and Fifth Supplemental and Amending Complaint for Damages by adding the following to Paragraph 4 thereof:



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| GILBERT JOHNSON | * | CIVIL ACTION |
| | * | SECTION |
| VERSUS | * | JUDGE |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, PLC, TRANSOCEAN, TLD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDING, L.L.C., TRITON ASSESSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD U.S.L.P., ANADARKO PETROLEUM CORPORATION CO., ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION AND MITSUI OIL EXPLORATION CO., LTD. | | SECTION: MAG. |

## COMPLAINT FOR DAMAGES

NOW INTO COURT, undersigned counsel comes plaintiff, GILBERT JOHNSON a

persons of the full age of majority and domiciliary in the Parish of Orleans, State of Louisiana

who respectfully represents:

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| PATRICIA BAILEY | * | CIVIL ACTION |
| | * | SECTION |
| VERSUS | * | JUDGE |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, PLC, TRANSOCEAN, TLD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDING, L.L.C., TRITON ASSESSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD U.S.L.P., ANADARKO PETROLEUM CORPORATION CO., ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION AND MITSUI OIL EXPLORATION CO., LTD. | | SECTION:<br>MAG. |

## COMPLAINT FOR DAMAGES

NOW INTO COURT, undersigned counsel comes plaintiff, PATRICIA BAILEY a persons of the full age of majority and domiciliary in the Parish of Orleans, State of Louisiana who respectfully represents:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| CORNELIUS JOHNSON | * | CIVIL ACTION |
| | * | SECTION |
| VERSUS | * | JUDGE |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, PLC, TRANSOCEAN, TLD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDING, L.L.C., TRITON ASSESSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD U.S.L.P., ANADARKO PETROLEUM CORPORATION CO., ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION AND MITSUI OIL EXPLORATION CO., LTD. | | SECTION: MAG. |

## COMPLAINT FOR DAMAGES

NOW INTO COURT, undersigned counsel comes plaintiff, CORNELIUS JOHNSON a persons of the full age of majority and domiciliary in the Parish of Jefferson, State of Louisiana who respectfully represents:

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |

| | | |
|---|---|---|
| JAMES MARCH | * | CIVIL ACTION |
| | * | SECTION |
| VERSUS | * | JUDGE |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, PLC, TRANSOCEAN, TLD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDING, L.L.C., TRITON ASSESSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD U.S.L.P., ANADARKO PETROLEUM CORPORATION CO., ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION AND MITSUI OIL EXPLORATION CO., LTD. | | SECTION: MAG. |

## COMPLAINT FOR DAMAGES

NOW INTO COURT, undersigned counsel comes plaintiff, JAMES MARCH, a person of the full age of majority and domiciliary in the Parish of Jefferson, State of Louisiana, who respectfully represents:

1

Rolando Bailey

11105 Jefferson Highway
River Ridge, LA 70123
739-4003

Left message
6.21.16
6-22-16

Property Claim - 13184 Highway 23
Belle Chasse, LA 70037

Offer - $1,250.00

7/21/16 - Received client's paper today. Notified client deadline had passed. work

Johnson, Gilbert

1103 marais Street
New Orleans, LA 70116
504-522-2191
504-522-2191 — disconnect
504-913-5061

Land claim- 13202 Highway
Belle Chasse, LA 70C

Offer - $1,250.00

6/22/16
Will
not
Accept

4141 Holmes Dr
Jefftown, LA 70121
504-362-1555

Johnson, Claudia

Frand claim — 1301 east highway — Belle Chasse

Not Accepting
6-22-16
Jeff Monroe

Offer - $1,250.00