UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *Certain Cases in the B1 Pleading Bundle* | * | MAG. JUDGE WILKINSON |
| Originally case NO. 10-1245_____ | | |

## ANSWER TO BP'S MOTION TO DISMISS

Before this Honorable Court is BP's Dispositive Motion as to Released Claims which was filed pursuant to Pretrial Order 64 (Rec. Doc 22297).

In that motion defendant, BP, alleges that the following B1 claims should be dismissed because said claims have been previously settled and released.   The claimants are as follows:

Patricia Bailey 16-cv-03822-10016560

Cornelius Johnson 16-cv-03828-100016536

Gilbert Johnson 16-cv-03831-100016526

James March 16-cv-03833-100016521

As can be seen by the attached pleadings, individual lawsuits were filed for these claimants.

Although offered a nominal amount to settle, the claimants rejected BP's offers.   They have never settled or released their claims and should not have been included in the BP Order.

On September 23, 2010, Gilbert Johnson, Cornelius Johnson and Patricia Bailey filed their first complaint.   On November 24, 2010, James March filed his first complaint.

Subsequently, each plaintiff filed individual complaints itemizing their damages.   The first page of their complaints are attached.

In conclusion, it is error to dismiss the claims of James March, Gilbert Johnson, Cornelius Johnson and Patricia Bailey. Their claims should remain viable and active.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
A PROFESSIONAL LAW CORP.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that I have on this 25TH_ day of _JULY, 2017 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all participants using the ECF system.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS