UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | **MDL 2179** |
| "Deepwater Horizon" in the Gulf ) | |
| of Mexico, on April 20, 2010 ) | **SECTION J** |
| ) | |
| **This Document Relates to:** ) | **JUDGE BARBIER** |
| *Pleading Bundle B1* ) | |
| ) | **MAG. JUDGE WILKINSON** |
| ) | |
| ) | |
| **Kern Martin Services, Inc.** ) | |
| ) | **CASE NO. 2:17-cv-05364** |
| Plaintiff ) | |
| ) | **SECTION J** |
| vs. ) | |
| ) | **JUDGE BARBIER** |
| **BP Exploration & Production, Inc.** ) | |
| **and BP America Production Company** ) | **MAG. JUDGE WILKINSON** |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION WITH RESPECT TO
THE COURT'S ORDER OF JULY 19, 2017 DISMISSING
THE CLAIMS OF KERN MARTIN SERVICES, INC.**

COMES NOW PLAINTIFF, Kern Martin Services, Inc., through undersigned counsel, who files this Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of July 19, 2017 dismissing Plaintiff's action with prejudice, pursuant to Rule 59(e) Fed. R. Civ. P. Reconsideration, and/or modification of the Court's Order is warranted, because penalties less severe than dismissal are available for the *de minimus* delay in filing a sworn written statement, and any delay did not cause any prejudice to the defendant or the Court. An accompanying memorandum shall set forth in greater detail the facts and law that should be applied in these circumstances.

WHEREFORE, Plaintiff respectfully moves this Honorable Court to reverse its order of July 19, 2017 and reinstate its case for adjudication upon the merits.

Date: July 25, 2017

**/s/ Allison W. Smalley**
**Allison W. Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone: 251-471-6191
Fax:  251-479-1031
E-mail: sco@cunninghambounds.com