UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE NO. 13-01583 | * * | MAG. JUDGE WILKINSON |

*************************************************************************

## UNOPPOSED MOTION TO CORRECT THE RECORD REGARDING COMPLIANCE WITH PTO 64

Comes now Plaintiff Tannin Inc. ("Movant") and, pursuant to Rule 59, respectfully moves the Court to Correct the Record Regarding Compliance with PTO 60 and PTO 64 and would show the Court as follows:

1. On February 22, 2017, the Court issued Pretrial Order No. 64 ("PTO 64"), which required individual plaintiffs claiming under general maritime law to file sworn statements by April 5, 2017. [Doc. 22297].

2. Movant timely complied with PTO 64 by filing its sworn written statement on April 5, 2017. [Doc 8 in Case no. 13-01583]. Movant had previously complied with PTO 60.

3. On July 19, 2017 this Court entered its order setting out those cases deemed compliant with PTO 60 and PTO 64. [Doc 23051]. Movant's case was erroneously listed on Exhibit 2 to said order as having complied with PTO 60, but not having timely complied with PTO 64.

4. Counsel for BP has confirmed BP does not object to the relief sought in this motion.

5. Accordingly, the undersigned Counsel respectfully requests correction of the Court's July 19 order to identify Movant as having complied with both PTO 60 and PTO 64 and therefore subject to further proceedings in this Court.

Respectfully submitted on this 26th day of July, 2017.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 26th day of July, 2017 served a copy of the foregoing document and attachments on the parties listed below by mailing same by United States mail, properly addressed and first class postage prepaid.

| J. Andrew Langan<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street, Suite 2400<br>Chicago, Illinois  60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attention: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, Louisiana  70112 |
|---|---|

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS