UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE NO. 13-01583 | * * | MAG. JUDGE WILKINSON |

**PROPOSED ORDER ON UNOPPOSED MOTION TO CORRECT THE RECORD REGARDING COMPLIANCE WITH PTO 64**

This matter having come before the Court on Plaintiff Tannin Inc.'s Unopposed Motion to Correct the Record Regarding Compliance with PTO 64 and the Court having considered the same, IT IS, THEREFORE ORDERED THAT

Tannin Inc. has complied with PTO 64 and therefore subject to further proceedings in this Court.

IT IS FURTHER ORDERED THAT Doc 23051 is corrected to identify Movant as having complied with PTO 64 and therefore subject to further proceedings in this Court.

Done this _____ day of _____, 2017.

_____
JUDGE