UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *Certain Cases in the B1 Pleading Bundle* | * | MAG. JUDGE WILKINSON |

_____

### ADDENDUM TO PLAINTIFFS' REPLY TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS FILED PURSUANT TO PRETRIAL ORDER 64 (REC. DOC. 22297)

MAY IT PLEASE THE COURT:

The following claimants have also filed with the Deepwater Horizon Wetlands Real Property Eligibility Challenge as evidenced by the attached forms:

    Cornelius Johnson

    Gilbert Johnson

    Patricia Bailey

    James March

As stated previously, although they completed their eligibility package, they have not been paid for their damages.

                                                            Respectfully submitted:

                                                            *S/Darleen M. Jacobs*
                                                            DARLEEN M. JACOBS, ESQ. (#7208)
                                                            823 St. Louis Street
                                                            New Orleans, LA 70112
                                                            (504) 522-0155
                                                            Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that I have on this _26__ day of _JULY, 2017 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all participants using the ECF system.

                                      *S/Darleen M. Jacobs*
                                      DARLEEN M. JACOBS