# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT
## WETLANDS REAL PROPERTY PARCEL ELIGIBILITY CHALLENGE FORM

If you disagree with the Wetlands Real Property Claim Zone Map and think your Parcel should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form. Refer to Section 5 of the Wetlands Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL.

## A. Reason for Challenging Your the Parcel's Eligibility Designation

Check the box next to the reason you are challenging your wetlands property Parcel's designation as ineligible:

☐    My Parcel is not properly identified as a Parcel on the Wetlands Real Property Claim Zone Map, but should be;

☒    My Parcel is not within the Wetlands Real Property Claim Zone, but my Parcel was oiled and should be included on the Wetlands Real Property Claim Zone Map.

## B. Claimant Information

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business JOHNSON | First Name CORNELIUS | Middle Initial |
|---|---|---|---|

**2. Social Security umber:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or TIN
|4|3|6| - |6|4| - |1|9|0|1|

EIN
|__|__| - |__|__|__|__|__|__|__|

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claim Number" and provide that seven-digit Claim Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

☒   GCCF Claimant Number:

|1|1|8|3|3|1|0|

or

☒   Deepwater Horizon Settlement Program Claimant Number:
|1|0|0|1|6|5|3|6|

---

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT COASTAL REAL PROPERTY PARCEL OR DEEDED BOAT SLIP ELIGIBILITY CHALLENGE FORM

If you disagree with the Coastal Real Property Claim Zone Map and think your Parcel or Boat Slip should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form.  Refer to Section 5 of the Coastal Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL OR DEEDED BOAT SLIP.

## A. Reason for Challenging Your Parcel's or Deeded Boat Slip's Eligibility

Check the box next to the reason you are challenging the designation of your Parcel or Deeded Boat Slip as ineligible.

[X] My Parcel or Deeded Boat Slip is not properly identified as a Parcel or Deeded Boat Slip on the Coastal Real Property Claim Zone Map, but should be;

[X] My Parcel or Deeded Boat Slip is not designated as an Eligible Land Use Designation, but should be;

[X] My Parcel or Deeded Boat Slip is not within the Coastal Real Property Claim Zone, but my Parcel or Deeded Boat Slip was oiled and should be included on the Coastal Real Property Claim Zone Map.

## B. Claimant Information

| 1. **Name of Natural Person or Business:** | Last Name or Full Name of Business<br>JOHNSON | | First Name<br>CORNELIUS | Middle Initial |
|---|---|---|---|---|

**2. Social Security Number:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or TIN

| 4 | 3 | 6 | - | 6 | 4 | - | 1 | 9 | 0 | 1 |

EIN

| | | | - | | | | | | | |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program.  Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.  If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.
If you do not yet have a Claimant Number, leave this question blank.

[X] GCCF Claimant Number:

| 1 | 1 | 8 | 3 | 3 | 1 | 0 |

OR

[X] Deepwater Horizon Settlement Program Claimant Number:

| 1 | 0 | 0 | 0 | 1 | 6 | 5 | 3 | 6 |

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-7
v.1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT REGISTRATION CLAIM FORM

To make a claim under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Registration Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date, whichever is later.

**You must submit this Registration Form before, or along with, any Claim Form.** Do not submit a Claim Form unless you have already completed and submitted this Registration Form, or are submitting the Claim Form along with this Registration Form. If you are filing more than one Claim Form, you only need to submit this Registration Form once.

When completing this Registration Form, refer to the accompanying Instructions Booklet called "Instructions for Completing the Registration Form," which contains detailed instructions for completing and submitting the Registration Form, helpful definitions, and the list of Supporting Documentation you must submit with this Registration Form.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Registration Form online, rather than on this paper Registration Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit your Registration Form online.

If you do not have access to the internet, you can visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Registration Form Instructions Booklet lists all the Claimant Assistance Centers.

## Claimant Information

**1. I want to receive all future communications from the Claims Administrator in the following language (check only one):**

      ☒ English    ☐ Spanish    ☐ Vietnamese

| | |
|---|---|
| **2. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number. | ☒ GCCF Claimant Number:<br><br> \| 1 \| 1 \| 8 \| 3 \| 3 \| 1 \| 0 \| |
| If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number. | ☒ Deepwater Horizon Settlement Program Claimant Number:<br><br> \| 1 \| 0 \| 0 \| 0 \| 1 \| 6 \| 5 \| 3 \| 6 \| |
| If you do not yet have a Claimant Number, leave this question blank. | |

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT
## WETLANDS REAL PROPERTY PARCEL ELIGIBILITY CHALLENGE FORM

If you disagree with the Wetlands Real Property Claim Zone Map and think your Parcel should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form. Refer to Section 5 of the Wetlands Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL.

