

# DEEPWATER HORIZON CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

## ELIGIBILITY NOTICE
**DATE OF NOTICE:** February 9, 2017
**DEADLINE FOR RE-REVIEW OR RECONSIDERATION REQUEST:** March 13, 2017

### I. CLAIMANT AND CLAIM INFORMATION

| | Last/ Name of Business | First | Middle |
|---|---|---|---|
| **Claimant Name** | Mudd & Bruchhaus, L.L.C. | | |
| **Claimant ID** | 100189837 | **Claim ID** | 162912 |
| **Other Claim IDs Included in the Review of this Consolidated Multi-Facility Business** | 423691, 423692 | | |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Mudd & Bruchhaus, L.L.C. | | |

### II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). The following provides a breakdown of the factors relevant to your payment. See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| 1. | Compensation Amount: | $1,875,691.17 |
| 2. | Risk Transfer Premium Amount: | $468,922.79 |
| 3. | Plus Claimant Accounting Support: See Claimant Accounting Support Reimbursement Attachment for additional details. | $7,677.50 |
| 4. | Less Prior Spill-Related Payments: | $0.00 |
| 5. | Total Compensation Amount: This is the sum of all Rows above. | $2,352,291.46 |
| 6. | 40% of Prior Transition Offer, if Applicable: | N/A |
| 7. | Award Amount: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $2,352,291.46 |



EXHIBIT A