<u>BP'S FINAL PROPOSAL</u>

On April 4, 2017, BP Exploration & Production Inc. ("BP") filed its Initial Proposal with regard to Claim No. 162912. BP refers the Appeal Panel to that filing for a discussion of the issues in this appeal and submits a Final Proposal of $0.

Dated: April 14, 2017

