Claimant: Mudd & Bruchhaus, LLC
Claimant ID: 100189837
Claim Type: Business Economic Loss
Date: 4-3-17

### **Claimant's Memorandum in Support of Initial Proposal**

The Claims Administrator issued an Eligibility Notice dated February 9, 2017, determining that a Compensation Amount of $1,875,691.17 was owing, as well as a Risk Transfer Premium Amount of $468,922.79 (based on a 0.25 RTP multiplier), and Claimant Accounting Support in the amount of $7,677.50, for a Total Compensation Amount of $2,352,291.46. Claimant has this date uploaded its Initial Proposal Form. This brief Memorandum is submitted in support thereof.

BP's appeal lacks any merit. The Claims Administrator correctly and appropriately followed the rules outlined in the Settlement Agreement and by the Court. The calculation performed is correct. The exact allegations of the appeal are vague and incorrect. The award does comply with the Settlement Agreement. All of the Claims Administrator's requests for information were satisfied including all requirements of Policy 495. There is no error in the award or the claim forms. The claims calculation is accurate and was performed by the Claims Administrator with due diligence. The supporting documents substantiate the claim and the calculation performed. The Claims Administrator's award should be upheld and affirmed.


EXHIBIT
E