

# POST-APPEAL ELIGIBILITY NOTICE

## DATE OF NOTICE: May 8, 2017

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business: Mudd & Bruchhaus, L.L.C. | First | Middle |
| **Claimant ID** | 100189837 | **Claim ID** | 162912 |
| **Other Claim IDs Included in the Review of this Consolidated Multi-Facility Business** | 423691, 423692 | | |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Mudd & Bruchhaus, L.L.C. | | |

### II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. You or BP appealed the Compensation Amount initially offered after we reviewed your claim. The Appeal process is complete and the Post-Appeal Compensation Amount in Row 1 below is the Settlement Program's final decision on your claim. The following provides a breakdown of the factors relevant to your payment.

| | | |
|---|---|---|
| 1. | Post-Appeal Compensation Amount: | $1,875,691.17 |
| 2. | **5% Review Cost:** If you prevailed on your Appeal you will receive a 5% increase in the Post-Appeal Compensation Amount. | $93,784.56 |
| 3. | **Filing Fee Adjustment:** This amount is the 5% reduction in the pre-RTP Compensation Amount that you agreed to pay if you did not prevail in the appeal. If you did not prevail and this amount is zero, you have already paid your filing fee and your pre-RTP Compensation Amount will not be reduced. | $0.00 |
| 4. | Risk Transfer Premium Multiplier: | 0.25 |
| 5. | **Risk Transfer Premium Amount:** This amount is your Post-Appeal Compensation Amount multiplied by the Risk Transfer Premium Multiplier. This amount will be added to your Post-Appeal Compensation Amount. | $468,922.79 |
| 6. | Plus Claimant Accounting Support: | $7,677.50 |
| 7. | Total Compensation Amount: | $2,446,076.02 |
| 8. | 40% of Prior Transition Offer, if Applicable: | N/A |
| 9. | **Filing Fee Refund:** This is the refund of the appeal filing fee if you paid. We will only refund this fee if you prevailed in the appeal. | $0.00 |
| 10. | **Award Amount:** Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $2,446,076.02 |


EXHIBIT I