## BP's Request for Discretionary Review Regarding Claim No. 162912

BP appeals this $2.3 million post-RTP award to Claimant Mudd & Bruchhaus, L.L.C., a law firm based in Lake Charles, Louisiana, on the ground that the claim does not comply with the attestation requirement as recognized in the Fifth Circuit's March 3, 2014 opinion, 744 F.3d 370, 377-78 (5th Cir. 2014). Pursuant to the stipulation entered into between BP and the Class, BP is preserving this issue for further review but does not brief it herein.[1] *See* Stipulation, *filed in In re Oil Spill by the Oil Rig "Deepwater Horizon,"* No. 2:10-md-02179-CJB-JCW, Dkt. #22768-1 (filed Apr. 27, 2017). BP incorporates by reference its Initial and Final Proposals. *See* Doc. IDs 20578636 and 20606840. BP respectfully requests that the Court grant its request for discretionary review and vacate the award.

Dated: May 22, 2017

---

[1] In the event that Claimant nonetheless briefs the attestation issue, BP reserves the right to respond.

1



EXHIBIT J