June 2, 2017

**Claimant Mudd & Bruchhaus, L.L.C.'s Objection to B.P.'s Request for Discretionary Court Review**

On May 8, 2017, a unanimous decision in favor of Claimant Mudd & Bruchhaus, L.L.C. was rendered by the Appeal Panel. BP's appeal raised a "single" appealable issue. Specifically, BP attacked Claimant's attestation clause as being implausible because the law firm "has profited greatly from past awards and settlements to clients it has represented in claims related to the Spill."

In rejecting BP's argument, the Panel determined as follows:

"Nevertheless, in an abundance of caution, this panel, after due deliberation and de novo review of this record, finds unanimously that BP's attack on Claimant's claim form attestation is essentially another attempt to resurrect an **"alternative causation"** theory previously found unavailable by the supervising courts and numerous decisions of this panel"

The Panel unanimously rejected BP's "alternative causation" argument and adopted Claimant's Final Proposal.

Pursuant to Rule 21 of the Rules Governing Discretionary Court Review of Appeal Determinations, BP's Request for Discretionary Review must be rejected. BP has no right pursuant to Rule 21 to even make the request. Rule 21 specifically states that no such request on an "alternative causation issue" can be made and the processing of the claim will not be suspended. Here, it is undisputed that the Appeal Panel found BP's argument to be an attempt to resurrect an "alternative causation" theory. Accordingly, BP's request must be denied.

In the event that BP's Request for Discretionary Review is even considered, Claimant adopts all of the arguments adopted by the Appeal Panel and contained in its Final Proposal (Doc ID 23896754). BP's single argument lacks any merit and the rejection of the argument by the Appeal Panel should be affirmed.

