UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to:<br>No.: 12-970 | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| This applies to Claimant ID 100189837) and Claim ID 162912 only | |

## ORDER

Considering the Motion to Alter or Amend Orders Under Rule 59(E) or Alternatively, Motion for Relief from Order under Rule 60(B) filed by Mudd & Bruchhaus, LLC (Claimant ID 100189837) concerning Claim ID 162912, the evidence in the claim file, and the law, it is hereby ordered:

(1) The Motion is hereby Granted;

(2) BP's Request for Discretionary Review is hereby denied; and

(3) The Claim Administrator is hereby ordered to pay the claim pursuant to the Post-Appeal Eligibility Notice dated May 8, 2017.

THUS DONE AND SIGNED at New Orleans, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE