**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | SECTION:  J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| CASE NO. 13-01583 | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER ON UNOPPOSED MOTION TO CORRECT THE RECORD
### REGARDING COMPLIANCE WITH PTO 64

This matter having come before the Court on Plaintiff Tannin Inc.'s Unopposed Motion to Correct the Record Regarding Compliance with PTO 64 and the Court having considered the same, IT IS, THEREFORE ORDERED THAT

Tannin Inc. has complied with PTO 64 and therefore subject to further proceedings in this Court.

IT IS FURTHER ORDERED THAT Doc 23051 is corrected to identify Movant as having complied with PTO 64 and therefore subject to further proceedings in this Court.

New Orleans, Louisiana this 26th day of July, 2017.

_____
United States District Judge