**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § | MDL 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br> 2:16cv4806 | § § § | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**PLAINTIFFS' RESPONSE AND MOTION TO RECONSIDER WITH REGARD TO ORDER [as to the Remaining Cases in the B1 Pleading Bundle Following PTO 60, PTO 64, and the Moratorium Hold Opt-Out Order] (DOC 23051)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Union de Fileteros de Cucharas Jose Luis Palacios Medina, and files this their Response to the Court's Order as to the Remaining Cases in the B1 Pleading Bundle Following PTO 60, PTO 64, and the Moratorium Hold Opt-Out Order issued on July 19, 2017 [Doc 23051], and would show as follows:

1. The Court's Order [Doc 23051] states that Plaintiff, Union de Fileteros de Cucharas Jose Luis Palacios Medina, did not comply with PTO 64. Maria del Pilar Blanco Flores became the Leader of Union de Fileteros de Cucharas Jose Luis Palacios Medina, when Jose Luis Palacios Medina was killed on May 5, 2015 (See Exhibit "A" – Death Certificate of Jose Luis Palacios Medina). While it is true that Plaintiff, Jose Luis Palacios Medina did not sign the Sworn Statement in Response to PTO 64 (See Exhibit "B" - Sworn Statement was signed by Maria del Pilar Blanco Flores), the person with authority on behalf of Union de Fileteros de Cucharas Jose Luis Palacios Medina did sign the Sworn Statement. Again, Maria del Pilar Blanco Flores is the leader of Union de Fileteros de Cucharas Jose Luis Palacios Medina and the person with authority

to act on behalf of Union de Fileteros de Cucharas Jose Luis Palacios Medina. Plaintiff Union de Fileteros de Cucharas Jose Luis Palacios Medina requests that the Court find that Plaintiff, Union de Fileteros de Cucharas Jose Luis Palacios Medina, was not materially deficient with regard to PTO 64, and reinstate its lawsuit.

    Respectfully submitted,

**Weller, Green, Toups & Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704
(409) 838-0101/Fax: (409) 832-8577
Email: matoups@wgttlaw.com

**By:** **/s/ Mitchell A. Toups**
    Mitchell A. Toups
    Texas Bar No. 20151600

Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, TX  78596
956-968-9556
Fax:  956-969-0492
Email:  zreynajr@zreynalaw.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on July 27, 2017.

    /s/ Mitchell A. Toups
    Mitchell A. Toups