# EXHIBIT "A"



**ESTADOS UNIDOS MEXICANOS**
**ESTADO LIBRE Y SOBERANO DE VERACRUZ**
**DE IGNACIO DE LA LLAVE**
**REGISTRO CIVIL**
**ACTA DE DEFUNCION**

No. DE CONTROL: 1739218

CLAVE DE REGISTRO E IDENTIFICACION PERSONAL
3 0 1 2 1 0 1 8 6 0 0 6 8 5 2

OFICIALIA No. 01  LIBRO No. 01  ACTA No. 00036  LOCALIDAD: OZULUAMA DE MASCAREÑAS
MUNICIPIO: OZULUAMA DE MASCAREÑAS  ENTIDAD FEDERATIVA: VERACRUZ
FECHA DE REGISTRO: DIA 05  MES 05  AÑO 2015

**FINADO**  SEXO: HOMBRE [X]  MUJER [ ]

NOMBRE: JOSE LUIS  PALACIOS  MEDINA
(NOMBRE(S))  (PRIMER APELLIDO)  (SEGUNDO APELLIDO)

FECHA DE NACIMIENTO: 21 DE ABRIL DE 1957  EDAD: 58 AÑOS
NACIONALIDAD: MEXICANA

LUGAR DE NACIMIENTO: CUCHARAS  OZULUAMA DE MASCAREÑAS  VERACRUZ  MEXICO
(LOCALIDAD)  (MUNICIPIO)  (ENTIDAD FEDERATIVA)  (PAIS)

DOMICILIO HABITUAL: SILVERIO R. ALVARADO S/N CUCHARAS  ESTADO CIVIL: CASADO
GRANADILLA SEGUNDA  OZULUAMA DE MASCAREÑAS  VERACRUZ  MEXICO

NOMBRE DEL CONYUGE: GRACIELA ORTEGA MORATO  NACIONALIDAD: MEXICANA
NOMBRE DEL PADRE: --------  NACIONALIDAD: MEXICANA
NOMBRE DE LA MADRE: AMPARO INOCENCIA PALACIOS MEDINA  NACIONALIDAD: MEXICANA

**FALLECIMIENTO**

FECHA DE DEFUNCION: 02 DE MAYO DE 2015  HORA: 18:30
LUGAR: EN SU DOMICILIO  CERTIFICADO No. 150837165
DESTINO DEL CADAVER: INHUMACION [ ]  CREMACION [X]  NOMBRE DEL PANTEON O CREMATORIO: FUNERARIA RAMIREZ
UBICACION: COL. LAS CONCHITAS CD. MADERO, TAMAULIPAS
DONDE FALLECIO: CUCHARAS GRANADILLA SEGUNDA OZULUAMA, VERACRUZ
CAUSAS DE LA MUERTE: (A) SHOCK HIPOVOLEMICO POR HERIDAS CON PROYECTIL DE ARMA DE FUEGO.

NOMBRE DEL MEDICO QUE CERTIFICO LA DEFUNCION: DR. LUIS OCTAVIO ORTIZ RODRIGUEZ
No. DE CEDULA PROFESIONAL: 3827522
DOMICILIO: NIÑOS HEROES 8 COL. MARIANO ESCOBEDO NARANJOS, VERACRUZ

**DECLARANTE**

NOMBRE: JULIAN CONSTANTINO GONZALEZ  EDAD 51 AÑOS
NACIONALIDAD: MEXICANA  PARENTESCO: NINGUNO
DOMICILIO: NACIONAL HIDALGO OZULUAMA, VERACRUZ  OCUPACION: EMPLEADO

**TESTIGOS**

NOMBRE: CLARA RAMOS VELAZQUEZ  NACIONALIDAD: MEXICANA  EDAD 49 AÑOS
DOMICILIO: HILARIO MENINDEZ PEÑA 102 OZULUAMA, VERACRUZ  OCUPACION: EMPLEADA  PARENTESCO: NINGUNO
NOMBRE: ALMA ELISA RIVERA FLORES  NACIONALIDAD: MEXICANA  EDAD 47 AÑOS
DOMICILIO: 16 DE SEPTIEMBRE COL. CTM OZULUAMA, VER.  OCUPACION: EMPLEADA  PARENTESCO: NINGUNO

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES
ESTA ACTA SE LEVANTA DE ACUERDO AL OFICIO NUMERO UZPJ-DO/F4/558/2015 DE FECHA 06 DE MAYO DEL 2015, ENVIADO POR EL C. AGENTE DEL MINISTERIO PUBLICO INVESTIGADOR DE OZULUAMA, VERACRUZ. INVESTIGACIÓN MINISTERIAL NO. UZPJ-DO/F4/130/2015-V.

**FIRMAS**

JULIAN CONSTANTINO GONZALEZ
DECLARANTE

CLARA RAMOS VELAZQUEZ
TESTIGO

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN LOS QUE EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO IMPRIMEN SU HUELLA DIGITAL DEL PULGAR DERECHO

EL C. OFICIAL No. 01  DEL REGISTRO CIVIL

LIC. ITZEL AMARANTA CHAVEZ BETANCOURT
NOMBRE