UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL No. 2179 SECTION: J |
| This Document Relates to:  2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Gauci Custom Builders, LLC, et al., who move this Court for an order allowing JACQUES F. BEZOU (BAR #3037), JACQUES F. BEZOU, JR. (BAR #33728) and ERICA HYLA (BAR #34603), THE BEZOU LAW FIRM, 534 E. Boston Street, Covington, Louisiana 70433 to enroll as additional counsel of record for plaintiffs in these proceedings.

Respectfully submitted this the 28th  day of July, 2017.

BY:  GAUCI CUSTOM BUILDERS, LLC, d/b/a
GAUCI'S CUSTOM BUILDING AND
DEVELOPING, LLC, WINTER GARDEN
ITALIAN AMERICAN BISTRO, LLC, KAREN
GAUCI individually, and JOSEPH V. GAUCI
individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of July, 2017.

/s/ George W. Healy IV