UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | | * | SECTION: J |
| This Document Relates to:  2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

ORDER

Considering the foregoing MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD granted;

IT IS HEREBY ORDERED that JACQUES F. BEZOU (BAR #3037), JACQUES F. BEZOU, JR. (BAR #33728) and ERICA HYLA (BAR #34603), THE BEZOU LAW FIRM, 534 E. Boston Street, Covington, Louisiana 70433, be enrolled as additional counsel of record for plaintiffs, GAUCI CUSTOM BUILDERS, LLC, et al.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2017.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005
BY:  GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually