UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater  　　　　MDL No. 2179
　　　　Horizon" in the Gulf of Mexico, on
　　　　April 20, 2010　　　　　　　　　　　　　　SECTION: J

　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE BARBIER

This Document Relates to:
All Cases, including 12-970 & 12-968　　　　　　MAG. JUDGE WILKINSON

---

# Special Master Order No. 2

On July 28, 2016, the Court entered an order appointing the undersigned as Special Master with the duty of making recommendations concerning attorney's fees and expenses. R. Doc. 21281. On April 18, 2017, the undersigned entered Special Master Order No. 1, setting forth the initial procedure for conducting ex parte meetings with Objectors. R. Doc. 22727. The ex parte meetings contemplated in Special Master Order No. 1 are almost complete.

The Special Master hereby adopts the following supplemental procedure:

1. The Special Master will complete his initial ex parte meetings with Objectors no later than July 31, 2017.

2. A representative of each Objector has verbally consented to the Special Master attempting to mediate the outstanding differences of the parties (i.e., to search for a globally acceptable resolution to present to the Court). The Special Master will only proceed with mediation if no party objects in writing by the end of business on August 4, 2017. If no party objects, the Special Master will attempt to achieve a mediated resolution on or before September 1, 2017. If the Special Master cannot achieve a mediated resolution on or before September 1, 2017, or if any party objects to proceeding with mediation, the Special Master will proceed toward

      making a formal recommendation.

3. If the Special Master cannot achieve a mediated resolution on or before September 1, 2017, or if any party objects to proceeding with mediation, any party that wishes to make a formal submission into the Special Master's evidentiary record must do so no later than the close of business on September 15, 2017. Submissions to the Special Master may be made by email (perry@pbmbllc.com).

4. After the evidentiary record is complete, the Special Master will complete his recommendation and file it, along with the Special Master record, with the Court.

5. The Special Master reserves the right to supplement this procedure if circumstances warrant.

Baton Rouge, Louisiana, this 28th day of July, 2017.

*John W. Perry, Jr.*
_____
John W. Perry, Jr., Special Master