UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | |
| MDL 2179 and 2:13-cv-02029 | * | MAG. JUDGE WILKINSON |

**************************************

**PUTATIVE CLASS OF RELEASED FISHERMEN'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 19, 2017, DISMISSAL OF B1 CLAIMS [DOC. 23051]**

NOW INTO COURT, through undersigned counsel, come Russel Dardar, Efram Naquin and Thoa Dinh Nguyen individually and as a putative class representatives of released commercial fisherman, move this Honorable Court to reconsider its recent dismissal of named and putative class member's B1 General Maritime Claims as more fully set forth in the attached Memorandum.

Respectfully submitted,

*/s/ Cheryl L. Wild-Donde'Ville*
Clay Garside (LA Bar # 29873)
Cheryl Wild-Donde'Ville (LA Bar #28805)
Waltzer Wiygul & Garside, LLC
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@wwglaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

>Joel Waltzer (LA Bar # 19268)
>Waltzer Wiygul & Garside, LLC
>1000 Behrman Highway
>Gretna, LA 70056
>joel@wwglaw.com
>Tel: (504) 340-6300
>Fax: (504) 340-6330

>Robert Wiygul (LA Bar # 17411)
>Waltzer Wiygul & Garside, LLC
>1011 Iberville Drive
>Ocean Springs, MS 39564
>robert@wwglaw.com
>Tel: (228) 872-1125
>Fax: (228) 872-1128

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of July, 2017.

>*/s/ Cheryl L. Wild-Donde'Ville*