## EXHIBIT A

| Ex 3 Line No. | Putative Class Member Name Represented by Waltzer Wiygul & Garside | B1 Remaining Plaintiff Order |
|---|---|---|
|  | Acosta, Shane C | Upon information and belief, PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| 3 | Aguilar-Lara, Lorenzo | Dismissed -non compliant PTO 60 |
| 4 | Aguilar-Torres, Pedro | Dismissed -non compliant PTO 60 |
| 5 | Alexis, Barry Steven | Dismissed -non compliant PTO 60 |
| 6 | Ancar, Claudie Rene | Dismissed -non compliant PTO 60 |
| 11 | Badillo-Gomez, Rigoberto | Dismissed -non compliant PTO 60 |
| 13 | Barbe, Mark Allen | Dismissed -non compliant PTO 60 |
| 20 | Borden, Stanley John | Dismissed -non compliant PTO 60 |
| 21 | Bourgeois, Daniel Joseph | Dismissed -non compliant PTO 60 |
|  | Brunet, Joan | Upon information and belief, PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| 23 | Brunet, Mark | Dismissed -non compliant PTO 60 |
| 28 | Callahan, Russel James Sr. | Dismissed -non compliant PTO 60 |
| 31 | Cao, Bang | Dismissed -non compliant PTO 60 |
| 32 | Cao, Trang | Dismissed -non compliant PTO 60 |
| 35 | Carbajal, Jose Luis | Dismissed -non compliant PTO 60 |
| 36 | Carbajal, Santa Dardar | Dismissed -non compliant PTO 60 |
| 39 | Chau, Son Van | Dismissed -non compliant PTO 60 |
| 40 | Chu, Minh Hoang | Dismissed -non compliant PTO 60 |
| 48 | Cross, Melissa A. | Dismissed -non compliant PTO 60 |
| 49 | Cu, Tam | Dismissed -non compliant PTO 60 |
| 50 | Cubbage, Amy | Dismissed -non compliant PTO 60 |
| 52 | Dang, Anh Ngoc obo Nguyen, Can Van | Dismissed -non compliant PTO 60 |
|  | Dang, Be Ngoc | Upon information and belief, PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| 53 | Dang, Dong Van | Dismissed -non compliant PTO 60 |
| 54 | Danh, Na Phi | Dismissed -non compliant PTO 60 |
| 55 | Dao, Hung Tien | Dismissed -non compliant PTO 60 |
| 56 | Dardar, Eugene | Dismissed -non compliant PTO 60 |
| 57 | Dardar, Russell Sr | Named Plaintiff/Class Rep. Dismissed -non compliant PTO 60 |
| 58 | Dardar, Tommy | Dismissed -non compliant PTO 60 |
| 60 | Delgado-Olivier, Policarpo | Dismissed -non compliant PTO 60 |
| 61 | Demolle, Freddy Joseph | Dismissed -non compliant PTO 60 |
| 62 | Do, Chan Thi | Dismissed -non compliant PTO 60 |
| 64 | Do, Vinh Van | Dismissed -non compliant PTO 60 |
| 65 | Doll, Craig J | Dismissed -non compliant PTO 60 |
| 66 | Dufrene, Eric | Dismissed -non compliant PTO 60 |

