# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## MOTION OF DEFENDANT BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP AMERICA INC. ("BP") FOR ENTRY OF AN ORDER RELATING TO THE PRESERVATION OF CERTAIN MATERIALS

BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP"), through their undersigned counsel, respectfully move this Court for an Order in the form submitted herewith, revising the requirements of ¶14 of Pretrial Order #1 ("PTO 1 ¶14") related to preservation of certain materials.

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Matthew T. Regan, P.C.
J. Andrew Langan, P.C.
A. Katrine Jakola, P.C.
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

and

Robert C. "Mike" Brock, P.C.
Jeffrey B. Clark
Joseph J. DeSanctis
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5951
Facsimile:  (202) 879-5200

Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America Inc.

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of July 2017.

/s/ Don K. Haycraft