UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 | |
| | | * | SECTION: J | |
| This Document Relates to: 2:17-cv-02881 | | * | Judge Barbier | |
| | | * | Mag. Judge Shushan | |

<u>MOTION TO SEVER</u>

NOW INTO COURT through undersigned counsel come plaintiffs GAUCI'S CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC and WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC (referred to hereafter collectively as "the Gauci Businesses"), KAREN GAUCI individually and JOSEPH V. GAUCI individually, herein and respectfully move and represent as follows:

(1)

Gauci Custom Builders, LLC et al v. Brent Coon & Associates Law Firm, P.C. et al, Case Number: 2:17-cv-02881-CJB-JCW is an attorney malpractice case. The plaintiffs are persons and entities who were formerly clients of defendant Brent Coon & Associates Law Firm, P.C. et al. The Defendants, Brent Coon & Associates Law Firm, P.C., Brent Coon, Eric W. Newell, John Thomas, Biskobing Law, P.C., are attorneys who are members of, employees of, or otherwise associated with the firm.

(2)

This lawsuit is not related in any material way to the other lawsuits which have been grouped as MDL 2179: the parties are different, the issues are different.

(3)

The parties are different to the point that there is, upon information and belief, no overlap: none of the parties to Gauci Custom Builders, LLC et al v. Brent Coon & Associates Law Firm, P.C. et al, Case Number: 2:17-cv-02881-CJB-JCW is a party in any of the pending cases grouped as MDL 2179, and none of the parties to any case which is currently pending in MDL 2179 is a party to the current lawsuit.

(4)

The issues are different to the point that, as far as plaintiffs can determine, there is, literally, no overlap.  If all the issues in all the cases grouped as MDL 2179 other than plaintiffs' case are completely resolved, this will do nothing whatsoever to advance plaintiffs' case to a resolution, because the MDL 2179 issues are not our issues.  And if plaintiffs' case is severed to be litigated separately, nothing that happens in plaintiffs' case will have any bearing on the issues in any of the cases grouped in MDL 2179, because our issues are not their issues.

(5)

For this reason, it will not be in the interest of judicial efficiency to have the above-captioned case remain as part of MDL 2179.  The only result of treating plaintiffs' case as part of MDL 2179 will be to delay resolution of plaintiffs' claims without in any way advancing the claims of the parties toward MDL 2179 toward a resolution.

(6)

The motion should be treated as an opposed motion. Undersigned counsel sent it to defense counsel a week ago, asked whether they wanted to oppose the motion or

not and they failed to advise. Attached and marked exhibit 1 is a chain of emails.

WHEREFORE Plaintiffs GAUCI'S CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC and WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually and JOSEPH V. GAUCI individually, respectfully move and pray that the above-captioned case be severed from MDL 2179 and docketed separately to proceed as an independent stand alone case.

Respectfully submitted this the 31st day of July, 2017.

BY:  GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

JACQUES F. BEZOU
Bar Roll #: 3037
JACQUES F. BEZOU
Bar Roll #: 3037
ERICA HYLA
Bar Roll #:  34603
THE BEZOU LAW FIRM
Attorney for Percy Payne
534 E. Boston Street
Covington, LA 70433
Phone: (985) 892 – 2111
Fax: (985) 892 – 1413

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO SEVER has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of July, 2017.

                                          /s/ George W. Healy IV
                                          George W. Healy IV