UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | CIVIL ACTION NO: 2:10-md-02179 SECTION "J" JUDGE BARBIER |
| This document applies to: *All Cases In Pleading Bundle B3* | * * | MAGISTRATE JUDGE WILKINSON |

## RESPONSE OF CERTAIN ADDITIONAL CLEAN-UP RESPONDER DEFENDANTS

**NOW INTO COURT**, through undersigned counsel, come certain Additional Clean-Up Responder Defendants,[1] ES&H, Inc., Team Labor Force, LLC, Shamrock Management, LLC, Falck Alford a/k/a Falck Alford Holding Company, Inc., Danos and Curole Staffing, LLC, T&M Boat Rentals, LLC, HEPACO, Inc., Moran Environmental Recovery, LLC, USA Labor, LLC, USA Environmental Services, Inc., Coastal Catering, LLC, Plant Performance Services, LLC, and Fluor Enterprises, Inc., and, in response to the Court's Order [Rec. Doc. 23046] dated July 18, 2017, file the lists attached as **Exhibit "1"** – B3 Plaintiffs who named these defendants in pre-PTO 63 complaints, but did not name them as defendants in post-PTO 63 complaints; and, **Exhibit "2"** – B3 Plaintiffs who filed multi-party complaints and individual complaints prior to PTO 63, but named Plant Performance Services, LLC and Fluor Enterprises, Inc. as defendants only in their pre-PTO 63 multi-plaintiff complaints.  Having already filed individual complaints, the B3 Plaintiffs in **Exhibit "2"** were not required to file new complaints; instead, they were required only to complete, serve, and file a B3 Sworn Statement.  *See* PTO 63, ¶ 6(A)(i).  The B3 Plaintiffs in **Exhibit "2"** filed B3 Sworn Statements only in their *individual* actions, in which Plant Performance Services, LLC and Fluor Enterprises, Inc. were not named as defendants.  Just

---

[1] "Additional Clean-Up Responder Defendants" are companies involved in oil spill response operations, but were not one of the "Clean-Up Responder Defendants" named in the B3 Master Complaint.  *See* Court's Order, Rec. Doc. 23046.

as the pre-PTO 63 complaints of the B3 Plaintiffs in **Exhibit "1"** were superseded by their post-PTO 63 individual complaints, so, too, were the pre-PTO 63 multi-party complaints of the B3 Plaintiffs in **Exhibit "2"** superseded by their pre-PTO 63 individual complaints.

    Respectfully submitted,

    ADAMS AND REESE LLP


    /s/ A. Kirk Gasperecz
    A. KIRK GASPERECZ, T.A. (#17583)
    JAMES T. ROGERS III (#21845)
    701 Poydras Street, Suite 4500
    New Orleans, LA 70139
    Telephone: (504) 581-3234

    Attorneys for Defendants,
    ES&H, INC. and TEAM LABOR FORCE, LLC

    ALLEN & GOOCH
    A Law Corporation


    /s/ S. Brian Perry
    S. BRIAN PERRY (#25209)
    2000 Kaliste Saloom Road, Suite 400
    Lafayette, LA 70508
    Telephone: (337) 291-1000

    Attorney for Defendant,
    ES&H, INC.

    LeBAS LAW OFFICES, APLC


    /s/ Henry H. LeBas
    HENRY H. LeBAS (#23185)
    2 Flagg Place, Suite 1
    Lafayette, LA 70508
    Telephone: (337) 236-5500
    Fax No.: (337) 236-5590

    Attorneys for Defendant,
    SHAMROCK MANAGEMENT, LLC

2

BLUE WILLIAMS, LLP


*/s/ William L. Brockman*
RICHARD S. VALE, T.A. (#12995)
PAMELA NOYA MOLNAR, #18208
WILLIAM L. BROCKMAN, #03485
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone:  (504) 831-4091
Fax No.:  (504) 849-3879

Attorneys for Defendant,
FALCK ALFORD a/k/a FALCK ALFORD
HOLDING COMPANY, INC.

LARZELERE PICOU WELLS SIMPSON
LONERO, LLC


*/s/ Morgan J. Wells*
MORGAN J. WELLS, JR., T.A. (#18499)
LEE M. PEACOCKE (#18374)
3850 N. Causeway Boulevard
Suite 1100 – Two Lakeway Center
Metairie, LA 70002
Telephone: (504) 834-6500
Fax No.: (504) 834-6565

Attorneys for Defendant,
DANOS AND CUROLE STAFFING, LLC

DAIGLE RAYBURN LLC


*/s/ Susan A. Daigle*
SUSAN A. DAIGLE (#4459)
303 W. Vermilion, Suite 210
Post Office Box 3667
Lafayette, LA  70502-3667
Telephone:  (337) 234-7000
Fax No.:  (337) 237-0344

Attorneys for Defendant,
T&M BOAT RENTALS, LLC

3

JUGE, NAPOLITANO, GUILBEAU,
RULI & FRIEMAN


*/s/ Jeffrey I. Mandel*
JEFFREY I. MANDEL (#20935)
3320 West Esplanade Avenue North
Metairie, LA 70002
Telephone: (504) 831-7270
Fax No.: (504) 831-7284

Attorneys Defendant,
HEPACO, INC.

JUGE, NAPOLITANO, GUILBEAU,
RULI & FRIEMAN


*/s/ Joseph B. Guilbeau*
JOSEPH B. GUILBEAU (#14326)
3320 West Esplanade Avenue North
Metairie, LA 70002
Telephone: (504) 831-7270
Fax No.: (504) 831-7284

Attorneys for Defendants,
MORAN ENVIRONMENTAL RECOVERY, LLC
and TEAM LABOR FORCE, LLC

MOULEDOUX BLAND LEGRAND
& BRACKETT


*/s/ Alan G. Brackett*
ALAN G. BRACKETT, T.A. (#14094)
WILTON E. BLAND, IV (#33015)
4250 One Shell Square
701 Poydras Street
New Orleans, LA 70139
Telephone: (504) 595-3000
Fax No.: (504) 522-2121

Attorneys for Defendants,
USA LABOR, LLC and USA ENVIRONMENTAL
SERVICES, INC.

STAINES & EPPLING

*/s/ Craig W. Brewer*
ANTHONY J. STAINES (#12388)
CRAIG W. BREWER (#23665)
ASHLEY E. BOYD (#32509)
3500 N. Causeway Blvd., Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Fax No.: (504) 838-0043

Attorneys for Defendant,
COASTAL CATERING, LLC

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Anne Marie Estevez*
ANNE MARIE ESTEVEZ
  Florida Bar No. 991694
JOSEPH D. MAGRISSO
  Florida Bar No. 105352
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415-3330
Fax No.: (877) 432-9652

Attorneys for Defendants,
PLANT PERFORMANCE SERVICES, LLC
and FLUOR ENTERPRISES, INC.

**CERTIFICATE OF SERVICE**

　　I hereby certify that the above and foregoing documents has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of July, 2017.

*/s/ A. Kirk Gasperecz*
A. KIRK GASPERECZ