**Exhibit "1" – B3 Plaintiffs Who Named Certain Additional Clean-Up Responder Defendants In Pre-PTO 63 Complaints, But Not In Their Post-PTO 63 Individual Complaints**

| B3 Plaintiff | Additional Clean-Up Responder Defendant(s) | Pre-PTO 63 Case(s) | Post-PTO 63 Case |
|---|---|---|---|
| Herbert Coleman | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:17-cv-03128 |
| Daniel Hatcher | ES&H, Inc.; Team Labor Force, LLC; Falck Alford a/k/a Falck Alford Holding Company, Inc.; T&M Boat Rentals, LLC; Shamrock Management, LLC; and, HEPACO, Inc. | 2:12-cv-02338 2:13-cv-03747 | 2:17-cv-03179 |
| Frank Howell | T&M Boat Rentals, LLC; and, HEPACO, Inc. | 2:13-cv-03747 | 2:17-cv-03232 |
| Brenda Joyce Jackson | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-02964 | 2:17-cv-03295 |
| Patricia Ann Johnson | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-02964 | 2:17-cv-03309 |
| Doug Maurras | Moran Environmental Recovery, LLC | 2:12-cv-02048 | 2:17-cv-03185 |
| Patricia Rye | ES&H, Inc.; Team Labor Force, LLC; Danos and Curole Staffing, LLC; Shamrock Management, LLC USA Labor, LLC; and, USA Environmental Services, Inc. | 2:12-cv-02338 2:13-cv-03747 | 2:17-cv-03155 |
| Ronald Shearon | ES&H, Inc.; Danos and Curole Staffing, LLC; Team Labor Force, LLC; and, Shamrock Management, LLC; USA Labor, LLC; and, USA Environmental Services, Inc. | 2:12-cv-02338 2:13-cv-03747 | 2:17-cv-03155 |
| Michael Turner | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-02964 | 2:17-cv-04210 |
| Charles Williams | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-02964 | 2:17-cv-04277 |
| n/a[1] | Coastal Catering, LLC | 2:12-cv-02338 | n/a[2] |

---

[1] Although Coastal Catering, LLC was named a defendant in *Steve Kolian, et al. v. BP Expl. & Prod., Inc., et al.,* 2:12-cv-02338, the Complaint [Rec. Doc. 1] neither identified which B3 Plaintiff was making a claim against Coastal Catering, LLC, nor alleged any wrongdoing by this defendant. On February 22, 2013, Coastal Catering, LLC filed a Rule 12(b)(6) Motion to Dismiss and an Alternative Rule 12(e) Motion for More Definite Statement [2:10-md-02179, Rec. Doc. 8670], but all B3 proceedings were stayed by the Court.

[2] Coastal Catering, LLC was not named as a defendant in any individual Complaint filed by a B3 Plaintiff post-PTO 63.