**Exhibit "2" – B3 Plaintiffs Who Named Certain Additional Clean-Up Responder Defendants In Pre-PTO 63 Multi-Plaintiff Complaints, But Not In Their Pre-PTO 63 Individual Complaints**

| B3 Plaintiff | Additional Clean-Up Responder Defendant(s) | Pre-PTO 63 Multi-Plaintiff Complaint | Pre-PTO 63 Individual Complaint |
|---|---|---|---|
| Cedric Taiwan Beachem | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-02964 | 2:13-cv-01003 |
| Stephon Caldwell | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01007 |
| Derek Thomas Dwyer | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01010 |
| Cynthia Ann Elliott | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01011 |
| Curtis Carl Fugatt | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01014 |
| Bruce D. Hunt | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01017 |
| Brian E. Keller | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01018 |
| Jared Kendrick | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-03928 |
| Jason Eugene Landers | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01019 |
| William Dante McIntosh | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01020 |
| Lorinzo Murphy | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-02964 | 2:13-cv-01031 |
| Urlic Adriel Novelozo | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01033 |
| Ashley Nicole Williams | Plant Performance Services, LLC; and, Fluor Enterprises, Inc. | 2:13-cv-00582 | 2:13-cv-01041 |