# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>* |
| *This document relates to:* | *<br>* |
| ALL CASES | *  HONORABLE CARL J. BARBIER<br>* |
| (including No. 12-970) | *  MAGISTRATE JUDGE WILKINSON<br>*<br>* |

## MOTION FOR APPROVAL OF
## PAYMENT OF ESCROW EXPENSES

**NOW INTO COURT** come Plaintiffs' Co-Liaison and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and respectfully move for approval to make administrative payments from the following Qualified Settlement Funds, as follows:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement,[1] a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59, which costs and fees have now been awarded and approved in the aggregate by the Court.[2]

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

[2] Rec. Doc. 21849.

II.

Undersigned Counsel have been advised by Mr. Garrett, the Court-appointed CPA in these proceedings, of outstanding invoices for his services for the months of May 2017 in the amount of $10, 371.26, and June 2017 in the amount of $9,788.41.  Mr. Garrett is also due to be reimbursed the amount of $2,800.00 that he has paid to Adams, Jenkins & Cheatham for preparation of the 2016 federal and state tax returns for the Common Benefit Fund in this matter.

**WHEREFORE** the undersigned respectfully pray for an Order authorizing and directing J.P. Morgan to distribute $22,959.67 from the Common Benefit Cost and Fee Fund to Mr. Garrett in administrative expenses and/or fees.

This 31st  day of July, 2017.

Respectfully submitted,

| | |
|---|---|
|   /s/   Stephen J. Herman |   /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax. No. (504) 569-6024 | Fax No. (337) 233-2796 |
| Email: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Co-Liaison Counsel, and* | *Plaintiffs Co-Liaison Counsel, and* |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

-3-

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of July, 2017.

/s/  Stephen J. Herman and James Parkerson Roy