# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * **MDL NO. 2179** <br> * <br> * **SECTION: J** |
| *This document relates to:* <br><br> ALL CASES <br><br> (including No. 12-970) | * <br> * <br> * **HONORABLE CARL J. BARBIER** <br> * <br> * **MAGISTRATE JUDGE WILKINSON** <br> * <br> * |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Twenty-Two Thousand Nine Hundred Fifty-Nine Dollars and Sixty-Seven Cents ($22,959.67) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, 2017.

_____
 **CARL J. BARBIER**
 **UNITED STATES DISTRICT JUDGE**