**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | § | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | § | |
| **GULF OF MEXICO,** | § | **SECTION: J** |
| **on APRIL 20, 2010** | § | |
| | § | **HONORABLE JUDGE BARBIER** |
| Applies to:   No. 15-4146 | § | |
| | § | **MAGISTRATE JUDGE SHUSHAN** |
| | § | |

**MOTION FOR AUTHORITY TO MAKE PAYMENT TO
ESCROW AGENT FOR  SETTLEMENT FUND**

Co-Lead Class Counsel, on behalf of the DHEPDS Class and the New Transocean/Halliburton Punitive Damages Settlement Class, respectfully request that  the Court grant this Motion for Authority to Make Payment to the Escrow Agent for the Settlement Fund, for the reasons that follow:

I.

On July 16, 2015, this Court entered its Order Granting Joint Motion For (1) Establishment of Settlement Fund Pursuant to Transocean Punitive Damages and Assigned  Claims Settlement Agreement, and (2) Appointment of Escrow Agent for Settlement Fund (the "Settlement Fund Order") (Rec. Doc. 14906). Subsequent to the entry of the Settlement Fund Order, Transocean has funded the Aggregate Payment required by the SA, depositing the funds with the Escrow Agent approved by the Court.

II.

On February 15, 2017, the Court granted final approval of the Settlement (Rec. Doc. 22252). The delays for any appeal of such Order and Reasons have run, and the Settlement is now final.

III.

Pursuant to Section 3.4 of the Escrow Agreement, the Escrow Agent is "entitled to compensation for its services as stated in the fee schedule attached hereto as Exhibit C, which compensation shall be paid from the Escrow Property as directed by the Court."[1]  Exhibit C states that the Escrow Agent is entitled to its initial fee upon execution of the Escrow Agreement,[2] and an annual fee of fifty thousand dollars ($50,000) payable on each anniversary of the execution date of the agreement.

WHEREFORE the Parties respectfully request authority from the Court, in the form of the proposed order submitted herewith, to make the 2017 annual payment to the Escrow Agent, which payment shall be made from the Aggregate Payment.

This 31st day of July, 2017.

Respectfully submitted,

___/s/  Stephen J. Herman____
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax. No. (504) 569-6024
Email: sherman@hhklawfirm.com
*Plaintiffs Co-Liaison Counsel, and*
*Co-Lead Class Counsel*

___/s/ James Parkerson Roy_____
**James Parkerson Roy**, La. Bar No.11511
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Co-Liaison Counsel, and*
*Co-Lead Class Counsel*

---

[1] Rec. Doc. 14865-2, at p.8.

[2] The Court issued an order authorizing the initial payment to the escrow agent in 2015 (Rec. Doc. 15391).

3

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of July, 2017.

/s/  Stephen J. Herman and James Parkerson Roy