IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:  No. 15-4146 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**ORDER AUTHORIZING PAYMENT TO
ESCROW AGENT FOR SETTLEMENT FUND**

**CONSIDERING** the Motion for Authority to Make Payment to Escrow Agent for the Settlement Fund, the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS ORDERED** that the Parties be and are hereby authorized to make the 2017 annual payment of Fifty Thousand Dollars ($50,000) to the Escrow Agent as required by Section 3.4 and Exhibit C of the Escrow Agreement (approved by the Court in Rec. Doc. 14906).  This payment shall be made from the Aggregate Payment deposited with the Escrow Agent.

**SIGNED** this ___ day of _____, 2017.

_____
**Hon. Carl J. Barbier**