UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | * * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO RECONSDIER
THE CLAIM OF SERGIO VALDIVIESO and
COURTS ORDER [AS TO COMPLIANCE WITH PRE-TRIAL ORDER NO. 63
(Document No. 23047)]**

Now into court, through undersigned counsel, comes defendant Emergency Response Group, Inc. (hereinafter referred to as "ERG") who respectfully moves the Court for an Order dismissing the action titled "Sergio Valdivieso versus Southern Cat, Inc., Eastern Research Group, Inc. BP PLC, etc. EDLA Civil Action Number 2:12-cv-02004-CJB-SS", for the reasons more fully explained in the attached memorandum.

Respectfully submitted,

**BROWN SIMS, PC**

By: _/s/ Kelly F. Walsh_
Jonathan A. Tweedy (La. Bar No. 31997)
Kelly F. Walsh (La. Bar No. 31352)
1100 Poydras St., 39th Floor
New Orleans, LA 70163
Tel. (504)569-1007
Fax (504)569-9255
ATTORNEYS FOR ERG