UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | * * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION TO RECONSDIER THE CLAIM OF SERGIO VALDIVIESO and COURTS ORDER [AS TO COMPLIANCE WITH PRE-TRIAL ORDER NO. 63 (Document No. 23047)]

NOW INTO COURT, through undersigned counsel, comes Emergency Response Group, Inc. (hereinafter after referred to as "ERG"), who respectfully moves the Court for an Order dismissing the B3 claim/action entitled *Sergio Valdivieso versus Southern Cat, Inc., Eastern Research Group, Inc. BP PLC, etc.* pending under EDLA Civil Action Number 2:12-cv-02004, because of Sergio Valdivieso's failure to comply with the requirements of Pre-Trial Order No. 63 (Doc. No. 22295, hereinafter referred to as PTO 63). ERG also asks that Sergio Valdivieso's claim as a B3 plaintiff within MDL No. 2179 be dismissed for the same reason.

PTO 63 explicitly requires B3 plaintiffs who filed individual lawsuits to complete a Sworn Statement and attach it to a cover sheet with the proper caption which **must be** *filed into the record of plaintiff's individual lawsuit* and shall serve the Sworn Statement on the Plaintiff's Steering Committee and counsel for BP. PTO 63 goes on to

say in paragraph 6 (ii), "Plaintiffs who previously filed an individual complaint and fail to comply with the above requirement by April 12, 2017, will have their complaints deemed dismissed with prejudice without further notice".

Sergio Valdivieso is currently a B3 plaintiff in MDL No. 2179 who previously filed an individual complaint entitled *Sergio Valdivieso versus Southern Cat, Inc., Eastern Research Group, Inc. BP PLC, etc.*, which is currently pending under EDLA Civil Action Number 2:12-cv-02004.  ERG is a defendant in that matter.

On July 18, 2017 this Honorable Court issued an Order regarding compliance with PTO 63 (Doc. No. 23047, hereinafter referred to as "Compliance Order") which stated "B3 plaintiffs who previously filed an individual lawsuit (i.e., a single plaintiff complaint without class allegations) *were required to complete, file, and serve* the Sworn Statement attached to PTO 63 as Exhibit A".  "PTO 63 warned that failure to comply with its requirements would result in the dismissal with prejudice of B3 claims." Exhibit 1 of the Compliance Order (those plaintiffs in compliance with PTO 63) lists Sergio Valdivieso (Civil Action No. 12-CV-02004) as having complied with PTO 63; thereby, subject to further proceedings of this Court.  However, a review of the court record for Mr. Valdivieso's individual action under Number 12-cv-02004 shows that he did not file the sworn statement into the record of the individual suit.  A copy of the record for 12-cv-02004 is attached to this motion as Exhibit A.

Since Mr. Valdivieso failed to comply with the requirements of PTO 63, ERG believes he was incorrectly listed in Exhibit 1 as being compliant.  Since Mr. Valdivieso is not in compliance with PTO 63, he should have been listed on Exhibit 2 (those plaintiffs who were not in compliance with PTO 63); and therefore, his claim/suit should have been dismissed with prejudice as set forth in PTO 63.

ERG respectfully requests this Honorable Court reconsider the inclusion of Sergio Valdivieso in Exhibit 1 of the Compliance Order. Instead, ERG requests this Court dismiss the B3 claims of Sergio Valdivieso, including Civil Action Number 2:12-cv-02004, with prejudice.

        Respectfully submitted,

        **BROWN SIMS, PC**

By: _/s/ Kelly F. Walsh_
     Jonathan A. Tweedy (La. Bar No. 31997)
     Kelly F. Walsh (La. Bar No. 31352)
     1100 Poydras St., 39th Floor
     New Orleans, LA 70163
     Tel. (504)569-1007
     Fax (504)569-9255
     ATTORNEYS FOR ERG