UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | * * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is hereby Ordered, that the claim of B3 claimant, Sergio Valdivieso, is hereby stricken from Exhibit 1 of the Courts July 18, 2017 Order [As to Compliance with Pretrial Order No. 63] (Doc. No. 23047).

It is further ordered that the B3 claims of Sergio Valdivieso are dismissed as to all defendants, with prejudice, for Mr. Valdivieso's failure to comply with the Courts previously issued Order (PTO No. 63)

It is further ordered that the individual case of Sergio Valdivieso, entitled *Sergio Valdivieso versus Southern Cat, Inc., Eastern Research Group, Inc. BP PLC, BP Products North America, Inc., and BP America, Inc.,* under EDLA Civil Action Number 2:12-cv-02004, is hereby dismissed, with prejudice, for plaintiffs failure to comply with the Courts previously issued Order (PTO No. 63).

HONORABLE JUDGE, CARL J. BARBIER
UNITED STATES DISTRICT COURT