Case 2:10-md-02179-CJB-DPC   Document 23098-3   Filed 07/31/17   Page 1 of 3

**LexisNexis® CourtLink®**

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Lexis.com | Sign Out |
Welcome, Kelly Walsh

**Single Search - with Terms and Connectors**

[Enter keywords - Search multiple dockets & documents]   [Search]   Info

| My CourtLink | Search | **Dockets & Documents** | Track | Alert | Strategic Profiles | Breaking Complaints | My Account | Court Info |

Dockets & Documents - Online Arrived > Case View

### Docket Tools

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |
|---|---|---|---|
| This docket was retrieved from the court on 7/31/2017 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case |

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

### Docket

*Lexis® Web Search is enabled on this docket*

## US District Court Civil Docket

### U.S. District - Louisiana Eastern
### (New Orleans)

### 2:12cv2004

### Valdivieso v. Southern Cat, Inc. et al

This case was retrieved from the court on Monday, July 31, 2017

[ Update Now ]

---

Date Filed: 08/07/2012
Assigned To: Judge Carl Barbier
Referred To: Magistrate Judge Joseph C. Wilkinson, Jr
Nature of suit: Other Statutory Actions (890)
Cause: Outer Continental Shelf Lands Act
Lead Docket: 2:10md02179
Other Docket: USDC - SDTX (Houston), 4:12-01018
Jurisdiction: Federal Question

Class Code: OPEN
Closed:
Statute: 43:1333
Jury Demand: Plaintiff
Demand Amount: $0
NOS Description: Other Statutory Actions

| **Litigants** | **Attorneys** |
|---|---|
| Sergio Valdivieso<br>Plaintiff | Charles Felix Herd , Jr.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Lanier Law Firm, PC (Houston)<br>6810 Fm 1960 West<br>Houston , TX  77069<br>USA<br>713-659-5200<br>Email:Cfh@lanierlawfirm.Com<br><br>Lawrence Paul Wilson<br>Lanier Law Firm, PC (Houston)<br>6810 Fm 1960 West<br>Houston , TX  77069<br>USA<br>(713) 659-5722<br><br>W. Mark Lanier<br>ATTORNEY TO BE NOTICED<br>Lanier Law Firm, PC (Houston)<br>6810 Fm 1960 West<br>Houston , TX  77069<br>USA<br>713-659-5200<br>Fax: 713-659-2204<br>Email:Jrm@lanierlawfirm.Com |
| Southern Cat, Inc.<br>Defendant | Alexander C Chae<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Gardere, Wynne & Sewell, LLP (Houston)<br>1000 Louisiana St. Suite 3400<br>Houston , TX  77002<br>USA<br>713-276-5539<br>Email:Achae@gardere.Com |
| Eastern Research Group, Inc.<br>[Term: 03/11/2013]<br>Defendant | Brittani Wilmore Rollen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>McDonald Sanders, PC<br>777 Main Street, Suite 1300<br>Fort Worth , TX  76102<br>USA |

**EXHIBIT A**

|  |  |
|---|---|
|  | 817-336-8651<br>Fax: 817-334-0271<br>Email:Brollen@mcdonaldlaw.Com |
| Bp P.L.C.<br>Defendant |  |
| Bp Products North America, Inc.<br>Defendant | Thomas W. Taylor<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Andrews Kurth, LLP (Houston)<br>Chase Tower 600 Travis Suite 4200<br>Houston , TX  77002<br>USA<br>713-220-4200<br>Fax: 713-220-4285<br>Email:Tomtaylor@andrewskurth.Com |
| Bp America, Inc.<br>Defendant | Thomas W. Taylor<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Andrews Kurth, LLP (Houston)<br>Chase Tower 600 Travis Suite 4200<br>Houston , TX  77002<br>USA<br>713-220-4200<br>Fax: 713-220-4285<br>Email:Tomtaylor@andrewskurth.Com |
| Disaster Response Services, Llc<br>Defendant |  |
| Emergency Response Group, Inc.<br>Defendant |  |
| Sws Environmental Services<br>formerly known as<br>Eagle-SWS, Inc.<br>also known as<br>Progressive Environmental Services, Inc.<br>Defendant | Joseph Baker Guilbeau<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Juge, Napolitano, Guilbeau, Ruli, Frieman & Whiteley<br>3320 W. Esplanade Ave. North<br>Metairie , LA  70002<br>USA<br>504-831-7270<br>Fax: 504-831-7284<br>Email:Jguilbeau@wcdefense.Com |
| Disaster Response Group Llc<br>Defendant |  |
| Emergency Response Group, Llc<br>Defendant | Jonathan Andrew Tweedy<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Brown Sims, PC (New Orleans)<br>1100 Poydras St. 39th Floor<br>New Orleans , LA  70163<br>USA<br>5045691007<br>Fax: 5045699255<br>Email:Jtweedy@brownsims.Com<br><br>Timothy Brian Guillory<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>[Term: 01/24/2017]<br>Brown Sims, PC (New Orleans)<br>650 Poydras St. Poydras Center, Suite 2200<br>New Orleans , LA  70130<br>USA<br>504-569-1007<br>Fax: 504-569-9255<br>Email:Tguillory@brownsims.Com<br><br>Christy L. Johnson<br>ATTORNEY TO BE NOTICED<br>Brown Sims, PC (New Orleans)<br>1100 Poydras St. 39th Floor<br>New Orleans , LA  70163<br>USA<br>504-569-1007<br>Email:Cjohnson@brownsims.Com |

