UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | ) | |
| **of Mexico, on April 20, 2010** | ) | **SECTION J** |
| | ) | |
| **This Document Relates to:** | ) | **JUDGE BARBIER** |
| *2:17-cv-05364-CJB-JCW* | ) | |
| | ) | **MAG. JUDGE SHUSHAN** |
| | ) | |
| | ) | |
| **Kern Martin Services, Inc.** | ) | |
| | ) | **CASE NO.** |
| Plaintiff | ) | |
| | ) | **SECTION J** |
| vs. | ) | |
| | ) | **JUDGE BARBIER** |
| **BP Exploration & Production, Inc.** | ) | |
| **and BP America Production Company** | ) | **MAG. JUDGE SHUSHAN** |
| | ) | |
| Defendants. | ) | |

**CORRECTED NOTICE OF FILING OF SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)**

COMES NOW Plaintiff Kern Martin Services, Inc., through undersigned counsel, who, pursuant to Pretrial Order 60 (Doc. 16050) in the matter entitled In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, filed in the United States District Court for the Eastern District of Louisiana, Docket No.2:10-md-02179-CJB-JCW, files this Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims)

Dated: 7/31/2017

/s/ Steven L. Nicholas
**STEVEN L. NICHOLAS**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the __31th__ day of July, 2017 served a copy of the foregoing document on the parties listed below via File & ServeXpress ("F&S").

| | |
|---|---|
| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St, Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steven J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

                                          **/s/ Steven L. Nicholas**
                                          **STEVEN L. NICHOLAS**