*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Business Name | | | |
|---|---|---|---|
| **Kern Martin Services, Inc.** | | | |
| Last Name | First Name | Middle Name/Maiden | Suffix |
|  |  |  |  |
| Phone Number | | E-Mail Address | |
| **251-824-7572** | | **emmett@kernmartinservices.com** | |
| Current Mailing Address | | City / State / Zip | |
| **9411 Faith St** | | **Coden, Alabama 36523** | |
| Attorney Name and Firm | | Attorney E-Mail Address | |
| Steven L. Nicholas<br>Cunningham Bounds, LLC | | SLN@CunninghamBounds.com | |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

13856 South Wintzell Ave.  Bayou La Batre, Alabama  36509

Any prior name used by Plaintiff from April 2010 to present?



The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

**63-1213876**

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (select all that apply):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. 2:17-cv-05364-CJB-JCW.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☒ Other: Individual action filed based on moratoria opt out: 2:17-cv-05364-CJB-JCW.

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

    Yes **X**    .    No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: **CSSP**

2. The date of presentment (MM/DD/YYYY): **08** / **16** / **2012**.

3. The claim number(s) (if available). **100101327**.

4. Did you execute a release of your claims upon receiving payment through any claims program:

    Yes _____.    No **X**.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __7/24_____, 2017

Location (City and State): __Coden, Alabama_____

__GLEN E KERN JR_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

GLEN KERN, JR.
Print Name

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the _24th_ day of July, 2017 served a copy of the foregoing Sworn Statement and attachment on the parties listed below by mailing same by United States mail, properly addressed and first class postage prepaid.

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St, | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama 36660
Phone: 251-471-6191
Fax: 251-479-1031
E-mail: sln@cunninghambounds.com