UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL No. 2179 SECTION: J |
| This Document Relates to:  2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

**OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE UNDER SEAL, DEFENDANTS' MOTION TO INTERPLEAD FUNDS INTO THE COURT REGISTRY WITH ORDER, AND DEFENDANTS' MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO INTERPLEAD FUNDS INTO THE REGISTRY OF THE COURT**

NOW INTO COURT through undersigned counsel come plaintiffs GAUCI'S CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC and WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC (referred to hereafter collectively as "the Gauci Businesses"), KAREN GAUCI individually and JOSEPH V. GAUCI individually, herein and respectfully request that Defendants' Motion for Leave of Court to File under Seal, Defendants' Motion to Interplead Funds into the Court Registry with Order, and Defendants' Memorandum in Support of Defendants' Motion to Interplead Funds into the Registry of the Court be denied and in support thereof states as follows:

1. Plaintiffs oppose the motion.  Plaintiffs will agree to not mention settlement figures and will redact any reference to settlement figures in all future pleadings.  Other than the publishing of settlement amounts, there is no reason for these matters to be filed under seal.

2. Plaintiffs are filing an opposition to Defendants' motion to interplead funds into the registry of the court.

3. Plaintiffs are filing a motion to withdraw settlement funds from the registry of the

court or, in the alternative motion to compel disgorgement of settlements funds.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court Deny Defendants' Motion for Leave of Court to File under Seal, Defendants' Motion to Interplead Funds into the Court Registry with Order, and Defendants' Memorandum in Support of Defendants' Motion to Interplead Funds into the Registry of the Court.

Respectfully submitted this the 1st day of August, 2017.

BY:  GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

JACQUES F. BEZOU
Bar Roll #: 3037
JACQUES F. BEZOU
Bar Roll #: 3037
ERICA HYLA
Bar Roll #:  34603
THE BEZOU LAW FIRM
Attorney for Percy Payne
534 E. Boston Street
Covington, LA 70433
Phone: (985) 892 – 2111
Fax: (985) 892 – 1413

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Opposition has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of August, 2017.

        /s/ George W. Healy IV