UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| **In Re:** | **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | | **MDL No. 2179** |
| | | * | | **SECTION: J** |
| **This Document Relates to:  2:17-cv-02881** | | * | | **Judge Barbier** |
| | | * | | **Mag. Judge Wilkinson** |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO INTERPLEAD FUNDS INTO THE REGISTRY OF THE COURT OR, IN
THE ALTERNATIVE MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT
FUNDS**

COMES NOW, plaintiffs GAUCI'S CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC and WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC (referred to hereafter collectively as "the Gauci Businesses"), KAREN GAUCI individually and JOSEPH V. GAUCI individually, oppose the Defendants', Brent Coon & Associates Law Firm, P.C. Brent Coon, Eric W. Newell, John Thomas, Biskobing Law, P.C., Motion to Interplead Funds into the Registry of the Court or, in the Alternative Motion to Compel Disbursement of Settlement Funds.  The reasons are set out fully in the memorandum in support of this opposition.

Respectfully submitted this the 1ˢᵗ  day of August, 2017.

        BY:   GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

JACQUES F. BEZOU
Bar Roll #: 3037
JACQUES F. BEZOU
Bar Roll #: 3037
ERICA HYLA
Bar Roll #:  34603
THE BEZOU LAW FIRM
Attorney for Percy Payne
534 E. Boston Street
Covington, LA 70433
Phone: (985) 892 – 2111
Fax: (985) 892 – 1413

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing PLAINTIFF'S OPPOSITION DEFENDANTS' MOTION TO INTERPLEAD FUNDS INTO THE REGISTRY OF THE COURT OR, IN THE ALTERNATIVE MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT FUNDS have been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of August, 2017.

/s/ George W. Healy IV