# GEORGE W. HEALY IV & ASSOCIATES
## LAW OFFICES

**GEORGE W. HEALY IV**
LICENSED IN MISSISSIPPI
AND LOUISIANA

1323 28TH AVENUE
SUITE A
GULFPORT, MISSISSIPPI 39501
(228) 575-4005
(800) 858-4549
FAX: (228) 575-4006
EMAIL: gwhealyiv@aol.com

**NEW ORLEANS OFFICE**
1615 POYDRAS STREET, SUITE 1050
NEW ORLEANS, LA 70170
(504) 524-3223

**CATHERINE LEARY**
OF COUNSEL
LICENSED IN LOUISIANA ONLY

July 25, 2017

via: facsimile and email
Brent Coon
Email: Brent@bcoonlaw.com
215 Orleans
Beaumont, Texas 77701
Tel. (409) 835-2666
Fax. (409) 835-1912
Attorney for BCA Defendants

via: facsimile and email
Ms. Melissa M Lessell
Deutsch Kerrigan, LLP
755 Magazine St
New Orleans LA 70130
Phone: (504) 593-0689
Fax: (504) 566-4022
Email: mlessell@deutschkerrigan.com

RE: *Gauci Custom Builders, LLC, et al vs. Brent Coon & Associates Law Firm, P.C., et al*
Civil Action No. 2:17-cv-02881
In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case #: MC MDL-2179

Dear Counselors,

We wrote you on July 17 concerning our motion to sever. Melissa you indicated that you were going to check with your clients. Do you have any objection to my motion? Thank you.

With kind regards,

Sincerely,
George W. Healy IV

GWH/kl

cc: Joe and Karen Gauci via email

cc Jacques Bezon



****PLEASE DIRECT ALL CORRESPONDENCE TO THE GULFPORT OFFICE



Karen Lurix <lurix.k69@gmail.com>

## Re: Gauci vs BCA

**Lessell, Melissa** <mlessell@deutschkerrigan.com>  Wed, Jul 19, 2017 at 5:17 PM
To: Brent Coon <Brent@bcoonlaw.com>, George Healy <gwhealyiv@aol.com>, Brenda Jenkins <Brenda@bcoonlaw.com>, "catherineleary2015@gmail.com" <catherineleary2015@gmail.com>, "lurix.k69@gmail.com" <lurix.k69@gmail.com>
Cc: "lervin005@gmail.com" <lervin005@gmail.com>, Eric <Eric_Newell@bcoonlaw.com>, Jerri Stewart <Jerri@bcoonlaw.com>

George,

I am still discussing the Motion to Sever and your letter from earlier this week with my clients. I will get back to you later this week or early next.

Thanks,

Melissa

**Melissa M. Lessell**
Deutsch Kerrigan, L.L.P.
Partner
D. 504.593.0689 | F. 504.566.4022 | mlessell@deutschkerrigan.com

DeutschKerrigan.com

**From:** Brent Coon [mailto:Brent@bcoonlaw.com]
**Sent:** Wednesday, July 19, 2017 5:16 PM
**To:** George Healy; Brenda Jenkins; catherineleary2015@gmail.com; lurix.k69@gmail.com
**Cc:** lervin005@gmail.com; Lessell, Melissa; Eric; Jerri Stewart

[Quoted text hidden]

[Quoted text hidden]

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.

If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

7/19/2017                                                        Gmail - Re: Gauci vs BCA



Karen Lurix <lurix.k69@gmail.com>

## Re: Gauci vs BCA

**Brent Coon** <Brent@bcoonlaw.com> Wed, Jul 19, 2017 at 5:16 PM
To: George Healy <gwhealyiv@aol.com>, Brenda Jenkins <Brenda@bcoonlaw.com>, "catherineleary2015@gmail.com" <catherineleary2015@gmail.com>, "lurix.k69@gmail.com" <lurix.k69@gmail.com>
Cc: "lervin005@gmail.com" <lervin005@gmail.com>, "mlessell@deutschkerrigan.com" <mlessell@deutschkerrigan.com>, Eric <Eric_Newell@bcoonlaw.com>, Jerri Stewart <Jerri@bcoonlaw.com>

Your objections are noted. We are not withholding any portion of this case for fees or expenses and deem this to be the appropriate ethical action at this time. The court can decide what, if anything, to release. His staff and assigned personnel made the decision on what this case should be paid in the first place so it is most appropriate to just put it all there and let the court act further on the matter. Mr. Gauci had to wait seven years to get to this point so the time for the court to act further in the distribution of any of these funds is not likely to cause any harm to him any more than to our firm. Likewise, the terms are a five year payout, further diluting the argument.
I am sure the court will act promptly on any hardship issue. He might want to also use that as a reason to understand the underlying issues better and grant further motions to move this dispute along.
If your client is willing to honor the arbitration clause he previously agreed to we would be more inclined to agree to a motion to sever.
Let us know.
Thanks.

