## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL-2179 |
| | : : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER MAG. JUDGE WILKINSON |
| *All Cases* | | |

………………………………………………………………………………………………

## ORDER REGARDING THE PRESERVATION OF CERTAIN MATERIALS

WHEREAS, this Multi-District Litigation ("MDL") was instituted on August 10, 2010; and

WHEREAS, on April 4, 2016, this Court entered a Consent Decree (Rec. Doc. 16093) and a Final Judgment (Rec. Doc. 16095) resolving all claims between BP Exploration & Production Inc., BP America Production Company, and BP America Inc. ("BP"), the United States, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas; and

WHEREAS, Paragraph 14 of Pretrial Order #1 (Rec. Doc. 2) ("PTO 1") provides that all parties are required to preserve evidence that may be potentially relevant to this action; and

WHEREAS, this Court, on July 27, 2016, issued an order permitting BP to revise its preservation obligations under PTO 1; and

WHEREAS, BP has determined that certain preserved data and materials are largely duplicative of data and materials currently retained in other formats or systems and/or are irrelevant to pending claims; and

WHEREAS, the Parties have produced millions of documents dated prior to April 20, 2010 ("the Produced Documents"), and other documents dated prior to April 20, 2010, are substantially duplicative of the Produced Documents and/or otherwise irrelevant to any pending claim; and

WHEREAS, the non-Parties related to this case have likewise produced documents dated prior to April 20, 2010 ("the Produced Documents"), and other documents dated prior to April 20, 2010, that are substantially duplicative of the Produced Documents and/or otherwise irrelevant to any pending claim; and

WHEREAS, BP established various backup systems and has preserved periodic data sets, notwithstanding that the content became part of cumulative, preserved datasets (including daily backups of the Incident Action Plan database; backups of the GIS data set; backups of laptops; and backups to the DWH response shoreline cleanup assessment technique program); and

WHEREAS, this Court has expressed an interest in helping to ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to their benefits; and

WHEREAS, BP seeks here to reduce unnecessary costs related to its preservation of duplicative documents and materials;

THEREFORE, in light of the status of litigation, and conforming to the requirement that the Court ensure that the costs and burdens of discovery and preservation obligations imposed by litigation are proportionate to the benefits of such discovery and preservation obligations, it is hereby ORDERED that BP's Motion is GRANTED and that:

1. Each party must continue to preserve one copy of the Produced Documents;

2. Neither Parties nor non-Parties are required to preserve documents dated prior to April 20, 2010, besides the one copy of the Produced Documents referenced in 1 above pertaining to Parties; and

3. BP is not required to maintain periodic backups or other duplicate materials, provided that such backup or duplicate material are included in a cumulative or other dataset or materials that shall be preserved in full, consistent with PTO 1 and subsequent orders of this Court.

4. Note, further, that this order does not affect the terms of this Court's Order dated July 27, 2016 (Rec. Doc. 21179), relating to BP's preservation of materials.

New Orleans, Louisiana this 1st day of August, 2017.

_____
Honorable Carl J. Barbier
United States District Judge