UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Claims in "B1" Bundle* | JUDGE BARBIER |
| This Document Relates to: All Cases in Pleading Bundle B3 | MAG. JUDGE WILKINSON |

_____

| | |
|---|---|
| **RICKY ROBIN, JR.** | CIVIL ACTION 17-cv-3383 |
| Plaintiff | SECTION: J |
| v. | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC., Defendants. | MAG JUDGE WILKINSON |

**PLAINTIFF'S MOTION FOR RECONSIDERATION WITH RESPECT TO THE COURT'S ORDER DISMISSING THE CLAIMS OF LISA BALDO**

COMES NOW PLAINTIFF, Ricky Robin Jr., through undersigned counsel, who files this Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of July 19, 2017 dismissing Plaintiff's action with prejudice pursuant to Rule 50(e) Fed. R. Civ. P.  As more fully set forth accompanying memorandum, plaintiff avers that that reconsideration and/or modification of the order is warranted as penalties less severe than dismissal are available for the filing of Exhibit A without checking the box indicating the plaintiff's status.

1

Respectfully submitted by:

S/Salvadore Christina, Jr.
Salvadore Christina, Jr. (LA 27198)
Kevin Klibert (LA 26954)
Becnel Law Firm, LLC
Post Office Drawer H
Reserve, LA 70084
(985) 536-1186 - telephone
(985) 536-6445 - facsimile
dbecnel@becnellaw.com
schristina@becnellaw.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12 and 60 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179 on this the 1 day of August, 2017

S/Salvadore Christina, Jr.