UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL No. 2179 SECTION: J |
| This Document Relates to: 2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

**PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON
DEFENDANTS' MOTION TO INTERPLEAD FUNDS OR, IN ALTERNATIVE
MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT FUNDS**

NOW INTO COURT through undersigned counsel come plaintiffs GAUCI'S CUSTOM BUILDERS, LLC d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC and WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC (referred to hereafter collectively as "the Gauci Businesses"), KAREN GAUCI individually and JOSEPH V. GAUCI individually, herein and respectfully move and represent as follows:

(1)
On or before July 15, 2017, plaintiffs' former attorneys, BRENT COON & ASSOCIATES LAW FIRM, P.C. BRENT COON, ERIC W. NEWELL, JOHN THOMAS, BISKOBING LAW, P.C., received a substantial sum of money from BP, tendered in partial settlement of plaintiffs' claims against BP in the Deepwater Horizon matter.

(2)
Plaintiffs would show that under the applicable rules of professional conduct, defendants had an ethical obligation to provide plaintiffs with an accounting and pay the undisputed portion of the funds to plaintiffs.

(3)

Instead of providing plaintiffs with an accounting and paying the undisputed portion of the funds to plaintiffs, defendants notified plaintiffs on July 19, 2017 that defendants decline to pay any amount to plaintiffs.  Instead, defendants intend to deposit the entire amount into the registry of the court because, in defendants' view, this would be "fair."  Exhibit 1: email chain.

(4)

Plaintiffs would show that this would not be "fair."  Plaintiffs would show that they are business owners and their business entities who were severely impacted by the Deepwater Horizon spill, plaintiffs have struggled to stay in business since that date, plaintiffs need their share of the settlement funds to keep their businesses afloat, defendants as their former attorneys are well aware of this, and, on information and belief, defendants are using the motion to interplead as a procedural device to delay plaintiffs' receipt of moneys needed to carry on their businesses, thereby bringing pressure on plaintiffs to accept defendants' position on disputed legal issues.  Plaintiffs' reasons' for interpreting defendants' actions in this fashion are set forth in more detail in plaintiffs' motion to withdraw funds, contemporaneously filed herewith.

(5)

Plaintiffs would respectfully show that prompt action on Defendants' Motion to Interplead or, in the alternative Plaintiffs' Motion to Compel Disbursement of Settlement Funds is necessary to prevent irreparable harm to plaintiffs.

WHEREFORE plaintiffs would respectfully move and pray for an expedited hearing on and consideration of defendants' Motion to Interplead or, in the alternative plaintiffs' Motion to Compel Disbursement of Settlement Funds.

Respectfully submitted this the 1st day of August, 2017.

        BY:   GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

JACQUES F. BEZOU
Bar Roll #: 3037
JACQUES F. BEZOU, JR.
Bar Roll # 33728
ERICA HYLA
Bar Roll #: 34603
The Bezou Law Firm
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
jb2@bezou.com
www.bezou.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON DEFENDANTS' MOTION TO INTERPLEAD FUNDS OR, IN ALTERNATIVE MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT FUNDS has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of August, 2017.

                                      /s/ George W. Healy IV
                                      George W. Healy IV