UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | | * | SECTION: J |
| This Document Relates to:  2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR EXPEDITED HEARING
ON DEFENDANTS' MOTION TO INTERPLEAD FUNDS OR, IN ALTERNATIVE
MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT FUNDS**

MAY IT PLEASE THE COURT:

The reasons for the above and foregoing motion are set forth in the body of the motion. In sum, plaintiffs need to receive the undisputed portion of their settlement funds from BP in order to keep their businesses in operation.

On or before July 15, 2017, defendants (who are plaintiffs' former attorneys) received a substantial amount of money from BP in partial payment of BP's settlement with plaintiffs.

Defendants have not provided plaintiffs with any accounting and defendants have not tendered the undisputed portion of the funds to plaintiffs.  Instead, defendants have withheld all funds from plaintiffs under a claim that "fairness" requires defendants to tender all sums received from BP into the registry of this Honorable Court.

 As explained in more detail in the Motion to Withdraw and supporting memorandum, a fair inference from the circumstances is that defendants are aware of plaintiffs' financial stress and are using the motion to interplead as a procedural device to keep funds out of plaintiffs'

hands in an effort to bring pressure on plaintiffs to accede to certain of defendants' demands.

An expedited hearing on defendants' Motion to Interplead or, in the alternative plaintiffs' Motion to Compel Disbursement of settlement funds would be in the interest of justice.

Respectfully submitted this the 1st day of August, 2017.

        BY:   GAUCI CUSTOM BUILDERS, LLC, d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC, WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC, KAREN GAUCI individually, and JOSEPH V. GAUCI individually,

/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005

JACQUES F. BEZOU
Bar Roll #: 3037
JACQUES F. BEZOU, JR.
Bar Roll # 33728
ERICA HYLA
Bar Roll #:  34603
The Bezou Law Firm
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
jb2@bezou.com
www.bezou.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON DEFENDANTS' MOTION TO INTERPLEAD FUNDS OR, IN ALTERNATIVE  MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT FUNDS  has been  served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st  day of August, 2017.

/s/ George W. Healy IV