UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | | * | SECTION: J |
| **This Document Relates to: 2:17-cv-02881** | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

**ORDER**

Upon consideration of Plaintiffs' Gauci's Custom Builders, LLC D/b/a Gauci's Custom Building and Developing, LLC and Winter Garden Italian American Bistro, LLC (referred to hereafter collectively as "the Gauci Businesses"), Karen Gauci individually and Joseph V. Gauci individually, motion for expedited hearing of DEFENDANTS' MOTION TO INTERPLEAD FUNDS OR, IN ALTERNATIVE PLAINTIFFS' MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT FUNDS and this Court having determined that the relief requested in the Expedited Motion is in the best interests of the parties and sufficient cause appearing therefore, it is hereby

**ORDERED THAT**:

1. The Expedited Motion is GRANTED.

2. The Court shall hear the DEFENDANTS' MOTION TO INTERPLEAD FUNDS OR, IN ALTERNATIVE PLAINTIFFS' MOTION TO COMPEL DISBURSEMENT OF SETTLEMENT FUNDS on ____ day of _____, 2017 at ____:____ a.m./p.m. (prevailing Central Time).

**NEW ORLEANS, LOUISIANA,** this \_\_\_\_ day of _____, 2017.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted this
the \_\_\_ day of _____, 2017.

BY: PLAINTIFFS GAUCI CUSTOM BUILDERS, LLC,
d/b/a GAUCI'S CUSTOM BUILDING AND DEVELOPING, LLC,
WINTER GARDEN ITALIAN AMERICAN BISTRO, LLC,
 KAREN GAUCI individually, and JOSEPH V. GAUCI individually,


/s/ George W. Healy IV
George W. Healy, IV (14991)
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005


JACQUES F. BEZOU
Bar Roll #: 3037
JACQUES F. BEZOU, JR.
Bar Roll # 33728
ERICA HYLA
Bar Roll #:  34603
The Bezou Law Firm
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
jb2@bezou.com
www.bezou.com