UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| 2:13-cv-01076-CJB-JCW 2:13-cv-01077-CJB-JCW 2:13-cv-04698-CJB-JCW | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

COMES NOW the undersigned counsel, pursuant to Local Rule 83.211, and moves this Court for an order allowing the withdrawal of certain counsel of record for the following Plaintiffs:

| | |
|---|---|
| Crabco and Mr. Peeper's Best, LLC | 2:13-cv-01076-CJB-JCW |
| Waverly Crabs | 2:13-cv-01077-CJB-JCW |
| Louisiana Blue Crab, LLC | 2:13-cv-04698-CJB-JCW |

As grounds, Movant would state:

1. J. Christopher Dean of J. Christopher Dean Law Firm, PLLC has represented the above listed Plaintiffs since the above-referenced lawsuits were originally filed.

2. On or about April 18, 2017, Jimmy Williamson, Cyndi M. Rusnak and William W. Dills, as counsel for Williamson & Rusnak, filed a Notice of Appearance for the above referenced Plaintiffs.

3. J. Christopher Dean and J. Christopher Dean Law Firm, PLLC remained as counsel of record in addition to counsel for Williamson & Rusnak.

4. On June 27, 2017, Mr. Williamson passed away.

5. Accordingly, the undersigned counsel requests the withdrawal of Jimmy Williamson, Cyndi M. Rusnak, William W. Dills, and Williamson & Rusnak, as counsel of record for all of the above-referenced Plaintiffs.

6. J. Christopher Dean and J. Christopher Dean Law Firm, PLLC will remain as counsel or record for all Plaintiffs.

7. This motion is made in good faith and will not prejudice any party

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firm moves this court for an order allowing Jimmy Williamson, Cyndi M. Rusnak, William W. Dills, and Williamson & Rusnak to withdraw as counsel of record for all of the above-referenced Plaintiffs with J. Christopher Dean and J. Christopher Dean Law Firm, PPLC to remain as counsel for all Plaintiffs.

Dated: August 1, 2017

*/s/ Cyndi Rusnak*
WILLIAMSON & RUSNAK
Texas State Bar No. 21624100
Cyndi M. Rusnak
Federal ID No. 284394
Texas State Bar No. 24007964
Email: cyndi@JimmyWilliamson.com
William W. Dills
Federal ID No. 2346498
Texas State Bar No. 24067421
Email: billy@JimmyWilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

*/s/ James Christopher Dean*\*  
James Christopher Dean  
J. Christopher Dean Law Firm, PLLC  
Email: dean@jamesdeanlaw.com  
17225 El Camino Real, Suite 190  
Houston, Texas 77058  
(281) 280-8900 – Telephone  
(281) 280-8901 – Facsimile  
 \* Signed by permission

**CERTIFICATE OF SERVICE**

     I HEARBY CERTIFY that the foregoing Motion to Withdraw as Counsel of Record has been served on All Counsel by electronically uploading same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the forgoing was electronically filed with the Clerk of the United States District Court of the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 1st day of August, 2017.

*/s/* Cyndi M. Rusnak  
Cyndi M. Rusnak