UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | \* | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | \* | |
| | | **SECTION: J** |
| **This Document Relates To:** | \* | |
| | | **JUDGE BARBIER** |
| 2:13-cv-01076-CJB-JCW | \* | |
| 2:13-cv-01077-CJB-JCW | | **MAG. JUDGE WILKINSON** |
| 2:13-cv-04698-CJB-JCW | \* | |

## ORDER

Before the Court is a Motions to Withdraw in the above captioned cases.

IT IS ORDERED THAT the Motion is GRANTED and Jimmy Williamson, Cyndi M. Rusnak, William W. Dills, and Williamson & Rusnak are hereby WITHDRAWN as counsel for the following plaintiffs:

| | |
|---|---|
| Crabco and Mr. Peeper's Best, LLC | 2:13-cv-01076-CJB-JCW |
| Waverly Crabs | 2:13-cv-01077-CJB-JCW |
| Louisiana Blue Crab, LLC | 2:13-cv-04698-CJB-JCW |

J. Christopher Dean and J. Christopher Dean Law Firm, PLLC will remain counsel of record for these Plaintiffs.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**