UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| This Document Relates To: | SECTION: J |
| 2:13-cv-01076-CJB-JCW<br>2:13-cv-01077-CJB-JCW<br>2:13-cv-04698-CJB-JCW | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motions to Withdraw in the above captioned cases.

IT IS ORDERED THAT the Motion is GRANTED and Jimmy Williamson, Cyndi M. Rusnak, William W. Dills, and Williamson & Rusnak are hereby WITHDRAWN as counsel for the following plaintiffs:

| Crabco and Mr. Peeper's Best, LLC | 2:13-cv-01076-CJB-JCW |
|---|---|
| Waverly Crabs | 2:13-cv-01077-CJB-JCW |
| Louisiana Blue Crab, LLC | 2:13-cv-04698-CJB-JCW |

J. Christopher Dean and J. Christopher Dean Law Firm, PLLC will remain counsel of record for these Plaintiffs.

New Orleans, Louisiana this 2nd day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE