# Exhibit 1



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# INCOMPLETENESS DENIAL NOTICE
**DATE OF NOTICE:** April 11, 2017
**DEADLINE FOR RECONSIDERATION REQUEST:** May 11, 2017

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: [redacted] | First: | Middle: |
| **Claimant ID** | 100203889 | **Claim ID** | 180195 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P. | | |
| **Industry Designation** | Non-Tourism | **Economic Loss Zone** | Zone D |

## II. INCOMPLETENESS DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We previously sent you a Follow-Up Incompleteness Notice requesting additional information that we need to process this claim. At least 30 days have passed since we sent you that Follow-Up Incompleteness Notice, and you either failed to respond timely or your claim is still missing the documents and/or information listed below. Because this information is required under the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP, your claim is denied.

Some of the requests listed below may not have appeared on the Follow-Up Incompleteness Notice, but we are not denying your claim for those reasons. We include them below so you can submit this information if you decide to request Reconsideration, as explained in Section III of this Notice.

| | WHAT YOU NEEDED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Refer to Doc ID: 20133287 | We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless you submit these documents. |

## III. YOUR OPTIONS AFTER THIS NOTICE

You have the right to seek Reconsideration of this claim if you believe that we failed to take into account relevant information or data or did not follow the Settlement Agreement's standards governing this claim. To request Reconsideration, you must do the following on or before the Deadline for Reconsideration Request date listed at the top of this Incompleteness Denial Notice: (1) complete the **Request for Reconsideration Form** accompanying this Notice or the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Reconsideration Form.

If you are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an Appeal; however, you must submit a timely Request for Reconsideration if you later wish to Appeal. **If you do not submit a Request for Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an Appeal, and we will close your claim.** If we close your claim for failure to submit the required documents or information, you cannot resubmit your claim with the Settlement Program because the deadline to submit a Claim Form expired on June 8, 2015. We cannot accept any new Claim Forms after that deadline.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

## V. HOW TO RESPOND TO THIS NOTICE

| Submit your **Request for Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal.  If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit. ||
|---|---|
| **By Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 10272<br>Dublin, OH 43017-5772 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>5151 Blazer Parkway Suite A<br>Dublin, OH 43017 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |



Han Jun Bae (US - Advisory) <han.jun.bae@pwc.com>

# DHECC Information Request - ~~EDWARD A. SHAMIS JR. APC~~ (Claim ID: 180195)
5 messages

**Han Jun Bae (US - Advisory)** <han.jun.bae@pwc.com>   Thu, Oct 27, 2016 at 12:52 PM
To: "Albritton, Melvin" <malbritton@lowenstein.com>

Jeffrey,

My name is Han Bae, and I'm an analyst with the DHECC. Based on our review of the above mentioned claim, we have determined your claim falls under the scope of the Professional Services Methodology as the contemporaneous P&Ls are deemed to be not "sufficiently matched" per Attachment F of Policy 495.

In order to continue our review, please provide the following:

1. In order to allocate the revenues on a Straight-Line basis please provide a summary of cases/engagements with the following information:

    a. Case/Engagement name
    b. Commencement date
    c. Completion date
    d. Total revenue recorded over the life of the case/engagement
    e. Month & year recorded on the Profit & Loss statement and the related balance

Attached is a template for providing this information.

The provided case summary should include all engagements in which revenue was recognized on the P&Ls at some point during 2007-2011. Additionally, engagements where revenue was recognized on the P&Ls at some point prior to 2007 or post 2011 and for which case work was performed at some point during 2007-2011 should also be included.

2. If any cases extend into 2012-2015, please provide the corresponding federal tax return(s) and the year-end annual income statement(s).

Additional information on the Professional Service Methodology and the Case Summary Template can be found on the DHECC website under "Claimant Resources" - http://deepwaterhorizoneconomicsettlement.com/.

If you have any questions or would like further clarification on any of the requests, please feel free to contact us.

Best,
Han

--
**Han Bae**
PwC | Associate | Financial Services Advisory
Email: han.jun.bae@pwc.com
PricewaterhouseCoopers LLP
300 Madison Ave New York, NY 10017