**Exhibit 2**

# ECONOMIC & PROPERTY DAMAGE CLAIMS

## Claimant Details

<< Back

### Claimant Information

- **Claimant ID:** 100203889
- **GCCF Claimant ID:**
- **Taxpayer Type:** Business
- **SSN/EIN:** *****1102
- **Represented By:** Albritton Law Firm, LLC
- **Portal User:** N/A

- **Name:**
- **Business:**
- **Address:**

- **Preferred Language:** English

### Claimant Activity

| Status | Event Date | Response Deadline | |
|---|---|---|---|
| Claimant Review Steps | 04/09/2013 | | Events/Notices |
| | 05/23/2017 | | Events / Notices |

### Claim Types

| Claim ID | Claim Type | Details | Status | Event Date | Response Deadline | |
|---|---|---|---|---|---|---|
| 180195 | Business Economic Loss | | Claim Closed – Claim Denied for Incompleteness After Reconsideration or Appeal Review or Without Timely Request for Reconsideration or Appeal | | | Events / Notices |

Sidebar: Home, News and Developments, Administration, Download Files, Claimant Activity, Reporting, Notices, Forms, Payments, Change Password / Email, Log Off