# EXHIBIT "A"

| Claimant | Filing of Claim | Incompleteness Denial Notice |
|---|---|---|
| 100187006 | February 24, 2013 | May 23, 2017 |
| 100188547 | February 27, 2013 | July 25, 2016 |
| 100192784 | March 7, 2013 | March 28, 2017 |
| 100318040 | June 8, 2015 | December 7, 2016 |
| 100355921[1] | August 8, 2015 | October 14, 2016 |

---

[1] Only Claimant 100355921's Claim Number 231490 received an Incompleteness Notice concerning Policy 495.