UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to 12-970 | ) ) ) | Judge Barbier<br>Mag. Judge Wilkinson |

**MOTION TO ALTER OR AMEND THE COURT'S FINAL ORDER REGARDING POLICY 495 IN ORDER TO AFFORD CLAIMANTS THE RELIEF REQUIRED BY THE FIFTH CIRCUIT'S POLICY 495 OPINION**

Pursuant to Federal Rule of Civil Procedure 59(e), Motley Rice, LLC, on behalf of Claimant ID 100230771, Claimant ID 100227279, and Claimant ID 100294503 (collectively, "Claimants"), respectfully requests that the Court alter or amend its Order [Implementing Fifth Circuit Opinion Re Policy 495] (Rec. Doc. 23003) (the "Final Order"), which adopted and finalized two earlier Interim Orders on the same subject — Rec. Doc. 22872 (the "May 25, 2017 Order") and Rec. Doc. 22935 (the "June 13, 2017 Order"). Claimants have not signed Individual Releases and are entitled to the benefits of the Fifth Circuit's decision in *In re: Deepwater Horizon*, 858 F.3d 298 (5th Cir. 2017), *reh'g denied,* No. 15-30377, 2017 WL 2674235 (5th Cir. June 21, 2017) (the "495 Opinion"). The Final Order erroneously deprives them of the relief secured by the 495 Opinion and the compensation to which they are entitled under the Agreement.[1]

The basis for the relief provided under the Final Order is the 495 Opinion itself, not the efforts of any individual BEL Claimant to pursue individual Appeals under Section 6.6 of the Agreement or to inundate the Fifth Circuit with individual judicial appeals. As explained more

---

[1] Unless otherwise defined herein, capitalized terms used herein have the same meaning ascribed to such terms under the Agreement and references to "Rec. Doc." are to the master docket in MDL 2179.

1

fully in the attached memorandum in support of this motion, the Court's Final Order erroneously deprives Claimants of the relief secured by the 495 Opinion solely because they declined to consume the CSSP's resources with unnecessary individual Appeals when Class Counsel already had pending a class-wide challenge on their behalf.

WHEREFORE, Claimants respectfully request that this Court alter or amend its Final Order so as to include them among the Class Members to whom the 495 Opinion's directives will be applied, and order the CSSP to re-evaluate their Claims using the methodology directed by the 495 Opinion.

This 2nd day of August, 2017.

                                                 Respectfully submitted,
                                               **MOTLEY RICE LLC**

By:   /s/ Matthew D. Camm
        Matthew D. Camm, Esq. (LA Bar # 35692)
        Joseph F. Rice, Esq.
        Kevin R. Dean, Esq.
        John A. Baden, IV, Esq.
        Frederick C. Baker, Esq.
        Lisa M. Saltzburg, Esq.
        28 Bridgeside Blvd.
        Mount Pleasant, SC 29464
        Phone: (843)-216-9000
        Fax: (843) 216-9450
        mcamm@motleyrice.com
        jrice@motleyrice.com
        kdean@motleyrice.com
        jbaden@motleyrice.com
        fbaker@motleyrice.com
        lsaltzburg@motleyrice.com

*ATTORNEYS FOR CLAIMANT IDS*
100230771, 100227279, and 100294503

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of August, 2017.

                                                /s/ Matthew D. Camm
                                                Matthew D. Camm, Esq.