# EXHIBIT B

## RELIEF FROM CLAIMS PROCESSING DEADLINES

**I.    Introduction.**

Policy ID 251 (Relief from Claims Processing Deadlines), announced on 9/5/12, identifies the Claims Processing Procedure adopted by the Claims Administrator to govern requests for extension or excuse from a deadline set by the Settlement Agreement or the Claims Administrator.  The Claims Administrator re-announced the Policy to the Parties on 5/22/13.

After receiving comments from the Parties, the Claims Administrator announces this amended policy to add a reference to the potential relief from the Seafood Claim Form deadline governed by Proc-379.

**II.    Revised Policy Statement.**

The Claims Administrator adopted a Claims Processing Procedure to govern requests for extension or excuse from a deadline set by the Settlement Agreement or the Claims Administrator affecting claims processing.

**A.    Deadlines Set by the Claims Administrator.**

The Claims Administrator shall have the discretion to establish such deadlines for responses by claimants to notices from the Claims Administrator and any other deadlines affecting the administration of claims under the Settlement Agreement, including deadlines contained in any Court Approved Procedure requested by the Claims Administrator, as the Claims Administrator shall deem necessary for the proper administration of the Settlement Agreement and to consider and grant or deny Deadline Relief Requests relating to any such deadlines as the Claims Administrator shall deem appropriate.

**B.    Deadlines Set by the Settlement Agreement.**

The Claims Administrator shall have the discretion to consider and grant or deny Deadline Relief Requests relating to any deadline prescribed by a provision in the Settlement Agreement on the following terms:

1. **Time Bar for Requesting Relief:**  The claimant shall present the Deadline Relief Request to the Claims Administrator no later than 60 days after the expiration of the deadline concerned.  The Claims Administrator shall reject any Request for Relief made after such time expires.

2. **Establishing Excusable Neglect:**  A party making a timely Deadline Relief Request from a deadline set by the Settlement Agreement shall have the burden of establishing to the satisfaction of the Claims Administrator circumstances that constitute excusable neglect under Fed.R.Civ.P 60(b).  The Claims Administrator may consider these factors in analyzing such Deadline Relief Requests:

1

(a) The reasons for the delay, including whether the delay was caused by circumstances reasonably within the control of the requesting party;

(b) The danger of prejudice to BP (requests by a claimant) or prejudice to the claimant (requests by BP);

(c) The length of the delay;

(d) The impact on the Settlement Program if the request were granted, including the impact upon claimants whose submissions were timely; and

(e) To the extent information on this factor is available, whether the requesting party acted in good faith.

3. **Seafood Claim Form Filing Deadline:**  Notwithstanding the foregoing, the Claims Administrator's 5/22/13 Procedure Regarding Handling Untimely Seafood Claims (Proc-379) shall govern the Claims Administrator's consideration and grant or denial of Deadline Relief Requests relating to Seafood Compensation Program claims filed after the 1/22/13 Seafood Claim Form filing deadline.

4. **Form of Relief Requests:**  The Claims Administrator shall have the discretion to require claimants making a Deadline Relief Request from a deadline set by the Settlement Agreement to complete and submit any form or materials substantiating the request as the Claims Administrator shall deem necessary.

427181