UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| | ) | **Judge Barbier** |
| This Document Relates to 12-970 | ) | Mag. Judge Wilkinson |
| | ) | |

## PROPOSED ORDER

Considering the Motion of Motley Rice, LLC, on behalf of Claimant ID 100230771, Claimant ID 100227279, and Claimant ID 100294503 (collectively, "Claimants"), to alter or amend, in part, the Court's Order [Implementing Fifth Circuit Opinion Re Policy 495] (Rec. Doc. 23003) (the "Final Order"), which adopted and finalized two earlier Interim Orders on the same subject — Rec. Doc. 22872 (the "May 25, 2017 Order") and Rec. Doc. 22935 (the "June 13, 2017 Order"):

IT IS HEREBY ORDERED, that the Motion is GRANTED, and it is further Ordered that the Claimants' BEL Claims be remanded to the Settlement Program for reevaluation consistent with the Fifth Circuit's decision in *In re: Deepwater Horizon*, 858 F.3d 298 (5th Cir. 2017), *reh'g denied,* No. 15-30377, 2017 WL 2674235 (5th Cir. June 21, 2017).

New Orleans, Louisiana, this \_\_\_\_\_ day of August 2017.

**UNITED STATES DISTRICT JUDGE**

1