IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE | § | Ref CA No. 10-2771 |
| GULF OF MEXICO | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | |
| This Document Relates to: | § | |
| | § | |
| 13 CV 2791 AND 16 CV 6309 | § | |
| AND ALL CIVIL ACTIONS, INCLUDING | § | MAG. JUDGE WILKINSON |

## Order

Considering Plaintiff Omar Garcia's Response to BP's Dispositive Motion (Rec. Doc. 22480), the Court denies BP's Motion to Dismiss Omar Garcia.

Signed this _____ day of _____ 2017.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge