IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § | MDL NO. 2179 |
| | | SECTION: J |
| THIS DOCUMENT RELATES TO: 10-md-2179; 2:16cv4122; 2:16cv4123;2:16cv4124; and 2:16cv4151 | § § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

**APPELLANTS' SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO. 17-30475**

Comes now Appellants Eduardo Pineiro Perez, et al. "WGTT Class Actions," Appellants in Fifth Circuit Case No. 17-30475, and file this Appellants' Supplemental Designation of Record on Appeal in Fifth Circuit Case No. 17-30475 and request that the record on appeal be supplemented with the following documents:

| CASE NO. | DOC. NO. | DATE FILED | NAME OF DOCUMENT |
|---|---|---|---|
| 2:10-md-2179 | 16314 | 4/19/2016 | Motion for Extension of Time (Attachments: #1 Memorandum in Support of Motion for Extension of Time, #2 Declaration of Mitchell A. Toups.) |
| 2:10-md-2179 | 21330 | 7/28/2016 | Plaintiffs' Reply to BP's Objections/Response to Show Cause Submissions [Doc. 21131-4] |

Respectfully submitted,

**WELLER, GREEN TOUPS, & TERRELL, L.L.P.**
P. O. Box 350
Beaumont, Texas  77704
(409) 838-0101/Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

**By:** **/s/  Mitchell A. Toups**
Mitchell A. Toups
Texas Bar No. 20151600


Ezequiel Reyna, Jr.
Texas Bar No. 16794798
Law Offices of Ezequiel Reyna, Jr., P.C.
702 West Expressway 83, Suite 100
Weslaco, Texas  78596
(956) 969-9556/Fax: (956) 969-0492
Email:  zreynajr@zreynalaw.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed through File & Serve, on this 4th day of August, 2017.


/s/  Mitchell A. Toups
**Mitchell A. Toups**

2