## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 12-970 | * * | MAG. JUDGE WILKINSON |
| | * | |
| This applies to Claimant ID 100261704 and Claim ID 259833 only | * * | |

### MOTION FOR RECONSIDERATION OF ORDER [REC. DOC. 22935]

**NOW INTO COURT**, through undersigned counsel, comes Claimant ID 100261704 ("Claimant"),[1] which respectfully moves this Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, to reconsider its Order [Rec. Doc. 22935][2] dated June 13, 2017 that was issued in error as to Claim ID 259833 and to prevent manifest injustice.

The Order remanded Claim ID 259833 to be processed under the Annual Variable Margin ("AVM") Methodology; however, Claim ID 259833 was already processed by the Claims Administrator using the AVM Methodology. Remand unnecessarily duplicates efforts and has already lead to an inconsistent result as reflected by a Follow-Up Incompleteness Notice issued by the Claims Administrator. In addition, neither BP nor Claimant raised the AVM Methodology as an issue on appeal; therefore, the AVM Methodology was not an issue that was before the Court on Discretionary Court Review, and is thus not an issue that should subject Claim ID 259833 to

---

[1] For purposes of preserving confidentiality, Claimant will refer to itself by the Claimant ID Number issued by the Claims Administrator, and will refer to the Claim ID instead of the name of the business.

[2] On July 5, 2017, the Court issued an Order implementing the decision of the U.S. Fifth Circuit regarding Policy 495, and deleting the "Interim" designation from the Order [Rec. Doc. 23003].

remand. Accordingly, for these reasons which are more fully set forth in the attached Memorandum in Support, which are adopted herein by reference, it was an error to remand Claim ID 259833.

**WHEREFORE**, Claimant respectfully prays that this Honorable Court reconsider its Order [Rec. Doc. 22935], and overturn and reverse the remand as it pertains to Claim ID 259833.

Respectfully Submitted,

/s/Douglas W. Redfearn
Douglas W. Redfearn (La. Bar No. 21042)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA 70115
Telephone: (504) 569-2030
douglasr@spsr-law.com
**Counsel for Claimant ID No. 100261704**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 4th day of August, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.

/s/ Douglas W. Redfearn