# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No.2179 |
| | | * | SECTION: J |
| This Document Relates to: | 2:16-cv-06391 | * | Judge Barbier |
| | 2:16-cv-06385 | | |
| | 2:16-cv-07781 | * | Mag. Judge Wilkinson Jr. |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

Plaintiffs, J. Peaceful, LC, docket case 2:16-cv-06391, SJMR Investments, LLC, docket case 2:16-cv-06385, and Sunny Enterprises of Florida LLC, docket case 2:16-cv-07781, move this Court for an order allowing Pimal A. Patel (Texas Bar #24102335), and E. Alexander Pujol, (Florida Bar #47619) at Farrell & Patel, Attorneys at Law located at 2701 Ponce De Leon Blvd., Suite 300, Florida 33134 to enroll as additional counsel of record for Plaintiffs in these proceedings.

Dated: August 4, 2017                                    Respectfully submitted,

**FARRELL & PATEL, ATTORNEYS AT LAW**
  */s/ Pimal A. Patel*
**Pimal A. Patel**
Texas Bar No.: 24102335
PPatel@FarrellPatel.com
2701 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Telephone: (305) 300-3000
Facsimile: (800) 946-6711

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Enroll as Additional Counsel of Record has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on August 4, 2017.

                                                */s/ Pimal A. Patel*
                                               **Pimal A. Patel**