UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | | MDL No. 2179 |
| | | * | | SECTION: J |
| This Document Relates to: | 2:16-cv-06391 2:16-cv-06385 | * | | Judge Barbier |
| | 2:16-cv-07781 | * | | Mag. Judge Wilkinson Jr. |

ORDER

Considering the foregoing MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD **GRANTED**;

IT IS HEREBY ORDERED that Pimal A. Patel (Texas Bar #24102335), and E. Alexander Pujol (Florida Bar #47619), at Farrell & Patel, Attorneys at Law located at 2701 Ponce De Leon Blvd., Suite 300, Florida 33134, be enrolled as additional counsel of record for plaintiffs, J. Peaceful, LC, docket case 2:16-cv-06391, SJMR Investments, LLC, docket case 2:16-cv-06385, and Sunny Enterprises of Florida LLC, docket case 2:16-cv-07781.

NEW ORLEANS, LOUISIANA, this_____day of_____, 2017.

_____
**DISTRICT COURT JUDGE**