IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>All Cases in Pleading Bundle B3<br><br>Applies to: | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |
| Brandon Keith Byrd,<br><br>      Plaintiff,<br><br>v.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., And Halliburton Energy Services, Inc.,<br><br>      Defendants. | Civil Action No. 2:17-cv-03073<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**MOTION TO RECONSIDER AND AMEND COMPLAINT**

    Plaintiff, Sherrie McKinley, on behalf of her minor child, Deja'Jana Brumfield, by and through her undersigned counsel, hereby respectfully moves this Court pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure to reconsider its Order dated July 18, 2017, Document 23047 ("Order").  Further, Plaintiff, by and through her undersigned counsel, hereby respectfully requests this Court's permission to amend her pleading pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

    Nexsen Pruet, LLC and Douglas M. Schmidt, APLC represent over 700 individual plaintiffs who were formerly included in the B3 Pleading Bundle.  These plaintiffs opted out of the class settlements and timely filed complaints seeking compensation for their injuries pursuant

to Pretrial Order (PTO) No. 63, dated February 22, 2017.  Plaintiff in the instant motion filed a complaint pursuant to PTO No. 63 that was deemed non-compliant by BP, and her claim has subsequently been dismissed with prejudice pursuant to the Court's Order.  By and through her undersigned attorneys, Plaintiff respectfully requests that this Court reconsider the Order dismissing Plaintiff's claims with prejudice.  Upon information and belief, Plaintiff filed a complaint pursuant to PTO No. 63, but the pleading was deemed non-compliant due to a scrivener's, or clerical, error in filing the pleading.  As such, Plaintiff further requests permission to amend her pleading to correct this clerical error so that it will be compliant with the requirements of PTO No. 63.  The grounds for these motions are fully set forth in the Memorandum of Law in Support of this Motion filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court reconsider its Order and permit Plaintiff to amend her pleading.

Respectfully Submitted,

 /s/ Paul A. Dominick
Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*