IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 |
| | SECTION: J |
| | JUDGE CARL BARBIER |
| APPLIES TO: | MAG. JUDGE WILKINSON |
| CIVIL ACTION NOS. 2:17-cv-03073, 2:17-cv-03525, 2:17-cv-04395, 2:17-cv-04542, 2:17-cv-04307 | AFFIDAVIT RELATING TO PLAINTIFFS' MOTION TO RECONSIDER AND AMEND |

## AFFIDAVIT OF MICHELE TALLON

PARISH OF ORLEANS

STATE OF LOUISIANA

**Before Me**, the undersigned authority, Notary Public, Peter R. Borstell, **Personally Came** and appeared Michele Tallon, a person of the full age of majority, and after being duly sworn by me, stated following under oath:

1. Her name is Michele Tallon.

2. She resides in New Orleans, Louisiana and is employed as a case manager at Douglas M. Schmidt, APLC, a law firm in New Orleans.

3. Douglas M. Schmidt, APLC, along with Paul D. Dominick of Nexsen Pruet, LLC, represents nearly 800 Plaintiffs in the Deepwater Horizon Oil Spill Litigation; she is assigned to this litigation.

4. She was responsible for the combining of client documents to be filed as complaints and accompanying pleadings under the supervision of Douglas M. Schmidt, and in accordance with the Court's Pretrial Order ("PTO") No. 63, dated February 22, 2017.

5. She utilized the computer program "Adobe Acrobat" to combine over 700 pleadings and other documents, including the sworn statement for each client that is represented by Douglas M. Schmidt, APLC, and his co-counsel, Nexsen Pruet, LLC.

6. She states that the process for combining the files consisted of "dragging and dropping" the electronically scanned "pdf" documents from an electronic file into Adobe Acrobat. She then arranged the separate, scanned documents in the desired order, and saved this compilation as a new, single document to be filed pursuant to PTO No. 63.

7. Although Doulas M. Schmidt, APLC was in receipt of all requisite documents, she inadvertently failed to properly combine the documents for the following claimants:

| 17-cv-03073 | Byrd, Brandon |
|---|---|
| 17-cv-03525 | Casey, Willie Jr |
| 17-cv-04395 | Doom, Paul Raymond |
| 17-cv-04542 | Wellington, Jada |
| 17-cv-04542 | Wellington, Janya |
| 17-cv-04542 | Wellington, Melissa |
| 17-cv-04307 | Williams, Holly |

8. She states that of the clients represented by these two firms which were subject to PTO No. 63, seven hundred eighty three (783) had filings which were correctly combined and complied with the order, however, the seven (7) filings shown above were filed with inadvertent mistakes.

9. She alone was responsible for scanning and compiling the thousands of documents necessary to comply with the Court's order, within the limited amount of time allowed by the Court.

10. Each client listed above returned the correct signature page to counsel before the Court's deadline. Not including the correct signature page was an inadvertent mistake due to excusable neglect. She was working under enormous pressure as she attempted to prepare nearly eight hundred (800) pleadings in a very limited amount of time.

11. The failure to match the correct signature page with the corresponding complaint, or the failure to include the signature page with the filing, was not due to any negligence or dereliction of any of the clients. Further, the undersigned in no way purposefully combined the wrong documents.

12. It was through no fault of the claimants listed above that an incomplete pleading was filed, and she feels that relief is justified as it was due to an inadvertent clerical mistake.

13. She has read this affidavit and all of the facts contained herein are true and correct to the best of her knowledge.

_____
Michele Tallon

Sworn to and subscribed this 4th day of August, 2017.

_____
Peter R. Borstell, Notary Public #3264