IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document Relates to:**<br><br>**All Cases in Pleading Bundle B3**<br><br>**Applies to:** | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |
| **Melissa Wellington, Individually, and on Behalf of Her Minor Children, J.A.W. and J.W.,**<br><br>           **Plaintiffs,**<br><br>**v.**<br><br>**BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., And Halliburton Energy Services, Inc.,**<br><br>           **Defendants.** | Civil Action No. 2:17-cv-04542<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**MOTION TO RECONSIDER AND AMEND COMPLAINT**

Plaintiffs, Melissa Wellington, Individually, and on behalf of her minor children, Jada Wellington and Janya Wellington, by and through their undersigned counsel, hereby respectfully move this Court pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure to reconsider its Order dated July 18, 2017, Document 23047 ("Order"). Further, Plaintiffs, by and through their undersigned counsel, hereby respectfully request this Court's permission to amend their pleading pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Nexsen Pruet, LLC and Douglas M. Schmidt, APLC represent over 700 individual plaintiffs who were formerly included in the B3 Pleading Bundle. These plaintiffs opted out of the class settlements and timely filed complaints seeking compensation for their injuries pursuant to Pretrial Order (PTO) No. 63, dated February 22, 2017. Plaintiffs in the instant motion filed a complaint pursuant to PTO No. 63 that was deemed non-compliant by BP, and their claims have subsequently been dismissed with prejudice pursuant to the Court's Order. By and through their undersigned attorneys, Plaintiffs respectfully request that this Court reconsider the Order dismissing Plaintiffs' claims with prejudice. Upon information and belief, Plaintiffs filed a complaint pursuant to PTO No. 63, but the pleading was deemed non-compliant due to a scrivener's, or clerical, error in filing the complaint. As such, Plaintiffs further request permission to amend their pleading to correct this clerical error so that it will be compliant with the requirements of PTO No. 63. The grounds for these motions are fully set forth in the Memorandum of Law in Support of this Motion and supported by the Affidavit of Michele Tallon, filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request that this Court reconsider its Order and permit Plaintiffs to amend their pleading.

Respectfully Submitted,

/s/ Paul A. Dominick

Paul A. Dominick    Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC 29402
PHONE: 843.577.9440
FACSIMILE: 843.720.1777
PDominick@nexsenpruet.com

August 6, 2017

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*