## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          MDL No. 2179
        "Deepwater Horizon" in the Gulf
        of Mexico, on April 20, 2010

                                                         SECTION: J

These Pleadings apply to:
*Claims in "B1" Bundle*                                  JUDGE BARBIER

This Document Relates to:                                MAG. JUDGE WILKINSON
All Cases in Pleading Bundle B3

_____

RICKY ROBIN, JR.                                         CIVIL ACTION 17-cv-3383

            Plaintiff                                    SECTION: J

v.                                                       JUDGE BARBIER

BP EXPLORATION & PRODUCTION                              MAG JUDGE WILKINSON
INC.; BP AMERICA PRODUCTION
COMPANY; BP p.l.c.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC; and
HALLIBURTON ENERGY SERVICES, INC.,
            Defendants.
_____

## PLAINTIFF'S MOTION FOR RECONSIDERATION WITH RESPECT TO
## THE COURT'S ORDER DISMISSING THE CLAIMS OF RICKY ROBIN, JR.

COMES NOW PLAINTIFF, Ricky Robin Jr., through undersigned counsel, who files this Motion for Reconsideration, to alter or amend judgment, and/for relief from judgment, with respect to the Court's Order of July 19, 2017 dismissing Plaintiff's action with prejudice pursuant to Rule 50(e) Fed. R. Civ. P.  As more fully set forth accompanying memorandum, plaintiff avers that that reconsideration and/or modification of the order is warranted as penalties less severe than dismissal are available for the filing of Exhibit A without checking the box indicating the plaintiff's status.

Respectfully submitted by:

S/Salvadore Christina, Jr.
Salvadore Christina, Jr. (LA 27198)
Kevin Klibert (LA 26954)
Becnel Law Firm, LLC
Post Office Drawer H
Reserve, LA 70084
(985) 536-1186 - telephone
(985) 536-6445 - facsimile
dbecnel@becnellaw.com
schristina@becnellaw.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12 and 60 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179 on this the 1 day of August, 2017

S/Salvadore Christina, Jr.