UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 12-970, 13-01974* | * | MAG. JUDGE WILKINSON |

RESPONSE MEMORANDUM TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS PURSUANT TO PTO NO. 64, SECTION I.B1 ("B1 BUNDLE" [REC.DOC. 22479]

NOW INTO COURT, through undersigned counsel, comes Gulf States Marine Technical Bureau, Inc. ("Gulf States" and/or "Claimant"), who files this Response To BP's Dispositive Motion As To Released Claims Pursuant To PTO NO. 64, Section I.B1 ("B1 BUNDLE") ("The Motion To Dismiss"). As BP notes in its Motion to Dismiss, Gulf States believes that its claims against BP are subject to the BEL Class Action Settlement, but asks this Court to stay, rather than to dismiss this suit.

Gulf States filed a Business Economic Loss ("BEL") claim in the Deepwater Horizon Court Supervised Settlement Program ("the Settlement Program" and/or "Settlement Agreement"), and it has taken every step in furtherance of that claim. Given its name, Claimant was worried that the Claims

{00108839.DOCX;1}

Administrator may take the position that some or all of Claimant's revenue was related to the moratoria on shipping and therefore excluded from the Settlement Agreement. Claimant cleans, furnishes and repairs merchant marine vessels. While Claimant is confident that its revenue declines were not moratoria related, counsel for Claimant filed this Complaint as a protective lawsuit in the event that the Claims Administrator disagreed. Even today, the Claims Administrator has not made a determination as to whether that Gulf States is a member of the class action. While BP concedes in its Motion To Dismiss that Gulf States is a member of the Class, BP's concession is not dispositive. The Claims Administrator is tasked with exercising its own judgment.

Gulf States has followed all of the rules of the Settlement Program and met every deadline. When it became clear that Gulf States' claim would not be processed by the Claims Administrator before the OPA deadlines, Gulf States made presentment and timely filed this lawsuit. Gulf States has complied with this Court's Pretrial Orders in order to maintain this protective lawsuit. While it would be unfair to both parties to force this lawsuit forward into discovery while its claim is pending before the Claims Administrator, it could be even more unjust to dismiss this suit before the Claims Administrator makes a determination. If the Claims Administrator makes a determination that Gulf States is a member of the

class, then Gulf States will immediately move to dismiss this protective suit. If, however, the Claims Administrator rules and this Court ultimately sustains on appeal that Gulf States is excluded from the class, then this lawsuit should still be available as a vehicle for Gulf States' to continue its claims against BP.

For the forgoing reasons, Gulf States requests that this Court deny BP's Dispositive Motion As To Released Claims Pursuant to PTO NO. 64, Section I.B1 ("B1 BUNDLE") as to this specific lawsuit and stay this action during the pendency of Gulf States' BEL claim in the Settlement Program.

Respectfully Submitted,

LOWE, STEIN, HOFFMAN,
   ALLWEISS & HAUVER, LLP

*/s/ Michael R. Allweiss*
MICHAEL R. ALLWEISS (#2425)
mallweiss@lowestein.com
JEFFREY M. HOFFMAN (#29253)
jhoffman@lowestein.com
TYLER J. DOUGLAS (#33807)
tdouglas@lowestein.com
701 Poydras Street, Suite 3600
New Orleans, LA 70139
Attorneys for Gulf States Marine Technical Bureau, Inc.

{00108839.DOCX;1}

**CERTIFICATE OF SERVICE**

I, Michael R. Allweiss, do hereby certify that on this 7th day of August, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.

*/s/ Michael R. Allweiss*
MICHAEL R. ALLWEISS

{00108839.DOCX;1}