UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG                MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010           Section "J"

Judge Barbier

This Document Relates to:
2:16-cv-03661                                     Magistrate Judge Shushan
2:16-cv-03748

## PLAINTIFF'S MOTION TO AMEND SWORN STATEMENT

COMES NOW the Plaintiff by and through the undersigned attorneys, and files this Motion to

Amend Sworn Statement and states as follows:

1.   Plaintiff wishes to amend its Sworn Statement to correct a status indication, which was

inadvertently and mistakenly chosen.

2.   Said amendment is necessary in order to ensure the claim at hand is not mistakenly

closed and dismissed.

3.   Rule 15 of the Federal Rules of Civil Procedure governs amendments of pleadings.

Rule 15 provides that the Court "should freely give leave [to amend] when justice so

requires."

4.   Justice requires that Plaintiff, PERRY FAMILY PROPERTIES, LLC, be allowed to

amend its Sworn Statement to correctly identify itself as a claimant that "Properly opted out

of the Economic and Property Damages Settlement."  The Complaint itself is properly

pleaded and the requested correction in the Sworn Statement would merely indicate

Plaintiff, PERRY FAMILY PROPERTIES, LLC's, actual status.  Further no prejudice

would result to Defendant BP.

5.   Attached hereto as Exhibit "A" is the proposed Amended Sworn Statement.

Wherefore, Plaintiff respectfully requests the Court grant its motion to amend and the filing of the amended Sworn Statement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Response will be served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7st day of August 2017.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: _____

Kelley B. Stewart, Esquire
     Florida Bar Number:  492132
     kstewart@krupnicklaw.com

Michael J. Ryan, Esquire
     Florida Bar Number:  975990
     mryan@krupnicklaw.com

Joseph J. Slama, Esquire
     Florida Bar Number:  476171

jslama@krupnicklaw.com

Jesse S. Fulton, Esquire
        Florida Bar Number:  112495
        jfulton@krupnicklaw.com

Kevin A. Malone, Esquire
        Florida Bar Number:  224499
        kmalone@krupnicklaw.com

Carlos A. Acevedo, Esquire
        Florida Bar Number:   0097771
        cacevedo@krupnicklaw.com

12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Michael G. Stag, Esquire
        Louisiana Bar Number:  23314
        mstag@smithstag.com

Merritt E. Cunningham
        Louisiana Bar Number:  32843
        mcunningham@smithstag.com

SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

Attorneys for Plaintiff