EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

SWORN STATEMENT FOR DISCLOSURES REGARDING REMAINING
NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Perry | Claude | | |

| Phone Number | E-Mail Address |
|---|---|
| 850-837-6376 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 732 Harbor Blvd. | Destin, FL 32541 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Jesse Fulton, Esquire<br>Krupnick Campbell Malone, et al. | jfulton@krupnicklaw.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

No

Any prior name used by Plaintiff from April 2010 to present?

No

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

    58-2186776   Perry Family Properties

Please indicate your status:

[X] Properly opted out of the Economic and Property Damages Settlement*

[ ] Not a member of the Economic and Property Damages Settlement Class

[X] Member of the Economic and Property Damages Settlement Class

[ ] Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

You are pursuing a claim against at least one B1 Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☐ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. _____.

☒ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. 2:12-cv-01483 _____ and new Individual Action Case No. _____.

☐ Other: _____

\* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

Yes __X__.  No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: BP Exploration & Production, Inc.

2. The date of presentment (MM/DD/YYYY): 1 / 17 / 2013.

3. The claim number(s) (if available): GCCF 1167379.

4. Did you execute a release of your claims upon receiving payment through any claims program?

Yes _____.  No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: May __, 2017

Location (City and State): Destin, Fl.

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Print Name: Claude F. Perry, Managing Member, Perry Family Properties, LLC

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>May 2, 2016</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, LA 70112 |
|---|---|

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

## Economic Class Opt-Out Notice

I wish to be excluded from the Economic Class.

Date 10/24/12

Sign Here [signature]
Print Name Claude Perry Sr
Address 732 Harbor Blvd
City/State Destin, FL
Zip Code 32541
Phone 850-865-1063
Company Name (If Applicable) Perry Family Properties LLC

Return Original Signed Form To:

For Krupnick Campbell Clients:
Odalys Borges
Krupnick Campbell Malone, et. al.
12 SE 7 Street, Suite 801
Ft. Lauderdale, FL 33301

For Smith Stag Clients:
Dawn Sauder
Smith Stag, LLC
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA 70130