UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:<br>2:16-cv-03661<br>2:16-cv-03748 | Magistrate Judge Shushan |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND SWORN STATEMENT

THIS CAUSE came before this Court on Plaintiff's Motion to Amend Sworn Statement, and the Court having considered all of the issues presented, having reviewed the filings of the parties and applicable case law cited and being duly advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. It is ORDERED and ADJUDGED that the Motion to Amend Sworn Statement is GRANTED.

2. The Amended Sworn Statement is hereby deemed the Sworn Statement filed in this action.

**DONE AND ORDERED** this ____ day of August 2017 in New Orleans, Louisiana.

_____
HON. CARL BARBIER
United States District Judge