UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | MDL 2179 |
|     "Deepwater Horizon" in the Gulf ) | |
|     of Mexico, on April 20, 2010 ) | SECTION J |
| ) | |
| This Document Relates to: ) | JUDGE BARBIER |
| ) | |
| American Case Iron Pipe Company v. BP ) | MAG. JUDGE WILKINSON |
| Exploration & Production, Inc., et al.; Case ) | |
| No. 2:16-cv-05411 ) | |
| ) | |
| Ardent, Inc. v. BP Exploration & Production, ) | |
| Inc., et al.; Case No. 2:16-cv-05413 ) | |
| ) | |
| Damrich Coatings, Inc. v. BP Exploration & ) | |
| Production, Inc., et al.; Case No. 2:16-cv-05448 ) | |
| ) | |
| Engineered Process Equipment, Inc. v. BP ) | |
| Exploration & Production, Inc., et al.; Case ) | |
| No. 2:16-cv-05598 ) | |
| ) | |
| Master Boat Builders, Inc. v. BP Exploration & ) | |
| Production, Inc., et al.; Case No. 2:16-cv-05874 ) | |
| ) | |
| Mechanical Contractors - UA Local 119 Pension ) | |
| Trust Fund v. BP Exploration & Production, ) | |
| Inc., et al.; Case No. 2:14-cv-00674 ) | |
| ) | |
| S&K Machineworks & Fabrication, Inc. v. BP ) | |
| Exploration & Production, Inc., et al.; Case ) | |
| No. 2:16-cv-05804 ) | |

**CERTAIN PLAINTIFFS' RESPONSE TO
BP DEFENDANTS' DISPOSITIVE MOTION AS TO PRESENTMENT**

    Come now Plaintiffs American Case Iron Pipe Company, Ardent, Inc., Damrich Coatings,

Inc., Engineered Process Equipment, Inc., Master Boat Builders, Inc., Mechanical Contractors - UA

-1-

Local 119 Pension Trust Fund, and S&K Machineworks & Fabrication, Inc., and respond to the BP Defendants' Dispositive Motion as to Presentment as follows:

Based on conferring with counsel for the BP Defendants, counsel for the above-named Plaintiffs understand that the BP Defendants will withdraw the Presentment Motion, without prejudice, as it relates to these Plaintiffs. Given that understanding, the above-named Plaintiffs will not respond further to the Presentment Motion.

Dated: August 7, 2017

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2017, an electronic copy of the foregoing was filed with the Clerk of Court for the Eastern District of Louisiana using the CM/ECF system and was uploaded to the Lexis-Nexis File & Serve system, and that service will be accomplished by same.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS