## Economic Class Opt-Out Notice

I wish to be excluded from the Economic Class.

Date: 10/24/12

Sign Here: [signature]
Print Name: Claude Perry Sr
Address: 732 Harbor Blvd.
City/State: Destin, Fl 32541
Zip Code: 32541
Phone: 850-865-1063
Company Name if Applicable: Perry Family Properties LLC

Return Original Signed Form To:

For Krupnick Campbell Clients:
Odalys Borges
Krupnick Campbell Malone, et. al.
12 SE 7 Street, Suite 801
Ft. Lauderdale, FL 33301

For Smith Stag Clients:
Dawn Sauder
Smith Stag, LLC
One Canal Place
365 Canal Street
Suite 2850
New Orleans, LA 70130