UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG          MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010      Section "J"

Judge Barbier

This Document Relates to:
*2:16-cv-03661*                          Magistrate Judge Shushan
*2:16-cv-03748*

**ORDER DENYING BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS
PURSUANT TO PTO NO. 64, SECTION I.B1 AND**

THIS MATTER having come before this Court on BP's Dispositive Motion as to Released Claims Pursuant to PTO No. 64, Section I.B1 [doc 22479] the Court having considered all of the issues presented, having reviewed the filings of the parties and applicable case law cited and being duly advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.    Defendant, BP's Dispositive Motion as to Released Claims Pursuant to PTO No. 64, Section I.B1 [doc 22479] is therefore DENIED as to PERRY FAMILY PROPERTIES, LLC as Plaintiff has complied with PTO 60 since there is a properly signed and served Opt Out.

2.    It is FURTHER ORDERED that Plaintiff, PERRY FAMILY PROPERTIES, LLC has complied with PTO 64, and therefore subject to further proceedings in this Court.

**DONE AND ORDERED** this _____ day of August 2017 in New Orleans, Louisiana.

_____
HON. CARL BARBIER
United States District Judge