UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | |
| **This Documents Relates to:** | * | **JUDGE BARBIER** |
| **Case No. 2:13-cv-02002** | * | |
| | * | **MAGISTRATE JUDGE Wilkinson** |

**B1 PLAINTIFF, ASCEND PERFORMANCE MATERIALS OPERATIONS, LLC D/B/A ASCEND PERFORMANCE MATERIALS'
RESPONSE TO BP'S DISPOSITIVE MOTION AS TO PRESENTMENT
PURSUANT TO PTO 64, SECTION I.B1 ("B1 BUNDLE") (DOC 22480)**

Pursuant to the Court's July 18, 2017 Order (Rec. Doc. 23049), B1 Plaintiff, Ascend Performance Materials Operations, LLC d/b/a/ Ascend Performance Materials ("Ascend"), files this response in opposition to BP's Dispositive Motion as to Presentment ("Presentment Motion," Rec. Doc. 22480).

Ascend's counsel has been in communication with counsel for BP, and has secured BP's agreement to withdraw its Presentment Motion against Ascend. This withdrawal is based on Ascend's true and accurate representation to BP that filings and presentment made for (i) Ascend Performance Materials Operations LLC dba Ascend Performance Materials, (ii) Ascend Performance Materials Operations LLC, and (iii) Ascend Performance Materials, LLC, all apply to one entity - Ascend Performance Materials Operations, LLC (f/k/a Ascend Performance Materials, LLC. Ascend went through a corporate name change in 2012, resulting in the minor confusion here. Therefore, OPA presentment requirements have been satisfied in this case.

BP's counsel has affirmatively represented to Ascend that they will formalize the withdrawal of the Presentment Motion as to Ascend in its reply brief, currently due, pursuant to Court order, on August 15, 2017.

1

## CONCLUSION

For the foregoing reasons, Ascend respectfully requests the Presentment Motion be denied as to Ascend, and for any other relief to which it may be entitled. In the alternate, should BP not formally withdraw its Presentment Motion as to Ascend pursuant to the representations of its counsel, Ascend respectfully requests the opportunity to fully brief the issue of presentment and present conclusive evidence regarding same to the Court.

Dated: August 7, 2017.

                                                     Respectfully Submitted

                                                   WILLIAMSON & RUSNAK

                                                   */s/ Cyndi M. Rusnak*
                                                   Cyndi M. Rusnak
                                                   Federal ID No. 24724
                                                   Texas State Bar No. 24007964
                                                   Email: cyndi@jimmywilliamson.com
                                                   William Dills
                                                   Texas State Bar No. 24067421
                                                   Email: billy@jimmywilliamson.com
                                                   4310 Yoakum Boulevard
                                                   Houston, Texas 77006
                                                   (713) 223-3330 – Telephone
                                                   (713) 223-0001 – Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiff's Response in Opposition to BP Defendants' Dispositive Motion as to Presentment Pursuant to PTO No. 64, Section I.B1 was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of August, 2017.

DATE: August 7, 2017                                               */s/ Cyndi M. Rusnak*
                                                                       CYNDI M. RUSNAK