UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: *No. 14-2211* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

In an Order dated July 19, 2017,[1] the Court granted Ellis Keyes an extension to complete, file, and serve the Sworn Statement required under Pretrial Order No. 63 ("PTO 63"), or else his case (No. 14-2211) would be dismissed. Mr. Keyes has since filed the PTO 63 Sworn Statement by the extended deadline. (*See* No. 14-2211, Rec. Doc. 10). Accordingly,

IT IS ORDERED that Ellis Keyes (No. 14-2211) is deemed COMPLIANT with PTO 63.

By effect of this Order, Ellis Keyes (No. 14-2211) is added to Exhibit 1 to the Order As to Compliance with Pretrial Order No. 63. (10-md-2179, Rec. doc. 23047). The Court notes that Mr. Keyes indicates in his Sworn Statement that he executed a release upon receiving payment through the Gulf Coast Claims Facility ("GCCF"). If this is in fact correct and if the scope of the GCCF release includes the claim(s) asserted in No. 14-2211, then No. 14-2211 may be subject to dismissal upon the filing of the appropriate motion. The Court does not determine at this time whether or not the claim or claims in No. 14-2211 have been released.

---

[1] No. 10-md-2179, Rec. Doc. 23053; No. 14-2211, Rec. Doc. 9.

New Orleans, Louisiana, this 4th day of August, 2017.

_____
United States District Judge

**Note to Clerk:**

**File in 10-md-2179 and 14-2211**

**Mail a copy of this Order to Ellis Keyes, P.O. Box 1073, Whitesburg, KY 41858-1073.**