UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J |
| This Document Relates To:<br>*Pleading Bundle B1* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| KENT McCONAGHY et al.,<br><br>Plaintiffs | CIVIL ACTION NOS. 2:13-cv-5369<br>2:13-cv-5371<br>2:16-cv-5862 |
| v. | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC., et al.<br><br>Defendants. | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' RESPONSE TO BP DEFENDANTS'
DISPOSITIVE MOTION AS TO PRESENTMENT**

COME NOW Plaintiffs, Kent McConaghy and Kara McConaghy, individually on and on behalf of their minor children, by and through the undersigned attorneys, and in response to BP's Dispositive Motion as to Presentment ("Presentment Motion," Rec. Doc. 22480) state as follows:

Plaintiffs Kent McConaghy and Kara McConaghy are listed on Exhibit A to the Presentment Motion among those who failed to present their claims pursuant to 33 U.S.CA. § 2713 (a), (c). Case numbers 2:13-cv-5369, 2:13-5371 and 2:16-cv-5862 are listed as associated cases. Complaints in these associated cases include not only claims for economic loss, but personal injuries sustained by Plaintiffs and their minor children.[1]

---

[1] Case number 2:13-cv-5369 includes claims for economic loss and personal injuries sustained by Plaintiffs Kent and Kara McConaghy. Case number 2:13-cv-5371 includes claims for economic loss and personal injuries sustained by Plaintiffs and their minor children. Case number 2:16-cv-5862, filed in response to PTO 60, includes claims for economic loss and personal injuries sustained by Plaintiffs and their minor children.

Plaintiffs make this clarification in order to preserve their personal injury claims which are unrelated to the B1 pleading bundle. Should this Court grant BP's Presentment Motion and dismiss Plaintiffs' claims for economic loss, Plaintiffs pray that their personal injury claims, filed individually and on behalf of their minor children, remain unaffected. Plaintiffs also wish to note that their personal injury claims have been refiled pursuant to PTO 63.[2] Plaintiffs have been deemed compliant with PTO 63 per this Court's Order dated July, 18, 2017 (Rec Doc. 23047).

Plaintiffs respectfully request that this Court preserve their claims for personal injuries if the Court dismisses their claims for economic loss.

*[Remainder of Page Intentionally Left Blank. Signature Page to Follow]*

---

[2] Plaintiffs refiled their personal injury claims pursuant to PTO 63. Case number 2:17-cv-3116 asserts claims for personal injuries sustained by Kent McConaghy, Kara McConaghy, Minor McConaghy and Kohl McConaghy, a child previously referred to as a minor but now of full age and majority.

Dated: August 7, 2017                               Respectfully submitted,

                                                           *s/ Merritt E. Cunningham*_____
Michael G. Stag LSBA 23314
Merritt E. Cunningham LSBA 32843
**Smith Stag, LLC**
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mcunningham@smithstag.com
mstag@smithstag.com

And

Kelley B. Stewart FL Bar No.492132
Michael J. Ryan FL Bar No.975990
Joseph J. Slama, FL Bar No. 47617
Jesse S. Fulton FL Bar No. 112495
Kevin A. Malone FL Bar No.224499
Carlos A. Acevedo FL Bar No.0097771
**The Law Offices of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, PA**
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile
kstewart@krupnicklaw.com
mryan@krupnicklaw.com
jslama@krupnicklaw.com
jfulton@krupnicklaw.com
kmalone@krupnicklaw.com
cacevedo@krupnicklaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7 day of August, 2017.

                                              *s/ Merritt E. Cunningham*_____
                                              Merritt E. Cunningham