IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br>Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

---

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Bastien Pierre-Frantz, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

**NADIA MICLISSE**                                      DEEPWATER HORIZON ECONOMIC
                                                        AND PROPERTY DAMAGES
                                                        SETTLEMENT PROGRAM

By: _____                             By: _____

Nadia Miclisse                                          Lynn C. Greer
Claimant's Representative                               VSB No.: 29211
32054 SW 205 Avenue                                     BrownGreer PLC
Homestead, Florida 33030                                250 Rocketts Way
                                                        Richmond, Virginia 23231
                                                        (804) 521-7200

Date: 7/9/17                                            Date: 8/3/17

1