IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | § § | Judge Barbier |
| Actions:  2:12-cv-01895 | § § | |
| 2:13-cv-06013 | § | Magistrate Judge Wilkinson |

**PLAINTIFF, PEGGY KEMP'S OPPOSITION AND RESPONSE TO DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF PEGGY KEMP AND DOROTHY BRIGHT CLARK PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW, Plaintiff, Peggy Kemp, Mother of Roy Wyatt Kemp, Deceased, pursuant to this Court's Order of June 6, 2017 (Doc. # 22922), and files this Opposition and Response to Defendants' Motion to Dismiss and in support therefore states as follows:

1. Peggy Kemp's son died aboard the rig Deepwater Horizon on April 20, 2010 when it caught fire and exploded.

2. Peggy Kemp sued the companies that were responsible for her son's death, including various BP defendants and Halliburton Energy Services, among others, in Texas state district court in Harris County. Ms. Kemp's lawsuit was removed to Federal Court and transferred to this Honorable Court by the Federal MDL Panel. Since that time, Ms. Kemp's lawsuit has been stayed and her Motion to Remand remains pending.

3. Peggy Kemp was dependent on her son, Roy Wyatt Kemp, as an economic "dependent parent" under the General Maritime Law and the Death on the High Seas Act which allows her to

recover for the death of her son.[1]

4. Defendants say that Peggy Kemp's claims have been released because her son's widow executed a release as the administrator of Roy Kemp's estate. However, Peggy Kemp was not a party to this Release, did not know about it, did not consent to it, and has not received any funds from this settlement.

5. Peggy Kemp has been appointed as the personal representative of the Estate of Roy Wyatt Kemp for the sole purpose of pursing her claims as a dependent relative of her deceased son. Therefore, she has a viable claim against Defendants as her son's personal representative as a dependent relative per the Death on the High Seas Act and/or General Maritime Law.

6. Peggy Kemp's memorandum in support of her opposition, along with a Proposed Order, is filed contemporaneously herewith, attached hereto, and incorporated by reference.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Peggy Kemp prays that the Court deny Defendants' Motion to Dismiss and such other relief both at law and in equity to which she may show herself justly entitled.

---

[1] While Defendants' Motion purports to say that Peggy Kemp is only making a claim under the Jones Act, since filing her lawsuit she has not been allowed to conduct discovery, file pleadings, amend her Complaint or do much of anything. Therefore, to the extent her claim falls under the Death on the High Seas Act, Peggy Kemp anticipates requesting leave and amending her pleading if allowed to do so by the Court.

**KELLY & TOWNSEND, LLC**

By: */s/ Taylor Townsend*
    **TAYLOR TOWNSEND**
    Louisiana State Bar. No. 20021
    137 Saint Dennis St.
    Natchitoches, LA.  71457
    Telephone:  (318) 352-2353
    Facsimile:  (318) 352-8918
    Email:  taylor@taylortownsendlaw.com

**STEVENSON & MURRAY**

By: */s/ John W. Stevenson, Jr.*
    JOHN W. STEVENSON, JR.
    Fed ID. No.  3992
    24 Greenway Plaza, Suite 750
    Houston, Texas  77046
    Telephone:     713.622.3223
    Facsimile:     713.622.3224
    Email: jstevenson@stevensonmurray.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of August, 2017, electronically filed the foregoing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a notice of electronic filing to the following:

Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 500
New Orleans, LA 70139                                     *E-File*

Matthew Regan
J. Andrew Langan
Christopher Esbrook
Kristopher Ritter
KIRKLAND & ELLIS, LLP
300 North LaSalle Street
Chicago, IL 60654                                             *E-File*

Robert "Mike" Brock
Jeffrey B. Clark
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005                                    *E-File*

Frank A. Piccolo
PREIS PLC
24 Greenway Plaza, Suite 2050
Houston, Texas 77046                                      *E-File*

R. Alan York
REED SMITH, LLP
811 Main Street, Suite 1700
Houston, Texas 77002                                      *E-File*

.

                                                       /s/ John W. Stevenson, Jr.
                                                       JOHN W. STEVENSON, JR.