FILED AND RECORDED
LARISA H. FIELD
CLERK OF COURT

2017 MAR 23 PM 1:45

| | | |
|---|---|---|
| IN RE: | | 7TH JUDICIAL DISTRICT COURT |
| ESTATE OF ROY WYATT KEMP | | PARISH OF CATAHOULA |
| DOCKET NO. 28718 A | | STATE OF LOUISIANA |

### ORDER

Considering the Motion to Designate Personal Representative filed herein and the documents attached thereto:

IT IS ORDERED that Peggy Kemp is hereby appointed the *Personal Representative* of the Estate of her son, Roy Wyatt Kemp for the Sole Purpose of Pursuing Her Own Claims as Parent and Dependent Relative of her son, Roy Wyatt Kemp; and

IT IS FURTHER ORDERED that Peggy Kemp is hereby specifically authorized to pursue her own claims as parent and dependent relative of her son, Roy Wyatt Kemp.

Signed in chambers in Harrisonburg, Louisiana, this 27th day of March, 2017.

_____
DISTRICT JUDGE
JUDGE KATHY JOHNSON
DIVISION A

Respectfully Submitted,

_____
V. Russell Purvis, LSBA# 10909
Bradley R. Burget, LSBA# 25600
T. Taylor Townsend, LSBA# 20021
T. Taylor Townsend, LLC
320 St. Denis Street
Post Office Box 784
Natchitoches, Louisiana 71458-0784
Phone: (318) 238-3612
Fax: (318) 238-6103
*Attorneys for Peggy Kemp*

PLAINTIFF'S EXHIBIT
H

TRUE COPY
CLERK OF COURT