UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | \* | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** | \* | |
| **Gulf of Mexico, on April 20, 2010** | \* | **SECTION:  J** |
| | \* | |
| | \* | |
| **This Documents Relates to:** | \* | **JUDGE BARBIER** |
| **Case No. 2:14-cv-00331** | \* | |
| | \* | **MAGISTRATE JUDGE Wilkinson** |

**B1 PLAINTIFF, SPECTRUM ORGANIZATION, INC. D/B/A THE VICTORIAN
RENTAL POOL'S RESPONSE TO BP'S DISPOSITIVE MOTION AS TO
PRESENTMENT PURSUANT TO PTO 64, SECTION I.B1 ("B1 BUNDLE")(DOC 22480)**

Pursuant to the Court's July 18, 2017 Order (Rec. Doc. 23049), B1 Plaintiff, Spectrum Organization, Inc. d/b/a/ The Victorian Rental Pool ("The Victorian"), files this response in opposition to BP's Dispositive Motion as to Presentment ("Presentment Motion," Rec. Doc. 22480).

The Victorian satisfied presentment via submission of its claim to the CSSP on or about 6/20/2012 (Claimant ID:  XXX037212).  *See*  Rec. Doc. 6430-1, p. 66, (Regardless of whether the Agreement becomes effective, Claims with a sum certain and some documentation and/or other proof that are submitted to the Settlement Program shall be deemed to satisfy presentment and all requirements of 33 U.S.C. **§** 2713).  The Victorian's counsel has been in communication with counsel for BP, and has secured BP's agreement to withdraw its Presentment Motion against The Victorian.  This withdrawal is based on BP's reservation of rights to challenge the adequacy and sufficiency of any presentment made to the CSSP at a later, more appropriate, time.

BP's counsel has affirmatively represented to The Victorian that they will formalize the withdrawal of the Presentment Motion as to The Victorian in its reply brief, currently due, pursuant to Court order on August 15, 2017.

1

## CONCLUSION

For the foregoing reasons, The Victorian respectfully requests the Presentment Motion be denied as to The Victorian, and for any other relief to which it may be entitled.  In the alternate, should BP not formally withdraw its Presentment Motion as to The Victorian pursuant to its representations, The Victorian requests the opportunity to fully brief the issue of presentment and present conclusive evidence regarding same to the Court.

Dated: August 8, 2017.

                                          Respectfully Submitted

                                        WILLIAMSON & RUSNAK

*/s/ Cyndi M. Rusnak*
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiff's Response in Opposition to BP Defendants' Dispositive Motion as to Presentment Pursuant to PTO No. 64, Section I.B1 was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of August, 2017.

DATE: August 8, 2017                             */s/ Cyndi M. Rusnak*
                                                        CYNDI M. RUSNAK