UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Documents Relates to:<br>Case No. 2:14-cv-00331 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE Wilkinson |

**B1 PLAINTIFF, SPECTRUM ORGANIZATION, INC. D/B/A THE VICTORIAN RENTAL POOL'S RESPONSE TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS PURSUANT TO PTO 64, SECTION I.B1 ("B1 BUNDLE") (DOC 22479)**

Pursuant to the Court's July 18, 2017 Order (Rec. Doc. 23048), B1 Plaintiff, Spectrum Organization, Inc. d/b/a/ The Victorian Rental Pool ("The Victorian"), files this response in opposition to BP's Dispositive Motion as to Released Claims ("Released Claims Motion," Rec. Doc. 22479).

The Victorian is a separate business unit, operating as an independent business from Spectrum Organization, Inc.  In other words, Spectrum Organization, Inc. is a management company that operates beyond the confines of The Victorian Rental Pool.

BP inadvertently included The Victorian on Exhibit A of the Release Claims Motion, The Victorian believes based on name confusion with the management entity Spectrum Organization, Inc.  Spectrum Organization, Inc. also filed a claim, (Claimant ID XXX321488), with the CSSP and did obtain a settlement.  However, The Victorian Rental Pool, (Claimant ID XXX037212), still has a claim pending and has not received a final CSSP determination on eligibility or class status.

1

BP's counsel has affirmatively represented to The Victorian that they will modify BP's Released Claims Motion as to The Victorian, switching their classification from Exhibit A to Exhibit D. This will be done in BP's reply brief, currently due, pursuant to Court order on August 15, 2017.

## CONCLUSION

For the foregoing reasons, The Victorian respectfully requests the Released Claims Motion be denied as to The Victorian, and for any other relief to which it may be entitled. In the alternate, The Victorian respectfully requests that its status be reclassified per BP's representation to Exhibit D "Claims that May Be Subject to Dismissal upon CSSP Determination." Should BP not formally amend The Victorian's designation pursuant to its representations, The Victorian requests the opportunity to fully brief the issue of release and present conclusive evidence regarding same to the Court.

Dated: August 8, 2017.

Respectfully Submitted

WILLIAMSON & RUSNAK

*/s/ Cyndi M. Rusnak*
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@jimmywilliamson.com
William Dills
Texas State Bar No. 24067421
Email: billy@jimmywilliamson.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Plaintiff's Response in Opposition to BP Defendants' Dispositive Motion as to Presentment Pursuant to PTO No. 64, Section I.B1 was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which sends a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of August, 2017.


DATE: August 8, 2017                                                                  */s/ Cyndi M. Rusnak*
                                                                                                                     CYNDI M. RUSNAK