UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>Of Mexico, on April 20, 2010<br><br>Applies to:<br>*All Cases (Including No. 12-970)* | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER

The Court previously appointed John W. Perry, Jr. as a Special Master in this matter. (Rec. Docs. 21281, 21898). The Court has received "Special Master Invoice No. 3," regarding Mr. Perry's fees and expenses from June 1, 2017 through July 31, 2017. Having reviewed the invoice and finding it reasonable, the Court approves payment in full. Accordingly;

IT IS ORDERED that Philip A. Garrett, CPA, be and is hereby authorized and directed to arrange for the payment of John W. Perry, Jr.'s "Special Master Invoice No. 3" from the Common Benefit Fee and Cost fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement in the amount of $170,433.78 (one hundred seventy thousand four hundred thirty-three dollars and seventy-eight cents).

IT IS FURTHER ORDERED that the Clerk shall file "Attachment 1," the one-page summary cover sheet for Special Master Invoice No. 3, as an Unsealed attachment to this Order.

IT IS FURTHER ORDERED that the Clerk shall file "Attachment 2," the itemized portion of Special Master Invoice No. 3, as a SEALED attachment to this Order.

New Orleans, Louisiana, this 8th day of August, 2017.

_____
United States District Judge