IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| *Pleadings Bundle B1* and | * | |
| *Case 2:16-cv-06696* | * | MAG. JUDGE WILKINSON |

**PLAINTIFF'S RESPONSE TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS PURSUANT TO PTO NO. 64, SECTION 1.B1 ("B1 BUNDLE")**

Comes Now, David Edwards and files this Plaintiff's Response to BP's Dispositive Motion as to Released Claims Pursuant to PTO No. 64, Section 1.B1 ("B1 Bundle") and would show as follows:

**I.**

David Edwards was properly opted out of the DHECC prior. Attached as Exhibit A is a copy of his valid opt out. Our records indicate that this form was sent in timely. And all indications point to David Edwards being properly opted-out of the DHECC. As such his outstanding PTO 60 claim (Case 2:16-cv-06696) claim is not a member of the class and should continue to proceed.

Class Counsel and the BP Defendants Joint Report on Objections to and Opt-Outs from the *Deepwater Horizon* Economic and Property Damages Settlement as Amended on May 2, 2012 ("Joint Report") was filed on November 26, 2012. (Rec. Doc. 8001). Attached to this report Exhibit N (REDACTED): Timely and Valid Opt Out Requests Submitted by

1

Potential Class Members (Rec. Doc. 8001-39). David Edwards name is listed on exhibit N and the portion showing is attached as Exhibit B.[1]

The DHECC sent opt out forms to hundreds or perhaps thousands of claimants who submitted valid and timely opt out outs advising them to revoke their opt out. The forms were sent directly to the claimant, bypassing the attorney. So we have no way of knowing if David Edwards responded to this direct mailing. However, upon information and belief, and after a diligent review of the file, all indications point to David Edwards having validly and timely opted out of the DHECC. As such his claim should not be dismissed.

PRAYER

David Edwards prays that this Court deny BP's Dispositive Motion as to Released Claims Pursuant to PTO No. 64, Section 1.B1 ("B1 Bundle") and for any other relief to which he may show himself to be entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
215 Orleans,
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

ATTORNEY FOR PLAINTIFF(S)

---

[1] It is unclear whether or not the David Edwards listed on Exhibit N is in fact the same David Edwards because much of the claimant specific information is redacted.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Easter District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, in this 8th day of August, 2017

    Respectfully submitted,

    /s/ Brent W. Coon