# EXHIBIT

# "A"

DEEPWATER HORIZON COURT-SUPERVISED SETTLEMENT PROGRAM
EXCLUSIONS DEPARTMENT
P O BOX 222
HAMMOND LA 70404-0222

RE:   OPT OUT OF DEEPWATER HORIZON CLASS ACTION SETTLEMENT

To Whom It May Concern:

"I wish to be excluded from the Economic Class."

Name: *David K. Edwards*

Business Name (if applicable): _____

Address: _____

Phone Number: _____

Claimant ID Number(s): *0003516837*

Social Security Number: *9592*

*David K. Edwards*
Signature

*10-27-12*
Date

Attorney Representation:

BRENT COON & ASSOCIATES