# EXHIBIT

# "B"

<em>Case 2:10-md-02179-CJB-DPC Document 23183-2 Filed 08/08/17 Page 2 of 2</em>

Case 2:10-md-02179-CJB-SS Document 8004-39 Filed 11/26/12 Page 163 of 250



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Exhibit N (REDACTED): Timely and Valid Opt Out Requests Submitted by Potential Class Members**

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 10247 | Daryl W. Doty | | | | | | | | |
| 10248 | Paulino Garza | | | | | | | | |
| 10249 | Robert Lee Fulton | | | | | | | | |
| 10250 | Merchant Mariner Chief Engineer | | | | | | | | |
| 10251 | Jerry W. Kelly | | | | | | | | |
| 10252 | Antonio J Maya | | | | | | | | |
| 10253 | Gene Crosby | | | | | | | | |
| 10254 | John Henry Matthews | | | | | | | | |
| 10255 | William J. Sexton | | | | | | | | |
| 10256 | Rapheal N. Dodoo | | | | | | | | |
| 10257 | Jose Angel Menchara | | | | | | | | |
| 10258 | Shannon Barnhill Barnes | | | | | | | | |
| 10259 | Kenneth Brackett | | | | | | | | |
| 10260 | William W Lanclos | | | | | | | | |
| 10261 | Hampton Inn | | | | | | | | |
| 10262 | April Murray | | | | | | | | |
| 10263 | Cool Wave Inc. | | | | | | | | |
| 10264 | Great Fish Company | | | | | | | | |
| 10265 | Miguel Mercado | | | | | | | | |
| 10266 | Kevin Bernard McCray | | | | | | | | |
| 10267 | Carrie R. Robertson | | | | | | | | |
| 10268 | Naples Harbour Yacht Club | | | | | | | | |
| 10269 | David E. Edwards | | | | | | | | |
| 10270 | Don Cubbidge | | | | | | | | |
| 10271 | A & Jennifer, Inc. | | | | | | | | |
| 10272 | Jacob L. Eddin | | | | | | | | |
| 10273 | George Keys | | | | | | | | |
| 10274 | Shoreline Installations, Inc. | | | | | | | | |
| 10275 | Eusebio Contreras | | | | | | | | |
| 10277 | Kim N. Jordan | | | | | | | | |
| 10278 | Trang M. Ngo | | | | | | | | |
| 10279 | Guide2Fun | | | | | | | | |
| 10280 | Walter E. Brown | | | | | | | | |
| 10281 | Joshua Scott Brase | | | | | | | | |
| 10282 | Michael Blanco | | | | | | | | |
| 10283(2) | Kellious Williams | | | | | | | | |
| 10284 | Joseph Cole | | | | | | | | |
| 10285 | Russell Kelson | | | | | | | | |
| 10286 | Mary Ann Sexton | | | | | | | | |
| 10287 | Billy J. Moham | | | | | | | | |
| 10288 | Gabriel C. Doublin | | | | | | | | |
| 10289 | Marc Guillory | | | | | | | | |
| 10290 | Susan Molstad | | | | | | | | |
| 10291 | Paul Jones | | | | | | | | |
| 10292 | Skala Rest Management D.B.A Smokehouse | | | | | | | | |
| 10293 | Zachary Maurice Chapman | | | | | | | | |
| 10294 | Kenneth Loring Harrison | | | | | | | | |
| 10295 | Richard Guzman | | | | | | | | |
| 10296 | Juliard's Properties, Inc. | | | | | | | | |
| 10298 | Brent D. Flayo | | | | | | | | |
| 10299 | Frank E. Slusser | | | | | | | | |
| 10300 | Christopher J Harris | | | | | | | | |
| 10301 | Robert Lee Quiroz | | | | | | | | |
| 10302 | Randy Guidry | | | | | | | | |