# EXHIBIT "A"

Deepwater Horizon Court-Supervised
Settlement Program
Exclusion Department
P.O. Box 222
Hammond, LA 70404-0222

OPT OUT OF CLASS LETTER

Name: HOANG, DACH V

Business
Name: _____

_____

Address: _____

_____

Phone No.: _____

Dear Sir or Madam:

    I wish to be excluded from the Economic Class.

_____

Printed name: HOANG, DACH V

Date: 10-24-2012

GCF: 118993

SSN: 56740