# EXHIBIT

# "B"



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

### Exhibit N (REDACTED): Timely and Valid Opt Out Requests Submitted by Potential Class Members

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 62292 | Mona's Accessories/Jewel Time | | | | | | | | |
| 62296 | Phuc Hong Nguyen | | | | | | | | |
| 62302 | Mastro Brothers Auto Group, LLC | | | | | | | | |
| 62305 | Dach V. Hoang | | | | | | | | |
| 62309 | J.T. Brooks | | | | | | | | |
| 62312 | Vicki Ragan | | | | | | | | |
| 62314 | Frederick W. Gebarowski | | | | | | | | |
| 62320 | Phil Cao | | | | | | | | |
| 62330 | Sky High Tech LLC | | | | | | | | |
| 62332 | Mai Ngoc Huynh | | | | | | | | |
| 62343 | Phuong T Le | | | | | | | | |
| 62351 | Tim Hightower | | | | | | | | |
| 62364 | Tron Van Le | | | | | | | | |
| 62366 | John Mary II | | | | | | | | |
| 62403 | S.K. Seafood Inc | | | | | | | | |
| 62407 | Le Thi Thu Mai | | | | | | | | |
| 62416 | Louis R. Peters | | | | | | | | |
| 62425 | Richard Bui | | | | | | | | |
| 62429 | Thanh Van Nguyen | | | | | | | | |
| 62437 | Pat Johnson | | | | | | | | |
| 62438 | Happy Foods of SW FL, Inc. | | | | | | | | |
| 62448 | We Be Working dba Gulfport Hardware | | | | | | | | |
| 62453 | Gary Sloss | | | | | | | | |
| 62458 | Surplus Sales Service, Inc. | | | | | | | | |
| 62462 | Jennifer Faircloth | | | | | | | | |
| 62470 | Orleans Poboys, Inc. | | | | | | | | |
| 62471 | Rowland Renaissance, Inc. | | | | | | | | |
| 62474 | Anna Tollison | | | | | | | | |
| 62479 | William "Drew" Wing | | | | | | | | |
| 62486 | Wayne Seiler | | | | | | | | |
| 62492 | Sigurd John Trelstad | | | | | | | | |
| 62493 | Ann F. Marsal | | | | | | | | |
| 62499 | Capt. Mike Tran | | | | | | | | |
| 62503 | Liberty I, LLC | | | | | | | | |
| 62507 | Sanibel Service Center, Inc. | | | | | | | | |
| 62508 | The Blueline Crab Company, Inc. | | | | | | | | |
| 62509 | Empex International Corporation | | | | | | | | |
| 62513 | Gasoline Alley Cafe, Inc | | | | | | | | |
| 62514 | Withers & Associates Realty, LLC | | | | | | | | |
| 62516 | Heath B. Hall | | | | | | | | |
| 62517 | William Middleton | | | | | | | | |
| 62522 | Dean Blanchard Seafood, Inc. | | | | | | | | |
| 62523 | Craig R Widdon | | | | | | | | |
| 62525 | Charles Cates | | | | | | | | |
| 62526 | Ramona A. Dean | | | | | | | | |
| 62528 | Kenneth W. and Patricia L. Selkirk | | | | | | | | |
| 62531 | Roc Van Luu | | | | | | | | |
| 62532 | Michael P Weeks | | | | | | | | |
| 62536 | Richard Lamar Millender | | | | | | | | |
| 62538 | Benjamin S. Citrin | | | | | | | | |
| 62541 | George W Ward | | | | | | | | |
| 62542 | Virginia Diaz | | | | | | | | |
| 62545 | Frank A. and Cathy L. Mitchell | | | | | | | | |
| 62546 | Richard Santos | | | | | | | | |