# EXHIBIT A

State of _Mississippi_                §

County of _Jackson_                §

---

## AFFIDAVIT OF JERRY WAYNE THARP

---

BEFORE ME, the undersigned authority, on this day personally appeared Jerry Wayne Tharp, who being duly sworn, deposed as follows:

"My name is Jerry Wayne Tharp. I am over the age of 18 and am competent to testify to the matters stated herein. I have personal knowledge of the facts stated herein, and the facts set forth herein are true and correct.

I have been in the seafood industry for over 40 years, specializing in crabs. In 1993, I secured a patent on my invention of the Seafood Maintainer (Patent No. Des. 338,743).[1]

I created Crabco as a sole proprietorship in 2000 to purchase, process and distribute Gulf Coast crabs. Crabco's EIN is 27-3274840, and it maintains its own DWF licenses and accounting records. As a sole proprietorship, Crabco files federal tax returns under a Schedule C.

In 2008, I also did contract work for Bedrock Seafood, Inc. for which I received a 1099.[2]

In 2009, I began the groundwork to create Mr. Peeper's Best, LLC. I began developing Mr. Peeper's packaging, registered a domain name, and applied for a trademark.[3] It secured its own EIN (46-0529170) and DWF licenses, kept its own financials, and filed separate tax returns. The purpose of Mr. Peeper's Best, LLC was to sell and market Mr. Peeper's packaged and processed crab products in addition to live crabs purchased from Crabco and other vendors using the patented Seafood Maintainer in grocery chains. Before the spill occurred, I was working on getting the Seafood Maintainer into various grocery stores.

After the spill, I was told by GCCF representatives that my 1099 employment could be considered for recovery of lost earnings due to the spill. I went to the GCCF service centers in New Iberia and Berwick to speak with claims representatives to file a lost wage claim based on the 1099 work I did for Bedrock Seafood, Inc. in 2008.[4] I did not want this claim to interfere with the Crabco GCCF claim that was already on file. I was told over and over by GCCF personnel that as long as Crabco had a separate EIN, my individual claim could be filed under my Social Security Number (xxx-xx-0242) and would not affect the business claim of Crabco. Otherwise, I would not have filed the individual claim based on the 2008 1099 from Bedrock. I specifically

---

[1] Exhibit 1.
[2] Exhibit 2.
[3] Exhibit 3, 4, 5.
[4] Exhibit 2.

1

spoke with a GCCF representative Joe Ladd in the Berwick office to confirm that there would be no problem.  He assured me that they were separate claims under separate ID numbers.  Thus, I filed my individual lost wage claim with GCCF using only my 2008 tax return and the 2008 1099 from Bedrock.[5]

In June 2011, I received an offer letter from GCCF on my individual lost wage claim (Claimant No. 1033390) for $68,226.03.[6]  Again, I spoke with GCCF representatives to make sure that this offer would not affect Crabco's claim.  Based on those assurances, I decided to accept the GCCF offer on my lost wage claim alone.  When I received the check from GCCF, I took it up to the New Iberia service center and spoke with a man named Reggie.  Reggie told me that I could cash the check without interfering with Crabco's claim since it was under a separate EIN and claim number.  Therefore, I cashed the check and signed the release, believing what GCCF told me was true: that this claim would not affect Crabco's claim.  If it would have precluded Crabco's claim, then I never would have signed that release or accepted the $68,226.03, especially since Crabco's claim was worth more than that.

Further affiant sayeth not."

_____
JERRY WAYNE THARP

Before me on this day personally appeared _Jerry Wayne Tharp_ known to me or proved to me on identity card or other document to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office this __7__ day of _August_, 2017.

_____
Notary Public

My commission expires: _1-22-21_

---

[5] Exhibit 6.
[6] Exhibit 7.

# EXHIBIT 1



US00D338743S

# United States Patent [19]

**Tharp**

[11] Patent Number: **Des. 338,743**

[45] Date of Patent: ∗∗ **Aug. 24, 1993**

[54] **COMBINED SHIPPING AND STORAGE CONTAINER WITH ICE TRAY AND VENTILATION FOR LIVE SEAFOOD**

[76] Inventor: **Jerry Tharp**, R.R. 2 Box 1056, McArthur, Ohio 45651

[∗∗] Term: **14 Years**

[21] Appl. No.: **728,999**

[22] Filed: **Jul. 12, 1991**

[52] U.S. Cl. ................................................... **D30/109**

[58] Field of Search ...................... 119/2, 3, 4, 19, 28, 119/28.5; D3/30.1; 43/55, 56; D30/108–119; D22/136

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 293,945 | 1/1988 | Grant | D30/114 |
| 2,024,648 | 12/1935 | Kissling et al. | 43/55 |
| 3,234,908 | 2/1966 | Doskocil | 119/19 |
| 3,344,552 | 10/1967 | Glasco | 43/56 |
| 3,418,973 | 12/1968 | Saito t al. | 119/3 |
| 3,741,159 | 6/1973 | Halaunbrenner | 119/4 |
| 4,697,380 | 10/1987 | Fenske | 43/55 |
| 4,742,798 | 5/1988 | Blackett | 119/3 |
| 4,794,879 | 1/1989 | Thom et al. | 119/28 |
| 4,862,634 | 9/1989 | Surface | 43/55 |
| 5,123,648 | 6/1992 | Von Grossmann | 43/55 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 395397 | 7/1933 | United Kingdom | 119/19 |

*Primary Examiner*—A. Hugo Word
*Assistant Examiner*—CathyAnne MacCormac
*Attorney, Agent, or Firm*—S Pal Asija; 10

[57] **CLAIM**

The ornamental design for the combined shipping and storage container with ice tray and ventilation for live seafood, as shown.

**DESCRIPTION**

FIG. **1** is a front perspective view of the invention;
FIG. **2** is a front elevation of the invention;
FIG. **3** is a rear elevation view of the invention;
FIG. **4** is a right side elevation of the invention;
FIG. **5** is a left side elevation of the invention;
FIG. **6** is a top plan view of the invention; and,
FIG. **7** is a bottom plan view of the invention.



# EXHIBIT  2

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone number | | |
|---|---|---|
| BEDROCK SEAFOOD INC.<br>PEARL REEF OYSTER CO.<br>15207 HWY 694<br>ABBEVILLE          LA 70510<br>(337) 241-6814   John Parker | | |

| | | OMB No. 1545-0115 | |
|---|---|---|---|
| **1** Rents<br>$ | | **2008** | **Miscellaneous<br>Income** |
| **2** Royalties<br>$ | | Form **1099-MISC**  FDWA0302  06/23/08 | |
| **3** Other income<br>$ | | **4** Federal income tax withheld<br>$ | **Copy B<br>For Recipient** |

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| 72-1487118 | ██████ |

| **5** Fishing boat proceeds<br>$ | **6** Med & health care payments<br>$ |
|---|---|

RECIPIENT'S name

JERRY WAYNE THARP

| **7** Nonemployee compensation<br>$              28532.00 | **8** Substitute payments in lieu<br>of dividends or interest<br>$ |
|---|---|

Street address (including apartment number)

P.O. BOX 158

| **9** Payer made direct sales of<br>$5,000 or more of consumer<br>products to a buyer  ► ☒<br>(recipient) for resale ► | **10** Crop insurance proceeds<br>$ |
|---|---|

| City | State | ZIP code |
|---|---|---|
| PERRY | LA | 70575 |

| **11** | **12** |
|---|---|

Account number (see instructions)

| **13** Excess golden<br>parachute payments<br>$ | **14** Gross proceeds paid to<br>an attorney<br>$ |
|---|---|

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| **15 a** Section 409A deferrals<br>$ | **15 b** Section 409A income<br>$ | **16** State tax withheld<br>$<br>$ | **17** State/Payer's state no. | **18** State income<br>$<br>$ |
|---|---|---|---|---|

BAA Form 1099-MISC                    (Keep for your records.)                    Department of the Treasury — Internal Revenue Service

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2008** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2008, or other tax year beginning , 2008, ending , 20    OMB No. 1545-0074

| Label (See instructions.) | Your first name | Last name | Your social security number |
|---|---|---|---|
| | Jerry | Tharp | |

Use the IRS label. Otherwise, please print or type.

| | | | | |
|---|---|---|---|---|
| If a joint return, spouse's first name | | Last name | | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions. | | | Apartment no. | You must enter your social security number(s) above. |
| P. O Box 158 | | | | |
| City, town or post office. If you have a foreign address, see instructions. | | State | ZIP code | Checking a box below will not change your tax or refund. |
| Perry | | LA | 70575 | |

**Presidential Election Campaign**  ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ► ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

| | | | | Boxes checked on 6a and 6b | 1 |
|---|---|---|---|---|---|

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ► | 1 |

If more than four dependents, see instructions.

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Sch B if required | 9a | |
| b | Qualified dividends (see instrs) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 28,532. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a    b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities 16a    b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a    b Taxable amount (see instrs) | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 28,532. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 2,016. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 36 | 2,016. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 26,516. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**    FDIA0112   10/13/08    Form **1040** (2008)

Form **1040** (2008)   Jerry W Tharp

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 26,516. |
| | 39a Check if: ☐ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. **Total boxes checked ▶** 39a | | |
| **Standard Deduction for —** ● People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions. ● All others: Single or Married filing separately, $5,450 Married filing jointly or Qualifying widow(er), $10,900 Head of household, $8,000 | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b | | |
| | c Check if standard deduction includes real estate taxes or disaster loss (see instructions). ▶ 39c | | |
| | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,450. |
| | 41 Subtract line 40 from line 38 | 41 | 21,066. |
| | 42 If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 3,500. |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 17,566. |
| | 44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 2,235. |
| | 45 Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 Add lines 44 and 45 | 46 | 2,235. |
| | 47 Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 Education credits. Attach Form 8863 | 50 | |
| | 51 Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 Child tax credit (see instructions). Attach Form 8901 if required | 52 | |
| | 53 Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 53 | |
| | 54 Other crs from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 Add lines 47 through 54. These are your total credits | 55 | |
| | 56 Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 2,235. |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | 57 | 4,031. |
| | 58 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 Additional taxes: a ☐ AEIC payments ☐ Household employment taxes. Attach Schedule H | 60 | |
| | 61 Add lines 56-60. This is your total tax ▶ | 61 | 6,266. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 62 Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| | 63 2008 estimated tax payments and amount applied from 2007 return | 63 | |
| | 64a Earned income credit (EIC) | 64a | |
| | b Nontaxable combat pay election 64b | | |
| | 65 Excess social security and tier 1 RRTA tax withheld (see instructions) | 65 | |
| | 66 Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 Amount paid with request for extension to file (see instructions) | 67 | |
| | 68 Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 68 | |
| | 69 First-time homebuyer credit. Attach Form 5405 | 69 | |
| | 70 Recovery rebate credit (see worksheet) | 70 | 600. |
| | 71 Add lines 62 through 70. These are your total payments ▶ | 71 | 600. |
| **Refund** Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 72 If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 72 | |
| | 73a Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | ▶ b Routing number XXX XX XXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number XXX XX XXXXXXXXXX | | |
| | 74 Amount of line 72 you want applied to your 2009 estimated tax | 74 | |
| **Amount You Owe** | 75 Amount you owe. Subtract line 71 from line 61. For details on how to pay, see instructions ▶ | 75 | 5,848. |
| | 76 Estimated tax penalty (see instructions) 76 | 182. | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

Designee's name _____ Phone no. _____ Personal identification number (PIN) _____

**Sign Here** Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date _____ Your occupation Seafood Salesman   Daytime phone number _____

Spouse's signature. If a joint return, both must sign. ▶ _____ Date _____ Spouse's occupation _____

**Paid Preparer's Use Only**

Preparer's signature ▶ _____ Date _____ Check if self-employed ☐ Preparer's SSN or PTIN _____

Firm's name (or yours if self-employed), address, and ZIP code ▶ Self-Prepared   EIN _____ Phone no. _____

Form **1040** (2008)

**SCHEDULE C-EZ**
(Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Net Profit From Business**
Sole Proprietorship)

► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
► Attach to Form 1140, 1040NR, or 1041. ► See instructions.

OMB No. 1545-0074

**2008**

Attachment
Sequence No. 09A

Name of proprietor
Jerry W Tharp

Social security number (SSN)

| Part I | General information |

**You May Use Schedule C-EZ Instead of Schedule C Only If You:**

- Had business expenses of 5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor, qualified joint venture, or statutory employee.

**And You:**

- Had no employees during the year.
- Are not required to file **Form 4562**, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

A  Principal business or profession, including product or service
Seafood Salesman

**B Enter code from instructions**
► 311710

C  Business name. If no separate business name, leave blank.

**D Employer ID number (EIN), if any**

E  Business address (including suite or room number). Address not required if same as on page 1 of your tax return.
P. O Box 158
City, town or post office, state, and ZIP code
Perry, LA 70575

| Part II | Figure Your Net Profit |

| | | | |
|---|---|---|---|
| 1 | **Gross receipts. Caution.** See the instructions for Schedule C, line 1, and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax . . . . . . . . . . . ► ☐ | 1 | 28,532. |
| 2 | **Total expenses** (see instructions). If more than $5,000 you **must** use Schedule C . . . . . . . . . . | 2 | |
| 3 | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR,** line 13. (If you checked the box on line 1, **do not** report the amount from line 3 on Schedule SE, line 2. Estates and trusts, enter on **Form 1041, line 3** . . . . . . . . | 3 | 28,532. |

| Part III | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 2. |

4  When did you place your vehicle in service for business purposes? (month, day, year) ► _ _ _ _ _ _ _ _ _ _

5  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

a Business _ _ _ _ _ _ _ _ _ _   b Commuting (see instructions) _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _

6  Was your vehicle available for personal use during off duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

7  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

8a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**BAA   For Paperwork Reduction Act Notice, see instructions.**

Schedule C-EZ (Form 1040) 2008

FDIA8301   11/05/08

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Self Employment Tax**

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2008**

Attachment
Sequence No. **17**

Name of person with **self-employment income** (as shown on Form 1040)

Jerry W Tharp

Social security number of person
with self-employment income ►

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other** than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions)

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 57.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see *Who Must File Schedule SE*, above.



**Section A – Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| **1a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A.......................................................... | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X ...................................................... | **1b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report ............ | **2** | 28,532. |
| **3** Combine lns 1a, 1b & 2.......................................... | **3** | 28,532. |
| **4** **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ►.. ................. | **4** | 26,349. |
| **5** Self-employment tax. If the amount on line 4 is: | | |
| • $102,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 57.** | | |
| • More than $102,000, multiply line 4 by 2.9% (.029). Then, add $12,648 to the result. Enter the total here and on **Form 1040, line 57.** | **5** | 4,031. |

**6** Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** .. ............................. **6** | 2,016. |

**BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.**   FDIA1101   09/04/08   Schedule **SE** (Form 1040) 2008

# EXHIBIT 3

Case 2:10-md-02179-CJB-DPC   Document 23488-1   Filed 08/08/17   Page 13 of 272

 Gmail

**John Hearne <mike4965@gmail.com>**

---

## Fwd: GoDaddy.com Order Confirmation
1 message

**Mike** <mike4965@gmail.com>                                    Tue, Feb 28, 2017 at 7:25 PM
To: Jerry Tharp <bluecrabjt@gmail.com>

---------- Forwarded message ----------
From: <blucrabjt@aol.com>
Date: Tuesday, December 22, 2009
Subject: Fwd: GoDaddy.com Order Confirmation
To: mike4965@gmail.com

Password is .....blucrabjt

-----Original Message-----
From: sales@godaddy.com
To: blucrabjt@aol.com
Sent: Mon, Dec 21, 2009 12:29 pm
Subject: GoDaddy.com Order Confirmation



**Monday, December 21, 2009 11:29:06 AM**

| **Special Offers & Helpful Hints** |

Dear Jerry Tharp,

Thank you for ordering from GoDaddy.com! This email
contains important information regarding your recent
purchase – please save it for reference.

After reviewing your information, please take a moment to
tell us a bit about yourself and your thoughts on Go Daddy.
Your comments will help us determine what we can do to
better meet your needs.

---

CUSTOMER NUMBER: 32741265

LOGIN NAME: 32741265

RECEIPT NUMBER: 210945805

ORDER TOTAL: $47.70

CUSTOMER SERVICE: (480) 505-8877



$1.99* DOMAINS

Domains are only $1.99 with any new, non-domain purchase. No quantity limit!

FREE** with every domain:
- Hosting
- Web builder
- Quick Blogcast™
- Personalized Email
- AND MORE!

Learn more now

| QTY | ITEM | PRICE |
|-----|------|-------|
| 1 | .COM Domain Name Registration - 2 Years | $21.74 |
| | MRPEEPERSBEST.COM | |
| 1 | Private Registration Services Length: 2.0000 Year(s) | $10.00 |
| | MRPEEPERSBEST.COM | |
| 1 | Business Registration Length: 2.0000 Year(s) | $9.98 |
| | MRPEEPERSBEST.COM | |
| 1 | Certified Domain - 2 Year Length: 1.0000 year(s) | $5.98 |
| | MRPEEPERSBEST.COM | |

Subtotal: $47.70
Shipping & Handling: $0.00
Tax: $0.00
Total: $47.70

**Important Information concerning your purchase:**

| | | |
|---|---|---|
| Domain Registration | Product Info | Legal Agreement |
| Private Domain Registration | Product Info | Legal Agreement |
| Free Personal Email | Product Info | Legal Agreement |
| Free Hosting w/ Web Site Builder | Product Info | |
| Quick Blogcast | Product Info | Legal Agreement |
| Starter Web Page or For Sale Page | Product Info | |
| Business Registration | Product Info | Legal Agreement |
| Certified Domain | Product Info | |

To set up or manage your free or purchased products:

1. Go to the GoDaddy.com home page and log in



Express yourself. The domain that's all about YOU!
Me
Available NOW!

EARN CA$H
JOIN THE GO DADDY AFFILIATE PROGRAM
Go Daddy

Deluxe Hosting - Just $6.64/mo for 12 months! Save 5%! Host with 50,000MB space, 500GB transfer, FREE software & more!

WebSite Tonight® Deluxe - Just $8.09/mo for 12 months! Build your site online in minutes! Save 10%!

**How Do I...?**

► Create my email account?
► Set up my hosting account?
► Set up my SmartSpace® site?
► Getting started with WebSite Tonight®
► Redeem my MySpace® myAds®, Facebook® or Google® AdWords® credit?
► Get answers to product setup questions?
► Register more domain names?

with your username or customer number and password.
2. From the My Products list in your account manager, you can manage, renew, and upgrade your products and services.

To retrieve your customer number or password hint or to reset your password, click the "Forgot Your Password?" hyperlink in the login area on the home page.

Download your free print-quality guide, *Making the Internet Work for You* here.

Adobe® Reader® is needed to view this guide. To download it click here.

If you have any questions about this order or the products/services you've purchased, please feel free to:

- Contact Customer Support at (480) 505-8877
- Email us at support@godaddy.com

Sincerely,
GoDaddy.com, Inc.

► Make a domain name private?

► Manage a registered domain name?

► Forward a domain name?

► Renew domain names?

► Transfer domain names to Go Daddy?

► Set up my dedicated or virtual dedicated server?

► Drive web traffic using Search Engine Visibility?

► Find out about what's new with products and services?

► View Legal Agreements?



**Shop the Go Daddy Holiday Gift Guide!** Find the perfect gift:
Under $15  |  Under $25  |  Under $50  |  Under $100

Prices are current as of 12/21/2009, and may be changed without notice.

*Plus ICANN fee of 18 cents per domain name year. Visit our Web site for details.

**Free Hosting, WebSite Tonight, Personalized Email, Photo Album and Quick Blogcast valued at over $100/yr if purchased separately. Free WebSite Tonight, Photo Album and Quick Blogcast services are ad-supported. All comparison prices are accurate as of 12/21/2009 and are subject to change without notice.

The likeness of Dale Earnhardt, Jr., the #5 GoDaddy.com Chevrolet, and other related trademarks and copyrights are used with the permission of Hendrick Motorsports and JR Motorsports.

Third party marks and logos are registered trademarks of their respective owners. All rights reserved.

Copyright © 2009 GoDaddy.com, Inc. All rights reserved.

--
**John M. Hearne,Sr.,**
**4965 E. Bellefontaine**
**Ocean Springs,MS 39564**
**mike4965@gmail.com**

# EXHIBIT 4

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77905418**
**Filing Date: 01/05/2010**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77905418 |
| **MARK INFORMATION** | |
| *MARK | Mr. Peepers Best |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Mr. Peepers Best |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Tharp, Jerry, W. |
| **DBA/AKA/TA/Formerly** | DBA Crabco |
| *STREET | 1406 S State St. |
| *CITY | Abbeville |
| *STATE (Required for U.S. applicants) | Louisiana |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 70510 |
| **PHONE** | 281-734-5112 |
| **FAX** | 337-893-6641 |
| **EMAIL ADDRESS** | blucrabjt@aol.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 030 |
| *IDENTIFICATION | Seafood pies |
| **NO FILING BASIS SPECIFIED** | BASIS REQUIRED |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Tharp, Jerry, W. |

| | |
|---|---|
| **STREET** | 1406 S State St. |
| **CITY** | Abbeville |
| **STATE** | Louisiana |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 70510 |
| **PHONE** | 281-734-5112 |
| **FAX** | 337-893-6641 |
| **EMAIL ADDRESS** | blucrabjt@aol.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE DUE** | 325 |
| **\*TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | NOT PROVIDED |
| **SIGNATORY'S NAME** | NOT PROVIDED |
| **SIGNATORY'S POSITION** | NOT PROVIDED |
| **DATE SIGNED** | NOT PROVIDED |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77905418**
**Filing Date: 01/05/2010**

## To the Commissioner for Trademarks:

**MARK:** Mr. Peepers Best (Standard Characters, see mark)
The literal element of the mark consists of Mr. Peepers Best.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Jerry, W. Tharp, DBA Crabco, a citizen of United States, having an address of
   1406 S State St.
   Abbeville, Louisiana 70510
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 030:  Seafood pies

The applicant has not specified a filing basis.

The applicant's current Correspondence Information:
   Tharp, Jerry, W.
   1406 S State St.
   Abbeville, Louisiana 70510
   281-734-5112(phone)
   337-893-6641(fax)
   blucrabjt@aol.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

RAM Sale Number: 2880
RAM Accounting Date: 01/06/2010

Serial Number: 77905418
Internet Transmission Date: Tue Jan 05 16:39:07 EST 2010
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2010010516390749
2114-77905418-4606b8e935de899ccabcfc6727
1821b5a80-CC-2880-20100105160408120509

# Mr. Peepers Best

# EXHIBIT 5



**PATENT   PENDING**

# EXHIBIT 6

| Name: | JERRY WAYNE THARP | | SSN or EIN: | XXX-XX-0242 | Claimant #: | 1033390 |

| GCCF 2000-I | **GULF COAST CLAIMS FACILITY** **INTERIM PAYMENT CLAIM FORM** | |

This Interim Payment Claim Form is to be completed for individuals or businesses who wish to receive payment for an Interim Claim for damages suffered as a result of the Deepwater Horizon incident on April 20, 2010, and resulting oil discharges ("the Spill").

**A claim for Interim Payment is for PAST DAMAGES ONLY. Future losses or damages will NOT be included in an Interim Payment and they cannot be included on this Interim Payment Claim Form. You will not be required to execute a Release or waive any rights in order to file a claim for an Interim Payment or to receive an Interim Payment.** To learn more about filing a claim for an Interim Payment, go to www.gulfcoastclaimsfacility.com, call toll free at 1-800-916-4893, or visit a Gulf Coast Claims Facility ("GCCF") Claims Site Office.

You may file an Interim Payment Claim only each quarter of each calendar year throughout the duration of the GCCF Claims Process, which terminates on August 22, 2013, or until you file a Final Claim. The first quarter begins now and concludes on March 31, 2011. Subsequent quarters will be April 1 through June 30; July 1 through September 30; and October 1 through December 31 of each year. Your Loss Measurement Period for each claim will conclude at the end of the month of the most recent actual financial data that you provide to the GCCF.

| **Send me all future communications and notices in the following language:** | | | |
| English ☑ | Spanish ☐ | Vietnamese ☐ | Khmer ☐ |

| **Indicate whether you have previously filed a claim:** | |
| I previously filed a Claim with the GCCF ☐ | I am a new Claimant to the GCCF ☑ |

| **SECTION I. INSTRUCTIONS** |

1. If you previously filed a claim for Emergency Advance Payment, you MUST indicate your existing GCCF Claimant Identification Number at the top of each page of this Form.

   If this is the first claim you are submitting to the GCCF, the GCCF will assign you a Claimant Identification Number. **That Claimant Identification Number will allow you to track the status of your claim online and will be your Claimant Identification Number throughout the claims process.**

   You can obtain information about your claim online at www.gulfcoastclaimsfacility.com, by calling the GCCF number at 1-800-916-4893, or in person at a GCCF Claims Site Office.

2. If you are an Individual Claimant, enter your Social Security Number in the box at the top of each page. If you are a Business Claimant, enter your Employer Identification Number in the box at the top of each page.

3. The Claimant must print the name of the Individual or Business Claimant and sign and date the Claim Form in Section VIII.

4. You may fill out and submit an Interim Payment Claim Form and provide supporting documents to the GCCF online by visiting the GCCF's website at www.gulfcoastclaimsfacility.com, or by mail, email, overnight delivery, fax or in person. If you submit your Interim Payment Claim Form online, you must submit all supporting documentation within five (5) days of your online filing. If you submit your Interim Payment Claim Form by mail, email, overnight delivery, fax or in person, you must submit all supporting documentation with your Claim Form. Claim applications and supporting documentation that are submitted in person are not retained at the GCCF Claims Site Offices. These materials are sent to the GCCF processing center in Dublin, Ohio, or are scanned and sent to the processing center via the Internet.

5. If you previously filed a Final Claim Form and now wish to file an Interim Payment Claim, please check this box and proceed with the completion of this Interim Payment Claim Form in accordance with the instructions above. ☐

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 15:30:12.

| Name: | JERRY WAYNE THARP | | SSN or EIN: | XXX-XX-0242 | Claimant #: | 1033390 |
|---|---|---|---|---|---|---|

## II.B. Business Claimant Information

### II.B.1. Information about the Business

| 11. Name of Business: | JERRY WAYNE THARP | | | | |
|---|---|---|---|---|---|
| 12. Type of Business: | | | | | |
| 13. Business Address: | Street: 1406 S. STATE | | | | |
| | City: ABBEYVILLE | | State: LA | Zip Code: 70510 | |
| | Parish/ County: VERMILLION | | Country: UNITED STATES OF AMERICA | | |

| 14. Phone Number: | (281)734-5112 |
|---|---|
| 15. Website Address: | MRPEEPERSBEST.COM |
| 16. Other Business Name: | CRABCO |
| 17. Name of Business on Federal Income Tax Return: | JERRY WAYNE THARP |
| 18. EIN is also the Social Security Number: | XXX-XX-0242 |
| 19. Date and Place Founded/Incorporated: | Date: 03/01/2003    Place: 77045 |

### II.B.2. Information about the Authorized Business Representative

| 20. Name: | Last: THARP | | First: JERRY | | Middle Initial: WAYNE |
|---|---|---|---|---|---|
| 21. Title: | OWNER | | | | |
| 22. Home Address: | Street: 1406 S. STATE STREET | | | | |
| | City: ABBEVILLE | State: LA | Zip: 70510 | Country: UNITED STATES OF AMERICA | |

| 23. Phone Number: | (281)734-5112 |
|---|---|
| 24. Cell Phone Number: | |
| 25. Email Address: | |
| 26. Social Security Number: | XXX-XX-0242 |

| Name: | | SSN or EIN: | | Claimant #: | |

## III. ATTORNEY INFORMATION

Complete this section only if you are represented by a lawyer for this Interim Payment Claim. **If you complete this section, all communications from the GCCF will be with the lawyer you have identified unless your lawyer instructs us otherwise in writing. You must complete each question in this section if you are represented by a lawyer. Previous information provided about Attorney Representation will not apply to this Interim Claim.**

| 27. Lawyer Name: | Last: | | First: | | Middle Initial: |
|---|---|---|---|---|---|
| 28. Law Firm Name: | | | | | |
| 29. Law Firm Address: | Street: | | | | |
| | City: | State: | Zip Code: | Country: | |
| 30. Law Firm Phone Number: | | | | | |
| 31. Law Firm Email Address: | | | | | |

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 16:30:12.

| Name: | | SSN or EIN: | | Claimant #: | |
|-------|--|-------------|--|-------------|--|

| **SECTION IV. CLAIM INFORMATION FOR INTERIM PAYMENT** |
|---|

| **IV.A. Claims for Removal and Clean Up Costs** |
|---|

☐ CLAIMANT IS SUBMITTING A REMOVAL AND CLEAN UP COSTS CLAIM FOR:

| (A.1) Was the Removal and Clean Up action taken approved by the Federal On-Scene Coordinator and/or consistent with the National Contingency Plan? | |
|---|---|

(A.2) Address where the Removal and Clean Up action took place:

Street:

| City: | State: | Zip: |
|-------|--------|------|

Parish/County:

(A.3) Description of the Removal and Clean Up action:

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 16:30:12.

| Name: | | SSN or EIN: | | Claimant #: | |
|-------|--|-------------|--|-------------|--|

## IV.B. Claims for Real or Personal Property Damage

☐ **CLAIMANT IS SUBMITTING A REAL OR PERSONAL PROPERTY DAMAGE CLAIM FOR:**

**(B.1)** If you are claiming damage to Real Property, provide the address of the property. If you are claiming damage to Personal Property, provide the address where the damage occurred:

Street:

| City: | State: | Zip: |
|-------|--------|------|

Parish/County:

**(B.2)** If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (i.e. boat, equipment, machinery) and provide the additional information, as applicable:

Type of Personal Property:

| Make: | Model: |
|-------|--------|
| Year: | Identification Number: |

**(B.3)** Describe your relationship to the Real or Personal Property:

# ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 15:30:12.

| Name: | JERRY WAYNE THARP | SSN or EIN: | XXX-XX-0242 | Claimant #: | 1033390 |
|---|---|---|---|---|---|

## IV.C. Claims for Lost Earnings or Profits

☐ CLAIMANT IS SUBMITTING A LOST EARNINGS OR PROFITS CLAIM FOR: $ 86,953.55

## IV.C.2. Questions for Business Claimants Seeking Lost Earnings or Profits

**(C.8)** State the sources of income or types of customers for the business at the time of the Spill:

WHOLESALE SEAFOOD BUSINESS. SELL TO RETAIL SEAFOOD ESTABLISHMENTS.

**(C.9)** Describe the nature of business at the time of the Spill:

WHOLESALE SALES TO RETAIL SEAFOOD BUSINESSES.

**(C.10)** Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill:

SET UP TO ATTEND THE BOSTON SEAFOOD SHOW AND CONTACTING EXISTING AND NEW RETAIL ESTABLISHMENTS IN ATTEMPTS TO SELL WHEN PRODUCT BECOMES AVAILABLE.

**(C.11)** State the total amount in operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill: $ 0.00

**(C.12)** State the total loss in revenues the business has suffered as a result of the Spill to date and how you have calculated those losses:

$57304.00 CLAIMANT AVERAGED LOSS FROM 2009 AND 2010 TO COME UP WITH LOSS OF REVENUE.

**(C.13)** State the total loss in profits the business has suffered as a result of the Spill to date and how you have calculated those losses:

$34465.00 CLAIMANT SUBTRACTED EXPENSES FROM LOSS IN REVENUES TO FIGURE LOSS OF PROFITS.

**(C.14)** Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:

CLAIMANT LOST PRODUCT TO SELL DUE TO CLOSURE OF THE FISHING AREAS CAUSED DIRECTLY FROM THE OIL SPILL.

**(C.15)** Provide the business address where the loss occurred:

Street: 1406 S. STATE STREET

| City: ABBEVILLE | State: LA | Zip Code: 70510 |
|---|---|---|

Parish/County: VERMILION

** Please understand that your claim is not complete until the Submit button is pressed **

Generated as of 03/08/2011 15:30:12.

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

## IV.D. Claims for Loss of Subsistence Use of Natural Resources

☐ CLAIMANT IS SUBMITTING A LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES CLAIM FOR:

**(D.1)** Provide a detailed description of the loss of subsistence use you sustained as a result of the Spill:

**(D.2)** Identify the natural resource that you relied on for subsistence prior to the Spill and how it has been affected by the Spill:

**(D.3)** Describe how frequently you use this natural resource for subsistence and its approximate monthly value to you:

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 15:30:12.

| Name: | JERRY WAYNE THARP | | SSN or EIN: | XXX-XX-0242 | Claimant #: | 1033390 |

## SECTION V. COLLATERAL SOURCE COMPENSATION

All claimants must complete this section. You must complete this section to provide information on unemployment benefits, private insurance or any other replacement income received relating to any Claim Type. (Legally authorized garnishments, liens, or similar forms or attachments relating to your claim will be honored and deducted from your payment.)

| | |
|---|---|
| 32. Have you received any compensation from BP for your losses due to the Spill? | Yes |
| 33. Total amount of compensation received from BP for your losses due to the Spill: | $ 13,557.00 |
| 34. Have you received any compensation from GCCF for your losses due to the Spill? | Yes |
| 35. Total amount of compensation from GCCF for your losses due to the Spill: | $ 22,800.00 |
| 36. Have you received compensation for state unemployment benefits? | No |
| 37. For what period of time did you receive compensation for state unemployment benefits? | |
| 38. Total amount of unemployment benefits received: | $ 0.00 |
| 39. Have you received compensation from private insurance for damages due to the Spill? | No |
| 40. Name of Carrier or Provider: | |
| 41. Account or Policy Number: | |
| 42. For what period of time did you receive compensation from private insurance? | |
| 43. Total amount of insurance benefits received: | $ 0.00 |
| 44. Have you received any other replacement income, such as severance pay? | No |
| 45. For what period of time did you receive this other replacement income? | |
| 46. If you are still receiving this other replacement income, when will these benefits end? | |
| 47. Total amount of other replacement income received: | $ 0.00 |

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 15:30:12.

| Name: | | SSN or EIN: | | Claimant #: | |
|-------|--|-------------|--|-------------|--|

## SECTION VI. REPRESENTATIVE CLAIMANT INFORMATION

| 48. Reason person affected or injured by the Spill is unable to complete the Claim Form: | |
|---|---|
| 49. Your relationship to Claimant: | |

### Provide *your* name and contact information below

| 50. Last Name: | |
|---|---|
| 51. First Name: | |
| 52. Middle Name: | |

| 53. Current Address: | Street: | | | | |
|---|---|---|---|---|---|
| | City: | State: | Zip Code: | Country: | |

| 54. Home Phone Number: | |
|---|---|
| 55. Cell Phone Number: | |
| 56. Email Address: | |
| | |
| 58. Type of proof submitted that you are a duly appointed Representative: | |

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 15:30:12.

| Name: | JERRY WAYNE THARP | SSN or EIN: | XXX-XX-0242 | Claimant #: | 1033390 |
|---|---|---|---|---|---|

## SECTION VII. METHOD OF PAYMENT

Complete this section to choose how you would like to receive your payment. You may choose to receive payment by check or by a direct wire deposit/electronic fund transfer into your account. Payments made by wire will be made from the New York, NY area. Based on your selection, complete the appropriate section below. Do not complete both sections. Legally enforceable garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment. The GCCF will report annually to federal and state taxing authorities, using a form 1099 or state form equivalent, for certain payments made. The GCCF will send you a copy of that form, but cannot give you tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the impact of any payment you receive from the GCCF on your individual tax situation.

### VII.A. Election to Receive Payment by Wire Transfer

| 59. Do you want to receive your payment by direct deposit/electronic fund transfer? | | No |
|---|---|---|

| 60. Bank to Which Wire is to be Sent: | Bank Name: | | | | |
|---|---|---|---|---|---|
| | Street: | | | | |
| | City: | State: | Zip Code: | | Country: |

| 61. Bank Telephone Number: | |
|---|---|

| 62. Bank ABA/Routing Number: | |
|---|---|

| 63. Account Name:<br><br>*If the Account Name for your bank account differs from your name or the name of your business, please also explain the reason for the difference.* | |
|---|---|

| 64. Account Number: | |
|---|---|

### VII.B. Election to Receive Payment by Check

Checks will be sent by overnight courier and will be made payable to the Individual or Business Claimant who completes this Claim Form.

| 65. Do you want to receive your payment by check? | Yes |
|---|---|
| 66. If Yes, and you are an Individual who does not have your own bank account, please review the Notice of Check Cashing Options accompanying this Claim Form. After reviewing this Notice, elect whether you prefer to receive one check or multiple checks: | One Check |

| Provide the address to which you would like the check(s) to be sent , if it differs from the address provided in Section II. | | | | |
|---|---|---|---|---|
| 67. Payment Address: | Street: P.O BOX 158 | | | |
| | City: PERRY | State: LA | Zip Code: 70575 | Country: UNITED STATES OF AMERICA |

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 15:30:12.

| Name: | JERRY WAYNE THARP | SSN or EIN: | XXX-XX-0242 | Claimant #: | 1033390 |
|-------|-------------------|-------------|-------------|-------------|---------|

## SECTION VIII. SIGNATURE

I certify that the information provided in this Interim Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Interim Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Interim Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

| Signature: | | Date: | |
|------------|--|-------|--|
| Printed Name: | First: | Middle: | Last: |
| Title, if a business: | | | |

| Has anyone, other than a family member or an Attorney you identified in Section III, assisted you in the preparation of this Claim Form? | No |
|---|---|
| Name of individual and company, if applicable: | |

### How to Submit this Claim Form

Submit this Interim Payment Claim Form and the supporting documents to the GCCF by one of the following methods:

| Regular Mail: | Overnight, Certified or Registered | Fax: |
|---|---|---|
| Gulf Coast Claims Facility | Gulf Coast Claims Facility | 1-866-682-1772 |
| Kenneth R. Feinberg, Administrator | Kenneth R. Feinberg, Administrator | |
| P.O. Box 9658 | 5151 Blazer Pkwy., Suite A | Email Attachment: |
| Dublin, OH 43017-4958 | Dublin, OH 43017 | info@gccf-claims.com |

When attaching your supporting documents, be sure to provide the appropriate identification number (your Claimant Identification Number, Social Security Number, or other Tax Identification Number). Attach all supporting documents to the Claim Form and submit your claim to the GCCF.

## ** Please understand that your claim is not complete until the Submit button is pressed! **

Generated as of 03/08/2011 15:30:12.

# EXHIBIT 7

GCCF  Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

June 3, 2011

JERRY WAYNE THARP
P.O BOX 158
PERRY, LA 70575

### RE:  Determination Letter on Interim Payment/Final Payment Claim
### JERRY WAYNE THARP
### Claimant ID: 1033390

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

You have filed one or more Claim Forms with the GCCF. This Determination Letter ("Letter") is an official notification from the GCCF. This Letter addresses any Interim Payment and/or Full Review Final Payment Claim Form you have filed to date on which you have not previously received a final determination.

The GCCF has reviewed the Interim Payment and/or Full Review Final Payment Claim Form that you submitted. This Letter informs you of the outcome of that review and describes your options now. If you disagree with the GCCF's decision on your Interim Payment or Final Payment claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at www.uscg.mil/npfc/claims. Information regarding the multidistrict litigation may be obtained from the court's website at www.laed.uscourts.gov.

### I.  The Determination of Your Claim and Calculation of Losses.

You qualify for compensation from the GCCF. **Attachment A** to this Letter explains the amount, if any, that we are paying to you now for an Interim Payment as well as an offer for a Final Payment (the "Final Payment Offer"), which is the additional amount you can be paid now if you decide to accept the Final Payment Offer and sign a Release and Covenant Not to Sue (the "Release"). The Release waives and releases any claims that you have or may have in the future against BP and all other potentially responsible parties with regard to the Oil Spill, and prevents you from submitting any claim seeking payment from the NPFC or a court. **Attachment B** to this Letter shows you the periods of your documented losses based upon the records you submitted and also shows you the periods where documents were missing (which means that we could not award you losses for those periods).

## II.  Your Interim Payment.

If **Attachment A** shows that you are entitled to an Interim Payment, the GCCF will follow your payment instructions: (a) if you indicated in your Claim Form that you wished to be paid by wire transfer, we will wire your payment into your account as you directed; or (b) if you indicated in your Claim Form that you wished to be paid by check, we have mailed you a check with a hardcopy of this Letter. This Interim Payment is for your past lost profits for the period after April 20, 2010, and up to the time of the last period for which you submitted records showing your revenues or lost profits, as shown in **Attachment B, Section A.** We have made this Interim Payment to you without requiring you to release, or give up any claims or to surrender any litigation rights. You may submit additional Interim Payment Claim Forms along with the Required Documentation to show those damages caused by the Oil Spill, once each calendar quarter, until August 22, 2013. We will review your claim, issue you a new Determination Letter and send you payment of any additional past lost profits caused by the Oil Spill as shown in your documents. Your new Determination Letter also will provide a new Final Payment Offer that you will have 90 days to accept. That new Final Payment Offer could be higher, lower, or stay the same as the Final Payment Offer in this Letter, depending upon what your documents show and any new information available to us at the time about the impact of the Oil Spill on the Gulf region.

## III.  Your Final Payment.

If you want to be paid the amount shown in your Final Payment Offer in **Attachment A** and fully resolve your entire claim now, you can accept your Final Payment Offer. Your Final Payment Offer includes payment for all future damages to you as a result of the Oil Spill, determined according to the Gulf Coast Claims Facility's Final Rules Governing Payment Options, Eligibility and Substantiation Criteria, and Final Payment Methodology. Your Final Payment Offer is valid for 90 days after the date of this Letter. The last page of this Letter contains an Election Form with a box for you to use to accept the Final Payment Offer and a space for your signature. To accept your Final Payment Offer, check the box on the Election Form indicating that you accept your Final Payment Offer, sign it and return it to the GCCF no later than 90 days after the date of this Letter. We then will send you a Release for you to sign and return to be paid the Final Payment Amount. We will mail or wire the Final Payment Amount to you as you indicated on your Claim Form within 14 days after receipt of a complete and properly signed Release. You must submit your *original* signature on the Release to us. We will not accept faxes, scanned images or photocopies of your signed Release.

You may appeal a Final Payment Offer if your total monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is in excess of $250,000. The appeal will be reviewed by a panel of three neutrals who will make an independent determination of the claim's value. BP will have the right to appeal to the panel of three neutrals if your total monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is $500,000 or more.

PLEASE NOTE: If your total Final Payment Offer is in excess of $500,000, payment of your Final Amount will not be made until the expiration of the 14-day period for the right of an appeal of your claim by BP. The expiration of the right of an appeal is 14 days from the date of this Letter. For further information on the appeal process, visit the GCCF website at **www.gulfcoastclaimsfacility.com**.

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

If you are represented by a lawyer, you should discuss your rights with your lawyer before signing and returning the Release. If you would like to consult with an attorney but cannot afford one, free legal help is available for the GCCF Interim or Final Claims Process, through a network of nonprofit civil legal service organizations in Alabama, Florida, Louisiana, Mississippi and Texas. Information about this free assistance is available on the GCCF website, **www.gulfcoastclaimsfacility.com**.

If you do not accept the Final Payment Offer, then you may choose to seek additional Interim Payments from the GCCF or request a re-review of your Final Payment Offer, as described in this Letter.

## IV.  Lien Withholdings.

Your Interim Payment and Final Payment Offer are subject to withholdings for any outstanding liens received by the GCCF prior to making such payments. If we have received a lien as to your claim, this Letter has an **Attachment C** that provides details on the lien and how it affects your payment or Offer.

## V.   Request for Re-Review of Your Final Offer Amount.

If **Attachment B, Section B** identifies any missing documentation needed to evaluate your claim fully, you may submit those documents and we will re-review your claim and issue you another Determination Letter with a new Final Payment Offer. Depending on what your additional documents show, your new Final Payment Offer could be higher, lower or stay the same as the Final Payment Offer in this Letter. If your documents show additional lost profits caused by the Oil Spill, we will include those lost profits in your new Final Payment Offer and will adjust the future damages portion of your Final Payment Offer accordingly. If you want to submit additional documents to the GCCF now for a re-review, send them within 30 days after the date of this Letter. We will review them and send you a new Final Payment Offer within 30 days after we receive your records.

## VI.   What to Do if You Have Questions About This Letter.

If you have any questions about this Letter, you can either visit a GCCF Site Office where local personnel have been retained by the GCCF and are now in place at GCCF Site Offices throughout the Gulf region, or speak to the GCCF Claims Review Specialist identified below who can answer questions about your claim, this Determination Letter, and the calculations used to derive the Interim Payment and/or Final Payment amounts. For TTY assistance call 1-866-682-1758. For more efficient service, have this Letter and your GCCF Claimant Identification Number with you when you call or reference them in your email. If you are represented by an attorney, we will communicate directly with your attorney.

Your GCCF Claims Review Specialist is: Geraldine 64941 at 1-800-353-1262.

Sincerely,

Kenneth R. Feinberg

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility

## ATTACHMENT A: EVALUATION OF CLAIM

### A. METHODOLOGY

| Methodology used to calculate Projected Revenues | Projected revenue was determined based on the following: 2009 daily average revenues applied to the number of days in each month from May - December. |
|---|---|

**2010 Methodology:** Calculations are derived from submitted May-Dec, 2010 records shown in Attachment B, Section A. Using the Methodology stated above to calculate your 2010 Projected Revenues of $31,163.00, we subtracted your 2010 Actual Revenues of $4,300.00, resulting in a total of $26,863.00 in 2010 Lost Revenues.

**2011 Methodology:** Calculations are derived from submitted 2011 records shown in Attachment B, Section A. Using the Methodology stated above to calculate your 2011 Projected Revenues of $0.00, we subtracted your 2011 Actual Revenues of $0.00, resulting in a total of $0.00 in 2011 Lost Revenues.

| Loss of Income % (LOI%) adjusts the Lost Revenues to reflect saved or discontinued expenses | 97.33% |
|---|---|

### B. CALCULATION OF PAST LOST PROFITS

| | | |
|---|---|---|
| 1. | **2010 Lost Profits** (2010 Lost Revenues multiplied by the LOI% to determine Lost Profits) | $26,145.76 |
| 2. | **2011 Lost Profits** (2011 Lost Revenues multiplied by the LOI% to determine Lost Profits) | $0.00 |

### C. INTERIM PAYMENT

| | | |
|---|---|---|
| 1. | Total Post-Spill Lost Profits (Sum of Row 1 and Row 2 in Section B) | $26,145.76 |
| 2. | **Less Offsets:** | |
| | Payments by BP | $13,557.00 |
| | Real Estate Fund Payment | $0.00 |
| | GCCF Emergency Payments | $22,800.00 |
| | GCCF Interim Payments | $0.00 |
| 3. | **Interim Payment Calculation** (If your Interim Payment is subject to an outstanding lien, Attachment C provides details on the lien.) | $0.00 |

### D. FINAL PAYMENT OFFER

| | |
|---|---|
| **Final Payment Offer:** 2010 Lost Profits of $26,145.76 multiplied by a Future Recovery Factor of 4 times losses = $104,583.03 less offsets shown in Sections C.2 and C.3 above. If your Total Post-Spill Last Profits exceed the amount of your calculated future damages of $104,583.03 you may continue to file Interim Claims for additional sustained documented losses (which will be deducted from your Final Payment Offer). If your total payments exceed the amount of your Final Payment Offer, your Final Payment Offer will be the minimum final offer amount of $25,000. (If your Final Payment Offer is subject to an outstanding lien, Attachment C provides details on the Lien.) | $68,226.03 |

If you wish to accept this Final Payment Offer, check the box in Section C of the Election Form on the last page of this letter and sign and return the Election Form.

## ATTACHMENT B: PERIODS WITH SUBMITTED FINANCIAL DOCUMENTS

### A. DOCUMENTED POST-SPILL LOSS PERIODS

You submitted documents showing your Post-Spill revenues for the periods shown below. The GCCF based its calculation of your Interim Payment Amount, if any, and the Calculated Final Payment Offer upon this submitted documentation.

|   | Measurement Period | Projected Monthly Revenues | Actual Post-Spill Revenues | Lost Revenues (Projected Monthly minus Actual Post-Spill Revenues) |
|---|---|---|---|---|
| 1. | 5/1/2010 – 05/31/2010 | $3,943.00 | $4,300.00 | ($357.00) |
| 2. | 6/1/2010 – 06/30/2010 | $3,816.00 | $0.00 | $3,816.00 |
| 3. | 7/1/2010 – 07/31/2010 | $3,943.00 | $0.00 | $3,943.00 |
| 4. | 8/1/2010 – 08/31/2010 | $3,943.00 | $0.00 | $3,943.00 |
| 5. | 9/1/2010 – 09/30/2010 | $3,816.00 | $0.00 | $3,816.00 |
| 6. | 10/1/2010 – 10/31/2010 | $3,943.00 | $0.00 | $3,943.00 |
| 7. | 11/1/2010 – 11/30/2010 | $3,816.00 | $0.00 | $3,816.00 |
| 8. | 12/1/2010 – 12/31/2010 | $3,943.00 | $0.00 | $3,943.00 |
| | **Total Documented Post-Spill 2010 Lost Revenues** | **$31,163.00** | **$4,300.00** | **$26,863.00** |

### B. PERIODS FOR WHICH FINANCIAL DOCUMENTS ARE MISSING

You did not submit documents showing your revenues for the Periods Missing Documents identified below. Nor did you provide any proof that that you did not receive any revenues during those periods. The GCCF can re-review your claim if you submit such documents. The GCCF Document Requirements that accompanied the Claim Form listed the required supporting documentation to show revenues for these periods. You may submit these records to document the Periods Missing Documents identified below:

**Business Claimants:**

    (a)  Federal income tax returns, including all W-2 forms, 1099 forms, and other attachments or schedules to each return, if you have filed a return for the period.
    (b)  Monthly and annual Profit and Loss statements.
    (c)  Monthly sales and use tax returns.
    (d)  For seafood harvesting businesses, a report, obtained from the applicable governmental agency, of the Claimant's landings since January 1, 2008.
    (e)  For new or start-up businesses, all available financial statements and business plans.
    (f)  For Real Estate Agents and Brokers, a copy of a valid, unexpired Real Estate License covering any period for which losses are being claimed. The GCCF will only compensate you for losses incurred during the time for which you have established you were licensed as a Real Estate Agent or Broker.

| | Periods Missing Documents |
|---|---|
| 1. | January, 2011 |
| 2. | February, 2011 |
| 3. | March, 2011 |
| 4. | April, 2011 |

Jan 09 13 02:10p          Jerry                                    337-893-6641          p.6

| **GCCF 1012** | **ELECTION FORM FOR DETERMINATION LETTER ON LOST PROFITS CLAIM**<br>Date of Notice: June 3, 2011<br>Deadline to Submit Additional Documentation for Re-Review: July 3, 2011<br>Date Final Payment Offer Expires: September 1, 2011 |
|---|---|

## A. CLAIMANT INFORMATION

| **Claimant Name** | JERRY WAYNE THARP | | | **Claimant Number** | 1033390 | |
|---|---|---|---|---|---|---|
| **Address** | **Street**<br>P.O BOX 158 | | | **City** | **State**<br>LA | **Zip**<br>70575 |
| **Claimant Type**<br>(Individual or Business) | Business | | **Business Type** | | **Zip Code**<br>of Loss | 70510 |

## B. ATTORNEY REPRESENTATION INFORMATION

| ☒ | The GCCF has no information that this Claimant is represented by an attorney. | | | | | |
|---|---|---|---|---|---|---|
| ☐ | The GCCF has been informed that this Claimant is represented by the following attorney: | | | | | |
| **Attorney Name** | | | | **Law Firm** | | |
| **Address** | **Street** | | | **City** | **State** | **Zip** |

## C. ELECTION TO ACCEPT FINAL PAYMENT OFFER

| ☐ | I elect to be paid the Final Payment Offer described in my Determination Letter and acknowledge that it is subject to any outstanding lien identified in **Attachment C** to the Letter (if the Letter has an Attachment C) and any other lien of which the GCCF receives notice before payment of the Final Payment Offer. The GCCF will send you a Release and Covenant Not to Sue that you must sign and return to be paid. |
|---|---|

### SIGNATURE

| **Claimant Signature** | | **Date** | /___/.___<br>(Month/Day/Year) |
|---|---|---|---|

**Name of Person Signing**
(Print or Type)

You can send the GCCF documents for a re-review of your claim or complete and send this Election Form to elect to be paid this Final Payment Offer using any of the following ways:

| 1. | **By Emailed PDF Attachment:**<br>(Emailed no later than midnight your time on your deadline to respond) | Email to NoticesandOffers@gccf-claims.com |
|---|---|---|
| 2. | **By Mail:**<br>(Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH 43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:**<br>(Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH 43017-4958 |
| 4. | **By Facsimile:**<br>(Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:**<br>(No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit www.gulfcoastclaimsfacility.com to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Final Payment Offer:**<br>(Completed no later than midnight your time for your deadline to elect) | You can accept your Final Payment Offer electronically by visiting the GCCF website at www.gulfcoastclaimsfacility.com and accessing your claim status by clicking on the "Check Claim Status" tab. |

GCCF 1002-BUS                    Gulf Coast Claims Facility                    Claimant ID:    1033390
                                 Page 6 of 6                                   Claim Form ID:  9316259

Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

June 9, 2011

ATTN: JERRY WAYNE THARP
JERRY WAYNE THARP
1406 S STATE ST
ABBEYVILLE, LA 70510

### RE: Release and Covenant Not to Sue
### JERRY WAYNE THARP
### Claimant ID: 1033390

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

The GCCF processed your claim and sent you a Determination Letter with a Final Payment Offer. You elected to accept this Final Payment Offer. In order to receive your Final Payment you must sign the enclosed Release and Covenant not to Sue ("the Release"). The Release is a total of seven pages. *To receive your Final Payment, you must return all seven pages of your signed Release, from the Cover Sheet through the last page that is part of Attachment A. Do not separate or remove any of the seven pages. If you do not send back all seven pages, you cannot be paid. Follow these Instructions to complete and return the Release.*

| | INSTRUCTIONS FOR COMPLETING THE RELEASE |
|---|---|
| 1. | **Basic Information.** If any pre-filled information in the Cover Sheet to the Release is incorrect, make your corrections directly on the Cover Sheet. For Individual Claimants, enter your Social Security or Individual Taxpayer Number. For Business Claimants, enter your Employer Identification Number. |
| 2. | **Required Signatures for Individual Claimants.** The Claimant must personally sign in the spaces provided. If you are married, your spouse must sign in each place as well. If the Claimant is deceased, is a legal minor, or is not legally competent to sign, the Claimant's legal representative must fill out the Representative Claimant Information section in the Cover Sheet to the Release. |
| 3. | **Required Signatures for Business Claimants.** Business Claimants must identify who will sign on behalf of the business and that authorized signatory must personally sign the Release in the signature spaces designated for the Claimant. The representative must also indicate his or her relationship to the business. If the business is a sole proprietorship and you are married, or if you and your spouse jointly own a business and filed a claim for that business, your spouse must sign in each place as well. |

Claimant ID: 1033390

| INSTRUCTIONS FOR COMPLETING THE RELEASE | |
|---|---|
| 4. | *Understanding Your Rights.* The Release contains important information about your legal rights, including giving up your right to sue BP and other parties. You must read the information before signing. *Do not sign the Release unless you understand and agree to its terms.* |
| 5. | *Attorney Representation.* If you are represented by an attorney in connection with your claim, do not sign the Release until you have conferred with your attorney about the decision to submit it and sign the Release. If you would like to consult with an attorney but cannot afford one, free legal help is available for the GCCF Interim or Final Claims Process, through a network of nonprofit civil legal service organizations in Alabama, Florida, Louisiana, Mississippi, and Texas. Information about this free assistance is available on the GCCF website, **www.gulfcoastclaimsfacility.com.** |
| 6. | *Originals Required.* Return the original signed Release to the GCCF. Facsimiles, PDFs, or copies of a signature will not be accepted. |
| 7. | *No Modifications.* Do not mark through or try to change any of the language in the Release. Do not take out any of the pages. You must return all seven pages of the Release (the Cover Page through Exhibit A). If you mark through or change anything, or fail to return any of the seven pages, the GCCF cannot accept the Release and cannot pay your Final Payment. |

*Return the entire original signed Release using any of the following methods. You may use the enclosed postage prepaid envelope when returning by mail or by overnight delivery:*

| | | |
|---|---|---|
| 1. | **By Mail:** | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH 43017-4958 |
| 2. | **By Overnight Delivery,<br>Certified or Registered Mail:** | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH 43017-4958 |
| 3. | **Visit a GCCF Site Office:** | You can bring the materials to a GCCF Site Office. Visit **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |

Sincerely,

Kenneth R. Feinberg

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility

Claimant ID: 1033390

# EXHIBIT B



# DEAN
## LAW FIRM

November 22, 2010

Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

      Re:   CrabCo and Jerry Tharp

Dear Sir or Madam:

      The undersigned has been retained to represent CrabCo and Jerry Tharp in connection with business interruption and lost profit claims related to the BP oil spill on April 20, 2010.  Mr. Tharp has not yet filed a claim for an Emergency Advance Payment.

      Mr. Tharp has been in business as CrabCo for the past 40 years as a live crab wholesaler and has been lauded as the only wholesaler of live Louisiana crabs to reach the retail market as widely as he has.  Mr. Tharp and CrabCo have been on the vendor list for multiple grocery stores nationwide such as Winn Dixie, HEB, Publix, Central Market, Kroger, Randall's and more recently, Costco has requested his services.  In addition to live crabs, CrabCo supplies crawfish to these retailers, though crabs remain the bulk of its business.

      In addition to reaching numerous retail outlets, CrabCo has shipped its crabs nationwide to restaurants from Maryland to Hawaii and everywhere in between.  This oil spill has brought CrabCo's business to a halt and is causing economic damages to CrabCo and Mr. Tharp on a daily basis.  As evidenced in the photograph attached as Exhibit 1, Mr. Tharp is now dealing with oil soaked crabs, which cannot be sold to anyone.  Exhibit 2 is a series of letters from just a few of CrabCo's vendors, which outline how the oil spill has affected CrabCo's supply of crabs and how this has impacted CrabCo's customers.

      Our experts at The Claro Group, an independent accounting firm, have reviewed Mr. Tharp and CrabCo's claims and financials in detail.  In the report attached as Exhibit 3, you will see the calculations and backup for Mr. Tharp's claim for 2010 losses in the amount of $134,621.00.  Also enclosed is a completed GCCF Claim Form for CrabCo.

      Many fishermen and those along the Gulf coast who make their living on the water indicate that this season was to be one of the best following recovery from prior hurricanes, the warm Gulf waters, and the quiet hurricane season this year.  We feel that the forecast of losses for the final quarter of 2010 are more than reasonable given the historical data provided.

www.jamesdeanlaw.com
440 Louisiana, Ste. 1901, Houston, Texas 77002
Phone: 713-425-3326 ★ Fax: 713-425-3327
dean@jamesdeanlaw.com

November 22, 2010
Kenneth R. Feinberg
Page 2 of 2

     We provide this package to you as an application for partial payment for 2010 losses only.  We do so while expressly reserving all rights to pursue all measures of damages via the GCCF Final Claim system or the judicial system, if necessary.  We further reserve the right to amend and supplement all information contained herein as other market, financial, and scientific data becomes available.

     I look forward to your review of the attached and a prompt resolution of this claim.  If you have any questions, you may contact me at 713-425-3326.

Very truly yours,

J. Christopher Dean
*Attorney for CrabCo and Jerry Tharp*

# EXHIBIT 1

# EXHIBIT 1



# EXHIBIT 2

# EXHIBIT 2

September 16, 2010

Bills Seafood
349 A Jennie St.
Hon., Hi. 96819

To Whom it may con  n  t;

For the past twenty years I  an  s owned and operated Bills Seafood in Honolulu which specializes in importing and distribu in  Live Blue Crabs. I have spent nearly half my life building up this company and we are the only o  es that distribute this product throughout the Hawaiian Islands. We depend on crabs shipped from L  ui iana because of the quality and availability to sustain a year round supply. A tremendous amount  of  ffort has gone into perfecting the process of shipping, keeping and handling this product for distribu  i  n. Our company was the first to import containers of Live Blue Crab to Hawaii. During this time my  bu iness with Jerry Tharp, (Craboo) has been ongoing. For years our company has been importing cr  n  f om Jerry. Due to the Gulf Oil Spill he has been unable to accommodate any of my orders. In a  d  tion we have been preparing for sale new Mr. Peepers products which we feel has a great potential o  re  here. We were preparing to distributing these products to military commissaries throughout th  P  cific as well as to our regular Blue Crab costumers. Sadly though, like the Blue Crab, everythin  g  as come to a halt because of the oil spill. Our company has lost sales and potential sales since the sp  ll  appened. This lost revenue is inflicting a heavy strain on us and our financial situation and future is  a  rious question. The cost of maintaining our facility and our rising debt is jeopardizing our very l  ve  ihood.

Sincerely,

Carl D. Fawcett
Owner, Bills Seafood

Waverly Crabs
3400 Greenmount ave
Baltimore, MD 21218
(410)243-1181

09/29/2010

This is a letter in reference to the loss of business due to the BP oil disaster that happened in April of 2010. The oil spill in the gulf which resulted in the closing of the gulf waters and commercial crabbing effected everyone in the seafood industry With the loss of crab supply from the gulf came a large shortage of blue crabs in which most of the state of Maryland use a large amount of blue crabs from Louisiana during the spring season and early summer. We personally lost a lot of business due to the oil spill resulting in a shortage of product for the gulf region for the month of May when the demand is high and we could not buy Crabs from the gulf region resulting in selling out on a daily basis and paying a high cost to other states that in May always have low supply levels and low quality compared to Louisiana product at that time of the year. We have been doing business with Crab Co for many years and buy a large amount of blue crabs from them and the loss of business for not just them but us as well was devastating especially with the already hard economic times we are all struggling with trying to make a living. On average we would typically buy 120 to over 200 boxes a week in the early spring and to loss that amount of supply and then due to the shortage the price increased drastically as the seafood industry pricing is based on supply and demand we basically seen a $30.00 to $50.00 increase in every box of crabs due to the closing of the gulf waters which in turn made for higher prices to the end consumer and most business like ours dropped the normal profit margin in order to offset the higher cost so that the end consumer could still afford to eat them.

Waverly crabs had been in discussion with Crab Co about the buying and distrubing of Mr. Peepers products in the Baltimore area. We had received samples of the product and had Restaurants and Carryout's (ours included) in the Baltimore area that had shown interest in using these products on there menus but then due to oil spill all productions where halted and the product was unavailable for sale. Also due to the oil spill a lot of people are having second thoughts about all seafood from the gulf coasts

due to the fears that the seafood has been tainted and is unsafe to eat and the general public is very skeptical. We have a retail crab house and have been in business for over 30 years after the oil spill there concern was always about the oil and if had affected our crabs. We have always advertised Jumbo Louisiana crabs year round and on a daily basis I would have to explain how there was no crabs coming out of the contaminated areas of the gulf give geography lesson as of no fault to the oil spill but people did not know where the Gulf of Mexico was in relations to the Chesapeake bay and a lot of people actually thought that the oil spill had affected our bay and had contemned the crabs in the Chesapeake bay. I had one customer actually made me realize how this disaster was affecting peoples thinking. There was a father and son the boy was about 8 to 9 years old after looking at the menu he asked his son don't feel like eating crabs and the young child responded dad u cant eat crabs they have oil in them showing how a child over hears other adults or by watching TV has now been influenced wrong by what he sees and hears allot of other consumers have the same conception.

I have customers that have brought live Maryland crabs back due to Crabs that are River crabs at times will have a dark black color areas on there bottom due to river conditions that have told me that was oil on them and they wanted there money back due to the fear of tainted seafood when in fact a crab that is one of the best crabs there are to eat. I personally feel one of the biggest problems still lies in the how consumers will feel about crabs and all seafood being imported out of the gulf in the coming months when most of Maryland will rely on the gulf for Crab supply and hopefully consumer confidence will regain and lose the fear that the crabs and seafood still are not safe to eat from the Gulf Region.

Sincerely,

Scott Schoenberger
(410)812-6179

# EXHIBIT 3



**THE CLARO GROUP**
CLARITY • VALUE • INTEGRITY ®

November 22, 2010

Christopher Dean
Dean Law Firm
440 Louisiana St., Suite 1901
Houston, TX 77002

**Re:  Business Income Loss from BP Gulf Oil Spill – CrabCo**

Dear Mr. Dean:

This letter transmits initial business income loss calculations for CrabCo, a commercial crab wholesaling business owned by Jerry Tharp, related to the BP oil spill that occurred beginning in April 2010.

<u>About The Claro Group</u>

We are recognized economic and accounting experts formerly of Arthur Andersen.  We have quantified business income losses from a wide range of catastrophes including, for example, the September 11, 2001 World Trade Center disaster and Hurricanes Katrina and Ike, as well as numerous industrial accidents.  I am a recognized expert in the field of economic damages, having testified in federal, state and international courts.  I am co-author of a treatise on catastrophe claims, my chapter covering the quantification and proof of business interruption claims.

<u>Overview of CrabCo's Business</u>

CrabCo purchases live crab from Louisiana fishermen and ships them to customers in end user (restaurant) markets such as Baltimore, Maryland.  Mr. Tharp has operated this business more or less continuously since the 1970s.

The BP oil spill caused significant business loss for CrabCo, the impact of which is the subject of this report.

In addition, Mr. Tharp owns a start up business to distribute live and processed crab product direct to grocery store chains, called Mr. Peepers, where he had recently received a Trademark from the USPTO and secured letters of intent to purchase from him, which business was derailed by the BP spill.  Economic loss attributable to the spill related to Mr. Peepers would be the subject of a separate submission.



**THE CLARO GROUP**
CLARITY • VALUE • INTEGRITY®

Mr. Chris Dean
November 22, 2010

Summary of CrabCo's Business Income Loss

We have reviewed the available business records and worked with business owner Jerry Tharp to develop a good-faith estimate of CrabCo's business income loss for the interim period May 1, 2010 through December 31, 2010. As shown in Exhibit A, CrabCo lost an estimated $588,613 in revenue attributed to the oil spill, which translates to a loss in net income of $134,621 after subtracting non-continuing costs of sales and saved operating expenses.

Schedule 1 presents a summary of CrabCo's losses. Schedule 2 presents the detailed loss calculations by month. Schedule 3 contains the monthly Profit & Loss statements that form the basis for the loss projections. Additionally, Exhibit B depicts the projection of Actual and "But-For" sales for CrabCo.

If/as additional information becomes available, and as projected future months' losses materialize into actual losses sustained, we would anticipate updating this analysis.

Please call with any questions.

Very truly yours,

*Kelley Gennity* For *Karl L. Killian*

Karl L. Killian
The Claro Group, LLC

2

Exhibit A

Dean Law Firm - BP Claims
Jerry Tharp - CrabCo
Sales Over Time
January 2009 - December 2010

Prepared for Settlement Purposes Only



CrabCo
Loss in Sales

Legend:
- Loss = $589K
- But-For Sales
- Actual Sales

Sales axis: $0, $20,000, $40,000, $60,000, $80,000, $100,000, $120,000, $140,000, $160,000, $180,000, $200,000

Month axis: Jan-09, Feb-09, Mar-09, Apr-09, May-09, Jun-09, Jul-09, Aug-09, Sep-09, Oct-09, Nov-09, Dec-09, Jan-10, Feb-10, Mar-10, Apr-10, May-10, Jun-10, Jul-10, Aug-10, Sep-10, Oct-10, Nov-10, Dec-10

Schedule 1

**Dean Law Firm - BP Claims**
**Jerry Tharp - CrabCo**
**Calculation of Loss**
**April - December 2010**

| Income | Type | April 2010 Loss | May 2010 Loss | June 2010 Loss | July 2010 Loss | August 2010 Loss | September 2010 Loss | October 2010 Loss | November 2010 Loss | December 2010 Loss | Total 2010 Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | V | - | 86,531 | 122,891 | 137,503 | 113,055 | 46,688 | 39,203 | 25,540 | 17,202 | 588,613 |
| Cost of Goods Sold (Crabs Purchased) | V | - | 33,814 | 52,981 | 63,168 | 51,355 | 23,295 | 20,010 | 13,416 | - | 258,039 |
| **Gross Profit** | | - | 52,717 | 69,910 | 74,335 | 61,699 | 23,393 | 19,193 | 12,125 | 17,202 | 330,574 |
| **Expenses** | | | | | | | | | | | |
| Auto and Truck Expenses | V | | 2,549 | 3,616 | 4,931 | 3,361 | 833 | 1,302 | 899 | - | 17,490 |
| Bank Service Charges | F | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Depreciation | F | | 8,494 | 8,494 | 8,494 | 8,494 | 8,494 | 8,494 | 8,494 | 8,494 | 67,953 |
| Insurance | F | | | | | - | | | | | (0) |
| Auto Insurance | F | | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| General Liability Insurance | F | | (16) | (16) | (16) | 179 | (16) | 23 | 23 | 23 | 182 |
| Labor & Commissions | V | | | | | | | | | | |
| Drivers | V | | 8,434 | 9,502 | 9,675 | 10,714 | 4,090 | 3,011 | 1,897 | | 47,324 |
| Office Manager | V | | 6,953 | 10,317 | 10,861 | 8,568 | 3,309 | 2,512 | 1,539 | | 44,161 |
| License & Permits | V | | 313 | 341 | 359 | 287 | 109 | 84 | 51 | | 1,544 |
| Meals and Entertainment | V | | 122 | 223 | 206 | 62 | 56 | 77 | 56 | | 800 |
| Miscellaneous Expense | V | | 526 | 642 | 692 | 334 | 341 | 235 | 158 | | 2,928 |
| Office Supplies | V | | 66 | 69 | 100 | 80 | 31 | 23 | 14 | | 383 |
| Packing Supplies | V | | 2,796 | 3,052 | 3,213 | 2,564 | 979 | 750 | 456 | | 13,809 |
| Professional Fees | F | | 290 | 328 | 352 | 256 | 20 | 95 | 67 | | 1,408 |
| Rent | | | | | | | | | | | |
| Rent Cameron Dock | F | | | | 875 | (875) | | | | | - |
| Rent Lee Villa Dock | F | | | | | | | | | | |
| Rent Processing Space | F | | (108) | (108) | (108) | 1,192 | (108) | 152 | 152 | 152 | 1,213 |
| Repairs and Maintenance | F | | | | | | | | | | |
| Equipment Repairs | F | | 52 | (163) | 108 | 108 | 108 | 42 | 42 | 42 | 339 |
| Truck Repairs | F | | 431 | 671 | 671 | (756) | (1,898) | (176) | (176) | (176) | (1,409) |
| Telephone Expense | F | | 3 | 2 | 6 | 12 | 15 | 8 | 8 | 8 | 61 |
| Truck Lease | F | | | | | | | | | | |
| 1-Ton Rfg Truck | F | | | | | | | | | | |
| F-850 Rfg Truck | F | | | | | | | | | | |
| Utilities | F | | (138) | 374 | (381) | (341) | (911) | (279) | (279) | (279) | (2,235) |
| **Total Expenses** | | - | 30,767 | 37,345 | 40,036 | 34,340 | 15,451 | 16,352 | 13,399 | 8,263 | 195,952 |
| **Net Income/Loss** | | - | 21,950 | 32,565 | 34,300 | 27,360 | 7,942 | 2,841 | (1,274) | 8,939 | 134,621 |

Prepared for Settlement Purposes Only

Schedule 2

Prepared for Settlement Purposes Only

**Dean Law Firm - BP Claims**
**Jerry Tharp - CrabCo**
**Calculation of Loss**
**April - December 2010**

| Income | Type | April 2009 | April 2010 | April Bud-For | April 2010 Loss | May 2009 | May 2010 | May Bud-For | May 2010 Loss | June 2009 | June 2010 | June Bud-For | June 2010 Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | V | 67,897 | 79,235 | 79,235 | - | 134,897 | 71,203 | 157,734 | 86,531 | 147,228 | 49,260 | 172,153 | 122,893 |
| Cost of Goods Sold (Crabs Purchased) | V | 31,338 | 45,556 | 45,556 | - | 64,825 | 49,236 | 83,050 | 33,814 | 86,491 | 17,665 | 90,642 | 52,981 |
| Gross Profit | | 36,559 | 33,679 | 33,679 | - | 70,072 | 21,967 | 74,684 | 52,717 | 60,738 | 11,601 | 81,511 | 69,910 |
| **Expenses** | | | | | | | | | | | | | |
| Auto and Truck Expenses | V | 2,491 | 3,116 | 3,116 | | 3,113 | 3,026 | 5,576 | 2,549 | 3,419 | 2,469 | 6,086 | 3,616 |
| Bank Service Charges | F | 12 | | | | 2 | | 2 | 0 | | | 0 | 0 |
| Depreciation | F | | | | | | | 8,494 | 8,494 | | | 8,494 | 8,494 |
| Insurance | F | | | | | | | | | | | | |
| Auto Insurance | F | 610 | 610 | 610 | | 610 | 610 | 610 | (0) | 610 | 610 | 610 | (0) |
| General Liability Insurance | F | 196 | 196 | 196 | | 196 | 196 | 179 | (16) | 196 | 196 | 179 | (16) |
| Labor & Commissions | V | | | | | | | | | | | | |
| Drivers | V | 2,167 | 3,750 | 3,750 | | 3,250 | 3,250 | 11,684 | 8,434 | 3,250 | 3,250 | 12,752 | 9,502 |
| Office Manager | V | 2,500 | 3,125 | 3,125 | | 3,125 | 2,500 | 9,453 | 6,953 | 2,500 | | 10,317 | 10,317 |
| License & Permits | V | | | | | | | 313 | 313 | | | 341 | 341 |
| Meals and Entertainment | V | 196 | 119 | 119 | | 384 | 216 | 347 | 122 | 185 | 157 | 379 | 223 |
| Miscellaneous Expense | V | 418 | 781 | 781 | | 1,090 | 450 | 975 | 526 | 1,184 | 423 | 1,065 | 642 |
| Office Supplies | V | 384 | 89 | 89 | | 65 | 21 | 87 | 66 | 59 | 26 | 95 | 69 |
| Packing Supplies | V | 1,618 | 4,856 | 4,856 | | 2,068 | | 2,796 | 2,796 | 3,286 | | 3,052 | 3,052 |
| Professional Fees | V | 125 | 125 | 125 | | 125 | 125 | 415 | 290 | 125 | 125 | 453 | 328 |
| Rent | F | | | | | | | | | | | | |
| Rent Cameron Dock | F | 875 | 875 | 875 | | 875 | 875 | 875 | | 875 | 875 | 875 | |
| Rent Lee Ville Dock | F | 875 | 875 | 875 | | 875 | 875 | 875 | | 875 | 875 | 875 | |
| Rent Processing Space | F | 1,300 | 1,300 | 1,300 | | 1,300 | 1,300 | 1,192 | (108) | 1,300 | 1,300 | 1,192 | (108) |
| Repairs and Maintenance | F | | | | | | | | | | | | |
| Equipment Repairs | F | | 787 | 787 | | 365 | 55 | 108 | 52 | 210 | 271 | 108 | (183) |
| Truck Repairs | F | | | | | 659 | 240 | 671 | 431 | 2,685 | | 671 | 671 |
| Telephone Expense | F | 409 | 412 | 412 | | 469 | 412 | 415 | 3 | 410 | 412 | 415 | 2 |
| Truck Lease | F | | | | | | | | | | | | |
| 1-Ton Rig Truck | F | 1,250 | 1,250 | 1,250 | | 1,250 | 1,250 | 1,250 | | 1,250 | 1,250 | 1,250 | |
| F-850 Rig Truck | F | 1,425 | 1,425 | 1,425 | | 1,425 | 1,425 | 1,425 | | 1,425 | 1,425 | 1,425 | |
| Utilities | F | 996 | 1,068 | 1,068 | | 1,059 | 1,122 | 984 | (138) | 1,261 | 610 | 984 | 374 |
| **Total Expenses** | | 17,845 | 24,759 | 24,759 | | 23,173 | 17,958 | 48,725 | 30,767 | 25,104 | 14,273 | 51,618 | 37,345 |
| **Net Income/Loss** | | 18,714 | 8,921 | 8,921 | | 46,898 | 4,009 | 25,959 | 21,950 | 35,634 | (2,672) | 29,893 | 32,565 |

Projection of "Bud-for" Expenses:
(F) - Assumed fixed expense, set = average of that expense from May 2009 - April 2010.
(V) - Assumed variable expense, set = average monthly ratio of that expense to Sales from May 2009 - April 2010.

Schedule 2

**Dean Law Firm - BP Claims**
**Jerry Tharp - CrabCo**
**Calculation of Loss**
**April - December 2010**

| | Type | July 2009 | July 2010 | July Run-For | July 2010 Loss | August 2009 | August 2010 | August Run-For | August 2010 Loss | September 2009 | September 2010 | September Run-For | September 2010 Loss | October 2009 | October 2010 | October Run-For | October 2010 Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | | | |
| Sales | V | 154,988 | 43,723 | 181,206 | 137,503 | 123,699 | 31,586 | 144,640 | 113,055 | 47,220 | 8,526 | 55,214 | 46,688 | 36,162 | 3,081 | 42,284 | 39,203 |
| Cost of Goods Sold (Crabs Purchased) | V | 84,970 | 32,251 | 95,419 | 63,168 | 72,914 | 24,801 | 76,155 | 51,355 | 21,806 | 5,776 | 29,071 | 23,295 | 18,212 | 2,255 | 22,263 | 20,010 |
| Gross Profit | | 70,018 | 11,471 | 85,807 | 74,335 | 50,785 | 6,785 | 68,484 | 61,699 | 25,415 | 2,750 | 26,143 | 23,393 | 17,950 | 828 | 20,021 | 19,193 |
| **Expenses** | | | | | | | | | | | | | | | | | |
| Auto and Truck Expenses | F | 3,645 | 1,476 | 6,406 | 4,931 | 2,794 | 1,752 | 5,113 | 3,361 | 1,844 | 1,119 | 1,952 | 833 | 1,243 | 193 | 1,495 | 1,302 |
| Bank Service Charges | F | - | - | - | 0 | - | - | - | 0 | - | - | - | 0 | - | - | - | 0 |
| Depreciation | F | - | - | 8,494 | 8,494 | - | - | 8,494 | 8,494 | - | - | 8,494 | 8,494 | - | - | 8,494 | 8,494 |
| Insurance | F | | | | | | | | | | | | | | | | |
| Auto Insurance | F | 610 | 610 | 610 | (0) | 610 | 610 | 610 | (0) | 610 | 610 | 610 | (0) | 610 | 610 | 610 | (0) |
| General Liability Insurance | F | 196 | 196 | 179 | (16) | 156 | - | 179 | 179 | 196 | 196 | 179 | (16) | 156 | - | 179 | 23 |
| Labor & Commissions | F | | | | | | | | | | | | | | | | |
| Drivers | V | 3,250 | 3,750 | 13,425 | 9,675 | 3,250 | - | 10,714 | 10,714 | 3,250 | - | 4,090 | 4,090 | 3,250 | - | 3,132 | 3,011 |
| Office Manager | V | 3,115 | 3,750 | 10,851 | 10,881 | 2,500 | - | 8,668 | 8,668 | 2,500 | 66 | 3,309 | 3,309 | 3,125 | 22 | 2,534 | 2,512 |
| License & Permits | V | 210 | 193 | 359 | 359 | 118 | 257 | 287 | 287 | 55 | 66 | 122 | 56 | 105 | 16 | 93 | 84 |
| Meals and Entertainment | V | 898 | 429 | 399 | 206 | 296 | 560 | 894 | 334 | 72 | - | 341 | 341 | 213 | 26 | 261 | 77 |
| Miscellaneous Expense | V | 45 | - | 100 | 692 | 69 | - | 80 | 80 | 18 | - | 31 | 31 | 43 | 1 | 23 | 235 |
| Office Supplies | V | 125 | 125 | - | 100 | - | - | - | - | - | - | - | - | - | - | - | 23 |
| Parking Supplies | V | 3,850 | - | 3,213 | 3,213 | 2,343 | - | 2,564 | 2,564 | 741 | - | 979 | 979 | 419 | - | 750 | 750 |
| Professional Fees | V | 125 | 125 | 477 | 352 | 125 | 125 | 381 | 256 | 125 | 125 | 145 | 20 | 125 | 16 | 111 | 55 |
| Rent | F | | | | | | | | | | | | | | | | |
| Rent Cameron Dock | F | 875 | 875 | - | 875 | 875 | 1,750 | 875 | (875) | 875 | 875 | 875 | - | 875 | 875 | 875 | - |
| Rent Lee Villa Dock | F | 875 | 875 | 875 | 875 | 875 | 875 | 875 | - | 875 | 875 | 875 | - | 875 | 875 | 875 | - |
| Rent Processing Space | F | 1,300 | 1,300 | 1,192 | (108) | 1,300 | - | 1,192 | 1,192 | 1,300 | 1,300 | 1,192 | (108) | 1,300 | 1,040 | 1,192 | 152 |
| Repairs and Maintenance | F | | | | | | | | | | | | | | | | |
| Equipment Repairs | F | 295 | - | 108 | 108 | 23 | - | 108 | 108 | - | - | 108 | 108 | 65 | - | 108 | 42 |
| Truck Repairs | F | 1,846 | 671 | 671 | 671 | - | 1,427 | 671 | (756) | 2,559 | - | 671 | (1,898) | 847 | - | 671 | (176) |
| Telephone Expense | F | 409 | 409 | 415 | 6 | 411 | 402 | 415 | 12 | 408 | 400 | 415 | 15 | 419 | 407 | 415 | 8 |
| Truck Lease | F | | | | | | | | | | | | | | | | |
| 1-Ton Mtg Truck | F | 1,250 | 1,250 | 1,250 | - | 1,250 | 1,250 | 1,250 | - | 1,250 | 1,250 | 1,250 | - | 1,250 | 1,250 | 1,250 | - |
| F-850 Pkg Truck | F | 1,425 | 1,425 | 1,425 | - | 1,425 | 1,425 | 1,425 | - | 1,425 | 1,425 | 1,425 | - | 1,425 | 1,425 | 1,425 | - |
| Utilities | F | 1,260 | 1,365 | 984 | (381) | 1,265 | 1,325 | 984 | (341) | 1,115 | 1,895 | 984 | (911) | 1,033 | 1,264 | 984 | (279) |
| **Total Expenses** | | 25,485 | 13,403 | 53,438 | 40,036 | 19,725 | 11,758 | 46,098 | 34,340 | 16,660 | 12,705 | 28,156 | 15,451 | 17,901 | 9,210 | 25,561 | 16,352 |
| **Net Income/Loss** | | 44,533 | (1,931) | 32,368 | 34,300 | 31,059 | (4,974) | 22,386 | 27,360 | 8,755 | (9,955) | (2,013) | 7,942 | 49 | (8,382) | (5,541) | 2,841 |

Projection of "Run-For" Expenses:
(F) - Assumed fixed expense; set = average of that expense from May 2009 - April 2010.
(V) - Assumed variable expense; set = average monthly ratio of that expense to Sales from May 2009 - April 2010.

Prepared for Settlement Purposes Only

Schedule 2

Prepared for Settlement Purposes Only

Dean Law Firm - BP Claims
Jerry Tharp - CrabCo
Calculation of Loss
April - December 2010

| | Type | November 2009 | November 2010 | November But-For | November 2010 Loss | December 2009 | December 2010 | December But-For | December 2010 Loss | Total 2009 | Total 2010 | Total But-For | Total 2010 Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Sales | V | 21,975 | 155 | 225,986 | 25,540 | 14,711 | - | 17,202 | 17,202 | 748,778 | 286,771 | 875,384 | 588,613 |
| Cost of Goods Sold (Crabs Purchased) | V | 12,348 | 113 | 13,529 | 13,416 | 5,877 | - | - | - | 398,801 | 197,648 | 455,667 | 258,039 |
| Gross Profit | | 9,627 | 42 | 12,166 | 12,125 | 8,834 | - | 17,202 | 17,202 | 349,977 | 89,123 | 419,697 | 330,574 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Auto and Truck Expenses | V | 1,313 | 10 | 908 | 899 | 1,112 | - | - | - | 20,973 | 13,161 | 30,652 | 17,490 |
| Bank Service Charges | F | - | - | 0 | 0 | - | - | 0 | 0 | 15 | - | 15 | 0 |
| Depreciation | F | - | - | 8,694 | 8,694 | - | - | 8,694 | 8,694 | - | - | - | 2 |
| Insurance | F | - | - | - | - | 101,930 | - | - | - | 101,930 | - | 67,953 | 67,953 |
| Auto Insurance | F | 610 | 610 | 610 | (0) | 610 | 610 | 610 | (0) | 5,491 | 5,491 | 5,491 | (0) |
| General Liability Insurance | F | 196 | 156 | 179 | 23 | 196 | 156 | 179 | 23 | 1,759 | 1,447 | 1,629 | 182 |
| Labor & Commissions | V | | | | | | | | | | | | |
| Drivers | V | 3,250 | 6 | 1,900 | 1,897 | 3,250 | - | - | - | 28,147 | 14,128 | 61,452 | 47,324 |
| Office Manager | V | 2,500 | 1 | 1,540 | 1,539 | 2,500 | - | 350 | | 24,375 | 5,648 | 49,808 | 44,161 |
| License & Permits | F | - | - | 51 | 51 | 95 | - | - | - | 350 | - | 1,544 | 1,544 |
| Meals and Entertainment | V | - | - | 57 | 56 | 196 | - | - | - | 1,318 | 1,034 | 1,834 | 800 |
| Miscellaneous Expense | V | 50 | 1 | 159 | 158 | 156 | - | - | - | 4,418 | 2,670 | 5,598 | 2,928 |
| Office Supplies | V | 22 | 0 | 14 | 14 | - | - | - | - | 700 | 137 | 520 | 383 |
| Packing Supplies | V | - | - | 456 | 456 | - | - | - | - | 15,225 | 4,856 | 18,666 | 13,809 |
| Professional Fees | F | 125 | 1 | 68 | 67 | 125 | - | - | - | 1,125 | 767 | 2,174 | 1,408 |
| **Rent** | | | | | | | | | | | | | |
| Rent Cameron Dock | F | 875 | 875 | 875 | - | 875 | - | 875 | 875 | 7,875 | 7,875 | 7,875 | - |
| Rent Lee Villa Dock | F | 875 | 875 | 875 | - | 875 | - | 875 | 875 | 7,875 | 7,875 | 7,875 | - |
| Rent Processing Space | F | 1,300 | 1,040 | 1,192 | 152 | 1,300 | 1,040 | 1,192 | 152 | 11,700 | 9,620 | 10,833 | 1,213 |
| **Repairs and Maintenance** | | | | | | | | | | | | | |
| Equipment Repairs | F | 65 | 65 | 108 | 42 | 65 | - | 108 | 42 | 892 | 521 | 860 | 339 |
| Truck Repairs | F | 847 | 847 | 671 | (176) | 847 | - | 671 | (176) | 6,585 | 7,564 | 6,155 | (1,409) |
| Telephone Expense | F | 414 | 407 | 415 | 8 | 407 | - | 415 | 8 | 3,756 | 3,669 | 3,729 | 61 |
| 1-Ton Mfg Truck | F | 1,250 | 1,250 | 1,250 | - | 1,250 | 1,250 | 1,250 | - | 11,250 | 11,250 | 11,250 | - |
| F-850 Rig Truck | F | 1,425 | 1,435 | 1,425 | - | 1,425 | 1,425 | 1,425 | - | 12,835 | 12,825 | 12,825 | - |
| Utilities | F | 1,215 | 1,264 | 984 | (279) | 1,255 | 1,264 | 984 | (279) | 9,860 | 11,177 | 8,941 | (2,235) |
| **Total Expenses** | | 15,318 | (8,834) | 22,733 | 13,399 | 117,255 | 124 | 17,078 | 8,263 | 278,463 | 121,714 | 317,666 | 195,952 |
| | | | | | | | | | | | | | |
| **Net Income/Loss** | | (5,691) | (8,793) | (10,657) | (1,274) | (108,496) | (8,815) | 124 | 8,939 | 71,514 | (32,590) | 102,031 | 134,621 |

Projection of "But-For" Expenses:
(F) - Assumed fixed expense; set = average of that
expense from May 2009 - April 2010.

(V) - Assumed variable expense; set = average monthly
ratio of that expense to Sales from May 2009 -
April 2010.

Schedule 3

**Dean Law Firms - BP Claims**
**Jerry Tharp - CrabCo**
**Income Statement Summary**
*January 2009 - December 2010*

| Income | Type | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Total 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | V | 31,233 | 39,867 | 56,827 | 67,897 | 134,857 | 147,228 | 154,988 | 123,699 | 47,220 | 36,162 | 21,975 | 14,711 | 876,705 |
| Cost of Goods Sold (Cash Purchased) | V | 15,024 | 23,317 | 23,853 | 31,338 | 64,825 | 86,691 | 84,970 | 72,914 | 21,806 | 18,212 | 12,348 | 5,897 | 460,994 |
| **Gross Profit** | | 16,209 | 16,551 | 32,974 | 36,559 | 70,072 | 60,738 | 70,018 | 50,785 | 25,415 | 17,950 | 9,627 | 8,814 | 415,711 |
| **Expenses** | | | | | | | | | | | | | | |
| Auto and Truck Expenses | V | 2,040 | 2,040 | 2,850 | 2,491 | 3,113 | 3,419 | 3,645 | 2,794 | 1,844 | 1,243 | 1,313 | 1,112 | 27,903 |
| Bank Service Charges | F | 13 | 27 | 13 | 12 | 2 | | | | | | | | 67 |
| Depreciation | F | | | | | | | | | | | | 101,930 | 101,930 |
| Insurance | F | | | | | | | | | | | | | |
| Auto Insurance | F | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 7,321 |
| General Liability Insurance | F | 391 | 391 | 196 | 196 | 196 | 196 | 196 | 196 | 195 | 196 | 196 | 196 | 2,737 |
| Labor & Commissions | V | | | | | | | | | | | | | |
| Drivers | V | 2,167 | 2,167 | 2,167 | 2,167 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 34,667 |
| Office Manager | V | 3,125 | 2,500 | 2,500 | 2,500 | 3,125 | 2,500 | 3,125 | 2,500 | 2,500 | 3,125 | 2,500 | 2,500 | 32,500 |
| License & Permits | V | | | | | | | | | | | | 350 | 350 |
| Meals and Entertainment | V | 206 | 181 | 197 | 196 | 354 | 185 | 210 | 118 | 55 | 106 | | 95 | 1,902 |
| Miscellaneous Expense | V | 646 | 364 | 419 | 418 | 1,090 | 1,184 | 898 | 296 | 72 | 213 | 50 | 196 | 5,846 |
| Office Supplies | V | 62 | 78 | 62 | 384 | 65 | 59 | 41 | 69 | 18 | 43 | 22 | | 903 |
| Packing Supplies | V | 790 | 1,423 | 725 | 1,618 | 2,968 | 3,286 | 3,850 | 2,343 | 741 | 419 | | | 18,163 |
| Professional Fees | V | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| Rent | | | | | | | | | | | | | | |
| Rent Cameron Dock | F | | | | | | | | | | | | | |
| Rent Lee Villa Dock | F | | | | | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 7,875 |
| Rent Processing Space | F | | | | | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 7,875 |
| Repairs and Maintenance | F | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 15,600 |
| Equipment Repairs | F | 290 | 145 | 95 | | 865 | 210 | 295 | 23 | | | | | 1,421 |
| Truck Repairs | F | 651 | 770 | 131 | | 659 | 2,685 | 1,846 | | | | | | 8,136 |
| Telephone Expense | F | 425 | 420 | 409 | 409 | 469 | 410 | 409 | 411 | 408 | 419 | 414 | 407 | 5,009 |
| Truck Lease | F | | | | | | | | | | | | | |
| 1-Ton Rfg Truck | F | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 15,000 |
| F350 Rfg Truck | F | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 17,100 |
| Utilities | F | 896 | 900 | 865 | 896 | 1,059 | 1,261 | 1,280 | 1,265 | 1,115 | 1,093 | 1,115 | 755 | 12,616 |
| **Total Expenses** | | 16,411 | 16,115 | 15,431 | 17,845 | 46,898 | 25,104 | 25,485 | 19,725 | 16,660 | 17,901 | 15,318 | 117,251 | 326,420 |
| **Net Income/Loss** | | (202) | 436 | 17,544 | 18,714 | 23,173 | 35,633 | 44,533 | 31,059 | 8,755 | 49 | (5,691) | (108,436) | 89,291 |

Prepared for Settlement Purposes Only

Schedule 3

**Dean Law Firms - BP Claims**
**Jerry Tharp - CrabCo**
**Income Statement Summary**
*January 2009 - December 2010*

| Income | Type | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | V | 37,497 | 44,988 | 67,124 | 79,235 | 71,203 | 49,262 | 43,723 | 31,586 | 8,526 | 3,081 | 155 | - | 436,380 |
| Cost of Goods Sold (Crabs Purchased) | V | 17,357 | 25,778 | 38,499 | 45,556 | 49,236 | 37,661 | 32,251 | 24,801 | 5,776 | 2,253 | 113 | - | 279,281 |
| **Gross Profit** | | 20,140 | 19,210 | 28,626 | 33,679 | 21,967 | 11,601 | 11,471 | 6,785 | 2,750 | 828 | 42 | - | 157,099 |
| **Expenses** | | | | | | | | | | | | | | |
| Auto and Truck Expenses | V | 968 | 1,500 | 1,649 | 3,116 | 3,026 | 2,469 | 1,476 | 1,752 | 1,119 | 193 | 10 | - | 17,278 |
| Bank Service Charges | F | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation | F | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Insurance** | | | | | | | | | | | | | | |
| Auto Insurance | F | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 7,321 |
| General Liability Insurance | F | 195 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 156 | 156 | 1,837 |
| **Labor & Commissions** | | | | | | | | | | | | | | |
| Drivers | V | 3,750 | 3,250 | 3,250 | 3,750 | 3,250 | 3,250 | 3,750 | - | - | - | - | - | 24,378 |
| Office Manager | V | 3,125 | 2,500 | 2,500 | 3,125 | 2,500 | - | - | - | - | - | - | - | 13,773 |
| License & Permits | V | 166 | 89 | 123 | 119 | 226 | 157 | 193 | 257 | 66 | 16 | 1 | 1 | 1,411 |
| Meals and Entertainment | V | 69 | 629 | 80 | 781 | 450 | 423 | 429 | 560 | - | 26 | - | - | 3,448 |
| Miscellaneous Expense | V | - | 42 | 20 | 89 | 21 | 26 | - | - | 1 | - | 0 | 1 | 159 |
| Office Supplies | V | 896 | - | 1,249 | 4,856 | - | - | - | - | - | - | - | - | 6,842 |
| Packing Supplies | V | 241 | 496 | - | - | - | - | - | - | 125 | 16 | 1 | 1 | 1,017 |
| Professional Fees | V | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 16 | - | - | - |
| **Rent** | | | | | | | | | | | | | | |
| Rent Cameron Dock | F | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 1,750 | 875 | 875 | 875 | 875 | 10,500 |
| Rent Lee Ville Dock | F | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 10,500 |
| Rent Processing Space | F | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | - | 1,300 | 1,040 | 1,040 | 1,040 | 12,220 |
| **Repairs and Maintenance** | | | | | | | | | | | | | | |
| Equipment Repairs | F | - | 399 | - | - | 55 | 271 | - | 1,427 | 2,559 | - | 65 | 65 | 920 |
| Truck Repairs | F | 399 | 268 | 412 | 787 | 240 | - | 409 | - | - | 65 | 847 | 847 | 8,245 |
| Telephone Expense | F | 408 | 412 | 412 | 787 | 240 | 412 | 409 | 402 | 400 | 407 | 407 | 407 | 4,885 |
| **Truck Lease** | | | | | | | | | | | | | | |
| 1-Ton Rtg Truck | F | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 15,000 |
| F-850 Rtg Truck | F | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 17,100 |
| Utilities | F | 983 | 983 | 1,058 | 1,068 | 1,122 | 610 | 1,366 | 1,325 | 1,895 | 1,264 | 1,264 | 1,264 | 13,056 |
| **Total Expenses** | | 16,279 | 16,818 | 15,119 | 24,759 | 17,958 | 14,273 | 13,403 | 11,758 | 12,705 | 9,210 | 8,834 | 8,815 | 169,930 |
| **Net Income/Loss** | | 3,861 | 2,392 | 13,507 | 8,921 | 4,009 | (2,672) | (1,931) | (4,974) | (9,955) | (8,382) | (8,793) | (8,815) | (12,831) |

Prepared for Settlement Purposes Only

Exhibit B

**Dean Law Firm - BP Claims**
**Jerry Tharp - CrabCo**
**Projection of Actual and But-For Sales**

| Month | Actual Sales | % of Prior Yr | % Change | But-For Sales |
|-------|-------------|---------------|----------|---------------|
| Jan-09 | $31,233 | | | |
| Feb-09 | $39,867 | | | |
| Mar-09 | $56,827 | | | |
| Apr-09 | $67,897 | | | |
| May-09 | $134,897 | | | |
| Jun-09 | $147,228 | | | |
| Jul-09 | $154,988 | | | |
| Aug-09 | $123,699 | | | |
| Sep-09 | $47,220 | | | |
| Oct-09 | $36,162 | | | |
| Nov-09 | $21,975 | | | |
| Dec-09 | $14,711 | | | |
| Jan-10 | $37,497 | | 120% | |
| Feb-10 | $44,988 | | 113% | |
| Mar-10 | $67,124 | | 118% | |
| Apr-10 | $79,235 | | 117% | |
| May-10 | $71,203 | 53% | | $157,734 |
| Jun-10 | $49,262 | 33% | | $172,153 |
| Jul-10 | $43,723 | 28% | | $181,226 |
| Aug-10 | $31,586 | 26% | | $144,640 |
| Sep-10 | $8,526 | 18% | | $55,214 |
| Oct-10 | 3,081 | 8.5% | | $42,284 |
| Nov-10 | 155 | 0.7% | | $25,696 |
| Dec-10 | - | 0.0% | | $17,202 |

**Projected Actuals:**
    Projected Actual Sales for Oct. - Dec. 2010 based on the trend
      of the relationship between affected months (May - Sept.
      2010) vs. their respective monthly value from 2009.

**Projected But-For Sales:**
    Projected But-For Sales for May - Dec. 2010 based on average
      monthly % change from 2009 to 2010 for unaffected months
      (Jan. - April 2010).

Prepared for Settlement Purposes Only

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| GCCF 2000-C | **GULF COAST CLAIMS FACILITY CLAIM FORM** |
|---|---|

| This Claim Form is to be completed for individuals or businesses who wish to receive payment for damages suffered as a result of the Deepwater Horizon Incident on April 20, 2010 and resulting oil discharges ("the Spill"). To learn more about filing a claim, go to www.GulfCoastClaimsFacility.com, call toll free at 1-800-916-4893, or visit a Gulf Coast Claims Facility ("GCCF") Site Office. | CLAIMANT IDENTIFICATION NUMBER: (To be provided by GCCF) |
|---|---|

## I. INSTRUCTIONS

1. You may fill out and submit a Claim Form and supporting documents to the GCCF online by visiting the Facility's website at www.GulfCoastClaimsFacility.com. If you do not submit your claim online, follow Instructions 2-4 below and the other instructions contained in this Claim Form to submit your claim and supporting documents by mail, email, overnight delivery, fax or in person.

2. Type your answers or print them in black ink. Put the requested identification number or previously issued Claimant Identification Number at the top of each page, in case the pages get separated. If you are an Individual Claimant, enter your Social Security Number in the box at the top of each page. If you are a Business Claimant, enter your Employer Identification Number.

3. Print or type the name of the Individual or Business Claimant, sign and date the Claim Form in Section IX.

4. The GCCF will assign you a Claimant Identification Number. That Claimant Identification Number will allow you to track the status of your claim online and will be your claim identification number throughout the claims process. You can get information about your claim online at www.GulfCoastClaimsFacility.com, by phone toll free at 1-800-916-4893, or in person at a GCCF Claims Site Office.

## II. CLAIMANT INFORMATION

### A. INDIVIDUAL CLAIMANT INFORMATION

Provide the following information about the person who was affected or injured by the Spill. **All Individual Claimants must complete each question in this section.**

| 1. | Last Name: | |
|---|---|---|
| 2. | First Name: | |
| 3. | Middle Name: | |
| 4. | Current Address: | Street |
| | | City / State / Zip |
| | | Parish/County / Country |
| 5. | Home Phone Number: | ( ___ ) ___ - ____ |
| 6. | Cell Phone Number: | ( ___ ) ___ - ____ |
| 7. | Email Address: | |
| 8. | Date of Birth: | ___/___/___ (Month/Day/Year) |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 9. | **Social Security Number**  ☐<br>**or**<br>**Individual Taxpayer Identification Number** ☐<br>(Check which is applicable.) | \|___\|___\|___\| - \|___\|___\| - \|___\|___\|___\|___\|<br><br>\|___\|___\|___\| - \|___\|___\| - \|___\|___\|___\|___\| |
| 10. | **Are you a U.S. Citizen?** | ☐ Yes   ☐ No |
| 11. | **If Not, Proof of Legal Residency Attached:** | ☐ Yes   ☐ No |

### B. BUSINESS CLAIMANT INFORMATION

Provide the following information if you are completing this form for a business that was affected by the Spill. **All Business Claimants must complete each question in this section.**

#### B.1. Information about the Business

| | | |
|---|---|---|
| 12. | **Name of Business:** | CrabCo |
| 13. | **Type of Business:** | Seafood Wholesaler |
| 14. | **Business Address:** | Street 1406 South State<br>City Abbeville     State LA     Zip 70510<br>Parish/County Vermilion Parish     Country USA |
| 15. | **Phone Number:** | ( 2 8 1 ) 7 3 4 - 5 1 1 2 |
| 16. | **Fax Number:** | ( ___ ) ___ - ___ |
| 17. | **Website Address:** | |
| 18. | **Other Business Name:** | |
| 19. | **Employer Identification Number (EIN):** | 2 7 - 3 2 7 4 8 4 0 |
| 20. | **Business Activity Code (NAICS):** | |
| 21. | **Date and Place Founded/Incorporated:** | 09/ 29/ 1999     Houston, Texas<br>(Month/Day/Year)     Place |

#### B.2. Information about the Authorized Business Representative

| | | |
|---|---|---|
| 22. | **Last Name:** | |
| 23. | **First Name:** | |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |

| 24. | **Middle Name:** | |
|-----|------------------|---|
| 25. | **Title:** | |

| 26. | **Current Address (if different from Business Address):** | Street | | | | |
|-----|---|---|---|---|---|---|
| | | City | | State | Zip | Country |

| 27. | **Phone Number:** | ( \_\|\_\|\_ ) \_\|\_\|\_ - \_\|\_\|\_\|\_ |
|-----|-------------------|---|
| 28. | **Cell Phone Number:** | ( \_\|\_\|\_ ) \_\|\_\|\_ - \_\|\_\|\_\|\_ |
| 29. | **Fax Number:** | ( \_\|\_\|\_ ) \_\|\_\|\_ - \_\|\_\|\_\|\_ |
| 30. | **Email Address:** | |

### III. ATTORNEY INFORMATION

Complete this section only if you are represented by a lawyer for your claim arising out of the Spill.  If you complete this section, all communications from the GCCF will be with the lawyer you have identified unless you instruct us otherwise in writing.  **You must complete each question in this section if you are represented by a lawyer.**

| 31. | **Lawyer Name:** | Last Dean | | First J. Christopher | Middle Initial |
|-----|------------------|-----------|---|---|---|
| 32. | **Law Firm Name:** | Dean Law Firm | | | |
| 33. | **Law Firm Address:** | Street 440 Louisiana, Suite 1901 | | | |
| | | City Houston | State Texas | Zip 77002 | Country USA |
| 34. | **Law Firm Phone Number:** | (7\|1\|3) \|4\|2\|5\| - \|3\| 3\|2\|6\| | | | |
| 35. | **Law Firm Fax Number:** | (7\|1\|3) \|4\|2\|5\| - \|3\|3\|2\|7\| | | | |
| 36. | **Law Firm Email Address:** | dean@jamesdeanlaw.com; ncimas@jamesdeanlaw.com | | | |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

## IV. CLAIM INFORMATION

### TYPE OF INJURY OR DAMAGE

Check which claim type you want to make. You may check more than one claim type. For any claim type you check, indicate whether you are submitting a claim now for an Emergency Advance Payment or a Final Payment. If you are seeking a single Emergency Advance Payment, check the "One Month" box. If you apply for a one month payment and subsequently need to apply for another month, you must submit a Supplemental Request Form for Emergency Advance Payments for each subsequent month. Enter the amount you are claiming now for each claim type. If you have previously received a payment, do not include that amount in the amount you are requesting. **All Claimants must complete this section.**

| | Claim Type | | Seeking Emergency Advance Payment or Final Payment? | | | Amount Claimed |
|---|---|---|---|---|---|---|
| | | | **Emergency** | | **Final** | |
| | | | **One Month** | **Six Months** | | |
| A. | Removal and Clean Up Costs | ☐ | ☐ | | ☐ | $ |
| B. | Real or Personal Property | ☐ | ☐ | | ☐ | $ 134,621.00 |
| C. | Lost Earnings or Profits | ☐ | ☐ | ☒ | ☐ | $ |
| D. | Loss of Subsistence Use of Natural Resources | ☐ | ☐ | ☐ | ☐ | $ |
| E. | Physical Injury/Death (Individual Claimants Only) | ☐ | ☐ | ☐ | ☐ | $ |

For each claim type checked above, complete the corresponding section of this Claim Form below. You must provide documentation or evidence of the damage or injury for each claim type checked above. Exhibit A to this Claim Form lists the supporting documentation you must submit to support each claim type.

### A. REMOVAL AND CLEAN UP COSTS

Complete this section if you seek to recover costs incurred to remove oil discharged by the Spill and/or costs to prevent, minimize or mitigate oil pollution when there is substantial threat of a discharge of oil due to the Spill. You can claim costs for both preventative and clean up measures. Indicate whether the actions taken were approved by the Federal On-Scene Coordinator. If you are claiming multiple removal and clean up costs and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form. Make as many copies as you need. **You must provide documentation to support your claim, as directed on Exhibit A.**

#### A.1. Questions for All Claimants

**All Claimants claiming Removal and Clean Up Costs must answer Questions 37-41.**

| 37. | Location of removal and clean up activity: | |
|---|---|---|
| 38. | Describe in detail the removal and clean up activity: | |
| 39. | Date(s) of removal and clean up activity: | ___/___/___ to ___/___/___ (Month/Day/Year)   (Month/Day/Year) |
| 40. | Were these removal and clean up activities approved by the Federal On-Scene Coordinator? | ☐ Yes   ☐ No |
| 41. | Total amount claimed: | $ |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| A.2. Questions for Claimants Seeking Final Payment |
|---|

**Answer Questions 42-44 if you are seeking Final Payment for Removal and Clean Up Costs. If you are seeking only an Emergency Advance Payment at this time, do not answer Questions 42-44.**

| 42. | Are these removal and clean up activities ongoing? | ☐ Yes ☐ No |
|---|---|---|
| 43. | Amount of anticipated future costs associated with removal and clean up activity: | $ |
| 44. | Provide anticipated time period for future removal and clean up costs claimed: | ___/___/___ to ___/___/___ (Month/Day/Year)   (Month/Day/Year) |

| B. REAL OR PERSONAL PROPERTY |
|---|

Complete this section if you seek damages for any physical damage to real, personal or business property that you own or lease. If you are an owner of a property that you lease to someone else, you must notify the lessee that you are filing a claim. If you lease a property from someone else, you must notify the owner that you are filing a claim. If you suffered damage to more than one piece of property and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form. Make as many copies as you need. **All Claimants claiming Real or Personal Property damage must complete this section. You must provide documentation to support your claim, as directed on Exhibit A.**

| B.1. Real Property |
|---|

| 45. | Property Address: | Street | | |
|---|---|---|---|---|
| | | City | State | Zip |
| | | Parish/County | Country | |

| 46. | Your relationship to this property: | ☐ Owner  ☐ Renter |
|---|---|---|

| 47a. Value of property before damage: | $ | 47b. Value of property after damage: | $ |
|---|---|---|---|

| B.2. Personal or Business Property |
|---|

| 48. | Was there damage to personal or business property (such as equipment, machinery, boats or personal watercraft)? | ☐ Yes ☐ No |
|---|---|---|

| 49. | Location of personal property on the date of the damage caused by the Spill: | Location: |
|---|---|---|

| 50. | Identify the affected property: | ☐ Equipment   ☐ Machinery   ☐ Boat  ☐ Other (specify): _____ |
|---|---|---|

| 51. | Provide the following information if available: | Make: | | Model: | |
|---|---|---|---|---|---|
| | | Year: | | Identification Number: | |

| 51a. Claimed cost to repair: | | 51b. Claimed cost to replace: | |
|---|---|---|---|
| 51c. Value of property before damage: | | 51d. Value of property after damage: | |
| 52. Your relationship to this property: | | ☐ Owner  ☐ Renter | |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |

## B.3. Economic Losses Resulting from Destruction of Real or Personal Property

If you seek economic losses resulting from the destruction of real or personal property due to the Spill, answer questions 53-55.

| 53. | Describe the economic losses you incurred as a result of the destruction of real or personal property: | |
| 54. | Date you incurred economic losses due to the destruction of real or personal property: | ___/___/___ <br> (Month/Day/Year) |
| 55. | Amount of economic losses incurred due to the destruction of real or personal property: | $ |

## C.  LOST EARNINGS OR PROFITS

Complete this section if you seek lost earnings or profits due to the Spill.  **You must provide documentation to support your claim, as directed on Exhibit A.**

### C.1. Questions for All Claimants

All Claimants claiming lost earnings or profits must answer Questions 56-60.

| 56. | For Individual Claimants, state the occupation you held before you began losing earnings.   For Business Claimants, state the sources of income for the business before it began losing profits: | Seafood Wholesaler |
| 57. | For Individual Claimants, state the location of your employment before you began losing earnings.   For Business Claimants, state the location of your business: | Business is based out of Abbeville, Louisiana. |
| 58. | Date you began losing earnings or profits: | 04/21/2010 <br> (Month/Day/Year) |
| 59. | Earnings or profits earned before losses began: | ☐ Yearly   ☐ Monthly   ☐ Weekly <br> ☐ Other (describe the frequency of the earnings or profits and provide the dates for the amount earned): <br> $ SEE ATTACHED REPORT |
| 60. | Amount and source of earnings or profits received from any sources since you began losing earnings or profits (including earnings from the Vessels of Opportunity Program): | Source of earnings or profits (specify): <br> $ SEE ATTACHED REPORT |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

---

### C.2. Questions for Claimants Seeking Final Payment

Answer Questions 61-62 if you are seeking Final Payment for lost earnings or profits. If you are only seeking an Emergency Advance Payment at this time, do not answer Questions 61-62.

| 61. Are you still losing earnings or profits? | [x] Yes, I am still losing earnings or profits. <br> [ ] No, I stopped losing earnings or profits on ___/___/___. <br> (Month/Day/Year) |
|---|---|

| 62. Total earnings or profits earned after losses began: | $SEE ATTACHED REPORT | [ ] Yearly  [ ] Monthly  [ ] Weekly <br> [ ] Other (describe how often these earnings or profits were earned and provide the dates for the amount earned): |
|---|---|---|

---

### D. LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES

Complete this section if you suffered damages to your ability to rely, without purchase, on natural resources for food, shelter, clothing, medicine, or other minimum necessities of life because of the Spill. You must provide documentation to support your claim, as directed on Exhibit A.

### D.1. Questions for All Claimants

All Claimants claiming Loss of Subsistence Use of Natural Resources must answer Questions 63-64.

63. Identify the natural resource that you relied on for subsistence, prior to the Spill, and how it has been affected by the Spill:

| 64. What is the estimated monthly loss or cost of replacement? | $ |
|---|---|

### D.2. Questions for Claimants Seeking Final Payment

Only Claimants seeking Final Payment for Loss of Subsistence Use of Natural Resources should complete this section. If you are only seeking an Emergency Advance Payment at this time, do not complete this section.

65. Describe how frequently you used this natural resource and its approximate monthly value to you.

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

## E. PHYSICAL INJURY/DEATH

Complete this section if damages are claimed for physical injury to the body or death proximately caused by the Spill or the explosion and fire associated with the Deepwater Horizon Incident on April 20, 2010. All Claimants claiming Physical Injury/Death must complete this section. You must provide documentation to support your claim, as directed on Exhibit A.

### E.1. Information Regarding Physical Injury/Death

66. Provide the date you were first injured, state whether the injury is resolved or ongoing, give the geographic location where the injury occurred and describe the nature of your physical injury.

67. If you are seeking damages for death, provide the name of the decedent, the date of the death, and the geographic location where the death occurred.

68. State the amount of compensation you seek for any injury or death listed above:

### E.2. Economic Losses Resulting from Physical Injury/Death

If you seek lost income resulting from physical injury/death proximately caused by the Spill, answer questions 69-72.

| 69. For Individual Claimants, state the occupation you or the decedent held before you began losing income: | |
|---|---|
| 70. Date you began losing income: | ___/___/___ (Month/Day/Year) |
| 71. Income earned before losses began: | ☐ Yearly  ☐ Monthly  ☐ Weekly<br>☐ Other (describe the frequency of the income and provide the dates for the amount earned):<br>$ _____ |
| 72. Amount and source of income received from any sources since you began losing income: | $ _____  Source of income (specify): _____ |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

## V. COLLATERAL SOURCE COMPENSATION

If you are only seeking an Emergency Advance Payment at this time, do not complete this section. If you are seeking a Final Payment, you must complete this section to provide information on unemployment compensation, private insurance or any other government benefits received relating to any claim type.

| 73. | Have you received unemployment insurance compensation since the Spill? | ☐ Yes   ☐ No |
|---|---|---|

| 74. | Have you received compensation from private insurance since the Spill? | ☐ Yes   ☐ No |
|---|---|---|

| 75. | Name of Carrier or Provider: | |
|---|---|---|
| 76. | Account or Policy Number: | |
| 77. | Amount of insurance benefits received: | $ |

| 78. | Have you received any other Government benefits since the Spill? | ☐ Yes   ☐ No |
|---|---|---|

| 79. | Describe any Government benefits you received, other than unemployment insurance compensation: |
|---|---|
| | |

## VI. ALTERNATE CONTACT INFORMATION FOR INDIVIDUAL CLAIMANTS (Optional)

Individual Claimants may provide information for someone we can contact in case we are unable to reach you. This section is optional and does not apply to Business Claimants.

| 80. | Last Name: | |
|---|---|---|
| 81. | First Name: | |
| 82. | Middle Name: | |
| 83. | Current Address: | Street |
| | | City · State · Zip · Country |
| 84. | Home Phone Number: | ( ___ ) ____ - ____ |
| 85. | Cell Phone Number: | ( ___ ) ____ - ____ |
| 86. | Email Address: | |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |

## VII. REPRESENTATIVE CLAIMANT INFORMATION

You must complete each question in this section if you are filling out this Claim Form for an Individual Claimant affected or injured by the Spill who is deceased, or is incompetent or legally incapacitated and unable to complete the Claim Form for himself or herself. (If you are filing for a deceased individual you must provide proof that you are the Personal Representative of the Estate.) **This section does not apply to Business Claimants.**

| 87. | **Reason person affected or injured by the Spill is unable to complete the Claim Form:** | |

| 88. | **Your relationship to Claimant:** | ☐ Spouse ☐ Parent ☐ Child <br> ☐ Sibling ☐ Administrator ☐ Executor <br> ☐ Other (specify): _____ |

Provide *your* name and contact information below.

| 89. | **Last Name:** | |
| 90. | **First Name:** | |
| 91. | **Middle Name:** | |
| 92. | **Current Address:** | Street <br> City / State / Zip / Country |
| 93. | **Home Phone Number:** | ( ___ ) ___ - ___ |
| 94. | **Cell Phone Number:** | ( ___ ) ___ - ___ |
| 95. | **Email Address:** | |
| 96. | **Social Security Number** ☐ <br> or <br> **Individual Taxpayer Identification Number** ☐ <br> (Check which is applicable.) | ___ - ___ - ___ <br> ___ - ___ - ___ |

## VIII. METHOD OF PAYMENT

Complete this section to choose how you would like to receive your payment. You may choose to receive payment by check or by a direct wire deposit/electronic fund transfer into your account. Based on your selection, complete the appropriate section below. Do not complete both sections.

### A. ELECTION TO RECEIVE PAYMENT BY WIRE TRANSFER

Complete this section if you want to receive your payment by direct deposit/electronic fund transfer. If you want to receive your payment by check, do not complete this section.

| 97. | **Do you want to receive your payment by direct deposit/electronic fund transfer?** | ☐ Yes ☒ No |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| 98. | Bank Name to Which Wire is to be Sent: | Bank Name | | | |
|---|---|---|---|---|---|
| | | Street | | | |
| | | City | State | Zip | Country |
| 99. | Bank Telephone Number: | | | | |
| 100. | Bank ABA/ Routing Number: | | | | |
| 101. | Account Name: | | | | |
| 102. | Account Number: | | | | |

### B. ELECTION TO RECEIVE PAYMENT BY CHECK

Complete this section if you want to receive your payment by check. For Emergency Advance Payments, checks will be sent by overnight courier and will be made payable to the Individual or Business Claimant who completes this Claim Form. (Be sure to provide your Street Address for overnight delivery.) If you want to receive your payment by wire transfer, do not complete this section.

| 103. | Do you want to receive your payments by check? | [x] Yes    [ ] No |
|---|---|---|
| 104. | If Yes, and you are an individual who does not have your own bank account, please review the Notice attached to this Claim Form. After reviewing this Notice, elect whether you prefer to receive one check or multiple checks. | [x] One Check    [ ] Multiple Checks |

Provide the street address to which you would like the check(s) to be sent in the space below.

| 105. Payment Address: | Street  440 Louisiana, Suite 1901 | | | |
|---|---|---|---|---|
| | City  Houston | State  Texas | Zip  77002 | Country  USA |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |

## IX. SIGNATURE

I certify that the information provided in this Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any award resulting from that claim, including any appeal of that award, legitimate business purposes associated with administering the GCCF, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

| Signature: | | Date: | 11/22/2010 (Month/Day/Year) |
| Printed Name: | First J. Christopher | Middle | Last Dean |
| Title, if a business: | Dean Law Firm on behalf of Crabco | | |

| Has anyone, other than a family member or an Attorney you identified in Section III, assisted you in the preparation of this Claim Form? | ☐ Yes ☐ No |
| Name of individual and company, if applicable: | |

## HOW TO SUBMIT THIS CLAIM FORM

Submit this Claim Form and the supporting documents required in Exhibit A to the GCCF by one of the following methods:

**Regular Mail:**
Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958

**Overnight, Certified or Registered Mail:**
Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

**Fax:**
1-866-682-1772

**Email Attachment:**
info@gccf-claims.com

When attaching your supporting documents, be sure to provide the appropriate identification number (your Social Security Number, or other Tax Identification Number). On Exhibit A to this Claim Form, check off each type of document you are submitting in support of your claim. Attach all supporting documents to the Claim Form and submit your Claim to the GCCF.

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| **GCCF 2000-C** **EXHIBIT A** | **SUPPORTING DOCUMENTATION FOR INDIVIDUAL AND BUSINESS CLAIMS** **GULF COAST CLAIMS FACILITY** |
|---|---|

You must provide documentation for each type of injury or damage you claimed in Section IV.A of the Claim Form. For Emergency Advance Payments, you must provide each of the documents required in the column labeled "Documents for Claimants Seeking Emergency Advance Payments." If you do not have each of the documents required for an Emergency Advance Payment but have another type of proof that you believe supports your claim, check the last item on the list. "Other proof, if applicable," and provide that documentation. The documents listed in the column labeled "Documents for Claimants Seeking Final Payment" are examples of the types of documents that may support a claim for Final Payment. Provide as many types of such documentation as you have available. The GCCF will evaluate your claim based on the information and documentation you submit and will contact you if additional documentation is necessary.

Use the check boxes beside each type of documentation to indicate whether you are providing that document.

| | **I. REMOVAL AND CLEAN UP COSTS** | | |
|---|---|---|---|
| | **Document** | **Documents for Claimants Seeking Emergency Advance Payments** | **Documents for Claimants Seeking Final Payment** |
| 1. | Documents describing the removal actions. | ☐ | ☐ |
| 2. | Documents providing the dates on which work was performed. | ☐ | ☐ |
| 3. | Documents providing the analysis of spill substance. | | ☐ |
| 4. | Maps of the area. | | ☐ |
| 5. | Pictures of the area. | | ☐ |
| 6. | Receipts, invoices, or similar records with description of the work. | ☐ | ☐ |
| 7. | Documents explaining how the rates were determined and any comparison of the rates. | | ☐ |
| 8. | Daily records of the personnel costs including details on labor rates, hours, travel, and transportation. | | ☐ |
| 9. | Daily records of the equipment costs including description and use. | | ☐ |
| 10. | Signed disposal manifests and proof of payment for the disposal. | | ☐ |
| 11. | Payroll verification documents showing hourly rates at the time of the Spill. | | ☐ |
| 12. | Documents showing verification of the standard equipment rates for equipment used. | | ☐ |
| 13. | Documentation of payments received from private insurance. | | ☐ |
| 14. | Other proof, if applicable. | ☐ | ☐ |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|-------|--------|-------------|------------|-------------|--|

| GCCF 2000-C EXHIBIT A | SUPPORTING DOCUMENTATION FOR INDIVIDUAL AND BUSINESS CLAIMS GULF COAST CLAIMS FACILITY |
|---|---|

You must provide documentation for each type of injury or damage you claimed in Section IV.B of the Claim Form. For Emergency Advance Payments, you must provide each of the documents required in the column labeled "Documents for Claimants Seeking Emergency Advance Payments." If you do not have each of the documents required for an Emergency Advance Payment but have another type of proof that you believe supports your claim, check the last item on the list, "Other proof, if applicable," and provide that documentation. The documents listed in the column labeled "Documents for Claimants Seeking Final Payment" are examples of the types of documents that may support a claim for Final Payment. Provide as many types of such documentation as you have available. The GCCF will evaluate your claim based on the information and documentation you submit and will contact you if additional documentation is necessary.

Use the check boxes beside each type of documentation to indicate whether you are providing that document.

## II. REAL OR PERSONAL PROPERTY

| | Document | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|---|
| 1. | Copy of title, deed, lease, or license to property in Claimant's name. | ☐ | ☐ |
| 2. | Documents demonstrating that the property was injured or destroyed. | ☐ | ☐ |
| 3. | Documents showing the value of property both before and after the injury. | ☐ | ☐ |
| 4. | Documents showing the cost of repair or replacement of the property including copies of bills paid for repair of damage or estimates showing activities and costs to repair the damage. | ☐ | ☐ |
| 5. | Documents demonstrating that the property was not usable because of the Spill. | | ☐ |
| 6. | Documents showing whether substitute property was available and, if used, the costs thereof. | | ☐ |
| 7. | Pictures or videotape of the property and/or the damage. | | ☐ |
| 8. | Maps or legal documents showing the location of the property within the Spill area. | | ☐ |
| 9. | If property was sold, professional property appraisals for the value of the property prior to and after the Spill, actual selling price of the property, and evidence connecting the depressed selling price to the Spill rather than to other economic or real property factors. | | ☐ |
| 10. | Documents showing any expenses or money lost while the property was unavailable because of the Spill damage. | | ☐ |
| 11. | Lease or rental agreement of any substitute property used. | | ☐ |
| 12. | Documentation of payments received from private insurance. | | ☐ |
| 13. | Documents demonstrating that the economic loss claimed was incurred as the result of the physical injury or destruction of the property. | ☐ | ☐ |
| 14. | Other proof, if applicable. | ☐ | ☐ |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| GCCF 2000-C EXHIBIT A | SUPPORTING DOCUMENTATION FOR INDIVIDUAL CLAIMS GULF COAST CLAIMS FACILITY |
|---|---|

This section of Exhibit A applies to Individual Claimants only. Business Claimants should proceed to the next section of Exhibit A. You must provide documentation for each type of injury or damage you claimed in Section IV.C of the Claim Form. For Emergency Advance Payments, you must provide each of the documents required in the column labeled "Documents for Claimants Seeking Emergency Advance Payments." If you do not have each of the documents required for an Emergency Advance Payment but have another type of proof that you believe supports your claim, check the last item on the list. "Other proof, if applicable," and provide that documentation. The documents listed in the column labeled "Documents for Claimants Seeking Final Payment" are examples of the types of documents that may support a claim for Final Payment. Provide as many types of such documentation as you have available. The GCCF will evaluate your claim based on the information and documentation you submit and will contact you if additional documentation is necessary.

Use the check boxes beside each type of documentation to indicate whether you are providing that document.

### III. LOST EARNINGS OR PROFITS CLAIMS - INDIVIDUALS

| | Document | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|---|
| 1. | Documents showing the property or natural resources that were injured, destroyed or lost resulting in lost earnings or profits. | ☐ | ☐ |
| 2. | Fishing License (if applicable). | ☐ | ☐ |
| 3. | Affidavit from an employer on the impact on Claimant's work or income due to the Spill. | | ☐ |
| 4. | Copies of pay stubs, receipts, etc. from before the Spill. | ☐ | ☐ |
| 5. | Personnel records from an employer before the Spill showing employment. | ☐ | ☐ |
| 6. | Documents providing a description of the efforts to reduce loss, including job search. | | ☐ |
| 7. | Copies of any job-hunting expenses (e.g., travel costs). | | ☐ |
| 8. | Signed copies of income tax returns and schedules for 2008-2009. | ☐ | ☐ |
| 9. | Documents providing the details of employment expenses not incurred during the period being claimed (e.g., commuting costs). | | ☐ |
| 10. | Copies of pay stubs, etc., from alternative employment during the period being claimed. | | ☐ |
| 11. | When records are unavailable, a notarized statement from a Public Official or a member of the clergy may be submitted attesting to the occupation and employment background of the Claimant. | | ☐ |
| 12. | Documentation of unemployment compensation or other government benefits received. | ☐ | ☐ |
| 13. | Documentation of payments received from private insurance. | | ☐ |
| 14. | Other proof, if applicable. | ☐ | ☐ |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|-------|--------|-------------|------------|-------------|--|

| GCCF 2000-C<br>Exhibit A | **SUPPORTING DOCUMENTATION FOR BUSINESS CLAIMS**<br>**GULF COAST CLAIMS FACILITY** |
|--------------------------|-------------------------------------------------------------------------------------|

**This section of Exhibit A applies to Business Claimants only.** The Business Claimant must provide documentation for each type of injury or damage claimed in Section IV.C of the Claim Form. For Emergency Advance Payments, the Business Claimant must provide each of the documents required in the column labeled "Documents for Claimants Seeking Emergency Advance Payments." If the Business Claimant does not have each of the documents required for an Emergency Advance Payment but has another type of proof that the Business Claimant believes supports its claim, check the last item on the list, "Other proof, if applicable," and provide that documentation. The documents listed in the column labeled "Documents for Claimants Seeking Final Payment" are examples of the types of documents that may support a claim for Final Payment. Provide as many types of such documentation as the Business Claimant has available. The GCCF will evaluate the claim based on the information and documentation submitted and will contact the Authorized Business Representative if additional documentation is necessary.

Use the check boxes beside each type of documentation to indicate whether the business is providing that document.

### IV. LOST EARNINGS OR PROFITS CLAIMS - BUSINESSES

| | Document | Documents for Business Claimants Seeking Emergency Advance Payments | Documents for Business Claimants Seeking Final Payment |
|----|----------|:---:|:---:|
| 1. | Documents showing dependence on the property or natural resources that were injured, destroyed or lost resulting in lost earnings or profits. | ☐ | ☐ |
| 2. | Documents providing description of business losses due to the Spill. | ☐ | ☐ |
| 3. | Maps or description of area showing business location. | ☐ | ☐ |
| 4. | Copies of monthly financial statements for 2007-2010. (If new or start-up business, provide all available financial statements and a business plan.) | ☐ | ☐ |
| 5. | Copies of letters of business cancellations caused by the Spill. | | ☐ |
| 6. | Signed copies of income tax returns and schedules for 2007-2009. | ☐ | ☐ |
| 7. | Documents providing details on efforts to mitigate losses or why no efforts were taken. | | ☐ |
| 8. | For hotels, documentation of monthly occupancy information for 2007-2010. | | ☐ |
| 9. | Documentation of payments received from private insurance. | | ☐ |
| 10. | Docking/Marina Fees (for Charter Boat Owners). | ☐ | ☐ |
| 11. | Documentation demonstrating canceled contracts. | | ☐ |
| 12. | Documentation for refunds of any deposit for canceled contracts. | | ☐ |
| 13. | Valid Commercial Fishing License (for Commercial Fishing Business). | ☐ | ☐ |
| 14. | Record of monthly sales from January 2009 – December 2009. | ☐ | ☐ |
| 15. | Record of monthly sales for January 2008 – December 2009 and to date. | | ☐ |
| 16. | Monthly sales records (sales tax returns, if applicable). | ☐ | ☐ |
| 17. | Other proof, if applicable. | ☐ | ☐ |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| GCCF 2000-C EXHIBIT A | **SUPPORTING DOCUMENTATION FOR INDIVIDUAL CLAIMS** **GULF COAST CLAIMS FACILITY** |
|---|---|

You must provide documentation for each type of injury or damage you claimed in Section IV.D of the Claim Form. For Emergency Advance Payments, you must provide each of the documents required in the column labeled "Documents for Claimants Seeking Emergency Advance Payments." If you do not have each of the documents required for an Emergency Advance Payment but have another type of proof that you believe supports your claim, check the last item on the list, "Other proof, if applicable," and provide that documentation. The documents listed in the column labeled "Documents for Claimants Seeking Final Payment" are examples of the types of documents that may support a claim for Final Payment. Provide as many types of such documentation as you have available. The GCCF will evaluate your claim based on the information and documentation you submit and will contact you if additional documentation is necessary.

Use the check boxes beside each type of documentation to indicate whether you are providing that document.

### V. LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES

| | Document | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|---|
| 1. | Documents identifying the specific natural resource for which compensation for loss of subsistence use is being claimed. | ☐ | ☐ |
| 2. | Documents providing a description of the actual subsistence use of each specific natural resource identified. | ☐ | ☐ |
| 3. | Documents providing a description of how and to what extent the subsistence use of the natural resource was affected by the injury to, destruction of, or loss of the specific natural resource. | | ☐ |
| 4. | Documents providing a description of the efforts made to mitigate the subsistence use loss. | | ☐ |
| 5. | Documents providing a description of each alternative source or means of subsistence available during the period of time for which the loss of subsistence is claimed. | | ☐ |
| 6. | Documents providing a description of any compensation available for the subsistence loss. | | ☐ |
| 7. | Photographs, videos, maps. | | ☐ |
| 8. | Published accounts, witness statements and other written records documenting the claimed use of natural resources for subsistence purposes before, during, and after the Spill. | | ☐ |
| 9. | Store and barter receipts showing the replacement costs claimed. | ☐ | ☐ |
| 10. | Witness statements and documents showing the alternative sources of subsistence, and Claimant's efforts to reduce the damages resulting from the loss of subsistence use. | | ☐ |
| 11. | Records showing the expenses avoided during the time Claimant was not able to carry out subsistence use of the affected natural resource. | | ☐ |
| 12. | Documentation of any compensation received for the subsistence loss. | | ☐ |
| 13. | Other proof, if applicable. | ☐ | ☐ |

| Name: | Crabco | SSN or EIN: | 27-3274840 | Claimant #: | |
|---|---|---|---|---|---|

| GCCF 2000-C EXHIBIT A | **SUPPORTING DOCUMENTATION FOR INDIVIDUAL CLAIMS** **GULF COAST CLAIMS FACILITY** |
|---|---|

**This section of Exhibit A applies to Individual Claimants only.** You must provide documentation for each type of injury or damage you claimed in Section IV.E of the Claim Form. For Emergency Advance Payments, you must provide each of the documents required in the column labeled "Documents for Claimants Seeking Emergency Advance Payments." If you do not have each of the documents required for an Emergency Advance Payment but have another type of proof that you believe supports your claim, check the last item on the list, "Other proof, if applicable," and provide that documentation. The documents listed in the column labeled "Documents for Claimants Seeking Final Payment" are examples of the types of documents that may support a claim for Final Payment. Provide as many types of such documentation as you have available. The GCCF will evaluate your claim based on the information and documentation you submit and will contact you if additional documentation is necessary.

Use the check boxes beside each type of documentation to indicate whether you are providing that document.

## VI. PHYSICAL INJURY/DEATH

| | Document | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|---|
| 1. | Documents providing a description of the injury. | ☐ | ☐ |
| 2. | Documents providing a description of the cause of the injury/death. | ☐ | ☐ |
| 3. | Identification of the geographic location where the injury/death occurred. | ☐ | ☐ |
| 4. | Proof of injury, including medical records, medical bills, and pharmacy records. | ☐ | ☐ |
| 5. | If death is being claimed, copy of death certificate and, where available, autopsy report. In addition, include all in-patient hospital records if death occurred while in the hospital. | ☐ | ☐ |
| 6. | If claim is submitted for a deceased individual, provide documentation that the Claimant is the Personal Representative of the Estate. | ☐ | ☐ |
| 7. | If disability is claimed, proof of degree of disability. | | ☐ |
| 8. | Documentation of payments received from private insurance. | | ☐ |
| 9. | Proof of lost income. | ☐ | ☐ |
| 10. | Other proof, if applicable. | ☐ | ☐ |

## NOTICE OF CHECK CASHING OPTIONS
## INFORMATION REGARDING QUESTION 104 OF THE GCCF CLAIM FORM
## (FOR INDIVIDUALS WHO DO NOT HAVE BANK ACCOUNTS)

Question 104 of the Claim Form asks you whether you prefer to receive your payment in one or multiple checks. <u>Before you make that election, read this Notice carefully</u>.

If you are an Individual whose Claim with the Gulf Coast Claims Facility ("GCCF") is found eligible for a payment but you do not have a bank account, the GCCF has made arrangements with Whitney National Bank ("Whitney") to assist you. Whitney has branches located throughout the affected region of the Gulf.

The options contained in this Notice are available only to Individuals and not to Businesses.

**With proper government issued photo identification (for example, a driver's license or passport), an Individual Claimant can go to any Whitney branch to do any of the following, based on the amount of your payment and number of checks you receive:**

(1) **One Check for $5,000 or less:**  Whitney will cash this check.

(2) **One Check for more than $5,000:**  Whitney will cash up to $5,000 of your check in one day. (Whitney cannot guarantee more than $5,000 cash in one day to one Individual Claimant).  Whitney will give you the balance of your payment in a fully-negotiable bank check, which you can present at any other banking institution anywhere in the country.

(3) **Multiple Checks if Payment is for more than $5,000.**  Whitney will give you cash for at least the first $5,000 on any given business day.  For the remaining checks, you may choose to:

(a) Receive a fully-negotiable bank check, which you can present at any banking institution anywhere in the country; or

(b) Cash them during the remaining validity term of the check with at least $5,000 in cash being made available at Whitney on any given business day; and

(c) If you are eligible, you can open a free checking account at Whitney, so that you can cash the first $5,000 check and deposit any remaining checks into a new bank account at Whitney, which will also provide you with an ATM card for cash withdrawal.

# EXHIBIT C

# GCCF    Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

 ICF0374223964

December 6, 2010

CRABCO
c/o DEAN LAW FIRM
J DEAN
440 LOUISIANA
SUITE 1901
HOUSTON, TX 77002

Re:    Deepwater Horizon Incident on April 20, 2010
       Claimant Identification Number: 1180295

Dear CRABCO:

Your Claim has been received by the Gulf Coast Claims Facility ("GCCF") for processing and payment determination. Your Claim will be reviewed for completeness and eligibility. Please note the referenced Claimant Identification Number above, which will be your Claimant identifier throughout the review and payment process.

If you have any questions, please call the GCCF Office on our toll-free telephone line at 1-800-916-4893 (1-866-682-1758 for the hearing impaired (TTY)), visit our website, www.GulfCoastClaimsFacility.com, or visit one of our Claims Office Facilities to meet with a Claims Evaluator. A list of locations of Claims Site Offices is attached.

Sincerely,
Administrator
Gulf Coast Claims Facility



# GCCF

# Gulf Coast Claims Facility
### www.GulfCoastClaimsFacility.com

## CLAIMS SITE OFFICES

### ALABAMA

**Bayou La Batre**
13290 N. Wintzell Avenue
Bayou La Batre, AL  36509

**Dauphin Island**
1008 Alabama Avenue
Dauphin Island, AL  36528

**Foley**
1506 N. McKenzie Street
(Highway 59)
Suite 104
Foley, AL  36535

**Gulf Shores**
1709 Gulf Shores Parkway
Gulf Shores, AL  36542

**Mobile**
325 E. I-65 Service Road
(Beltline Highway)
Suite 1
Mobile, AL  36606

**Orange Beach**
24039 Perdido Beach Boulevard
Suite 1
Orange Beach, AL  36561

### FLORIDA

**Apalachicola**
194 14th Street
Suite 105
Apalachicola, FL  32320

**Clearwater**
2551 Drew Street
Suite 301
Clearwater, FL  33765

**Crawfordville**
3010 Crawfordville Highway
Suites A & B
Crawfordville, FL  32327

**Fort Walton Beach**
348 Miracle Strip S.W. Parkway
Suite 13
Fort Walton Beach, FL  32548

**Gulf Breeze**
5668 Gulf Breeze Parkway
Unit B9
Gulf Breeze, FL  32563

**Key Largo**
100360 Overseas Highway
Suite 1
Key Largo, FL  33037

**Key West**
3722 N. Roosevelt Boulevard
Suite H
Key West, FL  33040

**Marathon**
7885 Overseas Highway
Marathon, FL  33050

**Naples**
4121 E. Tamiami Trail
Naples, FL  34112

**Panama City Beach**
7938 Front Beach Road
Panama City Beach, FL  32408

**Pensacola**
3960 West Navy Boulevard
Suites 16-17
Pensacola, FL  32507

**Port St. Joe**
106 Trade Circle West
Suite A
Port St. Joe, FL  32456

**Santa Rosa Beach**
5008 US Highway 98W
Units 6 & 7
Santa Rosa Beach, FL  32459

### LOUISIANA

**Cut Off**
16263 E. Main Street
Tarpon Heights Shopping Center
Unit 2
Cut Off, LA  70345

**Grand Isle**
3811 LA 1
Grand Isle, LA  70358

**Gretna/Belle Chasse**
2766 Belle Chasse Highway
Suite A-9
Gretna, LA  70056

**Houma**
814 Grand Caillou Road
Suites 2 & 3
Houma, LA  70363

**Lafitte**
2654 Jean Lafitte Boulevard
Lafitte, LA  70067

**Morgan City**
889 US Highway 90
Morgan City, LA  70380

**New Iberia**
965 S. Lewis Street
New Iberia, LA  70560

**New Orleans East**
4375 Michoud Boulevard
New Orleans, LA  70129

**Point a la Hache**
15535 Highway 15
DeVant, LA  70040

**Slidell**
1300 Gause Boulevard
Suite A5&6
Slidell, LA  70458

**St. Bernard**
3132 E. Judge Perez Drive
Suite D
Meraux, LA  70075

**Venice**
P.O. Box 369
41093 Highway LA 23
Boothville, LA  70038

### MISSISSIPPI

**Bay St. Louis**
1171 Highway 90
Bay St. Louis, MS  39520

**Biloxi**
15812 Lemoyne Boulevard
Biloxi, MS  39532

**Pascagoula**
5912 Old Mobile Highway
Suites 3 & 4
Pascagoula, MS  39581

### TEXAS

**Galveston**
2001 Post Office Street
Unit #2
Galveston, TX  77553

# EXHIBIT D

GCCF     Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

October 17, 2011

J. CHRISTOPHER DEAN
DEAN LAW FIRM
17225 EL CAMINO REAL, SUITE 190
HOUSTON, TX 77058

**RE:** **Determination Letter on Final Payment Claim**
**CRABCO**
**Claimant ID: 1180295**

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

You have filed one or more Claim Forms with the GCCF. This Determination Letter ("Letter") is an official notification from the GCCF. If this Letter does not address all claims that you have filed to date, then the GCCF is still processing your other claims.

The GCCF has have reviewed the Full Review Final Payment Claim Form that you submitted. This Letter informs you of the outcome of that review and describes your options now. If you disagree with the GCCF's decision on your Final Payment claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at **www.uscg.mil/npfc/claims**. Information regarding the multidistrict litigation may be obtained from the court's website at **www.laed.uscourts.gov**.

### I.    The Determination on Your Claim and Calculation of Losses.

You qualify for compensation from the GCCF.  **Attachment A** to this Letter explains the amount that we are offering you as a Final Payment (the "Final Payment Offer"), which is the amount you can be paid now if you decide to accept the Final Payment Offer and sign a Release and Covenant Not to Sue (the "Release").   The Release waives and releases any claims that you have or may have in the future against BP and all other potentially responsible parties with regard to the Oil Spill, and prevents you from submitting any claim seeking payment from the NPFC or a court.  **Attachments B and C** to this Letter show you the periods of your documented losses based upon the records you submitted.  **Attachment D** shows you the periods where documents were missing (which means that we could not award you losses for those periods).

### II.    Your Final Payment.

If you want to be paid the amount shown in your Final Payment Offer in **Attachment A** and fully resolve your entire claim now, you can accept your Final Payment Offer.  Your Final Payment Offer includes payment for all future damages to you as a result of the Oil Spill, determined according to the Gulf Coast Claims Facility's Final Rules Governing Payment Options, Eligibility and Substantiation Criteria, and Final Payment Methodology.  Your Final Payment Offer is valid for 90 days after the date of this Letter.  This Letter contains a Final Payment Election Form with a box for you to use to accept the Final Payment Offer and a space for your signature.  To accept your Final Payment Offer, check the box on the Final Payment Election Form indicating that you accept your Final Payment Offer, sign it and return it to the GCCF no later than 90 days after the date of this Letter.  We then will send you a Release for you to sign and return to be paid the Final Payment Amount.  We will send the Final Payment Amount to you within 14 days after receipt of a complete and properly signed Release.  You must submit your original signature on the Release to us.  We will not accept faxes, scanned images or photocopies of your signed Release.

You may appeal a Final Payment Offer if your total monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is in excess of $250,000.  The appeal will be reviewed by a panel of three neutrals who will make an independent determination of the claim's value.  BP will have the right to appeal to the panel of three neutrals if your monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is $500,000 or more.

All claimants are entitled to request a Re-Review of a Final Payment Offer as described below in this Letter.  The GCCF has determined that when a claimant has filed a request for Re-Review of a Final Payment Offer, the fourteen (14) day deadline for filing an appeal will run from the date of notification of the GCCF's determination of the Re-Review.  If a claimant does not file a request for a Re-Review of a Final Payment Offer, the fourteen (14) day deadline for filing an appeal will run from the date of notification of the GCCF's Final Determination.

PLEASE NOTE:  If your total Final Payment Offer is in excess of $500,000, payment of your Final Amount will not be made until the expiration of the 14-day period for the right of an appeal of your claim by BP.  The expiration of the right of an appeal is 14 days from the date of this Letter.  For further information on the appeal process, visit the GCCF website at **www.gulfcoastclaimsfacility.com**.

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

If you are represented by a lawyer, you should discuss your rights with your lawyer before signing and returning the Release.  If you would like to consult with an attorney but cannot afford one, free legal help is available for the GCCF Interim or Final Claims Process, through a network of nonprofit civil legal service organizations in Alabama, Florida, Louisiana, Mississippi and Texas.  Information about this free assistance is available on the GCCF website, **www.gulfcoastclaimsfacility.com**.

If you do not accept your Final Payment Offer, then you may request a Re-Review of your Final Payment Offer or choose to seek additional Interim Payments from the GCCF, as described in this Letter.

### III.    Lien Withholdings.

Your Final Payment Offer is subject to withholdings for any outstanding liens received by the GCCF prior to making payment.  If we have received a lien as to your claim, this Letter has an **Attachment E** that provides details on the lien and how it affects your Final Payment Offer.

### IV.    Request for Re-Review of Your Payment Calculations.

You may request a Re-Review of your claim if you believe that a miscalculation occurred or if you wish to submit some or all of the missing documentation identified on **Attachment D**.  To request a Re-Review, you must complete the Re-Review Election Form enclosed with this Letter and either mail it to us or submit it through the GCCF website, no later than 30 days after the date of

this Letter. You must identify in the Re-Review Election Form the reason(s) for your request and identify the documents that form the basis of your request for a Re-Review. Only documents for the missing loss periods identified in **Attachment D** of this Letter will be re-reviewed. If you wish to submit documents for review that provide information outside the missing loss periods identified in **Attachment D** of this Letter, you must submit a new Interim Payment Claim Form. In accordance with the GCCF's Final Rules dated February 18, 2011, Interim Payment claims may be filed once each calendar quarter.

Within 30 days of receipt of your request for Re-Review of your claim, the GCCF will issue you a new Determination Letter based upon the Re-Review. Your payment calculation and Final Offer could change or may be the same as those in this Letter. If you submit any new documents within the missing loss periods identified in **Attachment D** showing additional losses caused by the Oil Spill, we will include those losses in your new Determination Letter.

**V.      Submit Future Claim(s) for an Interim Payment.**

If you decide not to accept your Final Payment Offer, you may submit future Interim Payment Claim Forms along with the Required Documentation to show damages caused to you by the Oil Spill. You may submit only one Interim Payment Claim Form during each calendar quarter (the calendar quarters are Jan-Mar; April-June; July-September; and Oct-Dec). You must submit a new Interim Payment Claim Form to seek payment for any period beyond that covered by this Determination Letter. **The GCCF will review only one claim for you for each quarter and will evaluate all of the supporting documentation that you have submitted through the date of that review.** If you file another quarterly Interim Payment Claim, the GCCF will review your claim and evaluate all newly submitted supporting documentation since the review of your previous Interim Payment Claim and, if you prove additional losses caused by the Oil Spill, the GCCF will issue you a new Determination Letter and send you payment for those additional past losses. Your new Determination Letter will provide a Final Payment Offer that you will have 90 days to accept. All Final Payment Offers will be reduced by Interim Payments and any other offsets.

**VI.     What to Do if You Have Questions About This Letter.**

If you have any questions about this Letter, you can either visit a GCCF Site Office where local personnel have been retained and are now in place at GCCF Site Offices throughout the Gulf region, or speak to the GCCF Claims Review Specialist identified below who can answer questions about your claim, this Determination Letter, and the calculations used to derive the Final Payment Offer. For TTY assistance call 1-866-682-1758. For more efficient service, have this Letter and your GCCF Claimant Identification Number with you when you call or reference them in your email. If you are represented by an attorney, we will communicate directly with your attorney.

Your GCCF Claims Review Specialist is: Kendra 59923 at 1-800-353-1262

Sincerely,

Kenneth R. Feinberg

Kenneth R. Feinberg
Claims AdministratorGulf
Coast Claims Facility

| ATTACHMENT A: EVALUATION OF CLAIM | | |
|---|---|---|
| **A. METHODOLOGY** | | |
| **Methodology used to calculate Projected Revenues** | **2010:** Projected revenue was calculated based on gross revenue for the corresponding months in the prior year. | |
| | **2011:** | |
| Loss of Income Percentage (LOI%) adjusts the calculated Lost Revenues to reflect saved or discontinued expenses (see Attachments B & C). | | |
| **B. CALCULATION OF PAST LOST PROFITS** | | |
| 1. | **2010 Lost Profits  (Including Increased Costs of $25,815.00)** <br> (2010 Lost Revenues multiplied by the LOI% in Attachment C to determine Lost Profits) | $73,338.23 |
| 2. | **2011 Lost Profits** (1/1/11 through 3/31/11) <br> (2011 First Quarter Lost Revenues multiplied by the LOI% in Attachment C to determine Lost Profits) | $0.00 |
| 3. | **2011 Lost Profits** (After 3/31/11) <br> (2011 Lost Revenues after 3/31/11 multiplied by the LOI% in Attachment B to determine Lost Profits) | $0.00 |
| **C. FINAL PAYMENT OFFER** | | |
| 1. | **2010 Lost Profits** (From Row 1 in Section B) **Multiplied by a Future Recovery Factor of 2** | $146,676.46 |
| 2. | **Total Post-Spill Lost Profits** (Sum of all rows in Section B) | $73,338.23 |
| 3. | **Final Payment Amount** (The higher of Row 1 or Row 2) | $146,676.46 |
| 4. | **Less Offsets:** (The deductions for previous payments from BP or a Real Estate Fund shown below are based on the most recent data the GCCF has received from those organizations.  If the amount of the deduction below has changed from that shown in a previous Determination Letter sent to you, then the data we received has changed since that previous letter.  If you feel that the deducted amount is wrong, contact us to explain the discrepancy.) | |
| | Payments by BP | $0.00 |
| | Real Estate Fund Payment | $0.00 |
| | GCCF Emergency Payments | $0.00 |
| | GCCF Interim Payments | $0.00 |
| | Unemployment Compensation | $0.00 |
| 5. | **Calculated Final Payment Amount** | **$146,676.46** |
| 6. | **Final Payment Offer:** If your calculated Final Payment Offer is below $25,000, your Final Payment Offer is the minimum final offer amount of $25,000.  (If your Final Payment Offer is subject to an outstanding lien, **Attachment E** provides details on the lien.) <br><br> The GCCF calculates all of your losses based upon the financial records you have submitted.  If the calculation of this claim or a later claim results in a determination of 2010 losses lower than that shown in a previous Determination Letter sent to you, your Final Payment Offer (before offsets for prior payments) will remain the same as the Final Payment Offer previously made to you.  Remember, however, that this policy may change if, based upon a renewed evaluation of available data regarding the recovery of the Gulf, the GCCF makes an adjustment to the Future Recovery Factor. <br><br> If you wish to accept this Final Payment Offer, check the box in Section C of the Final Payment Election Form included with this Letter and sign and return the Final Payment Election Form to the GCCF. | **$146,676.46** |

## ATTACHMENT B:
## DETAIL ON FINANCIAL CALCULATIONS FOR LOST PROFITS AFTER 3/31/11

You submitted documents showing your 2011 revenues for the measurement period shown below. For any period after 3/31/11, the calculation of your Lost Profits is limited to your Projected Monthly Revenues minus the higher of (a) your Actual 2010 Revenues plus 5% for the aggregate period as adjusted for seasonality or (b) your Actual 2011 Revenues for the aggregate period, as shown here:

| Measurement Period | Projected Monthly Revenues | Seasonally Adjusted Actual 2010 Revenues +5% | Actual 2011 Revenues | Lost Revenues After 3/31/11 (Projected Monthly Revenues Minus Higher of Actual 2010 Revenues + 5% or Actual 2011 Revenues) | LOI% | Lost Profits |
|---|---|---|---|---|---|---|
| None | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 |

This is your Determination Letter for the 3rd Quarter of 2011 filing. The GCCF reviewed all documentation you submitted through the measurement period shown above on the Business Lost Profits claim that led to this Determination Letter. We will review in the next quarter any supporting documentation for a later period that you may have submitted with the submission of your next Interim Payment/Final Payment Claim Form.

**ATTACHMENT C:**
**DETAIL ON FINANCIAL CALCULATIONS FOR LOST PROFITS FOR 2010 AND JAN.– MARCH, 2011**

You submitted documents showing your Post-Spill revenues for the periods shown below. The GCCF based its calculation of any Interim Payment Amount and the Calculated Final Payment Offer upon this submitted documentation for loss periods in Attachments B and C.

| Measurement Period | | Projected Monthly Revenues | Actual Post-Spill Revenues | Lost Revenues (Projected Monthly Revenues Minus Actual Post-Spill Revenues) | LOI% | Lost Profits (Lost Revenues Multiplied by the LOI %) |
|---|---|---|---|---|---|---|
| 1. | 5/1/2010 - 05/31/2010 | $123,907.00 | $36,825.00 | $87,082.00 | 25.77 | $22,441.03 |
| 2. | 6/1/2010 - 06/30/2010 | $77,938.00 | $48,709.00 | $29,229.00 | 25.77 | $7,532.31 |
| 3. | 7/1/2010 - 07/31/2010 | $50,456.00 | $39,415.00 | $11,041.00 | 25.77 | $2,845.27 |
| 4. | 8/1/2010 - 08/31/2010 | $53,862.00 | $27,693.00 | $26,169.00 | 25.77 | $6,743.75 |
| 5. | 9/1/2010 - 09/30/2010 | $51,643.00 | $48,597.00 | $3,046.00 | 25.77 | $784.95 |
| 6. | 10/1/2010 - 10/31/2010 | $21,079.00 | $14,740.00 | $6,339.00 | 25.77 | $1,633.56 |
| 7. | 11/1/2010 - 11/30/2010 | $17,741.00 | $14,213.00 | $3,528.00 | 25.77 | $909.17 |
| 8. | 12/1/2010 - 12/31/2010 | $22,809.00 | $4,830.00 | $17,979.00 | 25.77 | $4,633.19 |
| Totals | | $419,435.00 | $235,022.00 | $184,413.00 | | $47,523.23 |

## ATTACHMENT D. PERIODS FOR WHICH FINANCIAL DOCUMENTS ARE MISSING

You did not submit documents showing your revenues for the periods identified below. Nor did you provide any proof that that you did not receive any revenues during those periods. The GCCF can re-review your claim if you submit such documents. The GCCF Document Requirements that accompanied the Claim Form listed the required supporting documentation to show revenues for these periods. You may submit these records to document the periods with missing documents identified below:

**Business Claimants:**

    (a)   Federal income tax returns, including all W-2 forms, 1099 forms, and other attachments or schedules to each return, if you have filed a return for the period.
    (b)   Monthly and annual Profit and Loss statements.
    (c)   Monthly sales and use tax returns.
    (d)   For seafood harvesting businesses, a report, obtained from the applicable governmental agency, of the Claimant's landings since January 1, 2008.
    (e)   For new or start-up businesses, all available financial statements and business plans.

| | Periods Missing Documents |
|---|---|
| **1.** | None |

| GCCF 1012 | **FINAL PAYMENT ELECTION FORM**<br>Date of Notice: October 17, 2011<br>Deadline to Submit Re-Review Election Form: November 16, 2011<br>Date Final Payment Offer Expires: January 15, 2012 |
|---|---|

### A. CLAIMANT INFORMATION

| Claimant Name | CRABCO | | | | Claimant Number | 1180295 | |
|---|---|---|---|---|---|---|---|
| Address | **Street**<br>15207 LA HWY 694 | | | **City**<br>ABBEVILLE | | **State**<br>LA | **Zip**<br>70510 |
| Claimant Type<br>(Individual or Business) | Business | **Business Type** | | Fish/Shellfish Processor | | **Zip Code of Loss** | 70575 |

### B. ATTORNEY REPRESENTATION INFORMATION

| ❏ | The GCCF has no information that this Claimant is represented by an attorney. |
|---|---|
| ☒ | The GCCF has been informed that this Claimant is represented by the following attorney: |

| Attorney Name | J. CHRISTOPHER DEAN | | **Law Firm** | DEAN LAW FIRM | | |
|---|---|---|---|---|---|---|
| Address | **Street**<br>17225 EL CAMINO REAL, SUITE 190 | **City**<br>HOUSTON | | | **State**<br>TX | **Zip**<br>77058 |

### C. ELECTION TO ACCEPT FINAL PAYMENT OFFER

| ❏ | I elect to be paid the Final Payment Offer described in my Determination Letter and acknowledge that it is subject to any outstanding lien identified in **Attachment E** to the Letter (if the Letter has an Attachment E) and any other lien of which the GCCF receives notice before payment of the Final Payment Offer. The GCCF will send you a Release and Covenant Not to Sue that you must sign and return to be paid. |
|---|---|

### SIGNATURE

| Signature of Business Owner or<br>Authorized Business Reprentative | | **Date** | /        /<br>(Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing<br>(Print or Type) | | | |

You can complete and send this Final Payment Election Form to elect to be paid this Final Payment Offer using any of the following ways:

| 1. | **By Emailed PDF Attachment:**<br>(Emailed no later than midnight your time on your deadline to respond) | Email to **NoticesandOffers@gccf-claims.com** |
|---|---|---|
| 2. | **By Mail:**<br>(Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH 43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:**<br>(Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH 43017-4958 |
| 4. | **By Facsimile:**<br>(Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:**<br>(No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Final Payment Offer:**<br>(Completed no later than midnight your time for your deadline to elect) | You can accept your Final Payment Offer electronically by visiting the GCCF website at **www.gulfcoastclaimsfacility.com** and accessing your claim status by clicking on the "Check Claim Status" tab. |

| GCCF 1119 | **RE-REVIEW ELECTION FORM**<br>Date of Determination Letter: October 17, 2011<br>Deadline to Submit Re-Review Election Form: November 16, 2011 |
|---|---|

### A. CLAIMANT INFORMATION

| Claimant Name | CRABCO | | | Claimant Number | 1180295 | |
|---|---|---|---|---|---|---|
| **Address** | Street<br>15207 LA HWY 694 | | City<br>ABBEVILLE | | State<br>LA | Zip<br>70510 |
| **Claimant Type**<br>(Individual or Business) | Business | **Business Type** | Fish/Shellfish Processor | | **Zip Code**<br>**of Loss** | 70575 |

### B. ELECTION FOR REEVALUATION OF CLAIM

☐ | I request a Re-Review of my Determination Letter and understand that my payment calculations could potentially change or remain the same. I understand that the GCCF will consider only new documentation that falls within the missing loss periods identified in **Attachment D** of my most recent Determination Letter. If I want the GCCF to consider new documentation after the missing loss periods identified in **Attachment D** of my most recent Determination Letter, I will submit a new Interim Payment Claim Form. In accordance with the GCCF's Final Rules dated February 18, 2011, Interim Payment claims may be filed once each calendar quarter.

### C. STATEMENT OF ISSUES FOR RE-REVIEW

You must complete Sections C.1 and C.2 below to identify the reason(s) for your Re-Review request and any new documentation submitted to support your claim. Describe in detail each aspect of the Determination Letter with which you disagree and want reevaluated. You may attach additional sheets, if necessary.

**C.1**    **Select the reason(s) for your Re-Review request and explain why you disagree with the Determination Letter. If you select "Other" then identify the particular issue with which you disagree:**

☐ Actual Pre-Spill Earnings/Revenues      ☐ Bonus or Overtime Pay
☐ Actual Post-Spill Earnings/Revenues      ☐ Incorrect Employer or Industry
☐ Projected Earnings/Revenues Methodology      ☐ Prior Payment Deductions/Offsets
☐ LOI Percentage      ☐ Accountant Preparation/Job-Seeking Expenses
☐ Missing Component of the Business      ☐ Other
☐ Switch from Individual to Business

**Explanation:**

**C.2**    **Identify any new or previously submitted documents that support the Re-Review request. You must ensure that any *new* documents are submitted to the GCCF with this Re-Review Election Form.**

### D. SIGNATURE

| Claimant Signature | | Date | /  /<br>(Month/Day/Year) |
|---|---|---|---|
| **Name of Person Signing**<br>(Print or Type) | | | |

| GCCF 1119 | **RE-REVIEW ELECTION FORM** Date of Determination Letter: October 17, 2011 Deadline to Submit Re-Review Election Form: November 16, 2011 |
|---|---|

| | **E. WHERE TO SUBMIT THIS FORM:** | |
|---|---|---|
| | You can submit this completed Re-Review Election Form using any of the following ways: | |
| 1. | **By Emailed PDF Attachment:** (Emailed no later than midnight your time on your deadline to respond) | Email to **NoticesandOffers@gccf-claims.com** |
| 2. | **By Mail:** (Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility Kenneth R. Feinberg, Administrator P.O. Box 9658 Dublin, OH  43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:** (Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility Kenneth R. Feinberg, Administrator 5151 Blazer Pkwy., Suite A Dublin, OH  43017-4958 |
| 4. | **By Facsimile:** (Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:** (No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline.  Visit **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Re-Review Request:** (Done no later than midnight your time for your deadline to elect) | You can submit this Re-Review Election Form electronically by visiting the GCCF website at **www.gulfcoastclaimsfacility.com** and accessing your claim status by clicking on the "Check Claim Status" tab. |

# EXHIBIT E

GCCF | Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

March 2, 2012

J. CHRISTOPHER DEAN
DEAN LAW FIRM
17225 EL CAMINO REAL, SUITE 190
HOUSTON, TX 77058

RE:    **Determination Letter on Interim Payment/Final Payment Claim**
       **CRABCO**
       **Claimant ID: 1180295**

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

You have filed one or more Claim Forms with the GCCF. This Determination Letter ("Letter") is an official notification from the GCCF. This Letter addresses all the Claim Forms and documents that you have filed concerning the claims described below. If you filed more than one Claim Form or claims for businesses or activities on which you pay taxes using the same taxpayer identification number (Social Security Number or Employer Identification Number), then we have combined all the claims for that taxpayer identification number into one claim.

The GCCF has reviewed the Interim Payment and/or Full Review Final Payment Claim Form that you submitted. This Letter informs you of the outcome of that review and describes your options now. If you disagree with the GCCF's decision on your Interim Payment or Final Payment claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at **www.uscg.mil/npfc/claims**. Information regarding the multidistrict litigation may be obtained from the court's website at **www.laed.uscourts.gov**.

**I.** **The Determination of Your Claim and Calculation of Losses.**

You qualify for compensation from the GCCF. **Attachment A** to this Letter explains the amount, if any, that we are paying to you now for an Interim Payment as well as an offer for a Final Payment (the "Final Payment Offer"), which is the additional amount you can be paid now if you decide to accept the Final Payment Offer and sign a Release and Covenant Not to Sue (the "Release"). The Release waives and releases any claims that you have or may have in the future against BP and all other potentially responsible parties with regard to the Oil Spill, and prevents you from submitting any claim seeking payment from the NPFC or a court. **Attachments B and C** to this Letter show you the periods of your documented losses based upon the records you submitted. **Attachment D** shows you the periods where documents were missing (which means that we could not award you losses for those periods).

**II.** **Your Interim Payment.**

If **Attachment A** shows that you are entitled to an Interim Payment, the GCCF will send you this payment without requiring you to release or give up any claims or to surrender any litigation rights. This Interim Payment is for your past losses for the period after April 20, 2010, and up to the time of the last period for which you submitted records showing your income or losses, as shown in **Attachments B and C**.

You may submit future Interim Payment Claim Forms along with the Required Documentation to show damages caused to you by the Oil Spill. You may submit only one Interim Payment Claim Form during each calendar quarter (the calendar quarters are Jan-Mar; April-June; July-September; and Oct-Dec). You must submit a new Interim Payment Claim Form to seek payment for any period beyond that covered by this Determination Letter. **The GCCF will review only one claim for you for each quarter and will evaluate all of the supporting documentation that you have submitted through the date of that review.** If you file another quarterly Interim Payment Claim, the GCCF will review your claim and evaluate all newly submitted supporting documentation since the review of your previous Interim Payment Claim and, if you prove additional losses caused by the Oil Spill, the GCCF will issue you a new Determination Letter and send you payment for those additional past losses. Your new Determination Letter will provide a Final Payment Offer that you will have 30 days to accept. All Final Payment Offers will be reduced by Interim Payments and any other offsets.

**III.** **Your Final Payment.**

If you want to be paid the amount shown in your Final Payment Offer in **Attachment A** and fully resolve your entire claim now, you can accept your Final Payment Offer. Your Final Payment Offer includes payment for all future damages to you as a result of the Oil Spill, determined according to the Gulf Coast Claims Facility's Final Rules Governing Payment Options, Eligibility and Substantiation Criteria, and Final Payment Methodology. Your Final Payment Offer is valid for 30 days after the date of this Letter[1]. This Letter contains a Final Payment Election Form with a box for you to use to accept the Final Payment Offer and a space for your signature. To accept your Final Payment Offer, check the box on the Final Payment Election Form indicating that you accept your Final Payment Offer, sign it and return it to us no later than 30 days after the date of this Letter. We then will send you a Release for you to sign and return to be paid the Final Payment Amount. We will send the Final Payment Amount to you within 14 days after receipt of a complete and properly signed Release. You must submit your original signature on the Release to us. We will not accept faxes, scanned images or photocopies of your signed Release.

You may appeal a Final Payment Offer if your total monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is in excess of $250,000. The appeal will be reviewed by a panel of three neutrals who will make an independent determination of the claim's value. BP will have the right to appeal to the panel of three neutrals if your total monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is $500,000 or more.

All claimants are entitled to request a Re-Review of a Final Payment Offer as described below in this Letter. The GCCF has determined that when a claimant has filed a request for Re-Review of a Final Payment Offer, the fourteen (14) day deadline for filing an appeal will run from the date of notification of the GCCF's determination of the Re-Review. If a claimant does not file a request for a Re-Review of a Final Payment Offer, the fourteen (14) day deadline for filing an appeal will run from the date of notification of the GCCF's Final Determination.

PLEASE NOTE: If your total Final Payment Offer is in excess of $500,000, payment of your Final Amount will not be made until the expiration of the 14-day period for the right of an appeal of your claim by BP. The expiration of the right of an appeal is 14 days from the date of this Letter. For more information on the appeal process, visit the GCCF website at **www.gulfcoastclaimsfacility.com**.

---

[1] The GCCF may amend or withdraw this Final Payment Offer if the GCCF determines that the Final Payment Offer was the result of mistake or fraud.

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

If you are represented by a lawyer, you should discuss your rights with your lawyer before signing and returning the Release. If you would like to consult with an attorney but cannot afford one, free legal help is available for the GCCF Interim or Final Claims Process, through a network of nonprofit civil legal service organizations in Alabama, Florida, Louisiana, Mississippi and Texas. Information about this free assistance is available on the GCCF website, **www.gulfcoastclaimsfacility.com**.

If you do not accept your Final Payment Offer, then you may choose to seek additional Interim Payments from the GCCF or request a Re-Review of your Final Payment Offer, as described in this Letter.

## IV.     Deductions for Liens.

Your Interim Payment and Final Payment Offer are subject to deductions for any outstanding liens received by the GCCF before we issue your payments, other deductions required by state or federal law or by any court order affecting GCCF payments. If we have received a lien against your claim, **Attachment E** to this Letter provides details on that lien and how it affects your payment or Final Payment Offer.

## V.     Deductions for Court-Ordered Withholdings.

A consolidated grouping of all federal lawsuits arising out of the Oil Spill is pending before the United States District Court for the Eastern District of Louisiana (the "Court"). This litigation is referred to as the "multidistrict litigation" or "MDL" and is captioned *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179. The Court entered an Order on January 18, 2012, requiring the GCCF to withhold 6% from all Interim Payments, Final Payments and Quick Payments made after December 30, 2011, to any plaintiff with a lawsuit or short-form joinder in the MDL, a claim against Transocean in its Limitation of Liability proceeding in the MDL ("Claimants in Limitation"), or state court plaintiffs represented by counsel that had access to the MDL discovery process. The 6% hold-back does not apply to claimants who never had an MDL lawsuit, are not Claimants in Limitation against Transocean in the MDL, or state court plaintiffs whose counsel has not had access to the MDL discovery process.

The 6% withholdings from GCCF payments will fund a reserve account for possible awards of common benefit fees and expenses to the Plaintiffs' Steering Committee and other lead or liaison counsel for MDL plaintiffs. **Attachment A** to this Letter shows the 6% hold-back amounts, if any, that apply to your claim. If you accept your Final Payment Offer, the GCCF will pay you the amount of your Final Payment Offer, less the 6% hold-back if applicable and any other applicable deductions, in satisfaction of the Release. As required by the Order, the GCCF will send the 6% hold-back amounts to the Clerk of the Court to be held in the MDL No. 2179 Account and Reserve for Common Benefit Litigation Expenses and then to be paid as directed by the Court in future orders. You may view a copy of the Court's Order regarding this 6% withholding on the GCCF website, **www.gulfcoastclaimsfacility.com**.

## VI.     Request for Re-Review of Your Payment Calculations.

You may request a Re-Review of your claim if you believe that a miscalculation occurred or if you wish to submit some or all of the missing documentation identified on **Attachment D**. To request a Re-Review, you must complete the Re-Review Election Form enclosed with this Letter and either mail it to us or submit it through the GCCF website, no later than 30 days after the date of this Letter. You must identify in the Re-Review Election Form the reason(s) for your request and identify the documents that form the basis of your request for a Re-Review. Only documents for the missing loss periods identified in **Attachment D** of this Letter will be re-reviewed. If you wish to submit documents for review that provide information outside the missing loss periods identified in **Attachment D** of this Letter, you must submit a new Interim Payment Claim Form. In accordance with the GCCF's Final Rules dated February 18, 2011, Interim Payment claims may be filed once each calendar quarter.

Within 30 days of receipt of your request for Re-Review of your claim, the GCCF will issue you a new Determination Letter based upon the Re-Review. Your payment calculation and Final Offer could change or may be the same as those in this Letter. If you submit any new documents within the missing loss periods identified in **Attachment D** showing additional losses caused by the Oil Spill, we will include those losses in your new Determination Letter.

**VII.** **What to Do if You Have Questions About This Letter.**

If you have any questions about this Letter, you may call the GCCF Claims Review Specialist identified below who can answer questions about your claim or this Letter. For TTY assistance call 1-866-682-1758. If you are represented by an attorney, we will communicate directly with your attorney. If you have authorized a claims preparation firm to receive information on your claim, the GCCF is mailing a copy of this Letter to that firm.

Your GCCF Claims Review Specialist is: Kendra 59923 at 1-800-353-1262.

Sincerely,

Kenneth R. Feinberg

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility

| ATTACHMENT A: EVALUATION OF CLAIM | | |
|---|---|---|
| **A. METHODOLOGY** | | |
| **Methodology used to calculate Projected Revenues** | 2010: Projected revenue was calculated based on gross revenue for the corresponding months in the prior year. | |
| | 2011: | |

Loss of Income Percentage (LOI%) adjusts the calculated Lost Revenues to reflect saved or discontinued expenses (see Attachments B & C).

Additional Information from Accountant Reviewer:

| **B. CALCULATION OF PAST LOST PROFITS** | | |
|---|---|---|
| 1. | **2010 Lost Profits** (Including Increased Costs of $25,815.00) (2010 Lost Revenues multiplied by the LOI% in Attachment C to determine Lost Profits) | $73,338.23 |
| 2. | **2011 Lost Profits** (1/1/11 through 3/31/11) (2011 First Quarter Lost Revenues multiplied by the LOI% in Attachment C to determine Lost Profits) | $0.00 |
| 3. | **2011 Lost Profits** (After 3/31/11) (2011 Lost Revenues after 3/31/11 multiplied by the LOI% in Attachment B to determine Lost Profits) | $0.00 |
| **C. INTERIM PAYMENT** | | |
| 1. | **Total Post-Spill Lost Profits** (Sum of all rows in Section B) | $73,338.23 |
| 2. | **Less Offsets:** (The deductions for previous payments from BP or a Real Estate Fund shown below are based on the most recent data the GCCF has received from those organizations. If the amount of the deduction below has changed from that shown in a previous Determination Letter sent to you, then the data we received has changed since that previous letter. If you feel that the deducted amount is wrong, contact us to explain the discrepancy.) | |
| | Payments by BP | $0.00 |
| | Real Estate Fund Payment | $0.00 |
| | GCCF Emergency Payments | $0.00 |
| | GCCF Interim Payments | $0.00 |
| | Unemployment Compensation | $0.00 |
| 3. | **Interim Payment Amount After Offsets** | $73,338.23 |
| 4. | **Accounting Preparation Expenses Incurred for the Assessment of Damages in Addition to the Interim Payment Amount** | $17,189.40 |
| 5. | **Total Interim Payment Amount** (Rows 3 + 4) | $90,527.63 |
| 6. | **Less Deductions for Outstanding Liens** (See Attachment E for details) | $0.00 |
| 7. | **Net Interim Payment Amount** (Row 5 minus Row 6) | $90,527.63 |
| 8. | **Less Court-Ordered 6% Hold-Back for Common Benefit Reserve Account if Applicable** | $0.00 |
| 9. | **Total Payment Sent With This Letter** | $90,527.63 |

| | D. FINAL PAYMENT OFFER | |
|---|---|---|
| 1. | **Final Payment Offer:** 2010 Lost Profits of $73,338.23 multiplied by a Future Recovery Factor of 4.00 = $293,352.92 less offsets shown in Sections C.2 and C.3 above. If your Total Post-Spill Lost Profits exceed the amount of your calculated future damages of $293,352.92 you may continue to file Interim Claims for additional sustained documented losses (which will be deducted from your Final Payment Offer). If your total payments exceed the amount of your Final Payment Offer, your Final Payment Offer will be the minimum final offer amount of $25,000. The GCCF calculates all of your losses based upon the financial records you have submitted. If the calculation of this claim or a later claim results in a determination of 2010 losses lower than that shown in a previous Determination Letter sent to you, your Final Payment Offer (before offsets for prior payments) will remain the same as the Final Payment Offer previously made to you. Remember, however, that this policy may change if, based upon a renewed evaluation of available data regarding the recovery of the Gulf, the GCCF makes an adjustment to the Future Recovery Factor. | **$220,014.69** |
| 2. | **Less Deductions for Outstanding Liens** (This amount is based on your current lien amount shown in **Attachment E** less any amounts being withheld from any Interim Payment payable with this Letter. If your Interim or Final Payment is insufficient to fully satisfy the lien amount, or the amount of the lien increases between the time of your Interim Payment and payment of your Final Payment Offer, or any additional liens are received, then your Final Payment Offer will be reduced by the then outstanding balance of the lien(s)). | **$0.00** |
| 3. | **Net Final Payment Offer** (Row 1 minus Row 2) | **$220,014.69** |
| 4. | **Less Court-Ordered 6% Hold-Back for Common Benefit Reserve Account if Applicable** | **$0.00** |
| 5. | **Total Final Payment with Accepted Final Offer and Submitted Release** If you wish to accept this Final Payment Offer, check the box in Section C of the Final Payment Election Form included with this Letter and sign and return the Final Payment Election Form to the GCCF. | **$220,014.69** |

**ATTACHMENT B:**
**DETAIL ON FINANCIAL CALCULATIONS FOR LOST PROFITS AFTER 3/31/11**

You submitted documents showing your 2011 revenues for the measurement period shown below. For any period after 3/31/11, the calculation of your Lost Profits is limited to your Projected Monthly Revenues minus the higher of (a) your Actual 2010 Revenues plus 5% for the aggregate period as adjusted for seasonality or (b) your Actual 2011 Revenues for the aggregate period, as shown here:

| Measurement Period | Projected Monthly Revenues | Seasonally Adjusted Actual 2010 Revenues +5% | Actual 2011 Revenues | Lost Revenues After 3/31/11 (Projected Monthly Revenues Minus Higher of Actual 2010 Revenues + 5% or Actual 2011 Revenues) | LOI% | Lost Profits |
|---|---|---|---|---|---|---|
| None | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 |

This is your Determination Letter for the 3rd Quarter of 2011 filing. The GCCF reviewed all documentation you submitted through the measurement period shown above on the Business Lost Profits claim that led to this Determination Letter. We will review in the next quarter any supporting documentation for a later period that you may have submitted with the submission of your next Interim Payment/Final Payment Claim Form.

**ATTACHMENT C:**
**DETAIL ON FINANCIAL CALCULATIONS FOR LOST PROFITS FOR 2010 AND JAN.- MARCH, 2011**

You submitted documents showing your Post-Spill revenues for the periods shown below. The GCCF based its calculation of any Interim Payment Amount and the Calculated Final Payment Offer upon this submitted documentation for loss periods in Attachments B and C.

| | Measurement Period | Projected Monthly Revenues | Actual Post-Spill Revenues | Lost Revenues (Projected Monthly Revenues Minus Actual Post-Spill Revenues) | LOI% | Lost Profits (Lost Revenues Multiplied by the LOI %) |
|---|---|---|---|---|---|---|
| 1. | 5/1/2010 - 05/31/2010 | $123,907.00 | $36,825.00 | $87,082.00 | 25.77 | $22,441.03 |
| 2. | 6/1/2010 - 06/30/2010 | $77,938.00 | $48,709.00 | $29,229.00 | 25.77 | $7,532.31 |
| 3. | 7/1/2010 - 07/31/2010 | $50,456.00 | $39,415.00 | $11,041.00 | 25.77 | $2,845.27 |
| 4. | 8/1/2010 - 08/31/2010 | $53,862.00 | $27,693.00 | $26,169.00 | 25.77 | $6,743.75 |
| 5. | 9/1/2010 - 09/30/2010 | $51,643.00 | $48,597.00 | $3,046.00 | 25.77 | $784.95 |
| 6. | 10/1/2010 - 10/31/2010 | $21,079.00 | $14,740.00 | $6,339.00 | 25.77 | $1,633.56 |
| 7. | 11/1/2010 - 11/30/2010 | $17,741.00 | $14,213.00 | $3,528.00 | 25.77 | $909.17 |
| 8. | 12/1/2010 - 12/31/2010 | $22,809.00 | $4,830.00 | $17,979.00 | 25.77 | $4,633.19 |
| **Totals** | | **$419,435.00** | **$235,022.00** | **$184,413.00** | | **$47,523.23** |

## ATTACHMENT D: PERIODS FOR WHICH FINANCIAL DOCUMENTS ARE MISSING

The GCCF did not have appropriate documentation to review your claim for the periods identified below. To be compensated for any losses from these periods, you must provide documentation showing your income, or proof that you did not receive any income for the periods below. The GCCF requires commercial shrimp or crab harvesters to provide evidence of an appropriate harvesting license for the years you have claimed losses. If you have submitted financial documentation for any periods for which you have not provided an appropriate harvesting license, those periods are identified below.

The GCCF will compensate for a maximum of 78 weeks of unemployment. If your documentation indicates that you were unemployed for more than 78 weeks, any periods after the expiration of this 78-week period are identified below.

The GCCF can re-review your claim if you submit the missing documents. The GCCF Document Requirements that accompanied the Claim Form listed the required supporting documentation to show income for these periods. You may submit these records to document the periods with missing documents identified below:

**Business Claimants:**

    (a)  Federal income tax returns, including all W-2 forms, 1099 forms, and other attachments or schedules to each return, if you have filed a return for the period.

    (b)  Monthly and annual Profit and Loss statements.

    (c)  Monthly sales and use tax returns.

    (d)  For seafood harvesting businesses, a report, obtained from the applicable governmental agency, of the Claimant's landings since January 1, 2008.

    (e)  For new or start-up businesses, all available financial statements and business plans.

| | Periods Missing Documents |
|---|---|
| **1.** | None |

| GCCF 1012 | FINAL PAYMENT ELECTION FORM |
|---|---|
| | Date of Notice: March 2, 2012 |
| | Deadline to Submit Re-Review Election Form: April 1, 2012 |
| | Date Final Payment Offer Expires: April 1, 2012 |

### A. CLAIMANT INFORMATION

| Claimant Name | CRABCO | | | Claimant Number | 1180295 | |
|---|---|---|---|---|---|---|
| Address | Street 17225 EL CAMINO REAL | | City HOUSTON | | State TX | Zip 77058 |
| Claimant Type (Individual or Business) | Business | Business Type | Fish/Shellfish Wholesaler | | Zip Code of Loss | 70575 |

### B. ATTORNEY REPRESENTATION INFORMATION

| ❏ | The GCCF has no information that this Claimant is represented by an attorney. |
|---|---|
| ☒ | The GCCF has been informed that this Claimant is represented by the following attorney: |

| Attorney Name | J. CHRISTOPHER DEAN | | Law Firm | DEAN LAW FIRM | | |
|---|---|---|---|---|---|---|
| Address | Street 17225 EL CAMINO REAL, SUITE 190 | | City HOUSTON | | State TX | Zip 77058 |

### C. ELECTION TO ACCEPT FINAL PAYMENT OFFER

| ❏ | I elect to be paid the Final Payment Offer described in my Determination Letter and acknowledge that it is subject to any outstanding lien identified in **Attachment E** to the Letter (if the Letter has an Attachment E) and any other lien of which the GCCF receives notice before payment of the Final Payment Offer. The GCCF will send you a Release and Covenant Not to Sue that you must sign and return to be paid. |
|---|---|

### SIGNATURE

| Signature of Business Owner or Authorized Business Representative | | Date | /      / (Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing (Print or Type) | | | |

You can complete and send this Election Form to elect to be paid this Final Payment Offer using any of the following ways:

| 1. | **By Emailed PDF Attachment:** (Emailed no later than midnight your time on your deadline to respond) | Email to **NoticesandOffers@gccf-claims.com** |
|---|---|---|
| 2. | **By Mail:** (Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility Kenneth R. Feinberg, Administrator P.O. Box 9658 Dublin, OH  43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:** (Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility Kenneth R. Feinberg, Administrator 5151 Blazer Pkwy., Suite A Dublin, OH  43017-4958 |
| 4. | **By Facsimile:** (Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:** (No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Final Payment Offer:** (Completed no later than midnight your time for your deadline to elect) | You can accept your Final Payment Offer electronically by visiting the GCCF website at **www.gulfcoastclaimsfacility.com** and accessing your claim status by clicking on the "Check Claim Status" tab. |

| GCCF 1119 | **RE-REVIEW ELECTION FORM**<br>**Date of Determination Letter: March 2, 2012**<br>**Deadline to Submit Re-Review Election Form: April 1, 2012** |
|---|---|

| **A. CLAIMANT INFORMATION** |||
|---|---|---|

| **Claimant Name** | CRABCO | | | **Claimant Number** | 1180295 |
|---|---|---|---|---|---|

| **Address** | Street<br>17225 EL CAMINO REAL | | City<br>HOUSTON | | State<br>TX | Zip<br>77058 |
|---|---|---|---|---|---|---|

| **Claimant Type**<br>(Individual or Business) | Business | **Business Type** | Fish/Shellfish Wholesaler | **Zip Code<br>of Loss** | 70575 |
|---|---|---|---|---|---|

| **B. ELECTION FOR REEVALUATION OF CLAIM** |
|---|

| ❏ | I request a Re-Review of my Determination Letter and understand that my payment calculations could potentially change or remain the same. I understand that the GCCF will consider only new documentation that falls within the missing loss periods identified in **Attachment D** of my most recent Determination Letter. If I want the GCCF to consider new documentation after the missing loss periods identified in **Attachment D** of my most recent Determination Letter, I will submit a new Interim Payment Claim Form. In accordance with the GCCF's Final Rules dated February 18, 2011, Interim Payment claims may be filed once each calendar quarter. |
|---|---|

| **C. STATEMENT OF ISSUES FOR RE-REVIEW** |
|---|

You must complete Sections C.1 and C.2 below to identify the reason(s) for your Re-Review request and any new documentation submitted to support your claim. Describe in detail each aspect of the Determination Letter with which you disagree and want reevaluated. You may attach additional sheets, if necessary.

**C.1**   **Select the reason(s) for your Re-Review request and explain why you disagree with the Determination Letter. If you select "Other" then identify the particular issue with which you disagree:**

❏ Actual Pre-Spill Earnings/Revenues
❏ Actual Post-Spill Earnings/Revenues
❏ Projected Earnings/Revenues Methodology
❏ LOI Percentage
❏ Missing Component of the Business
❏ Switch from Individual to Business

❏ Bonus or Overtime Pay
❏ Incorrect Employer or Industry
❏ Prior Payment Deductions/Offsets
❏ Accountant Preparation/Job-Seeking Expenses
❏ Other

**Explanation:**

**C.2**   **Identify any new or previously submitted documents that support the Re-Review request. You must ensure that any *new* documents are submitted to the GCCF with this Re-Review Election Form.**

| **D. SIGNATURE** |
|---|

| **Claimant Signature** | | **Date** | ___/___/___<br>(Month/Day/Year) |
|---|---|---|---|

| **Name of Person Signing**<br>(Print or Type) | |
|---|---|

| **GCCF 1119** | **RE-REVIEW ELECTION FORM**<br>**Date of Determination Letter: March 2, 2012**<br>**Deadline to Submit Re-Review Election Form: April 1, 2012** |
|---|---|

| **E. WHERE TO SUBMIT THIS FORM:** | |
|---|---|

You can submit this completed Re-Review Election Form using any of the following ways:

| | | |
|---|---|---|
| 1. | **By Emailed PDF Attachment:**<br>(Emailed no later than midnight your time on your deadline to respond) | Email to **NoticesandOffers@gccf-claims.com** |
| 2. | **By Mail:**<br>(Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH  43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:**<br>(Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH  43017-4958 |
| 4. | **By Facsimile:**<br>(Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:**<br>(No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline.  Visit **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Re-Review Request:**<br>(Done no later than midnight your time for your deadline to elect) | You can submit this Re-Review Election Form electronically by visiting the GCCF website at **www.gulfcoastclaimsfacility.com** and accessing your claim status by clicking on the "Check Claim Status" tab. |

# EXHIBIT F

Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
1-800-916-4893

Claim Number:  01180295
Check Number:  00503397
Check Date:    03/02/12
Check Amount:  $90,527.63

CRABCO
C/O DEAN LAW FIRM
ATTN: JAMES CHRISTOPHER DEAN
17225 EL CAMINO REAL
SUITE 190
HOUSTON                    TX  77058

Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
1-800-916-4893

WHITNEY BANK

62-80/311

CHECK NUMBER:   00503397
CHECK DATE:     03/02/12

*Ninety thousand five hundred twenty seven and 63/100 Dollars*                    *****$90,527.63

PAY
TO
THE
ORDER
OF

CRABCO
C/O DEAN LAW FIRM
ATTN: JAMES CHRISTOPHER DEAN
17225 EL CAMINO REAL
SUITE 190

VOID AFTER 180 DAYS

BY  *Edward Morell*

AUTHORIZED SIGNATURE
Deepwater Horizon Oil Spill Trust

Payable at Citibank N.A., One Penn's Way, New Castle, DE 19720




# EXHIBIT G

Claimant Name: _CRABCO_

Claimant SSN, TIN or EIN: _27_ _327 4840_




### BP Claims Program  - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
| --- | --- |

### INTRODUCTION & INSTRUCTIONS:

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property

- Lost Profits or Impairment of Earning Capacity - Individuals

- Lost Profits or Impairment of Earning Capacity - Businesses

- Removal Costs

- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk (*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



Claimant Name: _____ CRABCO

Claimant SSN, TIN or EIN: _____ 27  32748840

additional space to answer questions, you may attach extra pages to this form.  Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ?  [X]

Interim Payment/Settlement ?  [ ]

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1.  Claimant Information (Mandatory for all Claimants)  -** All Claimants *must* complete Section I.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

**2.**  [ ]  **Property Damage**  - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.**  [ ]  **Loss of Profits or Impairment of Earning Capacity (Individuals)**  - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.**  [X]  **Loss of Profits or Impairment of Earning Capacity (Businesses)**  - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.**  [ ]  **Removal Costs**  - Complete Section V only if you are asserting a claim for removal costs.

**6.**  [ ]  **Subsistence Use**  - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785.  Please keep a copy of this form and your attached documentation for your records.

I.      **Claimant Information**

*Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.*

        A.      **Opt Out Claimants** *[You must complete this Section if you are a member of the Settlement Class.]*



Claimant Name: _____ CRABCO
Claimant SSN, TIN or EIN: _____ 27  3274840

1. *If you are a Settlement Class Member <u>and have elected to opt out</u>, have you filed the appropriate written request to "opt out" of the Settlement Class?  ⊗ Yes    ○ No

Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

_____

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, [STOP].  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

## B.    Attorney Representation

Are you represented by an attorney?   ⊗ Yes      ○ No

[You must *complete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at www.bp.com/claims.*]

1. *Attorney Name:  Dean                          James                          C
                    Last                          First                    Middle Initial

2. Law Firm Name:  Dean Law Firm

3. *Law Firm Address:   17225 El Camino Real, Suite 190
                        Street

    Houston                              TX          77058
    City                                 State       Zip Code

    Harris                               USAA
    Parish or County                     Country

4.*Attorney Phone:  2812808900
                    Numbers Only

5. Attorney Email Address:  dean@jamesdeanlaw.com

## C.    Individual Claimants [*Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below*].



Claimant Name: _____ CRASCO

Claimant SSN, TIN or EIN: _____ 27 3274640

1. *Name:

_____        _____        _____
Last                                    First                              Middle Initial

2. *Current Address:

_____
Street

_____        _____    _____
City                                    State    Zip Code

_____        _____
Parish or County                       Country

3. *Home Phone:        _____

4. Cell Phone:         _____

5. Email Address:      _____

6. *Date of Birth:     _____
                       MM/DD/YYYY

7. *Social Security Number:   _____
            OR
   Individual Taxpayer Identification Number:   _____

8. Other Name Used
   (Maiden Name, Previous Married Name(s), Aliases):   _____

9. *Current Employer:   _____
                        Employer Name

_____
Street

_____        _____    _____
City                                    State    Zip Code

_____        _____
Parish or County                       Country

_____
Employer Identification Number (EIN) (from your W-2 or 1099 Form)

Other/Previous Employer:   _____
                           Employer Name

_____
Street

_____        _____    _____
City                                    State    Zip Code

_____        _____
Parish or County                       Country



Claimant Name: _____ CRABCO

Claimant SSN, TIN or EIN: _____ 27 327 4840

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10. * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?  ○ Yes  ⊗ No

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

_____

Did you receive a payment from BP, the GCCF, or the NPFC?  ○ Yes  ○ No

If yes, please provide the amount(s) and source(s) of each payment you received:

**D.**  **Business Claimants**  [*Complete this Section only if you are a business.*]

1. *Name of Business: CRABCO

2. *Type of Business:  Seafood Processor

3. *Business Address:  1406 South State Street

            Street

     Abbeville             LA    70510

     City                 State    Zip Code

     Vermilion            USA

     Parish or County       Country

4. *Business Phone:  281-734-5112

5. Website Address:

6. *Other Business Name:  N/A

7. *Name of Business on Federal Income Tax Return: CRABCO

8. *Employer Identification Number (EIN): 27-3274840
         OR

    If EIN is also Your Social Security Number:



Claimant Name: _____ CRABLO

Claimant SSN, TIN or EIN: _____ 27 3274840

9. Date and Place Founded/Incorporated: _____

10. * Person Authorized
    To Act on Behalf
    The Business:

    Tharp                              Jerry
    Last                               First

    _____
    Middle

11. *Title of Authorized Representative:    Owner

12. Home Address of Authorized Representative:

    (If Different
    From Business    Street _____
    Address)

                     City _____        State ____  Zip Code ____

                     Parish or County _____      Country _____

13. *Authorized Representative's Phone:   281-734-5112

14. Authorized Representative's Cell Phone: _____

15. Authorized Representative's Email Address : _____

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National
    Pollution Funds Center (NPFC)?    ⊗ Yes        ◯ No

    If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim
    Number(s):    GCCF: 1180295

    Did you receive a payment from BP, the GCCF, or the NPFC?    ⊗ Yes        ◯ No

    If yes, please provide the amount(s) and source(s) of each payment you received:

    $90,527.63



Claimant Name: _____ CRASCO

Claimant SSN, TIN or EIN: _____ 27  3274840

**II.     Property Damage Claims**

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where
   Property Damage
   Took Place:        _____
                      Street

   _____                _____   _____
   City                                      State     Zip Code

   _____
   Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

   _____

3. *Explain your interest in the real or personal property:   Owner [ ]  ;   Lease [ ]  ;   Other [ ]

4. *If you answered "Other" to question 3, please explain:

   _____

5. *How much are you claiming for the damage to real property? $ _____

6. *How did you arrive at this figure?

   _____

7. *How much are you claiming for the damage to personal property? $ _____

8. *How did you arrive at this figure?

   _____

9. Please list witnesses who have personal knowledge of the damage that occurred:

   Witness
   Name:      _____        _____
              Last                              First

   _____
   Middle Initial

Claimant Name: _____ CRABCO

Claimant SSN, TIN or EIN: _____ 27  3274840

Address: _____

Street

City _____   State ____ Zip Code _____

Parish or County _____   Country _____

Home Phone: _____   Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

Witness Name: _____

Last _____   First _____

Middle Initial

Address: _____

Street

City _____   State ____ Zip Code _____

Parish or County _____   Country _____

Home Phone: _____   Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

11. *Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Photographs of the property before and after the alleged damage

· Your calculations and methods for assessing the claim amount

· Receipts, invoices, estimates or contracts for the work needed or repairs performed



Claimant Name: _____ CRABCO _____

Claimant SSN, TiN or EIN: _____ 27   3 274840

- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

### III.   Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

Yes, by an employer ☐          Yes, self-employed ☐          No ☐

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

_____
Employer Name or Self-Employed Business Name

_____
Street

_____          ____          _____
City                                          State          Zip Code

_____          _____
Parish or County                                  Country

_____
Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

Dates of Employment: _____

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

_____

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

_____

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

_____



Claimant Name: _____ CRABCO

Claimant SSN, TIN or EIN: _____ 27 3274840

5.* How much are you claiming for lost profits or impairment of earning capacity? $ _____

6. How did you arrive at this figure?

_____

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

_____

8. *Did you receive any payments from the VoO program or from participation in any other response or removal activity?    ◯ Yes    ◯ No

If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):





Claimant Name: _____ CRABCO _____

Claimant SSN, TIN or EIN: _____ 27 __ 3274840 _____



- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

### IV.  Loss of Profits or Impairments of Earning Capacity (Businesses)

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business:   CRABCO

2. * Describe the nature of business as of April 20, 2010:

The business purchased gulf crabs from commercial fisherman and then grades, prepares, packs and stores seafood for shipment.

3. * State the sources of income or types of customers for the business as of April 20, 2010:

Sold and transported processed gulf crab to seafood vendors in the USA.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

6. * How much are you claiming for lost profits or impairment of earning capacity?

$ 225,459



Claimant Name: _____ CRABCO

Claimant SSN, TIN or EIN: _____ 27 3274840

7. How did you arrive at this amount?

See Exhibit 4 of the Deepwater Horizon Settlement.

8. * Provide a description of the alleged loss the business has sustained:

The 2010 oil spill immediately decimated the population of Louisiana crabs. The said devastation caused commercial fishermen to stop trapping and catching crabs. Predictably, the business lost profits and its earning capacity was impaired.

9. * Describe how you believe the losses were caused by the Spill:

The oil spill's detrimental effect on Gulf crab substantially caused the business to be unable to purchase, process and sell crab to its customers.

10. * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill?  ( ) Yes    (X) No

11. * Did the business receive any payments from the VoO program or from participation in any other response or removal activity?    ( ) Yes    (X) No

If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |



Claimant Name: _____ CRABLO

Claimant SSN, TIN or EIN: _____ 27 - 3274840

12. * Provide the business address where the loss occurred:

1406 South State Street
_____
Street

Abbeville                         LA      70510
_____
City                              State   Zip Code

Vermilion                         USA
_____
Parish or County                  Country

13. Provide the North American Industry Classification System (NAICS) Code of this business: _____

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program



Claimant Name: _____ CRABCO

Claimant SSN, TIN or EIN: _____ 27  3274840

## V.   Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. * Address Where
Removal or
Cleanup Took
Place:

_____
Street

_____    _____   _____
City                                              State    Zip Code

_____
Parish or County

2. * Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes [   ]   Date of Approval _____   No [   ]

3. * Provide a description of the Removal and Cleanup Action taken.  If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

4. * How much are you claiming for Removal and Cleanup costs? $ _____

5. How did you arrive at this figure?

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Evidence of approval by the FOSC
· Your calculations and methods for assessing the claim amount
· Receipts, invoices and contracts for the work performed



Claimant Name: _____ CRABLO
Claimant SSN, TIN or EIN: _____ 27 3274840

- Usage logs for equipment and craft used, including policies and rates charged
- Payroll logs and compensation and reimbursement policies for employees who participated
- Activity logs describing the work performed by each employee
- Signed disposal manifests and proof of payment for disposal

## VI.    Subsistence Use of Claims

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources. Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed. Commercial hunting or fishing also is not included in Subsistence Use. If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?    Hunting ☐    Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :



Claimant Name: _____ CRABLO

Claimant SSN, TIN or EIN: _____ 27   3274840

5. Describe the equipment and methods you used to hunt and/or fish:

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill?  List each family member along with their relationship to you:

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

10. * How much are you claiming for Subsistence Use? $ _____

11. * How did you arrive at this figure?



Jan 18 13 04:01p          Jerry                                    837-393-8041          p.3



🌐

12. * Please provide the following documentation in support of the Subsistence Use claim (a representation of the BP Claims Program will contact you if additional documentation is needed):
- Map identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for deriving the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

VII.    **Signature**

I certify under penalty of law that the information provided in this form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this form may result in fines, imprisonment, and/or civil or other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. By submitting this form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about my that I may believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claim information may also be provided to the Court Supervised Settlement Program, MDL 2379, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.

Signature: _____          Date: 1-18-13

Print Name: Jerry W. Hobp

The Claimant must sign this form personally. No one but the actual Claimant unless the Claimant is a minor, is of is disabled, a minor, or incompetent. If the Claimant is a business, an authorized representative may sign. If the Claimant is deceased, a Minor, or incompetent, an authorized representative may sign.

·

🌐

Claimant Name: _____ CRABLO _____

Claimant SSN, TIN or EIN: _____ 27 327 4840




Page2


Page3


Page4a


Page4b


Page5a


Page5b


Page6


Page6b



Claimant Name: _____ CRABCO
Claimant SSN, TIN or EIN: _____ 27 - 3274840



Page7a

Page7b

Page8a

Page8b

Page9

Page10a

Field10b



Page11a



Page11b



Page12a

Claimant Name: _____ CRABLO _____

Claimant SSN, TIN or EIN: _____ 27   327 4840



Page12b

Page13

Page14a

Page14b

Page15

Page16a

Page16b

Pg17





# EXHIBIT H

Claimant Name: Mr. Peeper's Best LLC

Claimant SSN, TIN or EIN: 46-0524170

additional space to answer questions, you may attach extra pages to this form. Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ?  ☒

Interim Payment/Settlement ?  ☐

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1. Claimant Information (Mandatory for all Claimants)** - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.

**2.** ☐ **Property Damage** - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.** ☐ **Loss of Profits or Impairment of Earning Capacity (Individuals)** - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.** ☒ **Loss of Profits or Impairment of Earning Capacity (Businesses)** - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.** ☐ **Removal Costs** - Complete Section V only if you are asserting a claim for removal costs.

**6.** ☐ **Subsistence Use** - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785. Please keep a copy of this form and your attached documentation for your records.

I.       **Claimant Information**

*Sections I is to be completed by all Claimants. Individual claimants should complete Subsections I.A, I.B and I.C. Business claimants should complete Subsections I.A, I.B and I.D.*

A.       **Opt Out Claimants** [*You must complete this Section if you are a member of the Settlement Class.*]



Claimant Name: Mr. Peeper's Best LLC

Claimant SSN, TIN or EIN: 46 - 0529170

1. *If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class?   ○ Yes   ○ No

Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, **STOP**.  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

### B.   Attorney Representation

Are you represented by an attorney?   ⊗ Yes   ○ No

[You must complete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at www.bp.com/claims.

| 1. *Attorney Name: | Dean | James | C |
|---|---|---|---|
| | Last | First | Middle Initial |

2. Law Firm Name:   Dean Law Firm

3. *Law Firm Address:   17225 El Camino Real, Suite 190
Street

| Houston | | TX | 77058 | |
|---|---|---|---|---|
| City | | State | Zip Code | |

| Harris | | USAA | |
|---|---|---|---|
| Parish or County | | Country | |

4.*Attorney Phone:   2812808900
Numbers Only

5. Attorney Email Address:   dean@jamesdeanlaw.com

### C.   Individual Claimants   [Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below].



Claimant Name: M_ Peeper's Best LLC

Claimant SSN, TIN or EIN: 46-0952170

1. *Name:

Last        First        Middle Initial

2. *Current Address:

Street

City        State   Zip Code

Parish or County        Country

3. *Home Phone:

4. Cell Phone:

5. Email Address:

6. *Date of Birth:

MM/DD/YYYY

7. *Social Security Number:
       OR
Individual Taxpayer Identification Number:

8. Other Name Used
(Maiden Name, Previous Married Name(s), Aliases):

9. *Current Employer:

Employer Name

Street

City        State   Zip Code

Parish or County        Country

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

Other/Previous Employer:

Employer Name

Street

City        State   Zip Code

Parish or County        Country



Claimant Name: Mr. Peepez's Best LLC

Claimant SSN, TIN or EIN: 46 0529170

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10. * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?  ◯ Yes  ⊗ No

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

Did you receive a payment from BP, the GCCF, or the NPFC?  ◯ Yes  ◯ No

If yes, please provide the amount(s) and source(s) of each payment you received:

**D. Business Claimants** [*Complete this Section only if you are a business.*]

1. *Name of Business: Mr. Peeper's Best

2. *Type of Business: Seafood Wholesale Distribution

3. *Business Address: 1406 South State Street

                Street

Abbeville                          LA      70510

City                             State    Zip Code

Vermilion                       USA

Parish or County                  Country

4. *Business Phone: 281-734-5112

5. Website Address:

6. *Other Business Name: N/A

7. *Name of Business on Federal Income Tax Return: Mr. Peeper's Best

8. *Employer Identification Number (EIN): 46-0529170

        OR

If EIN is also Your Social Security Number:



Claimant Name: M₂ Pepper's Best LLC

Claimant SSN, TIN or EIN: 46 - 0529170

9. Date and Place Founded/Incorporated: _____

10. * Person Authorized To Act on Behalf The Business:

Tharp
Last

Jerry
First

_____
Middle

11. *Title of Authorized Representative: Owner _____

12. Home Address of Authorized Representative:

(If Different From Business Address)

Street _____

City _____          State    Zip Code

Parish or County _____     Country

13. *Authorized Representative's Phone: 281-734-5112 _____

14. Authorized Representative's Cell Phone: _____

15. Authorized Representative's Email Address : _____

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?  ○ Yes     ⊗ No

If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim Number(s): _____

Did you receive a payment from BP, the GCCF, or the NPFC?  ○ Yes     ○ No

If yes, please provide the amount(s) and source(s) of each payment you received:



Claimant Name: _Mr. Peeper's Best LLC_

Claimant SSN, TIN or EIN: _46-0524170_

## II. Property Damage Claims

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. *Address Where
   Property Damage
   Took Place: _____
   Street

   _____    _____  _____
   City                             State   Zip Code

   _____
   Parish or County

2. *Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

   _____

3. *Explain your interest in the real or personal property:   Owner ☐ ;   Lease ☐ ;   Other ☐

4. *If you answered "Other" to question 3, please explain:

   _____

5. *How much are you claiming for the damage to real property? $ _____

6. *How did you arrive at this figure?

   _____

7. *How much are you claiming for the damage to personal property? $ _____

8. *How did you arrive at this figure?

   _____

9. Please list witnesses who have personal knowledge of the damage that occurred:
   Witness
   Name:   _____    _____
           Last                                First

           _____
           Middle Initial



Claimant Name: Mr. Peeper's Best LLC

Claimant SSN, TIN or EIN: 46-0529170

Address:

_____
Street

_____          _____
City                                                          State      Zip Code

_____          _____
Parish or County                                        Country

Home Phone: _____          Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

Witness
Name: _____          _____
            Last                                                      First

_____
Middle Initial

Address:

_____
Street

_____          _____
City                                                          State      Zip Code

_____          _____
Parish or County                                        Country

Home Phone: _____          Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

11. *Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

• Photographs of the property before and after the alleged damage

• Your calculations and methods for assessing the claim amount

• Receipts, invoices, estimates or contracts for the work needed or repairs performed



Claimant Name: Mr. Peeran's Best LLC

Claimant SSN, TIN or EIN: 46-0521170

- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

### III.   Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill?

      Yes, by an employer ☐      Yes, self-employed ☐      No ☐

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

_____
Employer Name or Self-Employed Business Name

_____
Street

_____    ____   _____
City                                                            State   Zip Code

_____          _____
Parish or County                                            Country

_____
Employer Identification Number (EIN) *(from your W-2 or 1099 Form)*

Dates of Employment: _____

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

_____

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

_____

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

_____



Claimant Name: Mr. Peepan's Best LLC

Claimant SSN, TIN or EIN: 46 - 0529170

5.* How much are you claiming for lost profits or impairment of earning capacity? $ _____

6. How did you arrive at this figure?

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

8. *Did you receive any payments from the VoO program or from participation in any other response or removal activity? ◯ Yes ◯ No

If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):



Claimant Name: _Mr. Peeper's Best LLC_

Claimant SSN, TIN or EIN: _46-0524170_

- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

## IV.  Loss of Profits or Impairments of Earning Capacity (Businesses)

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business:     Mr. Peeper's Best LLC

2. * Describe the nature of business as of April 20, 2010:

Corresponding and negotiating with local and national grocery chains regarding the business's innovative maintainer and products.

3. * State the sources of income or types of customers for the business as of April 20, 2010:

Business was negotiating and building clientele at the time of the spill.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

6. * How much are you claiming for lost profits or impairment of earning capacity?

$ 339,723



Claimant Name: Mr. Peeper's Best LLC

Claimant SSN, TIN or EIN: 46-0529170

7. How did you arrive at this amount?

See Mr. Peeper's loss model with supporting documentation.

8. * Provide a description of the alleged loss the business has sustained:

The business offers its innovative maintainer to grocery stores. The maintainer holds live and processed crab and oyster. No other company offers this. The business's launch (trademarked on 28 March 2010) was immediately halted by the oil spill.

9. * Describe how you believe the losses were caused by the Spill:

The oil spill immediately halted the business's launch causing the business to lose clientele, commitments, orders, and therefore a loss of profits.

10. * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill?    ◯ Yes    ⊗ No

11. * Did the business receive any payments from the VoO program or from participation in any other response or removal activity?    ◯ Yes    ⊗ No

If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Claimant Name: Mr. Peeper's Best LLC

Claimant SSN, TIN or EIN: 46-0520170

12. * Provide the business address where the loss occurred:

1406 South State Street

Street

| Abbeville | LA | 70510 |
|---|---|---|
| City | State | Zip Code |
| Vermilion | USA | |
| Parish or County | Country | |

13. Provide the North American Industry Classification System (NAICS) Code of this business: _____

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- · Photographs of the business showing its proximity to an affected spill area
- · Documents establishing that the damage claimed was caused by the Spill
- · Your calculations and methods for assessing the claim amount
- · Appropriate licenses necessary to operate the business
- · Profit and loss statements (for each facility claimed) 2007 through present
- · Annual and monthly financial statements 2007 through present
- · Monthly sales or revenues statements 2007 through present
- · Monthly sales and use tax returns 2007 through present, if applicable to the business
- · Lodging tax returns 2007 through present, if applicable to the business
- · Occupancy or rental records 2007 through present, if applicable to the business
- · Management contracts 2007 through present, if applicable to the business
- · Federal Tax Returns, with attachments and schedules, 2007 through present
- · Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- · Replacement contracts or reservation documents
- · Cancelled loans, credit agreements, leases, if applicable to the claim
- · Bankruptcy schedules, if applicable
- · Your vessel charter agreement (MCVA) if you participated in the VoO program



Claimant Name: Mr. Peepra's Best LLC

Claimant SSN, TIN or EIN: 46 - 0529170

## V. Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. * Address Where Removal or Cleanup Took Place:

Street

City _____ State _____ Zip Code _____

Parish or County

2. * Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes ☐  Date of Approval _____  No ☐

3. * Provide a description of the Removal and Cleanup Action taken. If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

4. * How much are you claiming for Removal and Cleanup costs? $ _____

5. How did you arrive at this figure?

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Evidence of approval by the FOSC
· Your calculations and methods for assessing the claim amount
· Receipts, invoices and contracts for the work performed



Claimant Name: Mr. Peeper's Best LLC

Claimant SSN, TIN or EIN: 46-0529170

- · Usage logs for equipment and craft used, including policies and rates charged
- · Payroll logs and compensation and reimbursement policies for employees who participated
- · Activity logs describing the work performed by each employee
- · Signed disposal manifests and proof of payment for disposal

## VI.    Subsistence Use of Claims

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources.  Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed.  Commercial hunting or fishing also is not included in Subsistence Use.  If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?    Hunting [ ]    Fishing [ ]

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :



Claimant Name: Mr. Pepper's Best LLC

Claimant SSN, TIN or EIN: 46-0529170

5. Describe the equipment and methods you used to hunt and/or fish:

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill?  List each family member along with their relationship to you:

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

10. * How much are you claiming for Subsistence Use? $

11. * How did you arrive at this figure?



01/18/2013 FRI 16:49   FAX

Jan 18 150a:51p   Jerry                              337-898-0941        p.2

Mr. PEEPER's BEST LLC
                LLC-05291 70



12.* Please provide the following documentation in support of the Subsistence Use claim (a representative of the AP claims Program will contact you if additional documentation is needed):
- New identification, specific locations for Subsistence Use hunting and/or fishing locations
- Sworn affidavit signed by you under penalty of perjury verifying the identified locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing the actual losses claimed were caused by the Spill

**VII.   Signature**

I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this Form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that malicious claims will be forwarded to Federal, state, and local law enforcement agencies for possible investigation and prosecution. By submitting this Form, I consent to the use and disclosure by the BP Claims Program and/or lawful utilizing the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payments resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plain tiffs for the purpose of coordinating the processing and potential payment of claims.

Signature: [signature]                         Date: 1-18-13
Print Name:  JERRY W THARP

The Claimant must sign this claim form personally. No one else, with one half of the Claimant, where the Claimant is an individual or a minor or incompetent, a legal representative in handling a matter of a partnership or...



p.2      337-893-0041                          Jerry    Jan 18 13 05:02p
DEAN LAW FIRM                71342583337   RECEIVED  01/18/2013 17:06

Claimant Name: Mr. Peeper's Best LLC

Claimant SSN, TIN or EIN: 46 - 0529170




Page2


Page3


Page4a


Page4b


Page5a


Page5b


Page6


Page6b

Claimant Name: Mr. Peeper's Bass LLC

Claimant SSN, TIN or EIN: 46-0529170

Page7a

Page7b

Page8a

Page8b

Page9

Page10a

Field10b

Page11a

Page11b

Page12a

Claimant Name: Mr Pepper's Best LLC

Claimant SSN, TIN or EIN: 46-0529170


Page12b


Page13


Page14a


Page14b


Page15


Page16a

Page16b


Pg17



Claimant Name: Mr. Pepper's Best LLC

Claimant SSN, TIN or EIN: 40 - 0529170



## BP Claims Program  - Claim Form for Individuals and Businesses

| | |
|---|---|
| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |

### INTRODUCTION & INSTRUCTIONS:

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property

- Lost Profits or Impairment of Earning Capacity - Individuals

- Lost Profits or Impairment of Earning Capacity - Businesses

- Removal Costs

- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk (*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require



# EXHIBIT I

*1085975-01*



bp

April 8, 2013

DEAN LAW FIRM
JAMES DEAN
17225 EL CAMINO REAL STE 190
HOUSTON, TX77058-2767

Re:     *Acknowledgement of Receipt of Claim Form for Opt Out Claimants or Excluded Claimants*
        Claim No.: 1085975-01

Dear JAMES DEAN:

The BP Claims Program recently received a claim form (or forms) submitted on behalf of CRABCOin relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill.  Your claim has been assigned number 1085975-01.

If you have questions about the BP Claims Program or wish to speak with one of our representatives, please contact us toll-free at: 1-855-687-2631.  Please reference the above claim number when calling. Additional information is also available at www.bp.com/claims.

***All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement of claims or signing a release of legal rights.***

Sincerely,

BP Claims Program

*1085975*

# EXHIBIT J

*1085976-01*



APRIL 7, 2013

DEAN LAW FIRM
JAMES DEAN
17225 EL CAMINO REAL STE 190
HOUSTON, TX77058-2767

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1085976-01

Dear JAMES DEAN:

The BP Claims Program has received your claim form submitted on behalf of MR. PEEPER'S BEST. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlementon or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1085976*

# EXHIBIT K



# CrabCo Deepwater Horizon Economic Claim Submission

| DWH Claim ID No. | 100038579 |
|---|---|
| EIN | 27-3274840 |
| Submitted By | Dean Law Firm |

**20 July 2012**



<u>T</u>ABLE OF <u>C</u>ONTENTS

| **Document** | **Bates No.** |
|---|---|
| CrabCo Business Economic Loss Calculation (.pdf and native format)………….. | CRABCO-000001-000007 |
| Federal Tax Returns (2009-2010)……………………………………………….... | CRABCO-000008-000034 |
| Monthly Profit and Loss Statements (2007-2010)……………………………….. | CRABCO-000035-000039 |
| License (2010-2012) | CRABCO-000040-000047 |
| Documentation of Payments Received (GCCF Interim Payment)……..………… | CRABCO-000048 |
| | |
| Sworn Written Statement for Claimant Accounting Support ……………………. | |
| The Claro Group Fees for CrabCo……………………………………………….... | CRABCO-000049-000052 |

**CrabCo**
**Summary of Assumptions/Decisions**

| | |
|---|---|
| **Step One Benchmark Period Chosen:** | May - December 2009 |
| **Step Two Benchmark Period Chosen:** | May - December 2009 |

**RTP Factor Chosen:**          3.00 for Primary Seafood Processor processing
                               Shrimp/Crab/Oyster in Zone B

**Causation Tests Required?**          No

**Other Notes**
     2007 and 2008 Cost of Goods Sold provided by client on an aggregate level only. For analysis
     purposes, annual ratio of each component of COGS to total COGS in 2009 was applied to
     monthly 2007 and 2008 aggregate COGS values to determine portion for each component.

CRABCO-000001

**CrabCo**
**Calculation of Net Compensation**
**Using Exhibit 4 - Business Economic Loss**

### *Step 1: Damages on Base*

| | Compensation Period (May-Dec.) | | | |
| | 2009 | 2010 | Step 1 Damages | |
|---|---|---|---|---|
| Revenue | $ 419,434 | $ 235,022 | $ 184,412 | |
| COGS (Variable) | $ (290,129) | $ (185,698) | $ (104,431) | |
| **Gross Profit** | $ 129,305 | $ 49,323 | $ 79,982 | |
| Variable Operating Expenses | $ (33,915) | $ (26,380) | $ (7,535) | |
| **VARIABLE PROFIT** | $ 95,391 | $ 22,943 | **$ 72,447** | |

### *Step 2: Damages on Should-Have-Been Growth*

| | 2009 |
|---|---|
| Benchmark Period Revenue (May-Dec.) | $ 419,434 |
| Claimant-Specific Factor | -2.00% |
| General Adjustment Factor | 2.00% |
| Incremental Revenue | $ - |
| Variable Margin | 22.74% |
| **Step 2 Damages** | **$ -** |
| **TOTAL DAMAGES (Step 1 + Step 2)** | **$ 72,447** |

### *Step 3: Net Compensation Calculation*

| | |
|---|---|
| Risk Transfer Premium Rate | 3.00 |
| **RISK TRANSFER AMOUNT** | **$ 217,341** |
| **GROSS COMPENSATION** | **$ 289,788** |

| **Plus Other Expenses:** | |
|---|---|
| Mitigation Expense | $ - |
| Analysis and Calculation of Claim | $ 26,198 |

| **Less Payments and Offsets:** | |
|---|---|
| Payments (BP) | $ - |
| Payments (GCCF) | $ (90,528) |
| Other Offsets | $ - |
| **NET COMPENSATION** | **$ 225,459** |

7/20/2012

**CrabCo**
Calculations

| Period | Revenue | COGS (Var) | Var Expenses | Variable Profit |
|--------|---------|-----------|--------------|-----------------|
| Jan-07 | $9,420 | $5,999 | $531 | $2,890 |
| Feb-07 | $9,970 | $7,248 | $642 | $2,080 |
| Mar-07 | $10,250 | $7,358 | $915 | $1,977 |
| Apr-07 | $13,630 | $10,096 | $1,294 | $2,240 |
| May-07 | $21,940 | $15,369 | $1,441 | $5,130 |
| Jun-07 | $31,360 | $20,173 | $1,828 | $9,359 |
| Jul-07 | $43,480 | $22,856 | $2,067 | $18,558 |
| Aug-07 | $18,330 | $9,995 | $1,039 | $7,296 |
| Sep-07 | $10,950 | $7,478 | $662 | $2,810 |
| Oct-07 | $7,220 | $4,804 | $468 | $1,948 |
| Nov-07 | $6,920 | $3,803 | $337 | $2,780 |
| Dec-07 | $2,770 | $1,029 | $91 | $1,650 |
| Jan-08 | $3,020 | $1,047 | $123 | $1,850 |
| Feb-08 | $3,540 | $1,194 | $179 | $2,167 |
| Mar-08 | $0 | $0 | $44 | -$44 |
| Apr-08 | $4,670 | $3,004 | $389 | $1,278 |
| May-08 | $8,220 | $6,403 | $635 | $1,182 |
| Jun-08 | $12,660 | $9,177 | $857 | $2,626 |
| Jul-08 | $14,350 | $10,105 | $936 | $3,309 |
| Aug-08 | $14,775 | $11,919 | $1,056 | $1,800 |
| Sep-08 | $9,380 | $5,489 | $537 | $3,355 |
| Oct-08 | $5,025 | $2,113 | $187 | $2,725 |
| Nov-08 | $3,025 | $1,148 | $135 | $1,742 |
| Dec-08 | $1,765 | $762 | $68 | $935 |
| Jan-09 | $2,985 | $2,115 | $3,249 | -$2,379 |
| Feb-09 | $7,280 | $4,602 | $3,215 | -$537 |
| Mar-09 | $16,276 | $10,426 | $3,265 | $2,585 |
| Apr-09 | $70,662 | $45,004 | $5,188 | $20,470 |
| May-09 | $123,907 | $92,205 | $5,067 | $26,634 |
| Jun-09 | $77,938 | $44,767 | $5,251 | $27,920 |
| Jul-09 | $50,456 | $36,707 | $4,598 | $9,151 |
| Aug-09 | $53,862 | $33,604 | $5,492 | $14,766 |
| Sep-09 | $51,643 | $38,847 | $3,256 | $9,540 |
| Oct-09 | $21,079 | $13,660 | $3,265 | $4,154 |
| Nov-09 | $17,741 | $12,990 | $3,685 | $1,066 |
| Dec-09 | $22,809 | $17,350 | $3,301 | $2,158 |
| Jan-10 | $13,235 | $9,958 | $6,227 | -$2,950 |
| Feb-10 | $10,524 | $6,958 | $6,235 | -$2,670 |
| Mar-10 | $18,760 | $13,746 | $6,288 | -$1,274 |
| Apr-10 | $30,945 | $20,382 | $7,503 | $3,061 |
| May-10 | $36,825 | $28,133 | $10,496 | -$1,803 |
| Jun-10 | $48,709 | $39,530 | $9,410 | -$231 |
| Jul-10 | $39,415 | $32,304 | $1,964 | $5,148 |
| Aug-10 | $27,693 | $19,454 | $1,944 | $6,295 |
| Sep-10 | $48,597 | $40,958 | $597 | $7,041 |
| Oct-10 | $14,740 | $10,569 | $667 | $3,504 |
| Nov-10 | $14,213 | $11,506 | $622 | $2,085 |
| Dec-10 | $4,830 | $3,244 | $681 | $905 |

**Total Lost Gross Profit in Selected Months**

| Period | 2007 - 2009 | 2008 & 2009 | 2009 |
|--------|-------------|-------------|------|
| May-Jul | $31,510 | $32,298 | $60,592 |
| May-Aug | $33,169 | $34,286 | $69,063 |
| May-Sept | $31,362 | $33,692 | $71,562 |
| May-Oct | $30,800 | $33,627 | $72,212 |
| May-Nov | $30,578 | $32,947 | $71,194 |
| May-Dec | $31,254 | $33,588 | $72,447 |
| Jun-Aug | $20,383 | $18,574 | $40,625 |
| Jun-Sep | $18,577 | $17,980 | $43,124 |
| Jun-Oct | $18,015 | $17,916 | $43,775 |
| Jun-Nov | $17,793 | $17,235 | $42,756 |
| Jun-Dec | $18,469 | $17,877 | $44,009 |
| Jul-Sep | $5,044 | $2,476 | $14,973 |
| Jul-Oct | $4,482 | $2,412 | $15,623 |
| Jul-Nov | $4,260 | $1,731 | $14,605 |
| Jul-Dec | $4,936 | $2,373 | $15,858 |
| Aug-Oct | -$709 | $1,330 | $11,620 |
| Aug-Nov | -$931 | $649 | $10,601 |
| Aug-Dec | -$255 | $1,290 | $11,855 |
| Sept-Nov | -$2,590 | -$1,339 | $2,131 |
| Sept-Dec | -$1,914 | -$697 | $3,384 |
| Oct-Dec | -$108 | -$104 | $885 |

**Claimant-Specific Factor Calculation:**

| | |
|---|---|
| Jan-Apr 2009 Rev | $97,203 |
| Jan-Apr 2010 Rev | $73,464 |
| Revenue Change | -$23,740 |
| **Claimant-Specific Factor** | **-24.42%** |

**Variable Margin Percentage Calculation:**

| | |
|---|---|
| May-Dec. 2009 Variable Profit | $95,391 |
| May-Dec. 2009 Total Rev | $419,434 |
| **Variable Margin Percent** | **22.74%** |

CRABCO-000003

**CrabCo**
**Source Income Statements**
*January 2009 - December 2010*

| | | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | Total 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales** | | $ 9,420 | $ 9,970 | $ 10,250 | $ 13,630 | $ 21,940 | $ 31,360 | $ 43,480 | $ 18,330 | $ 10,950 | $ 7,220 | $ 6,920 | $ 2,770 | $ 186,240 |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| Cost of Crabs | V | $ 5,759 | $ 6,959 | $ 7,065 | $ 9,693 | $ 14,755 | $ 19,368 | $ 21,944 | $ 9,596 | $ 7,179 | $ 4,613 | $ 3,651 | 988 | $ 111,570 |
| Cost of Packaging | V | $ 239 | $ 289 | $ 294 | $ 403 | $ 613 | $ 805 | $ 912 | $ 399 | $ 298 | $ 192 | $ 152 | 41 | $ 4,638 |
| Cost of Labor | S | $ 531 | $ 642 | $ 652 | $ 894 | $ 1,361 | $ 1,787 | $ 2,024 | $ 885 | $ 662 | $ 426 | $ 337 | 91 | $ 10,292 |
| **Total Cost of Goods Sold** | | $ 6,530 | $ 7,890 | $ 8,010 | $ 10,990 | $ 16,730 | $ 21,960 | $ 24,880 | $ 10,880 | $ 8,140 | $ 5,230 | $ 4,140 | $ 1,120 | $ 126,500 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | | $ 2,890 | $ 2,080 | $ 2,240 | $ 2,640 | $ 5,210 | $ 9,400 | $ 18,600 | $ 7,450 | $ 2,810 | $ 1,990 | $ 2,780 | $ 1,650 | $ 59,740 |
| | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Advertising & Promotion | F | $ - | $ - | $ 675 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ 675 |
| Commissions and Fees | F | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,500 | $ 1,500 | $ 1,500 | 1,500 | $ 18,500 |
| Fuel & Oil | V | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| Insurance | F | $ 1,100 | $ 1,100 | $ 1,275 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ 3,475 |
| License | F | $ 400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ 400 |
| Office supplies/expense | F | $ - | $ - | $ 200 | $ 250 | $ 325 | $ 102 | $ - | $ - | $ - | $ - | $ - | | $ 877 |
| Plant,Truck,Dock & Ins | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| Postage | V | $ - | $ - | $ 126 | $ 75 | $ - | $ 80 | $ 41 | $ - | $ 64 | $ - | $ - | | $ 386 |
| Quickbooks | F | $ - | $ - | $ 395 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ 395 |
| Repairs & Maintenance | MR | $ - | $ - | $ 275 | $ 650 | $ - | $ - | $ 85 | $ 180 | $ - | $ 85 | $ - | | $ 1,275 |
| Supplies | F | $ - | $ 1,012 | $ - | $ 65 | $ 640 | $ - | $ 153 | $ - | $ - | $ - | $ - | | $ 1,870 |
| Travel | F | $ - | $ - | $ 370 | $ - | $ 675 | $ 270 | $ - | $ 355 | $ - | $ - | $ - | | $ 1,670 |
| Travel Meals | F | $ - | $ - | $ 145 | $ - | $ 380 | $ 260 | $ - | $ 55 | $ - | $ - | $ - | | $ 840 |
| Utilities | F | $ 470 | $ 485 | $ 1,030 | $ 1,250 | $ 1,380 | $ 1,590 | $ 1,560 | $ 585 | $ 490 | $ 420 | $ 240 | 100 | $ 9,600 |
| **Total Expenses** | | $ 3,470 | $ 4,097 | $ 5,991 | $ 3,890 | $ 5,080 | $ 3,863 | $ 3,398 | $ 2,839 | $ 1,990 | $ 2,005 | $ 1,740 | $ 1,600 | $ 39,963 |
| | | | | | | | | | | | | | | |
| **Net Income/Loss** | | $ (580) | $ (2,017) | $ (3,751) | $ (1,250) | $ 130 | $ 5,537 | $ 15,202 | $ 4,611 | $ 820 | $ (15) | $ 1,040 | $ 50 | $ 19,777 |

**Calculations:**

| | | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Variable COGS | | $ 5,999 | $ 7,248 | $ 7,358 | $ 10,096 | $ 15,369 | $ 20,173 | $ 22,856 | $ 9,995 | $ 7,478 | $ 4,804 | $ 3,803 | 1,029 | |
| | | | | | | | | | | | | | | |
| Total Variable Expenses (V) | | $ - | $ - | $ 126 | $ 75 | $ 80 | $ 41 | $ - | $ 64 | $ - | $ - | $ - | | |
| | | | | | | | | | | | | | | |
| Total Maintenance & Repairs (MR) | | $ - | $ - | $ 275 | $ 650 | $ - | $ - | $ 85 | $ 180 | $ - | $ 85 | $ - | | |
| 50% Maintenance & Repairs | | $ - | $ - | $ 138 | $ 325 | $ - | $ - | $ 43 | $ 90 | $ - | $ 43 | $ - | | |
| | | | | | | | | | | | | | | |
| Total Salary-Related Expenses (S) | | $ 531 | $ 642 | $ 652 | $ 894 | $ 1,361 | $ 1,787 | $ 2,024 | $ 885 | $ 662 | $ 426 | $ 337 | 91 | |
| Fixed Portion of Salary-Related Expenses | | | | | | | | | | | | | | |
| Variable Portion of Salary-Related Expenses | | $ 531 | $ 642 | $ 652 | $ 894 | $ 1,361 | $ 1,787 | $ 2,024 | $ 885 | $ 662 | $ 426 | $ 337 | 91 | |
| | | | | | | | | | | | | | | |
| **Total Variable Costs** | | $ 531 | $ 642 | $ 915 | $ 1,294 | $ 1,441 | $ 1,828 | $ 2,067 | $ 1,039 | $ 662 | $ 468 | $ 337 | 91 | |

CRABCO-000004

**CrabCo**
**Source Income Statements**
*January 2009 - December 2010*

| | | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | Total 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales** | | $ 3,020 | $ 3,540 | $ - | $ 4,670 | $ 8,220 | $ 12,660 | $ 14,350 | $ 14,775 | $ 9,380 | $ 5,025 | $ 3,025 | 1,765 | $ 80,430 |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| Cost of Crabs | V | $ 1,005 | $ 1,147 | $ - | $ 2,884 | $ 6,147 | $ 8,811 | $ 9,702 | $ 11,444 | $ 5,270 | $ 2,029 | $ 1,102 | 732 | $ 50,273 |
| Cost of Packaging | V | $ 42 | $ 48 | $ - | $ 120 | $ 256 | $ 366 | $ 403 | $ 476 | $ 219 | $ 84 | $ 46 | 30 | $ 2,090 |
| Cost of Labor | S | $ 93 | $ 106 | $ - | $ 266 | $ 567 | $ 813 | $ 895 | $ 1,056 | $ 486 | $ 187 | $ 102 | 68 | $ 4,638 |
| **Total Cost of Goods Sold** | | $ 1,140 | $ 1,300 | $ - | $ 3,270 | $ 6,970 | $ 9,990 | $ 11,000 | $ 12,975 | $ 5,975 | $ 2,300 | $ 1,250 | 830 | $ 57,000 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | | $ 1,880 | $ 2,240 | $ - | $ 1,400 | $ 1,250 | $ 2,670 | $ 3,350 | $ 1,800 | $ 3,405 | $ 2,725 | $ 1,775 | 935 | $ 23,430 |
| | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Advertising & Promotion | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ - |
| Commissions and Fees | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ - |
| Fuel & Oil | V | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ - |
| Insurance | F | $ 1,300 | $ 1,073 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ 2,373 |
| License | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ - |
| Office supplies/expense | F | $ 52 | $ 63 | $ 176 | $ 383 | $ 187 | $ 49 | $ 25 | $ 86 | $ 45 | $ 119 | $ 56 | 9 | $ 1,250 |
| Plant,Truck,Dock & Ins | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ - |
| Postage | V | $ - | $ - | $ - | $ 26 | $ 35 | $ 44 | $ - | $ - | $ 21 | $ - | $ - | - | $ 126 |
| Quickbooks | F | $ 360 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ 360 |
| Repairs & Maintenance | MR | $ 60 | $ 146 | $ 87 | $ 193 | $ 66 | $ - | $ 83 | $ - | $ 59 | $ - | $ 66 | - | $ 760 |
| Supplies | F | $ 153 | $ - | $ - | $ 477 | $ 396 | $ 288 | $ 149 | $ - | $ - | $ - | $ - | - | $ 1,463 |
| Travel | F | $ 70 | $ 1,370 | $ 2,116 | $ 1,114 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ 4,670 |
| Travel Meals | F | $ - | $ 163 | $ 230 | $ 370 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | $ 763 |
| Utilities | F | $ 397 | $ 402 | $ - | $ 675 | $ 880 | $ 810 | $ 685 | $ 410 | $ 510 | $ 240 | $ 200 | 215 | $ 5,424 |
| **Total Expenses** | | $ 2,392 | $ 3,217 | $ 2,609 | $ 3,238 | $ 1,564 | $ 1,191 | $ 942 | $ 496 | $ 635 | $ 359 | $ 322 | 224 | $ 17,189 |
| | | | | | | | | | | | | | | |
| **Net Income/Loss** | | $ (512) | $ (977) | $ (2,609) | $ (1,838) | $ (314) | $ 1,479 | $ 2,408 | $ 1,304 | $ 2,770 | $ 2,366 | $ 1,453 | 711 | $ 6,241 |

**Calculations:**

| | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Variable COGS | $ 1,047 | $ 1,194 | $ - | $ 3,004 | $ 6,403 | $ 9,177 | $ 10,105 | $ 11,919 | $ 5,489 | $ 2,113 | $ 1,148 | 762 |
| | | | | | | | | | | | | |
| Total Variable Expenses (V) | $ - | $ - | $ - | $ 26 | $ 35 | $ 44 | $ - | $ - | $ 21 | $ - | $ - | - |
| | | | | | | | | | | | | |
| Total Maintenance & Repairs (MR) | $ 60 | $ 146 | $ 87 | $ 193 | $ 66 | $ - | $ 83 | $ - | $ 59 | $ - | $ 66 | - |
| 50% Maintenance & Repairs | $ 30 | $ 73 | $ 44 | $ 97 | $ 33 | $ - | $ 42 | $ - | $ 30 | $ - | $ 33 | - |
| | | | | | | | | | | | | |
| Total Salary-Related Expenses (S) | $ 93 | $ 106 | $ - | $ 266 | $ 567 | $ 813 | $ 895 | $ 1,056 | $ 486 | $ 187 | $ 102 | 68 |
| Fixed Portion of Salary-Related Expenses | | | | | | | | | | | | |
| Variable Portion of Salary-Related Expenses | $ 93 | $ 106 | $ - | $ 266 | $ 567 | $ 813 | $ 895 | $ 1,056 | $ 486 | $ 187 | $ 102 | 68 |
| | | | | | | | | | | | | |
| **Total Variable Costs** | $ 123 | $ 179 | $ 44 | $ 389 | $ 635 | $ 857 | $ 936 | $ 1,056 | $ 537 | $ 187 | $ 135 | 68 |

CRABCO-000005

**CrabCo**
**Source Income Statements**
*January 2009 - December 2010*

| | | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Total 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales** | | $ 2,985 | $ 7,280 | $ 16,276 | $ 70,662 | $ 123,907 | $ 77,938 | $ 50,456 | $ 53,862 | $ 51,643 | $ 21,079 | $ 17,741 | $ 22,809 | $ 516,637 |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| Cost of Crabs | V | $ 2,040 | $ 4,420 | $ 10,026 | $ 43,316 | $ 87,991 | $ 42,676 | $ 35,248 | $ 32,317 | $ 37,436 | $ 13,161 | $ 12,792 | $ 16,794 | $ 338,217 |
| Cost of Packaging | V | $ 75 | $ 182 | $ 400 | $ 1,688 | $ 4,214 | $ 2,091 | $ 1,459 | $ 1,287 | $ 1,411 | $ 498 | $ 198 | $ 556 | $ 14,060 |
| Cost of Labor | S | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 31,200 |
| **Total Cost of Goods Sold** | | $ 4,715 | $ 7,202 | $ 13,026 | $ 47,604 | $ 94,805 | $ 47,367 | $ 39,307 | $ 36,204 | $ 41,447 | $ 16,260 | $ 15,590 | $ 19,950 | $ 383,476 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | | $ (1,730) | $ 78 | $ 3,250 | $ 23,058 | $ 29,101 | $ 30,571 | $ 11,149 | $ 17,658 | $ 10,196 | $ 4,819 | $ 2,151 | $ 2,859 | $ 133,161 |
| | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Advertising & Promotion | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,662 | $ - | $ - | $ - | $ - | $ 1,662 |
| Commissions and Fees | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fuel & Oil | V | $ 649 | $ 615 | $ 665 | $ 1,948 | $ 2,467 | $ 1,923 | $ 1,998 | $ 1,954 | $ 656 | $ 665 | $ 587 | $ 701 | $ 14,828 |
| Insurance | F | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 10,224 |
| License | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Office supplies/expense | F | $ 36 | $ 15 | $ 24 | $ 106 | $ 127 | $ 137 | $ 215 | $ 226 | $ 118 | $ 83 | $ - | $ - | $ 1,086 |
| Plant,Truck,Dock & Ins | F | $ 7,426 | $ 7,431 | $ 7,491 | $ 7,526 | $ 7,590 | $ 7,791 | $ 7,791 | $ 7,796 | $ 7,646 | $ 7,564 | $ 7,346 | $ 7,286 | $ 90,683 |
| Postage | V | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Quickbooks | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs & Maintenance | MR | $ - | $ - | $ - | $ 1,280 | $ - | $ 1,455 | $ - | $ 1,877 | $ - | $ - | $ 996 | $ - | $ 5,608 |
| Supplies | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel Meals | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities | F | $ 996 | $ 856 | $ 1,027 | $ 1,019 | $ 1,037 | $ 1,085 | $ 1,176 | $ 1,133 | $ 956 | $ 923 | $ 911 | $ 988 | $ 12,109 |
| **Total Expenses** | | $ 9,959 | $ 9,768 | $ 10,059 | $ 12,731 | $ 12,073 | $ 13,243 | $ 12,031 | $ 15,500 | $ 10,228 | $ 10,087 | $ 10,692 | $ 9,827 | $ 136,200 |
| | | | | | | | | | | | | | | |
| **Net Income/Loss** | | $ (11,689) | $ (9,690) | $ (6,809) | $ 10,326 | $ 17,028 | $ 17,328 | $ (882) | $ 2,158 | $ (32) | $ (5,268) | $ (8,541) | $ (6,968) | $ (3,039) |

**Calculations:**

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Variable COGS | $ 2,115 | $ 4,602 | $ 10,426 | $ 45,004 | $ 92,205 | $ 44,767 | $ 36,707 | $ 33,604 | $ 38,847 | $ 13,660 | $ 12,990 | $ 17,350 |
| | | | | | | | | | | | | |
| Total Variable Expenses (V) | $ 649 | $ 615 | $ 665 | $ 1,948 | $ 2,467 | $ 1,923 | $ 1,998 | $ 1,954 | $ 656 | $ 665 | $ 587 | $ 701 |
| | | | | | | | | | | | | |
| Total Maintenance & Repairs (MR) | $ - | $ - | $ - | $ 1,280 | $ - | $ 1,455 | $ - | $ 1,877 | $ - | $ - | $ 996 | $ - |
| 50% Maintenance & Repairs | $ - | $ - | $ - | $ 640 | $ - | $ 728 | $ - | $ 938 | $ - | $ - | $ 498 | $ - |
| | | | | | | | | | | | | |
| Total Salary-Related Expenses (S) | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 |
| Fixed Portion of Salary-Related Expenses | | | | | | | | | | | | |
| Variable Portion of Salary-Related Expenses | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 | $ 2,600 |
| | | | | | | | | | | | | |
| Total Variable Costs | $ 3,249 | $ 3,215 | $ 3,265 | $ 5,188 | $ 5,067 | $ 5,251 | $ 4,598 | $ 5,492 | $ 3,256 | $ 3,265 | $ 3,685 | $ 3,301 |

CRABCO-000006

**CrabCo**
**Source Income Statements**
*January 2009 - December 2010*

| | | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales** | | $ 13,235 | $ 10,524 | $ 18,760 | $ 30,945 | $ 36,825 | $ 48,709 | $ 39,415 | $ 27,693 | $ 48,597 | $ 14,740 | $ 14,213 | $ 4,830 | $ 308,485 |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| Cost of Crabs | V | $ 9,676 | $ 6,728 | $ 13,320 | $ 19,785 | $ 27,428 | $ 39,012 | $ 31,812 | $ 19,166 | $ 40,010 | $ 10,324 | $ 11,310 | $ 3,112 | $ 231,683 |
| Cost of Packaging | V | $ 282 | $ 230 | $ 426 | $ 597 | $ 705 | $ 518 | $ 492 | $ 288 | $ 948 | $ 245 | $ 196 | $ 132 | $ 5,059 |
| Cost of Labor | S | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ - | $ - | $ - | $ - | $ - | $ - | $ 33,600 |
| **Total Cost of Goods Sold** | | $ 15,558 | $ 12,558 | $ 19,346 | $ 25,982 | $ 33,733 | $ 45,130 | $ 32,304 | $ 19,454 | $ 40,958 | $ 10,569 | $ 11,506 | $ 3,244 | $ 270,342 |
| | | | | | | | | | | | | | | |
| **Gross Profit** | | $ (2,323) | $ (2,035) | $ (586) | $ 4,964 | $ 3,092 | $ 3,579 | $ 7,112 | $ 8,239 | $ 7,638 | $ 4,171 | $ 2,707 | $ 1,586 | $ 38,143 |
| | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Advertising & Promotion | F | $ - | $ 847 | $ 923 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,770 |
| Commissions and Fees | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fuel & Oil | V | $ 627 | $ 635 | $ 688 | $ 1,903 | $ 2,277 | $ 1,909 | $ 1,964 | $ 1,944 | $ 597 | $ 667 | $ 622 | $ 681 | $ 14,514 |
| Insurance | F | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 852 | $ 10,224 |
| License | F | $ 250 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 250 |
| Office supplies/expense | F | $ 35 | $ 15 | $ 56 | $ 76 | $ 156 | $ 126 | $ 349 | $ 218 | $ 144 | $ 33 | $ 87 | $ 31 | $ 1,327 |
| Plant,Truck,Dock & Ins | F | $ 7,427 | $ 7,514 | $ 7,598 | $ 7,653 | $ 7,141 | $ 7,141 | $ 7,141 | $ 7,141 | $ 7,141 | $ 7,141 | $ 7,141 | $ 7,141 | $ 87,317 |
| Postage | V | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Quickbooks | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs & Maintenance | MR | $ - | $ - | $ - | $ - | $ 5,237 | $ 3,801 | $ - | $ - | $ - | $ - | $ - | $ - | $ 9,038 |
| Supplies | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel Meals | F | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities | F | $ 976 | $ 863 | $ 844 | $ 746 | $ 917 | $ 1,086 | $ 1,276 | $ 978 | $ 1,014 | $ 870 | $ 896 | $ 644 | $ 11,109 |
| **Total Expenses** | | $ 10,166 | $ 10,726 | $ 10,961 | $ 11,230 | $ 16,580 | $ 14,915 | $ 11,582 | $ 11,132 | $ 9,748 | $ 9,562 | $ 9,598 | $ 9,349 | $ 135,549 |
| | | | | | | | | | | | | | | |
| **Net Income/Loss** | | $ (12,490) | $ (12,761) | $ (11,547) | $ (6,267) | $ (13,488) | $ (11,336) | $ (4,470) | $ (2,893) | $ (2,110) | $ (5,391) | $ (6,891) | $ (7,763) | $ (97,406) |

**Calculations:**

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Variable COGS | $ 9,958 | $ 6,958 | $ 13,746 | $ 20,382 | $ 28,133 | $ 39,530 | $ 32,304 | $ 19,454 | $ 40,958 | $ 10,569 | $ 11,506 | $ 3,244 |
| | | | | | | | | | | | | |
| Total Variable Expenses (V) | $ 627 | $ 635 | $ 688 | $ 1,903 | $ 2,277 | $ 1,909 | $ 1,964 | $ 1,944 | $ 597 | $ 667 | $ 622 | $ 681 |
| | | | | | | | | | | | | |
| Total Maintenance & Repairs (MR) | $ - | $ - | $ - | $ - | $ 5,237 | $ 3,801 | $ - | $ - | $ - | $ - | $ - | $ - |
| 50% Maintenance & Repairs | $ - | $ - | $ - | $ - | $ 2,619 | $ 1,901 | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| Total Salary-Related Expenses (S) | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ - | $ - | $ - | $ - | $ - | $ - |
| Fixed Portion of Salary-Related Expenses | | | | | | | | | | | | $ - |
| Variable Portion of Salary-Related Expenses | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| Total Variable Costs | $ 6,227 | $ 6,235 | $ 6,288 | $ 7,503 | $ 10,496 | $ 9,410 | $ 1,964 | $ 1,944 | $ 597 | $ 667 | $ 622 | $ 681 |

CRABCO-000007

Form **1040**

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2009** (99) IRS Use Only - Do not write or staple in this space.

| | | |
|---|---|---|
| **Label** | For the year Jan. 1- Dec. 31, 2009, or other tax year beginning | , 2009, ending , 20 | OMB No. 1545- 0074 |

**JERRY W THARP**
**1406 SOUTH STATE ST**
**ABBEVILLE, LA 70510**

Label (See inst. on pg 14.) Use the IRS label. Otherwise, please print or type.

Spouse's social security number

▲ You must enter ▲
your SSN(s) above.

Checking a box below will not change your tax or refund.

**Presidential**
**Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name below.
▶ _____
4 ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5 ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b **1**
No. of children on 6c who:

If more than four dependents, see page 17 and check here ▶ ☐

c Dependents:
(1) First name   Last name

(2) Dependent's social security number

(3) Dependent's relationship to you

(4) ✓ if qual. child for child tax cr. (see page 18)

● lived with you
● did not live with you due to divorce or separation (see page 18)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W- 2 here. Also attach Forms W- 2G and 1099- R if tax was withheld.

If you did not get a W- 2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040- V.

7 Wages, salaries, tips, etc. Attach Form(s) W- 2 _____ | 7 |
8a Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a |
b Tax- exempt interest. **Do not** include on line 8a . . . . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a |
b Qualified dividends (see page 22) . . . . . | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 23) . . . . | 10 |
11 Alimony received . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C- EZ . . . . . . | 12 | 21,593. |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here▶ ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 |
15a IRA distributions . . | 15a | b Taxable amt . . . . | 15b |
16a Pensions and annuities . . | 16a | b Taxable amt . . . . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . | 18 |
19 Unemployment compensation in excess of $2,400 per recipient . . . . | 19 |
20a Social security benefits . . | 20a | b Taxable amt (see page 27) . . . | 20b |
21 Other income. List type and amount (see page 29) _____ | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . ▶ | 22 | 21,593. |

**Adjusted Gross Income**

23 Educator expenses (see page 29) . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee- basis government officials. Attach Form 2106 or 2106- EZ . . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . | 26 |
27 One- half of self- employment tax. Attach Schedule SE . . . . | 27 | 1,526. |
28 Self- employed SEP, SIMPLE, and qualified plans . . . . . | 28 |
29 Self- employed health insurance deduction (see page 30) . . . | 29 | 4,836. |
30 Penalty on early withdrawal of savings . . . . . . . . | 30 |
31a Alimony paid b Recipient's SSN ▶ _____ | 31a |
32 IRA deduction (see page 31) . . . . . . | 32 |
33 Student loan interest deduction (see page 34) . . . . | 33 |
34 Tuition and fees deduction. Attach Form 8917 . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . | 35 |
36 Add lines 23 through 31a and 32 through 35 . . . . . . . . . . . | 36 | 6,362. |
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . ▶ | 37 | 15,231. |

**KBA** **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.** Form 1040 (2009)

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | 38 | 15,231. |
|---|---|---|---|---|
| | 39a | Check { You were born before January 2, 1945, ☐ Blind. } Total boxes if: { Spouse was born before January 2, 1945, ☐ Blind. } checked ► 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 35 & check here ► 39b ☐ | | |
| **Standard Deduction for-** | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40a | 5,700. |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see page 35. | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) ► 40b ☐ | | |
| | 41 | Subtract line 40a from line 38 | 41 | 9,531. |
| | 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 | 42 | 3,650. |
| • All others: | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter - 0- | 43 | 5,881. |
| Single or Married filing separately, $5,700 | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 588. |
| | 45 | Alternative minimum tax (see page 40). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 ► | 46 | 588. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| Head of household, $8,350 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 29 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see page 42) | 51 | |
| | 52 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add ln 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter - 0- ► | 55 | 588. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | 3,051. |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ► | 60 | 3,639. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credits. Attach Sch M | 63 | 400. | |
| | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 | |
| | 67 | First-time homebuyer credit. Attach Form 5405 | 67 | |
| | 68 | Amount paid with request for extension to file (see page 72) | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) | 69 | |
| | 70 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 70 | |
| | 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your total payments ► | 71 | 400. |
| **Refund** Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | 72 | |
| | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ► 73a ☐ | | |
| | ► b | Routing number XXXXXXXXX ► c Type: ☐ Checking ☐ Savings | | |
| | ► d | Account number XXXXXXXXXXXXXXXXX | | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ► 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see page 74 ► | 75 | 3,317. |
| | 76 | Estimated tax penalty (see page 74) 76 | 78 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 75)? ☒ Yes. Complete the following. ☐ No | | |
|---|---|---|---|
| | Designee's name ► HR BLOCK | Phone no. ► (337) 364-2150 | Pe ██ |

| **Sign Here** Joint return? See page 15. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my k belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has |
|---|---|

| | Your signature | Date | Your occupation SELF EMPLOOYED | Daytime phone number |
|---|---|---|---|---|
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

| **Paid Preparer's Use Only** | Preparer's signature X *[signature]* | Date 4/27/2011 | Check if self-employed ☐ | ██ |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ► H AND R BLOCK NEW IBERIA, LA 70560 | | EIN 72-1509836 Phone no. ( 337 ) 364-2150 | |

1040 (2009)
Form Software Copyright 1996 - 2010 HRB Tax Group, Inc.     FD1040- 2V 1.25

Form 1040 (2009)

CRABCO-000009

Form **2210**

Department of the Treasury
Internal Revenue Service

**\*\*DO NOT FILE\*\***
**Underpayment of**
**Estimated Tax by Individuals, Estates, and Trusts**
▶ See separate instructions.
▶ Attach to Form 1040, 1040A, 1040NR, 1040NR- EZ, or 1041.

OMB No. 1545-0140

**2009**
Attachment Sequence No. **06**

Name(s) shown on tax return
**JERRY W THARP ·**

## Do You Have To File Form 2210?

| Complete lines 1 through 7 below. Is line 7 less than $1,000? | **Yes** ▶ | **Do not file Form 2210.** You do not owe a penalty. |

↓ **No**

| Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? | **Yes** ▶ | You do not owe a penalty. **Do not file Form 2210** (but if box E in Part II applies, you must file page 1 of Form 2210). |

↓ **No**

| You may owe a penalty. Does any box in Part II below apply? | **Yes** ▶ | You must file Form 2210. Does box B, C, or D in Part II apply? |

↓ **No**                                                    **No** ↓          **Yes** ▶ | You must figure your penalty.

**Do not file Form 2210.** You are not required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **do not file Form 2210.**

You are **not** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but file only page 1 of Form 2210.

---

**Part I** **Required Annual Payment**

| | | | |
|---|---|---|---:|
| 1 | Enter your 2009 tax after credits from Form 1040, line 55 (see instructions if not filing Form 1040) . . . . . . . . | **1** | 588. |
| 2 | Other taxes, including self- employment tax (see page 2 of the instructions) . . . . . . . . . . | **2** | 3,051. |
| 3 | Refundable credits. Enter the total of your making work pay and government retiree credits, earned income credit, additional child tax credit, refundable education credit, first- time homebuyer credit, credit for federal tax paid on fuels, refundable credit for prior year minimum tax, and health coverage tax credit . . . . | **3** | ( 400.) |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, **stop;** you do not owe a penalty. **Do not** file Form 2210 . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 3,239. |
| 5 | Multiply line 4 by 90% (.90) . . . . . . . . . . . . . . . . | **5** | 2,915. | |
| 6 | Withholding taxes. **Do not** include estimated tax payments. (see page 3 of the instructions) . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4. If less than $1,000, you do not owe a penalty. **Do not** file Form 2210 . . . . . . | **7** | 3,239. |
| 8 | Maximum required annual payment based on prior year's tax (see page 3 of the instructions) . . . . . . . | **8** | |
| 9 | **Required annual payment.** Enter the smaller of line 5 or line 8 . . . . . . . . . . . . . . | **9** | 2,915. |

Next: Is line 9 more than line 6?

☐ **No.** You do not owe a penalty. **Do not** file Form 2210 unless box E below applies.

☒ **Yes.** You may owe a penalty, but **do not** file Form 2210 unless one or more boxes in Part II below apply.
   • If box B, C, or D applies, you must figure your penalty and file Form 2210.
   • If box A, E, or F applies (but not B, C, or D) file only page 1 of Form 2210. You are **not** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III or IV as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210.**

---

**Part II** **Reasons for Filing.** Check applicable boxes. If none apply, **do not** file Form 2210.

A ☐ You request a **waiver** (see page 2 of the instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you are not required to figure your penalty.

B ☐ You request a **waiver** (see page 2 of the instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210.

C ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210.

D ☐ Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210.

E ☐ You filed or are filing a joint return for either 2008 or 2009, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you are **not** required to figure your penalty (unless box B, C, or D applies).

F ☐ You are certifying that more than 50% of the gross income shown on your 2008 tax return is income from a small business (as defined in the instructions) and your adjusted gross income for 2008 is less than $500,000 (less than $250,000 if your 2009 filing status is married filing separately).

KBA For Paperwork Reduction Act Notice, see page 7 of separate instructions.
**2210 (2009)**
Form Software Copyright 1996 - 2010 HRB Tax Group, Inc.
**FD2210- 1V 1.11**
Form **2210** (2009)

CRABCO-000010

| Part III | Short Method |
| --- | --- |

**Can You Use the Short Method?**

You may use the short method if:
- You made no estimated tax payments (or your only payments were withheld federal income tax), **or**
- You paid the same amount of estimated tax on each of the four payment due dates.

**Must Use the Regular Method?**

You must use the regular method (Part IV) instead of the short method if:
- You made any estimated tax payments late,
- You checked box **C** or **D** in Part II, **or**
- You are filing Form 1040NR or 1040NR-EZ and you did not receive wages as an employee subject to U.S. income tax withholding.

**Note:** If any payment was made earlier than the due date, you may use the short method, but using it may cause you to pay a larger penalty than the regular method. If the payment was only a few days early, the difference is likely to be small.

| | | | |
| --- | --- | --- | --- |
| 10 | Enter the amount from Form 2210, line 9 | 10 | 2,915. |
| 11 | Enter the amount, if any, from Form 2210, line 6 . . . . . . . . . . . . . . | 11 | |
| 12 | Enter the total amount, if any, of estimated tax payments you made (see page 3 of the instructions) . . . . . . . . . . . . . . . | 12 | |
| 13 | Add lines 11 and 12 . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Total underpayment for year. Subtract line 13 from line 10. If zero or less, stop; you do not owe the penalty. **Do not file Form 2210 unless you checked box E or F in Part II** . . . . . . . . | 14 | 2,915. |
| 15 | Multiply line 14 by .02660 . . . . . . . . . . . . . . . . . . . . . . . | 15 | 78. |
| 16 | • If the amount on line 14 was paid **on or after** 4/15/10, enter - 0 - . <br> • If the amount on line 14 was paid **before** 4/15/10, make the following computation to find the amount to enter on line 16. <br> Amount on line 14 $\times$ Number of days paid before 4/15/10 $\times$ .00011 . . . . . . . . . | 16 | 0. |
| 17 | Penalty. Subtract line 16 from line 15. Enter the result here and on Form 1040, line 76; Form 1040A, line 49; Form 1040NR, line 71; Form 1040NR-EZ, line 26; or Form 1041, line 26. Do not file Form 2210 unless you checked a box in Part II . . . . . . . . . . . . . . . ▶ | 17 | 78. |

Form **2210** (2009)

# Profit or Loss From Business

**(Sole Proprietorship)**

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065- B.

▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545- 0074

**2009**

Attachment
Sequence No. **09**

| Name of proprietor **JERRY W THARP** | Social security number (SSN) |
|---|---|

**A** Principal business or profession, including product or service (see page C- 2 of the instructions)
WHOLESALE SEAFOOD : PRODUCT

**B** Enter code from pages C- 9, 10, & 11 ▶ **445220**

**C** Business name. If no separate business name, leave blank.
CRABCO

**D** Employer ID number (EIN), if any
27-3274840

**E** Business address (including suite or room no.) ▶ **1406 SOUTH STATE ST**
City, town or post office, state, and ZIP code  **ABBEVILLE, LA 70510**

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2009? If "No," see page C- 3 for limit on losses . . . . ☒ Yes ☐ No

**H** If you started or acquired this business during 2009, check here . . . . . . . . . . . ▶ ☒

## Part I  Income

| | | | | |
|---|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See page C- 4 and check the box if: <br> • This income was reported to you on Form W- 2 and the 'Statutory employee" box on that form was checked, or <br> • You are a member of a qualified joint venture reporting only rental real estate income not subject to self- employment tax. Also see page C- 3 for limit on losses. **SEE ATTACHMENT** | ▶ ☐ | **1** | 516,637. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . | | **2** | |
| 3 | Subtract line 2 from line 1 | | **3** | 516,637. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . | | **4** | 383,477. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . | | **5** | 133,160. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C- 4) . . . . . . . | | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . ▶ | | **7** | 133,160. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | **8** | 1,662. | 18 | Office expense . . . . . . | | **18** | 1,086. |
| 9 | Car and truck expenses (see page C- 4) . . . . . | **9** | 35,457. | 19 | Pension and profit- sharing plans . . | | **19** | |
| | | | | 20 | Rent or lease (see page C- 6): | | | |
| 10 | Commissions and fees . . | **10** | | a | Vehicles, machinery, and equipment . | | **20a** | 32,100. |
| 11 | Contract labor (see page C- 4) . | **11** | | b | Other business property . . . . | | **20b** | 36,600. |
| 12 | Depletion . . . . . | **12** | | 21 | Repairs and maintenance . . . . . | | **21** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C- 5) . . . . . . . | **13** | | 22 | Supplies (not included in Part III) . . . | | **22** | |
| | | | | 23 | Taxes and licenses . . . . . . | | **23** | |
| | | | | 24 | Travel, meals, and entertainment: | | | |
| | | | | a | Travel . . . . . . . . . | | **24a** | |
| 14 | Employee benefit programs (other than on line 19) . . . | **14** | | b | Deductible meals and entertainment (see page C- 6) . . . . | | **24b** | |
| 15 | Insurance (other than health) . | **15** | 2,346. | 25 | Utilities . . . . . . . . . | | **25** | 12,616. |
| 16 | Interest: | | | 26 | Wages (less employment credits) . . . | | **26** | |
| a | Mortgage (paid to banks, etc.) . | **16a** | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . | | **27** | |
| b | Other . . . . . . . | **16b** | | | | | | |
| 17 | Legal and professional services . . . . . . | **17** | | | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 . . . . . . . . ▶ | **28** | 121,867. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | **29** | 11,293. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br> • If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C- 7). Estates and trusts, enter on **Form 1041, line 3.** <br> • If a loss, you **must** go to line 32. | **31** | 11,293. |

32 If you have a loss, check the box that describes your investment in this activity (see page C- 7).
• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C- 7). Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**KBA  For Paperwork Reduction Act Notice, see page C- 9 of the instructions.**

Schedule C (Form 1040) 2009

**Part III   Cost of Goods Sold** (see page C-8)

33   Method(s) used to
    value closing inventory:   **a** [X] Cost   **b** [ ] Lower of cost or market   **c** [ ] Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [X] No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . | 36 | 338,217. |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . | 37 | 31,200. |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | 14,060. |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . | 40 | 383,477. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . | 42 | 383,477. |

**Part IV   Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on
line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page
C-5 to find out if you must file Form 4562.

**SEE STATEMENT**

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44   Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

  **a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . [ ] Yes  [ ] No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . | 48 | |

CRABCO-000013

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|

**(Form 1040)**

(Sole Proprietorship)

Department of the Treasury
Internal Revenue Service (99)

**2009**
Attachment
Sequence No. **09**

► Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041. ► See Instructions for Schedule C (Form 1040).

Name of proprietor: **JERRY W THARP**　　Social security number (SSN)

A Principal business or profession, including product or service (see page C-2 of the instructions)
**SEAFOOD SALESMAN : SERVICE**

B Enter code from pages C-9, 10, & 11
► **311710**

C Business name. If no separate business name, leave blank.
**SAME**

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ► **P O BOX**
City, town or post office, state, and ZIP code　**PERRY, LA 70575**

F Accounting method: (1) ☒ Cash　(2) ☐ Accrual　(3) ☐ Other (specify) ►

G Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses . . . . . . ☒ Yes ☐ No

H If you started or acquired this business during 2009, check here . . . . . . . . . . . . . . . . ► ☒

## Part I　Income

1 Gross receipts or sales. **Caution.** See page C-4 and check the box if:
● This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or
● You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. ┘ **SEE ATTACHMENT** ► ☐ | 1 | 46,428.

2 Returns and allowances . . . . . . . . . . . . . . . . . . . . | 2 |

3 Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . | 3 | 46,428.

4 Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . | 4 |

5 **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . | 5 | 46,428.

6 Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . | 6 |

7 **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . ► | 7 | 46,428.

## Part II　Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | 8 | | 18 | Office expense . . . . . | 18 | |
| 9 | Car and truck expenses (see page C-4) . . . . . . | 9 | 6,875. | 19 | Pension and profit-sharing plans . . | 19 | |
| 10 | Commissions and fees . . | 10 | | 20 | Rent or lease (see page C-8): | | |
| 11 | Contract labor (see page C-4) . | 11 | | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . . | 12 | | b | Other business property . . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) . . . . . . | 13 | 15,956. | 21 | Repairs and maintenance . . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . . . | 22 | 1,238. |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | b | Deductible meals and entertainment (see page C-6) . . . . | 24b | |
| 15 | Insurance (other than health) . | 15 | | 25 | Utilities . . . . . . . . | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . . | 26 | |
| a | Mortgage (paid to banks, etc.) . | 16a | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . | 27 | 1,689. |
| b | Other . . . . . . . | 16b | | | | | |
| 17 | Legal and professional services . . . . . . | 17 | | | | | |

28 **Total expenses** before expenses for business use of home. Add lines 8 through 27 . . . . . . . ► | 28 | 25,758.

29 Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | 29 | 20,670.

30 Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . | 30 | 10,370.

31 **Net profit or (loss).** Subtract line 30 from line 29.
● If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.**
● If a loss, you **must** go to line 32. | 31 | 10,300.

32 If you have a loss, check the box that describes your investment in this activity (see page C-7).
● If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.**
● If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**KBA** For Paperwork Reduction Act Notice, see page C-9 of the instructions.

Schedule C (Form 1040) 2009

**Part III** **Cost of Goods Sold** (see page C-8)

33    Method(s) used to
      value closing inventory:          **a** ☐ Cost          **b** ☐ Lower of cost or market          **c** ☐ Other (attach explanation)

34    Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
      If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

35    Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | 35 |

36    Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . | 36 |

37    Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . | 37 |

38    Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |

39    Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |

40    Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 |

41    Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 |

42    **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . | 42 |

**Part IV**    **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on
line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page
C-5 to find out if you must file Form 4562.

43    When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44    Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

   **a** Business _____    **b** Commuting (see instructions) _____   **c** Other _____

45    Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

46    Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

   **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**Part V**    **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| BANK CHARGES | 165. |
| PRINTING | 826. |
| CLEANING | 698. |
| | |
| | |
| | |
| | |
| | |
| | |

48    Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . | 48 | 1,689. |

1040-Sch C (2009)    FDC-2V 1.9
Form Software Copyright 1996 - 2010 HRB Tax Group, Inc.

CRABCO-000015

OMB No. 1545-0074

# SCHEDULE SE
## (Form 1040)

# Self-Employment Tax

2009
Attachment
Sequence No. 17

Department of the Treasury
Internal Revenue Service    (99)         ▶ **Attach to Form 1040.**   ▶ **See Instructions for Schedule SE (Form 1040).**

Name of person with **self-employment** income (as shown on Form 1040)

**JERRY W THARP**

Social security number of person
with **self-employment income** ▶

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see page SE-4).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt-Form 4361' on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



## Section A - Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

|  |  |  |  |
|---|---|---:|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | 0. |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065). box 20, code Y. . . . | **1b** | |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for types of income to report on this line. See page SE-3 for other income to report . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 21,593. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 21,593. |
| **4** | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . . . . . ▶ | **4** | 19,941. |
| **5** | Self-employment tax. If the amount on line 4 is:<br>● $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56.**<br>● More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result.<br>Enter the total here and on **Form 1040, line 56** . . . . . . . . . . . . . . . . | **5** | 3,051. |
| **6** | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.50). Enter the result here and on **Form 1040, line 27.** . . . . . . . | **6** | 1,526. | |

**KBA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule SE (Form 1040) 2009

| Form **8829** | **Expenses for Business Use of Your Home** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ File only with Schedule C (Form 1040). Use a separate Form 8829 for each home you used for business during the year.<br>▶ See separate instructions. | **20 09**<br>Attachment<br>Sequence No. **66** |

Name(s) of proprietor(s)    **JERRY W THARP**      Your social security number

### Part I   Part of Your Home Used for Business

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for daycare, or for storage of inventory or product samples (see instructions) | **1** | 600 |
| 2 | Total area of home | **2** | 2,000 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | **3** | 30.00% |
| | For daycare facilities not used exclusively for business, go to line 4. All others go to line 7. | | |
| 4 | Multiply days used for daycare during year by hours used per day   **4**   hr. | | |
| 5 | Total hours available for use during the year (365 days x 24 hours) (see instructions)   **5**   8,760 hr. | | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount   **6** | | |
| 7 | Business percentage. For daycare facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3   ▶ | **7** | 30.00% |

### Part II   Figure Your Allowable Deduction

| | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, plus any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions | | | **8** | 20,670. |
| | See instructions for columns (a) and (b) before completing lines 9–21. | | | | |
| 9 | Casualty losses (see instructions)   **9** | | | | |
| 10 | Deductible mortgage interest (see instructions)   **10** | | | | |
| 11 | Real estate taxes (see instructions)   **11** | | | | |
| 12 | Add lines 9, 10, and 11   **12** | | | | |
| 13 | Multiply line 12, column (b) by line 7   **13** | | | | |
| 14 | Add line 12, column (a) and line 13 | | | **14** | |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | **15** | 20,670. |
| 16 | Excess mortgage interest (see instructions)   **16** | | | | |
| 17 | Insurance   **17** | | 1,200. | | |
| 18 | Rent   **18** | | 12,000. | | |
| 19 | Repairs and maintenance   **19** | 5,000. | | | |
| 20 | Utilities   **20** | | 3,200. | | |
| 21 | Other expenses (see instructions)   **21** | | 1,500. | | |
| 22 | Add lines 16 through 21   **22** | 5,000. | 17,900. | | |
| 23 | Multiply line 22, column (b) by line 7   **23** | | 5,370. | | |
| 24 | Carryover of operating expenses from 2008 Form 8829, line 42   **24** | | | | |
| 25 | Add line 22 column (a), line 23, and line 24 | | | **25** | 10,370. |
| 26 | Allowable operating expenses. Enter the smaller of line 15 or line 25 | | | **26** | 10,370. |
| 27 | Limit on excess casualty losses and depreciation. Subtract line 26 from line 15 | | | **27** | 10,300. |
| 28 | Excess casualty losses (see instructions)   **28** | | | | |
| 29 | Depreciation of your home from line 41 below   **29** | | | | |
| 30 | Carryover of excess casualty losses and depreciation from 2008 Form 8829, line 43   **30** | | | | |
| 31 | Add lines 28 through 30 | | | **31** | |
| 32 | Allowable excess casualty losses and depreciation. Enter the smaller of line 27 or line 31 | | | **32** | |
| 33 | Add lines 14, 26, and 32 | | | **33** | 10,370. |
| 34 | Casualty loss portion, if any, from lines 14 and 32. Carry amount to Form 4684 (see instructions) | | | **34** | |
| 35 | Allowable expenses for business use of your home. Subtract line 34 from line 33. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions   ▶ | | | **35** | 10,370. |

### Part III   Depreciation of Your Home

| | | | |
|---|---|---|---|
| 36 | Enter the smaller of your home's adjusted basis or its fair market value (see instructions) | **36** | |
| 37 | Value of land included on line 36 | **37** | |
| 38 | Basis of building. Subtract line 37 from line 36 | **38** | |
| 39 | Business basis of building. Multiply line 38 by line 7 | **39** | |
| 40 | Depreciation percentage (see instructions) | **40** | % |
| 41 | Depreciation allowable (see instructions). Multiply line 39 by line 40. Enter here and on line 29 above | **41** | |

### Part IV   Carryover of Unallowed Expenses to 2010

| | | | |
|---|---|---|---|
| 42 | Operating expenses. Subtract line 26 from line 25. If less than zero, enter -0- | **42** | 0. |
| 43 | Excess casualty losses and depreciation. Subtract line 32 from line 31. If less than zero, enter -0- | **43** | 0. |

KBA   **For Paperwork Reduction Act Notice, see page 4 of separate instructions.**     Form **8829** (2009)

CRABCO-000017

OMB No. 1545-0172

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

## Depreciation and Amortization
### (Including Information on Listed Property)

▶ See separate instructions.    ▶ Attach to your tax return.

**2009**

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| JERRY W THARP | Sch C SAME SEAFOOD SALESMAN | |

**Part I** Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 15,956 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 250,000 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | See Statement | 15,956 | 15,956 |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 15,956 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 15,956 |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 37,549 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 15,956 |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instr.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B- Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C- Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 15,956 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

KBA    For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2009)

**Part V**  Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A- Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a  Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No  24b  If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 1994 CADILL | 01/01/09 | 78.13% | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . 28 | | | | | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . 29 | | | | | | | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) . . | 12500 | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | 0 | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . | 3500 | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . | 16000 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off- duty hours? . . . . . . | X | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . | | X | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . | | X | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . | | X |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | X |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . | | X |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . | | X |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2009 tax year . . . . . . . . . . . . . . . 43 | | | | | |
| 44 Total. Add amounts in column (f). See the instructions for where to report . . . . . . . . . . 44 | | | | | |

4562 (2009)
Form Software Copyright 1996 - 2010 HRB Tax Group, Inc.    FD4562-2V1.12    CRABCO-000019

OMB No. 1545-0074

# SCHEDULE M
(Form 1040A or 1040)

## Making Work Pay and Government Retiree Credits

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040A, 1040, or 1040NR.     ▶ See separate instructions.

**2009**

Attachment
Sequence No. **166**

Name(s) shown on return: **JERRY W THARP**

Your social security number

**1a Important:** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR. Check the "No" box below and see the instructions if **(a)** you have a net loss from a business, **(b)** you received a taxable scholarship or fellowship grant not reported on a Form W-2, **(c)** your wages include pay for work performed while an inmate in a penal institution, **(d)** you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or **(e)** you are filing Form 2555 or 2555-EZ.

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?

☐ Yes. Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.

☒ No.   Enter your earned income (see instructions) . . . . . . . . . | 1a | 20,067

**b** Nontaxable combat pay included on
line 1a (see instructions) . . . . . . . . | 1b |

**2** Multiply line 1a by 6.2% (.062) . . . . . . . . . . . . | 2 | 1,244

**3** Enter $400 ($800 if married filing jointly) . . . . . . . . . . | 3 | 400

**4** Enter the **smaller** of line 2 or line 3 (unless you checked "Yes" on line 1a) . . . . . . . . | 4 | 400

**5** Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . . . . . . | 5 | 15,231

**6** Enter $75,000 ($150,000 if married filing jointly) . . . . . . . . | 6 | 75,000

**7** Is the amount on line 5 more than the amount on line 6 below.
☒ No.  Skip line 8. Enter the amount from line 4 on line 9 below.
☐ Yes. Subtract line 6 from line 5 . . . . . . . . . | 7 |

**8** Multiply line 7 by 2% (.02) . . . . . . . . . . . . . . . . | 8 |

**9** Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . | 9 | 400

**10** Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions).

☒ No.  Enter -0- on line 10 and go to line 11.
☐ Yes. Enter the total of the payments received by you (and your spouse, if filing jointly). Do not enter more than $250 ($500 if married filing jointly) . . . . . . . . . | 10 | 0

**11** Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work not covered by social security? Do not include any pension or annuity reported on Form W-2.

☒ No.  Enter -0- on line 11 and go to line 12.
☐ Yes. ● If you checked "No" on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is "Yes" for both spouses)
● If you checked "Yes" on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) . . . . . . . . . | 11 | 0

**12** Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . | 12 |

**13** Subtract line 12 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . | 13 | 400

**14** **Making work pay and government retiree credits.** Add lines 11 and 13. Enter the result here and on Form 1040, line 63; Form 1040A, line 40; or Form 1040NR, line 60 . . . . . . . . . | 14 | 400

* If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

**KBA   For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions.**          Schedule M (Form 1040A or 1040) 2009

**LOUISIANA**
**Resident**
Individual Income Tax Return

Begun ___ 2009  **Mail to: Department of Revenue**
Ended ___ 2010  PO BOX 3550
BATON ROUGE LA
0001  70821-3550

Attach W-2 here

O    If your name has changed, mark here.
O    If your address has changed, mark here.
O    If this is an amended return, mark here.
O    If this is for decedent, mark here.

2817345112

JERRY W THARP

1406 SOUTH STATE ST
ABBEVILLE LA 70510

Calendar year returns due 5/15/2010

**Filing status** (Enter appropriate no. in the filing status box.) `1`

1 Single
2 Married filing jointly
3 Married filing separately
4 Head of household*
5 Qualifying widow
* Qualifying person's Name

**Exemptions**

6A Yourself   X   Total of 6A & 6B   `1`
65 or over
Blind
Qualifying widow
6B Spouse
65 or over
Blind

6C Total dependents `0`
6D Total exemptions `1`

*Dependent's Name(s): List on page 2.

**Please do not staple; use a paperclip instead. Do not submit a photocopy.**

00000100000000190110    THAR14060    2817345112   0 0 00000 1    4 0   0   0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TPSSN | 0460740242 | LN19B | 00000000 | OWED | 00000245 | SCF1D | 0000000 |
| SPSSN | 0000000000 | LN2C | 00000000 | LN46 | 00000000 | F2 | 0000000 |
| DEVID | 0000000001 | LN21 | 00000000 | LN47 | 00000000 | F3 | 0000000 |
| TAXPD | 0012312009 | LN22 | 00000000 | LN48 | 00000000 | F4 | 0000000 |
| FORMN | 0000006063 | LN23 | 00000000 | LN49 | 00000000 | F5 | 0000000 |
| PTIN | 0721509836 | LN24 | 00000000 | LN50 | 00000000 | F6 | 0000000 |
| LINE7 | 0000015231 | LN25 | 00000000 | LN51 | 00000000 | F7 | 0000000 |
| LN8A | 0000000000 | LN26 | 00000000 | LN52 | 00000245 | SCHH1 | 0000000 |
| LN8B | 0000000000 | LN27 | 00000000 | SCHE1 | 00000000 | H2 | 0000000 |
| LN8C | 0000000000 | LN28 | 00000000 | E2 | 00000000 | H3 | 0000000 |
| LN9 | 0000000588 | LN29 | 00000000 | E2A | 00000000 | SCHG1 | 0000000 |
| LN10 | 0000014643 | LN30 | 00000000 | E3 | 00000000 | G2D | 0000000 |
| LN11 | 0000000245 | LN31 | 00000000 | 4A | 00000000 | G2E | 0000000 |
| LN12A | 0000000000 | LN32 | 00000000 | 4B | 00000000 | G3A | 0000000 |
| LN12B | 0000000000 | LN33 | 00000000 | 4C | 00000000 | G3B | 0000000 |
| LN12C | 0000000000 | LN34 | 00000000 | 4D | 00000000 | G4A | 0000000 |
| LN12D | 0000000000 | LN35 | 00000000 | 4E | 00000000 | G4B | 0000000 |
| LN12E | 0000000000 | LN36 | 00000000 | 4F | 00000000 | G5 | 0000000 |
| LN13 | 0000000000 | LN37 | 00000000 | 4G | 00000000 | G6 | 0000000 |
| LN14 | 0000000000 | LN38 | 00000000 | 4H | 00000000 | G7 | 0000000 |
| LN15 | 0000000000 | LN39 | 00000000 | E4I | 00000000 | G8 | 0000000 |
| LN16 | 0000000245 | LN40 | 00000000 | E4J | 00000000 | G9 | 0000000 |
| LN17 | 0000000000 | LN41 | 00000000 | E4K | 00000000 | 10 | 0000000 |
| LN18 | 0000000245 | LN42 | 00000000 | E5A | 00000000 | G11 | 0000000 |
| LN19 | 0000000000 | CREDT | 00000000 | E5B | 00000000 | 12DSF | 0000000 |
| LN19A | 0000000000 | REFND | 00000000 | E5C | 00000000 | 20SF | 0000000 |
| | | | | | | SCODE | 0000000 |

I declare that I have examined this return, and to the best of my knowledge, it is true and complete. Declaration of paid preparer is based on all available information. I consent that my SSN may be given to the LA Office of Student Financial Assistance in order to properly identify any START Savings Program Account Holder.

Date _____    Taxpayer _____

Date _____    Spouse _____

Date 04/27/11

SSN ▮▮▮▮▮



Paid preparer   H d R Block

Telephone (337) 364-2150

6063

CRABCO-000021

Form **1040**
Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** 2010    (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2010, or other tax year beginning , 2010, ending , 20

OMB No. 1545-0074

**Name, Address, and SSN**

*See separate instructions.*

P R I N T
C L E A R L Y

JERRY W THARP
1406 SOUTH STATE ST
ABBEVILLE, LA 70510

**Your social security number** ▉

**Spouse's social security number**

▲ Make sure the SSN(s) above and on line 6c are correct.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . ▶   ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.)
If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . .

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see pg 15) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than four dependents, see inst and check here ▶ ☐

**Boxes checked on 6a and 6b** 1
**No. of children on 6c who:**
● lived with you
● did not live with you due to divorce or separation (see inst)
**Dependents on 6c not entered above**
**Add numbers on lines above** ▶ 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . .

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | | |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . | | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . | | 9a | |
| b | Qualified dividends . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . | | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | | 12 | (4,004.) |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ ☐ | | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . | | 14 | |
| 15a | IRA distributions . . . 15a | | b Taxable amt . . . | 15b | |
| 16a | Pensions and annuities . . 16a | | b Taxable amt . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . | | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . | | 19 | |
| 20a | Social security benefits . . 20a | | b Taxable amount . . . . | 20b | |
| 21 | Other income. List type and amount | | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** . ▶ | | 22 | (4,004.) |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . ▶ | 37 | (4,004.) |

**KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**
Form 1040 (2010)

1040 (2010)
FD1040-1V 1.25
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.
CRABCO-000022

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | 38 | (4,004.) |
|---|---|---|---|---|---|
| | 39a | Check [X] You were born before January 2, 1946, [ ] Blind. **Total boxes** <br> if: [ ] Spouse was born before January 2, 1946, [ ] Blind. checked ► 39a [ 1 ] | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ► 39b [ ] | | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | | 40 | 7,100. |
| | 41 | Subtract line 40 from line 38 | | 41 | (11,104.) |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | | 42 | 3,650. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0. |
| | 44 | Tax (see instructions). Check if any tax is from: a [ ] Form(s) 8814  b [ ] Form 4972 | | 44 | 0. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 ► | | 46 | 0. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Education credits from Form 8863, line 23 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see instructions) | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form: a [ ] 3800 b [ ] 8801 c [ ] | 53 | | |
| | 54 | Add in 47 through 53. These are your total credits | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ► | | 55 | 0. |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a [ ] 4137 b [ ] 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59 | a [ ] Form(s) W-2, box 9  b [ ] Schedule H  c [ ] Form 5405, line 16 | | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ► | | 60 | 0. |
| Payments | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | | |
| | 63 | Making work pay credit. Attach Schedule M | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC)                 NQ | 64a | | |
| | b | Nontaxable combat pay election | 64b | | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: a [ ] 2439 b [ ] 8839 c [ ] 8801 d [ ] 8885 | 71 | | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your total payments ► | | 72 | 0. |
| Refund | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | | 73 | 0. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► [ ] | | 74a | |
| Direct deposit? See instructions. | ► b | Routing number XXXXXXXXX ► c Type: [ ] Checking [ ] Savings | | | |
| | ► d | Account number XXXXXXXXXXXXXXXXXXX | | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ► | 75 | | |
| Amount You Owe | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ► | | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete below. [ ] No |
|---|---|
| | Designee's name ► HR BLOCK   Phone no. ► (337) 364-2150   Personal ID number (PIN) ► ████ |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| Joint return? See page 12. Keep a copy for your records. | Your signature   Date   Your occupation SELF EMPLOYEED   Daytime phone number |
| | Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation |

| Paid Preparer Use Only | Print/Type preparer's name RAQUEL BROUSSARD | Preparer's signature Raquel Broussard | Date 04/27/2011 | Check [ ] if self-employed |
|---|---|---|---|---|
| | Firm's name ► H AND R BLOCK | | | Firm's EIN ► 72-1509836 |
| | Firm's address ► NEW IBERIA, LA 70560 | | Phone no. | (337) 364-2150 |

Form 1040 (2010)

| SCHEDULE C | | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|---|
| **(Form 1040)** | | (Sole Proprietorship) | 2010 |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. **09** |

Name of proprietor    **JERRY W THARP**        Social security number (SSN)

A  Principal business or profession, including product or service (see instructions)        **B  Enter code from pages C-9, 10, & 11**
   **WHOLESALE SEAFOOD : PRODUCT**        ▶  **445220**

C  Business name. If no separate business name, leave blank.        **D  Employer ID number (EIN), if any**
   **CRABCO**        **27-3274840**

E  Business address (including suite or room no.) ▶ **1406 SOUTH STATE ST**
   City, town or post office, state, and ZIP code     **ABBEVILLE, LA 70510**

F  Accounting method:   (1) **X** Cash   (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____

G  Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses . . . . . **X** Yes ☐ No

H  If you started or acquired this business during 2010, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Part I   Income

| | | | | |
|---|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See instructions and check the box if:<br>● This income was reported to you on Form W-2 and the "Statutory employee" box **SEE ATTACHMENT**<br>on that form was checked, or } ▶ ☐<br>● You are a member of a qualified joint venture reporting only rental real estate<br>income not subject to self-employment tax. Also see instructions for limit on losses. | | 1 | 344,842. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . | | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . | | 3 | 344,842. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . | | 4 | 270,342. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . | | 5 | 74,500. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . ▶ | | 7 | 74,500. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | 8 | 1,770. | 18 | Office expense . . . . . . . | 18 | 1,327. |
| 9 | Car and truck expenses (see | | | 19 | Pension and profit-sharing plans . . | 19 | |
| | instructions) . . . . . | 9 | 37,926. | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . . | 10 | | a | Vehicles, machinery, and equipment . | 20a | 13,140. |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . . . | 20b | 12,200. |
| 12 | Depletion . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . . | 21 | |
| 13 | Depreciation and section 179 | | | 22 | Supplies (not included in Part III) . . . | 22 | |
| | expense deduction (not | | | 23 | Taxes and licenses **ATTACHMENT** | 23 | 250. |
| | included in Part III) (see | | | 24 | Travel, meals, and entertainment: | | |
| | instructions) . . . . . | 13 | | a | Travel . . . . . . . . . | 24a | |
| 14 | Employee benefit programs | | | b | Deductible meals and | | |
| | (other than on line 19) . . . | 14 | | | entertainment (see instructions) . . . | 24b | |
| 15 | Insurance (other than health) . | 15 | 782. | 25 | Utilities . . . . . . . . | 25 | 11,109. |
| 16 | Interest: | | | 26 | Wages (less employment credits) . . | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on | | |
| b | Other . . . . . . . | 16b | | | page 2) . . . . . . . . . | 27 | |
| 17 | Legal and professional | | | | | | |
| | services . . . . . . | 17 | | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 . . . . . . . . . ▶ | 28 | 78,504. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | 29 | (4,004.) |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>● If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>● If a loss, you **must** go to line 32. } | 31 | (4,004.) |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).
   ● If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on        32a **X** All investment is at risk.
   **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions).        32b ☐ Some investment is not
   Estates and trusts, enter on **Form 1041, line 3.** }        at risk.
   ● If you checked 32b, you must attach Form 6198. Your loss may be limited.

**KBA   For Paperwork Reduction Act Notice, see your tax return instructions.**        Schedule C (Form 1040) 2010

**Part III**   **Cost of Goods Sold** (see instructions)

33  Method(s) used to
    value closing inventory:    **a** ☒ Cost          **b** ☐ Lower of cost or market        **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . | 35 |

36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . | 36 | 231,683.

37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . | 37 | 33,600.

38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | 5,059.

39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |

40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 270,342.

41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . | 41 |

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . | 42 | 270,342.

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**SEE STATEMENT**

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:

    **a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . ☐ Yes ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

  b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . | 48 |

1040-Sch C (2010)          FDC-2V 1.9
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.

Schedule C (Form 1040) 2010

CRABCO-000025

Form **8948**

(December 2010)

Department of the Treasury
Internal Revenue Service

## Preparer Explanation for Not Filing Electronically

▶ Attach to taxpayer's Form 1040, 1040A, 1040EZ, or Form 1041.

OMB No. 1545-2200

Attachment
Sequence No. **173**

Name(s) shown on return

**JERRY W THARP**

Taxpayer's identifying number

Check the applicable box to indicate the reason this return is not being filed electronically.

1  [x]  Taxpayer chose to file this return on paper.

2  [ ]  The preparer received a waiver from the requirement to electronically file the tax return.

Waiver Reference Number _____   Approval Letter Date _____

3  [ ]  The preparer is a member of a recognized religious group that is conscientiously opposed to filing electronically.

4  [ ]  This return was rejected by IRS e-file and the reject condition could not be resolved.

Reject code: _____   Number of attempts to resolve reject: _____

5  [ ]  The preparer's e-file software package does not support Form _____ or Schedule _____ attached to this return.

6   Check the box that applies and provide additional information if requested.

a  [ ]  The preparer is ineligible to file electronically because IRS e-file does not accept foreign preparers without social security numbers who live and work abroad.

b  [ ]  The preparer is ineligible to participate in IRS e-file due to an IRS sanction.

c  [ ]  Other: Describe below the circumstances that prevented the preparer from filing this return electronically.

**KBA**  For Paperwork Reduction Act Notice, see instructions.

Form **8948** (12-2010)

8948 (2010)        FD8948-1V1.0
Form Software Copyright 1996-2011 HRB Tax Group, Inc.

CRABCO-000026

## Schedule A - NOL  (see instructions)

| | | | |
|---|---|---:|---:|
| 1 | Enter the amount from your 2010 Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts, enter taxable income increased by the total of the charitable deduction, income distribution deduction, and exemption amount . . . . . . . . . . . . . . . . . . . . . | | **1** | **(11,104)** |
| 2 | Nonbusiness capital losses before limitation. Enter as a positive number . . . . | **2** | | |
| 3 | Nonbusiness capital gains (without regard to any section 1202 exclusion) . . . . | **3** | | |
| 4 | If line 2 is more than line 3, enter the difference; otherwise, enter - 0- . . . . . . | **4** | 0 | |
| 5 | If line 3 is more than line 2, enter the difference; otherwise, enter - 0- . . . . . . . . . **5** | 0 | | |
| 6 | Nonbusiness deductions (see instructions) . . . . . . . . . . . . | **6** | 7,100 | |
| 7 | Nonbusiness income other than capital gains (see instructions) . . . . . . . . **7** | | | |
| 8 | Add lines 5 and 7 . . . . . . . . . . | **8** | | |
| 9 | If line 6 is more than line 8, enter the difference; otherwise, enter - 0- . . . . . . . . . . | | **9** | **7,100** |
| 10 | If line 8 is more than line 6, enter the difference; otherwise, enter - 0- . But do not enter more than line 5 . . . . . . . . . . . . **10** | 0 | | |
| 11 | Business capital losses before limitation. Enter as a positive number . . . . . | **11** | | |
| 12 | Business capital gains (without regard to any section 1202 exclusion) . . . . . . **12** | | | |
| 13 | Add lines 10 and 12 . . . . . . . . . . | **13** | | |
| 14 | Subtract line 13 from line 11. If zero or less, enter - 0- . . . . . . . . . | **14** | 0 | |
| 15 | Add lines 4 and 14 . . . . . . . . . . . . | **15** | 0 | |
| 16 | Enter the loss, if any, from line 16 of your 2010 Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 15, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 16 through 21 and enter on line 22 the amount from line 15 . . . . . . . | **16** | | |
| 17 | Section 1202 exclusion. Enter as a positive number . . . . . . . . . . | | **17** | |
| 18 | Subtract line 17 from line 16. If zero or less, enter - 0- . . . . . . . . . | **18** | 0 | |
| 19 | Enter the loss, if any, from line 21 of your 2010 Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16 of Schedule D (Form 1041).) Enter as a positive number . . . . . . . . . . . . | **19** | | |
| 20 | If line 18 is more than line 19, enter the difference; otherwise, enter - 0- . . . . . | **20** | 0 | |
| 21 | If line 19 is more than line 18, enter the difference; otherwise, enter - 0- . . . . . | | **21** | **0** |
| 22 | Subtract line 20 from line 15. If zero or less, enter - 0- . . . . . . . . . . . . | | **22** | **0** |
| 23 | Domestic production activities deduction from your 2010 Form 1040, line 35, or Form 1040NR, line 34 (or included on Form 1041, line 15a) . . . . . . . . . . . . | | **23** | |
| 24 | NOL deduction for losses from other years. Enter as a positive number . . . . . . . . | | **24** | |
| 25 | **NOL.** Combine lines 1, 9, 17, and 21 through 24. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you **do not** have an NOL . . . . . . | | **25** | **(4,004)** |

KBA

Form 1045 (2010)

## Alternative Minimum Tax - NOL
### JERRY W THARP

## Schedule A - NOL  (see instructions)

| | | | |
|---|---|---:|---:|
| 1 | Enter the amount from your 2010 Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts, enter taxable income increased by the total of the charitable deduction, income distribution deduction, and exemption amount . . . . . . . . . . . . . . . . . . . . | **1** | **(4,004)** |
| 2 | Nonbusiness capital losses before limitation. Enter as a positive number . . . . | **2** | |
| 3 | Nonbusiness capital gains (without regard to any section 1202 exclusion) . . . . | **3** | |
| 4 | If line 2 is more than line 3, enter the difference; otherwise, enter - 0- . . . . . . . | **4** | 0 |
| 5 | If line 3 is more than line 2, enter the difference; otherwise, enter - 0- . . . . . . . . . . . . . | **5** | 0 |
| 6 | Nonbusiness deductions (see instructions) . . . . . . . . . . . . | **6** | |
| 7 | Nonbusiness income other than capital gains (see instructions) . . . . . . . . . . . . | **7** | |
| 8 | Add lines 5 and 7 . . . . . . . . . . . . . . | **8** | |
| 9 | If line 6 is more than line 8, enter the difference; otherwise, enter - 0- . . . . . . . . . | **9** | 0 |
| 10 | If line 8 is more than line 6, enter the difference; otherwise, enter - 0- . But do not enter more than line 5 . . . . . . . . . . . . . . | **10** | 0 |
| 11 | Business capital losses before limitation. Enter as a positive number . . . . . | **11** | |
| 12 | Business capital gains (without regard to any section 1202 exclusion) . . . . . . . | **12** | |
| 13 | Add lines 10 and 12 . . . . . . . . . . . . . . | **13** | |
| 14 | Subtract line 13 from line 11. If zero or less, enter - 0- . . . . . . . . . . | **14** | 0 |
| 15 | Add lines 4 and 14 . . . . . . . . . . . . . | **15** | 0 |
| 16 | Enter the loss, if any, from line 16 of your 2010 Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 15, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 16 through 21 and enter on line 22 the amount from line 15 . . . . . . . | **16** | |
| 17 | Section 1202 exclusion. Enter as a positive number . . . . . . . . . . . . . | **17** | |
| 18 | Subtract line 17 from line 16. If zero or less, enter - 0- . . . . . . . . . . | **18** | 0 |
| 19 | Enter the loss, if any, from line 21 of your 2010 Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16 of Schedule D (Form 1041).) Enter as a positive number . . . . . . . . . . . | **19** | |
| 20 | If line 18 is more than line 19, enter the difference; otherwise, enter - 0- . . . . . | **20** | 0 |
| 21 | If line 19 is more than line 18, enter the difference; otherwise, enter - 0- . . . . . | **21** | 0 |
| 22 | Subtract line 20 from line 15. If zero or less, enter - 0- . . . . . . . . . . | **22** | 0 |
| 23 | Domestic production activities deduction from your 2010 Form 1040, line 35, or Form 1040NR, line 34 (or included on Form 1041, line 15a) . . . . . . . . . . . . . . . | **23** | |
| 24 | NOL deduction for losses from other years. Enter as a positive number . . . . . . . . . . | **24** | |
| 25 | **NOL.** Combine lines 1, 9, 17, and 21 through 24. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you **do not** have an NOL . . . . . . . . | **25** | **(4,004)** |

KBA

Form 1045 (2010)

CRABCO-000028

Name: JERRY W THARP                                      SSN:

---

SCHEDULE C - CRABCO
LINE 1 - GROSS RECEIPTS OR SALES/EARNINGS
Description                                              Amount
---

| | Amount |
|---|---|
| TOTAL SALES | 308,485 |
| BP | 13,557 |
| GCCF | 22,800 |
| | ---------- |
| TOTAL | 344,842 |


SCHEDULE C - CRABCO
LINE 23 - TAXES AND LICENSES
Description                                              Amount
---

| | Amount |
|---|---|
| LICENSE | 250 |
| | ---------- |
| TOTAL | 250 |


SCHEDULE C - CRABCO
PAGE 2 PART IV - INFORMATION ON YOUR VEHICLES
---

Auto 1
--------

| | |
|---|---|
| Date in service | 1/1/2009 |
| Total business miles | 32000 |
| Total commuting miles | 0 |
| Total other miles | 0 |
| Another vehicle available? | Yes |
| Vehicle available off-duty? | Yes |
| Supporting evidence? | Yes |
| Is evidence written? | Yes |

Auto 2
--------

| | |
|---|---|
| Date in service | 1/1/2009 |
| Total business miles | 6000 |
| Total commuting miles | 0 |
| Total other miles | 0 |
| Another vehicle available? | Yes |
| Vehicle available off-duty? | Yes |
| Supporting evidence? | Yes |
| Is evidence written? | Yes |

Auto 3
--------

| | |
|---|---|
| Date in service | 1/1/2009 |
| Total business miles | 8300 |
| Total commuting miles | 0 |
| Total other miles | 14700 |

---

SCHEDULE C - CRABCO
PAGE 2 PART IV - INFORMATION ON YOUR VEHICLES

---

(Continued)

| | |
|---|---|
| Another vehicle available? | No |
| Vehicle available off-duty? | Yes |
| Supporting evidence? | Yes |
| Is evidence written? | Yes |

DEV ID      0001

**Name Change**

## 2010 LOUISIANA RESIDENT - 2D

**Decedent Filing**

JERRY W THARP

Taxpayer SSN

**Spouse Decedent**

Spouse SSN

**Address Change**

1406 SOUTH STATE ST

**Amended Return**

ABBEVILLE                    LA 70510          Telephone      2817345112

**FILING STATUS:** Print the appropriate number in the filing status box. It must agree with your federal return.

**6 EXEMPTIONS:**

1    Print a "1" in box if **single**
Print a "2" in box if **married filing jointly**
Print a "3" in box if **married filing separately.**
Print a "4" in box if **head of household.**\*
Print a "5" in box if **qualifying widow(er)**

| | | |
|---|---|---|
| **6A** X Yourself | X 65 or older | Blind |
| **6B** Spouse | 65 or older | Blind |

Qualifying Widow(er)

Total of   2
6A & 6B

\* If the qualifying person is not your dependent, print name here.

**6C DEPENDENTS** - Print dependent information below if you have more than 6 dependents, attach a statement to your return with the required information. Print the total number from Federal Form 1040A, Line 6c of Federal 1040, Line 6C in the boxes here.

**6C**      0

| Dependent First and Last Name | SSN | Relationship to you | Birth Date (mm/dd/yyyy) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**6D TOTAL EXEMPTIONS** - Total of 6A, 6B, and 6C   **6D**   2

If you are not required to file a federal return, indicate wages here.

Mark this box and enter zero "0" on Line 16.

| | | | |
|---|---|---|---|
| 7 | FEDERAL ADJUSTED GROSS INCOME - If your Federal Adjusted Gross Income is less than zero, print "0." | From Louisiana Schedule E, attached   **7** | 0 |
| 8A | FEDERAL ITEMIZED DEDUCTIONS | **8A** | 0 |
| 8B | FEDERAL STANDARD DEDUCTION | **8B** | 0 |
| 8C | EXCESS FEDERAL ITEMIZED DEDUCTIONS - Subtract Line 8B from Line 8A and print the result. | **8C** | 0 |
| 9 | FEDERAL INCOME TAX - If your federal income tax has been decreased by a federal disaster credit allowed by IRS, mark the box. | **9** | 0 |
| 10 | YOUR LOUISIANA TAX TABLE INCOME - Subtract Lines 8C and 9 from Line 7. If less than zero, "0."  **10** | | 0 |
| 11 | YOUR LOUISIANA INCOME TAX | **11** | 0 |

**6100**

61002      4607402429 664    12312010 00000000 0000000000 00000000000 3

Social Security Number

## NONREFUNDABLE TAX CREDITS

| | | | |
|---|---|---|---|
| 12A | FEDERAL CHILD CARE CREDIT | 12A | 0 |
| 12B | 2010 LOUISIANA NONREFUNDABLE CHILD CARE CREDIT | 12B | 0 |
| 12C | AMOUNT OF LOUISIANA NONREFUNDABLE CHILD CARE CREDIT CARRIED FORWARD FROM 2006 THROUGH 2009 | 12C | 0 |
| 12D | 2010 LOUISIANA NONREFUNDABLE SCHOOL READINESS CREDIT | 12D | 0 |

5 C    4 0    3 0    2 0

| | | | |
|---|---|---|---|
| 12E | AMOUNT OF LOUISIANA NONREFUNDABLE SCHOOL READINESS CREDIT CARRIED FORWARD FROM 2008 THROUGH 2009 | 12E | 0 |
| 13 | EDUCATION CREDIT- Multiply the number of qualified dependents by $25 and print the result. | 13 | 0 |
| 14 | OTHER NONREFUNDABLE TAX CREDITS - From Schedule G, Line 11 | 14 | 0 |
| 15 | TOTAL NONREFUNDABLE TAX CREDITS - Add Lines 12B through 14 and print the result. | 15 | 0 |
| 16 | ADJUSTED LOUISIANA INCOME TAX - Subtract Line 15 from Line 11 and print the result. If the result is less than zero, or you are not required to file a federal return, print zero "0". | 16 | 0 |
| 17 | CONSUMER USE TAX    X No use tax due.    Amount from the Consumer Use Tax Worksheet. | 17 | 0 |
| 18 | TOTAL INCOME TAX AND CONSUMER USE TAX - Add Lines 16 and 17 and print the result. | 18 | 0 |

## REFUNDABLE TAX CREDITS

| | | | |
|---|---|---|---|
| 19 | 2010 LOUISIANA REFUNDABLE CHILD CARE | 19 | 0 |
| 19A | Print the qualified expense amount from the Refundable Child Care Credit Worksheet. | 19A | 0 |
| 19B | Print the amount from the Refundable Child Care Credit Worksheet. | 19B | 0 |
| 20 | 2010 LOUISIANA REFUNDABLE SCHOOL READINESS CREDIT | 20 | 0 |

5 0    4 0    3 0    2 0

| | | | |
|---|---|---|---|
| 21 | EARNED INCOME CREDIT | 21 | 0 |
| 22 | LOUISIANA CITIZENS INSURANCE CREDIT | 22 | 0 |
| 23 | OTHER REFUNDABLE TAX CREDITS - From Schedule F, Line 7 | 23 | C |

## PAYMENTS

| | | | |
|---|---|---|---|
| 24 | AMOUNT OF LOUISIANA TAX WITHHELD FOR 2010- Attach Forms W-2 and 1099. | 24 | 0 |
| 25 | AMOUNT OF CREDIT CARRIED FORWARD FROM 2009 | 25 | 0 |
| 26 | AMOUNT PAID ON YOUR BEHALF BY A COMPOSITE PARTNERSHIP FILING | | |
| | Enter name of partnership. _____ | 26 | 0 |
| 27 | AMOUNT OF ESTIMATED PAYMENTS MADE FOR 2010 | 27 | 0 |
| 28 | AMOUNT PAID WITH EXTENSION REQUEST | 28 | 0 |



THAR

**6101**

CRABCO-000032

Social Security Number

| | | | |
|---|---|---|---|
| 29 | TOTAL REFUNDABLE TAX CREDITS AND PAYMENTS - Add Lines 19, 20 through 28 and print the result. | 29 | 0 |
| 30 | OVERPAYMENT | 30 | 0 |
| 31 | UNDERPAYMENT PENALTY - If you are a farmer check the box. | 31 | 0 |
| 32 | ADJUSTED OVERPAYMENT - If Line 30 is greater than line 31, subtract line 31 from Line 30 and print the result. If Line 31 is greater than Line 30, print zero "0" here, subtract Line 30 from line 31, and print the balance on Line 46. | 32 | 0 |

**DONATIONS OF LINE 32**

| | | | |
|---|---|---|---|
| 33 | The Military Family Assistance Fund | 33 | 0 |
| 34 | Coastal Protection and Resotration Fund | 34 | 0 |
| 35 | The Start Program | 35 | 0 |
| 36 | Wildlife Habitat and Natural Heritage Trust Fund | 36 | 0 |
| 37 | Louisiana Prostate Cancer Trust Fund | 37 | 0 |
| 38 | Louisiana Animal Welfare Commission | 38 | 0 |
| 39 | Community - Based Primary Health Care Fund | 39 | 0 |
| 40 | National Lung Cancer Partnership | 40 | 0 |
| 41 | Louisiana Chapter of National Multiple Sclerosis Society Fund | 41 | 0 |
| 42 | TOTAL DONATIONS - Add Lines 33 through 41 and print the result. | 42 | 0 |

**REFUND DUE**

| | | | | |
|---|---|---|---|---|
| 43 | SUBTOTAL - Subtract Line 42 from Line 32 and print the result. | | 43 | 0 |
| 44 | AMOUNT TO BE CREDITED TO 2011 INCOME TAX | **CREDIT** | 44 | 0 |
| 45 | AMOUNT TO BE REFUNDED - Subtract Line 44 from Line 43 and print the result. | **REFUND** | 45 | 0 |

THAR

6102



Social Security Number

## AMOUNTS DUE LOUISIANA

| 46 | AMOUNT YOU OWE - If Line 18 is greater than Line 29, subtract Line 29 from Line 18 and print the result. If you entered and amount there from Line 32, complete Lines 47, 48, 49 and 54 and print zero "0" on Lines 50 through 53. | 46 | 0 |
|---|---|---|---|
| 47 | ADDITIONAL DONATION TO THE MILITARY FAMILY ASSISTANCE FUND | 47 | 0 |
| 48 | ADDITIONAL DONATION TO THE COASTAL PROTECTION AND RESTORATION FUND | 48 | 0 |
| 49 | ADDITIONAL DONATION TO LOUISIANA CHAPTER OF THE NATIONAL MULTIPLE SCLEROSIS SOCIETY FUND | 49 | 0 |
| 50 | INTEREST | 50 | 0 |
| 51 | DELINQUENT FILING PENALTY | 51 | 0 |
| 52 | DELINQUENT PAYMENT PENALTY | 52 | 0 |
| 53 | UNDERPAYMENT PENALTY - If you are a farmer check the box. | 53 | C |
| 54 | BALANCE DUE LOUISIANA - Add Lines 46 through 53 and print the result. | 54 | 0 |

**PAY THIS AMOUNT.**
**DO NOT SENT CASH.**

Status    5    Contribution and Donation    0

I declare that I have examined this return, and to the best of my knowledge, it is true and complete. Declaration of paid preparer is based on all available information. If I made a contribution to the START Savings Program I consent that my Social Security Number may be given to the Louisiana Office of Student Financial Assistance in order to properly identify the START Savings Program account holder. If married filing jointly, both Social Security Numbers may be submitted.

| Your Signature | Date | Signature of paid preparer other than taxpayer  | |
|---|---|---|---|
| Spouse's Signature (If filing jointly, both must sign.) | Date | Telephone number of paid preparer (337) 364-2150 | Date 04/27/2011 |

Name    Address
THAR    1406

☐ Field Flag

**FOR OFFICE USE ONLY**

721509836

Social Security Number, PTIN, or FEIN of paid preparer

**Individual Income Tax Return**
**Calendar year return due 5/15/2011**

Mail to:   Department of Revenue
PO BOX 3440
BATON ROUGE LA 70821-3440

**SPEC CODE**

6103



Crabco Monthly Expenses 2007

| | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | | | 675 | | | | | | | | | | |
| Commissions & Fees | 1500 | 1500 | 1500 | 1600 | 1600 | 1600 | 1600 | 1600 | 1500 | 1500 | 1500 | 1500 | 18500 |
| Insurance | 1100 | 1100 | 1275 | | | | | | | | | | 3475 |
| Office Expense | | | 200 | 250 | 325 | 102 | | | | | | | 877 |
| Repairs & Maintenance | | | 275 | 650 | | | 85 | 180 | | 85 | | | 1275 |
| Rent | | | | | | | | | | | | | |
| Supplies | | 1012 | | | 65 | 640 | | 153 | | | | | 1870 |
| Licenses | 400 | | | | | | | | | | | | 400 |
| Travels | | | 370 | | 675 | 270 | | 355 | | | | | 1670 |
| Travel Meals | | | 145 | | 380 | 260 | | 55 | | | | | 840 |
| Utilities | 470 | 485 | 1030 | 1250 | 1380 | 1590 | 1560 | 585 | 490 | 420 | 240 | 100 | 9600 |
| Postage | | | 126 | 75 | 80 | 41 | | 64 | | | | | 386 |
| Quickbooks | | | 395 | | | | | | | | | | 395 |
| Cost of Goods Sold | 6530 | 7890 | 8010 | 10990 | 16730 | 21960 | 24880 | 10880 | 8140 | 5230 | 4140 | 1120 | 126500 |

TOTAL    166463

CRABCO-000035

Crabco Monthly Expenses 2008

| | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office Expense | 52 | 63 | 176 | 383 | 187 | 49 | 25 | 86 | 45 | 119 | 56 | 9 | 1250 |
| Repairs & Main | 60 | 146 | 87 | 193 | 66 | | 83 | | 59 | | 66 | | 760 |
| Supplies | 153 | | | 477 | 396 | 288 | 149 | | | | | | 1463 |
| Travel | 70 | 1370 | 2116 | 1114 | | | | | | | | | 4670 |
| Travel Meals | | 163 | 230 | 370 | | | | | | | | | 763 |
| Utilities | 397 | 402 | | 675 | 880 | 810 | 685 | 410 | 510 | 240 | 200 | 215 | 5424 |
| Postage | | | | 26 | 35 | 44 | | | 21 | | | | 126 |
| Quickbooks | 360 | | | | | | | | | | | | 360 |
| Insurance | 1300 | 1073 | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Cost of Goods Sold | 1140 | 1300 | | 3270 | 6970 | 9990 | 11000 | 12975 | 5975 | 2300 | 1250 | 830 | 57000 |

CRABCO-000036

| | Jan-09 | Feb-09 | 9-Mar | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Seafood Sales 2009 | | | | | | | |
| **2009** | $ 2,985.00 | $ 7,280.00 | $ 10,965.00 | $ 25,447.60 | $ 33,597.80 | $ 55,176.75 | $ 42,081.00 | $ 7,273.00 | $ 26,470.00 | $ 13,840.00 | $ 1,515.00 | $ 14,884.15 | $ 241,515.30 |
| **2009** | | | $ 5,311.00 | $ 45,214.50 | $ 90,309.00 | $ 22,761.00 | $ 8,375.00 | $ 46,588.50 | $ 25,173.00 | $ 7,238.75 | $ 16,226.00 | $ 7,925.00 | $ 275,121.75 |
| **Total sales** | $ 2,985.00 | $ 7,280.00 | $ 16,276.00 | $ 70,662.10 | $ 123,906.80 | $ 77,937.75 | $ 50,456.00 | $ 53,861.50 | $ 51,643.00 | $ 21,078.75 | $ 17,741.00 | $ 22,809.15 | $ 516,637.05 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of Crabs | $ 2,040.00 | $ 4,420.00 | $ 10,026.00 | $ 43,316.00 | $ 87,991.40 | $ 42,675.90 | $ 35,248.40 | $ 32,316.50 | $ 37,435.60 | $ 13,161.48 | $ 12,792.00 | $ 16,793.56 | $ 338,216.84 |
| Cost of Packaging | $ 75.00 | $ 182.00 | $ 400.40 | $ 1,688.40 | $ 4,214.00 | $ 2,091.00 | $ 1,458.70 | $ 1,287.00 | $ 1,411.10 | $ 498.20 | $ 197.60 | $ 556.24 | $ 14,059.64 |
| Cost of Labor | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 2,600.00 | $ 31,200.00 |
| **Total Cost of Goods** | $ 4,715.00 | $ 7,202.00 | $ 13,026.40 | $ 47,604.40 | $ 94,805.40 | $ 47,366.90 | $ 39,307.10 | $ 36,203.50 | $ 41,446.70 | $ 16,259.68 | $ 15,589.60 | $ 19,949.80 | $ 383,476.48 |
| **Expense** | | | | | | | | | | | | | |
| Plant,Truck,Dock & Ins | $ 7,426.26 | $ 7,430.81 | $ 7,491.17 | $ 7,526.15 | $ 7,589.95 | $ 7,791.25 | $ 7,790.60 | $ 7,795.73 | $ 7,645.85 | $ 7,563.93 | $ 7,345.60 | $ 7,285.85 | $ 90,683.15 |
| Insurance | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 10,224.00 |
| Fuel & Oil | $ 649.00 | $ 615.00 | $ 665.00 | $ 1,948.00 | $ 2,467.00 | $ 1,923.00 | $ 1,998.00 | $ 1,954.00 | $ 656.00 | $ 665.00 | $ 587.00 | $ 701.00 | $ 14,828.00 |
| Repairs | | | | $ 1,280.00 | | | $ 1,455.00 | $ 1,876.50 | | | $ 996.00 | | $ 5,607.50 |
| Utilities | $ 995.91 | $ 856.17 | $ 1,027.10 | $ 1,019.14 | $ 1,037.12 | $ 1,085.10 | $ 1,176.00 | $ 1,133.00 | $ 956.40 | $ 923.17 | $ 911.34 | $ 988.43 | $ 12,108.88 |
| Office supplies | $ 36.12 | $ 14.50 | $ 23.60 | $ 106.20 | $ 127.07 | $ 136.87 | $ 214.50 | $ 226.39 | $ 118.20 | $ 82.63 | | | $ 1,086.08 |
| Advertising & Promotion | | | | | | | | $ 1,662.43 | | | | | $ 1,662.43 |
| **Total Expense** | $ 9,959.29 | $ 9,768.48 | $ 10,058.87 | $ 12,731.49 | $ 12,073.14 | $ 13,243.22 | $ 12,031.10 | $ 15,500.05 | $ 10,228.45 | $ 10,086.73 | $ 10,691.94 | $ 9,827.28 | $ 136,200.04 |
| Net Profit | $ (11,689.29) | $ (9,690.48) | $ (6,809.27) | $ 10,326.21 | $ 17,028.26 | $ 17,327.63 | $ (882.20) | $ 2,157.95 | $ (32.15) | $ (5,267.66) | $ (8,540.54) | $ (6,967.93) | $ (3,039.47) |

CRABCO-000037

**Seafood Sales 2010**

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total sales** | $ 13,235.00 | $ 10,523.55 | $ 18,760.00 | $ 30,945.00 | $ 36,825.00 | $ 48,709.00 | $ 39,415.00 | $ 27,693.00 | $ 48,596.50 | $ 14,740.00 | $ 14,213.00 | $ 4,830.00 | $ 308,485.05 |
| | $ 13,235.00 | $ 10,523.55 | $ 18,760.00 | $ 30,945.00 | $ 36,825.00 | $ 48,709.00 | $ 39,415.00 | $ 27,693.00 | $ 48,596.50 | $ 14,740.00 | $ 14,213.00 | $ 4,830.00 | $ 308,485.05 |
| **Cost of Goods** | | | | | | | | | | | | | |
| Cost of Crabs | $ 9,676.00 | $ 6,728.00 | $ 13,319.50 | $ 19,785.00 | $ 27,428.00 | $ 39,012.00 | $ 31,812.00 | $ 19,166.00 | $ 40,010.00 | $ 10,324.00 | $ 11,310.00 | $ 3,112.00 | $ 231,682.50 |
| Cost of Packaging | $ 282.47 | $ 230.18 | $ 426.00 | $ 596.50 | $ 704.90 | $ 518.40 | $ 491.50 | $ 287.90 | $ 948.33 | $ 245.00 | $ 196.00 | $ 132.00 | $ 5,059.18 |
| Cost of Labor | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | | | | | | | $ 33,600.00 |
| **Total Cost of Goods** | $ 15,558.47 | $ 12,558.18 | $ 19,345.50 | $ 25,981.50 | $ 33,732.90 | $ 45,130.40 | $ 32,303.50 | $ 19,453.90 | $ 40,958.33 | $ 10,569.00 | $ 11,506.00 | $ 3,244.00 | $ 270,341.68 |
| **Expense** | | | | | | | | | | | | | |
| Plant,Truck,Dock & Ins | $ 7,426.55 | $ 7,513.84 | $ 7,598.10 | $ 7,652.96 | $ 7,140.70 | $ 7,140.70 | $ 7,140.70 | $ 7,140.70 | $ 7,140.70 | $ 7,140.70 | $ 7,140.70 | $ 7,140.70 | $ 87,317.05 |
| Insurance | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 852.00 | $ 10,224.00 |
| Fuel & Oil | $ 627.00 | $ 635.00 | $ 688.00 | $ 1,903.00 | $ 2,277.00 | $ 1,909.00 | $ 1,964.00 | $ 1,944.00 | $ 597.00 | $ 667.00 | $ 622.00 | $ 681.00 | $ 14,514.00 |
| Repairs | | | | | $ 5,237.00 | $ 3,801.00 | | | | | | | $ 9,038.00 |
| Utilities | $ 975.73 | $ 863.12 | $ 844.00 | $ 746.00 | $ 917.00 | $ 1,086.00 | $ 1,276.00 | $ 977.50 | $ 1,014.00 | $ 870.00 | $ 896.00 | $ 644.00 | $ 11,109.35 |
| Office supplies | $ 34.75 | $ 15.18 | $ 56.12 | $ 76.15 | $ 156.18 | $ 126.15 | $ 349.00 | $ 218.20 | $ 144.00 | $ 32.58 | $ 87.15 | $ 31.12 | $ 1,326.58 |
| License | $ 250.00 | | | | | | | | | | | | $ 250.00 |
| Advertising & Promotion | | $ 847.00 | $ 923.00 | | | | | | | | | | $ 1,770.00 |
| **Total Expense** | $ 10,166.03 | $ 10,726.14 | $ 10,961.22 | $ 11,230.11 | $ 16,579.88 | $ 14,914.85 | $ 11,581.70 | $ 11,132.40 | $ 9,747.70 | $ 9,562.28 | $ 9,597.85 | $ 9,348.82 | $ 135,548.98 |
| **Net Profit** | $ (12,489.50) | $ (12,760.77) | $ (11,546.72) | $ (6,266.61) | $ (13,487.78) | $ (11,336.25) | $ (4,470.20) | $ (2,893.30) | $ (2,109.53) | $ (5,391.28) | $ (6,890.85) | $ (7,762.82) | $ (97,405.61) |

CRABCO-000038

License 2009

# State of Louisiana



Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge, LA 70898-9000

## OFFICIAL LICENSE

LIC#: 423269      EXP: 12-31-2010

CRABCO
15207 HWY 594
PERRY LA 70575

1 R-N SFD TRNPRT WHLS/RTL DLR

NOT VALID UNLESS SIGNED ON REVERSE SIDE

(Use Ball Point Pen Only)

RESIDENCY REQUIREMENTS (R.S. 56:8(12)

(12) (a) "Bona fide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i)  If registered to vote, he is registered to vote in Louisiana.

(ii)  If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:131.

(iii)  If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv)  If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b)  As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:306.4.

(c)  Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a license as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

Licensees are required to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations

07202010/1548
BILL OF LADING REQUIRED WHEN TRANSPORTING FISH/SEAFOOD.
ONLY AUTHORIZED TO CONDUCT TRANSACTIONS FOR COMPANY NAMED ON
FACE OF THIS LICENSE.
NO ROAD SIDE OR DIRECT CONSUMER SALES PERMITTED WITH THIS LICENSE.

PAYMENT RECEIVED:      $30.00

An Equal Opportunity Employer

CRABCO-000040

# State of Louisiana



Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge, LA 70898-9000

## OFFICIAL LICENSE

LIC#: 423270     EXP: 12-31-2010

CRABCO
15207 HWY 694
PERRY LA 70575

1 WHSL O/S CRAB SHIPPING LIC

**NOT VALID UNLESS SIGNED ON REVERSE SIDE**

(Use Ball Point Pen Only)

RESIDENCY REQUIREMENTS (R.S. 56:8(12)

(12) (a) "Bona fide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i) If registered to vote, he is registered to vote in Louisiana.

(ii) If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:132

(iii) If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv) If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b) As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:304

(c) Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a license as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

Licensees are required to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations

07202010/1549

PAYMENT RECEIVED:     $100.00

An Equal Opportunity Employer

CRABCO-000041

# State of *Louisiana*



Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge, LA 70898-9000

## OFFICIAL LICENSE

LIC#: 423268     EXP: 12-31-2010

CRABCO
15207 HWY 694
PERRY LA 70575

1 RES SEAFOOD WHLSLE/RETAIL BUS

NOT VALID UNLESS SIGNED ON REVERSE SIDE

(Use Ball Point Pen Only)

RESIDENCY REQUIREMENTS (R.S. 56:8(12)

(12) (a) "Bona tide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i) If registered to vote, he is registered to vote in Louisiana.

(ii) If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:1302.

(iii) If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv) If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b) As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:306.4.

(c) Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a license as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

Licensees are required to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations

07202010/1547
WHLSE/RTL DEALER LICENSE REQUIRED FOR EACH PLACE OF BUSINESS. LICENSEE MAY BE SUBJECT TO SHRIMP/OYSTER TAX REPORTS AND PAYMENTS. IT IS UNLAWFUL TO PURCHASE FROM UNLICENSED PERSON OR COMPANY. RECORD KEEPING, MONTHLY REPORTING, & TRIP TICKET RECORDS REQUIRED ON SALES AND/OR PURCHASES OF FISH/SEAFOOD AND THE NUMBER OF SOFT SHELL CRABS PRODUCED. MAY REQUIRE PERMIT FROM DHH-OFFICE OF PUBLIC HEALTH-CALL(225)763-5467 FOR INFORMATION.
PHYSICAL LOCATION ADDRESS
15207 HWY 694
PERRY LA 70575

PAYMENT RECEIVED:     $250.00

CRABCO-000042

# State of Louisiana



Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge, LA 70898-9000

RESIDENCY REQUIREMENTS (R.S. 56:8(12)

(12) (a) "Bona fide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i) If registered to vote, he is registered to vote in Louisiana.

(ii) If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:1321.

(iii) If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv) If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b) As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:306.4.

(c) Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a license as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

Licensees are required to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations
851    12212011

Bill of lading required when transporting fish/seafood. Only authorized to conduct transactions for company named on face of this license. No road side or direct consumer sales permitted with this license.

TOTAL FEE:    $30.00

**CRABCO**
**15207 HWY 694**
**PERRY LA 70575**

851

**PHYSICAL LOCATION:**
**15207 HWY 694**
**PERRY LA 70575**

An Equal Opportunity Employer

CRABCO-000043

# State of Louisiana



Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge, LA 70898-9000

## OFFICIAL LICENSE

LIC#: 423270    EXP: 12-31-2011

CRABCO
15207 HWY 694
PERRY LA 70575

1 WHSL O/S CRAB SHIPPING LIC

**NOT VALID UNLESS SIGNED ON REVERSE SIDE**

(Use Ball Point Pen Only)

RESIDENCY REQUIREMENTS (R.S. 56:8(12)

(12) (a) "Bona fide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i) If registered to vote, he is registered to vote in Louisiana.

(ii) If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:1321.

(iii) If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv) If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b) As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:306.4.

(c) Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a license as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

Licensees are required to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations

01112011/1233

PAYMENT RECEIVED:    $100.00

An Equal Opportunity Employer

CRABCO-000044

# State of Louisiana



Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge, LA 70898-9000

## OFFICIAL LICENSE

LIC#: 423270

DOB: 7/5/1945
EXP: 12/31/2012

CRABCO
15207 HWY 694
PERRY LA 70575

1  WHSL O/S CRAB SHIPPING LIC

NOT VALID UNLESS SIGNED ON REVERSE SIDE

RESIDENCY REQUIREMENTS (R.S. 56:8(12)

(12) (a) "Bona fide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i)   If registered to vote, he is registered to vote in Louisiana.

(ii)  If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:1321.

(iii) If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv)  If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b)  As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:306.4.

(c)  Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a license as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

It is the sole responsibility of the licensee to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations
851    12212011

TOTAL PRICE       $100.00

CRABCO
15207 HWY 694
PERRY LA 70575

zel

PHYSICAL ADDRESS
15207 HWY 694
PERRY LA 70575

An Equal Opportunity Employer

CRABCO-000045



*State of Louisiana*

Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge, LA 70898-9000

**OFFICIAL LICENSE**

LIC#: 423268    EXP: 12-31-2011

CRABCO
15207 HWY 694
PERRY LA 70575

1 RES SEAFOOD WHLSLE/RETAIL-BUS

NOT VALID UNLESS SIGNED ON REVERSE SIDE

(Use Ball Point Pen Only)

RESIDENCY REQUIREMENTS (R.S. 56:8(12)

(12) (a) "Bona fide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i)  If registered to vote, he is registered to vote in Louisiana.

(ii)  If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:1321.

(iii)  If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv)  If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b)  As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:306.4.

(c)  Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a license as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

Licensees are required to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations

01.112011/1233
WHLSE/RTL DEALER LICENSE REQUIRED FOR EACH PLACE OF BUSINESS.  LICENSEE
MAY BE SUBJECT TO SHRIMP/OYSTER TAX REPORTS AND PAYMENTS.  IT IS UNLAWFUL
TO PURCHASE FROM UNLICENSED PERSON OR COMPANY.  RECORD KEEPING, MONTHLY
REPORTING, & TRIP TICKET RECORDS REQUIRED ON SALES AND/OR PURCHASES OF
FISH/SEAFOOD AND THE NUMBER OF SOFT SHELL CRABS PRODUCED.  MAY REQUIRE
PERMIT FROM DHH-OFFICE OF PUBLIC HEALTH-CALL(225)763-5467 FOR INFORMATION.
    PHYSICAL LOCATION ADDRESS:
15207 HWY 694
PERRY LA 70575

PAYMENT RECEIVED:    $250.00

An Equal Opportunity Employer

CRABCO-000046

# State of Louisiana



Department of Wildlife and Fisheries
Licensing
Post Office Box 98000
Baton Rouge. LA 70898-9000

## OFFICIAL LICENSE

LIC#: 423268

DOB: 7/5/1945
EXP: 12/31/2012

CRABCO
15207 HWY 694
PERRY LA 70575

1  RES SEAFOOD WHLSLE/RETAIL-BUS

NOT VALID UNLESS SIGNED ON REVERSE SIDE

---

RESIDENCY REQUIREMENTS (R.S. 56.8(12)

(12) (a) "Bona fide resident" means any person who is a United States citizen or resident alien and has resided in this state continuously during the twelve months immediately prior to the date on which he applies for any license and who has manifested his intent to remain in this state by establishing Louisiana as his legal domicile, as demonstrated by compliance with all of the following, as applicable:

(i)  If registered to vote, he is registered to vote in Louisiana.

(ii)  If licensed to drive a motor vehicle, he is in possession of a Louisiana driver's license, or, if over the age of fifteen years and not licensed to drive, he is in possession of a special identification card issued by the Department of Public Safety and Corrections under the provisions of R.S. 40:1321.

(iii)  If owning a motor vehicle located within Louisiana, he is in possession of a Louisiana registration for that vehicle.

(iv)  If earning an income, he has filed a Louisiana state income tax return and has complied with state income tax laws and regulations.

(b)  As to a corporation, or other legal entity, a resident shall be any which is incorporated or otherwise organized under and subject to the laws of Louisiana, and which is domiciled in Louisiana and has a permanent physical location of business in Louisiana where records are held in compliance with R.S. 56:306.4.

(c)  Any person, corporation, or other legal entity which possesses a resident license from any other state or country shall not qualify for a resident license in Louisiana.

NONRESIDENT means any person who is not a bona fide resident as the term is defined above.

Where the proof shows that a licensee as a resident has been obtained by fraud or subterfuge, the vessels and equipment used under the license shall be forfeited.

Licensees are required to abide by the laws, rules and regulations pursuant to license requirements and to keep informed of any updates and changes to Laws, Rules and Regulations
             951      12212011

Whlse/rtl dealer license required for each place of business. Licenses may be subject to shrimp/oyster tax reports and payments. It is unlawful to purchase from unlicensed person or company. Record keeping, monthly reporting, & trip ticket records required on oyster and/in purchases of fish/seafood and the number of soft shell crabs produced. You require permits from DHH-Office of Public Health---call (225) 342 7541 for information.

                                                    TOTAL FEE:      $250.00

CRABCO
15207 HWY 694
PERRY LA 70575

951

PERRY LA 70575
15207 HWY 694
PERRY LA 70575

An Equal Opportunity Employer

CRABCO-000047

| The Claro Group, LLC | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MTD/YTD Client Production | | | | | | | | | |
| Client Engagement: DEA-406.04 - CrabCo | | | | | | | | | |
| From 1/1/2010 To 6/30/2012 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Title | First | Last | Date | Hours | Rate | Fees | Expenses | Amount | Reference |
| Analyst | Kelley | Gennity | 11/09/2010 | 0.50 | $ 175.00 | $ 87.50 | $ - | $ 87.50 | Jerry Tharp - Review Income Statement Summary and verify totals |
| Analyst | Maria | Patti | 11/09/2010 | 1.25 | $ 165.00 | $ 206.25 | $ - | $ 206.25 | Prepare Jerry Tharp - CrabCo IS Summary for 2009 - 2010 monthly data. |
| Analyst | Kelley | Gennity | 11/10/2010 | 2.75 | $ 175.00 | $ 481.25 | $ - | $ 481.25 | Jerry Tharp - Create first draft of loss projection |
| Analyst | Kelley | Gennity | 11/11/2010 | 3.75 | $ 175.00 | $ 656.25 | $ - | $ 656.25 | Jerry Tharp - Finish creating projection model; create assumptions schedule |
| Managing Director | Karl | Killian | 11/11/2010 | 0.50 | $ 350.00 | $ 175.00 | $ - | $ 175.00 | CrabCo |
| Analyst | Kelley | Gennity | 11/12/2010 | 1.00 | $ 175.00 | $ 175.00 | $ - | $ 175.00 | Jerry Tharp - Create graph to depict loss in sales |
| Managing Director | Karl | Killian | 11/12/2010 | 0.50 | $ 350.00 | $ 175.00 | $ - | $ 175.00 | CrabCo |
| Analyst | Maria | Patti | 11/12/2010 | 0.75 | $ 165.00 | $ 123.75 | $ - | $ 123.75 | Review documentation for Jerry Tharp - CrabCo June 2009 and June 2010 income. |
| Analyst | Kelley | Gennity | 11/15/2010 | 1.75 | $ 175.00 | $ 306.25 | $ - | $ 306.25 | Call with Jerry Tharp to discuss outstanding items/questions; changes to file per conversation |
| Managing Director | Karl | Killian | 11/15/2010 | 1.00 | $ 350.00 | $ 350.00 | $ - | $ 350.00 | CrabCo |
| Analyst | Maria | Patti | 11/15/2010 | 0.75 | $ 165.00 | $ 123.75 | $ - | $ 123.75 | Review Jerry Tharpe - CrabCo June 2009 and 2010 charges for the Joel Blue House vendor. |
| Managing Director | Karl | Killian | 11/18/2010 | 0.75 | $ 350.00 | $ 262.50 | $ - | $ 262.50 | CrabCo |
| Analyst | Kelley | Gennity | 11/19/2010 | 2.00 | $ 175.00 | $ 350.00 | $ - | $ 350.00 | Jerry Tharp - Prepare files for meeting with Chris; meeting to discuss claims; file edits and cleanup; speak with Karl RE: issues; phone call with client; package file for Karl review |
| Managing Director | Karl | Killian | 11/19/2010 | 1.00 | $ 350.00 | $ 350.00 | $ - | $ 350.00 | CrabCo |
| Analyst | Kelley | Gennity | 11/21/2010 | 2.00 | $ 175.00 | $ 350.00 | $ - | $ 350.00 | Jerry Tharp - Add footnotes and make final edits to files to submit; make edits to draft Claro letter RE: claim |
| Analyst | Kelley | Gennity | 11/22/2010 | 1.00 | $ 175.00 | $ 175.00 | $ - | $ 175.00 | Jerry Tharp - Make edits to claim file and cover letter; create package to submit |
| Managing Director | Karl | Killian | 11/22/2010 | 0.25 | $ 350.00 | $ 87.50 | $ - | $ 87.50 | CrabCo |
| Managing Director | Karl | Killian | 12/21/2010 | 1.00 | $ 350.00 | $ 350.00 | $ - | $ 350.00 | Jerry Tharp, Mr. Peepers meeting, prep and follow |
| Managing Director | Karl | Killian | 01/11/2011 | 0.75 | $ 350.00 | $ 262.50 | $ - | $ 262.50 | CrabCo, Mr. Peepers research, discussion |
| Consultant | Kelley | Gennity | 01/18/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Review files received to date |
| Consultant | Kelley | Gennity | 01/19/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Meet with Chris to discuss next steps |
| Managing Director | Karl | Killian | 01/19/2011 | 0.25 | $ 350.00 | $ 87.50 | $ - | $ 87.50 | Meeting w/ C. Deans re Final claims |
| Consultant | Kelley | Gennity | 01/20/2011 | 1.00 | $ 185.00 | $ 185.00 | $ - | $ 185.00 | Outline questions and list of documents needed for call |
| Managing Director | Karl | Killian | 01/20/2011 | 0.40 | $ 350.00 | $ 140.00 | $ - | $ 140.00 | Meeting w/ K Gennity on Final claims |
| Consultant | Kelley | Gennity | 01/21/2011 | 1.50 | $ 185.00 | $ 277.50 | $ - | $ 277.50 | Prepare for call with Jerry; call to discuss final claim submission |
| Managing Director | Karl | Killian | 01/21/2011 | 0.80 | $ 350.00 | $ 280.00 | $ - | $ 280.00 | Teleconferences w/ claimants re Final claims |
| Consultant | Kelley | Gennity | 01/24/2011 | 0.38 | $ 185.00 | $ 70.30 | $ - | $ 70.30 | Create document request list |
| Managing Director | Karl | Killian | 01/24/2011 | 0.25 | $ 350.00 | $ 87.50 | $ - | $ 87.50 | Claim analysis w/ K Gennity on Final Claims |
| Consultant | Kelley | Gennity | 01/26/2011 | 4.25 | $ 185.00 | $ 786.25 | $ - | $ 786.25 | Project loss model out through 2015 |
| Consultant | Kelley | Gennity | 01/27/2011 | 1.00 | $ 185.00 | $ 185.00 | $ - | $ 185.00 | Finish creating CrabCo projection |
| Consultant | Kelley | Gennity | 01/28/2011 | 0.13 | $ 185.00 | $ 24.05 | $ - | $ 24.05 | Clean up loss projection model |
| Consultant | Kelley | Gennity | 01/28/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Meet with Karl to discuss loss model |
| Consultant | Kelley | Gennity | 01/28/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Schedule meeting to discuss loss model with Chris and Nikki |
| Managing Director | Karl | Killian | 01/28/2011 | 0.50 | $ 350.00 | $ 175.00 | $ - | $ 175.00 | Claim analysis w/ K Gennity on Final Claims |
| Managing Director | Karl | Killian | 02/02/2011 | 0.25 | $ 350.00 | $ 87.50 | $ - | $ 87.50 | Claim analysis w K Gennity on Final claims |
| Consultant | Kelley | Gennity | 02/03/2011 | 1.50 | $ 185.00 | $ 277.50 | $ - | $ 277.50 | Review claim file with Karl; meet with Chris to discuss claim and next steps |
| Managing Director | Karl | Killian | 02/03/2011 | 0.50 | $ 350.00 | $ 175.00 | $ - | $ 175.00 | Claim analysis w K Gennity on Final claims |
| Consultant | Kelley | Gennity | 02/21/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Review GCCF Final Payment Methodology |
| Consultant | Kelley | Gennity | 02/22/2011 | 0.35 | $ 185.00 | $ 64.75 | $ - | $ 64.75 | Gather documents for review meeting with Tommie; meet with Tommie to discuss status of document requests |

**The Claro Group, LLC**

**MTD/YTD Client Production**

**Client Engagement: DEA-406.04 - CrabCo**

**From 1/1/2010 To 6/30/2012**

| Title | First | Last | Date | Hours | Rate | Fees | Expenses | Amount | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Consultant | Kelley | Gennity | 02/25/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Review final payment calculation description with Karl; locate attachments and review |
| Managing Director | Karl | Killian | 03/22/2011 | 0.10 | $ 350.00 | $ 35.00 | $ - | $ 35.00 | Documentation review |
| Managing Director | Karl | Killian | 03/30/2011 | 0.20 | $ 350.00 | $ 70.00 | $ - | $ 70.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 04/07/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Review status of claim; email Tommie with outstanding document requests |
| Consultant | Kelley | Gennity | 04/11/2011 | 0.20 | $ 185.00 | $ 37.00 | $ - | $ 37.00 | Creation of tracking spreadsheet to organize client status |
| Consultant | Kelley | Gennity | 04/14/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Organize files for BP claims |
| Consultant | Kelley | Gennity | 04/15/2011 | 1.00 | $ 185.00 | $ 185.00 | $ - | $ 185.00 | Review P&Ls received and try to reconcile with previous files; review plaintiff status with Karl |
| Managing Director | Karl | Killian | 04/15/2011 | 0.20 | $ 350.00 | $ 70.00 | $ - | $ 70.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 04/18/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Create loss projection range |
| Managing Director | Karl | Killian | 04/28/2011 | 0.80 | $ 350.00 | $ 280.00 | $ - | $ 280.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 05/02/2011 | 0.40 | $ 185.00 | $ 74.00 | $ - | $ 74.00 | Review Mr. Peepers documents received |
| Consultant | Kelley | Gennity | 05/02/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Prepare for meeting with Chris; meet to discuss claims |
| Consultant | Kelley | Gennity | 05/04/2011 | 0.20 | $ 185.00 | $ 37.00 | $ - | $ 37.00 | Meet with Chris and Tommie RE claim binders |
| Analyst | Job | Chan | 05/05/2011 | 0.33 | $ 175.00 | $ 57.75 | $ - | $ 57.75 | Historical Crab Population research on monthly basis |
| Consultant | Kelley | Gennity | 05/12/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Review client files with KK |
| Managing Director | Karl | Killian | 05/12/2011 | 0.70 | $ 350.00 | $ 245.00 | $ - | $ 245.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 05/13/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Speak with KK and review Crabco/Mr. Peepers files received |
| Consultant | Kelley | Gennity | 05/13/2011 | 0.45 | $ 185.00 | $ 83.25 | $ - | $ 83.25 | Review claimant status with KK and CD; load documents received to flash drive for binder creation |
| Consultant | Kelley | Gennity | 05/13/2011 | 0.75 | $ 185.00 | $ 138.75 | $ - | $ 138.75 | Review outline of questions for Mr. Peeper's |
| Managing Director | Karl | Killian | 05/13/2011 | 1.10 | $ 350.00 | $ 385.00 | $ - | $ 385.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 05/16/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Clean up Crabco file and review calculations |
| Managing Director | Karl | Killian | 05/16/2011 | 0.15 | $ 350.00 | $ 52.50 | $ - | $ 52.50 | Evaluation of income and loss related to BP spill |
| Managing Director | Karl | Killian | 05/16/2011 | 0.50 | $ 350.00 | $ 175.00 | $ - | $ 175.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 05/17/2011 | 3.25 | $ 185.00 | $ 601.25 | $ - | $ 601.25 | Analysis of and changes to loss projection model |
| Managing Director | Karl | Killian | 05/17/2011 | 0.80 | $ 350.00 | $ 280.00 | $ - | $ 280.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 05/18/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Analysis of and changes to loss projection model |
| Consultant | Kelley | Gennity | 05/18/2011 | 1.75 | $ 185.00 | $ 323.75 | $ - | $ 323.75 | Finalize model and send PDF to Tommie for client review |
| Managing Director | Karl | Killian | 05/23/2011 | 1.10 | $ 350.00 | $ 385.00 | $ - | $ 385.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 05/25/2011 | 1.25 | $ 185.00 | $ 231.25 | $ - | $ 231.25 | Write-up of CrabCo business history and loss from Oil Spill |
| Consultant | Kelley | Gennity | 05/26/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Determine items still needed and send document request email |
| Consultant | Kelley | Gennity | 05/27/2011 | 0.25 | $ 185.00 | $ 46.25 | $ - | $ 46.25 | Changes to narrative of business |
| Consultant | Kelley | Gennity | 06/01/2011 | 3.75 | $ 185.00 | $ 693.75 | $ - | $ 693.75 | Binder of claim |
| Managing Director | Karl | Killian | 06/02/2011 | 0.25 | $ 350.00 | $ 87.50 | $ - | $ 87.50 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 06/06/2011 | 0.10 | $ 185.00 | $ 18.50 | $ - | $ 18.50 | Send Tommie narratives for client review |
| Managing Director | Karl | Killian | 06/06/2011 | 0.30 | $ 350.00 | $ 105.00 | $ - | $ 105.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 06/07/2011 | 0.10 | $ 185.00 | $ 18.50 | $ - | $ 18.50 | Create summary of loss table for Chris and send for his review |
| Consultant | Kelley | Gennity | 06/16/2011 | 0.38 | $ 185.00 | $ 70.30 | $ - | $ 70.30 | Finalize binder and send to Dean Law office |
| Consultant | Kelley | Gennity | 06/22/2011 | 0.15 | $ 185.00 | $ 27.75 | $ - | $ 27.75 | Updates to binder per conversations with Tommie |
| Consultant | Kelley | Gennity | 06/24/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Update claim amount and schedules/binder with additional claim preparation invoices |
| Consultant | Kelley | Gennity | 06/27/2011 | 0.20 | $ 185.00 | $ 37.00 | $ - | $ 37.00 | Finalize loss projection model and send to Tommie for inclusion on CD in binder |
| Managing Director | Karl | Killian | 06/27/2011 | 0.30 | $ 350.00 | $ 105.00 | $ - | $ 105.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 10/21/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Review CrabCo determination letter |

CRABCO-000050

**The Claro Group, LLC**
**MTD/YTD Client Production**
**Client Engagement: DEA-406.04 - CrabCo**
**From 1/1/2010 To 6/30/2012**

| Title | First | Last | Date | Hours | Rate | Fees | Expenses | Amount | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Managing Director | Karl | Killian | 10/21/2011 | 0.50 | $ 350.00 | $ 175.00 | $ - | $ 175.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 10/24/2011 | 3.00 | $ 185.00 | $ 555.00 | $ - | $ 555.00 | CrabCo - Review GCCF offer and compare with our model; create side by side comparison; meet with J. Tharp and C. Dean RE: claim |
| Consultant | Kelley | Gennity | 10/24/2011 | 3.75 | $ 185.00 | $ 693.75 | $ - | $ 693.75 | Mr. Peepers - Meet with J. Tharp and C. Dean RE: claim; update Claro billings to break out Mr. Peepers related costs |
| Managing Director | Karl | Killian | 10/24/2011 | 2.20 | $ 350.00 | $ 770.00 | $ - | $ 770.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 10/31/2011 | 0.50 | $ 185.00 | $ 92.50 | $ - | $ 92.50 | Mr. Peepers - Review template from J. Hagood; speak with J. Hagood |
| Consultant | Kelley | Gennity | 11/08/2011 | 0.35 | $ 185.00 | $ 64.75 | $ - | $ 64.75 | CrabCo - Create summary of responses received from GCCF |
| Consultant | Kelley | Gennity | 11/22/2011 | 0.05 | $ 185.00 | $ 9.25 | $ - | $ 9.25 | Speak with C. Dean RE: side-by-side for client |
| Consultant | Kelley | Gennity | 12/01/2011 | 0.10 | $ 185.00 | $ 18.50 | $ - | $ 18.50 | Review GCCF update to crab loss calculation from J. Hagood; determine affected clients |
| Consultant | Kelley | Gennity | 12/02/2011 | 0.17 | $ 185.00 | $ 31.45 | $ - | $ 31.45 | Call with C. Dean RE: changes to GCCF formula and effect on client |
| Managing Director | Karl | Killian | 12/02/2011 | 0.30 | $ 350.00 | $ 105.00 | $ - | $ 105.00 | Evaluation of income and loss related to BP spill |
| Consultant | Kelley | Gennity | 12/08/2011 | 0.63 | $ 185.00 | $ 116.55 | $ - | $ 116.55 | CrabCo - Update loss model and send to C. Dean for review |
| Managing Director | Karl | Killian | 12/08/2011 | 0.25 | $ 350.00 | $ 87.50 | $ - | $ 87.50 | Evaluation of income and loss related to BP spill |
| Managing Director | Karl | Killian | 12/28/2011 | 0.20 | $ 350.00 | $ 70.00 | $ - | $ 70.00 | Evaluation of income and loss related to BP spill |
| Managing Director | Karl | Killian | 12/30/2011 | 0.70 | $ 350.00 | $ 245.00 | $ - | $ 245.00 | Evaluation of income and loss related to BP spill |
| Snr. Consultant | Kelley | Gennity | 01/03/2012 | 1.25 | $ 205.00 | $ 256.25 | $ - | $ 256.25 | Mr. Peepers - Review files and update analysis |
| Snr. Consultant | Kelley | Gennity | 01/04/2012 | 0.25 | $ 205.00 | $ 51.25 | $ - | $ 51.25 | Mr. Peepers - Review information received with K. Killian |
| Managing Director | Karl | Killian | 01/04/2012 | 0.70 | $ 350.00 | $ 245.00 | $ - | $ 245.00 | Evaluation of income and loss related to BP spill |
| Managing Director | Karl | Killian | 01/05/2012 | 1.10 | $ 350.00 | $ 385.00 | $ - | $ 385.00 | Evaluation of income and loss related to BP spill |
| Managing Director | Karl | Killian | 01/06/2012 | 0.70 | $ 350.00 | $ 245.00 | $ - | $ 245.00 | Evaluation of income and loss related to BP spill |
| Snr. Consultant | Kelley | Gennity | 01/09/2012 | 8.75 | $ 205.00 | $ 1,793.75 | $ - | $ 1,793.75 | Mr. Peepers - prepare for and have call with J. Tharp; update summary schedule with claimant IDs; create schedules to send J. Tharp ("workbook"); review materials received for items discussed on call; create list of items outstanding; speak with K. Killian RE: follow-up items from call with client |
| Managing Director | Karl | Killian | 01/09/2012 | 0.80 | $ 350.00 | $ 280.00 | $ - | $ 280.00 | Evaluation of income and loss related to BP spill |
| Snr. Consultant | Kelley | Gennity | 01/11/2012 | 1.00 | $ 205.00 | $ 205.00 | $ - | $ 205.00 | Mr. Peepers - finish workbook for J. Tharp review |
| Managing Director | Karl | Killian | 01/11/2012 | 0.70 | $ 350.00 | $ 245.00 | $ - | $ 245.00 | Evaluation of income and loss related to BP spill |
| Snr. Consultant | Kelley | Gennity | 01/12/2012 | 1.50 | $ 205.00 | $ 307.50 | $ - | $ 307.50 | Draft email for J. Tharp with workbook and document requests; call with J. Tharp RE: same |
| Snr. Consultant | Kelley | Gennity | 01/19/2012 | 0.25 | $ 205.00 | $ 51.25 | $ - | $ 51.25 | CrabCo - Review workbook from Jerry Tharp |
| Managing Director | Karl | Killian | 01/19/2012 | 0.20 | $ 350.00 | $ 70.00 | $ - | $ 70.00 | Evaluation of income and loss related to BP spill |
| Managing Director | Karl | Killian | 01/20/2012 | 0.20 | $ 350.00 | $ 70.00 | $ - | $ 70.00 | Evaluation of income and loss related to BP spill |
| Snr. Consultant | Kelley | Gennity | 01/23/2012 | 1.33 | $ 205.00 | $ 272.65 | $ - | $ 272.65 | Compile claimant summary binder for K. Killian use/reference at meeting with GCCF |
| Snr. Consultant | Kelley | Gennity | 01/24/2012 | 0.72 | $ 205.00 | $ 147.60 | $ - | $ 147.60 | Compile claimant summary binder for K. Killian use/reference at meeting with GCCF |
| Snr. Consultant | Kelley | Gennity | 01/27/2012 | 0.16 | $ 205.00 | $ 32.80 | $ - | $ 32.80 | Call with K. Killian and C. Dean to review claimant files/claim |
| Managing Director | Karl | Killian | 01/30/2012 | 0.97 | $ 350.00 | $ 339.50 | $ - | $ 339.50 | Meeting w GCCF in NYC, prep and follow up |
| Snr. Consultant | Kelley | Gennity | 02/08/2012 | 0.25 | $ 205.00 | $ 51.25 | $ - | $ 51.25 | Perform alternate 3-month methodology to calculate 2010 projection; compare with previous totals |
| Snr. Consultant | Kelley | Gennity | 02/27/2012 | 2.00 | $ 205.00 | $ 410.00 | $ - | $ 410.00 | Mr. Peepers - update/finalize draft of model, review with K. Killian, send to C. Dean for review |
| Managing Director | Karl | Killian | 02/27/2012 | 1.20 | $ 350.00 | $ 420.00 | $ - | $ 420.00 | Evaluation of income and loss related to BP spill |
| Snr. Consultant | Kelley | Gennity | 03/02/2012 | 1.00 | $ 220.00 | $ 220.00 | $ - | $ 220.00 | Mr. Peepers - Review projection and tasks with team; make updates |
| Managing Director | Karl | Killian | 03/02/2012 | 0.70 | $ 350.00 | $ 245.00 | $ - | $ 245.00 | Evaluation of income and loss related to BP spill |
| Managing Director | Karl | Killian | 03/05/2012 | 0.80 | $ 350.00 | $ 280.00 | $ - | $ 280.00 | Evaluation of income and loss related to BP spill |

| The Claro Group, LLC | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MTD/YTD Client Production | | | | | | | | | |
| Client Engagement: DEA-406.04 - CrabCo | | | | | | | | | |
| From 1/1/2010 To 6/30/2012 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Title | First | Last | Date | Hours | Rate | Fees | Expenses | Amount | Reference |
| Snr. Consultant | Kelley | Gennity | 03/06/2012 | 2.25 | $ 220.00 | $ 495.00 | $ - | $ 495.00 | Mr. Peepers - Call with Jerry; make changes to model; investigate Restaurant Depot on Hoovers |
| Snr. Consultant | Kelley | Gennity | 03/09/2012 | 0.25 | $ 220.00 | $ 55.00 | $ - | $ 55.00 | Speak with K. Killian RE: summary of financials received per claimant; create summary; call with C. Dean RE: same |
| Snr. Consultant | Kelley | Gennity | 03/19/2012 | 1.50 | $ 220.00 | $ 330.00 | $ - | $ 330.00 | Create alternate projection methodology |
| Managing Director | Karl | Killian | 05/02/2012 | 0.25 | $ 160.00 | $ 40.00 | $ - | $ 40.00 | Settlement Agreement methodology |
| Managing Director | Karl | Killian | 05/03/2012 | 1.50 | $ 160.00 | $ 240.00 | $ - | $ 240.00 | Settlement Agreement methodology |
| Snr. Consultant | Kelley | Gennity | 05/07/2012 | 5.50 | $ 110.00 | $ 605.00 | $ - | $ 605.00 | Create new analysis model for CrabCo |
| Managing Director | Karl | Killian | 05/07/2012 | 0.75 | $ 160.00 | $ 120.00 | $ - | $ 120.00 | Settlement Agreement methodology |
| Snr. Consultant | Kelley | Gennity | 05/08/2012 | 1.50 | $ 110.00 | $ 165.00 | $ - | $ 165.00 | Speak with K. Killian RE: new analysis for CrabCo; updates to model |
| Managing Director | Karl | Killian | 05/08/2012 | 1.50 | $ 160.00 | $ 240.00 | $ - | $ 240.00 | Settlement Agreement methodology |
| Snr. Consultant | Kelley | Gennity | 05/23/2012 | 0.50 | $ 110.00 | $ 55.00 | $ - | $ 55.00 | Create summary of claim values/offers to date |
| Managing Director | Karl | Killian | 05/30/2012 | 0.25 | $ 160.00 | $ 40.00 | $ - | $ 40.00 | Settlement Agreement methodology |
| Grand Total | | | | 119.05 | | $ 26,198.20 | | $ 26,198.20 | |

CRABCO-000052

# EXHIBIT L



## Claimant Details

[<< Back]

### Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** 100038579 | | **Name:** | |
| **GCCF Claimant ID:** 1180295 | | **Business:** CRABCO | |
| **Taxpayer Type:** Business | | **Address:** 1406 South State St. | |
| **SSN/EIN:** *****4840 | | ABBEVILLE LA 70510 | |
| **Represented By:** Dean Law Firm | | **Preferred Language:** English | |

**Current Claimant Status:** Claimant Review Steps

### Claimant Activity

| Event | Event Date | Response Deadline | |
|---|---|---|---|
| Registration Form Submitted | 07/20/2012 | | |

### Claim Types

| Claim ID | Claim Type | Details | Status | Event Date | Response Deadline | Events / Notices |
|---|---|---|---|---|---|---|
| 39232 | Business Economic Loss | CrabCo ,1406 South State St. , ,Abbeville ,LA | Response to Incompleteness Notice received | 09/24/2012 | | [Events / Notices] |

# EXHIBIT M

# JERRY THARP

1406 South State, Abbeville, LA 70510

October 25, 2012

Re: Crabco and Mr. Peepers Best LLC

To whom it may concern:

I am the owner of the referenced businesses. I wish to opt out of the Deepwater Horizon Economic Class. My signature below affirms this desire on behalf of these business concerns.

Sincerely,

Jerry Tharp
Jerry Tharp

**D E A N**
LAW FIRM

17225 El Camino Real, Ste 190
Houston, Texas 77058

CERTIFIED MAIL™

7012 0470 0000 5665 4621

$5.75
US POSTAGE
FIRST-CLASS
062S0008335241
77058

Deepwater Horizon Court-Supervised
Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA, 70404-0222

# EXHIBIT N


**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| | |
|---|---|
| **ELIGIBILITY NOTICE**<br>**DATE OF NOTICE:  December 18, 2012**<br>**DEADLINE FOR RECONSIDERATION REQUEST:  January 17, 2013** | |

| **I.  CLAIMANT AND CLAIM INFORMATION** | | | |
|---|---|---|---|
| **Claimant Name** | Last/ Name of Business<br>CRABCO | First | Middle |
| **Claimant ID** | 100038579 | **Claim ID** | 39232 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Dean Law Firm | | |

| **II.  COMPENSATION AND PAYMENT DETERMINATION** | |
|---|---|

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I.  We have reviewed this claim and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement").  The following provides a breakdown of the factors relevant to your payment.  See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| **1.** | Compensation Amount: | $72,447.00 |
| **2.** | Risk Transfer Premium Amount: | $217,341.00 |
| **3.** | Plus Claimant Accounting Support: See Claimant Accounting Support Reimbursement Attachment for additional details. | $1,448.94 |
| **4.** | Less Prior Spill-Related Payments: | $73,338.23 |
| **5.** | Total Compensation Amount: This is the sum of all Rows above. | $217,898.71 |
| **6.** | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| **7.** | Award Amount: Higher of 40% Amount or Final Claimant Compensation, subject to any applicable liens. | $217,898.71 |

## III. ACCEPTANCE OF AWARD AMOUNT

To accept this Award Amount, you must complete and sign the Full and Final Release, Settlement, and Covenant Not to Sue ("Release") that is attached to this Notice. You must complete and submit an original, signed Release before we can issue payment, but only one Release is required. You do not have to submit a separate Release for each of your payable claims. To be paid, you must use the Release that we send you. Although the terms of this Release are the same as the version attached as Exhibit 26 to the Settlement Agreement, you must sign and return the Release we send you with this Notice. Do not use a copy of Exhibit 26 or any other form of release, for we cannot accept them. The Settlement Program's determination will be binding on you even if you choose not to accept this award, subject to any rights of Reconsideration and Appeal.

If you elect to waive any Reconsideration and Appeal rights for this claim as explained in Section V, submit the Release attached to this Notice. **An original of the Release bearing the claimant's signature is required. We will not accept photocopies or scanned versions of the claimant's signature. Once you submit a Release, we must verify your SSN, EIN or ITIN before you can receive payment. If we cannot verify your SSN, EIN, or ITIN or if it changes upon submission of additional information, your Award Amount could change or this Eligibility Notice may be rescinded.** The submitted Release will be binding on you for any additional Settlement Payments you may be eligible to receive under the Settlement Program.

After signing your Release and receiving a payment on your first claim, you will have 180 days from the date we mail or wire your initial payment to file any additional claims you wish to pursue pursuant to Section 4.4.8 of the Settlement Program. You will waive all rights to future claims if you do not submit additional claims within this 180-day window. However, if you are filing a claim in the Seafood Compensation Program, you must file all Seafood-related claims no later than 30 days after the Court issues a Final Order approving the Settlement Agreement.

To obtain more detailed information regarding acceptance of your payment and additional terms and requirements of the Release, go to **www.deepwaterhorizoneconomicsettlement.com.** If you have any questions about your options or this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.

If the Compensation Amount listed on Row 1 of Section II of this Notice is greater than $25,000, BP has a right to appeal it within certain timeframes that begin from the date of this Eligibility Notice, which means that you cannot receive a Release or payment until BP's appeal right has expired or been waived. If the BP Appeal deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day. Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day, and any other day designated by the Office of the Claims Administrator.BP's Appeal timeframes differ depending on the amount of the award as follows: (a) for awards of $25,000.01 to $250,000.00, BP has ten days to appeal; (b) for awards of $250,000.01 to $500,000.00, BP has 15 days to appeal; and (c) for awards greater than $500,000.00, BP has 20 days to appeal. If BP appeals your Compensation Amount, we will send you a separate notification explaining BP's appeal and the appeals process.

## IV. DECEASED, MINOR AND INCOMPETENT CLAIMANTS

If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process. We will notify you if you need to seek court approval or submit additional proof of authority before payment.

## V. RECONSIDERATION

**WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**
Claimant ID: 100038579
Claim ID: 39232

You may seek Reconsideration of this claim if you believe that we have made a calculation error or incorrectly deducted prior Spill-related payments, if you believe that we failed to take into account relevant information or data, or did not follow the Settlement Agreement's standards governing this claim. To request Reconsideration, you must do the following on or before the Deadline for Reconsideration Request date listed at the top of this

Eligibility Notice: (1) complete the **Request for Reconsideration Form** accompanying this Notice or complete the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Reconsideration Form. Because submission of a Request for Reconsideration is the equivalent of asking for an additional review of the claim, the Reconsideration outcome could change the eligibility of the claim, or your Award Amount may increase, decrease or stay the same.

If you are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal. **If you do not submit a Request for Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal.**

## VI. LIENS

We will deduct any valid outstanding liens we have received, along with any other deductions required by state or federal law or by any court order from Your Award Amount identified in Section II of this Notice before issuing payment. If we have received a valid lien against your claim(s), the Notice of Lien Withholding Attachment included with this Notice provides details on that lien and how it affects your Award Amount. If we receive a valid lien or notice of another required deduction after you accept your Award Amount but before we issue the payment on your claim, we will deduct the lien amount from your payment.

## VII. ACCOUNTING SUPPORT REIMBURSEMENT

You are eligible to receive reimbursement for reasonable and necessary accounting fees related to claims preparation. Reimbursement is limited to the accounting services necessary to complete the Claim Form or prepare supporting documentation. You will be reimbursed for accounting fees based on the actual fees incurred.

For business claims over $50,000, total accounting fees may not exceed 2% of the Compensation Amount (excluding any applicable Risk Transfer Premium). Accounting fees for all other claims less than or equal to $50,000 are limited to $1,000. All business claims, regardless of the Compensation Amount, shall be subject to an overall accounting support reimbursement limit of $50,000.

## VIII. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## IX. HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. Submit your **Request for Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal in any of the following ways. If you are unable to access the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all the documents you submit.

| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| --- | --- |

| | |
|---|---|
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## EXPLANATION OF CLAIM ATTACHMENT

### A. CLAIMANT SUMMARY

| | | | |
|---|---|---|---|
| **Industry Designation** | Primary Seafood Industry I | **Optimum Benchmark Period** | 2009 Only Benchmark Period |
| **Economic Loss Zone** | Zone B | **Optimum Step 1 Compensation Period** | May 2010 to December 2010 |
| **Risk Transfer Premium** | 3.00 | **Optimum Step 2 Compensation Period** | May 2010 to December 2010 |

### B. TOTAL CALCULATED LOSS SUMMARY

The compensation framework for Business Economic Loss claims compares the actual profit of a business during a defined post-Spill period in 2010 to the profit that the business might have expected to earn in the comparable post-Spill period of 2010.  The compensation calculation is divided into two steps.  Total Compensation is calculated by adding Step 1 Compensation and Step 2 Compensation, applying the appropriate Risk Transfer Premium based on your Industry Designation and Economic Loss Zone, and subtracting any applicable payments you have received from BP or the GCCF pursuant to BP's OPA claims process, as well as any VoO Settlement Payment Offset and VoO Earned Income Offset.  The Step 1 Compensation Calculation and Step 2 Compensation Calculation are illustrated in greater detail below in Sections C and D, respectively.

We have reviewed all the documentation and information you submitted to determine the Benchmark Period and Compensation Periods that maximize your recovery, even if those periods differ from the periods you selected.  These are the Optimum Benchmark Period, Optimum Step 1 Compensation Period and Optimum Step 2 Compensation Period set forth in Section A above.  Column A below shows the actual calculation of your Total Calculated Loss, based on the most beneficial Benchmark and Compensation Periods.  Column B below shows a hypothetical calculation of what your Total Net Compensation would have been if we had used the Benchmark and Compensation Periods that you selected on the Claim Form.  If you left these selections on the Claim Form blank or selected "Claims Administrator Selected Benchmark Period," then Column B defaults to "Not Selected."

To view a copy of the Compensation Calculation Schedules prepared by DWH Accountants that illustrate this calculation in even greater detail, you can click the View button on the Eligibility Notice screen on the DWH Portal. If you do not use the DWH Portal, you must call the Claimant Communications Center at 1-800-353-1262 to request a copy of this document.

| | **Total Compensation** | **(A)** Claims Administrator Selected Periods | **(B)** Claimant Selected Periods |
|---|---|---|---|
| **1.** | **Step 1 Compensation:** from Row 9 in Section C, Step 1 Net Compensation | $72,447.00 | $72,447.00 |
| **2.** | **Step 2 Compensation:** from Row 1 in Section D, Step 2 Net Compensation | $0.00 | $0.00 |
| **3.** | **Compensation Amount:** sum of Rows 1 and 2 | $72,447.00 | $72,447.00 |
| **4.** | **Risk Transfer Premium:** | 3.00 | |
| **5.** | **Risk Transfer Premium Amount:** Row 3 times Row 4 | $217,341.00 | $217,341.00 |
| **6.** | **Accounting Support Reimbursement:** See Claimant Accounting Support Reimbursement Attachment for additional details, if applicable. | $1,448.94 | |
| **7.** | **Compensation Prior to Offsets:** sum of Rows 3, 5 and 6 | $291,236.94 | $291,236.94 |
| **8.** | **Less Offsets:** | $73,338.23 | |

Claimant ID: 100038579

Claim ID: 39232



| | BP Payments Offset of $0.00 | | |
|---|---|---|---|
| | Real Estate Fund Payments Offset of $0.00 | | |
| | GCCF Payments Offset of $73,338.23 | | |
| | VoO Settlement Payment Offset of $0.00. If you received an Eligibility Notice from the Settlement Program for a VoO Charter Payment claim, this is 50% of the Total Compensation Amount in that Notice. | | |
| | VoO Earned Income Offset of $0.00.  If you received payment from the VoO Program, this is 33% of that amount. | | |
| **9.** | **Total Compensation Amount:** Row 7  minus Row 8 | $217,898.71 | $217,898.71 |

## C. STEP 1 COMPENSATION CALCULATION

The Step 1 Compensation calculation compensates claimants for any reduction in profit between the Step 1 Compensation Period and the comparable months of the Benchmark Period.  We determined your Step 1 Net Compensation by calculating the difference in Variable Profit between the Optimum Step 1 Compensation Period and the Variable Profit over the comparable months of the Optimum Benchmark Period.  The Step 1 Compensation Period must include three or more consecutive months between May and December 2010.

### Step 1 Net Compensation

| | Month | Benchmark Period Variable Profit (a) | 2010 Compensation Period Variable Profit (b) | Step 1:  Lost Variable Profit (c) = (a) – (b) |
|---|---|---|---|---|
| **1.** | May | $26,635.00 | ($1,803.50) | $28,438.50 |
| **2.** | Jun | $27,920.50 | ($230.50) | $28,151.00 |
| **3.** | Jul | $9,151.00 | $5,147.00 | $4,004.00 |
| **4.** | Aug | $14,765.50 | $6,295.00 | $8,470.50 |
| **5.** | Sep | $9,540.00 | $7,042.00 | $2,498.00 |
| **6.** | Oct | $4,155.00 | $3,504.00 | $651.00 |
| **7.** | Nov | $1,066.00 | $2,085.00 | ($1,019.00) |
| **8.** | Dec | $2,158.00 | $905.00 | $1,253.00 |
| **9.** | **Total** | $95,391.00 | $22,944.00 | $72,447.00 |

### Benchmark Period:  2009 Only Benchmark Period

| | Month | Revenues (a) | Variable Expenses (b) | Variable Profit (c) = (a) – (b) |
|---|---|---|---|---|
| **1.** | May | $123,907.00 | $97,272.00 | $26,635.00 |
| **2.** | Jun | $77,938.00 | $50,017.50 | $27,920.50 |
| **3.** | Jul | $50,456.00 | $41,305.00 | $9,151.00 |
| **4.** | Aug | $53,862.00 | $39,096.50 | $14,765.50 |

Claimant ID: 100038579

Claim ID: 39232



| 5. | Sep | $51,643.00 | $42,103.00 | $9,540.00 |
|---|---|---|---|---|
| 6. | Oct | $21,079.00 | $16,924.00 | $4,155.00 |
| 7. | Nov | $17,741.00 | $16,675.00 | $1,066.00 |
| 8. | Dec | $22,809.00 | $20,651.00 | $2,158.00 |
| 9. | **Total** | $419,435.00 | $324,044.00 | $95,391.00 |

| **Compensation Period 2010** | | | | |
|---|---|---|---|---|
| | **Month** | **Revenues** (a) | **Variable Expenses** (b) | **Variable Profit** (c) = (a) – (b) |
| 1. | May | $36,825.00 | $38,628.50 | ($1,803.50) |
| 2. | Jun | $48,709.00 | $48,939.50 | ($230.50) |
| 3. | Jul | $39,415.00 | $34,268.00 | $5,147.00 |
| 4. | Aug | $27,693.00 | $21,398.00 | $6,295.00 |
| 5. | Sep | $48,597.00 | $41,555.00 | $7,042.00 |
| 6. | Oct | $14,740.00 | $11,236.00 | $3,504.00 |
| 7. | Nov | $14,213.00 | $12,128.00 | $2,085.00 |
| 8. | Dec | $4,830.00 | $3,925.00 | $905.00 |
| 9. | **Total** | $235,022.00 | $212,078.00 | $22,944.00 |

## D. STEP 2 COMPENSATION CALCULATION

The Step 2 Compensation calculation compensates claimants for lost incremental profits the claimant might have been expected to generate in the absence of the Spill relative to variable profit from the Benchmark Period.  This calculation reflects a Claimant-Specific Factor (not to fall below -2% or exceed +10%) that captures growth or decline in the pre-Spill months of 2010 compared to the comparable months of the Benchmark Period, and a General Adjustment Factor of 2%.  We calculated your Step 2 Net Compensation by multiplying your monthly revenues from the Optimum Benchmark Period by the sum of your Claimant Specific Factor and the General Adjustment Factor to yield Incremental Revenue.  We then multiplied Incremental Revenue by a Variable Margin Percentage to determine your Step 2 Variable Lost Profit.

| **Step 2 Net Compensation** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Month** | **Revenues** | | | | **Variable Margin %** (e) | **Step 2: Lost Variable Profit** (f) = (d) x (e) |
| | | **Benchmark Period** (a) | **Claimant Specific Factor** (b) | **General Adjustment Factor** (c) | **Incremental Revenue** (d) = (a) x (b + c) | | |
| 1. | **Total** | | (2.00%) | 2.00% | $0.00 | 0.00% | $0.00 |

| **Claimant Specific Factor Calculation** | | | | | | | |



Claimant ID: 100038579

Claim ID: 39232

|  |  | January | February | March | April | Total |
|---|---|---|---|---|---|---|
| **1.** | **Benchmark Period Revenue:** | $2,985.00 | $7,280.00 | $16,276.00 | $70,662.00 | $97,203.00 |
| **2.** | **2010 Revenue:** | $13,235.00 | $10,524.00 | $18,760.00 | $30,945.00 | $73,464.00 |
| **3.** | **Revenue Increase (Decrease) Between 2010 and Benchmark Period :**  Row 2 minus Row 1 |  |  |  |  | ($23,739.00) |
| **4.** | **Pre-Loss 4-Month Trend:**  Row 3 divided by Row 1 |  |  |  |  | (24.42%) |
| **5.** | **Calculated Claimant Specific Factor:** |  |  |  |  | (24.42%) |
| **6.** | **Applied Claimant Specific Factor:** Minimum of -2% and Maximum of +10% |  |  |  |  | (2.00%) |

Claimant ID: 100038579

Claim ID: 39232

## CLAIMANT ACCOUNTING SUPPORT REIMBURSEMENT ATTACHMENT

### A. EXPLANATION OF CLAIMANT ACCOUNTING SUPPORT REIMBURSEMENT

You are eligible for reimbursement of reasonable and necessary accounting fees incurred for work performed on either the completion of a Claim Form or preparation of supporting documentation ("Claimant Accounting Support"). Reimbursements for Claimant Accounting Support are capped at the following standard hourly rates:

|  | Individual Claim | Business Claim |
|---|---|---|
| Preparation | $85 | $110 |
| Supervision and Review | $130 | $160 |

For business claimants, the total reimbursement may not exceed 2% of the total Economic Damage Compensation Amount (excluding any applicable Risk Transfer Premium) for business Claims over $50,000.00 with all other claims limited to $1,000.00. Review and supervision hours may not exceed 25% of total time spent. All business claims, regardless of the final claim amount, are subject to an overall accounting support reimbursement limit of $50,000.00.

### B. REIMBURSEMENT DETERMINATION

We reviewed the Sworn Written Statement and other supporting materials that you submitted and determined that you are eligible for reimbursement of accounting fees. The amount of your Claimant Accounting Support reimbursement is set forth below.

#### THE CLARO GROUP

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Preparer | 7.50 | $110.00 | $825.00 |
| Supervisor | 4.25 | $160.00 | $680.00 |
|  |  | **Total** | **$1,505.00** |

### Total Reimbursement Amount: $1,448.94
(This amount may reflect the maximum reimbursement limits explained in this Notice)

Claimant ID: 100038579

Claim ID: 39232

# REQUEST FOR RECONSIDERATION FORM

### DATE OF ELIGIBILITY NOTICE: December 18, 2012
### DEADLINE TO SUBMIT FORM:  January 17, 2013

## I.  CLAIMANT AND CLAIM INFORMATION

| | Last/ Name of Business | First | Middle |
|---|---|---|---|
| **Claimant Name** | CRABCO | | |

| **Claimant ID** | 100038579 | **Claim ID** | 39232 |
|---|---|---|---|

| **Claim Type** | Business Economic Loss |
|---|---|

| **Law Firm** | Dean Law Firm |
|---|---|

## II.  REQUEST FOR RECONSIDERATION OF CLAIM

By requesting Reconsideration, you are certifying that you understand that the Reconsideration outcome could change the eligibility of your claim and that your Settlement Payment could increase, decrease or stay the same. Include all additional documentation you want us to consider along with this Reconsideration Form.   Select the reason(s) you are requesting Reconsideration from the options below.

- ☐　　Calculation Error
- ☐　　 Failure to take into account relevant information or data
- ☐　　Failure to follow the standards in the Settlement Agreement
- ☐　　Incorrect deductions from prior BP/GCCF payments

Explain (You may attach additional sheets if necessary):

## III. HOW TO SUBMIT THIS FORM

Submit your **Request for Reconsideration Form** online with any accompanying documentation by uploading them to your DWH Portal.  If you do not use the DWH Portal, you may submit your request in any of the following ways on or before your Reconsideration deadline:

| | |
|---|---|
| **By Mail** <br> (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center <br> PO Box 1439 <br> Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** <br> (If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration Deadline) | Deepwater Horizon Economic Claims Center <br> Claims Administrator <br> 42548 Happy Woods Road <br> Hammond, LA 70403 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** <br> (Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

Claimant ID: 100038579

Claim ID: 39232

## INSTRUCTIONS FOR COMPLETING THE FULL AND FINAL RELEASE, SETTLEMENT, AND COVENANT NOT TO SUE

This is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We processed your claim and determined that you qualify for a Settlement Payment ("Payment") for one or more of the claims you submitted. To receive your Payment, you must sign the attached Full and Final Release, Settlement, and Covenant Not to Sue ("Release") and return it to us.

| | |
|---|---|
| **1.** | ***Release Cover Sheet.*** The Release Cover Sheet contains information you previously submitted. If any of the information on the Release Cover Sheet is incorrect or missing, correct or provide the missing information directly on the Release Cover Sheet and return it to us using one of the methods set out in Section 7 below. |
| **2.** | ***Required Signatures for Individual Claimants.*** You must sign this Release personally in three places—Page 3, Page 14, and Page 20. If you are married, your spouse must sign personally in each place as well. If you are signing as the personal representative, guardian, trustee or other authorized representative of an individual claimant, or if you are the bankruptcy Trustee for a claimant who is a party in an open bankruptcy proceeding, sign the claimant's name and your name in the claimant signature section. The signature must read "[claimant's name], by [your signature]." Also complete Section III of the Release Cover Sheet and submit to us the required documentation demonstrating your authority to sign on behalf of the claimant, if you have not already done so. |
| **3.** | ***Required Signatures for Business Claimants.*** Business Claimants must designate an authorized signatory who may sign on behalf of the business. The authorized signatory must sign in three places—Page 3, Page 14 and Page 20. If the business is a sole proprietorship and the sole proprietor is married, or if spouses jointly own a business and filed a claim for that business, both spouses must sign in each place as well. If you are signing as the trustee or authorized representative for a dissolved business or a business that is the current subject of an open bankruptcy proceeding, print the business's claimant's name and then sign your name in the claimant signature section. The signature must read "[business name], by [signer's name]." Also complete Section III of the Release Cover Sheet and submit the required documentation demonstrating your authority to sign on behalf of the claimant, if you have not already done so. |
| **4.** | ***Consult with your Attorney.*** The Release contains important information about your legal rights, including giving up your right to sue BP and other parties. Read these Instructions and the Important Information section before signing this Release. If you are represented by an attorney in connection with your claim, consult with your attorney regarding the terms of the Release. |
| **5.** | ***Original Release Required.*** Return the original, signed Release to us. We cannot accept facsimiles, PDFs, or copies of a signed Release. You must return all 20 pages of the Release (the Cover Page through Exhibit B) before we can pay your claim. |
| **6.** | ***No Modifications and No Deletions.*** Do not strike through or otherwise try to alter any of the language in the Release, except for corrections to information that you make on the Release Cover Sheet. If you alter the Release or fail to submit all 20 pages of the Release, we will not be able to pay your claim. |

|   | ***Submission of Original Signed Release.***  Submit the entire original signed Release and any required documentation in one of the following ways:<br><br>**By Mail:**<br>Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439<br><br>**By Overnight Delivery, Certified or Registered Mail**<br>Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403<br><br>**Visit a Claimant Assistance Center:**<br>You may take the signed Release to a Claimant Assistance Center.<br> Visit **www.deepwaterhorizoneconomicsettlement.com** for a list of Claimant Assistance Centers or call 1-866-992-6174. |
|---|---|
| **7.** | |

Claimant ID: 100038579

Claim ID: 39232

## RELEASE COVER SHEET

### I.   INDIVIDUAL CLAIMANT INFORMATION

| Name | Last | First | Middle Initial |
|---|---|---|---|
| Spouse Name | Last | First | Middle Initial |

### II.   BUSINESS CLAIMANT INFORMATION

| Name of Business: | CRABCO | | |
|---|---|---|---|
| Authorized Business Representative | Last | First | Middle Initial |
| | Title | | |
| Spouse Name: | Last | First | Middle Initial |

### III.   INFORMATION ABOUT THE CLAIMANT REPRESENTATION

If the claimant is: (1) deceased; (2) a minor; or (3) incompetent and legally unable to sign for himself or herself, you must submit documentation to the Claims Administrator showing your authority to act on behalf of the claimant, if you have not already done so.  See Section 4 of the Registration Form Instructions Booklet for a description of the required documentation.

| Representative Name: | Last | First | Middle Initial |
|---|---|---|---|
| The claimant is: | ☐ Deceased    ☐ Incompetent    ☐ Declared Bankrupt (or currently undergoing Bankruptcy Proceedings) ☐ A Minor    ☐ A Dissolved Business | | |
| Source of your authority to act as Representative for the claimant: | ☐ Court Order    ☐ Power of Attorney    ☐ Letters of Administration ☐ Tutorship    ☐ Conservatorship    ☐ Guardianship    ☐ Other (specify): _____ | | |

### IV.  PAYMENT INFORMATION

| Claimant ID: | 100038579 | Claim Type: | Business Economic Loss |
|---|---|---|---|
| Claim ID: | 39232 | Payment Amount: | $217,898.71 |

## IMPORTANT INFORMATION ABOUT THE ATTACHED FULL AND FINAL RELEASE, SETTLEMENT, AND COVENANT NOT TO SUE

***All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement payment or signing a release of legal rights.  If you are represented by an attorney in connection with your claim, confer with your attorney before signing this document.***

The attached Full and Final Release, Settlement, and Covenant Not to Sue ("Individual Release") is a binding legal document.  By signing this document, you are forever waiving and releasing all claims that you may have against BP or any other party in connection with the Deepwater Horizon Incident (as defined in the Individual Release) except for Expressly Reserved Claims (as defined in the Individual Release).

**By signing the attached Individual Release, you are forever giving up and discharging any rights that you may have for any costs, damages, causes of actions, claims, or other relief related to or arising from the Deepwater Horizon Incident except for Expressly Reserved Claims even if you are not currently aware of such costs or damages and even if such costs or damages arise in the future (i.e., additional oil impacts) or do not manifest themselves until the future.**

By signing the attached Individual Release, you acknowledge that you have read and understand the terms of the Individual Release, and that you execute the Individual Release voluntarily and without being pressured or influenced by, and without relying upon, any statement or representation made by any person acting on behalf of BP or any other released party.

The settlement payment you have been offered arises under the auspices of the federal District Court in New Orleans presiding over the multidistrict litigation titled *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179).  A class action settlement has been proposed in that case, but the Court has not yet given final approval of that proposed settlement.  If the Court does approve the proposed class action settlement, an appellate court could reverse the approval.  In addition, it is possible that the terms of the proposed settlement may change in the future—for better or for worse—as a result of further legal proceedings.  However, if you sign this Individual Release, none of those uncertain future events will affect you.  **By signing this Individual Release you are forever waiving and releasing all claims that you may have against BP (except for Expressly Reserved Claims) in exchange for the compensation being provided.**  In fact, even if the Court does not approve the proposed class action settlement agreement or the approval is reversed by an appellate court, you shall continue to be bound by this Individual Release.

For a Business Claimant, if the business is a sole proprietorship and you are the owner and you are married, or if the business is jointly owned by you and your spouse, both you and your spouse must sign the Individual Release.  For an Individual Claimant, if you are married, both you and your spouse must sign the Individual Release.  You and your spouse should not sign the Individual Release unless you both intend to release and give up all of your claims.

By signing below, you acknowledge that you have read and understand the information above.  You elect to accept the payment as a final settlement of all claims against any party in connection with the Deepwater Horizon Incident except for Expressly Reserved Claims.  You consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information that the Claims Administrator believes necessary and/or helpful to process your claim for compensation and payment and to any legitimate business purposes associated with administering the settlement facility.  Finally, you consent to the Claims Administrator providing documentation and information to Lead Class Counsel, BP, and the Court as provided for in the Settlement Agreement.

## ACKNOWLEDGEMENT

I/We acknowledge that I/we have read and understand the information above. I/We consent to the claimant's election to accept the payment as a final settlement of all claims of claimant against any party in connection with the Deepwater Horizon Incident except for Expressly Reserved Claims.

_____          _____

Signature of Claimant                                              Date

_____          _____

Signature of Claimant's Spouse                                  Date

## FULL AND FINAL RELEASE, SETTLEMENT, AND COVENANT NOT TO SUE

1. **Definitions.**  For purposes of this **Individual Release**, the following definitions shall apply, and in the case of defined nouns, the singular shall include the plural and vice versa:

(a)   "**Affiliate**" means with respect to any **Natural Person** or **Entity**, any other **Natural Person** or **Entity** that directly or indirectly, through one or more intermediaries, controls, or is controlled by, or is under common control with, such **Natural Person** or **Entity**.

(b)   "**Assigned Claims**" means the claims defined in Exhibit 21 to the **Settlement Agreement**.

(c)   "**Bodily Injury Claims**" means claims and damages, including lost wages, for or resulting from personal injury, latent injury, future injury, progression of existing injury, damage, disease, death, fear of disease or injury or death, mental or physical pain or suffering, or emotional or mental harm, anguish or loss of enjoyment of life, including any claim for mental health injury, arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**.

(d)   "**BP**" means BP Exploration & Production Inc., BP America Production Company, BP America Inc., BP Company North America Inc., BP Corporation North America Inc., BP Corporation North America Inc. Savings Plan Investment Oversight Committee, BP Energy Company, BP Exploration (Alaska) Inc., BP Global Special Products (America) Inc., BP Holdings North America Limited, BP p.l.c., BP Products North America Inc., and each of their respective direct or indirect parents, subsidiaries and subsidiary undertakings (as those terms are defined in the U.K. Companies Act 2006), **Affiliates**, divisions, and business units.

(e)   "**Claim**" means any demand or request for compensation (other than **Bodily Injury Claims** or **Expressly Reserved Claims**), together with any properly completed forms and accompanying required documentation, submitted by a **Claimant** to the **Settlement Program**.

(f)   "**Claimant**" means any **Natural Person** or **Entity** that submits a **Claim** to the **Settlement Program** seeking compensation as a member of the **Economic Class**.

(g)   "**Coastal Real Property**" means property in the **Coastal Real Property Claim Zone**.

(h)   "**Coastal Real Property Claim Framework**" means that process described in the document captioned Coastal Real Property Claim Framework, attached as Exhibit 11A to the **Settlement Agreement**.

(i)   "**Coastal Real Property Claim Zone**" means the areas identified on the Coastal Real Property Compensation Zone Map included with the **Coastal Real Property Claim Framework**.

(j)   "**Coastal Real Property Damage**" means a loss to **Real Property** claimed to have been suffered by a **Coastal Real Property** owner or lessee in the **Coastal Real Property Claim Zone** allegedly arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident** that is separate from **Seafood Compensation Program**, **Economic Damage**, **Real Property Sales Damage**, **Wetlands Real Property Damage**, **VoO Charter Payment**, **Vessel Physical Damage** and **Subsistence Damage**, and is more fully described in Exhibit 11A to the **Settlement Agreement**.

(k)   "**Compensatory Damages**" means any and all forms of damages, known or unknown, intended to or having the effect of satisfying, compensating, or reimbursing **Claimant**'s claims for actual economic or pecuniary costs, expenses, damages, liability, or other losses or injuries arising out of,

due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**, regardless of what such damages are designated, called or labeled. **Compensatory Damages** do not include and may not be interpreted to have any overlap with punitive, exemplary, multiple, or non-compensatory damages. **Bodily Injury Claims** (including wrongful death) are not included in **Compensatory Damages**. Claims of **BP** shareholders in any derivative or direct action solely in their capacity as **BP** shareholders are not included in **Compensatory Damages**. **BP** and **Claimant** acknowledge and agree that the term **Compensatory Damages** as defined and used herein does not limit the amounts to be used for the calculation of punitive or other non-compensatory damages in any current or future litigation pursued by **Claimant**. Nothing herein shall be deemed to limit **Claimant**'s rights to pursue Moratoria Losses or other claims expressly reserved against BP under Section 3 of the **Settlement Agreement**.

(l)  **"Damages"** means all forms of damages defined as broadly as possible without exception, including losses, costs, expenses, taxes, requests, royalties, rents, fees, profits, profit shares, earning capacity, loss of subsistence, damages to real or personal property, diminution in property value, punitive damages, exemplary damages, multiple damages, non-compensatory damages, **Compensatory Damages**, economic damages, injuries, liens, remedies, debts, claims, causes of action, or liabilities.

(m)  **"Deepwater Horizon Economic Litigation"** means all **Claims** brought by **Claimant** or any **Economic Class Member** for damage covered by the **Seafood Compensation Program**, **Coastal Real Property Damage**, **Economic Damage**, **Real Property Sales Damage**, **Subsistence Damage**, **VoO Charter Payment**, **Vessel Physical Damage** or **Wetlands Real Property Damage** allegedly arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**, in the **MDL Action**.

(n)  **"Deepwater Horizon Incident"** means the events, actions, inactions and omissions leading up to and including: (i) the blowout of the **MC252 Well**; (ii) the explosions and fire on board the *Deepwater Horizon* on or about April 20, 2010; (iii) the sinking of the *Deepwater Horizon* on or about April 22, 2010; (iv) the release of oil, other hydrocarbons and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances; (v) the efforts to contain the **MC252 Well**; (vi) **Response Activities**, including the **VoO Program**; (vii) the operation of the GCCF; and (viii) **BP** public statements relating to all of the foregoing.

(o)  **"DHOST"** means the Deepwater Horizon Oil Spill Trust, which is the irrevocable common law trust established under Delaware law in accordance with the trust agreement titled "Deepwater Horizon Oil Spill Trust" dated August 6, 2010, and entered into among BP Exploration & Production Inc.; John S. Martin, Jr. and Kent D. Syverud, as individual trustees; and Citigroup Trust- Delaware, N.A., as corporate trustee.

(p)  **"Economic Class"** means the Economic and Property Damages Settlement Class.

(q)  **"Economic Damage"** means loss of profits, income, and/or earnings arising in the **Gulf Coast Areas** or **Specified Gulf Waters** allegedly arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**; provided, however, that **Economic Damage** does not include: (1) loss of profits or earnings, or damages for injury relating to **Real Property** or personal property that constitutes any part of the **Seafood Compensation Program, Coastal Real Property Damage, Real Property Sales Damage, Wetlands Real Property Damage, Vessel Physical Damage**, (2) **VoO Charter Payment**; or (3) damages for loss of **Subsistence** use of natural resources, which constitutes **Subsistence Damage.**

(r)  **"Entity"** means an organization or entity, other than a **Governmental Organization**, operating or having operated for profit or not-for-profit, including a partnership, a corporation, a limited liability company, an association, a joint stock company, a trust, a joint venture or an unincorporated association of any kind or description.

(s)  "**Expressly Reserved Claims**" means the following **Claims** that are not recognized or released under this **Individual Release**, and are reserved to **Claimant**: (1) **Bodily Injury Claims**; (2) claims of **BP** shareholders in any derivative or direct action solely in their capacity as **BP** shareholders; (3) claims of **Natural Persons** and **Entities** for **Moratoria Losses**; (4) claims relating to menhaden (or "pogy") fishing, processing, selling, catching, or harvesting; (5) claims for **Economic Damage** suffered by **Entities** or employees (to the extent they allege **Economic Damage** based on their employment by such an **Entity** during the **Class Period**) in the Banking, Gaming, Financial, Insurance, Oil and Gas, Real Estate Development, and Defense Contractor Industries, and entities selling or marketing BP-branded fuel, including jobbers and branded retailers, as defined in the **Settlement Agreement**; (6) claims for punitive or exemplary damages against **Halliburton** and **Transocean** subject to the provisions of Section 11 of the **Settlement Agreement**; and (7) the rights of the **Claimant** to recover additional benefits from the **Economic Class** secured by virtue of the efforts of the **Economic Class** to pursue **Assigned Claims**, again subject to the provisions of Section 11 of the **Settlement Agreement.**

(t)  "**Finfish**" means fish other than shellfish and octopuses.

(u)  "**Game**" includes nutria, mink, otters, raccoons, muskrats, alligators, and other wildlife.

(v)  "**GCCF**" means the Gulf Coast Claims Facility.

(w)  "**Governmental Organization**" means: (a) the government of the United States of America; (b) any state or local government; (c) any agency, branch, commission, department, or unit of the government of the United States of America or of any state or local government; or (d) any **Affiliate** of, or any business or organization of any type that is owned in whole or in part to the extent of at least 51% by the government of the United States of America or any state or local government, or any of their agencies, branches, commissions, departments, or units.

(x)  "**Gulf Coast Areas**" means the States of Louisiana, Mississippi, and Alabama; the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas; and the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama or those described counties of Texas or Florida.

(y)  "**Halliburton**" means Halliburton Energy Services, Inc. and all and any of its **Affiliates**, other than any **Natural Person** or **Entity** that is also an **Affiliate** of any of the **Released Parties** as of April 16, 2012.

(z)  "**Halliburton Parties**" shall mean **Halliburton** (including all persons, entities, subsidiaries, divisions and business units comprised thereby); each of **Halliburton's** respective past, present and future directors, officers, employees, general or limited partners, members, joint venturers, and shareholders, and past, present and future spouses, heirs, beneficiaries, estates, executors, administrators, personal representatives, attorneys, agents, trustees, insurers, reinsurers, predecessors, successors, indemnitees, assigns, **Affiliates**; any natural, legal or juridical person or entity acting on behalf of or having liability in respect of **Halliburton**, in their respective capacities as such; and the federal Oil Spill Liability Trust Fund and any state or local fund, and each of their respective **Affiliates** including their officers, directors, shareholders, employees, and agents.

(aa)  "**Incompetent Claimant**" means a **Natural Person** who lacks the capacity to enter into a contract on his or her behalf at the time this **Individual Release** is executed, in accordance with the state laws of that person's domicile as applied to adult capacity issues, whether through power of attorney agency documents, guardianship, conservatorship, tutorship, or otherwise.

(bb)  "**Individual Release**" means this Full and Final Release, Settlement, and Covenant Not to Sue.

Deepwater Horizon Settlement Release and Covenant Not to Sue

Claimant ID: 100038579

Claim ID: 39232

(cc)   **"MC252 Well"** means the exploratory well named "Macondo" that was being drilled by the Transocean *Marianas* and *Deepwater Horizon* rigs in Mississippi Canyon, Block 252 on the outer continental shelf in the Gulf of Mexico, approximately 130 miles southeast of New Orleans, Louisiana.

(dd)   **"MDL Action"** means the federal multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico*, on April 20, 2010 (MDL No. 2179).

(ee)   "**Minor Claimant**" means a **Natural Person** whose age is below that of the majority rule for the State in which the minor resides at the time this **Individual Release** is executed.

(ff)   "**Moratoria Loss**" means any loss whatsoever caused by or resulting from federal regulatory action or inaction directed at offshore oil industry activity — including shallow water and deepwater activity — that occurred after May 28, 2010, including the federal moratoria on offshore permitting and drilling activities imposed on May 28, 2010 and July 12, 2010 and new or revised safety rules, regulations, inspections, or permitting practices.

(gg)   "**Natural Person**" means a human being, and includes the estate of a human being who died on or after April 20, 2010.  For purposes of this **Individual Release**, a **Natural Person** that is the estate of a human being who died on or after April 20, 2010, a **Minor Claimant** or **Incompetent Claimant**, shall be deemed to act through his, her or its Representative.

(hh)   "**OPA**" means the Oil Pollution Act of 1990, 33 U.S.C. § 2701, *et seq.*

(ii)   "**Other Party**" means every person, entity, or party other than the **Released Parties**.

(jj)   "**Other Released Parties**" means **Released Parties** other than **BP**.

(kk)   "**Real Property**" means land, including improvements thereon, and property of any nature appurtenant or affixed thereto.

(ll)   "**Real Property Sales Compensation Zone**" shall be defined as **Residential Parcels** identified in the **Real Property Compensation Zone Map**.

(mm)   "**Real Property Compensation Zone Map**" means the map(s) attached as Exhibit 13B to the **Settlement Agreement**.

(nn)   "**Real Property Sales Damage**" means damages for realized damage on the sale of **Residential Parcels** arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**.

(oo)   "**Released Claims**" means all claims arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**, including any and all actions, claims, costs, expenses, taxes, rents, fees, profit shares, liens, remedies, debts, demands, liabilities, obligations, or promises of any kind or nature whatsoever, in both law or in equity, past or present, whether known or unknown, including claims for any and all **Unknown Claims** or damages, future injuries, damages or losses not currently known, but which may later develop, provided they arise out of, are due to,result from, or relate in any way to, directly or indirectly, the **Deepwater Horizon Incident**, and regardless of the legal or equitable theory, arising under any source of law whether international, federal, state, or local, and regardless of whether pursuant to statutory law, codal law, adjudication, quasi-adjudication, regulation, or ordinance, including common law, maritime or admiralty, statutory and non-statutory attorneys' fees, breach of contract, breach of any covenant of good faith and/or fair dealing, fraud, misrepresentation, fraudulent concealment, deception, consumer fraud, antitrust, defamation, tortious interference with contract or business expectations, loss of business expectations or opportunities, loss of employment or earning capacity, diminution of property value, violation of the federal Racketeer Influenced and Corrupt Organizations Act or any similar state law,

violations of any consumer protection act, punitive damages, exemplary damages, multiple damages, non-compensatory damages, **Compensatory Damages**, pain and suffering, interest, injunctive relief, declaratory judgment, costs, deceptive practices, unfair business practices, regulation, strict liability, negligence, gross negligence, willful misconduct, nuisance, trespass, fraudulent concealment, statutory violations, including **OPA** or other statutory claims, unfair business practices, breach of fiduciary duty, and all other theories whether existing now or arising in the future, arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident.  Released Claims** shall not include **Expressly Reserved Claims**.

(pp) "**Released Parties,**" for purposes of the **Released Claims**, means:  (i) **BP** (including all persons, entities, subsidiaries, divisions and business units comprised thereby); together with (ii) **DHOST**; (iii) the persons, entities, divisions, and business units listed on Attachment A; (iv) each of **BP's** and the **Other Released Parties**' respective past, present and future directors, officers, employees, general or limited partners, members, joint venturers, and shareholders, and their past, present and future spouses, heirs, beneficiaries, estates, executors, administrators, personal representatives, attorneys, agents, trustees, insurers, reinsurers, predecessors, successors, indemnitees, assigns; (v) any natural, legal or juridical person or **Entity** acting on behalf of or having liability in respect of **BP** or the **Other Released Parties**, in their respective capacities as such; and (vi) the federal Oil Spill Liability Trust Fund and any state or local fund, and, as to i-vi above, each of their respective **Affiliates** including their **Affiliates**' officers, directors, shareholders, employees, and agents.  **Released Parties** will also include any vessels owned or chartered by any **Released Party** (except for the Deepwater Horizon itself).  Notwithstanding anything herein to the contrary, in no event shall any of the following be deemed to be a **Released Party**: **Transocean** or **Halliburton**. **Claimant** specifically reserves its rights for punitive and exemplary damages against **Transocean** and **Halliburton** subject to the provisions of Paragraph 11 of the **Settlement Agreement**. Furthermore, nothing herein shall impair the rights of the **Claimant** to recover additional benefits from the **Economic Class** secured by virtue of the efforts of the **Economic Class** to pursue **Assigned Claims**, again subject to the provisions of Paragraph 11 of the **Settlement Agreement**.

(qq) "**Residential Parcels**" means those parcels within the **Real Property Sales Compensation Zone** for which the county where the parcel is located has designated the parcel as a residential classification.

(rr) "**Response Activities**" means the clean up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the releases of oil, other hydrocarbons and other pollutants from the MC252 Well and/or the Deepwater Horizon and its appurtenances and the **Deepwater Horizon Incident**.

(ss) "**Seafood**" means fish and shellfish, including shrimp, oysters, crab, and **Finfish**, caught in the **Specified Gulf Waters**.  **Seafood** shall exclude menhaden.

(tt) "**Seafood Compensation Program**" means the program defined in Section 5.2 of the **Settlement Agreement**.

(uu) "**Settlement Agreement**" means the Economic and Property Damages Settlement Agreement.

(vv) "**Settlement Program**" means the *Deepwater Horizon* Court Supervised Settlement Program created pursuant to the **Settlement Agreement**.

(ww) "**Specified Gulf Waters**" means the U.S. waters of the Gulf of Mexico and all adjacent bays, estuaries, straits, and other tidal or brackish waters within the Gulf Coast Areas, as specifically shown and described in Exhibit 23 to the **Settlement Agreement**.

(xx) "**Subsistence**" means fishing or hunting to harvest, catch, barter, consume or trade Gulf of Mexico natural resources (including **Seafood** and **Game**), in a traditional or customary manner, to sustain basic personal or family dietary, economic security, shelter, tool, or clothing needs.

(yy)     "**Subsistence Damage**" means a loss of value of **Subsistence** use of natural resources alleged to arise out of, result from or relate in any way to, directly or indirectly, the **Deepwater Horizon Incident**.

(zz)     "**Transocean**" means Transocean Ltd., Transocean, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH and all and any of their **Affiliates**, other than any **Natural Person** or **Entity** that is also an **Affiliate** of any of the **Released Parties**.

(aaa)    "**Transocean Parties**" means **Transocean** (including all persons, entities, subsidiaries, divisions and business units comprised thereby); each of **Transocean**'s respective past, present and future directors, officers, employees, general or limited partners, members, joint venturers, and shareholders, and past, present and future spouses, heirs, beneficiaries, estates, executors, administrators, personal representatives, attorneys, agents, trustees, insurers, reinsurers, predecessors, successors, indeminees, assigns, **Affiliates**; any natural, legal or juridical person or entity acting on behalf of or having liability in respect of **Transocean**, in their respective capacities as such; and the federal Oil Spill Liability Trust Fund and any state or local fund, and each of their respective **Affiliates** including their officers, directors, shareholders, employees, and agents.

(bbb)    "**Unknown Claims**" and damages or not currently known claims and damages (whether or not capitalized) means all past, present, and future claims and damages arising out of facts, including new facts or facts found hereafter to be other than or different from the facts now believed to be true, arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident** covered by this **Individual Release** that **Claimant** does not, in whole or in part, know or suspect to exist and which, if known by them, might have affected their decision to provide such **Individual Release**, including all claims arising out of new facts or facts found hereafter to be other than or different from the facts now believed to be true.

(ccc)    "**Vessel Physical Damage**" means physical damage that was sustained by an eligible **Claimant**'s eligible vessel due to or resulting from the **Deepwater Horizon Incident** or the Deepwater Horizon Incident response cleanup operations, including the **VoO Program**, that were consistent with the National Contingency Plan or specifically ordered by the Federal On-Scene Coordinator or delegates thereof.

(ddd)    "**VoO Charter Payment**" means a loss alleged by a **VoO Charter Payment Claimant** for any payment or compensation related to participation in the **VoO Program** that satisfies the requirements set forth in Section 5.5 of the **Settlement Agreement**.

(eee)    "**VoO Charter Payment Claimant**" means an **Economic Class** Member claiming to have suffered a **VoO Charter Payment** loss.

(fff)     "**VoO Master Vessel Charter Agreement**" means the standard agreements utilized by **BP** and its agents or subcontractors to charter the vessels available for work or service in connection with the **VoO Program**.

(ggg)    "**VoO Program**" means the program through which vessel owners performed work for BP or BP's authorized agents pursuant to the terms of the **VoO Master Vessel Charter Agreement**.

(hhh)    "**Wetlands Real Property Claim Framework**" means the rules described in the document captioned Wetlands Real Property Claim Framework, attached to the **Settlement Agreement** as Exhibits 12A-12B.

(iii)     "**Wetlands Real Property Claimant**" means an **Economic Class** Member claiming to have suffered **Wetlands Real Property Damage.**

(jjj)     "**Wetlands Real Property Damage**" means a loss alleged by a **Wetlands Real Property Claimant** that satisfies the requirements set forth in the **Wetlands Real Property Claim Framework**.

2. **Release**. In consideration of payment in the amount of **$217,898.71**, previous payments for **Claims** referenced and released herein, and the right to receive additional Settlement Payment(s) for any additional Claims, if any, pursuant to the terms of Section 4.4.8 of the Settlement Agreement, which **Claimant** accepts as sufficient and adequate consideration for any and all **Released Claims, Claimant**, on behalf of **Claimant** and **Claimant**'s heirs, beneficiaries, estates, executors, administrators, personal representatives, agents, trustees, insurers, reinsurers, subsidiaries, corporate parents, predecessors, successors, indemnitors, subrogees, assigns, and any natural, legal or juridical person or entity entitled to assert any claim on behalf of or in respect of any **Claimant**, hereby releases and forever discharges with prejudice, and covenants not to sue, the **Released Parties** for any and all **Released Claims**; provided however that this **Individual Release** does not apply to, and the term **Released Claims** does not include, **Expressly Reserved Claims**. In the event a **Released Party** is sold or otherwise transferred to or purchases or otherwise acquires, or enters into a partnership or joint venture with, a **Natural Person** or **Entity** that is not otherwise a **Released Party** immediately prior to giving effect to such transaction, then the non-**Released Party** shall as a result of such transaction obtain a benefit under this **Individual Release** only with respect to any liability of the **Released Party** that it, or any such partnership or joint venture, has acquired or assumed or otherwise become liable for, and not in its own right.

3. **Release Is Comprehensive.** **Claimant** agrees and acknowledges that the consideration granted in Paragraph 2 above constitutes full, complete, and total satisfaction of all of the **Released Claims** against the **Released Parties**. In addition, **Claimant** agrees and acknowledges that the consideration granted in Paragraph 2 above also constitutes full, complete, and total satisfaction of all of **Claimant's Compensatory Damage Claims** against the **Transocean Parties** and the **Halliburton Parties**.

4. **Non-General Release.** **Claimant** expressly waives and releases with prejudice, and shall be deemed to have waived and released with prejudice, any and all rights that it may have under any law, codal law, statute, regulation, adjudication, quasi-adjudication, decision, administrative decision, or common law principle that would otherwise limit the effect of the **Individual Release** to those claims or matters actually known or suspected to exist at the time of execution of the **Individual Release**. California law is not applicable to this **Individual Release**, but purely for illustrative purposes the **Released Claims** include, but are not limited to the release of claims provided for in Section 1542 of the California Civil Code, which provides as follows: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor. "

5. **Contribution, Subrogation, Indemnity**. This **Individual Release** is not intended to prevent **BP** from exercising its rights of contribution, subrogation, or indemnity under **OPA** or any other law, including its rights of assignment regarding **Assigned Claims** as set forth in Exhibit 21 to the **Settlement Agreement**. **BP** is hereby subrogated to any and all rights that the **Economic Class** Members, or any of them, may have had or have arising out of, due to, resulting from, or relating in any way, directly or indirectly, the **Deepwater Horizon Incident** under **OPA**. All such rights of **BP** to contribution, indemnity, and subrogation, and **BP**'s subrogation to the rights of **Economic Class** Members, are subject to the provisions regarding **Assigned Claims** in Exhibit 21 to the **Settlement Agreement**.

6. **Consideration.** Claimant agrees that this **Individual Release** is entered into in consideration of the agreements, promises, and mutual covenants set forth in this **Individual Release** and for such other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged.

7. **No Further Action**. **Claimant** agrees not to file federal or state judicial or administrative proceedings concerning cleanup, removal, spill response or remediation of **Coastal Real Property Damages** and **Wetlands Real Property Damages**, or the underlying **Real Property**, as a means to seek the redress of **Released Claims**.

8.  **Dismissal of All Claims.**

   (a)  In consideration of the benefits provided under this **Individual Release**, all **Released Claims** by or on behalf of **Claimant** against any and all **Released Parties** shall be dismissed with prejudice in any lawsuit in which the **Claimant** is a party.

   (b)  This **Individual Release** shall be the exclusive remedy for any and all **Released Claims** by or on behalf of **Claimant** against any and all **Released Parties**, and **Claimant** shall not recover, directly or indirectly, any sums from any **Released Parties** for any **Released Claims** other than those received for the **Released Claims** under the terms of this **Individual Release**.

   (c)  **Claimant** agrees that **Claimant**, and all other **Natural Persons** and **Entities** claiming by, through, or on behalf of **Claimant** will be forever barred and enjoined from commencing, filing, initiating, instituting, prosecuting, maintaining, or consenting to any judicial, arbitral, or regulatory action against the **Released Parties** with respect to the **Released Claims**.

   (d)  If **Claimant** commences, files, initiates, or institutes any new action or other proceeding for any **Released Claims** against the **Released Parties** in any federal or state court, arbitration tribunal, or administrative or other forum, such action or other proceeding shall be dismissed with prejudice and at **Claimant**'s cost; provided, however, before any costs may be assessed, counsel for such **Claimant**, or, if not represented, such **Claimant** shall be given reasonable notice and an opportunity voluntarily to dismiss such new action or proceeding with prejudice.  Furthermore, if **Claimant** brings any legal action before any Court, arbitration panel, regulatory agency, or other tribunal to enforce its rights under this **Individual Release**, such **Released Party** shall be entitled to recover any and all related costs and expenses (including attorneys' fees) from any **Claimant** in violation or breach of its obligations under this **Individual Release.**

9.  **No Admission of Liability or Wrongdoing by BP.**  The Paragraph 2 payment to **Claimant** is made without any admission of liability or wrongdoing by **BP** or any other **Released Party** and is made purely by way of compromise and settlement.

10. **Claimant Warranty.  Claimant** represents and warrants that **Claimant** or **Claimant's** undersigned representative in the case of a business entity has authority to execute this **Individual Release** on behalf of **Claimant**.

11. **Additional Protections for Released Parties.  Claimant** promises, agrees, acknowledges, represents, warrants, and covenants as follows:

   (a)  **No Assignment of Claims.  Claimant** shall not assign or reassign, or attempt to assign or reassign, to any person or entity other than **BP** any rights or claims arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**.  Any such assignment or reassignment, or attempt to assign or reassign, to any **Natural Person** or **Entity** other than **BP** any rights or claims arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident** shall be void, invalid, and of no force and effect.

   (b)  **No Recovery of Additional Compensatory Damages.  Claimant** shall not accept or attempt to recover, through insurance, reinsurance, indemnification, contribution, subrogation, litigation, settlement, or otherwise, any **Compensatory Damages** from the **Transocean Parties** and/or the **Halliburton Parties**.  Nothing in this Paragraph 11(b) shall impair or impact **Claimant's** rights to pursue **Transocean** and **Halliburton** for exemplary and punitive damages individually or through the **Economic Class**.

(c) **Non-Execution and Non-Collection for Compensatory Damages.** In the event that **Claimant** is or becomes the beneficiary of any judgment, decision, award, or settlement arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**, **Claimant** shall not accept, execute on, attempt to collect, or otherwise seek recovery of any **Compensatory Damages** from the **Transocean Parties** and/or the **Halliburton Parties**. Nothing in this Paragraph 11(c) shall impair or impact **Claimant**'s rights to pursue **Transocean** and **Halliburton** for exemplary and punitive damages individually or through the Economic Class.

(d) **Conditional Collection of Damages.** In the event that **Claimant** is or becomes the beneficiary of any judgment, decision, award, or settlement arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**, including from **Assigned Claims** and/or **Expressly Reserved Claims**, **Claimant** shall not accept, execute on, attempt to collect, or otherwise seek recovery of any **Damages**, to the extent that any **Other Party** is seeking or may seek to recover such **Damages** from any **Released Party**, whether through indemnity, contribution, subrogation, assignment, or any other theory of recovery, by contract, pursuant to applicable law or regulation, or otherwise, directly or indirectly. **Claimant** may, however, accept, execute on,attempt to collect, or otherwise seek recovery of **Damages** if and when a court or tribunal of competent jurisdiction has finally determined that **Other Parties** cannot recover such **Damages**, whether through indemnity, contribution, subrogation, assignment or any other theory of recovery, by contract, pursuant to applicable law or regulation, or otherwise, directly or indirectly, from any **Released Party**. For purposes of this Paragraph 11(d), "finally determined" shall mean the conclusion of any applicable appeals or other rights to seek review by certiorari or otherwise, or the lapse of any and all such rights, or the lapse of any and all applicable limitations or repose periods.

(e) **Conditions on Future Settlements.** **Claimant** may settle or compromise any rights, demands, or claims with the **Transocean Parties**, the **Halliburton Parties**, and/or any **Other Parties** arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident,** if, but only if, the **Transocean Parties**, the **Halliburton Parties**, and/or such **Other Party**, as the case may be, agrees as part of that settlement or compromise to a full and final release of, dismissal of, and covenant not to sue for any and all rights to recover, directly or indirectly, from the **Released Parties** (whether through indemnity, contribution, subrogation, assignment or any other theory of recovery, by contract, pursuant to applicable law or regulation, or otherwise) for any **Damages** or other relief or consideration provided under or relating to such settlement or compromise (whether the settlement is of a class, of individual claims, or otherwise), including from **Expressly Reserved Claims**, and further represents and warrants that it has not assigned and will not assign any rights to recover for such **Damages** or other relief or consideration (whether through indemnity, contribution, subrogation, or otherwise). As part of this commitment and without limitation, **Claimant** shall not settle or compromise with the **Transocean Parties**, the **Halliburton Parties**, and/or any **Other Parties** on terms that might allow any insurers, reinsurers, or indemnitors thereof to claim against any **Released Parties** for indemnification, subrogation, contribution, assignment or under any other theory of recovery. **Claimant** agrees that, before any such settlement or compromise is executed, **BP** shall have the right to approve language in any such settlement or compromise memorializing the representation and warranty set forth in this Paragraph 11(e), which approval shall not be unreasonably withheld.

(f) **Indemnity to Released Parties.** Notwithstanding any provision in this **Individual Release** to the contrary, if any **Other Party** recovers or seeks to recover from any **Released Party** (under any theory of recovery, including indemnity, contribution, or subrogation, and including from **Assigned Claims** and/or **Expressly Reserved Claims**) any **Damages** either (a) paid to **Claimant**, or (b) by, through, under, or on account of **Claimant**; then **Claimant** shall indemnify (not defend) the **Released Parties**, but only to the extent of the consideration received in Paragraph 2 above (by way of example, if **Claimant** has received $100.00 pursuant to Paragraph 2 above, its indemnity obligation would be capped at this amount). This indemnity obligation owed by **Claimant** includes any and all claims made or other actions taken by that **Claimant** in breach of this **Individual Release**.

(g)   **Notice Regarding Indemnity.  Claimant** expressly acknowledges that, to the fullest extent allowed by law, the indemnity obligations contained in Paragraph 11(f) above apply to claims against **Released Parties** predicated on negligence, gross negligence, willful misconduct, strict liability, intentional torts, liability based on contractual indemnity, and any and all other theories of liability, and any and all awards of attorneys' fees or other costs or expenses.  **Claimant** acknowledges that this indemnity is for conduct occurring before the date of this **Individual Release** and therefore is not affected by public policies or other law prohibiting agreements to indemnify in advance of certain conduct.  **CLAIMANT ACKNOWLEDGES THAT THIS PARAGRAPH 11(g) COMPLIES WITH ANY REQUIREMENT TO EXPRESSLY STATE THAT LIABILITY FOR SUCH CLAIMS IS INDEMNIFIED AND THAT THIS PARAGRAPH 11(g) IS CONSPICUOUS AND AFFORDS FAIR AND ADEQUATE NOTICE.**

12.   **Claimant Signature Requirements.**  **Claimant** must personally sign the **Individual Release**, rather than through an attorney or otherwise.  An electronic signature is insufficient.  In addition to signing and accepting the overall **Individual Release** immediately below, **Claimant** agrees to separately sign and vouch for the accuracy of the certifications contained in Attachment "B."

13.   **Spouse's Signature.**  If the **Claimant** has a living spouse, the **Claimant**'s spouse must also personally sign below.  An electronic signature is insufficient.  The **Claimant** and his or her spouse should not sign the **Individual Release** unless they both intend to release all **Released Claims**.

14.   **Choice of Law.**  Notwithstanding the law applicable to the underlying claims, which is a disputed issue not resolved by this **Individual Release**, this **Individual Release** and all questions with respect to the construction and enforcement thereof and the rights and liabilities hereto shall be interpreted in accord with General Maritime Law, as well as in a manner intended to comply with **OPA**.

15.   **Superseding Nature of Agreement.**  This **Individual Release** constitutes the final, complete, and exclusive agreement and understanding between **BP** and **Claimant** and supersedes any and all other agreements, written or oral, between **BP** and **Claimant** with respect to such subject matter of this **Individual Release** in settlement of **Claims** arising out of or related to the **Deepwater Horizon Incident.**

16.   **Continuing Effectiveness of Agreement.**  This **Individual Release** shall remain effective regardless of any appeals or court decisions relating in any way to the liability of the **Released Parties** in any current or future litigation.  **This Individual Release shall also remain effective regardless of whether the Settlement Agreement resolving the Claims of the Economic Class is approved.**

17.   **Choice of Federal Forum and Waiver of State Forums.**  Any and all disputes, cases, or controversies concerning this **Individual Release**, including without limitation disputes concerning the interpretation or enforceability of this **Individual Release**, shall be filed only in the United States District Court for the Eastern District of Louisiana, accompanied by a legal request made on behalf of any complainant party (whether one of the **Released Parties** or the **Claimant**) for such dispute to be made part of the **MDL Action** if the **MDL Action** has not yet been terminated.  No actions to enforce this **Individual Release** shall be filed in any state court, arbitration tribunal, or administrative agency and **Claimant** represents and warrants that it shall not file such an action in any state court, arbitration tribunal, or administrative agency. **Claimant** agrees not to contest the existence of federal jurisdiction in the **MDL Action** or the United States District Court for the Eastern District of Louisiana.

18.   **Reservation of Rights.**  Notwithstanding the above and foregoing **Individual Release**, **Claimant** hereby reserves: (i) the right to additional settlement payments for any additional **Claims**, if any, pursuant to the terms of Section 4.4.8 of the **Settlement Agreement**; (ii) any and all rights or claims to which **Claimant** may be entitled for additional distributions from and funds held in reserve or trust (including, but not limited to, the **Seafood Compensation Program**, **Assigned Claims** and/or Transocean Personnel Insurance Proceeds) according to the terms of the **Settlement Agreement**; and (iii) **Expressly Reserved Claims**.

19.   **Claimant's Responsibility for Attorneys' Fees.**  To the extent that **Claimant** has retained or engaged a private attorney to represent him or her or it in connection with the **Deepwater Horizon Incident**, **Claimant** acknowledges and agrees that he or she or it, and not the **BP Parties**, is solely responsible for any attorneys' fees or costs owed to such attorney by the **Claimant.**

Claimant ID: 100038579

Claim ID: 39232



## SIGNATURES

**Claimant's** Name

**Claimant's** Signature & Title,
  if Business Entity Claimant

Date

**Claimant's** Spouse's Name

**Claimant's** Spouse's Signature,
  if applicable

Date

## ATTACHMENT A: OTHER RELEASED PARTIES

Abdon Callais Offshore, Inc.
Admiral Robert J Papp Jr.
Admiral Thad Allen
Admiral Towing, LLC
Aerotek, Inc.
Airborne Support, Inc.
Airborne Support International, Inc.
Alford Safety Services Inc.
Alford Services Inc.
Ameri-Force, Inc.
Ameri-Force Craft Services, Inc.
American Pollution Control Corporation
Anadarko Petroleum Company
Anadarko Petroleum Corporation
Anadarko E&P Company LP
Apex Environmental Services, LLC
Art Catering, Inc.
Ashland Services, LLC
B&B Environmental Services, Inc.
Belle Chasse Marine Transportation, Inc.
BJ Services Company, USA
Blue Marlin Services of Acadiana, LLC
Bobby Lynn's Marina, Inc.
BP America Inc.
BP America Production Company
BP Company North America Inc.
BP Corporation North America Inc.
BP Energy Company
BP Exploration (Alaska) Inc.
BP Global Special Products (Americas) Inc.
BP Holdings North America Limited
BP Exploration & Production Inc.
BP p.l.c.
BP Products North America Inc.
BP International Ltd.
BP Corporation North America Inc. Savings Plan Investment Oversight Committee
Brett Cocales
Brian Morel
Cabildo Services, LLC
Cabildo Staffing, LLC
Cahaba Disaster Recovery LLC
Cal Dive International, Inc.
Cameron Corporation



Claimant ID: 100038579
Claim ID: 39232

Cameron International Corporation
Cameron International Corporation f/k/a Cooper Cameron Corporation
Cameron International Corporation d/b/a/ Cameron Systems Corporation
Center for Toxicology and Environmental Health L.L.C.
Chill Boats L.L.C.
Chouest Shorebase Services, LLC
Clean Harbors, Inc.
Clean Tank LLC
Clean Tank Inc.
Core Industries, Inc.
Core 4 Kebawk, LLC
Crossmar, Inc.
Crowder/Gulf Joint Venture
Crowder Gulf Disaster Recovery
Danos and Curole Marine Contractors, LLC
Danos & Curole Staffing, L.L.C.
David Sims
Deepwater Horizon Oil Spill Trust
Diamond Offshore Company
DOF Subsea USA, Inc.
Don J. Vidrine
DRC Emergency Services, LLC
DRC Marine, LLC
DRC Recovery Services, LLC
Dril-Quip, Inc.
Dynamic Aviation Group, Inc.
Eastern Research Group, Inc.
Environmental Standards, Inc.
Environmental Safety & Health Consulting Services
Environmental Safety & Health Environmental Services
ES&H, Inc.
ESIS, Inc.
Exponent, Inc.
Faucheaux Brothers Airboat Services, Inc.
Global Diving & Salvage, Inc.
Global Employment Services, Inc.
Global Fabrication, LLC
Global Marine International, Inc.
Graham Gulf Inc.
Grand Isle Shipyard Inc.
Gregg Walz
Guilbeau Marine, Inc.
Guilbeau Boat Rentals, LLC
Gulfmark Offshore, Inc.
Gulf Offshore Logistics, LLC
Gulf Offshore Logistics International, LLC



Gulf Services Industrial, LLC
HEPACO, Inc.
Hilcorp Energy Company
Hyundai Heavy Industries Co. Ltd, Inc.
Hyundai Motor Company
I-Transit Response, L.L.C
International Air Response, Inc.
Island Ventures II, LLC
JMN Specialties, Inc.
JNB Operating LLC
John Guide
K & K Marine, LLC
LaBorde Marine Services, LLC
Lane Aviation
Lawson Environmental Service LLC
Lawson Environmental Service & Response Company
Lee Lambert
Lord Edmund John Browne
Lynden Air Cargo, LLC
Lynden, Inc.
Maco of Louisiana, LLC
Maco Services, Inc.
Marine Spill Response Corporation
Mark Bly
Mark Hafle
M-I L.L.C.
M-I Drilling Fluids L.L.C.
M-I Swaco
Miller Environmental Group, Inc.
Mitchell Marine
Mitsui & Co. (USA), Inc.
Mitsui & Co. Ltd.
Mitsui Oil Exploration Co. Ltd.
ModuSpec USA, Inc.
Monica Ann LLC
Moran Environmental Recovery, LLC
MOEX Offshore 2007 LLC
MOEX USA Corporation
M/V Monica Ann
M/V Pat Tilman
M/V Damon B. Bankston
M/V Max Chouest
M/V Ocean Interventions
M/V C. Express
M/V Capt. David
M/V Joe Griffin

M/V Mr. Sidney
M/V Hilda Lab
M/V Premier Explorer
M/V Sailfish
M/V Seacor Washington
M/V Emerald Coast
M/V Admiral Lee
M/V Seacor Vanguard
M/V Whuppa Snappa
Nalco Energy Services, LP
Nalco Holding Company
Nalco Finance Holdings LLC
Nalco Finance Holdings Inc.
Nalco Holdings LLC
Nalco Company
National Response Corporation
Nature's Way Marine, LLC
Nautical Ventures, LLC
Nautical Solutions, LLC
O'Brien's Response Management, Inc
Ocean Runner, Inc.
Ocean Therapy Solutions, LLC
Oceaneering International, Inc.
Odyssea Marine, Inc.
Offshore Cleaning Systems L.L.C.
Offshore Service Vessels, LLC
Offshore Inland Marine & Oilfield Services, Inc.
Oil Recovery Company, Inc. of Alabama
Oilfield Marine Contractors, LLC
Parsons Commercial Services Inc.
Parsons Services Company
Parsons Facility Services Company
Parsons Corporation
Patriot Environmental Services Incorporated
Peneton Company
Perennial Contractors, LLC
Peneton Corporation
Production Services Network U.S., Inc.
Quality Container, Inc.
Quality Energy Services, Inc.
Ranger Offshore, Inc.
Reel Pipe, LLC
Resolve Marine Services, Inc.
Robert Kaluza
Ronald W. Sepulvado

Schlumberger, Ltd.
Seacor Holdings Inc.
Seacor Marine, LLC
Seacor Marine, Inc.
Seacor Marine International, Inc.
Seacor Offshore LLC
Seacor Worldwide, Inc.
Sealion Shipping LTD
Sea Support Services, L.L.C.
Sea Tow of South Miss, Inc.
Seafairer Boat, LLC
Shamrock Management LLC et al.
Shoreline Services, LLC
Siemens Financial, Inc.
Shoreline Construction, LLC
Smith Marine, Inc.
Southern Cat, Inc.
Southern Environmental of Louisiana, LLC
Stallion Offshore Quarters, Inc.
Subsea 7 LLC
Tamara's Group, LLC
Team Labor Force, LLC
Technical Marine Maintenance Services, L.L.C.
The Modern Group, Ltd.
The Modern Group GP-SUB, Inc.
The O'Brien Group, LLC
The Response Group, Inc.
Tiburon Divers, Inc.
Tidewater, Inc.
Tidewater Marine LLC
Tiger Rentals, Ltd.
Tiger Safety, LLC
Toisa Limited
Total Safety U.S., Inc.
Twenty Grand Offshore, LLC
Twenty Grand Marine Service, LLC
Twenty Grand Offshore Inc.
USES/Construct Corps
United States Environmental Services, LLC
United States Maritime Services, Inc.
Viscardi Industrial Services, LLC
Weatherford International Ltd.
Weatherford U.S. L.P.
Wood Group Production Services, Inc.
Worley Catastrophe Services, LLC
Worley Catastrophe Response, LLC

## ATTACHMENT B: CERTIFICATIONS

**Claimant** hereby signs to attest to and vouch for the accuracy of the certification below:

I certify that I understand and acknowledge that, (subject to my right to additional Settlement Payments, if any, pursuant to Section 4.4.8 of the Settlement Agreement), I am forever giving up with prejudice and discharging, without any right of legal recourse whatsoever, any and all rights I have or may have to the **Released Claims** against the **Released Parties**. I acknowledge that by having executed the **Individual Release** and signing below neither I nor the entity I represent has been pressured or influenced by, or is relying on any statement or representation made by any person acting on behalf of **BP** or any other **Released Party**. I certify that I understand that I have the right to consult with an attorney of my choosing before signing this **Individual Release**.

## CERTIFICATION FOR BUSINESS OR PROPERTY CLAIMS

I certify that either:

(1)   I have not made an insurance claim or received any insurance proceeds for any business or property **Claim** arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**; **OR**

(2)   If I have made or do make an insurance claim and/or receive or have received insurance proceeds for any business or property claim arising out of, due to, resulting from, or relating in any way to, directly or indirectly the **Deepwater Horizon Incident**, I will indemnify **BP** for any liability it incurs for a subrogation claim made against **BP** arising out of:

(a)   such insurance proceeds, provided that the subrogation claim is brought by an entity seeking payment of insurance proceeds to me for any business or property claim arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the **Deepwater Horizon Incident**; and

(b)   the amount that I indemnify **BP** shall not exceed the amount of insurance proceeds that I received for the business or property claim at issue.

**CLAIMANT ACKNOWLEDGES THAT THIS CERTIFICATION COMPLIES WITH ANY REQUIREMENT TO EXPRESSLY STATE THAT LIABILITY FOR SUCH CLAIMS IS INDEMNIFIED AND THAT THIS CERTIFICATION IS CONSPICUOUS AND AFFORDS FAIR AND ADEQUATE NOTICE.**

## SIGNATURES

_____          _____          _____

**Claimant's** Name                              **Claimant's** Signature & Title,                    Date
                                                 if Business Entity Claimant



_____          _____          _____

**Claimant's** Spouse's Name                     **Claimant's** Spouse's Signature,                   Date
                                                 if applicable

## Attorney Fee Acknowledgment

Pursuant to Paragraph 8 of Exhibit 27 to the Settlement Agreement, both the claimant and the claimant's attorney must sign this Attorney Fee Acknowledgment before receiving any Settlement Payment.

## A.  Claimant Information

| Name: | Last Name | First Name | Middle Initial |
|---|---|---|---|

| **Deepwater Horizon Settlement Program Claimant Number:** | 100038579 |
|---|---|

| **Deepwater Horizon Settlement Program Claim Number:** | 39232 |
|---|---|

| Attorney: | Law Firm Name | |
|---|---|---|
| | Attorney Last Name | Attorney First Name |

## B.  Acknowledgment of Satisfaction of Attorney Fees and Expenses

The claimant and claimant's designated counsel hereby acknowledge and agree that the Settlement Payment(s) to be paid to the claimant pursuant to the Deepwater Horizon Economic and Property Damages Settlement Agreement, as administered by the Claims Administrator, include(s) monies that fully and finally satisfy any and all fees and costs in respect to representation of the claimant by any counsel, whether current or former, (including but not limited to any fees and costs asserted by lien or privilege) in connection with the claim(s) and rights of such counsel to them that are being released by the signed Full and Final Release, Settlement, and Covenant Not to Sue.  This Attorney Fee Acknowledgment does not limit or waive: (1) the recovery of any potential Common Benefit Fee and Costs Award to the Economic Class Counsel and/or other common benefit attorneys who may submit time and costs in compliance with Pretrial Order 9 or Section 5.16 or Exhibit 27 of the Settlement Agreement; or (2) the claimant or attorney's right to dispute or object to an allocation of attorneys' fees and costs as among attorneys or between claimant and attorney.

## C.  Signature

By my signature below, I certify and declare pursuant to 28 U.S.C. Section 1746 that the information provided in this Attorney Fee Acknowledgment is true and accurate to the best of my knowledge.

| Claimant's Signature | | Date: | _____/_____/_____ (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | Last Name | First Name | Middle Initial |
| Title (if a Business): | | | |
| Attorney Signature | | Date: | _____/_____/_____ (Month/Day/Year) |
| Printed Name: | Last Name | First Name | Middle Initial |

## D.  How to Submit this Form

Submit the original, hard copy signed **Attorney Fee Acknowledgment** in one of these ways:

| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |

Form **W-9**

(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

*See Specific Instructions on page 2*

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole Proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

---

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number

☐☐ - ☐☐☐☐☐☐☐

---

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶        Date ▶

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of Form**

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
• An estate (other than a foreign estate), or
• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,
• The U.S. grantor or other owner of a grantor trust and not the trust, and
• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

   If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

   1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
   2. The treaty article addressing the income.
   3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
   4. The type and amount of income that qualifies for the exemption from tax.
   5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

   **Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

   If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.
**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

   You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

   1. You do not furnish your TIN to the requester,
   2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),
   3. The IRS tells the requester that you furnished an incorrect TIN,
   4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
   5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9. Also see *Special rules for partnerships* on page 1.

**Updating Your Information**
You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

**Penalties**

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

**Specific Instructions**

**Name**
   If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

   If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income will be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a domestic owner, the domestic owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, you must complete an appropriate Form W-8.

**Note.** Check the appropriate box for the federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the tax classification in the space provided. If you are an LLC that is treated as a partnership for federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/ disregarded entity name" line.

**Exempt Payee**

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the "Business name/ disregarded entity name," sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:
1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities. Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 5 and 7 through 13. Also, C corporations. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

1 See Form 1099-MISC, Miscellaneous Income, and its instructions.
2 However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

**Part 1.Taxpayer Identification Number (TIN)**

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited Liability Company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov.* You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

**Part II. Certification**
To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, below, and items 4 and 5 on page 4 indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see *Exempt Payee* on page 3.

**Signature requirements.** Complete the certification as indicated in items 1 through 3, below, and items 4 and 5 on page 4.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.**You must give us your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
| --- | --- |
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| . b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
| --- | --- |
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity [4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

1. List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.
2. Circle the minor's name and furnish the minor's SSN.
3. You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.
4. List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.
*Note. Grantor also must provide a Form W-9 to trustee of trust

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:
• Protect your SSN,
• Ensure your employer is protecting your SSN, and
• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

# EXHIBIT O



DWH0331216201

CRABCO
C/O: DEAN LAW FIRM
17225 EL CAMINO REAL, SUITE 190
HOUSTON, TX  77058



## NOTICE OF BP APPEAL
### DATE OF NOTICE:  January 1, 2013

### I.  CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br><br>CRABCO | First | | Middle | |
|---|---|---|---|---|---|
| Claimant ID | 100038579 | | Claim ID | | 39232 |
| Claim Type | Business Economic Loss | | | | |
| Law Firm | Dean Law Firm | | | | |

### II.  APPEAL PROCESS EXPLANATION: ISSUE APPEALED AND RELIEF REQUESTED

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.  BP has timely filed an Appeal of this claim.  The details of the Appeal are below.

| Date of Appeal | Appeal Reason(s) Asserted by BP | BP Comment |
|---|---|---|
| 12/28/2012 | Calculation Error | As the basis for the appeal, BP submits that the Award Amount was incorrectly calculated.  The record evidence indicates that Claimant's owner, Jerry W Tharp, signed a Release with GCCF, and as such Claimant is not eligible for compensation. Additionally, the determination failed to reduce the Award Amount by a prior GCCF Emergency Advance Payment of $22,800.00 and a GCCF Final Payment of $68,226.03. |

BP has requested that this claim be appealed to the Appeal Panel. Accordingly, any applicable payment cannot be issued until the Appeal Process is complete. After the Appeals Process is complete, we will issue a Post-Appeal Eligibility Notice reflecting the results of the Appeal.

The Award Amount listed in Section II of your Eligibility Notice includes the Compensation Amount listed on line 1, any Risk Transfer Premium ("RTP"), and any Prior Payment Offset BP may have appealed one or more of the following factors used to calculate your Award Amount: the Compensation Amount, RTP Multiplier, or Prior Payment Offset. Either party may propose new values for each factor. If the parties cannot resolve the Appeal, the Appeal Panel will choose a Compensation Amount, RTP Multiplier, and Prior Payment Offset from either party's Final Proposal as the final outcome of the claim.

## III. APPEAL SCHEDULE: INITIAL AND FINAL PROPOSALS, COMPROMISE AMOUNTS

You and BP are the parties to this Appeal. The Appeals Process requires both parties to file Initial Proposals and Final Proposals. To file an Initial and Final Proposal, you must complete the **Initial Proposal Form** and the **Final Proposal Form** accompanying this Notice of BP Appeal or the online version available on the DWH Portal. On your Initial Proposal Form and Final Proposal Form, enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. You may also submit a supporting memorandum with your Initial Proposal Form. Either party may accept the other's Initial Proposal. Either party may accept the other's Final Proposal for five days after the issuance of the Final Proposals. Alternatively, you may negotiate with BP to reach a compromise and submit the **Compromise Form** attached to this Notice of BP Appeal. If either party accepts the other's Initial or Final Proposal, or you reach a compromise as to each factor at issue in this Appeal, the Appeal will be closed and the claim will not proceed to the Appeal Panel.

If after five days from the issuance of the Final Proposals, neither party accepts the other's Initial or Final Proposal, and you do not reach a compromise, we will submit both parties' Final Proposals, along with any supporting memoranda, to a neutral Appeal Panel for review. You may reach a compromise at any time until the Appeal Panel issues a decision on the claim. If the Appeal Panel issues a decision on this Appeal before you reach a compromise, the decision of the Appeal Panel shall be the final decision on your claim.

The deadlines for submitting Appeal documents run from the date of this Notice of BP Appeal. If you do not submit an Initial Proposal Form on or before your Deadline to Submit listed below, then the Compensation Amount listed on the Eligibility Notice Section II line 1 shall be considered your Initial Proposal Compensation Amount; the RTP Multiplier and Prior Payment Offset, if any, listed on your Eligibility Notice shall be considered your Initial Proposal RTP Multiplier and Initial Proposal Prior Payment Offset. If you do not submit a Final Proposal Form on or before your Deadline to Submit listed below, then your Initial Proposal shall be considered your Final Proposal.

**Note:** Your Initial Proposal, Final Proposal, and/or Compromise RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal, Final Proposal and/or Compromise Compensation Amount should be the new **Compensation Amount** you are proposing for your claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any Compensation Amount by the applicable RTP, if any, and also decrease any Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from your Award Amount.

All documentation and the applicable deadlines are listed below.

| Appeal Document | Deadline to Submit |
|---|---|
| Initial Proposal and optional supporting memoranda | 01/16/2013 |
| Acceptance of Initial Proposal (optional) | Before Final Proposals are posted |
| Final Proposal | 01/26/2013 |
| Acceptance of Final Proposal (optional) | Within 5 days after Final Proposals are posted |
| Compromise (optional) | Before Appeal Panel decides |

## IV. CONTACT INFORMATION FOR PARTIES AND LEAD CLASS COUNSEL

Use BP's contact information below if you wish to negotiate with BP to reach an independent compromise. Do not send any forms to BP. You must send all documents to the Claims Administrator through the DWH Portal or through one of the contact methods listed in Section VI.

| NAME | EMAIL ADDRESS | MAILING ADDRESS |
|---|---|---|
| **Counsel for Claimant** | Dean Law Firm | Street<br>17225 El Camino Real, Suite 190 |

| | | dean@jamesdeanlaw.com | Houston        TX        77058 Code |
|---|---|---|---|
| **Counsel for BP** | Richard C. Godfrey rgodfrey@kirkland.com | | Richard C. Godfrey Kirkland & Ellis LLP 300 North LaSalle Blvd, Chicago, IL 60654 |
| | R. Keith Jarrett rkjarrett@liskow.com | | R. Keith Jarrett Liskow & Lewis Suite 5000, One Shell Square, 701 Poydras Street, New Orleans, LA 70139 |
| **Lead Class Counsel** | Stephen J. Herman Sherman@hhkc.com | | Stephen J. Herman Herman Herman Katz & Cotlar, 820 O'Keefe Avenue, New Orleans, LA 70113 |
| | James P. Roy jimr@wrightroy.com | | James P. Roy Domengeaux Wright Roy & Edwards 556 Jefferson Street, Lafayette, LA 70502 |

## V.  HOW TO CONTACT US WITH QUESTIONS

For claimant questions about this Notice of BP Appeal or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

## VI.  HOW TO RESPOND TO THIS NOTICE

Submit your **Initial Proposal Form**, **Final Proposal Form**, and **Compromise Form** online with any accompanying documentation using your DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| **By Mail** (Postmarked no later than your submission deadline) | Deepwater Horizon Economic Claims Center PO Box 1439 Hammond, LA 70404-1439 |
|---|---|
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your submission deadline; if other overnight delivery, placed in the custody of an overnight carrier by your submission deadline) | Deepwater Horizon Economic Claims Center Claims Administrator 42548 Happy Woods Road Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your submission deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your submission deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your submission deadline) | You may take the required information or documents to a Claimant Assistance Center. |



**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## INITIAL PROPOSAL FORM
### DATE OF NOTICE OF BP APPEAL:  January 1, 2013
### DEADLINE TO SUBMIT INITIAL PROPOSAL FORM:  January 16, 2013

### I.  CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business CRABCO | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100038579 | **Claim ID** | 39232 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Dean Law Firm | | |

### II. INITIAL PROPOSAL AMOUNT

Both parties must submit an Initial Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Initial Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount. The Compensation Amount, RTP Multiplier, and/or Prior Payment Offset listed on your Eligibility Notice will be considered your Initial Proposal for any field left blank.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If neither party accepts the other's Initial Proposal, and you do not reach a compromise, you must submit a Final Proposal within the deadline listed on the Notice of BP Appeal.

| | |
|---|---|
| **Initial Proposal Compensation Amount** | |
| **Initial Proposal RTP Multiplier** | |
| **Initial Proposal Prior Payment Offset** | |

### III. SIGNATURE

| Signature | | Date | _____/_____/_____ (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | Last Name | First Name | Middle Initial |
| **Title (if a business)** | | | |

## IV.  HOW TO SUBMIT THIS FORM

Submit your **Initial Proposal Form** online using the DWH Portal.  If you  do not use the DWH Portal, you may submit this form in any of the following ways:

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Initial Proposal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Initial Proposal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Initial Proposal Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Initial Proposal deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Initial Proposal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Initial Proposal  deadline) | You may take the required information or documents to a Claimant Assistance Center. |



# FINAL PROPOSAL FORM
## DATE OF NOTICE OF BP APPEAL:  January 1, 2013
## DEADLINE TO SUBMIT FINAL PROPOSAL FORM:  January 26, 2013

## I.  CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business<br>CRABCO | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100038579 | **Claim ID** | 39232 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Dean Law Firm | | |

## II. FINAL PROPOSAL AMOUNT

Both parties must submit a Final Proposal.  Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Final Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP."  Accordingly, we will increase any accepted Final Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Final Proposal Compensation Amount by any applicable offsets.  If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount.

If either party accepts the other's Final Proposal, the Appeals Process will end.  If your Final Proposal Compensation Amount, RTP Multiplier, and Prior Payment Offset are the same as the opposing party's, the Claims Administrator will consider that you have reached an agreement, and the Appeals Process will end.  If after five days from the issuance of the Final Proposals, neither party accepts the other's Final Proposal, and you do not reach a compromise, we will submit both parties' Final Proposals, along with any supporting memoranda, to a neutral Appeal Panel for review. The Appeal Panel will choose a Compensation Amount, RTP Multiplier, and Prior Payment Offset from either party's Final Proposal as the final outcome of the claim.

| | |
|---|---|
| **Final Proposal Compensation Amount** | |
| **Final Proposal Risk Transfer Premium** | |
| **Final Proposal Prior Payment Offset** | |

## III. SIGNATURE

| | | | |
|---|---|---|---|
| **Signature** | | **Date** | ___/___/___<br>(Month/Day/Year) |
| **Printed Name** | Last Name | First Name | Middle Initial |
| **Title (if a business)** | | | |



## IV. How To Submit This Form

Submit your **Final Proposal Form** online using the DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Final Proposal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Final Proposal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Final Proposal Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Final Proposal deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Final Proposal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Final Proposal deadline) | You may take the required information or documents to a Claimant Assistance Center. |



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## COMPROMISE FORM
### DATE OF NOTICE OF BP APPEAL:  January 1, 2013

### I.  CLAIMANT AND CLAIM INFORMATION

| | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant Name** | CRABCO | | |

| **Claimant ID** | 100038579 | **Claim ID** | 39232 |
|---|---|---|---|
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Dean Law Firm | | |

### II. COMPROMISE AMOUNT

If both parties have agreed on the Compensation Amount, RTP, and Prior Payment Offset for this claim, you must both submit this Compromise Form.  Your Compromise Compensation Amount should be the new Compensation Amount you are proposing for the claim.  The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP."  Accordingly, we will increase any Compromise Compensation Amount by the applicable RTP, if any, and also decrease any Compromise Compensation Amount by any applicable offsets.  If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount. If your Compromise Compensation Amount, RTP Multiplier, and Prior Payment Offset are the same as the opposing party's, the Appeals Process will end.

| | |
|---|---|
| **Compromise Compensation Amount** | |
| **Compromise Risk Transfer Premium** | |
| **Compromise Prior Payment Offset** | |

### III. SIGNATURE

| | | | |
|---|---|---|---|
| **Signature** | | **Date** | ___/___/___ (Month/Day/Year) |

| | Last Name | First Name | Middle Initial |
|---|---|---|---|
| **Printed Name** | | | |

| **Title (if a business)** | |
|---|---|

### IV.  HOW TO SUBMIT THIS FORM

Submit your **Compromise Form** online using the DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| --- | --- |
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** | (888) 524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |

APP-4 v.1

**WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**

Claimant ID: 100038579

Claim ID: 39232

# EXHIBIT P



# D E A N
## L A W   F I R M

January 16, 2013

TO: All Stakeholders of the Deepwater Horizon Settlement Program

      Re:    CRABCO, Claimant ID100038679, Claim ID 39232

The circumstances and timeline of this claim should inform you of the uniquely anemic claims-handling methodology deployed to date by DHECC. The conclusion of all this is that DHECC had plenty of time to process this claim before the "opt out" deadline; instead, they chose to send a fictitious deficiency notice, provide no answer as to the status of the claim before the opt out deadline, and ignore the opt out status of this claimant, culminating in BP appealing DHECC's recent Eligibility Notice based on release. The latter is tragically comical in that, before BP's Notice of Appeal was filed, the claimant was potentially willing to forego pursuing a claim under OPA by accepting DHECC's award (which was very close to the calculation we submitted to DHECC back in July, 2012).

The basic timeline follows:

1.    20 July 2012:  Claimant files its completely documented claim along with the fully developed Business Economic Loss calculation.

2.    4 September 2012:  Counsel receives a deficiency notice.

3.    11 September 2012:  Counsel replies to the deficiency notice, informing DHECC of the entirely erroneous basis on which to claim deficiency.  DHECC poses no further questions and quickly withdraws its notice.

4.    12 September-17 December 2012:  Multiple telephone calls to DHECC Brown & Greer Liaison about claim status; no substantive response given.

5.    30 October 2012:  Counsel serves, via certified mail to the Exclusions Department, a properly executed opt out directive.  The basis for opting out:  (1) DHECC's failure to give substantive answers regarding claim status, and (2) the Settlement Agreement does not account for claimant's independent startup business claim.

6.    18 December 2012:   DHECC serves its Eligibility Notice, which calculates Compensation Prior to Offsets within 3.5% of claimant's original claim calculation.

7.    1 January 2013:  BP files its Notice of Appeal (Happy New Year) claiming release and improper offset calculation.

www.jamesdeanlaw.com
17225 El Camino Real, Suite 190 Houston, Texas 77058
P 281-280-8900  ★  F 281-280-8901  ★  1-855-280-8900
dean@jamesdeanlaw.com

To:  All Stakeholders of the Deepwater
Horizon Settlement Program – Page 2
January 16, 2013

Again, this claim is opted out.  The facts of the fraudulently induced release will play out in the
litigation relating to the Oil Pollution Act.  Unfortunately, before BP filed its Notice of Appeal
based on release, I had authority to discuss with DHECC potential terms of acceptance of the
eligibility notice despite the properly filed opt out status.  My client is in serious financial straits
secondary to the disaster of the spill and delay of any payments.  That scenario would have
netted BP a true final release and a forbearance of a valuable new business claim held by this
claimant.

I hope your systems and processes improve.  I am open to candid discussions geared toward
improvement.

Very truly yours,

J. Christopher Dean

JCD:mjh



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## INITIAL PROPOSAL FORM
### DATE OF NOTICE OF BP APPEAL: January 1, 2013
### DEADLINE TO SUBMIT INITIAL PROPOSAL FORM: January 16, 2013

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>CRABCO | First | Middle |
| **Claimant ID** | 100038579 | **Claim ID** | 39232 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Dean Law Firm | | |

### II. INITIAL PROPOSAL AMOUNT

Both parties must submit an Initial Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Initial Proposal Compensation Amount by any applicable offsets.  If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount.  The Compensation Amount, RTP Multiplier, and/or Prior Payment Offset listed on your Eligibility Notice will be considered your Initial Proposal for any field left blank.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If neither party accepts the other's Initial Proposal, and you do not reach a compromise, you must submit a Final Proposal within the deadline listed on the Notice of BP Appeal.

| | |
|---|---|
| **Initial Proposal Compensation Amount** | N/A |
| **Initial Proposal RTP Multiplier** | N/A |
| **Initial Proposal Prior Payment Offset** | N/A |

### III. SIGNATURE

| | | | | |
|---|---|---|---|---|
| **Signature** | | | **Date** | 1 / 16 / 2013<br>(Month/Day/Year) |
| **Printed Name** | Last Name<br>Dean | First Name<br>James | | Middle Initial<br>C |
| **Title (if a business)** | Attorney of Record for CRABCO | | | |

# EXHIBIT Q

RECEIVED   JUL 2 3 2013



bp

JULY 22, 2013

DEAN LAW FIRM
JAMES C DEAN
17225 EL CAMINO REAL STE 190
HOUSTON, TX77058-2767

Re:    *Claim Determination Notification*
         Claim Number: 1085975-01(LOSS OF PROFIT – BUSINESS)

Dear JAMES C DEAN:

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of CRABCO in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill.  We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1]  Among the reasons for BP's conclusion are thatthe claim has already been released in a prior settlement agreement.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC").  For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1]This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.