# EXHIBIT

# "A"

27A

Deepwater Horizon Court-Supervised
Settlement Program
Exclusion Department
P.O. Box 222
Hammond, LA 70404-0222

Name: Tuoi Pham                                OPT OUT OF CLASS LETTER

Name of
Business:

Address:

Phone No.:

Dear Sir or Madam:

    I wish to be excluded from the Economic Class.

|   |   |
|---|---|
| Printed Name: | Tuoi Pham |
| Date: | 10/24/12 |
| GCCF Claim #: | 1121895 |
| SS#: | 2752 |

27A