# EXHIBIT

# "B"



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## Exhibit N (REDACTED): Timely and Valid Opt Out Requests Submitted by Potential Class Members

| Opt Out ID | Name | Address | City | State | Zip Code | Attorney Representative | Tax ID | GCCF Claimant ID | DWH Claimant ID |
|---|---|---|---|---|---|---|---|---|---|
| 61671 | Joe's Seafood, Inc. | | | | | | | | |
| 61673 | Mai Thi Pham | | | | | | | | |
| 61674 | LV Nails & Spa | | | | | | | | |
| 61675 | Xuan Van Nguyen | | | | | | | | |
| 61676 | Rob Gorta | | | | | | | | |
| 61677 | Joann Luong | | | | | | | | |
| 61679 | Van Bai Nguyen | | | | | | | | |
| 61680 | Kent Alan McConaghy | | | | | | | | |
| 61683 | Miss Carol | | | | | | | | |
| 61684 | Diane Wanker | | | | | | | | |
| 61685 | Bud Trayner Realty P.A. | | | | | | | | |
| 61687(2) | Midnight Lounge | | | | | | | | |
| 61689 | Si Thi Le | | | | | | | | |
| 61691 | Ana Hoade | | | | | | | | |
| 61693 | Hoang Ly | | | | | | | | |
| 61696 | Impact Direct Inc | | | | | | | | |
| 61699 | Thuy Thi Thu Nguyen | | | | | | | | |
| 61700 | Diem Le | | | | | | | | |
| 61705 | Tammy Nguyen | | | | | | | | |
| 61708 | Thanh Nga Phan | | | | | | | | |
| 61710 | Hugh Vernon Alston | | | | | | | | |
| 61714 | Whibbs & Stone, P.A. | | | | | | | | |
| 61715 | Red Rhino | | | | | | | | |
| 61716 | Justin Duong | | | | | | | | |
| 61719 | Choi Van Vo | | | | | | | | |
| 61720 | LAC Baitstand | | | | | | | | |
| 61722 | Thuy N Nguyen | | | | | | | | |
| 61723 | MM 106 LLC | | | | | | | | |
| 61724 | Texas Professional Divers, LLC | | | | | | | | |
| 61726 | Hustler II | | | | | | | | |
| 61727 | Lola Hough | | | | | | | | |
| 61728 | Tommy Gun | | | | | | | | |
| 61729 | Student Breaks, LLC | | | | | | | | |
| 61730 | Timothy Page | | | | | | | | |
| 61733 | Thanh Tran | | | | | | | | |
| 61734 | Thinh Thanh (vessel) | | | | | | | | |
| 61735 | JCE Commercial Properties, Inc. | | | | | | | | |
| 61736 | Lucky Dad | | | | | | | | |
| 61739 | Carole Scala | | | | | | | | |
| 61741 | Tuoi Pham | | | | | | | | |
| 61742 | Cap. T, Mike Tran | | | | | | | | |
| 61743 | Gustavo Sanchez-Garcia | | | | | | | | |
| 61744 | Transien, LLC DBA Crazy Cajun | | | | | | | | |
| 61747 | Tot T. Tong | | | | | | | | |
| 61750 | Dung Tran | | | | | | | | |
| 61752 | Capt. Mike Tran | | | | | | | | |
| 61755 | Sanh V Nguyen | | | | | | | | |
| 61756 | Hoang K. Nguyen | | | | | | | | |
| 61757 | Kim Long | | | | | | | | |
| 61758 | Advanced Contracting Specialties, LLC | | | | | | | | |
| 61759 | Be Thi Nguyen | | | | | | | | |
| 61760 | Mark H. Wilkins | | | | | | | | |
| 61761 | Sandra Allen | | | | | | | | |
| 61762 | Sreng Meach | | | | | | | | |