**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil spill by the Oil Rig ) | |
| "Deepwater Horizon" in the Gulf ) | |
| of Mexico on April 20, 2010 ) | **MDL NO.: 2179; SECTION J** |
| ) | |
| This document relates to: ) | **JUDGE CARL J. BARBIER** |
| 13-cv-1746 - Alton Rockford Meadows, ) | **MAGISRATE JUDGE WILKINSON** |
| **Individually, and Alton Rockford Meadows** ) | |
| **d/b/a Southern Appraisal Services** ) | |
| **v. BP Exploration & Production, Inc., and;** ) | |
| **Cases within Pleading Bundle B1 and All** ) | |
| **Civil Actions** ) | |

**RESPONSE TO RELEASE MOTION**

COMES NOW Plaintiffs, Alton Rockford Meadows, Individually, and Alton Rockford Meadows d/b/a Southern Appraisal Services, by and through counsel, and files this Response to BP's Dispositive Motion as to Released Claims, Rec. Doc. 22479 (the "Release Motion"), pursuant to this Honorable Court's Order dated July 18, 2017, Rec. Doc. 23048, as follows:

Plaintiffs are listed first on the "Claims that May Be Subject to Dismissal Upon CSSP Determination" (the "Chart"), attached as Exhibit D to BP'S Memorandum in Support of its Dispositive Motion as to Released Claims pursuant to PTO No. 64, Section I.B1 ("B1 Bundle"). Plaintiffs timely opted out of the CSSP, with proof of timely Opt-Out presented to BP multiple times, and seek to be removed from the Chart (Exhibit D). Likewise, Plaintiffs have not accepted any settlement funds. Plaintiffs move for the opportunity to respond, oppose and fully brief any Motion by BP for dismissal of any of Plaintiffs' claims on any grounds before any final decision is made, or order issued by this Honorable Court.

WHEREFORE, Plaintiffs seek an Order allowing them time to defend their timely Opt-Out and/or any other alleged grounds for dismissal that are filed by BP or other Defendants.

                                              Respectfully submitted,
                              BY: /s/*Elizabeth A. Citrin*

1

                                      Elizabeth A. Citrin, Esq.

Elizabeth A. Citrin, Esq. (MS Bar No.: 101368)
Elizabeth A. Citrin, P.C.
28311 N. Main Street, Suite B-103
Daphne, Alabama  36526
Phone:  251-626-8808; Fax:  251-626-8868
Cell:  251-591-6330
Email:  elizabeth@elizabethcitrin.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Response has been served on Counsel by uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and was filed with the Clerk of Court of the U.S. District Court, E.D. of LA, using the CM/ECF System, which will send notice of this filing per the procedures set forth in MDL 2179, on this the 8th day of August, 2017.

                                      Respectfully submitted,
                                        /s/ *Elizabeth A. Citrin*

Attorneys for Defendants:
Kris Ritter, Via Email:  ritterk@kirkland.com
Richard C. Godfrey
J. Andrew Langan
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert
Clark Steven; A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
Telephone:  202-879-5000

Don K. Haycraft

2

LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  504-581-7979

Attorneys for Class Plaintiffs:
Stephen Jay Herman; Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone:  337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S., Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590