UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: | | |
| *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| STEPHEN L. SHIVERS, JR., | | CIVIL ACTION |
| (Plaintiff) | | No. 2:16-cv-06363 |
| | * | SECTION J |
| VERSUS | | |
| | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., | | |
| BP AMERICA PRODUCTION COMPANY, | | |
| and BP P.L.C. | * | MAG. JUDGE WILKINSON |
| (Defendants) | | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO BP'S MOTION AS TO RELEASED
CLAIMS PURSUANT TO PTO NO. 64, SECTION 1, B1**

Pursuant to Federal Rules of Civil Procedure 27(3) and PTO 64, Plaintiff Stephen L.

Shivers, Jr. respectfully requests that BP's Motion as to Released Claims Pursuant to PTO No.

64, Section 1, B1 requesting the Court dismiss Plaintiff's claim be denied.

**BACKGROUND**

Following the devastation caused by the *Deepwater Horizon* incident on April 20, 2010,

BP, hundreds of thousands of affected parties brought suit against BP. In order to settle many of

these claims, this Court approved a class action settlement over the oil spill. The Court

Supervised Settlement Program ("CSSP") and the BP Claims Program, was set up to facilitate

claims towards resolution. In accordance with the settlement program, Plaintiff Stephen L.

Shivers, Sr. filed a claim within the CSSP for coastal real property owned by a partnership, Gant

and Shivers, located at Parcel ID 34-25-21-42850-000-0702 located in Walton County, Florida (hereinafter "Miramar Beach Property"). This claim was brought in accordance with the terms of the settlement program with Claim ID # 27376 and was denied for not being within the designated SCAT line. The Miramar Beach Property is not the basis of Plaintiff's PTO 60 compliant Complaint filed on May 16, 2016.

Plaintiff's claim here is based upon diminished value he suffered as a result of the BP Oil spill at two (2) real properties. The real properties at issue are located at:

1. 62 Bayou Circle, Gulfport, Mississippi, 39507, and

2. 720 Clover Place, Biloxi, Mississippi 39532

The properties above were not included with the class definition of the CSSP.

## CONCLUSION

For the foregoing reasons, Plaintiff Stephen L. Shivers, Jr. respectfully requests that BP's Motion as to Released Claims Pursuant to PTO No. 64 be denied.

Dated: August 8, 2017

**RESPECTFULLY SUBMITTED**,

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Plaintiff's Response to BP's Motion as to Released Claims Pursuant to PTO No. 64 has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial

Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 8th day of August, 2017.

/s/ Douglas S. Lyons
Douglas S. Lyons