UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | 2:16-cv-07155-CJB-JCW |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

**PLAINTIFFS' RESPONSE TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS PURSUANT TO PTO NO. 64, SECTION 1, B1**

Comes DDK, (hereinafter Plaintiff) by and through its counsel and for its response to BP's Dispositive Motion as to Released claims, states that Plaintiffs' causes of action arise out of wrongful conduct committed by BP P.L.C., directly or indirectly by its agents, which caused damage in Florida by an offense or quasi offense committed through an act or omission inside and outside of Florida. BP P.L.C. regularly does or solicits business, or engages in any other persistent course of conduct, or derives revenue from goods used or consumed or services rendered in Florida. These acts or omissions took place both before the blowout resulting in the Oil Spill and in the negligent conduct of BP P.L.C. after the blowout in attempting to contain the Oil Spill. Plaintiff owns property in the area of Florida damaged by the Deep Horizon Oil Spill and has not been compensated for said losses.

For the reasons stated in the attached supporting brief, BP's motion and supporting memorandum should be denied.

Respectfully submitted,

/s/ Willard Proctor, Jr.

Willard Proctor, Jr.
Attorney for Plaintiff
2100 Wolfe Street
Little Rock, AR 72201
(501) 378-7720
Arkansas Bar No: 87136
willard@wpjrlaw.com
Counsel for Plaintiff, DDK

**CERTIFICATE OF SERVICE**

    I, Willard Proctor, Jr., do hereby certify that I have served on all counsel a copy of the foregoing Response to BP's Dispositive Motion as to released claims Pursuant to PTO No. 64, Section 1, B1, by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice

of electronic filing in accordance with the procedures established in MDL No. 2179, on this 8th day of August, 2017.

/s/ Willard Proctor, Jr.
Willard Proctor, Jr.