
bp

FEBRUARY 20, 2014

WILLARD PROCTOR, JR., P.A.
WILLARD PROCTOR
2100 WOLFE ST
LITTLE ROCK, AR 72202-6258

Re:   *Request for Documentation Related to Your Claim*
      Claim Number: 1097414-01 (LOSS OF PROFIT – BUSINESS)

Dear WILLARD PROCTOR:

The BP Claims Program has reviewed the claim form(s) that you submitted on behalf of DDK PARTNERS and determined that your claim file is missing certain information required to properly evaluate your claim. Unfortunately, we cannot take further action on your claim until we have received this missing information, including:

1. Real Estate Property Sales Claims
    a. Documentation of ownership for the parcel sale that took place (i.e. deed)
    b. Documentation of ownership percentage for each owner of the Residential Parcel
    c. Copy of the signed sales contract(s) for the sale that took place, including all amendments and addendums
    d. Copy of the closing statement for the sale that took place
    e. Supporting documentation to demonstrate why the contract price was reduced
    f. Copy of cancelled contracts, if any

2. Rental Properties
    a. Documentation substantiating ownership of the claimed property
    b. Documentation substantiating ownership percentages for each owner of the claimed property
    c. Documentation substantiating the revenues and expenses percentage allocation for each owner of the claimed property
    d. Monthly Management Statements from January 2009 through the present
    e. Monthly sales and use / occupancy tax returns from January 2009 through the present
    f. Documentation detailing monthly reservations from January 2009 through the present
    g. Documentation detailing any and all cancellations resulting from the incident
    h. Monthly maintenance and repair schedules from January 2009 through the present
    g. Any and all contracts relevant to the claimed property

      h.  Monthly financial statements detailing each month's respective revenue and expenses from January 2009 through December 2011
      i.  Complete Filing Copy of Federal Income Tax Returns with all schedules and attachments for 2009, 2010 and 2011

Please provide the requested information within 30 days of this correspondence. You can send documents to us by mail at the following address:

BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

Please write your claim number and Social Security Number or Taxpayer ID on each page of the documentation you submit, so that we can properly associate your documents with your claim file.
If you have questions about the BP Claims Program or wish to speak with one of our representatives, please contact us toll-free at: 1-855-687-2631. Please reference the above claim number when calling. Additional information is also available at www.bp.com/claims.

*All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement of claims or signing a release of legal rights.*

Sincerely,

BP Claims Program