**Exhibit 2 – Release Claimants**

1. Johnny's Clams (John and Candice Sheridan)
2. Kenneth Adkins
3. George Weems Ward Jr.
4. Otis E. Wheeler Jr.
5. Carrier K. Richards
6. Jimi Hendrix Tophan Sr.
7. Jane P. Beasley
8. Amanda Yowell
9. Jeremiah Wayne Ard
10. Jelp Barber
11. Maritha Argula
12. Cherryl Whitaker
13. Johnny Abbott
14. Joseph Gibson
15. Julie Frances Burczyk
16. Tammy Nichols
17. Scotty Banks
18. George Branch
19. Jamie Lee Shiver Sr.
20. Stacia Sue Osteen
21. Carl Lee Johns
22. Jimmy Roger Shiver Jr.
23. Daniel Wayne Evans Sr.
24. Chester Darwin Rowland
25. William Wayne Webb Sr.
26. Christina Renee Cone
27. Christopher Ray Granger Sr.
28. Jefferson Rodney Richards Sr.
29. Michael C. Fuentes
30. Christine Rosalie Oenes
31. Charles Christopher Golden Sr.
32. Jesse Gorden Smith Jr.
33. David Lee Holstein III
34. Michael Edward Millender Sr.
35. John Clinton Walker Sr.
36. Sherrie Lynn Walker
37. James Edgar Cooper Sr.
38. Deborah Louise Cooper
39. Tony Ray Nowling Sr.
40. Richard Lamar Millender Sr.
41. Johnathan Allen Millender Sr.

42. Michelle Ashley Millender
43. Ruby Pauikline Rutherford
44. Pamela Sue Millender
45. Fred Anthony Millender Sr.
46. Monica Sue Stanton
47. Carl Barton Sanders Sr.
48. Phillip Carlton Vinson Sr.
49. Mason Lee Putnal
50. Joseph Glen Putnal Sr.
51. Lynn Nixon Ellis
52. Walter Hayes Ellis
53. David James Gilbert
54. Wade Lee Barber
55. Robert Arnold Tolliver Jr.
56. Marion Archie Busby Jr.
57. Jeremy Russell Nowling Sr.
58. William Mitchell Martina Sr.
59. Gerald Haddock Kent Jr.
60. Ramona Annette Dean
61. Roland Morris Schoelles Jr.
62. Leslie Charlie Goodwin Sr.