UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | ( | **MDL NO. 2179** |
| **Deepwater Horizon in the Gulf** | ( | |
| **Of Mexico, on April 20, 2010** | ( | **SECTION J** |
| | ( | |
| **This document relates to:** | ( | **JUDGE BARBIER** |
| | ( | |
| **Relevant Civil Actions:** | ( | **MAGISTRATE JUDGE** |
| **2:16-cv-06384** | ( | **SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**RESPONSE TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS
PURSUANT TO PTO NO. 64, SECTION I.B1 ("B1 BUNDLE")**

NOW INTO COURT, through the undersigned counsel, comes Deep South Machine, Inc. ("Deep South"), who files this Response to BP's Dispositive Motion As To Released Claims Pursuant To PTO No. 64, Section I.B1 ("B1 Bundle") ("The Motion to Dismiss"). For the reasons stated below, Deep South asks this Court to stay, rather than dismiss the suit.

Deep South filed a Business Economic Loss ("BEL") claim in the Deepwater Horizon Court Supervised Settlement Program ("CSSP"), and has taken all necessary steps to preserve such claim. Additionally, Deep South filed the requisite Short Form Joinder documents to preserve its legal rights; it has complied with all applicable pretrial orders, it has not received a final, non-appealable Eligibility Notice or final, non-appealable Denial Notice, it has not exhausted its procedural remedies within the Deepwater Horizon Economic and Property Damages Settlement Program, it has not signed an individual release, and it has not received notification from the CSSP indicating it is excluded from the Economic Class. In short, Deep South's BEL claim remains active and pending within the CSSP.

Dismissing the underlying lawsuit at this point is premature. As BP concedes in its Motion to Dismiss, Deep South is a valid Economic Class Member. However, BP has taken a contradictory

position within the CSSP by arguing that Deep South is not a member of the Economic Class, but rather an excluded entity. *See* BP's Initial Proposal regarding Claim No. 183161 (Doc ID 20797839), filed 8/04/2017; see also, BP's Notice of Appeal, filed 7/07/2017 (Doc ID 20754407). Because BP is now arguing that Deep South is excluded from the Class, and a final determination has not yet been made concerning the viability of Deep South's BEL claim, dismissing the underlying lawsuit at this point would be unduly prejudicial. Although it would be prejudicial to both parties to force this lawsuit forward into discovery while its claim is pending before the CSSP, it would be even more prejudicial to dismiss this suit before a final determination is made on DSM's pending BEL claim. Therefore, out of an abundance of caution Deep South files this response to preserve its lawsuit.

Once DSM's pending BEL claim has reached a final, non-appealable resolution within the CSSP, Deep South will promptly move to dismiss this protective suit. If, however, the CSSP determines Deep South is excluded from the Economic Class, then this lawsuit should still be available as a vehicle for Deep South to pursue its claims against BP.

For the reasons stated herein, Deep South requests that the Court deny BP's Motion to Dismiss as to this specific lawsuit and stay this action during the pendency of Deep South's BEL claim.

    Respectfully submitted,

    **JASON J. JOY & ASSOCIATES, PLLC**

    By: ____/s/ Jason J Joy_____
    JASON J. JOY (Texas Bar No.: 24058932)
    jason@jasonjoylaw.com
    COLIN WOOD ((Texas Bar. No.: 24082535)
    colin@jasonjoylaw.com
    MICHAEL BARCUS (Texas Bar. No.: 24097339)
    michael@jasonjoylaw.com

Response to BP's Dispositive Motion as to
 Released Claims Pursuant to PTO 64,
 Section B1    2

**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

**ATTORNEYS FOR**
**DEEP SOUTH MACHINE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing Response has been served upon counsel for BP and MDL 2179 Plaintiff's Steering Committee by File & ServeExpress, this 8th day of August, 2017.

                                                                             */s/    Jason J. Joy*
                                                                             Jason J. Joy