UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: *No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAGISTRATE WILKINSON |

## ORDER TO SHOW CAUSE

Considering the foregoing Motion to Set Judgment Debtor Exam filed by judgment creditor, Deepwater Horizon Economic Claims Center,

**IT IS HEREBY ORDERED** that **JASON ZIRLOTT AND CAPT JAY, LLC**:

(1) Appear before the undersigned on _____, _____, **2017 at 11:00 a.m.** to submit for a judgment debtor examination; and

(2) To produce all of the documents referenced as part of the Motion to Examine Judgment Debtor.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
United States Magistrate Judge