# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br>*Pleading Bundle B3* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| LARRY SCHEXNAYDER, RACHEL WILLIAMS, FARRELL SCHEXNAYDER, DONNA PICOU, DARLENE WILLIAMS, each individually and on behalf of GARY SCHEXNAYDER, deceased | CIVIL ACTION NO. 2:17-cv-3207<br><br>SECTION: J<br><br>JUDGE BARBIER |
| v. | MAG. JUDGE WILKINSON |
| BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION INC., BP, P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMHB, HALLIBURTON ENERGY SERVICES, INC. | |

## MOTION FOR RECONSIDERATION AND AMENDMENT OF ORDER

COME NOW, Plaintiffs Larry Schexnayder, Rachel Williams, Farrell Schexnayder, Donna Picou and Darlene Williams, each individually and on behalf of Gary Schexnayder, deceased, through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 59(e), and for reasons more fully set forth in the attached supporting memorandum, and respectfully request that this Honorable Court reconsider and amend its July 18, 2017 Order (Rec. Doc. 23047), which held that Plaintiffs' claims are dismissed with prejudice for failing to comply with Pretrial Order No. 63 ("PTO 63"). Because Plaintiffs consider themselves "related" parties as provided in PTO 63, Plaintiffs concluded that filing a single complaint was proper in response to this Court's directive.

WHEREFORE, Plaintiffs pray that the Court reconsider and amend its Order which dismissed Plaintiffs' case with prejudice, and either find Plaintiffs in compliance with PTO 63 so that they made proceed with their case, or allow Plaintiffs the opportunity to refile separate complaints so as to comply with PTO 63.

Respectfully submitted,

*s/ Merritt E. Cunningham*
Michael G. Stag LSBA 23314
Merritt E. Cunningham LSBA 32843
**Smith Stag, LLC**
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mcunningham@smithstag.com
mstag@smithstag.com

And

Kelley B. Stewart FL Bar No.492132
Michael J. Ryan FL Bar No.975990
Joseph J. Slama, FL Bar No. 47617
Jesse S. Fulton FL Bar No.  112495
Kevin A. Malone FL Bar No.224499
Carlos A. Acevedo FL Bar No.0097771
**The Law Offices of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, PA**
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile
kstewart@krupnicklaw.com
mryan@krupnicklaw.com
jslama@krupnicklaw.com
jfulton@krupnicklaw.com
kmalone@krupnicklaw.com
cacevedo@krupnicklaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of August, 2017.

*s/ Merritt E. Cunningham*
Merritt E. Cunningham