IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br>*Pleading Bundle B3* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |
| LARRY SCHEXNAYDER, RACHEL WILLIAMS, FARRELL SCHEXNAYDER, DONNA PICOU, DARLENE WILLIAMS, each individually and on behalf of GARY SCHEXNAYDER, deceased<br>v.<br>BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION INC., BP, P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMHB, HALLIBURTON ENERGY SERVICES, INC. | CIVIL ACTION NO. 2:17-cv-3207<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Plaintiffs' Motion for Reconsideration and Amendment of Order, it is hereby ordered that:

The Motion is hereby GRANTED.

This Court's Order dated July 18, 2017, in which Plaintiffs' case was dismissed with prejudice, is hereby vacated.

The claims of the above referenced Plaintiffs are hereby reinstated.

_____
United States District Judge