MINUTE ENTRY
WILKINSON, M.J.
AUGUST 9, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

No. 12-970, Bon Secour Fisheries, Inc. et al.
v. BP Exploration & Production Inc. et al.

### HEARING AND ORDER ON MOTION

APPEARANCES:   Justin Chopin, counsel for the Deepwater Horizon Economic Claims Center ("DHECC"); Judgment Debtor Rufus Young

MOTION:   Motion of DHECC to Examine Judgment Debtor, Rufus Young, Record Doc. No. 22931; Judgment Debtor Examination

O R D E R E D:

 XXX : SATISFIED.  Rufus Young, judgment debtor, appeared in person and was sworn before the court. He was ordered to proceed directly to appear before a court reporter retained by plaintiff's counsel to conduct the judgment debtor examination.  He complied. Subsequently, counsel for DHECC, Justin Chopin, informed the court that the judgment debtor examination was **SATISFIED**.

JOSEPH C. WILKINSON, JR.<br>UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 05