IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL 2179 SECTION: J JUDGE BARBIER |
| This Document Relates To: Case No. 2:16-cv-06200 | * * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

After considering Robert A. McAllister, Jr.'s motion to withdraw as attorney in charge for Plaintiff Tuoi Pham, in the above referenced cause number the court

GRANTS Robert A. McAllister, Jr.'s motion to withdraw and ORDERS that Brent W. Coon of the law firm Brent Coon & Associates be substituted as attorney in charge for Plaintiff Tuoi Pham.

New Orleans, Louisiana this 9th day of August, 2017.

_____
United States District Judge