# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *13-04437* | * | MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO ALTER OR AMEND ORDER
## UNDER FRCP RULE 59(e)

**NOW INTO COURT**, through undersigned counsel, comes Jamie Gaspard, who, respectfully suggests to the Court that his name was inadvertently omitted from Exhibit 2 of the Court's Order dated July 19, 2017. [Rec. Doc. 23051]. As such, plaintiff moves this Court to amend and/or alter its Order pursuant to FRCP 59(e), to add plaintiff's name to Exhibit 2, all for the reasons contained in the memorandum attached hereto. The undersigned has discussed this matter with counsel for BP, who has no objection to this motion.

**WHEREFORE**, Jamie Gaspard prays that this Court amend and/or alter its Order pursuant to Rule 59(e), as it relates to Exhibit 2 of its Order dated July 19, 2017, to add his name to reflect his previous compliance with PTO 60.

Respectfully Submitted,


/s/ Preston L. Hayes
**GEORGE B. RECILE** (Bar Roll No. 11414)
**PRESTON L. HAYES** (Bar Roll No. 29898)
CHEHARDY, SHERMAN, WILLIAMS, MURRAY,
RECILE, GRIFFITH, STAKELUM & HAYES, LLP
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by notice from the Court's CM/ECF system, this 10th day of August, 2017.


/s/ Preston L. Hayes
PRESTON L. HAYES