UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: 13-04437 | * | MAG. JUDGE WILKINSON |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO ALTER OR AMEND ORDER UNDER RULE FRCP 59(e)

MAY IT PLEASE THE COURT:

Plaintiff, Jamie Gaspard, respectfully submits this Memorandum in support of his Unopposed Motion to Alter or Amend Order Under FRCP Rule 59(e).

Plaintiff had previously complied with PTO 60. As such, plaintiff was included on Exhibit 1A, ("PTO 60 Compliant Plaintiffs") attached to the Court's Order dated July 14, 2016. [Rec. Doc. 20996]. Plaintiff is accurately identified in Exhibit 1A as "Gaspard, Jamie" and identified with Case No. 13-04437. However, in Exhibit 2 to the Court's July 19, 2017 Order [Rec. 23051-2] entitled "419 remaining B1 plaintiffs who are complaint with PTO 60, but are not complaint with PTO 64," Mr. Gaspard is not identified by name. Instead, at entry no. 207, his fishing vessel, "Pure Adrenaline" is identified, along with Case No. 13-04437. Out of an abundance of caution, and to

prevent any confusion going forward, plaintiff moves this Court to alter and/or amend its previous Order pursuant to Rule 59(e) as it relates to Exhibit 2, which was made part of the Court's Order dated July 19, 2017, to also reflect the name Jamie Gaspard. The undersigned counsel has made counsel for BP aware of this issue, who has stated that she has no opposition or objection to the granting of this motion.

## CONCLUSION

Considering the foregoing, plaintiff, Jamie Gaspard, moves this Court to alter and/or amend its Order dated July 19, 2017 as it relates to Exhibit 2, to add the name of Jamie Gaspard.

Respectfully Submitted,

/s/ Preston L. Hayes
**GEORGE B. RECILE** (Bar Roll No. 11414)
**PRESTON L. HAYES** (Bar Roll No. 29898)
CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, GRIFFITH, STAKELUM & HAYES, LLP
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by notice from the Court's CM/ECF system, this 10th day of August, 2017.

/s/ Preston L. Hayes
PRESTON L. HAYES