UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *13-04437* | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Unopposed Motion to Alter or Amend Order Under FRCP Rule 59(e);

IT IS ORDERED that the foregoing Unopposed Motion to Alter or Amend Order Under FRCP Rule 59(e), is Granted, and Jamie Gaspard's name is hereby added to Exhibit 2 [Rec. 23051-2] to the Court's Order dated July 19, 2017, to reflect his previous compliance with PTO 60.

Signed this _____ day of _____, 2017 in New Orleans, LA.

_____
UNITED STATES DISTRICT JUDGE