**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ∗ | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | ∗ | |
| of Mexico, on April 20, 2010 | ∗ | **SECTION: J** |
| | ∗ | |
| **This Document Relates to:** | ∗ | **JUDGE BARBIER** |
| 2:13-cv-02879-CJB-JCW | | |
| 2:13-cv-01822-CJB-JCW | | **MAG. JUDGE WILKINSON** |
| 2:13-cv-01802-CJB-JCW | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO ALTER OR AMEND JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 59(e) OR IN THE ALTERNATIVE FOR RELIEF FROM A JUDGMENT OR ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 60**

NOW INTO COURT come plaintiffs[1], who respectfully represent:

As will be discussed in the accompanying memorandum, Plaintiffs' failure to abide by PTO 63 was unintentional, and was not intended to delay this matter in any way. Plaintiffs timely filed their individual lawsuits in "bundles," based upon common facts and venue, more than four years ago. No party has ever objected to the "bundling" of such lawsuits over that time period and plaintiffs have responded to all previously requested discovery related to this matter. When trying to interpret PTO 63, undersigned counsel sought the advice of the Plaintiffs' Steering Committee, and reasonably believed that it was not necessary to re-file Plaintiffs' individual lawsuits. Undersigned counsel remained in honest belief that their previous filings were indeed individual lawsuits, and thus timely filed individual sworn statements, in direct compliance with the requirements of PTO 63 Section 6(a).

---

1 Plaintiffs are as follows: James Bryant; Henry Jenkins; Steven Burke; Willie Richardson; Nathan S. Southern; Marion G. Barefoot; Baron Buskell; Johnnie Clopton; Tommy Tripp; Richard Woods; John Burrus; Sarah Graham; Max Murray; Kimberly DeAgano, Kimberly DeAgano obo Dereck J. DeAgano, Ted DeAgano, Jr. & Keith Keaghey.

1

Undersigned counsel contends that BP is not prejudiced in any fashion by the bundling of Plaintiffs' claims, as they are all individually named with separate paragraphs outlining injuries and damages for each plaintiff in this matter. The harshness of a dismissal *with prejudice* is not warranted when Plaintiffs have made an honest effort to comply with the Court's rulings and have done so in a timely fashion. Plaintiffs have not delayed the action and their cases can be remanded to their appropriate jurisdiction as they have currently been filed if needed.

Undersigned counsel sincerely apologizes to the Court for any misinterpretation of PTO 63. Counsel maintains that any mistake was unintentional and done after consultation with the PSC about the requirements of the PTO. There is no showing of bad faith by the Plaintiffs or any prejudice to the Defendants. Accordingly, Plaintiffs respectfully request that this Court grant their motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) or, alternatively, under Fed. R. Civ. P. 60.

Plaintiffs were electronically served with Notice that their claims were dismissed with prejudice on July 31, 2017, and thus this Motion is timely pursuant to Fed. Rule Civ. P. 59(e).

WHEREFORE, Plaintiffs respectfully request relief pursuant to Federal Rules of Civil Procedure 59 to alter or amend judgment and pursuant to Federal Rule of Civil Procedure 60 with regard to this Court's dismissal with prejudice of the Plaintiffs on July 31, 2017 [R. Doc. 22], which was based on its July 18, 2017 judgment [R. Doc. 23407] which is the subject of a pending motion for relief the Court has not had the opportunity to hear.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC

4608 Rye Street  
Metairie, LA 70006  
Phone: (504) 525-7272  
Fax:    (504) 525-9522  

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 10, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    /s/ Frank J. D'Amico, Jr ._____  
    FRANK J. D'AMICO, JR. (LSBA# 17519)