# Nicole Chetta

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Monday, July 31, 2017 11:01 AM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:13-cv-02879-CJB-JCW Bryant et al v. BP Exploration & Production, Inc. et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 7/31/2017 at 11:01 AM CDT and filed on 7/18/2017
**Case Name:**     Bryant et al v. BP Exploration & Production, Inc. et al
**Case Number:**   2:13-cv-02879-CJB-JCW
**Filer:**
**Document Number:** 22

**Docket Text:**
**ORDERED that plaintiffs' Baron Buskell, Johnnie Clopton, Henry Jenkins, Willie Richardson, Nathan S. Southern, Tommy Tripp, Marion G. Barefoot and James Bryant, B3 Claims are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2) (originally filed in 10md2179 doc #23047) (gec)**

**2:13-cv-02879-CJB-JCW Notice has been electronically mailed to:**

Frank Jacob D'Amico, Jr   frank@damicolaw.net, nicole@damicolaw.net

Heather Fisher Lindsay   hfl@lal-law.com, sthompson@lal-law.com

Allen W Lindsay, Jr   awl@lal-law.com, sgalloway@lal-law.com

**2:13-cv-02879-CJB-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737286-0
] [16821ad2dde1584d0180ffd9bf02e20409173b4153fe6d60cb041c81bf1e7b02e6c
17997f6b7abd71ff832f22e8120f33f21c015d7d30e9c4d107a914ee3cc03]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737286-1
] [70cfdcf9714fc4db37ae208ed968bbd3d091a0d22c5f9fa084621850f45cca4c1f0
6df1dd8154ccff039e6da8727b929294df669f843c5f2b470b70a48c829a1]]
**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737286-2
] [7e432f2e93bc4c09ddd3632834f94e5be316db3390c47c5fbcebd8b17eba071f510
c3f601c81ff7c94cefae4757cce860e9f26ba61caaa014d292769c21980f1]]

## Nicole Chetta

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Monday, July 31, 2017 11:35 AM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:13-cv-01822-CJB-JCW Wood et al v. BP Exploration and Production, Inc et al Order Dismissing Case |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 7/31/2017 at 11:35 AM CDT and filed on 7/18/2017
**Case Name:**   Wood et al v. BP Exploration and Production, Inc et al
**Case Number:**   2:13-cv-01822-CJB-JCW
**Filer:**
**WARNING: CASE CLOSED on 07/18/2017**
**Document Number:** 29

**Docket Text:**
**ORDERED that plaintiffs' B3 Claims are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2) (originally filed in 10md2179 doc #23047) (gec)**


**2:13-cv-01822-CJB-JCW Notice has been electronically mailed to:**

Frank Jacob D'Amico, Jr     frank@damicolaw.net, nicole@damicolaw.net

Allen W Lindsay, Jr     awl@lal-law.com, sgalloway@lal-law.com

**2:13-cv-01822-CJB-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

1

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737433-0
] [3b4c3210d4b18457edd712e63f7796c002a22cb8d083d10b9e30c42877cea0b7b22
81ef040bfee49582267f9ad9ebb032097bdef795b69964cd9f0d68b2c4fbd]]
**Document description:** Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737433-1
] [897b7d44dd268604ef7c32d5eadd5961e8be7a91d2b48cad923462d33be2dce4ed0
0212a898921302543efb3a0c4f232bc15a3fb5dcd1dc183f2621dccd7e70b]]
**Document description:** Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737433-2
] [291c4b8898c2ddea52ee4febc7a5ba0dda251720840e5b35f81ef1fa2a5938c41d8
9942158992a36582efeef79815d774237e3fc4954ffb20c0255c93041ed2e]]

**Nicole Chetta**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Monday, July 31, 2017 12:24 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:13-cv-01802-CJB-JCW DeAgano et al v. BP Exploration & Production, Inc et al Order Dismissing Case |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 7/31/2017 at 12:23 PM CDT and filed on 7/18/2017
**Case Name:**    DeAgano et al v. BP Exploration & Production, Inc et al
**Case Number:**   2:13-cv-01802-CJB-JCW
**Filer:**
**WARNING: CASE CLOSED on 07/18/2017**
**Document Number:** 30

**Docket Text:**
**ORDERED that plaintiffs' B3 Claims are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2) (originally filed in 10md2179 doc #23047) (gec)**


**2:13-cv-01802-CJB-JCW Notice has been electronically mailed to:**

Frank Jacob D'Amico, Jr    frank@damicolaw.net, nicole@damicolaw.net

**2:13-cv-01802-CJB-JCW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737584-0

1

] [62c519c18bc62d7ad34acac9ef0db63ad6ac1402289c23e3f477b1b3a356b3e7792
3dc24488a7081ec4adc365c6f644ec0e095c882d85df9c76111ab7a607743]]

**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737584-1
] [bdc0c65c0a76320d222be0965133397b85907e6eb2cce4b3d304e5efff8c62a37ed
c3ef0730abb774cf1d5bb724d97639afcc21895c24ebe01a8c9c8d3533c08]]

**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/31/2017] [FileNumber=8737584-2
] [5216120c684e410fc5977dbf31e2bd554f4f8511518b5cdad6946ff5e7750be5ef7
baabe48ac1016aa0c00f313f38fcd86b1bf7c091264b78656590fd913388f]]