UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to:<br>*No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |

## ORDER TO SHOW CAUSE

Considering the foregoing Motion to Set Judgment Debtor Exam filed by judgment creditor, Deepwater Horizon Economic Claims Center,

**IT IS HEREBY ORDERED** that **JASON ZIRLOTT AND CAPT JAY, LLC**:

(1)   Appear before the undersigned on   September  ,  13th   __, **2017 at 11:00 a.m.** to submit for a judgment debtor examination; and

(2)   To produce all of the documents referenced as part of the Motion to Examine Judgment Debtor.

New Orleans, Louisiana, this  11th  day of   August  , 2017.

_____
United States Magistrate Judge

4834-9084-1164, v. 1