# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE § | Ref CA No. 10-2771 |
| GULF OF MEXICO § | SECTION: J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | |
| This Document Relates to: § | |
| § | |
| 13 CV 2791 AND 16 CV 6330 § | |
| AND ALL CIVIL ACTIONS, INCLUDING § | MAG. JUDGE WILKINSON |
| 2:16-cv-04389; 2:16-cv-04366; § | |
| 2:16-cv-04380; 2:16-cv-04386; § | |
| 2:16-cv-04487, 2:16-cv-04392, 2:16-cv-04373; § | |
| 2:16-cv-06056; 2:16-cv-05923 § | |
| 2:16-cv-06262; 2:16-cv-05941; 2:16-cv-05948; § | |
| AND ACTIONS ALL LISTED IN EXHIBIT A § | |

**BUZBEE LAW FIRM CLAIMANTS' MOTION FOR RECONSIDERATION UNDER FEDERAL RULES OF CIVIL PROCEDURE 59 (e), ALTERNATIVELY FEDERAL RULES OF CIVIL PROCEDURE 60 (b), OF ORDER [AS TO REMAINING CASES IN THE B1 PLEADING BUNDLE FOLLOWING PTO 60, PTO64, AND THE MORATORIUM HOLD OPT-OUT ORDER] (DOC 23051)**

COMES NOW, Claimants represented by the Buzbee Law Firm, as identified in Exhibit A (collectively, "Claimants") and respectfully asks this Court to reconsider its ruling ORDER [AS TO REMAINING CASES IN THE B1 PLEADING BUNDLE FOLLOWING PTO 60, PTO64, AND THE MORATORIUM HOLD OPT-OUT ORDER] (DOC 23051), and moves for Reconsideration for the reasons set for in the Memorandum in Support of their Motion for Reconsideration of Order (DOC 23051).

Claimants respectfully pray that this Court reconsider its prejudicial dismissal and permit the cases to move forward to trial on the merits of the case.

Respectfully submitted,

THE BUZBEE LAW FIRM

By:   */S/ Anthony G. Buzbee*
     Anthony G. Buzbee (TA)
     State Bar No. 24001820
     S.D. Tex. I.D. No. 22679
     Caroline E. Adams
     State Bar No. 24011198
     S.D. Tex. I.D. No. 27655
     J.P. Morgan Chase Tower
     600 Travis, Suite 7300
     Houston, Texas 77002
     Telephone: (713) 223-5393
     Facsimile: (713) 223-5909
     www.txattorneys.com

**ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of August, 2017.

     */S/ Caroline Adams*
     Caroline E. Adams