# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Perez | Mario | | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| S.C.P.P. Barra de Boca Ciega, S.C. de R.L. | |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:16-cv-04392 | The Buzbee Law Firm / Anthony G. Buzbee |

**Did you own or otherwise hold a proprietary interest* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes   ☐ No   If yes:

Identify the nature and location of the property: _____

Identify the nature of the alleged damage: _____

Identify the date(s) of the alleged damage: _____

* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☒ Yes   ☐ No   If yes:

Identify the dates on which you worked as a commercial fisherman: ___2007-Current___

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _____
S.C.P.P. Barra de Boca Ciega, S.C. de R.L.

Identify the location(s) in which you worked as a commercial fisherman: Gulf of Mexico – Mexico Coast

EXHIBIT C1

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 13/MARZO , 2017

Location (City and State): Mexico

MANUEL SALAS MORENO
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Mario Perez / 8560   M=P
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before April 5, 2017. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

2



gob mx

FOLIO: RF201569083653



SHCP — SAT Servicio de Administración Tributaria

## ACUSE DE MOVIMIENTOS DE ACTUALIZACIÓN DE SITUACIÓN FISCAL

| Teléfono Fijo: | 868 8244044 |
|---|---|
| Correo Electrónico: | bocaciegasc@hotmail.com |

### Datos de Identificación del Representante Legal:

| RFC: SAMM540201IW5 | CURP: SAMM540201HTSLRN07 | |
|---|---|---|
| Nombre (s): MANUEL | Primer Apellido: SALAS | Segundo Apellido: MORENO |
| Fecha de Nacimiento: 01/02/1954 | | |

Declaro bajo protesta de decir verdad y conocedor de las penas en que incurren las personas que declaran con falsedad en los términos de lo dispuesto por el artículo 247, fracción I del Código Penal Federal, en relación con el artículo 110 fracción II del Código Fiscal de la Federación, manifiesto que todos los datos asentados en esta forma oficial son verídicos y exactos.

Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.

Cadena Original Sello: ||08/10/2015|RF201569083653|Autoservicio|CDOMI|BBC890220JY8|200000100000700011218||
Sello Digital: AlZ/nIc3sP/tvT3Bqwc3DfAYuILGKeZpxSV8BQYv/gf8Ov05McpMGNIK4TDAr8V6vG1gtdTS3NJzPy20W6qzr3yA/UoaOjvuCORtuC3jp70xuhXlogGAFDv58nLHsRKtNE0VJ5zhVdugRqV0Pp1p4Anbes+6Xt6PMKVUUyHC598=
Cadena Original Firma: ||08/10/2015|RF201569083653|AUTOSERVICIO|CDOMI|BBC890220JY8|00001000000303217027||
Firma Digital: INNGPXX4MD+RPBUKDSV/O96XT5K3ZQGMX6LJWMDHGMC2SCTIVQFMJOTUGRNVJJKPFVMBQAHDKJ17ECEF2NJBRXIUEPE4709DE02FU2C+BTBOTWSE3BLCGX6VMFPY19ZYQGRZU3RTXNNHB5SCIDZNGQKVZDAMSDP+CT7DPPG8WJA=





MÉXICO — COFEMER

**Contacto**
Av. Hidalgo 77, col. Guerrero, c.p. 06300,
México, D.F.
Atención telefónica 01 800 46 36 728.
Desde Estados Unidos y Canadá 1 877 44 88 728.
denuncias@sat.gob.mx

gob mx