## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

### SWORN STATEMENT REGARDING GENERAL MARITIME LAW  CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Sanchez | Raul | | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| S.C.P.P. Barra de Santa Maria, S.C. de R.L. | |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:16-cv-04487 | The Buzbee Law Firm / Anthony G. Buzbee |

**Did you own or otherwise hold a *proprietary interest\** in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes     ☐ No     If yes:

Identify the nature and location of the property: _____
_____

Identify the nature of the alleged damage: _____
_____

Identify the date(s) of the alleged damage:
_____

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☑ Yes     ☐ No     If yes:

Identify the dates on which you worked as a commercial fisherman:____2007-Current_____
_____

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _____
S.C.P.P. Barra de Santa Maria, S.C. de R.L._____

Identify the location(s) in which you worked as a commercial fisherman: _Gulf of Mexico – Mexico Coast_
_____

EXHIBIT
**C2**

I state under penalty of perjury that the foregoing is true and correct.   Executed on the following date at the following location:

Date: _09 MAR 20_ , 2017

Location (City and State): _Mexico_____

_____
Signature of Plaintiff (**Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf**)

Raul Sanchez / 7221
_____
Print Name    _AGUSTIN  SANTES  HERNANDEZ_

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **April 5, 2017**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

2

## INSCRIPCIÓN EN EL R.F.C

EL SERVICIO DE ADMINISTRACIÓN TRIBUTARIA LE DA A CONOCER EL REGISTRO FEDERAL DE CONTRIBUYENTES, QUE LE HA SIDO ASIGNADO CON BASE EN LOS DATOS QUE PROPORCIONÓ, LOS CUALES HAN QUEDADO REGISTRADOS CONFORME A LO SIGUIENTE:

NOMBRE, DENOMINACIÓN O RAZON SOCIAL:

SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA BARRA DE SANTA MARIA SC DE RL

DOMICILIO:

CARR MATAMOROS PUERTO DEL MEZQUITAL KM 63 SN POBLADO HIGUERILLAS MATAMOROS TAMAULIPAS 87560

### CLAVE DEL R.F.C          SCP820913JA6

ADMINISTRACIÓN LOCAL          ALR MATAMOROS, TAMPS.

ACTIVIDAD          Pesca de otras especies

SITUACION DE REGISTRO          ACTIVO

FECHA DE INSCRIPCION     -          FECHA DE INICIO DE OPERACIONES          13-09-1982

## OBLIGACIONES

| DESCRIPCION | FECHA ALTA |
|---|---|
| Presentar la declaración y pago provisional mensual de retenciones de Impuesto Sobre la Renta (ISR) por sueldos y salarios. | 31-03-2002 |
| Presentar la declaración anual de Impuesto Sobre la Renta (ISR) donde se informe sobre los clientes y proveedores de bienes y servicios. | 01-01-2001 |
| Presentar la declaración anual de Impuesto Sobre la Renta (ISR) donde informan sobre los pagos y retenciones de servicios profesionales. (Personas morales). | 31-03-2002 |
| Presentar la declaración anual donde se informe sobre las retenciones de los trabajadores que recibieron sueldos y salarios y trabajadores asimilados a salarios. | 31-03-2002 |
| Presentar la declaración y pago provisional mensual de Impuesto Sobre la Renta (ISR) por las retenciones realizadas a los trabajadores asimilados a salarios. | 01-06-2002 |
| Proporcionar la información del Impuesto al Valor Agregado (IVA) que se solicite en las declaraciones del Impuesto Sobre la Renta (ISR) | 31-03-2002 |
| Presentar la declaración y pago provisional mensual de Impuesto Sobre la Renta (ISR) de personas morales del Régimen Simplificado. | 01-01-2001 |
| Presentar la declaración mensual donde se informa sobre las operaciones con terceros para efectos de Impuesto al Valor Agregado (IVA). | 01-08-2006 |
| Presentar la declaración y pago provisional mensual de Impuesto Sobre la Renta (ISR) por las retenciones realizadas por servicios profesionales. | 31-03-2002 |
| Presentar la declaración y pago definitivo mensual de Impuesto al Valor Agregado (IVA). | 31-03-2002 |
| Presentar la declaración y pago provisional mensual del Impuesto Empresarial a Tasa Unica (IETU). | 01-01-2008 |
| Presentar la declaración informativa anual de Subsidio para el Empleo. | 01-01-2008 |
| Presentar la declaración anual de Impuesto Sobre la Renta (ISR) de personas morales del Régimen Simplificado. | 01-01-2003 |

| TRAMITES EFECTUADOS | FECHA DE PRESENTACION | FOLIO DEL TRAMITE |
|---|---|---|
| Aclaración / DECLARACIONES / | 24-07-2012 | AC201240056372 |
| Servicio o Solicitud / 32-D SOLICITUD DE OPINION / | 02-06-2011 | AV201120745103 |
| Servicio o Solicitud / 32-D SOLICITUD DE OPINION / | 01-06-2011 | AV201120702854 |
| Aclaración / DECLARACIONES / | 19-05-2011 | AC201120037590 |
| Aclaración / DECLARACIONES / | 16-05-2011 | AC201120036375 |

Fecha de impresión: 04 de Diciembre de 2012
TELEFONO DE ATENCION CIUDADANA
(Quejas Y Sugerencias) 01-800-463-6728

JeHs5wdIIAVGFq+d4YY+dZrx6+vnd5zzsRTUXUPNRrOJ580JPn7ItUEFJGgMtXJwZd8m5djzInfVo92XHV03OoZoO3l9 zMWdjk6LwK0qH2zim7GTYqktg
C2n5GMfYvsEhsBRYaM7SNa2XvYNZmNNuzFKyryrxozd+Kg=

---

SHCP
SAT
Servicio de Administración Tributaria

CEDULA DE IDENTIFICACION FISCAL

CLAVE DE REG. FED. DE CONTRIBUYENTE
SCP820913JA6

NOMBRE, DENOMINACIÓN O RAZON SOCIAL
SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA BARRA DE SANTA MARIA SC DE RL

FOLIO
B3833578

TAM-0413-2012-R          02F2snCGDL

# NOTARÍA PÚBLICA No. 162

LIC. JOSÉ LUIS GARCÍA GARCÍA

-----------VOLUMEN L-----------

-----INSTRUMENTO PÚBLICO 2255-----

- - - En la Heroica Ciudad de Matamoros, Tamaulipas, siendo las catorce horas del día 27 (veintisiete) de abril del año 2016 (Dos Mil Dieciséis), **ANTE MÍ, LICENCIADO JOSE LUIS GARCIA GARCIA, NOTARIO PUBLICO NUMERO 162,** en ejercicio en este Cuarto Distrito Judicial del Estado: **HAGO CONSTAR.-** Que ante mí compareció el Ciudadano **AGUSTIN SANTES HERNANDEZ,** en su carácter de Presidente del Consejo de Administración, de la **SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA BARRA DE SANTA MARIA, S.C. DE R.L,** cuya personalidad y existencia legal de la empresa que representa, al final acredita; y dijo:- que el objeto de su comparecencia ante la fe del suscrito Notario es llevar a cabo la **PROTOCOLIZACIÓN DEL ACTA DE ASAMBLEA GENERAL ORDINARIA NUMERO 74,** del día 11 (once) de abril del 2016 (Dos Mil Dieciséis), de la persona moral que representa, la cual DOY FE de tenerla a la vista y mando agregar una copia de ella al apéndice de este instrumento, marcado con la letra **"A",** misma que a continuación transcribo literalmente: ------

--- Sociedad Cooperativa de Producción Pesquera **"Barra de Santa María, S.C. de R.L".- Sesión Ordinaria No. 74.- 11 de Abril de 2016.-** ------

--- En el domicilio social, ubicado en Carretera Matamoros, Puerto del Mezquital KM 63 s/n, Poblado Higuerillas,

COTEJADO

# NOTARÍA PÚBLICA No. 162

## LIC. JOSÉ LUIS GARCÍA GARCÍA

13. Elección por votación nominal de los miembros del Consejo de vigilancia y los demás comisionados que fungirán del 11 de abril del 2016 al 11 de abril de 2018.------

14. Otorgamiento de Poderes.------

15. Asuntos Generales.------

16. Clausura de la Asamblea.------

------DESARROLLO DE LA SESION Y ACUERDOS------

---1.- Lista de Asistencia y Declaración de Quorum legal.----

--- Bajo presidencia provisional el Secretario del Consejo de Administración procede a pasar la lista de asistencia a los socios, encontrándose presentes 85 de los 148 socios registrados, por lo que de acuerdo con el artículo 36 de la Ley General de Sociedades Cooperativas y correlativos de las Bases Constitutivas de esta Cooperativa, existe quorum legal para celebrar esta Asamblea General Ordinaria y por lo tanto todos los acuerdos en ella tomados serán obligatorios para los socios presentes, ausentes y disidentes. ------

--- 2.- Designación del Presidente y Secretario de la Asamblea, así como de los escrutadores.----

--- El Socio Alejandro Sotelo Vargas, propone al C. José Luis Flores Medina, para que presida el debate de esta sesión ordinaria; El C. Hugo Castro Longoria, propone para el puesto de Secretario al C. Efrén Lima Rodríguez; para los escrutadores el C. Carlos Salvador López Alvarado propone como escrutador 1 al C. Wulfrano Castillejos González y como escrutador 2, el C. Jesús Pérez Pérez, propone al C. Marcelino Pérez Pérez, sometiendo a consideración de los socios asistentes dicha propuesta estando de acuerdo la mayoría de los socios. ------

--- En este sentido se toma por mayoría de votos el siguiente:--

--- ACUERDO: Se designa como presidente de debate al C. José Luis Flores Medina como Presidente de Debate, al C. Efrén Lima Rodríguez como Secretario y a los C.C. Wulfrano Castillejos González y Marcelino Pérez Pérez, como escrutadores 1 y 2, respectivamente.------

--- 3.- Lectura y en su caso aprobación del orden del día.----

--- El Secretario del Consejo de Administración C. Olegario

COTEJADO

# NOTARÍA PÚBLICA No. 162

## LIC. JOSÉ LUIS GARCÍA GARCÍA

ya que con dicha obra se vea beneficiada la zona norte de la laguna madre, dichos folios de ambos proyectos se encuentran en los expedientes de la Sociedad.-------------------

