# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Trejo Salas | Domingo | | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. | |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:16-cv-04373 | The Buzbee Law Firm / Anthony G. Buzbee |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes    ☐ No    If yes:

Identify the nature and location of the property: _____

Identify the nature of the alleged damage: _____

Identify the date(s) of the alleged damage: _____

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☑ Yes    ☐ No    If yes:

Identify the dates on which you worked as a commercial fisherman: ___2007-Current___

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _____
S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L.

Identify the location(s) in which you worked as a commercial fisherman: Gulf of Mexico – Mexico Coast

**EXHIBIT C3**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _09 MARZO_, 2017

Location (City and State): _Mexico_

_Artemio_
Signature of Plaintiff (*Plaintiff's Attorney* <u>Cannot</u> *Sign on Plaintiff's Behalf*)

Domingo Trejo Salas / 7039  _Artemio_
Print Name  _ARTEMIO ZUMUDIO HERNANDEZ_

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>April 5, 2017</u>. Service can be made via United States mail at the following addresses:

| Counsel for BP                | MDL 2179 Plaintiffs' Steering Committee |
|-------------------------------|------------------------------------------|
| Attn: J. Andrew Langan        | Attn: Steven J. Herman                   |
| Kirkland & Ellis LLP          | Herman, Herman, Katz & Cotlar, LLP       |
| 300 North LaSalle St,         | 820 O'Keefe Avenue                       |
| Suite 2400                    | New Orleans, LA 70113                    |
| Chicago IL 60654              |                                          |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

2

# NOTARÍA PÚBLICA No. 162
## LIC. JOSÉ LUIS GARCÍA GARCÍA

------------------------VOLUMEN LII--------------------------

---------------- **INSTRUMENTO PÚBLICO 2257**----------------

- - - En la Heroica Ciudad de Matamoros, Tamaulipas, siendo las once horas del día 3 (tres) de mayo del año 2016 (Dos Mil Dieciséis), **ANTE MÍ**, <u>**LICENCIADO JOSE LUIS GARCIA GARCIA, NOTARIO PUBLICO NUMERO 162**</u>, en ejercicio en este Cuarto Distrito Judicial del Estado: **HAGO CONSTAR**.- Que ante mí compareció el Ciudadano **ARTEMIO ZAMUDIO HERNANDEZ**, en su carácter de Presidente del Consejo de Administración, de la **SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LAGUNAS UNIDAS AL SISTEMA, S.C. DE R.L.**, cuya personalidad y existencia legal de la empresa que representa, al final acredita; y dijo:- que el objeto de su comparecencia ante la fe del suscrito Notario es llevar a cabo la **PROTOCOLIZACIÓN DEL ACTA DE ASAMBLEA GENERAL ORDINARIA**, del día 12 (Doce) de abril del 2016 (Dos Mil Dieciséis), de la persona moral que representa, la cual DOY FE de tenerla a la vista y mando agregar una copia de ella al apéndice de este instrumento, marcado con la letra **"A"**, misma que a continuación transcribo literalmente: -----------------------

--- **Sociedad Cooperativa de Producción Pesquera "Lagunas Unidas al Sistema, S.C. de R.L".- Sesión Ordinaria 12 de Abril de 2016.-** -------------------------------------------------
**R.F.C. PPL900511GKA.**------------------------------------------
--- En el domicilio social, ubicado en Carretera Matamoros,

# NOTARÍA PÚBLICA No. 162
### LIC. JOSÉ LUIS GARCÍA GARCÍA



11. Elección por votación nominal de los miembros del Consejo de Administración que fungirán del 12 de abril del 2016 al 12 de abril del 2018. -------------------------------------------------

12. Elección por Votación nominal de los miembros del Consejo de Vigilancia que fungirán del 12 de abril del 2016 al 12 de abril de 2018. -------------------------------------------------

13. Complementación de los Poderes Otorgados al C. Artemio Zamudio Hernández, Presidente de esta Sociedad Cooperativa de Producción Pesquera "Lagunas Unidas al Sistema", S.C. de R.L. a fin de que se pueda realizar operaciones financieras hasta por $20,000,000.00 (veinte millones de pesos 00/100M.N.) ---------------------------------------

