Case 2:10-md-02179-CJB-JCW Document 22297-1 Filed 02/22/17 Page 1 of 2

**EXHIBIT A**

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Civil Action No. 10-MD-2179-CJB-SS |||| 
|---|---|---|---|
| **SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)** ||||
| Last Name | First Name | Middle Name/Maiden | Suffix |
| Flores | Juan | | |
| Business Name: S.C.P.P. Pescadores de Reventadero, S.C. de R.L. || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) ||
| MDL 2179 Member Case Number: 2:16-cv-04380 || Attorney Name and Firm: The Buzbee Law Firm / Anthony G. Buzbee ||

Did you own or otherwise hold a proprietary interest* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?

☐ Yes  ☐ No  If yes:

Identify the nature and location of the property: _____

Identify the nature of the alleged damage: _____

Identify the date(s) of the alleged damage: _____

* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?

☒ Yes  ☐ No  If yes:

Identify the dates on which you worked as a commercial fisherman: __2007-Current__

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _____
S.C.P.P. Pescadores de Reventadero, S.C. de R.L.

Identify the location(s) in which you worked as a commercial fisherman: Gulf of Mexico – Mexico Coast

**EXHIBIT C4**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____, 2017

Location (City and State): Mexico

Signature: _SILVESTRE MENDEL_ _D.L._

Signature of Plaintiff (*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf*)

Juan Flores / 8523

Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before April 5, 2017. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, Suite 2400 | 820 O'Keefe Avenue |
| Chicago IL 60654 | New Orleans, LA 70113 |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").



**INSTITUTO FEDERAL ELECTORAL**
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
MENDEZ
DE LEON
SILVESTRE

EDAD 49
SEXO H

DOMICILIO
REVENTADERO S/N
LOC REVENTADERO 92000
PANUCO, VER.

FOLIO 0000051489361   AÑO DE REGISTRO 1991 01
CLAVE DE ELECTOR  MNLNSL61041830H700
CURP MELS610418HVZNNL06
ESTADO 30   MUNICIPIO 124
LOCALIDAD 0199   SECCION 2873
EMISIÓN 2010   VIGENCIA HASTA 2020

FIRMA





ESTE DOCUMENTO ES INTRANSFERIBLE, NO ES VALIDO SI PRESENTA TACHADURAS O ENMENDADURAS.
EL TITULAR ESTA OBLIGADO A NOTIFICAR EL CAMBIO DE DOMICILIO EN LOS 30 DIAS SIGUIENTES A QUE ESTE OCURRA.

EDMUNDO JACOBO MOLINA
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

SILVESTRE MENDEZ D'L.

ELECCIONES FEDERALES | LOCALES Y EXTRAORDINARIAS