**EXHIBIT A**

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS |||| 
|---|---|---|---|
| **SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)** ||||
| Last Name<br>Lara | First Name<br>Porfirio | Middle Name/Maiden | Suffix |
| Business Name<br>S.C.P.P. Pescadores Unidos de Panuco, S.C.L | | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) ||
| MDL 2179 Member Case Number<br>2:16-cv-04386 || Attorney Name and Firm<br>The Buzbee Law Firm / Anthony G. Buzbee ||

**Did you own or otherwise hold a proprietary interest* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes    ☐ No    If yes:

Identify the nature and location of the property: _____

Identify the nature of the alleged damage: _____

Identify the date(s) of the alleged damage: _____

* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☒ Yes    ☐ No    If yes:

Identify the dates on which you worked as a commercial fisherman:    2007-Current

Identify the employer(s) (if any) for which you worked as a commercial fisherman: _____
S.C.P.P. Pescadores Unidos de Panuco, S.C.L

Identify the location(s) in which you worked as a commercial fisherman: Gulf of Mexico – Mexico Coast

**EXHIBIT C5**

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____, 2017

Location (City and State): _Mexico_____

_Juan G Gonzalez G_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Porfirio Lara / 8550
_____
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before **April 5, 2017**. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**


