## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

### SWORN STATEMENT REGARDING GENERAL MARITIME LAW  CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Alvarado | Heriberto | | |

| Business Name | Last 4 digits of Plaintiff's social security number (if |
|---|---|
| S.C.P.P. Mayarazago Alto, S.C. de R.L. | individual) or full Tax ID number (if business plaintiff) |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:16-cv-04389 | The Buzbee Law Firm / Anthony G. Buzbee |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☐ Yes      ☐ No    If yes:

Identify the nature and location of the property: _____
_____

Identify the nature of the alleged damage:  _____
_____

Identify the date(s) of the alleged damage:
_____

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☑ Yes      ☐ No    If yes:

Identify the dates on which you worked as a commercial fisherman:_____ 2007-Current _____

Identify the employer(s) (if any) for which you worked as a commercial fisherman:  _____
S.C.P.P. Mayarazago Alto, S.C. de R.L.

Identify the location(s) in which you worked as a commercial fisherman: Gulf of Mexico – Mexico Coast

EXHIBIT

C6

I state under penalty of perjury that the foregoing is true and correct.   Executed on the following date at the following location:

Date:_____, 2017

Location (City and State): _Mexico_____

Margarito Hdz
Barbosa
_____
Signature of Plaintiff (**Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf**)


Heriberto Alvarado / 8554
_____
Print Name


**The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before <u>April 5, 2017</u>. Service can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |


**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").**

2



**INSTITUTO FEDERAL ELECTORAL**
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
HERNANDEZ
BARBOSA
MARGARITO

EDAD 48   SEXO H

DOMICILIO
MAYORAZGO SIN
LOC MAYORAZGO 0
PANUCO VER

FOLIO 0000051473402   AÑO DE REGISTRO 1991 00
CLAVE DE ELECTOR HRBRMR600223028H200

CURP
ESTADO 30   MUNICIPIO 122
LOCALIDAD 6143   SECCION 2650
EMISION 2008   VIGENCIA HASTA 2018

ESTE DOCUMENTO ES INTRANSFERIBLE
NO ES VALIDO SI PRESENTA TACHA-
DURAS O ENMENDADURAS.

EL TITULAR ESTA OBLIGADO A NOTI-
FICAR EL CAMBIO DE DOMICILIO EN
LOS 30 DIAS SIGUIENTES A QUE ESTE
OCURRA.

EDMUNDO JACOBO MOLINA
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

Margarito Hdz
Barbosa

ELECCIONES FEDERALES        LOCALES Y EXTRAORDINARIAS