Exhibit D

| No. | Cient Name | Cause Numbers |
|---|---|---|
| 1 | Ahumada, Everardo | 2:16-cv-04906 |
| 2 | Balderas, Leonel | 2:16-cv-04742 |
| 3 | S.C.P.P. La Victoria del Pescador, S.C. de R.L. de C.V | 2:16-cv-05333 |
| 4 | S.C.P.P. La Tabasquenita, S.C. de R.L. | 2:16-cv-04370 |
| 5 | S.C.P.P. El Emporio de Santana, S.C. de R.L. | 2:16-cv-04360 |
| 6 | Camara, Heberto | 2:16-cv-04635 |
| 7 | Cancino Diaz, Juan | 2:16-cv-05020 |
| 8 | Cancino Hernandez, Cesar | 2:16-cv-04956 |
| 9 | S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. | 2:16-cv-04395 |
| 10 | S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. | 2:16-cv-04361 |
| 11 | S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04396 |
| 12 | Cordova, Mabial | 2:16-cv-04626 |
| 13 | S.C. El Coral de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04365 |
| 14 | Cosmopulos Lopez, Luis | 2:16-cv-04950 |
| 15 | S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04402 |
| 16 | S.C.P. Escameros de Sanchez Magallanes | 2:16-cv-04398 |
| 17 | 16 de Septiembre, S.C. de R.L. de C.V. | 2:16-cv-04351 |
| 18 | S.C. Pescadores El Nuevo Milenio | 2:16-cv-04399 |
| 19 | De La Cruz, Agustin | 2:16-cv-04636 |
| 20 | De la Cruz Ventura, Jorge | 2:16-cv-04946 |
| 21 | De Los Santos, Ortencia | 2:16-cv-04628 |
| 22 | Delgado, Rosa | 2:16-cv-04718 |
| 23 | Dimas, Pablo | 2:16-cv-04888 |
| 24 | S.C.P.P. Pescadores de Tampalache, S.C. de R.L. | 2:16-cv-04384 |
| 25 | Estate of Julio Barahona, | 2:16-cv-04711 |
| 26 | S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R.L. | 2:16-cv-05371 |
| 27 | S.C.P.P. El Jurel, S.C. de R.L. | 2:16-cv-05227 |
| 28 | Genesta rodriguez, Miguel | 2:16-cv-04944 |
| 29 | Gomez, Ringo | 2:16-cv-04623 |
| 30 | S.C.P.P. Pescadores de Tampacas, S.C. de R.L. | 2:16-cv-04381 |
| 31 | S.C.P.P. Playa Salinas, S.C. de R.L. | 2:16-cv-05463 |
| 32 | S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. | 2:16-cv-04387 |
| 33 | Gonzalez Dominguez, Carmen | 2:16-cv-04942 |
| 34 | Gonzalez Juarez, Edilia | 2:16-cv-04938 |
| 35 | Gonzalez Zamudio, Silvia | 2:16-cv-04732 |
| 36 | S.C. Vanesita Marinera, S.C. de R.L. de C.V. | 2:16-cv-04363 |

EXHIBIT D

| | | |
|---|---|---|
| 37 | Gutierrez, Noe | 2:16-cv-04629 |
| 38 | Hernandez, Juan Luis | 2:16-cv-04624 |
| 39 | Hernandez, Maribel | 2:16-cv-05013 |
| 40 | Hernandez Madrigal, Waldo | 2:16-cv-04934 |
| 41 | Ipina, Alejandro | 2:16-cv-04890 |
| 42 | Pescadores de Gonzales Ortega, S.C. de R.L. | 2:16-cv-04383 |
| 43 | S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04368 |
| 44 | Perez, Victor Javier | 2:16-cv-04925 |
| 45 | S.C.P.P. Puerto de Sanchez Magallanes S.C.L | 2:16-cv-04407 |
| 46 | S.C.P. Ejido Reventadero, S.C. de R.L. | 2:16-cv-04377 |
| 47 | S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04409 |
| 48 | Sanchez, Joel | 2:16-cv-04729 |
| 49 | S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. | 2:16-cv-04410 |
| 50 | Sanchez Ulin, Adelita | 2:16-cv-04707 |
| 51 | Sequera, Valentin | 2:16-cv-04750 |
| 52 | Torres Gomez, Concepcion | 2:16-cv-04913 |
| 53 | Torrez, Alicia | 2:16-cv-04632 |
| 54 | Ulloa Garcia, Carmen | 2:16-cv-04910 |
| 55 | S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V | 2:16-cv-04412 |
| 56 | S.C.P.P. Atlizintla, S.C. de R.L. | 2:16-cv-05173 |
| 57 | Ventura, Asuncion | 2:16-cv-04633 |
| 58 | Zopot, Eugenio | 2:16-cv-05017 |
| 59 | Zuniga, Angel | 2:16-cv-04735 |
| 60 | S.C.P.P. Pescadores de Reventadero, S.C. de R.L. | 2:16-cv-04380 |
| 61 | S.C.P.P. Pescadores Unidos de Panuco, S.C.L | 2:16-cv-04386 |
| 62 | S.C.P.P. Mayarazago Alto, S.C. de R.L. | 2:16-cv-04389 |