IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE § | Ref CA No. 10-2771 |
| GULF OF MEXICO § | SECTION: J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | |
| This Document Relates to: § | |
| § | |
| 13 CV 2791 AND 16 CV 6330 § | |
| AND ALL CIVIL ACTIONS, INCLUDING § | MAG. JUDGE WILKINSON |
| 2:16-cv-04389; 2:16-cv-04366; § | |
| 2:16-cv-04380; 2:16-cv-04386; § | |
| 2:16-cv-04487, 2:16-cv-04392, 2:16-cv-04373; § | |
| 2:16-cv-06056; 2:16-cv-05923 § | |
| 2:16-cv-06262; 2:16-cv-05941; 2:16-cv-05948; § | |
| AND ACTIONS ALL LISTED IN EXHIBIT A § | |

## Order

Considering The Buzbee Law Firm Claimants' Motion and Supporting Memorandum In Support of Buzbee Law Firm Claimants' Motion For Reconsideration Under Federal Rules of Civil Procedure 59 (e), Alternatively Federal Rules Of Civil Procedure 60 (b), of ORDER [AS TO REMAINING CASES IN THE B1 PLEADING BUNDLE FOLLOWING PTO 60, PTO64, AND THE MORATORIUM HOLD OPT-OUT ORDER] (DOC 23051), it is ORDERED that it shall be **Granted** under Federal Rules of Civil Procedure 59 (e), and the Claimants in Exhibit A attached to the motion will be not be dismissed.

Signed this _____ day of _____ 2017.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge