## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section:  J |
| This Documents Relates to: 2:17 cv 03367 | Judge Barbier |
| | Mag. Judge Wilkinson |

| | |
|---|---|
| SHERI ALLEN DORGAN | CIVIL ACTION NO. 2:17 cv 03367 |
| V. | |
| BP p.l.c., BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, | SECTION:  J |
| | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff, Sheri Allen Dorgan, asserts her rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

**THE LANIER LAW FIRM P.C.**

By:_____
W. MARK LANIER
Mark.Lanier@lanierlawfirm.com
State Bar No.: 11934600
Charles F. Herd, Jr.
LA State Bar No.: 14374
Charles.Herd@lanierlawfirm.com
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was on this date accomplished on all known counsel of record in accordance with the Federal Rules of Civil Procedure on the 11th day of August, 2017.

_____
CHARLES F. HERD, JR.