## PUBLIC NOTICE

The Parish of Plaquemines, including the Parish Government, the Port, Harbor & Terminal District, and all political subdivisions and districts situated therein of which the Plaquemines Parish Government is the governing authority, is hereby soliciting Statements of Qualifications from Attorney(s) or Firm(s) interested in providing legal services related to recovery of damages to local government properties, and reimbursement of expenses and lost revenues incurred by local government due to the Deepwater Horizon oil spill and other similar matters for the Parish of Plaquemines, State of Louisiana.

The following criteria shall be considered in the selection of persons or firms to perform professional services for the Parish by the Administration and the evaluation committee:

(1) The lead attorney under consideration shall have at least ten (10) years of experience in the field or fields of expertise required for legal services related to damage recovery and recompense, and the reimbursement of expenses and lost revenues incurred by the Parish of Plaquemines and the entities set forth above due to the Deepwater Horizon oil spill and other similar matters; (15 points)
(2) Experience or qualifications that the Attorney(s) or Firm(s) believe would be relevant to the services requested (including but not limited to Martindale Hubbell rating; recognition or extraordinary participation in the Louisiana Bar, Federal Bar, American Bar Association, local bar associations or professional practices committees, published articles in state and national publications on the issues related to the oil spill) ; (25 points)
(3) Capacity for timely completion of the work, taking into consideration the person's or firm's current and projected workload and professional and support manpower; (15 points)
(4) Past and current accomplishments of Attorney(s) or Firm(s), for which references from clients or former clients may be considered; (10 points)
(5) The nature, quantity and value of Plaquemines Parish work previously performed and presently being performed by the Attorney(s) or Firm(s) submitting; (10 points)
(6) Past performance by the person or firm on public contracts; (10 points)
(7) An analysis of any work by the Attorney(s) or Firm(s) submitting which resulted in litigation between a public entity and the person or firm performing professional services, including but not limited to ongoing litigation with a public entity or involvement in litigation with a public entity in which the public entity prevailed; (10 points)
(8) Location of the principal office where work will be performed, with preference being given to persons or firms with offices located in Plaquemines Parish; (5 points)

Given that the Port, Harbor & Terminal District, the Plaquemines West Bank Levee District, the Grand Prairie Levee District, and the Buras Levee District are governed by the Plaquemines Parish Government with interests in the oil spill over and above those interests of the Parish, interested firms/individuals are encouraged to consider association of firms and/or attorneys for prosecution of the various claims by the Parish and its related entities against the oil spill entities.

Interested firms/individuals must submit five (5) copies each of their statements to the Parish Attorney's Office, c/o Stephen C. Braud, Parish Attorney, 8056 Hwy 23, Suite 200, Belle Chasse, LA 70037, no later than 4:00 P.M. on April 8, 2011. No statements will be accepted after the deadline.

