ORDINANCE NO. 11-77

The following Ordinance was offered by Council Member Buras who moved its adoption:

> An Ordinance to authorize the Parish President to enter into negotiations and
> execute contracts with the firms of Martzell & Bickford and David Landry for
> professional legal services for the development of claims and for filing litigation
> against the British Petroleum Companies, Transocean, and other companies
> involved in the April 20, 2010, Macondo Well Blowout and Oil Spill; and
> otherwise to provide with respect thereto.

WHEREAS, the Plaquemines Parish Government is faced with the loss of tax and related
revenue, damage to its marshlands, reduction in property values, and related losses directly
connected to the BP Macondo Well blowout and oil spill; and

WHEREAS, these losses to the Parish and the Parish Government should be addressed and
compensation paid to the Parish and Parish Government by the BP companies, Transocean and
all companies involved in the Macondo Well disaster; and

WHEREAS, the losses and expected compensation require study and quantification with
supporting documentation and other evidence in order to pursue such claims against the parties
responsible for the damage and the losses to the Parish and the Plaquemines Parish
Government; and

WHEREAS, certain deadlines are approaching which may require the filing of claims and
litigation against the BP companies, Transocean and all companies involved in the Macondo
Well disaster; and

WHEREAS, following receipt of proposals pursuant to the advertisement and promulgation of
Requests for Proposals, the Parish President requests authority to negotiate and enter into
agreements with the law firms of Martzell & Bickford and David Landry for professional legal
services to represent the Parish and the Parish Government and their claims against the BP
companies, Transocean, and all other companies involved in the Macondo Well blowout and oil
spill; and

WHEREAS, the Council has reviewed the proposals received;

NOW, THEREFORE:

BE IT ORDAINED BY THE PLAQUEMINES PARISH COUNCIL THAT:

### SECTION 1

The Parish President is hereby authorized to enter into negotiations and execute contracts for
professional legal services with the law firms of Martzell & Bickford and David Landry for the
representation of the Parish and the Parish Government and their claims against the BP
companies, Transocean, and all other companies involved in the Macondo Well blowout and oil
spill.

### SECTION 2

The Secretary of this Council is hereby authorized and directed to immediately certify and
release this Ordinance and that Parish employees and officials are authorized to carry out the
purposes of this Ordinance, both without further reading and approval by the Plaquemines Parish
Council.





WHEREUPON, in open session the above Ordinance was read and considered section by section and as a whole.

Council Member Griffin seconded the motion to adopt the Ordinance.

The foregoing Ordinance having been submitted to a vote, the vote resulted as follows:

YEAS: Council Members Percy P.V. Griffin, Keith Hinkley, Kirk M. Lepine, Stuart J. Guey, Anthony L. Buras, Burghart Turner, Jeff Edgecombe, Byron T. Marinovich, and Marla Cooper

NAYS: None

ABSENT: None

PRESENT BUT NOT VOTING: None

And the Ordinance was adopted on this the 14th day of April, 2011.

I hereby certify the above and foregoing to be a true and correct copy of an Ordinance adopted by the Plaquemines Parish Council at a meeting held in the Plaquemines Parish Temporary Courthouse Building, 450 F. Edward Hebert Blvd., Belle Chasse, Louisiana, on Thursday, April 14, 2011.

*Melissa P. LeBlanc*

Secretary