**TRUST ACCOUNT SETTLEMENT DISBURSEMENT FORM**
**RE: PLAQUEMINES PARISH GOVERNMENT**

| | | | |
|---|---|---|---|
| Deepwater Horizon BP Gross Claim Settlement Amount | | $45,000,000.00 | |
| 1st Payment Scheduled of $15,000,000.00 on | 8/1/2017 | | |
| Disbursement of 1st Payment | $15,000,000.00 | | |
| TOTAL FEE (Fee calculated on Total BP Claim of $45,000,000) | | $5,750,000.00 | |
|     Martzell, Bickford & Centola | | | $2,223,333.33 |
|     David Landry, Attorney | | | $1,111,666.67 |
|     King, Krebs & Jurgens | | | $2,415,000.00 |
| TOTAL INVESTIGATION EXPENSES | $685,056.62 | | |
|     Martzell, Bickford & Centola | | | $435,171.70 |
|     King, Krebs & Jurgens | | | $249,884.92 |
| NET of 1st Scheduled Payment to PLAQUEMINES PARISH GOVERNMENT | | | $8,564,943.38 |
| TOTAL DISBURSEMENT OF First Payment | | | $15,000,000.00 |
| **Additional Scheduled Payments** | | | |
| 2nd Payment Scheduled of $10,000,000.00 - Net to Plaquemines Parish Government on | 10/15/2017 | $10,000,000.00 | |
| 3rd Payment Scheduled of $ 5,000,000.00 - Net to Plaquemines Parish Government on | 10/15/2018 | $5,000,000.00 | |
| 4th Payment Scheduled of $ 5,000,000.00 - Net to Plaquemines Parish Government on | 10/15/2019 | $5,000,000.00 | |
| 5th Payment Scheduled of $ 5,000,000.00 - Net to Plaquemines Parish Government on | 10/15/2020 | $5,000,000.00 | |
| 6th Payment Scheduled of $ 5,000,000.00 - Net to Plaquemines Parish Government on | 10/15/2021 | $5,000,000.00 | |

I agree to the disbursement of these funds as outlined above.

Plaquemines Parish Government
By:

_____          _____
                                                                    Date
Plaquemines Parish Government



EXHIBIT F