

**mb&c**

Martzell, Bickford & Centola APC
Attorneys at Law

John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III

Spencer R. Doody
Neil F. Nazareth
Roshawn H. Donahue
Jason Z. Landry
Christopher H. Carbine

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

June 13, 2017

**HAND DELIVERY**
Peter A. Barbee, Parish Attorney
Plaquemines Parish Government Legal Department
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037

  Re: Plaquemines Parish Government Claims Arising from Deepwater Horizon
    **ATTORNEY CLIENT PRIVILEGE DOCUMENT: CONFIDENTIAL**

Dear Peter:

Pursuant to your request, please find enclosed the following documentation:

1. Ordinance No. 11-77 dated April 14, 2011 appointing Martzell & Bickford and David Landry;
2. Ordinance 11-238 dated August 11, 2011 appointing Martzell & Bickford, David Landry and King, Krebs & Jurgens;
3. Agreement for Professional Legal Services executed on August 24, 2011;
4. July 16, 2013 letter of extension;
5. August 3, 2015 letter of extension.
6. June 12, 2017 letter of extension.

If you need any additional information, please do not hesitate to contact us.

Yours truly,

MARTZELL, BICKFORD & CENTOLA

Scott R. Bickford

SRB/jh
Enclosures

G:\Clients\PLAQUEMINES DEEPWATER\Correspondence\Barbee 2017-06-13. wpd.wpd

**EXHIBIT G**

338 Lafayette Street, New Orleans, Louisiana 70130
P: 504-581-9065 | F: 504-581-7635 | mb@mbfirm.com | www.mbfirm.com