# Plaquemines Parish Government

| Parish President | PARISH ATTORNEY | Legal Department |
|---|---|---|
| **Amos Cormier** | Peter A. Barbee | - Shane P. Landry - |
| | 8056 Hwy 23, Suite 200 | Assistant Parish Attorney |
| | Belle Chasse, LA 70037 | slandry@ppgov.net |
| | (504) 297-5564 | - Melvin Burmaster - |
| | Fax (504) 297-5697 | Assistant Parish Attorney |
| | eMail: pbarbee@ppgov.net | mburmaster@ppgov.net |
| | | - Dayna Trahan - |
| | | Administrator |
| | | dmccraine@ppgov.net |

July 31, 2017

Mr. Scott Bickford
Martzell & Bickford
338 Lafayette St
New Orleans, La 70130

And

Mr. Henry King
King, Krebs & Jurgens, L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170

    Re: Disbursement of first payment

Dear Gentlemen

As you may recall, I have written you concerning the lack of documentation authorizing your contingency fee for representation of Plaquemines Parish Government in the BP/Deep Water Horizon litigation. In that nothing you sent me evidenced any legislative/parish council approval of the contingency fee agreement, I am unable to agree to your proposed disbursement of the BP funds. Until the proper approval of the contingency fee agreement is obtained, I would direct you to retain the portion of $15 million dollar payment which you claim as a fee of $5,750,000.00 along with the claim expenses of $685,056.62 until such time as an agreement is reached on your fees and expenses with the remaining balance of $8,564.943.38 being remitted by check sent by courier when the funds become available tomorrow.

Please call me tomorrow to discuss resolving to satisfy all parties.

Sincerely

Peter A. Barbee
Parish Attorney

PB/dt
Cc:    Amos Cormier
        Tommy Surpas
        John Barthelemy

EXHIBIT H