

**Martzell, Bickford & Centola APC**
Attorneys at Law

John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III

Spencer R. Doody
Neil F. Nazareth
Roshawn H. Donahue
Jason Z. Landry
Christopher H. Carbine

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

August 1, 2017

VIA E-MAIL pbarbee@ppgov.net
Peter A. Barbee, Parish Attorney
Plaquemines Parish Government Legal Department
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037

    Re:    Plaquemines Parish Government Claims Arising from Deepwater Horizon
            **ATTORNEY CLIENT PRIVILEGE DOCUMENT: CONFIDENTIAL**

Dear Mr. Barbee:

    Pursuant to your letter of July 31, 2017, this is a transmittal letter enclosing to Mr. Thomas Serpas' attention a check in the amount of $8,564,943.38.

    We are retaining the amount of $5,757,000.00 along with expenses of $685,056.62 in our escrow account. In that connection, we have resent the materials which you requested and I know that Henry King has made contact with you to discuss the matter. We would appreciate a resolution of the same as both firms have carried the cost of litigation for seven years.

    If you have any questions, please do not hesitate to contact me.

                      Yours truly,

                      MARTZELL, BICKFORD & CENTOLA

                      Scott R. Bickford

SRB/jh
Enclosure
cc:    Thomas J. Serpas, CPA **(Hand Delivery)**
        Honorable Chairman John Barthelemy (via e-mail jbarthelemy@ppgov.net)
        Henry King, Esq. (via e-mail hking@kingkrebs.com)
        David Landry, Esq. (via e-mail dlandry4393@gmail.com)

G:\Clients\PLAQUEMINES DEEPWATER\Correspondence\Barbee 2017-08-01 Settlement.wpd

EXHIBIT I

338 Lafayette Street, New Orleans, Louisiana 70130
P: 504-581-9065 | F: 504-581-7635 | mb@mbfirm.com | www.mbfirm.com

| | | | | 22818 |
|---|---|---|---|---|

**MARTZELL & BICKFORD, APC**
338 LAFAYETTE ST.
NEW ORLEANS, LA 70130-3244
PH. (504) 581-9065

Regions Bank
LOUISIANA
84-362-654

EZShield™ Check Fraud
Protection for Business

CHECK NO.   CHECK DATE

22818   08/01/2017

CHECK AMOUNT

PAY  Eight million five hundred sixty-four thousand nine hundred forty-three and     $8,564,943.38

TO THE
ORDER
OF   Plaquemines Parish Government

TRUST ACCOUNT

AUTHORIZED SIGNATURE

⑈022818⑈ ⑆065403626⑆ 9008608203⑈

---

**MARTZELL & BICKFORD, APC**                                08/01/2017    22818         22818

10998           00001
Plaquemines Deepwater                                                     $8,564,943.38
Settlement
British Petroleum

Product DLM150   USE WITH 91508 ENVELOPE

A   75 C3F47C STXRX5 03/10/2015 16:32