

Martzell, Bickford & Centola APC
Attorneys at Law

John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III

Spencer R. Doody
Neil F. Nazareth
Roshawn H. Donahue
Jason Z. Landry
Christopher H. Carbine

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

August 7, 2017

**HAND DELIVERY**
and **CERTIFIED MAIL**
Amos Cormier, III
Plaquemines Parish President
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037

Re:   Legal Services in the BP Oil Spill matter between Plaquemines Parish and the law firms of Martzell, Bickford & Centola, David Landry and King, Krebs and Jurgens

Dear President Cormier:

It has been a pleasure and honor to have worked with the Parish on oil and gas royalty and pollution cases over the past 15 years. Adding to the millions of dollars we have recovered for the Parish was the BP settlement completed in April of this year. We also look forward to the final distribution of the punitive damages funds. In connection with our representation and pursuant to the notice provisions of our public legal services agreement dated April 15, 2011 and signed on August 24, 2011, we direct this letter to you and copy Parish Attorney Peter A. Barbee.

After six years of work, on August 1, 2017, 15 Million Dollars ($15,000,000) was remitted to the trust account of Martzell Bickford & Centola pursuant to a settlement agreement by Plaquemines Parish with the BP Entities.[1] On May 15, 2017, in connection with our public legal services agreement for representation of Plaquemines Parish, you were presented with the settlement documents and a disbursement sheet certified by us as setting forth the contracted fee and incurred costs. We have attached a copy for your ready reference.

As of Friday, August 4, 2017, we had supplied Mr. Barbee with all of the information he has requested and which exists regarding our public legal services agreement. One additional item which we attach to this instant letter is the partial transcript from the Plaquemines Parish Council Meeting of April 14, 2011 during which time the initial ordinance, which was later amended to add Mr. King's law firm, was introduced. Despite some contentions we have heard attributed to you and Mr. Barbee, please note that prior to the Council's approval of the ordinance authorizing our contract the then Parish attorney Steve Braud read the specific terms of the contingency fee

---

[1] BP plc, BP Corporation North America Inc. (BPCNA), BP Exploration and Production, Inc. (BPXP).

338 Lafayette Street, New Orleans, Louisiana 70130
P: 504-581-9065 | F: 504-581-7635 | mb@mbfirm.com | www.mbfirm.com



EXHIBIT J

Amos Cormier, III
August 7, 2017
Page Two

agreement into the record. Braud advised the Council that the final contract with Martzell & Bickford was on a contingency fee of fifteen percent on the first $25 Million and a fee of ten percent on all monies recovery thereafter with the law firms to front costs on behalf of the Parish. Thereafter the Council voted to approve the ordinance unanimously. When Mr. Barbee seemed to question the need for approval of the contract by the Attorney General, we supplied Mr. Barbee with the authority and actual correspondence with the Attorney General's office. In short, AG approval of contracts granted by home rule chartered parishes such as Plaquemines is not legally required and that in fact the AG's office at the time had issued a specific opinion on the matter which was supplied to Mr. Barbee.

On the issue of the Parish's application for punitive damages, it, as you know, has been submitted. Distribution from that settlement may come in 2018, however, on August 1, 2017 the Special Master's overseeing the distribution reported a delay of underlying litigation of major claims which resolution form the predicate of the allocation of that settlement fund (appeal to the 5th Circuit of disputes of underlying Deepwater Horizon Settlement claims whose value are tied to the settlement allocation). Recall the amount of total punitive damages distributed to some individuals in the class is dependent upon their ultimate recovery from the Deepwater Horizon Settlement Program; Plaquemines is different because the formula applicable to the Parish's claims is solely based on the area of oiling which occurred. The Special Master reported that resolution of outstanding claims may not occur until late 2018 and the allocation to New Class members taking place 4 to 6 months following that resolution. Hence distribution may not now occur until 2019. In connection with that future disbursement, we submitted to Mr. Barbee an extension of our contract also attached.

We have worked several very long years to bring a settlement to the Parish's claim and the result was far above the initial $9.2 Million that was initially proposed which, they told your father, was the last best offer they would ever make. I have personally met on many occasions with parish officials to explain our strategy and progress. We were able to shift large portions of shared costs to other gulf coast entities such as Grand Isle thereby saving the Parish considerable costs.

Last Monday we were instructed to hold in escrow monies representing our paid costs and attorney fee. Since that time Henry King has attempted on multiple occasions to speak with Peter but to no avail. We have attempted to seek clarification as to why our costs have not been released. Additionally we have answered each of Mr. Barbee's inquiries regarding our fee. Martzell, Bickford and Centola, King, Krebs & Jurgens and David Landry respectfully request that you and/or your Parish Attorney authorize the payment of $5,750,000.00 in fees and $685,056.62 in held costs by

Amos Cormier, III
August 7, 2017
Page Three

authorizing Mr. Bickford to release those funds from his trust account to the respective law firms party to the public legal services contract issued by Plaquemines Parish.

    Thank you.

                        Respectfully yours,

                        MARTZELL, BICKFORD & CENTOLA

                        Scott R. Bickford

SRB/jh
Enclosures
cc:    Peter A. Barbee, Parish Attorney (by hand and by certified mail)
       John Barthelemy, Council President (by email)
       Plaquemines Parish Council (by email)
       Henry King (by email)
       David Landry (by email)