PLAQUEMINES PARISH MID-YEAR BUDGET MEETING
AUGUST 7, 2017

Finance Director (FD)
Amos Cormier, III (AC)
Council Member Beau Black (BB)
Council Member Benny Rousselle (BR)
Peter Barbee (PB)

FD      .....and the BP Settlement funds, I am going to go through this too that's going to be in this designation now this has not been done yet. I am going to have to give you an ordinance that's going to increase the revenues for BP, it is going to show you the expenses for the attorneys fees and the difference is actually going to be the amount that goes into this designation. Kurt your ordinance.

AC      On this number will it appears according to legal will go up. This administration will follow the law and we have requested from the attorneys who had this BP case for an ordinance where the parish council authorized the use of a contingency fee. The attorneys in this case are demanding over I think about approximately $6.7 million in legal fees and Mr. Peter Barbee, the parish attorney, has requested an ordinance from the council and this would have been the prior council that authorized over a $6.5 million contingency fee. So far, we cannot find one and Mr. Barbee will continue the search but we are certainly not going to make a payment without it being a legal payment. So Mr. Barbee, the parish attorney, has informed me that the total fund balance of $33.9 million dollars will probably go up by at least possibly another $5. But we will hear more from that. We are giving the attorneys an opportunity to find said ordinance because this occurred prior to this council taking seat and prior to this administration.

BB      During that legal battle, could the attorneys that we had hired file an injunction to actually hold all that money where we can't use any of it?

AC      They are holding it now. They are holding over approximately $6.5 million.

BB      Only the part they are claiming, Not the $18, right?

AC      Correct.

BB      Just wanted to make sure the entire $24 million isn't being held.

FD      While we are on let's turn to the blue page, I did a little summary on that. This is just for 2017. The total BP settlement for 2017 is $25 million. The attorneys fees is $6.4 million. The check we received so far was $8,564,943.00. We've received that check already and it has been deposited into the bank account that you'll uh. What's that? No, what we collected



EXHIBIT K

|    | |
|----|--|
|    | so far is $8 million. $10 million is coming in October. If you look at the $18 million that's what we are going to have by the end of the year. So basically what happens, I am going to come to you'll with an ordinance that is going to increase the revenues for the BP settlement of $25 million for 2017. It is actually going to increase the expense by $6.4 million so your net is going to be $18.564 million that's what should be in the designation for the BP settlement. |
| AC | And again, just to reiterate, that $18.5 million should go up by another couple of million unless there is an ordinance authorizing the contingency fee which we have not been able to locate nor have the attorneys who are holding the about $6.5 million, we have requested one and they have not been able to produce one either. |
| BR | If we take that road and the attorneys litigate it, how long do you think that will come to a final decision to be able to increase that general fund balance, if they litigate it? |
| PB | If I may answer that. I don't know what they are going to litigate. There's three requirements for them to validate a contract and they don't have any of them. I have asked them for any amount of number of times for the last two months to produce the documents and they cannot. So I think it's pretty safe to say they don't have them. So at this point, I think they are going to have to shift to a second strategy of trying to go to just a formula based upon what they are going to claim they've earned, but that would be a much reduced rate because frankly I don't know how they are going to justify. Even with the number of hours they told me they worked, it would be over $1,000 an hour which would be absurd to be paying. So I don't know really how much they will be able to litigate. So I anticipate them most likely trying to come up with some proposed settlement fairly quickly. We will know more later by the end of the week. |
| FD | To summarize this page, the only ways that we can cover this revenue reduction is either to go in these expenses, cut the expenses, find additional revenues to raise or take it out of one of these fund balances for now. So that is just something to keep in mind when we do the ordinances. If you'll want to tell us how you'll want to try to do it, we can put that in the ordinance or if you just want to put it on the table as blank, we can do it that way too and decide then, we would be better to do it here. But let's go ahead and go through the expenses first. |

G:\Clients\PLAQUEMINES DEEPWATER\Budget Meeting August 7, 2017.wpd