**Spencer R. Doody**

| | |
|---|---|
| **From:** | Scott R. Bickford |
| **Sent:** | Wednesday, August 9, 2017 6:52 PM |
| **To:** | Peter A. Barbee |
| **Cc:** | John L Barthelemy Jr.; klepine@ppgov.net; brousselle@gmail.com; wblack@ppgov.net; ijuneau@ppgov.net; cburt@ppgov.net; asalvant@ppgov.net; jedgecombe@ppgov.net; nwilliams@ppgov.net |
| **Subject:** | BP litigation / Attorney Fee Issue |
| **Attachments:** | 4-14-11Meeting.pdf |

Peter attached please find again the minutes with Original Ordinance and a link to the short public record video segment of the Council meeting immediately prior to the vote on the ordinance.

https://www.dropbox.com/s/yuqlay7a5rb9g7j/PPG%20RFP%20Meeting%20discussing%20Contingency%20rate.mp4?dl=0

WE would ask that you please watch this 5 minute segment of the council meeting discussion on the ordinance which authorized our contract.

I watched Monday's budget hearing with interest and I personally still don't understand why the Parish Attorney's office has not approved the disbursement of our fee.

In April of 2011 in connection with an invitation to bid on public legal services contract to represent the Parish in its' BP claims, the Plaquemines Parish Council meet and reviewed the applying law firms. There was an announcement and selection and there is a reading of the specific fee, a contingency fee of 15% on the first $25 Million and 10% on all other recover, to the members of the council at which point there is a vote and ordinance.

Additionally and importantly, because I know you have reviewed the Ordinance, because the selection of counsel is only 6 days before the possible prescription of some of the Parish's claims there was added Section 2 of the ordinance recognizing the emergency position that the Parish Government had placed itself in stating " [T]he Secretary of this Council is hereby authorized and directed to **immediately certify and release this Ordinance and that Parish employees and officials are authorized to carry out the purposes of this Ordinance, both without further reading and approval by the Plaquemines Parish Council.**"   I attach the Ordinance again for your review as well as a link to the video of the reading of the fee agreement to the Council prior to the vote on the Ordinance." Hence, the Council voted on the ordinance with full knowledge of the terms of the contract, they bestowed legislatively the President with the full power to negotiate and execute the contract and they waived specifically any further reading or approval of the Ordinance.  Of course the Ordinance was

1


EXHIBIT L

later amended adding King Krebs to the same contingency fee agreement which had been read to the Council earlier.    And of course then the law firms relied upon the contracts and went forward and performed work.

Once again the law firms in this case worked for what amounted to a 12.7 % contingency fee, **the lowest of any parish which retained attorneys**.  On Monday  without any notice to our firms President Cormier announced that our held fees are being budgeted into the Parish's future projections after our firms have worked for seven years and invested over $600,000 of our own money, is, to say the least troubling.  The fact that the Parish Attorney has refused to speak to Henry King despite repeated phone calls and emails to clarify what, if any legal position there is to without our costs and fees, is further, at least to this lawyer, troubling.  Finally, that the Parish Attorney has failed to articulate what document or documents the office believes is necessary to confect a contingency fee contract with the Parish or are deficient from your request and which provides any concrete justification for holding our fee and costs is, at least to this lawyer, something that I have never encountered before with a client and I have been counsel to multiple public entities.

Finally we believe we have honorably represented Plaquemines Parish in this matter as we have for past 15 years.

We respectfully please ask that you reconsider your position and release the costs and fees owed our collective firms.

Thank you

Scott R. Bickford

Scott R. Bickford
Martzell, Bickford & Centola
338 Lafayette St.
New Orleans, LA 70130
Phone : 504-581-9065
Fax : 504-581-7635
SRB@MBfirm.com



Confidentiality Notice: The information contained in this e-mail (and/or the documents accompanying it) is private and confidential information belonging to the sender which may be protected by the attorney-client privilege, attorney work product or other legal privileges. Delivery of this message to any person other than the intended recipient is not intended

in any way to waive privilege or confidentiality. The information is intended only for the use of the individual(s) identified above and others who have been specifically authorized to receive it. If you are not the intended recipient or believe that you have received this communication in error, do not print, copy, retransmit, disseminate, or otherwise use the information. If you have received the transmission in error, please alert the sender that you have received this email by reply e-mail and delete the copy you received. Thank you.