UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | CIVIL ACTION NO: 2:10-md-02179  SECTION "J"  JUDGE BARBIER |
| This document applies to: *2:13-cv-02964-CJB-JCW* | | MAGISTRATE JUDGE WILKINSON |

### DEFENDANTS PLANT PERFORMANCE SERVICES, LLC AND FLUOR ENTERPRISES, INC.'S RESPONSE TO MOTION TO ALTER, AMEND OR CORRECT JUDGMENT AND FOR OTHER RELIEF PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 59(e) IN RESPONSE TO JUDGMENT ENTERED 7/31/2017 (DOC. # 5)

Defendants Plant Performance Services, LLC ("P2S") and Fluor Enterprises, Inc. ("Fluor") hereby respond to the Motion to Alter, Amend or Correct Judgment and for Other Relief Pursuant to Federal Rules (sic) of Civil Procedure 59(e) filed on behalf of Plaintiff Steven Burke, Doc. 23212 ("Burke's Motion").  Burke's Motion is in substance the same as the Motion to Alter, Amend or Correct Judgment and for Other Relief Pursuant to Federal Rules of Civil Procedure 59(e) and 60, Doc. 23087, which was filed on behalf of all Plaintiffs in *Abney, et al. v. Plant Performance Services, LLC, et al.*, No. 2:13-cv-00582 (E.D. La.), and *Abood, et al. v. Plant Performance Services, LLC, et al.*, No. 2:13-cv-02964 (E.D. La.) ("Plaintiffs' Motion"). Burke was a plaintiff in *Abood*.

P2S and Fluor demonstrated in their Response to Plaintiffs' Motion, Doc. 23157, that all of the *Abney* and *Abood* Plaintiffs' claims against P2S and Fluor are properly subject to dismissal with prejudice for noncompliance with Pretrial Order 63 ("PTO 63") with respect to those claims.  Burke simply repeats the same erroneous arguments made in Plaintiffs' Motion.  In response to Burke's Motion, P2S and Fluor therefore incorporate by reference their Response to

DB1/ 93276998.1

Plaintiffs' Motion. For the reasons stated in P2S and Fluor's Response to Plaintiffs' Motion, P2S and Fluor respectfully request that the Court deny Burke's Motion to alter, amend, or correct the dismissal with prejudice of his claims against P2S and Fluor.

Dated this 14th day of August, 2017.

    Respectfully submitted,

*/s/ Anne Marie Estevez*
ANNE MARIE ESTEVEZ
  Florida Bar No. 991694
JOSEPH D. MAGRISSO
  Florida Bar No. 105352
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Telephone:  (305) 415-3330
Fax No.:  (877) 432-9652

Attorneys for Defendants,
PLANT PERFORMANCE SERVICES, LLC
and FLUOR ENTERPRISES, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2017.

                                          */s/ Anne Marie Estevez*
                                          ANNE MARIE ESTEVEZ