## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL 2179
   "Deepwater Horizon" in the
   Gulf of Mexico, on
   April 20, 2010                    SECTION "J"

This Document Relates to:                    JUDGE BARBIER
Nos. 12-970, 15-4143, 15-4146 & 15-4654      MAG. WILKINSON

### <u>NOTICE OF MANUAL ATTACHMENT</u>

Martzell Bickford & Centola, APC, David Landry Esq. and King, Krebs & Jurgens, P.L.L.C. (collectively, "Special Counsel"), herein provides their Notice of Manual Attachment in connection with its Motion to for Attorneys' Fees and Costs, filing the following documents into the file with the Clerk's office:

- Exhibit 1 is a DVD containing a videotape recording of the Plaquemines Parish Council meeting referenced in Footnote 2 of Special Counsel's Memorandum in Support of Motion for Fees and Costs Pursuant to Contingency Fee Agreement (Rec. Doc. 23257).

       Respectfully Submitted,

       */s/Henry King*
       **HENRY A. KING (#7393)**
       **MICHAEL L. VINCENZO (#23965)**
       **King, Krebs & Jurgens, PLLC**
       hking@kingkrebs.com
       mvincenzo@kingkrebs.com
       201 St. Charles Avenue, 45th Floor
       New Orleans, LA  70170
       504-582-3800 Telephone
       504-582-1233 Fax

*/s/Scott R. Bickford*

**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

AND

*/s/David Landry*

**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
2landry@cox.net
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Manual Attachment was served electronically and personally with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2017.  Copies are also being transmitted via email and certified mail to the Plaquemines Parish Attorney and Plaquemines Parish President.


*/s/Henry King*