UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** |
| | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *No. 12-970* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

IT IS ORDERED that Claimant 100018344's Motion for Extension of Time and for Leave of Court to Submit Request for Discretionary Court Review (Rec. Doc. 22783) is DENIED.

Furthermore, even if the Court were to permit the Claimant to submit a late request for discretionary review, the Court would deny the request for discretionary review.

New Orleans, Louisiana, this 11th day of August, 2017.

_____
United States District Judge