# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

June 18, 2011

NEIL NAZARETH
c/o MARTZELL & BICKFORD
338 LAFAYETTE STREET
NEW ORLEANS, LA 70130

**RE: Denial Letter on Interim Payment/Final Payment Claim**
**ULTRA WIRELINE SERVICES, LLC**
**Claimant ID: 3045109**

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

***All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.***

You have filed one or more Claim Forms with the GCCF. This Denial Letter ("Letter") is an official notification from the GCCF. This letter addresses any Interim Payment and/or Full Review Final Payment Claim Form you have filed to date on which you have not previously received a final determination.

The GCCF has reviewed the Interim Payment and/or Full Review Final Payment Claim Form that you submitted, and your claim is denied for the following reason(s):

| | |
|---|---|
| Lost Profits & Lost Earning Capacity - Business | To receive an Interim Payment or a Final Payment, each claimant must demonstrate both actual financial loss and a connection between that loss and the Oil Spill. Under the Final Rules Governing Eligibility and Substantiation Criteria followed by the GCCF (available on the GCCF website, www.gulfcoastclaimsfacility.com), the GCCF reviews each claim to determine whether the claimant has established financial losses caused by the Oil Spill. In its review, the GCCF takes into account evidence of the connection between the asserted loss and the Oil Spill, the nature of the claimant's job or business, and the extent to which the claimant's job or business depends on Gulf resources affected by the Oil Spill. In weighing these factors, the GCCF has determined that you did not demonstrate that you lost profits or income as a direct result of the Oil Spill. |

JUN 23 2011

If you disagree with the GCCF's denial of your Interim Payment or Final Payment claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at **www.uscg.mil/npfc/claims** . Information regarding the multidistrict litigation may be obtained from the court's website at **www.laed.uscourts.gov**.

If you have any questions about this Letter, you can either visit a GCCF Site Office where local personnel have been retained by the GCCF and are now in place at GCCF Site Offices throughout the Gulf region, or speak to the GCCF Claims Review Specialist identified below who can answer questions about your claim, this Denial Letter, and the reason your claim is denied. For TTY assistance call 1-866-682-1758. For more efficient service, have this Letter and your GCCF Claimant Identification Number with you when you call or reference them in your email. If you are represented by an attorney, the GCCF will communicate directly with your attorney.

Your GCCF Claims Review Specialist is: Deanna 65669 at 1-800-353-1262.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility