UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **MARK RODGERS** Plaintiff, | * | C.A. No. 2:17-cv-05491 |
| **VERSUS** | * | SECTION J |
| **BP PLC, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, M-I, LLC, CAMERON INTERNATIONAL CORPORATION F/K/A COOPERCAMERON CORPORATION, ANADARKO PETROLEUM CORPORATION CO, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., AND HALLIBURTON ENERGY SERVICES, INC.,** Defendants. | * * * * * * * * * | MAG. JUDGE WILKINSON |

**MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING THE <u>CLAIMS OF MARK RODGERS</u>**

Plaintiff, Mark Rodgers, through undersigned counsel, hereby respectfully moves this Court pursuant to Rules 59(e) of the Federal Rules of Civil Procedure to reconsider the Court's July 19, 2017 Order (Rec.Doc. 23051) for the reasons more fully stated in the attached memorandum.

    Respectfully submitted,
    **MARTZELL, BICKFORD, & CENTOLA**

    */s/ Lawrence J. Centola, III*
    **LAWRENCE J. CENTOLA, III (#27402)**
    **CHRISTOPHER H. CARBINE (#36326)**
    338 Lafayette Street
    New Orleans, Louisiana 70130
    (504) 581-9065
    (504) 581-7635 (Fax)
    ljc@mbfirm.com
    chc@mbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of August, 2017.

**Counsel for BP**
Attn: J. Andrew Langan
**Kirkland & Ellis LLP**
300 North LaSalle St., Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

    */s/ Lawrence J. Centola, III*
    Lawrence J. Centola, III