UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| ROMY F. BEREL, III, Plaintiff, | * | CIVIL ACTION No. _____ |
| VERSUS | * | SECTION J |
| BP PLC, BP EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, M-I, LLC, CAMERON INTERNATIONAL CORPORATION F/K/A COOPERCAMERON CORPORATION, ANADARKO PETROLEUM CORPORATION CO, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., AND HALLIBURTON ENERGY SERVICES, INC., Defendants. | * * * * * * * * * | MAG. JUDGE WILKINSON |

## COMPLAINT

1.

On or about April 20, 2010, the Deepwater Horizon drilling platform exploded and sank, causing a spill ("Oil Spill") of over 200 million gallons of crude oil from the Macondo Well, MC-252, and resulting in the worst maritime environmental disaster in United States History.

2.

Plaintiff, Romy F. Berel, III, has suffered economic injury, damage, and/or losses as a result of the Oil Spill.

3.

Plaintiff brings this civil action as a related action in the matter entitled IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010, MDL No. 2179.

4.

Plaintiff, Romy F. Berel, III, is a resident and domiciliary of St. Tammany Parish, Louisiana and is an owner and member of Ultra Wireline Services, LLC, an entity incorporated in Louisiana with its principal place of business in Belle Chase, Louisiana. Plaintiff claims damages as set forth below.

5.

In filing this Complaint, Plaintiff hereby asserts by adoption and reference a claim in the Complaint and Petition of Triton Asset Leasing GmbH, et al., No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 244] to the Complaint and Petition of Triton Asset Leasing GmbH, et al., in No 10-2771; and intervenes into, joins and otherwise adopts the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10

md 2179), including any subsequent supplemental or amending complaints thereto. Please see Sworn Statement attached hereto as Exhibit A.

6.

Plaintiff brings this case against the following defendants:

a) BP Exploration & Production, Inc., a Delaware corporation with its principal place of business in Warrenville, Illinois. This Court has personal jurisdiction over BP Exploration because BP Exploration is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana;

b) BP America Production Company, a Delaware corporation with its principal place of business in Houston, Texas. This Court has personal jurisdiction over BP America because BP America is registered to do business in Louisiana, does business in Louisiana and has a registered agent in Louisiana;

c) BP p.l.c., a British public limited company with its corporate headquarters in London, England. This Court has general jurisdiction over BP p.l.c. pursuant to Louisiana's long arm general jurisdiction provision, in combination with Rule 4(k)(l)(A) of the Federal Rules of Civil Procedure.

BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. are referenced herein collectively as "BP."

7.

Jurisdiction and venue exist before this Court. Specific allegations of jurisdiction and venue as set forth in the Master Complaint, including any subsequent supplemental or amending complaints thereto, are adopted and pled herein.

Upon current information and belief, Plaintiff sustained injuries and damages from the BP Oil Spill as a result of the following factual circumstances:

Plaintiff's claim for damages results from a reduction in economic earnings caused directly by the Oil Spill. Plaintiff is an owner and member of Ultra Wireline Services, LLC, a company which regularly provided support and services to the oil and gas industry at the time of the Oil Spill. The Oil Spill resulted in a moratorium being placed on the oil and gas industry which

directly caused a reduction in Ultra Wireline Services, LLC's business. Plaintiff, as an owner and member of Ultra Wireline Services, LLC, suffered individual economic losses as a direct result of the moratorium caused by the Oil Spill.

8.

Plaintiff contends that Plaintiff's previous transmissions, communications, and/or claims made by Plaintiff to BP and/or BP's agents/representatives/administrators were sufficient to protect all of Plaintiff's rights in this matter, including the full satisfaction of the "Presentment" requirement under the Oil Pollution Act (OPA) to BP as the "Responsible Party" under OPA. The time period for BP to respond to Plaintiff's Presentment claim has expired, and BP either denied Plaintiff's claim or otherwise failed to accept or sufficiently respond to Plaintiff's demand. Accordingly, Plaintiff is entitled to file the instant Complaint.

9.

In addition to Plaintiff's other transmissions, communications and/or claims, Plaintiff, out of the abundance of caution, made and/or re-made claim Presentment in accord with 33 USC §2702(b) and §2713 by submitting a description of the claim with a "sum certain" demand and with supporting documentation to BP as the "Responsible Party" under OPA electronic transmission, on or about January 18, 2013. BP either denied Plaintiff's claims or otherwise failed to accept or respond within 90 days of Presentment. Plaintiff has thus satisfied the mandatory condition precedent to file this civil action under OPA.

