

APRIL 5, 2013

MARTZELL & BICKFORD, APC
LAWRENCE CENTOLA, III
338 LAFAYETTE ST
NEW ORLEANS, LA 70130-3244

Re:   *Claim Determination Notification*
      Claim Number: 1004160-01

Dear LAWRENCE CENTOLA, III:

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of ROMY F BEREL, III in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1] Among the reasons for BP's conclusion are that it has not been demonstrated that the claimed losses resulted from the Deepwater Horizon Incident.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

APR 10 2013