UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL 2179 |
| "Deepwater Horizon" in the | |
| Gulf of Mexico, on April 20, 2010 | SECTION "J" |
| | |
| This Document Relates to: | JUDGE BARBIER |
| No. 2:11-cv-00916 | MAG. WILKINSON |
| *Parish of Plaquemines v. BP PLC, et al* | |

**PLAQUEMINES PARISH SPECIAL COUNSEL'S MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT**

NOW INTO COURT come Martzell Bickford & Centola, A.P.L.C., King Krebs, P.L.L.C., and David Landry (hereinafter "Special Counsel"), who respectfully move for attorney fees and costs pursuant to their contingency fee contract with Plaquemines Parish government. For all of the reasons set forth in the attached memorandum in support, Special Counsel request that their motion be granted.

Respectfully Submitted,

*/s/Scott R. Bickford*      _
**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

{N1358176 -}

/s/Henry King
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
hking@kingkrebs.com
mvincenzo@kingkrebs.com
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
504-582-3800 Telephone
504-582-1233 Fax

AND

/s/David Landry
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
2landry@cox.net
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Fees and Costs was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15$^h$ day of August, 2017. Copies are also being transmitted via email and certified mail to the following:

Amos Cormier, III
Plaquemines Parish President
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA  70037

Peter A. Barbee, Esq.
Parish Attorney

{N1358176 -}

Plaquemines Parish Government

8056 Hwy 23, Suite 200

Belle Chasse, LA  70037

                                                  */s/Scott R. Bickford*