UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Relates to:**<br>No. 2:11-cv-00916<br>*Parish of Plaquemines v. BP PLC, et al.* | **JUDGE BARBIER**<br>**MAG. WILKINSON** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement will be submitted for decision on August 30, 2017, at 9:30 a.m., to the Honorable Carl Barbier, Section "J," United States Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully Submitted,

*/s/Scott R. Bickford*
**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**usdcedla@mbfirm.com**
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

*/s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
**hking@kingkrebs.com**
**mvincenzo@kingkrebs.com**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
504-582-3800 Telephone
504-582-1233 Fax

{N1358177 -}

AND

*/s/David Landry*      
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
[2landry@cox.net](mailto:2landry@cox.net)
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Submission for Motion for Fees and Costs was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of August, 2017.  Copies are also being transmitted via email and certified mail to the following:

Amos Cormier, III
Plaquemines Parish President
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA  70037

Peter A. Barbee, Esq.
Parish Attorney
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA  70037

                                    */s/Scott R. Bickford*

{N1358177 -}