UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to:<br>No. 2:11-cv-00916<br>*Parish of Plaquemines v. BP PLC, et al* | JUDGE BARBIER<br>MAG. WILKINSON |

## NOTICE OF MANUAL ATTACHMENT

Martzell Bickford & Centola, APC, David Landry Esq. and King, Krebs & Jurgens, P.L.L.C. (collectively, "Special Counsel"), herein provides their Notice of Manual Attachment in connection with its Motion to for Attorneys' Fees and Costs, filing the following documents into the file with the Clerk's office:

- Exhibit 1 is a DVD containing a videotape recording of the Plaquemines Parish Council meeting referenced in Footnote 2 of Special Counsel's Memorandum in Support of Motion for Fees and Costs Pursuant to Contingency Fee Agreement (Rec. Doc. 23257).

Respectfully Submitted,

*/s/Scott R. Bickford*
**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

/s/Henry King_____
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
hking@kingkrebs.com
mvincenzo@kingkrebs.com
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
504-582-3800 Telephone
504-582-1233 Fax

AND

/s/David Landry_____
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
2landry@cox.net
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Manual Attachment was served electronically and personally with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of August, 2017.  Copies are also being transmitted via email and certified mail to the Plaquemines Parish Attorney and Plaquemines Parish President.

/s/Scott R. Bickford

{N1358473 -}                                                   2