IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This document relates to:  No.:2:13-cv-00456-CJB-SS | Judge Barbier<br>Mag. Judge Shushan |

### DEFENDANT KNIGHT'S MARINE & INDUSTRIAL SERVICE, INC.'S MOTION TO ALTER OR AMEND ORDER AS TO COMPLIANCE WITH PRETRIAL ORDER NO. 63

COMES NOW, Knight's Marine & Industrial Services, Inc., ("Knight's Marine") by and through their counsel of record, Franke & Salloum, LLC, and pursuant to Rule 59 of the Federal Rules of Civil Procedure and hereby moves the Court to alter or amend its Order as to compliance with Pretrial Order No. 63 [Doc. 23047] and find that Plaintiff Michael Brandon Vickers failed to comply with PTO 63, and that his individual lawsuit against Knight's Marine should be dismissed with prejudice.  Knight's Marine's Motion is supported by their Memorandum in Support, which is incorporated by reference as though set forth in its entirety herein.

Respectfully submitted, this the 15th day of August, 2017.

                                                     KNIGHT'S MARINE & INDUSTRIAL
                                                     SERVICES, INC., DEFENDANT

                                                     BY:    FRANKE & SALLOUM, LLC

                                                     BY:    s/Fredrick B. Feeney, II
                                                               FREDRICK B. FEENEY, II
                                                               MS STATE BAR NO. 5168
                                                               NATHAN L. BURROW
                                                               MS STATE BAR NO. 102865

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
EMAIL: fbf@frslaw.com
             nlb@frslaw.com

## CERTIFICATE OF SERVICE

I, Fredrick B. Feeney, II, of the law firm of Franke & Salloum, PLLC, do hereby certify that I have this day electronically filed the foregoing Motion to Alter or Amend Order as to Compliance with Pretrial Order No. 63 with the Clerk of the Court using the ECF system, and served the same by using LexisNexis File & Serve in accordance with Pretrial Order No. 12, which sent notice of filing to all counsel of record.

THIS, the 15th day of August, 2017.

                                           s/Fredrick B. Feeney, II
                                           FREDRICK B. FEENEY, II
                                           MS STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
EMAIL: fbf@frslaw.com