## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL VICKERS | * | CIVIL ACTION NO.: 2:13-cv-00304 |
| | * | |
| versus | * | JUDGE:   Carl J. Barbier |
| | * | |
| BP EXPLORATION & PRODUCTION, INC., | * | MAGISTRATE: Joseph C. Wilkinson, Jr. |
| BP AMERICA PRODUCTION COMPANY, | * | |
| and BP P.L.C. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS

NOW COMES PLAINTIFF, Michael Vickers, who, pursuant to this Honorable Court's Pretrial Order No. 63, submits attached his Exhibit "A" Form for Disclosures Regarding Remaining Claim-Up, Medical Monitoring, and Post-April 20 Personal Injury Claims, Vessels of Opportunity Charter Claims, and All Other B3 Claims.

Respectfully submitted,

/s/ Timothy J. Falcon
TIMOTHY J. FALCON LA Bar No. 16909
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE LA Bar No. 24885
Email: jerry@falconlaw.com
JARRETT S. FALCON LA Bar No. 34539
Email: jarrett@falconlaw.com
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 341-8115



EXHIBIT 2

and

ALLEN W. LINDSAY, JR.
Florida Bar Roll No. 104956
E-Mail: awl@lal-law.com
LINDSAY & LINDSAY
5218 Willing Street
Milton, FL 32570
Telephone: 850.623.3200
Facsimile: 850.623.0104

*Attorneys for Plaintiff, Michael Vickers*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Filing of Sworn Statement for Disclosure of B3 Claims has been served on counsel as follows:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attention: J. Andrew Langan | Attention: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle Street, Suite 2400 | 820 O'Keefe Avenue |
| Chicago, IL   60654 | New Orleans, LA   70113 |

by placing same in the United States Mail, properly addressed, with first class postage prepaid, on this ___12th___ day of April, 2017 and all counsel of record via the Court's CM/ECF filing system.

/s/ Timothy J. Falcon

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Vickers | Michael | Brandon | |

| Phone Number | E-Mail Address |
|---|---|
| 251-~~675-7016~~ 228-0130 | vickersmichael129@gmail.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| 422 Bayou Sara Avenue | Saraland, Al 36571 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Knight's Marine & Industrial Services, Inc. | |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Timothy J. Falcon<br>Falcon Law Firm | tim@falconlaw.com |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address? 2010-2013 - 517 Simms Dr., Saraland, AL; 2013-15 - 422 Bayou Sara Ave, Saraland, AL (house burned down); 2015-16 - 217 Jill Lane, Satsuma, AL

Any prior name used by Plaintiff from April 2010 to present?
N/

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| | |

**Please indicate your status:**

☒ Properly opted out of the Medical Benefits Settlement*

☐ Not a member of the Medical Benefits Settlement Class

☐ Member of the Medical Benefits Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

---

**Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?**

☐ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

☐ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☒ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

---

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

☒ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. 2013-cv-0304 .

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

2

**You are pursuing a claim against at least one B3 Defendant for** *(select all that apply)*:

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

_____

☒ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: Dates of exposure were July 1, 2010 through August 6, 2010. The location was Galvatine Bay at the end of Landier Road in Gauthier, Mississippi.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: Breathing difficulties, kidney problems, peeling skin, skin rashes, skin irritation, respiratory problems, muscle cramps & spasms, swollen testicles, chest pains, heart racing, vision problems, and problems with left leg giving out.

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify: _____.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes _____. No ___X_____.

If Yes, please identify:

1. The claim number(s) (if available). _____.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes _____. No _____.

3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 3-30, 2017

Location (City and State): Saraland AL

_Michael Brandon Vickers_
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_Michael Brandon Vickers_
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

## OPT-OUT NOTIFICATION

Deepwater Horizon Medical Benefits Settlement
Opt Outs
935 Gravier Street
New Orleans, LA 70112

Please be advised that I wish to be excluded from the Medical Benefits Class in the Deepwater Horizon Medical Benefits Class Action Settlement in Case Number 2:10-md-2179 in the Eastern District of Louisiana.

DATED this __10__ day of __October__, 2012

Signature: _/s/ Michael B. Vickers_

Printed Name: Michael B. Vickers
Address: 517 Simms Drive
Saraland, AL 36571
DOB: 01/27/1982
Telephone No.: (251) 228-0130

APPROVED BY:

_/s/ Allen W. Lindsay, Jr._

Allen W. Lindsay, Jr.
Lindsay & Andrews, P.A.
Post Office Box 586
Milton, Florida 32572
(850) 623-3200
Facsimile: (850) 623-0104
Attorney for