IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Document Relates to:**<br><br>All Cases in Pleading Bundle B3<br><br>**Applies to:** | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |
| Khaled Omar Abdelfattah,<br><br>Plaintiff,<br><br>v.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., And Halliburton Energy Services, Inc.,<br><br>Defendants. | Civil Action No. 2:17-cv-03443<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## MOTION TO RECONSIDER

Plaintiff, Khaled Abdelfattah, by and through his undersigned counsel, hereby respectfully moves this Court pursuant to Rules 59(e) and 60(b) of the *Federal Rules of Civil Procedure* to reconsider its Order dated July 18, 2017, Document 23047 ("Order").

Nexsen Pruet, LLC and Douglas M. Schmidt, APLC represent over 700 individual plaintiffs who were formerly included in the B3 Pleading Bundle. These Plaintiffs opted out of the class settlements and timely filed complaints seeking compensation for their injuries pursuant to Pretrial Order ("PTO") No. 63, dated February 22, 2017. Plaintiff in the instant motion filed a complaint pursuant to PTO No. 63 that was deemed materially non-compliant by BP, and his claim has subsequently been dismissed with prejudice pursuant to the Court's Order. By and through

his undersigned attorneys, Plaintiff respectfully requests that this Court reconsider the Order dismissing his claim with prejudice pursuant to Rules 59(e) and 60(b) of the *Federal Rules of Civil Procedure*. Plaintiff filed a complaint and signed sworn statement pursuant to PTO No. 63, but the pleading was inappropriately deemed materially non-compliant by BP.

Pursuant to Rule 59(e), this motion is filed within 28 days after the entry of the Order, and within one year after the entry of the Order pursuant to Rule 60(b). Plaintiff requests relief from the Order under 60(b)(1) and 60(b)(6) due to mistake in the determination that his pleading was non-compliant, and the assertion that relief is justified as Plaintiff's claim was erroneously dismissed and he has not had an opportunity to present the merits. The grounds for these motions are more fully set forth in the Memorandum of Law in Support of this Motion and the Affidavit of Khaled Abdelfattah, filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court reconsider its Order of July 18, 2017.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE: 843.577.9440
FACSIMILE: 843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE: 504-482-5711
FACSIMILE: 504-482-5755
Dglsschmdt@yahoo.com
*Counsel for Plaintiff*

Dated:  August 15, 2017