# Exhibit B – Retainer Agreement

RETURN FIRST

# DOUGLAS M. SCHMIDT, APLC
# RETAINER AGREEMENT
# OIL SPILL/DISCHARGE

This Contract and Agreement was prepared on this the __1__ day of __April__, 2011, between

__Khaled__
First Name

__OMAR__
Middle Name

__ABDELFATTAH__
Last Name

Who may also be called "Client" and Douglas M. Schmidt, APLC whose address is 335 City Park Avenue, New Orleans, 70119 which shall be called "Law Firm."

## I.
## BASIS FOR CONTRACT

Redacted

## II.
## CLIENT'S COOPERATION

Redacted

III.
CONTINGENT FEE AGREEMENT

Redacted

IV.
EXPENSES FOR THE LAWSUIT

Redacted

V.
RESOLUTION OF CASE BY SETTLEMENT

Redacted

## VI.
## LIENS AND CHECKS

Redacted

## VII.
## FAVORABLE OUTCOME NOT GUARANTEED

Redacted

## VIII.
## NO PROMISE OF PAYMENT

Redacted

## IX.
## AMENDMENTS TO CONTRACT

Redacted

## X.
## VENUE

Redacted

## XI.
## VENUE

Redacted

XII.
## DISPUTE RESOLUTION BY BINDING ARBITRATION

Redacted

EXECUTED this the ___1___ day of __April__ 2011

APPROVED IN FULL BY THE FOLLOWING CLIENT:

___[signature]___
Signature

___Khaled___
First Name

___OMAR___
Middle Name

___ABDELFATTAH___
Last Name

___1436 Drake LN___
Street Address

___GrETNA, LA. 70056___
City, State, Zip Code

___504-298-4886___
Home telephone number

___3/17/1973___
Date of birth

___1237___
Social Security Number

Douglas M. Schmidt, Esq.
Attorneys at Law
335 City Park Ave.
New Orleans, Louisiana 70119
(800) 375-1193

___[signature]___
Douglas M. Schmidt, Esq.