## AFFIDAVIT OF KHALED OMAR ABDELFATTAH

I, Khaled Omar Abdelfattah, personally appeared before a notary public, and after being sworn, submit the following:

1. My name is Khaled Omar Abdelfattah.

2. My date of birth is March 17, 1973.

3. The last 4 digits of my social security number is 1237.

4. I reside in Gretna, Louisiana.

5. On April 13, 2017, my attorneys (Nexsen Pruet, LLC and Douglas Schmidt APLC) filed an individual complaint for medical damages relating to exposure of the Gulf of Mexico oil spill in the United States District Court of the Eastern District of Louisiana.

6. I personally signed the sworn statement included with this complaint.

7. My signature, below, is and always has been the word "noot". I transcribed this same signature on the sworn statement of the filed complaint.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Khaled Omar Abdelfattah

SWORN to before me,

This 4th day of August, 2017.

_____
Notary Public for Louisiana
My commission expires: Life



I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Today's date
Date: AUG, 4, 2017

Where you live
Location (City and State): GRETNA, LA.

Sign here
_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Print your name here
KHALED ABDELFATTAH
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Do not send this form to these people | Counsel for BP<br>Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attn: Steven J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |
|---|---|---|

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

4