# Exhibit A

## EXHIBIT A

**B1 Plaintiffs in Violation of 33 U.S.C.A. § 2713(a), (c) Who Failed to Respond to the Motion**

| CASE NO. | PLAINTIFFS |
|---|---|
| 10-cv-2771 | Louisiana Workers' Compensation Corporation |
| 16-cv-06349 | Dailey's Iron & Machine Works, Inc. |
| 16-cv-06334 | Midnite Energy, Inc. |
| 16-cv-07295 | Monster Heavy Haulers, LLC |
| 16-cv-07262 | Fred Gossen Company, LLC |
| 16-cv-06337 | The Carmel Group, Inc. |
| 16-cv-06383 | Finance Motors of Crowley, LLC |
| 16-cv-07269 | Hernandez Properties, LLC |
| 16-cv-06009 | James Crocker |
| 16-cv-06233 | Hilton Creel |
| 16-cv-06339 | Carmel Enterprises, LLC |
| 13-cv-01146<br>16-cv-04184 | Ballay, Braud & Colon, PLC |
| 16-cv-04104 | Sanderson Realty, Inc. |
| 16-cv-06384 | Deep South Machine, Inc. |
| 16-cv-06364 | Fred Gossen Carmel Foods, LLC |
| 15-cv-01943 | Williams Fabrication Inc. |
| 16-cv-07273 | Highway 14 Cattle Company |
| 16-cv-06017 | Barfield Produce, LLC |
| 16-cv-03927 | Ladner, Bunni J. |