# Exhibit B

## EXHIBIT B

**B1 Plaintiffs in Violation of 33 U.S.C.A. § 2713(a), (c) Who Responded to the Motion**

| CASE NO. | PLAINTIFFS |
|---|---|
| 13-cv-05369　13-cv-05371　16-cv-05862 | Kent McConaghy; Kara McConaghy |
| 13-cv-02791　16-cv-06309 | Omar Garcia |