

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br>Clinton F. Smith, et al.,<br>Case No.: 2:10-md-02179-CJB-SS<br>MEDICAL CLAIMANTS | DISTRICT JUDGE BARBIER<br>MAG. JUDGE WILKINSON<br>MAG JUDGE SHUSHAN |

# MOTION FOR EQUITABLE INTERPRETATION AND IMPLEMENTATION OF THE MEDICAL BENEFITS SETTLEMENT

MAY IT PLEASE THE COURT:

The undersigned counsel, GREER LAW FIRM, moves this Honorable Court for Equitable Interpretation and Fair Administration of the Medical Settlement Agreement, and requests a hearing before the Honorable Carl Barbier.

- **JURISDICTION**

This court has continuing and exclusive jurisdiction over this matter as well as the authority to entertain this motion as determined by the Medical Settlement Agreement ("MSA"), which contains the following language: "any disputes or controversies arising out of or related to the interpretation, implementation, administration, and enforcement of this MEDICAL SETTLEMENT AGREEMENT shall be made by motion to the COURT."

- **INTRODUCTION**

We are requesting judicial interpretation of the Medical Settlement Agreement(MSA)

1

and the "Specified Physical Condition Matrix" (SPC MATRIX). Judicial guidance is needed to enable the Class Administrator to carry out the intent of the parties to the Settlement Agreement.

## REASONS FOR EQUITABLE RELIEF

The parties to the MSA could never have envisioned the claims process would begin and continue for over <u>two years</u> under one set of instructions and assumptions expressed and given verbally by the staff of the Claims Administrator and then totally change in such a way that most claimants would ultimately receive an award (if any) which was only 3% to 9% of what was agreed to for chronic conditions in the settlement agreement. The drafters of the SPC MATRIX anticipated that the injured parties would be allowed to seek a diagnosis after April 16, 2012 which would qualify them for the compensation set forth in the SPC MATRIX. Delaying any mention of the date of diagnosis issue for over 2 years and then not notifying each claimant in writing of the change in a timely manner was grossly unfair and requires equitable relief from the Court. The relief requested in this motion, if granted, will assist the administrator in carrying out the intent of the MSA.

## REQUEST FOR EQUITABLE REMEDIES

1. All claimants who now have in their possession a valid diagnosis prior to April 16, 2012, for conditions set forth in the "SPC MATRIX" should be allowed to submit their medical records to the Administrator and make needed amendments to their declaration to properly set forth the conditions for which they have a diagnosis. Because of the confusion surrounding the "date of diagnosis" time extensions need to be granted when necessary to accomplish this purpose.

2. We would ask the Court to uphold the requirements set forth on page 4 of the SPC MATRIX and allow claimants to qualify for compensation for Chronic Rhinosinusitis as outlined on this page.  Page 4 of the SPC MATRIX sets forth the "proof" necessary for Chronic Rhinosinusitis with a clear emphasis on the word "symptoms" as well as or as an alternative to the "defined condition." Any claimant having a "Chronic" diagnosis from a medical professional which meets the requirements set forth on Pages 4 and 5 of the SPC MATRIX should be granted a B-1 award by the claims administrator.

Respectfully submitted,

_____
Joseph Barton Greer
GREER LAW OFFICE
2939 Airport Blvd., 2-300
Mobile, AL  36609

# CERTIFICATE OF SERVICE

I hereby certify that the above foregoing Motion and Memorandum in support thereof has been served on All Counsel by electronically uploading same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __11th__ day of __June__, 20__17__.

_____
J. Barton Greer