Opposition
response
PTO 64
CSSP claimant
ID 100164490
Maritime claim



NO. 15-CV-4290          NO. 2179

Merchant
VS
BP

2017

P.T.O 60
Case no. 15-CV-04290
PTO 64 maritime claim

CSSP claimant
I.D. 100164490

I, Raymond Joe Merchant "asked the courts", Jude Barbier, Magistrate Judge Wilkinson to <u>denied</u> their attemp to dismiss my case!

Reason are I Havn't received any money or signed a release and as It is stated E&PD Book Page. 16. "<u>you don't have to opt out</u> of <u>E&PD settlement in order to preserve</u> or <u>purse the reserved claim"s</u>!

exHibit Ⓐ

TENDERED FOR FILING
AUG -- 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

bodily Injury claims.

Also Have opting out options papers exHibit (B)

Have medical papers exHibit (C)

and cocerning papers Subsistence exHibit (D)

What they done to my eviroment low Flounder count, can't eat mullet roe due to tar balls and mat with Flegh-eating batirium I think "I should be compensated!"

Ray J Mulrat

7,28,17

Raymond Joe Marchan

NO. 15-CV-4290

7, 28, 17

<u>Memorandum to denied B.P. dismissal claim</u>

Maritime PT.O 64

<u>Argument Summary</u>

First, applied claim of Economic. 10, 8, 10 Had lock in Hold, Issue, show what they asked, still wouldn't pay. Feinberg came to town. 80,000 people took quick claim. "Cause of sitting on claims". Feinberg threw copying machine away. Goverment shut them down.

D.W.H.C.C open up. "prove everything" Try to pay less about 8 x less was <u>Grand Father</u> in my claim, No Deal

Back when Feinberg was running the show I contacted Plaintiff Steering committee for short Form Joinder that give you option to sue in Health problem since the birds and Fish were not doing good! court number 104286 claimant no. 159539



PRIORITY MAIL

FROM:
Raymond J Merchant
606 NE 7th Street
Summerdale, Al 36580

TO:
United States District Court
Eastern District of Louisiana
500 Poydras Street,
Room C-151,
New Orleans, Louisiana 70130

JUL 29 17 AMOUNT $6.65

USPS TRACKING NUMBER
9505 5109 8481 7210 0469 08

Expected Delivery Day: 07/31/2017