## EXCLUDING YOURSELF FROM THE ECONOMIC & PROPERTY DAMAGES CLASS

If you do not want to participate in the E&PD Settlement and you want to keep all of your rights to sue BP and any of the Released Parties about the claims being resolved in the E&PD Settlement, then you must take steps to get out of the E&PD Class. This is called asking to be excluded from, or sometimes called "Opting Out" of, the class.

**23. If I do not want to participate in the Economic & Property Damages Settlement, what must I do?**

To exclude yourself or your Entity from (or Opt Out of) the E&PD Class, you must mail in a written request stating "I wish to be excluded from the Economic & Property Damages Class." Your written request must also include your printed name, address and phone number, and must be signed by you.

You must **mail** your written request postmarked by **October 1, 2012**, to:

> Deepwater Horizon Court-Supervised Settlement
> Exclusions Department
> PO Box 222
> Hammond, LA  70404-0222

You cannot ask to be excluded from the E&PD Settlement on the phone, by email, or on the website.

If you choose to Opt Out of the Economic Class, you must Opt Out for all claims you have that are included in the E&PD Settlement.

**You do not have to Opt Out of the E&PD Settlement in order to preserve or pursue these Reserved Claims:**

- Bodily Injury Claims;
- BP Shareholder Claims;
- Moratoria Loss Claims;
- Claims arising from the fishing, processing, selling, catching, or harvesting of menhaden or "pogy" fish;
- Certain Oil & Gas Industry Claims;
- Certain Gaming Industry Claims;
- Certain Banking, Financial and/or Insurance Industry Claims;
- Economic Damage claims based on employment in the following industries:
    - Banking, Financial and/or Insurance;
    - Oil & Gas;
    - Gaming;
- Claims for punitive damages against Halliburton and Transocean.

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**
600 Carondelet St.
Suite 802
New Orleans, LA 70130

*exHibit B*

July 14, 2011


104286
RAYMOND JOE MERCHANT
606 NEW 7TH ST
SUMMERDALE, AL 36580

This is to confirm that your short form joinder in regard to Transocean and the Deepwater Horizon Lawsuit has been received by the United States District Court for the Eastern District of Louisiana. Your Document Reference Number is:

**Court Number: 104286 - Claimant Number: 1595390**

You will be notified in the future of any deadlines or other significant events.

For potential updates, or to get more information, please call toll-free 1-877-435-4067 or visit the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm, or the Plaintiffs' Steering Committee website, www.bpmdl2179.com.

Sincerely,

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**

*class member with opting out options*