# Exhibit 1

**Plaintiffs that Failed to Respond to Release Motion**

| Remaining B1 Plaintiff | PTO 60 Case No. | Release Mot. Ex. |
|---|---|---|
| Lamulle Construction, L.L.C. | 16-cv-04181 | A |
| Alabama Roll, Inc. | 13-cv-02232 | A |
| Cephas Concrete (Patrick D Franklin, Sr.) | 16-cv-06003 | A |
| Cutting Horse Yachts, LLC d/b/a Chittum Skiffs | 16-cv-05831 | A |
| Fanguy, Barry Gene | 13-cv-01900 | A |
| Floyd, Sidney Rafael Jr. | 16-cv-03804 | A |
| Fred Gossen Co., LLC | 16-cv-07262 | A |
| Galbreath, Mitchell Lee | 13-cv-01626 | A |
| Harris Builders, LLC | 16-cv-05451 | A |
| Harry, Ryan C. | 16-cv-03878 | A |
| Kibbe & Company, Inc. | 13-cv-02677 | A |
| Lyons, Samuel Jay | 16-cv-05770 | A |
| Moxey, Nicole | 16-cv-05906 | A |
| O'Brien Crab Company (Stacie T. O'Brien) | 16-cv-04799 | A |
| Peyton Cottrell Interest, Inc. | 13-cv-01829 | A |
| RK Turbine Consultants, LLC | 16-cv-06980 | A |
| Alvin Morrissette | 16-cv-05116 | D |
| Andrew Armetta | 16-cv-06189 | D |
| Crowe Boats, L.L.C. | 13-cv-02436 | D |
| Randy's Trucking, Inc. | 13-cv-02435 | D |
| Richard Shindler (Abbott Arms Apartment Hotel) | 13-cv-02978 | D |
| Scott Alan Porter | 16-cv-04067 | D |
| Applewhite & Associates, Inc. | 13-cv-02863 | D |
| Jordan Pile Driving, Inc. | 16-cv-06102 | D |
| Bez Oysters & Seafood, Inc. | 16-cv-05703 | D |