# Exhibit 2

**Released Claims Subject to Dismissal**
**(Revised Exhibit A to Release Motion)**

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| Barber, Jelp | 16-cv-05533 | 100025380 | GCCF Release<br><br>(Plaintiff also submitted a Vessel of Opportunity charter claim to the CSSP, which claims were permitted under the Settlement Agreement notwithstanding a claimant's prior execution of a GCCF release, and thus was assigned a CSSP claim number.) |
| Blick, Richard Lee | 16-cv-04061 | | GCCF Release |
| Crabco (Jerry Wayne Tharp); Mr. Peeper's Best, LLC | 13-cv-01076 | | GCCF Release |
| Johnny's Clams, Inc. (Sheridan, John) | 16-cv-05541 | | GCCF Release |
| Lamulle Construction, L.L.C. | 16-cv-04181 | | GCCF Release |
| Seward, Richard Jr. | 16-cv-04072 | | GCCF Release |
| Seward, Richard Sr. | 16-cv-04068 | | GCCF Release |
| Alabama Roll, Inc. | 13-cv-02232 | 100035564 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Bailey, Patricia J. | 16-cv-03822 | 100016560 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Cephas Concrete (Patrick D Franklin, Sr.) | 16-cv-06003 | 100004484 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Cutting Horse Yachts, LLC d/b/a Chittum Skiffs | 16-cv-05831 | 100021009 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |

| **Remaining B1 Plaintiff** | **PTO 60 Case No.** | **CSSP Claimant ID** | **Reason for Release** |
|---|---|---|---|
| DDK Partners | 16-cv-07155 | 100339135 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Edwards, David | 16-cv-06696 | 100042106 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Fanguy, Barry Gene | 13-cv-01900 | 100064149 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Finance Motors of Crowley, LLC | 16-cv-06383 | 100141889 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Floyd, Sidney Rafael Jr. | 16-cv-03804 | 100015929 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Fred Gossen Co., LLC | 16-cv-07262 | 100301972 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Galbreath, Mitchell Lee | 13-cv-01626 | 100080802 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Gulf States Marine Technical Bureau, Inc. | 13-cv-01974 | 100107914 | Economic & Property Damages Class Member (alleges class membership, CSSP determination, no opt out or exclusion)<br><br>Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 13-01974, Sworn Statement (Rec. Doc. 5-1))<br><br>Alleged class membership in paragraphs 1-3 of complaint: "Gulf States Marine Technical Bureau, Inc.'s claims against the BP entities (described herein), are subject to the Economic and Property Damages Settlement Agreement" (Case No. 13-01974, Compl. ¶¶ 1-3 (Rec. Doc. 1)) |

| **Remaining B1 Plaintiff** | **PTO 60 Case No.** | **CSSP Claimant ID** | **Reason for Release** |
|---|---|---|---|
| Harris Builders, LLC | 16-cv-05451 | 100297218 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Harry, Ryan C. | 16-cv-03878 | 100015891 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Hoang, Dach Van | 16-cv-06071 | 100158191 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Innovations Federal Credit Union | 16-cv-06049 | 100177225 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion, alleges class membership) |
| Johnson, Cornelius | 16-cv-03828 | 100016536 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Johnson, Gilbert | 16-cv-03831 | 100016526 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Kibbe & Company, Inc. | 13-cv-02677 | 100329586 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Lyons, Samuel Jay | 16-cv-05770 | 100329245 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| March, James | 16-cv-03833 | 100016521 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| MB Industries, LLC | 16-cv-07286 | 100141347 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| MBI Global, LLC | 16-cv-07292 | 100150102 | Economic & Property Damages Class Member (alleges class membership, CSSP determination, no opt out or exclusion)<br><br>Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 16-07292, Sworn Statement (Rec. Doc. 1-1)) |

3

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| | | | Alleged class membership in paragraph 164 of complaint: "This lawsuit is filed in abundance of caution and as a preservation of all remaining claims that Plaintiff still holds and which have not been released and compromised. Plaintiff reserves all rights it has negotiated and agreed to in the Release and Settlement Agreement" (Case No. 16-07292, Compl. ¶ 164 (Rec. Doc. 1)) |
| Mead, Mark Edward* | 10-cv-03261 | 100004028 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Merchant, Raymond Joe* | 15-cv-04290 | 100164490 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Miramar Beach Property (Stephen L. Shivers, Sr.) | 16-cv-06363 | 100061987 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Moxey, Nicole | 16-cv-05906 | 100318918 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| O'Brien Crab Company (Stacie T. O'Brien) | 16-cv-04799 | 100004141 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Peyton Cottrell Interest, Inc. | 13-cv-01829 | 100130616 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| Pham, Tuoi | 16-cv-06200 | 100158192 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |
| RK Turbine Consultants, LLC | 16-cv-06980 | 100257407 | Economic & Property Damages Class Member (CSSP determination, no opt out or exclusion) |

\*   BP does not seek to dismiss this plaintiff's personal injury claims in the Release Motion.  To the extent any of the filed claims assert economic losses or property damage, however, BP asks that the Court dismiss those claims, which have been released.