# Exhibit 3

**Claims that May Be Subject to Dismissal upon CSSP Determination**
**(Revised Exhibit D to Release Motion)**

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| Adams Home of NW FL, Inc. | 13-cv-01494 | | Economic & Property Damages Class Member (alleges class membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission)<br><br>Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement and stated in Exhibit 1 that plaintiff "believes it is a class member" (Case No. 13-01494, Sworn Statement (Rec. Doc. 6))<br><br>Alleged class membership in paragraph 6 of complaint: "Plaintiff believes it is a member of the *Deepwater Horizon* Economic and Property Damages Settlement Class" (Case No. 13-01494, Compl. ¶ 6 (Rec. Doc. 1)) |
| Alton Rockford Meadows; Southern Appraisal Service | 13-cv-01746 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out) |
| Alvin Morrissette | 16-cv-05116 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out) |
| Andrew Armetta | 16-cv-06189 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out) |
| Applewhite & Associates, Inc. | 13-cv-02863 | | Economic & Property Damages Class Member (alleges class membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission) |

| **Remaining B1 Plaintiff** | **PTO 60 Case No.** | **CSSP Claimant ID** | **Reason for Release** |
|---|---|---|---|
| | | | Selected "Other" on PTO 60 Sworn Statement and added "Member of class and currently in claims process, but filed as a precaution" (Case No. 13-02863, Sworn Statement (Rec. Doc. 5)) |
| Bez Oysters & Seafood, Inc. | 16-cv-05703 | | Economic & Property Damages Class Member (alleges class membership, no opt out)<br><br>Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 16-05703, Sworn Statement (Rec. Doc. 1-2)) |
| Crowe Boats, L.L.C. | 13-cv-02436 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out) |
| Deep South Machine, Inc. | 16-cv-06384 | 100187857 | Economic & Property Damages Class Member (no opt out, CSSP determination, BP has appealed) |
| Jordan Pile Driving, Inc. | 16-cv-06102 | | Economic & Property Damages Class Member (alleges class membership, no opt out, BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission)<br><br>Selected "Member of the Economic and Property Damages Settlement Class" on PTO 60 Sworn Statement (Case No. 16-06102, Sworn Statement (Rec. Doc. 1-2)) |
| Randy's Trucking, Inc. | 13-cv-02435 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out) |
| Richard Shindler (Abbott Arms Apartment Hotel) | 13-cv-02978 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out) |

| Remaining B1 Plaintiff | PTO 60 Case No. | CSSP Claimant ID | Reason for Release |
|---|---|---|---|
| Scott Alan Porter | 16-cv-04067 | | Economic & Property Damages Class Member (BPCP directed plaintiff to CSSP upon reviewing plaintiff's claim submission, no opt out) |
| The Victorian Rental Pool | 14-cv-00331 | 100037212 | Economic & Property Damages Class Member (no opt out, CSSP determination, claimant has appealed) |