# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION J |
| This Document Relates To: | * * | JUDGE BARBIER <br> MAGISTRATE JUDGE WILKINSON |
| ALL CASES | * * | |

## ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company ("BP") for Leave to File Exhibit 4 to BP's Reply in Support of Motion as to Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle"):

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibit 4 to BP's Reply in Support of Motion as to Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle") is filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of August, 2017.

_____
**UNITED STATES DISTRICT JUDGE**