UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION J |
| This Document Relates To: | * * | JUDGE BARBIER <br> MAGISTRATE JUDGE WILKINSON |
| ALL CASES | * * | |

## ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company ("BP") for Leave to File Exhibit 4 to BP's Reply in Support of Motion as to Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle"):

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibit 4 to BP's Reply in Support of Motion as to Released Claims Pursuant to PTO No. 64, Section I.B1 ("B1 Bundle") is filed under seal pending further order of the Court.  BP is instructed to send copies of Exhibit 4 to counsel representing the plaintiffs identified in  Exhibit 4.

New Orleans, Louisiana this 16th day of August, 2017.

_____
United States District Judge