## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 2179 |
| THIS PLEADING APPLIES TO: | * * | SECTION "J" DISTRICT JUDGE CARL BARBIER |
| Kolian, et al. v. BP Exploration & Production Inc., et al. | * * * | |
| Danos, et al. v. BP Exploration & Production Inc., et al. | * * * | DIVISION "2" MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| Civil Action Nos.: 10-md-2179, 12-cv-02338, and 13-cv-3747 | * * | |

### ADRIATIC MARINE, LLC'S MOTION TO DISMISS CLAIMS OF B3 PLAINTIFF, JAMES MORGAN

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Adriatic Marine, LLC ("Adriatic"), who respectfully submits this Motion to Dismiss the Claims of B3 Plaintiff, James Morgan ("Morgan").[1]

Although Morgan named Adriatic as a defendant in Morgan's two original lawsuits (C.A. Nos. 12-2338, 13-3747), Morgan did not name or assert any claims against Adriatic in his recently filed individual action (*see* R. Doc. 1, in C.A. 17-3187), which was filed pursuant to Pretrial Order No. 63. Morgan has thus elected not to pursue any claims against Adriatic; however, at least one of his prior actions is technically still pending. Therefore, as set forth more

---

[1] This Motion mirrors the recent filings of the "Additional Clean-Up Responder Defendants," who have requested that the Court enter an order dismissing and closing the originally filed individual actions of certain plaintiffs on the basis that those plaintiffs did not assert any claims against the "Additional Clean-Up Responder Defendants" in their recently filed individual actions pursuant to Pre-Trial Order No. 63. (*See* R. Docs. 22926, 23046, 23094). There, as here, the same argument is made, and Morgan's claims against Adriatic should be dismissed.

{N3456251.2}

fully in the accompanying Memorandum in Support, Adriatic respectfully requests that the Court enter an order closing Morgan's previously filed lawsuits and dismissing Morgan's claims against Adriatic with prejudice.

Morgan's counsel was contacted regarding the filing of this Motion to Dismiss, but no response was received.

Respectfully submitted:

*/s/ William C. Baldwin*
JEFFERSON R. TILLERY (17831)
LANCE M. SANNINO (29409)
WILLIAM C. BALDWIN (31613)
Jones Walker LLP
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8315
Facsimile:      (504) 589-8315
*Attorneys for Defendant, Adriatic Marine, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by electronic filing, email and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 17th day of August, 2017.

*/s/ William C. Baldwin*

{N3456251.2}

2