UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 2179 |
| THIS PLEADING APPLIES TO: | * * | SECTION "J" DISTRICT JUDGE CARL BARBIER |
| Kolian, et al. v. BP Exploration & Production Inc., et al. | * * * | |
| Danos, et al. v. BP Exploration & Production Inc., et al. | * * * | DIVISION "2" MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| Civil Action Nos.: 10-md-2179, 12-cv-02338, and 13-cv-3747 | * * | |

**ADRIATIC MARINE, LLC'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CLAIMS OF B3 PLAINTIFF, JAMES MORGAN**

**MAY IT PLEASE THE COURT:**

Defendant, Adriatic Marine, LLC ("Adriatic"), respectfully submits this Memorandum in Support of its Motion to Dismiss the Claims of B3 Plaintiff, James Morgan ("Morgan").[1] Though Morgan named Adriatic as a defendant in Morgan's original lawsuits (C.A. Nos. 12-2338, 13-3747), Morgan did not name or assert any claims against Adriatic in his recently filed individual action (*see* R. Doc. 1, in C.A. 17-3187), which was filed pursuant to Pretrial Order No. 63. Morgan has thus elected not to pursue any claims against Adriatic; however, at least one of his prior actions is technically still pending.  Therefore, Adriatic respectfully requests that the Court

---

[1] This Motion mirrors the recent filings of the "Additional Clean-Up Responder Defendants," who have requested that the Court enter an order dismissing and closing the originally filed individual actions of certain plaintiffs on the basis that those plaintiffs did not assert any claims against the "Additional Clean-Up Responder Defendants" in their recently filed individual actions pursuant to Pre-Trial Order No. 63. (*See* R. Docs. 22926, 23046, 23094).  There, as here, the same argument is made, and Morgan's claims against Adriatic should be dismissed.

{N3456324.2}

enter an order closing Morgan's previously filed lawsuits and dismissing Morgan's claims against Adriatic with prejudice.

The only claims against Adriatic in this multi-district litigation ("MDL") were asserted by Morgan in *Kolian, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 12-2338), and *Danos, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 13-3747). Both actions were later consolidated with the MDL (C.A. No. 10-2179). On July 26, 2016, Morgan voluntarily dismissed his claims against Adriatic in the *Kolian* matter, without prejudice. (*See* R. Doc. 21173, in C.A. No. 10-2179). It should be noted, however, that the Notice of Voluntary Dismissal that Morgan's counsel filed into the record by was not signed by Morgan or his attorney(s) (*see id.*). Although the Notice of Voluntary Dismissal was accepted for filing into the record, and thus should be valid and binding, Adriatic seeks entry of an order dismissing Morgan's claims in *Kolian* with prejudice out of an abundance of caution.

On February 22, 2017, the Court entered Pretrial Order No. 63, which dismissed the Amended B3 Master Complaint in its entirety and required all remaining plaintiffs in the B3 Pleading Bundle, including Morgan, to file a Sworn Statement or an individual lawsuit no later than April 12, 2017 to preserve their claims. (R. Doc. 22295, in C.A. No. 10-2179, pp. 3–4). Pursuant to Pretrial Order No. 63, Morgan filed an individual lawsuit on April 11, 2017. (*See* R. Doc. 1, in C.A. No. 17-3187).[2] A review of Morgan's Complaint in Civil Action No. 17-3187 reveals that Morgan did not name Adriatic as a defendant, and did not assert any claims against Adriatic therein. (*See id.*). As Morgan is no longer pursuing any claims against Adriatic,

---

[2] For the Court's ease of reference, Morgan's Complaint in Civil Action No. 17-3187 is attached hereto as Exhibit "A."

{N3456324.2}

2

Adriatic requests that the Court enter an order closing the *Kolian* (C.A. No. 12-2338) and *Danos* (C.A. No. 13-3747) matters and dismissing, with prejudice, Morgan's claims against Adriatic in both the *Kolian* and *Danos* matters.[3]

Adriatic's request is not without precedent and is in line with a similar request by similarly situated B3 plaintiffs. On June 5, 2017, various "Additional Clean-Up Responder Defendants" sent an email requesting that the Court dismiss the claims of certain plaintiffs who did not assert claims against the "Additional Clean-Up Responder Defendants" in their recently filed individual complaints pursuant to Pretrial Order No. 63. (*See* R. Doc. 22926, in C.A. No. 10-2179). In other words, some B3 Plaintiffs asserted claims against the "Additional Clean-Up Responder Defendants" in their initial complaints, which were then consolidated with the MDL. (*See id.*). Those B3 Plaintiffs, however, did not assert any claims against the "Additional Clean-Up Responder Defendants" in their new complaints filed pursuant to Pretrial Order No. 63. (*Id.*). For that reason, the "Additional Clean-Up Responder Defendants" requested that the Court "dismiss and close the earlier lawsuits, since their clients are not named as defendants in the recently filed PTO 63 actions." (R. Doc. 23046, in C.A. No. 10-2179).[4] This request is still pending before the Court.

---

[3] Although Morgan previously dismissed his claims against Adriatic in the *Kolian* matter, the dismissal was without prejudice. (*See* R. Doc. 21173, in C.A. No. 10-2179). Furthermore, the Notice of Voluntary Dismissal was not signed by Morgan or his attorney(s), making it unclear whether the dismissal is truly effective. Adriatic, therefore, seeks a dismissal with prejudice of Morgan's claims against Adriatic in the *Kolian* matter, and in the *Danos* matter, for the sake of finality.

[4] It should be noted that BP was the only party to respond to the request of the "Additional Clean-Up Responder Defendants." (R. Doc. 22989, in C.A. No. 10-2179). In doing so, BP agreed with the "Additional Clean-Up Responder Defendants," noting that an individual complaint filed pursuant to Pretrial Order No. 63 "superseded" any previously asserted claims, which should be dismissed.

This Motion to Dismiss is no different from the foregoing situation. Although Morgan previously asserted claims against Adriatic in Civil Action Nos. 12-2338 and 13-3747, Morgan did not assert any claims against Adriatic in his recently filed lawsuit pursuant to Pretrial Order No. 63. (*See* R. Doc. 1, in C.A. No. 17-3187). Therefore, because Morgan is no longer pursuing any claims against Adriatic, Adriatic respectfully requests that this Court enter an order closing the *Kolian* (C.A. No. 12-2338) and *Danos* (C.A. No. 13-3747) matters and dismissing Morgan's claims against Adriatic in the *Kolian* and *Danos* matters, with prejudice. Morgan's counsel was contacted regarding the filing of this Motion to Dismiss, but no response was received.

Respectfully submitted:

*/s/ William C. Baldwin*
JEFFERSON R. TILLERY (17831)
LANCE M. SANNINO (29409)
WILLIAM C. BALDWIN (31613)
Jones Walker LLP
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8315
Facsimile: (504) 589-8315
*Attorneys for Defendant, Adriatic Marine, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by electronic filing, email and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 17th day of August, 2017.

*/s/ William C. Baldwin*

{N3456324.2}

4