UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 2179 |
| THIS PLEADING APPLIES TO: | * * | SECTION "J" DISTRICT JUDGE CARL BARBIER |
| Kolian, et al. v. BP Exploration & Production Inc., et al. | * * * | |
| Danos, et al. v. BP Exploration & Production Inc., et al. | * * * | DIVISION "2" MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| Civil Action Nos.: 10-md-2179, 12-cv-02338, and 13-cv-3747 | * * | |

**ORDER**

Considering the foregoing Motion to Dismiss the Claims of B3 Plaintiff, James Morgan, which was filed by Adriatic Marine, LLC, accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims against Adriatic Marine, LLC in the above-captioned multi-district litigation, Civil Action No. 10-md-2179, *Kolian, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 12-2338), and *Danos, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 13-3747) are hereby dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the following matters are closed: *Kolian, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 12-2338), and *Danos, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 13-3747).

{N3456390.1}

**IT IS FURTHER ORDERED** that the Clerk of Court is hereby directed to enter a copy of this Order in the individual member cases of *Kolian, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 12-2338), and *Danos, et al. v. BP Exploration & Production, Inc., et al.* (C.A. No. 13-3747).

NEW ORLEANS, Louisiana, this _____ day of August, 2017.

_____
JUDGE CARL J. BARBIER