UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | |
| **"Deepwater Horizon" in the** ) | **MDL NO. 2179; SECTION J** |
| **Gulf of Mexico, on April 20, 2010** ) | |
| ) | **JUDGE CARL J. BARBIER** |
| **This document relates to:** ) | |
| ) | **MAG JUDGE WILKINSON** |
| ) | |
| 2:16-cv-06175; 2:16-cv-06347 ) | |
| 2:12-cv-01422; 2:12-cv-11744; ) | |
| 2:16-cv-11716; 2:16-cv-09458; ) | |
| 2:16-cv-06610; 2:16-cv-06303; ) | |
| 2:16-cv-06335 ) | |
| ) | |

**PLAINTIFFS' MOTION TO EXPAND AND OR
REVISE THE ORDER (As to Remaining Cases in the B1 Bundle Following
PTO 60, PTO 64, and the Moratorium Hold OPT-OUT Order)**

Comes Now, Plaintiffs, Action Restoration, Inc., SGI Land Company, LLC, Ocean Flex OMTS, Wentzell Innovations DBA Chum Churn, Tommys Gulf Seafood, Luke Martin, Nelson Mast, Russell Lengacher, C-IV Ventures, Inc., James Glick, Jacob Glick, Loren Glick, and Tien Thi Hoang, and hereby request the Court to review this Motion and attached Memorandum and include Plaintiffs referenced in a revised or expanded Order outlining in fact these Plaintiffs were in compliance with PTO 60.

**I.**

The Plaintiffs listed in this Motion all complied fully with PTO 60 and/or any subsequent Court orders revising PTO 60. For some unknown reason they were not included in the Court's recent order outlining which cases had complied with PTO 60 and PTO 64. The

attached Memorandum in Support outlines the specific case details and why this Court should revise its recent Order to show that these cases are all fully compliant with PTO 60.

## **PRAYER**

WHEREFORE PREMISES CONSIDERED, Plaintiffs request the Court to review and include "Plaintiffs" in a revised or expanded Order outlining in fact these Plaintiffs were in compliant with PTO60.

Dated:  August 17, 2017                     Respectfully submitted,
                                            */s/ Brent W. Coon*
                                            Brent W. Coon
                                            Federal Bar No. 9308
                                            Texas Bar No. 04769750
                                            215 Orleans
                                            Beaumont, Texas 77701 Tel.: (409) 835-2666
                                            Fax: (409) 835-1912

## CERTIFICE ON CONFERENCE

Plaintiffs' attorney contacted Kristopher Ritter with Kirkland and Ellis, L.L.P. on August 16, 2017, who represent BP in this matter regarding whether or not they objected to the contents of this Motion. He responded that BP would have to look at each individual Plaintiff before they could determine whether they were opposed to adding the Plaintiffs to the Court's prior order.

*/s/ Brent W. Coon*
Brent W. Coon

## CERTIFICATE OF SERVICE

I certify that this document has been served on all Counsel by electronically uploading same to Lexis File & Serve on August 17th, 2017, upon:

Attorneys for the Defendants:

Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005 Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans, LA 70139
Telephone: 504-581-7979

*/s/ Brent W. Coon*
Brent W. Coon