UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| ) | MAG JUDGE WILKINSON |
| ) | |
| 2:16-cv-06175; 2:16-cv-06347 ) | |
| 2:12-cv-01422; 2:12-cv-11744; ) | |
| 2:16-cv-11716; 2:16-cv-09458; ) | |
| 2:16-cv-06610; 2:16-cv-06303; ) | |
| 2:16-cv-06335 ) | |
| ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXPAND AND/OR REVISE THE ORDER (As to Remaining Cases in the B1 Bundle Following PTO 60, PTO 64, and the Moratorium Hold OPT-OUT Order)**

Comes Now, Plaintiffs, Action Restoration, Inc., SGI Land Company, LLC, Ocean Flex OMTS, Wentzell Innovations DBA Chum Churn, Tommys Gulf Seafood, Luke Martin, Nelson Mast, Russell Lengacher, C-IV Ventures, Inc., James Glick, Jacob Glick, Loren Glick, and Tien Thi Hoang, and hereby request the Court to review and include Plaintiffs referenced in a revised or expanded Order outlining in fact these Plaintiffs were in compliant with PTO60.

**I.**

The Plaintiffs listed below all complied with PTO 60 and/or the various order issued by the Court amending PTO 60. They have not since settled or been dismissed. Most of them have simply been left of the Courts various orders attempting to reconcile PTO 60 cases. They were also left off o BP's responses to those orders. As such they have not been marked for

dismissal, nor have they been officially ruled as compliant with PTO 60.  Specific facts for each case are listed below:

- Action Restoration, Inc. (Case 2:12-cv-01422);
    - Plaintiff initially filed an individual lawsuit in Jefferson County, TX.  It was later removed to the Eastern District of Texas and transferred via CTO to the MDL 2179.   As an individually filed suit, only a Plaintiff Fact Sheet needed to be filed to comply with PTO 60.  It is unknown when or if prior counsel filed a fact sheet.  However, BCA began representing Action Restoration, Inc. on June 27, 2016.  A prophylactic fact sheet was filed that same day.  To the extent that a fact sheet was not filed earlier, there was no prejudice to BP nor did any of their previous filings indicate that Action Restoration, Inc. had failed to comply to PTO 60 in any way.
    - Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
- SGI Land Company, LLC (Case 2:12-cv-11744);
    - Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - Initially filed as a mass joinder; Cause No. 13-6010;  Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al.  Dates filed April 19, 2013.
    - The PTO Sworn Statement was attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee.  Date Filed June 25, 2016

- Ocean Flex OMTS (Case 2-16-cv-11716);
    - Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - Initially filed as a mass joinder; Cause No. 13-6010; Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al. Dates filed April 19, 2013.
    - The PTO Sworn Statement was attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee. Date filed June 24, 2016.
- Wentzell Innovations DBA Chum Churn (Case 2:16-cv-09458);
    - Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - Initially filed as a mass joinder; Cause No. 13-6010; Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al. Dates filed April 19, 2013.
    - The PTO Sworn Statement was attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee. Date Filed June 9, 2016.
- Tommys Gulf Seafood (Case 2:16-cv-06610);
    - Listed as not being timely on Exhibit 2 to the Show Cause Order (Rec. Doc. 18724-3)

- o   Plaintiff responded as part of Brent Coon & Associates response to Show Cause Order on June 28, 2106. (Rec. Doc. 20565 and 20565-6).   Plaintiffs filing was timely based on Court orders concerning PTO 60.
  - o   Plaintiff was not included in the PTO Reconciliation Order
  - o   Initially filed as a mass joinder; Cause No. 13-6010;  Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al.  Dates filed April 19, 2013.
  - o   The PTO Sworn Statement was attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee. Date filed May 19, 2016.
- Martin, Luke  (Case 2:16-cv-06303);
  - o   Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
  - o   Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
  - o   Initially filed as a mass joinder; Cause No. 13-6010;  Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al.  Dates filed April 19, 2013.
  - o   The PTO Sworn Statement was attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee.  Date filed May 16, 2016.
- Mast, Nelson (Case 2:16-cv-06303);
  - o   Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
  - o   Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).

- o   Initially filed as a mass joinder; Cause No. 13-6010;  Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al.  Date filed April 19, 2013.
- o   The PTO Sworn Statement was attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee.  Date filed May 16, 2016.

- Lengacher, Russell (Case 2:16-cv-06303);
    - o   Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - o   Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - o   Initially filed as a mass joinder; Cause No. 13-6010;  Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al.  Dates filed April 19, 2013.
    - o   The PTO Sworn Statement attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee. Date filed May 16, 2016.

- C-IV Ventures, Inc (Case 2:16-cv-06335);
    - o   Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - o   Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - o   Initially filed as a mass joinder; Cause No.13-5376;  Royster Construction Co. Inc., et al.  Dated Filed April 19, 2013.
    - o    The PTO Sworn Statement attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee.  Date filed May 19, 2016.

- James Glick (Case 2:16-cv-06303);
    - Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - Initially filed as a mass joinder; Cause No. 13-6010; Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al. Dates filed April 19, 2013.
    - The PTO Sworn Statement attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee. Date filed May 16, 2016.
- Jacob Glick (Case 2:16-cv-06303);
    - Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - Initially filed as a mass joinder; Cause No. 13-6010; Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing Company, et al vs. BP Exploration & Production Company, et al. Dates filed April 19, 2013.
    - The PTO Sworn Statement attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee. Date filed May 16, 2016.
- Loren Glick (Case 2:16-cv-06303);
    - Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).
    - Initially filed as a mass joinder; Cause No. 13-6010; Linda Tran, et al vs. BP Exploration & Production Company, et al and Cause No. 13-6009; JBS Packing

    Company, et al vs. BP Exploration & Production Company, et al. Dates filed April 19, 2013.

- o The PTO Sworn Statement attached to the PTO60 lawsuit and served to both BP Defendants and Plaintiffs Steering Committee. Date filed May 16, 2016.

- Tien Thi Hoang (Case 2:16-cv-06176)

    - o Tien Thi Hoang d/b/a Fulton Harbor Bait Stand initially filed a short for joinder in 2010 and again in April 2013 after presentment was made in January. A new PTO 60 compliant case was filed on May 16, 2016.
    - o Not listed on the Exhibit to the Show Cause Order (Rec. Doc. 18724)
    - o Not listed the PTO 60 Reconciliation Order (Rec. Doc. 22003).

Dated: August 17, 2017