## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil | * | MDL NO. 2179 |
| Deepwater Horizon in the Gulf of | * | SECTION: J |
| Mexico, on April 20, 2010 | * | JUDGE BARBIER |

## MOTION TO ENFORCE TERMS OF SETTLEMENT

**COMES NOW** the Plaintiff, Terrance Jones, by and through undersigned counsel, and moves this Honorable Court to enforce the terms of the Settlement and shows the following to wit:

1.　Plaintiff Terrance Jones was a clean-up worker at Dauphin Island, Alabama and Theodore, Alabama after the BP oil spill in 2010.

2.　On or about August 4, 2010, Mr. Jones went to work despite feeling very sick and with severe pain in his leg. His supervisor noticed his condition and sent Mr. Jones home.

3.　After arriving home, Mr. Jones' mother saw his condition and called an ambulance. Mr. Jones was taken to a hospital where he was admitted and remained for a week.

4.　The doctors at USA Medical Center diagnosed Mr. Jones with cellulitis and he received IV treatment for seven days prior to being released.

5.　Mr. Jones submitted his claim to the Gulf Coast Claims Facility and later to the Deepwater Horizon Claims Adjuster. After responding to multiple requests for the same records and providing everything that was requested of him, undersigned counsel was informed that Mr. Jones was eligible for compensation for a specified physical condition, yet was denied the hospital enhancer. *See* Exhibit A.

6.　Mr. Jones requested a review per the procedural mandates and again was denied the hospital enhancer. *See* Exhibit B.

7. A payment of $1300 was awarded. However, $169.81 for medical record retrieval was deducted and a payment of $1130.19 was wired to the trust account of Mr. Jones' undersigned attorney.  No release was signed.

8. Based on the foregoing, the claimant, Mr. Jones avers that he is entitled to approximately $60,000 for seven (7) days due to the hospital enhancer under the medical settlement agreement.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Terrance Jones respectfully requests the Court to issue an order for the claims administrator to comply with the terms of the Medical Settlement Agreement and award the hospital enhancer to the Plaintiff.

**RESPECTFULLY SUBMITTED**, this the 17th of August, 2017.

**PLAINTIFF TERRANCE JONES**

BY: /s/ Robert Rone

Robert Rone
3808 MOFFETT RD.
MOBILE, AL 36618
E-Mail: robertrone333@aol.com
Phone: (251) 605-4503

**CERTIFICATE OF SERVICE**

I, Robert Rone, hereby certify that on August 17, 2017, I filed the above with the ECF system which sent notice and copy to all counsel.

/s/Robert Rone