

**DEEPWATER HORIZON**
**MEDICAL BENEFITS**
CLAIMS ADMINISTRATOR

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

**Robert E. Rone**
**Law Office of Robert Rone**
**3808 Moffett Rd**
**Mobile, AL  36618**

91 7199 9991 7035 2022 9189

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

**05/31/2016**

Re:  Notice of Determination for Claim Number: SPC0009316

Dear Terrance Jones:

The Claims Administrator has reviewed the Proof of Claim Form and all other documentation you submitted in support of your claim and hereby notifies you that it has made the following determinations:

| Category | Determination |
|---|---|
| Class Membership | You are a Medical Benefits Settlement Class Member because you have established that you are a Clean-Up Worker. |
| Specified Physical Condition | You have established that you qualify for compensation on Level A1 of the Specified Physical Conditions Matrix for the following Specified Physical Condition(s):  Inflammation or Pain, Swelling.  Please see below for more information. |



EXHIBIT
_A_

1 of 5

 

*NAME*
*SPC*

## Compensation Amount for Qualifying Specified Physical Condition

The Claims Administrator has determined that you qualify for compensation as set forth below:

| Qualifying Specified Physical Condition(s) | Inflammation or Pain, Swelling | | |
|---|---|---|---|
| Qualifying Specified Physical Condition with Largest Gross Settlement Award[1] | Inflammation or Pain, Swelling | | |
| Associated Level on the Specified Physical Conditions Matrix | A1 | | |
| Lump Sum Compensation Amount | | | $1,300.00 |
| Overnight Hospitalization Enhancer | | | |
| Day 1 -- $10,000.00 | | | $0.00 |
| Days 2 - 6 -- $8,000.00/day | | | $0.00 |
| Day 7 onwards -- $10,000.00/day | | | $0.00 |
| Total Enhancer for Overnight Hospitalization | | | $0.00 |
| Gross Settlement Award | | | $1,300.00 |
| Reimbursement for Actual Hospital Expenses | | | $0.00 |
| Reduction for Medical Record Retrieval Fees[2] | | | 169.81 |
| Net Settlement Award[3] | | | $ 1,130.19 |

As set forth in Section XXIX of the Medical Settlement Agreement, the Claims Administrator is responsible for identifying and resolving liens, claims, or rights of subrogation, indemnity, reimbursement, conditional or other payments, or interests of any type claimed or asserted by certain governmental and non-governmental healthcare payers and providers against the compensation or benefits you are eligible to receive pursuant to the Medical Settlement Agreement. Before the Claims Administrator may make any payment to you, it must determine whether any such liens, claims, rights, or interests have been claimed or asserted against your compensation or benefits, and if so, must determine their validity and amounts. The Claims Administrator must then deduct the amount of any such lien, claim, right, or interest that it determines to be valid from the amount of your compensation or benefits.

[1] A Medical Benefits Settlement Class Member may claim multiple Specified Physical Conditions in a Proof of Claim Form but may only receive compensation for one Specified Physical Condition. A Medical Benefits Settlement Class Member who qualifies for more than one Specified Physical Condition will receive compensation for the Specified Physical Condition that yields the largest amount of compensation when the lump sum, hospitalization enhancer, and Actual Hospital Expenses related to the Specified Physical Condition are added together.
[2] The Claims Administrator may waive the medical record retrieval costs for Medical Benefits Settlement Class Members who (1) are not represented by counsel, and (2) provided evidence of financial hardship. If your request to waive these costs is currently pending, you will receive a separate notice of the Claims Administrator's decision.
[3] Please note that additional amounts may be deducted from your Net Settlement Award, such as amounts you may owe to certain governmental and/or non-governmental entities that paid for healthcare related to your Specified Physical Condition or to other creditors who may have an interest in your settlement award.

2 of 5



The Claims Administrator is in the process of identifying any such liens, claims, rights, and interests and determining the amounts, if any, that must be deducted from your compensation or benefits to resolve them. The Claims Administrator will contact you separately regarding any such liens, claims, rights, and interests. Pursuant to Section XXI.C.6 of the Medical Settlement Agreement, it is your responsibility to notify the Claims Administrator of any entity (such as an insurance company) who paid for medical items or services or prescription drugs for conditions you claim arose out of the *Deepwater Horizon* Incident. In addition, if you have been notified that a person or entity is asserting a lien, claim, right, or interest in or against your compensation or benefits, or if any information in Section IX of your Proof of Claim Form has changed, please contact the Claims Administrator.

