| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL 2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J |
| IN RE: Oil Spill by the Oil Rig "Deepwater | JUDGE BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |

This Document Relates to: No. 2:11-cv-00916

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES AND FOR STAY ON HEARING OF MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT, DOC. 23266

NOW INTO COURT appears Plaquemines Parish Government (PPG) who respectfully move for dismissal with prejudice of the *Motion For Fees and Costs Pursuant To Contingency Fee Agreement*, Doc. 23266, or in the alternative, removal to the Twenty-Fifth Judicial District Court of the State of Louisiana, all in accordance with the choice of forum agreement between PPG, Martzell Bickford & Centola APLC, King Krebs PLLC and David Landry as set out in the *Agreement For Professional Legal Services*, Doc. 23266-4, expressly provides that the "venue and jurisdiction for all lawsuits, arbitration, mediation, claims, disputes, and other matters in questions between the parties to this agreement or any breach thereof, shall be in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana." Doc. 23266-4, §9, pg.8 of 10, and for reasons set out in PPG's memorandum in support of this motion which is incorporated herein, and further PPG seeks attorney fees and costs for these proceedings.

In the alternative, for reasons set forth in *Atl. Marine Const. Co. v. U.S. Dist. Court for W. Dist. of Texas,* 134 S. Ct. 568, 187 L. Ed. 2d 487 (2013), PPG seeks dismissal of the *Motion For Fees and Costs Pursuant To Contingency Fee Agreement* under the doctrine of *forum non conveniens.*

PPG reserves all rights under the Eleventh Amendment to the United States Constitution in this matter.

IT IS PRAYED that this Honorable Court dismiss with prejudice the *Motion For Fees and Costs Pursuant To Contingency Fee Agreement*, Doc. 23266, or in the alternative, have same removed to the Twenty-Fifth Judicial District Court of the State of Louisiana, in accordance with the choice of forum agreement between PPG, Martzell Bickford & Centola APLC, King Krebs PLLC and David Landry as set out in the *Agreement For Professional Legal Services*, Doc. 23266-4, and further that Martzell Bickford & Centola APLC, King Krebs PLLC and David Landry be cast individually and collectively for all attorney fees and costs incurred by PPG with respect to these proceedings, and that any other action by Martzell Bickford & Centola APLC, King Krebs PLLC and David Landry in respect to the *Motion For Fees and Costs Pursuant To Contingency Fee Agreement*, Doc. 23266, be stayed until resolution of this Motion for Dismissal.

Respectfully submitted,
FOR PLAQUEMINES PARISH GOVERNMENT

 /x/Peter A. Barbee
Peter A. Barbee #18778
Melvin J. Burmaster #19508
8056 Highway 23, Suite 200
Belle Chasse, Louisiana 70037
504-274-2462

CERTIFICATE OF SERVICE

It is certified that the above and foregoing MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES was served electronically with the Clerk of Court of the U.S. District Court, Eastern District of Louisiana, through the CM/ECF system of said Clerk, and through said system will be served by the Clerk on opposing counsel of record.

/x/ Peter A. Barbee