UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br><br><br> SECTION "J" |
| This Document Relates to: | JUDGE BARBIER |
| Nos. 2:11-cv-00916 | MAG. WILKINSON |

### PLAQUEMINES PARISH SPECIAL COUNSEL'S
### *EX PARTE* MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Civil Rule 5.6 of the U.S. District Court for the Eastern District of Louisiana, Martzell Bickford & Centola, APC, David Landry, Esq. and King, Krebs & Jurgens, P.L.L.C. (collectively, "Special Counsel") request this Honorable Court enter an order filing under seal the "Release" cited and referenced in the Memorandum in Support of Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement (Rec. Doc. 23266-1) for the reasons stated in the accompanying memorandum in support.

Wherefore, Special Counsel request that the "Release" cited and referenced in the Memorandum in Support of Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement be filed under.

Respectfully Submitted,

*/s/Scott R. Bickford*
**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**SPENCER R. DOODY (#27795)**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

        */s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
hking@kingkrebs.com
mvincenzo@kingkrebs.com
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
504-582-3800 Telephone
504-582-1233 Fax

AND

*/s/David Landry*
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
2landry@cox.net
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion for Fees and Costs was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of August, 2017.  Copies are also being transmitted via email and certified mail to the Plaquemines Parish Attorney and Plaquemines Parish President.

        *s/Scott R. Bickford*