UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION "J" |
| This Document Relates to: | JUDGE BARBIER |
| Nos. 2:11-cv-00916 | MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF PLAQUEMINES PARISH SPECIAL COUNSEL'S
*EX PARTE* MOTION TO FILE DOCUMENT UNDER SEAL**

MAY IT PLEASE THE COURT:

Pursuant to Local Civil Rule 5.6 of the U.S. District Court for the Eastern District of Louisiana, Martzell, Bickford & Centola, APC, David Landry, Esq. and King, Krebs & Jurgens, P.L.L.C. (collectively, "Special Counsel") request this Court enter an order filing under seal the "Release" cited and referenced in the Memorandum in Support of Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement (Rec. Doc. 23266-1).

The "Release" cited and referenced in the Memorandum in Support of Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement (Rec. Doc. 23266-1) at pp. 2-3, 5-8, 11, 13-14, and 16 is the settlement agreement between the Plaquemines Parish Government and the BP entities which was expressly designated by the parties, including Special Counsel, as "confidential." The "Release" that Special Counsel seek to file under seal has been agreed by Plaquemines Parish Government and the BP entities to be kept confidential. Moreover, the "Release" is subject to the confidentiality order issued May 15, 2015, PTO No. 38 and FRE 408. There is no basis for access by any other party or member of the public. Accordingly, Special Counsel request that the Court permit this "Release" cited in referenced in their

Memorandum in Support of Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement be filed under seal.

Wherefore, Special Counsel request that the "Release" cited and referenced in the Memorandum in Support of Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement be permanently filed under seal for viewing only by this Court, the parties in this matter, their attorneys and law firms, and any other parties by motion and upon order of this Court but only after the parties in this matter have been provided with notice and an opportunity to oppose such a motion.

Respectfully Submitted,

*/s/Scott R. Bickford*
**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**SPENCER R. DOODY (#27795)**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

*/s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
hking@kingkrebs.com
mvincenzo@kingkrebs.com
201 St. Charles Avenue, 45th Floor
New Orleans, LA  70170
504-582-3800 Telephone
504-582-1233 Fax

AND

*/s/David Landry*
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
2landry@cox.net
1214 Parasol Place
Pensacola, Florida 32507
(850) 492-7240

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Fees and Costs was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of August, 2017. Copies are also being transmitted via email and certified mail to the Plaquemines Parish Attorney and Plaquemines Parish President.

*s/Scott R. Bickford*