UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to: | JUDGE BARBIER |
| Nos. 2:11-cv-00916 | MAG. WILKINSON |

### ORDER AUTHORIZING FILING UNDER SEAL

Considering Plaquemines Parish Special Counsel's *Ex Parte* Motion to File Document Under Seal and the confidentiality order issued May 15, 2015, PTO No. 38 and FRE 408:

IT IS HEREBY ORDERED that the "Release" cited and referenced in the Memorandum in Support of Special Counsel's Motion for Attorneys' Fees and Costs Pursuant to Contingency Fee Agreement (Rec. Doc. 23266-1) be permanently filed under seal for viewing only by this Court, the parties in this matter, their attorneys and law firms, and any other parties by motion and upon order of this Court but only after the parties in this matter have been provided with notice and an opportunity to oppose such a motion.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
**Honorable Carl J. Barbier**
**United States District Judge**