

**DEEPWATER HORIZON**
MEDICAL BENEFITS
C L A I M S   A D M I N I S T R A T O R

Robert E. Rone
Law Office of Robert Rone
3808 Moffett Rd
Mobile, AL 36618

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

**Date: 04/27/2017**

**Re:  NOTIFICATION OF DENIAL OF REQUEST FOR REVIEW: SPC0009316**

Dear Terrance Jones:

The Claims Administrator has received your Request for Review Form and has reviewed your claim under Section V.M of the Medical Settlement Agreement. Under Section V.M of the Medical Settlement Agreement, the determination of your claim for compensation for a Specified Physical Condition and/or participation in the Periodic Medical Consultation Program may be overturned only if the determination was based on a clearly erroneous factual determination by the Claims Administrator.

Your Request for Review asserts that you should have received a hospitalization enhancer for your Specified Physical Conditions. However, your timely submitted medical records (prior to determination) do not support this enhancer. Upon review, your hospitalization from August 14, 2010, to August 20, 2010, was due to sepsis from cellulitis, which is a non-overlapping condition unrelated to your Specified Physical Conditions. Accordingly, you do not qualify for a hospitalization enhancer.

Therefore, your claim for compensation for a Specified Physical Condition and/or participation in the Periodic Medical Consultation Program was properly determined.  This determination is **final and not appealable**.

Please contact the Claims Administrator at (877) 545-5111 with any questions.

Sincerely,
DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR



EXHIBIT

B

tabbies

pg. 1 of 1