UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to: No. 12-970 | * * | JUDGE BARBIER |
| This applies to Claimant ID 100226602 and Consolidated Multi-Facility Business Claim ID 207343 only[1] | * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION FOR RECONSIDERATION OF ORDER [REC. DOC. 22935]**

NOW INTO COURT, through undersigned counsel, comes Claimant ID 100226602 ("Claimant"),[2] which respectfully moves this Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure, to reconsider its Order dated June 13, 2017 [Rec. Doc. 22935] (hereinafter referred to as the "Second Interim Order"),[3] only to the extent that it pertains to Multi-Facility Claim ID 207343,[4] because the order was issued in error, newly discovered evidence establishes the claim was improperly remanded, and to prevent manifest injustice.

For the reasons more fully set forth in the attached Memorandum in Support, which is adopted herein by reference, the Claims Administrator on remand under the

---

[1] The additional Claim IDs included in this Consolidated Multi-Facility Business Claim are Claim IDs 207344 and 207345.

[2] For purposes of preserving confidentiality, Claimant will refer to itself by the Claimant ID Number issued by the CA, and will refer to the Claim ID instead of the name of the business.

[3] On July 5, 2017, the Court issued an Order implementing the decision of the U.S. Fifth Circuit regarding Policy 495, and deleting the "Interim" designation from the Order dated June 13, 2017 [Rec. Doc. 23003].

[4] As used herein, the term "Multi-Facility Claim ID 207343" means Claimant's Consolidated Multi-Facility Business Claim, which includes Claim IDs 207343, 207344 and 207345.

Second Interim Order performed no adjustments to Multi-Facility Claim ID 207343 and determined that no changes were required to comply with the May 22, 2017 decision of the Fifth Circuit Court of Appeals, regarding Policy 495[5] [*In re Deepwater Horizon*, 858 F.3d 298 (5th Cir. 2017), *reh'g denied*, No. 15-30377, 2017 WL 2674235 (5th Cir. June 21, 2017)]. Consequently, the Claims Administrator issued a post-remand Eligibility Notice with an Award Amount identical to the Award Amount contained in the Eligibility Notice issued prior to remand.[6]

Accordingly, it was an error for the Court in the Second Interim Order to remand Multi-Facility Claim ID 207343 to the Claims Administrator. Therefore, Claimant respectfully request the Court reconsider the Second Interim Order as it pertains to Multi-Facility Claim ID 207343, and overturn and revenue the remand of this claim.

**WHEREFORE,** Claimant respectfully prays that this Honorable Court reconsiders its Order [Rec. Doc. 22935] as it relates to Multi-Facility Claim ID 207343, and overturn and reverse the remand of this claim.

---

[5] Prior to remand, the Annual Variable Margin Methodology of Policy 495 was applied to match the Profit and Loss Statements for Multi-Facility Claim ID 207343, no adjustments were performed to reallocate, restate, smooth or move Claimant's revenues, and the Claims Administrator excluded pass-through income. The exclusion of income is not prohibited by the Fifth Circuit's May 22, 2017 decision because this income is not considered revenue under the Settlement Agreement and Policy 328 v2. On remand, the Claims Administrator determined these actions were in accord with the Fifth Circuit's May 22, 2017 decision.

[6] See, the Eligibility Notices issued by the CA on September 22, 2016, prior to the remand under the Second Interim Order [Doc ID 19930895], and on July 31, 2017, after remand under the Second Interim Order [Doc. ID 20791494]. *Also see*, Accountant Compensation Calculation Schedules, Doc IDs 19804408 and 20779604; and, the Financial Data Used by Accountants, Doc. ID 19804413 and 20779606.

-3-

Respectfully Submitted,

/s/John P. Wolff, III
JOHN P. WOLFF, III, La. Bar #14504, T.A.
CHRISTOPHER K. JONES, La. Bar #28101
BRENT J. COBB, La. Bar #34491
**KEOGH, COX & WILSON, LTD.**
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
Email:  jwolff@keoghcox.com
           cjones@keoghcox.com
           bcobb@keoghcox.com
*Counsel for Claimant ID No. 100226602*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of August, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.

/s/John P. Wolff, III
JOHN P. WOLFF, III