# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179 SECTION: J |
| This Document Relates to: No. 12-970 | * * | JUDGE BARBIER |
| This applies to Claimant ID 100226602 and Consolidated Multi-Facility Business Claim ID 207343 only[1] | * * | MAG. JUDGE WILKINSON |

*************************************************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion for Reconsideration of Order [Rec. Doc. 22935] of Claimant ID 100226602 is hereby set for submission before the Honorable Carl J. Barbier on September 13, 2017, at 9:30 a.m.

    Respectfully Submitted,

    /s/John P. Wolff, III
    JOHN P. WOLFF, III, La. Bar #14504, T.A.
    CHRISTOPHER K. JONES, La. Bar #28101
    BRENT J. COBB, La. Bar #34491
    **KEOGH, COX & WILSON, LTD.**
    701 Main Street
    Post Office Box 1151
    Baton Rouge, Louisiana 70821
    Telephone: (225) 383-3796
    Facsimile: (225) 343-9612
    Email: jwolff@keoghcox.com
           cjones@keoghcox.com
           bcobb@keoghcox.com
    ***Counsel for Claimant ID No. 100226602***

---

[1] The additional Claim IDs included in this Consolidated Multi-Facility Business Claim are Claim IDs 207344 and 207345.

-2-

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of August, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.

/s/John P. Wolff, III
JOHN P. WOLFF, III