## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates to: No. 12-970 | * * | JUDGE BARBIER |
| This applies to Claimant ID 100226602 and Consolidated Multi-Facility Business Claim ID 207343 only[1] | * * | MAG. JUDGE WILKINSON |

*************************************************************************

## **ORDER**

Considering the Motion for Reconsideration of Order [Rec. Doc. 22935] of Claimant ID 100226602:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Order dated June 13, 2017 [Rec. Doc. 22935] is hereby **OVERTURNED** only as to Claimant ID 100226602 and Multi-Facility Claim ID 207343, which is inclusive of the individual Claim IDs 207343, 207344 and 207345, and the Order dated June 13, 2017 [Rec. Doc. 22935] remanding Multi-Facility Claim ID 207343 to the Claims Administrator to be processed under the Annual Variable Margin Methodology, except that revenue shall not be reallocated, restated, smooth, or moved unless done to correct an error, is hereby **REVERSED.**

New Orleans, Louisiana, this ___ day of _____, 2017.

                                                      _____
                                                     HONORABLE CARL J. BARBIER

---

[1] The additional Claim IDs included in this Consolidated Multi-Facility Business Claim are Claim IDs 207344 and 207345.