**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | § | **MDL 2179** |
| *Deepwater Horizon* | § | |
| **in the Gulf of Mexico,** | § | **SECTION: J** |
| **on April 20, 2010,** | § | |
| | § | **JUDGE BARBIER** |
| **This Document Relates To:** | § | |
| **Claimant ID 100095395** | § | **MAG. JUDGE SHUSHAN** |
| **Claim ID 376064** | | |

---

## ORDER

BE IT REMEMBERED that on this the _____ day of _____2017, came on to be considered the Motion to Extend Time to Submit Request for Discretionary Court Review of Porto Castelo, Inc., (Claimant ID 100095395 and Claim ID 376064), and after considering the documents on file, the Court is of the opinion that Porto Castelo, Inc., has shown good cause why it should be granted and that it should in all things be granted. It is, therefore,

ORDERED that Porto Castelo, Inc.'s Motion to Extend Time to Submit Request for Discretionary Court Review is hereby GRANTED.  It is, further,

ORDERED that Porto Castelo, Inc., has until August 22, 2017, to file its Request for Discretionary Court Review, and that Porto Castelo, Inc.'s Request for Discretionary Court Review shall be deemed timely filed, if filed on or before August 22, 2017.

Signed the _____ day of _____, 2017.

_____
JUDGE PRESIDING

AGREED AND ENTRY REQUESTED:

DABNEY PAPPAS

By: /s/ Gus E. Pappas
     Gus E. Pappas (admitted PHV)
     gus@dabneypappas.com
     1776 Yorktown, Suite 425
     Houston, Texas 77056
     (713) 621-2678 Telephone
     (713) 621-0074 Facsimile

ATTORNEY FOR CLAIMANT
PORTO CASTELO, INC.