IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Gregory Dufrene, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable, and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| STEPHEN MULLINS | DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT PROGRAM |
| By: _[signature]_ | By: _[signature] Lyn C. Greer_ |
| Stephen Mullins | Lynn C. Greer |
| Attorney for Claimant's Representative | VSB No.: 29211 |
| Luckey & Mullins, PLLC | BrownGreer PLC |
| Post Office Box 990 | 250 Rocketts Way |
| Ocean Springs, Mississippi 39566 | Richmond, Virginia 23231 |
| (228) 875-3175 | (804) 521-7200 |
| Date: 8-11-17 | Date: 8/17/17 |

1