| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL 2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J |
| IN RE: Oil Spill by the Oil Rig "Deepwater | JUDGE BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |
| This Document Relates to: No. 2:11-cv-00916 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR CONTINUANCE

NOW appears the Plaquemines Parish Government (PPG) which, after solicitation by Martzell Bickford & Centola APLC, King Krebs PLLC and David Landry (Outside Counsel), seeks indefinite continuance of the hearing for both PPG's *MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS UNDER F.R.C.P. 12 OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES AND FOR STAY OF HEARING OF MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT, Doc.* \_\_\_\_\_, and Outside Counsel's *MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT,* Doc. 23266.

WHEREFORE, IT IS PRAYED that the Court grant an indefinite continuance for both PPG's *MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS UNDER F.R.C.P. 12 OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES AND FOR STAY OF HEARING OF MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT, Doc.* \_\_\_\_\_, and Outside Counsel's *MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT,* Doc. 23266.

Respectfully submitted,

Respectfully submitted,
FOR PLAQUEMINES PARISH GOVERNMENT

/x/Peter A. Barbee
Peter A. Barbee #18778
Melvin J. Burmaster #19508
8056 Highway 23, Suite 200
Belle Chasse, Louisiana 70037
504-274-2462

CERTIFICATE OF SERVICE

It is certified that the above and foregoing MOTION FOR CONTINUANCE was served electronically with the Clerk of Court of the U.S. District Court, Eastern District of Louisiana, through the CM/ECF system of said Clerk, and through said system will be served by the Clerk on opposing counsel of record.


/x/_Peter A. Barbee