| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL 2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J |
| IN RE: Oil Spill by the Oil Rig "Deepwater | JUDGE BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |
| This Document Relates to: No. 2:11-cv-00916 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER FOR INDEFINITE CONTINUANCE

IT IS ORDERED that an indefinite continuance and stay of proceedings is now GRANTED with respect to PPG's *MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS UNDER F.R.C.P. 12 OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES AND FOR STAY OF HEARING OF MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT, Doc.* \_\_\_\_\_, and Outside Counsel's *MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT,* Doc. 23266, until further order of this Court.

_____

JUDGE, FEDERAL EASTERN DISTRICT,

STATE OF LOUISIANA