| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL 2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J |
| IN RE: Oil Spill by the Oil Rig "Deepwater | JUDGE BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |
| This Document Relates to: No. 2:11-cv-00916 | |

*************************************************************************

MEMORANDUM IN SUPPORT OF MOTION FOR INDEFINITE CONTINUANCE

MAY IT PLEASE THE COURT:

In response to the filing by Plaquemines Parish Government of the *MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS UNDER F.R.C.P. 12 OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES AND FOR STAY OF HEARING OF MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT*, Doc. _____, Martzell Bickford & Centola APLC, King Krebs PLLC and David Landry (Outside Counsel) communicated with counsel for PPG and as of Sunday, August 21, 2017 suggested that both sides have hearings on the two motions indefinitely continued.

Pursuant to agreement between PPG and Outside Counsel, both parties seek indefinite continuance of any hearings set on the two motions until further communication from the parties.

It is restfully prayed that the Court grant the indefinite continuance and stay any hearing on the two motions until further communication from the parties.

FOR PLAQUEMINES PARISH GOVERNMENT

/x/ Peter A. Barbee

Peter A. Barbee #18778
Melvin J. Burmaster #19508
8056 Highway 23, Suite 200

                                                Belle Chasse, Louisiana 70037
                                                504-274-2462

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS UNDER F.R.C.P. 12 OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES was served electronically with the Clerk of Court of the U.S. District Court, Eastern District of Louisiana, through the CM/ECF system of said Clerk, and through said system will be served by the Clerk on opposing counsel of record.

/x/ Peter Barbee