UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| RICHARD E. SEWARD, JR., | * | Civil Action No. 2:16-cv-04072-CJB-JCW |
| Plaintiff, | * | Section: J |
| v. | | |
| | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GmbH, HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON DIVISION SPERRY DRILLING SERVICES, ANADARKO PETROLEUM CORPORATION CO., and ANADARKO E&P COMPANY LP, | * | MAG. JUDGE WILKINSON |
| Defendants. | | |

## RICHARD E. SEWARD JR.'S DECLARATION

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

  Richard E. Seward Jr., pursuant to 28 U.S.C. § 1746 of the United States Code, hereby declares the following under penalty of perjury:



1. I am Richard E. Seward Jr., and I am over eighteen (18) years of age.

2. That I make this declaration upon my own personal knowledge, and if called upon as a witness, I could and would competently testify to the facts herein.

3. I am the owner of a charter fishing business who earns his living through the use of resources found within the Gulf of Mexico.

4. I am a recreational fishing charter captain who relied upon the waters of the Gulf of Mexico for the operation of my charter service.

5. My customers are individuals and businesses that purchase my charter services for fishing expeditions.

6. Because of the Oil Spill, I suffered an immediate and catastrophic loss of business.

7. As a result of the BP Oil Spill, my business suffered lost earnings and profits.

8. Following the Oil Spill, I first presented my claim to the BP Claim Center which initially provided interim payments.

9. In September 2010, I was notified that the Gulf Coast Claims Facility (GCCF) was taking over claims processing and payments.

10. That upon taking over the claims processing, the GCCF ceased to make any additional interim payments.

11. The GCCF began to make several false statements to induce me into taking payment in exchange for a release of all claims.

12. The GCCF told me that it was not going to make any additional payments.

13. The GCCF deliberately delayed making payments and prolonged the claims process to increase my economic hardship.

14. The GCCF suddenly demanded increased paperwork and submissions as part of its deliberate attempts to delay making claims payments.

15. At the same time, the GCCF offered me a quick pay option that required no additional paperwork in exchange for signing a release.

16. The GCCF represented to me that the amount being offered was the most that would ever be offered to me and if not accepted, the quick pay amounts would decrease if I did not immediately take the offer.

17. At the time I signed the GCCF release, I was not able to pay my bills as my business had totally stopped because of the BP Oil Spill.

18. While in the midst of the extreme financial pressure, the BP adjusters threatened that if we did not sign immediately and release BP and take whatever they were offering, BP would tie us up in court for years with their billion dollar lawyers and that we would never receive any compensation from them for ruining our fishing business.

19. When we went to the Clearwater office to file for our payment, they said there will be no more money given and that the main company was closing this office and taking over. They said there was no more money to be given out except for a one-time payment for the $25,000.00 and that if we did not sign the waiver to claim that day, we would get nothing and no future money will be given to anyone as they had used up all the money to be paid on claims.

20. The adjuster even gave me a list of all of the companies showing exactly how many legal teams would come at us if we didn't sign off.

That I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2017, at Tampa, Hillsborough County, Florida.

Richard E. Seward Jr.