UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION "J" |
| This Document Relates to: | JUDGE BARBIER |
| No. 2:11-cv-00916 | MAG. WILKINSON |

### EX PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO CONTINUE NOTICE OF SUBMISSION

**NOW COME** Plaquemines Parish Government which moves this Court to continue the Notice of Submission date for the *Motion to Dismiss*, R.Doc. 23280, filed by Plaquemines Parish Government. The *Motion to Dismiss*, R.Doc. 23280 was set for submission for decision on August 30, 2017 at 9:30 a.m. and was assigned to the Honorable Carl Barbier. Plaquemines Parish Government through the Parish Attorney Peter Barbee was contacted subsequent to the filing by a representative of Martzell Bickford & Centola APLC, King Krebs & Jurgens PLLC and David Landry (collectively referred to as Special Counsel) who requested that Plaquemines Parish Government continue the submission date on the *Motion to Dismiss* to the next available submission date of September 13, 2017 at 9:30 a.m. Plaquemines Parish Government agreed to the requested continuance and hereby moves for a new submission date of September 13, 2017, 9:30 a.m., for the *Motion to Dismiss.*

Plaquemines Parish Government also notes that Special Counsel have caused filing of a *Motion For Fees and Costs Pursuant To Contingency Fee Agreement*, R. Doc. 23266. The submission date on the *Motion For Fees and Costs Pursuant To Contingency Fee Agreement* was

also set for August 30, 2017. Special Counsel has also agreed to continue the submission date until this Court's September 13, 2017 submission date.  Based on the issues raised in both the *Motion For Fees and Costs Pursuant To Contingency Fee Agreement* and the *Motion to Dismiss*, Plaquemines Parish Government believes it will be beneficial for this Court to hold a status conference regarding these pending matters ahead of the scheduled submission dates.

          Respectfully submitted,
          FOR PLAQUEMINES PARISH GOVERNMENT

          /x/ *Peter A. Barbee*
          Peter A. Barbee #18778
          Melvin J. Burmaster #19508
          8056 Highway 23, Suite 200
          Belle Chasse, Louisiana 70037
          504-274-2462

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission for Motion for Fees and Costs was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21th day of August, 2017.

          /s/Peter A. Barbee_____