# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig **"Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** |
| | **SECTION "J"** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| **No. 2:11-cv-00916** | **MAG. WILKINSON** |

## ORDER

Considering the *Ex Parte Motion to Continue Notice of Submission* filed by Plaquemines Parish Government,

**IT IS ORDERED** that the *Ex Parte Motion to Continue Notice of Submission* is GRANTED. The *Motion to Dismiss, R.Doc. 23280,* filed by Plaquemines Parish Government is hereby continued to September 13, 2017 at 9:30 a.m.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE