

A CRAWFORD COMPANY

AUGUST 14, 2017

**PATRICK JUNEAU, OLD CLASS CLAIMS ADMINISTRATOR**
**MICHAEL JUNEAU, NEW CLASS CLAIMS ADMINISTRATOR**
**C/O JUNEAU DAVID, APLC**
**1018 HARDING ST, STE 202**
**LAFAYETTE, LA 70503**

Gentlemen:

Attached please find the quarterly invoice for Old and New Class administration work completed by GCG, inclusive of pass-through invoices for Brown Greer and GCR for the period May 1, 2017 – July 31, 2017.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Classes | $35.00 |
| HESI and Transocean New Classes | $1,431,055.33 |
| Total Due | $1,431,090.33 |



It has been a pleasure assisting you with this matter. Please advise if we may be of further service.

Best regards,

Michelle M. La Count

# INVOICE

**gcg**
A CRAWFORD COMPANY

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/10/2017 | 22600 |
| **PERIOD START** | **THROUGH DATE** |
| 5/1/2017 | 7/31/2017 |

Michael J. Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:**   HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Fulfill Case Document Requests | 4.8 Hrs. | | $248.00 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 136.1 Hrs. | | $7,562.50 |
| Document Storage - Electronic (per img./record per month) | 1,195,523 | $0.002 | $2,391.05 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 10,383.5 Hrs. | | $1,153,028.50 |
| **Contact Services** | | | |
| IVR (per minute) | 8,656 | $0.32 | $2,769.92 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 380.5 Hrs. | | $19,025.00 |
| Handling of class member communications | 24.6 Hrs. | | $2,580.00 |
| **Reporting** | 13.3 Hrs. | | $1,662.50 |
| The Reporting/Data Analysis Team provides data support to GCG's production and management teams for internal monitoring, external reporting, and case-related tasks. This team also assisted with queries and data review associated with the status reports that were filed with the Court. Weekly reporting continued during the past quarter as well. | | | |
| **Project Management** | 1,110.9 Hrs. | | $152,748.50 |
| A core group of staff manage all aspects of the settlement administration in accordance with the New Class Claims Administrator's direction and with his oversight. This group handles high-level communications with the New Class Claims Administrator and his staff, consultants, vendors, the Plaintiff's Steering Committee, Parties, and claimants/individual counsel, as applicable. The Project Management team also oversees reporting and drafting internal protocols or other necessary documents for the New Class Claims Administrator's approval. In the past quarter activity centered on completion of the processing screens and Stage 2 documentation review and processing of the underlying claims associated with each claimant record. | | | |
| **Systems Support** | 266.4 Hrs. | | $50,534.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |

Case 2:10-md-02179-CJB-DPC   Document 23315-1   Filed 08/22/17   Page 3 of 10



# INVOICE

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| Quality Assurance | 5.9 Hrs. | | $560.50 |
| Total Fees | | | $1,393,110.47 |
| Total Project Expenses (See Exhibit A) | | | $37,979.86 |
| Grand Total | | | $1,431,090.33 |



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| *For the period: May 01, 2017 through Jul 31, 2017* | | |
| GCR, Inc. Invoices | | $23,762.50 |
| Brown Greer - New Class Invoice | | $11,374.50 |
| Brown Greer - Old Class Invoice | | $35.00 |
| Postage | | $195.06 |
| FedEx, Messenger & Shipping | | $6.14 |
| PACER Charges | | $13.70 |
| Copy Charges | | $2.40 |
| Working Meals and Transportation | | $2,590.56 |
| **Total** | | **$37,979.86** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # -
A /C # -
Tax ID # -
Swift Code -

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID

August 8, 2017

|  |  |
|---|---|
| Invoice #: | 29959 |
| Billed Through: | July 31, 2017 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
       OUR FILE:  1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | July 31, 2017 | $16,600.00 |
| CURRENT EXPENSES THROUGH: | July 31, 2017 | $30.30 |
| TOTAL CHARGES FOR THIS BILL | | $16,630.30 |
| TOTAL NOW DUE | | $16,630.30 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

## JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID: ▓▓▓▓▓▓

August 8, 2017

| | |
|---|---|
| Invoice #: | 29959 |
| Billed through: | July 31, 2017 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $20,739.00 |
| Less payments received since previous invoice | $20,739.00 |

