UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 11-916* | * * | MAG. JUDGE WILKINSON |

## ORDER

Considering the Ex Parte Motion to File Document Under Seal (Rec. Doc. 23281);

IT IS ORDERED that the motion is GRANTED and the "Full and Final Release, Settlement, and Covenant Not to Sue" shall be filed UNDER SEAL as an additional attachment to the Motion for Fees and Costs Pursuant to Contingency Fee Agreement (Rec. Doc. 23266).

New Orleans, Louisiana, this 22nd day of August, 2017.

_____
United States District Judge