# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **JELP BARBER,** (Plaintiff) | | CIVIL ACTION No. 2:16-cv-05533 |
| **VERSUS** | * | SECTION J |
| | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C. (Defendants) | * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court on Plaintiff's Motion for Leave to File Reply to Reply in support of their Dispositive Motion as to Released Claims pursuant to PTO No. 64 (Rec. Doc. 22297), Section I B1 ("B1 Bundle") with respect to the Remaining B1 Plaintiffs. (Rec. Doc. 23272). Having Considered the Motion, the applicable law, and the relevant record,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff's Reply to Reply in support of their Dispositive Motion as to Released Claims pursuant to PTO No. 64 (Rec. Doc. 22297), Section I B1 ("B1 Bundle") with respect to the Remaining B1 Plaintiffs. (Rec. Doc. 23272) filed in conjunction will the Motion for Leave is deemed filed as of the date of this Order.

New Orleans, Louisiana, this _____ of _____, 2017.

_____
United States District Judge