UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179**<br>**SECTION: J**<br>**JUDGE BARBIER** |
| **This Document Relates to:**<br>*All Remaining Cases in Pleading Bundle B1*<br>AND<br>*All Remaining Cases in Pleading Bundle B3* | * * * | **MAG. JUDGE WILKINSON** |

**ORDER**
**[Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order]**

The Court has received multiple motions seeking reconsideration, etc., of its Order of July 18, 2017 regarding compliance with PTO 63 ("PTO 63 Compliance Order," Rec. Doc. 23047) and its Order of July 19, 2017 regarding compliance with PTO 64 ("PTO 64 Compliance Order," Rec. Doc. 23051).[1] Most of these motions are by plaintiffs who contend that they should be deemed compliant with PTO 63 or PTO 64 and their case should not be dismissed. Some of the motions are by defendants who argue that certain plaintiffs are not compliant with PTO 63 and that those plaintiffs should be dismissed. (*See, e.g.*, Rec. Docs. 23098 & 23267 (arguing Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers did not comply with PTO 63)).

---

[1] The motions for reconsideration, etc., of the PTO 63 Compliance Order are filed at Rec. Docs. 23087/23212, 23090/23213, 23098, 23109, 23148-23153, 23155, 23156, 23207, 23260, 23267, 23268.

The motions for reconsideration, etc., of the PTO 64 Compliance Order are filed at Rec. Docs. 23091, 23254, 23263, 23264, 23265, 23278.

**Regarding the PTO 63 Compliance Order:**

IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by <u>Friday, September 8, 2017</u>.

IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by <u>Friday, September 8, 2017</u>.[2]

**Regarding the PTO 64 Compliance Order:**

IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by <u>Friday, September 8, 2017</u>.

**Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order:**

No response may exceed 25 pages, double-spaced without leave of Court.

New Orleans, Louisiana, this 23rd day of August, 2017.

_____
United States District Judge

---

[2] The Court is aware that responses to the motions filed at 23087 & 23212 have been filed at 23157 & 23258.