# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * | MDL 2179  SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |
| **JOHNNY'S CLAMS,** (Plaintiff) | | CIVIL ACTION No. 2:16-cv-05541 |
| | * | SECTION J |
| **VERSUS** | * | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C. (Defendants) | * | MAG. JUDGE WILKINSON |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN OPPOSITION TO BP'S REPLY IN SUPPORT OF BP'S MOTION AS TO RELEASED CLAIMS PURSUANT TO PTO NO. 64, SECTION 1, B1

Pursuant to Federal Rules of Civil Procedure 27 , Plaintiff, Johnny's Clams, respectfully requests leave to file a reply to BP's Reply in support of their Dispositive Motion as to Released Claims pursuant to PTO No. 64 (Rec. Doc. 22297), Section I.B1 ("B1 Bundle") with respect to the Remaining B1 Plaintiffs. (Rec. Doc. 23272). Plaintiff has prepared a reply to BP's reply in opposition and is filing the reply in conjunction with this motion. The reply responds to BP's contentions regarding the validity of the executed GCCF release.

Dated: August 23, 2017

RESPECTFULLY SUBMITTED,

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply in Support of Plaintiffs' Response to BP's Motion as to Released Claims Pursuant to PTO No. 64 has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this  23rd day of August, 2017.

/s/ Douglas S. Lyons
Douglas S. Lyons