UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 12-968* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is Terrance Jones' ("Claimant") Motion to Enforce Terms of Settlement (Rec. Doc. 23282).

The Claims Administrator for the Medical Benefits Class Action Settlement determined that Claimant did not qualify for a hospital enhancer. Claimant requested a one-time review of this decision pursuant to Section V.M. of the Medical Settlement. The reviewer also determined that Claimant did not qualify for a hospital enhancer. The instant motion essentially asks the Court to overturn these decisions. However, such decisions are final and may not be appealed. (Medical Settlement § V.M). Accordingly,

IT IS ORDERED that Claimant's Motion to Enforce Terms of Settlement (Rec. Doc. 23282) is DENIED.

New Orleans, Louisiana, this 22nd day of August, 2017.

_____
United States District Judge