UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion for Reconsideration of the Order dated June 13, 2017. (Rec. Doc. 23286).

IT IS ORDERED that the Motion for Reconsideration (Rec. Doc. 23286) is DENIED.

New Orleans, Louisiana, this 22nd day of August, 2017.

_____
United States District Judge