IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION: J <br> * |
| *This document relates to:* <br><br> ALL CASES | * <br> *  HONORABLE CARL J. BARBIER <br> * <br> * <br> *  MAGISTRATE JUDGE WILKINSON <br> * |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

1. J.P. Morgan be and is hereby authorized and directed to transmit Three Hundred and Twenty-Five Thousand Dollars ($325,000.00) from the Common Benefit Cost and Fee Fund to the IRS for payment of estimated taxes;

2. The Clerk of Court be and is hereby authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the amount of Seven Thousand Seven Hundred and Fifty Dollars ($7,750.00) (principal only), payable to Garrett & Co., LLC, and mail or deliver the check to Garrett & Co., LLC, at 600 Northwoods Drive, Abita

Springs, La. 70420; with Garrett & Co. LLC thereafter authorized and directed to transmit $5,000 to the IRS for payment of estimated taxes, and $2,750 to Adams, Jenkins & Cheatam for payment of tax-preparation expenses.

S<small>IGNED</small> in New Orleans, Louisiana this _____ day of _____, 2017.

                                                              _____
                                                              **CARL J. BARBIER**
                                                              **UNITED STATES DISTRICT JUDGE**