UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** |
| | | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *No. 12-970* | * * | **MAG. JUDGE WILKINSON** |

### ORDER

Before the Court is Porto Castelo, Inc.'s ("Claimant") Motion to Extend Time to Submit Request for Discretionary Court Review. (Rec. Doc. 23298).[1] The Clerk's Office marked this motion "Deficient," but the Court has considered it anyway.

The Notice of Appeal Panel Decision was posted to the DWH Portal on Friday, July 28, 2017. An email notification was sent to Claimant's counsel on the same day, albeit at 9:05 p.m. Under Rules 18 and 12 of the Rules Governing Discretionary Court Review of Appeal Determinations, the deadline for submitting a request for discretionary court review was fourteen days after the Notice of Appeal was posted on the DWH Portal; i.e., August 11, 2017. Indeed, the Notice of Appeal Panel Decision states that August 11, 2017 is the deadline to request discretionary court review. To the extent counsel argues that August 22, 2017 was the deadline to request discretionary review, counsel is incorrect. To the extent counsel represents that the Appeals Coordinator "confirmed" that August 22, 2017 was the deadline for submitting a request for discretionary review, a plain reading of the email submitted with the instant motion shows that is

---

[1] The request itself appears at Rec. Doc. 23319.

simply not the case. Moreover, to the extent counsel requests an extension of the August 11, 2017 deadline, that request is denied. Accordingly,

IT IS ORDERED that the Motion to Extend Time to Submit Request for Discretionary Court Review (Rec. Doc. 23298) is DENIED.

New Orleans, Louisiana, this 24th day of August, 2017.

_____
United States District Judge