UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | | * | SECTION: J |
| This Document Relates to:  2:17-cv-02881 | | * | Judge Barbier |
| | | * | Mag. Judge Wilkinson |

ORDER

Considering the foregoing MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD granted;

IT IS HEREBY ORDERED that JACQUES F. BEZOU (BAR #3037), JACQUES F. BEZOU, JR. (BAR #33728) and ERICA HYLA (BAR #34603), THE BEZOU LAW FIRM, 534 E. Boston Street, Covington, Louisiana 70433, be enrolled as additional counsel of record for plaintiffs, GAUCI CUSTOM BUILDERS, LLC, et al.

New Orleans, Louisiana this 24th day of August, 2017.

_____
United States District Judge