UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J <br><br> JUDGE BARBIER |
| This Document Relates to: *No. 11-916* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court are two motions (Rec. Docs. 23307, 23314) requesting continuance of the hearing/submission dates noticed in two other motions that appear at 23266 and 23280.

All motions concerning cases consolidated with this multidistrict litigation are automatically stayed and no responses are due until otherwise ordered by the Court. (Pretrial Order No. 15, Rec. Doc. 676). The notices of hearing/submission submitted with the motions appearing at Rec. Doc. 23266 and 23280 are immaterial and should be disregarded. Accordingly,

IT IS ORDERED that the two Motions to Continue Notice of Submission (Rec. Docs. 23307, 23314) are DENIED AS MOOT.

New Orleans, Louisiana, this 24th day of August, 2017.

_____
United States District Judge