# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

William W. Blevins  
   Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

August 11, 2017

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
  600 South Maestri Place  
  New Orleans, LA  70130

*FILED STAMP: 2017 AUG 10 P 2:33, WILLIAM W. BLEVINS, CLERK, U.S. DISTRICT COURT, EASTERN DIST. OF LA.*

Appeal No. 12-30230

IN RE:

<u>Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico  10-md-2179 J</u>

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

    ___ 1) Electronic Record on appeal

        ___ Volume(s) of record   ___ Volume(s) of transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ CD ___ box

    ___ 2) Supplemental record_____

    _x_ 3) SEALED DOCUMENT ___# 3211___

    ___ 4) Other_____

Very truly yours,

By___Alicia Phelps_____  
    Deputy Clerk

___ Fee_____  
___ Process_____  
_X_ Dktd_____  
___ CtRmDep_____  
___ Doc. No._____