"Certification of Funds in the Registry"

PRINCIPAL: $ 39,961,000.00

Financial Deputy: C Luicke Date: 8/25/17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | |
| *This document relates to:* | * * | |
| | * | HONORABLE CARL J. BARBIER |
| ALL CASES | * | |
| | * * | MAGISTRATE JUDGE WILKINSON |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

IT IS HEREBY ORDERED that:

1. J.P. Morgan be and is hereby authorized and directed to transmit Three Hundred and Twenty-Five Thousand Dollars ($325,000.00) from the Common Benefit Cost and Fee Fund to the IRS for payment of estimated taxes;

2. The Clerk of Court be and is hereby authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the amount of Seven Thousand Seven Hundred and Fifty Dollars ($7,750.00) (principal only), payable to Garrett & Co., LLC, and mail or deliver the check to Garrett & Co., LLC, at 600 Northwoods Drive, Abita

Springs, La. 70420; with Garrett & Co. LLC thereafter authorized and directed to transmit $5,000 to the IRS for payment of estimated taxes, and $2,750 to Adams, Jenkins & Cheatam for payment of tax-preparation expenses.

New Orleans, Louisiana this 28th day of August, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE