# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 18, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-30230   In Re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:11-CV-274
                          USDC No. 2:11-CV-275

Dear Mr. Blevins,

The following is returned:

Original Record on Appeal Paper Pleadings,  ( 2 ) Vols.

The paper copy of the electronic record has been recycled.

                                            Sincerely,

                                           LYLE W. CAYCE, Clerk

                                           By: _____
                                           Lisa E. Ferrara, Deputy Clerk
                                           504-310-7675