IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**<br><br>**APPLIES TO:**<br><br>ALL CIVIL ACTIONS, INCLUDING 2:17-CV-04392, 2:17-CV-03049, 2:17-CV-04142, 2:17-CV-03200, 2:17-CV-04355, 2:17-CV-03289, 2:12-CV-02248, 2:12-CV-02333, 2:12-CV-02332, 2:12-CV-02564, AND ALL OTHER ACTIONS LISTED IN EXHIBIT A ATTACHED HERETO | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

### MOTION FOR HEARING TO DISCUSS PROCEDURES FOR ADDRESSING PTO 63 COMPLIANT CLAIMS

Plaintiffs hereby respectfully move this Court, pursuant to Rule 16(a) of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order ("PTO") No. 63, Document No. 22295, filed February 22, 2017, to convene a hearing at the Court's earliest convenience to set a schedule for future proceedings that will quickly and efficiently resolve Plaintiffs' claims.

Nexsen Pruet, LLC and Douglas M. Schmidt APLC represent approximately seven hundred (700) plaintiffs that were formerly included in the B3 Pleading Bundle. These Plaintiffs opted out of the class settlements and timely filed complaints seeking compensation for their injuries pursuant to PTO No. 63. By and through their undersigned attorneys, the Plaintiffs listed in "Exhibit A" attached hereto and incorporated into the supporting affidavit of Paul A. Dominick, respectfully request that this Court schedule a hearing to discuss future procedures for resolving these claims at its earliest convenience. In addition to Fed. R. Civ. P. 16(a), Plaintiffs respectfully submit this request pursuant to this Court's PTO No. 63, which indicated that a hearing would be

set to discuss procedures for addressing these claims. Because such a hearing has yet to be scheduled, Plaintiffs respectfully request a hearing with the Court in order to discuss the procedures for addressing these claims and moving them toward resolution. The grounds for this motion are fully set forth in the Affidavit of Paul A. Dominick, Esquire, and the Memorandum of Law in Support of this Motion filed contemporaneously herewith.

WHEREFORE, the Plaintiffs referenced above respectfully request that this Court schedule a hearing to set a schedule for future proceedings for the above-captioned matters at the Court's first available date.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

Dated:  August 30, 2017