# Exhibit A – Filed Complaints of Nexsen Pruet, LLC and Douglas Schmidt APLC Medical Opt-Out Plaintiffs

# EXHIBIT A

## FILED COMPLAINTS OF NEXSEN PRUET, LLC & DOUGLAS SCHMIDT APLC MEDICAL OPT-OUT PLAINTIFFS

|    | Civil Action   | Last Name         | First Name   |
|----|----------------|-------------------|--------------|
| 1  | 17-cv-03443    | ABDELFATTAH       | KHALED[1]    |
| 2  | 17-cv-03446    | ABDELFATTAH       | YAHYA "JAY"  |
| 3  | 17-cv-03000    | ADAMS             | ROSIA        |
| 4  | 17-cv-03017    | ALEXANDER         | JAMES        |
| 5  | 17-cv-03018    | ALFORD            | OLIVIA       |
| 6  | 17-cv-03447    | ALLEN             | BASIL        |
| 7  | 17-cv-03479    | ALLEN             | BRENDA LEE   |
| 8  | 17-cv-03019    | ALLEN             | CHAVIS       |
| 9  | 17-cv-04127    | AMAYA-RODRIGUEZ   | DENIS        |
| 10 | 17-cv-03020    | ANDERSON          | BERNICE      |
| 11 | 17-cv-03023    | ANDERSON          | CHRISTOPHER  |
| 12 | 17-cv-03022    | ANDERSON          | LATONYA S.   |
| 13 | 17-cv-03024    | ANDERSON          | SHAUNISE     |
| 14 | 17-cv-03885    | ANTOINE           | JINTRIN      |
| 15 | 17-cv-03021    | ARMSTRONG         | CYNTHIA      |
| 16 | 17-cv-03025    | ARRINGTON         | RICO         |
| 17 | 17-cv-03026    | ASH               | MARCUS       |
| 18 | 17-cv-03626    | ASKEW             | BRUCE        |
| 19 | 17-cv-03027    | ASSI              | MOHAMMED     |
| 20 | 17-cv-03628    | AUBERT            | TEANDRA      |
| 21 | 17-cv-04128    | AUSTIN (deceased) | LEONA        |
| 22 | 17-cv-04129    | BACHI             | SABRINA      |
| 23 | 17-cv-04129    | BACHI  (minor)    | CHRISTIAN    |
| 24 | 17-cv-04129    | BACHI  (minor)    | COLTON       |
| 25 | 17-cv-03029    | BACKSTROM         | DAVID        |
| 26 | 17-cv-03030    | BAGGETT           | VERNON       |
| 27 | 17-cv-03031    | BAILEY            | GEORGE       |
| 28 | 17-cv-03032    | BALTIMORE         | MARILYN      |
| 29 | 17-cv-03033    | BANKS             | CHRISTOPHER  |
| 30 | 17-cv-03034    | BARKSDALE         | DONALD       |
| 31 | 12-cv-02248    | BARLOW            | TORREY       |
| 32 | 17-cv-03035    | BARNES            | KATE         |
| 33 | 17-cv-03629    | BARNES            | KRYSTAL      |
| 34 | 17-cv-03036    | BARNES            | OLANDER      |
| 35 | 17-cv-03630    | BARNES            | SUSAN        |
| 36 | 17-cv-03632    | BARRINGTON        | CHADWICK     |

---

[1] Cases highlighted in blue are cases that were noted as deficient by BP and dismissed by this Court.  Motions for Reconsideration have been filed in each case and are awaiting adjudication by this Court.

| | | | |
|---|---|---|---|
| 37 | 17-cv-03037 | BASS | SAMUEL |
| 38 | 17-cv-03038 | BEACHAM | LATHADDEUS (Omar) |
| 39 | 17-cv-03634 | BEAN | JOHN |
| 40 | 17-cv-03635 | BECNEL | LISA |
| 41 | 17-cv-03039 | BEELER | AUSTIN |
| 42 | 17-cv-03040 | BELL | FABIAN |
| 43 | 17-cv-03480 | BELTON | RODERICK |
| 44 | 17-cv-03041 | BENDOLPH | DONELL |
| 45 | 17-cv-03042 | BENNETT | GWENDOLYN |
| 46 | 17-cv-03043 | BENYARD | NATALIE |
| 47 | 17-cv-03044 | BERRY | JUSTIN |
| 48 | 17-cv-03482 | BEVERLY | CLEOPHUS |
| 49 | 17-cv-03045 | BEVERLY | JOY |
| 50 | 17-cv-03636 | BINDER | SAMMIE |
| 51 | 17-cv-04130 | BIVINS | CLARENCE |
| 52 | 17-cv-03483 | BLACK | JAMARCUS |
| 53 | 17-cv-03047 | BLACK | LESIA |
| 54 | 17-cv-03637 | BLACKSTON | KERMIT |
| 55 | 17-cv-04131 | BLACKSTON | SAVANNAH |
| 56 | 17-cv-03048 | BLACKSTON | VICTOR |
| 57 | 17-cv-04131 | BLACKSTON (minor) | KADEN |
| 58 | 17-cv-03490 | BLACKWELL | CHERRAE |
| 59 | 17-cv-03492 | BLAKLEY | ASHLEY |
| 60 | 17-cv-03049 | BLAND | DARAY |
| 61 | 17-cv-03050 | BLANKS | ROMOND |
| 62 | 17-cv-03341 | BODIFORD | THOMAS |
| 63 | 17-cv-03499 | BOLER | STERLING |
| 64 | 17-cv-04132 | BOLTON | JONATHAN "JOE" |
| 65 | 17-cv-04133 | BONILLA | SARA |
| 66 | 17-cv-04134 | BONVILLAIN | WAYDE |
| 67 | 17-cv-03051 | BOOKER | DONDY |
| 68 | 17-cv-03052 | BOOKER | WILLIE |
| 69 | 17-cv-04135 | BOOSE, JR. | LAWYER |
| 70 | 17-cv-03053 | BOOTH | CHIANTI |
| 71 | 17-cv-03639 | BOSARGE | DENNIS |
| 72 | 17-cv-03639 | BOSARGE | LORINDA (LORI) |
| 73 | 17-cv-03505 | BOWDEN | TERESA |
| 74 | 17-cv-03506 | BOWDEN, JR | WILLIAM |
| 75 | 17-cv-03054 | BOWENS | CHARLES |
| 76 | 17-cv-04136 | BRADLEY | ERIC |
| 77 | 17-cv-03055 | BRADLEY | ERVIN |
| 78 | 17-cv-03887 | BRAGGS | MICHAEL |
| 79 | 17-cv-03056 | BRANCH | McKINLEY |
| 80 | 17-cv-04137 | BRANDON | TA'TANISHA |
| 81 | 17-cv-03057 | BRANDON | WILLIAM |

