IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179 |
| | SECTION: J |
| | JUDGE CARL BARBIER |
| APPLIES TO: | MAG. JUDGE WILKINSON |
| ALL CIVIL ACTIONS, INCLUDING 2:17-CV-04392, 2:17-CV-03049, 2:17-CV-04142, 2:17-CV-03200, 2:17-CV-04355, 2:17-CV-03289, 2:12-CV-02248, 2:12-CV-02333, 2:12-CV-02332, 2:12-CV-02564, AND ALL OTHER ACTIONS LISTED IN EXHIBIT A ATTACHED HERETO | |

## AFFIDAVIT OF PAUL A. DOMINICK, ESQUIRE

I, Paul A. Dominick, personally appeared before a notary public, and after being sworn, submit the following:

1.     I am an attorney in good standing and am admitted in the United States District Court of the Eastern District of Louisiana.  I am a member of Nexsen Pruet, LLC.  Along with my co-counsel, Douglas M. Schmidt APLC, we represent over seven hundred (700) Plaintiffs ("Clients" or "the Clients") who opted out of the court-supervised settlement programs and filed suits in MDL 2179 for personal injuries resulting from the Deepwater Horizon Oil Spill in the Gulf of Mexico on April 20, 2010 (the "Gulf Oil Spill") and the subsequent remedial efforts.

2.     Attached as Exhibit "A" to the Motion for Hearing to Discuss Procedures for Addressing PTO 63 Complaint Claims ("Motion") is a listing of the claims and Complaints filed on behalf of the Clients who have been found to be compliant with PTO 63 as of this date.  The

Motion is made on by and on behalf of the Clients in the actions listed in Exhibit "A" to the Motion, and Exhibit "A" is incorporated herein by reference.

3.　　At the Class Action Settlement Fairness Hearing held on November 8, 2012, it was argued by the Plaintiffs' Steering Committee, and acknowledged by the Court, that the Medical Benefits Settlement was not designed for individuals with serious chronic health conditions caused by the Gulf Oil Spill, and such individuals should opt out of the class settlement.

4.　　The vast majority of the Clients were clean-up workers who suffered and continue to suffer from serious, chronic health conditions caused by substantial exposure to toxic chemicals related to the Gulf Oil Spill.

5.　　Because of their chronic medical conditions and the fact that the settlement program was ill suited to resolve such conditions, the Clients opted out of the class settlement, and lawsuits were subsequently filed through mass joinder or individual complaints.

6.　　This Affidavit is offered in support of a motion for hearing to discuss procedures for addressing the claims subject to Pretrial Order ("PTO") No. 63, Document 22295 filed February 22, 2017, which have been stayed pursuant to PTO No. 25, Doc. No. 983 filed January 12, 2011.

7.　　It has been over seven (7) years since the Gulf Oil Spill disaster. The Clients' cases were filed four (4) to five (5) years ago in individual and mass joinder complaints. The cases that were previously filed as part of mass joinder complaints, were recently filed again as individual complaints pursuant to the Court's PTO No. 63, February 22, 2017. Upon information and belief, these complaints all complied with PTO No. 63. All of these cases remain stayed by the Court.

8.　　Since commencing representation of the Clients, we have worked diligently to gather information related to their cases, maintain contact with each of them, and update their files

as necessary.   We employ a full-time staff attorney and several non-attorney legal personnel devoted exclusively to assisting the Clients.   These efforts are supplemented by other attorneys and staff in my firm and co-counsel's firm.

9.     Although the Clients' health conditions continue to worsen, their claims for compensation for these medical injuries continue to receive the lowest priority for resolution, as the majority of other claim types have been resolved.

10.     Since the filing of our first claim nearly five (5) years ago, Clients' cases have been held in abeyance as of a result of the stay ordered in PTO No. 25.   As a result, the Clients have continued to suffer without reasonable compensation for their injuries.   Recognizing the need for further disposition, this Court, in PTO No. 63, acknowledged the necessity of procedures to resolve these cases, and indicated a hearing would be scheduled to establish such procedures.

11.     Upon information and belief, scheduling of a status conference or hearing to establish procedures to address Clients' claims will not result in any prejudice to Defendants, and would serve the ends of justice.

12.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Paul A. Dominick

SWORN to before me,

This _30th_ day of August, 2017.


_____
Notary Public for South Carolina
My commission expires: _6-18-2024_

**EXHIBIT A**

**FILED COMPLAINTS OF NEXSEN PRUET, LLC & DOUGLAS SCHMIDT APLC MEDICAL OPT-OUT PLAINTIFFS**

| | Civil Action | Last Name | First Name |
|---|---|---|---|
| 1 | 17-cv-03443 | ABDELFATTAH | KHALED[1] |
| 2 | 17-cv-03446 | ABDELFATTAH | YAHYA "JAY" |
| 3 | 17-cv-03000 | ADAMS | ROSIA |
| 4 | 17-cv-03017 | ALEXANDER | JAMES |
| 5 | 17-cv-03018 | ALFORD | OLIVIA |
| 6 | 17-cv-03447 | ALLEN | BASIL |
| 7 | 17-cv-03479 | ALLEN | BRENDA LEE |
| 8 | 17-cv-03019 | ALLEN | CHAVIS |
| 9 | 17-cv-04127 | AMAYA-RODRIGUEZ | DENIS |
| 10 | 17-cv-03020 | ANDERSON | BERNICE |
| 11 | 17-cv-03023 | ANDERSON | CHRISTOPHER |
| 12 | 17-cv-03022 | ANDERSON | LATONYA S. |
| 13 | 17-cv-03024 | ANDERSON | SHAUNISE |
| 14 | 17-cv-03885 | ANTOINE | JINTRIN |
| 15 | 17-cv-03021 | ARMSTRONG | CYNTHIA |
| 16 | 17-cv-03025 | ARRINGTON | RICO |
| 17 | 17-cv-03026 | ASH | MARCUS |
| 18 | 17-cv-03626 | ASKEW | BRUCE |
| 19 | 17-cv-03027 | ASSI | MOHAMMED |
| 20 | 17-cv-03628 | AUBERT | TEANDRA |
| 21 | 17-cv-04128 | AUSTIN (deceased) | LEONA |
| 22 | 17-cv-04129 | BACHI | SABRINA |
| 23 | 17-cv-04129 | BACHI  (minor) | CHRISTIAN |
| 24 | 17-cv-04129 | BACHI  (minor) | COLTON |
| 25 | 17-cv-03029 | BACKSTROM | DAVID |
| 26 | 17-cv-03030 | BAGGETT | VERNON |
| 27 | 17-cv-03031 | BAILEY | GEORGE |
| 28 | 17-cv-03032 | BALTIMORE | MARILYN |
| 29 | 17-cv-03033 | BANKS | CHRISTOPHER |
| 30 | 17-cv-03034 | BARKSDALE | DONALD |
| 31 | 12-cv-02248 | BARLOW | TORREY |
| 32 | 17-cv-03035 | BARNES | KATE |
| 33 | 17-cv-03629 | BARNES | KRYSTAL |
| 34 | 17-cv-03036 | BARNES | OLANDER |
| 35 | 17-cv-03630 | BARNES | SUSAN |
| 36 | 17-cv-03632 | BARRINGTON | CHADWICK |

---

[1] Cases highlighted in blue are cases that were noted as deficient by BP and dismissed by this Court.  Motions for Reconsideration have been filed in each case and are awaiting adjudication by this Court.

