IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: | * * | MAGISTRATE JUDGE WILKINSON |
| Case No. 2:16-cv-04545 | * * | |

## ORDER

After considering Gregory's M. Friedlander's motion to withdraw as attorney in charge for Plaintiff, Gregory Stewart, in the above referenced cause number, the Court

GRANTS the motion to withdraw and ORDERS that Brent W. Coon of the law firm Brent Coon & Associates be substituted as attorney in charge for Plaintiff, Gregory Stewart.

New Orleans, Louisiana this 31st day of August, 2017.

_____
United States District Judge