# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL 02179 SECTION J |
| | * | JUDGE BARBIER |
| Applies to: 2:12-CV-02004-CJB-SS | * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO RECONSIDER THE CLAIM OF SERGIO VALDIVIESO AND COURT'S ORDER [AS TO COMPLIANCE WITH PRE-TRIAL ORDER NO. 63 (Document No. 23047)] ON BEHALF OF SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC.

**NOW INTO COURT**, through undersigned counsel, comes SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC. (hereinafter referred to as "SWS"), which respectfully moves this Honorable Court pursuant to Federal Rule of Civil Procedure 59 for an Order dismissing the action titled "Sergio Valdivieso versus Southern Cat, Inc., Eastern Research Group, Inc., BP PLC, *et al.*," EDLA Civil Action Number 2:12-cv-02004-CJB-SS.  For the reasons more fully explained in the attached Memorandum in Support, SWS is situated in the same legal position as defendant Emergency Response Group, Inc., which filed a similar Motion to Reconsider on July 31, 2017 (Rec. Doc. 23098) and recently was made the subject of this Honorable Court's Order [Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order] (Rec. Doc. 23321).  Therein, this Honorable Court required any party who opposes a Motion for Reconsideration (*e.g.*, Plaintiff Sergio Valdivieso) to file a response by Friday, September 8, 2017.  Because SWS's motion seeks the exact same relief as

that requested by Emergency Response Group, Inc., the filing of this motion should not delay Plaintiff Valdivieso's reply or this Honorable Court's consideration of the relief requested.

**WHEREFORE**, for the foregoing reasons, as well as those contained in the attached Memorandum in Support, SWS respectfully requests this Honorable Court to issue an Order dismissing the claim of Plaintiff Sergio Valdivieso.

                          Respectfully submitted,

                          JUGE, NAPOLITANO, GUILBEAU,
                            RULI & FRIEMAN

BY:   /s/ Joseph B. Guilbeau_____
        JOSEPH B. GUILBEAU #14326
        JEFFREY I. MANDEL #20935
        3320 West Esplanade Avenue North
        Metairie, Louisiana 70002
        Telephone:  504-831-7270
        Fax:  504-831-7284
        E-Mail:  jguilbeau@wcdefense.com
        **Attorneys for SWS Environmental Services**
        **f/k/a Eagle-SWS, INC.**
        **a/k/a Progressive Environmental Services, Inc.**
        **as Defendant**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August, 2017.

                                      /s/Joseph B. Guilbeau_____
                                        Joseph B. Guilbeau