UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL 02179 SECTION J JUDGE BARBIER |
| Applies to: 2:12-CV-02004-CJB-SS | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER THE CLAIM OF SERGIO VALDIVIESO AND COURT'S ORDER [AS TO COMPLIANCE WITH PRE-TRIAL ORDER NO. 63 (Document No. 23047)] ON BEHALF OF SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC.**

**MAY IT PLEASE THE COURT:**

SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC. (hereinafter referred to as "SWS"), through undersigned counsel, has moved this Honorable Court pursuant to Federal Rule of Civil Procedure 59 for an Order dismissing the action titled "Sergio Valdivieso versus Southern Cat, Inc., Eastern Research Group, Inc., BP PLC, *et al.*," EDLA Civil Action Number 2:12-cv-02004-CJB-SS.  SWS asserts that Plaintiff, Sergio Valdivieso, failed to comply with the requirements of PTO No. 63 (Rec. Doc. 22295).  Consequently, his B3 claim/lawsuit, including his claim as a B3 plaintiff within MDL NO. 2179, should be dismissed.

PTO 63 explicitly requires B3 plaintiffs who filed individual lawsuits to complete a Sworn Statement and attach it to a cover sheet with the proper citation.  Further, the above was required to be filed into the record of the plaintiff's individual lawsuit, and the plaintiff was required to serve the Sworn Statement on the Plaintiff's Steering Committee and counsel for BP.

PTO 63 also requires, in Paragraph 6(ii), "Plaintiffs who previously filed an individual complaint and fail to comply with the above requirement by April 12, 2017, will have their complaints deemed dismissed with prejudice without further notice."

Sergio Valdivieso currently is a B3 plaintiff in MDL No. 2179, who previously filed an individual complaint, which currently is pending under EDLA Civil Action No. 2:12-cv-02004. SWS is a defendant in that matter. In this regard, SWS is situated in the same position as another responder defendant, Emergency Response Group, Inc. (hereinafter "ERG"), which filed a similar Motion to Reconsider on July 31, 2017 (Rec. Doc. 23098).

On July 18, 2017, this Honorable Court issued an Order regarding compliance with PTO 63 (Rec. Doc. 23047, hereinafter referred to as "Compliance Order"), which stated "B3 plaintiffs who previously filed an individual lawsuit (*i.e.*, a single plaintiff complaint without class allegations) were required to complete, file, and serve the Sworn Statement attached to PTO 63 as Exhibit A." PTO 63 warned that failure to comply with its requirements would result in the dismissal with prejudice of B3 claims. Exhibit 1 of the Compliance Order (those plaintiffs in compliance with PTO 63) lists Sergio Valdivieso as having complied with PTO 63, thereby allowing him to proceed in this litigation. However, review of the court record for Sergio Valdivieso's individual action under 2:12-cv-02004 demonstrates that he did not file the Sworn Statement into the record of his individual lawsuit. A copy of the record for that lawsuit was attached to ERG's Motion to Reconsider as Exhibit A, and SWS incorporates that record herein by reference so as not to further add to the voluminous record in this matter.

Because Sergio Valdivieso failed to comply with the requirements of PTO 63, SWS, like ERG, believes he incorrectly was listed in Exhibit 1 as being compliant with PTO 63. Consequently, as Sergio Valdivieso was not in compliance with PTO 63, he should have been

listed on Exhibit 2 (*i.e.*, those plaintiffs who were not in compliance with PTO 63), and his claim/lawsuit should have been dismissed, with prejudice, as set forth in PTO 63.

**WHEREFORE**, SWS respectfully requests this Honorable Court to reconsider the inclusion of Sergio Valdivieso in Exhibit 1 of the Compliance Order and, instead, dismiss the B3 claims of Sergio Valdivieso, including Civil Action Number 2:12-cv-02004, with prejudice.

Respectfully submitted,

JUGE, NAPOLITANO, GUILBEAU,
   RULI & FRIEMAN

BY:   \_s/ _____

JOSEPH B. GUILBEAU #14326
JEFFREY I. MANDEL #20935
3320 West Esplanade Avenue North
Metairie, Louisiana 70002
Telephone:  504-831-7270
Fax:  504-831-7284
E-Mail:  jguilbeau@wcdefense.com
**Attorneys for SWS Environmental Services**
**f/k/a Eagle-SWS, INC.**
**a/k/a Progressive Environmental Services, Inc.**
**as Defendant**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of August, 2017.

            __/s/Joseph B. Guilbeau_____
              Joseph B. Guilbeau