UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL 02179 SECTION J |
| | * | JUDGE BARBIER |
| Applies to: 2:12-CV-02004-CJB-SS | * * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion To Reconsider The Claim of Sergio Valdivieso And Court's Order [As To Compliance With Pre-Trial Order No. 63 (Document No. 23047)] on Behalf of SWS Environmental Services f/k/a Eagle-SWS, Inc. a/k/a Progressive Environmental Services, Inc.

IT IS ORDERED that the claims of Plaintiff Sergio Valdivieso against SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC. be and are hereby dismissed, with prejudice, each party to bear its respective costs.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE