UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | |
| "DEEPWATER HORIZON" IN THE GULF OF MEXICO | CIVIL ACTION |
| ON APRIL 20, 2010 | |
| | MDL NO   2179 |
| | |
| THIS DOCUMENT RELATES TO: | SECTION J |
| NO   12-970 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

---

**NOTICE OF APPEAL**

---

      Notice is hereby given that  Claimant ID 100133439, Plaintiff in the above matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order (Record Doc 23252) denying Plaintiff's Motion to Amend Final Implementation Orders Concerning the Fifth Circuit's Policy 495 Opinion (Rec Doc 23181) entered in this action on the 10th day of August, 2017.

                                         Respectfully submitted,

                                       **BALLAY, BRAUD & COLON**, **PLC**

                                       __s/ Adrian A. Colon, Jr. _____
                                       **ADRIAN A. COLON, JR. (#20525)**
                                       8114 Highway 23, Suite 101
                                       Belle Chasse, Louisiana  70037
                                       Telephone:  (504) 394-9841
                                       Telecopier: (504) 636-6674
                                       Adrian@NolaAttorneys.com

_____

[1] For purposes of preserving confidentiality, the Plaintiff/ Appellant herein is referred to by the Claimant ID number issued by the Claims Administrator.

1

<u>CERTIFICATE OF SERVICE</u>

I, Adrian A. Colon, Jr., do hereby certify that on this 5th day of September, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system.


*<u>s/ Adrian A. Colon, Jr.</u>*
ADRIAN A. COLON, JR.

2