UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br><br> SECTION "J" |
| This Document Relates to: <br> Nos. 2:11-cv-00916 and 2:10-md-2179 | JUDGE BARBIER <br> MAG. WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT come Martzell, Bickford & Centola, APLC (and attorneys Scott R. Bickford, Lawrence J. Centola III, Spencer R. Doody, Neil F. Nazareth, and Jason Z. Landry), King, Krebs & Jurgens, PLLC (and its attorneys Henry A. King, Michael L. Vincenzo, Joanne Mantis and Robert J. Stefani) and David L. Landry, who move the Court for an order allowing them to withdraw as counsel of record for the following reasons.

The undersigned were discharged as counsel by the Parish of Plaquemines (the "Parish") on August 18, 2017. See Exhibit A (letter by Parish Attorney, Peter Barbee, dated August 18, 2017).

There are no pending deadlines or pending court appearance specific to the claims brought by the Parish of Plaquemines. The undersigned is mindful that this Court retains jurisdiction over the HESI/Transocean Settlement, and that there will be claim-specific deadlines associated with the Parish's claim in the Settlement Program in the future. The undersigned has advised the Parish of the same and on August 22, 2017 withdrew as counsel of record from the Settlement Program using the procedure set forth by the Settlement Program.

The Plaquemines Parish Charter, Section 5.02, provides that "[a]ll legal services for the Parish, the Parish Council, the President, and all other political subdivisions and districts situated

within the Parish, except in criminal matters and as hereinafter provided, shall be performed by the Parish Attorney." See Exhibit B. Although the Parish Attorney has appeared in this litigation on behalf of the Parish in its Motion to Dismiss Special Counsel's Motion for Attorney Fees and Costs (Doc. 23280), the Parish Attorney has not responded to the undersigned's request that he indicate whether he wishes to be substituted as counsel of record in this litigation.

Per Local Rule 83.2.11, the address and telephone number of Parish of Plaquemines is Plaquemines Parish Government Offices, 8056 Highway 23, Suite 200, Belle Chasse, Louisiana 70037 (Attn: Amos Cormier, III, President; Peter Barbee, Esq., Parish Attorney), 504-297-5000.

**WHEREFORE**, the undersigned pray that this motion is granted.

Respectfully Submitted,

*/s/Scott R. Bickford*
**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**SPENCER R. DOODY (#27795)**
**NEIL F. NAZARETH (#28969)**
**JASON Z. LANDRY (#33932)**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

*/s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**JOANNE MANTIS (#23522)**
**ROBERT J. STEFANI (#19248)**
**King, Krebs & Jurgens, PLLC**
hking@kingkrebs.com
mvincenzo@kingkrebs.com
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
504-582-3800 Telephone
504-582-1233 Fax

AND

/s/David Landry
DAVID L. LANDRY (#7978)
The Law Office of David L. Landry
Dlandry4393@gmail.com
1214 Parasol Place
Pensacola, Florida  32507
(850) 492-7240

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Fees and Costs was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of September, 2017. Copies are also being transmitted via certified mail to the Plaquemines Parish Attorney, Peter Barbee.  The Parish of Plaquemines has been notified of all deadlines and pending court appearances.

Peter A. Barbee, Esq.
Parish Attorney
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA  70037

s/Scott R. Bickford
SCOTT R. BICKFORD

3