**Scott R. Bickford**

| | |
|---|---|
| **From:** | Peter Barbee <peterbarbee@me.com> |
| **Sent:** | Friday, August 18, 2017 6:59 PM |
| **To:** | hking@kingkrebs.com; Scott R. Bickford; 2landry@cox.net |
| **Cc:** | Andrew C. Wilson; Amos Cormier; John Barthelemy |
| **Subject:** | Termination of Representation for conflict of interest |

Gentlemen:

This will acknowledge receipt of your Motion for Contingency Fee on Thursday, August 17, 2017. As this action clearly places your law firms in an adversarial role contrary to the interest of Plaquemines Parish Government (hereinafter "PPG"), this is to advise that to the extent the court should find that you have lawfully represented, your services are no longer required and that your firms are hereby terminated for cause. In this regard, we have become aware of other irregularities associated with your representation of PPG which also form the basis for cause of your termination which will be more fully set forth in PPG's response to your Motion. This is to also request that you immediately withdraw as counsel of record for PPG. Finally, since you have set a submission date which allows for only 3 working days to respond, this is to request your immediate advices as to whether you will agree to a continuance of the submission date. Please respond within 24 hours with regard to the latter.

Sincerely,
Plaquemines Parish Attorney
Peter Barbee



EXHIBIT A

# Charter For Local Self-Government



# Plaquemines Parish, Louisiana

PENGAD 800-631-6989

EXHIBIT
B

Council may provide by Ordinance for distribution among the Departments of any duties and functions not provided for above and may transfer duties and functions herein assigned from one Department to another or may consolidate such Departments, all as in the judgment of the Parish President and the Parish Council will make for a more orderly and successful operation of Parish Government.

### Section 5.02: Legal Services

A. The Parish President, with the approval of the Parish Council, may employ a Parish Attorney who shall serve at the will of the President for the same term of office as the Parish President. All legal services for the Parish, the Parish Council, the President, and all other political subdivisions and districts situated within the Parish, except in criminal matters and as hereinafter provided, shall be performed by the Parish Attorney.

B. The Parish President shall also have the power and authority to employ attorneys, with the approval of the Parish Council, to handle all legal and financial work with reference to the issuance of bonds, notes, or other evidences of indebtedness, whether in the original instance, or for refunding purposes. In other matters as the Parish President may deem advisable, the Parish President may employ special counsel pursuant to the provisions of this Charter. In all cases, the Parish shall compensate said special counsel for their services.

C. The Parish Council may by majority vote of its membership employ special counsel for itself.

D. No special counsel shall be employed by either the Parish President or the Parish Council until a budget appropriation has been made for that purpose.

### Section 5.03: Offices of Government

The administrative offices and the employees necessary for the proper administration of the government of the Parish of Plaquemines and the other political subdivisions and districts therein may be located at the Parish Seat or at such other public buildings as may be designated by the Parish Council.

# ARTICLE 6
# ORDINANCES

### Section 6.01: Introduction, Consideration and Passage of Ordinance

A. Proposed Ordinances must be complete, in writing, and may be introduced by any member at any meeting of the Parish Council. Each Ordinance shall embrace but one subject except those approving the annual operating and capital budgets and codifications.

B. After a proposed Ordinance has been introduced, copies of it, shall forthwith be prepared and distributed to each member of the Council, and the Parish President.

C. A proposed Ordinance shall not be altered or amended during its consideration so as to nullify its original purpose, or so as to accomplish an object not cognate to its original purpose.

D. A proposed Ordinance shall lay over at least one (1) week before being considered by the Council for final passage.

16

E. Proposed Ordinances on any of the following specified subjects shall be adopted only at a regular meeting of the Parish Council, held pursuant to Section 4.09 (A) of this Charter, and shall have been distributed to all members of the Council and made available to the public, and only after a notice of the introduction on such proposed Ordinance shall have been published in the official journal of the Parish not less than one (1) week nor more than two (2) weeks after the introduction thereof, which notice shall state the substance of the proposed Ordinance and the date of the meeting at which a public hearing shall be held and at which the Council shall begin its consideration thereof, to wit:

(1) Levying any tax, excise or tariff, not imposed at the effective date of this Charter, or increasing the rate of tax, excise or tariff;

(2) Imposing any license, requiring any permit, establishing any charge for services rendered, imposed, required, or established at the effective date of this Charter, or increasing the rate of any license, fee, or service charge;

(3) Zoning or rezoning, or changing the zoning districts or classifications;

(4) Alienating or encumbering any immovable property; granting any servitude, franchise, or privilege.

F. Each proposed Ordinance shall be read by title when called for final passage.

G. Votes shall be taken by yeas and nays and the names of the Parish Council members voting for and against, each proposed Ordinance or amendment shall be entered upon the journal of proceedings to be kept of all transactions of the Council.

H. No proposed Ordinance shall be adopted except by the affirmative vote of a majority of the entire Parish Council.

I. Should the Parish Council by a two-thirds (2/3) vote of a quorum declare the existence of an emergency due to a public calamity, the Council by a two-thirds (2/3) vote of a quorum may waive all of the requirements of this Section pertaining to procedure, except those relating to the number of votes required for passage and the recording of the vote in the official journal.

### Section 6.02: Effective Date of Ordinances

A. Unless otherwise provided, an Ordinance shall become effective ten (10) days after publication in the Parish official journal or thirty (30) days after adoption by the Parish Council, whichever comes first. The Parish Council may designate which Ordinances shall become effective upon signature of the Parish President, or after publication in the Parish official journal.

B. Each Ordinance shall be published in one (1) publication of the Parish Official Journal. The publisher or editor of the Parish Official Journal shall make affidavit to the fact of each such publication for the Parish Council record.

### Section 6.03: Submission of Ordinances or Items of Appropriation to the Parish President

A. Every Ordinance, or item of appropriation adopted by the Parish Council shall be

17