UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL 2179
    "Deepwater Horizon" in the
    Gulf of Mexico, on
    April 20, 2010                             SECTION "J"

This Document Relates to:            JUDGE BARBIER
Nos. 2:11-cv-00916 and 2:10-md-2179    MAG. WILKINSON

## ORDER

Considering the foregoing Motion to Withdraw as Counsel;

IT IS HEREBY ORDERED that the Motion is GRANTED and that Martzell, Bickford & Centola, APLC (and attorneys Scott R. Bickford, Lawrence J. Centola III, Neil F. Nazareth, Spencer R. Doody and Jason Z. Landry), King, Krebs & Jurgens, PLLC (and its attorneys Henry A. King, Michael L. Vincenzo, Joanne Mantis and Robert J. Stefani) and David L. Landry are withdrawn as counsel for the Parish of Plaquemines.

New Orleans, Louisiana, this _____ day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE