UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to:<br>Nos. 2:11-cv-00916 and 2:10-md-2179 | JUDGE BARBIER<br>MAG. WILKINSON |

## MOTION FOR LEAVE TO INTERVENE

**NOW INTO COURT,** come Martzell, Bickford & Centola, APC, David Landry, Esq. and King, Krebs & Jurgens, P.L.L.C. (hereinafter "Intervenors"), who respectfully request that this Court grant their Motion for Leave to Intervene pursuant to Rule 24(a) of the Federal Rules of Civil Procedure. Intervenors were discharged as counsel for Plaquemines Parish Government ("PPG") on August 18, 2017, and have an interest in the property and proceeds in the litigation pending between PPG and BP (and its related entities) (E.D. La. #2:11-cv-00916). Intervenors also have an interest the property and proceeds of the HESI/Transocean Claim (Claim #C713EA34E7) filed by PPG currently under submission with the HESI/Transocean Claims Administrator.

For these reasons, more fully set forth in the attached memorandum, Plaintiffs pray that their motion is granted.

Respectfully Submitted,

*/s/Scott R. Bickford*
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**SPENCER R. DOODY (#27793)**
**MARTZELL, BICKFORD & CENTOLA**
usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax

*/s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
hking@kingkrebs.com
mvincenzo@kingkrebs.com
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
504-582-3800 Telephone
504-582-1233 Fax

AND

*/s/David Landry*
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
Dlandry4393@gmail.com
1214 Parasol Place
Pensacola, Florida 32507
(850) 492-7240

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Fees and Costs was served electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of September, 2017. Copies are also being transmitted via email and certified mail to the following:

Peter A. Barbee, Esq.
Parish Attorney
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037

/s/Scott R. Bickford
SCOTT R. BICKFORD