UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION: J  JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * | MAG. JUDGE WILKINSON |

NOTICE OF APPEAL
CLAIMANT 100203889 NOTICE OF APPEAL REGARDING THE DENIAL OF ITS MOTION TO AMEND FINAL IMPLEMENTATION ORDERS RE 495 DECISION [REC.DOC. 23252]

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Claimant 100203889[1] appeals to the United States Court of Appeals for the Fifth Circuit from the final ORDER denying Appellant's Motion to Amend Final Implementation Orders Re: 495 Decision [Doc. 23137] entered in this action on August 10, 2017 [Doc. 23252].

Respectfully Submitted,

*/s/ Melvin D. Albritton*

Melvin D. Albritton
Albritton Law Firm, LLC
400 Poydras St. Suite 900
New Orleans, LA 70130
mda@melvin.law
Attorney for Claimant 1002038899

---

[1] For purposes of preserving confidentiality, Claimant will refer to itself by the Claimant ID Number issued by the Claims Administrator, and will refer to the Claim ID instead of the name of the business.

**CERTIFICATE OF SERVICE**

I, Melvin D. Albritton, do hereby certify that on this 7th day of September, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the court's electronic filing system as well as the 'File and Serve' system.

/s/ Melvin D. Albritton
_____
MELVIN D. ALBRITTON