UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * | MAG. JUDGE WILKINSON |

**NOTICE OF APPEAL**
**CLAIMANTS' NOTICE OF APPEAL REGARDING THE DENIAL OF THEIR MOTION TO AMEND IMPLEMENTATION ORDERS CONCERNING THE FIFTH CIRCUIT'S 495 OPINION, OR FOR NEW TRIAL [REC.DOC. 23252]**

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Claimant ID: 100187006, Claimant ID: 100188547, Claimant ID: 100192784, Claimant ID: 100318040, and Claimant ID: 100355921 (collectively, "Claimants")[1] appeal to the United States Court of Appeals for the Fifth Circuit from the final ORDER denying Claimants' Motion to Amend Implementation Orders Concerning the Fifth Circuit's 495 Opinion, or for New Trial [Doc. 23138] entered in this action on August 10, 2017 [Doc. 23252].

Respectfully Submitted,

LOWE, STEIN, HOFFMAN,
  ALLWEISS & HAUVER, LLP

*/s/ Michael R. Allweiss*
MICHAEL R. ALLWEISS (#2425)
mallweiss@lowestein.com
JEFFREY M. HOFFMAN (#29253)
jhoffman@lowestein.com
TYLER J. DOUGLAS (#33807)
tdouglas@lowestein.com

---

[1] For purposes of preserving confidentiality, Claimants will refer to themselves by the Claimant ID Numbers issued by the Claims Administrator, and will refer to the Claim ID instead of the name of the business.
{00123544.DOCX;1}

                    701 Poydras Street, Suite 3600
                    New Orleans, LA 70139
                    Attorneys for Claimants 100187006, 100188547, 100192784, 100216359, 100318040, and 100355921

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of September, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and/or the LexisNexis File&ServeXpress system.

                                          */s/Michael R. Allweiss*