# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL No. 2179 |
| This Document relates to:<br>SERGIO VALDIVIESO | § § § | CIVIL ACTION NUMBER<br>2:12-cv-02004-CJB-SS<br>SECTION "J" |
| VERSUS | § § | |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PL BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | § § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## PLAINTIFF SERGIO VALDIVIESO'S RESPONSE TO DEFENDANT EASTERN RESEARCH GROUP, INC.'S MOTION TO RECONSIDER

Now into Court, through undersigned counsel, comes Plaintiff Sergio Valdivieso, who files this, his response to the Motion to Reconsider of Eastern Research Group, Inc., (hereinafter referred to as "ERG" or "Defendant") and will show Plaintiff is in compliance with Pre-Trial Order 63.

Defendant claims that Plaintiff did not comply with PTO 63. Specifically, Defendant asserts that Plaintiff did not file a sworn statement in Plaintiff's individual lawsuit. (Rec. Doc. 23098-1).

However, Defendant's assertion is incorrect.

Attached as Exhibit "A" is an e-mail from FileandServeXpress, dated April 11, 2017, confirming that <u>Plaintiff has in fact filed his Sworn Statement</u> in his individual case, 2:12-cv-02004.

In addition, pursuant to the Court's instructions, BP was to provide to the Court a list of

plaintiffs that BP in good faith believed complied with PTO 63. On June 7, 2017, BP provided such a list to the Court. After reviewing BP's report, the Court issued an Order (Rec. Doc. 23047/23047-1, page 20) which listed Plaintiff, Sergio Valdivieso, as a Plaintiff that complied with PTO 63. (See Exhibit "B").

Consequently, Defendant is incorrect in its assertion, Plaintiff is in compliance with PTO 63, and his case should not be dismissed or stricken.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Sergio Valdivieso asks that Defendant's motion against him be denied, that his claims continue and be set for trial at the first available date, and that he have all benefits, at law and in Admiralty, to which he as a Jones Act seaman is entitled.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

By:_____

W. MARK LANIER
State Bar No. 11934600
CHARLES F. HERD, JR.
State Bar No. 09504480
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Fax: (713) 659-2204
Fax: (281) 659-22045
ATTORNEYS FOR PLAINTIFF