UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL No. 2179 |
| This Document relates to: SERGIO VALDIVIESO | § § § | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS SECTION "J" |
| VERSUS | § § | |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PL BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | § § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

**ORDER**

After review of the file and said pleadings, the Court is of the opinion that

1. Plaintiff/claimant, Sergio Valdivieso, filed his Sworn Statement in his individual on April 11, 2017 and complied with PTO 63. (See Exhibit A in Response.)

2. BP, in its pleading reported to this Court that Plaintiff Sergio Valdivieso was included in Ex. 1, meaning BP believed Sergio Valdivieso had complied with PTO 63.

3. Sergio Valdivieso is in compliance with PTO 63;

4. The B3 claims of Sergio Valdivieso are to remain on Exhibit 1 of the Court's July 18, 2017 Order (Doc. N0.23047) and;

5. Defendant, Eastern Research Group, Inc.'s Motion to Reconsider is DENIED.

So ordered this ____ day of _____, 2017.

_____
HONORABLE JUDGE, CARL J. BARBIER
UNITED STATES DISTRICT COURT