UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to:<br>2:11-cv-00916 | JUDGE BARBIER<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel;

IT IS HEREBY ORDERED that the Motion is GRANTED and that Martzell, Bickford & Centola, APLC (and attorneys Scott R. Bickford, Lawrence J. Centola III, Neil F. Nazareth, Spencer R. Doody and Jason Z. Landry), King, Krebs & Jurgens, PLLC (and its attorneys Henry A. King, Michael L. Vincenzo, Joanne Mantis and Robert J. Stefani) and David L. Landry are withdrawn as counsel for the Parish of Plaquemines.

New Orleans, Louisiana this 7th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE