UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| Claimant ID:  100308600 | ) ) ) ) | |
| Requesting Party | ) | |
| vs. | ) | 2:17-cv-17-7040-CJB-JCW |
| | ) | |
| BP Exploration & Production, Inc. et al | ) | |
| Objecting Party | ) | |
| | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Claimant ID: 100308600, a requesting party in the above-referenced case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Denial of Request for Discretionary Court Review entered in this action on August 8, 2017, 2017, as well as both the Claim's Administrator's Post-Reconsideration Denial Notice determination on September 16, 2016 (Doc ID  19903481), and the Appeal Panel Decision filed on January 9  , 2017 (Doc ID 20288317).

Date:  September 7, 2017          Respectfully Submitted,

/s/ Jason J. Joy
*Electronically Signed*
Jason J. Joy
**JASON J. JOY & ASSOCIATES, PLLC**
909 Texas St., Suite 1801
Houston, TX 77002
Jason@JasonJoyLaw.com
(713) 221-6500

**ATTORNEY FOR CLAIMANT ID: 100308600, APPELLANT**

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and File & ServeXpress on this 7th day of September 2017.

/s/ Jason J. Joy
**JASON J. JOY & ASSOCIATES, PLLC**
