UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** |
| | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *B3 Claims* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is a Motion for Hearing to Discuss Procedures for Addressing PTO 63 Compliant Claims, filed by attorneys who claim to represent 700 plaintiffs with B3 claims. (Rec. Doc. 23339). The Court will take up the issue of how to proceed with respect to the remaining B3 plaintiffs in due course. There are several other matters that the Court will address first, including the multiple motions for reconsideration of the PTO 63 Compliance Order, some of which were filed by the same attorneys who bring the instant motion. Accordingly,

IT IS ORDERED that the Motion for Hearing to Discuss Procedures for Addressing PTO 63 Compliant Claims (Rec. Doc. 23339) is DENIED at this time.

New Orleans, Louisiana, this 7th day of September, 2017.

_____
United States District Judge