UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 11-916* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the Motion for Fees and Costs (Rec. Doc. 23266) and Motion for Dismissal of Motion for Fees and Costs, Etc. (Rec. Doc. 23280), both of which pertain to member case no. 11-916, *Parish of Plaquemines v. BP PLC, et al.,* are REFERRED to Magistrate Judge Joseph C. Wilkinson, Jr. for issuance of a briefing schedule,[1] taking any evidence, conducting any conferences or hearings, and, absent the parties' consent under Fed. R. Civ. P. 73, issuance of a report and recommendation. *See* Fed. R. Civ. P. 54(d)(2)(D), 72(b); *Innovation Toys, LLC v. MGA Entm't, Inc.*, No. 07-6510, 2014 WL 1276346, at *1 (March 27, 2014). The parties are strongly encouraged to consent to having Magistrate Judge Wilkinson hear and fully decide all aspects of this fee dispute, but are free to withhold consent without adverse substantive consequences. *See* Fed. R. Civ. P. 73. The Court notes that a Motion for Leave to Intervene (Rec. Doc. 23344) was automatically referred to Magistrate Judge Wilkinson under Fed. R. Civ. P. 72(a) and Local Rule 72.1(A).

New Orleans, Louisiana, this 8th day of September, 2017.

_____
United States District Judge

---

[1] The Court notes that these motions are currently stayed. (*See* Rec. Doc. 23334).