UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO.2179 |
| "Deepwater Horizon" in the Gulf | |
| Of Mexico, on April 20, 2010 | SECTION J |
| Applies to: | JUDGE BARBIER |
| ALL CASES | MAGISTRATE JUDGE WILKINSON |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 15 2017
WILLIAM W. BLEVINS
CLERK

---

| | |
|---|---|
| The Power House Church of God Holy Ghost Power | PLAINTIFF |
| VERSUS    CIVIL ACTION NO. 2:16-cv-15253 | |
| IN RE: OIL SPILL BY THE OIL RIG | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| Of Mexico, on April 20, 2010 | MAGISTRATE JUDGE WILKINSON |

## Motion

### Motion Requesting Reconsideration of the compliance order. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rule (B)(5). Motion

COME NOW the Power House Church of God Holy Ghost Power/ Pastor Richard McBride In The Name of Jesus Christ Submitted it motion in good faith shown. Previously Claim No. 2:16-cv-15253 *v616*

*correct number 2-16-CV-04322 DB*
*JW*

I.

The Power House Church of Holy Ghost Power/ Pastor Richard McBride were part owner of The Queen Esther Commercial Fishing. I was a Deckhand, crewman, second captain; transport the boat from 6619 Gregory St. Long Beach MS to Fletchers Pascagoula Point.

TENDERED FOR FILING
AUG 1 5 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____



II.

The Power House Church of Holy Ghost Power/ Pastor Richard McBride are a Church Organization and adult citizen of Jackson County, Moss Point, Mississippi.

III.

The Queen Esther Commercial Fishing is a Mississippi Corporation that derives its income from the harvesting, catching, and sale of fish, shrimps, and crabs of natural source of seafood's and other seafood's in or near the Pascagoula River, The Point of Pascagoula, Cat Island, Round Island, Petit Bois Island, Horn Island, Ship Island, And The Gulf of Mexico Mississippi, Alabama, and Louisiana.

IV

As you may know, BP has agreed to enter into a $7.8 Billion dollar court- supervised settlement to compensate individuals, business and property owners who have incurred Financial Losses from the Oil Spill. The settlement will also cover those whose health was affected by the oil spill. Most importantly, we believe that this new system will result in faster and fairer payments for all those who were affected. If you filed with the GCCF and have not been paid, you will now have to file in Federal Court as the GCCF has been closed down. If you never filed before, filing now will provide you with an opportunity to get paid for your damages

V.

Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride opted out claimant ID. No. 100240510 and claimant no. 100014590 all Bp claims or withdraw it. April 2, 2016 and on or about May 2, 2016 filed a individual law in the United States District Court of Eastern District Court of Louisiana sue to the Deepwater Horizon claims center. Date April 2, 2016 opt out letter see notice of withdraw claim date of notice August 24, 2016 Deepwater horizon claims center.

VI.

The Compliance order date July 18, 2017 as to compliance with pretrial order No. 63 PTO 60 and 64 the court use. Case number is incorrectly identified as of 16-15258 Power House Church of God Holy Ghost Power. The Plaintiff is deemed non- complain when it should have be right civil action number 2-16-cv-322JBC. All the information provided in case Power House Church of God Holy Ghost Power 16-15258 is default insufficient evidence. For the non- complaint nevertheless out of an extreme abundance of caution. The notice provisions would all motion file in that case. Power House Church of God Holy Ghost Power 16-15258 would be in effective will be deemed non- compliance or dismissed deny the correct case number is 2-16-cv-04322CBJ. See page 5 of 6 filed 7-18-2017 exhibit 2 PTO 63. Plaintiff Power House Church of God Holy Ghost Power did voluntarily dismissed some of it claim. Did not settlement HESI/Transocean. Punitive damage claims. Plaintiff amended motion for leave to file the amended complaint the correct case number is 2-16-cv-04322-CBJ should be granted. For completeness and to avoid any doubt.



1. See, Zat's Restaurants Inc. (No. 13-1711) motion for relief from order regarding compliance with PTO 60 Rec. Doc. 21476.
2. See Shelli-J-Ladner (No. 16-3928) Motion for leave to file amended complaint Rec. Doc. 21670).

