UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Raoul A. Galan, Jr., et al   TENDERED FOR FILING    MDL No. 2179

vs.                          AUG 17 2017             Section "J"

BP et al                     U.S. DISTRICT COURT    JUDGE BARBIER
                             Eastern District of Louisiana
                             Deputy Clerk
This Document Relates To:                            MAG. JUDGE WILKINSON
Case No.17-06133, 17-06131, 17-06134 and 17-06135

*************************************************************************

### MOTION FOR LEAVE TO PROCEED IN UNITED STATES DOSTRICT COURT

**NOW INTO COURT COMES**, plaintiff, in proper person, representing his several corporate entities as 100% owner.

Plaintiff read instructions in several DWH Settlement Claims Booklets regarding mortorium claims issues. Four of plaintiff's claims were excluded.

2013, Plaintiff followed instructions from his Case Manager, John North, Deepwater Horizon Claims Center, jnorth@dhecc.com, (804) 482-1941, not to file any excluded claims regarding Mortoria with the United States District Court, but to file said claims with the United States Coast Guard.

July, 2017, Plaintiff received dismissal with prejudice on the above cases from the court per Exhibit B. After conversing with court staff, plaintiff was told he should have filed the claims with this Honorable Court.

After four years in limbo, plaintiff relied on his case manager above, to no avail. See Exhibit C. Plaintiff prays and respectfully request the honorable court to grant said motion to proceed in said court to protect his Connstitional Right to a trial in court to be judged on the merits of each case above.

Raoul A. Galan, Jr, pro se
P.O. Box 27, St. Rose, LA 70087
ragalan@gmail.com, 504-756-1674

Date: 08/17/17

## CERTIFICATE OF SERVICE

I certify mailing first class with United States Postal Service a copy of said pleading to counsel of defendant, Kirkland & Ellis, LLP, 300 North LaSalle St., Chicago, Illinois 60654 on this Day 18, August, 2017.

Raoul A. Galan, Jr

## SUPPORTING MEMORANDUM

Attached affidavit, Exhibit A, is self-explainatory regarding this issue.

Raoul A. Galan, Jr.

Hon. Carl J. Barbier
Judge, Section. "J"
United States District Court
600 Poydras Street
New Orleans, LA 70130

August 17, 2017

Dear Judge Barbier

**RE. Court-Supervised Settlement Program**

Case No.17-06133, 17-06131, 17-06134 and 17-06135

"Mr. Galan,

I'm writing in response to the voice mail message you left for Frank Sramek today regarding the MDL 2179 court order recently served on you. Kirkland & Ellis LLP is counsel for BP in those matters and mailed that order to you at the Court's direction per Section D.5 of that order.

In response to your questions, my understanding is that the court's determination that the entities for which you recently filed complaints did not validly opt claims out of moratoria hold in accordance with the Court's March 2017 moratoria hold order was based upon information reported to the Court by the Court-Supervised Settlement Program. That was not a determination made by BP or Kirkland & Ellis.

Best,
Kris"

Claimant/Plantiff was giving instructions by, Case Manager John North, Deepwater Horizon Claims Center, jnorth@dhecc.com, (804) 482-1941, not to file any excluded claims regarding Mortoria with the USDC, but to file with the USCG. Plaintiff followed instructions with a third party witness in this matter. Now the court dismissed all four cases with prejudice as plaintiff was ready to amend its initial petition. See Exhibit "B".

Plaintiff is requesting Leave to move the court for further preceeding in this matter.

Respectively submitted,

Raoul A. Galan, Jr, pro se
P.O. Box 27, St. Rose, LA 70087
ragalan@gmail.com, 504-756-1674

*EXHIBIT A*

## AFFIDAVIT

**BEFORE ME**, the undersigned notary public, personally came and appeared

**George Scariano,** affiant

who, after being duly sworn, did depose and say that during the Summer and Fall of calendar year 2013 affiant, in assisting Mr. Raoul A. Galan, Jr. and other claimants which shared a business relationship with Mr. Galan, the said affiant did communicate with one John North, a claims representative of Deepwater Horizon Claims Center (DHCC), regarding the filing of certain Moratoria claims on behalf of the said Galan, *et al.*

That the said John North, in his official capacity as a representative of DHCC, did advise affiant that the so-called "Moratoria" claims must be filed with the United States Coast Guard due to the fact that they were considered "excluded claims" and should not be filed with the United States District Court having jurisdiction over the matter(s).

