UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO NO. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

The presiding district judge has referred to me, Record Doc. No. 23369, (1) Plaquemines Parish Special Counsel's Motion for Fees and Costs Pursuant to Contingency Fee Agreement, Record Doc. No. 23266, and (2) Plaquemines Parish Government's Motion for Dismissal of Motion for Fees and Costs or in the Alternative, Removal to Forum Conventionally Agreed to by the Parties and for Stay on Hearing of Motion for Fees and Costs Pursuant to Contingency Fee Agreement, Record Doc. No. 23280.  Accordingly, IT IS ORDERED that a telephone status conference will be held on September 26, 2017, at 10:30 a.m. to determine how and when further proceedings will occur.  Counsel for the parties must participate by calling the undersigned magistrate judge's chambers at 504-589-7630 at that time.

New Orleans, Louisiana, this ___8th___ day of September, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**