UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO NO. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## **ORDER**

IT IS ORDERED that the Motion for Leave to Intervene filed by Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, P.L.L.C., Record Doc. No. 23344, is hereby set for submission on my October 11, 2017, motions docket. Memoranda in opposition, if any, must be filed no later than October 3, 2017. Thereafter, the motion will be decided on the briefs without oral argument.

New Orleans, Louisiana, this __8th__ day of September, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**