IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| | * | |
| This document relates to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | *<br>*<br>*<br>*<br>*<br>* | Honorable CARL J. BARBIER<br><br>Magistrate Judge WILKINSON |

## NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP"), Defendants/Objecting Parties, appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's August 10, 2017 Order (Rec. Doc. 23252), together with all rulings, findings, and determinations embodied therein, which denied, *inter alia*, BP's *Motion to Clarify or, In the Alternative, Reconsider the Court's Orders Implementing the Fifth Circuit's Decision Reviewing Policy 495*.  BP's motion related to this Court's Order of July 5, 2017 (Rec. Doc. 23003), which in turn adopted as final the Interim Orders of May 25, 2017 and June 13, 2017 (Rec. Docs. 22872 and 22935).  All of these orders were issued in reaction to a recent decision of the U.S. Court of Appeals for the Fifth Circuit: *In re Deepwater Horizon*, 858 F.3d 298 (5th Cir. 2017), which reviewed Policy 495.

Appended hereto are the following exhibits: (1) Exhibit 1 (August 10, 2017 Order); (2) Exhibit 2 (July 5, 2017 Order); (3) Exhibit 3 (June 13, 2017 Interim Order); and (4) Exhibit 4 (May 25, 2017 Interim Order).

1

| | |
|---|---|
| September 8, 2017 | Respectfully submitted, |
| | /s/ *Don K. Haycraft* |
| J. Andrew Langan, P.C. | Don K. Haycraft |
| Martin R. Martos, II | Devin C. Reid |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS LLP |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone:  (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile:  (312) 862-2200 | Facsimile: (504) 556-4108 |
| jlangan@kirkland.com | dkhaycraft@liskow.com |
| martin.martos@kirkland.com | dcreid@liskow.com |

Jeffrey Bossert Clark
Aaron L. Nielson
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
aaron.nielson@kirkland.com

*Attorneys for BP Exploration & Production Incorporated,*
*BP America Production Company, and BP plc*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 8, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants

                                                           /s/ *Don K. Haycraft*