## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This Document Relates to: 13-456 | * * * | JUDGE Barbier MAGISTRATE Joseph C. Wilkinson, Jr. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF, MICHAEL VICKERS', MEMORANDUM IN OPPOSITION TO KNIGHT'S MARINE & INDUSTRIAL SERVICE, INC.'S MOTION TO ALTER OR <u>AMEND ORDER AS TO COMPLIANCE WITH PRETRIAL ORDER NO. 63</u>

Plaintiff, Michael Vickers, opposes Defendant Knight's Marine & Industrial Service, Inc.'s Motion to Alter or Amend Order as to Compliance with Pretrial Order No. 63. Knight's Marine's motion seeks dismissal of Vickers' claims against it with prejudice for a failure to comply with Pretrial Order No. 63. Plaintiff's failure to comply completely with Pretrial Order No. 63 ("PTO 63") was the error of undersigned counsel, as explained below. For these reasons, Vickers prays that the Court deny Knight's Marine's motion to dismiss claims against it for failure to comply with PTO 63.

Vickers has filed two individual lawsuits, one against his Jones Act employer, Knights Marine and another against the BP entities.[1] In compliance with PTO 63, Vickers timely filed a Filing of Sworn Statement for Disclosure of B3 Claims (Rec. Doc. 7) in his case against the

---

[1] *Michael Brandon Vickers v. Knight's Marine & Industrial Services, Inc.*, Civil Action No.: 13-456"J""I" and *Michael Brandon Vickers v. BP Exploration & Production, Inc., et al*, Civil Action No.: 13-304"J""I".

BP Entities, 13-cv-304. There is no dispute that Vickers is in compliance as to his B3 claims against BP per the Court's order of July 18, 2017, Rec. Doc. 23047.[2]

As to Vickers' PTO 63 compliance regarding Knight's Marine it is clear that undersigned counsel should have also filed a Sworn Statement for Disclosure of B3 Claims as to Knights Marine in the Knight's Marine case, 13-cv-456. Undersigned counsel mistakenly took the question in the disclosure form, Rec. Doc 22295-1 at p. 3, about pursuing a claim against a "B3 Defendant" to mean the defendants named in the First Amended Master Complaint in Accordance with PTO No. 11 relating to B3 Bundle cases (Rec. Doc. 1805-1) which did not include Knight's Marine.  Undersigned counsel respectfully request that their client not be prejudiced by their mistake in misunderstanding the Court's directive in PTO 63.

Plaintiff, Michael Vickers, prays that the Court deny Knight's Marine's motion seeking dismissal of his claims against Knight's Marine. If the Court is inclined to deny Knight's Marine's motion, Vickers will then seek leave to supplement and amend his Sworn Statement for Disclosure of B3 Claims to also identify Knight's Marine related claims.

---

[2] Although, as Knight's Marine points out in its memorandum (Rec. Doc 23267-1, p. 5, *n.* 4), the Court's PTO 63 compliance order (Rec. Doc 23047-1, p. 20) identifies Vickers' Knight's Marine case number, 13-cv-456.

Respectfully submitted,

 /s/ Timothy J. Falcon
TIMOTHY J. FALCON LA Bar No. 16909
Email: tim@falconlaw.com
JEREMIAH A. SPRAGUE LA Bar No. 24885
Email: jerry@falconlaw.com
JARRETT S. FALCON LA Bar No. 34539
Email: jarrett@falconlaw.com
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 341-8115

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

 /s/ Timothy J. Falcon