# Exhibit 2

**Exhibit 2**

**65 Buzbee Claimants' General Maritime Law Claims Were Properly Dismissed for Failure to Timely Submit PTO 64 Sworn Statements**

| Claimant | Case No. | July 19 Order (Rec. Doc. 23051) - Exh. No. | Buzbee Motion - Exh. No |
|---|---|---|---|
| Ahumada, Everardo | 2:16-cv-04906 | 2B | A, D |
| Balderas, Leonel | 2:16-cv-04742 | 2B | A, D |
| S.C.P.P. La Victoria del Pescador, S.C. de R.L. de C.V | 2:16-cv-05333 | 2B | A, D |
| S.C.P.P. La Tabasquenita, S.C. de R.L. | 2:16-cv-04370 | 2B | A, D |
| S.C.P.P. El Emporio de Santana, S.C. de R.L. | 2:16-cv-04360 | 2B | A, D |
| Camara, Heberto | 2:16-cv-04635 | 2B | A, D |
| Cancino Diaz, Juan | 2:16-cv-05020 | 2B | A, D |
| Cancino Hernandez, Cesar | 2:16-cv-04956 | 2B | A, D |
| Cano, Jose | 2:16-cv-04622 | 2B | A |
| S.C.P.P. Costeros del Puerto de Magallanes S.C. de R.L. | 2:16-cv-04395 | 2B | A, D |
| S.C.P.P. Pescaderia Rosita, S.C.L. de C.V. | 2:16-cv-04361 | 2B | A, D |
| S.C.P.P. y Acuicola La Mojarrita de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04396 | 2B | A, D |
| Cordova, Mabial | 2:16-cv-04626 | 2B | A, D |
| S.C. El Coral de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04365 | 2B | A, D |
| Cosmopulos Lopez, Luis | 2:16-cv-04950 | 2B | A, D |
| S.C.P.P. Los Navegantes de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04402 | 2B | A, D |
| S.C.P. Escameros de Sanchez Magallanes | 2:16-cv-04398 | 2B | A, D |
| 16 de Septiembre, S.C. de R.L. de C.V. 2 | 2:16-cv-04351 | 2B | A, D |
| S.C. Pescadores El Nuevo Milenio | 2:16-cv-04399 | 2B | A, D |
| De La Cruz, Agustin | 2:16-cv-04636 | 2B | A, D |
| De la Cruz Ventura, Jorge | 2:16-cv-04946 | 2B | A, D |
| De Los Santos, Ortencia | 2:16-cv-04628 | 2B | A, D |
| Delgado, Rosa | 2:16-cv-04718 | 2B | A, D |
| Dimas, Pablo | 2:16-cv-04888 | 2B | A, D |
| S.C.P.P. Pescadores de Tampalache, S.C. de R.L. | 2:16-cv-04384 | 2B | A, D |
| Estate of Julio Barahona | 2:16-cv-04711 | 2B | A, D |
| S.C.P.P. Ciudad y Puerto de Alvarado, S.C. de R.L. | 2:16-cv-05371 | 2B | A, D |
| S.C.P.P. Pescadores de Reventadero, S.C. de R.L. | 2:16-cv-04380 | 2B | A, C4, D |
| S.C.P.P. El Jurel, S.C. de R.L. | 2:16-cv-05227 | 2B | A, D |
| Genesta rodriguez, Miguel | 2:16-cv-04944 | 2B | A, D |
| Gomez, Ringo | 2:16-cv-04623 | 2B | A, D |
| S.C.P.P. Pescadores de Tampacas, S.C. de R.L. | 2:16-cv-04381 | 2B | A, D |
| S.C.P.P. Playa Salinas, S.C. de R.L. | 2:16-cv-05463 | 2B | A, D |
| S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L. | 2:16-cv-04387 | 2B | A, D |
| Gonzalez Dominguez, Carmen | 2:16-cv-04942 | 2B | A, D |
| Gonzalez Juarez, Edilia | 2:16-cv-04938 | 2B | A, D |
| Gonzalez Zamudio, Silvia | 2:16-cv-04732 | 2B | A, D |

| Claimant | Case No. | July 19 Order (Rec. Doc. 23051) - Exh. No. | Buzbee Motion - Exh. No |
|---|---|---|---|
| S.C. Vanesita Marinera, S.C. de R.L. de C.V. | 2:16-cv-04363 | 2B | A, D |
| Gutierrez, Noe | 2:16-cv-04629 | 2B | A, D |
| Hernandez, Juan Luis | 2:16-cv-04624 | 2B | A, D |
| Hernandez, Maribel | 2:16-cv-05013 | 2B | A, D |
| Hernandez Madrigal, Waldo | 2:16-cv-04934 | 2B | A, D |
| Ipina, Alejandro | 2:16-cv-04890 | 2B | A, D |
| S.C.P.P. Pescadores Unidos de Panuco, S.C.L | 2:16-cv-04386 | 2B | A, C5, D |
| Pescadores de Gonzales Ortega, S.C. de R.L. | 2:16-cv-04383 | 2B | A, D |
| S.C.P.P. Los Rayados de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04368 | 2B | A, D |
| Ortiz Dominguez, Josefa | 2:16-cv-04929 | 2B | A |
| Pena Crisanto, Maria de la Luz | 2:16-cv-04928 | 2B | A |
| Perez, Victor Javier | 2:16-cv-04925 | 2B | A, D |
| S.C.P.P. Puerto de Sanchez Magallanes S.C.L | 2:16-cv-04407 | 2B | A, D |
| S.C.P. Ejido Reventadero, S.C. de R.L. | 2:16-cv-04377 | 2B | A, D |
| S.C.P.P. Huachinangueros de Magallanes S.C. de R.L. de C.V. | 2:16-cv-04409 | 2B | A, D |
| Sanchez, Joel | 2:16-cv-04729 | 2B | A, D |
| S.C.P.P. La Serena del Golfo S.C. de R.L. de C.V. | 2:16-cv-04410 | 2B | A, D |
| Sanchez Ulin, Adelita | 2:16-cv-04707 | 2B | A, D |
| Sequera, Valentin | 2:16-cv-04750 | 2B | A, D |
| Torres Gomez, Concepcion | 2:16-cv-04913 | 2B | A, D |
| Torrez, Alicia | 2:16-cv-04632 | 2B | A, D |
| Ulloa Garcia, Carmen | 2:16-cv-04910 | 2B | A, D |
| S.C. La Pitaya de Sinaloa S.C. de R.L. de C.V | 2:16-cv-04412 | 2B | A, D |
| S.C.P.P. Atlizintla, S.C. de R.L. | 2:16-cv-05173 | 2B | A, D |
| Ventura, Asuncion | 2:16-cv-04633 | 2B | A, D |
| Zopot, Eugenio | 2:16-cv-05017 | 2B | A, D |
| Zuniga, Angel | 2:16-cv-04735 | 2B | A, D |
| S.C.P.P. Mayarazago Alto, S.C. de R.L. | 2:16-cv-04389 | 2B | A, C6, D |