# Exhibit 3

**Exhibit 3**

**173 Buzbee Claimants' General Maritime Law Claims Were Properly Dismissed for Failure to Submit PTO 64 Sworn Statements**

| Claimant | Case No. | July 19 Order (Rec. Doc. 23051) - Exh. No. | Buzbee Motion - Exh. No |
|---|---|---|---|
| Catana, Jose | 2:16-cv-05166 | 2A | A |
| Cepeda Rodriguez, Juan | 2:16-cv-04517 | 2A | A |
| S.C.P.P. Punto San Julian S.C. de R.L. | 2:16-cv-05826 | 2A | A |
| S.C.P.P. Acuicola La Palma Real, S.C. de R.L. | 2:16-cv-05195 | 2A | A |
| S.C.P.P. Pescadores Artesanos S.C. de R.L. | 2:16-cv-05479 | 2A | A |
| Produccion Pesquera Acuicola y Turistica y Bienes y Servicios La Pesca Milagrosa S.C. de R.L. de C.V. | 2:16-cv-05484 | 2A | A |
| Romeo Candelera Colorado | 2:16-cv-05186 | 2A | A |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Vista Alegre S.C. de R.L. | 2:16-cv-05489 | 2A | A |
| Coperativa de Produccion de Bienes y Servicios Tritones del Golfo S.C. de R.L. de C.V. | 2:16-cv-05499 | 2A | A |
| Carillo Lopez, Jesus | 2:16-cv-04952 | 2A | A |
| Carillo Lopez, Fernando | 2:16-cv-04955 | 2A | A |
| Carrillo, Eduardo | 2:16-cv-04539 | 2A | A |
| Casados, David | 2:16-cv-04637 | 2A | A |
| S.C.P.P. Nueva Creacion de Bienes y Servicios R.L. de C.V. | 2:16-cv-05518 | 2A | A |
| S.C.P.P. Acuicola y Pesquera La Campanita, S.C. de R.L. | 2:16-cv-05176 | 2A | A |
| S.C.P.P. Bella Palizada, S.C. de R.L. | 2:16-cv-05219 | 2A | A |
| S.C.P.P. Grupo Pesquero de Salinas, S.C. de R.L. | 2:16-cv-05178 | 2A | A |
| S.C. P.P. La Mujer Costena, S.C. de R.L. | 2:16-cv-05220 | 2A | A |
| S.C.P.P. Laguna de Tacosta, S.C. de R.L. | 2:16-cv-05222 | 2A | A |
| S.C.P.P. Los Cavesos del Bajio, S.C. de R.L. | 2:16-cv-05199 | 2A | A |
| S.C.P.P. Aculteca, S.C.L | 2:16-cv-05223 | 2A | A |
| S.C.P.P. El Boqueron de Sabancuy S.C. de R.L. | 2:16-cv-05532 | 2A | A |
| S.C.P.R. La Marina, S.C. de R.L. | 2:16-cv-04430 | 2A | A |
| Criollo, Alberto | 2:16-cv-04544 | 2A | A |
| Cruz, Andres | 2:16-cv-06330; 13-02791 | 2A | A |
| Cruz, Lucio | 2:16-cv-05158 | 2A | A |
| Pescadores del Puente, S.C. de R.L. de C.V. | 2:16-cv-05182 | 2A | A |
| S.C.P.P. Boca del Estero, S.C. de R.L. | 2:16-cv-05224 | 2A | A |
| S.C.P.P. Libres de las Escolleras, S.C. de R.L. | 2:16-cv-05455 | 2A | A |
| S.C. Produccion de Bienes y Servicios Puerto de Abrigo S.C. de R.L. | 2:16-cv-05545 | 2A | A |
| De Dios, Elias | 2:16-cv-04627 | 2A | A |
| De La Cruz, Candelario | 2:16-cv-04753 | 2A | A |
| Tecomate S.C. de R.L. | 2:16-cv-05216 | 2A | A |
| De La Cruz Morales, George | 2:16-cv-04947 | 2A | A |

