**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * | **MDL NO. 2179** <br> **SECTION J** <br> **JUDGE BARBIER** |
| **This Document relates to:** <br> *All Remaining Cases in Pleading Bundle "B1"* | * * * | **MAGISTRATE JUDGE WILKINSON** |

**EX PARTE MOTION BY BP FOR LEAVE TO FILE EXHIBIT 1 TO BP'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION OF THE COURT'S PTO 64 COMPLIANCE ORDER UNDER SEAL**

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file under seal Exhibit 1 to BP's Response in Opposition to Plaintiffs' Motions for Reconsideration of the Court's PTO 64 Compliance Order (the "Response"), which is being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters. Pursuant to Pre-Trial Order No. 13, the Court's Order (Rec. Doc. 6822) entered on June 12, 2012, the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573) entered on May 22, 2012, and the Court's Confidentiality Order (Rec. Doc. 15718) entered on January 13, 2016, Exhibit 1 contains confidential information that shall not be disclosed.

WHEREFORE, BP respectfully prays the Court for an Order that Exhibit 1 to the Response be filed under seal.

[*Remainder of the page intentionally left blank.*]

September 8, 2017

Respectfully submitted,

*/s/ Don Haycraft*

Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of September, 2017.

                                                 /s/ *Don K. Haycraft*
                                                 Don K. Haycraft