IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179**<br><br>**SECTION J** |
| | * | **JUDGE BARBIER** |
| **This Document relates to:** | * | |
| *All Remaining Cases in Pleading Bundle "B1"* | * * | **MAGISTRATE JUDGE WILKINSON** |

# ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company ("BP") for Leave to File Exhibit 1 to BP's Response in Opposition to Plaintiffs' Motions for Reconsideration of the Court's PTO 64 Compliance Order Under Seal:

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibit 1 to BP's Response in Opposition to Plaintiffs' Motions for Reconsideration of the Court's PTO 64 Compliance Order is filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of September, 2017.

_____
**UNITED STATES DISTRICT JUDGE**