IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document relates to: | * | |
| *All Remaining Cases in Pleading Bundle "B1"* | * * | MAGISTRATE JUDGE WILKINSON |

# ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company ("BP") for Leave to File Exhibit 1 to BP's Response in Opposition to Plaintiffs' Motions for Reconsideration of the Court's PTO 64 Compliance Order Under Seal (Rec. Doc. 23380):

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibit 1 to BP's Response in Opposition to Plaintiffs' Motions for Reconsideration of the Court's PTO 64 Compliance Order (Rec. Doc. 23379-1) is filed under seal pending further order of the Court.

New Orleans, Louisiana this 11th day of September, 2017.

_____
United States District Judge