| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL 2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J |
| IN RE: Oil Spill by the Oil Rig "Deepwater | JUDGE BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |

This Document Relates to: No. 2:11-cv-00916

*************************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS UNDER F.R.C.P. 12 OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES AND FOR STAY OF HEARING OF MOTION FOR FEES AND COSTS PURSUANT TO CONTINGENCY FEE AGREEMENT, will be submitted for decision on October 4, 2017 at 9:30 a.m. to the Honorable Joseph C. Wilkinson, Division 2, United States Court, Eastern District of Louisiana, New Orleans, Louisiana 70130.

Respectfully submitted,
FOR PLAQUEMINES PARISH GOVERNMENT
/x/Peter A. Barbee
Peter A. Barbee #18778
Melvin J. Burmaster #19508
8056 Highway 23, Second Floor
Belle Chasse, Louisiana 70037
504-274-2462

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR DISMISSAL OF MOTION FOR FEES AND COSTS UNDER F.R.C.P. 12 OR IN THE ALTERNATIVE, REMOVAL TO FORUM CONVENTIONALLY AGREED TO BY THE PARTIES was served electronically with the Clerk of Court of the U.S. District Court, Eastern District of Louisiana, through the CM/ECF system of said Clerk, and through said system will be served by the Clerk on opposing counsel of record./x/ Peter A. Barbee