| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL 2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J |
| IN RE: Oil Spill by the Oil Rig "Deepwater | JUDGE BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |

This Document Relates to: No. 2:11-cv-00916

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ENROLLMENT OF COUNSEL FOR PLAQUEMINES PARISH GOVERNMENT**

NOW APPEARS Plaquemines Parish Government through undersigned counsel seeking order to enroll as counsel of record for Plaquemines Parish Government in the matter No. 2:11-cv-00916, the following attorneys:

Peter A. Barbee, Parish Attorney, LSBA 18778

William S. Culver Jr. LSBA 4650

Melvin J. Burmaster LSBA 19508

WHEREFORE, IT IS PRAYED that this honorable court enroll into this matter the foregoing counsel to represent Plaquemines Parish Government.

Respectfully submitted,
FOR PLAQUEMINES PARISH
GOVERNMENT
/X/ Melvin J. Burmaster
8056 Highway 23, Second Floor
Belle Chasse, Louisiana 70037

504-274-2462