| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL 2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J |
| IN RE: Oil Spill by the Oil Rig "Deepwater | JUDGE BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |

This Document Relates to: No. 2:11-cv-00916

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF ENROLLMENT OF COUNSEL FOR PLAQUEMINES PARISH GOVERNMENT**

IT IS NOW ORDERED that the following counsel are enrolled as counsel of record for Plaquemines Parish Government in the matter No. 2:11-cv-00916:

Peter A. Barbee, Parish Attorney, LSBA 18778

William S. Culver Jr. LSBA 4650

Melvin J. Burmaster LSBA 19508

ORDER signed this \_\_\_\_ day of September, 2017.

_____

JUDGE, EASTERN DISTRICT, LOUISIANA