**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | **MDL No. 2179** |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on April 20, 2010 | ) | **SECTION: J** |
| | ) | |
| | ) | **Judge Barbier** |
| This Document Relates to 12-970 | ) | **Mag. Judge Wilkinson** |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Claimant ID 100230771, Claimant ID 100227279, and Claimant ID 100294503, claimants in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 reached in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970 (E.D. La., (collectively, "Claimants"), appeal to the United States Court of Appeals for the Fifth Circuit from the U.S. District Court for the Eastern District of Louisiana's: (1) August 10, 2017 Order [As to Motions to Reconsider, Etc., Orders Implementing the Policy 495 Opinion] (Rec. Doc. 23252), which denied Claimants' August 2, 2017 Motion to Alter or Amend the Court's Final Order Regarding Policy 495 in Order to Afford Claimants the Relief Required by the Fifth Circuit's 495 Opinion (Rec. Doc. 23139), together with all rulings, findings, and determinations adverse to Claimants embodied therein; (2) July 5, 2017 Order [Implementing Fifth Circuit Opinion Re Policy 495] (Rec. Doc. 23003); (3) June 13, 2017 Interim Order [Implementing Fifth Circuit Opinion Re Policy 495 with Respect to Discretionary Review Claims] (Rec. Doc. and 22935); and (4) May 25, 2017 Interim Order [Implementing Fifth Circuit Opinion Re Policy 495] (Rec. Doc. 22872).

1

Appended hereto are the following exhibits: (1) Exhibit 1 (August 10, 2017 Order); (2) Exhibit 2 (July 5, 2017 Order); (3) Exhibit 3 (June 13, 2017 Interim Order); and (4) Exhibit 4 (May 25, 2017 Interim Order).

This 11th day of September, 2017.

                                        Respectfully submitted,
                                        **MOTLEY RICE LLC**

By:   /s/ Matthew D. Camm
         Matthew D. Camm, Esq. (LA Bar # 35692)
         Joseph F. Rice, Esq.
         Kevin R. Dean, Esq.
         John A. Baden, IV, Esq.
         Frederick C. Baker, Esq.
         Lisa M. Saltzburg, Esq.
         28 Bridgeside Blvd.
         Mount Pleasant, SC 29464
         Phone: (843)-216-9000
         Fax: (843) 216-9450
         mcamm@motleyrice.com
         jrice@motleyrice.com
         kdean@motleyrice.com
         jbaden@motleyrice.com
         fbaker@motleyrice.com
         lsaltzburg@motleyrice.com

         *ATTORNEYS FOR CLAIMANT IDS*
         100230771, 100227279, and 100294503

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of September, 2017.

                                                                    /s/ Matthew D. Camm
                                                                    Matthew D. Camm, Esq.

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: *No. 12-970* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

# ORDER
**[As to Motions to Reconsider, Etc., Orders Implementing the Policy 495 Opinion]**

Before the Court are eleven motions requesting that the Court reconsider, alter, or amend various aspects of its "Implementation Orders." (Rec. Docs. 23005, 23040, 23042, 23043, 23082, 23137, 23138, 23139, 23140, 23145, 23181).

By way of background, on May 22, 2017, the Court of Appeals issued its decision on Policy 495, a policy in the Economic and Property Damages Settlement concerning the matching of revenue and expenses for Business Economic Loss claims. *In Re: Deepwater Horizon*, 858 F.3d 298 (5th Cir. 2017) (hereinafter, "the Policy 495 Opinion"). This Court then issued two interim orders that implemented the Policy 495 Opinion. (Rec. Docs. 22872, 2293). After the Fifth Circuit issued the mandate on the Policy 495 Opinion, this Court issued a third order that removed the "interim" designation from its prior two orders. (Rec. Doc. 23003). The three orders from this Court are the "Implementation Orders" mentioned above.

One objective of the Implementation Orders was to remand to the Claims Administrator claims that were at the discretionary review stage and which (1) had been processed under one of Policy 495's Industry Specific Methodologies or (2) otherwise involved the restatement of revenues (excepting instances where revenues were restated in order to correct an error). The Court remanded 260 claims that appeared to meet one or both of these criteria. (Rec. Doc. 22935).

Some of the movers assert, among other arguments, that their claims satisfied neither of the criteria mentioned above and, therefore, their claims should not have been remanded. After inquiring with the Claim Administration staff about these claims and further reviewing the relevant portions of the claim files, the Court finds that two of the claims—Claim Nos. 363913, 301397—were improperly remanded. Accordingly, the Court will grant the motions appearing at Rec. Docs. 23005 and 23042.

As to the other motions, the Court has considered their arguments but is not persuaded. Those motions will be denied.

Accordingly,

IT IS ORDERED that the Motions for Reconsideration concerning Claim No. 363913 (Rec. Doc. 23005) and Claim No. 301397 (Rec. Doc. 23042) are GRANTED.

