UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| *No. 11-916* | * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that the following counsel are enrolled as counsel of record for Plaquemines Parish Government in Civil Action no. 11-916:

Peter A. Barbee, Parish Attorney, LSBA 18778

William S. Culver Jr., LSBA 4650

Melvin J. Burmaster, LSBA 19508

New Orleans, Louisiana, this 11th day of September, 2017.

_____
United States District Judge