UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: *No. 12-970* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

### ORDER

IT IS ORDERED that the Andry Law Firm's Motion to Hold BP in Contempt of Court (Rec. Doc. 12278) is DENIED.

New Orleans, Louisiana, this 12th day of September, 2017.

_____
United States District Judge