UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * * | **MDL No. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** <br><br> **MAG. JUDGE WILKINSON** |
| **This Document Relates to:** <br> *No. 13-6320* <br> *No. 13-6362* <br> *No. 15-567* | | |

## ORDER

The following matters are before the Court:

- No. 13-6360, *Christine Reitano v. BP Exploration & Production, Inc. and Patrick A. Juneau*

- No. 13-6362, *Christine Reitano v. BP Exploration & Production, Inc. and Patrick A. Juneau*

- No. 15-567, *Christine Reitano v. Freeh Group Int'l Solutions, LLC and Louis J. Freeh*

IT IS ORDERED that the above matters are referred to mediation before Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C., whom the Court appoints as mediator for this purpose. The mediator's fees shall be paid by BP. Within sixty days of the issuance of this Order, the parties shall report to the Court on the status of these matters.

New Orleans, Louisiana, this 12th day of September, 2017.

_____
United States District Judge

**Note to Clerk: Docket this Order in 10-md-2179, 13-6320, 13-6362, and 15-567.**