MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 13, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

No. 12-970, Bon Secour Fisheries, Inc. et al.
v. BP Exploration & Production Inc. et al.

## HEARING AND ORDER ON MOTION

APPEARANCES:   Justin Chopin, counsel for the Deepwater Horizon Economic Claims Center ("DHECC"); Nisha Sandhu, representing Judgment Debtors Capt. Jay, LLC and Jason Zirlott, who also appeared

MOTION:   Motion of DHECC to Examine Judgment Debtor, Rufus Young, Record Doc. No. 23205; Judgment Debtor Examination

O R D E R E D:

 XXX : PARTIALLY SATISFIED. Jason Zirlott, judgment debtor, appeared in person and was sworn before the court. He was ordered to proceed directly to appear before plaintiff's counsel to conduct the judgment debtor examination. He complied. Subsequently, counsel for DHECC, Justin Chopin, informed the court that the judgment debtor examination was **PARTIALLY SATISFIED** in that DHECC requires the production of additional documents before the judgment debtor examination is fully satisfied. Chopin and counsel for Zirlott and Capt. Jay, LLC, Nisha Sandhu, will arrange for production of the required documents.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 05