UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document Relates to: All Cases, including 12-970 & 12-968 | MAG. JUDGE WILKINSON |

# Special Master Order No. 3

On July 28, 2016, the Court entered an order appointing the undersigned as Special Master with the duty of making recommendations concerning attorney's fees and expenses. R. Doc. 21281. On April 18, 2017, the undersigned entered Special Master Order No. 1, setting forth the initial procedure for conducting ex parte meetings with Objectors. R. Doc. 22727. On July 28, 2017, the undersigned entered Special Master Order No. 2, setting forth a September 1, 2017 deadline for attempted mediation of the outstanding differences of the parties. R. Doc. 23089 ¶ 2. Special Master Order No. 2 also set forth a September 15, 2017 deadline for parties to make formal submissions into the Special Master's evidentiary record. R. Doc. 23089 ¶ 3.

Despite the September 1, 2017 deadline, the undersigned has continued his mediation efforts. Because these efforts are ongoing, the undersigned hereby cancels the September 15, 2017 deadline to make submissions into the evidentiary record.

The Special Master reserves the right to supplement this procedure if circumstances warrant.

Baton Rouge, Louisiana, this 14th day of September, 2017.

*John W. Perry, Jr.*
John W. Perry, Jr., Special Master