# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** <br> "Deepwater Horizon" in the Gulf <br> of Mexico, on April 20, 2010. <br><br> **This document relates to:** <br> *All Cases in Pleading Bundle B3* | ) MDL NO. 2179 <br> ) <br> ) SECTION J <br> ) <br> ) JUDGE BARBIER <br> ) MAGISTRATE JUDGE WILKINSON <br> ) <br> ) |

## ORDER

Before this Court is the *Motion and Incorporated Memorandum for Leave of Court to Re-File Separate and Amending Petitions* filed by Frank J. D'Amico, Jr., APLC;

Considering the foregoing Motion;

IS ORDERED that Richard Woods, Case No. 13-1822; John Burrus, Case No. 13-1822; Sarah Graham, Case No. 13-1822; Max Murray, Case No. 13-1822; and Keith Keaghey, Case No. 13-1802; are granted leave to file separate and amending petitions in the above numbered matter;

IT IS FURTHER ORDERED that Kimberley Deagano, Kimberley Deagano obo Dereck J. Deagano, and Ted Deagano, Jr, Case No. 13-1802; be granted leave to continue prosecution of their claims jointly in that Case No. 13-1802

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE JUDGE CARL BARBIER**
**UNITED STATES DISTRICT COURT**