IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-30918

IN RE: DEEPWATER HORIZON

**A True Copy**
**Certified order issued Sep 14, 2017**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

    Movant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 14, 2017, for want of prosecution. The appellant failed to timely file a sufficient appellant's brief, and failed to timely file appellant's record excerpts.

The brief remains insufficient as noted in this court's letter dated September 1, 2017. If appellant moves to reopen the appeal, both record excerpts and a sufficient brief must accompany any motion to reopen this appeal.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 14, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 16-30918   In Re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Dantrell L. Johnson, Deputy Clerk
                                          504-310-7689

cc w/encl:
    Mr. David Andrew Christenson
    Mr. Jeffrey Bossert Clark, Sr.
    Mr. Don Keller Haycraft
    Mr. Russell Keith Jarrett
    Mr. James Andrew Langan
    Mr. Martin R. Martos, II