UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | ) MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | ) |
| of Mexico, on April 20, 2010. | ) SECTION J |
| | ) |
| **This document relates to:** | ) JUDGE BARBIER |
| *All Cases in Pleading Bundle B3* | ) MAGISTRATE JUDGE WILKINSON |
| | ) |
| | ) |

# ORDER

Before this Court is the *Motion and Incorporated Memorandum for Leave of Court to Re-File Separate and Amending Petitions* filed by Frank J. D'Amico, Jr., APLC and Lindsay & Lindsay, P.A.;

Considering the foregoing Motion;

IS ORDERED that James Bryant, Case No. 13-2879; Henry Jenkins, Case No. 13-2879; Steven Burke, Case No. 13-2879; Willie Richardson, Case No. 13-2879; Nathan S. Southern, Case No. 13-2879; Marion G. Barefoot, Case No. 13-2879; Baron Buskell, Case No. 13-2879; Johnnie Clopton, Case No. 13-2879; and Tommy Tripp, Case No. 13-2879; are GRANTED leave to file separate and amending petitions in the above numbered matter;

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE JUDGE CARL BARBIER**
**UNITED STATES DISTRICT COURT**