**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

TRANSCRIPT ORDER FORM

District Court: __EASTERN DISTRICT OF LA__   District Court Docket No. __2:10-MD-2179; 2:12-CV-970__

Short Case Title: __IN RE:   DEEPWATER HORIZON__   Court Reporter: __--__

ONLY ONE COURT REPORTER PER FORM
Date Notice of Appeal Filed by Clerk of District Court: __9/5/17__   Court of Appeals No.: __17-30727__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete the Following:
■ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office
or
Check All of the Following that Apply, Enter the date of the proceeding in the blank line.
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☐ Voir Dire: _____
☐ Opening Statement of Plaintiff: _____  ☐ Opening Statement of Defendant: _____
☐ Closing Argument of Plaintiff: _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court: _____  ☐ Jury Instructions: _____  ☐ Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript. The method of payment will be:
☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature __[signature]__   Date Transcript Ordered __--__
Print Name __ADRIAN A. COLON, JR.__   Phone: __504-394-9841__
Counsel for __CLAIMANT ID 100133439__
Address __8114 HIGHWAY 23, BELLE CHASSE, LA   70037__

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: _____   Signature of Reporter: _____   Tel. _____
Address of Reporter: _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____   Actual Number of Volumes: _____

Date: _____   Signature of Reporter: _____