IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To:<br><br>Case No. 2:16-cv-06175 | * * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

After considering Robert A. McAllister, Jr.'s motion to withdraw as attorney in charge for Plaintiff's Tien Thi Hoang, in the above referenced cause number the court

GRANTS Robert A. McAllister, Jr.'s motion to withdraw and ORDERS that Brent W. Coon of the law firm Brent Coon & Associates be substituted as attorney in charge for Plaintiff Tien Thi Hoang.

SIGNED on _____, 2017

_____

Honorable Judge Carl J. Barbier
UNITED STATES FEDERAL JUDGE
Eastern District of Louisiana