# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179 |
| This Document relates to: SERGIO VALDIVIESO | § § § | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS SECTION "J" |
| VERSUS | § § § | JUDGE BARBIER |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PL BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | § § § § | MAG. JUDGE WILKINSON |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO BP'S RESPONSE TO MOTIONS FOR RECONSIDERATION OF THE COURT'S PTO 63 COMPLIANCE ORDER**

Now comes Plaintiff/Claimant SERGIO VALDIVIESO, by his attorneys, THE LANIER LAW FIRM, P.C., and files this Motion for Leave to File to Reply to BP's Responses to Motions for Reconsideration of the Court's PTO 63 Compliance Order, and states as follows:

On September 8, 2017, Defendant BP filed a Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order. In its Response, BP made some admissions, and some assertions, regarding the claims and filings of Mr. Valdivieso which had not been stated or claimed earlier.

Plaintiff, Sergio Valdivieso, submits that a reply is warranted and necessary in order to provide the Court with information regarding relevant information regarding these statements in BP's Response.

Wherefore, Plaintiff/Claimant Sergio Valdivieso respectfully requests leave of Court in order to file a reply to BP's Response, and all other relief to which he as a Jones Act seaman is entitled. A copy of said Reply is referenced herein.

1

                                      Respectfully submitted,

                                THE LANIER LAW FIRM, P.C.

                      By:_____
                                W. MARK LANIER
                                State Bar No. 11934600
                                CHARLES F. HERD, JR.
                                State Bar No. 09504480
                                6810 FM 1960 West
                                Houston, Texas 77069
                                Telephone: (713) 659-5200
                                Fax: (713) 659-2204
                                Fax: (281) 659-22045
                                ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Plaintiff Sergio Valdivieso's **Motion for Leave to file a Reply To BP's Response To Motions For Reconsideration Of The Court's PTO 63 Compliance Order** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of September, 2017.

                                _____
                                *CHARLES F. HERD, JR.*