UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    **"Deepwater Horizon" in the Gulf**<br>    **of Mexico, on April 20, 2010.**<br><br>**This document relates to:**<br>2:13-cv-01802-CJB-JCW<br>2:13-cv-01822-CJB-JCW | ) MDL NO. 2179<br>)<br>) SECTION J<br>)<br>) JUDGE BARBIER<br>)MAGISTRATE JUDGE WILKINSON<br>)<br>) |

## ORDER

Before this Court is the *Motion and Incorporated Memorandum for Leave of Court to Re-File Separate and Amending Petitions* filed by Frank J. D'Amico, Jr., APLC;

Considering the foregoing Motion;

IS ORDERED that Richard Woods, Case No. 13-1822; John Burrus, Case No. 13-1822; Sarah Graham, Case No. 13-1822; Max Murray, Case No. 13-1822; and Keith Keaghey, Case No. 13-1802; are granted leave to file separate and amending petitions in the above numbered matter;

IT IS FURTHER ORDERED that Kimberley Deagano, Kimberley Deagano obo Dereck J. Deagano, and Ted Deagano, Jr, Case No. 13-1802; be granted leave to amend their Petition dismissing the claim of Keith Keaghey and be allowed to continue prosecution of their claims

jointly in Case No. 13-1802.

    New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE JUDGE CARL BARBIER**
**UNITED STATES DISTRICT COURT**