UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** <br> "**Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010.** <br><br> **This document relates to:** <br> **2:13-cv-01802-CJB-JCW** <br> **2:13-cv-01822-CJB-JCW** | ) MDL NO. 2179 <br> ) <br> ) SECTION J <br> ) <br> ) JUDGE BARBIER <br> )MAGISTRATE JUDGE WILKINSON <br> ) <br> ) |

## ORDER

Before this Court is the *Motion and Incorporated Memorandum for Leave of Court to Re-File Separate and Amending Petitions* filed by Frank J. D'Amico, Jr., APLC;

Considering the foregoing Motion;

IS ORDERED that Richard Woods, Case No. 13-1822; John Burrus, Case No. 13-1822; Sarah Graham, Case No. 13-1822; Max Murray, Case No. 13-1822; and Keith Keaghey, Case No. 13-1802; are to show cause on the 25th day of October at 9:30 a.m. why they should be granted leave to file separate and amended petition in the above numbered matter.

IT IS FURTHER ORDERED that Kimberley Deagano, Kimberley Deagano obo Dereck J. Deagano, and Ted Deagano, Jr, Case No. 13-1802; are to show cause on the 25th day of October at 9:30 a.m. why they should not be granted leave to their Petition dismissing the claim of Keith

Keaghey and continue prosecution of their claims jointly in Case No. 13-1802.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE JUDGE CARL BARBIER**
**UNITED STATES DISTRICT COURT**