# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig     "Deepwater Horizon" in the Gulf     of Mexico, on April 20, 2010. This document relates to: 2:13-cv-02879-CJB-JCW | ) MDL NO. 2179) ) SECTION J)) JUDGE BARBIER )MAGISTRATE JUDGE WILKINSON)) |

## MOTION FOR LEAVE OF COURT TO RE-FILE SEPARATE AND AMENDING PETITIONS

NOW INTO COURT, through undersigned counsel, come the Plaintiffs[1], who respectfully move this Honorable Court for leave to file their first Supplemental and Amending Petitions in an attempt to comply with Pre-Trial Order No. 63 [R. Doc. 22295] and the PTO 63 Compliance Order [R. Doc. 23047] in this action. Pursuant to Fed. R. Civ. P. Rule 15 (a) (2), the Court should "freely give leave" to amend " when justice so requires."

As will be discussed in the accompanying memorandum, Plaintiffs wish to cure defects identified by the Court in its July 18, 2017 Pre-trial Compliance Order [R. Doc. 23047] and remain compliant with this Honorable Court's orders by filing separate, individual lawsuits for each Plaintiff, Richard Woods, James Bryant, Henry Jenkins, Steven Burke, Willie Richardson, Nathan S. Southern, Marion G. Barefoot, Baron Buskell, Johnnie Clopton, and Tommy Tripp. These Plaintiffs had previously filed a lawsuit bundled together while being separately identified with their individual damages asserted in case number **2:13-cv-02879-CJB-JCW** filed in June 17, 2013 in this very court.

---

[1] Plaintiffs are as follows: James Bryant, Henry Jenkins, Steven Burke, Willie Richardson, Nathan S. Southern, Marion G. Barefoot, Baron Buskell, Johnnie Clopton, and Tommy Tripp.

Furthermore, Plaintiffs have requested leave of court to re-file their Petitions separately in order to cure any defects and allow their claims to proceed.

WHEREFORE, Plaintiffs respectfully request that their motion for leave to re-file separate and amending petitions be granted.

Respectfully submitted,

**FRANK J. D'AMICO, JR., APLC**

s/Frank J. D'Amico Jr
Frank J. D'Amico, Jr.(#17519)
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
Telecopier: (504) 525-9522
Attorneys for Plaintiffs

AND

**LINDSAY & LINDSAY, P.A.**

s/Heather F. Lindsay
Heather F. Lindsay, (#073441)
5218 Willing Street
Milton Florida 32570
Telephone: (850) 623-3200
Facsimile: (850) 623-0104
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd of September, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                             s/Frank J. D'Amico Jr
                                               **FRANK J. D'AMICO, JR.**