# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.<br><br>This document relates to: 2:13-cv-02879-CJB-JCW | ) MDL NO. 2179<br>)<br>) SECTION J<br>)<br>) JUDGE BARBIER<br>) MAGISTRATE JUDGE WILKINSON<br>)<br>) |

## ORDER

Before this Court is the *Motion and Incorporated Memorandum for Leave of Court to Re-File Separate and Amending Petitions* filed by Frank J. D'Amico, Jr., APLC and Lindsay & Lindsay, P.A.;

Considering the foregoing Motion;

IS ORDERED that James Bryant, Case No. 13-2879; Henry Jenkins, Case No. 13-2879; Steven Burke, Case No. 13-2879; Willie Richardson, Case No. 13-2879; Nathan S. Southern, Case No. 13-2879; Marion G. Barefoot, Case No. 13-2879; Baron Buskell, Case No. 13-2879; Johnnie Clopton, Case No. 13-2879; and Tommy Tripp, Case No. 13-2879; are GRANTED leave to file separate and amending petitions in the above numbered matter;

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE JUDGE CARL BARBIER**
**UNITED STATES DISTRICT COURT**