IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL 2179 |
| *Deepwater Horizon* | § | |
| in the Gulf of Mexico, | § | SECTION: J |
| on April 20, 2010, | § | |
| | § | JUDGE BARBIER |
| **This Document Relates To:** | § | |
| Claimant ID xxxx95395 | § | MAG. JUDGE SHUSHAN |
| Claim ID 376064 | § | |
| | § | NOTICE OF APPEAL |

## PORTO CASTELO, INC.'S NOTICE OF APPEAL

Notice is hereby given that PORTO CASTELO, INC., Claimant in the above-numbered and styled cause of action, hereby appeals to the United States Court of Appeal for the Fifth Circuit from an Order Denying Porto Castelo, Inc.'s Motion to Extend Time to File its Request for Discretionary Court Review entered in this action on the 24th day of August, 2017. A true and correct copy of the Order is attached hereto as **Exhibit A**.

                                                           Respectfully submitted,

                                                By: /s/ Gus E. Pappas
                                                     Gus E. Pappas
                                                      1776 Yorktown, Suite 425
                                                      Houston, Texas 77056
                                                      (713) 621-2678 Telephone
                                                      (713) 621-0074 Facsimile
                                                      gus@dabneypappas.com

                                                COUNSEL FOR CLAIMANT
                                                PORTO CASTELO, INC.

## CERTIFICATE OF SERVICE

    I, Gus E. Pappas, counsel for the Porto Castelo, Inc., do hereby certify that the above and foregoing Porto Castelo, Inc.'s Notice of Appeal has been served on all counsel by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 22nd day of September, 2017.

    /s/ Gus E. Pappas
    Gus E. Pappas