UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKONSON |
| This Document Relates to:<br>*2:13-cv-02879-CJB-JCW*<br>*2:13-cv-01822-CJB-JCW*<br>*2:13-cv-01802-CJB-JCW* | |

## MOTION FOR LEAVE TO FILE MEMORANDUM OF PLAINTIFFS IN REPLY TO BP'S OMNIBUS RESPONSE REGARDING MOTIONS TO RECONSIDER AND AMEND

NOW INTO COURT, through undersigned counsel, come James Bryant, Henry Jenkins, Steven Burke, Willie Richardson, Nathan S. Southern, Marion G. Barefoot, Baron Buskell, Johnnie Clopton, Tommy Tripp, Richard Woods, John Burrus, Sarah Graham, Max Murray, Kimberly DeAgano, Kimberly DeAgano obo Dereck J. DeAgano, Ted DeAgano, Jr. & Kewith Keaghey, who respectfully request leave of court to file their Memorandum in Reply to BP's Omnibus Response Regarding Motions to Reconsider and Amend.

Respectfully submitted,

**FRANK J. D'AMICO, JR., APLC**

Frank J. D'Amico, Esq. (#17519)
LAW OFFICES OF FRANK J. D'AMICO, JR.
4608 Rye Street
Metairie, Louisiana  700006
Telephone:  504-525-7272
Facsimile:  504-525-9522
Email:  frank@damicolaw.net

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participant.

/s/Frank J. D'Amico
FRANK J. D'AMICO, #17519