UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document Relates to: *2:13-cv-02879-CJB-JCW* *2:13-cv-01822-CJB-JCW* *2:13-cv-01802-CJB-JCW* | MAGISTRATE JUDGE WILKONSON |

## MOTION FOR LEAVE TO FILE MEMORANDUM OF PLAINTIFFS IN REPLY TO BP'S OMNIBUS RESPONSE REGARDING MOTIONS TO RECONSIDER AND AMEND

Considering the foregoing Motion for Leave,

**IT IS HEREBY ORDERED**, that the Motion for Leave to File Memorandum of Plaintiffs in Reply to BP's Omnibus Responses Regarding Motions to Reconsider and Amend is hereby **GRANTED,**

**IT IS FURTHER ORDERED** that the Memorandum of Plaintiffs in Reply to BP's Omnibus Responses Regarding Motions to Reconsider and Amend is hereby **FILED.**

New Orleans, Louisiana, this ___ day of September, 2017

_____<br>
Hon. Judge Carl Barbier