# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL No. 2179 |
| This Document relates to: SERGIO VALDIVIESO | § § § | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS SECTION "J" |
| VERSUS | § § | |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PL BP PRODUCTS NORTH AMERICA, INC.,  and BP AMERICA, INC. | § § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Came on for consideration BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order and Plaintiff's Sergio Valdivieso's Reply to such Motion for Reconsideration of the Court's PTO 63 Compliance Order, and the Court, having considered same and the pleadings in this file, finds that the Reply has merit.

It therefore is Ordered that BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order is DENIED as to Sergio Valdivieso, and his claims are and remain "in compliance" with the requirements of PTO 63.

Signed this _____ day of _____, 2017.

_____
CARL J. BARBIER
United States District Judge

eXHIBIT B