## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL No. 2179 |
| This Document relates to: SERGIO VALDIVIESO | § § § | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS SECTION "J" |
| VERSUS | § § | |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PL BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | § § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE

CAME ON FOR CONSIDERATION, Plaintiff Sergio Valdivieso's Motion for Leave to file a Reply to BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order. The Court, after considering the Motion, arguments of counsel, if any, and the pleading in this case, finds that the Motion for Leave is warranted, and hereby GRANTS Plaintiff's Motion for Leave to File.

IT IS, ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Leave to file a Reply to BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order is **GRANTED**, and the Reply shall be filed among the pleading in this Cause.

Signed this _____ day of _____, 2017.

_____
CARL J. BARBIER
United States District Judge