UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                MDL 2179
    "Deepwater Horizon" in the
    Gulf of Mexico, on
    April 20, 2010                         SECTION "J"

This Document Relates to:                      JUDGE BARBIER
Nos. 2:11-cv-00916 and 2:10-md-2179            MAG. WILKINSON

## ORDER

    Considering the foregoing;

    IT IS ORDERED that the amount of $5,755,752.75 (five million seven hundred fifty-five thousand seven hundred fifty-two and 75/100 dollars) be deposited into the registry of the Court.

    New Orleans, this _____ day of _____, 2017.


                  _____
                  JUDGE

{N1375813 -}