## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:  Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE WILKONSON** |
| **This Document Relates to:**<br>*2:13-cv-02879-CJB-JCW*<br>*2:13-cv-01822-CJB-JCW*<br>*2:13-cv-01802-CJB-JCW* | |

## ORDER

Considering the foregoing Motion for Leave,

**IT IS HEREBY ORDERED**, that the Motion for Leave to File Memorandum of Plaintiffs in Reply to BP's Omnibus Responses Regarding Motions to Reconsider and Amend is hereby **GRANTED,**

**IT IS FURTHER ORDERED** that the Memorandum of Plaintiffs in Reply to BP's Omnibus Responses Regarding Motions to Reconsider and Amend is hereby **FILED.**

New Orleans, Louisiana, this ___ day of September, 2017

_____
Hon. Judge Carl Barbier