MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 26, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES ONLY TO:<br>Member Case: <u>Plaquemines Parish v. BP PLC, et al.</u>, Civil Action No. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

Pursuant to my order, Record Doc. No. 23374, and Judge Barbier's referral order, Record Doc. No. 23369, a status conference was conducted on this date. The purpose of the conference was to discuss the issues in Judge Barbier's referral order. Participating via telephone were: Peter Barbee, representing Plaquemines Parish Government; Scott Bickford, representing Martzell, Bickford & Centola, APC; David Landry, representing David Landry, Esq.; and Henry King, representing King, Krebs & Jurgens, P.L.L.C.

During the conference, counsel orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) with respect to the attorney's fees claims of the proposed intervenors, Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, P.L.L.C., against Plaquemines Parish. A written form of consent is currently being circulated among the parties. **IT IS ORDERED** that further proceedings regarding the attorney's fees issues will proceed as follows:

MJSTAR: 0 : 20

At the request of Plaquemines Parish's counsel, the submission date of the pending motion to intervene, Record Doc. No. 23344, is continued. Both the motion to intervene and Plaquemines Parish's motion for dismissal are hereby set for submission on my October 25, 2017 motions docket. Written opposition memoranda must be filed **no later than October 17, 2017**.

Counsel for the proposed intervenors advised that he will file a motion for summary judgment regarding the validity of the subject attorney's contingency fee contract between the parties within one week of the court's determination of the motions to intervene and for dismissal, if appropriate. Thereafter, the court will set a briefing schedule for both the motion for summary judgment and the previously filed motion for attorney's fees, Record Doc. No. 23266, if necessary.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**