UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to:<br>Nos. 2:11-cv-00916 and 2:10-md-2179 | JUDGE BARBIER<br>MAG. WILKINSON |

### ORDER

Considering the foregoing;

**IT IS ORDERED** that the amount of $5,755,752.75 (five million seven hundred fifty-five thousand seven hundred fifty-two and 75/100 dollars) be deposited into the registry of the Court.

New Orleans, this 28th day of September, 2017.

_____
United States Magistrate Judge

{N1375813 -}