IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042
_____

In re: Deepwater Horizon

_____

AHT, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

CMC STEEL FABRICATORS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

_____

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

    Plaintiffs - Appellants

v.

**A True Copy**
**Certified order issued Sep 27, 2017**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Appellees

————————————————

SMI STEEL, L.L.C.,

       Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

       Defendants - Appellees

————————————————

COMMERCIAL METALS COMPANY,

       Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

       Defendants - Appellees

————————————————

HENRY L. PERRY,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.;

TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

      Defendants - Appellees

————————————————

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

      Defendants - Appellees

————————————————

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

      Defendants - Appellees

————————————————

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY;

BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendants - Appellees

                                    Consolidated with 17-30505

In Re: Deepwater Horizon:

_____

HENRY L. PERRY,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

_____

HENRY L. PERRY,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

                               _____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeals, as to Commercial Metals Company, AHT, Incorporated, CMC Steel Fabricators, Incorporated, and SMI Steel, Incorporated, are dismissed as of September 27, 2017, pursuant to appellants' motion.

                                            LYLE W. CAYCE
                                            Clerk of the United States Court
                                            of Appeals for the Fifth Circuit

                                            *Mary Stewart*

                                            By: _____
                                            Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

17-30042

In re: Deepwater Horizon

---

HENRY L. PERRY,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

    Defendants - Appellees

---

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendants - Appellees

---

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

    Defendants - Appellees

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

   Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

   Defendants - Appellees

Consolidated with 17-30505

In Re: Deepwater Horizon:

_____

HENRY L. PERRY,

   Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

_____

HENRY L. PERRY,

   Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 27, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30042    In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:13-CV-97
                           USDC No. 2:16-CV-13365
                           USDC No. 2:16-CV-13367
                           USDC No. 2:16-CV-6259
                           USDC No. 2:16-CV-13366
                           USDC No. 2:16-CV-13364
                           USDC No. 2:13-CV-6009
                           USDC No. 2:16-CV-7048
                           USDC No. 2:16-CV-6329
                           USDC No. 2:13-CV-5367
                           USDC No. 2:16-CV-6216
                           USDC No. 2:16-CV-6333
                           USDC No. 2:16-CV-6298
                           USDC No. 2:16-CV-6330
                           USDC No. 2:16-CV-7285
                           USDC No. 2:10-MD-2179
                           USDC No. 2:13-CV-5367
                           USDC No. 2:16-CV-6333

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate as to AHT, Incorporated, CMC Steel Fabricators, Incorporated, Commercial Metals Company, and SMI Steel, L.L.C..

```
                              Sincerely,

                              LYLE W. CAYCE, Clerk
                              /s/ Mary Stewart
                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694
```

cc w/encl:
    Mr. William H. Burgess
    Mr. Anthony G. Buzbee
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Brent Wayne Coon
    Mr. James Riley Davis
    Mr. Dominic E. Draye
    Mr. John Michael Elsley
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. James Andrew Langan
    Mr. Kerry J. Miller
    Mr. Matthew Regan
    Mr. Thomas Wilson Taylor
    Mr. Robert Alan York

P.S. To Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 17-30042

In re: Deepwater Horizon

---

AHT, INCORPORATED,

        Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

        Defendants - Appellees

---

CMC STEEL FABRICATORS, INCORPORATED,

        Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

        Defendants - Appellees

---

COMMERCIAL METALS COMPANY; AHT, INCORPORATED; CMC STEEL FABRICATORS, INCORPORATED; SMI STEEL, L.L.C.,

        Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION

COMPANY,

                    Defendants - Appellees

------

SMI STEEL, L.L.C.,

                    Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

                    Defendants - Appellees

------

COMMERCIAL METALS COMPANY,

                    Plaintiffs - Appellants

v.

BP AMERICA PRODUCTION COMPANY; B.P. EXPLORATION & PRODUCTION, INCORPORATED

                    Defendants - Appellees

------

HENRY L. PERRY,

                    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

                    Defendants - Appellees

------

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

                    Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

                    Defendants - Appellees

------

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

                    Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

      Defendants - Appellees

---

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

      Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

      Defendants - Appellees


Consolidated with 17-30505

In Re: Deepwater Horizon:

---

HENRY L. PERRY,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

      Defendants - Appellees

---

HENRY L. PERRY,

      Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

      Defendants - Appellees