UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | JUDGE BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| MDL 2179 and 2:13-cv-02029 | * | |

**************************************

**MOTION FOR LEAVE TO FILE REPLY**

NOW INTO COURT, through undersigned counsel, come Russel Dardar, Efram Naquin, Trung Tuan Hoang, and Thoa Dinh Nguyen, who move the Court for leave to file the attached "Released Fishermen's Reply Memorandum In Response to BP's Response in Opposition [Rec. Doc. 23379]" to address certain incorrect arguments made by BP therein.

                                                Respectfully submitted,

                                                */s/ Clay Garside*

                                                Clay Garside (LA Bar # 29873)
                                                Waltzer Wiygul & Garside, LLC
                                                14399 Chef Menteur Highway, Ste D
                                                New Orleans, LA 70129
                                                clay@wwglaw.com
                                                Tele:   (504) 254-4400
                                                Fax:    (504) 254-1112

[SIGNATURE BLOCK CONTINUED ON THE NEXT PAGE]

        Robert Wiygul (LA Bar # 17411)
        Waltzer Wiygul & Garside, LLC
        1011 Iberville Drive
        Ocean Springs, MS 39564
        robert@wwglaw.com
        Tel: (228) 872-1125
        Fax: (228) 872-1128

        Joel Waltzer (LA Bar # 19268)
        Waltzer Wiygul & Garside, LLC
        1000 Behrman Highway
        Gretna, LA 70056
        joel@wwglaw.com
        Tel: (504) 340-6300
        Fax: (504) 340-6330

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of September, 2017.

                                                                 _/s/ Clay Garside_