UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | JUDGE BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| MDL 2179 and 2:13-cv-02029 | * | |

**************************************

**ORDER**

Considering the foregoing Motion for Leave to File Reply filed by Russel Dardar, Efram Naquin, Trung Tuan Hoang, and Thoa Dinh Nguyen, and considering the Court's discretion in allowing same,

**IT IS ORDERED** that the Motion For Leave to File Reply is **GRANTED**; the Clerk of Court is directed to enter the proposed Reply Memorandum into the record of this matter.

New Orleans, Louisiana this _____ day of October, 2017.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE