UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| Applies to:  *All Cases* | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE WILKINSON |

## ORDER

The Court has received regular briefings from the Court-appointed CPA Phil Garrett regarding time and expenses of common benefit lawyers generally, and the Plaintiffs' Steering Committee ["PSC"] members and Co-Liaison Counsel in particular, and is otherwise very familiar with the continued work of the PSC, the Plaintiffs' Executive Committee, and Plaintiffs' Co-Liaison Counsel.  As such, the Court has determined that it does not need new applications now for re-appointment of the PSC, Plaintiffs' Executive Committee, and Plaintiffs' Co-Liaison Counsel.

Accordingly, the Court re-appoints the following counsel to the PSC:

- Brian Barr
- Jeffery A. Breit
- Elizabeth J. Cabraser
- Philip F. Cossich, Jr.
- Robert T. Cunningham
- Alphonso Michael Espy
- Calvin C. Fayard, Jr.
- Robin L. Greenwald
- Rhon E. Jones
- Matthew E. Lundy
- Michael C. Palmintier

- Joseph F. Rice

- Paul M. Sterbcow

- Scott Summy

- Conrad S. P. Williams

Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC.  The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiffs' Executive Committee.

Appointees are charged with the responsibilities outlined in Pretrial Order Nos. 1 and 8 and any other orders of the Court.

Appointments are for one year from October 1, 2017, through September 30, 2018.

New Orleans, Louisiana this 29th day of September, 2017.

_____
United States District Judge