| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J JUDGE |
| IN RE: Oil Spill by the Oil Rig "Deepwater | BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG.  WILKINSON |

This Document Relates to: No. 2:11-cv-00916

*******************************************************************************

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaquemines Parish Government ("PPG") in this matter, and moves this Honorable Court for an Order enrolling additional counsel of record on PPG's behalf, Andrew C Wilson of/and the law firm of Simon, Peragine, Smith & Redfearn LLP.

Based on the foregoing, Movant, Plaquemines Parish Govenrment, respectfully moves for an order enrolling new counsel of record as set forth above.

        Respectfully submitted,

        /s/ Peter Barbee

        _____
        Peter A. Barbee, Esq.   (#18778)
        Barbee & Associates, LLC
        305 B Main Street
        Belle Chasse, LA.  70037
        Telephone: (504) 394-0150
        FAX:         (504) 394-0070
        EMAIL: peterbarbee@me.com

        Andrew C. Wilson (#01162)
        Simon Peragine Smith & Redfearn LLP
        1100 Poydras Street, 30th Floor
        New Orleans, Louisiana 70163-3000
        Telephone: (504) 569-2030
        Facsimile:  (504) 569-2999
        **Attorneys for Plaquemines Parish Government**

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above and foregoing has been served electronically on counsel of record, this 3rd day of October, 2017.

*/s/ Peter Barbee*

_____