# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION J |
| | | JUDGE BARBIER |
| This Document relates to: No. 11-cv-00916 *Parish of Plaquemines v. BP PLC, et al.* | * * * | MAGISTRATE JUDGE WILKINSON |

## BP'S MOTION FOR LEAVE TO DEPOSIT DISPUTED SETTLEMENT FUNDS WITH REGISTRY OF COURT

BP[1] respectfully moves the Court for an order under Federal Rule of Civil Procedure 67 permitting BP to deposit certain disputed settlement funds with the registry of court of the United States District Court for the Eastern District of Louisiana for reasons explained fully in the accompanying memorandum in support. BP seeks leave to deposit with the Clerk of Court for the United States District Court for the Eastern District of Louisiana $10,000,000.00 representing settlement funds currently the subject of dispute between the Parish of Plaquemines Government and its former retained counsel in the referenced litigation. Under the settlement agreement between BP and the Parish of Plaquemines, BP's next settlement payment is due <u>October 15, 2017</u>. As the settlement agreement requires payment to the Parish of Plaquemines Government to the trust account of its former retained counsel, compliance with that term has become impossible; hence, this motion. BP owes additional annual installments under the settlement agreement through October 15, 2021 and further seeks leave to deposit such additional funds

---

[1] The moving BP entities are collectively: BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc.

with the registry of court during the pendency of the dispute between the Parish of Plaquemines and its former counsel for purposes of judicial efficiency. Undersigned counsel sought consent for the filing of this motion from the Parish of Plaquemines and its former retained counsel. While former counsel consented to the filing, BP understands that the Parish of Plaquemines objects to the motion.

Accordingly, BP respectfully requests that the Court grants its motion pursuant to Federal Rule of Civil Procedure 67 and permit BP to deposit with the Clerk of Court of the United States District Court for the Eastern District of Louisiana $10,000,000.00 in settlement funds due October 15, 2017 as well as future installment payments due under the parties' settlement agreement.

October 3, 2017                                    Respectfully submitted,

*/s/ Don Haycraft*
Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Attorneys for BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **BP's Motion For Leave to Deposit Disputed Settlement Funds with Registry of Court** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of October, 2017.

*/s/ Don Haycraft*
Don Haycraft