IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * MDL NO. 2179 <br> * <br> * SECTION J <br> * <br> * JUDGE BARBIER <br> * |
| **This Document relates to:** <br> No. 11-cv-00916 <br> *Parish of Plaquemines v. BP PLC, et al.* | * MAGISTRATE JUDGE WILKINSON <br> * <br> * |

## MEMORANDUM IN SUPPORT OF BP'S MOTION FOR LEAVE TO DEPOSIT DISPUTED SETTLEMENT FUNDS WITH REGISTRY OF COURT

BP[1] respectfully moves the Court for an order under Federal Rule of Civil Procedure 67 permitting BP to deposit certain disputed settlement funds with the registry of court of the United States District Court for the Eastern District of Louisiana for reasons that follow:

1.

This action was instituted by the Parish of Plaquemines Government, State of Louisiana (hereafter "PPG") for recovery of alleged damages resulting from the *Deepwater Horizon* oil spill and clean-up.

2.

On June 8, 2017, BP and PPG reached a settlement agreement resolving BP's alleged liability for the amount of $45,000,000.00 (the "Settlement and Release") to be paid in defined installments under terms agreed to by the settling parties.

---

[1] The moving BP entities are collectively: BP Products North America Inc., BP Exploration & Production Inc., and BP America, Inc.

3.

Under the terms of the Settlement and Release, BP made an initial payment of $15,000,000.00 to PPG on August 1, 2017 by deposit into the trust account of Martzell, Bickford and Centola APC, PPG's retained counsel.  The terms of the Settlement and Release require wire payments to be made to PPG's retained counsel.

4.

BP has received a notice dated September 5, 2017, that a lien and privilege under La. Rev. Stat. § 37:218 has been asserted against both the settlement and the underlying claim in this litigation by the law firms of Martzell, Bickford & Centola; the law offices of David L. Landry; and King, Krebs & Jurgens (collectively, "Former Counsel").[2]  BP understands that PPG and Former Counsel currently dispute the proper allocation of fees from settlement funds paid under the Settlement and Release.  However, BP further understands that such dispute does not bear on the validity or amount of BP's payment obligations under the Settlement and Release.  Nevertheless, given the payment terms of the settlement, with payment to Former Counsel, compliance with those terms has been rendered impossible, necessitating this motion.

5.

Federal Rule of Civil Procedure 67 provides in relevant part: "If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party—on notice to every other party and by leave of court—may deposit with the court some or all of the money or thing, whether or not that party claims any of it.  The depositing party must deliver to the clerk a copy of the order permitting deposit."  Fed. R. Civ. P. 67(a).

---

[2] *See* R. Doc. No. 6 in Case No. 11-cv-00916 (September 25, 2017 Correspondence from R. Keith Jarrett on Behalf of BP); *see also* R. Doc. No. 23266 in Case No. 10-md-2179 (Plaquemines Parish Special Counsel's Motion for Fees and Costs Pursuant to Contingency Fee Agreement).

Rule 67 entitles a settling defendant to deposit disputed settlement funds with the registry of the court and withdraw from the proceedings where the settling party no longer has an interest in the funds or proceedings. *See Garrick v. Weaver*, 888 F.2d 687, 694 (10th Cir. 1989) (magistrate judge acted well within his discretion under Rule 67 in allowing settlement funds to be paid into court and excusing defendants who no longer had an interest in the funds or proceedings to withdraw pending dispute over allocation); *McAnespy-Smith v. Hartford Ins. Co. of the Midwest*, No. 14-2569, 2015 WL 13048736 (E.D. La. Dec. 16, 2015).

6.

Under the Settlement and Release, BP's second payment of $10,000,000.00 to PPG is due on October 15, 2017. The Settlement and Release calls for additional annual installment payments to be made to PPG through October 15, 2021.

7.

In light of the dispute between PPG and Former Counsel regarding disbursement of funds paid under the Settlement and Release, BP seeks leave of court under Rule 67 to deposit the disputed amount of $10,000,000.00 with the registry of court and absolve itself of further responsibility with respect to these funds. Such a procedure is authorized under Rule 67 and serves the interests of judicial economy in this case. *See Garrick v. Weaver*, 888 F.2d 687, 694 (10th Cir. 1989) (magistrate judge's decision ensured that funds would be available for disbursement and facilitated judicial economy). For purposes of efficiency, BP further seeks leave of court to deposit future installment payments under the Settlement and Release (up to and including its final payment due October 15, 2021) with the registry of court during the pendency of the dispute between PPG and Former Counsel.

For the foregoing reasons, BP respectfully requests that the Court grant its motion and enter an order permitting BP to deposit the amount of $10,000,000.00 in disputed settlement funds as well as future installments due under the Settlement and Release with the Clerk of Court for the United States District Court for the Eastern District of Louisiana under Federal Rule of Civil Procedure 67.

October 3, 2017                                  Respectfully submitted,

*/s/ Don Haycraft*

Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

*Attorneys for BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Memorandum in Support of BP's Motion For Leave to Deposit Disputed Settlement Funds with Registry of Court** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of October, 2017.

*/s/ Don Haycraft*
Don Haycraft