IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * | **MDL NO. 2179** **SECTION J** **JUDGE BARBIER** |
| **This Document relates to:** No. 11-cv-00916 *Parish of Plaquemines v. BP PLC, et al.* | * * * | **MAGISTRATE JUDGE WILKINSON** |

## ORDER

Considering the foregoing Motion to Deposit Disputed Settlement Funds With Registry of Court by BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc. (the "BP entities"),

**IT IS ORDERED** that the Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 67;

**IT IS FURTHER ORDERED** that the Clerk of Court for the United States District Court for the Eastern District of Louisiana shall permit the BP entities to deposit with the Clerk of Court the amount of $10,000,000.00 in disputed settlement funds;

**IT IS FURTHER ORDERED** that the Clerk of Court for the United States District Court for the Easter District of Louisiana shall permit the BP entities to deposit future payments under the settlement agreement in the captioned litigation, through and including final payment due October 15, 2021, with the registry of court during the pendency of any dispute pertaining to settlement funds between the Parish of Plaquemines of the State of Louisiana and any other party with an interest in the litigation.

New Orleans, Louisiana, this \_\_\_ day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE