IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br> SECTION J <br> JUDGE BARBIER |
| This Document relates to: <br> No. 11-cv-00916 <br> *Parish of Plaquemines v. BP PLC, et al.* | * * * | MAGISTRATE JUDGE WILKINSON |

### *EX PARTE* MOTION FOR EXPEDITED HEARING OF BP'S MOTION FOR LEAVE TO DEPOSIT DISPUTED SETTLEMENT FUNDS WITH REGISTRY OF COURT

BP[1] respectfully moves the Court for expedited hearing of its Motion for Leave to Deposit Disputed Settlement Funds With Registry of Court (MDL 2179 R. Doc. No. 23458).  As detailed in that motion and accompanying memorandum, BP seeks to deposit with the Clerk of Court for the United States District Court for the Eastern District of Louisiana certain settlement funds currently the subject of dispute between the Parish of Plaquemines Government and its former retained counsel.  Under the settlement agreement between BP and the Parish of Plaquemines, BP's next settlement payment is due October 15, 2017.  So that BP can properly fulfill its obligations under the settlement agreement, by depositing with the court's registry the disputed settlement funds, BP respectfully seeks expedited hearing of its motion.  The October 15 deadline for BP's payment falls on a Sunday.  As such, BP will have to direct payment to be made no later than Friday, October 13, 2017.  Coordinating the necessary wire transfer requires at least two (2) days.  BP would therefore require an order from the Court permitting deposit

---

[1] The moving BP entities are collectively: BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc.

with the court registry no later than October 11, 2017 in order to arrange payment in time to meet the settlement agreement deadline.

Accordingly, BP respectfully requests that the Court grant expedited hearing of its Motion for Leave to Deposit Disputed Settlement Funds With Registry of Court directing any party opposing the motion to file written objections into the record within three days of the signing of the order granting expedited hearing

October 3, 2017                                  Respectfully submitted,

*/s/ Don Haycraft*

Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

*Attorneys for BP Products North America Inc., BP Exploration & Production Inc., and BP America Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **BP's Motion For Leave to Deposit Disputed Settlement Funds with Registry of Court** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of October, 2017.

*/s/ Don Haycraft*
Don Haycraft