IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| This Document relates to: No. 11-cv-00916 *Parish of Plaquemines v. BP PLC, et al.* | * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing *Ex Parte* Motion for Expedited Hearing of BP's Motion for Leave to Deposit Disputed Settlement Funds with Registry of Court,

**IT IS ORDERED** that the Motion is **GRANTED**. Any party opposing BP's motion shall file written objections into the record of this matter no later than three (3) days from the date of the signing of this Order.

New Orleans, Louisiana, this ___ day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE