UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO NO. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the record)

MOTION:   BP's Ex Parte Motion for Expedited Hearing of BP's Motion for Leave to Deposit Disputed Settlement Funds with Registry of Court, Record Doc. No. 23459

O R D E R E D:

 (1) :  GRANTED.  The underlying motion, BP's Motion for Leave to Deposit Disputed Settlement Funds with Registry of Court, Record Doc. No. 23458, is hereby set for submission on my October 11, 2017, motions docket without oral argument. Memoranda in opposition, if any, must be filed no later than October 9, 2017.

New Orleans, Louisiana, this ___4th___ day of October, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE