IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970, Bon Secour Fisheries, Inc., et | * | |
| al., v. BP Exploration & | * | |
| Production Inc. et al. | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

**CLAIMANTS' MOTION FOR LEAVE TO FILE CLAIMS MATERIALS UNDER SEAL**

Claimant ID 100230771, Claimant ID 100227279, and Claimant ID 100294503 (collectively, "Claimants"), by and through their attorneys, hereby respectfully request leave to file under seal materials from the record of their Claims in the Court-Supervised Settlement Program ("CSSP").[1]  Claimants have been directed by the U.S. Court of Appeals for the Fifth Circuit to cooperate in preparing a joint designation of record in Fifth Cir. No. 17-30727.  The record of Claimant's Claims in the CSSP is pertinent to Claimants' appeal.

The documentation submitted in support of Claims includes confidential personal and financial information, and is protected from disclosure under the Agreement and by orders of this Court.  *See* Rec. Doc. 6573 & 6822; Agreement, Section 4.4.1; *see also* Rec. Doc. 12591 & 13000.[2]  Consistent with relevant procedures, the CSSP materials at issue have not been placed on the Court's docket.  Docketing the information pertinent to Claimants' appeals will assist this Court and the Fifth Circuit by ensuring that the full record of the Claims is available to the appellate

---

[1] Unless otherwise specified, terms with initial capital letters in this motion have the same meaning ascribed to those terms in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 (hereinafter the "Agreement").

[2] All references to "Rec. Doc." refer to the docket in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-2179 (E.D. La.) ("MDL 2179").

1

court so that it may consider the relevant information. Because the claims materials contain confidential personal and financial information which could harm Claimants if disclosed, any filing must be under seal to preserve their confidentiality.

  WHEREFORE, Claimants respectfully request that this Court enter an Order directing that they may file under seal relevant materials from the CSSP. A supporting memorandum and proposed order are attached to this motion.

October 4, 2017              Respectfully submitted,

            By:   /s/ *Matthew D. Camm*
               Matthew D. Camm, Esq. (LA Bar # 35692)
               Joseph F. Rice, Esq.
               Kevin R. Dean, Esq.
               John A. Baden, IV, Esq.
               Frederick C. Baker, Esq.
               Lisa M. Saltzburg, Esq.
               28 Bridgeside Blvd.
               Mount Pleasant, SC 29464
               Phone: (843)-216-9000
               Fax: (843) 216-9450
               mcamm@motleyrice.com
               jrice@motleyrice.com
               kdean@motleyrice.com
               jbaden@motleyrice.com
               fbaker@motleyrice.com
               lsaltzburg@motleyrice.com

               *ATTORNEYS FOR CLAIMANT IDS*
               100230771, 100227279, and 100294503

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of October, 2017.

                                         /s/ *Kevin R. Dean*
                                         Kevin R. Dean