# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier |
| This Document Relates to 12-970 | ) ) | Mag. Judge Wilkinson |

## PROPOSED ORDER

Considering the Motion of Claimant ID 100230771, Claimant ID 100227279, and Claimant ID 100294503 (collectively, "Claimants") for Leave to File Claims Materials Under Seal:

IT IS HEREBY ORDERED, that Claimants' Motion is GRANTED; and it is further ORDERED that Claimants may file under seal the CSSP materials to be included the designation of record for Fifth Cir. No. 17-30727. For the reasons set forth in Claimants' Memorandum and consistent with this Court's prior Orders, *see* Rec. Doc. 6573 & 6822, these materials shall be maintained under seal.

New Orleans, Louisiana, this _____ day of October 2017.

 

_____
**UNITED STATES DISTRICT JUDGE**

1