| | |
|---|---|
| UNITED STATES DISTRICT COURT | MDL2179 |
| EASTERN DISTRICT OF LOUISIANA | SECTION J JUDGE |
| IN RE: Oil Spill by the Oil Rig "Deepwater | BARBIER |
| Horizon" in the Gulf of Mexico on April 20 2010 | MAG. WILKINSON |

This Document Relates to: No. 2:11-cv-00916

*******************************************************************************

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Andrew C. Wilson of/and the law firm of Simon, Peragine, Smith & Redfearn, LLP, be and is hereby enrolled as counsel of record for Plaquemines Parish Government.

New Orleans, Louisiana, this __4th__ day of _____October_____, 2017.

_____
United States Magistrate Judge

00521701-1