IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 (10-md-2179) SECTION J |
| This document relates to: Case No. 2:11-cv-916 *Parish of Plaquemines v. BP PLC, et al.* | * * * * * * * | Honorable CARL J. BARBIER Magistrate Judge WILKINSON |

## ORDER

Considering the foregoing *Ex Parte* Motion to Enroll as Additional Counsel of Record,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Richard C. Stanley and Matthew J. Paul of Stanley, Reuter, Ross, Thornton & Alford, LLC, 909 Poydras Street, Suite 2500, New Orleans, Louisiana 70112, are hereby enrolled as additional counsel of record for Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, PLLC, with respect to their Motion for Fees and Costs and proposed intervention in Case No. 2:11-cv-916, *Parish of Plaquemines v. BP PLC, et al.*

New Orleans, Louisiana, this __6th__ day of October, 2017.

United States Magistrate Judge