**Stephen C Braud**

**From:** David Landry <2landry@cox.net>
**Sent:** Tuesday, May 24, 2011 11:26 AM
**To:** Stephen C Braud
**Cc:** Scott R. Bickford
**Subject:** Re: BP Litigation

Yes, but if we give them 25 to 30% participation, then we need to eliminate the cap and extend to a 3 year contract. Do you think the Council will ratify? The ordinance has no parameters and no caps, except the contingency fee of 15% on first $25M and 10% thereafter. Even that is not in the actual ordinance but was stated by Mr. Buras at the meeting. Please let me know if you think the above waiver of the caps and a 3 year contract might work for the Council, as divided as they are.
Thanks,
David

Sent from my iPad

On May 24, 2011, at 11:04 AM, Stephen C Braud <sbraud@plaqueminesparish.com> wrote:

> Forgot to ask: is King Krebs willing to bear their portion of the costs for court costs, experts, etc?
>

$2/3 - 1/3$

> Stephen C Braud
> Parish Attorney
> 8056 Hwy. 23, Suite 200
> Belle Chasse, LA  70037
> 504 274-2465
> 504 274 2463 Fax
> 504-451-7262 Cell
> sbraud@plaqueminesparish.com
>
>
>
> CONFIDENTIALITY NOTICE
> This email communication may contain confidential information which also may be legally protected from unauthorized disclosure and/or protected the attorney/client privilege.  This information and its communication is intended only for the use of the recipient(s) identified above. If you are not the intended recipient of this communication and the information, we request that you not review, use, disseminate, distribute, download, or copy all or any part of the communication.  You are also notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information herein is prohibited by law.  If you have received this communication in error, please notify us (by reply email or facsimile, if possible) and delete or destroy the communication and the information contained therein including any attachments or links.
>
>
>
>
> -----Original Message-----
> From: David Landry [mailto:2landry@cox.net]
> Sent: Tuesday, May 24, 2011 7:38 AM
> To: Stephen C Braud

1

EXHIBIT "1"