UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION "J" |
| This Document Relates To: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | MAGISTRATE JUDGE WILKINSON |

**CLAIMANT'S MOTION FOR LEAVE TO FILE CLAIM MATERIALS UNDER SEAL**

Claimant ID 100133439, by and through its attorneys, hereby respectfully requests leave to file, under seal, materials from the record of its Claim in the Court-Supervised Settlement Program ("CSSP").[1] Claimant has been directed by the U.S. Court of Appeals for the Fifth Circuit to cooperate in preparing a joint designation of record in Fifth Cir. No. 17-30727. The record of Claimant's Claim in the CSSP is pertinent to Claimant's appeal.

The documentation submitted in support of its Claim includes confidential corporate and financial information, and is protected from disclosure under the Agreement and by orders of this Court. *See* Rec. Doc. 6573 & 6822; Agreement, Section 4.4.1; *see also* Rec. Doc. 12591 & 13000.[2] Consistent with relevant procedures, the CSSP materials at issue have not been placed in the Court's docket. Docketing the information pertinent to Claimant's appeal will assist this Court and the Fifth Circuit by ensuring that the full record of the Claim is available to the appellate court so that it may

---

[1] Unless otherwise specified, terms with initial capital letters in this motion have the same meaning ascribed to those terms in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 (hereinafter the "Agreement").

[2] All references to "Rec. Doc." refer to the docket in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* No. 2:10-md-2179 (E.D. La.) ("MDL 2179").

1

consider the relevant information.  Because the claim materials contain confidential corporate and financial information which could harm Claimant if disclosed, any filing must be under seal to preserve its confidentiality.

    WHEREFORE, Claimant respectfully requests that this Court enter an Order directing that it may file under seal relevant claim materials from the CSSP.  A supporting memorandum and proposed order are attached to this motion.

October 10, 2017　　　　　　　　　　　　　　　　Respectfully submitted,

                                                                                   By:    <u>/s/ *Adrian A. Colon, Jr.*</u>

                                                                      Adrian A. Colon, Jr.  (LA Bar # 20525)
                                                                      **BALLAY, BRAUD & COLON, PLC**
                                                                      8114 Highway 23
                                                                      Belle Chasse, LA   70037
                                                                      Phone: (504) 394-9841
                                                                      Fax: (504)   636-6674
                                                                      [Adrian@NolaAttorneys.com](mailto:Adrian@NolaAttorneys.com)

                                                                    *ATTORNEYS FOR CLAIMANT ID*
                                                                    100133439

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of October, 2017.

                                                      *s/ Adrian A. Colon, Jr.*
                                                      Adrian A. Colon, Jr.