# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | ) | |
| **Gulf of Mexico, on April 20, 2010** | ) | **SECTION: J** |
| | ) | |
| | ) | **Judge Barbier** |
| **This Document Relates to 12-970** | ) | **Mag. Judge Wilkinson** |
| _____ | ) | |

## PROPOSED ORDER

Considering the Motion of Claimant ID 100133439 for Leave to File Claim Materials Under Seal:

IT IS HEREBY ORDERED, that Claimant's Motion is GRANTED; and it is further ORDERED that Claimant may file under seal certain CSSP materials to be included the designation of record for Fifth Cir. No. 17-30727. For the reasons set forth in Claimant's Memorandum and consistent with this Court's prior Orders, *see* Rec. Doc. 6573 & 6822, these materials shall be maintained under seal.

New Orleans, Louisiana, this _____ day of October 2017.

_____
**UNITED STATES DISTRICT JUDGE**

1