IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig   *  | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf  * | |
| of Mexico, on April 20, 2010    * | SECTION "J" |
|                    * | |
| This Document Relates To:    * | JUDGE BARBIER |
|                    * | |
| No. 12-970, Bon Secour      * | MAGISTRATE JUDGE |
| Fisheries, Inc.,          * | WILKINSON |
| et al., v. BP Exploration &    * | |
| Production Inc., et al.      * | |

---

**CLAIMANTS' MOTION FOR LEAVE
TO FILE CLAIMS MATERIALS UNDER SEAL**

Claimant ID 100187006, Claimant ID 100188547, Claimant ID 100192784, Claimant ID 100318040 and Claimant ID 100355921 (collectively, "Claimants"), by and through their attorneys, hereby respectfully request leave to file under seal certain relevant materials from the record of their Claims in the Court-Supervised Settlement Program ("CSSP").[1]  Claimants have been directed by the U.S. Court of Appeals for the Fifth Circuit to cooperate in preparing a joint designation of record in Fifth Cir. No. 17-30727.  These materials are pertinent to Claimants' appeal.

The documentation submitted in support of Claims includes confidential personal and financial information, and is protected from disclosure under the Agreement and by orders of this Court. See Rec. Doc. 6573 & 6822; Agreement, Section 4.4.1; see also Rec. Doc. 12591 & 13000.[2]

---

[1] Unless otherwise specified, terms with initial capital letters in this motion have the same meaning ascribed to those terms in the Deepwater Horizon Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 (hereinafter the "Agreement").

[2] All references to "Rec. Doc." refer to the docket in In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, No. 2:10-md-2179 (E.D. La.) ("MDL 2179").

00139294.WPD;1

Consistent with relevant procedures, the CSSP materials at issue have not been placed on the Court's docket. Docketing the information pertinent to Claimants' appeals will assist this Court and the Fifth Circuit by providing evidence of Claimants' standing to bring their appeals in this matter. Because the claims materials contain confidential personal and financial information which could harm Claimants if disclosed, any filing must be under seal to preserve their confidentiality.

WHEREFORE, Claimants respectfully request that this Court enter an Order directing that they may file under seal certain relevant materials from the CSSP. A supporting memorandum and proposed order are attached to this motion.

**Respectfully Submitted,**

**LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, LLP**

/s/ Michael R. Allweiss
MICHAEL R. ALLWEISS (#2425)
mallweiss@lowestein.com
JEFFREY M. HOFFMAN (#29253)
jhoffman@lowestein.com
TYLER J. DOUGLAS (#33807)
tdouglas@lowestein.com
701 Poydras Street, Suite 3600
New Orleans, LA 70139
*Attorneys for Claimants 100187006, 100188547, 100192784, 100318040, and 100355921*

00139294.WPD;1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of October, 2017.

/s/ Michael R. Allweiss
MICHAEL R. ALLWEISS

00139294.WPD;1