IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 (10-md-2179) SECTION J |
| This document relates to: Case No. 2:11-cv-916 *Parish of Plaquemines v. BP PLC, et al.* | * * * * * * * | Honorable CARL J. BARBIER Magistrate Judge WILKINSON |

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaquemines Parish's Opposition to BP's Motion for Leave to Deposit Funds, filed by Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, PLLC,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the Reply to Plaquemines Parish's Opposition to BP's Motion for Leave to Deposit Funds shall be filed into the record.

New Orleans, Louisiana, this ___ day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE