UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO NO. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the record)

MOTION:   BP's Motion for Leave to Deposit Disputed Settlement Funds with Registry of Court, Record Doc. No. 23458

O R D E R E D:

 XXX : GRANTED. Entitlement to the subject funds is in dispute between competing claimants. Resolution of the dispute has been submitted to the court. The registry of the court is precisely where these funds should be, pending that resolution. Fed. R. Civ. P. 67(a); Local Rule 67.1-.3.

New Orleans, Louisiana, this __11th__ day of October, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE