**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| | ) | Judge Barbier |
| This Document Relates to 12-970 | ) | Mag. Judge Wilkinson |
| | ) | |

## ORDER

Considering the Motion of Claimant ID 100230771, Claimant ID 100227279, and Claimant ID 100294503 (collectively, "Claimants") for Leave to File Claims Materials Under Seal:

IT IS HEREBY ORDERED, that Claimants' Motion is GRANTED; and it is further ORDERED that Claimants may file under seal the CSSP materials to be included the designation of record for Fifth Cir. No. 17-30727.  For the reasons set forth in Claimants' Memorandum and consistent with this Court's prior Orders, *see* Rec. Doc. 6573 & 6822, these materials shall be maintained under seal.

New Orleans, Louisiana this 11th day of October, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

1