IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| | ) | Judge Barbier |
| This Document Relates to 12-970 | ) | Mag. Judge Wilkinson |
| _____ | ) | |

## ORDER

Considering the Motion of Claimant ID 100133439 for Leave to File Claim Materials Under Seal:

IT IS HEREBY ORDERED, that Claimant's Motion is GRANTED; and it is further ORDERED that Claimant may file under seal certain CSSP materials to be included the designation of record for Fifth Cir. No. 17-30727.  For the reasons set forth in Claimant's Memorandum and consistent with this Court's prior Orders, *see* Rec. Doc. 6573 & 6822, these materials shall be maintained under seal.

New Orleans, Louisiana this 11th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

1