IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc., et al. | * * * * | MAGISTRATE JUDGE WILKINSON |

### ORDER

Considering the Motion of Claimant ID 100187006, Claimant ID 100188547, Claimant ID 100192784, Claimant ID 100318040 and Claimant ID 100355921 (collectively, "Claimants") for Leave to File Claims Materials Under Seal:

IT IS HEREBY ORDERED, that Claimants' Motion is GRANTED; and it is further ORDERED that Claimants may file under seal certain relevant CSSP materials to be included in the designation of record for Fifth Cir. No. 17-30727. For the reasons set forth in Claimants' Memorandum and consistent with this Court's prior Orders, see Rec. Doc. 6573 & 6822, these materials shall be maintained under seal.

New Orleans, Louisiana this 11th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE