IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30777
_____

In Re: Deepwater Horizon
-----------------------------------------------------------------

PORTO CASTELO, INCORPORATED,

    Plaintiff - Appellant

v.


BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R:

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should

attempt to agree on which documents should be included and should file a joint designation.  If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

                LYLE W. CAYCE, CLERK
             United States Court of Appeals
                  for the Fifth Circuit
                   /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 04, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 17-30777     In Re: Deepwater Horizon
                 USDC No. 2:10-MD-2179

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Gus Emile Pappas