UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * MDL 2179 |
| "DEEPWATER HORIZON" IN | * |
| THE GULF OF MEXICO, ON | * SECTION: J |
| APRIL 20, 2010 | * |
| | * JUDGE BARBIER |
| | * |
| | * MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | * |
| FAYE EYMARD AND HOWARD | * |
| EYMARD | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE MOTION TO ENROLL
## AND MOTION FOR RECONSIDERATION

NOW INTO COURT, through undersigned counsel, come Claimants, Faye Eymard and Howard Eymard who, respectfully request the Court grant this Motion For Leave and permit counsel to file his Motion to Enroll and Motion for Reconsideration for the following reasons, to wit:

Claimants, Faye Eymard and Howard Eymard, despite their best efforts and through no fault of their own, were unable to file their individual damages demands with this Court within the time initially permitted.

Respectfully Submitted,

**COLVIN LAW FIRM**
A Professional Law Corporation


_____*/s/Benjamin T. Sanders*_____
**Benjamin T. Sanders, La. Bar #30842**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone:    (504) 367-9001
Facsimile:    (504) 367-0650
Email: bensanderslaw@gmail.com
Attorney for Faye Eymard and Howard Eymard



### CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing motion and memorandum in support have been forwarded to all interested parties by sending notification of such filing to all counsel of record who have elected e-mail notification by operation of the Court's electronic filing system and that a copy of the foregoing has been served upon all counsel of record or parties who are non-CM/ECF participants via facsimile and/or via hand delivery and/or United States mail, postage pre-paid and properly addressed this 12th day of __October__, 2017.



_____*/s/Benjamin T. Sanders*_____
   Benjamin T. Sanders