UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| | | MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: FAYE EYMARD AND HOWARD EYMARD | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File Motion to Enroll and Motion for Reconsideration:

**IT IS ORDERED** that Claimants, Faye Eymard and Howard Eymard, through their attorney, Benjamin T. Sanders, are permitted to file the accompanying Motion to Enroll and Motion for Reconsideration..

_____

**JUDGE**