## UNITED STATE DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *   MDL 2179<br>*<br>*   SECTION: J<br>*<br>*   JUDGE BARBIER<br>*<br>*   MAGISTRATE WILKINSON<br>*<br>* |
| THIS DOCUMENT RELATES TO:<br>FAYE EYMARD AND HOWARD EYMARD | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes Benjamin T. Sanders of the Colvin Law Firm, who respectfully requests this Honorable Court to enter an Order allowing him to enroll as additional counsel of record for Claimants Faye Eymard and Howard Eymard..

Respectfully Submitted,

**COLVIN LAW FIRM**
A Professional Law Corporation

_____/s/Benjamin T. Sanders_____
**Benjamin T. Sanders, La. Bar #30842**
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone:    (504) 367-9001
Facsimile:     (504) 367-0650
Email: bensanderslaw@gmail.com
Attorney for Faye Eymard and Howard Eymard

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing motion and memorandum in support have been forwarded to all interested parties by sending notification of such filing to all counsel of record who have elected e-mail notification by operation of the Court's electronic filing system and that a copy of the foregoing has been served upon all counsel of record or parties who are non-CM/ECF participants via facsimile and/or via hand delivery and/or United States mail, postage pre-paid and properly addressed this 12th day of __October__, 2017.

                                        ____/s/Benjamin T. Sanders_____
                                            Benjamin T. Sanders