UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * * | MDL 2179 <br> SECTION: J <br> JUDGE BARBIER <br> MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: FAYE EYMARD AND HOWARD EYMARD | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record, **IT IS ORDERED** that the Motion to Enroll Benjamin T. Sanders of the Colvin Law Firm is granted and Mr. Sanders is hereby enrolled as additional counsel of record on behalf of Faye Eymard and Howard Eymard.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**JUDGE**