UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  MDL 2179<br>*<br>*  SECTION: J<br>*<br>*  JUDGE BARBIER<br>*<br>*  MAGISTRATE WILKINSON<br>*<br>* |
| THIS DOCUMENT RELATES TO: FAYE EYMARD AND HOWARD EYMARD | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CLAIMANTS' MOTION TO RECONSIDER

NOW INTO COURT, through undersigned counsel, come Claimants, Faye Eymard and Howard Eymard who, pursuant to Federal Rule of Civil Procedure 60, respectfully request the Court grant this Motion to Reconsider and permit Claimants to supplement their damages to include their personal damages alleged against defendants for the following reasons, to wit:

**I.**

Claimants suffered individual and business damages as a result of the BP Oil Spill.

**II.**

Claimants hired a Louisiana licensed attorney to represent them within one year of the date of loss.

### III.

Claimants provided all necessary information to said attorney for the prosecution of their individual and business claims.

### IV.

Claimants' business claims were timely filed with the United States District Court for the Eastern District of Louisiana.

### V.

More than five years after the hiring of the attorney, Claimants were informed by their attorney that their individual damage claims were not properly or timely filed.

### VI.

The Court issued an Order on September 4, 2015 prohibiting the filing of new individual claims.

### VII.

Through no fault of their own, Claimants are now effectively barred from seeking just and appropriate relive for their individual damage claims.

Wherefore Claimants request this Court grant this Motion to Reconsider thereby allowing Claimants to supplement their claims to include their individual damages.

        Respectfully Submitted,

        **COLVIN LAW FIRM**
        A Professional Law Corporation

        _____/s/David L. Colvin_____
        **David L. Colvin, La. Bar #4353**
        230 Huey P. Long Avenue
        Gretna, LA 70053
        Telephone:    (504) 367-9001
        Facsimile:    (504) 367-0650
        Email: dcolvin@dcolvinlaw.com
        Attorneys for Faye Eymard and Howard Eymard

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing motion and memorandum in support have been forwarded to all interested parties by sending notification of such filing to all counsel of record who have elected e-mail notification by operation of the Court's electronic filing system and that a copy of the foregoing has been served upon all counsel of record or parties who are non-CM/ECF participants via facsimile and/or via hand delivery and/or United States mail, postage pre-paid and properly addressed this 12th day of __October__, 2017.

        _____/s/David L. Colvin_____
        David L. Colvin