UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * * | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: FAYE EYMARD AND HOWARD EYMARD | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Reconsider and Memorandum in Support, **IT IS ORDERED** that Claimants, Faye Eymard and Howard Eymard, are permitted to supplement their business claims with their individual claims.

_____

**JUDGE**