UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 § § § § § This Document Relates to: § No. 12-970 § § | | MDL NO. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE WILKINSON |

**PROPOSED ORDER**

Considering the above and foregoing Joint Motion for Status Conference;

**IT IS HEREBY ORDERED** that a Status Conference shall be held on the _____ day of _____, 2017, at _____ o'clock ____.M. to address the issues presented by the Class Members' Joint Motion for Status Conference.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE