IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 (10-md-2179) SECTION J |
| This document relates to: Case No. 2:11-cv-916 *Parish of Plaquemines v. BP PLC, et al.* | * * * * * * * | Honorable CARL J. BARBIER Magistrate Judge WILKINSON |

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaquemines Parish's Opposition to BP's Motion for Leave to Deposit Funds, filed by Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, PLLC,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the Reply to Plaquemines Parish's Opposition to BP's Motion for Leave to Deposit Funds shall be filed into the record.

New Orleans, Louisiana, this 11th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE