UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *All Cases, Including Nos. 12-968, 12-970, 15-4143, 15-4146, 15-4654* | * * | MAG. JUDGE WILKINSON |

## ORDER

The Court previously appointed John W. Perry, Jr., as Special Master for the purpose of making a recommendation regarding the allocation of common benefit attorneys' fees, shared expenses, and held costs. (Rec. Docs. 21281 & 21898). Today, the Special Master filed his recommendation. (Rec. Doc. 23491). The Court notes that none of the potential common benefit attorneys appear to object to Special Master's proposed allocation. (Rec. Doc. 23491 at 10-12 & n.33).

In accordance with Fed. R. Civ. Proc. 53(f)(2),

IT IS ORDERED that any objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs (Rec. Doc. 23491) shall be filed with the Court no later than Friday, October 20, 2017.

New Orleans, Louisiana, this 12th day of October, 2017.

_____
United States District Court