## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

MDL NO. 2179

SECTION "J"

THIS DOCUMENT RELATES ONLY TO:
Member Case: Plaquemines Parish v.
BP PLC, et al., Civil Action No. 11-916

JUDGE BARBIER
MAG. JUDGE WILKINSON

## LIMITED CONSENT TO PROCEED BEFORE A UNITED STATES
## (ATTORNEYS FEES INTERVENTIONS ONLY)

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to C. A. No. 11-916 hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in these cases, limited to the attorney's fees claims of the proposed intervenors, Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, P.L.L.C., against Plaquemines Parish, for all dispositive proceedings, including trial, if necessary, and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

11 October 17

DATE

Plaquemines Parish
Peter Barbee

David Landry, Esq.
Matthew Paul

BP
Don K. Haycraft

Martzell, Bickford & Centola,
APC    Matthew Paul

King, Krebs & Jurgens, P.L.L.C.
Matthew Paul

Oct. 11. 2017 2:54PM   Judge Wilkinson's Chambers                    No. 3934  P.P. 3

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a

United States Magistrate Judge of this court for all further proceedings and the entry of

judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the

parties.

New Orleans, Louisiana, this _12th_ day of _October_, 2017.

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed
hereon represent the consent of all
parties to the suit.