UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| Applies to: All Cases (including C.A. 12-970) | * | |
| | * | MAG. JUDGE WILKINSON |

## NOTICE OF FILING OF AMENDED DECLARATIONS IN COMPLIANCE WITH FIFTH CIRCUIT OCTOBER 12, 2017 ORDER

Patrick A. Juneau, as Claims Administrator (the "Claims Administrator") of the Deepwater Horizon Court Supervised Economic and Property Damages Settlement Program, provides this Notice of the filing of the annexed Amended Declarations of Robert Staneart (Exhibit A-1), and of Patrick Hron (Exhibit B-1) based on the following:

1. Pursuant to this Court's May 4, 2017 Order [Rec. Doc. 22772], on May 18, 2017 the Claims Administrator filed its Response to that Order [Rec. Doc.22851]. Attached to that Response were the May 18, 2017 Declarations of Robert Staneart (Exhibit A) [Rec. Doc.22851-1] and of Patrick Hron (Exhibit B) [Rec. Doc.22851-2].

2. That Response and those Declarations were filed in opposition to three filings (collectively, the "Filings") made on behalf of multiple claimants (the "Objecting Claimants") [Rec. Docs. 22042, 22307 and 22306].

3. By its Order dated May 24, 2017 (the "Denial Order") [Rec. Doc. 22870], this Court denied and overruled the Filings.

4. The Objecting Claimants appealed the Denial Order to the United States Court of Appeal for the Fifth Circuit under its Case No. 17-30544.

5. By its *Per Curiam* Order dated October 12, 2017 [Document 00514192353], the Fifth Circuit remanded to this Court, stating:

> IT IS ORDERED that, despite our agreement with the district judge in every other respect, our jurisdiction hinges on the compliance of the declarations relied on by the district judge with 28 U.S.C. § 1746, and that therefore the above captioned claims be REMANDED for renewed consideration with corrected accompanying declarations.

6. Accordingly, annexed Exhibit A-1 is submitted to correct prior Exhibit A [Rec. Doc.22851-1], and annexed Exhibit B-1 is submitted to correct prior Exhibit B [Rec. Doc.22851-2]. Both Amended Declarations add the "under penalty of perjury" language required under 28 U.S.C. § 1746.

New Orleans, Louisiana this 13th day of October, 2017.

Respectfully submitted,

*s/ J. David Forsyth*
J. David Forsyth
Louisiana Bar No.5719
Sessions Fishman Nathan & Israel, LLC
400 Poydras Street, Suite 2550
New Orleans, LA 70130
Tel: 504.582.1521/ Fax: 504.582.1555
jdf@sessions-law.com

*Attorney for Patrick A. Juneau, as Claims Administrator of the Deepwater Horizon Court Supervised Economic and Property Damages Settlement Program*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 13th day of October, 2017.

_s/ J. David Forsyth_
J. David Forsyth