# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 17-30544

_____

In Re: Deepwater Horizon

_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP, p.l.c.,

    Defendants - Appellees

v.

CLAIMANT 100325530; CLAIMANT 100294052; CLAIMANT 100326752; CLAIMANT 100298348; CLAIMANT 100326757; CLAIMANT 100296630; CLAIMANT 100327287; CLAIMANT 100326742; CLAIMANT 100327802,

    Movants – Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

Before HIGGINBOTHAM, JONES and COSTA, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that, despite our agreement with the district judge in every other respect, our jurisdiction hinges on the compliance of the declarations relied on by the district judge with 28 U.S.C. § 1746, and that therefore the above captioned claims be REMANDED for renewed consideration with corrected accompanying declarations.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 12, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-30544   In re: Deepwater Horizon  
                   USDC No. 2:10-MD-2179  
                   USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

Your appeal has been placed in abeyance this date pending a ruling, by the District Court, on the Fifth Circuit's order of October 12, 2017. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

                                 Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____  
                                   Shea E. Pertuit, Deputy Clerk  
                                   504-310-7666

P.S. to Mr. Blevins: Once the District Court Judge has made a ruling, please forward the case back to the Fifth Circuit.

Mr. William W. Blevins  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Leo D. Congeni  
Mr. J. David Forsyth  
Mr. Don Keller Haycraft  
Mr. James Andrew Langan  
Mr. John Nathan Cooper Ledbetter  
Mr. Martin R. Martos II  
Mrs. Kathryn Weatherly Munson  
Mr. Aaron Lloyd Nielson  
Mr. Devin Chase Reid  
Mr. Richard C. Stanley