UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

On May 24, 2017, the Court denied an Emergency Motion for a Preliminary, Mandatory Injunction Requiring the Claims Administrator to Process Petitioners' Claims and an Amended Motion for Entry of Order Deeming BP Claim to Be Timely Filed and overruled an Objection to the Report of the Claims Administrator. (Rec. Doc. 22870). The movants/objectors appealed. On October 12, 2017, the Fifth Circuit Court of Appeals issued the following per curiam decision:

> IT IS ORDERED that, despite our agreement with the district judge in every other respect, our jurisdiction hinges on the compliance of the declarations relied on by the district judge with 28 U.S.C. § 1746, and that therefore the above captioned claims be REMANDED for renewed consideration with corrected accompanying declarations.

(5th Cir. Dkt. 17-30544). In response to the Fifth Circuit's ruling, the Claims Administrator has filed a Notice of Filing Amended Declarations, attached to which are declarations that state, among other things, "I declare under penalty of perjury that the foregoing is true and correct." (Rec. Doc. 23496). The Court finds these amended declarations comply with 28 U.S.C. § 1746. Furthermore, for essentially the reasons previously provided by the Claims Administrator (supplemented by the amended declarations) and BP, the Court again finds that the movants' claims are untimely and re-denies their request to deem them timely submitted, assuming the terms of the Settlement would permit such action. Accordingly,

IT IS ORDERED that the Emergency Motion for a Preliminary, Mandatory Injunction Requiring the Claims Administrator to Process Petitioners' Claims (Rec. Doc. 22042) and the Amended Motion for Entry of Order Deeming BP Claim to Be Timely Filed (Rec. Doc. 22306) are re-DENIED; and

IT IS ORDERED that the Objection to the Report of the Claims Administrator (Rec. Doc. 22307) is, again, OVERRULED.

New Orleans, Louisiana, this 13th day of October, 2017.

_____
United States District Court

**Note to Clerk:** Per Fifth Circuit Clerk of Court's letter dated October 12, 2017, "please forward the case back to the Fifth Circuit."