UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Wilkerson |

## JOINT CONSENT MOTION
## CONCERNING CERTAIN LEGAL FEES INVOLVING GLEN LERNER

COMES NOW Special Master Louis J. Freeh, Glen Lerner, Glen Lerner PLLC, through counsel, and Farr, Farr, Emerich, Hackett & Carr, P.A.("Farr Law Firm"), through counsel, (jointly the "Parties") by joint consent motion to advise the Court that the Parties have agreed on a settlement and proposed resolution regarding the disposition of certain legal fees from claims paid by the Deepwater Horizon Court Supervised Settlement Program ("CSSP") currently held in escrow by the Farr Law Firm ("Escrow Funds") pursuant to this Court's Order entered on January 6, 2016 [Rec. Doc. 15703], and requesting that the Court enter the proposed order releasing the Escrow Funds in accordance with this agreed disposition.

The support for this motion and disposition of the Escrow Funds is more fully stated in the accompanying memorandum and proposed order.

Respectfully submitted,

SPECIAL MASTER LOUIS J. FREEH

By: _____
Gregory A. Paw
*Counsel to the Special Master*

GLENN LERNER &
GLENN LERNER PLLC

_____
PAULINE F. HARDIN (6542)
JAMES E. WRIGHT, III (13700)
Jones Walker LLP
201 St. Charles Avenue – 51st Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8110
Facsimile:    (504) 589-8110
E-Mail:        phardin@joneswalker.com
Telephone:   (504) 582-8234
Facsimile:    (504) 589-8234
E-Mail:        jwright@joneswalker.com

FARR, FARR, EMERICH,
HACKETT & CARR, P.A.

_____
GEORGE T. WILLIAMSON
Farr, Farr, Emerich, Hackett & Carr, P.A.
99 Nesbit Street
Punta Gorda, FL 33950
E-Mail:        gwilliamson@farr.com

Dated: October    , 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served this _____ day of October, 2017, on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                             /s/ Pauline F. Hardin
                                           Counsel