## TRUST ACCOUNT DISBURSEMENT REQUEST

CLIENT NAME: PPG - West Bay          Date: 4/15/2014

CLIENT NO. & MATTER NO. 9327 - 2

**Funds in Trust Account:**             **Amount**

Vintage Oil, LLC                        $ 400,000

_____               $ _____

_____               $ _____

Total in Trust Account Before Disbursement:   $ 400,000

Disbursements: (Exactly as to appear on check)

| Payee | Description | $100,000 Fee Amount |
|---|---|---|
| Mr B | Fee | $ 50,000 |
| Mr B | Costs | $ 45,000 |
| David Landry | Ref Fee | $ 50,000 |
| Plaquemines Parish Gov't | | $ 255,000 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Total Disbursement:                     $ _____

Balance in Trust Account After Disbursements:   $ 400,000

Prepared by: B. Jeanice      Approved: _____

jbd\forms\trust.req.

EXHIBIT "2"

5/15/2015

**TRUST ACCOUNT SETTLEMENT DISBURSEMENT FORM**
**RE: PPG -WEST BAY - OUR FILE NO. 9327-2**

| | | | |
|---|---|---|---|
| SETTLEMENT (ALL DEFENDANTS) | $700,000.00 | | |
| TOTAL FEE | | $175,000.00 | |
|     M&B FEE | | | $87,500.00 |
|     DAVID LANDRY REFERRAL FEE | | | $87,500.00 |
| M&B COSTS | | | $30,046.55 |
| NET TO PLAQUEMINES PARISH | | | $494,953.45 |
|     TOTAL DISBURSEMENT | | | $700,000.00 |