<u>R E S O L U T I O N NO. 01-214</u>

On motion of Council Member Theriot, seconded by Council Member Taliancich, and on roll call all members present voting "Yes", except Council Member Acosta, absent, the following Resolution was adopted:

> A Resolution to enter into a contingency fee agreement for professional services with Martzell & Bickford, Attorneys at Law, and David L. Landry, Attorney at Law; and otherwise to provide with respect thereto.

WHEREAS, it appears that certain mineral lessees and other parties may have breached their obligations to the Plaquemines Parish Government and may be liable to it for damages attributable to such breaches; and

WHEREAS, Martzell & Bickford and David L. Landry desire on behalf of Plaquemines Parish Government to pursue claims against parties legally responsible to Plaquemines Parish Government pursuant to a contingency fee agreement subject to the approval of the Attorney General of the State of Louisiana; and

WHEREAS, the President's Office & Mineral Office have recommended that Plaquemines Parish Government enter into a contingency fee agreement with Martzell & Bickford and David L. Landry to pursue and prosecute claims for damages against responsible parties; and

WHEREAS, Plaquemines Parish Government desires to enter into a contingency fee agreement with Martzell & Bickford and David L. Landry to prosecute claims against mineral lessees and other responsible parties with the approval of the Attorney General of the State of Louisiana; and

WHEREAS, all lawsuits that need to be filed in conjunction with the attached contingency fee agreement must be pre-approved by the Plaquemines Parish Government;

NOW, THEREFORE:

BE IT RESOLVED by the Plaquemines Parish Council that it hereby enters into a contingency fee agreement with Martzell & Bickford, Attorneys at Law and David L. Landry, Attorney at Law, pursuant to the terms, conditions and considerations of the attached contract and subject to the approval of the Attorney General of the State of Louisiana.

BE IT FURTHER RESOLVED by the Plaquemines Parish Council that it shall pre-approve all lawsuits to be filed in conjunction with the attached contingency fee agreement.

BE IT FURTHER RESOLVED by the Plaquemines Parish Council that the Parish President is hereby authorized to execute such contingency fee agreement for and on behalf of the Plaquemines Parish Government with Martzell & Bickford and David L. Landry on the terms and conditions set forth in the contract attached to this resolution and on such further terms and conditions as the Parish President deems to be in the best interest of Plaquemines Parish and the Plaquemines Parish Government.

BE IT FURTHER RESOLVED by the Plaquemines Parish Council that the Secretary of this Council is hereby authorized and directed to immediately certify and release this Resolution and that Parish employees and officials are authorized to carry out the purposes of this Resolution, both without further reading and approval by the Plaquemines Parish Council.

I hereby certify the above and foregoing to be a true and correct copy of a Resolution adopted by the Plaquemines Parish Council at a meeting held at its office in the Courthouse, Pointe ala Hache, Louisiana, on July 12, 2001.

*Kim M. Joups*
Secretary

EXHIBIT "3"