## PLAQUEMINES PARISH HOSPITAL SERVICE DISTRICT NUMBER ONE
### d/b/a PLAQUEMINES MEDICAL CENTER

### RESOLUTION TO APPROVE HIRING OF SPECIAL COUNSEL

WHEREFORE, the Plaquemines Parish Hospital Service District Number One, d/b/a Plaquemines Medical Center (the "Hospital") utilizes the services of Dominick Scandurro, Jr. of the law firm of Scandurro & Layrisson, L.L.C. as its contracts legal advisor in accordance with LRS 42:261, et seq.;

WHEREFORE, Charles J. Ballay, the District Attorney for the Parish of Plaquemines, has been consulted about the possibility of representing the Hospital in connection with its claim in the BP Oil Spill litigation, and the District Attorney has declined to handle the representation of the Hospital Board in that matter. The District Attorney's Office does not have the expertise or the personnel to handle such a claim and has no objection to the Hospital Board seeking independent counsel in connection with preparing and filing the claim in the BP litigation.

WHEREFORE, the law firm of Martzell & Bickford, APC,, represents the Parish of Plaquemines in connection with the Parish's claim in the BP litigation. The base investigative and accounting work in connection with the Plaquemines Parish claim has already been completed by the outside attorneys, and this is the same information needed in connection with the filing of the claim on behalf of the Hospital.

WHEREFORE, the Hospital intends to compensate the law firm of Martzell & Bickford, APC,, on a contingent fee basis. The contract would provide that the attorneys' fees would be 10% of the first 1.75 million dollars collected and a fee of 8% for any amounts collected over 1.75 million dollars.

NOW, THEREFORE BE IT RESOLVED that the Hospital declares that the necessity exists to hire Martzell & Bickford, APC,, attorneys, as special counsel for the reasons and fees set forth in this Resolution.

BE IT FURTHER RESOLVED that the Board of Commissioners of the Hospital urges Attorney General James D. "Buddy" Caldwell to approve this request for special counsel under the terms set forth herein.

| YEAS | NAYS |
|---|---|
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |
| *[signature]* | |

1

EXHIBIT "9"

## CERTIFICATE

I, Mary Ann Braud, Secretary of the Plaquemines Parish Hospital Service District Number One, d/b/a Plaquemines Medical Center, do hereby certify that the above and foregoing is a true and correct copy of a Resolution adopted at a meeting of the Board of Commissioners of the Plaquemines Parish Hospital Service District Number One, d/b/a Plaquemines Medical Center, at which a quorum was present and participating on the 29 day of November, 2012, in Belle Chasse, Louisiana.

*Mary D Braud*
MARY ANN BRAUD
Secretary of the Board of Commissioners of the
Plaquemines Parish Hospital Service District Number One
d/b/a Plaquemines Medical Center

COUNTERSIGNED:

JAMES L. CAPPIELLO
Chairman of the Board of Commissioners of the
Plaquemines Parish Hospital Service District Number One
d/b/a Plaquemines Medical Center

This Resolution has been approved by the Louisiana Attorney General, and the Board of Commissioners of the Plaquemines Parish Hospital Service District Number One, d/b/a Plaquemines Medical Center may proceed to hire Special Counsel as set out in the above Resolution.

JAMES D. "BUDDY" CALDWELL
LOUISIANA ATTORNEY GENERAL

Date: _____

APPROVED AS PER LETTER OF 1·23·13
JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL

BY: _____
RICHARD L. McGIMSEY
ASSISTANT ATTORNEY GENERAL

2