

# CHARLES J. BALLAY
## District Attorney
### Twenty-Fifth Judicial District
### PARISH OF PLAQUEMINES
www.25thDA.org

ROBERT M. WHITE
1st ASSISTANT DISTRICT ATTORNEY

JOSEPH E. ROBERTS
ASSISTANT DISTRICT ATTORNEY

JERRY J. LOBRANO
ASSISTANT DISTRICT ATTORNEY

MARY SLAVICH TOUZET
ASSISTANT DISTRICT ATTORNEY

EDWARD R. MCGOWAN
ASSISTANT DISTRICT ATTORNEY

DISTRICT ATTORNEY OFFICE:
25TH JUDICIAL DISTRICT
PARISH OF PLAQUEMINES
102 AVENUE G
BELLE CHASSE, LA 70037
**504-297-5146**
FAX 504-297-5157

PORT SULPHUR OFFICE:
28082 HIGHWAY 23, STE 208
PORT SULPHUR, LA 70083
**504-934-3644**

WRITER'S EMAIL:
charlesballay@25thda.org

DIRECT DIAL:
504-297-5150
DIRECT FAX:
504-324-0953

December 27, 2016

Hon. Amos Cormier, III
President-Elect, Plaquemines Parish Government

**HAND DELIVERED**

        RE:    Contingent Fee Contracts
                Plaquemines Parish Government

Dear Amos:

    Thank you for meeting with Sheriff Turlich and me recently at breakfast. Also, congratulations again on your election.

    As a follow-up to one item we discussed at the meeting, that is whether or not PPG can enter into contingent fee contracts, I did some research and checking around and as a result have reached the opinion that PPG can do so. The basic reason is that PPG is governed by its' own home rule charter and contingent fee contracts are not prohibited by our charter, nor by the LA Constitution. See LA Attorney General Opinion 05-0255 that is attached hereto.

    I hope this assist you.

    With kindest regards, I am,

                                        Very truly yours,

                                        CHARLES J. BALLAY
                                        DISTRICT ATTORNEY

CJB/sam
Enclosure

EXHIBIT "10"