# MARTZELL & BICKFORD

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
SPENCER R. DOODY
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH
ROSHAWN H. DONAHUE
JASON Z. LANDRY

† *also admitted in Texas & Colorado*

REGINA O. MATTHEWS
*OF COUNSEL*

BYRON J. JEANICE
OFFICE ADMINISTRATOR

E-MAIL: MB@MBFIRM.COM


received 7-18-13

July 16, 2013

Honorable Chairman Byron T. Marinovich
Plaquemines Parish Government
P. O. Box 7148
Buras, LA 70041

William Nungesser, Parish President
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037

Leo Palazzo, Parish Attorney
Plaquemines Parish Government Legal Department
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037

Re: Plaquemines Parish Government Claims Arising from Deepwater Horizon
**ATTORNEY CLIENT PRIVILEGE DOCUMENT: CONFIDENTIAL**

Dear Gentlemen:

It has been our pleasure serving as counsel for Plaquemines Parish Government. Over the past two years, our firms have invested thousands of hours and hundreds of thousands of dollars prosecuting the Parish's claims against the parties responsible for the Deepwater Horizon disaster. We are confident that our efforts will lead to a successful resolution for the Parish.

In the interim, pursuant to my conversation with Leo Palazzo this morning, and pursuant to our Agreement for Professional Legal Services ("Agreement") dated 8-24-2011, please be advised that we are exercising our right to extend this Agreement for an additional two (2) year term.

EXHIBIT "11"

July 16, 2013
Page Two

If you have any questions, please do not hesitate to contact us. In the meantime, we will continue to place all our efforts behind an expeditious resolution in favor of the Parish.

Yours truly,

MARTZELL AND BICKFORD, APLC

Scott R. Bickford

*and*

KING, KREBS AND JURGENS, PLLC

Henry A. King

SRB/jh

G:\Clients\PLAQUEMINES DEEPWATER\Correspondence\Nungesser 2013-07-16.wpd