# MARTZELL & BICKFORD

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
LAWRENCE J. CENTOLA, III

SPENCER R. DOODY
NEIL F. NAZARETH
ROSHAWN H. DONAHUE
JASON Z. LANDRY

† also admitted in Texas & Colorado

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

August 3, 2015

BYRON J. JEANICE
OFFICE ADMINISTRATOR

E-MAIL: MB@MBFIRM.COM

**Via Email and U.S. Mail**
Honorable Chairman Benny Rousselle
Plaquemines Parish Government
333 F. Edward Hebert, Blvd. Building 100
Belle Chase, LA 70037
*brousselle@ppgov.net*

Honorable Amos Cormier, Parish President
Plaquemines Parish Government
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037
*acormier@ppgov.net*

Joel Loeffelholz, Parish Attorney
Plaquemines Parish Government Legal Department
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037
*jloeff@ppgov.net*

Re: Plaquemines Parish Government Claims Arising from Deepwater Horizon
**ATTORNEY CLIENT PRIVILEGE DOCUMENT: CONFIDENTIAL**

Dear Gentlemen:

It has been our pleasure serving as counsel for Plaquemines Parish Government. Over the past four years, our firms have invested thousands of hours and nearly a Million Dollars prosecuting the Parish's claims against the parties responsible for the Deepwater Horizon disaster. These include not only BP but potential recoveries against Transocean and Halliburton. We are confident that our efforts will lead to a successful resolution for the Parish.

In the interim, pursuant to my conversation with Joel Loeffelholz this morning, and pursuant to our Agreement for Professional Legal Services ("Agreement") dated 8-24-2011, please be advised Scott R. Bickford of Martzell & Bickford, APC, King, Krebs and Jurgens, L.L.C., and David Landry are exercising our right to extend this Agreement for an additional two (2) year term

EXHIBIT "12"

August 3, 2015
Page Two

If you have any questions, please do not hesitate to contact us. In the meantime, we will continue to place all our efforts behind an expeditious resolution in favor of the Parish.

Yours truly,

MARTZELL AND BICKFORD, APLC

*Scott R. Bickford*

Scott R. Bickford

*and*

KING, KREBS AND JURGENS, PLLC

*Henry A. King*

Henry A. King

and

DAVID L. LANDRY, ATTORNEY AT LAW

*David L. Landry*

David L. Landry

SRB/jh

G:\Clients\PLAQUEMINES DEEPWATER\Correspondence\Loeffelholz extension of contract letter 2015-08-15.wpd