

**mb&c**

Martzell, Bickford & Centola APC
S    Attorneys at Law

John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III

Spencer R. Doody
Neil F. Nazareth
Roshawn H. Donahue
Jason Z. Landry
Christopher H. Carbine

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

June 12, 2017

**HAND DELIVERY**
Peter A. Barbee, Parish Attorney
Plaquemines Parish Government Legal Department
8056 Hwy 23, Suite 200
Belle Chasse, LA 70037

    Re:    Plaquemines Parish Government Claims Arising from Deepwater Horizon
            **ATTORNEY CLIENT PRIVILEGE DOCUMENT: CONFIDENTIAL**
            Extension of Contract

Dear Peter:

    It has been our pleasure serving as counsel for Plaquemines Parish Government. Over the past six years, our firms have invested thousands of hours and nearly a million dollars in out of pocket costs in prosecuting the Parish's claims against the parties responsible for the Deepwater Horizon disaster. These include not only BP but punitive damage claims against Transocean and Halliburton. With the submittal of the release paper work, all of our work has been completed regarding the claims under OPA and the General Maritime Laws and we await impending funding of the settlement with BP.

    In the Parish's claim in the class settlement of punitive damages, we successfully argued for the diversion of a majority of the money in the class settlement fund to be awarded to the New Class (of which the Parish is a member) and this position was adopted by the court. We further urged and received an expanded methodology for proof of damages so the Parish will now be permitted to present proof of its damages beyond just SCAT line damages. After extensive work with the Parish Assessor, we have completed the documentation of Parish ownership of affected wetlands and such property is now recorded with the Parish and such recordation has been accepted by the State Tax Commission. Finally, we have assessed the extent of the oiling and completed and submitted a claim for damages. The Parish is now awaiting a determination from the Special Master concerning the amount of funding of that claim and receipt of those funds.

EXHIBIT "13"

Peter A. Barbee, Parish Attorney
June 12, 2017
Page Two

  Per Section 7.2 of our Agreement for Professional Legal Services dated April 15, 2011 ("Agreement"), this letter will confirm that the Parish's appointed counsel [Scott R. Bickford of Martzell & Bickford, APC, King, Krebs and Jurgens, L.L.C., and David Landry] are exercising their right to extend the Agreement for an additional two (2) year term in order that we may complete the services required on the open matter outlined above.

  If you have any questions, please do not hesitate to contact us. In the meantime, we will continue to place all our efforts behind an expeditious resolution of this matter on the best possible terms for the Parish.

         Yours truly,

         MARTZELL, BICKFORD & CENTOLA

         *[signature]*

         Scott R. Bickford

         and

KING, KREBS AND JURGENS, PLLC

*Henry A. King*

Henry A. King

and

DAVID L. LANDRY, ATTORNEY AT LAW

*David L. Landry*

David L. Landry

SRB/jh

cc: Honorable Chairman John Barthelemy (via e-mail)