# Plaquemines Parish Government

**Directors**
Administration - To Be Announced
Operations - Stanley Wallace
Public Service - Michael W Jiles

**INTERIM PARISH PRESIDENT**
**Edward P Theriot**

8056 Hwy. 23, Suite 213
Belle Chasse, Louisiana 70037
(504) 297-5537
Fax (504) 433-8324
eMail: etheriot@ppgov.net

**Council Members**
District 1 - John L Barthelemy Jr.
District 2 - William "Beau" Black
District 3 - Kirk M Lepine
District 4 - Irvin Juneau Jr.
District 5 - Benedict "Benny" Rousselle
District 6 - Charlie Burt
District 7 - Audrey Trufant-Salvant
District 8 - Jeff E Edgecombe
District 9 - Nicole Williams

June 30, 2016



King, Krebs & Jurgens, L.L.C.
201 St.Charles Avenue
45th Floor
New Orleans, Louisiana 70170

Greetings:

This is to notify the firm of King, Krebs & Jurgens, L.L.C., that the Plaquemines Parish Government (PPG) now terminates the representation of PPG by King, Krebs & Jurgens, L.L.C. in the *matter In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaquemines Parish Government* (2:11-CV 00916-CJB SS).

King, Krebs & Jurgens, L.L.C. is directed to deliver to PPG the file on the litigation to the PPG Legal Department, 8056 Highway 23, Second Floor, Belle Chasse, Louisiana 70037, or as otherwise directed by the Parish President.

Sincerely,

*Edward P. Theriot*
Edward P. Theriot
Interim Parish President

*Melvin J Burmaster*
assistant parish attorney

8056 Hwy.23 Belle Chasse, Louisiana 70037  -  (504) 297-5000  -  www.plaqueminesparish.com

EXHIBIT "14"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                                    ☐ Agent<br>                                         ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>King, Krebs &Jurgens, L.L.C.<br>201 St. Charles Avenue—45th Fl<br>New Orleans, LA  70170 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 2810 0002 1870 6088 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Parish Government

SH PRESIDENT
Hwy. 23, Suite 308
Chasse, LA 70037



02 1P       $ 006.46⁵
0002709911  JUN 30 2016
MAILED FROM ZIP CODE 70037

King, Krebs & Jurgens, L. L. C.
201 St. Charles Avenue
45th Floor
New Orleans, LA  70170