# KING KREBS & JURGENS PLLC

| | | COUNSELORS AT LAW | | |
|---|---|---|---|---|
| HENRY A. KING (1)<br>PATRICIA A. KREBS (1)<br>GEORGE B. JURGENS III<br>ROBERT J. BURVANT (1)<br>J. GRANT COLEMAN, LLM (2)(4)<br>ERIC E. JARRELL<br>LEN R. BRIGNAC (1)(3)(5)<br>TIMOTHY S. MADDEN<br>ROBERT J. STEFANI (1)(2)(7) | JAMES D. BERCAW<br>LINDSAY A. LARSON III<br>DAVID A. STRAUSS (1)(8)<br>JEFFREY M. BURMASTER<br>DOUGLAS P. MATTHEWS<br>MICHAEL L. VINCENZO<br>CHRISTIAN A. GARBETT (1)<br>JOHN A. CANGELOSI<br>ADAM P. MASSEY | 201 ST. CHARLES AVENUE<br>45TH FLOOR<br>NEW ORLEANS, LA 70170<br>TELEPHONE: (504) 582-3800<br>FAX: (504) 582-1233 | JOSEPH A. DEVALL, JR<br>SUSAN E. DINNEEN (2)(10)<br>MICHAEL J. CERNIGLIA (11)<br>BRENT M. BURNS<br>R. DANIEL SERIO, JR.<br>CAROLYN S. BUCKLEY<br>REED M. COLEMAN (12) | FABIAN M. NEHRBASS<br>NICOLE M. BABB<br>LAURA E. AVERY<br>BRIAN A. CLARK<br>ANDREW J. REBENNACK<br>Of Counsel:<br>JOSEPH R. MESSA (9)<br>JOANNE MANTIS (6) |
| (1) ALSO ADMITTED IN TEXAS<br>(2) ALSO ADMITTED IN WASHINGTON, D.C.<br>(3) ALSO ADMITTED IN FLORIDA | (4) TAX LAW SPECIALIST<br>CERTIFIED BY THE LOUISIANA<br>BOARD OF LEGAL SPECIALIZATION<br>(5) REGISTERED PATENT ATTORNEY | | (6) ALSO ADMITTED IN GREECE<br>(7) ALSO ADMITTED IN NEW YORK<br>(8) ALSO ADMITTED IN ILLINOIS<br>(9) ADMITTED IN TEXAS ONLY | (10) ALSO ADMITTED IN MARYLAND<br>(11) ALSO ADMITTED IN COLORADO<br>(12) ALSO ADMITTED IN ALABAMA |

Henry A. King
Member
hking@kingkrebs.com
504.582.3805 Direct

July 8, 2016

<u>**VIA EMAIL &**</u>
<u>**U.S. MAIL**</u>

Mr. Edward P. Theriot
Interim Parish President
Plaquemines Parish Government
8056 Hwy. 23, Suite 213
Belle Chasse, LA 70037

Re:  *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaquemines Parish Government (2:11-cv-00916-CJB SS)*

Dear Mr. Theriot:

We are writing in response to your letter dated June 30, 2016 wherein the Plaquemines Parish Government ("PPG" or the "Parish"), through the office of the Interim Parish President, has notified King, Krebs & Jurgens, L.L.C. ("KKJ") of its purported termination of KKJ's contract to represent PPG in the *Deepwater Horizon* litigation (the "Litigation"). For the reasons set forth below, it is our position that the purported termination of KKJ is void and without legal effect.

The Parish Council, through Ordinance No. 11-238 (attached hereto as Exhibit "A"), authorized the retention of KKJ on August 11, 2011. We have not been provided any evidence that the Parish Council has considered, much less passed, a resolution to terminate KKJ's employment. In fact, it is our understanding that the Parish Council was not consulted in connection with the purported termination of KKJ. As such, we believe that the purported notice of termination is without legal effect and that KKJ continues to represent the Parish in connection with the Litigation and all related legal matters.

By way of background, KKJ, in conjunction with the firm of Martzell & Bickford, L.L.C. and David Landry (collectively, "M&B"), has been providing legal representation to PPG in connection with the Litigation for over five (5) years. During this time, KKJ has expended thousands of hours researching PPG's claims, engaging experts, preparing pleadings and

Mr. Edward P. Theriot
July 8, 2016
Page -2-

advocating on behalf of the Parish in court and in ancillary proceedings. We have also incurred hundreds of thousands of dollars in unreimbursed out-of-pocket expenses funding scientific and economic studies in order to support the Parish's claims. We believe that M&B will confirm the unwavering commitment of KKJ in its representation of PPG and of our valued role in continuing to represent PPG through the successful conclusion of this Litigation. Throughout our representation, we have maintained continuous communications with the Parish President, as well as the Parish Council. At no point during our representation have we ever received a complaint or critical comment regarding our performance.

