# Leo Congeni

| | |
|---|---|
| **From:** | Geraldine Bowen <gbowen@dhecc.com> |
| **Sent:** | Wednesday, November 16, 2016 10:24 AM |
| **To:** | Leo Congeni |
| **Subject:** | RE: New Notices Posted to Your DWH Portal |

**RE:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Hi Leo,

The documents' visibility is impacted by the pop-up blocker – I do not know why but when it is turned off, the documents become visible.

I can see the documents and open them and they are filed and have actually triggered the accountant review.

Thank you.

Kind regards,

Gerri


**Geraldine Bowen**
**Deepwater Horizon Claims Center**
gbowen@dhecc.com
Telephone: (804) 214-2839 Ext 4375
www.deepwaterhorizoneconomicsettlement.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Leo Congeni [mailto:leo@congenilawfirm.com]
**Sent:** Wednesday, November 16, 2016 11:16 AM
**To:** Geraldine Bowen
**Subject:** RE: New Notices Posted to Your DWH Portal

Why does PoP-Up Blocker impact? Portal gives me the impression I filed the document, but when I went to review, no documents were filed.

**From:** Geraldine Bowen [mailto:gbowen@dhecc.com]
**Sent:** Wednesday, November 16, 2016 10:13 AM
**To:** Leo Congeni <leo@congenilawfirm.com>
**Subject:** RE: New Notices Posted to Your DWH Portal


EXHIBIT A