IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*  Section J<br>*<br>*  HONORABLE<br>*  CARL J. BARBIER<br>* |
| This document relates to Case No. 12-970.<br>_____ | *  MAGISTRATE<br>*  JUDGE WILKENSON |

**Coastal Business Products; Dan Karpuk Htg. & Cooling; Psychological Medical Solutions; Teel & Waters Realty Compoany; Coastal Brick, LLC: Allen Ray McGinnis; Brandon O. Stewart, PA;  Elzbiata Stinebaugh; and Kiva Construction and Engineering, Inc.,**

   **Plaintiffs/Petitioners,**

**v.**

**Patrick Juneau, Claims Administrator for the Deepwater Horizon Economic Claims Center,**

   **Defendant.**
_____/

**JOINT MOTION TO SET HEARING OR STATUS CONFERENCE ON REMAND FROM THE FIFTH CIRCUIT COURT OF APPEALS REGARDING MOTIONS TO DEEM BP CLAIMS TO BE TIMELY FILED AND TO COMPEL <u>CLAIMS ADMINISTRATOR TO PROCESS CLAIMS</u>**

Coastal Business Products, Dan Karpuk Heating & Air, Inc., Psychological Medical Solutions, Teel & Waters Realty Company, Coastal Brick, LLC, Allen Ray McGinnis, Brandon O. Stewart, PA, and Elzbiata Stinebaugh (collectively the "Coastal Business Plaintiffs"), through undersigned counsel, and Kiva Construction and Engineering, Inc., ("Kiva"), through undersigned

1

counsel, request that the Court schedule a hearing or status conference on the following matters:

- *Petitioner's Emergency Motion for a Preliminary, Mandatory Injunction Requiring the Claims Administrator to Process Petitioners' Claims* [Doc. 22042] (the "Motion for Injunctive Relief") filed by the Coastal Business Plaintiffs on January 4, 2017.

- *Motion for Entry of Order Deeming BP Claim to be Timely Filed* [Doc. 22306] (the "Motion to Deem Claim Timely Filed") filed by Kiva on February 23, 2017.

- *Objection to the Report of the Claims Administrator* [Doc. 22307] (the "Objection") filed by the Coastal Business Plaintiffs on February 23, 2017.

(collectively, the "Motions").

Pursuant to its Order [ECF No. 22870], this Court denied the Motions. Pursuant to order dated October 12, 2017,[1] the United States Court of Appeals for the Fifth Circuit remanded the Motions. Contemporaneously with the filing of this motion, movants filed a Brief on Remand [ECF No. 23503], and request that issues on remand be set for hearing before this Court.

WHEREFORE, Coastal Business Products, Dan Karpuk Heating & Air, Inc., Psychological Medical Solutions, Teel & Waters Realty Company, Coastal Brick, LLC, Allen Ray McGinnis, Brandon O. Stewart, PA, Elzbiata Stinebaugh and Kiva Construction and Engineering, Inc. respectfully request that the Court set the Motions for hearing or status conference and for such other and further relief as the Court deems just and equitable.

> Respectfully submitted,
>
> **CONGENI LAW FIRM, LLC**
>
> BY: */s/Leo D. Congeni*
> LEO D. CONGENI  (#25626)
> 424 Gravier Street
> New Orleans, LA  70130
> Telephone: 504-522-4848
> Facsimile:  914-992-0378
> Email:  leo@congenilawfirm.com

---

[1] Fifth Circuit Case No. 17-30544, Document: 00514192352.

*Attorney for Kiva Construction & Engineering, Inc.*

BY:   */s/ John N.C. Ledbetter*
      JOHN N.C. LEDBETTER, ESQ.
      4641 Gulfstarr Drive, Suite 102
      Destin, Florida  32541
      led@destinlawgroup.com
      850.650.1040

**Attorney for the Coastal Business Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *Motion* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of October, 2017.

      */s/ Leo D. Congeni*

      _____
      LEO D. CONGENI