IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*  Section J<br>*<br>*  HONORABLE<br>*  CARL J. BARBIER<br>* |
| This document relates to Case No. 12-970.<br>_____ | *  MAGISTRATE<br>*  JUDGE WILKENSON |

**Coastal Business Products; Dan Karpuk Htg. & Cooling; Psychological Medical Solutions; Teel & Waters Realty Compoany; Coastal Brick, LLC: Allen Ray McGinnis; Brandon O. Stewart, PA;  Elzbiata Stinebaugh; and Kiva Construction and Engineering, Inc.,**

   **Plaintiffs/Petitioners,**

**v.**

**Patrick Juneau, Claims Administrator for the Deepwater Horizon Economic Claims Center,**

   **Defendant.**
**_____/**

### ORDER

Upon considering the *Joint Motion to Set Hearing or Status Conference on Remand from the Fifth Circuit Court of Appeals Regarding Motions to Deem BP Claims to be Timely Filed and to Compel Claims Administrator to Process Claims* (the "Joint Motion") filed by Coastal Business Products, Dan Karpuk Heating & Air, Inc., Psychological Medical Solutions, Teel & Waters Realty Company, Coastal Brick, LLC, Allen Ray McGinnis, Brandon O. Stewart,  PA , Elzbiata Stinebaugh, and Kiva Construction and Engineering, Inc. (collectively, "Movants"),

**IT IS ORDERED** that the hearing on remand from the United States Court of Appeals for the Fifth Circuit regarding the Motions[1] filed by Movants is scheduled for _____.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**Judge Carl J. Barbier**
**United States District Court Judge**

---

[1]  The Motions are as follows:

    a.    Petitioners' Emergency Motion for a Preliminary, Mandatory Injunction Requiring the Claims Administrator to Process Petitioners' Claims [ECF No. 22042];

    b.    Objection to the Report of the Claims Administrator [ECF No. 22307;

    c.    Amended Motion for Entry of Order Deeming BP Claim to Be Timely Filed [ECF No. 22306].