IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * * | |
| This document relates to: 12-cv-970 | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge WILKINSON |

## JOINT MOTION FOR LEAVE TO FILE CLAIMS MATERIALS UNDER SEAL

Porto Castelo, Inc. ("PC"), BP Exploration & Production Inc., BP America Production Co., and BP plc, by and through their attorneys, hereby jointly respectfully request that this Court enter an order granting them leave to file under seal relevant materials from the record of PC's claim in the Court Supervised Settlement Program.  A supporting memorandum and proposed order are attached to this motion.

October 18, 2017                                  Respectfully submitted,

/s/ Gus E. Pappas                            /s/ Devin C. Reid
Gus E. Pappas                                Don K. Haycraft
DABNEY PAPPAS                                Devin C. Reid
1776 Yorktown, Suite 425                     LISKOW & LEWIS LLP
Houston, TX 77056                            701 Poydras Street, Suite 5000
Telephone: (713) 621-2678                    New Orleans, LA 70139
Facsimile: (713) 621-0074                    Telephone: (504) 556-4128
gus@dabneypappas.com                         Facsimile: (504) 556-4108
                                             dkhaycraft@liskow.com
*Attorney for Porto Castelo, Inc.*           dcreid@liskow.com

                                             *Attorneys-in-Charge for BP Exploration &*
                                             *Production Inc., BP America Production Co.,*
                                             *and BP plc*

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of October, 2017.

                                                /s/ Devin C. Reid

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: 12-cv-970 | * * * * * | Honorable CARL J. BARBIER |
| | | Magistrate Judge WILKINSON |

## MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION FOR LEAVE TO FILE CLAIMS MATERIALS UNDER SEAL

Porto Castelo, Inc. ("PC"), BP Exploration & Production Inc., BP America Production Co., and BP plc jointly respectfully request leave to file under seal materials from the record of PC's claim in the Court Supervised Settlement Program ("CSSP").

### Background

PC appealed this Court's August 24, 2017 order denying PC's motion for an extension of time to file its request for discretionary review.  Rec. Doc. 23440.[1]  The Fifth Circuit directed the parties to cooperate in preparing a joint designation of record.  Appeal No. 17-30777, Doc. No. 514183071.  The record of PC's claim in the CSSP may be pertinent to PC's appeal.

### Discussion

Consistent with relevant procedures, the record of PC's claim in the CSSP has not been placed on this Court's docket.  Docketing that CSSP material will ensure that the full record of

---

[1] Citations to "Rec. Doc." refer to the docket in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-2179 (E.D. La.) ("MDL 2179").

the claim is available to the Fifth Circuit. Because that material contains confidential personal and financial information, it should be docketed under seal.

The Fifth Circuit has placed appeals from the CSSP under seal because "the documents and records supporting the appeals process for discretionary review of settlement claims will necessarily contain information the district court has designated as confidential." Order, *In re Deepwater Horizon*, No. 13-30843 (Sept. 8, 2015). Additionally, this Court has sealed documents and records on discretionary review of settlement claims "[b]ecause of the sensitive nature of the information contained in claims files and appeals involving them." Rec. Doc. 15643; *see also* Rec. Doc. 6822. Finally, the *Deepwater Horizon* Economic and Property Damages Settlement Agreement ("Settlement Agreement" or "Agreement") includes confidentiality protections. *See, e.g.*, Agreement § 22.1.

These various protections focus on safeguarding confidential information—in particular, confidential information regarding claimants' finances. Under the Settlement Agreement, claimants must provide sensitive information to the CSSP, often including tax filings, credit card receipts, customer logs, and competitor reports. *See, e.g.*, Settlement Agreement Ex. 4A. Accordingly, as long as it is done consistently with the limits on disclosure imposed by this Court and the Settlement Agreement, claimants have a right to ensure that confidential information remains under seal. Courts, of course, have broad authority to protect confidential information against public disclosure. *See, e.g.*, *United States* v. *Holy Land Found.*, 624 F.3d 685, 689 (5th Cir. 2010) ("A court may deny access to records if the records become a vehicle for improper purposes.").