**Conclusion**

For the reasons set forth above, the parties jointly respectfully request that this Court grant them leave to file under seal relevant materials from PC's CSSP claim.

October 18, 2017                                     Respectfully submitted,

/s/ Gus E. Pappas                                    /s/ Devin C. Reid
Gus E. Pappas                                        Don K. Haycraft
DABNEY PAPPAS                                        Devin C. Reid
1776 Yorktown, Suite 425                             LISKOW & LEWIS LLP
Houston, TX 77056                                    701 Poydras Street, Suite 5000
Telephone: (713) 621-2678                            New Orleans, LA 70139
Facsimile: (713) 621-0074                            Telephone: (504) 556-4128
gus@dabneypappas.com                                 Facsimile: (504) 556-4108
                                                     dkhaycraft@liskow.com
*Attorney for Porto Castelo, Inc.*                   dcreid@liskow.com

*Attorneys-in-Charge for BP Exploration &
Production Inc., BP America Production Co.,
and BP plc*

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of October, 2017.

                                                        /s/ Devin C. Reid

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: 12-cv-970 | * * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge WILKINSON |

**ORDER GRANTING THE PARTIES'**
**JOINT MOTION FOR LEAVE TO FILE CLAIMS MATERIALS UNDER SEAL**

Having considered the joint motion of Porto Castelo, Inc. ("PC"), BP Exploration & Production Inc., BP America Production Co., and BP plc requesting leave to file under seal materials from the record of PC's claim in the Court Supervised Settlement Program ("CSSP"),

IT IS HEREBY ORDERED that the parties' joint motion is GRANTED;

IT IS FURTHER ORDERED that the parties may file under seal materials from the record of PC's claim in the CSSP for inclusion in the designation of record in Fifth Circuit Appeal No. 17-30777, and these materials shall be maintained under seal.

New Orleans, Louisiana, this ____ day of October 2017.

_____
United States District Judge