IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * * | |
| This document relates to: 12-cv-970 | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge WILKINSON |

ORDER GRANTING THE PARTIES'
JOINT MOTION FOR LEAVE TO FILE CLAIMS MATERIALS UNDER SEAL

Having considered the joint motion of Porto Castelo, Inc. ("PC"), BP Exploration & Production Inc., BP America Production Co., and BP plc requesting leave to file under seal materials from the record of PC's claim in the Court Supervised Settlement Program ("CSSP"),

IT IS HEREBY ORDERED that the parties' joint motion is GRANTED;

IT IS FURTHER ORDERED that the parties may file under seal materials from the record of PC's claim in the CSSP for inclusion in the designation of record in Fifth Circuit Appeal No. 17-30777, and these materials shall be maintained under seal.

New Orleans, Louisiana, this ____ day of October 2017.

_____
United States District Judge