UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE WILKINSON |

## ORDER

IT IS ORDERED that Coastal Business Products, et al.'s Joint Motion to Set Hearing or Status Conference (Rec. Doc. 23504) is DENIED. *See* Rec. Doc. 23499.

New Orleans, Louisiana, this 19th day of October, 2017.

_____
United States District Court