# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 20, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

       No. 16-30918     In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970

The court has granted appellant's motion to reinstate the appeal.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

Mr. William W. Blevins
Mr. David Andrew Christenson
Mr. Jeffrey Bossert Clark, Sr.
Mr. Don Keller Haycraft
Mr. Russell Keith Jarrett
Mr. James Andrew Langan
Mr. Martin R. Martos, II