UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISINANA

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| No. 11-cv-00916 | * | MAGISTRATE JUDGE WILKINSON |
| *Parish of Plaquemines v. BP PLC, et al* | * | |

## ORDER

Considering the above and foregoing Motion for Leave to File Reply to Special Counsel's Opposition to Motion to Dismiss, filed by Plaquemines Parish Government,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the Reply to Special Counsel's Opposition to Motion to Dismiss shall be filed into the record.

New Orleans, Louisiana this ___ day of October 2017.

_____
UNITED STATE MAGISTRATE JUDGE

00530625-1

1