# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br> **JUDGE BARBIER** |
| **This Document Relates to:** *All Cases (Including No. 12-970)* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

The Court previously appointed John W. Perry, Jr. as a Special Master in this matter. (Rec. Docs. 21281, 21898). The Court has received "Special Master Invoice No. 4," regarding Mr. Perry's fees and expenses from August 1, 2017 through October 16, 2017. Having reviewed the invoice and finding it reasonable, the Court approves payment in full. Accordingly,

IT IS ORDERED that Philip A. Garrett, CPA, be and is hereby authorized and directed to arrange for the payment of John W. Perry, Jr.'s "Special Master Invoice No. 4" from the Common Benefit Fee and Cost Fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement in the amount of $173,692.40 (one hundred seventy-three thousand six hundred ninety-two and forty cents).

IT IS FURTHER ORDERED that the Clerk shall file "Attachment 1," the one-page summary cover sheet for Special Master Invoice No. 4, as an UNsealed attachment to this Order.

IT IS FURTHER ORDERED that the Clerk shall file "Attachment 2," the itemized portion of Special Master Invoice No. 4, as a SEALED attachment to this Order.

New Orleans, Louisiana, this 23rd day of October, 2017.

_____
United States District Judge