UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISINANA

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION:  J |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| No. 11-cv-00916 | * | MAGISTRATE JUDGE WILKINSON |
| *Parish of Plaquemines v. BP PLC, et al* | * | |

### SUPPLEMENTAL MEMORANDUM TO CORRECT REPLY [R.Doc. 23468] MEMORANDUM ON BEHALF OF PLAQUEMINES PARISH GOVERNMENT TO SPECIAL COUNSEL'S OPPOSITION TO MOTION TO DISMISS [R.DOC. 23501]

**MAY IT PLEASE THE COURT:**

It has been brought to the attention of undersigned counsel that a line in the Memorandum [R.Doc. 23468] filed yesterday that was meant to be deleted remained and should be corrected. Specifically, on page 4, Plaquemines Parish Government ('PPG"), asserts that "[T]he Agreement drafted by Special Counsel contains a ...."  Special Counsel advises that although they received, reviewed and approved the Agreement before execution, Special Counsel advises they did not draft the agreement.  Instead, the document was drafted by Steve Braud, the then Parish Attorney, and presented to Special Counsel to sign.

Undersigned counsel for PPG regrets any confusion this may have caused, and trusts that this corrects the record. Should the Court require any additional information concerning this issue, the undersigned is available at the Court's convenience.

Respectfully submitted:

_____/s/ Andrew C. Wilson_____
Andrew C. Wilson (#01162)
Simon Peragine Smith & Redfearn LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Facsimile:  (504) 569-2999

and
PETER A. BARBEE (#18778)
WILLIAM S. CULVER, JR. (#4650)
8056 Highway 23 Ste. 200
Belle Chasse LA 70053
504/297-5575 Telephone
504/297-5697 Telefax
*Counselors for Plaquemines Parish Government*

### CERTIFICATE OF SERVICE

It is certified that the above and foregoing Supplemental Memorandum to Correct Reply [R.Doc. 23468] Memorandum on behalf of Plaquemines Parish Government Reply to Special Counsel's Opposition to Motion to intervene was served electronically with the Clerk of Court of the U.S. District Court, Eastern District of Louisiana, through the CM/ECF system of said Clerk, and through said system will be served by the Clerk on opposing counsel of record.

_____/s/ Andrew C. Wilson_____
