**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISINANA**

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig "Deepwater | * | MDL NO. 2179 |
| Horizon" in the Gulf of Mexico, on April 20, | * | |
| 2010 | * | SECTION:  J |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| No. 11-cv-00916 | * | MAGISTRATE JUDGE WILKINSON |
| *Parish of Plaquemines v. BP PLC, et al* | * | |

---

## ORDER

Considering the above and foregoing Motion for Leave to File Reply to Special Counsel's Opposition to Motion to Dismiss, filed by Plaquemines Parish Government,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the Reply to Special Counsel's Opposition to Motion to Dismiss shall be filed into the record.

New Orleans, Louisiana this 24th day of October 2017.

UNITED STATE MAGISTRATE JUDGE