"Certification of Funds in the Registry"

PRINCIPAL: $39,953,250.00

Financial Deputy: [signature]   Date: 10-24-17

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: All Cases, Including Nos. 12-968, 12-970, 15-4143, 15-4146, 15-4654 | * * | MAG. JUDGE WILKINSON |

## ORDER
[Modifying Prior Orders Establishing Qualified Settlement Funds and Directing Administrator to Consolidate Accounts]

**CONSIDERING** this Court's Order of October 24, 2017, adopting the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs; and

**CONSIDERING** this Court's prior Orders: (1) establishing a Common Benefit Fee and Cost Fund pursuant to the Economic and Property Damages and the Medical Benefits Class Action Settlement Agreements ("BP Settlements Common Benefit Fee and Costs Fund") (Rec. Doc. 6532); (2) establishing a Settlement Fund Pursuant to HESI Punitive Damages and Assigned Claims Settlement Agreement ("HESI Settlement Common Benefit Fee and Costs Fund") (Rec. Doc. 13649); (3) establishing a Settlement Fund Pursuant to Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Transocean Settlement Common Benefit Fee and Costs Fund") (Rec. Doc. 14906); and, (4) establishing a Court-Supervised Qualified Settlement Fund established in the registry of the Clerk of the United States District Court for the Eastern District of Louisiana, as custodian of funds paid by BP pursuant to the Court's Order [Regarding Payment of the Gulf States' Attorneys' Fees and Costs] (the "Gulf States Settlement Common Benefit Fee and Costs Fund") (Rec. Doc. 15441); (5) Order Clarifying Prior Orders Establishing Qualified

Settlement Funds (Rec. Doc. 22873) (such Orders described in clauses (1)-(5) above, collectively, the "QSF Orders"), and in service of administrative efficiency of the Court's process regarding common benefit attorneys' fees and expenses, the Court has determined that the QSF Orders should be modified to allow for disbursements from a single, combined qualified settlement fund. The BP Settlements Common Benefit Fee and Costs Fund at JPMorgan Chase Bank shall henceforth become such combined qualified settlement fund and shall be known as the "Aggregate MDL 2179 Common Benefit Fee and Costs Fund."

Accordingly, IT IS ORDERED that the Administrator of said funds, Philip A. Garrett, CPA, be and is hereby authorized and directed, within sixty (60) days of this Order becoming final, to combine the BP Settlements Common Benefit Fee and Costs Fund, the HESI Settlement Common Benefit Fee and Costs Fund, the Transocean Settlement Common Benefit Fee and Costs Fund, and the Gulf States Settlement Common Benefit Fee and Costs Fund into a single, combined qualified settlement fund (hereinafter, the "Aggregate MDL 2179 Settlement Common Benefit Fee and Costs Fund" or simply, the "Aggregate Common Benefit Fee and Costs Fund"). The Aggregate Common Benefit Fee and Costs Fund shall fulfill the requirements for a qualified settlement fund under § 468B(d)(2) of the Internal Revenue Code and Treasury Regulation § 1.468B–1. The Court will retain continuing jurisdiction over the Aggregate Common Benefit Fee and Costs Fund.

IT IS FURTHER ORDERED that the Administrator of said funds, Philip A. Garrett, CPA, shall in furtherance of this order be and is authorized to direct:

  1. UBS AG as the Escrow Agents/Custodians of the HESI Settlement Common Benefit Fee and Costs Fund and the Transocean Settlement Common Benefit Fee and Costs Fund, and

2. The Clerk of the United States District Court for the Eastern District of Louisiana Costs Fund as the Escrow Agent/Custodian of the Gulf States Settlement Common Benefit Fee and Costs Fund,

To liquidate said fund accounts and to, within ten (10) days of written direction by the Administrator, transfer by wire (by check in the case of the Clerk) the entire balances of said funds/accounts, less any accrued fees, costs, and wire transfer costs due and approved by the Administrator, to The Aggregate Common Benefit Fee and Costs Fund (FKA The BP Settlements Common Benefit Fee and Costs Fund) at JPMorgan Chase Bank. Upon transfer of the funds by UBS AG and the Clerk of the United States District Court for the Eastern District of Louisiana ["Clerk"] to JPMorgan Chase Bank, N.A. as escrow agent for The Aggregate Common Benefit Fee and Costs Fund, then the accounts with UBS AG and the Clerk shall be closed and thereafter neither the Clerk nor UBS AG shall be subject to the terms and conditions of their respective escrow agreements.

