# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| No. 12-970; Bon Secour Fisheries, Inc. et al., | HONORABLE CARL J. BARBIER |
| v. | |
| BP Exploration & Production, Inc., et al. | MAGISTRATE JUDGE WILKINSON |
| AND | |
| No. 17-721 | |

## MOTION FOR REMAND TO THE CLAIMS ADMINISTRATOR

Claimant ID 100270495 is a claimant in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement. Claimant ID 100270495's claim was denied by the Claims Administrator and was ultimately appealed to the Court of Appeals for the Fifth Circuit. On July 28, 2017, Claimant filed an Unopposed Joint Motion for Summary Remand with the Fifth Circuit. The Motion was granted on July 31, 2017, and an order was entered remanding the case to the District Court.

Claimant ID 100270495 respectfully requests that this Court remand its claim to the Claims Administrator for processing under the Annual Variable Margin Methodology, in light of the Fifth Circuit's May 22, 2017 opinion in *In re Deepwater Horizon,* 858 F.3d 298 (5th Cir. 2017).

Date: <u>October 25, 2017</u>

        /s/ Allison White Smalley
**Allison White Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aws@cunninghambounds.com


Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

*Attorneys for Claimant*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of October, 2017.

/s/ Allison White Smalley
**Allison White Smalley**