UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| This document relates to: | SECTION J |
| No. 12-970; Bon Secour Fisheries, Inc. et al., | HONORABLE CARL J. BARBIER |
| v. | |
| BP Exploration & Production, Inc., et al. | MAGISTRATE JUDGE WILKINSON |
| AND | |
| No. 17-125 | |

## MEMORANDUM IN SUPPORT OF MOTION FOR REMAND TO THE CLAIMS ADMINISTRATOR

Claimant ID 100236144 is a claimant in the *Deepwater Horizon* Economic and Property Damages Settlement. Claimant ID 100236144's claim was denied by the Claims Administrator and was ultimately appealed to the Court of Appeals for the Fifth Circuit. On July 28, 2017, Claimant filed an Unopposed Joint Motion for Summary Remand with the Fifth Circuit. The Motion was granted on August 7, 2017, and an order was entered remanding the case to the District Court. Claimant now requests that this Court remand the claim to the Claims Administrator for processing.

The Unopposed Joint Motion for Summary Remand acknowledged that this claim should be remanded to the Claims Administrator in light of the Fifth Circuit's May 22, 2017 opinion in *In re Deepwater Horizon,* 858 F.3d 298 (5th Cir. 2017) ("Policy 495 Opinion"). In the Policy 495 Opinion, the Court affirmed the District Court's Order approving Policy 495 with respect to the Annual Variable Margin Methodology ("AVMM"), reversed the District Court's Order approving

1

Policy 495 with respect to the Industry Specific Methodologies ("ISMs"), and ordered that active claimants processed under the ISMs were to be remanded and subjected to the AVMM. *Id*. at 302-04.

Claimant ID 100236144's claim was processed and denied by the Claims Administrator due to the application of the Construction Methodology. The Fifth Circuit has since invalidated the ISMs, including the Construction Methodology. In order to comply with the Fifth Circuit's Policy 495 Opinion, this claim must be remanded to the Claims Administrator for processing under the AVMM. Additionally, this claim must be remanded to the Claims Administrator for processing under the AVMM pursuant to this Court's Interim Order [Implementing Fifth Circuit Opinion re Policy 495], issued May 25, 2017, Doc 22872.[1]

Claimant ID 100236144 respectfully requests that its claim is remanded to the Claims Administrator for processing under the Annual Variable Margin Methodology.

Date: October 25, 2017

/s/ Allison White Smalley
**Allison White Smalley,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aws@cunninghambounds.com

Of Counsel:
**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC

---

[1] After the mandate was issued, the court re-issued the same order without the interim designation.  See Doc 23003.

2

1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: rtc@cunninghambounds.com

**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

**Stephen C. Olen**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: sln@cunninghambounds.com

*Attorneys for Claimant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of October, 2017.

/s/ Allison White Smalley
**Allison White Smalley**