## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISINANA

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig "Deepwater | * | MDL NO. 2179 |
| Horizon" in the Gulf of Mexico, on April 20, | * | |
| 2010 | * | SECTION:  J |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| No. 11-cv-00916 | * | MAGISTRATE JUDGE WILKINSON |
| *Parish of Plaquemines v. BP PLC, et al* | * | |

## <u>ORDER</u>

Considering the above and foregoing Motion for Leave to File Supplemental Memorandum to Correct Reply [R.Doc. 23X68] to Special Counsel's Opposition to Motion to Dismiss, filed by Plaquemines Parish Government,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the Supplemental Memorandum to Correct Reply [R.Doc. 23X68] to Special Counsel's Opposition to Motion to Dismiss shall be filed into the record.

New Orleans, Louisiana this 26th day of October 2017.

UNITED STATE MAGISTRATE JUDGE

1