## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL 2179 <br><br> Section J <br><br> Judge Barbier |
| This Document Applies to: | | ) ) | Mag. Judge Wilkinson |
| No. 13-1001, *Zachary Freedman v. BP Exploration & Production, Inc., et al.* | | ) ) | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

COMES NOW Plaintiff Zachary Freedman, by and through undersigned counsel, and respectfully moves this Honorable Court for an Order permitting the following attorney to enroll as counsel of record on his behalf in the captioned matter: Matt Conn (Alabama Bar Number: asb-9628-t83c) of the law firm of Friedman, Dazzio, Zulanas & Bowling, P.C., 3800 Corporate Woods Drive, Birmingham, Alabama 35242. This Motion to Enroll will not delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Zachary Freedman prays that this Motion be granted and that the foregoing attorney be allowed to enroll as counsel of record on his behalf in the captioned matter.

        Respectfully submitted,

         /s/ *Matt Conn*
        Matt Conn (asb-9628-t83c)
        mconn@friedman-lawyers.com
        Attorney for Zachary Freedman

**OF COUNSEL:**
FRIEDMAN, DAZZIO ZULANAS & BOWLING, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242

## CERTIFICATE OF SERVICE

  I hereby certify that this 27th day of October, 2017, a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

         /s/ *Matt Conn*
        Matt Conn