UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE WILKINSON |
| **This Document Relates to:** *No. 13-974* *No. 13-1004* *No. 13-1001* | | |

## ORDER

Considering the Motions to Enroll as Additional Counsel of Record (Rec. Docs. 23586, 23587, 23588),

IT IS ORDERED that Matt Conn of the law firm of Friedman, Dazzio, Zulanas & Bowling, P.C., 3800 Corporate Woods Drive, Birmingham, Alabama 35242 is hereby enrolled as additional counsel for plaintiffs AMT, LLC (No. 13-974), Eric Petersen (No. 13-1004), and Zachary Freedman (No. 13-1001).

New Orleans, Louisiana, this 31st day of October, 2017.

_____
United States District Judge