UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |
| RK Turbine Consultants, LLC <br><br> VERSUS <br><br> BP Exploration & Production, Inc. BP America Production Company; and BP, P.L.C. | * <br> * <br> * <br><br> * <br> * | Case No: 2:16-cv-06980 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, RK Turbine Consultants, LLC, who moves this court to reconsider its ruling in Rec Doc 23560 issued on October 20, 2017, as to Plaintiff as Plaintiff received on October 30, 2017, a Denial Notice from the Deepwater Horizon Economic and Property Damages Settlement Class and, therefore, is not a released claim as urged by BP in Rec Doc 22479.

Attached as Exhibit A is the October 30, 2017, Denial Notice from the Deepwater Horizon Economic and Property Damages Claims Administrator, which was issued only 10 days after this court's ruling on BP's Motion to Dismiss (Rec Doc 22479). Because Plaintiff is now dismissed from the settlement class (assuming no appeals are successful), the dismissal of Plaintiff was premature.

Therefore, Plaintiff, RK Turbine Consultants, LLC, urges this court to reconsider its prior ruling in Rec Doc 23560 and reinstate Plaintiff as a B-1 Plaintiff.

2

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of October, 2017, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ David J. Schexnaydre*
DAVID J. SCHEXNAYDRE

</td><td>

**SCHEXNAYDRE LAW FIRM**

BY:  */s/ David J. Schexnaydre*
DAVID J. SCHEXNAYDRE, T.A. (#21073)
2859 Highway 190 • Suite 212
Mandeville, Louisiana 70471
Telephone: (985) 292-2020
Fax: (985) 235-1089
Email: david@schexnaydre.com
Counsel for RK Turbine Consultants, LLC

</td></tr>
</table>

2