

# DENIAL NOTICE

**DATE OF NOTICE:** October 30, 2017

**DEADLINE FOR RE-REVIEW OR RECONSIDERATION REQUEST:** November 29, 2017

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>RK TURBINE CONSULTANTS, LLC | First | Middle |
| **Claimant ID** | 100257407 | **Claim ID** | 252532 |
| **Claim Type** | Start-Up Business Economic Loss | | |
| **Law Firm** | Schexnaydre Law Firm, LLC | | |
| **Industry Designation** | Non-Tourism | **Economic Loss Zone** | Zone B |

## II. DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and are denying it under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP for the following reason(s):

> You have not provided documents sufficient to establish that your financial loss was a result of the Spill, in accordance with Exhibit 7 of the Settlement Agreement. For your business to be eligible for payment, it must be the type of business that is entitled to a causation presumption or it must satisfy one of the following causation tests: (A) Upturn Revenue Pattern Plus. Your business must submit documentation showing an aggregate increase of 8.5% or more in total revenues over a period of three consecutive months between May 2011 to April 2012 compared to the same months from May 2010 to April 2011; and Documentation showing one of the following: (1) Proof of an increase of 10% in the share of total revenue for customers in Economic Loss Zones A, B, or C, or (2) For businesses that satisfy the "Tourism" or "Seafood Distribution Chain" definitions, proof of an increase of 10% in the share of total revenue for non-local customers. (B) Proof of Spill-Related Cancellations. Your business must submit contemporaneous written evidence of the cancellation of a contract or reservation as a direct result of the Spill that your business was not able to replace.

## III. YOUR OPTIONS AFTER THIS NOTICE

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. However, you may seek Re-Review or Reconsideration of this claim if you choose not to accept this determination of your claim.

Re-Review is available to you *only* if you have additional documents to submit in support of your claim. If you select Re-Review, we will re-review your claim and you will still have your right to Reconsideration after you receive a new determination on your claim. Reconsideration is available to you even if you do not have additional documents to submit if you believe we failed to take into account relevant information or data or did not follow the Settlement Agreement's standards governing this claim.

To request Re-Review or Reconsideration, you must do the following on or before the Deadline for Re-Review or Reconsideration Request date listed at the top of this Denial Notice: (1) complete the **Request for Re-Review or Reconsideration Form** accompanying this Notice or the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Re-Review or Reconsideration Form. We will close this claim if you do not submit a Re-Review or Reconsideration Request on or before the deadline.

If you are dissatisfied with the outcome of your Re-Review, you will have the right to file for Reconsideration and have the right to file an appeal. If you request Reconsideration and are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal. **If you do not submit a Request for Re-Review or Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal, and this claim will remain closed.** For a complete list of documents required to support your claim, go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for this claim type.

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP |
|---|
| If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. |

| V. HOW TO RESPOND TO THIS NOTICE |
|---|
| Submit your **Request for Re-Review or Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit. |

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 10272<br>Dublin, OH 43017-5772 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration Deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>5151 Blazer Parkway Suite A<br>Dublin, OH 43017 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |

# RE-REVIEW OR RECONSIDERATION REQUEST FORM

**DATE OF DENIAL NOTICE: October 30, 2017**

**DEADLINE TO SUBMIT FORM: November 29, 2017**

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>RK TURBINE CONSULTANTS, LLC | First | Middle |
| **Claimant ID** | 100257407 | **Claim ID** | 252532 |
| **Claim Type** | Start-Up Business Economic Loss | | |
| **Law Firm** | Schexnaydre Law Firm, LLC | | |
| **Industry Designation** | Non-Tourism | **Economic Loss Zone** | Zone B |

## II. OPTIONS FOR RE-REVIEW OR RECONSIDERATION

After receiving this Denial Notice, if you choose not to accept this determination of your claim, you have the option to seek Re-Review or Reconsideration, which will result in a new review of your claim based on the additional documents you submit or new information you provide on this Form.

- **A. Re-Review**. Re-Review is available to you *only* if you have additional documents to submit in support of your claim. If you select Re-Review, we will review your claim again and you will maintain your Reconsideration rights after you receive a new determination on your claim.

- **B. Reconsideration**. Reconsideration is available to you even if you do not have additional documents to submit if you believe the Settlement Program: (1) failed to take into account relevant information or data; or (2) failed to follow the standards in the Settlement Agreement.

Use this Form to request Re-Review in Section III.A or Reconsideration in Section III.B. **NOTE** that by requesting Re-review or Reconsideration you are certifying that you understand that your claim could remain denied.

## III. REQUEST FOR RE-REVIEW OR RECONSIDERATION

### A. RE-REVIEW OPTIONS

| | |
|---|---|
| ☐ | I request **Re-Review of my entire claim** instead of Reconsideration and certify that I am providing additional documents in support of my claim. I understand that if I have not submitted new documents by the time of the new review, the Settlement Program will deem my Re-Review request to be a request for Reconsideration and will perform a Reconsideration review, followed only by the option to appeal if I remain dissatisfied with the outcome. |

Please provide any additional information you would like the reviewer to have for the Re-Review request (You may attach additional sheets if necessary):

## B. Reconsideration Options

| | |
|---|---|
| ☐ | I request **Reconsideration** instead of Re-Review and understand that I may provide additional documentation in support of my claim. I understand that if I remain dissatisfied with the outcome of the claim following Reconsideration, my only option is to appeal the claim. Select the reason(s) you are requesting Reconsideration from the options below.<br>☐ Failure to take into account relevant information or data<br>☐ Failure to follow the standards in the Settlement Agreement |

Please provide any additional information you would like the reviewer to have for your Reconsideration request (You may attach additional sheets if necessary):



### IV. How to Submit this Form

Submit your **Re-Review or Reconsideration Request Form** online with any accompanying documents by uploading them to the DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all the documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 10272<br>Dublin, OH 43017-5772 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>5151 Blazer Parkway Suite A<br>Dublin, OH 43017 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |