UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| RK Turbine Consultants, LLC<br><br>VERSUS<br><br>BP Exploration & Production, Inc.<br>BP America Production Company;<br>and BP, P.L.C. | *<br><br>*<br><br>*<br><br>* | Case No: 2:16-cv-06980<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**ORDER**

CONSIDERING the Motion to Reconsider filed by Plaintiff, RK Turbine Consultants, LLC, it is ORDERED that Plaintiff, RK Turbine Consultants, LLC, be and is hereby reinstated as a B1 Plaintiff.

Signed in New Orleans, LA, this ___ day of _____, 2017.

_____
J U D G E