UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION J |
| | * | |
| **This Filing Applies to:** | * | JUDGE BARBIER |
| **Case No. 12-970** | * | |
| **Claim No. 65382** | * | MAGISTRATE JUDGE |
| | * | WILKENSON |
| | * | |

**MOTION TO COMPEL THE CLAIMS ADMINISTRATOR TO PROCESS CLAIM**

NOW INTO COURT, through undersigned counsel, comes Claimant No. 100115532 ("Claimant"), who moves the Court to compel the Claims Administrator to remove Claim No. 65382 from the Moratoria Loss Review Queue and process the claim under the Business Economic Loss Framework, respectfully representing the following:

1.

Claimant operates a business that reconditions and rents oilfield pipe, casing, tubing, and handling tools. It provides its services to primarily onshore oilfield businesses. Despite the fact that the NAICS listed in its tax returns is not found in Exhibit 19, the Claims Administrator erroneously issued a Preliminary Notice Regarding Moratoria Loss Review, placing the claim on hold.

2.

The Claims Administrator does not have the authority to deviate from the express terms of the Settlement Agreement, which provides the express method for determining which claimants should be reviewed for Moratoria Losses, found in Exhibit 19.

Page 1

WHEREFORE, Claimant prays this Court grant this motion, and order the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Program to remove Claim No. 65382 from the Moratoria Loss Review Queue and process the claim under the terms of the Business Economic Loss Framework.

    Respectfully Submitted,

/s/     Matthew E. Lundy
Matthew E. Lundy (La. Bar No. 18988)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No.* 100115532

CERTIFICATE OF SERVICE

I, Matthew E. Lundy, do hereby certify that that the above and foregoing Motion to Compel Claims Administrator to Process Claim will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System and also with the LexisNexis File & Serve system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 2nd day of November, 2017.

/s/     Matthew E. Lundy