UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION J |
| | * | |
| **This Filing Applies to:** | * | JUDGE BARBIER |
| **Case No. 12-970** | * | |
| **Claim No. 65382** | * | MAGISTRATE JUDGE |
| | * | WILKENSON |
| | * | |

### ORDER

**CONSIDERING** the above and foregoing Motion to Compel Claims Administrator to Process Claim filed by Claimant No. 100115532, the record of the claim, and the law, **IT IS HEREBY ORDERED** that:

1) The Motion to Compel Claims Administrator to Process Claim filed by Claimant No. 100115532 is hereby **GRANTED**;

2) The Claims Administrator of the *Deepwater Horizon* Economic Settlement Program is instructed to remove Claim No. 65382 from the Moratoria Loss Review Queue, and process the claim under the Business Economic Loss Framework.

SIGNED at New Orleans, Louisiana, this ___ day of _____, 2017.

_____
**United States District Court Judge**

Respectfully Submitted,


/s/     Matthew E. Lundy
Matthew E. Lundy (La. Bar No. 18988)
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Counsel for Claimant No*. 100115532