UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG ) | |
| "DEEPWATER HORIZON" IN THE ) | MDL No. 2179 |
| GULF OF MEXICO, ON APRIL 20, 2010 ) | |
| ) | SECTION: J |
| ) | |
| ) | JUDGE BARBIER |
| This Document Relates to: ) | |
| D'Iberville Cold Storage, Inc. v. BP ) | MAGISTRATE JUDGE |
| Exploration & Production, Inc., et al.; ) | WILKINSON |
| C.A. 16-05436 | |

## ORDER

Considering Plaintiff's Motion for Substitution of Counsel, and the Court's finding that good grounds exist to grant same, accordingly,

IT IS ORDERED that Edward T. Hayes and the law firm of Leake Andersson, LLP be and are hereby withdrawn as counsel of record for Plaintiff in these proceedings, and Steve Olen, Steven L. Nicholas, Allison W. Smalley, and the law firm of Cunningham Bounds, LLC are hereby substituted as counsel of record and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisana, this __ day of _____, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE