# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) ) ) This Document Relates to: ) C.F. Gollott & Son Seafood, Inc. v. BP ) Exploration & Production, Inc., et al.; ) C.A. 16-05465 | MDL No. 2179 SECTION: J JUDGE BARBIER MAGISTRATE JUDGE WILKINSON |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff, C.F. Gollott & Son Seafood, LLC, moves by and through its attorneys, Edward T. Hayes and the law firm of Leake & Andersson, LLP, that attorneys, Steve Olen, Steven L. Nicholas, Allison W. Smalley, and the law firm of Cunningham Bounds, LLC, be substituted as counsel for Plaintiff in this action and that Edward T. Hayes and the law firm of Leake & Andersson, LLP be allowed to withdraw from any further representation of Plaintiff in this action.

/s/Edward T. Hayes
Edward T. Hayes
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163

/s/Steve Olen
Steve Olen
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 2nd day of November, 2017 served a copy of the foregoing document on the parties listed below by mailing same by United States mail, properly addressed and first class postage prepaid.

| | |
|---|---|
| J. Andrew Langan<br>Kirkland & Ellis, LLP<br>300 North LaSalle Street, Suite 2400<br>Chicago, Illinois 60654 | MDL 2179 Plaintiffs' Steering Committee<br>Attention: Steve Herman or Jim Roy<br>The Exchange Centre, Suite 2000<br>935 Gravier Street<br>New Orleans, Louisiana 70112 |

                                    */s/ Steve Olen*
                                    **STEVE OLEN**