UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## REFERRAL ORDER
[HESI and Transocean Punitive Damages and Assigned Settlement Appeals]

In their settlement agreements, including the Joint Clarification in Support of Final Approval, Record Doc. No. 22178, Class Counsel, Transocean, and HESI have agreed that the Claims Administrator and/or the Court shall have the flexibility to utilize one or more of this court's magistrate judges to consider some or all of the appeals of claim determinations by the HESI/Transocean settlements claims administrator. The parties have also agreed that, in such cases, the designated magistrate judge's decision on any appeal involving the amount of any payment to any individual claimant (other than a determination that a claimant is not entitled to any payment due to a failure to meet the class definition) shall be final and binding, and that there shall be no further appeal to any other court, including the U.S. Court of Appeals for the Fifth Circuit. Id. The court has approved the settlements, including the above-described provisions. Record Doc. Nos. 22252, 22253. Accordingly,

**IT IS ORDERED** that all appeals of claim determinations by the HESI/Transocean settlements claims administrator are hereby **REFERRED** to United States Magistrate Judge Joseph C. Wilkinson, Jr., for final and binding resolution as provided in the court-approved HESI and Transocean settlement agreements.

New Orleans, Louisiana, this 2nd day of November, 2017.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**
**MAGISTRATE JUDGE WILKINSON**