UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** <br> **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** <br> *No. 16-6980* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is a motion (Rec. Doc. 23595) by RK Turbine Consultants, LLC that requests reconsideration of the Court's Order of October 20, 2017 (Rec. Doc. 23560), which partially granted BP's Dispositive Motion as to Released Claims and, inter alia, dismissed RK Turbine Consultants, LLC's claims in 16-6980.

IT IS ORDERED that RK Turbine Consultants, LLC's Motion to Reconsider (Rec. Doc. 23595) is DENIED.

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
United States District Judge