TENDERED FOR FILING

OCT 16 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 16 2017
WP
WILLIAM W. BLEVINS
CLERK

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 — MDL NO.2179

SECTION J

Applies to: — JUDGE BARBIER

ALL CASES — MAGISTRATE JUDGE WILKINSON

---

Martha Caradine — PLAINTIFF

VERSUS — CIVIL ACTION NO. 17-CV-02738

IN RE: OIL SPILL BY THE OIL RIG "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE WILKINSON

## Motion

## Plaintiff Oppose BP Motion to Dismiss Plaintiff Motion PTO 60, PTO 63, and PTO 64 and Reconsideration

COME NOW Martha Caradine In the name of Jesus Christ Submitted it motion in good faith shown. Previously Claim No.

I

The Plaintiff affect filed individual complaints. by Plaintiff in accordance new individual complaint and pursuant to and in complance with PTO 60 and PTO 63, and PTO 64 with respect to this honorable court and BP oil previously claim were dismissed was in error to the extent B1 and B3 claims economic loss or property damage due to the BP oil spill and



Fee
Process
X Dktd
CtRmDep
Doc. No.

B3 personal injury claims.

II

The court should give all Plaintiffs the opportunity to comply with presenment and then refill their complaint. The oil pollution act of 1990 mertime law.

III

Motion requesting permission for relief as required by local rule 7.4 Plaintiff separate claim under The oil Pollution Act and general maritime law rule 18 of the Federal rule civil procedure is permissive it allows a party to join whatever claim it may have against another party in a single lawsuit.

IV

Edward Wisner Donation -V- BP Oil Spill Exploration Civil action no 17-1525 Breach of Contact.

Federal General maritime law Louisiana state law Mississippi state law Explosion and Oil Spill under the oil pollution act clean water act. Multi-district litigation federal rule of civil procedure 8 (A) requires a complaint to contain a short and plaintiff statement of the claim showing that the plead is entitled to relief and a demand for the relief sought, which may include relief in the alternative or different type.

V

Defendant BP Oil Spill unlawfully harmed me accusation ashcruf-V- IQBAL 556 us 662 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 give BP fair notice claim. Plaintiff to enforce the trusts right see LA Rev state 9 1731 ( A trust as the team is used in this code is relationship resulting from the transfer of title to trustee- beneficiary property to a person to be administered by him as fiduciary for the benefit of another LA code cip proc art 699 (Except as otherwise provided by law the trustee of express trust is the property plaintiff to sue to enforce a right of the trust estate.

VI

Federal Rule of Civil procedure 15 (A) provide that leave to amend pleading shall be freely given when justice so require because the police rule 15 is to permit liberal amendment to pleading in the absence of substantial prejudice to defendant that cannot be cured by other means Dussouy-V- Gulf Coast inv cop. 660 F. 2d 594, 597 (5th cir 1981) Rule 15 A evince abias in favor of granting leave to amend. BP Misrepresented the Potentially Toxic effect defendant owed a duty of care to all the plaintiff the requisite duty was breached by defendant BP and the risk of harm was within the scope of

protection afforded by the duty.

See. ovbre-V- Eslaih 869 SO 2d 71 77 (LA 2004) (Citations ommitted) BP Oil failed to take any of the actions that plaintiffs allege plausibly give rise to an entitlement to relief under a negligence gross negligence theory Thomas-v- Chevron USA inc 832 F. 3d. 586,591-92 (5th cir 2016)

**VII.**

Martha Caradine were damaged by the Oil Spill April 20, 2010 due to the Oil Pollution Act of 1990 (OPA) 33 U.S.C. 2701 et seq., and/ or general maritime law, which has not been otherwise should not be dismissed in the interest of justice, that claim is not dismissed by this order and is subject to further proceedings of this court.

**VIII**

Rule 60(B)(5) or vacated or applying it prospectively is no longer equitable the (use) of the disjunctive or rule 60(B)(5) makes it clear that each of the provision Three ground for relief is independently sufficient and therefore that relief may be warranted. Horne-v-Flores 557 U.S. 433(2009) primarily relevant here is the little used first clause of rule 60 (B)(5) that clause allows of rule 60 reopening a judgment when the judgment has been satisfied released or discharged unsurprising then Rule 60(B)(5) motions can be used by a judgment debtor to relieve itself of an already final judgment that has been satisfied released or discharge see, Bryan-V-Eric Caty office of children and youth 752 F 3D. Interests of Justice warrant reopened the is case all applicable case law see owner officer compensation claimant then requested that this court exercise its discretion under the settlement to review their claimant the court deny those requests claim than claimant appealed to fifth circuit court of appeal which that this court abused it discretion when it denied the requested applies to No 12-970 order and reasons.

**VXII.**

As to requested for discretionary review by claimant Kevin S. Smith Solomon J. Fleischman and John C. Kelly on remand from the court of appeal. Case 2:10Md-02179-CJB filed 04/25/16 document No 16432 multidistrict litigation collectively claimant see in documents water horizon, 632 F appx199 (5th Cir. 2015) B.E.L. IEL framework. Section 6 of 6 of the settlement provide the court with discretion right to review any appeal determination settlement appeal coordinator. The plaintiffs has been injured in it business and property through it lose revenue at an amount or be proceed at trial as a direct and proximate result of the BP oil spill 4-20-2010 inability to collect the hundred

thousand dollar. Donation and gift and seafood. The defendant made the above described representation either willfully with the intent to receive while knowing that said representation were false or made them recklessly. The defendants consciously or deliberately engaged in oppression fraud, wantonness or malice with regard to plaintiff and other member.

**Prayer for Relief**

Wherefore Plaintiffs Martha Caradine demands Judgment against the defendants, jointly and severally, as follows:

1. The court to Grant the Motion of reconsideration Motion Requesting Reconsideration of the compliance orders. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rules (B) (5). Motion.

2. The court should incorporate all these documents into plaintiffs' claims whatsoever.

**Jury Demand**

Respectfully Submitted

In The Name of Jesus Christ

Dated October 8, 2017

Martha Caradine

4318 Donovan St.

Moss Point, MS 39563

1-228-623-7014

## Certificate of Service

I, Martha Caradine hereby, certify that I have hand delivered or mailed a true and correct copy to the Defendant of Order **Plaintiff Oppose BP Motion to Dismiss Plaintiff Motion PTO 60, PTO 63, and PTO 64 and Reconsideration**

This the 8 Day of October, 2017.

To The Defendants:

IN RE: OIL SPILL BY THE OIL RIG "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE WILKINSON

Applies To:

ALL CASES

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St,
Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiff's Steering Committee
Attn: Steve J. Herman
Herman, Herman, Katz&Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Hesi Transocean Punitive damage
Assigned Claim Settlement
C.O.Garden City Group, LLC
P.O.Box 10260
Dublin, Oh 43017

Martha Caradine
4318 Donovan St
Moss Point MS 39562
228 623-7014

LeQuan Batist
4318 Donovan St
Moss Point MS 39562

GULFPORT MS 395
10 OCT 2017 PM 2 L

USA
NON-MACHINEABLE SURCHARGE 2016

To: Clerk office
United State District Court
Eastern District Louisian
500 poydras St
New orleans
LA 70130

7013033373 C026