UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *No. 12-970, 15-4143, 15-4146, 15-4654* | * * | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is the law firm of Martzell, Bickford & Centola, et al.'s Motion for Attorney's Fees Re: HESI and Transocean Punitive Damages Class Action Settlements (Rec. Doc. 21739). The Court previously noted that this motion is moot. (Fourth Amend. to PTO 59 at 2 n.5, Rec. Doc. 21897). Accordingly,

IT IS ORDERED that the Motion for Attorney's Fees Re: HESI and Transocean Punitive Damages Class Action Settlements (Rec. Doc. 21739) is DENIED AS MOOT.

New Orleans, Louisiana, this 6th day of November, 2017.

United States District Judge