

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112


Fabio Concepcion-Diaz
c/o Downs Law Group
3250 Mary Street, Suite 307
Coconut Grove, FL 33133

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

Date: 5/9/2017

Re:  Notice of BP's Election Not to Mediate:
LMPC0041002

Dear  Fabio Concepcion-Diaz:

The BP defendant(s) identified on your Notice of Intent to Sue have elected not to mediate your claim for the following, which were listed in your Notice of Intent to Sue:  **Conjunctivitis, Dermatitis, Chronic Pharyngitis, and Chronic Sinusitis**.  Therefore, you may file a Back-End Litigation Option Lawsuit for that claim, subject to the limitations set forth in Section VIII.G of the Medical Settlement Agreement and in your Notice of Intent to Sue.

The BP defendants identified on your Notice of Intent to Sue did not provide a mediation decision for your claim for the following, which were listed in your Notice of Intent to Sue: **Headache, Visual Disturbance, and OME**. BP objects to these claims being considered for a mediation decision on the basis that the medical records you submitted do not reflect a diagnosis of a condition and instead only reflect signs, symptoms, or exam findings. We are currently working with the Parties to address this concern and will provide information as we are able.

**YOU MUST FILE ANY BACK-END LITIGATION OPTION LAWSUIT IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA WITHIN SIX MONTHS OF THE DATE OF THIS NOTICE. IF YOU ARE REPRESENTED BY COUNSEL, YOU SHOULD CONSULT WITH YOUR ATTORNEY, IF YOU HAVE ANY QUESTIONS REGARDING THE FILING OF A BACK-END LITIGATION OPTION LAWSUIT.  IF YOU ARE NOT REPRESENTED BY COUNSEL, YOU MAY WISH TO SEEK LEGAL ADVICE PRIOR TO FILING A BACK-END LITIGATION OPTION LAWSUIT**. **FAILURE TO TIMELY FILE YOUR BACK-END LITIGATION LAWSUIT WILL RESULT IN THE LOSS OF YOUR RIGHT TO SUE BP FOR THE LATER-MANIFESTED PHYSICAL CONDITION(S) IDENTIFIED IN YOUR NOTICE OF INTENT TO SUE.**

Please contact us at (877) 545-5111 if you have any further questions.

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR