UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL NO.2179

"Deepwater Horizon" in the Gulf

Of Mexico, on April 20, 2010                              SECTION J

Applies to:                                                              JUDGE BARBIER

ALL CASES                                                         MAGISTRATE JUDGE WILKINSON

---

The Queen Esther Commercial Fishing                    PLAINTIFF

VERSUS                    CIVIL ACTION NO. 2-16-CV-15256

IN RE: OIL SPILL BY THE OIL RIG                           SECTION J

"Deepwater Horizon" in the Gulf                              JUDGE BARBIER

Of Mexico, on April 20, 2010                              MAGISTRATE JUDGE WILKINSON

## Motion

## Plaintiff Oppose BP Motion to Dismiss Plaintiff Motion PTO 60, PTO 63, and PTO 64 and Reconsideration

COME NOW The Queen Esther Commercial Fishing In the name of Jesus Christ Submitted it motion in good faith shown. Previously Claim No.

I

The Plaintiff affect filed individual complaints. by Plaintiff in accordance new individual complaint and pursuant to and in complance with PTO 60 and PTO 63, and PTO 64 with respect to this honorable court and BP oil previously claim were dismissed was in error to the extent B1 and B3 claims economic loss or property damage due to the BP oil spill and

1

B3 personal injury claims.

## II

The court should give all Plaintiffs the opportunity to comply with presenment and then refill their complaint. The oil pollution act of 1990 mertime law.

## III

Motion requesting permission for relief as required by local rule 7.4 Plaintiff separate claim under The oil Pollution Act and general maritime law rule 18 of the Federal rule civil procedure is permissive it allows a party to join whatever claim it may have against another party in a single lawsuit.

## IV

Edward Wisner Donation -V- BP Oil Spill Exploration Civil action no 17-1525 Breach of Contact.

Federal General maritime law Louisiana state law Mississippi state law Explosion and Oil Spill under the oil pollution act clean water act. Multi-district litigation federal rule of civil procedure 8 (A) requires a complaint to contain a short and plaintiff statement of the claim showing that the plead is entitled to relief and a demand for the relief sought, which may include relief in the alternative or different type.

## V

Defendant BP Oil Spill unlawfully harmed me accusation ashcruf-V- IQBAL 556 us 662 678-79 2009 give BP fair notice claim. Plaintiff to enforce the trusts right see LA Rev state 9 1731 ( A trust as the team is used in this code is relationship resulting from the transfer of title to trustee- beneficiary property to a person to be administered by him as fiduciary for the benefit of another LA code cip proc art 699 (Except as otherwise provided by law the trustee of express trust is the property plaintiff to sue to enforce a right of the trust estate.

## VI

Federal Rule of Civil procedure 15 (A) provide that leave to amend pleading shall be freely given when justice so require because the police rule 15 is to permit liberal amendment to pleading in the absence of substantial prejudice to defendant that cannot be cured by other means Dussouy-V- Gulf Coast inv cop. 660 F. 2d 594, 597 (5th cir 1981) Rule 15 A evince abias in favor of granting leave to amend. BP Misrepresented the Potentially Toxic effect defendant owed a duty of care to all the plaintiff the requisite duty was breached by defendant BP and the risk of harm was within the scope of

protection afforded by the duty.

See. ovbre-V- Eslaih 869 SO 2d 71 77 (LA 2004) (Citations ommitted) BP Oil failed to take any of the actions that plaintiffs allege plausibly give rise to an entitlement to relief under a negligence gross negligence theory Thomas-v- Chevron USA inc 832 F. 3d. 586,591-92 (5th cir 2016)

### VII.

The Queen Esther Commercial Fishing were damaged by the Oil Spill April 20, 2010 due to the Oil Pollution Act of 1990 (OPA) 33 U.S.C. 2701 et seq., and/ or general maritime law, which has not been otherwise should not be dismissed in the interest of justice, that claim is not dismissed by this order and is subject to further proceedings of this court.

### VIII

The Queen Esther Commercial Fishing did opted out of all BP claim or withdraw it April 2, 2016 May 2, 2016 filed an individual law sue in The United States District Court of Eastern District of Louisiana to the Deepwater Horizon. See claim center Date April 2, 2016 opted out see notice of withdrawn claim date August 24, 2016 from Deepwater Horizon Claims center. Power house church of God Holy Ghost Power Ceo. Pastor Rico McBride opted out too all The McBride opted out. The Compliance order date July 18, 2017 as to compliance with pretrial order No. 63. Plaintiff Name The Queen Esther Commercial Fishing Case No. was by the court deemed complaint.

### VX.

The Claimant The Queen Esther Commercial Fishing did file B1 Pleading following PTO 60 and complaint individual a three page sworn statement regarding the status of his/her it claims PTO 60 Rico McBride ET. AL. did comply with PTO 60 on June 7, 2016 the court issued an order to show cause regarding compliance with PTO 60 ( Show cause order Rec. Doc. 18724) the show cause order identified Rico McBride. I believed made PTO 60 submissions that complied with the requirements of PTO 60 (Rec. Docs. 20992-1-20992-2) Good Faith. PTO 60 see Leoutha Batiste 16-4154 court document. Leoutha Batiste (No. 16-4154) (response to show cause order, Rec, Doc. 20768) Leoutha Batiste was listed on Exhibit 2 to the compliance order. (Rec. Doc. 20996). BP concedes that Leoutha Batiste should be added to the PTO 60 Compliant list. (BP OBJ. at 2, App. 2, Rec. Doc. 21131). In Light of this and after reviewing Batiste's filings, The Court deems Leoutha Batiste as Compliant with PTO 60. Leoutha Batiste will be added to the list of PTO 60 complaint Plaintiffs. Leoutha Batiste's Claims in No. 16-4154 are not dismissed. Leoutha

