UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *Nos. 16-5436, 16-6043, 16-5465, 16-5443* | * | MAG. JUDGE WILKINSON |

## ORDER

Considering the four Motions for Substitution of Counsel (Rec. Docs. 23598 – 23601);

IT IS ORDERED that Edward T. Hayes and the law firm of Leake Andersson, LLP be and are hereby withdrawn as counsel of record for Plaintiffs in the referenced member cases, and Steve Olen, Steven L. Nicholas, Allison W. Smalley, and the law firm of Cunningham Bounds, LLC, 1601 Dauphin Street, Mobile, AL 36604, are hereby substituted as counsel of record and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this 7th day of November, 2017.

_____
United States District Judge