UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO NO. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## JUDGMENT

The basic claims of plaintiff Plaquemines Parish Government against defendant BP, p.l.c. have been settled. In addition, the claims of the intervenors Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, P.L.L.C. for attorney's fees and costs against the Parish have been dismissed without prejudice. Record Doc. No. 23642. Accordingly, pursuant to 28 U.S.C. 636(c), IT IS ORDERED that the claims in intervention of Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, P.L.L.C. are hereby DISMISSED WITHOUT PREJUDICE to being refiled in state court.

The Clerk of Court is directed to file a copy of this judgment in the records of both the multi-district litigation and the underlying case.

New Orleans, Louisiana, this ___7th___ day of November, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**