# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | |
| | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

## ORDER

The Court previously ordered that a "Motion to Intervene" be filed under seal as requested by the filing party, David Andrew Christenson.  *See* Rec. Doc. 20923 (sealing Rec. Doc. 20868 and attachments).  Mr. Christenson subsequently filed other documents and explicitly requested that they not be sealed.  *See* Rec. Doc. 21543 and attachments.  In light of those subsequent filings and considering that Rec. Doc. 20868 pertains to an appeal before the Fifth Circuit, No. 16-30918,

IT IS ORDERED that the Clerk of Court shall UNSEAL the "Motion to Intervene" (Rec. Doc. 20868), including attachments.

New Orleans, Louisiana, this 7th day of November, 2017.

_____
United States District Judge

Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550