IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30544
_____

In Re: Deepwater Horizon

_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY;
BP, p.l.c.,

      Defendants - Appellees

v.

CLAIMANT 100325530; CLAIMANT 100294052; CLAIMANT 100326752; CLAIMANT 100298348; CLAIMANT 100326757; CLAIMANT 100296630; CLAIMANT 100327287; CLAIMANT 100326742; CLAIMANT 100327802,

      Movants - Appellants

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the supplemental record relevant to the pending additional appeal. The parties should attempt to agree on which documents should be included and should file a joint designation.

The parties are instructed to file the joint supplemental designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties.

                LYLE W. CAYCE, CLERK
           United States Court of Appeals
              for the Fifth Circuit
              /s/ Lyle W. Cayce

       ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 01, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30544    In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Shea E. Pertuit, Deputy Clerk
                                    504-310-7666

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Leo D. Congeni
Mr. J. David Forsyth
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. John Nathan Cooper Ledbetter
Mr. Martin R. Martos II
Mrs. Kathryn Weatherly Munson
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid
Mr. Richard C. Stanley