# EXHIBIT 1

|   | **222 REMAINING B1 PLAINTIFFS WHO ARE COMPLIANT WITH PTO 60 AND PTO 64** | |
|---|---|---|
|   | **Plaintiff** | **Civ. A. No.** |
| 1. | Alimentos Marinos Bagdad, S.C. De R.L. M.I. | 16-04354 |
| 2. | Allstar Pipe Services, Inc. | 13-01658 |
| 3. | Alton Rockford Meadows, individually and d/b/a Southern Appraisal Services | 13-01746 |
| 4. | Andy's Motel and Apartments | 16-04252 |
| 5. | Ascend Performance Materials Operations LLC d/b/a Ascend Performance Materials | 13-02002 |
| 6. | Baena, Juan | 16-04611 |
| 7. | Barber, Jelp | 16-05533 |
| 8. | Bayou Caddy Fisheries, Inc | 12-02665 |
| 9. | Beach Community Bank | 13-02695 |
| 10. | BioMarine Technologies, Inc | 13-02186 |
| 11. | Boatright, Michael | 16-04801 |
| 12. | Builders Choice Cabinets, Inc | 16-03768 |
| 13. | C.F. Gollott and Son Seafood, Inc | 16-05465 |
| 14. | Camden Court Development, LLC | 13-02750 |
| 15. | Carbonell Cruz, Guillermo | 16-05316 |
| 16. | Carmel Group, LLC | 16-06337 |
| 17. | Carmel Enterprises, LLC | 16-06339 |
| 18. | Casanova, Rosa | 16-04613 |
| 19. | Castenede, Luis | 16-04614 |
| 20. | Cat Island Properties, LLC | 13-02751 |
| 21. | Chano Ramirez, Otilio | 16-05324 |
| 22. | Chapman Road Development | 13-01550 |
| 23. | Claude Perry Enterprises, LLC | 16-03661 |
| 24. | Chicharrones De Pescado Pa' La Raza S.C De R.L. De C.V. | 16-04401 |
| 25. | Cokteles Y Mariscos Las Culturas, S.C. de R.L. | 16-04432 |
| 26. | Compra Venta de la Sociedad Cooperativa Tamiahua | 16-04706 |
| 27. | Compra Venta del Mercado de Tuxpan | 16-04866 |
| 28. | Cox, Jason | 16-04851 |
| 29. | Crystal River Seafood #4, Inc. | 13-04676 |
| 30. | Cuellar, Fabian | 16-04561 |
| 31. | Cuellar, Fernando | 16-04570 |
| 32. | Crystal River Seafood & Oyster Bar, Inc. | 13-04676 |
| 33. | Dailey's Iron & Machine Works, Inc. | 16-06349 |
| 34. | Danos, Jorey | 16-05967 |
| 35. | Decuir, Raul | 16-04533 |
| 36. | Deep South Machine, Inc. | 16-06384 |
| 37. | Dehyco, Inc. | 16-07260 |

# EXHIBIT 1

| 38. | Despicadoras de Jaiva Los Higueros Artemio Aran | 16-05710 |
|---|---|---|
| 39. | Despicadoras De La Isla De San Juan A Ramirez | 16-04797 |
| 40. | D'Iberville Cold Storage, Inc. | 16-05436 |
| 41. | D'Iberville Dock & Ice, LLC | 16-05443 |
| 42. | Duong, Thanh Chan | 16-03953 |
| 43. | Evans, Robert | 16-03966 |
| 44. | Eligio Lopez, Luis Alberto | 16-06313 |
| 45. | Ferramad Max, S.C. De R.L. De M.I. | 16-04391 |
| 46. | Fetterman, Daniel J. | 13-02370 |
| 47. | Fetterman, Joseph | 13-02370 |
| 48. | Fileteras de Mamey De Artemio Aran | 16-04786 |
| 49. | Fin & Feather Adventures, LLC; Fin and Feather Adventures Lodge | 16-06126 |
| 50. | Fin & Feather Cabins, LLC; Fin and Feather Chalets, LLC | 16-06131 |
| 51. | Fin & Feather, LLC | 16-06118 |
| 52. | Finance Motors of Crowley, LLC | 16-06383 |
| 53. | Fred Gossen Company, LLC | 16-07262 |
| 54. | Fred Gossen Carmel Foods, LLC | 16-06364 |
| 55. | Gallardo, Emilio | 16-04593 |
| 56. | Gallardo, Felipe | 16-04591 |
| 57. | Gallardo, Olga | 16-04609 |
| 58. | Garcia, Omar | 16-06309 |
| 59. | Garcia, Juan Manuel | 16-06305 |
| 60. | Gonsalves, Andy G. | 16-06369 |
| 61. | Green, Sharon Fetterman | 13-02370 |
| 62. | Grupo Cacharas Juan Ortega Romero Artemio Aran | 16-04692 |
| 63. | Grupo La Esperanza Flor Idulia | 16-04521 |
| 64. | Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 16-04700 |
| 65. | Grupo La Trucha Guillermina Hernandez | 16-04567 |
| 66. | Grupo Libre la Chavelita Jose Luis Perez Cruz | 16-04717 |
| 67. | Gulf Coast Entertainment, LLC | 13-02121 |
| 68. | Gulf Marine Institute of Technology | 13-02186 |
| 69. | Harris Builders, LLC | 16-05451 |
| 70. | Hinojosa, Hernina | 16-06311 |
| 71. | Island Way Charters, Inc. (Kristopher Sahr) | 16-06611 |
| 72. | Isidro Carbonell | 16-05320 |
| 73. | Jane Araguel, PA | 16-05526 |
| 74. | Johnny's Clams Inc. | 16-05541 |
| 75. | Klein, Iris Fetterman | 13-02370 |
| 76. | Kimbrough, Carson | 13-02242 |
| 77. | La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servisios Scl De CV | 16-04730 |
| 78. | La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas Sc De Rl De CV | 16-04349 |

