# EXHIBIT 3

|  | **343 INDIVIDUALS AND ENTITIES THAT SUBMITTED A RESPONSE TO PTO 64, BUT DID NOT COMPLY WITH PTO 60** (These B1 claims were dismissed in either July 14, 2016 Compliance Order or December 16, 2016 PTO Reconciliation Order) | |
|---|---|---|
|  | **Plaintiff** | **Civ. A. No.** |
| 1. | Abbott, Johnny |  |
| 2. | Adkins, Gordon |  |
| 3. | Aguilar-Lara, Lorenzo |  |
| 4. | Aguilar-Torres, Pedro |  |
| 5. | Alexis, Barry Steven | 13-02038 |
| 6. | Ancar, Claudie Rene Sr. | 13-02038 |
| 7. | Anderson, Lynwood Lee |  |
| 8. | Ard, Jeremiah Wayne |  |
| 9. | Argueta, Martha | 13-01439 |
| 10. | Ayala, Antonio Gonzalez |  |
| 11. | Badillo-Gomez, Rigoberto |  |
| 12. | Banks, Scotty | 13-01439 |
| 13. | Barbe, Mark Allen |  |
| 14. | Barber, Wade | 13-01439 |
| 15. | Beasley, Peggy | 13-01439 |
| 16. | Benoit, Nicholas Lloyd | 13-02038 |
| 17. | Billiot, Arthur Sr. | 13-02038 |
| 18. | Boggs, Charles Archibald | 16-03752 |
| 19. | Borden, Stanley John | 13-02038 |
| 20. | Bourgeois, Daniel Joseph | 13-02038 |
| 21. | Branch, Stephen | 13-01439 |
| 22. | Brunet, Mark | 13-02038 |
| 23. | Bui, Chuc |  |
| 24. | Bui, Thanh Minh |  |
| 25. | Burczyk, Julie Frances |  |
| 26. | Busby, Marion | 13-01439 |
| 27. | Callahan, Russell James Sr. |  |
| 28. | Camel, Inc. | 16-06341 |
| 29. | Canul Mijangos, Fernando | 13-02791 |
| 30. | Cao, Bang |  |
| 31. | Cao, Trang | 13-02038 |
| 32. | Caradine, Martha |  |
| 33. | Carbajal, Fernando |  |
| 34. | Carbajal, Jose |  |
| 35. | Carbajal, Santa Dardar |  |
| 36. | Cepeda, Daniel | 13-02791 |
| 37. | Chau, Buol Van | 10-03173 |
| 38. | Chau, Son Van | 13-02038 |
| 39. | Chu, Minh Hoang | 13-02038 |
| 40. | Coleman, Hume C. | 13-01439 |

# EXHIBIT 3

| 41. | Compro Venta de Felipe Barrios | 16-04124 |
|---|---|---|
| 42. | Cone, Christina | 13-01439 |
| 43. | Constance Diane (Vogelsong, Jason) | |
| 44. | Cooper, Deborah | 13-01439 |
| 45. | Cooper, James E | |
| 46. | Creppel, Kenneth | 11-02766 |
| 47. | Cross, Melissa A. | 13-02038 |
| 48. | Cu, Tam | 13-02038 |
| 49. | Cubbage, Amy Alwilda | |
| 50. | Dale's Seafood Inc | |
| 51. | Dang, Anh Ngoc | |
| 52. | Dang, Dong Van | 13-02038 |
| 53. | Danh, Na Phi | 13-02038 |
| 54. | Dao, Hung Tien | 13-02038 |
| 55. | Dardar, Eugene | 13-02038 |
| 56. | Dardar, Russell Sr. | |
| 57. | Dardar, Tommy | 13-02038 |
| 58. | Dean, Ramona | 13-01439 |
| 59. | Delgado-Olivier, Policarpo | |
| 60. | DeMolle, Freddy Joseph | 13-02038 |
| 61. | Do, Chan Thi | 13-02038 |
| 62. | Do, Tho V. | 10-04232 |
| 63. | Do, Vinh Van | 13-02038 |
| 64. | Doll, Craig J. | |
| 65. | Dufrene, Eric | 13-02038 |
| 66. | Dufrene, Juliette Marie | |
| 67. | Dugar, Edward A. | 13-02038 |
| 68. | Duong, Chien Van | 13-02038 |
| 69. | Duplessis, Warren Victor | |
| 70. | Ellis, Lynn | 13-01439 |
| 71. | Encalade, Elton Lee | |
| 72. | Encalade, Wilfred Paul | |
| 73. | Esfeller, Bobby Shane | |
| 74. | Etienne, Arthur Jr. | |
| 75. | Evans, Daniel | 13-01439 |
| 76. | Fletes, Hector | |
| 77. | Fuentes, Michael | 13-01439 |
| 78. | Gabriel, Wade Tracy | 13-02038 |
| 79. | Gallardo, John William | 13-02038 |
| 80. | Garcia, German Hernandez | |
| 81. | Gibson, Joseph | 13-01439 |
| 82. | Gilbert, Caleb | 13-01439 |
| 83. | Gilbert, James | 13-01439 |
| 84. | Ginn, Brett J | |
| 85. | Golden, Charles | 13-01439 |

