# EXHIBIT 4

| | **17 INDIVIDUALS AND ENTITIES THAT ATTEMPTED, BUT FAILED, TO COMPLY WITH MORATORIA HOLD OPT-OUT ORDER**<br>**(Cases listed here are dismissed with prejudice)** | | | |
|---|---|---|---|---|
| | **Name** | **PTO 60 Case No.** | **Valid Moratoria Hold Opt-Out?** | **Compliant with PTO 60?** |
| 1. | Berel, Romy F., III | 17-05490 | No<br>(No claim filed with Economic Settlement) | No<br>(untimely because not a valid moratoria hold opt out) |
| 2. | C&C Marine, LLC | 17-05827 | No<br>(No claim with Economic Settlement that was on moratoria hold at time of opt-out request)[1] | No<br>(untimely because not a valid moratoria hold opt out) |
| 3. | Continental Alloys & Services (Delaware) Inc. | n/a | Yes | No<br>(no record of any individual complaint or sworn written statement) |
| 4. | Deepwater Construction, Inc. | n/a | Yes | No<br>(no record of any individual complaint or sworn written statement) |
| 5. | Force Industries, LLC | n/a | Yes | No<br>(no record of any individual complaint or sworn written statement) |
| 6. | Galan, Raoul<br>(Cypress Lake No. 1, LLC and Galan Real Estate Company) | 17-06133 | No<br>(did not submit an opt-out request to Settlement Program per Moratorium Hold Opt-Out Order; also, complaint and attachments indicate this claim was not filed with Economic Settlement; to the extent this claim was filed with the Economic Settlement, it was not on moratoria hold at time of Moratorium Hold Opt-Out Order) | No<br>(no record of any sworn written statement; untimely because not a valid moratoria hold opt out) |
| 7. | Galan, Raoul<br>(Cypress Lake No. 1, LLC) | 17-06131 | No<br>(See above, no. 6) | No<br>(no record of any sworn written statement; untimely because not a valid moratoria hold opt |

---

[1] C&C Marine, LLC's claim shall continue to be processed in the Economic Settlement.

**EXHIBIT 4**

| | | | | out) |
|---|---|---|---|---|
| 8. | Galan, Raoul (Cypress Lake No. 1, LLC) | 17-06134 | No (See above, no. 6) | No (no record of any sworn written statement; untimely because not a valid moratoria hold opt out) |
| 9. | Galan, Raoul (Galan Real Estate Company) | 17-06135 | No (See above, no. 6) | No (no record of any sworn written statement; untimely because not a valid moratoria hold opt out) |
| 10. | Jennifer Ivy | 17-06362 | No (no claim with Economic Settlement that was on moratoria hold at time of opt out request)[2] | No (untimely because not a valid moratoria hold opt out) |
| 11. | Kern Martin Services, Inc. | 17-05364 | Yes | No (no record of any sworn written statement) |
| 12. | Little, LeBarron | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 13. | Martinez, Pedro | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 14. | Nemjo, Joseph | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 15. | Rodgers, Mark R. | 17-05491 | No (no claim filed with Economic Settlement) | No (untimely because not a valid moratoria hold opt out) |
| 16. | Tommy Tran | n/a | Yes | No (no record of any individual complaint or sworn written statement) |
| 17. | Ultra Wireline Services, LLC | 17-05493 | No (no claim filed with Economic Settlement) | No (untimely because not a valid moratoria hold opt out) |

---

[2] The Court understands that Jennifer Ivy's claim in the Economic Settlement was fully resolved by the time she attempted to file an opt-out. Thus, and in contrast to C&C Marine, Inc.'s claim, there is nothing for the Settlement Program to process relative to Jennifer Ivy.