UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 15-4143, 15-4146 & 15-4654 | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR
## DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

NOW COME the Claims Administrator for the New Class, Michael J. Juneau, and the Claims Administrator for the Old Class, Patrick A. Juneau, who submit the following invoices and request that the court authorize payment as Administrative Costs pursuant to Section 8(c) of the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) and Section 8(c) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement:

New Class Expenses:

| | |
|---|---|
| Garden City Group invoice dated November 8, 2017 | $ 766,853.92 |
| Juneau David, APLC invoice dated November 3, 2017 | $ 30,748.80 |

Old Class Expenses:

| | |
|---|---|
| Garden City Group invoice dated November 8, 2017 | $ 105.00 |
| BP Economic & Property Damages Settlement Trust invoice | $ 551.25 |

WHEREFORE, Michael J. Juneau and Patrick A. Juneau respectfully pray that the Court authorize and direct the Settlement Fund Escrow Agent to issue payment on the above invoices as Administrative Costs pursuant to the Halliburton and the Transocean Punitive Damages and

Assigned Claims Settlement Agreements and that such payments be made from the Transocean Settlement Fund (17.08%) and the Halliburton Settlement Fund (82.92%) pro rata based on the respective contributions to the overall settlement amount.

        Respectfully Submitted,

        /s/Michael J. Juneau
        MICHAEL J. JUNEAU, Bar No. 18277
        CLAIMS ADMINISTRATOR
        P.O. Box 51268
        Lafayette, LA 70505-1268
        Telephone No. (337) 269-0052

        /s/Patrick A. Juneau
        PATRICK A. JUNEAU, Bar No. 07594
        CLAIMS ADMINISTRATOR
        P.O. Box 51268
        Lafayette, LA 70505-1268
        Telephone No. (337) 269-0052