# JUNEAU DAVID

P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

November 3, 2017

|  |  |
|---|---|
| Invoice #: | 30336 |
| Billed Through: | October 31, 2017 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | October 31, 2017 | $30,700.00 |
| CURRENT EXPENSES THROUGH: | October 31, 2017 | $48.80 |
| TOTAL CHARGES FOR THIS BILL | | $30,748.80 |
| TOTAL NOW DUE | | $30,748.80 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID

November 3, 2017

Invoice #:        30336
Billed through:   October 31, 2017
Account #:        001300   01580

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
     OUR FILE: 1300-1580

Balance forward from previous invoice              $16,630.30
Less payments received since previous invoice      $16,630.30

## PROFESSIONAL SERVICES                                                                      Hours

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/01/17 | MJJ | FINAL PREPARATION AND APPROVAL OF QUARTERLY STATUS REPORT; REVIEW COURT ORDERS RE: ADMINISTRATIVE COSTS | 0.50 |
| 08/07/17 | MJJ | REVIEW GCG WEEKLY CLAIM PROCESSING REPORT; PHONE CONFERENCE WITH COURT APPROVED BROKER RE: PROGRAM'S OPTIONS FOR STRUCTURED SETTLEMENTS; COMMUNICATIONS WITH GCG AND PPG COUNSEL RE: WETLANDS CLAIMS | 1.30 |
| 08/11/17 | MJJ | COMMUNICATIONS WITH GCG RE: APPEAL DEADLINE ISSUES; COMMUNICATIONS WITH GARDEN CITY RE: CLAIMS OF MINERAL OWNERS | 0.60 |
| 08/13/17 | MJJ | REVIEW / CONSIDERATION OF CLAIMANT APPEALS | 3.40 |
| 08/14/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; COMMUNICATIONS WITH GCG RE: SPECIFIC APPEAL ISSUES | 0.80 |
| 08/18/17 | MJJ | REVIEW MISCELLANEOUS VENDOR ADMINISTRATIVE COSTS; PREPARATION OF MOTION AND ORDER FOR APPROVAL OF QUARTERLY COSTS; COMMUNICATIONS WITH PARTIES RE: ADMINISTRATIVE COSTS; ANALYSIS OF PROJECTED VS. ACTUAL COSTS TO DATE | 2.80 |
| 08/18/17 | MJJ | PREPARATION OF ADDITIONAL LANGUAGE RE: ALLOCATIONS AMONGST CLASSES; CORRESPONDENCE WITH UBS AND PARTIES RE: SAME: REVIEW OF SUBMISSIONS, DOCUMENTS, CLAIM FILES, ETC. RE: CLAIMANT APPEALS OF DETERMINATION LETTERS | 4.30 |
| 08/21/17 | MJJ | CORRESPONDENCE WITH UBS RE: ANTICIPATED ALLOCATION OF PAYMENTS BETWEEN CLASSES; PROJECTION / ASSESSMENT OF ANTICIPATED FUTURE ADMINISTRATIVE COSTS; COMMUNICATIONS WITH UBS AND CLASS COUNSEL RE: TIME FRAMES AND INVESTMENT STRATEGIES; PHONE CONFERENCE WITH GCG RE: PENDING APPEALS; FURTHER REVIEW OF CLAIMANT APPEALS | 3.10 |
| 08/22/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW MULTIPLE CLAIMANT APPEALS AND ISSUE APPEAL DECISIONS; COMMUNICATIONS WITH GCG RE: CONTENTS OF APPEAL FILES; CORRESPONDENCE TO COURT RE: ADMINISTRATIVE COSTS | 4.80 |
| 08/23/17 | MJJ | REVIEW CLAIMANT APPEALS; CORRESPONDENCE WITH GCG RE: PENDING APPEALS | 3.30 |
| 08/28/17 | MJJ | REVIEW UBS INVESTMENT PARAMETERS; REVIEW WEEKLY CLAIM | 1.10 |

001300     01580                                            Invoice # 30336      Page   2

