Halliburton/Transocean OLD CLASS Settlement Labor Costs from the BPEPDST CAO

| Date | Person | Activity | Time (Hrs) | Rate | Cost | Total |
|---|---|---|---|---|---|---|
| 8/3/2017 | Patrick Hron | Review and respond to emails re Neutrals settlements re HESI/TO settlement agreements; Review corresp and respond to ML re Neutrals settlements and H | 0.5 | $ 125.00 | $ 62.50 | |
| 8/4/2017 | Patrick Hron | Confer KA, ML re Neutrals settlements and data incorporation for HESI/TO | 0.5 | $ 125.00 | $ 62.50 | |
| 8/9/2017 | Patrick Hron | Review inquiry from ML re Neutrals settlements, and research re inquiry and respond | 0.33 | $ 125.00 | $ 41.25 | |
| 9/19/2017 | Patrick Hron | Review Rachlis email re seafood payments in HESI/TO and corresp Rachlis and Lacount re same. | 0.1 | $ 125.00 | $ 12.50 | |
| 10/20/2017 | Patrick Hron | Corresp Lacount re report to the court and review same. | 0.18 | $ 125.00 | $ 22.50 | $ 201.25 |
| 8/18/2017 | Patrick Juneau | HESI Quartrely Report | 0.1 | $ 700.00 | $ 70.00 | |
| 8/22/2017 | Patrick Juneau | HESI Motion to Pay Costs | 0.1 | $ 700.00 | $ 70.00 | |
| 8/24/2017 | Patrick Juneau | HESI Cost Order | 0.1 | $ 700.00 | $ 70.00 | |
| 9/12/2017 | Patrick Juneau | HESI Q3 Estimate | 0.1 | $ 700.00 | $ 70.00 | |
| 9/13/2017 | Patrick Juneau | HESI Q3 Estimate | 0.1 | $ 700.00 | $ 70.00 | $ 350.00 |
| | | Total | 2.11 | | $ 551.25 | $ 551.25 |