UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | MDL 2179 |
|    "Deepwater Horizon" in the Gulf ) | |
|    of Mexico, on April 20, 2010 ) | SECTION J |
| ) | |
| This document Relates to: ) | JUDGE BARBIER |
| *Pleading Bundle B1* ) | |
| ) | MAG. JUDGE WILKINSON |
| ) | |
| JUSTICE DESIGN STUIDO, PC, ) | CASE NO.: 2:16-cv-05050 |
|    Plaintiff, ) | |
| ) | SECTION J |
| vs. ) | |
| ) | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., ) | |
| BP AMERICA PRODUCTION COMPANY, ) | MAG. JUDGE WILKINSON |
| and BP P.L.C. ) | |
|    Defendants. ) | |

**PLANTIFF'S MOTION FOR DETERMINATION AS
COMPLIANT WITH PTO 60**

COMES NOW PLANITFF, Justice Design Studio, PC, through undersigned counsel, and files this Motion for Determination as Compliant with PTO 60 and states:

### I.    INTRODUCTION

This Motion is filed in Response to the Court's Order of November 08, 2017 (Document 23649).  Justice Design Studio, PC was not listed on any of the Exhibits as being compliant, or noncompliant.  However, Justice Group, LLC is listed as being compliant with PTO 60, but lists its case number as "16-05050", which is the case number in this matter, for Justice Design Studio, PC.

Plaintiff has shown a willingness to proceed with its claim in a proper and effective way. Plaintiff has demonstrated a willingness to abide by the spirit of judicial economy, the rules of the Court, and has sought proper guidance from this Court.

## II. MATERIAL FACTS

1. On January 13, 2011, Plaintiff submitted its written demand to Gulf Coast Claims Facility.

2. Plaintiff filed its timely complaint with this court on May 11, 2016.

3. A sworn statement (formally called "Exhibit "A"") was filed in conjunction with the Complaint.

4. On August 31, 2012, Plaintiff provided its formal written notice of its election to opt-out of the Economic Class pursuant to Fed. R. Civ. P. 23(C)(2)(B), and Sections 8.2.1 through 8.2.4 of the Deepwater Horizon Economic and Property Damages Settlement Agreement in MDL No. 2179, Civil Action No. 12-970. A copy of the opt-out letter was also filed in conjunction with the Complaint on May 11, 2016.

## III. CONCLUSION

WHEREFORE, Plaintiff respectfully moves this Honorable Court to determine Justice Design Studio, PC (as well as Justice Group, LLC), as Compliant with PTO 60, and subject to further proceedings of this Court.

Date: November 10, 2017

Respectfully submitted,

BY:/s/William B. Price
WILLIAM B. PRICE
Florida Bar No: 28277
bill@thepricelawfirm.com
P.O. Box 351
Panama City, FL 32402

Telephone: (850) 215-2195
Facsimile: (850)763-0647

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Determination as Compliant with PTO 60 has been served on all Counsel by electronically uploading the Same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of November, 2017.

    */s/ William B. Price*
    William B. Price