## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | **SECTION J** |
| | ) | |
| **This document Relates to:** | ) | **JUDGE BARBIER** |
| *Pleading Bundle B1* | ) | |
| | ) | **MAG. JUDGE WILKINSON** |

| | | |
|---|---|---|
| | ) | |
| **JUSTICE DESIGN STUIDO, PC,** | ) | **CASE NO.:  2:16-cv-05050** |
| **Plaintiff,** | ) | |
| | ) | **SECTION J** |
| **vs.** | ) | |
| | ) | **JUDGE BARBIER** |
| **BP EXPLORATION & PRODUCTION, INC.,** | ) | |
| **BP AMERICA PRODUCTION COMPANY,** | ) | **MAG. JUDGE WILKINSON** |
| **and BP P.L.C.** | ) | |
| **Defendants.** | ) | |

## ORDER

Considering Plaintiff's Motion for Determination as Compliant with PTO 60, filed on November 10, 2017 in this matter;

**IT IS ORDERED** that Plaintiff's Motion for Determination as Compliant with PTO 60, is **Granted**, and Justice Design Studio, PC's name is hereby added to Exhibit 2 [Doc. # 23649-2] to the Court's Order dated November 8, 2017, to reflect its compliance with PTO 60.

**IT IS FURHTER ORDERED** that Justice Group, LLC remain as complaint with PTO 60, and updated to reflect its correct Civil Action Number as 16-05041.

New Orleans, Louisiana, this _____ day of November, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT