UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Salvesen v. Feinberg, et al.,<br>2:11-cv-02533<br>Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,<br>2:11-cv-1987<br>Ditch v. Feinberg et al., 2:13-cv-06014<br>_____/ | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' MOTION TO REQUEST THIS COURT TO PLACE ON THE PUBLIC RECORD THE TOTAL AMOUNT AND SOURCE OF COMPENSATION, *FROM ALL SOURCES*, PAID TO ALL MEMBERS OF THE PSC, et al.**

Plaintiffs, Selmer M. Salvesen, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Andrew J. Ditch, by and through their undersigned counsel, hereby file their Motion to Request This Court to Place on the Public Record the Total Amount and Source of Compensation, *From All Sources*, Paid to All Members of the PSC, et al. for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: November 13, 2017

Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Motion. Mr. Herman states, "Not really sure what you mean….All of this was memorialized in formal Orders of the Court, and is a matter of public record."

DATED:  November 13, 2017				Respectfully submitted,

							**/s/ Brian J. Donovan**
							Brian J. Donovan
							Attorney for Plaintiffs
							Florida Bar No. 143900
							3102 Seaway Court, Suite 304
							Tampa, FL 33629
							Tel: (352)328-7469
							BrianJDonovan@verizon.net


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of November, 2017.

							**/s/ Brian J. Donovan**
							Brian J. Donovan
							Attorney for Plaintiffs
							Florida Bar No. 143900
							3102 Seaway Court, Suite 304
							Tampa, FL 33629
							Tel: (352)328-7469
							BrianJDonovan@verizon.net