UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GAUCI CUSTOM BUILDERS, LLC, ET AL. | * | CIVIL ACTION |
| | * | |
| | * | No. 17-2881 |
| V. | * | |
| | * | SECTION: J(2) |
| BRENT COON & ASSOCIATES LAW FIRM, P.C., ET AL. | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

## ORDER

Considering Plaintiffs' Motion to Sever (Rec. Doc. 23093),

IT IS ORDERED that Civil Action no. 17-2881 is hereby SEVERED from Multidistrict Litigation No. 2179.  All future filings relating to this action shall be made in the docket for No. 17-2881, not the MDL master docket, and shall use the caption above, rather than the MDL caption.

New Orleans, Louisiana, this 13th day of November, 2017.

_____
United States District Judge

**Note to Clerk:**  Enter Order in 17-2881 and 10-md-2179.