IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION J |
| This document relates to: 12-cv-970 | * * * * * | Honorable CARL J. BARBIER  Magistrate Judge WILKINSON |

SUPPLEMENTAL DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 16-30918

*Counsel Listed on the Final Page*

BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. provide the supplemental designations below for the record on appeal in case number 16-30918 pending before the United States Court of Appeal for the Fifth Circuit. Appellant, Mr. Christenson, advised undersigned counsel that he does not join in these designations.

**Supplemental Index of Relevant MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
| --- | --- | --- | --- |
| 2:10-md-2179 | 20868 | 07/06/2016 | MOTION to Intervene. (Reference: 12-970)(gec) (Entered: 07/06/2016) |
| 2:10-md-2179 | 23645 | 11/07/2017 | ORDERED that the Clerk of Court shall UNSEAL the "Motion to Intervene" (Rec. Doc. [20868]), including attachments. Signed by Judge Carl Barbier. (Reference: 12-970) (cc: David Andrew Christenson)(gec) |

   /s/ Devin C. Reid

| | |
| --- | --- |
| J. Andrew Langan, P.C.<br>Martin R. Martos II<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>andrew.langan@kirkland.com<br>martin.martos@kirkland.com | Don K. Haycraft<br>Devin C. Reid<br>LISKOW & LEWIS LLP<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 556-4128<br>Facsimile: (504) 556-4108<br>dkhaycraft@liskow.com<br>dcreid@liskow.com |
| Jeffrey Bossert Clark<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>jeffrey.clark@kirkland.com | *Attorneys-in-Charge for Defendants BP Exploration & Production Inc., America Production Company, and BP P.L.C.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 14th day of November, 2017.

/s/ Devin C. Reid