IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: 12-cv-970 | * * * * | Honorable CARL J. BARBIER |
| | | Magistrate Judge WILKINSON |

**JOINT SUPPLEMENTAL DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 17-30544**

*Counsel Listed on the Final Page*

## Supplemental Index of Relevant MDL 2179 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 23496 | 10/13/2017 | NOTICE by Patrick A. Juneau of Filing of Amended Declarations in Compliance with Fifth Circuit October 12, 2017 Order. (Attachments: # (1) Exhibit) (Reference: 12-970) (Entered: 10/13/2017) |
| 2:10-md-2179 | 23498 | 10/16/2017 | ORDER of USCA as to [22979] Notice of Appeal, filed by Claimants 100325530, 100294052, 100326752, 100298348, 100326757, 100296630, 100327287, 100326742, 100327802. It is ORDERED that, despite our agreement with the district judge in every other respect, our jurisdiction hinges on the compliance of the declarations relied on by the district judge with 28 U.S.C. 1746, and that therefore the above captioned claims be REMANDED for renewed consideration with corrected accompanying declarations. USCA Judges: Higginbotham, Jones and Costa. (Reference: 12-970) (Entered: 10/16/2017) |
| 2:10-md-2179 | 23499 | 10/16/2017 | ORDERED that the Emergency Motion for a Preliminary, Mandatory Injunction Requiring the Claims Administrator to Process Petitioners' Claims (Rec. Doc. [22042]) and the Amended Motion for Entry of Order Deeming BP Claim to Be Timely Filed (Rec. Doc. [22306]) are re-DENIED; and it is ORDERED that the Objection to the Report of the Claims Administrator (Rec. Doc. [22307]) is, again, OVERRULED. Signed by Judge Carl Barbier on 10/13/2017. Pursuant to Fifth Circuit directive, Clerk is to forward the case back to the Fifth Circuit. (Reference: 12-970) (NEF: AppealsClk) (Entered: 10/16/2017) |
| 2:10-md-2179 | 23503 | 10/18/2017 | Brief by All Plaintiffs re [22870] Order on Motion for Preliminary Injunction,, Order on Motion for Permanent Injunction,, Order on Motion for Miscellaneous Relief, Brief on Remand from the Fifth Circuit Court of Appeals (Attachments: # (1) Exhibit A-Email dated November 16, 2016) (Reference: 12-970) (Entered: 10/18/2017) |
| 2:10-md-2179 | 23504 | 10/18/2017 | EXPARTE/CONSENT Joint MOTION for Hearing re [23503] Brief, or Status Conference on Remand from the Fifth Circuit Court of Appeals Regarding |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Motions to Deem BP Claims to be Timely Filed and to Compel Claims Administrator to Process Claims by Plaintiff. (Attachments: # (1) Proposed Order) (Reference: 12-970) (Entered: 10/18/2017) |
| 2:10-md-2179 | 23534 | 10/19/2017 | ORDERED that [23504] Motion to Set Hearing or Status Conference is DENIED. Signed by Judge Carl Barbier. (Reference: 12-970) (Entered: 10/19/2017) |
| 2:10-md-2179 | 23563 | 10/20/2017 | AMENDED NOTICE OF APPEAL by All Plaintiffs as to [23534] Order on Motion for Hearing, [23499] Order. (Reference: 12-970) (Entered: 10/20/2017) |

| | |
|---|---|
| J. Andrew Langan, P.C.<br>Matthew T. Regan, P.C.<br>Martin R. Martos II<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>andrew.langan@kirkland.com<br>matthew.regan@kirkland.com<br>martin.martos@kirkland.com<br><br>Jeffrey Bossert Clark<br>Aaron L. Nielson<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>jeffrey.clark@kirkland.com<br>aaron.nielson@kirkland.com | /s/ Devin C. Reid<br>Don K. Haycraft<br>Devin C. Reid<br>LISKOW & LEWIS LLP<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 556-4128<br>Facsimile: (504) 556-4108<br>dkhaycraft@liskow.com<br>dcreid@liskow.com |

**Attorneys-in-Charge for Defendants BP Exploration & Production Inc., America Production Company, and  P.L.C.**


| | |
|---|---|
| */s/ Richard C. Stanley*<br>Richard C. Stanley<br>Kathryn W. Munson<br>STANLEY, REUTER, ROSS,<br>   THORNTON & ALFORD, LLC<br>909 Poydras Street, Ste. 2500<br>New Orleans, LA  70112<br>Telephone: (504) 523-1580<br>rcs@stanleyreuter.com<br>kwm@stanleyreuter.com | J. David Forsyth<br>SESSION, FISHMAN, NATHAN &<br>   ISRAEL, L.L.C.<br>400 Poydras Street, Suite 2550<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-1521<br>jdf@sessions-law.com |

**Attorneys for Patrick A. Juneau in his capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program**

| | |
|---|---|
| */s/ John N.C. Ledbetter* <br> John N.C. Ledbetter <br> Ledbetter & Associates, P.L. <br> Fla. Bar. No. 0354333 <br> 4461 Gulfstarr Drive, Ste. 102 <br> Destin, FL 32541 <br> Telephone: (850) 650-1040 <br> led@desstinlawgroup.com <br><br> ***Attorney Claimant-Appellants 100294052, 100326752, 100298348, 100326757, 100296630, 100327287, 100326742, and 100327802*** | */s/ Leo D. Congeni* <br> Leo D. Congeni <br> Congeni Law Firm, LLC <br> La. Bar No. 25626 <br> 424 Gravier St. <br> New Orleans, LA 71030 <br> Telephone: (504) 522-4848 <br> leo@congnilawfirm.com <br><br> ***Attorney for Claimant-Appellant 100325530*** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 14th day of November, 2017.

/s/ *Leo D. Congeni*