IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| This Document Relates To: | * | |
| *2:16-cv-06696; 2:16-cv-06071* | * | |
| *2:16-cv-06200* | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

**Notice of Appeal**

COME NOW, Plaintiffs, David Edwards (Cause No. 2:16-cv-06696); Dach V. Hoang (Cause No. 2:16-cv-06071); and Tuoi Pham (Cause No. 2:16-cv-06200 and file this their Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (the "Order and Reasons")  (Rec. Doc. No. 23560) in the record of MDL-2179) dated October 20, 2017, dismissing their claims.

Date:  November 16, 2017

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
215 Orleans
Beaumont, TX  77701
(409)835-2666 – Telephone
(409)835-1912 - Facsimile