**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig "Deepwater        *       MDL No. 2179
    Horizon" in the Gulf of Mexico, on
    April 20, 2010                                 *       SECTION: J

                            *
                            *       JUDGE BARBIER

This Document Relates to:                          *
*All Cases*                                         *       MAG. JUDGE WILKINSON

## ORDER

IT IS ORDERED that the Clerk of Court shall UNSEAL the Order [Amending Confidentiality Order re Bankruptcy Matters] (Rec. Doc. 21903).

New Orleans, Louisiana, this 16th day of November, 2017.

_____
United States District Judge