UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** *Pleading Bundle B1* | * | MAG. JUDGE SHUSHAN |
| **JOHNNY'S CLAMS INC.** (Plaintiff) | * | CIVIL ACTION No. 16-05541 |
| | * | SECTION J |
| **VERSUS** | * | JUDGE BARBIER |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.** (Defendants) | * | MAG. JUDGE WILKINSON |

### JOHNNY'S CLAMS' MOTION FOR RECONSIDERATION OF ORDER AS TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS

**JOHNNY'S CLAMS, INC,** (herein after **"Johnny's Clams"**[1]) by and through its undersigned attorneys moves the Court to reconsider the Order as to BP's Dispositive Motion as to Released Claims (Rec. Doc. 23560) issued by the Court on October 20, 2017, to the extent that it dismisses with prejudice the claim asserted by Johnny's Clams, requests that the Court review Johnny's Clams Response to Order to Show Cause (Rec. Doc. 20566), and determine that said Plaintiff has complied with PTO 60 and PTO 64 and declare that said Plaintiff may proceed with the suit it previously filed.

1. Johnny's Clams was a Plaintiff in a consolidated complaint filed in this Court entitled Jensen Beach Marketing, Inc. v. BP, Civil Action No. 2:13-cv-1439.

---

[1] The complaint in this matter was filed under the name of Johnny's Clams Inc. but the orders and exhibits variously refer to the claim by both Johnny's Clams and/or Johnny Sheridan.

2. On March 29, 2016 the Court entered Pretrial Order No. 60 ("PTO 60") (Rec. Doc. 16050), requiring each Plaintiff to file an individual complaint along with a Sworn Statement. In a Footnote to PTO 60, the Court stated that it would address the status of the claimants who previously executed releases and covenants not to sue, hereinafter the "release claims". Johnny's Clams was a release claimant which executed a release and covenant not to sue on July 24, 2011.

3. On May 12, 2016 undersigned counsel filed in the record a complaint in Case 2:16-cv-16-0554, along with required attachments, all of which were served as required by PTO 60.

4. This Court issued PTO 64, which required the Release Claimants to file a sworn statement, testifying that the claimants have a maritime claim. As a maritime worker and a release claimant, Johnny's Clams timely filed a sworn statement.

5. The Court dismissed Plaintiff's claim in its Order and Reasons (Rec Doc 23560) on October 20, 2017.

**WHEREFORE**, Johnny's Clams requests that the Court reconsider the dismissal of Johnny's Clams' claim and order that Johnny's Clams may proceed with its suit.

Dated: November 19, 2017

Respectfully Submitted

/s/ Douglas S. Lyons
DOUGLAS S. LYONS
Fla. Bar No.: 128277
Lyons & Farrar, P.A.
1637 Metropolitan Blvd., Ste. A-2
Tallahassee, Florida 32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
dougl@lyonsandfarrar.com

        P. Tim Howard
        Howard & Associates, Attorneys at Law, P.A.
        8511 Bull Headley Road, Suite 405
        Tallahassee, Florida 32312
        (850) 298-4455 - telephone
        (850) 216-2537 - facsimile
        Florida Bar No. 655325
        tim@howardjustice.com

        Samuel T. Adams
        154 Roy Lane
        Post Office Box 8420
        Panama City, Florida 32409
        (850) 785-3469 – telephone
        (850) 640-1562 - facsimile
        Florida Bar No. 160184
        tom@samueltadams.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Reconsideration has been served on all counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179; this 19th day of November, 2017.

        /s/ Douglas S. Lyons
        Douglas S. Lyons