UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | | |
| *Pleading Bundle B1* | * | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **JELP BARBER,** | | CIVIL ACTION |
| | | No. 2:16-cv-05533 |
| (Plaintiff) | | |
| | * | SECTION J |
| **VERSUS** | | |
| | * | JUDGE BARBIER |
| **BP EXPLORATION & PRODUCTION, INC.,** | | |
| **BP AMERICA PRODUCTION COMPANY,** | | |
| **and BP P.L.C.** | * | MAG. JUDGE WILKINSON |
| (Defendants) | | |

**JELP BARBER'S MOTION FOR RECONSIDERATION OF
ORDER AS TO BP'S DISPOSITIVE MOTION AS TO RELEASED CLAIMS**

**JELP BARBER** by and through his undersigned attorneys moves the Court to reconsider the Order as to BP's Dispositive Motion as to Released Claims (Rec. Doc. 23560) issued by the Court on October 20, 2017, to the extent that it dismisses with prejudice the claim asserted by Jelp Barbers, requests that the Court review Jelp Barbers Response to Order to Show Cause (Rec. Doc. 20566), and determine that said Plaintiff has complied with PTO 60 and PTO 64 and declare that said Plaintiff may proceed with the suit he previously filed.

1. Jelp Barbers was a Plaintiff in a consolidated complaint filed in this Court entitled Jensen Beach Marketing, Inc. v. BP, Civil Action No. 2:13-cv-1439.

2. On March 29, 2016 the Court entered Pretrial Order No. 60 ("PTO 60") (Rec. Doc. 16050), requiring each Plaintiff to file an individual complaint along with a Sworn

Statement. In a Footnote to PTO 60, the Court stated that it would address the status of the claimants who previously executed releases and covenants not to sue, hereinafter the "release claims". Jelp Barber was a release claim who executed a release and covenant not to sue on July 24, 2011.

3. On May 12, 2016 undersigned counsel filed in the record a complaint in Case 2:16-cv-16-05533, along with required attachments, all of which were served as required by PTO 60.

4. This Court issued PTO 64, which required the Release Claimants to file a sworn statement, testifying that the claimants have a maritime claim. As a maritime worker and a release claimant, Jelp Barber timely filed a sworn statement.

5. The Court dismissed Plaintiff's claim in its Order and Reasons (Rec Doc 23560) on October 20, 2017.

**WHEREFORE**, Jelp Barber requests that the Court reconsider the dismissal of Jelp Barber's claim and order that Jelp Barber may proceed with his suit.

Dated: November 19, 2017

        Respectfully Submitted

        /s/ Douglas S. Lyons
        DOUGLAS S. LYONS
        Fla. Bar No.: 128277
        Lyons & Farrar, P.A.
        1637 Metropolitan Blvd., Ste. A-2
        Tallahassee, Florida 32308
        (850) 222-8811 - telephone
        (850) 222-5583 - facsimile
        dougl@lyonsandfarrar.com

        P. Tim Howard
        Howard & Associates, Attorneys at Law, P.A.
        8511 Bull Headley Road, Suite 405
        Tallahassee, Florida 32312

(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

Samuel T. Adams
154 Roy Lane
Post Office Box 8420
Panama City, Florida 32409
(850) 785-3469 – telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Reconsideration has been served on all counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179; this 19th day of November, 2017.

/s/ Douglas S. Lyons
Douglas S. Lyons