UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | | |
| Of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** | | |
| *2:16-cv-05533, 2:16-cv-05541* | * | **MAG. JUDGE WILKINSON** |

## NOTICE OF APPEAL

Plaintiffs, Jelp Barber (Case No. 2:16-cv-05533) and Johnny's Clams (Case No. 2:16-cv-0554), file this their Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons (the "Order and Reasons") (Rec. Doc. 23560) in record of MDL-2179, dated October 20, 2017, dismissing their claims.

Dated: November 19, 2017

**RESPECTFULLY SUBMITTED**,

/s/ Douglas S. Lyons
Douglas S. Lyons
Lyons and Farrar, P.A.
1637 Metropolitan Blvd., Suite A-2
Tallahassee, FL  32308
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 19th day of November, 2017.

/s/ Douglas S. Lyons
Douglas S. Lyons