IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| **This Document Relates To:** | * | |
| *2:12-cv-01422; 2:16-cv-11744; 2:16-cv-11716;* | * | |
| *2:16-cv-09458; 2:16-cv-06303; 2:13-cv-05367;* | * | |
| *2:13-cv-06009; 2:13-cv-06010* | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

## Notice of Appeal

COME NOW, Plaintiffs, Action Restoration, Inc. (Cause No. 2:12-cv-01422); SGI Land Company, LLC (Cause No. 2:16-cv-11744; 2:13-cv-06009; 2:13-cv-06010); Gary Pesce d/b/a Ocean Flex Omts (Cause No. 2:16-cv-11716; 2:13-cv-06009; 2:13-cv-06010 ); Kyrt M. Wentzell, Individually and Kyrt M. Wentzell, Innovations d/b/a Chum Churn (Cause No. 2:16-cv-09458; 2:13-cv-06009; 2:13-cv-06010 ;  and Russell Lengacher, Nelson Mast, Luke Martin, James Glick (Cause No. 2:16-cv-06303; 2:13-cv-05367) file this their Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the district court's Order [As to the Motions for Reconsideration, Etc. of the PTO 64 Compliance Order (Rec. Doc. 23051)] (Rec. Doc. No. 23649) in the record of MDL-2179 dated November 8, 2017, dismissing their claims.

Date:  November 27, 2017

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
215 Orleans
Beaumont, TX  77701
(409)835-2666 – Telephone
(409)835-1912 - Facsimile