# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 21, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-30918    In Re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

The court has granted the motion to supplement the record with previously sealed motion and November 7, 2017 order of district court unsealing motion in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Mary C. Stewart, Deputy Clerk
                504-310-7694

Mr. William W. Blevins
Mr. David Andrew Christenson
Mr. Jeffrey Bossert Clark Sr.
Mr. Don Keller Haycraft
Mr. Russell Keith Jarrett
Mr. James Andrew Langan
Mr. Martin R. Martos II

No. 16-30918

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

IN RE: DEEPWATER HORIZON

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL No. 2179

## MOTION TO SUPPLEMENT RECORD ON APPEAL

NOW INTO COURT, through undersigned counsel, comes BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. who together move the Court to supplement the record on appeal. Appellant, David Andrew Christenson, opposes the relief requested in this motion.

At the time of the preparation of the original designations of record on appeal, Mr. Christenson's initial motion that resulted in the appealed order was placed under seal by the district court, and, as a result, did not become a part of the record in 16-30918. *See* Declaration of Devin Reid at ¶4. On November 7, 2017, the district court, recognizing that Mr.

1

Christenson has requested that his pleadings be unsealed, lifted that seal and allowed BP and the public access to Mr. Christenson's filing. *See* MDL 2179, Rec. Doc. 23645 (E.D. La. Nov. 7, 2017); *see also* Declaration of Devin Reid at ¶5. This document, which is now unsealed, should be included in the record on appeal before this Court so that the parties have access to a complete record prior to the close of briefing in this matter. Accordingly, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. move to supplement the record on appeal with the November 7, 2017 order of the district court and Mr. Christenson's motion, copies of which are attached hereto.

November 14, 2017                     Respectfully submitted,

/s/ Jeffrey Bossert Clark
Jeffrey Bossert Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

2

## CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2017, an electronic copy of the foregoing Motion to Supplement Record on Appeal was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey Bossert Clark

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing motion complies with Fed. R. App. P. 27(d)(2) because it does contains 221 words. The brief also complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1) because it has been prepared in a proportionally spaced, roman style typeface of 14 points or more.

/s/ Jeffrey Bossert Clark

## DECLARATION OF DEVIN REID PURSUANT TO 28 U.S.C. § 1746

I, Devin Reid, hereby declare as follows:

1. My name is Devin Reid. I am a person of the full age of majority, and I give this Declaration on the basis of personal knowledge.

2. I am a shareholder of the law firm Liskow & Lewis, APLC and counsel for BP Exploration & Production Inc., BP America Company, and BP p.l.c.

3. On November 7, 2017, I contacted the Clerk of Court for the United States District Court for the Eastern District of Louisiana on behalf of BP Exploration & Production Inc., BP America Company, and BP p.l.c. to inquire about obtaining access to a motion filed by Mr. David Andrew Christenson that had been sealed by the district court when initially filed. *See* MDL 2179, Rec. Doc. 20868. Because the document was initially sealed, it was not made a part of the Electronic Record on Appeal in 16-30918.

4. As part of that process, the Clerk of Court transferred me to the district judge's law clerk. I informed the law clerk that BP is an adverse party to an appeal brought by Mr. Christenson relating to the denial of his underlying motion. I explained that BP would maintain the confidentiality of Rec. Doc. 20868 in any proceedings.

-2-

5. The law clerk informed me that he would discuss BP's request to obtain a copy of Rec. Doc. 20868 with the district judge. Later that day, the district judge issued an order *sua sponte* unsealing Mr. Christenson's motion. *See* MDL 2179, Rec. Doc. 23645. In that order, the district judge noted that "Mr. Christenson subsequently filed other documents and explicitly requested that they not be sealed."

6. I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Executed on this 14th day of November, 2017 at New Orleans, Louisiana.

_____
Devin C. Reid

Case: 16-30918    Document: 00514236799    Page: 6    Date Filed: 11/21/2017
Case 2:10-md-02179-CJB-DPC  Document 23718  Filed 11/21/17  Page 7 of 13
Case 2:10-md-02179-CJB-JCW  Document 20868  Filed 07/26/16  Page 7 of 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

Motion to Intervene
On Behalf of My Wife and Myself
Please file under Seal

Per the Deepwater Horizon Claims Administrator: In order for us to receive a settlement, I must commit criminal fraud. As you know I am not well liked by the Federal Judiciary or the Federal Government and I believe they would use any chance they could to put me in jail. I have provided everything that I can without committing criminal fraud. I have asked for a "hardship" exemption. Our home was foreclosed on and we lost most of our belongings including financials. The FBI stole my financials on March 15th, 2011 and never returned them.

