UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** |
| | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *Nos. 16-5533, 16-5541* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court are Motions for Reconsideration by Johnny's Clams (Rec. Doc. 23684) and Jelp Barber (Rec. Doc. 23685) concerning the October 20, 2017, Order & Reasons [As to BP's Dispositive Motion as to Released Claims] (Rec. Doc. 23560).

IT IS ORDERED that the Motions for Reconsideration (Rec. Docs. 23684, 23685) are DENIED.

New Orleans, Louisiana, this 29th day of November, 2017.

_____
United States District Court