# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CS Assets, LLC**  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>**BP Exploration & Production, Inc.; BP America** )<br>**Production Company; Halliburton**  )<br>**Energy Services, Inc.; and Sperry Drilling**  )<br>**Services, a division of Halliburton Energy**  )<br>**Services, Inc.**  )<br>  )<br>Defendants.  )<br>  )<br>_____ ) | **CIVIL ACTION NO. 2:13-cv-2539**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SUSHAN** |

## MOTION TO WITHDRAW

Comes now the law firm of Cunningham Bounds, LLC, and files this Motion to Withdraw its representation of CS Assets, LLC, whose address is 1248 Austin Highway, #106-253, San Antonio, Texas  78209, Telephone Number: 210-646-4801, in the case styled *CS Assets, LLC v. BP Exploration & Production, Inc.; et al.*, Case No. 2:13-cv-2539.

Date: 11/30/2017

/s/ Allison E. White
**Allison E. White,** La. Bar No. 32957
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, Alabama  36660
Phone:  251-471-6191
Fax:  251-479-1031
E-mail: aew@cunninghambounds.com

1

>Of Counsel:
>
>**Steven L. Nicholas**
>CUNNINGHAM BOUNDS, LLC
>1601 Dauphin Street, P.O. Box 66705
>Mobile, Alabama  36660
>Phone:  251-471-6191
>Fax:  251-479-1031
>E-mail: sln@cunninghambounds.com
>
>**Stephen C. Olen**
>CUNNINGHAM BOUNDS, LLC
>1601 Dauphin Street, P.O. Box 66705
>Mobile, Alabama  36660
>Phone:  251-471-6191
>Fax:  251-479-1031
>E-mail: sln@cunninghambounds.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.  I also hereby certify that on November 30, 2017, I mailed a copy of the foregoing document to CS Assets, LLC, 1248 Austin Highway, #106-253, San Antonio, Texas  78209 by Certified Mail, Return Receipt.

>**/s/  Allison E. White**
>**Allison E. White**