UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CS Assets, LLC ) | |
| ) | **CIVIL ACTION NO. 2:13-cv-2539** |
| Plaintiff, ) | |
| ) | **JUDGE BARBIER** |
| vs. ) | |
| ) | **MAGISTRATE JUDGE SUSHAN** |
| BP Exploration & Production, Inc.; BP America ) | |
| Production Company; Halliburton ) | |
| Energy Services, Inc.; and Sperry Drilling ) | |
| Services, a division of Halliburton Energy ) | |
| Services, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ON MOTION TO WITHDRAW

This matter having come before the Court on the Motion to Withdraw filed by the law firm of Cunningham Bounds, LLC, and the Court having considered the same, it is hereby

ORDERED that the same be and hereby is GRANTED.

_____
United States District Court Judge