UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To: 2:17-cv-05493; 2:17-cv-05491; 2:17-cv-2:17-cv-05490 | * | MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL

COME NOW, Plaintiffs, Ultra Wireline Services, LLC (C.A. No. 2:17-cv-05493), Mark Rodgers (C.A. No. 2:17-cv-05491), and Romy F. Berel, III (C.A. No. 2:17-cv-05490), through undersigned counsel, who file this their Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the Order of the United States District Court of the Eastern District of Louisiana entered in the record of MDL-2179 on July 19, 2107 (Rec. Doc. No. 23051) and which Motions for Reconsideration (Rec. Docs. 23263, 23264, 23265) were denied on November 8, 2017 (Rec. Doc. No. 23649), dismissing Plaintiffs' claims with prejudice.

Date: November 30, 2017        Respectfully submitted,

**MARTZELL, BICKFORD, & CENTOLA**

/s/ Lawrence J. Centola, III
**LAWRENCE J. CENTOLA, III (#27402)**
**CHRISTOPHER H. CARBINE (#36326)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)
ljc@mbfirm.com
chc@mbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of November, 2017.

**Counsel for BP**
Attn: J. Andrew Langan
**Kirkland & Ellis LLP**
300 North LaSalle St., Suite 2400
Chicago, IL 60654

**MDL 2179 Plaintiffs' Steering Committee**
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite 2000
935 Gravier Street
New Orleans, LA 70112

                                                             */s/ Lawrence J. Centola, III*
                                                             Lawrence J. Centola, III