IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30912

_____

In Re: Deepwater Horizon:

_____

DACH VAN HOANG,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.,

    Defendants - Appellees

_____

TUOI PHAM, Shrimp Packer,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.,

    Defendants - Appellees

_____

DAVID EDWARDS,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

———————————

JELP BARBER,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

———————————

JOHNNY'S CLAMS, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

———————————

Appeals from the United States District Court
for the Eastern District of Louisiana

———————————

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 30, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 17-30912    In Re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:16-CV-6071
                USDC No. 2:16-CV-6200
                USDC No. 2:16-CV-6696
                USDC No. 2:16-CV-5533
                USDC No. 2:16-CV-5541

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Dantrell L. Johnson, Deputy Clerk
                                504-310-7689

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark, Sr.
Mr. Brent Wayne Coon
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Douglas S. Lyons