UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBER <br> MAGISTRATE WILKINSON |

## MOTION TO BE RELIEVED OF RESTRICTIONS OF PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes the Louisiana Department of Justice, Office of Attorney General Jeff Landry, who moves this Honorable Court to issue an order relieving the Louisiana Department of Justice of the restrictions imposed by the protective order imposed in the above captioned matter on January 12, 2016 for the following reasons:

1.

The Louisiana Bureau of Investigation is currently conducting a criminal investigation into possible violations of Louisiana law. The matter under investigation involves settlement proceeds of the above captioned matter. As such, various settlement documents, and records of proceeds of settlement, constitute evidence in an ongoing investigation that may result in criminal prosecution.

**WHEREFORE**, the Louisiana Department of Justice, Office of Attorney General Jeff Landry, requests that this Honorable Court issue an order relieving the Louisiana Department of Justice of the restrictions imposed by the protective order in the above captioned matter on January 13, 2016, for good cause shown.

1

Respectfully Submitted:

*/s/* Winston White_____
Winston White (La. Bar Roll No. 36080)
Assistant Attorney General
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
WhiteW@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2017 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.

\_\_\_\_\_/s/ Winston White\_\_\_\_\_
WINSTON WHITE