UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG        MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010      SECTION J

THIS DOCUMENT RELATES TO ALL CASES     JUDGE BARBER
                                                          MAGISTRATE WILKINSON

## MEMORANDUM IN SUPPORT OF MOTION TO BE RELIEVED OF RESTRICTIONS OF PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes the Louisiana Department of Justice, Office of Attorney General Jeff Landry, who submits this Memorandum in Support of Motion to be Relieved of Restrictions of Protective Order dated January 13, 2016, in the above captioned matter, for good cause shown.

## ARGUMENT

The Louisiana Bureau of Investigation is currently conducting a criminal investigation into possible violations of Louisiana law. The matter under investigation involves settlement proceeds related to the above captioned matter. Various settlement documents, and records of proceeds of settlement, constitute evidence in this investigation. The Louisiana Department of Justice's need to use this information in furtherance of their investigation constitutes good cause shown within the meaning of the protective order imposed on January 13, 2016.

## CONCLUSION

The Louisiana Bureau of Investigation's need to use confidential settlement documents in the above captioned matter constitutes good cause shown within the meaning of the

1

confidentiality order issued by this Honorable Court on January 13, 2016. Thus, it is proper for this Honorable Court to grant the Louisiana Department of Justice's Motion to be Relieved of Restrictions of Protective Order in the above captioned matter.

                                        Respectfully Submitted:

                                        */s/* Winston White_____
                                        Winston White (La. Bar Roll No. 36080)
                                        Assistant Attorney General
                                        Louisiana Department of Justice
                                        1885 North 3rd Street
                                        P.O. Box 94005
                                        Baton Rouge, Louisiana 70804-9005
                                        Telephone: (225) 326-6200
                                        Facsimile: (225) 326-6297
                                        WhiteW@ag.louisiana.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 1, 2017 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and notice will be sent to all counsel for Plaintiffs by operation of the court's electronic filing system.

                    \_\_\_\_\_/s/ Winston White_____
                    WINSTON WHITE