UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179  SECTION J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBER  MAGISTRATE WILKINSON |

## ORDER

**CONSIDERING** the foregoing Motion of the Louisiana Department of Justice,

**IT IS ORDERED** that the Louisiana Department of Justice is relieved of the restrictions imposed by the protective order in the above captioned matter on January 13, 2016 for good cause shown.

New Orleans, Louisiana, this _____ day of December, 2017.

_____
Joseph C. Wilkinson, Jr.
Chief Magistrate Judge