UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: *Nos. 12-970, 12-968, and All Cases* | * * | |

## SPECIAL MASTER INVOICE NO. 5

Total amount owed from September 20, 2017 through November 20, 2017 (with detailed itemization submitted direct to Judge Barbier).          $7,260.00


BY ATTORNEYS:

PERRY, BALHOFF, MENGIS & BURNS, LLC
2141 Quail Run Drive
Baton Rouge, Louisiana 70808
Phone: (225) 767-7730
Facsimile: (225) 767-7967


BY: *John W. Perry, Jr.*

JOHN W. PERRY, JR. (Bar Roll #: 10524)

ATTACHMENT 1