UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *No. 12-970* | MAG. JUDGE WILKINSON |
| *Claimant ID 100036154, Claim ID 171291* | |
| *Claimant ID 100036101, Claim ID 98636* | |

## MOTION TO COMPEL THE CLAIMS ADMINISTRATOR TO PROCESS CLAIMS

NOW INTO COURT, through undersigned counsel, comes Claimant ID 100036154 and Claimant ID 100036101,[1] who move the Court to compel the Claims Administrator to remove Claim IDs 171291 and 98636, respectively, from the Moratoria Loss Review queue and process the claims under the Business Economic Loss Framework set forth in Exhibit 4 of the Settlement Agreement, respectfully representing the following:

1.

Claimant ID 100036154 provides janitorial and industrial cleaning supplies and paper products to area businesses in Lafourche and Terrebonne Parish including but not limited to schools, banks, shipyards, hospitals, governmental offices, churches, gas stations, hotels, restaurants and other commercial businesses. Despite the fact that the NAICS code listed on its tax returns is <u>not</u> found in Exhibit 19 of the Settlement Agreement, the Claims Administrator erroneously issued a Notice Regarding Potential Moratoria Losses on November 21, 2014,

---

[1] For purposes of preserving confidentiality, Claimants will refer to themselves by the Claimant ID Number issued by the Claims Administrator, and will refer to the Claim ID instead of the name of the business.

placing the claim on a permanent hold.

2.

Claimant ID 100036101 is a glass company that provides glass repair, replacement and/or installation services to three types of customers: automotive, residential and marine. Services include but are not limited to installing and/or repairing windshields, windows, porthole glass, safety glass, solar shades as well as custom cut glass orders to fulfill the specific needs of its customers. Despite the fact that the NAICS code listed on its tax returns is <u>not</u> found in Exhibit 19 of the Settlement Agreement, the Claims Administrator erroneously issued a Notice Regarding Potential Moratoria Losses on November 21, 2014, placing the claim on a permanent hold.

3.

The Claims Administrator does not have the authority to deviate from the express terms of the Settlement Agreement, which provides the sole method for determining which claimants should be reviewed for potential Moratoria Losses, found in Exhibit 19.

4.

WHEREFORE, Claimant ID 100036154 and Claimant ID 100036101 prays this Court grant this motion, and order the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Program to remove Claim IDs 171291 and 98636 from the Moratoria Loss Review queue and process the claims accordingly under the terms of the Business Economic Loss Framework.

Dated: December 1, 2017                             Respectfully submitted,

                                                    */s/ David B. Franco*
                                                    David B. Franco (TXBSA# 24072097)
                                                    **FrancoLaw, PLLC**
                                                    500 W. 2nd Street

Floor 19, Suite 138
Austin, Texas 78701
Telephone: (512) 714-2223
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

And

Damon J. Baldone
**Damon J. Baldone & Associates, APLC**
162 New Orleans Blvd.
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
Email: dbaldone@hotmail.com

*Counsel for Claimant IDs 100036154 and 100036101*

### CERTIFICATE OF SERVICE

I hereby certify that that the above and foregoing Motion to Compel the Claims Administrator to Process Claims will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System and also with the LexisNexis File & Serve system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 1st day of December, 2017.

*/s/ David B. Franco*
David B. Franco