# Exhibit A

| | |
|---|---|
| **Subject:** | RE: Baldone Firm - Claim Status |
| **Date:** | Tuesday, November 21, 2017 at 12:57:27 PM Central Standard Time |
| **From:** | Maclain Romaguera <mromaguera@dhecc.com> |
| **To:** | David Franco <dfranco@dfrancolaw.com> |
| **CC:** | Gwen Levron <gwen@baldonelaw.com> |
| **Priority:** | High |

We have released ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ) for standard processing under the BEL framework.  Should new data or information become available to the Claims Administrator regarding potential Moratoria Losses, the claim may again be referred to the dedicated Moratoria Team for further evaluation.  At this time, however, we expect ▮▮▮▮▮▮▮▮ to continue through the standard BEL review process.

As regards the other two claims mentioned below;

In response to Counsel's Moratoria Hold objections and additional submissions, the Moratoria Team has further reviewed its initial determinations regarding Claimants 100036101 (▮▮▮▮▮▮▮▮▮▮, ▮▮) and 100036154 (▮▮▮▮▮▮▮▮▮▮▮▮.).  For the reasons below, the Moratoria Team has determined that the claims must remain on Moratoria Hold until BP and the Plaintiffs' Steering Committee reach an agreement on guidelines for the Settlement Program to apply in the review of claims with Moratoria Losses, as required by Exhibit 16 of the Settlement Agreement.

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. specializes in all types of glass work including marine & shipyard new & replacement glass; residential home repairs & new installation of glass, mirrors, shower doors, windows, storm windows, etc.; commercial replacement glass & new installations; and other types of glass works & labor.  Also, the claimant has stated that "When the B.P. oil spill occured [sic] on April 20th, 2010 & then the moratorium was put on drilling in the Gulf our business took a severe loss because of the lack of jobs as well as lack of marine vessels operating..." (Doc ID 929922 at 14).  The company is certified to work in shipyards and offshore.  Some of the claimant's business activities as well as its location (Morgan City, LA) are associated with the offshore oil and gas industry in the Gulf of Mexico and some of the claimant's customers (*e.g.,* marine vessels) engage in moratoria-related activities.  Claimant may have potential moratoria losses.

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a chemical, janitorial, and paper product supply company.  The company services a wide variety of clients, including schools, churches, banks, boat companies, shipyards, catering companies, and boat marinas.  A representative listing of customers includes: Tidewater Dock, Galliano Marine, US Liquids, Pitre Industries, LLC, NOV Portable Power, MNM Boats, Martin Terminal, Grand Isle Shipyard, Gulf Offshore Logistics, Crosby Tugs, C&P Distributors, Blanchard Contractors, among others.  It does business in Lafourche and Terrebone Parish, including Thibodaux, Raceland, Lockport, Larose, Valentine, Cut Off, Galliano, Golden Meadow, Leeville, Port Fourchon, Grand Isle, Houma, Chauvin, and Cocodrie, Louisiana.  Some of the customers noted above are involved in moratoria-related activities and many of the listed locations are associated with moratoria-related industries operating in the Gulf of Mexico.  Therefore, the claimant may have potential moratoria losses.

After review of the additional documentation submitted, the Team recommends that the Moratoria

Holds remain on these two claims.  The Settlement Agreement prohibits the Claims Administrator from compensating claimants for any Moratoria Losses whatsoever, and the additional documentation does not conclusively establish this outcome.

Please let us know if you have any additional questions.

**From:** David Franco [mailto:dfranco@dfrancolaw.com]
**Sent:** Friday, November 10, 2017 9:41 AM
**To:** Maclain Romaguera <mromaguera@dhecc.com>
**Cc:** Gwen Levron <gwen@baldonelaw.com>
**Subject:** Re: Baldone Firm - Claim Status

Good morning Maclain,

I've sent several emails requesting an update on below referenced claims but haven't received a reply. Can you please let us know the status of each claim. Thanks

Regards,

David B. Franco, Esq.
**FrancoLaw, PLLC**
Tel: (504) 226-5226
Fax: (504) 229-6730
Email: dfranco@dfrancolaw.com

FrancoLaw, PLLC is committed to encouraging sustainable business practices. Please consider the environment before printing this email.

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This email and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and is confidential. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination or copying of this communication is prohibited. This e-mail is from a law firm and is intended solely for the use of the individual(s) to whom it is addressed.

**From:** David Franco <dfranco@dfrancolaw.com>
**Date:** Tuesday, November 7, 2017 at 12:02 AM
**To:** Maclain Romaguera <mromaguera@dhecc.com>
**Cc:** Gwen Levron <gwen@baldonelaw.com>
**Subject:** Re: Baldone Firm - Claim Status

Evening Maclain

Hope all is well. Never received a reply to below email. Please advise ASAP. Thanks

David

Sent from my iPhone

On Oct 24, 2017, at 12:51 PM, David Franco <dfranco@dfrancolaw.com> wrote:

> Maclain,
>
> Would appreciate your assistance with providing a substantive update on below cases. Each one was flagged for potential moratoria losses review. We provided a detailed memo last year on why these claims should be released from the hold. We have yet to receive a response to our last submission. Any info is greatly appreciated as these clients and their claims should be given the attention they deserve. Thanks
>
> ███████████████████. – Claimant ID 100036101
>
> ███████████████ – Claimant ID 100036154
>
> ████████████████████████████████████
>
> Regards
>
> David Franco