UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates to:<br><br>*No. 12-970*<br><br>*Claimant ID 100036154, Claim ID 171291*<br>*Claimant ID 100036101, Claim ID 98636* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**[PROPOSED] ORDER**

**CONSIDERING** the above and foregoing Motion to Compel the Claims Administrator to Process Claims filed by Claimant ID 100036154 and Claimant ID 100036101, the record of the claims, and the law, **IT IS HEREBY ORDERED** that:

1. The Motion to Compel the Claims Administrator to Process Claims filed by Claimant ID 100036154 and Claimant ID 100036101 is hereby **GRANTED**;

2. The Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Program is instructed to remove Claim IDs 171291 and 98636 from the Moratoria Loss Review queue, and process the claims under the Business Economic Loss Framework.

Signed in New Orleans, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE