UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * | MDL 2179 |
| | * | SECTION:  J |
| | * | JUDGE BARBIER |
| This Document Relates To: | | |
| | * | MAG. JUDGE WILKINSON |
| 2:17-cv-05364 | | |
| | * | |

## NOTICE OF APPEAL

Comes now Plaintiff Kern Martin Services, Inc. (C.A. No. 2:17-cv-05364), through undersigned counsel, and files this its Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the Order of the United States District Court of the Eastern District of Louisiana entered in the record of MDL-2179 on July 19, 2017 (Doc. Rec. No. 23051) and which Motion for Reconsideration (Rec. Doc. No. 23060) was denied on November 8, 2017 (Rec. Doc. No. 23649), dismissing Plaintiff's claims with prejudice.

Dated:  December 1, 2017

Respectfully submitted,

*/s/  Steven L. Nicholas*
**Steven L. Nicholas**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Post Office Box 66705 (36660)
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

Of Counsel:

**Robert T. Cunningham**
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Post Office Box 66705 (36660)
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
rtc@cunninghambounds.com

**Steve Olen**
1601 Dauphin Street
Post Office Box 66705 (36660)
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
sco@cunninghambounds.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 1st day of December, 2017, served a copy of the foregoing document on the parties listed below by mailing same by United States mail, properly addressed and first class postage prepaid.

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, Suite 2400 | 820 O'Keefe Avenue |
| Chicago IL 60654 | New Orleans, LA 70113 |

*/s/  Steven L. Nicholas*
**Steven L. Nicholas**