**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISINANA**

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION:  J |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| No. 11-cv-00916 | * | MAGISTRATE JUDGE WILKINSON |
| *Parish of Plaquemines v. BP PLC, et al* | * | |

**MOTION FOR RECONSIDERATION OF ORDER
AND REASONS ON MOTION [2:10-MD-02179-R. 23642]
AS INCORPORATED IN JUDGMENT [2:11-CV-00916-R. 7]
ON BEHALF OF PLAINTIFF, PLAQUEMINES PARISH GOVERNMENT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Plaquemines Parish Government ('PPG"), and pursuant to FRCP Rule 59(e), moves this Honorable Court to alter or amend the Court's Order and Reasons on Motion [2:10-MD-02179-R. 23642] issued on November 7, 2017, and/or if necessary, the Court's Judgment dated November 7, 2017 [2:11-CV-00916-R.7]. PPG submits that the Court's Order and Reasons on Motion includes a putative finding that the subject "Fee Agreement is valid" [R. 23642, pp. 9-11; 16-22], when such a determination was unnecessary and invades the province of the 25th JDC to which this matter should be transferred and decided.  The Court's attempt to decide the validity of the entire Fee Agreement conflicts directly with entrenched Fifth Circuit precedent as to the determination of the enforceability of a

forum selection clause which must precede any analysis of the merits of the underlying contract's validity.[1]

While PPG certainly agrees with the import of the Court's Judgment granting PPG's Motion to Dismiss [2:11-CV-00916-R. 7], PPG is concerned that an issue could be raised in the 25th JDC as to the potential *res judicata* effect of the court's comments on the validity of the subject Fee Agreement.  Accordingly, PPG seeks to have the Court alter or amend the" Order and Reasons on Motion" to delete that portion that addresses the validity of the subject contract, or alternatively, grant PPG relief indicating that the issue of the validity of the subject contract need not be reached to enforce the forum selection clause.

Date:   December 5, 2017.

Respectfully submitted:


_____/s/ Andrew C. Wilson_____
Andrew C. Wilson (#01162)
Simon Peragine Smith & Redfearn LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Facsimile:  (504) 569-2999

and

---

[1]     *Afram Carriers, Inc. v. Moeykens*, 145 F.3d 298, 301 (5th Cir. 1998); *Haynsworth v. The Corporation,* 121 F.3d 956, 964 (5th Cir. 1997); *Valle v. Chios Venture Shipping*, No. Civ. A. 98-0748, 1999 W.L. 76429, at *3 (E.D. La. 2/8/99)

00547202-1

PETER A. BARBEE (#18778)
WILLIAM S. CULVER, JR. (#4650)
8056 Highway 23 Ste. 200
Belle Chasse LA 70053
504/297-5575 Telephone
504/297-5697 Telefax
***Counselors for Plaquemines Parish Government***

## CERTIFICATE OF SERVICE

It is certified that the above and foregoing Motion on behalf of Plaquemines Parish Government Motion for Leave to File Supplemental Memorandum to Reply to Special Counsel's Opposition to Motion to Intervene was served electronically with the Clerk of Court of the U.S. District Court, Eastern District of Louisiana, through the CM/ECF system of said Clerk, and through said system will be served by the Clerk on opposing counsel of record.

/s/ Andrew C. Wilson