## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| *Cases in the B3 Pleading Bundle* | * * | MAG. JUDGE WILKINSON |

---

## <u>ORDER</u>
### [As to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order (Rec. Doc. 23047)]

On July 18, 2017, the Court issued an Order identifying the cases in the B3 pleading bundle[1] that had complied with PTO 63. ("PTO 63 Compliance Order," Rec. Doc. 23047). Exhibit 1 to the PTO 63 Compliance Order listed the 960 plaintiffs that were deemed to be compliant with PTO 63 and, therefore, were subject to further proceedings of this Court.[2] Exhibit 2 to the PTO 63 Compliance Order listed 173 plaintiffs who responded to PTO 63, but whose responses were deemed to be deficient. The B3 claims of the plaintiffs listed on Exhibit 2 and any other plaintiffs not listed on Exhibit 1 were dismissed with prejudice.[3]

Multiple parties filed motions for reconsideration of the PTO 63 Compliance Order.[4] BP and several other parties filed oppositions. (Rec. Docs. 23378, 23157, 23258, 23365, 23377). The

---

[1] The B3 pleading bundle includes all claims, of any type, relating to post-explosion clean-up efforts asserted against Defendants not named in the B1 master Complaint, as well as all claims for personal injury and/or medical monitoring for exposure or other injury occurring after the explosion and fire of April 20, 2010. (PTO 25, Rec. Doc. 983 at 2). The Court made clear in PTO 63 that the B3 pleading bundle "includes contract claims related to the response efforts, including Vessels of Opportunity ('VoO') Program contract claims . . . ." (Rec. Doc. 22295 at 1).

[2] Ellis Keyes, No. 14-2211, was subsequently deemed compliant with PTO 63 and added to Exhibit 1. (Rec. Doc. 23165).

[3] This dismissal did not extend to BELO cases filed by members of the Medical Benefits Class Action Settlement. (Rec. Doc. 23047 at 2 n.2).

[4] The motions are listed below. The parties apply various titles to their motions, but, for convenience, the Court will refer to these as "motions for reconsideration."

Court also received two motions requesting leave to reply (Rec. Docs. 23443, 23445), which the Court will grant and has considered.

Having considered the parties' arguments, the record, and the applicable law, the Court rules as follows:

IT IS ORDERED that the two Motions for Leave to Reply (Rec. Docs. 23443, 23445) are GRANTED.

IT IS FURTHER ORDERED that the following Motions for Reconsideration are GRANTED and the PTO 63 Compliance Order (Rec. Doc. 23047) is hereby AMENDED such that the plaintiffs identified below are deemed to be COMPLIANT with PTO 63 and their B3 claims are NOT dismissed:

| Plaintiff(s) | Case No. | Motion (Rec. Doc.) |
|---|---|---|
| Lisa Baldo | 17-cv-03368 | 23109 |
| Brandon Keith Byrd | 17-cv-03073 | 23148 |
| Willie Louis Casey, Jr. | 17-cv-03525 | 23149 |
| James Collier | 17-cv-03415 | 23150 |
| Paul Matthew Doom | 17-cv-04395 | 23151 |
| Melissa Wellington, Jada Wellington, Janya Wellington | 17-cv-04542 | 23152 |
| Holly Williams | 17-cv-04307 | 23153 |
| Ricky Robin, Sr. | 17-cv-03389 | 23155 |
| Ricky Robin, Jr. | 17-cv-03383 | 23156 |
| Deja'Jana Brumfield | 17-cv-04562 | 23260 |
| Khaled Omar Abdelfattah | 17-cv-03443 | 23268 |
| Larry Schexnayder, Rachel Williams, Farrell Schexnayder, Donna Picou, Darlene Williams, Gary Lane Schexnayder | 17-cv-03207 | 23207 |

IT IS FURTHER ORDERED that the PTO 63 Compliance Order (Rec. Doc. 23047) is hereby AMENDED such that plaintiff Michael Brandon Vickers is deemed compliant with respect to 13-cv-00456 *and* 13-cv-00304, as opposed to just 13-cv-00456

IT IS FURTHER ORDERED that the following Motions for Reconsideration of the PTO 63 Compliance Order are DENIED:

| Moving Party or Attorney | Motion (Rec. Doc.) |
|---|---|
| Heather Lindsay (attorney) | 23087, 23212 |
| Frank D'Amico, Jr. (attorney) | 23090, 23213 |
| Emergency Response Group, Inc. | 23098 |
| SWS Environmental Services | 23341 |
| Knight's Marine & Industrial Service, Inc. | 23267 |
| Power House Church of God Holy Ghost Power | 23371 |
| Ricky Liddell | 23393 |
| Leoutha Batiste | 23395 |
| Martha Caradine | 23396 |
| Blondine McBride | 23397 |
| Lisa McBride | 23399 |

IT IS FURTHER ORDERED that the Motions for Leave of Court to Re-File Separate and Amending Petitions filed by Frank J. D'Amico, Jr. (Rec. Doc. 23438, 23439) are DENIED.

Regarding Rico O. McBride's Motion for Reconsideration (Rec. Doc. 23389), the Motion is GRANTED IN PART such that the PTO 63 Compliance Order is AMENDED to identify Rico O. McBride (No. 16-cv-15255) *and* The Queen Esther Commercial Fishing (No. 16-cv-15255) as COMPLIANT with PTO 63, as opposed to just The Queen Esther Commercial Fishing.  The B3 claims of Rico McBride are NOT dismissed by the PTO 63 Compliance Order.    In all other

respects, including to the extent Rico McBride seeks reconsideration of the PTO 64 Compliance Order (Rec. Doc. 23051), the Motion (Rec. Doc. 23389) is DENIED.

Attached to this Order is an updated version of the two Exhibits that issued with the PTO 63 Compliance Order.

Signed in New Orleans, Louisiana, this 6th day of December, 2017.

_____
United States District Judge

Clerk to mail copies of this Order to:

Leoutha Batiste
Power House Church of God Holy Ghost Power
Ricky Liddell
Martha Caradine
Blondine McBride
Lisa McBride
Rico O. McBride