Exhibit 2 - 154 MDL 2179 Bundle B3 Plaintiffs with Deficient PTO 63 Submissions

| Plaintiff Name(s) | Civ. A. No. | Timely | Individual Complaint on File | Signed by Plaintiff | Responded Regarding Class Status | Responded Regarding B3 Claim Type |
|---|---|---|---|---|---|---|
| ~~Abdelfattah, Khaled Omar~~ | ~~17-cv-03443~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |
| Annan, Brian Phillips II | | Yes | No | Yes | No | Yes |
| Annan, Brian Phillips Sr. | | Yes | No | Yes | No | Yes |
| Annan, Kelly Herman | | Yes | No | Yes | No | Yes |
| Annan, Kendall Clayton | | Yes | No | Yes | No | Yes |
| Annan, Olivia Jade | | Yes | No | Yes | No | No |
| Annan, Summer Brooke | | Yes | No | Yes | No | No |
| ~~Baldo, Lisa Marie~~ | ~~17-cv-03368~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ |
| Barefoot, Marion G. | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| Batiste, Leoutha | 16-cv-04154 | Yes | Yes | Yes | No | No |
| Bemis, Roger C. Sr. | | Yes | No | Yes | Yes | Yes |
| Benjamin, Deborah F. | | Yes | No | Yes | Yes | Yes |
| Bishop, Robert Wayne | | Yes | No | Yes | Yes | Yes |
| Bonner, Michael Christopher Sr. | | Yes | No | Yes | No | Yes |
| Booksh, James Edgar | | Yes | No | Yes | Yes | No |
| Bornos, Acquanette M. | | Yes | No | Yes | Yes | Yes |
| Brooks, Debby Lett | | Yes | No | Yes | Yes | Yes |
| Brown, Cindy | | Yes | No | Yes | Yes | Yes |
| Brown, David H. | 13-cv-04817 | Yes | Yes | Yes | No | Yes |
| Brown, John W. | 11-cv-03180 | Yes | No | Yes | Yes | Yes |
| ~~Brumfield, Deja'Jana~~ | ~~17-cv-04562~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ |
| Bryant, James Winford | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| Burke, Steven | 13-cv-02964 | Yes | No | Yes | Yes | Yes |
| Burrus, John Mark | 13-cv-01822 | Yes | No | Yes | Yes | Yes |
| Buskell, Baron Gates | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| ~~Byrd, Brandon~~ | ~~17-cv-03073~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |
| Cao, Binh Q. | 10-cv-04233 | Yes | No | Yes | Yes | Yes |
| Cao, Phan | 10-cv-03170 | Yes | No | Yes | Yes | Yes |
| Caradine, Martha | 17-cv-02738 | Yes | Yes | Yes | No | Yes |
| ~~Casey, Willie Louis Jr~~ | ~~17-cv-03525~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |

