Case 2:10-md-02179-CJB-JCW Document 23410 Filed 09/20/17 Page 1 of 6

**Belinda X. Lower**

| | |
|---|---|
| From: | FileAndServeXpress <TransactionReceipt@secure-mail.fileandservexpress.com> |
| Sent: | Tuesday, April 11, 2017 3:06 PM |
| To: | Belinda X. Lower |
| Subject: | Case: 2:12cv02004; Transaction: 60458721 Transaction Receipt |

To: Belinda X Lower
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "Serve Only - Public". The details for this transaction are listed below.

Court: LA US District Court Eastern District E-Service-Oil Spill
Case Name: Valdivieso, Sergio vs Southern Cat Inc et al
Case Number: 2:12cv02004
Transaction ID: 60458721
Document Title(s):
    PreTrial Order 63 SWS (Valdivieso) (5 pages)
Authorized Date/Time: Apr 11 2017 3:05PM CDT
Authorizer: Charles F Herd
Authorizer's Organization: Lanier Law Firm-Houston
Sending Parties:
    Valdivieso, Sergio
Served Parties:
    12 parties
Additional Recipients:
    J Langan
    Steven Herman

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).



PLAINTIFF'S EXHIBIT A

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| SERGIO VALDIVIESO | CIVIL ACTION NO. 2:12-cv-02004 |
|---|---|
| V.<br><br>SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP plc, BP PRODUCTS NORTH AMERICA INC., and BP AMERICA INC | SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS

Comes now Sergio Valdivieso, Plaintiff, who, pursuant to the Court's Pre-Trial Order No. 63, files the enclosed Exhibit A.

Dated: April 11, 2017

/s/ Charles F. Herd, Jr.
W. MARK LANIER
TBA # 11934600
CHARLES F. HERD, JR.
TBA # 09504480
LAWRENCE P. WILSON
TBA # 21704100
6810 F.M. 1960 West
Houston, Texas 77069
Telephone: 713-659-5200
Fax: 713-659-2204
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the below via File & Serve Express on the above-filed date:

Counsel for BP
Attn: J. Andrew Langan
Kirkland & Ellis, LLP
200 300 North LaSalle St., Suite 2400
Chicago, IL 60654

MDL 2179 Plaintiffs' Steering Committee
Attn: Steve Herman or Jim Roy
The Exchange Centre, Suite
935 Gravier Street
New Orleans, LA 70112

Case 2:10-md-02179-CJB-JCW   Document 23410   Filed 09/20/17   Page 3 of 6

Case 2:10-md-02179-CJB-JCW   Document 22295-1   Filed 02/22/17   Page 1 of 4

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Valdivieso | Sergio | | |

| Phone Number | E-Mail Address |
|---|---|
| 941-545-9778 | |

| Current Mailing Address | City / State / Zip |
|---|---|
| 6708 36th Avenue Dr. W | Bradenton, FL 34209 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Southern Cat | 1-19-1953 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Charles Herd / The Lanier Law Firm | CFH@Lanierlawfirm.com |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?

Same as above —

Any prior name used by Plaintiff from April 2010 to present?

NO —

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| XXX-XX-5364 | |

Please indicate your status:

☐ Properly opted out of the Medical Benefits Settlement*

✓ Not a member of the Medical Benefits Settlement Class

☐ Member of the Medical Benefits Settlement Class

☐ Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

---

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

☐ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

☐ Workers employed to perform the decontamination of vessels involved in Response Activities.

✓ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

☐ Onshore personnel employed to perform Response Activities.

☐ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

---

You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):

✓ Previously-Filed Individual Action, Eastern District of Louisiana Case No. 2'12-cv-02004

☐ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.

☐ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

☐ Other:_____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):

**X** Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: *On or about June 9, 2010 - injured neck, shoulder, arm and back while lifting al absorbing booms in or Near Barataria Bay, offshore Grand Isle, Louisiana*

Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

    If so, identify the location and approximate date of the alleged exposure: _____

_____

_____

    If so, describe the alleged injury and identify the location and approximate date of the alleged injury: _____

_____

Vessels of Opportunity Contract Claim.

Non-Vessels-of-Opportunity Contract Claim Related to the Response.

Other. Please specify: _____

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes _____.   No __**X**__.

If Yes, please identify:

1. The claim number(s) (if available). _____.

2. Did you execute a release of your claims upon receiving payment through the GCCF:

    Yes _____.   No _____.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 4-6-17, 2017

Location (City and State): Bradenton, Fl

X _____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)


SERGIO VALDIVIESO
Print Name


This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St,<br>Suite 2400<br>Chicago IL 60654 | Attn: Steven J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL No. 2179 |
| This Document relates to: SERGIO VALDIVIESO | § § § | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS SECTION "J" |
| VERSUS | § § | |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PL BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | § § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Came on for consideration BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order and Plaintiff's Sergio Valdivieso's Reply to such Motion for Reconsideration of the Court's PTO 63 Compliance Order, and the Court, having considered same and the pleadings in this file, finds that the Reply has merit.

It therefore is Ordered that BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order is DENIED as to Sergio Valdivieso, and his claims are and remain "in compliance" with the requirements of PTO 63.

Signed this _____ day of _____, 2017.

_____
CARL J. BARBIER
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL No. 2179 |
| This Document relates to: SERGIO VALDIVIESO | § § § | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS SECTION "J" |
| VERSUS | § § | |
| SOUTHERN CAT, INC., EASTERN RESEARCH GROUP, INC., BP PL BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC. | § § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

**ORDER**

Came on for consideration BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order and Plaintiff's Sergio Valdivieso's Reply to such Motion for Reconsideration of the Court's PTO 63 Compliance Order, and the Court, having considered same and the pleadings in this file, finds that the Reply has merit.

It therefore is Ordered that BP's Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order is DENIED as to Sergio Valdivieso, and his claims are and remain "in compliance" with the requirements of PTO 63.

Signed this _____ day of _____, 2017.

_____
CARL J. BARBIER
United States District Judge

eXHIBIT B