IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE § | Ref CA No. 10-2771 |
| GULF OF MEXICO § | SECTION: J |
| ON APRIL 20, 2010 § | |
| § | JUDGE BARBIER |
| § | |
| § | |
| This Document Relates to: § | |
| 13 CV 2791 AND 2:16 CV 6330 § | |
| AND ALL CIVIL ACTIONS, INCLUDING § | MAG. JUDGE WILKINSON |
| 2:16-cv-05166; 2:16-cv-07285; 2:16-cv-06298; § | |
| 2:16-cv-043892:16-cv-04380; 2:16-cv-04386; § | |
| 2:16-cv-06056; 2:16-cv-05923 § | |
| 2:16-cv-06262; 2:16-cv-05941; 2:16-cv-05948; § | |
| AND ACTIONS ALL LISTED IN EXHIBIT A § | |

## NOTICE OF APPEAL

Notice is hereby given that Appellants, 2:16-cv-6330 Daniel Cepeda, Fernando Canul Mijangos, and et al; 2:16-cv-05166 Jose Cantana; 2:16-cv-07285-CJB-JCW S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. v. BP p.l.c. et al, 2:16-cv-06298-CJB-JCW Barrera v. BP p.l.c. et al, (as fully defined in Exhibit A, attached thereto and incorporated herein), in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [As to the Motions for Reconsideration, Etc. of the PTO 64 Compliance Order (Rec. Doc.23051) dated November 8, 2017 (Rec. Doc. 23649) dismissing their claims.

THE BUZBEE LAW FIRM

By:   */S/ Anthony G. Buzbee*

1

>Anthony G. Buzbee
>State Bar No. 24001820
>S.D. Tex. I.D. No. 22679
>Caroline E. Adams
>State Bar No. 24011198
>S.D. Tex. I.D. No. 27655
>J.P. Morgan Chase Tower
>600 Travis, Suite 7300
>Houston, Texas 77002
>Telephone: (713) 223-5393
>Facsimile: (713) 223-5909
>www.txattorneys.com

**ATTORNEY FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of December, 2017.

>*/S/ Caroline Adams*
>Caroline E. Adams