UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| **This Document Relates to:** <br> *All Cases, Including Nos. 12-968, 12-970, 15-4143, 15-4146, 15-4654* | * * | **MAG. JUDGE WILKINSON** |

### AMENDED ORDER

On October 24, 2017, the Court issued an Order [Modifying Prior Orders Establishing Settlement Funds and Directing Administrator to Consolidate Accounts] (Rec. Doc. 23575).

IT IS ORDERED that the Order [Modifying Prior Orders Establishing Settlement Funds and Directing Administrator to Consolidate Accounts] (Rec. Doc. 23575) is hereby AMENDED as follows:  On page four, line five, "JPMorgan Chase Bank, N.A. As escrow agent" is deleted as payee and

> **"The Aggregate Common Benefit Fee and Costs Fund**
> **JPMorgan Chase Bank, N.A. As escrow agent"**

is inserted as payee.

In all other respects, the Order [Modifying Prior Orders Establishing Settlement Funds and Directing Administrator to Consolidate Accounts] (Rec. Doc. 23575) shall remain the same.

New Orleans, Louisiana, this 7th day of December, 2017.

_____
Carl J. Barbier
United States District Judge