UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO NO. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### ORDER

Plaintiff, Plaquemines Parish Government, filed a Motion for Reconsideration of Order and Reasons on Motion [2:10-md-02179-R. 23642] as Incorporated in Judgment [2:11-cv-00916-R. 7]. Record Doc. No. 23734. Pursuant to the Case Management Orders governing this multi-district litigation, plaintiff did not notice the motion for hearing. Counsel for the intervenors, Martzell, Bickford & Centola, APC; David Landry, Esq.; and King, Krebs & Jurgens, P.L.L.C., has advised the court that the intervenors oppose the motion. Accordingly, IT IS ORDERED that the intervenors' memorandum in opposition must be filed **no later than December 12, 2017.** The motion will thereafter be taken under submission without oral argument.

New Orleans, Louisiana, this ___7th___ day of December, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE