# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*No. 13-6360*<br>*No. 13-6362* | *<br>*<br>*<br>* | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Christine Reitano ("Plaintiff") moves to dismiss with prejudice all claims in the above-captioned matter. In support of her motion, Plaintiff states as follows:

1. Plaintiff filed a complaint against Defendants BP Exploration and Production Inc. and Patrick A. Juneau (cases No. 13-6360 and No. 13-6362) in the above-captioned matter.

2. On September 9, 2017, this Court ordered mediation before Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C., which took place on November 13, 2017.

3. As a result of the mediation, the parties mutually agreed to settle these claims.

4. Defendants BP Exploration and Production Inc. and Patrick A. Juneau agree to this motion and the relief requested herein.

Therefore, Plaintiff moves that this court enter an order dismissing all claims in the above-captioned matter with prejudice and ordering that each party shall bear its own costs, fees, and expenses.

Dated:  December 11, 2017               Respectfully submitted,

                                                 By:  /s/ *Mary Olive Pierson*
                                                 Mary Olive Pierson, #11004
                                                 P.O. Box 14647 (70898)
                                                 8702 Jefferson Highway, Suite B
                                                 Baton Rouge, LA 70809
                                                 Telephone: (225) 927-6765
                                                 Email: mop@mopslaw.com

                                                 *Attorney for Christine Reitano*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Agreed Motion to Dismiss with Prejudice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of December, 2017.

By:  /s/ Mary Olive Pierson