IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * |
| *This document relates to:* | * <br> * HONORABLE CARL J. BARBIER |
| ALL CASES | * <br> * <br> * MAGISTRATE JUDGE WILKINSON |

**MOTION FOR APPROVAL OF
PAYMENT OF ESCROW EXPENSES**

**NOW INTO COURT** come Plaintiffs' Co-Liaison and Co-Lead Class Counsel, on the suggestion and at the request of Court-appointed CPA, Philip A. Garrett, and respectfully move for approval to make administrative payments from the following Qualified Settlement Funds, as follows:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement,[1] a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

Benefit Attorneys who submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59, which costs and fees have now been awarded and approved by the Court.[2]

II.

Pursuant to the Halliburton and Transocean Settlements, additional escrow accounts were established for the payment of common benefit attorneys' fees and costs to Halliburton/Transocean Settlement Class Counsel and other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59,[3] which costs and fees have now been awarded and approved by the Court.[4]

III.

Pursuant to the Certificates of Non-Objection and Order that was entered in connection with the settlement of the States' economic damages claims,[5] additional funds were deposited into the Registry of the Court, in a qualified settlement fund, for the benefit of Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59, which have now been approved and awarded by the Court.[6]

IV.

These qualified settlement funds are now being consolidated into one combined Aggregate Common Benefit Cost and Fee Fund, at JPMorgan Chase Bank, N.A.[7]

---

[2] Rec. Docs. 21849 and 23574.

[3] Rec. Docs. 13649 and 14906.

[4] Rec. Docs. 22252 and 23574.

[5] Rec. Doc. 15437.

[6] Rec. Doc. 23574.

[7] Rec. Doc. 23575.

1274213.2

V.

Co-Liaison Counsel are advised by Mr. Garrett that a tax estimate payment of $625,000 is due to be made to the IRS from the Aggregate Common Benefit Cost and Fee Fund, as well as a second tax estimate payment of $85,000 in connection with the prior fund that was previously established within the Registry of Court in conjunction with BP's settlements with the States.

**WHEREFORE** the undersigned respectfully pray for an Order authorizing and directing JPMorgan Chas Bank, N.A.: **(i)** to transmit $625,000 from the Aggregate Common Benefit Cost and Fee Fund to the IRS for payment of estimated taxes; and **(ii)** to transmit $85,000 from the Aggregate Common Benefit Cost and Fee Fund to Garrett & Co, LLC, which is thereafter authorized and directed to transmit said $85,000 to the IRS for payment of estimated taxes.

This 11th day of December, 2017.

Respectfully submitted,

/s/ Stephen J. Herman and James Parkerson Roy
*By:*
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
E-Mail: sherman@hhklawfirm.com
*Plaintiffs' Co-Liaison Counsel, and*
*Co-Lead Class Counsel*

-3-

1274213.2

-4-

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of December, 2017.

                                                  /s/  Stephen J. Herman and James Parkerson Roy