IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

## GARRETSON RESOLUTION GROUP'S MOTION TO APPROVE *DEEPWATER HORIZON* MEDICAL BENEFITS SETTLEMENT CLASS THIRD-PARTY LIEN PROCEDURES

Pursuant to the Medical Benefits Class Action Settlement Agreement, and in its role as the Claims Administrator, the Garretson Resolution Group ("GRG") hereby moves the Court to approve the *Deepwater Horizon* Medical Benefits Settlement Third-Party Lien Procedures (the "Procedures") attached hereto as Exhibit A.

A number of entities have asserted or attempted to assert liens, assignments, rights of subrogation, encumbrances, garnishments, security interests and other legally perfected rights ("Liens") against the compensation that Medical Benefits Settlement Class Members have been awarded on their Specified Physical Condition claims. In order to establish a uniform process for

resolving these Liens, GRG has prepared the Procedures. GRG has consulted with BP and Medical Benefits Class Counsel about the Procedures, and both parties have approved them.

GRG respectfully requests that the Court approve the Procedures. A proposed order is attached hereto as Exhibit B.

                                      Respectfully submitted,

                                      /s/ *Joseph L. Bruemmer*
                                      Matthew L. Garretson
                                      Joseph L. Bruemmer
                                      Garretson Resolution Group
                                      6281 Tri-Ridge Boulevard, Suite 300
                                      Loveland, Ohio 45140
                                      (513) 794-0400

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of December, 2017.

/s/ *Joseph L. Bruemmer*
Joseph L. Bruemmer