


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL No.2179

"Deepwater Horizon" in the Gulf of       Section J

Mexico on April 20, 2010             JUDGE BARBIER

                                               MAG. JUDGE WILKINSON

Applies to:

No.12-970, Claims in the Economic Settlement

that Are Subject to Moratoria Hold

## MOTION FOR EXTENTION OF TIME

**Now into court,** comes Raoul A. Galan Jr. on behalf of his various business entities ( Rec. Doc. 23372) to request Extension of Time to file Notice of Appeal.

Mr. Galan has just returned from business out-of-state for six weeks; and he is reviewing his mail. November 8, 2017 Order denied his request for reconsideration.

**Wherefore,** plaintiff prays the court grant a 30 day extension of time to file said Notice of Appeal.

Respectfully submitted, on 12/07/17

**Raoul A. Galan, Jr., In Proper Person**

P.O. Box 27, St. Rose, LA 70087

504-756-1674 ragalan@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on Deepwater Horizon Court – Supervised Settlement Program, Exclusions Department, P.O. Box 10272, Dublin, OH 43017-5772 by regular mailing it postage prepaid on this __7th__ day of __Dec.__ 2017.

Raoul A. Galan Jr.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL No.2179 |
| "Deepwater Horizon" in the Gulf of | Section J |
| Mexico on April 20, 2010 | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

Applies to:

No.12-970, Claims in the Economic Settlement that Are Subject to Moratoria Hold

## ORDER

Considering said motion:

The court grants Raoul A. Galan Jr. a 30 day Extension of Time to file Notice of Appeal.

New Orleans, LA this _____ Day of December, 2017.

_____
DISTRICT JUDGE

P.O. Box 27
St. Rose, LA 70087

7013 3030 3919 0026

Clerk of Court
U.S. District Court
Eastern District of LA
500 Poydras St.
New Orleans, LA
70130

NEW ORLEANS LA 700
07 DEC 2017 PM 4 L