IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE WILKINSON |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, <br><br> Plaintiffs, <br><br> v. <br><br> BP Exploration & Production Inc., *et al.*, <br><br> Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968 <br><br> SECTION: J <br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE WILKINSON |

## ORDER ON MOTION TO APPROVE THIRD-PARTY LIEN PROCEDURES

This matter came to be heard upon the Garretson Resolution Group's ("GRG") Motion to Approve *Deepwater Horizon* Medical Benefits Settlement Third-Party Lien Procedures (the "Motion"). The Court, being duly advised, finds that the Motion is well taken. IT IS THEREFORE ORDERED that GRG's Motion is **GRANTED** and the Third-Party Lien Procedures (attached) are hereby approved. The Court appoints Judge Jerry A. Brown of the United States Bankruptcy Court for the Eastern District of Louisiana as the Third-Party Claims Adjudicator.

New Orleans, Louisiana this 12th day of December, 2017.

_____
Hon. Carl J. Barbier
United States District Judge