IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | | SECTION: J |
| *This document relates to:* | * * | |
| ALL CASES | * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE WILKINSON |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

1. JPMorgan Chase Bank, N.A. be and is hereby authorized and directed to transmit Six Hundred and Twenty-Five Thousand Dollars ($625,000.00) from the Aggregate Common Benefit Cost and Fee Fund to the IRS for payment of estimated taxes;

2. JPMorgan Chase Bank, N.A. be and is hereby further authorized and directed to transmit Eighty-Five Thousand Dollars ($85,000.00) from the Aggregate Common Benefit Cost and Fee Fund to Garrett & Co., LLC, with Garrett & Co. LLC thereafter

authorized and directed to transmit said $85,000 to the IRS for payment of estimated taxes.

New Orleans, Louisiana this 12th day of December, 2017.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**