IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Pleading Bundle B3<br><br>Applies to: | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |
| Christian Matthew Doom, Danielle Nicole Hunley Doom, Paul Matthew Doom, Individually, And On Behalf of his Minor Child, G.D., Kathryn Ann Doom and Paul Raymond Doom,<br><br>                Plaintiffs,<br><br>v.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., And Halliburton Energy Services, Inc.,<br><br>                Defendants. | Civil Action No. 2:17-cv-04395<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## MOTION TO AMEND ORDER

Plaintiff Paul Raymond Doom ("Plaintiff"), by and through his undersigned counsel, hereby respectfully moves this Court pursuant to Rule 60(a) of the Federal Rules of Civil Procedure to amend its Order, and accompanying Exhibits, dated December 6, 2017, Document 23735 ("Order"), due to a clerical mistake in the Order. Pursuant to Rule 60(a), "[t]he court may correct a clerical mistake . . . whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

On August 7, 2017, Plaintiff filed a Motion to Reconsider, Rec. Doc. 23151. This motion was filed in response to the Court's July 18, 2017 Order which dismissed Plaintiff's claim with prejudice, Rec. Doc. 23047. Plaintiff's son, Paul Matthew Doom, is also a plaintiff in the B3 litigation, and was deemed to be compliant with Pretrial Order No. 63 ("PTO 63") in the Court's July 18, 2017 Order. However, in the Court's recent Order regarding Motions for Reconsideration and PTO 63 Compliance, the Court granted Paul Matthew Doom's Motion for Reconsideration, and deemed his claim to now be in compliance with PTO 63. Thus, Plaintiff believes that a clerical error is present in the Order, Rec. Doc. 23735, such that his name, Paul Raymond Doom, should be substituted for that of his son, Paul Matthew Doom, in the table identifying the Motions for Reconsideration that are granted by the Court, and the table identifying additional plaintiffs deemed to be compliant with PTO 63.

In support of this good-faith belief, the Exhibit accompanying the Order, Rec. Doc. 23735-1, "Exhibit 1 – 983 PTO 63 Complaint Plaintiffs," now contains the name Paul Matthew Doom twice, first in the table of plaintiffs deemed compliant in July, and again in the table listing Additions to Exhibit 1. Further, Paul Matthew Doom, Plaintiff's son, did not file a Motion for Reconsideration, as his claim was already deemed compliant with PTO 63 in the Court's Order of July 18, 2017. Plaintiff now seeks clarification that he is in compliance and requests that his name, Paul Raymond Doom, be added to the list of PTO 63 compliant plaintiffs so that he may continue to pursue his claim.

WHEREFORE, Plaintiff respectfully requests that this Court amend its Order dated December 6, 2017, Rec. Doc. 23735, to include Paul Raymond Doom in the list of plaintiffs that are in compliance with PTO 63.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

Dated:   December 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Amend has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on December 12, 2017.

/s/ Paul A. Dominick
Paul A. Dominick