UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** |
| | * | **SECTION: J** |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| *Nos. 17-6133, 17-6131, 17-6134, 17-6135* | * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is Raoul A. Galan, Jr.'s Motion for Extension of Time to File Notice of Appeal. (Rec. Doc. 23761)

IT IS ORDERED that the Motion (Rec. Doc. 23761) is DENIED.

New Orleans, Louisiana, this 13th day of December, 2017.

Carl J. Barbier
United States District Judge

**Note to Clerk: Mail a copy of this order to:**

**Raoul A. Galan, Jr.**
**P.O. Box 27 St. Rose, LA 70087**