UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISINANA

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| No. 11-cv-00916 | * | MAGISTRATE JUDGE WILKINSON |
| *Parish of Plaquemines v. BP PLC, et al* | * | |

## MOTION FOR LEAVE TO FILE REPLY TO SPECIAL COUNSEL'S OPPOSITION TO MOTION FOR RECONSIDERATION [R. DOC. 23758]

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Plaquemines Parish Government ('PPG"), and respectfully requests leave to file the attached Reply to the Memorandum in Opposition to PPG's Motion for Reconsideration filed by Martzel, Bickford & Centola, APC, David Landry, Esq., and King, Krebs and Jurgens, PLLC ("Special Counsel") [R. Doc. 23758] in order to briefly respond to certain issues raised by Special Counsel in their Opposition Memorandum.

Respectfully submitted:

_____/s/ Andrew C. Wilson_____
Andrew C. Wilson (#01162)
Simon Peragine Smith & Redfearn LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2999

and

00550922-1

1

PETER A. BARBEE (#18778)
WILLIAM S. CULVER, JR. (#4650)
8056 Highway 23 Ste. 200
Belle Chasse LA 70053
504/297-5575 Telephone
504/297-5697 Telefax
*Attorneys for Plaquemines Parish Government*

## CERTIFICATE OF SERVICE

It is certified that the above and foregoing Memorandum on behalf of Plaquemines Parish Government Motion for Leave to File Reply to Special Counsel's Opposition to Motion to Intervene was served electronically with the Clerk of Court of the U.S. District Court, Eastern District of Louisiana on December 13, 2017, through the CM/ECF system of said Clerk, and through said system will be served by the Clerk on opposing counsel of record.

_____/s/ Andrew C. Wilson_____