IN THE UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DISIVISION



| | |
|---|---|
| CLAIMANT ID 100301329 | PLAINTIFFF |
| VS  CIVIL ACTION NO. 2:17-CV-13088 | |
| BP EXPLORATIONN & PRODUCTION, INCORPORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C. | DEFENDANTS |

<u>MOTION TO ALTER OR AMEND JUDGMENT</u>

Petitioner Charles L. Stringer, pro se moves this Court pursuant to F.R. Civ. P. 59(e) to alter or amend it's Order files with this court on March 27th, 2017, in the above styled case and will state the following facts:

1. That between February and March of 2016, the Claim Administrator awarded the above claimant a total of fifty-two thousand dollars, ($52,000). (See Exhibit "A") attached hereto and made a part herefo. That since that date, some unknown persons that work on DWH Portal have done everything they could to sabotage plaintiff claim. They have gone as far as claim that another business in Alabama, has used plaintiff corporation FEIN: 27-2335671 number and that is who the Claim Administrator gave the money to. The IRS states a check of there records, shows no such thing has happen. And that is the bases of Plaintiff Fraud claim

2. That on December 4th, 2017, the Plaintiff received in the mail a document that was filed on DWH Portal by plaintiff, which showed that it was filed with this court on November 22nd,2017. Plaintiff called the clerk office on December 5th, 2017, and was told that was the only document that the defendants sent in for this court to review, this court erred by not following the rules of civil procedure by not having the clerk office send a notice that this

case had been docketed for review, so the plaintiff could have had time to review the court records to see if this court had a complete copy of all the pleading filed in this matter. And to submit a Memorandum Brief in support of it's (FRAUD) claim and a Affidavit from the IRS that no one else used the corporation FEIN: 27-2335671 number.

3. That this court erred by not sending the Plaintiff it ruling denying Plaintiff Request for Discretionary Review, so it would know what grounds this Court used to deny it request for Discretionary Review.

4. This court should hold a hearing and call the Claim Administrator to certify his intent in awarding the sum of fifty-two thousand dollars, ($52,000).

5. That this is not the only case I have were someone is sabotaging my case, I sued the company that sold me the Website, in Stringer v. Storesonline, et al No. 2016-CP-01449, in that case the Chancery Judge will not enter a Final Judgment. You can read the Appellant brief in that case, @ www.mssc.state.ms.us , to know why my website has not been on the Internet since December of 2014. It was a working Website with a shopping cart checkout that allowed you to use your credit card. From December 2008 until December 2014. This Court should stay this case until the state case is settle.

WHEREFOR, this Court should grant this motion to alter or amend judgment in the above styled case and grant any other relief the plaintiff would be entitled to.

Respectfully Submitted

Charles Lavel Stringer

## CERTIFICATE OF SERVICE

I Charles L. Stringer, pro se do hereby certify that I have served a copy of the foregoing pleading via United States Mail to the following persons:

Hon. Stephen J. Herman

Attorney At Law

820 O'Keefe Avenue

New Orleans, Louisiana 70113

This the 6th,,Day of December 2017.

Respectfully Submitted

*/s/ Charles L. Stringer/*

Charles L. Stringer, Pro Se

Paralegal/ Legal Assistant

136 Kimbrough Drive

Jackson, MS 39204

(601)373-3656

5/26/2016    Case 2:10-md-02179-CJB-DPC   Document 23772   Filed 12/08/17   Page 4 of 5
Payments-Claimant Details

# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

English | En Español | Bằng Tiếng Việt

- Home
- News and Developments
- Download Files
- Claimant Info
- Notices
- Forms
- Payments
- Reporting
- Change Password / Email
- Log Off

## Payments-Claimant Details

### Claimant Information

| | |
|---|---|
| Claimant ID: 100301329 | Name: Stringer, Charles |
| GCCF Claimant ID: | Business: WWW STRINGERLEGALASSIST COM |
| Taxpayer Type: Business | Address: 136 Kimbrough Drive |
| SSN/EIN: *****5671 | Jackson MS 39204 |
| Represented By: Pro Se | Preferred Language: English |
| Portal User: Yes | |

### Payments Summary

| | Payment Type | Payment Amount |
|---|---|---|
| 1. | BP | $10,000.00 |
| 2. | Real Estate Recovery Fund | |
| 3. | GCCF | $42,000.00 |
| 4. | Deepwater Horizon Settlement | |
| 5. | Total Payments | $52,000.00 |

### Deepwater Horizon Settlement Payment Details

#### Lien Information

| Claim ID | Lien Holder | City/State | Payment Date | Total Lien Payments Payment Amount |
|---|---|---|---|---|
| | | | | |

EXHIBIT "A"

