IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Pleading Bundle B3<br><br>Applies to: | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |
| Christian Matthew Doom, Danielle Nicole Hunley Doom, Paul Matthew Doom, Individually, And On Behalf of his Minor Child, G.D., Kathryn Ann Doom and Paul Raymond Doom,<br><br>          Plaintiffs,<br><br>v.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., And Halliburton Energy Services, Inc.,<br><br>          Defendants. | Civil Action No. 2:17-cv-04395<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

## MOTION TO AMEND ORDER

Plaintiff Paul Raymond Doom ("Plaintiff"), by and through his undersigned counsel, hereby respectfully moves this Court pursuant to Rule 60(a) of the Federal Rules of Civil Procedure to amend its Order, and accompanying Exhibits, dated December 6, 2017, Rec. Doc. 23735 ("Order"), due to a clerical mistake in the Order. Pursuant to Rule 60(a), "[t]he court may correct a clerical mistake . . . whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a).

On August 7, 2017, Plaintiff filed a Motion for Reconsideration, Rec. Doc. 23151, in response to the Court's July 18, 2017 Order pertaining to Compliance with Pretrial Order No. 63 ("PTO 63"), Rec. Doc. 23047, which dismissed Plaintiff's claim with prejudice.  Plaintiff's son, Paul Matthew Doom, is also a plaintiff in the B3 litigation, and was deemed to be compliant with PTO 63 in the Court's July 18, 2017 Order, and thus did not file a Motion for Reconsideration of the Court's PTO 63 Compliance Order.  However, in the Court's recent Order regarding Motions for Reconsideration and PTO 63 Compliance, the Court granted Paul *Matthew* Doom's Motion for Reconsideration, and deemed his claim to now be in compliance with PTO 63.  Thus, Plaintiff asserts that a clerical error is present in the Order, Rec. Doc. 23735, such that his name, Paul *Raymond* Doom, should be substituted for that of his son, Paul *Matthew* Doom, in the table identifying the Motions for Reconsideration that are granted by the Court, and in the table identifying additional plaintiffs deemed to be compliant with PTO 63.

In support of this Motion, Plaintiff requests that the Court consider the following arguments and documents that are contained in the record.  First, the Exhibit accompanying the December 6, 2017 Order, Rec. Doc. 23735-1, "Exhibit 1 – 983 PTO 63 Complaint Plaintiffs," now lists "Paul Matthew Doom" twice – first in the table of plaintiffs deemed compliant in July, and again in the table listing Additions to Exhibit 1.  Further, Paul Matthew Doom, Plaintiff's son, did not file a Motion for Reconsideration, as his claim was already deemed compliant with PTO 63 in the Court's Order of July 18, 2017.  Lastly, BP correctly identified Paul Raymond Doom's Motion for Reconsideration as one that they did not oppose in their Response to Motions for Reconsideration of the Court's PTO 63 Compliance Order filed September 8, 2017, Rec. Doc. 23378.  Plaintiff now seeks clarification that he is in compliance and requests that his name, Paul Raymond Doom, be added to the list of PTO 63 compliant plaintiffs so that he may continue to pursue his claim.

2

WHEREFORE, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that this Court amend its Order dated December 6, 2017, Rec. Doc. 23735, to include Paul Raymond Doom in the list of plaintiffs that are in compliance with PTO 63.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

Dated:  December 19, 2017

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Amend has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179 on December 19, 2017.

/s/ Paul A. Dominick
Paul A. Dominick