IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE CARL BARBIER |
| This Document Relates to: *Cases in the B3 Pleading Bundle* | MAG. JUDGE WILKINSON |

# ORDER
[As to the Motion to Amend the Order Relating to Motions for Reconsideration, Etc., of the PTO 63 Compliance Order (Rec. Doc. 23735)]

Having considered Plaintiff's Motion to Amend, the record, and the applicable law, the Court concludes that Plaintiff's Motion to Amend the Order dated December 6, 2017 (Rec. Doc. 23735) should be, and hereby is, GRANTED.

On July 18, 2017, the Court issued an Order identifying the cases in the B3 pleading bundle that had complied with PTO 63. ("PTO 63 Compliance Order," Rec. Doc. 23047).

IT IS ORDERED that the following Motion for Reconsideration of the PTO 63 Compliance Order is GRANTED and the PTO 63 Compliance Order (Rec. Doc. 23047) is hereby AMENDED such that the plaintiff identified below is deemed to be COMPLIANT with PTO 63 and his B3 claim is NOT dismissed.

| Plaintiff | Case No. | Motion (Rec. Doc.) |
|---|---|---|
| Paul Raymond Doom | 17-cv-04395 | 23151 |

Attached to this Order is an updated version of the Exhibit that was issued with the PTO 63 Compliance Order listing plaintiffs that are deemed to be compliant with PTO 63.

Signed in New Orleans, Louisiana this \_\_\_\_ day of _____, 2017.

_____
United States District Judge