## A. Reason for Challenging Your the Parcel's Eligibility Designation

Check the box next to the reason you are challenging your wetlands property Parcel's designation as ineligible:

☒ My Parcel is not properly identified as a Parcel on the Wetlands Real Property Claim Zone Map, but should be;

☐ My Parcel is not within the Wetlands Real Property Claim Zone, but my Parcel was oiled and should be included on the Wetlands Real Property Claim Zone Map.

## B. Claimant Information

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business<br>JOHNSON | First Name<br>GILBERT | Middle Initial |
|---|---|---|---|

| 2. Social Security umber:<br>*or*<br>**Individual Taxpayer Identification Number:**<br>*or*<br>**Employer Identification Number:** | SSN or TIN<br>\| 4 \| 3 \| 6 \| - \| 6 \| 8 \| - \| 4 \| 1 \| 9 \| 2 \|<br><br>EIN<br>\|\_\|\_\| - \|\_\|\_\|\_\|\_\|\_\|\_\|\_\| |
|---|---|

| 3. **Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claim Number" and provide that seven-digit Claim Number.<br><br>If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number. | ☒ GCCF Claimant Number:<br><br>\| 1 \| 1 \| 8 \| 6 \| 1 \| 2 \| 9 \|<br><br>or<br><br>☒ Deepwater Horizon Settlement Program Claimant Number:<br>\| 1 \| 0 \| 0 \| 1 \| 6 \| 5 \| 2 \| 6 \| |
|---|---|

CF-8
v.1
TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT COASTAL REAL PROPERTY PARCEL OR DEEDED BOAT SLIP ELIGIBILITY CHALLENGE FORM

If you disagree with the Coastal Real Property Claim Zone Map and think your Parcel or Boat Slip should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form. Refer to Section 5 of the Coastal Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL OR DEEDED BOAT SLIP.

Check the box next to the reason you are challenging the designation of your Parcel or Deeded Boat Slip as ineligible.

[X] My Parcel or Deeded Boat Slip is not properly identified as a Parcel or Deeded Boat Slip on the Coastal Real Property Claim Zone Map, but should be;

[X] My Parcel or Deeded Boat Slip is not designated as an Eligible Land Use Designation, but should be;

[X] My Parcel or Deeded Boat Slip is not within the Coastal Real Property Claim Zone, but my Parcel or Deeded Boat Slip was oiled and should be included on the Coastal Real Property Claim Zone Map.

| 1. **Name of Natural Person or Business:** | Last Name or Full Name of Business<br>JOHNSON | First Name<br>GILBERT | Middle Initial |
|---|---|---|---|

**2. Social Security Number:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or TIN
| 4 | 3 | 6 | - | 6 | 8 | - | 4 | 1 | 9 | 2 |

EIN
| | | - | | | | | | | |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.
If you do not yet have a Claimant Number, leave this question blank.

[X] GCCF Claimant Number:
| 1 | 1 | 8 | 6 | 1 | 2 | 9 |

OR

[X] Deepwater Horizon Settlement Program Claimant Number:
| 1 | 0 | 0 | 0 | 1 | 6 | 5 | 2 | 6 |

CF-7
v.1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT REGISTRATION CLAIM FORM

To make a claim under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Registration Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date, whichever is later.

**You must submit this Registration Form before, or along with, any Claim Form.** Do not submit a Claim Form unless you have already completed and submitted this Registration Form, or are submitting the Claim Form along with this Registration Form. If you are filing more than one Claim Form, you only need to submit this Registration Form once.

When completing this Registration Form, refer to the accompanying Instructions Booklet called "Instructions for Completing the Registration Form," which contains detailed instructions for completing and submitting the Registration Form, helpful definitions, and the list of Supporting Documentation you must submit with this Registration Form.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Registration Form online, rather than on this paper Registration Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit your Registration Form online.

If you do not have access to the internet, you can visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Registration Form Instructions Booklet lists all the Claimant Assistance Centers.

**1. I want to receive all future communications from the Claims Administrator in the following language (check only one):**

    ☒English    ☐Spanish    ☐Vietnamese

| | |
|---|---|
| **2. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program.  Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number. | ☒ GCCF Claimant Number:  \| 1 \| 1 \| 1 \| 8 \| 6 \| 1 \| 2 \| 9 \| |
| If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.  If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.  If you do not yet have a Claimant Number, leave this question blank. | ☒ Deepwater Horizon Settlement Program Claimant Number:  \| 1 \| 0 \| 0 \| 0 \| 1 \| 6 \| 5 \| 2 \| 6 \| |

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT
# WETLANDS REAL PROPERTY PARCEL ELIGIBILITY CHALLENGE FORM

If you disagree with the Wetlands Real Property Claim Zone Map and think your Parcel should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form. Refer to Section 5 of the Wetlands Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL.