| 68 | Dugar, Edward II | Dismissed -non compliant PTO 60 |
|---|---|---|
| 69 | Duong, Chien Van | Dismissed -non compliant PTO 60 |
| 315 | Duplessis, Clarence Triple C Seafood , Inc. | Dismissed -non compliant PTO 60 |
| 74 | Esfeller, Bobby | Dismissed -non compliant PTO 60 |
| 77 | Fletes, Hector | Dismissed -non compliant PTO 60 |
| 79 | Gabriel, Wade Tracy | Dismissed -non compliant PTO 60 |
| 80 | Gallardo, John | Dismissed -non compliant PTO 60 |
| 81 | Garcia, German Hernandez | Dismissed -non compliant PTO 60 |
| 85 | Ginn, Brett J. | Dismissed -non compliant PTO 60 |
| 87 | Gonzales, Rudolph S., Sr. | Dismissed -non compliant PTO 60 |
| 88 | Gonzales, Sylvia A | Dismissed -non compliant PTO 60 |
| 91 | Graham, Darrell | Dismissed -non compliant PTO 60 |
| 94 | Guerra, Kerry Sr. | Dismissed -non compliant PTO 60 |
| 95 | Guidry, Jonathan B. | Dismissed -non compliant PTO 60 |
| 100 | Hoang, Hoan Ba | Dismissed -non compliant PTO 60 |
| 105 | Hotard, Edward | Dismissed -non compliant PTO 60 |
| 111 | Johnson, Roger | Dismissed -non compliant PTO 60 |
| 112 | Johnson, Ronald Sr. | Dismissed -non compliant PTO 60 |
| 113 | Johnson, Rory | Dismissed -non compliant PTO 60 |
| 114 | Johnson, Thomas "TJ" | Dismissed -non compliant PTO 60 |
| 115 | Johnson, Tony | Dismissed -non compliant PTO 60 |
| 117 | Julian, John Jr. | Dismissed -non compliant PTO 60 |
| 248 | Kalliainen, Richard, Rick's Seafood, Inc | Dismissed -non compliant PTO 60 |
| 118 | Kang, Sambo | Dismissed -non compliant PTO 60 |
| 124 | Lafrance, Cal | Dismissed -non compliant PTO 60 |
| 126 | Lam, Tony | Dismissed -non compliant PTO 60 |
| 127 | Landry, Robert E | Dismissed -non compliant PTO 60 |
| 128 | Latapie, Crystal | Dismissed -non compliant PTO 60 |
| 129 | Latapie, Eurilda | Dismissed -non compliant PTO 60 |
| 130 | Latapie, Joseph F., Jr. | Dismissed -non compliant PTO 60 |
| 131 | Latapie, Joseph F., Sr. | Dismissed -non compliant PTO 60 |
| 132 | Latapie, Travis J. | Dismissed -non compliant PTO 60 |
| 133 | Le, A. Thi | Dismissed -non compliant PTO 60 |
| 136 | Le, Cuong Van | Dismissed -non compliant PTO 60 |
| 138 | Le, Ho Minh | Dismissed -non compliant PTO 60 |
| 139 | Le, Hung M. | Dismissed -non compliant PTO 60 |
| 142 | Le, Nan Van (Listed as Nhan on Ex. 3) | Dismissed -non compliant PTO 60 |
| 145 | Le, Tanh Ba | Dismissed -non compliant PTO 60 |
| 146 | Le, Tung | Dismissed -non compliant PTO 60 |
| 148 | Lim, Chhay | Dismissed -non compliant PTO 60 |

| | | |
|---|---|---|
| 149 | Lim, Koung | Dismissed -non compliant PTO 60 |
| 150a | Loga, Darrell Wayne Jr | Dismissed -non compliant PTO 60 (only one Darrell Loga on Ex. 3) |
| 150b | Loga, Darrell Wayne Sr | Dismissed -non compliant PTO 60 (only one Darrell Loga on Ex. 3) |
| 151 | Luong, Tu Van | Dismissed -non compliant PTO 60 |
| 153 | Mackey, Paul | Dismissed -non compliant PTO 60 |
| | Mai, Son Xuan | PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| | Mai, Thuong Van | Upon information and belief, PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| 166 | Mispel, Royden | Dismissed -non compliant PTO 60 |
| 177 | Naquin, Efram | Named Plaintiff/Class Rep. Dismissed -non compliant PTO 60 |
| 179 | Nguyen, Ban Van | Dismissed -non compliant PTO 60 |
| 180 | Nguyen, Binh Van | Dismissed -non compliant PTO 60 |
| 182 | Nguyen, Cuong Van | Dismissed -non compliant PTO 60 |
| 185 | Nguyen, Ghi Van | Dismissed -non compliant PTO 60 |
| 187 | Nguyen, Hai Bang | Dismissed -non compliant PTO 60 |
| 189 | Nguyen, Hoa | Dismissed -non compliant PTO 60 |
| 192 | Nguyen, Hung | Dismissed -non compliant PTO 60 |
| 194 | Nguyen, Hung Minh | Dismissed -non compliant PTO 60 |
| 196 | Nguyen, Joe | Dismissed -non compliant PTO 60 |
| 197 | Nguyen, Khanh Van | Dismissed -non compliant PTO 60 |
| 198 | Nguyen, Lien Thi | Dismissed -non compliant PTO 60 |
| 199 | Nguyen, Mien H | Dismissed -non compliant PTO 60 |
| 203 | Nguyen, Nguyet | Dismissed -non compliant PTO 60 |
| 206 | Nguyen, Qui Van | Dismissed -non compliant PTO 60 |
| 208 | Nguyen, Son Huu | Dismissed -non compliant PTO 60 |
| 210 | Nguyen, Thoa Dinh | Named Plaintiff/Class Rep. Dismissed -non compliant PTO 60 |
| 320 | Nguyen, Thom Van (listed as Van, Thom Nguyen on Ex. 3) | Dismissed -non compliant PTO 60 |
| 212 | Nguyen, Tien D | Dismissed -non compliant PTO 60 |
| 219 | Nguyen, Ut N | Dismissed -non compliant PTO 60 |
| 226 | Parker, Roderick | Dismissed -non compliant PTO 60 |
| 228 | Pham, Binh Vu | Dismissed -non compliant PTO 60 |
| 229 | Pham, Co Van | Dismissed -non compliant PTO 60 |
| 230 | Pham, Dinh Van | Dismissed -non compliant PTO 60 |
| 231 | Pham, Mung Van | Dismissed -non compliant PTO 60 |
| 232 | Pham, Muoi V. | Dismissed -non compliant PTO 60 |
| 233 | Pham, Ut Van | Dismissed -non compliant PTO 60 |
| 235 | Phan, Phising Thi | Dismissed -non compliant PTO 60 |
| 236 | Phan, Toan Thanh | Dismissed -non compliant PTO 60 |
| 237 | Phillippe, John Anaico | Dismissed -non compliant PTO 60 |
| 238 | Phillips, James Alido | Dismissed -non compliant PTO 60 |