**Documents**

[Retrieve Document(s)]   [Send to TimeMap]

Items 1 to 11 of 11

| Availability | No. | Date | Proceeding Text | Source |
|---|---|---|---|---|
| ☐ Free | 1 | 08/07/2012 | Case transferred in from Southern District of Texas (Houston); Case Number 4:12-1018. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 State Court Pleadings, # 3 Docket Sheet, # 4 PTO 1, # 5 PTO11, # 6 PTO12, # 7 PTO25, # 8 PTO31, # 9 PTO32)(clm, ) (Entered: 08/17/2012) |  |
| ☐ Free | 2 | 03/11/2013 | ORDER of Dismissal: ORDERED that all claims which have been asserted by Plaintiff Sergio Valdivieso's in this cause against Defendant EASTERN RESEARCH GROUP, INC. (hereafter sometimes called "ERG"), be, and hereby are, dismissed without prejudice. Signed by Judge Carl Barbier on 3/11/13.(sek, ) (Entered: 03/11/2013) |  |
| ☐ Online | 3 | 06/04/2013 | Request of Summons Issued as to Disaster Response Services, LLC filed by Sergio Valdivieso re 1 Case Transferred In - District Transfer,. (Herd, Charles) (Entered: 06/04/2013) |  |
| ☐ Free | 4 | 06/04/2013 | Request of Summons Issued as to Emergency Response Group, Inc. filed by Sergio Valdivieso re 1 Case Transferred In - District Transfer,. (Herd, Charles) (Entered: 06/04/2013) |  |

| | | | |
|---|---|---|---|
| ☐ Online | 5 | 06/04/2013 | Request of Summons Issued as to SWS Environmental Services fka Eagle-SWS Inc. filed by Sergio Valdivieso re 1 Case Transferred In - District Transfer,. (Herd, Charles) (Entered: 06/04/2013) |
| ☐ Free | 6 | 06/10/2013 | Summons Issued as to Disaster Response Services, LLC, Emergency Response Group, Inc., SWS Environmental Services fka Eagle-SWS Inc. (Attachments: # 1 summons, # 2 summons)(sek, ) (Entered: 06/10/2013) |
| ☐ Free | 7 | 10/09/2013 | **DEFICIENT** Request of Summons Issued as to Disaster Response Services, LLC (non-party Disaster Research Group, LLC is named on the summons) filed by Sergio Valdivieso re 1 Case Transferred In - District Transfer. (Herd, Charles) Modified on 10/10/2013 (gec, ). (Entered: 10/09/2013) |
| ☐ Online | 8 | 10/11/2013 | Request of Summons Issued as to Disaster Response Group LLC filed by Sergio Valdivieso re 1 Case Transferred In - District Transfer,. (Herd, Charles) (Entered: 10/11/2013) |
| ☐ Online | 9 | 10/22/2013 | Request of Summons Issued as to Disaster Response Group LLC filed by Sergio Valdivieso re 1 Case Transferred In - District Transfer,. (Herd, Charles) (Entered: 10/22/2013) |
| ☐ Free | 10 | 05/16/2016 | Statement by Sergio Valdivieso for Disclosure of B1 Claims (Attachments: # 1 Exhibit A)(Herd, Charles) (Entered: 05/16/2016) |
| ☐ Online | 11 | 08/03/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/03/2016) |

Items 1 to 11 of 11

[ Retrieve Document(s) ]   [ Send to TimeMap ]

LexisNexis | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2017 LexisNexis®. All rights reserved.