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]



Karen Lurix <lurix.k69@gmail.com>

## Re: Gauci vs BCA
1 message

**George Healy** <gwhealyiv@aol.com>   Wed, Jul 19, 2017 at 3:19 PM
To: Brenda@bcoonlaw.com, catherineleary2015@gmail.com, lurix.k69@gmail.com
Cc: lervin005@gmail.com, mlessell@deutschkerrigan.com, Brent@bcoonlaw.com, Eric_Newell@bcoonlaw.com, Jerri@bcoonlaw.com

I do not know what authority you have to put Mr. Gauci's money in the registry of the court. You can of course put your fees in the registry of the court. If you file your motion to deposit the funds, I will oppose the motion. Mr. Gauci has never authorized the money to be placed in the court registry. This will cause hardship to Mr. Gauci. Thank you, GH

George W. Healy, IV
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, Mississippi 39501
228-575-4005 (t)
228-575-4006 (f)

1615 Poydras St.
Suite 1050
New Orleans, La. 70112


-----Original Message-----
From: Brenda Jenkins <Brenda@bcoonlaw.com>
To: George Healy (gwhealyiv@aol.com) <gwhealyiv@aol.com>
Cc: lervin005 <lervin005@gmail.com>; Lessell, Melissa (mlessell@deutschkerrigan.com) (mlessell@deutschkerrigan.com) <mlessell@deutschkerrigan.com>; Brent Coon <Brent@bcoonlaw.com>; Eric <Eric_Newell@bcoonlaw.com>; Jerri Stewart <Jerri@bcoonlaw.com>
Sent: Wed, Jul 19, 2017 3:03 pm
Subject: Gauci vs BCA



Mr. Healey,


Please be advised Brent Coon & Associates is in receipt of ▮▮▮▮▮▮▮▮, the first installment payment of the Gauci's ▮▮▮▮▮▮▮▮ settlement. We are depositing the settlement funds into the registry of the court pending resolution of this matter. Please acknowledge receipt of this email.


Thank you,


*Brenda Jenkins*
Legal Administrator
Brent Coon & Associates
215 Orleans
Beaumont, Tx 77701
(409)951-8087 direct dial

(409)951-8081 facsimile
brenda@bcoonlaw.com

___Confidentiality Notice_____

This e-mail, and any files transmitted with it, is confidential and is intended solely for the use of the individual or entity to whom it is addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and permanently delete the email and any attachments. Thank you.



Case 2:10-md-02179-CJB-DPC Document 23101-2 Filed 08/01/17 Page 7 of 8

7/17/2017 Gmail - Re: Gauci Custom Builders, LLC , et al vs. Brent Coon & Associates Law Firm, P.C., et al USCD LAED Civil Action No.: 2:17-cv-02881



Karen Lurix <lurix.k69@gmail.com>

## Re: Gauci Custom Builders, LLC , et al vs. Brent Coon & Associates Law Firm, P.C., et al USCD LAED Civil Action No.: 2:17-cv-02881

3 messages

**Leslie Ervin** <lervin005@gmail.com>　　　　　　　　　　　　　　　　Mon, Jul 17, 2017 at 1:15 PM
To: Brent Coon <brent@bcoonlaw.com>, mlessell@deutschkerrigan.com
Cc: "George W. Healy IV" <gwhealyiv@aol.com>, Karen Swaim Lurix <lurix.k69@gmail.com>

Dear Mr. Coon & Ms. Lessell,

Please find attached correspondence from Mr. Healy. Please reply and acknowledge receipt of this email including the attachment.

Thank you,

--
Leslie Ervin
Legal Assistant/Bookkeeper
George W. Healy IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
(228)575-4005 Phone
(228)575-4006 Fax
lervin005@gmail.com
Confidentiality Notice: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential and
privileged information, including patient/client information protected by federal and
state privacy laws. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

#### 2 attachments

- gauci coon email and fax to brent coon and melissa lessell.pdf
  2336K

- gauci coon email and fax to melissa lessell and brent coon.pdf
  743K

**Leslie Ervin** <lervin005@gmail.com>　　　　　　　　　　　　　　　　Mon, Jul 17, 2017 at 1:15 PM
To: Joe Gauci <gauci1@aol.com>
Cc: "George W. Healy IV" <gwhealyiv@aol.com>, Karen Swaim Lurix <lurix.k69@gmail.com>

[Quoted text hidden]

#### 2 attachments

- gauci coon email and fax to brent coon and melissa lessell.pdf
  2336K

- gauci coon email and fax to melissa lessell and brent coon.pdf
  743K

# GEORGE W. HEALY IV & ASSOCIATES
LAW OFFICES

**GEORGE W. HEALY IV**
LICENSED IN MISSISSIPPI
AND LOUISIANA

1323 28TH AVENUE
SUITE A
GULFPORT, MISSISSIPPI 39501
(228) 575-4005
(800) 858-4549
FAX: (228) 575-4006
EMAIL: gwhealyiv@aol.com

**NEW ORLEANS OFFICE**
1615 POYDRAS STREET, SUITE 1050
NEW ORLEANS, LA 70170
(504) 524-3223

**CATHERINE LEARY**
OF COUNSEL
LICENSED IN LOUISIANA ONLY

July 17, 2017

via: facsimile and email
Brent Coon
Email: Brent@bcoonlaw.com
215 Orleans
Beaumont, Texas 77701
Tel. (409) 835-2666
Fax. (409) 835-1912
Attorney for BCA Defendants

via: facsimile and email
Ms. Melissa M Lessell
Deutsch Kerrigan, LLP
755 Magazine St
New Orleans LA 70130
Phone: (504) 593-0689
Fax: (504) 566-4022
Email: mlessell@deutschkerrigan.com

RE:   *Gauci Custom Builders, LLC, et al vs. Brent Coon & Associates Law Firm, P.C., et al*
      *Civil Action No. 2:17-cv-02881*
      In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
      Case #: MC MDL-2179

Dear Counselors,

Enclosed please find a copy of my draft motion to sever and supporting memorandum. Do you have any objection to my motion?

With kind regards,

Sincerely,

George W. Healy IV

GWH/kl
Enclosure
   1.   Motion
   2.   Memorandum
cc: Joe and Karen Gauci via email