--- En cuanto al informe financiero, señaló, que una vez que la administración revise los documentos se llegara a un acuerdo para establecer el monto que se le adeuda durante estos dos años de gestión que comprende del 11 de abril de 2014 al 11 de abril de 2016.-----------------------------------------------------------

--- Toda vez que se ha agotado este punto del orden del día sin acuerdos por tomar, se procede al desarrollo del siguiente punto. -----------------------------------------------------------------------

--- **6.- Informe del Secretario del Consejo de Administración C. Olegario García Vázquez.-**

--- El Secretario del Consejo de Administración, C. Olegario García inicia su informe señalando que los socios siguen incumpliendo con lo que marcan las Bases Constitutivas de la Sociedad, como no reportar su producción, no pagar sus permisos de pesca, no facturar lo que capturan con nuestra cooperativa y por lo mismo no hay ingresos para los gastos administrativos de esta Cooperativa. Continua informado que los permisos de jaiba y ostión, se renovaron y que su vigencia es del 8 de abril de 2016 al 8 de abril de 2021 y que el costo de estos permisos aún no ha sido cubierto por parte de los socios. ------------------------------------------------------------------------

--- Sin acuerdos por tomar, se procede al siguiente punto del orden del día.-------------------------------------------------------------------

--- **7.- Informe del Vocal del Consejo de Administración el C. Efrén Lima Cruz.** ----------------------------------------------------------

--- El vocal del Consejo de Admiración, en uso de la voz informa que del mes de abril de 2015 al mes de abril de 2016, hubo un ingreso de $30,435.70 (Treinta mil cuatrocientos treinta y cinco pesos con setenta centavos) por diferentes conceptos, y de egresos en el mismo periodo, la cantidad de $28,172.00 (Veintiocho mil ciento setenta y dos pesos), y en pagarés de socios $2,178.00 (Dos mil ciento setenta y ocho pesos 00/100 M.N).---------------------------------------------------------

--- Este informe queda a posterior aprobación. ------------------------

# NOTARÍA PÚBLICA No. 162
## LIC. JOSÉ LUIS GARCÍA GARCÍA

--- El presidente de la mesa de debates pone a consideración de la Asamblea General, ratificar como socia a la C. Luz del Carmen Guajardo Bermudez. ----------

--- Se toma por unanimidad el siguiente:----------

--- **ACUERDO:** Se ratifica a la C. Luz del Carmen Guajardo Bermudez como socia de esta Sociedad Cooperativa.----------

--- **12.- Elección por votación nominal de los miembros del Consejo de Administración que fungirán del 11 de abril del 2016 al 11 de abril de 2018.**----------

--- En uso de la voz el Presidente del Consejo de Administración, C. Rafael Enrique López Alvarado, antes de proceder a la elección del nuevo Consejo de Administración, somete a consideración de la Asamblea General, que los nuevos directivos, al terminar su periodo administrativo, no dejen permisos vencidos ni adeudos de carácter fiscal ni administrativo. Se somete a consideración de la Asamblea General, tomando por mayoría de votos el siguiente:----------

--- **ACUERDO:** El Consejo de Administración que sea electo, está obligado a no dejar permisos vencidos ni adeudos fiscales o administrativos al final de su gestión.----------

--- Siguiendo con el desarrollo de este punto del orden del día, se procedió a nombrar candidatos para el cargo de presidente del Consejo de Administración; El C. Amado Arroyo Jarillo, propone al C. Agustín Santes Hernández y la C. Agustina Jiménez Martínez propone al C. Alejandro Sotelo Vargas, se somete a consideración de la Asamblea General resultando ganador por mayoría de votos el **C. Agustín Santes Hernández;** Acto seguido se solicitan las propuestas para ocupar el cargo de Secretario del Consejo de Administración, el C. Rafael Enrique Lopez Alvarado propone para el cargo al C. Tomas Barrientos Moreno, sin que haya otra propuesta para ocupar dicho cargo, se designa al **C. Tomas Barrientos Moreno** como secretario del Consejo de Administración; se procede a la elección del vocal financiero, el C. Margarito García Vázquez, propone al C. **Eusebio Amador Cruz** y al no haber otra propuesta es electo para ocupar el cargo.----------

--- Dados los resultados de las votaciones, la Asamblea

# NOTARÍA PÚBLICA No. 162
## LIC. JOSÉ LUIS GARCÍA GARCÍA

toma el siguiente:-----------------------------------

--- **ACUERDO:** Se designa como suplentes del Consejo de Vigilancia: ----------------------------------

1. Del Presidente:      Carlos Salvador López Alvarado.
2. Del Secretario:      Gabriel González López.
3. Del Vocal:       Emigdio Alonso del Ángel

--- Continuando con el desarrollo de este punto del orden del día, se procede a la designación del **Comisionado de Contabilidad e Inventario,** para tal efecto el C. Olegario García Vázquez, propone a la C. Cecilia Rodríguez Rodríguez, para ocupar dicho cargo. No existiendo ninguna otra propuesta, la Asamblea General toma por mayoría de votos el siguiente: ----------------------------------

--- **ACUERDO:** Se designa a la C. Cecilia Rodríguez Rodríguez, como Comisionada de Contabilidad e Inventario.----------

--- Acto seguido se solicitan propuestas para la persona que ocupara el cargo de **Comisionado de la Organización de Producción,** a lo que el C. Tomas Barrientos Moreno, propone al Olegario García Vázquez para que ocupe dicho cargo, sin que haya ninguna otra propuesta, la Asamblea General toma por mayoría de votos, el siguiente:----------------------------------

--- **ACUERDO:** Se designa como Comisionado de la Organización de Producción al C. Olegario García Vázquez.----

--- A continuación se procede a la designación de los miembros de la Comisión de Previsión Social; El C. Carlos Morales Santiago, propone al C. Félix del Ángel Pérez, para ocupar el cargo de Presidente de esta Comisión; El Roberto Garcés Juárez, propone al C. Sergio González Cruz, como Secretario de la Comisión; El C. Apolinar Flores Medina, propone al C. Marcos Abidai Lázaro Ramos como vocal de esta comisión, sin que exista ninguna otra propuesta para ocupar estos cargos, la Asamblea General toma por mayoría de votos, el siguiente:----------------------------------

--- **ACUERDO:** Se designa a los integrantes de la Comisión de Previsión Social, quedando como sigue:----------------------------------

1. Presidente:      Félix del Ángel Pérez.
2. Secretario:      Sergio González Cruz.

COTEJADO

COTEJADO

# NOTARÍA PÚBLICA No. 162

LIC. JOSÉ LUIS GARCÍA GARCÍA

manifiesta Bajo Protesta de Decir Verdad ser mexicano, mayor de edad, originario de Papantla, Veracruz, nacido el día 4 de mayo de 1961, soltero, pescador, con domicilio en la Mano de Leon sin número, La Mano de Leon, Código Postal 87560 del plano oficial de esta Ciudad, quien se identifica con Credencial para Votar número 07090405978, expedida por el Instituto Federal Electoral, la cual devuelvo a su presentante por ser de su uso personal, con Clave Única del Registro de Población SAHA610504HVZNRG07 documentos los cuales mando agregar una copia al apéndice de este instrumento, marcados con la letra **"B y C"** y Registro Federal de Contribuyentes SAHA610504, al corriente en el pago del impuesto sobre la renta, sin acreditar su dicho.------

-------------------- **LEGAL EXISTENCIA** --------------------

--- El Ciudadano **AGUSTIN SANTES HERNANDEZ,** acredita la personalidad con que comparece con la misma acta objeto de esta protocolización y la existencia legal de la Sociedad denominada **"SOCIEDAD COOPERATIVA DE PRODUCCIÓN PESQUERA BARRA DE SANTA MARÍA, S.C. DE R.L."** y con las Bases Constitutivas de fecha 10 de junio de 1997, pasadas ante la fe del Licenciado Eduardo Valdez Zayas, Notario Público Número 86, de este Distrito Judicial del Estado de Tamaulipas, las cuales se encuentran inscritas en el Registro Público de la Propiedad y de Comercio, bajo los

COTEJADO

# NOTARÍA PÚBLICA No. 162

LIC. JOSÉ LUIS GARCÍA GARCÍA

lugar.------

**II.-** De que conozco al compareciente y lo conceptúo con aptitud y capacidad legal necesaria para contratar y obligarse.------

**III.-** Que leí en voz alta y pausadamente el contenido del presente Instrumento al compareciente, haciéndole saber el valor, fuerza y consecuencias legales del mismo, a lo cual me manifestó estar conforme, estampando su firmas, siendo las catorce horas con treinta minutos del día 27 (veintisiete) de abril del 2016 (Dos mil dieciséis).

**DOY FE.-**ANTE MI.------

**AGUSTIN SANTES HERNANDEZ.- FIRMA.- LIC. JOSE LUIS GARCIA GARCIA.- RUBRICA SELLO DE AUTORIZACION DE LA NOTARIA PUBLICA NUMERO 162. ------**

--- AUTORIZACIÓN:- CON ESTA MISMA FECHA VEINTISIETE DE ABRIL DEL AÑO DOS MIL DIECISEIS, Y SIENDO LAS CATORCE HORAS CON TREINTA MINUTOS AUTORIZO PREVENTIVAMENTE LA PRESENTE PROTOCOLIZACION POR HABERSE FIRMADO POR EL COMPARECIENTE.- DOY FE.- **LIC. JOSE LUIS GARCIA GARCIA.- RUBRICA SELLO DE AUTORIZACION DE LA NOTARIA PUBLICA NUMERO 162. ------**

--- AUTORIZACIÓN:- CON ESTA MISMA FECHA VEINTISIETE DE ABRIL DEL AÑO DOS MIL DIECISEIS,

--- H. Matamoros, Tamaulipas, siendo las doce horas con treinta y nueve minutos del día 30 de abril del año 2016 (Dos Mil Dieciséis), Ante Mí, **LICENCIADO JOSÉ LUIS GARCÍA GARCÍA, NOTARIO PÚBLICO NÚMERO 162** (CIENTO SESENTA Y DOS), en ejercicio en este Cuarto Distrito Judicial, del Estado de Tamaulipas, **CERTIFICO Y HAGO CONSTAR:**-Que este documento es una copia fiel y concuerda legalmente con el original de Protocolización de Acta de Asamblea Ordinaria Numero 74, de la Sociedad Cooperativa de Producción Pesquera Barra de Santa María, S.C. de R.L., Instrumento Público Número 2255 del Volumen L, expedido por el suscrito Notario. Va en una foja útil debidamente sellada, cotejada y rubricada. **DOY FE.**--------------------------------------------

--- La presente Certificación quedó inscrita bajo el Número **23038** del Volumen XIX del Libro de Control de Actos de Certificaciones y Verificaciones a mi cargo. **DOY FE.**--------------------------------

**LIC. JOSÉ LUIS GARCIA GARCIA**
**NOTARIO PÚBLICO NÚMERO 162**
**GAGL4404288M8.**

DEPENDENCIA FEDERAL ... SECRETARIA DE PESCA.