14.   Clausura de la Asamblea.---------------------------------------

---------DESARROLLO DE LA SESION Y ACUERDOS------------

---1.- Lista de Asistencia y Declaración de Quórum legal.----

--- En el desarrollo del primer punto del orden del día la secretaria del Consejo de Administración C. Reyna Garcia Cruz, procede a pasar la lista de asistencia a los socios, encontrándose presentes 23 de los 32 socios registrados, por lo que de acuerdo con el artículo 36 de la Ley General de Sociedades Cooperativas y la cláusula 36 de las Bases Constitutivas de esta Cooperativa, existe quórum legal para celebrar esta Asamblea General Ordinaria y por lo tanto todos los acuerdos en ella tomados serán obligatorios para los socios presentes, ausentes y disidentes. -----------------------------------

--- 2.- Designación del Presidente y Secretario de la Asamblea, así como de los escrutadores.---------------------------

--- Se propuso al señor Feliciano Garcia Santes y al señor Flavio Dimas Quiñones, para que funjan como Presidente y Secretario respectivamente de la presente asamblea, siendo aprobados por unanimidad de votos. En el mismo acto se propone apara los escrutadores de esta sesión a los compañeros Héctor Santiago Martínez y Paula Garcia Santes mostrando la totalidad de los socios su conformidad con dicha designación. --------------------------------------------------------------

--- 3.- Lectura y en su caso aprobación del orden del día.---

--- El Secretario de la Asamblea General, da lectura al Orden

# NOTARÍA PÚBLICA No. 162
### LIC. JOSÉ LUIS GARCÍA GARCÍA



--- El vocal financiero del Consejo de Administración C. Emilio Ramírez Rodríguez da un informe detallado sobre los ingresos siendo el informe detallado sobre los ingresos siendo esta la cantidad de $48,050.00 y los egresos $59,630.00 no quedando dinero en caja.------------------------------------------------

--- Los escrutadores someten a votación el informe del Vocal Financiero siendo aprobado por mayoría de votos.---------------

**8.- Informe del Consejo de Vigilancia el presidente, C. Paula Garcia Santes.** -------------------------------------------------

--- La C. Paula Garcia Santes en su calidad de presidente del Consejo de Vigilancia informa sobre los adeudos que tiene varios de los socios exponiéndoles que se tienen que poner al corriente.------------------------------------------------------------------

**9.- Baja de los socios: Norma Pérez Isidro, Benigna Xochihua Hernández, Juan Carlos Amador Hernández, Gustavo Canizalez y Felipe Montero Pérez.**---------------------

--- Los escrutadores sometieron a votación las bajas de los socias: Norma Pérez Isidro y Benigna Xochihua Hernández, por defunción votando los socios presentes a votación por unanimidad así mismo se sometió a votación la exclusión de los socios: Juan Carlos Amador Hernández y Gustavo Canizalez, basándose en las causas contenidas en la cláusula 13-A de nuestras Bases Constitutivas inciso A), inciso B) y el inciso E), por no contar con su presencia tanto física como monetaria, votando los 23 socios presentes siendo mayoría.---

--- ACUERDO: Se vota por mayoría a favor de su exclusión.----

--- En este mismo punto se acepta la renuncia voluntaria del socio Felipe Montero Pérez, votando la mayoría de socios aceptando su renuncia.----------------------------------------------

--- Así mismo se sometió a votación la admisión de los nuevos socios, Benjamín Mendoza Espinoza y Felipe Reyes Xochihua, siendo aceptados por unanimidad de votos.-----------------------

**10.- Revisión del Padrón de los Socios de la Sociedad Cooperativa de Producción Pesquera "Lagunas Unidas al Sistema", S.C. de R.L.**---------------------------------------------

--- El secretario de la Asamblea en presencia de los socios asistentes, da lectura al padrón de socios de la Sociedad

# NOTARÍA PÚBLICA No. 162
### LIC. JOSÉ LUIS GARCÍA GARCÍA



--- Por mayoría de votos se decidió que al señor Artemio Zamudio y al señor Emilio Ramírez Rodríguez se les ampliara su periodo de administración como Presidente y Vocal Financiero respectivamente.-------------------------------------