10.

Plaintiff's claims for relief against each of the Defendants are adopted anew from the Master Complaint referenced above, including any subsequent supplemental or amending complaints thereto, and are incorporated and re-alleged herein. Said claims include, but are not

limited to, all applicable claims under the general maritime law and the Oil Pollution Act, as well as State Law Claims for Relief, Punitive Damages and Declaratory Relief.

11.

As a result of the Defendants' negligence, strict liability, gross negligence, willful and wanton conduct, and violations of applicable safety, construction or operating regulations/statutes, Plaintiff has sustained and will continue to sustain damages indefinitely into the future. Said damages sustained by Plaintiff and recoverable from the named Defendants include, but are not limited to, the following:

a) economic, income, property and compensatory damages;

b) punitive and/or exemplary damages;

c) pre-judgment and post-judgment interest at the maximum rate allowed by law;

d) attorneys' fees, claims preparation expenses, and costs of litigation;

e) declaratory and injunctive relief; and,

f) such other and further relief and damages available under all applicable state and federal laws, as well as any and all relief that the Court deems just and appropriate.

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly, severally and individually, for the injuries and damages as set forth above, any and all other and further relief and damages available under all applicable state and federal laws, and any general and equitable relief that the Court deems just and appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and against Defendants, as follows:

a) awarding Plaintiff actual damages, including compensatory and consequential damages, in an amount to be determined at trial;

b) awarding Plaintiff exemplary or punitive damages;

c) awarding Plaintiff pre-judgment and post-judgment interest at the highest lawful rates;

d) awarding Plaintiff such costs and disbursements as are incurred in prosecuting this action, including reasonable attorneys' and experts' fees; and,

e) granting Plaintiff such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial for any and all claims pled herein which a jury trial is available by law.

## WAIVER OF SERVICE

Plaintiff will request that defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

Respectfully submitted,

**MARTZELL, BICKFORD, & CENTOLA**

*/s/ Lawrence J. Centola, III*
**LAWRENCE J. CENTOLA, III (#27402)**
**CHRISTOPHER H. CARBINE (#36326)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)
ljc@mbfirm.com
chc@mbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of June, 2017.

**Counsel for BP**
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St.
Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

/s/ *Lawrence J. Centola, III*
Lawrence J. Centola, III

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ROMY F. BEREL, III

### DEFENDANTS
BP PLC, ET AL

(b) County of Residence of First Listed Plaintiff   St. Tammany
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130     504-581-9065

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff
☒ 3   Federal Question *(U.S. Government Not a Party)*
☐ 2   U.S. Government Defendant
☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Oil Pollution Act of 1990, 33 U.S.C. Sections 2701-2720, 46 U.S.C. Section 30101
Brief description of cause:
Claim made pursuant to the Oil Pollution Act of 1990 and/or General Maritime Law, and/or other causes of action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Carl J. Barbier
DOCKET NUMBER  2:10-md-02179-CJB-SS

DATE  06/02/2017
SIGNATURE OF ATTORNEY OF RECORD  /s/ Lawrence J. Centola, III

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Case 2:10-md-02179-CJB-DPC   Document 23265-2   Filed 08/15/17   Page 9 of 16
Case 2:17-cv-05490   Document 1-2   Filed 06/02/17   Page 1 of 7

Case 2:10-md-02179-CJB-JCW   Document 22390-1   Filed 03/17/17   Page 1 of 1

EXHIBIT A --- "OPT-OUT FORM"
(Regarding Claims in the Deepwater Horizon Economic and Property Damages Settlement Program that Are Subject to a "Moratoria Hold")

Instructions: Complete and submit this Opt-Out Form by **April 24, 2017** if you have an unresolved claim in the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") that is subject to a "Moratoria Hold" **and you wish to exclude that claim from the Settlement Program and proceed in litigation.**[1] If you have multiple claims in the Settlement Program, only some of which are subject to a "Moratoria Hold," the claims that are not subject to the "Moratoria Hold" will remain in the Settlement Program. The Opt-Out From must be signed by the Claimant or the Claimant's Authorized Representative; the Claimant's attorney may not sign this form. There are two ways to submit this Opt-Out Form:

| Email the Opt-Out Form to: | Mail the Opt-Out Form to: |
|---|---|
| questions@dhecc.com | Deepwater Horizon Court-Supervised Settlement Program<br>Exclusions Department<br>P.O. Box 10272<br>Dublin, OH 43017-5772<br><br>(Must be postmarked by April 24, 2017) |

Claimant's Name: ROMY F. BEREL, III

Claimant ID:

Claim ID(s): BP - 1004160-01

Claimant Address: 2934 PALM CIRCLE

SLIDELL, LA 70458

"I wish to have the Claim(s) identified above excluded from the Deepwater Horizon Economic and Property Damages Settlement Program."