Medical Benefits Settlement Class Members who received or are receiving Medicare benefits are advised not to contact Medicare regarding their reimbursement obligations related to this settlement, as doing so may trigger duplicate recovery efforts. The Claims Administrator is working directly with the Centers for Medicare and Medicaid Services ("CMS") Central Office to resolve Medical Benefits Settlement Class Members' Medicare Part A and/or Part B reimbursement obligations connected with the Deepwater Horizon Medical Benefits Class Action Settlement. Pursuant to the Medical Settlement Agreement, these obligations will be resolved through a global repayment process, under which a Medicare-entitled Medical Benefits Settlement Class Member's specific repayment amount will be calculated based on the timing of his or her entitlement to Medicare benefits (i.e., before or after the occurrence of his or her Specified Physical Condition) and the amount of the Medicare-covered costs associated with the medically accepted national standard of care for the treatment and management of his or her Specified Physical Condition.

Please note that where CMS agrees to calculate its Medicare Part A and/or Part B recovery claims for a group of beneficiaries on a global basis instead of on a traditional, individual basis, CMS does not issue individual recovery demand letters to those individuals participating in the global resolution process. By participating in the global resolution process, all Medicare-enrolled Medical Benefits Settlement Class Members forego their right to receive individual recovery demand letters, as well as their right to seek a waiver, compromise, and/or appeal of CMS's Medicare Part A and/or Part B reimbursement claim, which may have otherwise been available pursuant to 42 U.S.C. § 1395ff.

### Determinations for Denied Claimed Specified Physical Conditions

You are being compensated for the Specified Physical Condition listed on page two of this notice as the "Qualifying Specified Physical Condition with Largest Gross Settlement Award." In addition to that Specified Physical Condition, you claimed one or more other Specified Physical Conditions in your Proof of Claim Form and/or supporting documentation. The Claims Administrator has denied some or all of your claims for those additional Specified Physical Conditions. The Claims Administrator's determinations concerning the claims it denied are set forth in the Summary of Determinations for Denied Claimed Specified Physical Conditions (the "Summary") enclosed with this notice.

### Request for Review

If you believe the Claims Administrator erred in denying any aspect of your claim for compensation for a Specified Physical Condition, including, without limitation, the denial of any Specified Physical Condition included on the attached Summary of Determinations for Denied Claimed Specified Physical Conditions, you may request a one-time review of the Claims Administrator's determination by submitting a Request for Review Form and any supporting documentation within 14 days of the date on which you received this notice. You may find a copy of the Request for Review Form on the Claims Administrator's website at www.deepwaterhorizonmedicalsettlement.com. Please note that the Claims Administrator may not overturn a denial unless the denial was the result of a clearly erroneous factual determination.

Deepwater Horizon Medical Benefits Claims Administrator | 935 Gravier Street, Suite 1400 | New Orleans, LA 70112
Phone: 1-877-545-5111 | Website: www.deepwaterhorizonmedicalsettlement.com

3 of 5



Please contact the Claims Administrator at (877) 545-5111 with any questions regarding this Notice of Determination.

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

Deepwater Horizon Medical Benefits Claims Administrator | 935 Gravier Street, Suite 1400 | New Orleans, LA 70112
Phone: 1-877-545-5111 | Website: www.deepwaterhorizonmedicalsettlement.com

4 of 5



## Summary of Determinations for Denied Claimed Specified Physical Conditions

| Specified Physical Condition | Reason for Denial |
|---|---|
| 181 - Dermal Infections | • The medical records and/or other BP Database documentation do not meet the criteria set forth in Level A3 of the Specified Physical Conditions Matrix for the Table 2 SPECIFIED PHYSICAL CONDITION:<br><br>The information reviewed in the BP Database does not support the claimed SPECIFIED PHYSICAL CONDITION and/or the medical records submitted do not demonstrate evidence of transport to a medical facility during or immediately after the performance of RESPONSE ACTIVITIES for the Table 2 SPECIFIED PHYSICAL CONDITION. |
| Fainting | • The declaration submitted does not meet the criteria for Route of Exposure for the claimed SPECIFIED PHYSICAL CONDITION set forth in the SPECIFIED PHYSICAL CONDITIONS MATRIX.<br><br>This defect cannot be cured based upon the provisions of the Master Settlement Agreement Section V, Subsection E. This provision states that the Class Member "will have the opportunity to cure all DEFECTS except that a DEFECT in a declaration submitted in support of a claim for compensation for a SPECIFIED PHYSICAL CONDITION (other than the failure to sign such declaration) cannot be cured." |
| Heat Exhaustion | • The documentation submitted does not support the claimed SPECIFIED PHYSICAL CONDITION. |

Deepwater Horizon Medical Benefits Claims Administrator | 935 Gravier Street, Suite 1400 | New Orleans, LA 70112
Phone: 1-877-545-5111 | Website: www.deepwaterhorizonmedicalsettlement.com

5 of 5