**PROFESSIONAL SERVICES** **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/17 | MJJ | REVIEW OLD CLASS AND NEW CLASS QUARTERLY REPORTS FILED WITH DISTRICT COURT; CORRESPONDENCE WITH COURT RE: CURRENT STATUS; REVIEW WEEKLY CLAIMS PROCESSING REPORT; COMMUNICATIONS WITH DHEPDS PERSONNEL RE: SETTLEMENT OF PROPERTY CLAIMS | 1.30 |
| 05/02/17 | MJJ | COMMUNICATIONS WITH VARIOUS LEGAL COUNSEL RE: WETLANDS PROPERTY OWNERSHIP DISPUTES; PHONE CONFERENCE WITH GREY LIGON RE: PROPERTY SETTLEMENTS / EFFECT ON HESI SETTLEMENT CLAIMS; COMMUNICATIONS WITH GCG RE: MISC PROGRAM ISSUES AND CLAIM REQUIREMENTS | 1.60 |
| 05/03/17 | MJJ | REVIEW UBS MONEY MANAGEMENT REPORTS; PREPARE DRAFT PLEADING RE: DIVISION OF OLD CLASS VS NEW CLASS COSTS | 0.70 |
| 05/08/17 | MJJ | VARIOUS COMMUNICATIONS WITH CLASS COUNSEL, CLAIMANT ATTORNEY, ETC. RE: IMPACT OF SEPARATE SETTLEMENTS WITH BP, RELEVANT CLAIM TYPES, ETC; REVIEW CLAIM ACTIVITY REPORT; REVIEW GCG CORRESPONDENCE RE: ADMINISTRATIVE COSTS TO DATE; CORRESPONDENCE FROM MICHELLE LACOUNT RE: CLAIM PROCESSING TO DATE | 1.10 |
| 05/09/17 | MJJ | ANALYSIS / REVIEW OF QUARTERLY PROCESSING OF GARDEN CITY GROUP | 0.80 |
| 05/10/17 | MJJ | CORRESPONDENCE WITH PARTIES RE: REVIEW OF QUARTERLY EXPENSES | 0.20 |
| 05/12/17 | MJJ | COMMUNICATIONS WITH PARTIES AND GCG RE: ADMINISTRATIVE COSTS, BOTH PAST AND FUTURE; CORRESPONDENCE WITH GCG AND GCG RE: WETLANDS CLAIMS | 0.80 |
| 05/16/17 | MJJ | REVIEW GCG WEEKLY CLAIM PROCESSING REPORT; COURT PLEADINGS RE: VENDOR ADMINISTRATIVE COSTS; CORRESPONDENCE WITH PHIL GARRETT RE: ACCOUNTING COSTS | 0.90 |
| 05/19/17 | MJJ | COMMUNICATIONS WITH GCG RE: PROCESSING OF SUBSISTENCE CLAIMS | 0.30 |
| 05/23/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; COMMUNICATIONS WITH GCG RE: REVIEW OF MISC. ONE-OFF ISSUES | 0.80 |
| 05/24/17 | MJJ | REVIEW CORRESPONDENCE RE: SUBSISTENCE CLAIM PROCESSING; COMMUNICATIONS RE: POTENTIAL IMPACT OF RECENT 5TH CIRCUIT | 0.70 |