| 82  | 17-cv-03078 | BRAZZLE           | VELMA             |
|-----|-------------|-------------------|-------------------|
| 83  | 17-cv-04138 | BREWER            | CRYSTAL           |
| 84  | 17-cv-03079 | BREWER            | JOHN              |
| 85  | 17-cv-03508 | BREWER            | THIMUS            |
| 86  | 17-cv-03080 | BRIDGES           | CLARENCE          |
| 87  | 17-cv-03083 | BRIGGS            | JIMMY             |
| 88  | 17-cv-03640 | BRIMAGE           | IESHA             |
| 89  | 17-cv-03510 | BRISTER           | DARRELL           |
| 90  | 17-cv-04652 | BRISTER           | Estate of COURTNEY |
| 91  | 17-cv-03087 | BROADWAY, JR.     | FLOYD             |
| 92  | 17-cv-04139 | BROCK             | KRISTA MEJIA      |
| 93  | 17-cv-04655 | BROOKS            | JT                |
| 94  | 17-cv-03088 | BROOKS            | KAREN             |
| 95  | 17-cv-03090 | BROUGHTON         | DEWAYNE           |
| 96  | 17-cv-03093 | BROWN             | ARTHUR            |
| 97  | 17-cv-04140 | BROWN             | BRYAN             |
| 98  | 17-cv-03516 | BROWN             | CHER              |
| 99  | 17-cv-04141 | BROWN             | DONNA             |
| 100 | 12-cv-02333 | BROWN             | JAMIE             |
| 101 | 12-cv-02333 | BROWN             | JOSEPH            |
| 102 | 17-cv-03097 | BROWN             | LENA              |
| 103 | 17-cv-03099 | BROWN             | RAY               |
| 104 | 17-cv-04142 | BROWN             | REGINA            |
| 105 | 17-cv-03101 | BROWN             | RENNELL           |
| 106 | 17-cv-03104 | BROWN             | REYNARD           |
| 107 | 17-cv-04143 | BROWN             | ROCHELLE          |
| 108 | 17-cv-03641 | BROWN             | SHAH              |
| 109 | 17-cv-03519 | BROWN             | SHONTE            |
| 110 | 17-cv-04499 | BRUMFIELD         | CURTIS            |
| 111 | 17-cv-03107 | BRUMFIELD         | HERBERT           |
| 112 | 17-cv-04562 | BRUMFIELD (minor) | DEJA' JANA        |
| 113 | 17-cv-03110 | BRUTON            | JOSEPH            |
| 114 | 17-cv-03114 | BRYANT            | ERIC              |
| 115 | 17-cv-03115 | BUCKLEY           | BARBARA           |
| 116 | 17-cv-03523 | BUENO             | JOSE'             |
| 117 | 17-cv-04144 | BUNCH             | JOHN              |
| 118 | 17-cv-03117 | BURNS             | ALBERT            |
| 119 | 17-cv-03118 | BUSH              | DOUGLAS           |
| 120 | 17-cv-03077 | BUTLER            | DEBRA             |
| 121 | 17-cv-04145 | BUTLER            | LAKESHA           |
| 122 | 17-cv-04153 | BUTLER            | MICHAEL           |
| 123 | 17-cv-03075 | BUTLER, III       | MILTON            |
| 124 | 17-cv-03073 | BYRD              | BRANDON           |
| 125 | 17-cv-03070 | BYRD              | GEORGE            |
| 126 | 17-cv-03642 | BYRD              | JENNIFER          |

| 127 | 17-cv-03643 | CAMBRE | ANDOCHE |
|---|---|---|---|
| 128 | 17-cv-03119 | CAMPBELL | SHARON |
| 129 | 17-cv-03524 | CAMPBELL | TREVOR |
| 130 | 17-cv-03120 | CARAWAY | MICHAEL |
| 131 | 17-cv-03121 | CARD | LORA ANN |
| 132 | 17-cv-03644 | CARGILL | MARKELIN |
| 133 | 17-cv-03645 | CARPENTER | OTIS |
| 134 | 17-cv-03123 | CARTER | CHARLES |
| 135 | 17-cv-03525 | CASEY, JR. | WILLIE |
| 136 | 17-cv-04154 | CASTLEBERRY | JACKIE |
| 137 | 17-cv-04154 | CASTLEBERRY (minor) | JEFFREY |
| 138 | 17-cv-04154 | CASTLEBERRY-FORT | JANCEY |
| 139 | 17-cv-03124 | CATCHINGS | DAWN |
| 140 | 17-cv-03888 | CAUSEY | ROY |
| 141 | 17-cv-04067 | CHAMBERS | BRIANNE |
| 142 | 17-cv-04155 | CHAPMAN | SHATA |
| 143 | 17-cv-04155 | CHAPMAN (minor) | TATYANA |
| 144 | 17-cv-04155 | CHAPMAN, JR. (minor) | TABOKKA |
| 145 | 17-cv-03125 | CHARLES (incarcerated) | COREY |
| 146 | 17-cv-03646 | CHATMAN | VONSHEA |
| 147 | 17-cv-04507 | CHERAMIE | Estate of RODNEY |
| 148 | 17-cv-04502 | CHERAMIE (minor) | GABRIELLE |
| 149 | 17-cv-03889 | CINTRA | ELVIS |
| 150 | 17-cv-03526 | CLAY, SR | CHRISTOPHER |
| 151 | 17-cv-03647 | COLBERT | EDWARD |
| 152 | 17-cv-03648 | COLBURN | RITA |
| 153 | 17-cv-03649 | COLE | WILLIE |
| 154 | 17-cv-03127 | COLEMAN | BARBARA |
| 155 | 17-cv-04157 | COLEMAN | CHARLES |
| 156 | 17-cv-03128 | COLEMAN | HERBERT |
| 157 | 17-cv-03130 | COLEMAN | LILLIE |
| 158 | 17-cv-04158 | COLEMAN | STEVE |
| 159 | 17-cv-03415 | COLLIER | JAMES |
| 160 | 17-cv-03131 | COLLIER | PATRICK |
| 161 | 17-cv-03650 | CONLEY | FRED |
| 162 | 17-cv-03686 | COON | GEORGE |
| 163 | 17-cv-03132 | COTTON | CILLO |
| 164 | 17-cv-03133 | COTTON | GARY |
| 165 | 17-cv-03134 | CRAIG | ANTHONY |
| 166 | 17-cv-03688 | CRANMER | DANIELLE |
| 167 | 17-cv-03135 | CRAWFORD | OLIVIA |
| 168 | 17-cv-03136 | CRAWFORD | PATRICK |
| 169 | 17-cv-03689 | CROSBY, III | MELTON |
| 170 | 17-cv-03527 | CRUMPTON | CAROLYN |
| 171 | 17-cv-03137 | CUEVAS | DEAN |