| 37 | 17-cv-03037 | BASS | SAMUEL |
|---|---|---|---|
| 38 | 17-cv-03038 | BEACHAM | LATHADDEUS (Omar) |
| 39 | 17-cv-03634 | BEAN | JOHN |
| 40 | 17-cv-03635 | BECNEL | LISA |
| 41 | 17-cv-03039 | BEELER | AUSTIN |
| 42 | 17-cv-03040 | BELL | FABIAN |
| 43 | 17-cv-03480 | BELTON | RODERICK |
| 44 | 17-cv-03041 | BENDOLPH | DONELL |
| 45 | 17-cv-03042 | BENNETT | GWENDOLYN |
| 46 | 17-cv-03043 | BENYARD | NATALIE |
| 47 | 17-cv-03044 | BERRY | JUSTIN |
| 48 | 17-cv-03482 | BEVERLY | CLEOPHUS |
| 49 | 17-cv-03045 | BEVERLY | JOY |
| 50 | 17-cv-03636 | BINDER | SAMMIE |
| 51 | 17-cv-04130 | BIVINS | CLARENCE |
| 52 | 17-cv-03483 | BLACK | JAMARCUS |
| 53 | 17-cv-03047 | BLACK | LESIA |
| 54 | 17-cv-03637 | BLACKSTON | KERMIT |
| 55 | 17-cv-04131 | BLACKSTON | SAVANNAH |
| 56 | 17-cv-03048 | BLACKSTON | VICTOR |
| 57 | 17-cv-04131 | BLACKSTON (minor) | KADEN |
| 58 | 17-cv-03490 | BLACKWELL | CHERRAE |
| 59 | 17-cv-03492 | BLAKLEY | ASHLEY |
| 60 | 17-cv-03049 | BLAND | DARAY |
| 61 | 17-cv-03050 | BLANKS | ROMOND |
| 62 | 17-cv-03341 | BODIFORD | THOMAS |
| 63 | 17-cv-03499 | BOLER | STERLING |
| 64 | 17-cv-04132 | BOLTON | JONATHAN "JOE" |
| 65 | 17-cv-04133 | BONILLA | SARA |
| 66 | 17-cv-04134 | BONVILLAIN | WAYDE |
| 67 | 17-cv-03051 | BOOKER | DONDY |
| 68 | 17-cv-03052 | BOOKER | WILLIE |
| 69 | 17-cv-04135 | BOOSE, JR. | LAWYER |
| 70 | 17-cv-03053 | BOOTH | CHIANTI |
| 71 | 17-cv-03639 | BOSARGE | DENNIS |
| 72 | 17-cv-03639 | BOSARGE | LORINDA (LORI) |
| 73 | 17-cv-03505 | BOWDEN | TERESA |
| 74 | 17-cv-03506 | BOWDEN, JR | WILLIAM |
| 75 | 17-cv-03054 | BOWENS | CHARLES |
| 76 | 17-cv-04136 | BRADLEY | ERIC |
| 77 | 17-cv-03055 | BRADLEY | ERVIN |
| 78 | 17-cv-03887 | BRAGGS | MICHAEL |
| 79 | 17-cv-03056 | BRANCH | McKINLEY |
| 80 | 17-cv-04137 | BRANDON | TA'TANISHA |
| 81 | 17-cv-03057 | BRANDON | WILLIAM |

| 82 | 17-cv-03078 | BRAZZLE | VELMA |
|---|---|---|---|
| 83 | 17-cv-04138 | BREWER | CRYSTAL |
| 84 | 17-cv-03079 | BREWER | JOHN |
| 85 | 17-cv-03508 | BREWER | THIMUS |
| 86 | 17-cv-03080 | BRIDGES | CLARENCE |
| 87 | 17-cv-03083 | BRIGGS | JIMMY |
| 88 | 17-cv-03640 | BRIMAGE | IESHA |
| 89 | 17-cv-03510 | BRISTER | DARRELL |
| 90 | 17-cv-04652 | BRISTER | Estate of COURTNEY |
| 91 | 17-cv-03087 | BROADWAY, JR. | FLOYD |
| 92 | 17-cv-04139 | BROCK | KRISTA MEJIA |
| 93 | 17-cv-04655 | BROOKS | JT |
| 94 | 17-cv-03088 | BROOKS | KAREN |
| 95 | 17-cv-03090 | BROUGHTON | DEWAYNE |
| 96 | 17-cv-03093 | BROWN | ARTHUR |
| 97 | 17-cv-04140 | BROWN | BRYAN |
| 98 | 17-cv-03516 | BROWN | CHER |
| 99 | 17-cv-04141 | BROWN | DONNA |
| 100 | 12-cv-02333 | BROWN | JAMIE |
| 101 | 12-cv-02333 | BROWN | JOSEPH |
| 102 | 17-cv-03097 | BROWN | LENA |
| 103 | 17-cv-03099 | BROWN | RAY |
| 104 | 17-cv-04142 | BROWN | REGINA |
| 105 | 17-cv-03101 | BROWN | RENNELL |
| 106 | 17-cv-03104 | BROWN | REYNARD |
| 107 | 17-cv-04143 | BROWN | ROCHELLE |
| 108 | 17-cv-03641 | BROWN | SHAH |
| 109 | 17-cv-03519 | BROWN | SHONTE |
| 110 | 17-cv-04499 | BRUMFIELD | CURTIS |
| 111 | 17-cv-03107 | BRUMFIELD | HERBERT |
| 112 | 17-cv-04562 | BRUMFIELD (minor) | DEJA' JANA |
| 113 | 17-cv-03110 | BRUTON | JOSEPH |
| 114 | 17-cv-03114 | BRYANT | ERIC |
| 115 | 17-cv-03115 | BUCKLEY | BARBARA |
| 116 | 17-cv-03523 | BUENO | JOSE' |
| 117 | 17-cv-04144 | BUNCH | JOHN |
| 118 | 17-cv-03117 | BURNS | ALBERT |
| 119 | 17-cv-03118 | BUSH | DOUGLAS |
| 120 | 17-cv-03077 | BUTLER | DEBRA |
| 121 | 17-cv-04145 | BUTLER | LAKESHA |
| 122 | 17-cv-04153 | BUTLER | MICHAEL |
| 123 | 17-cv-03075 | BUTLER, III | MILTON |
| 124 | 17-cv-03073 | BYRD | BRANDON |
| 125 | 17-cv-03070 | BYRD | GEORGE |
| 126 | 17-cv-03642 | BYRD | JENNIFER |

| 127 | 17-cv-03643 | CAMBRE | ANDOCHE |
| 128 | 17-cv-03119 | CAMPBELL | SHARON |
| 129 | 17-cv-03524 | CAMPBELL | TREVOR |
| 130 | 17-cv-03120 | CARAWAY | MICHAEL |
| 131 | 17-cv-03121 | CARD | LORA ANN |
| 132 | 17-cv-03644 | CARGILL | MARKELIN |
| 133 | 17-cv-03645 | CARPENTER | OTIS |
| 134 | 17-cv-03123 | CARTER | CHARLES |
| 135 | 17-cv-03525 | CASEY, JR. | WILLIE |
| 136 | 17-cv-04154 | CASTLEBERRY | JACKIE |
| 137 | 17-cv-04154 | CASTLEBERRY (minor) | JEFFREY |
| 138 | 17-cv-04154 | CASTLEBERRY-FORT | JANCEY |
| 139 | 17-cv-03124 | CATCHINGS | DAWN |
| 140 | 17-cv-03888 | CAUSEY | ROY |
| 141 | 17-cv-04067 | CHAMBERS | BRIANNE |
| 142 | 17-cv-04155 | CHAPMAN | SHATA |
| 143 | 17-cv-04155 | CHAPMAN (minor) | TATYANA |
| 144 | 17-cv-04155 | CHAPMAN, JR. (minor) | TABOKKA |
| 145 | 17-cv-03125 | CHARLES (incarcerated) | COREY |
| 146 | 17-cv-03646 | CHATMAN | VONSHEA |
| 147 | 17-cv-04507 | CHERAMIE | Estate of RODNEY |
| 148 | 17-cv-04502 | CHERAMIE (minor) | GABRIELLE |
| 149 | 17-cv-03889 | CINTRA | ELVIS |
| 150 | 17-cv-03526 | CLAY, SR | CHRISTOPHER |
| 151 | 17-cv-03647 | COLBERT | EDWARD |
| 152 | 17-cv-03648 | COLBURN | RITA |
| 153 | 17-cv-03649 | COLE | WILLIE |
| 154 | 17-cv-03127 | COLEMAN | BARBARA |
| 155 | 17-cv-04157 | COLEMAN | CHARLES |
| 156 | 17-cv-03128 | COLEMAN | HERBERT |
| 157 | 17-cv-03130 | COLEMAN | LILLIE |
| 158 | 17-cv-04158 | COLEMAN | STEVE |
| 159 | 17-cv-03415 | COLLIER | JAMES |
| 160 | 17-cv-03131 | COLLIER | PATRICK |
| 161 | 17-cv-03650 | CONLEY | FRED |
| 162 | 17-cv-03686 | COON | GEORGE |
| 163 | 17-cv-03132 | COTTON | CILLO |
| 164 | 17-cv-03133 | COTTON | GARY |
| 165 | 17-cv-03134 | CRAIG | ANTHONY |
| 166 | 17-cv-03688 | CRANMER | DANIELLE |
| 167 | 17-cv-03135 | CRAWFORD | OLIVIA |
| 168 | 17-cv-03136 | CRAWFORD | PATRICK |
| 169 | 17-cv-03689 | CROSBY, III | MELTON |
| 170 | 17-cv-03527 | CRUMPTON | CAROLYN |
| 171 | 17-cv-03137 | CUEVAS | DEAN |