VII.

Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride were damaged by the Oil Spill April 20, 2010 due to the Oil Pollution Act of 1990 (OPA) 33 U.S.C. 2701 et seq., and/ or general maritime law, which has not been otherwise should not be dismissed in the interest of justice, that claim is not dismissed by this order and is subject to further proceedings of this court.

VIII

Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride did opted out of all BP claim or withdraw it April 2, 2016 May 2, 2016 filed an individual law sue in The United States District Court of Eastern District of Louisiana to the Deepwater Horizon. See claim center Date April 2, 2016 opted out see notice of withdrawn claim date August 24, 2016 from Deepwater Horizon Claims center. Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride opted out too all The McBride opted out. The Compliance order date July 18, 2017 as to compliance with pretrial order No. 63. Plaintiff Name Richard McBride Case No. 16-CV-06635 was by the court deemed complaint.

VX.

The Claimant Power house church of God Holy Ghost Power Ceo. Pastor Richard McBride did file B1 Pleading following PTO 60 and complaint individual a three page sworn statement regarding the status of his/her it claims PTO 60 Richard McBride ET. AL. did comply with PTO 60 on June 7, 2016 the court issued an order to show cause regarding compliance with PTO 60 ( Show cause order Rec. Doc. 18724) the show cause order identified Richard McBride. I believed made PTO 60 submissions that complied with the requirements of PTO 60 (Rec. Docs. 20992-1-20992-2) Good Faith. PTO 60 see Leoutha Batiste 16-4154 court document. Leoutha Batiste (No. 16-4154) (response to show cause order, Rec, Doc. 20768) Leoutha Batiste was listed on Exhibit 2 to the compliance order. (Rec. Doc. 20996). BP concedes that Leoutha Batiste should be added to the PTO 60 Compliant list. (BP OBJ. at 2, App. 2, Rec. Doc. 21131). In Light of this and after reviewing Batiste's filings, The Court deems Leoutha Batiste as Compliant with PTO 60. Leoutha Batiste will be added to the list of PTO 60 complaint Plaintiffs. Leoutha Batiste's Claims in No. 16-4154 are not dismissed. Leoutha Batiste was a crewman of The Queen Esther Commercial Fishing. Ceo Pastor Richard McBride, Power house church of God Holy Ghost Power, Blondine McBride, And Rico McBride was Part owner of The Queen Esther Commercial Fishing. Richard McBride should have complied with the order PTO 60 and PTO 64. BP and The Administration made a mistake in compliance of PTO 60 and PTO 64 and the United States District Court of Eastern District Louisiana made an error also that Richard McBride was F.R.C.P. Rule 60(b)(5) motion is determine whether this court may reopen it permitted. Final Judgment moves for relief from judgment under federal rule 60(B)(5) permitted relief from a judgment when the judgment has been satisfied released



or discharged it is based on an earlier judgment that has been reversed. Rather than the future shows-v-shoney Inc. 738 so. 2d 724, 729, LA app 1st Cir. 1999) Citation omitted.

Loss the Ability to invest a part is not money over compensated given the time value of money. That is it take into account that because of inflation and ability to invest the value of money obtained at a specific date is generally more valuable than that same nominal amount of money obtained at future date Altec Capital service LLC –V-weir bros-cv-3409-D-2013) at 4 tex March 8, 2013 (Citation Omitted) The Whole Purpose of discount a future award is allowing for the difference in value of money recede in the present. To establish injury in fact a plaintiff must show that he or she suffered an invasion of legally protected interest that is concrete and particularized and actual or imminent. Not conjectural or hypothetical 1548 quotation and citation omitted. Inflation cost cannot use money right award physical damages and restoration cost against BP under the Oil Pollution Act and general maritime law BP liability under these law.

1. Business Economics loss 70 percent complete with 94.301 of 134.527 claims.
2. Start-up-Business Economic loss a Separate category.
3. Failed business economic loss
4. Subsistence- Defined in the settlement catching of fish or wildlife for personal or family dietary economic, security, shelter, tool or clothing need. The subsistence claims are not part of the capped seafood claim program.