Affiant does hereby state that the above and foregoing information is true and correct to the best of his information, knowledge and belief.

George Scariano

Sworn to and subscribed before me
on this the 17th day of August, 2017.

Lisa Orlando
Notary Public

Printed name of notary: LISA ORLANDO

Notary or bar Number: 146644

OFFICIAL SEAL
LISA ORLANDO
NOTARY PUBLIC
ORLEANS PARISH NOTARY NO. 146644
COMMISSION ISSUED FOR LIFE

EXHIBIT B

EXHIBIT 4

| | 17 INDIVIDUALS AND ENTITIES THAT ATTEMPTED, BUT FAILED, TO COMPLY WITH MORATORIA HOLD OPT-OUT ORDER (Cases listed here are dismissed with prejudice) | | | |
|---|---|---|---|---|
| | Name | PTO 60 Case No. | Valid Moratoria Hold Opt-Out? | Compliant with PTO 60? |
| 1. | Berel, Romy F., III | 17-05490 | No (No claim filed with Economic Settlement) | No (untimely because not a valid moratoria hold opt out) |
| 2. | C&C Marine, LLC | 17-05827 | No (No claim with Economic Settlement that was on moratoria hold at time of opt-out request)[1] | No (untimely because not a valid moratoria hold opt out) |
| 3. | Continental Alloys & Services (Delaware) Inc. | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 4. | Deepwater Construction, Inc. | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 5. | Force Industries, LLC | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 6. | Galan, Raoul (Cypress Lake No. 1, LLC and Galan Real Estate Company) | 17-06133 | No (did not submit an opt-out request to Settlement Program per Moratorium Hold Opt-Out Order; also, complaint and attachments indicate this claim was not filed with Economic Settlement; to the extent this claim was filed with the Economic Settlement, it was not on moratoria hold at time of Moratorium Hold Opt-Out Order) | No (no record of any sworn written statement; untimely because not a valid moratoria hold opt out) |
| 7. | Galan, Raoul (Cypress Lake No. 1, LLC) | 17-06131 | No (See above, no. 6) | No (no record of any sworn written statement; untimely because not a valid moratoria hold opt |

---

[1] C&C Marine, LLC's claim shall continue to be processed in the Economic Settlement.

EXHIBIT 4

|  |  |  |  | out) |
|---|---|---|---|---|
| 8. | Galan, Raoul (Cypress Lake No. 1, LLC) | 17-06134 | No (See above, no. 6) | No (no record of any sworn written statement; untimely because not a valid moratoria hold opt out) |
| 9. | Galan, Raoul (Galan Real Estate Company) | 17-06135 | No (See above, no. 6) | No (no record of any sworn written statement; untimely because not a valid moratoria hold opt out) |
| 10. | Jennifer Ivy | 17-06362 | No (no claim with Economic Settlement that was on moratoria hold at time of opt out request)[2] | No (untimely because not a valid moratoria hold opt out) |
| 11. | Kern Martin Services, Inc. | 17-05364 | Yes | No (no record of any sworn written statement) |
| 12. | Little, LeBarron | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 13. | Martinez, Pedro | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 14. | Nemjo, Joseph | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 15. | Rodgers, Mark R. | 17-05491 | No (no claim filed with Economic Settlement) | No (untimely because not a valid moratoria hold opt out) |
| 16. | Tommy Tran | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 17. | Ultra Wireline Services, LLC | 17-05493 | No (no claim filed with Economic Settlement) | No (untimely because not a valid moratoria hold opt out) |

---

[2] The Court understands that Jennifer Ivy's claim in the Economic Settlement was fully resolved by the time she attempted to file an opt-out. Thus, and in contrast to C&C Marine, Inc.'s claim, there is nothing for the Settlement Program to process relative to Jennifer Ivy.

2

EXHIBIT C
DWH

to North

Your most resent answer to our question is UNACCEPTABLE. The reason for your exsistence is to provide answers to claimants questions. Simple, to ~~direct one~~ provide direction to this MAZE of twistes & turns of ~~questions on~~ ~~these~~ forms. Your directions provide questions to our questions rather than answers. Thus, you have provided DEAD-ENDS to our most recent questions that are UNACCEPTABLE.

claimant for ~~XXX~~ different entities

Paul A. Galed Jr.