| Claimant | Case No. | July 19 Order (Rec. Doc. 23051) - Exh. No. | Buzbee Motion - Exh. No |
|---|---|---|---|
| S.C.P.P. Penjamo R.L. de C.V | 2:16-cv-04403 | 2A | A |
| Decuir, Alfredo | 2:16-cv-04755 | 2A | A |
| Laguna Y Puerto de Alvarado, S.C. de R.L. | 2:16-cv-05233 | 2A | A |
| S.C.P.P. Rey Jasur S.C. de R.L. | 2:16-cv-05400 | 2A | A |
| Jose Agusto Diaz Gonzalez | 2:16-cv-05209 | 2A | A |
| S. La Flota, S.C. de R.L. | 2:16-cv-05369 | 2A | A |
| S.C.P.P. Pescadores del Tamcci, S.C. de R.L. | 2:16-cv-04378 | 2A | A |
| S.C.P.P Laguna de Chila, S.C de R.L | 2:16-cv-05815 | 2A | A |
| Laguna de Morelas, S.C. de R.L. | 2:16-cv-04404 | 2A | A |
| Fidalgo, Juan Carlos | 2:16-cv-04558 | 2A | A |
| Club Playero, S.C. de R.L. | 2:16-cv-05202 | 2A | A |
| S.C.P.P. Laguna Cuchupeta S.C. de R.L. de C.V. | 2:16-cv-04405 | 2A | A |
| S.C.P.P. Cangrejeros del Manglar, S.C. de R.L. | 2:16-cv-05360 | 2A | A |
| S.C.P.P. Barra de Chiltepec, S.C.L. de C.V. | 2:16-cv-04367 | 2A | A |
| S.C.P.P. Las Aneas, S.C.L. | 2:16-cv-05347 | 2A | A |
| S.C.P.P Punta del Toro, S.C. de R. L. | 2:16-cv-04358 | 2A | A |
| Garcia Segura, Alexis | 2:16-cv-04945 | 2A | A |
| Gomez, Dionicio | 2:16-cv-04619 | 2A | A |
| Gomez, Jose | 2:16-cv-04620; 13-01082 | 2A | A |
| S.C.P.P. Isla del Chayote del Playon de Sanchez Magallanes, S.C. de R.L. de C.V. | 2:16-cv-04353 | 2A | A |
| S.C.P.P. Pescadores Unidos del Cascajal S.R.L de C.V. | 2:16-cv-04406 | 2A | A |
| S.C.P.P. Pescadores de Tampico, S.C. de R.L. De C.V. | 2:16-cv-04420 | 2A | A |
| Gonzalez, Lazaro | 2:16-cv-06330; 16-07522 | 2A | A |
| Gonzalez, Jose | 2:16-cv-06295 | 2A | A |
| Gonzalez Hermida, Ricardo Luis | 2:16-cv-04941; 16-04942 | 2A | A |
| S.P. Espuma Blanca, S.C. de R.L. | 2:16-cv-04397 | 2A | A |
| Guzman, Lilia | 2:16-cv-05154 | 2A | A |
| SCPB Y S, Riberenos de La Manigua 2 | 2:16-cv-05363 | 2A | A |
| S.C.P. P. La Gaviota de Frontera, S.C. de R.L. | 2:16-cv-04372 | 2A | A |
| S.C. Barra de Corazones, S.C. de R.L. | 2:16-cv-04371 | 2A | A |
| Hernandez, Roman | 2:16-cv-04725 | 2A | A |
| Hernandez, Edith | 2:16-cv-04631 | 2A | A |
| Hernandez, Alejandro | 2:16-cv-04758; 13-01082 | 2A | A |
| S.C.P.P. Riberena Malecon de la Puntilla, S.C. de R.L. | 2:16-cv-05218 | 2A | A |
| S.C.P.P. Punta de Diamante, S.C.L. | 2:16-cv-05228 | 2A | A |
| Hernandez Hernandea, Maria del Carmen | 2:16-cv-04935 | 2A | A |
| Herrera, Maria | 2:16-cv-05175 | 2A | A |
| S.C.P.P. La Nueva Fe, S.C. de. R.L. | 2:16-cv-05373 | 2A | A |