IT IS FURTHER ORDERED that the Claims Administrator shall cease processing of Claim Nos. 363913 and 301397 and return those claims to the queue of claims with pending requests for discretionary review.

IT IS FURTHER ORDERED that the Court's Order of June 13, 2017 (Rec. Doc. 22935) is, by effect of this Order, hereby AMENDED to remove Claim Nos. 363913 and 301397 from Exhibit 1.

IT IS FURTHER ORDERED that the following Motions for Reconsideration, Etc., are DENIED: Rec. Docs. 23040, 23043, 23082, 23137, 23138, 23139, 23140, 23145, 23181.

New Orleans, Louisiana, this 10th day of August, 2017.

_____
United States District Judge

2

# Exhibit 2



60810245
Jul 05 2017
04:25PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Relates to: *All Cases, Including No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER
### [Implementing Fifth Circuit Opinion Re Policy 495]

On May 22, 2017, a panel of the Fifth Circuit Court of Appeals issued an opinion in its case no. 15-30377 ("the 495 Opinion"). This Court subsequently issued two interim orders implementing the 495 Opinion (Rec. Docs. 22872, 22935) (the "Interim Orders"). These were designated "Interim" because the Court of Appeals had not yet issued a mandate. On June 29, 2017, the Court of Appeals issued the mandate in its case no. 15-30377. Accordingly,

IT IS ORDERED that the Interim Orders be and are hereby amended so as to delete the "Interim" designation therefrom.

IT IS FURTHER ORDERED that the Interim Orders be and are hereby amended so as to provide that that the Claims Administrator may issue final determinations on and, if appropriate, pay claims that are subject to these Orders, but otherwise to remain in full force and effect in accordance with their terms.

New Orleans, Louisiana, this 5th day of July, 2017.

United States District Judge

# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: *No. 12-970* | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

# INTERIM ORDER
[Implementing Fifth Circuit Opinion Re Policy 495 with Respect to Discretionary Review Claims]

On May 25, 2017, the Court issued an "Interim Order" in response to and implementing the Fifth Circuit's opinion in its Case No. 15-30377, regarding Policy 495. The Interim Order directed the Claims Administrator to take certain actions with respect to certain claims that were in processing before the Claims Administrator or on appeal before one of the Settlement Program's Appeal Panels. The Interim Order did not address, however, claims that were before this Court on Discretionary Review. The Court has since consulted with the Claims Administrator regarding claims that are on Discretionary Review and orders as follows:

**IT IS ORDERED** that the claims identified in "Exhibit 1" to this Order are **REMANDED** to the Claims Administrator to be processed under the Annual Variable Margin Methodology, except that revenue shall not be reallocated, restated, smoothed, or moved unless done to correct an error.

New Orleans, Louisiana, this 13th day of June, 2017.

United States District Judge

EXHIBIT 1

| Claimant ID | Claim ID |
|---|---|
| 100139426 | 256974 |
| 100120839 | 79585 |
| 100260597 | 386360 |
| 100154679 | 114749 |
| 100279503 | 290557 |
| 100139244 | 257590 |
| 100250111 | 241046 |
| 100286893 | 301749 |
| 100204281 | 180681 |
| 100020057 | 113206 |
| 100004934 | 359851 |
| 100288225 | 305318 |
| 100292404 | 313130 |
| 100243825 | 238579 |
| 100237435 | 221860 |
| 100223138 | 210085 |
| 100212278 | 206316 |
| 100242751 | 242672 |
| 100259125 | 254667 |
| 100260548 | 257120 |
| 100239729 | 226424 |
| 100212278 | 206318 |
| 100263754 | 268859 |
| 100251990 | 244160 |
| 100213167 | 194409 |
| 100195916 | 172042 |
| 100035483 | 117484 |
| 100268803 | 272746 |
| 100254156 | 247542 |
| 100231150 | 213150 |
| 100193730 | 167353 |
| 100150500 | 110660 |
| 100248481 | 238375 |
| 100246424 | 237683 |
| 100212278 | 206307 |
| 100168447 | 130219 |
| 100036447 | 14270 |
| 100180299 | 152853 |