As you know, KKJ has been active in negotiations with certain individuals (i.e. the "Neutrals") which have been assigned by Judge Barbier to attempt an amicable resolution of PPG's claim. We believe that we have developed an effective working relationship with the Neutrals which, working together with M&B, may facilitate a resolution of PPG's claim in the near future.

It is our strong preference to resolve this apparent misunderstanding in a swift, amicable and private manner. I have previously reached out to Melvin Burmaster and requested that you and I meet face-to-face to address any concerns you might have concerning KKJ's representation of PPG in this matter. I will call you early in the coming week so that we may have the opportunity to meet and address any concerns you might have.

In closing, we want you to know that KKJ has always kept the welfare of PPG as our paramount interest in this matter and we have and will continue to zealously pursue a resolution of this matter that will serve the long-term interests of the citizens of Plaquemines Parish.

With best regards, I remain,

Very truly yours,

Henry A. King

HAK/db

cc:  Mr. Melvin Burmaster (via email)
     Ms. Scott Bickford (via email)
     Mr. David Landry (via email)

{N1191522 -}

ORDINANCE NO. 11-238

The following Ordinance was offered by Council Member Guey who moved its adoption:

An Ordinance to amend Ordinance No. 11-77, authorizing the Parish President to enter into negotiations and execute contracts with Martzell Bickford, L.L.C., David Landry, of Counsel to Martzell Bickford and King, Krebs & Jurgens, L.L.C., for professional legal services for the development of claims and for filing litigations against the British Petroleum Companies, Transocean and other companies/entities/individuals involved in the April 20, 2010, Macondo Well Blowout and Oil Spill; and otherwise to provide with respect thereto.

WHEREAS, the Plaquemines Parish Council adopted Ordinance No. 11-77 on April 14, 2011, authorizing the Parish President to negotiate and execute a contract with Martzell Bickford, L.L.C. and David Landry, Attorney at Law, for professional legal services for the development of claims and for filing litigation against the British Petroleum Companies, Transocean, and other companies/entities/individuals involved in the April 20, 2010, Macondo well blowout and oil spill; and

WHEREAS, the Parish President has recommended the addition of the law firm of King, Krebs & Jurgens, L.L.C., as co-counsel with Martzell Bickford and David Landry due to such firm's high ranking with Martzell Bickford/David Landry in the proposals in response to the Parish's RFP; and

WHEREAS, the Council has reviewed the proposals and concurs with the Parish President's recommendations; and

NOW, THEREFORE:

BE IT ORDAINED BY THE PLAQUEMINES PARISH COUNCIL THAT:

SECTION 1

It hereby approves of the professional services contract jointly with Martzell Bickford, L.L.C., David Landry, Of Counsel to Martzell Bickford, and King, Krebs & Jurgens, L.L.C. for professional legal services for the representation of the Parish and the Parish Government and their claims against the BP companies, Transocean, and all other companies/entities/individuals involved in the Macondo Well blowout and oil spill of April 20, 2010.

SECTION 2

The Secretary of this Council is hereby authorized and directed to immediately certify and release this Ordinance and that Parish employees and officials are authorized to carry out the purposes of this Ordinance, both without further reading and approval by the Plaquemines Parish Council.

WHEREUPON, in open session the above Ordinance was read and considered section by section and as a whole.

Council Member Buras seconded the motion to adopt the Ordinance.

The foregoing Ordinance having been submitted to a vote, the vote resulted as follows:

YEAS: Council Members Percy P.V. Griffin, Keith Hinkley, Stuart J. Guey, Anthony L. Buras, Jeff Edgecombe, Byron T. Marinovich, and Marla Cooper

NAYS: Council Members Kirk M. Lepine, and Burghart Turner

ABSENT: None

PRESENT BUT NOT VOTING: None

And the Ordinance was adopted on this the 11th day of August, 2011.

I hereby certify the above and foregoing to be a true and correct copy of an Ordinance adopted by the Plaquemines Parish Council at a meeting held in the Plaquemines Parish Temporary Courthouse Building, 450 F. Edward Hebert Blvd., Belle Chasse, Louisiana, on Thursday, August 11, 2011.

*Melissa P. LeBlanc*
Secretary

EXHIBIT "A"