[Remainder of page intentionally left blank]

IT IS FURTHER ORDERED that the Clerk of the United States District Court for the Eastern District of Louisiana is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $39,953,250.00 plus all interest earned less the assessment fee for the administration of funds, payable to:

**"JPMorgan Chase Bank, N.A. As escrow agent"**

with the memo or subject matter:

**"JPMorgan Chase Bank, N.A. As escrow agent for the Aggregate MDL 2179 Common Benefit Fee and Costs Fund"**

and mail or deliver the check to:

**"JPMorgan Chase Bank, N.A. As escrow agent for the Aggregate MDL 2179 Common Benefit Fee and Costs Fund"**

**JPMorgan Chase Bank N.A.**
10 South Dearborn Street, 44th Floor,
Mail Code IL1-0113,
Chicago, IL 60603

        ATTN: **Anna Vacca**
             Phone: (312) 954-0201
             Fax: (312) 954-0430
             E-mail: anna.vacca@jpmorgan.com

            **OR**

           **Kevin M. Ryan**
           Phone: (312) 954-0078
           E-mail: kevin.m.ryan@jpmorgan.com

[Remainder of page intentionally left blank]

4

IT IS FURTHER ORDERED that Philip A. Garrett, CPA, within sixty (60) days of entry of this Order, shall coordinate with any and all counsel awarded attorneys' fees and/or costs to be disbursed from the Aggregate Common Benefit Fee and Costs Fund to obtain written wiring instructions for the disbursement of such funds on such forms as he and JPMorgan Chase Bank, N.A. as Escrow Agent approve.

Except as modified herein, this Court's QSF Orders shall otherwise remain in full force and effect. Likewise, notwithstanding the provisions of this Order, all procedures, conditions and requirements of the Settlement Agreements remain in full force and effect and are unchanged by this Order.

JPMorgan Chase Bank, N.A., as the Escrow Agent of The Aggregate Common Benefit Fee and Costs Fund is expressly authorized and empowered to distribute any common benefit attorneys' fees or costs paid from that fund awarded pursuant to orders of this Court and written direction of the Administrator.

The Administrator is expressly authorized and empowered to take such other actions and deliver, in the name and on behalf of the Fund, such agreements and execute such documents as may be reasonably requested by counsel (who have been awarded attorneys' fees and/or costs to be disbursed from the Aggregate Common Benefit Fee and Costs Fund) and their Assignee(s) to effect the qualified or non-qualified assignment or the structured payment of all or any portion of such Common Benefit Fees so awarded.

That distribution of fees and costs to counsel (or counsel's assignees) shall discharge the Aggregate Common Benefit Fee and Costs Fund from liability for the payment of such fees and costs, and neither the Common Benefit Funds nor their Escrow Agents or Administrators shall have any liability for any tax or other consequences resulting from the distribution of fees in the

manner requested by counsel that is intended to effect the qualified or non-qualified assignment or the structured payment of such Common Benefit Fees.

That until such time as counsel is entitled to fees and litigation expenses pursuant to an order of this Court and written disbursal instructions from the Administrator, none of the assets held by the Common Benefit Funds shall be set aside for or otherwise made available to counsel in any manner that would allow counsel to draw upon or otherwise control said fees and litigation expenses.

The Court anticipates that after the disbursal of the common benefit attorney fees, held costs and reimbursed assessments authorized hereinabove, that there will be limited funds remaining in the Aggregate Common Benefit Fee and Costs Fund, which will hereafter be disbursed upon further authorization by the Court and the Administrator.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 24th day of October, 2017.

Carl J. Barbier
United States District Judge