Batiste was a crewman of The Queen Esther Commercial Fishing. Ceo Pastor Richard McBride, Power house church of God Holy Ghost Power, Blondine McBride, And Rico McBride was Part owner of The Queen Esther Commercial Fishing. Richard McBride should have complied with the order PTO 60 and PTO 64. BP and The Administration made a mistake in compliance of PTO 60 and PTO 64 and the United States District Court of Eastern District Louisiana made an error also that Rico McBride was F.R.C.P. Rule 60(b)(5) motion is determine whether this court may reopen it permitted. Final Judgment moves for relief from judgment under federal rule 60(B)(5) permitted relief from a judgment when the judgment has been satisfied released or discharged it is based on an earlier judgment that has been reversed. Rather than the future shows-v- shoney Inc. 738 so. 2d 724, 729, LA app 1st Cir. 1999) Citation omitted.

Loss the Ability to invest a part is not money over compensated given the time value of money. That is it take into account that because of inflation and ability to invest the value of money obtained at a specific date is generally more valuable than that same nominal amount of money obtained at future date Altec Capital service LLC –V-weir bros-cv- 3409-D-2013) at 4 tex March 8, 2013 (Citation Omitted) The Whole Purpose of discount a future award is allowing for the difference in value of money recede in the present. To establish injury in fact a plaintiff must show that he or she suffered an invasion of legally protected interest that is concrete and particularized and actual or imminent. Not conjectural or hypothetical 1548 quotation and citation omitted. Inflation cost cannot use money right award physical damages and restoration cost against BP under the Oil Pollution Act and general maritime law BP liability under these law.

1. Business Economics loss 70 percent complete with 94.301 of 134.527 claims.

2. Start-up-Business Economic loss a Separate category.

3. Failed business economic loss

4. Subsistence- Defined in the settlement catching of fish or wildlife for personal or family dietary economic, security, shelter, tool or clothing need. The subsistence claims are not part of the capped seafood claim program.

## VXI.

Rule 60(B)(5) or vacated or applying it prospectively is no longer equitable the (use) of the disjunctive or rule 60(B)(5) makes it clear that each of the provision Three ground for relief is independently sufficient and therefore that relief may be warranted. Horne-v- Flores 557 U.S. 433(2009) primarily relevant here is the little used first clause of rule 60

4

(B)(5) that clause allows of rule 60 reopening a judgment when the judgment has been satisfied released or discharged unsurprising then Rule 60(B)(5) motions can be used by a judgment debtor to relieve itself of an already final judgment that has been satisfied released or discharge see, Bryan-V-Eric Caty office of children and youth 752 F 3D. Interests of Justice warrant reopened the is case all applicable case law see owner officer compensation claimant then requested that this court exercise its discretion under the settlement to review their claimant the court deny those requests claim than claimant appealed to fifth circuit court of appeal which that this court abused it discretion when it denied the requested applies to No 12-970 order and reasons.

## VXII.

As to requested for discretionary review by claimant Kevin S. Smith Solomon J. Fleischman and John C. Kelly on remand from the court of appeal. Case 2:10Md-02179-CJB filed 04/25/16 document No 16432 multidistrict litigation collectively claimant see in documents water horizon, 632 F appx199 (5th Cir. 2015) B.E.L. IEL framework. Section 6 of 6 of the settlement provide the court with discretion right to review any appeal determination settlement appeal coordinator. The plaintiffs has been injured in it business and property through it lose revenue at an amount or be proceed at trial as a direct and proximate result of the BP oil spill 4-20-2010 inability to collect the hundred thousand dollar. Donation and gift and seafood. The defendant made the above described representation either willfully with the intent to receive while knowing that said representation were false or made them recklessly. The defendants consciously or deliberately engaged in oppression fraud, wantonness or malice with regard to plaintiff and other member.

## Prayer for Relief

Wherefore Plaintiffs The Queen Esther Commercial Fishing demands Judgment against the defendants, jointly and severally, as follows:

1. The court to Grant the Motion of reconsideration Motion Requesting Reconsideration of the compliance orders. P.T.O. 60 and 64 Moratoria hold opt-out order. Base of the interests of justice. F.R.C.P. 60 Rules (B) (5). Motion.

2. The court should incorporate all these documents into plaintiffs' claims whatsoever.

## Jury Demand

Respectfully Submitted

In The Name of Jesus Christ

Dated October 8, 2017

*[signature: Rico McBride]*

Rico McBride

6517 Fredrick St.

Moss Point, MS 39563

1-228-627-0242

# Certificate of Service

I, The Queen Esther Commercial Fishing hereby, certify that I have hand delivered or mailed a true and correct copy to the Defendant of Order **Plaintiff Oppose BP Motion to Dismiss Plaintiff Motion PTO 60, PTO 63, and PTO 64 and Reconsideration**

This the _09_ Day of _October_, 2017.

To The Defendants:

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| Of Mexico, on April 20, 2010 | MAGISTRATE JUDGE WILKINSON |

Applies To:

ALL CASES

| | |
|---|---|
| Counsel for BP | MDL 2179 Plaintiff's Steering Committee |
| Attn: J. Andrew Langan | Attn: Steve J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz&Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |

Hesi Transocean Punitive damage

Assigned Claim Settlement

C.O.Garden City Group, LLC

P.O.Box 10260

Dublin, Oh 43017

1

*[signature: Rico McBride]*

Rico McBride

10-09-17

Date

Rico McBride / The Queen Esther Commercial Fishing
6517 Frederick St.
Moss Point, MS 39563

U.S. POSTAGE PAID
MOSS POINT, MS
R2305K131628-10

United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130