**EXHIBIT 1**

| 79. | La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzan SC De RL De CV | 16-04574 |
|---|---|---|
| 80. | La Sociedad Cooperativa de Produccion Pesquera Pescadores de Tamiahua S.C. de R.L. de C.V. | 16-04724 |
| 81. | La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma Sc De Rl De CV | 16-04499 |
| 82. | La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 16-04712 |
| 83. | La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros de Saladero SCL | 16-04345 |
| 84. | La Sociedad Cooperativa de Productores y Pescadores de Saladero Veracruz SC de RL | 16-04788 |
| 85. | La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo Sc De Rl De Cv, Et al | 16-04594 |
| 86. | La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar Sc De Rl De Cv, Et al | 16-04684 |
| 87. | La Sociedad Cooperative De Produccion Pesquera Denominada La Rivera De Tampico De Alto Sc De RL | 16-04586 |
| 88. | La Sociedad Cooperative De Production Pesquera Riverena La Aurora Barra De Cazones Scl De Cv, Et al | 16-04556 |
| 89. | La Sociedad Cooperative de Productores Acuicolas de Congregacion Anahuac SC de RL | 16-04512 |
| 90. | La Socieded Cooperativa de Produccion Pesquera Riverena Ostioneros Del Sur SC de RL | 16-04777 |
| 91. | Ladner, Shelli J. | 16-03928 |
| 92. | Leandro, David | 16-04615 |
| 93. | Libres de Congregacion La Reforma Artemio Aran | 16-05315 |
| 94. | Libres de Cucharitas 2 Guillermina Castro | 16-04550 |
| 95. | Lim, Seng | 16-03950 |
| 96. | Loggerhead Holdings, Inc. | 16-05952 |
| 97. | Lopez, Enrique | 16-04576 |
| 98. | Lopez, Miriam | 16-04999 |
| 99. | Louisiana Blue Crab, LLC | 13-04698 |
| 100. | Lovell, Clarence Robert | 16-06476 |
| 101. | Lucky Lady Fishing Ent., Inc. | 16-04149 |
| 102. | Ly, Anh | 16-03957 |
| 103. | Malin International Ship Repair & Drydock, Inc. | 13-02787 |
| 104. | Marvin Gaspard d/b/a Highway 14 Cattle Company | 16-07273 |
| 105. | MB Industries, LLC | 16-07286 |
| 106. | MBI Global, LLC | 16-07292 |
| 107. | McConaghy, Kara | 16-05862 |
| 108. | McConaghy, Kent | 16-05862 |
| 109. | Mejia Duran, Jesus | 16-04506 |
| 110. | Merchant, Raymond Joe | 15-04290 |
| 111. | Metro Custom Homes d/b/a Graphic Techniques, Inc. | 13-01839 |