# EXHIBIT 3

| 86.  | Gonzales, Rudolph S. Sr.                                                                                 |          |
|------|----------------------------------------------------------------------------------------------------------|----------|
| 87.  | Gonzales, Sylvia A.                                                                                      | 13-02038 |
| 88.  | Gonzalez, Heliodoro                                                                                      |          |
| 89.  | Goodwin, Leslie                                                                                          | 13-01439 |
| 90.  | Graham, Darrell Ray                                                                                      |          |
| 91.  | Granger, Christopher                                                                                     | 13-01439 |
| 92.  | Granger, William M.                                                                                      |          |
| 93.  | Guerra, Kerry M.                                                                                         | 13-02038 |
| 94.  | Guidry, Jonathan B.                                                                                      | 13-02038 |
| 95.  | Ho, Hien Thi                                                                                             |          |
| 96.  | Ho, Hung T.                                                                                              |          |
| 97.  | Ho, Minh Quang                                                                                           |          |
| 98.  | Hoang, Be Ngoc                                                                                           | 13-02038 |
| 99.  | Hoang, Hoan Ba                                                                                           | 13-02038 |
| 100. | Hoang, Thien Thai                                                                                        |          |
| 101. | Hoang, Trung Tuan                                                                                        | 13-02029 |
| 102. | Holiday Sales and Rentals                                                                                | 16-04836 |
| 103. | Holstein, David                                                                                          | 13-01439 |
| 104. | Hotard, Edward                                                                                           | 13-02038 |
| 105. | Huynh, Dung                                                                                              | 10-03192 |
| 106. | Huynh, Ly                                                                                                |          |
| 107. | Jackson, Becky                                                                                           |          |
| 108. | Jackson, Christopher                                                                                     |          |
| 109. | Johns, Carl                                                                                              | 13-01439 |
| 110. | Johnson, Roger Blaine                                                                                    |          |
| 111. | Johnson, Ronald                                                                                          |          |
| 112. | Johnson, Rory J.                                                                                         |          |
| 113. | Johnson, Thomas Jefferson                                                                                |          |
| 114. | Johnson, Tony Wilson                                                                                     |          |
| 115. | Johnson, Zaccheus                                                                                        | 13-02038 |
| 116. | Julian, John Jr.                                                                                         | 11-02766 |
| 117. | Kang, Sambo                                                                                              | 13-02038 |
| 118. | Kent, Gerald                                                                                             | 13-01439 |
| 119. | Khun, Duy                                                                                                |          |
| 120. | Kinser, William P.                                                                                       | 16-06220 |
| 121. | La Sociedad Cooperativa de Produccion Pesquera  Denominada la Rivera de Tampio Alto S.C. de R.L.         | 16-04122 |
| 122. | La, Hanh                                                                                                 |          |
| 123. | LaFrance, Cal                                                                                            | 13-02038 |
| 124. | LaFrance, Clement Benjamin Jr.                                                                           | 13-02038 |
| 125. | Lam, Tony                                                                                                |          |
| 126. | Landry, Robert Emile                                                                                     |          |
| 127. | Latapie, Crystal A.                                                                                      | 13-02038 |
| 128. | Latapie, Eurilda                                                                                         | 13-02038 |