| Date | Init | Description | Hours |
|---|---|---|---|
| | | PROCESSING REPORT; COMMUNICATION WITH PRO SE CLAIMANT RE: PROPERTY CLAIM; COMMUNICATIONS WITH GCG RE: ACTIONS IN RESPONSE TO HURRICANE HARVEY | |
| 08/29/17 | MJJ | REVIEW CLAIMANT APPEALS; COMMUNICATIONS WITH GCG RE: MISCELLANEOUS APPEAL ISSUES | 2.70 |
| 08/30/17 | MJJ | PREPARATION OF RULINGS ON COASTAL REAL PROPERTY APPEALS; COMMUNICATIONS WITH GCG RE: PROCESSING ISSUES | 0.80 |
| 08/31/17 | MJJ | COMMUNICATIONS WITH GARDEN CITY RE: RECENT RULINGS AND ADDITIONAL APPEALS | 0.30 |
| 09/01/17 | MJJ | REVIEW CURRENT STATUS OF PENDING CLAIMANT APPEALS | 0.40 |
| 09/05/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; RECEIPT OF NOTICE OF ATTORNEY FEE LIEN; COMMUNICATIONS WITH GCG RE: LIEN PROCESSING; COMMUNICATIONS WITH GCG RE: UN-RESOLVED COMMERCIAL FISHERMEN CLAIMS; REVISIONS TO HESI WEBSITE LANGUAGE AND FAQ'S | 1.60 |
| 09/06/17 | MJJ | REVIEW AND DETERMINATION OF CLAIMANT APPEALS OF DENIAL DETERMINATION NOTICES; PHONE CONFERENCE WITH GCG RE: LIEN PROCEDURES; PHONE CONFERENCE WITH COURT RE: PTO 60 REQUIREMENTS AND RELATED ISSUES | 3.70 |
| 09/11/17 | MJJ | REVIEW WEEKLY CLAIMS PROCESSING REPORT; REVIEW / ANALYSIS OF COMPREHENSIVE LISTING OF CLAIMANT APPEALS | 0.50 |
| 09/12/17 | MJJ | COMMUNICATIONS WITH UBS AND CLASS COUNSEL RE: HANDLING OF TRUST FUNDS | 0.40 |
| 09/13/17 | MJJ | CORRESPONDENCE WITH FELICIA GOMEZ AND STEVE HERMAN RE: TAX PROCESSING, ALLOCATION OF PAYMENTS PROCEEDS, ETC; REVIEW AUTHORITIES GRANTED BY ESCROW AGREEMENT | 0.60 |
| 09/14/17 | MJJ | COMMUNICATIONS WITH GCG RE: APPEALS; REVIEW UPDATED APPEALS PORTAL DOCUMENTS | 0.70 |
| 09/19/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; COMMUNICATIONS WITH GCG RE: ONGOING CLAIM REVIEW AND APPEAL PROCESSING | 0.50 |
| 09/20/17 | MJJ | PHONE CALL WITH GCG RE: CLAIM PROCESSING AND DOCUMENTATION ISSUES; REVIEW CLAIMANT APPEALS AND PREPARATION OF APPEAL RULINGS; CORRESPONDENCE WITH GCG RE: NEUTRALS SETTLEMENTS | 3.30 |
| 09/25/17 | MJJ | REVIEW OF CLAIMANT APPEALS OF PROGRAM DENIALS; REVIEW WEEKLY CLAIM PROCESSING REPORT | 2.90 |
| 09/27/17 | MJJ | COMMUNICATIONS WITH CLAIMANT COUNSEL AND GCG RE: OWNERSHIP INTERESTS RE: PROPERTY CLAIMS | 0.60 |
| 10/02/17 | MJJ | REVIEW CLAIM ACTIVITY REPORT | 0.20 |
| 10/09/17 | MJJ | CORRESPONDENCE WITH UBS RE: ATTORNEY FEE FUNDS; COMMUNICATIONS WITH CLASS COUNSEL AND PHIL GARRETT RE: ACCOUNTING COSTS | 0.90 |
| 10/09/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; CORRESPONDENCE WITH GCG RE: COURT REPORTS; COMMUNICATIONS WITH CLAIMANT COUNSEL RE: PROPERTY OWNERSHIP REQUIREMENTS; REVIEW COURT ORDER RE: COMMON BENEFIT FEES | 1.30 |
| 10/10/17 | MJJ | REVIEW AND EXECUTION OF MISCELLANEOUS TAX DOCUMENTS; COMMUNICATIONS WITH UBS AND CPA RE: TAX ISSUES | 0.70 |
| 10/19/17 | MJJ | COMMUNICATIONS WITH CLASS COUNSEL, UBS AND PHIL GARRETT RE: ATTORNEY FEE FUNDS; COMMUNICATIONS WITH CPA RE: TRUST FUND TAX FILINGS | 0.70 |

| 001300 | 01580 | | | Invoice # 30336 | Page | 3 |
|---|---|---|---|---|---|---|
| 10/23/17 | MJJ | REVIEW WEEKLY CLAIM PROCESSING REPORT; REVIEW OLD CLASS AND NEW CLASS INSERTS TO QUARTERLY STATUS REPORT; PREPARE REVISIONS TO COURT STATUS REPORT | | | | 0.90 |
| 10/25/17 | MJJ | COMMUNICATIONS WITH GCG RE: DOCUMENTATION REQUIREMENTS AND PROPERTY CLAIMS; REVIEW WETLANDS CLAIM SUBMISSIONS | | | | 0.80 |
| 10/26/17 | MJJ | ANALYSIS OF PROPERTY OWNERSHIP AND CLAIM FILING REQUIREMENTS; COMMUNICATIONS WITH CLAIMANT COUNSEL RE: PROPER CLAIM FILING; CORRESPONDENCE WITH GCG RE: ADDITIONAL APPEALS; REVIEW COURT ORDERS RE: COMMON BENEFIT FUNDS AND TRUST MONIES | | | | 1.30 |
| 10/27/17 | MJJ | REVIEW NEW CLAIMANT APPEALS AND DOCUMENT SUBMISSIONS | | | | 3.60 |
| 10/29/17 | MJJ | REVIEW ADDITIONAL CLAIMANT APPEALS | | | | 2.80 |
| 10/30/17 | MJJ | CORRESPONDENCE WITH GCG RE: CONTENTS OF MISCELLANEOUS APPEAL FILES | | | | 0.30 |
| 10/31/17 | MJJ | REVIEW CLAIMANT APPEALS; PHONE CONFERENCE WITH MICHELLE LACOUNT RE: APPEAL ISSUES; CORRESPONDENCE WITH COURT RE: CLAIMS CONTACTS; REVIEW WEEKLY CLAIM ACTIVITY REPORT | | | | 2.90 |
| | | | | 61.40 | | $30,700.00 |

| MJJ | JUNEAU, MICHAEL J. | 61.40 hrs @ | $500.00 /hr | $30,700.00 |
|---|---|---|---|---|
| | Fee Recap Totals | 61.40 | | $30,700.00 |

## EXPENSES                                                                                                    Amount

| 08/03/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
|---|---|---|
| 09/08/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 10/05/17 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 10/31/17 | COPYING | 33.80 |
| | | $48.80 |

## BILLING SUMMARY:

| TOTAL FEES | $30,700.00 |
|---|---|
| TOTAL EXPENSES | $48.80 |
| TOTAL FEES & EXPENSES | $30,748.80 |
| **TOTAL NOW DUE** | **$30,748.80** |