If you don't want me to receive a settlement, then just tell me and I will stop. If the Department of Justice does not want me to receive a settlement, then just tell me and I will stop.

Reference the attachment Section II number 4. This statement is wrong. I provided tax returns for the years in question. Each tax return has an official IRS templet, that has been filed out and filed, that is titled "Profit and Loss". The Administrator refuses to accept this official government document. I used the accrual method of accounting and the Administrator refuses to accept that as well. I can't magically recreate financials. I was not required to keep monthly financials for any reason. I filed both business and individual economic claims. The Administrator without reason has merged the two. What I have been through is a major catch-22. There is no easy way to communicate with the Administrator or the staff and they refuse to respond in a timely fashion. If you do receive a response it is incoherent.

I will provide a more detailed list of grievances if you allow me to intervene. If they had paid me the original $35,000.00 in 2011 that I requested and was entitled to, we would not be in this position. Both of our individual and my business claims should have been paid. This is corrupt.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086, Dchristenson6@hotmail.com


RECEIVED
JUL -5 2016
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

Case: 16-30918    Document: 00514236797    Page: 7    Date Filed: 11/21/2017
Case 2:10-md-02179-CJB-JCW    Document 23068    Filed 07/26/16    Page 2 of 6
Case 2:10-md-02179-CJB-DPC    Document 23718    Filed 11/21/17    Page 8 of 13

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# POST - RECONSIDERATION INCOMPLETENESS NOTICE
### DATE OF NOTICE: June 30, 2016
### DEADLINE FOR RESPONSE: August 1, 2016

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: CHRISTENSON | First: DAVID | Middle: |
| **Claimant ID** | 100302987 | **Claim ID** | 348134 |
| **Claim Type** | Business Economic Loss | | |
| **Industry Designation** | Non-Tourism | **Economic Loss Zone** | Zone B |

## II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We received your request for Reconsideration and have attempted to complete a Reconsideration review of your claim. However, we cannot continue processing your claim because it is missing documents or information that the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires you to submit before we can complete our Reconsideration review of your claim. This Notice explains what your claim is missing and contains tips for how you can obtain the required documents or information. We are available to help you if you have questions or need assistance. Submit the following documents and/or information no later than the Deadline for Response listed at the top of this Notice so that we can complete our Reconsideration review. If you need more time to collect these materials, let us know. If you already have sent in these materials, let us know, for they may have come in after we did our last review. Also, you should check your Portal for any documents that you have submitted to see if they are labeled as Bad/Corrupt Documents and to make sure that they are legible and not password protected. If you cannot open or read the documents on the Portal, then we cannot use those documents to evaluate your claim and you should upload new documents.

**Note:** On May 5, 2014, the U.S. District Court for the Eastern District of Louisiana approved Policy 495 (Business Economic Loss Claims: Matching of Revenues and Expenses), which the Claims Administrator developed and adopted to evaluate Business Economic Loss ("BEL") claims from businesses whose financial records do not match revenue with corresponding variable expenses, pursuant to directives of the Fifth Circuit Court of Appeals. Subsequently, on May 28, 2014, the District Court issued an Order which included instructions for the implementation of Policy 495. If we determine that your BEL claim contains revenues and variable expenses that are not sufficiently matched according to the procedures established within Policy 495, we may require additional documentation that is not reflected in this Notice. If this happens, we will issue you another notice indicating what additional materials you must submit.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for 2010. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine monthly revenues and expenses of the business for 2010. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2010. If you do not have this information, you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing your annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |

| | | |
|---|---|---|
| 2. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for the claimed Benchmark Period. If you selected Claims Administrator Selected Benchmark Period on the Claim Form or did not select a Benchmark Period, then you must provide these documents for 2009 at a minimum. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine the monthly revenues and expenses of the business for the claimed Benchmark Period. The Settlement Agreement requires profit and loss statements identifying a creation date and detailing revenues and expenses for each month in your claimed Benchmark Period. If you do not have this information, you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
| 3. | Monthly and annual profit and loss statements (which identify individual expense line items and revenue categories), or alternate source documents establishing monthly revenues and expenses for 2011. Profit and loss statements must identify the dates on which they were created. The Settlement Agreement requires that these documents reconcile with tax returns you submitted. | We are unable to determine the monthly revenues and expenses of the business for 2011. The Settlement Agreement requires monthly profit and loss statements identifying a creation date and detailing revenues and expenses for each month in 2011. If you do not have this information you may be able to get it: (a) from your financial advisor or accountant; (b) by reviewing your bank account statement; or (c) by reviewing annual or quarterly statements to calculate the missing information. The Settlement Agreement requires this information in the form of a monthly profit and loss statement, detailing revenue and expenses. NOTE: This Notice may contain an Incompleteness Reason Explanation Attachment to provide additional details regarding the required documentation. |
| 4. | The provided profit and loss statements appear to encompass revenue and expenses that are divided by twelve from the tax return. Accounting Review cannot use profit and loss statements that allocate revenue and expenses in any way. Please provide profit and loss statements that reflect the actual monthly revenue and expenses for your claimed business. | We cannot evaluate your claim in the way the Settlement Agreement requires us to do unless you submit these documents. |

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to Questions@dhecc.com. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.

### IV. HOW TO RESPOND TO THIS NOTICE

Submit your additional documents online by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Response deadline) | Deepwater Horizon Economic Claims Center PO Box 10272 Dublin, OH 43017-5772 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Response deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Response deadline) | Deepwater Horizon Economic Claims Center c/o Claims Administrator 5151 Blazer Parkway Suite A Dublin, OH 43017 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Response deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Response deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |

### V. SUMMARY OF OTHER SUBMITTED CLAIMS

Case: 16-30918    Document: 00514236797    Page: 9    Date Filed: 11/21/2017
Case 2:10-md-02179-CJB-DPC Document 23718 Filed 11/21/17 Page 10 of 13
Case 2:10-md-02179-CJB-JCW Document 20308 Filed 07/06/16 Page 4 of 5

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section III of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | **Claim Type** | **Claim ID** | **Claim Status** |
|---|---|---|---|
| 1. | Individual Economic Loss | 343791 | Notice Issued After Review: Duplicate Claim |

## INCOMPLETENESS REASON EXPLANATION ATTACHMENT

### Monthly Profit and Loss Statements

The Settlement Program has reviewed your documents and determined that you are missing P&Ls from the months indicated with an "x" in the grid below. If we have determined that the P&Ls you have submitted do not contain separate line items for expenses, as is required by the Settlement Agreement, then the grid will show an "EXP" in the cell for the applicable month.

| ANNUAL PERIOD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | √ | √ | √ | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP | EXP |

Case: 16-30918  Document: 00514236797  Page: 11  Date Filed: 11/24/2017
Case 2:10-md-02179-CJB-DPC  Document 23718  Filed 11/21/17  Page 12 of 13
Case 2:10-md-02179-CJB-JCW  Document 20888  Filed 07/06/16  Page 2 of 3

David Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
01 JUL 2016 PM 2 L

U.S. MARSHALS

70130-338138

Judge Carl Barbier
EDLA Federal Courthouse
500 Poydras Street
Room C-256
New Orleans, LA 70130

Case: 16-30918    Document: 00514236797    Page: 12    Date Filed: 11/24/2017

Case 2:10-md-02179-CJB-DPC   Document 23718   Filed 11/21/17   Page 13 of 13
Case 2:10-md-02179-CJB-JCW   Document 23645   Filed 11/20/17   Page 13 of 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *No. 12-970* | * | MAG. JUDGE WILKINSON |

**ORDER**

The Court previously ordered that a "Motion to Intervene" be filed under seal as requested by the filing party, David Andrew Christenson. *See* Rec. Doc. 20923 (sealing Rec. Doc. 20868 and attachments). Mr. Christenson subsequently filed other documents and explicitly requested that they not be sealed. *See* Rec. Doc. 21543 and attachments. In light of those subsequent filings and considering that Rec. Doc. 20868 pertains to an appeal before the Fifth Circuit, No. 16-30918,

IT IS ORDERED that the Clerk of Court shall UNSEAL the "Motion to Intervene" (Rec. Doc. 20868), including attachments.

New Orleans, Louisiana, this 7th day of November, 2017.

_____
United States District Judge

Clerk to send notice to:

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550