| Plaintiff Name(s) | Civ. A. No. | Timely | Individual Complaint on File | Signed by Plaintiff | Responded Regarding Class Status | Responded Regarding B3 Claim Type |
|---|---|---|---|---|---|---|
| Chatelain, Bean Brandon | | Yes | No | Yes | Yes | Yes |
| Chism, Jennifer Lynn | | Yes | No | Yes | No | No |
| Clark, Gloria Yvonne | | Yes | No | Yes | Yes | Yes |
| Clausell, Calvin Alonzo | | No | No | Yes | Yes | Yes |
| Clopton, Johnnie M. | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| ~~Collier, James L.~~ | ~~17-cv-03415~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ |
| Conley, Debra A. Locke | | Yes | No | Yes | Yes | Yes |
| Conley, Mitchell | | Yes | No | Yes | Yes | Yes |
| Creppel, Kenneth | 11-cv-02766 | Yes | No | Yes | Yes | Yes |
| Cudzik, David Christopher | | Yes | No | Yes | Yes | Yes |
| Cunningham, Sylester | | Yes | No | Yes | Yes | Yes |
| Daniels, Leslie Bernard | | Yes | No | Yes | No | Yes |
| Darda, Jeremy P. | | Yes | No | Yes | No | No |
| DeAgano, Dereck | 13-cv-01802 | Yes | No | Yes | Yes | Yes |
| DeAgano, Kimberly | 13-cv-01802 | Yes | No | Yes | Yes | Yes |
| DeAgano, Ted | 13-cv-01802 | Yes | No | Yes | Yes | Yes |
| Debose, Christopher Eugene | 17-cv-03667 | Yes | Yes | Yes | Yes | No |
| Dinh, Paul John | | Yes | No | Yes | Yes | Yes |
| Do, Tinh | 10-cv-03170 | Yes | No | Yes | Yes | Yes |
| ~~Doom, Paul Raymond~~ | ~~17-cv-04395~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |
| Duong, Kong | | Yes | No | Yes | Yes | Yes |
| Eagle Amusement LLC | | Yes | No | Yes | Yes | Yes |
| Evans, Gabrielle | 13-cv-02215 | Yes | No | Yes | Yes | Yes |
| Evans, Tensie M. | | Yes | No | Yes | Yes | Yes |
| Fonseca, Mark A. | | Yes | No | Yes | No | Yes |
| George, Horace Anderson | | No | No | Yes | Yes | Yes |
| Graham, Sarah | 13-cv-01822 | Yes | No | Yes | Yes | Yes |
| Hanh H, Le | | Yes | No | Yes | Yes | Yes |
| Hankins, Paula | | No | No | Yes | Yes | Yes |
| Harvey, James H. | | Yes | No | Yes | Yes | Yes |

| Plaintiff Name(s) | Civ. A. No. | Timely | Individual Complaint on File | Signed by Plaintiff | Responded Regarding Class Status | Responded Regarding B3 Claim Type |
|---|---|---|---|---|---|---|
| Hayes, Arthur Bernard | | Yes | No | Yes | Yes | Yes |
| Hinson, Patrick Curtis | | Yes | No | Yes | Yes | Yes |
| Huynh, Chung Kim | | Yes | No | Yes | Yes | Yes |
| Huynh, Tri Van | | Yes | No | Yes | Yes | Yes |
| Inter City Maintenance Service | | Yes | No | Yes | Yes | No |
| J K Realty | | Yes | No | Yes | Yes | Yes |
| James J. Serigne, III | | Yes | No | Yes | Yes | Yes |
| James, Jeffrey Lamar | | Yes | No | Yes | Yes | Yes |
| James, Ron C. | | Yes | No | Yes | Yes | Yes |
| Jenkins, Henry | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| John's Do It All Handyman's Service | | Yes | No | Yes | No | No |
| Johnson, April Shirelle | | Yes | No | Yes | Yes | No |
| Johnson, Ellen Lucille | | Yes | No | Yes | Yes | Yes |
| Kang, Chamroeun | | Yes | No | Yes | Yes | Yes |
| Keaghey, Keith | 13-cv-01802 | Yes | No | Yes | Yes | Yes |
| Khath, Channak | | Yes | No | Yes | Yes | Yes |
| Kiek, Siekleng | | Yes | No | Yes | Yes | Yes |
| Kimbro, Bernard III | | No | No | No | No | No |
| Le, Kimberly Lien | | Yes | No | Yes | Yes | Yes |
| Le, Ky Van | | Yes | No | Yes | Yes | Yes |
| LeBlanc, Sha'Da | 10-cv-01752 | Yes | No | Yes | Yes | Yes |
| LeBlanc, Wanda | 10-cv-01752 | Yes | No | Yes | Yes | Yes |
| Liddell, Ricky R | 17-cv-02685 | Yes | Yes | Yes | No | Yes |
| Lofton, Frank Burke | | Yes | No | Yes | No | No |
| Lofton, Gladys Marie | | Yes | No | Yes | Yes | No |
| Lumpkin, April J. | | Yes | No | Yes | Yes | Yes |
| Ly, Danny T. | 16-cv-04027 | Yes | Yes | Yes | No | Yes |
| McAnespy, Louis E. | | Yes | No | Yes | Yes | Yes |
| McBride, Blondine M. | 16-cv-04325 | Yes | Yes | Yes | Yes | No |
| McBride, Lisa | 17-cv-02737 | Yes | Yes | Yes | No | Yes |