## A. Reason for Challenging Your the Parcel's Eligibility Designation

Check the box next to the reason you are challenging your wetlands property Parcel's designation as ineligible:

☐ My Parcel is not properly identified as a Parcel on the Wetlands Real Property Claim Zone Map, but should be;

☒ My Parcel is not within the Wetlands Real Property Claim Zone, but my Parcel was oiled and should be included on the Wetlands Real Property Claim Zone Map.

## B. Claimant Information

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business BAILEY | First Name PATRICIA | Middle Initial |
|---|---|---|---|

**2. Social Security umber:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or TIN: 4 3 8 - 6 0 - 8 3 2 4

EIN: ___ - ___

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claim Number" and provide that seven-digit Claim Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

☒ GCCF Claimant Number: 3 2 0 5 7 6 1

or

☒ Deepwater Horizon Settlement Program Claimant Number: 1 0 0 1 6 5 6 0

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT COASTAL REAL PROPERTY PARCEL OR DEEDED BOAT SLIP ELIGIBILITY CHALLENGE FORM

If you disagree with the Coastal Real Property Claim Zone Map and think your Parcel or Boat Slip should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form. Refer to Section 5 of the Coastal Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL OR DEEDED BOAT SLIP.

Check the box next to the reason you are challenging the designation of your Parcel or Deeded Boat Slip as ineligible.

[X] My Parcel or Deeded Boat Slip is not properly identified as a Parcel or Deeded Boat Slip on the Coastal Real Property Claim Zone Map, but should be;

[X] My Parcel or Deeded Boat Slip is not designated as an Eligible Land Use Designation, but should be;

[X] My Parcel or Deeded Boat Slip is not within the Coastal Real Property Claim Zone, but my Parcel or Deeded Boat Slip was oiled and should be included on the Coastal Real Property Claim Zone Map.

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business<br>BAILEY | First Name<br>PATRICIA | Middle Initial |
|---|---|---|---|

**2. Social Security Number:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or TIN

| 4 | 3 | 8 | - | 6 | 0 | - | 8 | 3 | 2 | 4 |

EIN

| | | - | | | | | | | | |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.
If you do not yet have a Claimant Number, leave this question blank.

[X] GCCF Claimant Number:

| 3 | 2 | 0 | 5 | 7 | 6 | 1 |

OR

[X] Deepwater Horizon Settlement Program Claimant Number:

| 1 | 0 | 0 | 0 | 1 | 6 | 5 | 6 | 0 |

CF-7
v.1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT REGISTRATION CLAIM FORM

To make a claim under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Registration Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date, whichever is later.

**You must submit this Registration Form before, or along with, any Claim Form.** Do not submit a Claim Form unless you have already completed and submitted this Registration Form, or are submitting the Claim Form along with this Registration Form. If you are filing more than one Claim Form, you only need to submit this Registration Form once.

When completing this Registration Form, refer to the accompanying Instructions Booklet called "Instructions for Completing the Registration Form," which contains detailed instructions for completing and submitting the Registration Form, helpful definitions, and the list of Supporting Documentation you must submit with this Registration Form.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Registration Form online, rather than on this paper Registration Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit your Registration Form online.

If you do not have access to the internet, you can visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Registration Form Instructions Booklet lists all the Claimant Assistance Centers.

**1. I want to receive all future communications from the Claims Administrator in the following language (check only one):**

    ☒English    ☐Spanish    ☐Vietnamese

| | |
|---|---|
| **2. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program.  Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number. | ☒ GCCF Claimant Number:  \| 3 \| 2 \| 0 \| 5 \| 7 \| 6 \| 1 \| |
| If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.  If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.  If you do not yet have a Claimant Number, leave this question blank. | ☒ Deepwater Horizon Settlement Program Claimant Number:  \| 1 \| 0 \| 0 \| 0 \| 1 \| 6 \| 5 \| 6 \| 0 \| |

Registration Form          Page 1
REG-FORM      TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM
v.1

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT
## WETLANDS REAL PROPERTY PARCEL ELIGIBILITY CHALLENGE FORM

If you disagree with the Wetlands Real Property Claim Zone Map and think your Parcel should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form.  Refer to Section 5 of the Wetlands Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form.  DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL.

### A.  Reason for Challenging Your the Parcel's Eligibility Designation

Check the box next to the reason you are challenging your wetlands property Parcel's designation as ineligible:

☐     My Parcel is not properly identified as a Parcel on the Wetlands Real Property Claim Zone Map, but should be;

☒     My Parcel is not within the Wetlands Real Property Claim Zone, but my Parcel was oiled and should be included on the Wetlands Real Property Claim Zone Map.