| | | |
|---|---|---|
| 242 | Ragas, Jonathan Keith | Dismissed -non compliant PTO 60 |
| 243 | Ramirez, Leopoldo Hernandez | Dismissed -non compliant PTO 60 |
| 344 | Rebollar-Aguilar, Ricardo | Dismissed -non compliant PTO 60 |
| 251 | Rotolo, Carolyn Ann | Dismissed -non compliant PTO 60 |
| 259 | Savoy, Donald | Dismissed -non compliant PTO 60 |
| 257 | Seaman, Sanford (Listed as Sanford, Seaman on Ex. 3) | Dismissed -non compliant PTO 60 |
| 264 | Simmons, Phillip | Dismissed -non compliant PTO 60 |
| 265 | Singley, Glenn Cletus | Dismissed -non compliant PTO 60 |
| 169 | Solorzano, Marilyn Miss Marilyn Louise Inc. | Dismissed -non compliant PTO 60 |
| 272 | Sun, Hong Sreng | Dismissed -non compliant PTO 60 |
| 273 | Swift, Glenn Gerald | Dismissed -non compliant PTO 60 |
| 274 | Sylve, Dennis A. | Dismissed -non compliant PTO 60 |
| 275 | Thach, Sang | Dismissed -non compliant PTO 60 |
| 276 | Thach, Tiet Thi | Dismissed -non compliant PTO 60 |
| 279 | Thonn, Charles D | Dismissed -non compliant PTO 60 |
| 280 | Thonn, Michael Joseph | Dismissed -non compliant PTO 60 |
| 282 | Thonn, Shaun William | Dismissed -non compliant PTO 60 |
| 284 | To, Muoi Thi | Dismissed -non compliant PTO 60 |
| 289 | Tran, Dang Dinh | Dismissed -non compliant PTO 60 |
| 290 | Tran, Dinh Ngoc | Dismissed -non compliant PTO 60 |
| 291 | Tran, Du D | Dismissed -non compliant PTO 60 |
| 293 | Tran, Ho Van | Dismissed -non compliant PTO 60 |
| 295 | Tran, Hung Ngoc | Dismissed -non compliant PTO 60 |
| 296 | Tran, Lam Duy | Dismissed -non compliant PTO 60 |
| 298 | Tran, Mai K. | Dismissed -non compliant PTO 60 |
| 299 | Tran, Men | Dismissed -non compliant PTO 60 |
| 300 | Tran, Nam | Dismissed -non compliant PTO 60 |
| 301 | Tran, Ngua Thi | Dismissed -non compliant PTO 60 |
| 302 | Tran, Nho Van | Dismissed -non compliant PTO 60 |
| 303 | Tran, Phuc Van | Dismissed -non compliant PTO 60 |
| 305 | Tran, Phuong Tu | Dismissed -non compliant PTO 60 |
| 306 | Tran, Son T. - F/V Bright Star | Dismissed -non compliant PTO 60 |
| 307 | Tran, Stephen_F/V: Diana | Dismissed -non compliant PTO 60 |
| 308 | Tran, Su D | Dismissed -non compliant PTO 60 |
| 309 | Tran, Thom Thi | Dismissed -non compliant PTO 60 |
| 311 | Tran, Trung Van | Dismissed -non compliant PTO 60 |
| 313 | Tran, Tung Van | Dismissed -non compliant PTO 60 |
| 314 | Trieu, Ly | Dismissed -non compliant PTO 60 |
| | Truong, Dung Van | PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| 316 | Truong, Sinh Ngoc | Dismissed -non compliant PTO 60 |
| 317 | Truong, Ut | Dismissed -non compliant PTO 60 |

| | | |
|---|---|---|
| 318 | Truong, Vu D | Dismissed -non compliant PTO 60 |
| 391 | Ung, Roeun | Dismissed -non compliant PTO 60 |
| 321 | Verdin, Ebro | Dismissed -non compliant PTO 60 |
| 322 | Verdin, John Sr. | Dismissed -non compliant PTO 60 |
| 327 | Vo, Thuan Van | Dismissed -non compliant PTO 60 |
| 328 | Vo, Tuan Anh | Dismissed -non compliant PTO 60 |
| 329 | Vogelsong, Jason_Captain J&V Seafood, Inc. | Dismissed -non compliant PTO 60 |
| 330 | Vogelsong, Kenneth III | Dismissed -non compliant PTO 60 |
| 167 | Vogelsong, Kenneth III_Miss Candace Nicole, Inc. | Dismissed -non compliant PTO 60 |
| 266 | Vu, Sinh Minh (listed as Sinh, Minh Vu on Ex. 3) | Dismissed -non compliant PTO 60 |
| 339 | Williamson, Kevin Sr. | Dismissed -non compliant PTO 60 |
| 340 | Wilson, Jonathan Edgar | Dismissed -non compliant PTO 60 |
| 343 | Zirlott, Francis | Dismissed -non compliant PTO 60 |
| 344 | Zirlott, Raymond Sr. | Dismissed -non compliant PTO 60 |

| Ex 3 Line No. | Other known Putative Class Members not individually represented by Waltzer Wiygul & Garside | B1 Remaining Plaintiff Order |
|---|---|---|
| 24 | Bui, Chuc | Dismissed -non compliant PTO 60 |
| | Dufrene, Scottie | Upon information and belief, PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| 70 | Duplessis, Warren Victor | Dismissed -non compliant PTO 60 |
| 72 | Encalade, Elton Lee | Dismissed -non compliant PTO 60 |
| 73 | Encalade, Wilfred Paul | Dismissed -non compliant PTO 60 |
| 75 | Etienne, Arthur Jr. | Dismissed -non compliant PTO 60 |
| 97 | Ho, Hung T. | Dismissed -non compliant PTO 60 |
| 102 | Hoang, Trung Tuan | Dismissed -non compliant PTO 60 |
| 106 | Huynh, Dung | Dismissed -non compliant PTO 60 |
| 140 | Le, Kim E. | Dismissed -non compliant PTO 60 |
| 144 | Le, Sanh Van | Dismissed -non compliant PTO 60 |
| 160 | Menesses, Dennis Frank Sr. | Dismissed -non compliant PTO 60 |
| 178 | Nguyen, Anh Hong | Dismissed -non compliant PTO 60 |
| 181 | Nguyen, Cu | Dismissed -non compliant PTO 60 |
| 184 | Nguyen, Doan | Dismissed -non compliant PTO 60 |
| 186 | Nguyen, Giang T. | Dismissed -non compliant PTO 60 |
| 190 | Nguyen, Hoa | Dismissed -non compliant PTO 60 |
| 191 | Nguyen, Hong Loan T. | Dismissed -non compliant PTO 60 |
| 195 | Nguyen, Hung Van | Dismissed -non compliant PTO 60 |
| 202 | Nguyen, My | Dismissed -non compliant PTO 60 |

| | | |
|---|---|---|
| 207 | Nguyen, Sang-Thanh | Dismissed -non compliant PTO 60 |
| 211 | Nguyen, Thuy | Dismissed -non compliant PTO 60 |
| 213 | Nguyen, Tien Tu | Dismissed -non compliant PTO 60 |
| 214 | Nguyen, Toan | Dismissed -non compliant PTO 60 |
| | Nguyen, Trung Tuan | Upon information and belief, PTO 64 Exhibit A Submitted, Does not appear on any of the Order's Exhibits |
| 218 | Nguyen, Tuc Van | Dismissed -non compliant PTO 60 |
| 245 | Reddick Jr., Norman | Dismissed -non compliant PTO 60 |
| 249 | Robin, Gary John | Dismissed -non compliant PTO 60 |
| 278 | Thonn IV, John Joseph | Dismissed -non compliant PTO 60 |
| 281 | Thonn, Nicholas | Dismissed -non compliant PTO 60 |
| 283 | To, Chil Hue | Dismissed -non compliant PTO 60 |
| 294 | Tran, Hon Yan (Van) | Dismissed -non compliant PTO 60 |
| 304 | Tran, Phuong Duc | Dismissed -non compliant PTO 60 |
| 312 | Tran, Truyen J. | Dismissed -non compliant PTO 60 |
| 338 | White, Robert | Dismissed -non compliant PTO 60 |