Exp. Núm. .............

# SECRETARIA DEL TRABAJO Y PREVISION SOCIAL

## DIRECCION GENERAL DE REGISTRO DE ASOCIACIONES Y ORGANISMOS COOPERATIVOS

Esta Secretaria, de acuerdo con lo previsto por el Artículo 18 de la Ley General de Sociedades Cooperativas, determina autorizar el funcionamiento de la SOCIEDAD COOPERATI-VA DE PRODUCCION PESQUERA "BARRA DE SANTA MARIA", S. C. L. con domicilio en: EJIDO ESCUADRON 201 STA. RITA MPIO. DE SAN FERNANDO, TAMPS.

que llevará a cabo el siguiente objeto social: I.- LA EXTRACCION CAPTURA Y PESCA EN -
FORMA COLECTIVA EN AGUAS DE LA LAGUNA MADRE EN EL LUGAR DENOMINADO LAS -
PINTAS Y GOLFO DE MEXICO DE LAS DISTINTAS ESPECIES QUE LE AUTORICE LA SE-
CRETARIA DE PESCA EN LA ZONA Y CONDICIONES QUE SE LE SEÑALEN, ASI COMO LA
VENTA POR CONDUCTO DE LA COOPERATIVA DE LOS PRODUCTOS OBTENIDOS CON DICHA
ACTIVIDAD. II.- LA ADQUISICION DE EMBARCACIONES Y EQUIPO QUE SEAN NECESA-
RIOS PARA EL DESARROLLO DE LAS ACTIVIDADES QUE SE CONTRAE EL PUNTO ANTE-
RIOR, ASI COMO LOS QUE SE REQUIERAN PARA EL TRANSPORTE DE LOS PRODUCTOS -
QUE SE OBTENGAN. III.- LA CELEBRACION DE LOS CONVENIOS Y CONTRATOS QUE EL
DERECHO PROCEDAN PARA CUMPLIMENTAR SU OBJETO SOCIAL.- - - - - - - - - - - -

De conformidad con lo dispuesto en el Artículo 38 de la Ley General de Sociedades Coope-
rativas, las actividades a que se contrae el objeto social deberán iniciarse previa satisfacción
de los requisitos que establecen las Leyes, Decretos, Reglamentos y demás disposiciones lega-
les dentro de un plazo de 90 días hábiles, en caso contrario quedará sin efecto la autorización
concedida.

México, D.F., a 13 de SEPTIEMBRE de 19 82.

"SUFRAGIO EFECTIVO. NO REELECCION"

POR ACUERDO DEL SECRETARIO
EL DIRECTOR GENERAL

EL SUBDIRECTOR
DE ORGANISMOS COOPERATIVOS

LIC. EDILBERTO MIRANDA ESTRADA

LIC. FRANCISCO QUIROZ ACUÑA

- 2 -

con fundamento en los artículos 17 de la Ley para Promover la Inversión Mexicana y Regular la Inversión Extranjera y 28, fracción V de la Ley Orgánica de la Administración Pública Federal, en los términos del Artículo 27 Constitucional y sus Leyes Orgánicas y Reglamentarias; su uso implica su aceptación incondicional y obliga al cumplimiento de las disposiciones legales que rigen el objeto de la sociedad, su incumplimiento o violación origina la aplicación de las sanciones que determinan dichos Ordenamientos Legales. El texto íntegro de este permiso se insertará en la escritura constitutiva y dejará de surtir efectos si no se hace uso del mismo dentro de noventa días hábiles siguientes a la fecha de su expedición.-Tlatelolco, D.F., a veintiséis de enero de mil novecientos ochenta y dos.- MP.rrg.-6474.-SUFRAGIO EFECTIVO. NO REELECCION.-P-O. DEL SECRETARIO.-SUBDIRECTOR GENERAL DE ARTICULO 27 CONSTITUCIONAL.-LIC. ENRIQUE DURAN MACIAS.-Rúbrica.-I-4,.-F-cSCl.-8o.-c/s.adq.Inm./- - - - - -

Se procedió a estudiar el proyecto de Bases Constitutivas que fué aprobado en los términos siguientes:

## BASES CONSTITUTIVAS

### CAPITULO I

DE LA DENOMINACION, DOMICILIO, DURACION Y OBJETO DE LA SOCIEDAD.

CLAUSULA 1a.- La Sociedad se denominará: SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA "BARRA DE SANTA MARIA", S.C.L.

CLAUSULA 2a.- El domicilio social de la Cooperativa para todos los efectos legales se fijará en: Ejido Escuadrón 201, Sta. Rita, Mpio. de San Fernando, Estado de Tamaulipas.

CLAUSULA 3a.- La duración de la Sociedad será por tiempo indefinido, y el ejercicio social será de un año contado del 1° de enero al 31 de diciembre. El primer ejercicio social comprenderá desde la fecha del registro de la Cooperativa hasta el 31 de diciembre próximo.

CLAUSULA 4a.- El objeto de la Sociedad será: I.- La extracción, captura y pesca en forma colectiva en aguas de la Laguna Madre en el lugar denominado Las Pintas y Golfo de México de las distintas especies que le autorice la Secretaría de Pesca en la zona y condiciones que se le señalen, así como la venta por conducto de la Cooperativa de los productos obtenidos con dicha actividad; II.- La adquisición de embarcaciones y equipo que sean necesarios para el desarrollo de las actividades que se contrae el punto anterior, así como los que se requieran para el transporte de los productos que se obtengan; III.- La celebración de los convenios y contratos que en derecho procedan para cumplimentar su objeto social.

CLAUSULA 5a.- La Cooperativa adopta el régimen de responsabilidad limitada.

ACTA Y BASES CONSTITUTIVAS DE LA SOCIEDAD COOPERATIVA DE PRODUCCION
PESQUERA "BARRA DE SANTA MARIA", S.C.L.

------En el Ejido Escuadrón 201, Municipio de San Fernando, Estado -
de Tamaulipas, siendo las nueve horas del día ocho del mes de febre-
ro de mil novecientos ochenta y dos, se reunieron las personas cu-
yas generales se hacen constar al final de la presente acta en el -
domicilio de la cooperativa, resultando electo de acuerdo con la --
asambleas, como presidente de Debates el C. Raúl Saldaña Fuentes,--
quien designó como Secretario al C. Advencio Zavala Martínez y como
Escrutadores los CC. Ernesto Rodríguez Ramírez y Rómulo Ortega Lu--
cio, tomaron el acuerdo de constituir de conformidad con lo dis--
puesto por la Ley General de Sociedades Cooperativas y su Reglamen
to, una Sociedad Cooperativa de Producción Pesquera, cuyo objeto -
se determina ampliamente en la cláusula 4a. de las Bases Constitu-
tivas.- Al efecto se solicitó y obtuvo de la Secretaría de Relacio
nes Exteriores el permiso que establece la Ley Orgánica de la Frac-
ción I del Artículo 27 Constitucional, su Reglamento y demás dis-
posiciones relativas; autorización otorgada en los siguientes tér
minos: AL MARGEN UN SELLO QUE DICE: Estados Unidos Mexicanos.-Se-
cretaría de Relaciones Exteriores.- No paga derechos según lo dis-
pone el artículo 3o. Transitorio del Decreto Publicado en el Diario
Oficial del 7 de abril de 1980.- OTRO SELLO QUE DICE: Secretaría -
de Relaciones Exteriores.- Ene 29 1982.-Dirección General de Asun
tos Jurídicos.- AL CENTRO: 04509.-DIRECC. GRAL. DE ASUNTOS JURIDI-
COS.-DEPTO. PERMISOS ART. 27.-PERMISO No.- EXP. No. 774777.-FOLIO
No. 6474.- EN ATENCION a que el C. SEGUNDO GONZALEZ PEÑA, solicitó-
permiso de esta Secretaría para que se constituya una: SOCIEDAD COO
PERATIVA LIMITADA, bajo la denominación de: "SOCIEDAD COOPERATIVA -
DE PRODUCCION PESQUERA BARRA DE SANTA MARIA" S.C.L. con duración:-
indefinida.- domicilio en Ejido Escuadrón 201 Sts. Rita Mpio. de -
San Fernando, Tamps.- y capital de: ----- Objeto social: I.- La ex
tracción, captura y pesca en forma colectiva en aguas de la Laguna-
Madre en el lugar denominado Las Pintas y Golfo de México de las --
distintas especies que le autorice la Secretaría de Pesca en la zo
na y condiciones que se le señalen, así como la venta por conducto
de la Cooperativa de los productos obtenidos con dicha actividad, -
II.- La adquisición de embarcaciones y equipo que sean necesarios -
para el desarrollo de las actividades que se contrae el punto ante
rior, así como los que se requieran para el transporte de los pro-
ductos que se obtengan, III.- La celebración de los convenios y con
tratos que en derecho procedan para cumplimentar su objeto social.-
------A la vuelta; y para insertar en la escritura constitutiva-
de la Sociedad la siguiente cláusula especificada en el artículo -
8o. del Reglamento de la Ley Orgánica de la Fracción I del Artículo
27 Constitucional, por medio de la cual se conviene con el Gobier-
no Mexicano, ante la Secretaría de Relaciones Exteriores, por los -
socios fundadores y los futuros que la sociedad pueda tener, en ---
que: "Ninguna persona extranjera física o moral, podrá tener parti-
cipación social alguna en la sociedad. Si por algún motivo alguna -
de las personas mencionadas anteriormente, por cualquier evento lle
gare a adquirir una participación social, contraviniendo así lo es-
tablecido en el párrafo que antecede, se conviene desde ahora en --
que dicha adquisición será nula y, por tanto, cancelada y sin nin-
gún valor la participación social de que se trate y los títulos que
la representen teniéndose por reducido el capital social en una can
tidad igual al valor de la participación cancelada".-C O N C E D E
al solicitante permiso para constituir la sociedad a condición de -
insertar en la escritura constitutiva la cláusula arriba transcri-
ta, en la inteligencia de que la totalidad del capital social esta-
rá siempre suscrito por mexicanos. En cada caso de adquisición del
dominio de tierras, aguas o sus accesiones, bienes raíces o inmue-
bles en general de negociaciones o empresas, cuando en uno o varios
actos o sucesión de actos, adquiera más del 25% del capital o más -
del 49% de los activos fijos de la otra empresa (se equipara a la -
adquisición de activos, el arrendamiento de una empresa o de los ac
tivos esenciales para la explotación) deberá solicitarse de esta --
misma secretaría el permiso previo. - Este permiso se concede-

3

Lic. Vito CEJDA

## CAPITULO II
### DE LOS SOCIOS

**CLAUSULA 6a.-** Para ser socio de la cooperativa, se requiere:

a).- Preferentemente ser pescador de oficio y tener como único medio de vida la pesca;

b).- Ser pescador residente en el domicilio social de la cooperativa y que además de la pesca desarrolle -- otra actividad compatible;

c).- No pertenecer a ninguna otra sociedad cooperativa - que desarrolle actividades similares;

d).- Aportar en forma regular y permanente, su trabajo - personal en las actividades que constituyan el ob-- jeto social;

e).- Estar inscrito en el Registro Nacional de Pesca;

f).- Suscribir por lo menos un certificado de aportació

g).- Presentar certificado de buena salud, expedido po médico legalmente autorizado;

h).- Ser mayor de 16 años; y

i).- Satisfacer los demás requisitos que señale al ef la Ley General de Sociedades Cooperativas, y cum con el procedimiento establecido por el artículo de su Reglamento.

**CLAUSULA 7a.-** Son derechos y obligaciones de los socios:

a).- Entregar a la cooperativa la totalidad de su pro ción individual;

b).- Liquidar el valor de los certificados de aportac que suscriban, en el plazo que se señala en la C sula 19a. y responder con el número de todas las raciones y obligaciones contraídas por la Socied

c).- Concurrir a las asambleas generales ordinarias y traordinarias, y ejercitar en las mismas, invari mente, el derecho de voto;

d).- Cuidar dela conservación de los bienes de la Coo tiva;

e).- Tener un solo voto, sea cual fuere el número de tificados de aportación que hubieren suscrito;

f).- Desempeñar los cargos, puestos y comisiones que le encomiende la Asamblea General ó los Consejeros;

g) Solicitar y obtener de los Consejos de Administración y de Vigilancia, así como de las Comisiones Especiales y de los Gerentes, toda clase de informes respecto a las actividades y operaciones de la Sociedad;

h) Percibir la parte proporcional que les corresponde en anticipos y rendimientos, en los términos de estas Bases.

— i) Cumplir con las demás disposiciones contenidas en la Ley General de Sociedades Cooperativas, su Reglamento las presentes Bases, los Reglamentos Interiores que ponga en vigor esta Sociedad y con los acuerdos de la Asamblea General;

j) Solicitar y obtener de la Cooperativa, la capacitación que requiera para el mejor desempeño de sus labores; y

k) Los demás derechos que le confieren la Ley General de Sociedades Cooperativas, su Reglamento y estas Bases.

CLAUSULA 8a.- Ninguna persona extranjera, física ó moral, podrá tener participación social alguna en la Sociedad. Si por algún motivo alguna de las personas mencionadas anteriormente, por cualquier evento llegare a adquirir una participación social, contraviniendo así lo establecido en el párrafo que antecede, se conviene desde ahora en que dicha adquisición será nula y, por tanto cancelada y sin ningún valor la participación social de que se trate y los titulares que la representen teniéndose por reducido el capital social en cantidad igual al valor de la participación cancelada.

CLAUSULA 9a.-La calidad de socio de la Cooperativa se pierde:

a) Por muerte;

b) Por separación voluntaria;

c) Por exclusión;

d) Por incapacidad física; y

e) Por impedimento legal, comprobado por sentencia debidamente ejecutoriada.

CLAUSULA 10a.- En el caso de fallecimiento de un socio, la persona que se haga cargo, total ó parcialmente, de quienes dependían económicamente del socio fallecido, tendrá derecho a formar parte de la Sociedad siempre que satisfaga los requisitos establecidos por la Ley General de Sociedades Cooperativas su Reglamento y las presentes Bases.

CLAUSULA 11a.- Los socios podrán separarse voluntariamente de la Sociedad presentando por escrito su renuncia al Consejo de Administración, el cual resolverá provisionalmente sobre ella. Si la Asamblea General considera procedente su renuncia y la aprueba, ésta resolución tendrá efecto de separación voluntaria del miembro y cesación de su responsabilidad para las operaciones realizadas con posterioridad a la fecha de presentación del escrito de renuncia ante el Consejo de Administración.

CLAUSULA 12a.- Son causas de exclusión de los socios, además de las contenidas en el Artículo 16 del Reglamento de la Ley General de Sociedades Cooperativas:

a) No entregar a la Cooperativa la totalidad de su producción individual, debiendo comprobar fehacientemente en su caso, dicha omisión;

b) Faltar por tres veces consecutivas a Asamblea General, sin motivo justificado;

c) Faltar al desempeño de su trabajo en la Sociedad sin previo aviso y justificación; por más de cinco días consecutivos;

d) Causar por negligencia, descuido, dolo ó incompetencia perjuicios graves a la Cooperativa en sus bienes, derechos ó intereses en general; y

e) Faltar al cumplimiento de cualquiera otra obligación que señale la Ley General de Sociedades Cooperativas, su Reglamento, las presentes Bases, los demás Reglamentos Interiores que la Sociedad expida y de los acuerdos de la Asamblea General.

CLAUSULA 13a.-Para la exclusión de socios, deberá procederse en los términos del Artículo 17 del Reglamento de la Ley General de Sociedades Cooperativas.

Al efecto, el socio deberá ser notificado oportunamente por el Consejo de Administración, mediante la Convocatoria de la Asamblea General en que se tratará su exclusión.

En dicha convocatoria deberá incluirse el nombre del socio que se pretende excluir, y las causales que se invoquen para ello.

En el caso de que no concurra a la Asamblea General el socio afectado, el acuerdo de exclusión se le notificará por escrito, incluyendo en la comunicación el texto del acta que contenga el punto relativo, así como el de los artículos 25 de la Ley de la materia y 18 de su Reglamento. En todo caso, deberá recabarse constancia fehaciente de tal notificación.

CLAUSULA 14a.- Cuando se trate de exclusión de socios por incapacidad física, previamente a que la Asamblea General conozca del caso, el -- Consejo de administración deberá obtener, preferentemente de la Delega ción del Instituto Mexicano del Seguro Social de la jurisdicción de la Cooperativa, constancia certificada mediante la que se comprobará la- incapacidad física definitiva del socio al que se pretende excluir por esa causa.

En el caso anterior, el Reglamento de Previsión Social de- la Cooperativa, ó la legislación específica de la Dependencia con la - cual la Sociedad haya contratado Seguro, establecerán las protecciones que le correspondan al socio afectado.

CLAUSULA 15a.- Por lo que se refiere a la exclusión de socios por im-- pedimento legal, el Consejo de Administración deberá recabar de la -- Autoridad Judicial correspondiente, la sentencia debidamente ejecuto - riada a que se refiere el inciso e), de la Cláusula 9a., de las presen tes Bases.

Dicha setenoia será presentada a la asamblea general en la que se trate la exclusión del socio, debiéndose incluir previamente en forma específica, dicho punto en la convocatoria respectiva.

CLAUSULA 16a.-Cuando se tenga que devolver a los asociados, a sus he rederos ó representantes legales, las cantidades correspondientes a Certificados de Aportación y en su caso, la parte proporcional de los rendimientos repartibles a quetuvieren derecho hasta la fecha en que jaren de pertenecer a la Sociedad, la devolución se hará descontando de su importe los adeudos y responsabilidades que el socio tuviere pa ra con la Cooperativa, en los términos del artículo 19 del Reglamento de la Ley General de Sociedades Cooperativas.

CLAUSULA 17a.- Al efectuarse la devolución del importe de los Certifi cados de Aportación, se recogerán los documentos para su cancelación, haciéndose la anotación correspondiente en el Libro Talonario, Y, ade más, se levantará acta especial de liquidación que firmarán los miem- bros de ambos Consejos, el interesado y dos testigos, en la que debe- rán constar los números de Certificados de Aportación cancelados.

## CAPITULO III.

## DEL CAPITAL y DE LOS CERTIFICADOS DE APORTACION.

CLAUSULA 18a.- El capital será variable, de acuerdo con lo establecido en la Fracción IV del Artículo lo. de la Ley General de Sociedades Coo perativas, pudiendo aumentarse ó reducirse en la forma prevista por el Artículo 37 del propio ordenamiento, y se constituirán con:

a) Las aportaciones de los socios;

b) Los donativos que reciba, los cuales serán irrepartibles; y

c).- El 25% de los rendimientos que se destinen para incrementarlo de conformidad con la Cláusula 70a. de estas bases constitutivas.

En todo caso, las cantidades aportadas deberán acreditar se oportunamente a los socios en certificados de aportación.

CLAUSULA 19a.- Los certificados de aportación tendrán un valor de: $100.00 cada uno, y podrán ser pagados en efectivo, derechos, bienes o trabajo a juicio de la asamblea general.

Los certificados de aportación serán nominativos, indivisibles y de igual valor; se expedirán al quedar íntegramente pagados y sólo podrán transferirse en las condiciones que determina el artículo 11 del Reglamento de la Ley General de Sociedades Cooperativas.

Cada socio al ser admitido deberá suscribir por lo menos el valor de un certificado, exhibiendo cuando menos el 10% de su valor, debiendo cubrir el saldo en partidas mensuales proporcionales. En todo caso el importe total deberá quedar totalmente cubierto precisamente en el plazo de un año, contado a partir de la fecha de su ingreso.

En el caso de que un socio, transcurrido el año no hubiere cubierto íntegramente el valor del certificado de aportación suscrito, caerá bajo las sanciones previstas por el artículo 16 fracción I del Reglamento de la Ley de la Materia.

Las entregas parciales que no hayan alcanzado a cubrir el importe de los certificados de aportación suscritos, dentro del plazo señalado en el párrafo segundo de esta cláusula serán devueltos a los interesados.

CLAUSULA 20a.- La valorización de las aportaciones que no sean en efectivo, se sujetará al procedimiento señalado por el artículo 35 de la Ley General de Sociedades Cooperativas.

CLAUSULA 21a.- Cuando la asamblea general acuerde reducir el capital que se juzgue excedente, se hará la devolución a los socios que posean mayor número de certificados de aportación, o a prorrata si todos son poseedores de un número igual de certificados.

Cuando el acuerdo sea en el sentido de aumentar el capital todos los socios quedarán obligados a suscribir el aumento en la forma y términos que lo acuerde la asamblea general. Además de anterior, podrá incrementarse el capital con el porcentaje de los rendimientos que con ese objeto destine la asamblea general.

CAPITULO IV
DE LOS FONDOS SOCIALES

CLAUSULA 22a.- Los fondos sociales de la cooperativa serán:

a).- Fondo de reserva;

b).- Fondo de Previsión Social;

c).- Fondo de Amortización y Depreciación; y

d).- Fondo para la adquisición de bienes en propiedad.

e).- Remitir a la Dirección General de Organización y -- Capacitación Pesqueras de la Secretaría de Pesca pa- el efecto de su aprobación los contratos relaciona- dos directamente con el cumplimiento de su objeto- social, y que en su caso, hayan sido aprobados por- la asamblea general;

f).- Tener a la disposición de los socios un mes antes - de la fecha de la celebración de la asamblea corres- pondiente, la memoria, el balance y los demás docu- mentos relacionados con el ejercicio social, para - su conocimiento y estudio;

g).- Remitir oportunamente a la Dirección General de Fo- mento Cooperativo y Organización Social para el Tra bajo el balance general, estado de pérdidas y rendi mientos y sus anexos, para su estudio, en los térmi nos del artículo 66 del Reglamento de la Ley de la- Materia;

h).- Caucionar su manejo con la oportunidad debida y a - satisfacción de la dependencia citada en el inciso- anterior, de conformidad con lo establecido en estas bases y en relación con el artículo 3o. de la Frac- ción XII, del Reglamento de la Ley General de Socie dades Cooperativas;

i).- En su caso, designar de conformidad con lo dispues- tos en el artículo 28 de la Ley de la Materia un -- gerente, el que preferentemente será socio de la -- cooperativa;

j).- Remover libremente en cualquier tiempo al gerente;

K).- Sesionar, cuando menos, cada quince días de confor- midad con lo dispuesto por el artículo 37 del Regla mento de la Ley General de Sociedades Cooperativas;

l).- Enviar a la Dirección General de Fomento Cooperati- vo y Organización Social para el Trabajo, copia de- de las actas de las asambleas generales y de las jun tas que celebre el propio consejo, debidamente cer- tificadas por el secretario del mismo, expresando - el número del libro de actas y de las fojas de su - inscripción.

En el caso de las actas de asamblea general, se agregará la convocatoria respectiva y la lista de asistencia de socios debida mente certificada por el secretario del consejo.

Cuando sean admitidos por la asamble general nuevos socio con la documentación de la misma, se enviarán los datos generales - que correspondan a cada uno de ellos; y

ll).- Procurar en todo tiempo el mejoramiento social y -- económico de la cooperativa y de sus socios en par- ticular.

CLAUSULA 23a.- De conformidad con lo dispuesto en los artículos 40 y 43 de la Ley General de Sociedades Cooperativas, el fondo de reserva será irrepartible y se constituirá con el 10% de los rendimientos netos correspondientes a cada ejercicio social, en los términos de la cláusula 70a. será limitado hasta alcanzar el 25% del capital social y se depositará invariablemente en el Banco Nacional Pesquero y Portuario, S.A. (BANPESCA).

Se afectará al finalizar el ejercicio social en que se hubiere pérdidas líquidas debiendo en estos casos ser reconstituido hasta alcanzar el límite señalado con anterioridad.

CLAUSULA 24a.- El fondo de previsión social será ilimitado, se constituirá con el 2.5 al millar sobre los ingresos brutos de la sociedad. Se destinará preferentemente, a cubrir los riesgos y enfermedades profesionales de los socios y trabajadores, y a obras de carácter social.

Estos servicios y prestaciones se proporcionarán ya sea directamente, de acuerdo con el Reglamento de Previsión Social que al efecto se formule, aprobado por la asamblea general y por la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo, o bien mediante la contratación de seguros.

CLAUSULA 25a.- Las cantidades correspondientes al fondo de previsión deberán aportarse mensualmente para incrementarlo teniendo en cuenta los ingresos brutos de igual periodo.

La cantidad señalada en la cláusula 24a. podrá ser aumentada o reducida por la asamblea general en los términos del artículo 55 del Reglamento de la Ley General de Sociedades Cooperativas.

CLAUSULA 26a.- El fondo de amortización y depreciación se constituirá de conformidad con lo dispuesto en el artículo 67 del reglamento de la Ley de la Materia.

CLAUSULA 27a.- La cooperativa estará obligada a constituir con un porcentaje de su ingreso bruto, el fondo necesario para adquirir bienes en propiedad a fin de realizar su objeto social.

CAPITULO V

DEL FUNCIONAMIENTO Y DE LA ADMINISTRACION DE
LA COOPERATIVA.

CLAUSULA 28a.- La dirección, administración y vigilancia de la sociedad estará a cargo de:

a).- La asamblea general;

b).- El consejo de administración;

c).- El consejo de vigilancia;

d).- La comisión de  Control Técnico;

e).- La comisión de conciliación y arbitraje;

f).- La comisión de previsión social; y

g).- Las demás comisiones especiales que designe la asamble general.

CLAUSULA 29a.-La asamblea generales la autoridad suprema y sus acuerdos obligan a todos los socios, presentes o ausentes, siempre que se hubieren tomado conforme a lo que establecen la Ley General de Sociedades Cooperativas, su Reglamento y las presentes bases.

CLAUSULA 30a.-La asamblea general resolverá sobre todos los negocios y problemas de importancia para la sociedad y establecerá las reglas generales que deben normar el funcionamiento social, en cumplimiento a lo ordenado por el artículo 23 de la Ley General de Sociedades Cooperativas. Además, deberá conocer de:

a).- Toda clase de contratos relacionados con su objeto social;

b).- Los programas de trabajo conforme a los cuales la cooperativa llevará a cabo sus actividades;

c).- El presupuesto de egresos e ingresos que sirva de base para la ejecución de los programas de trabajo;

d).- El plan financiero de la cooperativa, el cual deberá ser acorde a la capacidad económica de la misma;

e).- Cualquier operación que exceda d [████████████] (cincuenta mil pesos 00/100 M.N.).

f).- El monto y forma de pago de los honorarios que percibirán los miembros de los consejos de administración y vigilancia, y en su caso, las personas que integren las comisiones especiales;

g).- La determinación del porcentaje que sirva de base para la constitución del fondo de amortización y depreciación;

h).- El monto y forma de las garantías que otorguen los funcionarios de la sociedad que manejan fondos y bienes de la misma durante su gestión; y

i).- Cua quier otro asunto que sea de interés para el buen funcionamiento de la sociedad cooperativa, siempre que no se oponga a las disposiciones de la ley.

CLAUSULA 31a.-Las asambleas serán ordinarias y extraordinarias, las ordinarias se celebrarán periódicamente cuando menos una vez al año, durante el mes de [████████]-------y las extraordinarias cada vez que las circunstancias lo requieran. En todo caso, deberán convocarse a asamblea general cuando el consejo de administración haya aceptado provisionalmente, en total a diez nuevos socios, a partir de la fecha de la última asamblea. La convocatoria deberá expedirse dentro de los diez días siguientes a la fecha de la última aceptación provisional.

CLAUSULA 32a.- Las asambleas generales se constituirán legalmente con la asistencia, por lo menos, de las dos terceras partes de los miembros de la sociedad.

CLAUSULA 33a.- De conformidad con lo dispuesto en los artículos 26 de la Ley General de Sociedades Cooperativas y 34 de su Reglamento, la sociedad puede adoptar el sistema de voto por poder, debiendo en todo caso, recaer la representación en un coasociado sin que este pueda representar a más de dos socios. Un socio solamente pue de emitir su propio voto y en su caso el de su representado.

CLAUSULA 34a.- Las convocatorias para las asambleas generales debe rán expedirse en forma escrita y se darán a conocer a los socios con un mínimo de cinco días de anticipación, de conformidad con lo establecido por el artículo 24 de la Ley General de Sociedades Coo perativas y 22 y 24 de su Reglamento.

El plazo para la celebración de las asambleas no inclui rá la fecha de publicación de la convocatoria.

CLAUSULA 35a.- En los citatorios para las asambleas, ya sean éstas ordinarias o extraordinarias, se insertará la orden del día, consi derándose nulo todo acuerdo que se tome sobre un punto no compren dido en esa orden, salvo que en la asamblea estén presentes la to talidad de los miembros de la cooperativa y acuerden por unanimidad de votos que se trate el asunto. No se considerará presente a un socio, para los efectos de ésta cláusula, cuando esté representado por un apoderado. No se permitirá incluir como punto de una orden del día, el renglón de "asuntos generales" u otra indicación análo ga.

CLAUSULA 36a.- En la orden del día de la convocatoria respectiva deberán incluirse expresamente los puntos relativos a la admisión de socios, así como la pérdida de esta calidad por muerte, separa ción voluntaria, por exclusión por incapacidad física y por impedi mento legal.

CLAUSULA 37a.- Corresponderá al consejo de administración emitir la convocatoria para las asambleas generales. Si tratándose de las ordinarias no convoca en la época citada en la cláusula 3la. de estas bases, o si se rehusare a hacerlo cuando se trate de las ex traordinarias si así lo solicita el veinte por ciento, por lo menos de los integrantes de la cooperativa o el consejo de vigilancia, éste último hará la convocatoria. Si el consejo de vigilancia se rehusare a su vez, la asamblea ordinaria o extraordinaria podrá ser convocada por el veinte por ciento de los socios y se llevará a cabo si satisfacen los requisitos que sobre la asistencia y de más relativos establecen la Ley de la Materia y su Reglamento, pa ra su celebración.

CLAUSULA 38a.- Los miembros del consejo de administración o del de vigilancia en el orden que les corresponda, presidirán provisio nalmente las asambleas generales por solo el tiempo necesario para que los concurrentes designen a quien debe presidir en definitiva. Si no está presente en la asamblea ninguno de los miembros de los consejos, la presidencia provisional corresponderá al socio cuyo apellido ocupe el primer lugar en orden alfabético

CLAUSULA 39a.- Los consejos de administración y de vigilancia, así como las comisiones especiales y el gerente en su caso, están obligados a proporcionar cuantos datos, documentos y antecedentes se requieran para la discusión de los asuntos consignados en la orden del día.

CLAUSULA 40a.- La asamblea general deberá conocer y resolver, progresivamente todos los asuntos relacionados con cada uno de los puntos contenidos en la orden del día de la convocatoria expedida para su celebración.

Cuando una asamblea general no pueda resolver, en un mismo día los asuntos que hayan sido sometidos a su consideración, se reunirá en los siguientes días ininterrumpidamente, sin necesidad de nueva convocatoria, debiendo en todo caso contarse con la asistencia de cuando menos las dos terceras partes de los miembros de la sociedad.

CLAUSULA 41a.- En caso de empate en una votación el miembro que presida la asamblea tendrá voto de calidad.

CLAUSULA 42a.- Para los efectos del artículo 26 de la Ley de la Materia, es suficiente que el representante otorgue poder ante dos testigos y dé aviso al consejo de administración o a quien convoque a la asamblea antes de la fecha en que ésta se celebre.

CLAUSULA 43a.- El acta de la asamblea general que reforme las bases constitutivas de la cooperativa tendrá el valor de nuevo contrato, de ella se enviarán cinco copias firmadas por los miembros de los consejos de administración y de vigilancia a la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo, para su autorización. En éste documento deberá transcribirse íntegramente el texto de la reforma y se hará constar el número de socios de la cooperativa que haya concurrido a la asamblea, con expresión del sentido de los votos que emitieron.

CLAUSULA 44a.- De los acuerdos tomados por las asambleas generales ordinarias o extraordinarias se levantará acta que deberá ser inscrita invariablemente, en el, libro correspondiente el cual deberá estar debidamente autorizado por la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo, en los términos de los artículos 43, 58, 59 y 60 del Reglamento de la Ley General de Sociedades Cooperativas.

CLAUSULA 45a.- El consejo de administración estará integrado por siete miembros, que desempeñarán cargos de presidente, secretario tesorero, comisionado de organización de la producción, comisionado de educación y propaganda, comisionado de contabilidad e inventarios y vocal, que deberán ser designados en los términos de los artículos 29 y 31 de la Ley General de Sociedades Cooperativas.

El nombramiento de los miembros del consejo de administración lo hará la asamblea general, invariablemente por votación nominal. Los integrantes de este consejo no tendrán suplentes, sus faltas temporales serán suplidas en el orden progresivo de sus designaciones.



El Consejo de Administración será el Órgano ejecutivo de la Asamblea General y tendrá la representación de la Sociedad y - el uso de la firma social.

A falta de designación expresa, el Presidente del Con sejo de Administración será representante común en los negocios judi ciales, para los efectos del Artículo 36 Fracción VI del Reglamento- de la Ley General de Sociedades Cooperativas.

CLAUSULA 46a.- El Presidente, Secretario y Tesorero del Consejo de - Administración no podrán ser electos por más de dos períodos conse - cutivos en cualquiera de los cargos del Consejo de Administración o- del Consejo de Vigilancia, ni serán designados por el mismo lapso en comisiones especiales.

CLAUSULA 47a.- Para ser miembro del Consejo de Administración se re- quiere:

a) Ser mexicano por nacimiento;

b) No tener adeudos atrasados y exigibles con la Coope rativa;

c) No tener antecedentes penales y haber observado -- buena conducta.

d) Haber cumplido satisfactoriamente las comisiones - que le hubiere conferido la Sociedad;

e) Tener cubiertos íntegramente los Certificados de - Aportación suscritos, salvo lo dispuesto en la --- Cláusula 19a. y

f) Saber leer y escribir.

CLAUSULA 48a.- Son facultades y obligaciones del Consejo de Adminis- tración, además de las señaladas en la Ley General de Sociedades --- Cooperativas y en el Artículo 36 de su Reglamento, las siguientes:

a) Tomar los acuerdos para la Administración de la So ciedad por mayoría ó unanimidad de votos de sus -- miembros;

b) Elaborar cada año, los programas de trabajo, el -- presupuesto de Ingresos y Egresos y el Plan Finan- ciero de la Cooperativa.

c) Practicar todas las operaciones que sean necesa - rias para realizar el objeto de la Sociedad y cele brar los contratos respectivos, hasta por la canti dad de ░░░.00 en cada caso.

d) Someter previamente a la aprobación de la Asamblea General toda clase de contratos que excedan de la- cantidad señalada en el inciso c) de esta cláusula;



CLAUSULA 49a.- La designación de gerente deberá recaer en persona de reconocida honorabilidad, sin antecedentes penales, con preparación y competencia comprobada en materia administrativa, y no tener interés alguno en cualquier empresa mercantil.

Las funciones del gerente quedarán circunscritas estrictamente a las facultades delegadas por el consejo de administración, que en ningún caso excederán de las que se contienen en las fracciones V, VIII y XIV, del artículo 36 del Reglamento de la Ley General de Sociedades Cooperativas.

No tendrán efecto legal alguno otras facultades distintas a las que se contienen en las fracciones citadas en el párrafo anterior aunque éstas le hayan sido delegadas por el consejo de administración y únicamente podrá en su caso celebrar contratos que consignen operaciones como máximo, en cada caso, hasta por la mitad de la cantidad autorizada al propio consejo, y que se señala en el inciso c), de la cláusula 48a. de las presentes bases.

CLAUSULA 50a.- La separación voluntaria de los miembros del consejo de administración a los cargos que desempeñen dentro del mismo deberá ser sometida a la consideración de la asamblea general dentro de un plazo no mayor de 30 días, contados a partir de la fecha de la presentación de su renuncia. Hasta en tanto la asamblea apruebe en definitiva la renuncia, el miembro que pretende separarse no deberá abandonar las funciones para las que fué designado.

En caso de ser aceptada la renuncia, se elegirá el substituto que deberá terminar el periodo, y al que el renunciante entregará bajo minucioso inventario los bienes de la sociedad y la documentación que tuviese a su cargo.

CLAUSULA 51a.- En el caso de fallecimiento de un miembro del consejo de administración, deberá convocarse a asamblea general dentro de un plazo no mayor de 30 días contado a partir de la fecha del deceso, para el efecto de designar el substituto que completará el periodo para el que fué electo el propietario.

CLAUSULA 52a.- Los miembros del consejo de administración podrán ser removidos por la asamblea general cuando incurran en alguna de las causales señaladas por el artículo 40 del Reglamento de la Ley General de Sociedades Cooperativas o falten al cumplimiento de las obligaciones contenidas en la cláusula 48a. de estas bases.

CLAUSULA 53a.- El consejo de vigilancia estará integrado por tres miembros propietarios o igual número de suplentes que desempeñarán los cargos de presidente, secretario, vocal, en los términos del artículo 33 de la Ley General de Sociedades Cooperativas.

CLAUSULA 54a.- Son facultades y obligaciones del consejo de vigilancia, además de las señaladas en el artículo 41 del Reglamento de la Ley General de Sociedades Cooperativas.

a) Ejercer la supervisión de todas las actividades de la Socie dad;

b) Establecer los sistemas adecuados conforme a los cuales nor mará sus funciones como órgano especial del control adminis trativo;

c) Vigilar que el Consejo de Administración elabore anualmente los programas de trabajo, el presupuesto de Ingresos y Egre sos y el Plan Financiero de la Cooperativa, cuidando de su realización y aplicación;

d) Sesionar, cuando menos, cada 15 días para tratar los asun tos de su competencia;

e) Asistir a las juntas del Consejo de Administración en los términos del párrafo Segundo del Artículo 37 del Reglamento de la Ley de la Materia; y

f) De conformidad con lo establecido por el Artículo 32 de la Ley General de Sociedades Cooperativas, hacer uso del dere cho de veto sobre las resoluciones del Consejo de Adminis tración, dentro de las 48 horas siguientes a la adopción de las mismas.

No tendrá efecto legal alguno la resolución tomada por el Consejo de Administración que haya sido vetada por el de Vigilancia hasta en tanto la Asamblea General no estudie el Conflicto y lo resuelva en definitiva.

CLAUSULA 55a.- Los miembros del Consejo de Vigilancia podrán ser remo vidos por la Asamblea General cuando incurran en alguna de las causa les que se previenen en el Artículo 42 de la Ley de la Materia, ó fal ten al cumplimiento de las obligaciones contenidas en la Cláusula 54- de las presentes Bases.

CLAUSULA 56a.- En el Caso de renuncia ó fallecimiento de un miembro-- del Consejo de Vigilancia, deberá de inmediato darse posesión a su suplente quien ocupará provisionalmente el cargo, hasta en tanto sea-- designado en la asamblea general el propietario que terminará el pe ríodo.

La Asamblea general deberá ser convocada en un plazo no -- mayor de 30 días, contado a partir de la fecha de presentación de la-- renuncia, ó del deceso.

CLAUSULA 57a.- El miembro de cualquiera de los Consejos y Comisiones, que faltare injustificadamente por tres veces consecutivas a las jun-- tas del que forma parte, se le considerará dimitente de su cargo.

CLAUSULA 58a.- De conformidad con el Artículo 3o. Fracción XII del Re glamento de la Ley General de Sociedades Cooperativas, caucionarán su manejo en la Cooperativa:

a) Los miembros del Consejo de Administración;

b) Los miembros de la Comisión de Previsión Social.

c) El Gerente y los que funjan como cajeros; y

d).- Cualquier otro miembro de la sociedad que tenga a su cargo el manejo de fondos o bienes, durante el tiempo que dure su gestión.

CLAUSULA 59a.- Los miembros de los consejos de administración y de vigilancia, así como los de las comisiones especiales que designe la asamblea general durarán en su cargo no más de dos años.

CLAUSULA 60a.- Los socios de la cooperativa deberán hacer del conocimiento de la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo el hecho de que los miembros de los consejos de administración y de vigilancia, así como los de las comisiones especiales designados por la asamblea general contraviniendo lo dispuesto por los artículos 31 y 33 de la Ley de la Materia, se hayan excedido en la duración de su cargo, solicitando a su vez que dicha dependencia inicie el procedimiento legal para la regularización de los cuerpos directivos de la sociedad convocando en su oportunidad a asamblea general.

CLAUSULA 61a.- En el caso de que la cooperativa no cuente con los elementos necesarios para realizar su objeto social o requiera mayor número de ellos, podrá obtener créditos para adquirir dichos elementos sin perjuicio de que transitoriamente pueda celebrar contratos con armadores o propietarios de embarcaciones, a fin de disponer de las que necesite para realizar la pesca.

## CAPITULO VI

## DE LAS COMISIONES DE CONTROL TECNICO DE CONCILIACION Y ARBITRAJE Y DE PREVISION SOCIAL.

CLAUSULA 62a.- De conformidad con lo dispuesto por el artículo 59 de la Ley General de Sociedades Cooperativas y en los términos de los artículos 88 y 89 de su Reglamento, funcionará en la cooperativa la comisión de control técnico que estará integrada por los elementos técnicos que por su parte designe el consejo de administración y por un delegado representativo de cada uno de los departamentos que se integren la unidad productora, incluyendo las secciones, los que deberán ser electos directamente por los socios que trabajen en ese departamento.

Los miembros de la comisión del control técnico durarán en su cargo el mismo tiempo para el que fueren electos los consejos y la elección se hará un año después de la de éstos a fin de que su nombramiento sea alterno.

El nombramiento de los delegados de la comisión del control técnico, no deberá recaer en los miembros de los consejos de administración y vigilancia, ni en los comisionados que tengan a su cargo secciones especiales.

Durante el primer año de funcionamiento de la sociedad operará en lugar de la comisión del control técnico un comité provisional de trabajo que tendrá las mismas funciones que aquella.

CLAUSULA 63a.- Además de las funciones que le señalan los artículos 60 y 61 de la Ley General de Sociedades Cooperativas y 90 y 91 de su Reglamento, la comisión del control técnico intervendrá:

a).- En la elaboración de los programas de trabajo, del presupuesto de ingresos y egresos y del plan financiero de la cooperativa, a que se refiere el inciso-b) de la cláusula 48a. de estas bases constitutivas;

b).- En obtener por medio de los delegados de trabajo, absoluta coordinación entre los departamentos que de ben desarrollar las distintas fases del proceso pro ductivo; y

c).- En supervisar el cumplimiento de los requisitos esta blecidos en la cláusula 6a. de las presentes bases,- cuando se trate de resolver si debe darse ingreso a-un determinado número de nuevos socios.-

CLAUSULA 64a.- La comisión del control técnico elaborará oportuna mente el proyecto de fijación de los anticipos que deberán perci bir los socios en cada temporada de trabajo, para lo cual además de observar lo dispuesto en el artículo 91, fracción IV del Regla mento de la Ley General de Sociedades Cooperativas, se considera-rá básicamente el resultado económico obtenido de las operaciones pesqueras realizadas en la temporada inmediata anterior y la capa cidad económica de la cooperativa respecto a sus propias obliga-ciones sociales y las que tenga contraídas con terceros.

CLAUSULA 65a.- La comisión de conciliación y arbitraje se integra rá por tres miembros: presidente, secretario y vocal, que serán electos en asamblea general por mayoría de votos y durarán en sus funciones no más de dos años.

CLAUSULA 66a.- Las dificultades que se susciten entre los órganos de la cooperativa y los socios, deberán ser sometidas por escrito a petición de parte y acompañando las pruebas correspondientes al estudio y dictamen de la comisión de conciliación y arbitraje, la cual resolverá dentro de los diez días siguientes a la fecha en -que se le hubiere sometido el caso. Estas resoluciones se notifi-carán a las partes por escrito, pudiendo ser recurridas ante la -asamblea general más próxima, para cuyo efecto el consejo de admi nistración deberá incluir este punto en la orden del día de la -convocatoria respectiva.

CLAUSULA 67a.- La comisión de previsión social estará integrada -por tres miembros: presidente, secretario y vocal, que serán ----designados por la asamblea general y durarán en su cargo no más -de dos años.

CLAUSULA 68a.- La comisión de previsión social será el órgano de la cooperativa encargado de procurar se presten a los socios los-servicios de seguridad social contenidos en la cláusula 24a. de -las presentes bases en los términos que se señalan en el párrafo-segundo de la misma.

CAPITULO VII
DE LOS RENDIMIENTOS

CLAUSULA 69a.- De los rendimientos brutos finales se deducirán ---los siguientes conceptos:

a).- Los porcentajes que con la aprobación de la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo, fije la asamblea general para amortización y depreciación, de conformidad con lo dispuesto en el artículo 67 del Reglamento de la Ley General de Sociedades Cooperativas.

b).- Los anticipos recibidos por los socios de acuerdo con la cláusula 64a.;y

c).- Los demás gastos aprobados por la asamblea general;

CLAUSULA 70a.- Una vez deducidos los conceptos mencionados en la cláusula 69a. los rendimientosnetos se repartirán invariablemente en la siguiente forma de conformidad con lo dispuesto en el artículo lo. fracción VIII de la Ley General de Sociedades Cooperativas y 91 fracción I y IV de su Reglamento:

a).- 10% para el fondo de reserva;

b).- 90% para incrementar el capital social. Este porcentaje será acreditado a los socios en certificados de aportación proporcionalmente al monto de las cantidades que les correspondan.

c).- 90% para repartirse entre los socios tomando en consideración el estudio y dictamen que haya elaborado la comisión de control técnico aprobado por la asamblea general.

CLAUSULA 71a.-En todo caso los rendimientos y su reparto entre los socios serán justos y equitativos,mediante la supervisión de la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo.

CAPITULO VIII
DE LA DISOLUCION DE LA SOCIEDAD Y SU LIQUIDACION

CLAUSULA 72a.- La sociedad se disolverá por cualquiera de las causas que se enumeran en los artículos 46 y 47 de la Ley General de Sociedades Cooperativas y 97 de su Reglamento.

CLAUSULA 73a.- Disuelta la sociedad se pondrá en liquidación en los términos de los artículos del 47 al 51 de la Ley General de Sociedades Cooperativas y del 68 al 76 de su Reglamento.

CAPITULO IX
DISPOSICIONES GENERALES

CLAUSULA 74a.- En ningún caso el número de socios que integren la cooperativa será menor de 30 .

CLAUSULA 75a.- La cooperativa deberá realizar la pesca exclusivamente con la aportación del trabajo personal de sus miembros, salvo lo dispuesto en el artículo 62 de la Ley General de Sociedades Cooperativas, y en ese caso los trabajadores que utilice percibirán iguales prestaciones que los socios.

CLAUSULA 76a.- Los contratos a que se refiere la cláusula 61a. de las presentes bases, serán revisadas cuando menos cada tres años.

CLAUSULA 77a.- Los contratos y sus revisiones periódicas serán sometidos a la sanción de la Secretaría de Pesca.

CLAUSULA 78a.- En los contratos de las embarcaciones con que se realice la extracción o captura de las especies marinas se pactará que dichas embarcaciones deberán ser tripuladas por los socios de la cooperativa.

CLAUSULA 79a.- La cooperativa celebrará libremente los contratos necesarios para la industrialización, conservación y comercialización, pero podrá presentarlos a la sanción previa de la Secretaría de Pesca a efecto de que esta intervenga para que resulten inequitativos o lesivos a sus intereses.

CLAUSULA 80a.-El cumplimiento de las disposiciones contenidas en estas bases, estará sujeto a la vigilancia de la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo, de acuerdo con lo dispuesto por los artículos del 82 al 87 de la Ley General de Sociedades Cooperativas 111 y 112 de su Reglamento.

CLAUSULA 81a.- La cooperativa sólo podrá ingresar a la federación que indique la dependencia citada en la cláusula anterior y que se constituya de acuerdo con lo dispuesto por los artículos 73 y 74 de la Ley General de Sociedades Cooperativas.

CLAUSULA 82a.- Estas bases sólo podrán modificarse procediendo conforme a las disposiciones contenidas en los artículos 20 de la Ley General de Sociedades Cooperativas y 35 de su Reglamento.

CLAUSULA 83a.- Los casos no previstos por estas bases serán resueltos de conformidad con las prevenciones de la Ley General de Sociedades Cooperativas y su Reglamento, la Ley Federal para el Fomento de la Pesca, su Reglamento y los Reglamentos Interiores que la Sociedad expida, autorizados por la Dirección General de Fomento Cooperativo y Organización Social para el Trabajo.

Acto continuo, pará reunir el capital con que la sociedad deberá iniciar sus operaciones se acordó que cada uno de los miembros suscribiere certificados de aportación en el número que se estimara conveniente, por lo que en el acto hicieron las suscripciones y exhibiciones siguientes:

G E N E R A L E S

| | CERTIFICADOS DE APORTACION SUSCRITOS. | CANTIDAD EXHIBIDA EN EL ACTO. |
|---|---|---|
| 1.-RAUL SALDAÑA FUENTES, Mexicano, 32 años, casado, pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Tam. | 1 | $ 1,000.00 |
| 2.-ADVENCIO ZAVALA MARTINEZ, Mexicano, 25 años, casado, pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |

- 19 -

| G E N E R A L E S | Certificados de Aportación suscritos. | Cantidad exhibida en el acto. |
|---|---|---|
| 16.- IGNACIO GUAJARDO RODRIGUEZ, Mexicano, 20 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 17.- LEOCADIO GUAJARDO RODRIGUEZ, Mexicano, 18 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 18.- JOAQUIN RODRIGUEZ CESPEDES, Mexicano, 24 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 19.- ANDRES LOPEZ PONCE, Mexicano, 23 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 20.- GREGORIO CRUZ FERRAL, Mexicano, 39 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 21.- JOAQUIN GUZMAN MARES, Mexicano, 31 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 22.- MARTIN CRISTIAN CESPEDES, Mexicano, 24 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 23.- MARTIN ORTEGA LUCIO, Mexicano, 19 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 24.- JUAN ORTEGA DEL ANGEL, Mexicano, 48 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 25.- CARLOS IZAGUIRRE SANCHEZ, Mexicano, 30 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 26.- EDUARDO ROSAS SALAS, Mexicano, 25 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 27.- SEGUNDO GONZALEZ PEÑA, Mexicano, 28 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 28.- CIRO VAZQUEZ PAREDES, Mexicano, 17 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |

-- 20 --

| | GENERALES | Certificados de Aportación suscritos. | Cantidad exhibida en el acto. |
|---|---|---|---|
| 29.- | ROGELIO GARCIA BARBOSA, Mexicano, 43 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 30.- | MOISES GARCIA BARBOSA, Mexicano, 21 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 31.- | ROGELIO GARCIA DEL RIO, Mexicano, 21 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 32.- | ANDRES ESTRELLA GUTIERREZ, Mexicano, 30 años, Soltero, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 33.- | LEONARDO GUTIERREZ RAMIREZ, Mexicano, 24 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 34.- | JORGE HERNANDEZ MALDONADO, Mexicano, 21 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 35.- | CRISTINO MORENO BELMAN, Mexicano, 55 años, Casado, Pescador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 36.- | GUALBERTO CASTILLO CANTU, Mexicano, 37 años, Casado, Pescador, Ejido Guadalupe Victoria, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 37.- | GILBERTO CASTILLO CANTU, Mexicano, 22 años, soltero, Pescador, Ejido Guadalupe Victoria, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 38.- | JOSE MONSERRAT CASTILLO CANTU, Mexicano, 32 años, Soltero, Pescador, Ejido Guadalupe Victoria, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 39.- | GUADALUPE CASTILLO CANNUDES, Mexicano, 18 años, Soltero, Pescador, Ejido Guadalupe Victoria, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 40.- | JUAN JOSE DELGADO RODRIGUEZ, Mexicano, 18 años, Soltero, Pescador, Ejido Guadalupe Victoria, Mpio. de San Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |

- 21 -

| G E N E R A L E S | Certificados de Aportación sus- critos. | Cantidad ex - hibida en - el acto. |
|---|---|---|
| 41.— ALFONSO MOYA GARZA, Mexicano, 22 años, Soltero, Pescador, Ejido - Escuadrón 201, Mpio. de San Fer- nando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 42.— NAZARIO GARCIA PEÑA, Mexicano,36 años, Soltero, Pescador, Ejido - Escuadrón 201, Mpio. de San Fer- nando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 43.— ROSENDO GARCIA PEÑA, Mexicano,34 años, Soltero, Pescador, Ejido - Escuadrón 201, Mpio. de San Fer- nando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 44.— LEODEGARIO ROBLES LUCIO, Mexica- no, 22 años, Casado, Pescador, - Ejido Escuadrón 201, Mpio. de - San Fernando, Estado de Tamauli- pas. | 1 | $ 1,000.00 |
| 45.— MARCO ANTONIO ALVARADO GUAJARDO, Mexicano, 20 años, Soltero, Pes- cador, Ejido Escuadrón 201, Mpio. de San Fernando, Estado de Tamau lipas. | 1 | $ 1,000.00 |
| 46.— MARCELO LOPEZ PONCE, Mexicano,21 años, Soltero, Pescador, Ejido - Escuadrón 201, Mpio. de San Fer- nando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| 47.— JUAN IZAGUIRRE SANCHEZ, Mexicano, 50 años, Soltero, Pescador, Eji- do Escuadrón 201, Mpio. de San - Fernando, Estado de Tamaulipas. | 1 | $ 1,000.00 |
| Certificados de Aportación sus--- critos. | 47 | |
| Cantidad exhibida en Efectivo en el acto. | | $ 47,000.00 |

Que fué depositada en la Caja de la Cooperativa.

Enseguida se procedió a la elección de cada uno de los inte----
grantes de los Consejos de Administración y de Vigilancia, así como
de las Comisiones de Conciliación y Arbitraje y de Previsión Social,
quedando constituidos dichos cuerpos en la forma siguiente:

23

- 22 -

## CONSEJO DE ADMINISTRACIÓN

| Presidente | Segundo González Peña | " 42 |
| Secretario | Ignacio Guajardo Rodríguez | " |
| Tesorero | Faustino Peña Sosa | |
| Comisionado de Org. de la Producción | Gregorio Vega Melchor | " 38 |
| Comisionado de Educación y Propaganda | Leodegario Robles Lucio | " 41 |
| Comisionado de Contabilidad e Inventarios | Joaquín Guzmán Mares | " 46 |
| Vocal | Advencio Zavala Martínez | " 43 |

## CONSEJO DE VIGILANCIA

### PROPIETARIOS

| Presidente | Roberto Moya Garza | " 39 |
| Secretario | Rodrigo Rodríguez Céspedes | " 41 |
| Vocal | Venustiano Zavala Leija | " 40 |

### SUPLENTES

| Presidente | Raul Saldaña Fuentes | " 44 |
| Secretario | Carlos Izaguirre Sánchez | " 42 |
| Vocal | Fausto Melendez Rivera | " 36 |

## COMISION DE CONCILIACION Y ARBITRAJE

| Presidente | Jose Refugio Cristian Céspedes | " 39 |
| Secretario | Alfonso Moya Garza | " 43 |
| Vocal | Leocadio Guajardo Rodriguez | " 41 |

## COMISION DE PREVISION SOCIAL

| Presidente | Rómulo Ortega Lucio | " 37 |
| Secretario | Gonzalo Meléndez Hernández | " 40 |
| Vocal | Juan Izaguirre Sánchez | " 39 |

Se acordó enviar seis ejemplares de esta Acta y Bases Constitutivas, debidamente firmados por los socios, y certificadas las firmas en los términos de los artículos 14 de la Ley General de Sociedades Cooperativas y 2 de su Reglamento, a la Secretaría de Pesca, a fin de solicitar la autorización de funcionamiento.

Al no haber otro asunto que tratar, se dió por terminada la asamblea a las 14:00 horas del día 8 del mes de febrero del año de mil novecientos ochenta y dos, firmando la presente acta todas las personas que en ella intervinieron.

EL PRESIDENTE DE LA MESA DE DEBATES

RAUL SALDAÑA FUENTES

EL SECRETARIO

ADVENCIO ZAVALA MARTINEZ

1. Raul Saldaña Fuentes.
2. Advencio Zavala Martínez.
3. Ernesto Rodríguez Ramírez.
4. Rómulo Orte a Lucio.
5. José Refugio Cristián Céspedes.
6. Rodrigo Rodríguez Céspedes. –
7. Melquíades de la Cruz Bautista.
8. Roberto Moya Garza.
9. Gonzalo Meléndez Hernández.
10. Fausto Meléndez Rivera.
11. Gregorio Vega Melchor.
12. Faustino Peña Sosa.
13. Venustiano Zavala Leija.
14. Patricio Ruiz Vera.
15. Patricio Ruiz García.
16. Ignacio Guajardo Rodríguez.
17. Leocadio Guajardo Ro ríguez.
18. Joaquín Rodríguez Céspedes.
19. Andrés López Ponce.
20. Gregorio Cruz Ferral.
21. Joaquín Guzmán Mares.
22. Martín Cristián Céspedes.
23. Martín Ortega Lucio.
24. Juan Ortega del Ángel.
25. Eduardo Rosas Salas.
26. Carlos Izaguirre Sánchez.
27. Ciro Vázquez Paredes.
28. Segundo González Peña.
29. Moisés García Barbosa. –
30. Rogelio García Barbosa.
31. Rogelio García del Río.
32. Andrés Estrella Gutiérrez.
33. Leobardo Gutiérrez Ramírez.
34. José Hernández Maldonado.
35. Cristino Moreno Roldan.
36. Segundo González Peña.
37. Nazario García Peña.
38. Rosendo García Peña.
39. Leodegario Robles Lucio.
40. Marco Antonio Alvarado Guaja
41. Marcelo López Ponce.
42. Juan Izaguirre Sánchez.

Case 2:10-md-02179-CJB-DPC   Document 23254-5   Filed 08/11/17   Page 37 of 37

- -YO, LICENCIADA MARIA DEL CARMEN HINOJOSA DE CARDENAS, NOTARIO PUBLICO No. 130 CIENTO TREINTA, en ejercicio en esta Décimo Segun- do Distrito Judicial con sede en esta Ciudad.- -CERTIFICO;- - - -Que las firmas que anteceden son autenticos y fueron puestas en mi presencia, para los fines de la Constitución de la Socied- Cooperativa "MARIA DE SANTA MARIA" S.C.L. en los términos del Ar- tículo 14 de la Ley General de Sociedades Cooperativas.- -En fe- da verdad, autorizo el acto con el sello de la Notaría Pública a mi cargo y mi firma, inscribiéndolo bajo el No. 1944 del Libro de Control fuera del Protocolo.- -En San Fernando, Estado de Tamau- lipas a los ocho días del mes de Febrero de mil novecientos ochen- ta y dos.- - - - - - - - - - - - - - - - - - - - - - - - - - - - DOY FE.-

Lic. María del Carmen Hinojosa de Cárdenas.
Notario Público No. 130.-

Gualberto Castillo C.
Gualberto Castillo Cantú.

Gilberto Castillo C.
Gilberto Castillo Cantú.

Guadalupe Castillo C.
Guadalupe Castillo Céspedes.

Jose Monserrat Castillo C.
Jose Monserrat Castillo Cantú.

Juan Jose Delgado Rodriguez
Juan Jose Delgado Rodriguez.

Alfonso Moya Garza
Alfonso Moya Garza