--- En este mismo punto se nombró como secretario del Consejo de Administración al señor Flavio Dimas Quiñones siendo aprobado por unanimidad de votos, mismos que fungirán del 12 de abril del 2016 al 12 de abril del 2018 quedando así conformado el Consejo de Administración de la siguiente manera.-------------------------------------

---------------- **CONSEJO DE ADMINISTRACION** ----------------
--- PRESIDENTE: ARTEMIO ZAMUDIO HERNANDEZ.----------
--- SECRETARIO: FLAVIO DIMAS QUIÑONES.------------------
--- VOCAL FINANCIERO: EMILIO RAMIREZ RODRIGUEZ.------

**12.- Elección por Votación nominal de los miembros del Consejo de Vigilancia que fungirán del 12 de abril del 2016 al 12 de abril de 2018.** -------------------------------------

--- Como Consejo de Vigilancia se nombró al señor Teodoro Acuña Jiménez como Presidente; suplente Jose Alpirez González; Secretario Ana Bertha Ramírez Santiago; suplente Jovita Garcia González; Vocal Rosa Icela Meza Cruz, Suplente; Nicodemus Hidalgo Miranda.-------------------------------------

-------------------- **CONSEJO DE VIGILANCIA** --------------------
--- PRESIDENTE: TEODORO ACUÑA MARTINEZ.----------------
--- SUPLENTE: JOSE ALPIREZ GONZALEZ.-----------------------
--- SECRETARIO: ANA BERTHA RAMIREZ SANTIAGO.----------
--- SUPLENTE: JOVITA GARCIA GONZALEZ.----------------------
--- VOCAL: ROSA ICELA MEZA CRUZ.--------------------------
---- SUPLENTE: NICODEMUS HIDALGO MIRANDA.-------------
------- **COMISIONADO DE EDUCACION COOPERATIVA** -------
--- PRESIDENTE: DOMINGO TREJO SALAS.----------------------
-------------- **COMISION DE PREVISION SOCIAL** ----------------
--- PRESIDENTE: PAULA GARCIA SANTES.----------------------
--- SUPLENTE DE PRESIDENTE: ANSELMO AGUILAR SALVADOR.-------------------------------------
--- SECRETARIO: ALDEGUNDA LORENZO AGUSTIN.-----------
--- SUPLENTE: MARCELINO HERNANDEZ HERNANDEZ.------

# NOTARÍA PÚBLICA No. 162
## LIC. JOSÉ LUIS GARCÍA GARCÍA

---En los poderes generales para administrar bienes bastara expresar que se dan con ese carácter, para que el apoderado tenga toda clase de facultades administrativas. -----------------
--- En los poderes generales para ejercer actos de dominio, bastara que se diga que dichos poderes generales se dan con ese carácter para que el apoderado tenga todas las facultades de dueño, tanto en lo relativo a los bienes, como para hacer toda clase de gestiones a fin de defenderlos o administrarlos. -
--- Cuando se quieran limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignaran las limitaciones o se otorgaran al respecto poderes especiales.--------------------------------------------------
--- Los notarios insertaran este artículo en los testimonios de los poderes que ante ellos se otorguen. Lo mismo harán al calce del poder y antes de las firmas de la ratificación si es que en el texto del documento no lo hubieren insertado los interesados, los funcionarios ante quienes los otorgantes y los testigos ratifiquen sus firmas de conformidad con la fracción II del artículo 1887 en relación con el 1891.-------------------------
------------------ **P E R S O N A L I D A D** ------------------
--- El ciudadano **ARTEMIO ZAMUDIO HERNANDEZ**, quien manifiesta Bajo Protesta de Decir Verdad ser mexicano, mayor de edad, originario de Tampico, Tamaulipas, nacido el día 7 de agosto de 1969, soltero, pescador, con domicilio en las Malvinas sin número, Islas Las Malvinas, Código Postal 87560 del plano oficial de esta Ciudad, quien se identifica con Credencial para Votar con Clave de elector ZMHRAR69080728H400, expedida por el Instituto Federal Electoral, la cual devuelvo a su presentante por ser de su uso personal, con Clave Única del Registro de Población (CURP) ZAHA690807HTSMRR02, documentos los cuales mando agregar una copia al apéndice de este instrumento, marcados con la letra **"B y C"** y con Registro Federal de Contribuyentes ZAHA690807TWA, al corriente en el pago del impuesto sobre la renta, sin acreditar su

# NOTARÍA PÚBLICA No. 162
### LIC. JOSÉ LUIS GARCÍA GARCÍA

haya lugar.------------------------------------------------------------

---**II.-** De que conozco al compareciente y lo conceptúo con aptitud y capacidad legal necesaria para contratar y obligarse.------------------------------------------------------------

**III.-** Que leí en voz alta y pausadamente el contenido del presente Instrumento al compareciente, haciéndole saber el valor, fuerza y consecuencias legales del mismo, a lo cual me manifestó estar conforme, estampando su firma, siendo las once horas con treinta minutos del día 3 (tres) de mayo del 2016 (Dos mil dieciséis). **DOY FE**.-ANTE MI.- **ARTEMIO ZAMUDIO HERNANDEZ.- FIRMA.- LIC. JOSE LUIS GARCIA GARCIA.- RUBRICA.- SELLO DE AUTORIZACION DE LA NOTARIA PUBLICA NUMERO 162.**------------------------------------------------------------

--- AUTORIZACIÓN:- CON ESTA MISMA FECHA TRES DE MAYO DEL AÑO DOS MIL DIECISEIS, Y SIENDO LAS ONCE HORAS CON TREINTA MINUTOS AUTORIZO DEFINITIVAMENTE LA PRESENTE PROTOCOLIZACION POR HABERSE FIRMADO POR EL COMPARECIENTE Y NO CAUSAR IMPUESTO ALGUNO.- DOY FE. - **LIC. JOSE LUIS GARCIA GARCIA.- RUBRICA.- SELLO DE AUTORIZACION DE LA NOTARIA PUBLICA NUMERO 162.**------------------------------------------------------------

--- **ES PRIMER TESTIMONIO:** QUE CONTIENE PROTOCOLIZACIÓN DEL ACTA DE ASAMBLEA GENERAL ORDINARIA DE LA **SOCIEDAD**

COTEJADO




# ESTADO DE TAMAULIPAS
## REGISTRO PUBLICO DE LA PROPIEDAD Y DE COMERCIO

**DATOS DE REGISTRO**

# APENDICE

PRESENTA: LIC. JOSE LUIS GARCIA GARCIA, 162

ASAMBLEA ORDINARIA

Sociedad
SOCIEDAD COOPERATIVA DE PRODUCCIFN PESQUERA LAGUNAS UNIDAS AL SISTEMA

Consejero
ARTEMIO ZAMUDIO HERNANDEZ

| ANTECEDENTE: | NÚMERO | LEGAJO | AÑO | SEC. |
|---|---|---|---|---|
| | 56 | 156 | 98 | M |

ESCRITURA 2257-LII

| SECCION | NUMERO | VOLUMEN | LIBRO | FECHA |
|---|---|---|---|---|
| COMERCIO | 99 | 3-002 | PRIMERO | 17/05/2016 |

OF. REG.  MUNICIPIO  MATAMOROS

DERECHOS CAUSADOS  BOLETA DE PAGO  DOCUMENTO
$730.00 M.N.   11231641/1   GJG 05/05/2016 3 11:55

Expedido por la Secretaria de Finanzas y Administracion del Estado de TAMAULIPAS

EL COORDINADOR REGIONAL DE COMERCIO EN EL DISTRITO MATAMOROS, DEL INSTITUTO REGISTRAL Y CATASTRAL DEL EDO. DE TAMAULIPAS

LIC. GABRIELA JUAREZ GAMEZ

REGISTRADOR
GABRIELA JUAREZ GAMEZ

REGISTRO PUBLICO
DE COMERCIO
MATAMOROS TAM

Esta inscripción se realiza únicamente con fines de dar publicidad al presente acto jurídico, que conforme a la ley, precisa de este requisito, dejando a salvo