*/s/ Romy F. Berel*
Signature of Claimant or Claimant's
Authorized Representative
(Claimant's attorney may not sign)

---

[1] Note: To proceed in litigation, you must, in addition to completing and submitting this Opt-Out Form, file an individual complaint and Sworn Statement that substantially complies with Pretrial Order No. 60 (C.A. no. 10-md-2179, Rec. Doc. 16050) by June 23, 2017.

Case 2:10-md-02179-CJB-DPC   Document 23265-2   Filed 08/15/17   Page 10 of 16
Case 2:17-cv-05490   Document 1-2   Filed 06/02/17   Page 2 of 7
Case 2:10-md-02179-CJB-JCW   Document 16050-1   Filed 03/29/16   Page 1 of 3

## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SWORN STATEMENT** FOR DISCLOSURES REGARDING REMAINING NON-GOVERNMENTAL ECONOMIC LOSS AND PROPERTY DAMAGE CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Berel | Romy | F. | |

| Phone Number | E-Mail Address |
|---|---|
| 504-235-8009 | skip@ultraws.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 2934 Palm Circle | Slidell, LA 70458 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola, APC | ljc@mbfirm.com |

Any prior Mailing Address used by Plaintiff from April 2010 to present?

No.

Any prior name used by Plaintiff from April 2010 to present?

No.

The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff:

7655

Please indicate your status:

☒ Properly opted out of the Economic and Property Damages Settlement*

☐ Not a member of the Economic and Property Damages Settlement Class

☐ Member of the Economic and Property Damages Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A

Case 2:10-md-02179-CJB-DPC   Document 23265-2   Filed 08/15/17   Page 11 of 16
Case 2:17-cv-05490   Document 1-2   Filed 06/02/17   Page 3 of 7
Case 2:10-md-02179-CJB-JCW   Document 16050-1   Filed 03/29/16   Page 2 of 3

**You are pursuing a claim against at least one B1 Defendant by way of** (*select all that apply*):

☒ Joinder in the Amended B1 Master Complaint (Rec. Doc. 1128)*

☒ Individual Action, (including a new action filed because plaintiff previously only had short form joinder on file), Eastern District of Louisiana Case No. __10-8888 & 10-2771__.

☐ Individual Action filed because plaintiff previously was part of mass-joinder Complaint; list both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No. _____

☐ Other: _____

* A copy of your timely Short Form Joinder(s) (and any Plaintiff Profile Form(s)) must be included with your service of this Exhibit A.

**Presentment:**

Did you, the plaintiff seeking relief, present this claim at least 90 days prior to filing a lawsuit or joining the B1 Complaint?

    Yes __X__.   No _____.

If Yes, please identify:

1. The program to which presentment was made by the plaintiff: __BP - Claim No. 1004160-01__

2. The date of presentment (MM/DD/YYYY): __01__ / __18__ / __2013__.

3. The claim number(s) (if available). __Claim No. 1004160-01__.

4. Did you execute a release of your claims upon receiving payment through any claims program:

    Yes _____.   No __X__.

*If you need more space to detail your response, please attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____
_____
_____

2

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: May 31, 2016

Location (City and State): Slidell, Louisiana

_____
Signature of Plaintiff (Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)

ROMY F. BEREL III
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before May 2, 2016. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steve Herman or Jim Roy |
| Kirkland & Ellis LLP | The Exchange Centre, Suite 2000 |
| 300 North LaSalle St., | 935 Gravier Street |
| Suite 2400 | New Orleans, LA 70112 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

3

Case 2:10-md-02179-CJB-DPC   Document 23265-2   Filed 08/15/17   Page 13 of 16
Case 2:17-cv-05490   Document 1-2   Filed 06/02/17   Page 5 of 7
Case 2:10-cv-08888-CJB-JCW   Document 132064   Filed 04/19/13   Page 1 of 3

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION - JOINDER IN MASTER ANSWER - INTERVENTION AND JOINDER IN MASTER COMPLAINTS - PLAINTIFF/CLAIMANT PROFILE FORM**

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| BEREL | ROMY, III | F | |

| Phone Number | E-Mail Address |
|---|---|
| 504-235-8809 | |

| Address | City / State / Zip |
|---|---|
| 2934 PALM CIRCLE | SLIDELL, LA 70458 |

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☐ |
|---|---|
| Employer Name<br>ULTRA WIRELINE SERVICES, LLC (SELF-EMPLOYED) | Business Name |
| Job Title / Description<br>OWNER/PRESIDENT | Type of Business |
| Address<br>9623 HIGHWAY 23 | Address |
| City / State / Zip<br>BELLE CHASSE, LA 70037 | City / State / Zip |
| Last 4 digits of your Social Security Number<br>7855 | Last 4 digits of your Tax ID Number |

| Attorney Name | Firm Name |
|---|---|
| LAWRENCE J. CENTOLA, III | MARTZELL & BICKFORD |
| Address<br>338 LAFAYETTE STREET | City / State / Zip<br>NEW ORLEANS |
| Phone Number<br>504-581-9065 | E-Mail Address<br>ljc@mbfirm.com |

| Claim filed with BP? YES ☑ NO ☐ | Claim Filed with GCCF?: YES ☐ NO ☑ |
|---|---|
| If yes, BP Claim No.: 1004160-01 | If yes, Claimant Identification No.: |

Claim Type (Please check all that apply):
☐ Damage or destruction to real or personal property
☑ Earnings/Profit Loss
☐ Personal Injury/Death
☐ Fear of Future Injury and/or Medical Monitoring
☐ Loss of Subsistence use of Natural Resources
☐ Removal and/or clean-up costs
☐ Other:

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:10-md-02179-CJB-DPC   Document 23265-2   Filed 08/15/17   Page 14 of 16
Case 2:17-cv-05490   Document 1-2   Filed 06/02/17   Page 6 of 7
Case 2:10-cv-08888-CJB-JCW   Document 132064   Filed 04/19/13   Page 2 of 3

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

ULTRA WIRELINE SERVICES, LLC PROVIDES SUPPORT AND SERVICES TO THE OIL & GAS INDUSTRY. THE ECONOMIC HARDSHIP CAUSED BY THE DEEPWATER HORIZON EXPLOSION AND SUBSEQUENT OIL SPILL CAUSED A MORATORIUM. THIS MORATORIUM DIRECTLY EFFECTED AND CAUSED ULTRA WIRELINE SERVICES' CUSTOMERS TO CEASE OPERATIONS. THIS DIRECTLY CAUSED A REDUCTION IN ULTRA WIRELINE SERVICES' BUSINESS AND SUBSEQUENT ECONOMIC LOSS TO THE COMPANY. AS OWNER/PRESIDENT OF ULTRA WIRELINE SERVICES, MR. BEREL INCURRED AN INDIVIDUAL ECONOMIC LOSS.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Case 2:10-md-02179-CJB-DPC   Document 23265-2   Filed 08/15/17   Page 15 of 16
Case 2:17-cv-05490   Document 1-2   Filed 06/02/17   Page 7 of 7
Case 2:10-cv-08888-CJB-JCW   Document 132064   Filed 04/19/13   Page 3 of 3

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [ ] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [x] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [ ] 11. Other:_____

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [ ] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [ ] 5. Resident who lives or works in close proximity to coastal waters.
- [ ] 6. Other:_____

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

LAWRENCE J. CENTOLA, III
Print Name

4-19-13
Date

3

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

# Judy M. Heinrich

**From:** Receptionist
**Sent:** Friday, June 2, 2017 11:31 AM
**To:** Judy M. Heinrich
**Subject:** FW: Activity in Case 2:17-cv-05490 Berel, III v. BP PLC et al Complaint

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Friday, June 2, 2017 11:29 AM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:17-cv-05490 Berel, III v. BP PLC et al Complaint

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Centola, Lawrence on 6/2/2017 at 11:29 AM CDT and filed on 6/2/2017

**Case Name:** Berel, III v. BP PLC et al
**Case Number:** 2:17-cv-05490
**Filer:** Romy F Berel, III
**Document Number:** 1

Docket Text:
**COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-6187628) filed by Romy F Berel, III. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit A)Attorney Lawrence J. Centola, III added to party Romy F Berel, III(pty:pla).(Centola, Lawrence)**

**2:17-cv-05490 Notice has been electronically mailed to:**

Lawrence J. Centola , III    lcentola@mbfirm.com, usdcedla@mbfirm.com

JUN -2 2017

**2:17-cv-05490 Notice has been delivered by other means to:**

1