| 001300 | 01580 | | Invoice # 29959 | Page | 2 |
|---|---|---|---|---|---|
| | | DECISION | | | |
| 05/26/17 | MJJ | REVIEW COURT ORDER RE: ADMINISTRATIVE COSTS; REVIEW PROGRESS OF ONGOING CLAIMS PROCESSING; REVIEW UBS RECORDS RE: RECENT FINANCIAL TRANSACTIONS | | | 0.60 |
| 05/30/17 | MJJ | COMMUNICATIONS WITH UBS AND PARTIES RE: ADMINISTRATIVE COSTS / ALLOCATION AMONGST CLASSES; CORRESPONDENCE WITH GCG RE: OUTSTANDING CLAIMS PROCESSING ISSUES | | | 0.70 |
| 06/06/17 | MJJ | REVIEW WEEKLY CLAIMS PROCESSING REPORT; COMMUNICATIONS WITH UBS, PARTIES AND INDEPENDENT ACCOUNTANT RE: DISTINCTION BETWEEN OLD CLASS VS NEW CLASS COSTS | | | 1.10 |
| 06/07/17 | MJJ | COMMUNICATIONS WITH PSC, UBS AND DHEPDS REPRESENTATIVES RE: HANDLING OF ADMINISTRATIVE COSTS; REVIEW CORRESPONDENCE AND CONTESTED NOTICES FROM CLAIMANT ATTORNEYS RE: IMPACT OF NEUTRALS SETTLEMENTS | | | 0.80 |
| 06/08/17 | MJJ | CONFERENCE WITH MICHELLE LACOUNT RE: SPECIFIC CLAIMS PROCESSING ISSUE; REVIEW OVERALL STATUS OF DIFFERENT CLAIM TYPES; REVIEW LEASE AND OWNERSHIP ARGUMENTS ASSERTED BY PROPERTY OWNER | | | 1.80 |
| 06/09/17 | MJJ | CORRESPONDENCE TO AND FROM GCG RE: VARIOUS CLAIMANT INQUIRIES IN RESPONSE TO NOTICES; COMMUNICATIONS WITH GARDEN CITY RE: EQUITABLE RELIEF REQUESTS | | | 0.60 |
| 06/13/17 | MJJ | REVIEW LATE FILING / CLAIM FILING DEADLINE ISSUES; REVIEW BG AND GCG RECOMMENDATIONS / ANALYSIS RE: THIRD PARTY LIENS; REVIEW WEEKLY CLAIM PROCESSING REPORT; COMMUNICATIONS WITH GCG RE: POLICY DECISIONS; COMMUNICATION WITH OLD CLASS PERSONNEL RE: PROCESSING OF LIEN CLAIMS | | | 2.60 |
| 06/14/17 | MJJ | REVIEW MULTIPLE PRO SE COURT SUBMISSIONS; CORRESPONDENCE WITH GCG RE: COURT MOTIONS | | | 0.70 |
| 06/17/17 | MJJ | REVIEW CLAIMANT SUBMISSIONS RE: MISSING CLAIMS FILES, ETC.; MISC. CORRESPONDENCE WITH GCG AND CLAIMANT ATTORNEY RE: AUTHORIZED CLAIM PROCESSING | | | 0.80 |
| 06/19/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; PHONE CONFERENCE WITH OLD CLASS PERSONNEL RE: LIENS; CORRESPONDENCE WITH GCG RE: CLAIM PROCESSING PROCEDURES | | | 0.80 |
| 06/20/17 | MJJ | COMMUNICATIONS WITH GCG RE: OLD CLASS VS. NEW CLASS LIENS | | | 0.30 |
| 06/22/17 | MJJ | COMMUNICATIONS WITH GCG RE: WETLANDS CLAIMS; REVIEW CONFLICTING CLAIM RESULTS IN DHEPDS VS. NEUTRALS SETTLEMENTS; COMMUNICATIONS WITH GARDEN CITY RE: REVISED PROCESSING OF SETTLED CLAIMS / REVISED TIME LINE FOR SPECIFIC POPULATIONS | | | 1.20 |
| 06/23/17 | MJJ | CORRESPONDENCE FROM COURT NEUTRALS RE: SETTLEMENT PROCESS; REVIEW EXTENSIVE SPREADSHEET MATERIALS RE: CLAIMS SETTLED BY NEUTRALS; CORRESPONDENCE WITH DHEPDS PERSONNEL RE: PROGRAM COORDINATION; COMMUNICATIONS WITH GCG RE: NEWLY FILED CLAIM TYPES | | | 1.60 |
| 06/26/17 | MJJ | CORRESPONDENCE WITH PRO SE CLAIMANT AND GCG RE: ATTORNEY REPRESENTATION | | | 0.20 |
| 06/27/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; ANALYSIS OF PROPERTY DAMAGE CLAIMS | | | 0.70 |
| 06/29/17 | MJJ | CORRESPONDENCE WITH TRANSOCEAN COUNSEL RE: PROJECTED TIMING OF DISTRIBUTION | | | 0.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 001300 | 01580 | | | Invoice # 29959 | Page | 3 |
| 07/05/17 | MJJ | COMMUNICATIONS RE: ACCOUNTING ADMINISTRATIVE EXPENSES; REVIEW WEEKLY CLAIM REPORT | | | | 0.70 |
| 07/10/17 | MJJ | REVIEW CLAIM PROCESSING REPORT | | | | 0.20 |
| 07/12/17 | MJJ | COMMUNICATIONS WITH GCG RE: PROGRESS OF CLAIMS PROCESSING, NOTICES ISSUED, APPEALS, ETC; COMMUNICATIONS WITH COS AND PSC RE: COST ISSUES | | | | 0.70 |
| 07/17/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT | | | | 0.20 |
| 07/19/17 | MJJ | COMMUNICATIONS WITH DHEPDS PERSONNEL AND GCG RE: PROJECTED TIMELINE ISSUES; COMMUNICATIONS WITH GCG RE: QUARTERLY STATUS REPORT | | | | 0.50 |
| 07/24/17 | MJJ | PREPARATION OF COURT STATUS REPORT; COMMUNICATIONS WITH GCG AND DHEPDS RE: TIMING OF CLAIMS PROCESSING, ESTABLISHING RESERVES, ETC; REVIEW WEEKLY CLAIM ACTIVITY REPORT | | | | 1.90 |
| 07/25/17 | MJJ | COMMUNICATIONS WITH DHEPDS RE: COORDINATION OF STATUS REPORT ISSUES; COMMUNICATIONS WITH GCG RE: ALTERNATIVES TO ADDRESSING DHEPDS SETTLED CLAIMS; REVISIONS TO DRAFT REPORT TO COURT | | | | 1.70 |
| 07/26/17 | MJJ | CORRESPONDENCE WITH CLASS COUNSEL AND UBS RE: ESCROW MANAGEMENT; FURTHER PREPARATION OF QUARTERLY STATUS REPORT; PHONE CALL WITH DHEPDS RE: TIMELINE AND CLAIM PROCESSING ISSUES | | | | 2.40 |
| 07/28/17 | MJJ | PHONE CONFERENCE WITH GCG RE: STATUS REPORT, WETLANDS CLAIM STAFFING AND PROCESSING, ETC; PHONE CONFERENCE WITH DHEPDS RE: MAPPING COORDINATION/PROCESSING; ANALYSIS OF CLAIM REVIEW COMPLICATIONS AND MISC. PROCESSING ISSUES | | | | 1.90 |
| 07/31/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; COMMUNICATIONS WITH DHEPDS RE: COURT NEUTRALS SETTLEMENT DATA; REVIEW CLASS COUNSEL MOTIONS RE: COURT AUTHORITY FOR VARIOUS EXPENSES | | | | 0.90 |
| | | | | 35.00 | | $16,600.00 |
| MJJ | JUNEAU, MICHAEL J. | | 35.00 hrs @ | $500.00 /hr | $16,600.00 | |
| | Fee Recap Totals | | 35.00 | | $16,600.00 | |

## EXPENSES                                                                                                             Amount

| | | |
|---|---|---|
| 05/05/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 06/21/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 07/10/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 07/31/17 | COPYING | 15.30 |
| | | $30.30 |

## BILLING SUMMARY:

| | | |
|---|---|---|
| | TOTAL FEES | $16,600.00 |
| | TOTAL EXPENSES | $30.30 |

001300      01580                                              Invoice # 29959        Page     4

      TOTAL FEES & EXPENSES                              $16,630.30

**TOTAL NOW DUE**                                              **$16,630.30**

**Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO**

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 06/16/17 | Patrick Hron | Review inquiry and email regarding Third Party Claims in HESI/TO Settlement Programs | 0.25 | $ 125.00 | $ 31.25 | |
| 07/24/17 | Patrick Hron | Review HESI/TO Status Report and Email re Same | 0.50 | $ 125.00 | $ 62.50 | |
| 07/26/17 | Patrick Hron | Review HESI/TO Status Report | 0.25 | $ 125.00 | $ 31.25 | |
| 07/27/17 | Patrick Hron | Review HESI/TO Status Report, Email, and Call re Same | 0.50 | $ 125.00 | $ 62.50 | |
| 07/31/17 | Patrick Hron | Review HESI/TO Status Report and Email re Same | 0.25 | $ 125.00 | $ 31.25 | $ 218.75 |
| 05/12/17 | Rebecca Foreman | Email correspondence for Mr. Juneau | 0.08 | $ 70.00 | $ 5.60 | |
| 05/22/17 | Rebecca Foreman | Email correspondence for Mr. Juneau | 0.08 | $ 70.00 | $ 5.60 | |
| 06/28/17 | Rebecca Foreman | Email correspondence for Mr. Juneau | 0.08 | $ 70.00 | $ 5.60 | |
| 07/05/17 | Rebecca Foreman | Email correspondence for Mr. Juneau | 0.08 | $ 70.00 | $ 5.60 | |
| 07/27/17 | Rebecca Foreman | Email correspondence for Mr. Juneau | 0.08 | $ 70.00 | $ 5.60 | $ 28.00 |
| 06/19/17 | Robert Levine | Accumulate Time charges from staff | 0.25 | $ 170.00 | $ 42.50 | |
| 07/31/17 | Robert Levine | Accumulate Time charges from staff | 0.50 | $ 170.00 | $ 85.00 | $ 127.50 |
| 05/12/17 | Patrick Juneau | Email Re: PSC/Garrett on cost budget | 0.10 | $ 700.00 | $ 70.00 | |
| 05/22/17 | Patrick Juneau | Email Re: BG work on SALI tool for HESI | 0.25 | $ 700.00 | $ 175.00 | |
| 06/28/17 | Patrick Juneau | Various emails RE: PSC/MJ on budget and timing | 0.10 | $ 700.00 | $ 70.00 | |
| 07/05/17 | Patrick Juneau | Discussion Re: BG work on SALI tool for HESI | 0.40 | $ 700.00 | $ 280.00 | |
| 07/27/17 | Patrick Juneau | Email Re: Neutral Settlements in computation | 0.25 | $ 700.00 | $ 175.00 | $ 770.00 |
| 05/02/17 | Christina Hendrick | Email correspondence Re: HESI/Transocean Subsistence Claims | 0.25 | $ 100.00 | $ 25.00 | |
| 05/17/17 | Christina Hendrick | Email correspondence Re: HESI/Transocean Subsistence Claims | 0.25 | $ 100.00 | $ 25.00 | |
| 05/19/17 | Christina Hendrick | Discussion re: use of SALI tool and Licensing Database in DWH for HESI | 0.90 | $ 100.00 | $ 90.00 | |
| 05/19/17 | Christina Hendrick | Call to David Smith (BG) re: how to discuss HESI with BG employees .Built Outline for request for process to pull information requested by Michelle LaCount i | 1.85 | $ 100.00 | $ 185.00 | |
| 05/22/17 | Christina Hendrick | Phone call with D. Smith re: request from Michelle and billing time | 0.27 | $ 100.00 | $ 26.67 | |
| 05/22/17 | Christina Hendrick | Phone call with Bethany Anderson to discuss outline | 0.50 | $ 100.00 | $ 50.00 | |
| 05/23/17 | Christina Hendrick | Phone call with Bethany Anderson to discuss outline | 0.33 | $ 100.00 | $ 33.33 | |
| 05/23/17 | Christina Hendrick | Phone call with Bethany Anderson to discuss outline | 0.75 | $ 100.00 | $ 75.00 | |
| 06/05/17 | Christina Hendrick | Email and phone correspondence re: deliverable and map issue | 0.25 | $ 100.00 | $ 25.00 | |
| 06/06/17 | Christina Hendrick | Email and phone correspondence re: deliverable and map issue, stus and deliverable delivery | 0.25 | $ 100.00 | $ 25.00 | |
| 07/05/17 | Christina Hendrick | Discussion and email approval for 27 claims to review (ML and BA) | 0.60 | $ 100.00 | $ 60.00 | |
| 07/17/17 | Christina Hendrick | email correspondence with Michelle LaCount Re: questions with deliverable | 0.08 | $ 100.00 | $ 8.33 | |
| 07/18/17 | Christina Hendrick | email correspondence with Michelle LaCount Re: questions with deliverable | 0.08 | $ 100.00 | $ 8.33 | |
| 07/27/17 | Christina Hendrick | Correspondence (multiple emails re: follow up to deliverable) | 0.25 | $ 100.00 | $ 25.00 | $ 661.67 |
| | | Total | 9.35 | | $ 1,805.92 | $ 1,805.92 |