| | | | |
|---|---|---|---|
| 172 | 17-cv-04159 | CULBERSON | RENELL |
| 173 | 17-cv-03690 | CURBELO | IVAN |
| 174 | 17-cv-03528 | DAILEY | LUCY |
| 175 | 17-cv-04160 | DANIEL | DANA |
| 176 | 17-cv-04309 | DANIEL | EILEEN |
| 177 | 17-cv-04392 | DANIELS | ESTEE |
| 178 | 17-cv-04394 | DANIELS, JR. | Estate of ROBERT |
| 179 | 17-cv-03138 | DARDAR, SR. | BENNY |
| 180 | 17-cv-03139 | DARRINGTON | LEQUAITA |
| 181 | 17-cv-03531 | DASCO | LEIF |
| 182 | 17-cv-03725 | DAVENPORT | KEVIN |
| 183 | 17-cv-03726 | DAVENPORT | LARRY |
| 184 | 17-cv-03140 | DAVIS | FREDERICK |
| 185 | 17-cv-03141 | DAVIS | MARY |
| 186 | 17-cv-04664 | DAVIS | MICHAEL |
| 187 | 17-cv-04312 | DAVIS | SEDIJA |
| 188 | 17-cv-04313 | DAVIS | TRAVIS |
| 189 | 17-cv-04310 | DAVIS, III | LUKE |
| 190 | 17-cv-03142 | DAVISON | SANDRA |
| 191 | 17-cv-04314 | DAVIS-SHERROD | MYESHA |
| 192 | 17-cv-03533 | DAWKINS | FREDERICK |
| 193 | 17-cv-03892 | DE PAZ | SUSANA |
| 194 | 17-cv-03143 | DEDEAUX | YOLANDA |
| 195 | 17-cv-03144 | DEESE | ERIC |
| 196 | 17-cv-04648 | DELMAR MCDANIEL | KARIS |
| 197 | 17-cv-03149 | DELOACH | ROBERT |
| 198 | 17-cv-03150 | DIAL | JACK |
| 199 | 17-cv-04315 | DILL | JOHNNY |
| 200 | 17-cv-04319 | DINKINS | MICHAEL |
| 201 | 17-cv-04320 | DIXEY | HEATHER |
| 202 | 17-cv-04321 | DIXEY | JORDAN |
| 203 | 17-cv-03900 | DIXON | MICHAEL |
| 204 | 17-cv-03903 | DO | YEN |
| 205 | 17-cv-03152 | DOBBS | TERRESA |
| 206 | 17-cv-04395 | DOOM | DANIELLE |
| 207 | 17-cv-04395 | DOOM | KATHRYN |
| 208 | 17-cv-04395 | DOOM | PAUL MATTHEW |
| 209 | 17-cv-04395 | DOOM | PAUL RAYMOND |
| 210 | 17-cv-04395 | DOOM (minor) | CHRISTIAN MICHAEL |
| 211 | 17-cv-04395 | DOOM (minor) | GAVIN |
| 212 | 17-cv-03154 | DORSEY | WILBERT |
| 213 | 17-cv-03534 | DOUD | ELIZABETH |
| 214 | 17-cv-03157 | DUCKSWORTH | VANTAVIOUS |
| 215 | 17-cv-03159 | DUKES | MARSHALL |
| 216 | 17-cv-03160 | DUMAS | DAVID |

| | | | |
|---|---|---|---|
| 217 | 17-cv-04322 | DUMAS | HAKIM |
| 218 | 17-cv-03536 | DURDEN | ANGELA LAVERNE |
| 219 | 17-cv-03537 | DURHAM | KEITH |
| 220 | 17-cv-03538 | DURR | MARIO |
| 221 | 17-cv-04323 | DYKES | WENDELL |
| 222 | 17-cv-03913 | EASTERLING | TONNIE |
| 223 | 17-cv-04324 | EDWARDS | AL |
| 224 | 17-cv-03928 | EDWARDS | JUNIOR |
| 225 | 17-cv-03957 | EDWARDS | NATASHA |
| 226 | 17-cv-03163 | ELLZEY | ERIC |
| 227 | 17-cv-03985 | ELZEY | JOHNNY |
| 228 | 17-cv-03180 | ENGLAND | THOMAS |
| 229 | 17-cv-03182 | ENGLISH | EUGENE |
| 230 | 17-cv-04325 | ENGLISH | MERVIN |
| 231 | 17-cv-03182 | ENGLISH | ELIZABETH |
| 232 | 17-cv-04326 | EVANS | KEYWASKI |
| 233 | 17-cv-04302 | EVANS TRAYLOR | GABRIELLE |
| 234 | 17-cv-03986 | EXPOSE | BERNARD |
| 235 | 17-cv-03184 | FAIRLEY | ALFORD |
| 236 | 17-cv-03988 | FAIRLEY | FREDDIE |
| 237 | 17-cv-03188 | FAIRLEY | ROYCE |
| 238 | 17-cv-03989 | FAST | WILLIAM |
| 239 | 17-cv-03192 | FAVORITE | CARL |
| 240 | 17-cv-04327 | FERGUSON | MINNIE |
| 241 | 17-cv-03193 | FIELDER | CHERYL |
| 242 | 17-cv-03195 | FLEMING | JAMES |
| 243 | 17-cv-03990 | FLEMING | TERRIE |
| 244 | 17-cv-04396 | FLOURNOY | NANCY |
| 245 | 17-cv-04396 | FLOURNOY, JR. | DAVID |
| 246 | 17-cv-04396 | FLOURNOY, SR. | DAVID |
| 247 | 17-cv-03198 | FORD | LESLIE |
| 248 | 17-cv-03200 | FOUNTAIN | JOHN |
| 249 | 17-cv-03202 | FOUNTAIN | MARY |
| 250 | 17-cv-03204 | FOUNTAIN | REGINALD |
| 251 | 17-cv-03208 | FOWLER | JULIAN |
| 252 | 17-cv-03991 | FOXWORTH | JACKULIN |
| 253 | 17-cv-04328 | FOXWORTH | TIFFANY |
| 254 | 17-cv-03212 | FRANCISCO | MARK |
| 255 | 17-cv-03992 | FRANICHEVICH | ANDREW |
| 256 | 17-cv-03215 | FRANKLIN, JR. | CHARLES M. |
| 257 | 17-cv-03216 | FRANKS | ROBERT |
| 258 | 17-cv-03219 | FRAZIER | DEBRA |
| 259 | 17-cv-04329 | GAINES | SHAWNDAIUS |
| 260 | 17-cv-03993 | GAINEY | CAROLYN |
| 261 | 17-cv-03993 | GAINEY, SR. | RUSSELL |

| 262 | 17-cv-03994 | GAMBLE | JAMES |
|---|---|---|---|
| 263 | 17-cv-03223 | GARA, JR. | DENNIS |
| 264 | 17-cv-03541 | GARCIA | JOHN |
| 265 | 17-cv-03224 | GARDNER | SANDRA |
| 266 | 17-cv-04330 | GARLOW | CLARENCE |
| 267 | 17-cv-03229 | GATHERS | RENEE |
| 268 | 17-cv-03995 | GENTRY | BRANDON |
| 269 | 17-cv-03234 | GILLIAM | EARL |
| 270 | 17-cv-03236 | GILMORE | ARTHUR |
| 271 | 17-cv-03996 | GIUSTI, JR | ERNEST |
| 272 | 17-cv-04331 | GODFREY | SCOTT |
| 273 | 17-cv-03256 | GOLDSMITH | MARCINE |
| 274 | 17-cv-04332 | GOMES | TEVON |
| 275 | 17-cv-04333 | GONZALES | JAMES |
| 276 | 17-cv-03257 | GONZALEZ | HECTOR |
| 277 | 17-cv-04334 | GRANT | MARCUS |
| 278 | 17-cv-04335 | GRAVES | CARL |
| 279 | 17-cv-04336 | GRAY | MICHAEL |
| 280 | 17-cv-04660 | GRAY  (minor) | PRINCESS |
| 281 | 17-cv-04337 | GREEN | BIRNELLA |
| 282 | 17-cv-03997 | GREEN | TIMOTHY |
| 283 | 17-cv-03258 | GRIFFIN | KACEY |
| 284 | 17-cv-03259 | GRIFFIN | MARSELL |
| 285 | 17-cv-03260 | GUESS | SERENA |
| 286 | 17-cv-04338 | HAKENJOS | JAMERSON |
| 287 | 17-cv-03998 | HALL | LANYCHA |
| 288 | 17-cv-03261 | HALL | LORINZO |
| 289 | 17-cv-03262 | HALSELL | EDWIN |
| 290 | 17-cv-03263 | HAMILTON | TERRENCE |
| 291 | 17-cv-04339 | HARDY | RONNIE |
| 292 | 17-cv-04340 | HAREWOOD | KIRK |
| 293 | 17-cv-04341 | HARMON | JAMES |
| 294 | 17-cv-04342 | HARRIS | AL'TERRYAL |
| 295 | 17-cv-03264 | HARRIS | CEDRIC |
| 296 | 17-cv-03265 | HARRIS | CHARLES |
| 297 | 17-cv-04343 | HARRIS | DERRY |
| 298 | 17-cv-03266 | HARRIS | ELVIS |
| 299 | 17-cv-03267 | HARRIS | RUSHION |
| 300 | 17-cv-04345 | HARRIS | TERRANCE |
| 301 | 17-cv-04650 | HARRIS | TISHIA |
| 302 | 17-cv-03268 | HARRIS | TYRON |
| 303 | 17-cv-04344 | HARRIS, JR. | EZZARD |
| 304 | 17-cv-04346 | HARRISON | KENNARD |
| 305 | 17-cv-04347 | HARRY | JEROME |
| 306 | 17-cv-03269 | HARVEY | KHRISTI |

| | | | |
|---|---|---|---|
| 307 | 17-cv-04348 | HATCHER | DANA |
| 308 | 17-cv-03270 | HAWTHORNE | AYANA |
| 309 | 17-cv-04397 | HAYES | MARY |
| 310 | 17-cv-04349 | HAYES | RODNEY |
| 311 | 17-cv-04397 | HAYES (minor) | ISAAC |
| 312 | 17-cv-04397 | HAYES (minor) | ISAIAH |
| 313 | 17-cv-03271 | HAYNES | ALEXANDER |
| 314 | 17-cv-04350 | HAYNES | ALMETIS |
| 315 | 17-cv-03272 | HAYNES | WILLIE |
| 316 | 17-cv-04353 | HEATHINGTON | THOMAS |
| 317 | 17-cv-03273 | HENDERSON | ALAN |
| 318 | 17-cv-03275 | HENDERSON | WAYNE |
| 319 | 17-cv-04354 | HENDRIX | MITCHELL |
| 320 | 17-cv-03276 | HENSON, JR. | JAMES |
| 321 | 17-cv-03277 | HENSON, SR. | JAMES |
| 322 | 17-cv-04355 | HERBERT | SEBASTIAN |
| 323 | 17-cv-04356 | HICKS | KEUNDRA |
| 324 | 17-cv-03315 | HIGGINBOTHAM | DOROTHY CLAYTON |
| 325 | 17-cv-03278 | HILL | SHERRY |
| 326 | 17-cv-03279 | HILLIARD | JULIUS |
| 327 | 17-cv-03280 | HINES, JR | THOMAS |
| 328 | 17-cv-04357 | HINTON | ARLENE |
| 329 | 17-cv-03281 | HOCKADAY, JR. | EDISON |
| 330 | 17-cv-03282 | HODGE | CHARLIE |
| 331 | 17-cv-03999 | HOHNADELL | GALE |
| 332 | 17-cv-03999 | HOHNADELL | KIMBERLY |
| 333 | 17-cv-03999 | HOHNADELL (minor) | ALEC |
| 334 | 17-cv-03283 | HOLDER, II | DANE |
| 335 | 17-cv-03284 | HOLIFIELD | ALVIN |
| 336 | 17-cv-04358 | HOLIFIELD | ERIC |
| 337 | 17-cv-04359 | HOLIFIELD | GOLLIE |
| 338 | 17-cv-04065 | HOOKER | JARVIS |
| 339 | 17-cv-03285 | HORNE | KAREM |
| 340 | 17-cv-04568 | HORNE (minor) | HALEY |
| 341 | 17-cv-04360 | HOUSER | BRUCE |
| 342 | 17-cv-03286 | HOWARD | ALFRED |
| 343 | 17-cv-03543 | HOWARD | LARRY |
| 344 | 17-cv-03287 | HOWELL | PATRICIA |
| 345 | 17-cv-03288 | HOWZE | ALFONSO |
| 346 | 17-cv-03289 | HUDDLESTON | CARSON |
| 347 | 17-cv-04361 | HUDSON | MARK |
| 348 | 17-cv-04362 | HUDSON | TRAVIS |
| 349 | 17-cv-04363 | HUGHES | WILLIAM ROBERT |
| 350 | 17-cv-03290 | HUNDLEY | CLAMUS |
| 351 | 17-cv-04364 | HURD | SHIKIAH |

| 352 | 17-cv-04000 | HURD | STEVEN |
|---|---|---|---|
| 353 | 17-cv-03545 | HURD | THERESA |
| 354 | 17-cv-03291 | HUYNH | TRONG |
| 355 | 17-cv-03292 | HYE | ELLA |
| 356 | 17-cv-03293 | HYE | TERRY |
| 357 | 17-cv-04365 | ISOM | CEDRIC |
| 358 | 17-cv-03294 | JACKSON | ANTHONY |
| 359 | 17-cv-03295 | JACKSON | BRENDA |
| 360 | 17-cv-03296 | JACKSON | CHRISTOLA |
| 361 | 17-cv-03297 | JACKSON | GREGORY |
| 362 | 17-cv-03298 | JACKSON | MARCUS |
| 363 | 17-cv-03299 | JACKSON | SHARON |
| 364 | 17-cv-04366 | JACKSON | TARUS |
| 365 | 17-cv-03300 | JACOBS | EUWEEKA |
| 366 | 17-cv-03301 | JACQUEZ | JOSE |
| 367 | 17-cv-03302 | JAOUHARI | HILAL |
| 368 | 17-cv-03303 | JENKINS | CHRIS |
| 369 | 17-cv-04367 | JENKINS | TERRI |
| 370 | 17-cv-03304 | JOHNS | JOAN |
| 371 | 17-cv-04368 | JOHNSON | AARON |
| 372 | 17-cv-03305 | JOHNSON | BEAUX |
| 373 | 17-cv-04369 | JOHNSON | CARL |
| 374 | 17-cv-03306 | JOHNSON | CARMINE |
| 375 | 17-cv-03307 | JOHNSON | CHESTERE |
| 376 | 17-cv-04370 | JOHNSON | DEBORAH |
| 377 | 17-cv-04371 | JOHNSON | GENA |
| 378 | 17-cv-03308 | JOHNSON | GRADY |
| 379 | 17-cv-04372 | JOHNSON | LISA |
| 380 | 17-cv-03309 | JOHNSON | PATRICIA |
| 381 | 17-cv-04647 | JOHNSON | REGINALD |
| 382 | 17-cv-04373 | JOHNSON | RODERICK |
| 383 | 17-cv-04374 | JOHNSON | STEPHEN |
| 384 | 17-cv-04399 | JOHNSON  (minor) | VICTORIA |
| 385 | 17-cv-04399 | JOHNSON, JR.  (minor) | TRAVIS |
| 386 | 17-cv-03310 | JOINER | RICHARD |
| 387 | 17-cv-04376 | JONES | ANDRE |
| 388 | 17-cv-04378 | JONES | BRANDON |
| 389 | 17-cv-03312 | JONES | CHARLENE |
| 390 | 17-cv-04377 | JONES | CYNTHIA |
| 391 | 17-cv-04379 | JONES | EDWARD |
| 392 | 17-cv-04380 | JONES | HOWARD |
| 393 | 17-cv-04381 | JONES | LARRY |
| 394 | 17-cv-04382 | JONES | MARVIN |
| 395 | 17-cv-04383 | JONES | SAMMIE |
| 396 | 17-cv-04384 | JONES | TEKIRA |

| | | | |
|---|---|---|---|
| 397 | 17-cv-04385 | JONES | TRAVIS |
| 398 | 17-cv-04375 | JONES | AL'LISHA |
| 399 | 17-cv-04386 | JOSEPH | ELDRIDGE |
| 400 | 17-cv-04569 | JOURDEN | FOREST |
| 401 | 17-cv-04387 | KALINOWSKI | KEVIN |
| 402 | 17-cv-03313 | KAOUI | PETER |
| 403 | 17-cv-04388 | KELLY, JR | BILLY |
| 404 | 17-cv-03314 | KENNER | TAIJAHRELL |
| 405 | 17-cv-04389 | KEYS | ERNESTINE |
| 406 | 17-cv-04390 | KIDD | LARRY |
| 407 | 17-cv-04393 | KING | CLIFTON |
| 408 | 17-cv-04398 | KING | DEWAYNE |
| 409 | 17-cv-04398 | KING (minor) | TAI-KEYSHA |
| 410 | 17-cv-04391 | KIRKLAND | CHRISTOPHER |
| 411 | 17-cv-04401 | LABROSSE | JEREMIAH |
| 412 | 17-cv-04402 | LaFORCE | ALLEN (Bradley) |
| 413 | 17-cv-03317 | LANDRY | CY |
| 414 | 17-cv-04403 | LANEAUX | EUREAKA |
| 415 | 17-cv-03319 | LASTER, JR. | PATRICK |
| 416 | 17-cv-04654 | LAWRENCE | JAMES |
| 417 | 17-cv-04404 | LAWSON | TELLY |
| 418 | 17-cv-03320 | LAWTON | DIANA |
| 419 | 17-cv-04001 | LE | TRINH |
| 420 | 17-cv-04001 | LE (minor) | TRINITY |
| 421 | 17-cv-03321 | LEARN | CHERRY |
| 422 | 17-cv-03322 | LEARN | MICHAEL |
| 423 | 17-cv-04405 | LEATHERWOOD | CHARLES |
| 424 | 17-cv-04407 | LEE | KATHY |
| 425 | 17-cv-04558 | LEE | TERRANCE |
| 426 | 17-cv-04558 | LEE  (minor) | AVA |
| 427 | 17-cv-04406 | LEE, JR | ELBERT |
| 428 | 17-cv-03546 | LENARD | DALAN |
| 429 | 17-cv-04408 | LEPOMA | MARY |
| 430 | 17-cv-04409 | LETT | HIBBARD |
| 431 | 17-cv-03324 | LEVERETTE | CLYDE |
| 432 | 17-cv-03325 | LEWIS | GLENDA |
| 433 | 17-cv-04410 | LEWIS | LASHONA |
| 434 | 17-cv-03329 | LEWIS | SHARON (Sherrie) |
| 435 | 17-cv-03330 | LEWIS, JR. | ULYSES |
| 436 | 17-cv-03332 | LIDDELL | KENDRICK |
| 437 | 17-cv-04411 | LIDDELL | QUIENT |
| 438 | 17-cv-03333 | LIRETTE | RAYMOND |
| 439 | 17-cv-04413 | LOCKE | JOE |
| 440 | 17-cv-03339 | LOFTUS | WESLEY |
| 441 | 17-cv-04415 | LOPEZ | IRENE |

| | | | |
|---|---|---|---|
| 442 | 17-cv-03340 | LUCKY | ETHEL |
| 443 | 17-cv-04417 | LUNDY | LUKE |
| 444 | 17-cv-04419 | LUTIN | FREDRICK |
| 445 | 17-cv-04002 | MACKLES | DUKE |
| 446 | 17-cv-04003 | MACKLES | SHANE |
| 447 | 17-cv-03548 | MACON | WILLIE |
| 448 | 17-cv-04560 | MADDOX | JEFFERY |
| 449 | 17-cv-04560 | MADDOX | JOSEPHINE |
| 450 | 17-cv-04399 | MAGEE | ANDREA |
| 451 | 17-cv-03549 | MAGEE | RICHARD |
| 452 | 17-cv-04561 | MAGEE | WHITNEY BURROUGHS |
| 453 | 17-cv-04561 | MAGEE   (minor) | VIRDEE |
| 454 | 17-cv-04561 | MAGEE   (minor) | XAVIER |
| 455 | 17-cv-04421 | MANN | MAXIE |
| 456 | 17-cv-04421 | MANNING | ANTHONY |
| 457 | 17-cv-04564 | MARSHALL-REECH | ANGIE |
| 458 | 17-cv-04004 | MARTIN | CLIFTON |
| 459 | 17-cv-03358 | MARTIN | FLINT |
| 460 | 17-cv-04424 | MARTIN | LIZZIE |
| 461 | 17-cv-04429 | MARTIN | TATASHA |
| 462 | 17-cv-03360 | MARTIN | TRUDY |
| 463 | 12-cv-02332 | MASTERS | JAMES |
| 464 | 17-cv-04005 | MATTHEWS | CLEVELAND |
| 465 | 17-cv-03550 | MATTHIS | SHAWNA |
| 466 | 17-cv-04068 | MAY | DERRICK |
| 467 | 17-cv-04550 | MAY | JOE |
| 468 | 17-cv-03364 | MAYFIELD | ANTHONY |
| 469 | 17-cv-03371 | McARTHUR | COREY |
| 470 | 17-cv-03551 | McCALL | VERDA |
| 471 | 17-cv-03375 | McCAMMON | LARRY |
| 472 | 17-cv-04006 | McCANN | MISSOURI |
| 473 | 17-cv-03379 | McCLENDON | DOROTHY |
| 474 | 17-cv-03552 | McCRAY | ANTHONY |
| 475 | 17-cv-04069 | McDANIEL | RONALD |
| 476 | 17-cv-04432 | McDONALD | BOBBY |
| 477 | 17-cv-04434 | McDONALD | DAVID |
| 478 | 17-cv-03386 | McDOUGLE | DERRICK |
| 479 | 17-cv-04070 | McELROY | ALEXIS |
| 480 | 17-cv-03392 | McGILL | ERIK |
| 481 | 17-cv-03395 | McGILL | JEREMY |
| 482 | 17-cv-04071 | McGILL | RAY |
| 483 | 17-cv-04436 | McINNIS | TRACI |
| 484 | 17-cv-03555 | McINNIS, JR. | JACQUES |
| 485 | 17-cv-03556 | McINNIS, SR. | JACQUES |
| 486 | 17-cv-04072 | McKAY | MELINDA |

| | | | |
|---|---|---|---|
| 487 | 17-cv-04562 | McKINLEY | SHERRIE |
| 488 | 17-cv-04562 | McKINLEY(minor) | DAVID |
| 489 | 17-cv-03558 | McMEANS | CHARLES |
| 490 | 17-cv-03396 | McMILLAN | JEFFARI |
| 491 | 17-cv-04649 | MCMILLAN | KATHY |
| 492 | 17-cv-03563 | McQUEEN | HENRY |
| 493 | 17-cv-03564 | MEDEL | JESSE |
| 494 | 17-cv-03565 | MICHAEL | TRAI |
| 495 | 17-cv-04563 | MICHAEL, III | Estate of FRANK |
| 496 | 17-cv-04437 | MICHELN | BRITNEY |
| 497 | 17-cv-03566 | MICKLES | SHANTAE |
| 498 | 17-cv-04439 | MILLENDER | RAYMOND |
| 499 | 17-cv-04441 | MILLER | CAROLYN |
| 500 | 17-cv-04444 | MILLER | JERRY |
| 501 | 17-cv-03569 | MILLER | TASCHET |
| 502 | 17-cv-03398 | MILLER | TIMOTHY |
| 503 | 17-cv-04448 | MILLS | KENNETH |
| 504 | 17-cv-04449 | MILSAP | ANGELA |
| 505 | 17-cv-04451 | MILSAP | DENNIS |
| 506 | 17-cv-04073 | MINOR | MICHAEL |
| 507 | 17-cv-03400 | MINTON | LEE |
| 508 | 17-cv-04453 | MOORE | ANTHONY L. |
| 509 | 17-cv-04454 | MOORE | ANTHONY W. |
| 510 | 17-cv-04456 | MOORE | APRIL |
| 511 | 17-cv-03573 | MOORE | CHARLES |
| 512 | 17-cv-04657 | MOORE | CHERYL |
| 513 | 17-cv-04074 | MOORE | CYNTHIA |
| 514 | 17-cv-03574 | MOORE | DENNIS |
| 515 | 17-cv-03576 | MOORE | FELICIA |
| 516 | 17-cv-03402 | MOORE | KENDALL |
| 517 | 17-cv-04457 | MOORE | SANDRA |
| 518 | 17-cv-03571 | MOORE, III | ALBERT B. |
| 519 | 17-cv-03572 | MOORE, IV | ALBERT R. |
| 520 | 17-cv-04461 | MOORERE | HOLLY |
| 521 | 17-cv-03579 | MORGAN | TACCARI |
| 522 | 17-cv-04459 | MORRIS | DEMETRIA |
| 523 | 17-cv-03582 | MURRAY | KELVIN |
| 524 | 17-cv-04462 | NANCE | JIMMY |
| 525 | 12-cv-02564 | NAPLES | JOHN |
| 526 | 17-cv-03584 | NAQUIN | BRYANT |
| 527 | 17-cv-03586 | NAQUIN | VELMA |
| 528 | 17-cv-04075 | NELSON, JR. | ROBERT |
| 529 | 17-cv-04463 | NESTLE | STEPHEN |
| 530 | 17-cv-04559 | NETHERLAND | JONATHAN |
| 531 | 17-cv-04559 | NETHERLAND (minor) | GABRIELLA |

| | | | |
|---|---|---|---|
| 532 | 17-cv-03588 | NEWTON | BRANDON |
| 533 | 17-cv-04464 | NGO | PHIEU |
| 534 | 17-cv-04465 | NGUYEN | HILLARY |
| 535 | 17-cv-04467 | NGUYEN | HUNG VAN |
| 536 | 17-cv-04468 | NGUYEN | KHA |
| 537 | 17-cv-04565 | NORRIS | DAPHNE |
| 538 | 17-cv-03590 | NORSWEARTHY | CHESTER |
| 539 | 17-cv-03591 | OLDS | JOE ANNIE |
| 540 | 17-cv-04076 | O'NEAL | RICHARD (deceased) |
| 541 | 17-cv-03592 | ORANGE | TONY |
| 542 | 17-cv-04470 | OSBEY | CHRISTOPHER |
| 543 | 17-cv-04471 | PACE | LINDA |
| 544 | 17-cv-04077 | PACKER | PATRICK |
| 545 | 17-cv-03594 | PAIGE | CYNTHIA |
| 546 | 17-cv-04078 | PARKER | EDWARD |
| 547 | 17-cv-04079 | PATTERSON | DANA |
| 548 | 17-cv-04473 | PATTON | CARLOS |
| 549 | 17-cv-04474 | PAYTON | ALEXZANDER |
| 550 | 17-cv-04557 | PAZ | CESAR |
| 551 | 17-cv-04557 | PAZ   (minor) | ISRAEL |
| 552 | 17-cv-04557 | PAZ   (minor) | KEREN |
| 553 | 17-cv-04557 | PAZ, JR.   (minor) | CESAR ANDREW |
| 554 | 17-cv-03596 | PEAIRS | MARCUS |
| 555 | 17-cv-03597 | PEARSON | BARBARA |
| 556 | 17-cv-04475 | PEJIC | NENAD |
| 557 | 17-cv-04080 | PENN | TAVARISH |
| 558 | 17-cv-04280 | PENNINGTON | KATHY |
| 559 | 17-cv-04476 | PERKINS | ISAAC |
| 560 | 17-cv-03598 | PESCHLOW | MARK |
| 561 | 17-cv-04479 | PETERS | RHETT |
| 562 | 17-cv-03599 | PETTAWAY | JOHN |
| 563 | 17-cv-03404 | Pettaway Hair Care | DENISE PETTAWAY |
| 564 | 17-cv-04481 | PETTWAY | DELRICK |
| 565 | 17-cv-04146 | PETTWAY | SANDRA |
| 566 | 17-cv-04163 | PHILLIPS | ANGELA |
| 567 | 17-cv-04281 | PHILLIPS | BRYANT |
| 568 | 17-cv-04305 | PHILLIPS | SHUNNA |
| 569 | 17-cv-04482 | PICKETT | GEORGE |
| 570 | 17-cv-04483 | PLUMMER | EDNA |
| 571 | 17-cv-04282 | POLK | FELTON |
| 572 | 17-cv-03600 | POLK | TONTA |
| 573 | 17-cv-03344 | PORTER | SCOTT |
| 574 | 17-cv-04164 | POUGH | ERVIN |
| 575 | 17-cv-04484 | POWE | ANDRE |
| 576 | 17-cv-04489 | POWELL | DONALD |

| 577 | 17-cv-04283 | POWELL | WHIRLEE |
|---|---|---|---|
| 578 | 17-cv-04556 | PREATTO | KIMLYN |
| 579 | 17-cv-04570 | PRESTENBACH | ANTHONY |
| 580 | 17-cv-04572 | PRICE | JAMES |
| 581 | 17-cv-04571 | PRICE, SR. | CALVIN |
| 582 | 17-cv-04166 | QUIROZ | ROBERT |
| 583 | 17-cv-03405 | RAMEY | ROBERT |
| 584 | 17-cv-04168 | RANSON | RON |
| 585 | 17-cv-04509 | RAWLS | DERRICK |
| 586 | 17-cv-03602 | REEB | MICHAEL |
| 587 | 17-cv-04564 | REECH (minor) | RILEY |
| 588 | 17-cv-04174 | REED | ANTONIO |
| 589 | 17-cv-03603 | REED | CHESTER |
| 590 | 13-cv-02378 | REGAN | LAURA |
| 591 | 13-cv-02378 | REGAN | ROBERT |
| 592 | 17-cv-04175 | REVELS | CARL |
| 593 | 17-cv-04284 | RICHARD | TYRONE |
| 594 | 17-cv-04285 | RICHARDSON | LULA |
| 595 | 17-cv-03407 | RICHARDSON (minor) | A'DONNA |
| 596 | 17-cv-04177 | RIDDELL-HARE | TERESA |
| 597 | 17-cv-04304 | RILEY | DARREN |
| 598 | 17-cv-04178 | ROAN | KENNETH |
| 599 | 17-cv-04286 | ROBERSON | RAYNARD |
| 600 | 17-cv-03605 | ROBERTS | CYNTHIA |
| 601 | 17-cv-04513 | ROBERTS | FRANCES |
| 602 | 17-cv-04573 | ROBERTSON | CARRIE |
| 603 | 17-cv-03606 | ROBINSON | BRIAN |
| 604 | 17-cv-04574 | ROBINSON | PATRICK |
| 605 | 17-cv-04536 | ROBINSON, JR. | RICCO |
| 606 | 17-cv-04567 | RODRIGUEZ | RAMON |
| 607 | 17-cv-04575 | ROGERS | BETTY |
| 608 | 17-cv-04400 | ROOKS | DARLA |
| 609 | 17-cv-04400 | ROOKS | TODD |
| 610 | 17-cv-04287 | ROSS | ERICA |
| 611 | 17-cv-04288 | ROSS | VANESSA |
| 612 | 17-cv-04576 | ROUNDS | GREGORY |
| 613 | 17-cv-04289 | SALTER | CHRISTOPHER |
| 614 | 17-cv-04290 | SAMPLE, II | JAMES |
| 615 | 17-cv-04555 | SANTINY | NICHOLE |
| 616 | 17-cv-04555 | SANTINY (minor) | LAILA |
| 617 | 17-cv-04555 | SANTINY (minor) | ZANA |
| 618 | 17-cv-04577 | SAXTON | LATOYA |
| 619 | 17-cv-04242 | SCAIEF | VERONICA |
| 620 | 17-cv-04243 | SCARBOROUGH | MICHAEL |
| 621 | 17-cv-04179 | SCHMIDT | RACHEL |

| | | | |
|---|---|---|---|
| 622 | 17-cv-04279 | SCHMIDT TORRES | MICHELLE |
| 623 | 17-cv-03608 | SCOTT | BARBARA |
| 624 | 17-cv-04578 | SCOTT | CODIE |
| 625 | 17-cv-04579 | SCOTT | KATRINA |
| 626 | 17-cv-03609 | SCOTT | NAKIA |
| 627 | 17-cv-04554 | SCOTT | NICOLE |
| 628 | 17-cv-04554 | SCOTT   (minor) | COREY |
| 629 | 17-cv-04554 | SCOTT   (minor) | JOLIEGH |
| 630 | 17-cv-04554 | SCOTT   (minor) | MATTHEW |
| 631 | 17-cv-04554 | SCOTT, II | DONALD |
| 632 | 17-cv-04244 | SEAY | SHARITYE |
| 633 | 17-cv-03610 | SELLERS | TERRANCE |
| 634 | 17-cv-04245 | SEWELL | CAROLYN |
| 635 | 17-cv-04581 | SEWER | MISHA |
| 636 | 17-cv-04246 | SHADE | TWINELLA |
| 637 | 17-cv-03611 | SHANNON | TORY |
| 638 | 17-cv-04582 | SHEPARD | LORI |
| 630 | 17-cv-03410 | SHERROD | CHRISTOPHER |
| 640 | 17-cv-04247 | SIMMONS | CANDICE |
| 641 | 17-cv-04248 | SIMMONS | GAYLA |
| 642 | 17-cv-04553 | SIMMONS | KEVIN |
| 643 | 17-cv-04583 | SIMMONS | TONY |
| 644 | 17-cv-04553 | SIMMONS  (minor) | BLAKE |
| 645 | 17-cv-04553 | SIMMONS, II  (minor) | KEVIN |
| 646 | 17-cv-04181 | SKETTENO, JR. | SAMUEL |
| 647 | 17-cv-04584 | SLAUGHTER | BOBBY |
| 648 | 17-cv-04249 | SLEDGE | RAYMOND |
| 649 | 17-cv-04180 | SMITH | CINDY |
| 650 | 17-cv-04250 | SMITH | LAJOY |
| 651 | 17-cv-04586 | SMITH | LEE |
| 652 | 17-cv-04251 | SMITH | LINDA TROTTER |
| 653 | 17-cv-04551 | SMITH | TYRONE |
| 654 | 17-cv-04252 | SONNIER | JASON |
| 655 | 17-cv-04253 | SPENCER | RITA |
| 656 | 17-cv-04254 | SPENCER | TRELLIS |
| 657 | 17-cv-04255 | SPROAT | NANCY |
| 658 | 17-cv-04256 | SPURLOCK | DEEDRA |
| 659 | 17-cv-04257 | ST. ANN | JOHN |
| 660 | 17-cv-03411 | STALLWORTH | GLORIA (Fairley) |
| 661 | 17-cv-04514 | STALLWORTH | JOSIAH |
| 662 | 17-cv-04183 | STALLWORTH | MARLON |
| 663 | 17-cv-04566 | STALLWORTH  (minor) | BESTE |
| 664 | 17-cv-03612 | STALLWORTH, III | BEN |
| 665 | 17-cv-04258 | STANTON | PATRICK |
| 666 | 17-cv-04588 | STAPLETON | CHARLES |

| | | | |
|---|---|---|---|
| 667 | 17-cv-04590 | STENNIS | ERNEST |
| 668 | 17-cv-04294 | STEPHENS | RANDI |
| 669 | 17-cv-04520 | STEPHENS, JR. | THOMAS |
| 670 | 17-cv-04592 | STEPHENS, SR. | THOMAS |
| 671 | 17-cv-04184 | STEWART | ALPENATON |
| 672 | 17-cv-04299 | STEWART | ELIZABETH |
| 673 | 17-cv-03613 | STEWART, JR. | LLOYD |
| 674 | 17-cv-04400 | STOCKSTILL  (minor) | DAMIEN |
| 675 | 17-cv-04400 | STOCKSTILL  (minor) | DANIEL |
| 676 | 17-cv-04593 | STOREY | DANIEL |
| 677 | 17-cv-04640 | STOVALL | LAMBERT |
| 678 | 17-cv-03615 | STRAUSS | ROBERT |
| 679 | 17-cv-04259 | STREET | CARRINGTON |
| 680 | 17-cv-03619 | STREET | COREY |
| 681 | 17-cv-04300 | STREET | DON |
| 682 | 17-cv-04260 | STREET | SHADRONICA |
| 683 | 17-cv-04552 | STRICKLIN (minor) | SAMHOUSTON |
| 684 | 17-cv-04261 | STUBBS | JESSE |
| 685 | 17-cv-04643 | SUMMERALL | TARA |
| 686 | 17-cv-04262 | SUMMERS | ANDRAE |
| 687 | 17-cv-04263 | SUNSERI | ANTHONY |
| 688 | 17-cv-04186 | SWANEY | JULIE |
| 689 | 17-cv-04644 | SWANIER | MARQUEDA |
| 690 | 17-cv-04264 | TATE | CURTIS |
| 691 | 17-cv-04600 | TAYLOR | ERIC |
| 692 | 17-cv-04190 | TAYLOR | JEREMY |
| 693 | 17-cv-04603 | TAYLOR | KIMBERLY |
| 694 | 17-cv-04191 | TAYLOR | SHANA |
| 695 | 17-cv-04605 | TEBBS | MICHAEL |
| 696 | 17-cv-04606 | TEBBS | SHELIA |
| 697 | 17-cv-04549 | TERREBONNE | BETTY ANN |
| 698 | 17-cv-04192 | TERREBONNE, JR. | GARY |
| 699 | 17-cv-04549 | TERREBONNE, SR. | GARY |
| 700 | 17-cv-04608 | THOMAS | CARLOS |
| 701 | 17-cv-04547 | THOMAS | Estate of JIMMIE |
| 702 | 17-cv-04195 | THOMAS | KENDRICK |
| 703 | 17-cv-04301 | THOMAS | KENNEDY |
| 704 | 17-cv-04595 | THOMAS | RAYMOND |
| 705 | 17-cv-04556 | THOMAS, JR.  (minor) | DAVID |
| 706 | 17-cv-04198 | THOMPSON | ADONIS |
| 707 | 17-cv-04265 | THOMPSON | BRIAN |
| 708 | 17-cv-04609 | THOMPSON | CHRISTOPHER |
| 709 | 17-cv-04611 | THOMPSON | DEFORREST |
| 710 | 17-cv-04202 | THOMPSON | RANDY |
| 711 | 17-cv-04266 | TIMMONS | FRANCES |

| | | | |
|---|---|---|---|
| 712 | 17-cv-04613 | TOBIAS | WARREN |
| 713 | 17-cv-04267 | TOLER | JUANITA |
| 714 | 17-cv-04268 | TOLLIVER | MICHAEL |
| 715 | 17-cv-04204 | TORRES | ESMERALDA |
| 716 | 17-cv-04519 | TOWNSER, III | FRANK |
| 717 | 17-cv-04205 | TOWNSER, JR | FRANK |
| 718 | 17-cv-04302 | TRAYLOR | GABRIELLE EVANS |
| 719 | 17-cv-04269 | TREME | JOSH |
| 720 | 17-cv-04270 | TRIPLETT | DANNY |
| 721 | 17-cv-03621 | TROTTER | MARVIN |
| 722 | 17-cv-04207 | TROXLER, JR. | CLIFFORD |
| 723 | 17-cv-04614 | TURNER | JUDY |
| 724 | 17-cv-04210 | TURNER | MICHAEL |
| 725 | 17-cv-04214 | TURNER | TONIE |
| 726 | 17-cv-04616 | TURNER | VICKEY |
| 727 | 17-cv-03413 | UPCHURCH | AMANDA JOHNSON |
| 728 | 17-cv-04617 | VAZQUEZ, JR. | ERIC |
| 729 | 17-cv-04215 | VEAL | ERNEST |
| 730 | 17-cv-04619 | VEILLON | JOHN |
| 731 | 17-cv-04517 | VICKNAIR (ROST) | RACHEL |
| 732 | 17-cv-04217 | VILLERE | JANE |
| 733 | 17-cv-04271 | WADDELL | TYRELL |
| 734 | 17-cv-04624 | WADE | JAMES |
| 735 | 17-cv-04272 | WALKER | CYNTHIA |
| 736 | 17-cv-04645 | WALKER | GLYNN |
| 737 | 17-cv-03622 | WALKER | LISA |
| 738 | 17-cv-04219 | WALKER, II | RODNEY |
| 739 | 17-cv-04273 | WALTER | SHANAVIA |
| 740 | 17-cv-04220 | WARD | JENNIFER |
| 741 | 17-cv-04221 | WARE | MIA |
| 742 | 17-cv-04626 | WARREN | LARRY |
| 743 | 17-cv-04296 | WASHINGTON | JANEL |
| 744 | 17-cv-04297 | WASHINGTON | VICTORIA |
| 745 | 17-cv-04274 | WATKINS, JR. | ARCHIE |
| 746 | 17-cv-04627 | WATTS | DEREK |
| 747 | 17-cv-04298 | WATTS | JEREMY |
| 748 | 17-cv-04222 | WAXMAN | DAVID |
| 749 | 17-cv-04295 | WEATHERSBY | SHERLYON |
| 750 | 17-cv-04275 | WEATHERSBY | TERRY |
| 751 | 17-cv-04223 | WEBB | DALISHA |
| 752 | 17-cv-04276 | WEBB | JOHN |
| 753 | 17-cv-04542 | WELLINGTON | MELISSA |
| 754 | 17-cv-04542 | WELLINGTON (minor) | JADA |
| 755 | 17-cv-04542 | WELLINGTON (minor) | JANYA |
| 756 | 17-cv-04224 | WELLS | RABELL JOHNSON |

| 757 | 17-cv-04225 | WENSEL | APRIL |
|---|---|---|---|
| 758 | 17-cv-04629 | WENSEL (LEE) | BETSY |
| 759 | 17-cv-04226 | WHEATON | DON |
| 760 | 17-cv-04227 | WHITE | ALEXIS |
| 761 | 17-cv-04229 | WHITE | RICARDO |
| 762 | 17-cv-03623 | WHITE | RASHAWN |
| 763 | 17-cv-04230 | WHITFIELD | CHELSEA |
| 764 | 17-cv-04631 | WHITTED | RODERICK |
| 765 | 17-cv-04231 | WHITTIKER, JR. | TIMOTHY |
| 766 | 17-cv-04232 | WILCOX | DENNIS |
| 767 | 17-cv-04632 | WILLIAMS | ANGELINIA |
| 768 | 17-cv-03414 | WILLIAMS | ARMIS |
| 769 | 17-cv-04633 | WILLIAMS | AURON |
| 770 | 17-cv-04233 | WILLIAMS | CHARETTA |
| 771 | 17-cv-04277 | WILLIAMS | CHARLES |
| 772 | 17-cv-04234 | WILLIAMS | CLARENCE |
| 773 | 17-cv-04291 | WILLIAMS | DAWARREN |
| 774 | 17-cv-04306 | WILLIAMS | GREGORY |
| 775 | 17-cv-04307 | WILLIAMS | HOLLY |
| 776 | 17-cv-04634 | WILLIAMS | JAHNIA |
| 777 | 17-cv-04636 | WILLIAMS | KANEIKA |
| 778 | 17-cv-04236 | WILLIAMS | RANDY |
| 779 | 17-cv-04516 | WILLIAMS | ROY |
| 780 | 17-cv-04237 | WILLIAMS | VIOLA |
| 781 | 17-cv-04660 | WILLIAMS (minor) | PRICILLA |
| 782 | 17-cv-04235 | WILLIAMS, JR. | JAMES |
| 783 | 17-cv-04597 | WILLIS | AARON |
| 784 | 17-cv-04239 | WILSON | BERNICE |
| 785 | 17-cv-04659 | WILSON | COSSIE |
| 786 | 17-cv-04278 | WILSON | MARK |
| 787 | 17-cv-04240 | WOODLAND | ANTONIO |
| 788 | 17-cv-04241 | WRIGHT | ANDRE |
| 789 | 17-cv-04293 | YARBROUGH | DANIEL |
| 790 | 17-cv-04292 | YARBROUGH | REBECCA |
| 791 | 17-cv-04637 | ZAYZAY | FREDDIE |
|  |  |  |  |
| 792 |  | CRAFT | ADRIAN* |
| 793 |  | FUNCHESS | ELTORKENKERKEW* |
| 794 |  | HORTON | LAWRENCE* |
| 795 |  | CAUZZORT | ADRIENNE* |

*Client submitted sworn statement signature page after deadline