| 172 | 17-cv-04159 | CULBERSON | RENELL |
|---|---|---|---|
| 173 | 17-cv-03690 | CURBELO | IVAN |
| 174 | 17-cv-03528 | DAILEY | LUCY |
| 175 | 17-cv-04160 | DANIEL | DANA |
| 176 | 17-cv-04309 | DANIEL | EILEEN |
| 177 | 17-cv-04392 | DANIELS | ESTEE |
| 178 | 17-cv-04394 | DANIELS, JR. | Estate of ROBERT |
| 179 | 17-cv-03138 | DARDAR, SR. | BENNY |
| 180 | 17-cv-03139 | DARRINGTON | LEQUAITA |
| 181 | 17-cv-03531 | DASCO | LEIF |
| 182 | 17-cv-03725 | DAVENPORT | KEVIN |
| 183 | 17-cv-03726 | DAVENPORT | LARRY |
| 184 | 17-cv-03140 | DAVIS | FREDERICK |
| 185 | 17-cv-03141 | DAVIS | MARY |
| 186 | 17-cv-04664 | DAVIS | MICHAEL |
| 187 | 17-cv-04312 | DAVIS | SEDIJA |
| 188 | 17-cv-04313 | DAVIS | TRAVIS |
| 189 | 17-cv-04310 | DAVIS, III | LUKE |
| 190 | 17-cv-03142 | DAVISON | SANDRA |
| 191 | 17-cv-04314 | DAVIS-SHERROD | MYESHA |
| 192 | 17-cv-03533 | DAWKINS | FREDERICK |
| 193 | 17-cv-03892 | DE PAZ | SUSANA |
| 194 | 17-cv-03143 | DEDEAUX | YOLANDA |
| 195 | 17-cv-03144 | DEESE | ERIC |
| 196 | 17-cv-04648 | DELMAR MCDANIEL | KARIS |
| 197 | 17-cv-03149 | DELOACH | ROBERT |
| 198 | 17-cv-03150 | DIAL | JACK |
| 199 | 17-cv-04315 | DILL | JOHNNY |
| 200 | 17-cv-04319 | DINKINS | MICHAEL |
| 201 | 17-cv-04320 | DIXEY | HEATHER |
| 202 | 17-cv-04321 | DIXEY | JORDAN |
| 203 | 17-cv-03900 | DIXON | MICHAEL |
| 204 | 17-cv-03903 | DO | YEN |
| 205 | 17-cv-03152 | DOBBS | TERRESA |
| 206 | 17-cv-04395 | DOOM | DANIELLE |
| 207 | 17-cv-04395 | DOOM | KATHRYN |
| 208 | 17-cv-04395 | DOOM | PAUL MATTHEW |
| 209 | 17-cv-04395 | DOOM | PAUL RAYMOND |
| 210 | 17-cv-04395 | DOOM (minor) | CHRISTIAN MICHAEL |
| 211 | 17-cv-04395 | DOOM (minor) | GAVIN |
| 212 | 17-cv-03154 | DORSEY | WILBERT |
| 213 | 17-cv-03534 | DOUD | ELIZABETH |
| 214 | 17-cv-03157 | DUCKSWORTH | VANTAVIOUS |
| 215 | 17-cv-03159 | DUKES | MARSHALL |
| 216 | 17-cv-03160 | DUMAS | DAVID |

| 217 | 17-cv-04322 | DUMAS | HAKIM |
|-----|-------------|-------|-------|
| 218 | 17-cv-03536 | DURDEN | ANGELA LAVERNE |
| 219 | 17-cv-03537 | DURHAM | KEITH |
| 220 | 17-cv-03538 | DURR | MARIO |
| 221 | 17-cv-04323 | DYKES | WENDELL |
| 222 | 17-cv-03913 | EASTERLING | TONNIE |
| 223 | 17-cv-04324 | EDWARDS | AL |
| 224 | 17-cv-03928 | EDWARDS | JUNIOR |
| 225 | 17-cv-03957 | EDWARDS | NATASHA |
| 226 | 17-cv-03163 | ELLZEY | ERIC |
| 227 | 17-cv-03985 | ELZEY | JOHNNY |
| 228 | 17-cv-03180 | ENGLAND | THOMAS |
| 229 | 17-cv-03182 | ENGLISH | EUGENE |
| 230 | 17-cv-04325 | ENGLISH | MERVIN |
| 231 | 17-cv-03182 | ENGLISH | ELIZABETH |
| 232 | 17-cv-04326 | EVANS | KEYWASKI |
| 233 | 17-cv-04302 | EVANS TRAYLOR | GABRIELLE |
| 234 | 17-cv-03986 | EXPOSE | BERNARD |
| 235 | 17-cv-03184 | FAIRLEY | ALFORD |
| 236 | 17-cv-03988 | FAIRLEY | FREDDIE |
| 237 | 17-cv-03188 | FAIRLEY | ROYCE |
| 238 | 17-cv-03989 | FAST | WILLIAM |
| 239 | 17-cv-03192 | FAVORITE | CARL |
| 240 | 17-cv-04327 | FERGUSON | MINNIE |
| 241 | 17-cv-03193 | FIELDER | CHERYL |
| 242 | 17-cv-03195 | FLEMING | JAMES |
| 243 | 17-cv-03990 | FLEMING | TERRIE |
| 244 | 17-cv-04396 | FLOURNOY | NANCY |
| 245 | 17-cv-04396 | FLOURNOY, JR. | DAVID |
| 246 | 17-cv-04396 | FLOURNOY, SR. | DAVID |
| 247 | 17-cv-03198 | FORD | LESLIE |
| 248 | 17-cv-03200 | FOUNTAIN | JOHN |
| 249 | 17-cv-03202 | FOUNTAIN | MARY |
| 250 | 17-cv-03204 | FOUNTAIN | REGINALD |
| 251 | 17-cv-03208 | FOWLER | JULIAN |
| 252 | 17-cv-03991 | FOXWORTH | JACKULIN |
| 253 | 17-cv-04328 | FOXWORTH | TIFFANY |
| 254 | 17-cv-03212 | FRANCISCO | MARK |
| 255 | 17-cv-03992 | FRANICHEVICH | ANDREW |
| 256 | 17-cv-03215 | FRANKLIN, JR. | CHARLES M. |
| 257 | 17-cv-03216 | FRANKS | ROBERT |
| 258 | 17-cv-03219 | FRAZIER | DEBRA |
| 259 | 17-cv-04329 | GAINES | SHAWNDAIUS |
| 260 | 17-cv-03993 | GAINEY | CAROLYN |
| 261 | 17-cv-03993 | GAINEY, SR. | RUSSELL |

| 262 | 17-cv-03994 | GAMBLE | JAMES |
|-----|-------------|--------|-------|
| 263 | 17-cv-03223 | GARA, JR. | DENNIS |
| 264 | 17-cv-03541 | GARCIA | JOHN |
| 265 | 17-cv-03224 | GARDNER | SANDRA |
| 266 | 17-cv-04330 | GARLOW | CLARENCE |
| 267 | 17-cv-03229 | GATHERS | RENEE |
| 268 | 17-cv-03995 | GENTRY | BRANDON |
| 269 | 17-cv-03234 | GILLIAM | EARL |
| 270 | 17-cv-03236 | GILMORE | ARTHUR |
| 271 | 17-cv-03996 | GIUSTI, JR | ERNEST |
| 272 | 17-cv-04331 | GODFREY | SCOTT |
| 273 | 17-cv-03256 | GOLDSMITH | MARCINE |
| 274 | 17-cv-04332 | GOMES | TEVON |
| 275 | 17-cv-04333 | GONZALES | JAMES |
| 276 | 17-cv-03257 | GONZALEZ | HECTOR |
| 277 | 17-cv-04334 | GRANT | MARCUS |
| 278 | 17-cv-04335 | GRAVES | CARL |
| 279 | 17-cv-04336 | GRAY | MICHAEL |
| 280 | 17-cv-04660 | GRAY  (minor) | PRINCESS |
| 281 | 17-cv-04337 | GREEN | BIRNELLA |
| 282 | 17-cv-03997 | GREEN | TIMOTHY |
| 283 | 17-cv-03258 | GRIFFIN | KACEY |
| 284 | 17-cv-03259 | GRIFFIN | MARSELL |
| 285 | 17-cv-03260 | GUESS | SERENA |
| 286 | 17-cv-04338 | HAKENJOS | JAMERSON |
| 287 | 17-cv-03998 | HALL | LANYCHA |
| 288 | 17-cv-03261 | HALL | LORINZO |
| 289 | 17-cv-03262 | HALSELL | EDWIN |
| 290 | 17-cv-03263 | HAMILTON | TERRENCE |
| 291 | 17-cv-04339 | HARDY | RONNIE |
| 292 | 17-cv-04340 | HAREWOOD | KIRK |
| 293 | 17-cv-04341 | HARMON | JAMES |
| 294 | 17-cv-04342 | HARRIS | AL'TERRYAL |
| 295 | 17-cv-03264 | HARRIS | CEDRIC |
| 296 | 17-cv-03265 | HARRIS | CHARLES |
| 297 | 17-cv-04343 | HARRIS | DERRY |
| 298 | 17-cv-03266 | HARRIS | ELVIS |
| 299 | 17-cv-03267 | HARRIS | RUSHION |
| 300 | 17-cv-04345 | HARRIS | TERRANCE |
| 301 | 17-cv-04650 | HARRIS | TISHIA |
| 302 | 17-cv-03268 | HARRIS | TYRON |
| 303 | 17-cv-04344 | HARRIS, JR. | EZZARD |
| 304 | 17-cv-04346 | HARRISON | KENNARD |
| 305 | 17-cv-04347 | HARRY | JEROME |
| 306 | 17-cv-03269 | HARVEY | KHRISTI |

| 307 | 17-cv-04348 | HATCHER | DANA |
|-----|-------------|---------|------|
| 308 | 17-cv-03270 | HAWTHORNE | AYANA |
| 309 | 17-cv-04397 | HAYES | MARY |
| 310 | 17-cv-04349 | HAYES | RODNEY |
| 311 | 17-cv-04397 | HAYES  (minor) | ISAAC |
| 312 | 17-cv-04397 | HAYES  (minor) | ISAIAH |
| 313 | 17-cv-03271 | HAYNES | ALEXANDER |
| 314 | 17-cv-04350 | HAYNES | ALMETIS |
| 315 | 17-cv-03272 | HAYNES | WILLIE |
| 316 | 17-cv-04353 | HEATHINGTON | THOMAS |
| 317 | 17-cv-03273 | HENDERSON | ALAN |
| 318 | 17-cv-03275 | HENDERSON | WAYNE |
| 319 | 17-cv-04354 | HENDRIX | MITCHELL |
| 320 | 17-cv-03276 | HENSON, JR. | JAMES |
| 321 | 17-cv-03277 | HENSON, SR. | JAMES |
| 322 | 17-cv-04355 | HERBERT | SEBASTIAN |
| 323 | 17-cv-04356 | HICKS | KEUNDRA |
| 324 | 17-cv-03315 | HIGGINBOTHAM | DOROTHY CLAYTON |
| 325 | 17-cv-03278 | HILL | SHERRY |
| 326 | 17-cv-03279 | HILLIARD | JULIUS |
| 327 | 17-cv-03280 | HINES, JR | THOMAS |
| 328 | 17-cv-04357 | HINTON | ARLENE |
| 329 | 17-cv-03281 | HOCKADAY, JR. | EDISON |
| 330 | 17-cv-03282 | HODGE | CHARLIE |
| 331 | 17-cv-03999 | HOHNADELL | GALE |
| 332 | 17-cv-03999 | HOHNADELL | KIMBERLY |
| 333 | 17-cv-03999 | HOHNADELL  (minor) | ALEC |
| 334 | 17-cv-03283 | HOLDER, II | DANE |
| 335 | 17-cv-03284 | HOLIFIELD | ALVIN |
| 336 | 17-cv-04358 | HOLIFIELD | ERIC |
| 337 | 17-cv-04359 | HOLIFIELD | GOLLIE |
| 338 | 17-cv-04065 | HOOKER | JARVIS |
| 339 | 17-cv-03285 | HORNE | KAREM |
| 340 | 17-cv-04568 | HORNE (minor) | HALEY |
| 341 | 17-cv-04360 | HOUSER | BRUCE |
| 342 | 17-cv-03286 | HOWARD | ALFRED |
| 343 | 17-cv-03543 | HOWARD | LARRY |
| 344 | 17-cv-03287 | HOWELL | PATRICIA |
| 345 | 17-cv-03288 | HOWZE | ALFONSO |
| 346 | 17-cv-03289 | HUDDLESTON | CARSON |
| 347 | 17-cv-04361 | HUDSON | MARK |
| 348 | 17-cv-04362 | HUDSON | TRAVIS |
| 349 | 17-cv-04363 | HUGHES | WILLIAM ROBERT |
| 350 | 17-cv-03290 | HUNDLEY | CLAMUS |
| 351 | 17-cv-04364 | HURD | SHIKIAH |

| 352 | 17-cv-04000 | HURD | STEVEN |
|-----|-------------|------|--------|
| 353 | 17-cv-03545 | HURD | THERESA |
| 354 | 17-cv-03291 | HUYNH | TRONG |
| 355 | 17-cv-03292 | HYE | ELLA |
| 356 | 17-cv-03293 | HYE | TERRY |
| 357 | 17-cv-04365 | ISOM | CEDRIC |
| 358 | 17-cv-03294 | JACKSON | ANTHONY |
| 359 | 17-cv-03295 | JACKSON | BRENDA |
| 360 | 17-cv-03296 | JACKSON | CHRISTOLA |
| 361 | 17-cv-03297 | JACKSON | GREGORY |
| 362 | 17-cv-03298 | JACKSON | MARCUS |
| 363 | 17-cv-03299 | JACKSON | SHARON |
| 364 | 17-cv-04366 | JACKSON | TARUS |
| 365 | 17-cv-03300 | JACOBS | EUWEEKA |
| 366 | 17-cv-03301 | JACQUEZ | JOSE |
| 367 | 17-cv-03302 | JAOUHARI | HILAL |
| 368 | 17-cv-03303 | JENKINS | CHRIS |
| 369 | 17-cv-04367 | JENKINS | TERRI |
| 370 | 17-cv-03304 | JOHNS | JOAN |
| 371 | 17-cv-04368 | JOHNSON | AARON |
| 372 | 17-cv-03305 | JOHNSON | BEAUX |
| 373 | 17-cv-04369 | JOHNSON | CARL |
| 374 | 17-cv-03306 | JOHNSON | CARMINE |
| 375 | 17-cv-03307 | JOHNSON | CHESTERE |
| 376 | 17-cv-04370 | JOHNSON | DEBORAH |
| 377 | 17-cv-04371 | JOHNSON | GENA |
| 378 | 17-cv-03308 | JOHNSON | GRADY |
| 379 | 17-cv-04372 | JOHNSON | LISA |
| 380 | 17-cv-03309 | JOHNSON | PATRICIA |
| 381 | 17-cv-04647 | JOHNSON | REGINALD |
| 382 | 17-cv-04373 | JOHNSON | RODERICK |
| 383 | 17-cv-04374 | JOHNSON | STEPHEN |
| 384 | 17-cv-04399 | JOHNSON  (minor) | VICTORIA |
| 385 | 17-cv-04399 | JOHNSON, JR.  (minor) | TRAVIS |
| 386 | 17-cv-03310 | JOINER | RICHARD |
| 387 | 17-cv-04376 | JONES | ANDRE |
| 388 | 17-cv-04378 | JONES | BRANDON |
| 389 | 17-cv-03312 | JONES | CHARLENE |
| 390 | 17-cv-04377 | JONES | CYNTHIA |
| 391 | 17-cv-04379 | JONES | EDWARD |
| 392 | 17-cv-04380 | JONES | HOWARD |
| 393 | 17-cv-04381 | JONES | LARRY |
| 394 | 17-cv-04382 | JONES | MARVIN |
| 395 | 17-cv-04383 | JONES | SAMMIE |
| 396 | 17-cv-04384 | JONES | TEKIRA |

| 397 | 17-cv-04385 | JONES | TRAVIS |
|-----|-------------|-------|--------|
| 398 | 17-cv-04375 | JONES | AL'LISHA |
| 399 | 17-cv-04386 | JOSEPH | ELDRIDGE |
| 400 | 17-cv-04569 | JOURDEN | FOREST |
| 401 | 17-cv-04387 | KALINOWSKI | KEVIN |
| 402 | 17-cv-03313 | KAOUI | PETER |
| 403 | 17-cv-04388 | KELLY, JR | BILLY |
| 404 | 17-cv-03314 | KENNER | TAIJAHRELL |
| 405 | 17-cv-04389 | KEYS | ERNESTINE |
| 406 | 17-cv-04390 | KIDD | LARRY |
| 407 | 17-cv-04393 | KING | CLIFTON |
| 408 | 17-cv-04398 | KING | DEWAYNE |
| 409 | 17-cv-04398 | KING (minor) | TAI-KEYSHA |
| 410 | 17-cv-04391 | KIRKLAND | CHRISTOPHER |
| 411 | 17-cv-04401 | LABROSSE | JEREMIAH |
| 412 | 17-cv-04402 | LaFORCE | ALLEN (Bradley) |
| 413 | 17-cv-03317 | LANDRY | CY |
| 414 | 17-cv-04403 | LANEAUX | EUREAKA |
| 415 | 17-cv-03319 | LASTER, JR. | PATRICK |
| 416 | 17-cv-04654 | LAWRENCE | JAMES |
| 417 | 17-cv-04404 | LAWSON | TELLY |
| 418 | 17-cv-03320 | LAWTON | DIANA |
| 419 | 17-cv-04001 | LE | TRINH |
| 420 | 17-cv-04001 | LE (minor) | TRINITY |
| 421 | 17-cv-03321 | LEARN | CHERRY |
| 422 | 17-cv-03322 | LEARN | MICHAEL |
| 423 | 17-cv-04405 | LEATHERWOOD | CHARLES |
| 424 | 17-cv-04407 | LEE | KATHY |
| 425 | 17-cv-04558 | LEE | TERRANCE |
| 426 | 17-cv-04558 | LEE  (minor) | AVA |
| 427 | 17-cv-04406 | LEE, JR | ELBERT |
| 428 | 17-cv-03546 | LENARD | DALAN |
| 429 | 17-cv-04408 | LEPOMA | MARY |
| 430 | 17-cv-04409 | LETT | HIBBARD |
| 431 | 17-cv-03324 | LEVERETTE | CLYDE |
| 432 | 17-cv-03325 | LEWIS | GLENDA |
| 433 | 17-cv-04410 | LEWIS | LASHONA |
| 434 | 17-cv-03329 | LEWIS | SHARON (Sherrie) |
| 435 | 17-cv-03330 | LEWIS, JR. | ULYSES |
| 436 | 17-cv-03332 | LIDDELL | KENDRICK |
| 437 | 17-cv-04411 | LIDDELL | QUIENT |
| 438 | 17-cv-03333 | LIRETTE | RAYMOND |
| 439 | 17-cv-04413 | LOCKE | JOE |
| 440 | 17-cv-03339 | LOFTUS | WESLEY |
| 441 | 17-cv-04415 | LOPEZ | IRENE |

| 442 | 17-cv-03340 | LUCKY | ETHEL |
|---|---|---|---|
| 443 | 17-cv-04417 | LUNDY | LUKE |
| 444 | 17-cv-04419 | LUTIN | FREDRICK |
| 445 | 17-cv-04002 | MACKLES | DUKE |
| 446 | 17-cv-04003 | MACKLES | SHANE |
| 447 | 17-cv-03548 | MACON | WILLIE |
| 448 | 17-cv-04560 | MADDOX | JEFFERY |
| 449 | 17-cv-04560 | MADDOX | JOSEPHINE |
| 450 | 17-cv-04399 | MAGEE | ANDREA |
| 451 | 17-cv-03549 | MAGEE | RICHARD |
| 452 | 17-cv-04561 | MAGEE | WHITNEY BURROUGHS |
| 453 | 17-cv-04561 | MAGEE   (minor) | VIRDEE |
| 454 | 17-cv-04561 | MAGEE   (minor) | XAVIER |
| 455 | 17-cv-04421 | MANN | MAXIE |
| 456 | 17-cv-04421 | MANNING | ANTHONY |
| 457 | 17-cv-04564 | MARSHALL-REECH | ANGIE |
| 458 | 17-cv-04004 | MARTIN | CLIFTON |
| 459 | 17-cv-03358 | MARTIN | FLINT |
| 460 | 17-cv-04424 | MARTIN | LIZZIE |
| 461 | 17-cv-04429 | MARTIN | TATASHA |
| 462 | 17-cv-03360 | MARTIN | TRUDY |
| 463 | 12-cv-02332 | MASTERS | JAMES |
| 464 | 17-cv-04005 | MATTHEWS | CLEVELAND |
| 465 | 17-cv-03550 | MATTHIS | SHAWNA |
| 466 | 17-cv-04068 | MAY | DERRICK |
| 467 | 17-cv-04550 | MAY | JOE |
| 468 | 17-cv-03364 | MAYFIELD | ANTHONY |
| 469 | 17-cv-03371 | McARTHUR | COREY |
| 470 | 17-cv-03551 | McCALL | VERDA |
| 471 | 17-cv-03375 | McCAMMON | LARRY |
| 472 | 17-cv-04006 | McCANN | MISSOURI |
| 473 | 17-cv-03379 | McCLENDON | DOROTHY |
| 474 | 17-cv-03552 | McCRAY | ANTHONY |
| 475 | 17-cv-04069 | McDANIEL | RONALD |
| 476 | 17-cv-04432 | McDONALD | BOBBY |
| 477 | 17-cv-04434 | McDONALD | DAVID |
| 478 | 17-cv-03386 | McDOUGLE | DERRICK |
| 479 | 17-cv-04070 | McELROY | ALEXIS |
| 480 | 17-cv-03392 | McGILL | ERIK |
| 481 | 17-cv-03395 | McGILL | JEREMY |
| 482 | 17-cv-04071 | McGILL | RAY |
| 483 | 17-cv-04436 | McINNIS | TRACI |
| 484 | 17-cv-03555 | McINNIS, JR. | JACQUES |
| 485 | 17-cv-03556 | McINNIS, SR. | JACQUES |
| 486 | 17-cv-04072 | McKAY | MELINDA |

| 487 | 17-cv-04562 | McKINLEY | SHERRIE |
|-----|-------------|----------|---------|
| 488 | 17-cv-04562 | McKINLEY(minor) | DAVID |
| 489 | 17-cv-03558 | McMEANS | CHARLES |
| 490 | 17-cv-03396 | McMILLAN | JEFFARI |
| 491 | 17-cv-04649 | MCMILLAN | KATHY |
| 492 | 17-cv-03563 | McQUEEN | HENRY |
| 493 | 17-cv-03564 | MEDEL | JESSE |
| 494 | 17-cv-03565 | MICHAEL | TRAI |
| 495 | 17-cv-04563 | MICHAEL, III | Estate of FRANK |
| 496 | 17-cv-04437 | MICHELN | BRITNEY |
| 497 | 17-cv-03566 | MICKLES | SHANTAE |
| 498 | 17-cv-04439 | MILLENDER | RAYMOND |
| 499 | 17-cv-04441 | MILLER | CAROLYN |
| 500 | 17-cv-04444 | MILLER | JERRY |
| 501 | 17-cv-03569 | MILLER | TASCHET |
| 502 | 17-cv-03398 | MILLER | TIMOTHY |
| 503 | 17-cv-04448 | MILLS | KENNETH |
| 504 | 17-cv-04449 | MILSAP | ANGELA |
| 505 | 17-cv-04451 | MILSAP | DENNIS |
| 506 | 17-cv-04073 | MINOR | MICHAEL |
| 507 | 17-cv-03400 | MINTON | LEE |
| 508 | 17-cv-04453 | MOORE | ANTHONY L. |
| 509 | 17-cv-04454 | MOORE | ANTHONY W. |
| 510 | 17-cv-04456 | MOORE | APRIL |
| 511 | 17-cv-03573 | MOORE | CHARLES |
| 512 | 17-cv-04657 | MOORE | CHERYL |
| 513 | 17-cv-04074 | MOORE | CYNTHIA |
| 514 | 17-cv-03574 | MOORE | DENNIS |
| 515 | 17-cv-03576 | MOORE | FELICIA |
| 516 | 17-cv-03402 | MOORE | KENDALL |
| 517 | 17-cv-04457 | MOORE | SANDRA |
| 518 | 17-cv-03571 | MOORE, III | ALBERT B. |
| 519 | 17-cv-03572 | MOORE, IV | ALBERT R. |
| 520 | 17-cv-04461 | MOORERE | HOLLY |
| 521 | 17-cv-03579 | MORGAN | TACCARI |
| 522 | 17-cv-04459 | MORRIS | DEMETRIA |
| 523 | 17-cv-03582 | MURRAY | KELVIN |
| 524 | 17-cv-04462 | NANCE | JIMMY |
| 525 | 12-cv-02564 | NAPLES | JOHN |
| 526 | 17-cv-03584 | NAQUIN | BRYANT |
| 527 | 17-cv-03586 | NAQUIN | VELMA |
| 528 | 17-cv-04075 | NELSON, JR. | ROBERT |
| 529 | 17-cv-04463 | NESTLE | STEPHEN |
| 530 | 17-cv-04559 | NETHERLAND | JONATHAN |
| 531 | 17-cv-04559 | NETHERLAND (minor) | GABRIELLA |

| 532 | 17-cv-03588 | NEWTON | BRANDON |
|-----|-------------|--------|---------|
| 533 | 17-cv-04464 | NGO | PHIEU |
| 534 | 17-cv-04465 | NGUYEN | HILLARY |
| 535 | 17-cv-04467 | NGUYEN | HUNG VAN |
| 536 | 17-cv-04468 | NGUYEN | KHA |
| 537 | 17-cv-04565 | NORRIS | DAPHNE |
| 538 | 17-cv-03590 | NORSWEARTHY | CHESTER |
| 539 | 17-cv-03591 | OLDS | JOE ANNIE |
| 540 | 17-cv-04076 | O'NEAL | RICHARD (deceased) |
| 541 | 17-cv-03592 | ORANGE | TONY |
| 542 | 17-cv-04470 | OSBEY | CHRISTOPHER |
| 543 | 17-cv-04471 | PACE | LINDA |
| 544 | 17-cv-04077 | PACKER | PATRICK |
| 545 | 17-cv-03594 | PAIGE | CYNTHIA |
| 546 | 17-cv-04078 | PARKER | EDWARD |
| 547 | 17-cv-04079 | PATTERSON | DANA |
| 548 | 17-cv-04473 | PATTON | CARLOS |
| 549 | 17-cv-04474 | PAYTON | ALEXZANDER |
| 550 | 17-cv-04557 | PAZ | CESAR |
| 551 | 17-cv-04557 | PAZ    (minor) | ISRAEL |
| 552 | 17-cv-04557 | PAZ    (minor) | KEREN |
| 553 | 17-cv-04557 | PAZ, JR.    (minor) | CESAR ANDREW |
| 554 | 17-cv-03596 | PEAIRS | MARCUS |
| 555 | 17-cv-03597 | PEARSON | BARBARA |
| 556 | 17-cv-04475 | PEJIC | NENAD |
| 557 | 17-cv-04080 | PENN | TAVARISH |
| 558 | 17-cv-04280 | PENNINGTON | KATHY |
| 559 | 17-cv-04476 | PERKINS | ISAAC |
| 560 | 17-cv-03598 | PESCHLOW | MARK |
| 561 | 17-cv-04479 | PETERS | RHETT |
| 562 | 17-cv-03599 | PETTAWAY | JOHN |
| 563 | 17-cv-03404 | Pettaway Hair Care | DENISE PETTAWAY |
| 564 | 17-cv-04481 | PETTWAY | DELRICK |
| 565 | 17-cv-04146 | PETTWAY | SANDRA |
| 566 | 17-cv-04163 | PHILLIPS | ANGELA |
| 567 | 17-cv-04281 | PHILLIPS | BRYANT |
| 568 | 17-cv-04305 | PHILLIPS | SHUNNA |
| 569 | 17-cv-04482 | PICKETT | GEORGE |
| 570 | 17-cv-04483 | PLUMMER | EDNA |
| 571 | 17-cv-04282 | POLK | FELTON |
| 572 | 17-cv-03600 | POLK | TONTA |
| 573 | 17-cv-03344 | PORTER | SCOTT |
| 574 | 17-cv-04164 | POUGH | ERVIN |
| 575 | 17-cv-04484 | POWE | ANDRE |
| 576 | 17-cv-04489 | POWELL | DONALD |

| 577 | 17-cv-04283 | POWELL | WHIRLEE |
|-----|-------------|--------|---------|
| 578 | 17-cv-04556 | PREATTO | KIMLYN |
| 579 | 17-cv-04570 | PRESTENBACH | ANTHONY |
| 580 | 17-cv-04572 | PRICE | JAMES |
| 581 | 17-cv-04571 | PRICE, SR. | CALVIN |
| 582 | 17-cv-04166 | QUIROZ | ROBERT |
| 583 | 17-cv-03405 | RAMEY | ROBERT |
| 584 | 17-cv-04168 | RANSON | RON |
| 585 | 17-cv-04509 | RAWLS | DERRICK |
| 586 | 17-cv-03602 | REEB | MICHAEL |
| 587 | 17-cv-04564 | REECH (minor) | RILEY |
| 588 | 17-cv-04174 | REED | ANTONIO |
| 589 | 17-cv-03603 | REED | CHESTER |
| 590 | 13-cv-02378 | REGAN | LAURA |
| 591 | 13-cv-02378 | REGAN | ROBERT |
| 592 | 17-cv-04175 | REVELS | CARL |
| 593 | 17-cv-04284 | RICHARD | TYRONE |
| 594 | 17-cv-04285 | RICHARDSON | LULA |
| 595 | 17-cv-03407 | RICHARDSON     (minor) | A'DONNA |
| 596 | 17-cv-04177 | RIDDELL-HARE | TERESA |
| 597 | 17-cv-04304 | RILEY | DARREN |
| 598 | 17-cv-04178 | ROAN | KENNETH |
| 599 | 17-cv-04286 | ROBERSON | RAYNARD |
| 600 | 17-cv-03605 | ROBERTS | CYNTHIA |
| 601 | 17-cv-04513 | ROBERTS | FRANCES |
| 602 | 17-cv-04573 | ROBERTSON | CARRIE |
| 603 | 17-cv-03606 | ROBINSON | BRIAN |
| 604 | 17-cv-04574 | ROBINSON | PATRICK |
| 605 | 17-cv-04536 | ROBINSON, JR. | RICCO |
| 606 | 17-cv-04567 | RODRIGUEZ | RAMON |
| 607 | 17-cv-04575 | ROGERS | BETTY |
| 608 | 17-cv-04400 | ROOKS | DARLA |
| 609 | 17-cv-04400 | ROOKS | TODD |
| 610 | 17-cv-04287 | ROSS | ERICA |
| 611 | 17-cv-04288 | ROSS | VANESSA |
| 612 | 17-cv-04576 | ROUNDS | GREGORY |
| 613 | 17-cv-04289 | SALTER | CHRISTOPHER |
| 614 | 17-cv-04290 | SAMPLE, II | JAMES |
| 615 | 17-cv-04555 | SANTINY | NICHOLE |
| 616 | 17-cv-04555 | SANTINY  (minor) | LAILA |
| 617 | 17-cv-04555 | SANTINY  (minor) | ZANA |
| 618 | 17-cv-04577 | SAXTON | LATOYA |
| 619 | 17-cv-04242 | SCAIEF | VERONICA |
| 620 | 17-cv-04243 | SCARBOROUGH | MICHAEL |
| 621 | 17-cv-04179 | SCHMIDT | RACHEL |

| 622 | 17-cv-04279 | SCHMIDT TORRES | MICHELLE |
|-----|-------------|----------------|----------|
| 623 | 17-cv-03608 | SCOTT | BARBARA |
| 624 | 17-cv-04578 | SCOTT | CODIE |
| 625 | 17-cv-04579 | SCOTT | KATRINA |
| 626 | 17-cv-03609 | SCOTT | NAKIA |
| 627 | 17-cv-04554 | SCOTT | NICOLE |
| 628 | 17-cv-04554 | SCOTT     (minor) | COREY |
| 629 | 17-cv-04554 | SCOTT     (minor) | JOLIEGH |
| 630 | 17-cv-04554 | SCOTT     (minor) | MATTHEW |
| 631 | 17-cv-04554 | SCOTT, II | DONALD |
| 632 | 17-cv-04244 | SEAY | SHARITYE |
| 633 | 17-cv-03610 | SELLERS | TERRANCE |
| 634 | 17-cv-04245 | SEWELL | CAROLYN |
| 635 | 17-cv-04581 | SEWER | MISHA |
| 636 | 17-cv-04246 | SHADE | TWINELLA |
| 637 | 17-cv-03611 | SHANNON | TORY |
| 638 | 17-cv-04582 | SHEPARD | LORI |
| 630 | 17-cv-03410 | SHERROD | CHRISTOPHER |
| 640 | 17-cv-04247 | SIMMONS | CANDICE |
| 641 | 17-cv-04248 | SIMMONS | GAYLA |
| 642 | 17-cv-04553 | SIMMONS | KEVIN |
| 643 | 17-cv-04583 | SIMMONS | TONY |
| 644 | 17-cv-04553 | SIMMONS  (minor) | BLAKE |
| 645 | 17-cv-04553 | SIMMONS, II  (minor) | KEVIN |
| 646 | 17-cv-04181 | SKETTENO, JR. | SAMUEL |
| 647 | 17-cv-04584 | SLAUGHTER | BOBBY |
| 648 | 17-cv-04249 | SLEDGE | RAYMOND |
| 649 | 17-cv-04180 | SMITH | CINDY |
| 650 | 17-cv-04250 | SMITH | LAJOY |
| 651 | 17-cv-04586 | SMITH | LEE |
| 652 | 17-cv-04251 | SMITH | LINDA TROTTER |
| 653 | 17-cv-04551 | SMITH | TYRONE |
| 654 | 17-cv-04252 | SONNIER | JASON |
| 655 | 17-cv-04253 | SPENCER | RITA |
| 656 | 17-cv-04254 | SPENCER | TRELLIS |
| 657 | 17-cv-04255 | SPROAT | NANCY |
| 658 | 17-cv-04256 | SPURLOCK | DEEDRA |
| 659 | 17-cv-04257 | ST. ANN | JOHN |
| 660 | 17-cv-03411 | STALLWORTH | GLORIA (Fairley) |
| 661 | 17-cv-04514 | STALLWORTH | JOSIAH |
| 662 | 17-cv-04183 | STALLWORTH | MARLON |
| 663 | 17-cv-04566 | STALLWORTH  (minor) | BESTE |
| 664 | 17-cv-03612 | STALLWORTH, III | BEN |
| 665 | 17-cv-04258 | STANTON | PATRICK |
| 666 | 17-cv-04588 | STAPLETON | CHARLES |

| 667 | 17-cv-04590 | STENNIS | ERNEST |
|-----|-------------|---------|--------|
| 668 | 17-cv-04294 | STEPHENS | RANDI |
| 669 | 17-cv-04520 | STEPHENS, JR. | THOMAS |
| 670 | 17-cv-04592 | STEPHENS, SR. | THOMAS |
| 671 | 17-cv-04184 | STEWART | ALPENATON |
| 672 | 17-cv-04299 | STEWART | ELIZABETH |
| 673 | 17-cv-03613 | STEWART, JR. | LLOYD |
| 674 | 17-cv-04400 | STOCKSTILL  (minor) | DAMIEN |
| 675 | 17-cv-04400 | STOCKSTILL  (minor) | DANIEL |
| 676 | 17-cv-04593 | STOREY | DANIEL |
| 677 | 17-cv-04640 | STOVALL | LAMBERT |
| 678 | 17-cv-03615 | STRAUSS | ROBERT |
| 679 | 17-cv-04259 | STREET | CARRINGTON |
| 680 | 17-cv-03619 | STREET | COREY |
| 681 | 17-cv-04300 | STREET | DON |
| 682 | 17-cv-04260 | STREET | SHADRONICA |
| 683 | 17-cv-04552 | STRICKLIN (minor) | SAMHOUSTON |
| 684 | 17-cv-04261 | STUBBS | JESSE |
| 685 | 17-cv-04643 | SUMMERALL | TARA |
| 686 | 17-cv-04262 | SUMMERS | ANDRAE |
| 687 | 17-cv-04263 | SUNSERI | ANTHONY |
| 688 | 17-cv-04186 | SWANEY | JULIE |
| 689 | 17-cv-04644 | SWANIER | MARQUEDA |
| 690 | 17-cv-04264 | TATE | CURTIS |
| 691 | 17-cv-04600 | TAYLOR | ERIC |
| 692 | 17-cv-04190 | TAYLOR | JEREMY |
| 693 | 17-cv-04603 | TAYLOR | KIMBERLY |
| 694 | 17-cv-04191 | TAYLOR | SHANA |
| 695 | 17-cv-04605 | TEBBS | MICHAEL |
| 696 | 17-cv-04606 | TEBBS | SHELIA |
| 697 | 17-cv-04549 | TERREBONNE | BETTY ANN |
| 698 | 17-cv-04192 | TERREBONNE, JR. | GARY |
| 699 | 17-cv-04549 | TERREBONNE, SR. | GARY |
| 700 | 17-cv-04608 | THOMAS | CARLOS |
| 701 | 17-cv-04547 | THOMAS | Estate of JIMMIE |
| 702 | 17-cv-04195 | THOMAS | KENDRICK |
| 703 | 17-cv-04301 | THOMAS | KENNEDY |
| 704 | 17-cv-04595 | THOMAS | RAYMOND |
| 705 | 17-cv-04556 | THOMAS, JR.  (minor) | DAVID |
| 706 | 17-cv-04198 | THOMPSON | ADONIS |
| 707 | 17-cv-04265 | THOMPSON | BRIAN |
| 708 | 17-cv-04609 | THOMPSON | CHRISTOPHER |
| 709 | 17-cv-04611 | THOMPSON | DEFORREST |
| 710 | 17-cv-04202 | THOMPSON | RANDY |
| 711 | 17-cv-04266 | TIMMONS | FRANCES |

| 712 | 17-cv-04613 | TOBIAS | WARREN |
|-----|-------------|--------|--------|
| 713 | 17-cv-04267 | TOLER | JUANITA |
| 714 | 17-cv-04268 | TOLLIVER | MICHAEL |
| 715 | 17-cv-04204 | TORRES | ESMERALDA |
| 716 | 17-cv-04519 | TOWNSER, III | FRANK |
| 717 | 17-cv-04205 | TOWNSER, JR | FRANK |
| 718 | 17-cv-04302 | TRAYLOR | GABRIELLE EVANS |
| 719 | 17-cv-04269 | TREME | JOSH |
| 720 | 17-cv-04270 | TRIPLETT | DANNY |
| 721 | 17-cv-03621 | TROTTER | MARVIN |
| 722 | 17-cv-04207 | TROXLER, JR. | CLIFFORD |
| 723 | 17-cv-04614 | TURNER | JUDY |
| 724 | 17-cv-04210 | TURNER | MICHAEL |
| 725 | 17-cv-04214 | TURNER | TONIE |
| 726 | 17-cv-04616 | TURNER | VICKEY |
| 727 | 17-cv-03413 | UPCHURCH | AMANDA JOHNSON |
| 728 | 17-cv-04617 | VAZQUEZ, JR. | ERIC |
| 729 | 17-cv-04215 | VEAL | ERNEST |
| 730 | 17-cv-04619 | VEILLON | JOHN |
| 731 | 17-cv-04517 | VICKNAIR (ROST) | RACHEL |
| 732 | 17-cv-04217 | VILLERE | JANE |
| 733 | 17-cv-04271 | WADDELL | TYRELL |
| 734 | 17-cv-04624 | WADE | JAMES |
| 735 | 17-cv-04272 | WALKER | CYNTHIA |
| 736 | 17-cv-04645 | WALKER | GLYNN |
| 737 | 17-cv-03622 | WALKER | LISA |
| 738 | 17-cv-04219 | WALKER, II | RODNEY |
| 739 | 17-cv-04273 | WALTER | SHANAVIA |
| 740 | 17-cv-04220 | WARD | JENNIFER |
| 741 | 17-cv-04221 | WARE | MIA |
| 742 | 17-cv-04626 | WARREN | LARRY |
| 743 | 17-cv-04296 | WASHINGTON | JANEL |
| 744 | 17-cv-04297 | WASHINGTON | VICTORIA |
| 745 | 17-cv-04274 | WATKINS, JR. | ARCHIE |
| 746 | 17-cv-04627 | WATTS | DEREK |
| 747 | 17-cv-04298 | WATTS | JEREMY |
| 748 | 17-cv-04222 | WAXMAN | DAVID |
| 749 | 17-cv-04295 | WEATHERSBY | SHERLYON |
| 750 | 17-cv-04275 | WEATHERSBY | TERRY |
| 751 | 17-cv-04223 | WEBB | DALISHA |
| 752 | 17-cv-04276 | WEBB | JOHN |
| 753 | 17-cv-04542 | WELLINGTON | MELISSA |
| 754 | 17-cv-04542 | WELLINGTON (minor) | JADA |
| 755 | 17-cv-04542 | WELLINGTON (minor) | JANYA |
| 756 | 17-cv-04224 | WELLS | RABELL JOHNSON |

| 757 | 17-cv-04225 | WENSEL | APRIL |
|-----|-------------|--------|-------|
| 758 | 17-cv-04629 | WENSEL (LEE) | BETSY |
| 759 | 17-cv-04226 | WHEATON | DON |
| 760 | 17-cv-04227 | WHITE | ALEXIS |
| 761 | 17-cv-04229 | WHITE | RICARDO |
| 762 | 17-cv-03623 | WHITE | RASHAWN |
| 763 | 17-cv-04230 | WHITFIELD | CHELSEA |
| 764 | 17-cv-04631 | WHITTED | RODERICK |
| 765 | 17-cv-04231 | WHITTIKER, JR. | TIMOTHY |
| 766 | 17-cv-04232 | WILCOX | DENNIS |
| 767 | 17-cv-04632 | WILLIAMS | ANGELINIA |
| 768 | 17-cv-03414 | WILLIAMS | ARMIS |
| 769 | 17-cv-04633 | WILLIAMS | AURON |
| 770 | 17-cv-04233 | WILLIAMS | CHARETTA |
| 771 | 17-cv-04277 | WILLIAMS | CHARLES |
| 772 | 17-cv-04234 | WILLIAMS | CLARENCE |
| 773 | 17-cv-04291 | WILLIAMS | DAWARREN |
| 774 | 17-cv-04306 | WILLIAMS | GREGORY |
| 775 | 17-cv-04307 | WILLIAMS | HOLLY |
| 776 | 17-cv-04634 | WILLIAMS | JAHNIA |
| 777 | 17-cv-04636 | WILLIAMS | KANEIKA |
| 778 | 17-cv-04236 | WILLIAMS | RANDY |
| 779 | 17-cv-04516 | WILLIAMS | ROY |
| 780 | 17-cv-04237 | WILLIAMS | VIOLA |
| 781 | 17-cv-04660 | WILLIAMS  (minor) | PRICILLA |
| 782 | 17-cv-04235 | WILLIAMS, JR. | JAMES |
| 783 | 17-cv-04597 | WILLIS | AARON |
| 784 | 17-cv-04239 | WILSON | BERNICE |
| 785 | 17-cv-04659 | WILSON | COSSIE |
| 786 | 17-cv-04278 | WILSON | MARK |
| 787 | 17-cv-04240 | WOODLAND | ANTONIO |
| 788 | 17-cv-04241 | WRIGHT | ANDRE |
| 789 | 17-cv-04293 | YARBROUGH | DANIEL |
| 790 | 17-cv-04292 | YARBROUGH | REBECCA |
| 791 | 17-cv-04637 | ZAYZAY | FREDDIE |
|  |  |  |  |
| 792 |  | CRAFT | ADRIAN* |
| 793 |  | FUNCHESS | ELTORKENKERKEW* |
| 794 |  | HORTON | LAWRENCE* |
| 795 |  | CAUZZORT | ADRIENNE* |

*Client submitted sworn statement signature page after deadline