VXI.

Rule 60(B)(5) or vacated or applying it prospectively is no longer equitable the (use) of the disjunctive or rule 60(B)(5) makes it clear that each of the provision Three ground for relief is independently sufficient and therefore that relief may be warranted. Horne-v-Flores 557 U.S. 433(2009) primarily relevant here is the little used first clause of rule 60(B)(5) that clause allows of rule 60 reopening a judgment when the judgment has been satisfied released or discharged unsurprising then Rule 60(B)(5) motions can be used by a judgment debtor to relieve itself of an already final judgment that has been satisfied released or discharge see, Bryan-V-Eric Caty office of children and youth 752 F 3D. Interests of Justice warrant reopened the is case all applicable case law see owner officer compensation claimant then requested that this court exercise its discretion under the settlement to review their claimant the court deny those requests claim than claimant appealed to fifth circuit court of appeal which that this court abused it discretion when it denied the requested applies to No 12-970 order and reasons.

VXII.

As to requested for discretionary review by claimant Kevin S. Smith Solomon J. Fleischman and John C. Kelly on remand from the court of appeal. Case 2:10Md-02179-CJB filed 04/25/16 document No 16432 multidistrict litigation collectively claimant see in documents water horizon, 632 F appx199 (5th Cir. 2015) B.E.L. IEL framework. Section 6 of 6 of the settlement provide the court with discretion right to review any appeal determination settlement appeal coordinator.  The plaintiffs has been injured in it business and property through it lose revenue at an amount or be proceed at trial as a direct and



proximate result of the BP oil spill 4-20-2010 inability to collect the hundred thousand dollar. Donation and gift and seafood. The defendant made the above described representation either willfully with the intent to receive while knowing that said representation were false or made them recklessly. The defendants consciously or deliberately engaged in oppression fraud, wantonness or malice with regard to plaintiff and other member.

### Prayer for Relief

Wherefore Plaintiffs Pastor Richard McBride and Power house church of God Holy Ghost Power demands Judgment against the defendants, jointly and severally, as follows:

1. The court to Grant the Motion of reconsideration Motion Requesting Reconsideration of the compliance orders. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rules (B) (5). Motion.
2. The court should incorporate all these documents into plaintiffs' claims whatsoever.

*2-16-cv-04322(J)*

### Jury Demand

Respectfully Submitted

In The Name of Jesus Christ

Dated August 9, 2017

*Power House church of God.*
*Holy Ghost power / S Richard McBride*

Ceo. Richard McBride

4318 Donovan St.

Moss Point, MS 39563

1-228-623-7014



# Certificate of Service

I, Richard McBride and The Power House Church of God Holy Ghost Power hereby, certify that I have hand delivered or mailed a true and correct copy to the Defendant of Order **Motion Requesting Reconsideration of the compliance order. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rule (B)(5). Motion**

This the 8 Day of AUG, 2017.

*/s/ Richard McBride c/o Power House*

To The Defendants:

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| Of Mexico, on April 20, 2010 | MAGISTRATE JUDGE WILKINSON |

Applies To:

ALL CASES

| | |
|---|---|
| Counsel for BP Committee | MDL 2179 Plaintiff's Steering |
| Attn: J. Andrew Langan | Attn: Steve J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz&Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

**TENDERED FOR FILING**

AUG 1 5 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Hesi Transocean Punitive damage

Assigned Claim Settlement

C.O.Garden City Group, LLC

P.O.Box 10260

Dublin, Oh 43017

Pow House Church of God, Holy Ghost pow

Richard McBride c/o Richal McBul

8/8/2017

Date

228-623-7014

Power House Church of God
Holy Ghos pove
4318 Dobbin St
Moss point MS 39563

  

U.S. POSTAGE PAID
MOSS POINT, MS
39563
AUG 10, 17
AMOUNT
$2.66
R2305H129344-03

1000    70130

To. clerk
United state District Court
of Eastern Distro of Louisiana
500 poydrass, New Orleans
Louisiana 70130