| Claimant | Case No. | July 19 Order (Rec. Doc. 23051) - Exh. No. | Buzbee Motion - Exh. No |
|---|---|---|---|
| S.C.P.P. Acuicola y Bienes y Servicios La Atlantida S.C.L | 2:16-cv-05372 | 2A | A |
| Herrera Novelo, Miguel Angel | 2:16-cv-06319 | 2A | A |
| S.C.P.P. Tatanan, S.C. de R.L. de C.V. | 2:16-cv-05205 | 2A | A |
| S.C.P.P Pescadores de Potrero Mota de Chavez, S.C. de R.L. | 2:16-cv-04425 | 2A | A |
| Islas, Silvia d/b/a Restaurante Bar la Cabanita | 2:16-cv-06296 | 2A | A |
| Islas, Sara | 2:16-cv-05146 | 2A | A |
| S.C. P.P. Islas del Paquillo, S.C. de R.L. de C.V. | 2:16-cv-04355 | 2A | A |
| Jaime, Julianna | 2:16-cv-05180 | 2A | A |
| Jimenez Perez, Elias | 2:16-cv-04932 | 2A | A |
| S.C.P.P. El Obispo, S.C. de R.L. | 2:16-cv-05467 | 2A | A |
| S.C. P.P. Cocal Dorado, S.C. de R.L. | 2:16-cv-05210 | 2A | A |
| S.C.P.P. El Deslave, C.L. de C.V. | 2:16-cv-04374 | 2A | A |
| Lopez, Jose | 2:16-cv-04602 | 2A | A |
| S.C.P.P. Las Mujeres del Marisco, S.C. de R.L. | 2:16-cv-05164 | 2A | A |
| Nayeli Rosita Lopez Diaz | 2:16-cv-05274 | 2A | A |
| Lorenzo, Antioco | 2:16-cv-04553 | 2A | A |
| Jesus Loyda Balcazas | 2:16-cv-05279 | 2A | A |
| S.C.P.P. Villa del Mar, S.C. de R.L. | 2:16-cv-05385 | 2A | A |
| Magana, Maria | 2:16-cv-04899 | 2A | A |
| S.C.P.P. 20 de Noviembre S.C de R.L. | 2:16-cv-05573 | 2A | A |
| Mujeres del Cabezo de la Palangana, S.C. de R.L. | 2:16-cv-05231 | 2A | A |
| Las Ampolas, S.C.L. | 2:16-cv-05388 | 2A | A |
| Grupo Medpa, S.C. de R.L. de M.I. | 2:16-cv-04482 | 2A | A |
| Mendez, Eber | 2:16-cv-04748 | 2A | A |
| Mendoza, Juan | 2:16-cv-04746 | 2A | A |
| Mendoza Vargas, Carlos Mario | 2:16-cv-06330; 2:16-cv-4931 | 2A | A |
| Meza, Aracely | 2:16-cv-04618 | 2A | A |
| S.C.P.P. Campesino del Mar S.C. de R.L. | 2:16-cv-05468 | 2A | A |
| S.C.P.P 21 de Marzo, S.C. de R.L. | 2:16-cv-06318 | 2A | A |
| S.C.P.P. Colonia Moreno, S.C. de R.L. | 2:16-cv-04426 | 2A | A |
| Morales, Ysidro | 2:16-cv-04886 | 2A | A |
| Morgado, Alicia | 2:16-cv-04908 | 2A | A |
| S.C.R.P. de San Fernando, S.C. de R.L. | 2:16-cv-04421 | 2A | A |
| S.S.S., Ribera Alto Del Tigre | 2:16-cv-04428 | 2A | A |
| Olan, Genofanes | 2:16-cv-04893 | 2A | A |
| S.C.P.P. La Virgen, S.C. de R.L. | 2:16-cv-05405 | 2A | A |
| Origuela, Maria | 2:16-cv-04721 | 2A | A |
| Nueva Esperanza de Rodriguez, S.C. de R.S. | 2:16-cv-05170 | 2A | A |
| Mujeres Esperimentando, S.C. de R.L. | 2:16-cv-05374 | 2A | A |
| Parra, Irbin | 2:16-cv-04896 | 2A | A |
| Pescadores Autenticos de Las Chacas y Rivera, S.C. de R.L. | 2:16-cv-04419 | 2A | A |
| Paso Nacional, S.C. de R.L. | 2:16-cv-05459 | 2A | A |

| Claimant | Case No. | July 19 Order (Rec. Doc. 23051) - Exh. No. | Buzbee Motion - Exh. No |
|---|---|---|---|
| Perez, Carmen | 2:16-cv-04625 | 2A | A |
| Perez Flores, Leobardo | 2:16-cv-04922 | 2A | A |
| Jose del Carmen Perez Gomez | 2:16-cv-05284 | 2A | A |
| Perez Madrigal, Doris | 2:16-cv-04921 | 2A | A |
| S.C.P.P. Las Palmas de Sanchez Magallanes S.C. de R.L. de C.V. | 2:16-cv-06330 | 2A | A |
| S.C.P.P Liberacion 2003 S.C. de R.L. de C.V, | 2:16-cv-04417 | 2A | A |
| Rogelio Prieto Mora | 2:16-cv-04897 | 2A | A |
| Puch, Santiago | 2:16-cv-05160 | 2A | A |
| S.C.P.P. El Chejere S.C. de R.L. | 2:16-cv-04416 | 2A | A |
| Quiroga, Luis d/b/a La Palma Restaurant | 2:16-cv-06301 | 2A | A |
| S.C.P.P. Pescadores De Aquiles Serdan, S.C.L. de C.V. | 2:16-cv-04356 | 2A | A |
| S.C.P.P. La Bellota, S.C. de R.L. de C.V. | 2:16-cv-04357 | 2A | A |
| Ramirez, Francisco | 2:16-cv-04715 | 2A | A |
| S.C.P.P. Almejeros de Alvarado, S.C. de R.L. | 2:16-cv-05357 | 2A | A |
| Stheicy, S.C. de R.L. | 2:16-cv-05399 | 2A | A |
| Leopoldo Rejon Diaz | 2:16-cv-05370 | 2A | A |
| Reyes, Carlos | 2:16-cv-05004 | 2A | A |
| S.C.P.P Voluntad y Trabajo, S.C. de R.L. | 2:16-cv-04422 | 2A | A |
| Rocha, Jose | 2:16-cv-04727 | 2A | A |
| S.C.P.P.R. Encenada de Alvarado, S.C. de R.L. | 2:16-cv-05392 | 2A | A |
| S.C.P. Riberena de Bienes y Servicios Rio Caribe S.C. de R.L. de C.V. | 2:16-cv-05364 | 2A | A |
| S. La Jaivita, S.C. de R.L. | 2:16-cv-05447 | 2A | A |
| S.C. P.P. Acuicola Turistica y Forestal y Ganadera La Esperanza S.C. de R.L. de C.V. | 2:16-cv-05188 | 2A | A |
| S.C.P.P. Canal de la Puntilla, S.C. de R.L. | 2:16-cv-05212 | 2A | A |
| Sanchez Torres, Jose | 2:16-cv-05007 | 2A | A |
| S.C.P.P. El Botadero Del Ejido Sinaloa, S.C. de R.L. de C.V. | 2:16-cv-04369 | 2A | A |
| Santiago, Leoncio | 2:16-cv-04616 | 2A | A |
| S.C.P.P. Laguna de Popuyeca | 2:16-cv-05382 | 2A | A |
| Segura, Romula | 2:16-cv-04919 | 2A | A |
| Segura Segura, Exequiel | 2:16-cv-04916 | 2A | A |
| S.C.P.P. La Petrita S.C. de R.L. | 2:16-cv-05340 | 2A | A |
| Equipos Marinos de Frontera, S.C.L. | 2:16-cv-04375 | 2A | A |
| Torruco, Lorente | 2:16-cv-04621 | 2A | A |
| S.P.P.P. Acuicola Arroyo Grande S.C. de R.L. de C.V. | 2:16-cv-05237 | 2A | A |
| Uscanga, Santiago | 2:16-cv-05015 | 2A | A |
| S.C.P.P. La Picuda, S.C. de R.L. | 2:16-cv-05366 | 2A | A |
| Laguna de Pinolapa, S.C. de R.L. | 2:16-cv-05342 | 2A | A |
| Maria Hatowecto, S.C. de R.L. | 2:16-cv-04423 | 2A | A |
| Vallejo, Jose | 2:16-cv-04703 | 2A | A |
| La Virtud de Pescar S.C. de R.L. de C.V. | 2:16-cv-05192 | 2A | A |

| Claimant | Case No. | July 19 Order (Rec. Doc. 23051) - Exh. No. | Buzbee Motion - Exh. No |
|---|---|---|---|
| Ventura Jimenez, Luciano | 2:16-cv-04907 | 2A | A |
| Vicente, George | 2:16-cv-04911 | 2A | A |
| Vicente, Damaso | 2:16-cv-04634 | 2A | A |
| Vicente Olan, Nelson | 2:16-cv-04904 | 2A | A |
| Vicente Wilson, Alejandro | 2:16-cv-04901 | 2A | A |
| S.C.P.P. Unica Regional de Pescadores De Villa Cuauhtemoc, S.C. de R.L. | 2:16-cv-05820 | 2A | A |
| Villareal, Mercedes | 2:16-cv-04630 | 2A | A |
| Wilson, Teodoro | 2:16-cv-04903 | 2A | A |
| Marinero de San Pedro, S.C. de R.L. de C.V | 2:16-cv-04359 | 2A | A |
| Zamudio, Emeterio | 2:16-cv-05163 | 2A | A |
| S.C.P.P. Ejidatarios, S.C. de R.L. | 2:16-cv-05395 | 2A | A |
| Rene Zavala Salinas | 2:16-cv-05196 | 2A | A |
| Perez Wilson, Rober | 2:16-cv-05025 | 2A | A |
| Barrera, Joaquin d/b/a Restaurant Familiar Ah Caray | 2:16-cv-06298 | 2A | A |
| Coastal Community Investments, Inc | 2:16-cv-06262 | 2A | A |
| Coastal Land Development Group, LLC | 2:16-cv-05941 | 2A | A |
| International Capital Properties, Inc | 2:16-cv-05948 | 2A | A |
| Arc on Welding, Inc | 2:16-cv-06056 | 2A | A |
| Classy Cycles, Inc. | 2:16-cv-05923 | 2A | A |