EXHIBIT 1

| | |
|---|---|
| 100176244 | 148486 |
| 100190324 | 171962 |
| 100172481 | 138712 |
| 100160307 | 121629 |
| 100211916 | 190854 |
| 100158242 | 117874 |
| 100148967 | 107298 |
| 100004836 | 356539 |
| 100273288 | 280906 |
| 100255229 | 250347 |
| 100286580 | 301397 |
| 100272478 | 279338 |
| 100264907 | 266432 |
| 100295598 | 256129 |
| 100258535 | 253782 |
| 100265590 | 366350 |
| 100301016 | 336572 |
| 100287882 | 303392 |
| 100129682 | 97818 |
| 100148762 | 107393 |
| 100318754 | 376778 |
| 100164125 | 126343 |
| 100262454 | 262073 |
| 100261704 | 259833 |
| 100133798 | 163230 |
| 100295598 | 257161 |
| 100192904 | 168198 |
| 100178023 | 209919 |
| 100201825 | 177095 |
| 100194490 | 234061 |
| 100220931 | 201103 |
| 100216653 | 198538 |
| 100138417 | 240113 |
| 100226602 | 207343 |
| 100207413 | 185030 |
| 100197090 | 173533 |
| 100294261 | 363913 |
| 100247413 | 236712 |
| 100233484 | 222022 |

EXHIBIT 1

| | |
|---|---|
| 100243866 | 231473 |
| 100210460 | 192890 |
| 100200165 | 174997 |
| 100150453 | 113838 |
| 100061573 | 26918 |
| 100096552 | 198742 |
| 100006185 | 79947 |
| 100049935 | 30568 |
| 100062524 | 27871 |
| 100089377 | 41841 |
| 100049935 | 30559 |
| 100331359 | 383661 |
| 100139239 | 127383 |
| 100172141 | 137681 |
| 100328139 | 378299 |
| 100134063 | 91269 |
| 100132115 | 101263 |
| 100144968 | 102665 |
| 100269354 | 273861 |
| 100139044 | 261961 |
| 100289243 | 306265 |
| 100139414 | 382294 |
| 100270498 | 275819 |
| 100289425 | 308403 |
| 100288664 | 304941 |
| 100278950 | 294164 |
| 100253670 | 246103 |
| 100238928 | 224793 |
| 100234193 | 262159 |
| 100158240 | 117875 |
| 100139274 | 103322 |
| 100127608 | 108923 |
| 100258647 | 253986 |
| 100157542 | 116643 |
| 100161508 | 121070 |
| 100250440 | 253954 |
| 100115740 | 106390 |
| 100264988 | 267260 |
| 100255363 | 253022 |

EXHIBIT 1

| | |
|---|---|
| 100117089 | 73277 |
| 100237169 | 221525 |
| 100135407 | 93451 |
| 100289210 | 306436 |
| 100155628 | 118133 |
| 100166094 | 126768 |
| 100261320 | 258577 |
| 100148493 | 113162 |
| 100145251 | 224962 |
| 100237462 | 221875 |
| 100137992 | 260928 |
| 100139404 | 257037 |
| 100260197 | 256518 |
| 100234958 | 218768 |
| 100260325 | 256677 |
| 100217847 | 197853 |
| 100209764 | 187850 |
| 100260051 | 256200 |
| 100178282 | 207966 |
| 100168611 | 130460 |
| 100098013 | 48640 |
| 100136199 | 93478 |
| 100208531 | 186640 |
| 100212232 | 191328 |
| 100200960 | 175991 |
| 100188922 | 161962 |
| 100178399 | 159004 |
| 100176321 | 148533 |
| 100224310 | 210799 |
| 100177588 | 150095 |
| 100180188 | 152746 |
| 100138155 | 160627 |
| 100227536 | 208452 |
| 100239828 | 225874 |
| 100228930 | 210315 |
| 100220938 | 201491 |
| 100185214 | 157870 |
| 100199314 | 173911 |
| 100137991 | 190655 |

EXHIBIT 1

| | |
|---|---|
| 100136414 | 93725 |
| 100331045 | 383125 |
| 100288603 | 304811 |
| 100215753 | 380884 |
| 100322335 | 398459 |
| 100228813 | 210178 |
| 100139018 | 123832 |
| 100186365 | 159224 |
| 100088903 | 98702 |
| 100287371 | 302624 |
| 100132584 | 89580 |
| 100269400 | 274823 |
| 100227245 | 217608 |
| 100225957 | 206561 |
| 100216384 | 196106 |
| 100227197 | 208202 |
| 100234603 | 218215 |
| 100230640 | 212467 |
| 100154126 | 190682 |
| 100176763 | 177541 |
| 100209759 | 187842 |
| 100205609 | 182628 |
| 100222450 | 202680 |
| 100179009 | 151667 |
| 100218472 | 201039 |
| 100212363 | 191506 |
| 100231323 | 213441 |
| 100199625 | 175944 |
| 100101570 | 52507 |
| 100168034 | 129672 |
| 100203535 | 179674 |
| 100288005 | 303602 |
| 100263372 | 365888 |
| 100017949 | 52191 |
| 100236740 | 225891 |
| 100123004 | 80235 |
| 100251908 | 243287 |
| 100263797 | 264572 |
| 100225846 | 206411 |

EXHIBIT 1

| | |
|---|---|
| 100231402 | 268900 |
| 100172514 | 141877 |
| 100182628 | 155579 |
| 100198654 | 173164 |
| 100229409 | 210933 |
| 100176905 | 166583 |
| 100165019 | 161396 |
| 100199988 | 174724 |
| 100204824 | 181529 |
| 100204448 | 180925 |
| 100286975 | 301903 |
| 100262409 | 261877 |
| 100255630 | 258980 |
| 100292930 | 314235 |
| 100210685 | 189565 |
| 100183860 | 156480 |
| 100182390 | 155126 |
| 100156749 | 115834 |
| 100144789 | 152479 |
| 100174750 | 144359 |
| 100177964 | 150460 |
| 100241909 | 228721 |
| 100193097 | 207679 |
| 100123215 | 80127 |
| 100266311 | 268902 |
| 100236482 | 220753 |
| 100185783 | 158525 |
| 100204764 | 181446 |
| 100192823 | 166438 |
| 100244608 | 232548 |
| 100237148 | 221718 |
| 100194393 | 168534 |
| 100193157 | 166730 |
| 100187876 | 160834 |
| 100002364 | 180908 |
| 100143014 | 100777 |
| 100189837 | 162912 |
| 100175670 | 147756 |
| 100167923 | 129483 |

EXHIBIT 1

| | |
|---|---|
| 100174020 | 142135 |
| 100156201 | 115988 |
| 100128985 | 85879 |
| 100187810 | 160765 |
| 100253280 | 257542 |
| 100236858 | 250490 |
| 100317445 | 361089 |
| 100266263 | 268903 |
| 100201617 | 178208 |
| 100166445 | 177763 |
| 100220865 | 220891 |
| 100229717 | 211242 |
| 100250698 | 242710 |
| 100229751 | 211490 |
| 100223743 | 204047 |
| 100191539 | 195092 |
| 100128034 | 85017 |
| 100209887 | 189821 |
| 100107923 | 57700 |
| 100215085 | 194466 |
| 100210359 | 188614 |
| 100126972 | 91318 |
| 100160820 | 120287 |
| 100148789 | 107116 |
| 100248122 | 237779 |
| 100140326 | 98005 |
| 100225587 | 206013 |

# Exhibit 4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: All Cases (including C.A. 12-970) | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## INTERIM ORDER
### [Implementing Fifth Circuit Opinion Re Policy 495]

On May 22, 2017, a panel of the Fifth Circuit Court of Appeals in its Case No. 15-30377 issued its opinion (the "495 Opinion") ruling that the reallocation of revenues was inconsistent with the plain text of the Settlement Agreement and that all Business Economic Loss, to include Start-Up Business Economic Loss and Failed Business Economic Loss (collectively "BEL") claims that would otherwise be processed under the "ISMs"[1] shall be subject to the "AVMM"[2], and remanded to this Court for further proceedings consistent with the 495 Opinion. Pending the issuance of the mandate, the Court orders as follows:

**IT IS ORDERED** that the Claims Administrator shall continue to process, but not issue final determinations on or pay, any and all BEL claims determined by the Claims Administrator to involve ISMs but in doing so shall apply the AVMM to such claims.

**IT IS FURTHER ORDERED** that in processing any other BEL claims where the Claims Administrator uses the AVMM to achieve sufficient matching, the Claims Administrator shall not reallocate revenues, except for the purpose of correcting errors.

---

[1] "ISMs" are industry specific methodologies generally applied to claimants engaged in the construction, education, agriculture and professional services claim categories.
[2] The "AVMM" is an annual variable margin methodology generally applied to all other BEL claims.

1

**IT IS FURTHER ORDERED** that unless or until directed to the contrary by the Claims Administrator, claimants or their attorneys shall not be required to provide to the Settlement Program any documentation or information requested by the Claims Administrator prior to the date of this Order that had been requested <u>solely for the purpose of the application of the ISMs</u>, but no other deadlines shall be extended or affected by this Order, except to the extent authorized by the Settlement Program, in its sole discretion, under its normal and customary procedures.

**IT IS FURTHER ORDERED** that the consideration of any BEL claims currently on appeal before the Appeals Panel involving ISMs or otherwise involving the restatement of revenues (except for the purpose of correcting errors) shall be remanded to the Settlement Program for further consideration and processing in accordance with the 495 Opinion.

**IT IS FURTHER ORDERED** that this Interim Order shall have no effect upon any claims that (a) were paid prior to the date of this Order or (b) had received a final Eligibility Notice, Denial Notice, or Incompleteness Denial Notice and for which all opportunities for Re-Review, Reconsideration, Appeal, Discretionary Review, or Fifth Circuit Appeal have been exhausted, or for which all deadlines to exercise those rights have expired.

Signed in New Orleans, Louisiana this 25th day of May, 2017.

United States District Judge