# EXHIBIT 1

| | | |
|---|---|---|
| 112. | Midnite Energy, Inc. | 16-06334 |
| 113. | Millender, Michael | 16-06275 |
| 114. | Monster Heavy Haulers, LLC | 16-07295 |
| 115. | Mr. Peeper's Best, LLC; Crabco | 13-61076 |
| 116. | Murphy, Patrick | 16-11769 |
| 117. | Nabaa Gas Montgomery Village, LLC | 16-07488 |
| 118. | Nguyen, Kathy Nhan | 16-05904 |
| 119. | Nguyen, Loc Van | 16-03955 |
| 120. | Nguyen, Nghia Ngoc | 16-03954 |
| 121. | Oyarvide Stevens, Homero | 16-05280 |
| 122. | Panther Ridge Estates, Inc. | 16-05112 |
| 123. | Perez, Martin | 16-04548 |
| 124. | Permisionario Horacio Morales de la Isla De San Juan | 16-04802 |
| 125. | Permisionario Joaquin Delgado Ortiz | 16-04584 |
| 126. | Permisionario Maria Esther Castillo | 16-04873 |
| 127. | Permisionario Rosalino Cruz y Pescadores de Camaron | 16-04599 |
| 128. | Perry Family Properties, LLC | 16-03748 |
| 129. | Pescadores de Ilusion, S.C. de R.L. | 16-05235 |
| 130. | Pescadores Libres de Cabo Rojito Abad | 16-04571 |
| 131. | Pescadores Libres de Chiquila Quintana Roo | 16-04563 |
| 132. | Pescadores Libres De Isla Aguada Campeche | 16-04476 |
| 133. | Pescadores Libres de la Mata Norberto Hernandez | 16-04769 |
| 134. | Pescadores Libres de Morales de Cabo Rojo | 16-04697 |
| 135. | Pescadores Libres De Tonala Agua Dulce Veracruz, Et al | 16-04783 |
| 136. | Pescadores Libres Y Fileteras Claudio Cruz Flores | 16-04543 |
| 137. | Pescadores Y Cooperativas de Ciudad Del Carmen Campeche | 16-05310 |
| 138. | Pescados y Mariscos Alexa | 16-04415 |
| 139. | Phan, Hanh V. | 16-03956 |
| 140. | Press, Debra Fetterman | 13-02370 |
| 141. | Prevlaka, Inc. | 16-04842 |
| 142. | Ramos Capitaine, Jose Luis | 16-05289 |
| 143. | Restaurante Veracruzano Tamiahua | 16-04775 |
| 144. | Revelay Investments, LLC | 16-06158 |
| 145. | Roberts, Barney | 16-05841 |
| 146. | Rodriguez, Ramona | 16-04528 |
| 147. | Roman, Francisco | 16-04573 |
| 148. | Rosas, Damaso | 16-04583 |
| 149. | Rosas, Juan | 16-04597 |
| 150. | S.C.C.P.P. Ejidal Teodoro Gonzalez Gaviro, S.C. de R.L | 16-04376 |
| 151. | S.C.P. Riberena Acuicola de Bienes y Servicios La Jarocha S.C. de R.L. | 16-05376 |
| 152. | S.C.P.P Carvajal, S.C. de R.L. | 16-04691 |
| 153. | S.C.P.P. Acuicola y Bienes y Servicios el Senor de Las Maravillas S.C.L | 16-05585 |
| 154. | S.C.P.P. Barra De Conchillal, S.C. de R.L. | 16-04379 |

**EXHIBIT 1**

| | | |
|---|---|---|
| 155. | S.C.P.P. Coperativa Caudillos S.C. de R.L. | 16-04385 |
| 156. | S.C.P.P. Decembocadura del Rio Soto la Marina, S.C. de R.L. | 16-04400 |
| 157. | S.C.P.P. El Chamizal, S.C. de R.L. | 16-04388 |
| 158. | S.C.P.P. Fco J. Mujica, S.C. de R.L. | 16-04362 |
| 159. | S.C.P.P. Grupo Yosigamar, S.C. de R.L. de M.I. | 16-04688 |
| 160. | S.C.P.P. Islas Unidas, S.C. de R.L. | 16-04682 |
| 161. | S.C.P.P. La Marina S.C. de R.L. de C.V. | 16-04413 |
| 162. | S.C.P.P. Matamoros, S.C. de R.L. | 16-04382 |
| 163. | S.C.P.P. Pescadores Unidos de La Trocha, S.C. de R.L. | 16-05473 |
| 164. | S.C.P.P. Plan de Ayutla S.C. de R.L. | 16-04393 |
| 165. | S.C.P.P. Punta de Piedra, S.C. de R.L. | 16-04424 |
| 166. | S.C.P.P. Riberena Acuicola de Bienes y Servicios El Cangrejo Azul S.C. de R.L. | 16-05380 |
| 167. | S.C.P.P. Riberena Acuicola de Bienes y Servicios Reyna Del Golfo S.C. de R.L. | 16-05387 |
| 168. | S.C.P.P. Riberena Laguna Madre, S.C. de R.L. | 16-04427 |
| 169. | S.C.P.P. Rincon de las Flores, S.C. de R.L. | 16-04320 |
| 170. | S.C.P.P. Tamiahua, S.C. de R.L. de C.V. | 16-04429 |
| 171. | S.C.P.P. Unidos de Matamoros, S.C. de R.L. | 16-06330 |
| 172. | S.C.P.R.A. Unidos en Solidaridad, S.C. de R.L. | 16-04394 |
| 173. | S.P.P. Acuicola y Bienes y Servicios Las Golondrinas de Sabanuy S.C. de R.L | 16-05566 |
| 174. | S.S.S. Agua Rebuelta | 16-04408 |
| 175. | S.S.S. Isla del Carrizal | 16-04411 |
| 176. | S.S.S. Nuevo Dolores | 16-04414 |
| 177. | S.S.S. Revolucion Y Progreso | 16-04418 |
| 178. | Santisbon Herrera, Gilberto | 16-05294 |
| 179. | SAS Equity REIT Wyndham Orange Beach, LLC | 13-02924 |
| 180. | Soc. De Sol. Social Jesus Maria DeCarbajal CNC | 16-05829 |
| 181. | Soc. De Sol. Social Mobilisacion Social, CNC | 16-05835 |
| 182. | Soc. De Sol. Social Pescadores De La Libertad CNC | 16-05832 |
| 183. | Sociedad Cooperativa 9 Hermanos | 16-05993 |
| 184. | Sociedad Cooperativa Bajo de Corsario | 16-05983 |
| 185. | Sociedad Cooperativa Cabo Catoche | 16-05984 |
| 186. | Sociedad Cooperativa Cholenco Tours | 16-06025 |
| 187. | Sociedad Cooperativa Ensenada de Celestun | 16-06297 |
| 188. | Sociedad Cooperativa Ensueno del Caribe | 16-05979 |
| 189. | Sociedad Cooperativa Fraternidad Ambiental | 16-06002 |
| 190. | Sociedad Cooperativa Isla Morena | 16-05980 |
| 191. | Sociedad Cooperativa Isla Pasion | 16-05981 |
| 192. | Sociedad Cooperativa La Pobre de Dios | 16-06300 |
| 193. | Sociedad Cooperativa Laguna Rosada | 16-06304 |
| 194. | Sociedad Cooperativa Lancheros Turisticos Damero | 16-05995 |
| 195. | Sociedad Cooperativa Lancheros Turisticos Laguna de Yalahau | 16-06007 |

# EXHIBIT 1

| 196. | Sociedad Cooperativa Nohuch Cuch | 16-06306 |
|---|---|---|
| 197. | Sociedad Cooperativa Pulperos del Caribe | 16-06011 |
| 198. | Sociedad Cooperativa Vanguardia del Mar | 16-05982 |
| 199. | Sociedad Cooperative El Meco Tours | 16-06294 |
| 200. | Sociedad Cooperative Isla Holbox | 16-06018 |
| 201. | Spanish Bluffs Apartments Limited Partnership; Steven Rupp d/b/a Spanish Bluffs Apartment Limited Partnership | 16-05558 |
| 202. | Spectrum Organization, Inc. d/b/a The Victorian Rental Pool | 14-00331 |
| 203. | Stanton, Reginald Sr. | 16-03988 |
| 204. | The Bird of Paradise, LLC | 16-05277 |
| 205. | Tiger Pass Seafood, LLC | 16-06043 |
| 206. | The Reefkeeper, LLC (Marine Gardens) | 16-05955 |
| 207. | Topwater Charters, LLC | 16-04743 |
| 208. | Toral, Guillermina | 16-04601 |
| 209. | Trabajadores De Tampico | 16-04762 |
| 210. | Vargas, Marco | 16-04585 |
| 211. | Vela Gomez, Mario | 16-05313 |
| 212. | Velveta Diaz, Joaquin Jose | 16-05200 |
| 213. | Waverly Crabs | 13-61677 |
| 214. | Whittinghill, Clay | 10-01984 |
| 215. | Williams, Kirk | 13-00948 |

**Additions to EXHIBIT 1**

| 216. | Tannin Inc.   [added per Rec. Doc. 23084] | 13-01583 |
|---|---|---|
| 217. | Union de Fileteros de Cucharas Jose Luis Palacios Medina [added per the attached order] | 16-04806 |
| 218. | S.C.C.P.P. Mano de Leon, S.C. de R.L. [added per the attached order] | 16-04366 |
| 219. | S.C.P.P. Barra de Santa Maria, S.C. de R.L. [added per the attached order] | 16-04487 |
| 220. | S.C.P.P. Barra de Boca Ciega, S.C. de R.L. [added per the attached order] | 16-04392 |
| 221. | S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. [added per the attached order] | 16-04373 |
| 222. | Leoutha Batiste [added per the attached order] | 16-4154 |