# EXHIBIT 3

| | | |
|---|---|---|
| 129. | Latapie, Joseph F. Jr. | 13-02038 |
| 130. | Latapie, Joseph Francis | 13-02038 |
| 131. | Latapie, Travis J. | 13-02038 |
| 132. | Le, A Thi | 13-02038 |
| 133. | Le, Ba Van | |
| 134. | Le, Chia V. | 10-04233 |
| 135. | Le, Cuong Van | 13-02038 |
| 136. | Le, Dien Thong | 13-02038 |
| 137. | Le, Ho Minh | 10-03180 |
| 138. | Le, Hung M. | |
| 139. | Le, Kim E. | 10-04232 |
| 140. | Le, Mai | 10-04232 |
| 141. | Le, Nhan Van | |
| 142. | Le, Ri Van | 10-03170 |
| 143. | Le, Sanh Van | 10-03173 |
| 144. | Le, Tanh Ba | |
| 145. | Le, Tung | 13-02038 |
| 146. | Liddell, Ricky R | |
| 147. | Lim, Chhay | 13-02038 |
| 148. | Lim, Koung | 13-02038 |
| 149. | Loga, Darrell | 13-02038 |
| 150. | Luong, Tu Van | 13-02038 |
| 151. | Ly, Danny T. | 16-04027 |
| 152. | Mackey, Paul Theodore | 13-02038 |
| 153. | Martina, William | 13-01439 |
| 154. | Martinez, Henry | 11-02766 |
| 155. | McBride, Blondine Marie | 16-04325 |
| 156. | McBride, Lisa Max | |
| 157. | McBride, Richard | |
| 158. | McBride, Rico O. | |
| 159. | Menesses, Dennis Frank Sr. | 11-02766 |
| 160. | Millender, Ashley | 13-01439 |
| 161. | Millender, Jonathan | 13-01439 |
| 162. | Millender, Pamela | 13-01439 |
| 163. | Millender, Richard | 13-01439 |
| 164. | Millender, Tony | 13-01439 |
| 165. | Mispel, Royden T. | 13-02038 |
| 166. | Miss Candace Nicole, Inc. | |
| 167. | Miss Carolyn Louise, Inc. | |
| 168. | Miss Marilyn Louise, Inc. | |
| 169. | Molero, Clifton P. | |
| 170. | Morales, Alex Jr. | 11-02766 |
| 171. | Morales, Charles Anthony | |
| 172. | Morales, Daniel | |
| 173. | Morales, Eugene J Sr. | |

# EXHIBIT 3

| | | |
|---|---|---|
| 174. | Morales, Kevin Alex | |
| 175. | Mouton, Brodney | |
| 176. | Naquin, Efram | 13-02029 |
| 177. | Nguyen, Anh Hong | |
| 178. | Nguyen, Ban Van | 10-03192 |
| 179. | Nguyen, Binh Van | |
| 180. | Nguyen, Cu | |
| 181. | Nguyen, Cuong | 10-04232 |
| 182. | Nguyen, Dai V. ; Pizani, Terrill | 16-03952 |
| 183. | Nguyen, Doan | |
| 184. | Nguyen, Ghi Van | 13-02038 |
| 185. | Nguyen, Giang T. | 10-01852 |
| 186. | Nguyen, Hai Bang | 13-02038 |
| 187. | Nguyen, Hai Van | 13-02038 |
| 188. | Nguyen, Hoa | |
| 189. | Nguyen, Hoa | |
| 190. | Nguyen, Hong Loan T. | |
| 191. | Nguyen, Hung | |
| 192. | Nguyen, Hung | |
| 193. | Nguyen, Hung Minh | 13-02038 |
| 194. | Nguyen, Hung Van | |
| 195. | Nguyen, Joe | 10-04232 |
| 196. | Nguyen, Khanh Van | 13-02038 |
| 197. | Nguyen, Lien Thi | 13-02038 |
| 198. | Nguyen, Mien H. | 13-02038 |
| 199. | Nguyen, Minh | 11-03180 |
| 200. | Nguyen, Minh Hoang | 13-02038 |
| 201. | Nguyen, My | |
| 202. | Nguyen, Nguyet | 13-02038 |
| 203. | Nguyen, Phong Haong | |
| 204. | Nguyen, Quang V. | |
| 205. | Nguyen, Qui Van | 13-02038 |
| 206. | Nguyen, Sang-Thanh | 10-01850 |
| 207. | Nguyen, Son Huu | 13-02038 |
| 208. | Nguyen, Thanh V. | 10-03173 |
| 209. | Nguyen, Thoa Dinh | 13-02029 |
| 210. | Nguyen, Thuy | 10-04233 |
| 211. | Nguyen, Tien D. | |
| 212. | Nguyen, Tien Tan | |
| 213. | Nguyen, Toan | |
| 214. | Nguyen, Tony | |
| 215. | Nguyen, Trai V. | 11-03180 |
| 216. | Nguyen, Truc | |
| 217. | Nguyen, Tuc Van | |

**EXHIBIT 3**

| | | |
|---|---|---|
| 218. | Nguyen, Ut N. | 13-02038 |
| 219. | Nichols, Tammy | 13-01439 |
| 220. | Nowling, Jeremy | 13-01439 |
| 221. | Nowling, Tony | 13-01439 |
| 222. | Oenes, Christine | 13-01439 |
| 223. | Osornio, Juan Hugo | |
| 224. | Osteen, Stacia | 13-01439 |
| 225. | Parker, Roderick Ellery | 13-02038 |
| 226. | Permisionario Claudio Gonzalez Del Angel | 16-04123 |
| 227. | Pham, Binh Vu | 13-02038 |
| 228. | Pham, Co Van | 13-02038 |
| 229. | Pham, Dinh | 10-04232 |
| 230. | Pham, Mung Van | |
| 231. | Pham, Muoi Van | 13-02038 |
| 232. | Pham, Ut Van | 13-02038 |
| 233. | Phan, Chuong Van | |
| 234. | Phan, Phising Thi | 13-02038 |
| 235. | Phan, Toan Thanh | 13-02038 |
| 236. | Phillippe, John Anaico | 13-02038 |
| 237. | Phillips, James Alido | 13-02038 |
| 238. | Power House Church of God Holy Ghost Power | |
| 239. | Putnal, Joseph Sr. | 13-01439 |
| 240. | Putnal, Mason | 13-01439 |
| 241. | Ragas, Jonathan Keith | 13-02038 |
| 242. | Ramirez, Leopoldo Hernandez | |
| 243. | Rebollar-Aguilar, Ricardo | |
| 244. | Reddick Jr., Norman | |
| 245. | Richards, Carrie | 13-01439 |
| 246. | Richards, Rodney | 13-01439 |
| 247. | Rick's Seafood, Inc. | |
| 248. | Robin, Gary John | |
| 249. | Robles, Maria Elena | |
| 250. | Rotalo, Carolyn Ann | |
| 251. | Rowland, Chester | 13-01439 |
| 252. | Rutherford, Ruby | 13-01439 |
| 253. | S.C.P.P. Vega Cercada y Alto del Hobo, S.C. de R.L | |
| 254. | Sanchez, Victoria | 12-00164 |
| 255. | Sanders, Carl | 13-01439 |
| 256. | Sanford, Seaman E. Jr. | |
| 257. | Saucier, Joseph Wayne | |
| 258. | Savoy, Donald Pierre III | 13-02038 |
| 259. | Schoelles, Roland | 13-01439 |
| 260. | Serigne, Kimmie Jr. | 11-02766 |
| 261. | Shiver, Jamie | 13-01439 |
| 262. | Shiver, Jimmy | 13-01439 |

**EXHIBIT 3**

| | | |
|---|---|---|
| 263. | Simmons, Phillip Jr. | |
| 264. | Singley Seafood | 13-02038 |
| 265. | Sinh, Minh Vu | 13-02038 |
| 266. | Smith, Jesse L. | 13-01439 |
| 267. | Solorzano, Damien Leelyn | |
| 268. | Solorzano, Marilyn | |
| 269. | Solorzano, Maynor | |
| 270. | Stanton, Monica | 13-01439 |
| 271. | Sun, Hong Sreng | |
| 272. | Swift, Glenn Gerald | 13-02038 |
| 273. | Sylve, Dennis | 13-02038 |
| 274. | Thach, Sang | 13-02038 |
| 275. | Thach, Tiet Thi | |
| 276. | Thompson, Joe | |
| 277. | Thonn Iv, John Joseph | |
| 278. | Thonn, Charles David | |
| 279. | Thonn, Michael Joseph | |
| 280. | Thonn, Nicholas R | |
| 281. | Thonn, Shaun William | 11-02766 |
| 282. | To, Chil Hue | |
| 283. | To, Muoi Thi | 13-02038 |
| 284. | Tolliver, Arnold | 13-01439 |
| 285. | Tom, Vo | |
| 286. | Tong, Ngoc Nam | |
| 287. | Topham, Jimi | 13-01439 |
| 288. | Tran, Dang Dinh | 13-02038 |
| 289. | Tran, Dinh Ngoc | |
| 290. | Tran, Du Duc | 13-02038 |
| 291. | Tran, Giu Van | |
| 292. | Tran, Ho Van | 13-02038 |
| 293. | Tran, Hon Yan | |
| 294. | Tran, Hung Ngoc | 13-02038 |
| 295. | Tran, Lam Duy | |
| 296. | Tran, Luc Van | |
| 297. | Tran, Mai K. | 13-02038 |
| 298. | Tran, Men Van | |
| 299. | Tran, Nam | 13-02038 |
| 300. | Tran, Ngua Thi | 13-02038 |
| 301. | Tran, Nho Van | 13-02038 |
| 302. | Tran, Phuc Van | 13-02038 |
| 303. | Tran, Phuong Duc | |
| 304. | Tran, Phuong Tu | |
| 305. | Tran, Son T. | 13-02038 |
| 306. | Tran, Stephen | 13-02038 |
| 307. | Tran, Su D. | 13-02038 |

**EXHIBIT 3**

| | | |
|---|---|---|
| 308. | Tran, Thom T. | |
| 309. | Tran, Tin | |
| 310. | Tran, Trung Van | |
| 311. | Tran, Truyen J | |
| 312. | Tran, Tung Van | 13-02038 |
| 313. | Trieu, Ly Van | 13-02038 |
| 314. | Triple C. Seafood, Inc. | 13-02038 |
| 315. | Truong, Sinh Ngoc | 13-02038 |
| 316. | Truong, Ut | 13-02038 |
| 317. | Truong, Vu D. | 13-02038 |
| 318. | Ung, Roeun | 13-02038 |
| 319. | Van, Thom Nguyen | 13-02038 |
| 320. | Verdin, Ebro | 13-02038 |
| 321. | Verdin, John Sr. | 13-02038 |
| 322. | Vinson, Phillip | 13-01439 |
| 323. | Vinson, Wayne A. | 13-01439 |
| 324. | Vo, Hoa Tan | |
| 325. | Vo, Phuc | |
| 326. | Vo, Thuan Van | 13-02038 |
| 327. | Vo, Tuan Anh | |
| 328. | Vogelsong, Jason | |
| 329. | Vogelsong, Kenneth Lee III | |
| 330. | Walker, Clinton | 13-01439 |
| 331. | Walker, Sherrie | 13-01439 |
| 332. | Ward, George Jr. | 13-01439 |
| 333. | Watson, Esther | |
| 334. | Webb, William Wayne Sr | |
| 335. | Wheeler, Otis E. | 13-01439 |
| 336. | Whitaker, Cheryl L. | |
| 337. | White, Robert | |
| 338. | Williamson, Kevin Lee Sr. | |
| 339. | Wilson, Jonathan Edgar | 13-02038 |
| 340. | Yowell, Amanda | 13-01439 |
| 341. | Zarraga, Jesus Resendiz | |
| 342. | Zirlott, Frances Nelson | |
| 343. | Zirlott, Raymond Curtis Sr. | |