| Plaintiff Name(s) | Civ. A. No. | Timely | Individual Complaint on File | Signed by Plaintiff | Responded Regarding Class Status | Responded Regarding B3 Claim Type |
|---|---|---|---|---|---|---|
| McCain, Jocelyn | | Yes | No | Yes | Yes | Yes |
| McCall, Hermina Labeaud | | Yes | No | Yes | Yes | Yes |
| McDowell, Lisa P. | | Yes | No | Yes | Yes | Yes |
| McDowell, William James | | Yes | No | Yes | Yes | Yes |
| McHome, Ramonia P. | | Yes | No | Yes | Yes | Yes |
| McNair, Robert Jr. | | Yes | No | Yes | No | Yes |
| Michalik, Jenell Roussell | | Yes | No | Yes | Yes | Yes |
| Michalik, Juliet Lynn | | Yes | No | Yes | Yes | Yes |
| Michalik, Keith William | | Yes | No | Yes | Yes | Yes |
| Mioc, Ioan | | Yes | No | Yes | Yes | Yes |
| Murray, Max Martin | 13-cv-01822 | Yes | No | Yes | Yes | Yes |
| Ngo, Vu Hoang | 10-cv-03170 | Yes | No | Yes | Yes | Yes |
| Nguyen, Dinh X. | | Yes | No | Yes | Yes | Yes |
| Nguyen, Hung Van | | Yes | No | Yes | Yes | Yes |
| Nguyen, Hung Van | | No | No | Yes | Yes | Yes |
| Nguyen, Jennifer Thi | 10-cv-03183 | Yes | No | Yes | Yes | Yes |
| Nguyen, Lien Ngoc | | Yes | No | Yes | No | No |
| Nguyen, Long | 10-cv-04232 | Yes | No | Yes | Yes | Yes |
| Nguyen, Nhuan | | Yes | No | Yes | Yes | Yes |
| Nguyen, Ted Tan | 10-cv-03183 | Yes | No | Yes | Yes | Yes |
| Nguyen, Thanh Trang T. | | Yes | No | Yes | Yes | Yes |
| Nguyen, Tho | | Yes | No | Yes | Yes | Yes |
| Nguyen, Truc | | Yes | No | Yes | Yes | Yes |
| Nguyen, Truc Chanh | 10-cv-03170 | Yes | No | Yes | Yes | Yes |
| Oum, Thynara None | | Yes | No | Yes | Yes | Yes |
| Parker, Kenneth Joseph | | Yes | No | Yes | Yes | Yes |
| Phan, Thanh Van | | Yes | No | Yes | Yes | Yes |
| Phuong Vy, Inc. | | Yes | No | Yes | Yes | Yes |
| ~~Picou, Donna~~ | ~~17-cv-03207~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ |
| Pinell, Robert | 13-cv-01706 | Yes | No | Yes | Yes | Yes |

| Plaintiff Name(s) | Civ. A. No. | Timely | Individual Complaint on File | Signed by Plaintiff | Responded Regarding Class Status | Responded Regarding B3 Claim Type |
|---|---|---|---|---|---|---|
| Pollock, David | | No | No | Yes | Yes | No |
| Powe, Sharon L. | | Yes | No | Yes | Yes | Yes |
| Power House Church of God - Holy Ghost Power | 16-15258 | Yes | Yes | Yes | No | Yes |
| Prater, Leonard Ordean | | Yes | No | No | Yes | No |
| Prater, Lori Larnett | | Yes | No | No | No | No |
| Richardson, Willie Jr. | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| Rivet, Kade Michael | | Yes | No | Yes | Yes | Yes |
| Rivet, Kloee Rosa | | Yes | No | Yes | Yes | Yes |
| Rivet, Kristen Ann | | Yes | No | Yes | Yes | Yes |
| Rivet, Sherry Ann Terrebonne | | Yes | No | Yes | Yes | Yes |
| Rivet, Ty Sylvester | | Yes | No | Yes | Yes | Yes |
| ~~Robin, Ricky R. Jr.~~ | ~~17-cv-03383~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ |
| ~~Robin, Ricky Raymond~~ | ~~17-cv-03389~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~No~~ | ~~Yes~~ |
| Rogas, Christy | 13-cv-02155 | Yes | No | Yes | Yes | Yes |
| Rogers, Jimmy Earl | | Yes | No | Yes | Yes | Yes |
| Saucier, Joseph Wayne | | Yes | No | Yes | Yes | Yes |
| Saunders, Ralph Anthony | | Yes | No | Yes | Yes | Yes |
| ~~Schexnayder, Farrell D~~ | ~~17-cv-03207~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ |
| ~~Schexnayder, Gary Lane~~ | ~~17-cv-03207~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ |
| ~~Schexnayder, Larry~~ | ~~17-cv-03207~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ |
| Scott, Jeffery Allen | | Yes | No | Yes | Yes | Yes |
| Seals, Derome Alexander | | Yes | No | Yes | Yes | Yes |
| Seaton, Carolyn O. | | Yes | No | Yes | Yes | Yes |
| Serigny, Raymond P. | | Yes | No | Yes | Yes | No |
| Sevin, Willard Paul | | Yes | No | Yes | No | No |
| Shelton, Damien L. | 17-cv-04534 | Yes | Yes | No | Yes | Yes |
| Smith, Eric Ray | | Yes | No | Yes | No | No |
| Southern, Nathan S. | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| T.C. Cleaning | | Yes | No | Yes | No | No |
| Theriot, Mark | 13-cv-01706 | Yes | No | Yes | Yes | Yes |

5

| Plaintiff Name(s) | Civ. A. No. | Timely | Individual Complaint on File | Signed by Plaintiff | Responded Regarding Class Status | Responded Regarding B3 Claim Type |
|---|---|---|---|---|---|---|
| Tran, Cu | | Yes | No | Yes | Yes | Yes |
| Tran, Cung Thi | 10-cv-03170 | Yes | No | Yes | Yes | Yes |
| Tran, Ho Van | | Yes | No | No | Yes | Yes |
| Tran, Toan | | Yes | No | Yes | Yes | Yes |
| Tripp, Tommy W. | 13-cv-02879 | Yes | No | Yes | Yes | Yes |
| Truong, Phuc Van | 10-cv-03170 | Yes | No | Yes | Yes | Yes |
| Vassey, Yvette Griffin | | Yes | No | Yes | No | No |
| Vo, Duoc Van | | Yes | No | Yes | Yes | Yes |
| Vo, Hien V. | | Yes | No | Yes | Yes | Yes |
| Vo, Mong Van | | Yes | No | Yes | Yes | Yes |
| Washington, Mary Joyce | | Yes | No | Yes | Yes | Yes |
| Weathers, Jacqueline | | Yes | No | Yes | No | Yes |
| ~~Wellington, Jada~~ | ~~17-cv-04542~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |
| ~~Wellington, Janya~~ | ~~17-cv-04542~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |
| ~~Wellington, Melissa~~ | ~~17-cv-04542~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |
| ~~Williams, Darlene~~ | ~~17-cv-03207~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ |
| ~~Williams, Holly~~ | ~~17-cv-04307~~ | ~~Yes~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ |
| Williams, James Douglas | | Yes | No | Yes | No | Yes |
| Williams, Patrinna | | Yes | No | Yes | Yes | Yes |
| ~~Williams, Rachel~~ | ~~17-cv-03207~~ | ~~Yes~~ | ~~No~~ | ~~Yes~~ | ~~Yes~~ | ~~Yes~~ |
| Williams, Randall | 17-cv-04308 | Yes | Yes | No | Yes | Yes |
| Wood, Richard V. | 13-cv-01822 | Yes | No | Yes | Yes | Yes |
| Zupanovic, Goimir | | Yes | No | Yes | Yes | Yes |