### B.  Claimant Information

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business<br>MARCH | First Name<br>JAMES | Middle Initial |
|---|---|---|---|

| 2.  Social Security umber:<br>    *or*<br>Individual Taxpayer Identification Number:<br>    *or*<br>Employer Identification Number: | SSN or TIN<br>4 3 6 - 5 8 - 2 1 3 8<br><br>EIN<br>\_\_\_ - _____ |
|---|---|

| 3.  Claimant Number:  If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program.  Check the box at the right called "GCCF Claim Number" and provide that seven-digit Claim Number.<br><br>If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.  If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number. | ☒   GCCF Claimant Number:<br><br>1 1 1 8 6 6 2 7<br><br>or<br><br><br>☒   Deepwater Horizon Settlement Program<br>Claimant Number:<br>1 0 0 1 6 5 2 1 |
|---|---|



WETLANDS REAL PROPERTY

---

**Wetlands Real Property Parcel Eligibility Challenge Form**        Page 1

CF-4
v.1

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT COASTAL REAL PROPERTY PARCEL OR DEEDED BOAT SLIP ELIGIBILITY CHALLENGE FORM

If you disagree with the Coastal Real Property Claim Zone Map and think your Parcel or Boat Slip should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form. Refer to Section 5 of the Coastal Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL OR DEEDED BOAT SLIP.

Check the box next to the reason you are challenging the designation of your Parcel or Deeded Boat Slip as ineligible.

☐ My Parcel or Deeded Boat Slip is not properly identified as a Parcel or Deeded Boat Slip on the Coastal Real Property Claim Zone Map, but should be;

☐ My Parcel or Deeded Boat Slip is not designated as an Eligible Land Use Designation, but should be;

☒ My Parcel or Deeded Boat Slip is not within the Coastal Real Property Claim Zone, but my Parcel or Deeded Boat Slip was oiled and should be included on the Coastal Real Property Claim Zone Map.

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business MARCH | First Name JAMES | Middle Initial |
|---|---|---|---|

**2. Social Security Number:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or TIN
| 4 | 3 | 6 | - | 5 | 8 | - | 2 | 1 | 3 | 8 |

EIN
| | | - | | | | | | |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.
If you do not yet have a Claimant Number, leave this question blank.

☒ GCCF Claimant Number:

| 1 | 1 | 8 | 6 | 6 | 2 | 7 |

OR

☒ Deepwater Horizon Settlement Program Claimant Number:

| 1 | 0 | 0 | 0 | 1 | 6 | 5 | 2 | 1 |

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT REGISTRATION CLAIM FORM

To make a claim under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit a Registration Form, Claim Form(s) and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before six months after the Effective Date. The Effective Date is when the approval of the Settlement Agreement becomes legally final, after all appeals of the District Court's Final Approval Order have been concluded by appellate courts or the date otherwise agreed upon by BP and Class Counsel.  We do not yet know the Effective Date.  You should check the Settlement Program website frequently for updates on this important deadline.

This six-month period after the Effective Date to submit claims does not apply to the Seafood Compensation Program. The deadline to file Seafood Compensation Program claims was January 22, 2013.  The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnounce ment.pdf**.  If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim.

**You must submit this Registration Form before, or along with, any Claim Form.**  Do not submit a Claim Form unless you have already completed and submitted this Registration Form, or are submitting the Claim Form along with this Registration Form. If you are filing more than one Claim Form, you only need to submit this Registration Form once.

When completing this Registration Form, refer to the accompanying Instructions Booklet called "Instructions for Completing the Registration Form," which contains detailed instructions for completing and submitting the Registration Form, helpful definitions, and the list of Supporting Documentation you must submit with this Registration Form.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Registration Form online, rather than on this paper Registration Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit your Registration Form online.

If you do not have access to the internet, you can visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Registration Form Instructions Booklet lists all the Claimant Assistance Centers.

1. **I want to receive all future communications from the Claims Administrator in the following language (check only one):**

   ☒English      ☐Spanish      ☐Vietnamese

2. **Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program.  Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

   ☒  GCCF Claimant Number:

   | 1 | 1 | 8 | 6 | 6 | 2 | 7 |

| If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.  If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.<br><br>If you do not yet have a Claimant Number, leave this question blank. | [X] Deepwater Horizon Settlement Program Claimant Number:<br><br>\| 1 \| 0 \| 0 \| 0 \| 1 \| 6 \| 5 \| 2 \| 1 \| |
| --- | --- |

REG-FORM
v.2          TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM