Exhibit 1 – 981 PTO 63 Compliant Plaintiffs – Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Abdelfattah, Yahya Omar | 17-cv-03446 |
| Adams, Rosia M. | 17-cv-03000 |
| Aguinaga, Stephane | 17-cv-03173 |
| Aguinaga, Steven | 17-cv-03173 |
| Alexander, James C. | 17-cv-03017 |
| Alford, Olivia Denise | 17-cv-03018 |
| Allen, Basil Jaman | 17-cv-03447 |
| Allen, Brenda Lee | 17-cv-03479 |
| Allen, Chavis Ozier | 17-cv-03019 |
| Alvarado, Sergio | 13-cv-01778 |
| Amaya-Rodriguez, Denis | 17-cv-04127 |
| Anderson, Bernice Shelanda | 17-cv-03020 |
| Anderson, Christopher Bernardo | 17-cv-03023 |
| Anderson, Latonya Sherrell | 17-cv-03022 |
| Anderson, Shaunise D. | 17-cv-03024 |
| Antoine, Jintrin | 17-cv-03885 |
| Armstrong, Cynthia Lynette | 17-cv-03021 |
| Arrington, Rico Sanchester | 17-cv-03025 |
| Ash, Marcus Jermaine | 17-cv-03026 |
| Askew, Bruce Jordan | 17-cv-03626 |
| Assi, Mohammed | 17-cv-03027 |
| Aubert, Teandra S. | 17-cv-03628 |
| Austin, Leona Ann | 17-cv-04128 |
| Bachi, Christian | 17-cv-04129 |
| Bachi, Colton | 17-cv-04129 |
| Bachi, Sabrina | 17-cv-04129 |
| Backstrom, David Thomas | 17-cv-03029 |
| Baggett, Vernon Davis | 17-cv-03030 |
| Bailey, George W. | 17-cv-03031 |
| Baird, Bryan Joshua | 17-cv-03178 |
| Baker, Edward Joseph | 17-cv-03685 |
| Baltimore, Marilyn | 17-cv-03032 |
| Banks, Christopher | 17-cv-03033 |
| Banks, Ryan | 17-cv-03372 |
| Barkley, Joni Marie | 13-cv-00995 |
| Barkley, Ulysses Napoleon | 13-cv-00998 |
| Barksdale, Donald | 17-cv-03034 |
| Barlow, Torrey | 12-cv-02248 |
| Barnes, Kate C. | 17-cv-03035 |
| Barnes, Krystal Marketia | 17-cv-03629 |
| Barnes, Olander Keith | 17-cv-03036 |
| Barnes, Susan | 17-cv-03630 |
| Barrington, Chadwick L. | 17-cv-03632 |
| Bass, Samuel Deshun | 17-cv-03037 |
| Beacham, Lathaddeus Omar | 17-cv-03038 |
| Beachem, Cedric Taiwan | 13-cv-01003 |

Exhibit 1 – 981 PTO 63 Compliant Plaintiffs – Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
| --- | --- |
| Bean, John Thomas | 17-cv-03634 |
| Becnel, Lisa Owens | 17-cv-03635 |
| Beeler, Austin Edward | 17-cv-03039 |
| Bell, Fabian Elizabeth | 17-cv-03040 |
| Belton, Roderick Clifton | 17-cv-03480 |
| Belvin-Fleming, Terrie Rochell | 17-cv-03990 |
| Bendolph, Donell Collins | 17-cv-03041 |
| Bengson, Joshua Allen | 17-cv-03210 |
| Bennett, Gwendolyn F. | 17-cv-03042 |
| Benoit, Bernice | 17-cv-03323 |
| Benoit, Roy P. | 17-cv-03328 |
| Benyard, Natalie Nicole | 17-cv-03043 |
| Berry, Justin Paul Jr. | 17-cv-03044 |
| Bertrand, Russell J. | 13-cv-00248 |
| Beverly, Cleophus Earl | 17-cv-03482 |
| Beverly, Joy Lashawn | 17-cv-03045 |
| Bice, Art | 14-cv-01155 |
| Bice, Elizabeth Dae | 14-cv-01155 |
| Bice, Minor 1 | 14-cv-01155 |
| Binder, Sammie | 17-cv-03636 |
| Bivins, Clarance Earl | 17-cv-04130 |
| Black, Jamarcus Dashawn | 17-cv-03483 |
| Black, Lesia | 17-cv-03047 |
| Blackston, Kaden | 17-cv-04131 |
| Blackston, Kermit Olin | 17-cv-03637 |
| Blackston, Savannah | 17-cv-04131 |
| Blackston, Victor Maurice | 17-cv-03048 |
| Blackwell, Cherrae Addi | 17-cv-03490 |
| Blakley, Ashley Maria | 17-cv-03492 |
| Bland, Daray Rashon | 17-cv-03049 |
| Blanks, Romond Marche | 17-cv-03050 |
| Boatright, Michael | 17-cv-03111 |
| Bodiford, Thomas | 17-cv-03341 |
| Boggs, Charles Archibald | 16-cv-13476 |
| Boler, Sterling | 17-cv-03499 |
| Bolton, Jonathan Nathan | 17-cv-04132 |
| Bonilla, Sara Jackeline | 17-cv-04133 |
| Bonvillain, Wayde | 17-cv-04134 |
| Booker, Dondy Shawn | 17-cv-03051 |
| Booker, Willie Keith | 17-cv-03052 |
| Boose, Lawyer  Jr. | 17-cv-04135 |
| Booth, Chianti Lashon | 17-cv-03053 |
| Bosarge, Dennis | 17-cv-03639 |
| Bosarge, Lorinda Ruth | 17-cv-03639 |
| Bowden, Teresa Ann | 17-cv-03505 |
| Bowden, William Arthur Jr. | 17-cv-03506 |

Exhibit 1 – 981 PTO 63 Compliant Plaintiffs – Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Bowen, Charles Anthony | 17-cv-03054 |
| Boyles, Patricia Diane Norris | 17-cv-03243 |
| Bradley, Charles | 17-cv-03164 |
| Bradley, Eric Ahmad | 17-cv-04136 |
| Bradley, Ervin E. | 17-cv-03055 |
| Braggs, Michael Dewayne | 17-cv-03887 |
| Branch, Mckinley | 17-cv-03056 |
| Brandon, Ta'Tanisha | 17-cv-04137 |
| Brandon, William Allen | 17-cv-03057 |
| Brazzle, Velma Lois | 17-cv-03078 |
| Brehm, William H. | 17-cv-03412 |
| Brewer, Crystal A. | 17-cv-04138 |
| Brewer, John E. | 17-cv-03079 |
| Brewer, Thimus Houston | 17-cv-03508 |
| Bridges, Clarence Leon | 17-cv-03080 |
| Briggs, Jimmy | 17-cv-03083 |
| Brimage, Iesha J. | 17-cv-03640 |
| Brister, Courtney Lamarck | 17-cv-04652 |
| Brister, Darrell | 17-cv-03510 |
| Broadway, Floyd  Jr. | 17-cv-03087 |
| Brock, Krista Mejia | 17-cv-04139 |
| Brooks, J.T. | 17-cv-04655 |
| Brooks, Karen Vanessa | 17-cv-03088 |
| Broughton, Dewayne Nero | 17-cv-03090 |
| Brown, Arthur Ray | 17-cv-03093 |
| Brown, Bryan Eugene | 17-cv-04140 |
| Brown, Cher Griffin | 17-cv-03516 |
| Brown, Donna Lin | 17-cv-04141 |
| Brown, Jamie | 12-cv-02333 |
| Brown, Joseph Gregory | 12-cv-02333 |
| Brown, Lena Elaine | 17-cv-03097 |
| Brown, Michael Todd | 17-cv-03366 |
| Brown, Ray Sylvester | 17-cv-03099 |
| Brown, Regina Darlene | 17-cv-04142 |
| Brown, Rennell | 17-cv-03101 |
| Brown, Reynard Lenderis | 17-cv-03104 |
| Brown, Rochelle Martin | 17-cv-04143 |
| Brown, Shah Muneer Akbar | 17-cv-03641 |
| Brown, Shonte N. | 17-cv-03519 |
| Brumfield, Curtis Jerome | 17-cv-04499 |
| Brumfield, Herbert L. | 17-cv-03107 |
| Brunet, Levy Jean Jr. | 17-cv-02672 |
| Bruton, Joseph | 17-cv-03110 |
| Bryant, Eric Senera | 17-cv-03114 |
| Buckley, Barbara B. | 17-cv-03115 |
| Bueno-Alba, Jose Enrique | 17-cv-03523 |

Exhibit 1 – 981 PTO 63 Compliant Plaintiffs – Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Bunch, John Paul | 17-cv-04144 |
| Burkett, Craig Michael | 17-cv-03681 |
| Burns, Albert Lee | 17-cv-03117 |
| Bush, Douglas Blackshire | 17-cv-03118 |
| Butler, Debra Goree | 17-cv-03077 |
| Butler, Lakesha S. | 17-cv-04145 |
| Butler, Michael Charles | 17-cv-04153 |
| Butler, Milton Clarence III | 17-cv-03075 |
| Byrd, George Arron | 17-cv-03070 |
| Byrd, Jennifer | 17-cv-03642 |
| Cage, Patrick D. | 17-cv-03174 |
| Caldwell, Stephon | 13-cv-01007 |
| Cambre, Andoche Joseph | 17-cv-03643 |
| Campbell, Sharon Arleta | 17-cv-03119 |
| Campbell, Trevor | 17-cv-03524 |
| Cantillo, Dwaine M. | 17-cv-03226 |
| Caraway, Michael Devon | 17-cv-03120 |
| Card, Lora | 17-cv-03121 |
| Cargill, Markelin Mendez | 17-cv-03644 |
| Carpenter, Otis Desmond | 17-cv-03645 |
| Carter, Charles Edward | 17-cv-03123 |
| Castleberry, Jackie L. | 17-cv-04154 |
| Castleberry, Jeffrey | 17-cv-04154 |
| Castleberry-Fort, Jancey Unique | 17-cv-04154 |
| Catchings, Dawn Deniese | 17-cv-03124 |
| Causey, Roy Lester Sr. | 17-cv-03888 |
| Chambers, Brianne Lily | 17-cv-04067 |
| Chapman, Shata Denise | 17-cv-04155 |
| Chapman, Tabokka McClendon Jr. | 17-cv-04155 |
| Chapman, Tatyana | 17-cv-04155 |
| Charles, Corey Anthony | 17-cv-03125 |
| Chatman, Vonshea R. | 17-cv-03646 |
| Chelsea Co., LLC | 12-cv-02650 |
| Cheramie, Estate of Rodney Joseph | 17-cv-04507 |
| Cheramie, Gabrielle | 17-cv-04502 |
| Cintra, Elvis Manuel | 17-cv-03889 |
| Claery, Robert | 17-cv-02855 |
| Clay, Christopher Charles Sr. | 17-cv-03526 |
| Coastal Water Cleaners & Environmental Services, L.L.C. | 11-cv-02621 |
| Coco, Malcolm Alphonse III | 17-cv-03393 |
| Colbert, Edward C. | 17-cv-03647 |
| Colburn, Rita | 17-cv-03648 |
| Cole, Willie Earl | 17-cv-03649 |
| Coleman, Barbara | 17-cv-03127 |
| Coleman, Charles | 17-cv-04157 |

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Coleman, Herbert | 17-cv-03128 |
| Coleman, Lillie | 17-cv-03130 |
| Coleman, Steve | 17-cv-04158 |
| Collier, Nicholas W. | 17-cv-03356 |
| Collier, Patrick | 17-cv-03131 |
| Conerly, Jeffery | 17-cv-03170 |
| Conley, Fred | 17-cv-03650 |
| Coon, George Leonard | 17-cv-03686 |
| Cotton, Cillo Jr. | 17-cv-03132 |
| Cotton, Gary L. | 17-cv-03133 |
| Couture, Raymond | 17-cv-03373 |
| Craig, Anthony Dawan | 17-cv-03134 |
| Cranmer, Danielle Rose | 17-cv-03688 |
| Crawford, Olivia Dyon | 17-cv-03135 |
| Crawford, Patrick Bernard | 17-cv-03136 |
| Crosby, Melton III | 17-cv-03689 |
| Crumpton, Carolyn Elaine | 17-cv-03527 |
| Cuevas, Dean Joseph | 17-cv-03137 |
| Culberson, Renell | 17-cv-04159 |
| Curbelo, Ivan Perez | 17-cv-03690 |
| Dailey, Lucy Ann | 17-cv-03528 |
| Dang, Anh Ngoc | 17-cv-02387 |
| Daniel, Dana | 17-cv-04160 |
| Daniel, Eileen Anne | 17-cv-04309 |
| Daniels, Robert Jr. | 17-cv-04394 |
| Daniels-Richardson, Estee Berlin | 17-cv-04392 |
| Danos, Janice Marie | 17-cv-03240 |
| Danos, Jorey | 17-cv-03113 |
| Danos, Richard Thomas | 17-cv-03240 |
| Dardar, Benny Sr. | 17-cv-03138 |
| Darrington, Lequaita Danshel | 17-cv-03139 |
| Dasco, Leif Eric | 17-cv-03531 |
| Davenport, Kevin L. | 17-cv-03725 |
| Davenport, Larry | 17-cv-03726 |
| David, Myesha Lanae | 17-cv-04314 |
| Davis, Frederick Jamal | 17-cv-03140 |
| Davis, Luke III | 17-cv-04310 |
| Davis, Mary Griffin | 17-cv-03141 |
| Davis, Michael | 17-cv-04664 |
| Davis, Sedija | 17-cv-04312 |
| Davis, Travis | 17-cv-04313 |
| Davison, Sandra Elaine | 17-cv-03142 |
| Dawkins, Frederick Lloyd | 17-cv-03533 |
| De Paz, Susana | 17-cv-03892 |
| DeBose, Chrishawn Derrick | 16-cv-10335 |
| DeBose, Jimmy Raymond | 17-cv-03675 |

Exhibit 1 – 981 PTO 63 Compliant Plaintiffs – Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| DeBose, Karen Ann | 17-cv-03670 |
| Dedeaux, Yolanda Marie | 17-cv-03143 |
| Deese, Eric Shawn | 17-cv-03144 |
| Delmar, Karis Durr | 17-cv-04648 |
| Deloach, Robert Earl | 17-cv-03149 |
| Dial, Jack C. | 17-cv-03150 |
| Dill, Johnny | 17-cv-04315 |
| Dinkins, Michael Jerome | 17-cv-04319 |
| Dixey, Heather Marie | 17-cv-04320 |
| Dixey, Jordan | 17-cv-04321 |
| Dixon, Michael Louis Sr. | 17-cv-03900 |
| Do, Yen Huynh | 17-cv-03903 |
| Dobbs, Terresa Ann | 17-cv-03152 |
| Doom, Christian Michael | 17-cv-04395 |
| Doom, Danielle | 17-cv-04395 |
| Doom, Gavin | 17-cv-04395 |
| Doom, Kathryn Anne | 17-cv-04395 |
| Doom, Paul Matthew | 17-cv-04395 |
| Dorgan, Sheri Allen | 17-cv-03367 |
| Dorsey, Wilbert Joseph | 17-cv-03154 |
| Dowd, Elizabeth T. | 17-cv-03534 |
| Ducksworth, Vantavious Latrell | 17-cv-03157 |
| Duke, Tiffany S. | 16-cv-13873 |
| Dukes, Marshall | 17-cv-03159 |
| Dumas, David P. | 17-cv-03160 |
| Dumas, Hakim Amin | 17-cv-04322 |
| Duong, Thanh Chan | 16-cv-03953 |
| Durden, Angela Laverne | 17-cv-03536 |
| Durham, Keith Edward | 17-cv-03537 |
| Durr, Mario DeShannon | 17-cv-03538 |
| Dwyer, Derek Thomas | 13-cv-01010 |
| Dykes, Wendell Grant | 17-cv-04323 |
| Easterling, Tonnie L. | 17-cv-03913 |
| Edwards, Al Rickey | 17-cv-04324 |
| Edwards, Junior | 17-cv-03928 |
| Edwards, Natasha Late Thomas | 17-cv-03957 |
| Elliott, Cynthia Ann | 13-cv-01011 |
| Ellzey, Eric Dewayne | 17-cv-03163 |
| Elrod, Aiden Connor | 17-cv-03334 |
| Elrod, Jarod Shane | 17-cv-03331 |
| Elzey, Johnny | 17-cv-03985 |
| England, Thomas Michael | 17-cv-03180 |
| English, Elizabeth | 17-cv-03182 |
| English, Eugene | 17-cv-03182 |
| English, Mervin A. | 17-cv-04325 |
| Evans, Glyn | 17-cv-03167 |

Exhibit 1 – 981 PTO 63 Compliant Plaintiffs – Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Evans, Keywaski Kentrail | 17-cv-04326 |
| Evans, Robert (Engineers & Filmmakers Computer Users Group) | 16-cv-03966 |
| Expose, Bernard | 17-cv-03986 |
| Fairley, Alford | 17-cv-03184 |
| Fairley, Freddie | 17-cv-03988 |
| Fairley, Royce Lamar | 17-cv-03188 |
| Fast, William S. | 17-cv-03989 |
| Favorite, Carl Vernon | 17-cv-03192 |
| Ferguson, Minnie | 17-cv-04327 |
| Ferrell, Donald Lane | 17-cv-02850 |
| Fetterhoff, Carol L. | 17-cv-03350 |
| Fetterhoff, Chayton Lee | 17-cv-03350 |
| Fetterhoff, Chelsea | 17-cv-03350 |
| Fielder, Cheryl Lakeisha | 17-cv-03193 |
| Fitzgerald, Nathan Joseph | 13-cv-00650 |
| Flair, Kimberly | 17-cv-03161 |
| Fleming, James Dale | 17-cv-03195 |
| Flournoy, David  Jr. | 17-cv-04396 |
| Flournoy, David Allen Sr. | 17-cv-04396 |
| Flournoy, Nancy Jean | 17-cv-04396 |
| Fonseca, Kim Joseph | 17-cv-03343 |
| Ford, Leslie | 17-cv-03198 |
| Fountain, John Earl | 17-cv-03200 |
| Fountain, Mary Lynn | 17-cv-03202 |
| Fountain, Reginold | 17-cv-03204 |
| Fowler, Julian M. | 17-cv-03208 |
| Foxworth, Jackulin | 17-cv-03991 |
| Foxworth, Tiffany Marie | 17-cv-04328 |
| Franchevich, Andrew | 17-cv-03992 |
| Francisco, Mark A. | 17-cv-03212 |
| Franklin, Charles M. Jr. | 17-cv-03215 |
| Franks, Robert Anthony | 17-cv-03216 |
| Frazier, Debra Ann | 17-cv-03219 |
| Fugatt, Curtis Carl | 13-cv-01014 |
| Fuller, Robert D. | 13-cv-05372 |
| Gaines, Shawndaius Jakeece | 17-cv-04329 |
| Gainey, Carolyn | 17-cv-03993 |
| Gainey, Russell H. Sr. | 17-cv-03993 |
| Gamble, James Arnette | 17-cv-03994 |
| Gara, Dennis A. Jr. | 17-cv-03223 |
| Garcia, John Albert | 17-cv-03541 |
| Gardner, Sandra Renette | 17-cv-03224 |
| Garlow, Clarence James | 17-cv-04330 |
| Gaspard, Jamie | 13-cv-04437 |
| Gathers, Renee B. | 17-cv-03229 |

Exhibit 1 – 981 PTO 63 Compliant Plaintiffs – Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Gentry, Brandon Watson | 17-cv-03995 |
| Gilliam, Earl | 17-cv-03234 |
| Gilmore, Arthur | 17-cv-03236 |
| Giusti, Ernest J. Jr. | 17-cv-03996 |
| Godfrey, Scott | 17-cv-04331 |
| Goldsmith, Marcine Ryenell | 17-cv-03256 |
| Gomes, Tevon Michael | 17-cv-04332 |
| Gonzales, James | 17-cv-04333 |
| Gonzalez, Hector | 17-cv-03257 |
| Gooding, John Charles Jr. | 17-cv-03238 |
| Gortney, Brian W. II | 15-cv-01047 |
| Granier, Stephen J. | 17-cv-02674 |
| Grant, Marcus | 17-cv-04334 |
| Graves, Carl | 17-cv-04335 |
| Gray, Michael | 17-cv-04336 |
| Gray, Princess | 17-cv-04660 |
| Green, Birnella | 17-cv-04337 |
| Green, Christopher | 17-cv-03191 |
| Greene, Timothy Demetrice | 17-cv-03997 |
| Griffin, Alice G. | 17-cv-03244 |
| Griffin, Kacey Wade | 17-cv-03258 |
| Griffin, Marshall DeVance | 17-cv-03259 |
| Guess, Serena | 17-cv-03260 |
| Hackney, David | 17-cv-03175 |
| Hakenjos, Jamerson Michael | 17-cv-04338 |
| Hall, Lanycha Mondu | 17-cv-03998 |
| Hall, Lorinzo Bernard | 17-cv-03261 |
| Halsell, Edwin Dwynne | 17-cv-03262 |
| Hamilton, Terrence Lamar | 17-cv-03263 |
| Hampton, Jerry Paul | 13-cv-03929 |
| Hardy, Ronnie Earl | 17-cv-04339 |
| Harewood, Kirk Ricardo | 17-cv-04340 |
| Harmon, James Ronnie | 17-cv-04341 |
| Harris, Al'Terryal | 17-cv-04342 |
| Harris, Cedric | 17-cv-03264 |
| Harris, Charles Devon | 17-cv-03265 |
| Harris, Derry Latrone | 17-cv-04343 |
| Harris, Elvis Jerrod | 17-cv-03266 |
| Harris, Ezzard  Jr. | 17-cv-04344 |
| Harris, Rushion T. | 17-cv-03267 |
| Harris, Terrance | 17-cv-04345 |
| Harris, Tishia Maria | 17-cv-04650 |
| Harris, Tyron Edwin | 17-cv-03268 |
| Harrison, Kennard Loring | 17-cv-04346 |
| Harry, Jerome | 17-cv-04347 |
| Harvey, Khristi Taneshia | 17-cv-03269 |

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Hasdorff, Beverly | 17-cv-03235 |
| Hasdorff, Terri | 17-cv-03233 |
| Hatcher, Dana | 17-cv-04348 |
| Hatcher, Daniel | 17-cv-03179 |
| Hawthorne, Ayana Figel | 17-cv-03270 |
| Hayes, Isaac | 17-cv-04397 |
| Hayes, Isaiah | 17-cv-04397 |
| Hayes, Mary Louise | 17-cv-04397 |
| Hayes, Rodney O'Neal | 17-cv-04349 |
| Haynes, Alexander | 17-cv-03271 |
| Haynes, Almetis | 17-cv-04350 |
| Haynes, Willie M. | 17-cv-03272 |
| Heathington, Thomas Eugene | 17-cv-04353 |
| Hebert, Paul Anthony | 11-cv-01200 |
| Helmholtz, Michael | 17-cv-02932 |
| Henderson, Alan Delon | 17-cv-03273 |
| Henderson, Wayne Joseph | 17-cv-03275 |
| Hendrix, Mitchell | 17-cv-04354 |
| Henson, James A. Sr. | 17-cv-03277 |
| Henson, James Albert Jr | 17-cv-03276 |
| Herbert, Sebastian Orlando | 17-cv-04355 |
| Hicks, Keundra | 17-cv-04356 |
| Hicks, Ronald | 17-cv-03176 |
| Higginbotham, Dorothy Clayton | 17-cv-03315 |
| Hill, Robyn | 17-cv-03252 |
| Hill, Sherry Ann | 17-cv-03278 |
| Hilliard, Julius Alan | 17-cv-03279 |
| Hines, Thomas  Jr. | 17-cv-03280 |
| Hinton, Arlene Mashae | 17-cv-04357 |
| Hockaday, Edison W. Jr. | 17-cv-03281 |
| Hodge, Charlie David | 17-cv-03282 |
| Hohnadell, Alec | 17-cv-03999 |
| Hohnadell, Gale | 17-cv-03999 |
| Hohnadell, Kimberly Louise | 17-cv-03999 |
| Holder, Dane Ray II | 17-cv-03283 |
| Holifield, Alvin | 17-cv-03284 |
| Holifield, Eric Lamar | 17-cv-04358 |
| Holifield, Gollie Marie | 17-cv-04359 |
| Hooker, Jarvis | 17-cv-04065 |
| Horne, Haley | 17-cv-04568 |
| Horne, Karem Maeola | 17-cv-03285 |
| Houser, Bruce | 17-cv-04360 |
| Howard, Alfred | 17-cv-03286 |
| Howard, John L. | 17-cv-03347 |
| Howard, Larry Anthony | 17-cv-03543 |
| Howell, Frank Morris | 17-cv-03232 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Howell, Patricia | 17-cv-03287 |
| Howze, Alfonso Cardell | 17-cv-03288 |
| Huddleston, Carson Cortez | 17-cv-03289 |
| Hudley, Daniel | 10-cv-04200 |
| Hudson, Mark | 17-cv-04361 |
| Hudson, Travis Lee | 17-cv-04362 |
| Hughes, William Robert | 17-cv-04363 |
| Hundley, Clamus Mitchell | 17-cv-03290 |
| Hunt, Bruce D. | 13-cv-01017 |
| Hunter, Dale | 13-cv-03147 |
| Hurd, Shikiah | 17-cv-04364 |
| Hurd, Steven | 17-cv-04000 |
| Hurd, Theresa | 17-cv-03545 |
| Huynh, Trong | 17-cv-03291 |
| Hye, Ella | 17-cv-03292 |
| Hye, Terry | 17-cv-03293 |
| Iames, Sandra Ann | 17-cv-03217 |
| Isom, Cedric | 17-cv-04365 |
| Jackson, Anthony Demond | 17-cv-03294 |
| Jackson, Brenda Joyce | 17-cv-03295 |
| Jackson, Christola | 17-cv-03296 |
| Jackson, Gregory Lewis | 17-cv-03297 |
| Jackson, Marcus Carnell | 17-cv-03298 |
| Jackson, Sharon P. | 17-cv-03299 |
| Jackson, Tarus T. | 17-cv-04366 |
| Jacobs, Euweeka Tondia | 17-cv-03300 |
| Jacquez, Jose  Jr. | 17-cv-03301 |
| Jaouhari, Hilal A. | 17-cv-03302 |
| Jenkins, Chris Anthony | 17-cv-03303 |
| Jenkins, Terri Lynn | 17-cv-04367 |
| Jesco Construction Corporation of Delaware | 11-cv-00911 |
| Johnny Tran, LLC | 17-cv-03351 |
| Johns, Joan Florence | 17-cv-03304 |
| Johnson, Aaron Sylvester | 17-cv-04368 |
| Johnson, Beaux Allen | 17-cv-03305 |
| Johnson, Carl | 17-cv-04369 |
| Johnson, Carmine | 17-cv-03306 |
| Johnson, Chestere Ann | 17-cv-03307 |
| Johnson, Deborah Juanetta | 17-cv-04370 |
| Johnson, Gena Lynette | 17-cv-04371 |
| Johnson, Grady Lee | 17-cv-03308 |
| Johnson, Lisa Allean | 17-cv-04372 |
| Johnson, Patricia Ann | 17-cv-03309 |
| Johnson, Reginald Edward | 17-cv-04647 |
| Johnson, Roderick Clifton | 17-cv-04373 |
| Johnson, Stephen Mackenzie | 17-cv-04374 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Johnson, Travis  Jr. | 17-cv-04399 |
| Johnson, Victoria | 17-cv-04399 |
| Joiner, Richard | 17-cv-03310 |
| Jones, Al'Lisha Bersha | 17-cv-04375 |
| Jones, Andre Vernell | 17-cv-04376 |
| Jones, Brandon D. | 17-cv-04378 |
| Jones, Charlene | 17-cv-03312 |
| Jones, Cynthia | 17-cv-04377 |
| Jones, Edward James | 17-cv-04379 |
| Jones, Howard | 17-cv-04380 |
| Jones, Larry | 17-cv-04381 |
| Jones, Marvin Earl | 17-cv-04382 |
| Jones, Sammie | 17-cv-04383 |
| Jones, Tekira | 17-cv-04384 |
| Jones, Travis | 17-cv-04385 |
| Joseph, Eldridge C. | 17-cv-04386 |
| Jourden, Forest | 17-cv-04569 |
| Kalinowski, Kevin Eugene | 17-cv-04387 |
| Kaoui, Peter M. | 17-cv-03313 |
| Keller, Brian E. | 13-cv-01018 |
| Kelly, Billy Ray Jr. | 17-cv-04388 |
| Kendrick, Jared | 13-cv-03928 |
| Kenner, Taijahrell S. | 17-cv-03314 |
| Keys, Ernestine Furnette | 17-cv-04389 |
| Kidd, Larry J. | 17-cv-04390 |
| Kiff, Hank | 12-cv-02715 |
| King, Clifton Ray | 17-cv-04393 |
| King, Dewayne | 17-cv-04398 |
| King, Tai-Keysha | 17-cv-04398 |
| Kinler, Charles Bernard | 13-cv-02387 |
| Kirkland, Christopher Andra | 17-cv-04391 |
| Kizzee, Anthony | 17-cv-03158 |
| Kolian, Stephan | 17-cv-03108 |
| La Force, Allen Bradley | 17-cv-04402 |
| Landers, Jason Eugene | 13-cv-01019 |
| Landrieu, David | 17-cv-03161 |
| Landry, Cy Michael | 17-cv-03317 |
| Laneaux, Eureaka D. | 17-cv-04403 |
| Lartigue, Roger | 17-cv-03353 |
| Laster, Patrick Lamar Jr. | 17-cv-03319 |
| Lawrence, Jamie Dewayne | 17-cv-04654 |
| Lawson Environmental Services | 12-cv-00740 |
| Lawson, Telly S. | 17-cv-04404 |
| Lawton, Diana Marie | 17-cv-03320 |
| Le, Trinh | 17-cv-04001 |
| Le, Trinity | 17-cv-04001 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Learn, Cherry | 17-cv-03321 |
| Learn, Michael Harrison | 17-cv-03322 |
| Leatherwood, Charles L. | 17-cv-04405 |
| Lee, Ava | 17-cv-04558 |
| Lee, Betsy Lynne | 17-cv-04629 |
| Lee, Elbert  Jr. | 17-cv-04406 |
| Lee, Kathy Thereasa | 17-cv-04407 |
| Lee, Terrance Michael | 17-cv-04558 |
| Lee, Tiffany Monicque | 16-cv-13874 |
| Lenard, Dalan Kershaun | 17-cv-03546 |
| Lepoma, Mary | 17-cv-04408 |
| Lett, Hibbard | 17-cv-04409 |
| Leverette, Clyde Leslie Jr. | 17-cv-03324 |
| Lewis, Glenda M. | 17-cv-03325 |
| Lewis, Lashona | 17-cv-04410 |
| Lewis, Sharon Annette | 17-cv-03329 |
| Lewis, Ulyses  Jr. | 17-cv-03330 |
| Liddell, Kendrick Sharonta | 17-cv-03332 |
| Liddell, Quient | 17-cv-04411 |
| Lim, Seng | 17-cv-03095 |
| Lirette, Raymond Joseph | 17-cv-03333 |
| Locke, Joe Lewis | 17-cv-04413 |
| Loftus, Wesley Michael | 17-cv-03339 |
| Lopez, Irene | 17-cv-04415 |
| Louisiana Workers' Compensation Corporation | 17-cv-03199 |
| Luckes, Bernard | 17-cv-02933 |
| Lucky, Ethel M. | 17-cv-03340 |
| Lundy, Luke | 17-cv-04417 |
| Lutin, Frederick Lamont | 17-cv-04419 |
| Ly, Anh | 16-cv-03957 |
| Mackles, Duke Allen | 17-cv-04002 |
| Mackles, Shane L. | 17-cv-04003 |
| Macon, Willie James | 17-cv-03548 |
| Maddox, Jeffery | 17-cv-04560 |
| Maddox, Josephine Helen | 17-cv-04560 |
| MaGee, Andrea | 17-cv-04399 |
| MaGee, Richard | 17-cv-03549 |
| Magee, Virdee | 17-cv-04561 |
| Magee, Whitney Burroughs | 17-cv-04561 |
| Magee, Xavier | 17-cv-04561 |
| Maneen, Rachel Renee | 17-cv-03183 |
| Mann, Maxie J. | 17-cv-04421 |
| Manning, Anthony D. | 17-cv-04422 |
| Marler, Gregory Lee | 17-cv-03206 |
| Marshall-Reech, Angie | 17-cv-04564 |
| Martin, Christopher Albert | 17-cv-03228 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
| --- | --- |
| Martin, Clifton | 17-cv-04004 |
| Martin, Flint James | 17-cv-03358 |
| Martin, Jennifer Ann | 17-cv-03228 |
| Martin, Lizzie Mae | 17-cv-04424 |
| Martin, Sterling Paul | 17-cv-03249 |
| Martin, Tatasha Meco | 17-cv-04429 |
| Martin, Trudy | 17-cv-03360 |
| Masters, James | 12-cv-02332 |
| Matthew, Jeremiah LaBrosse | 17-cv-04401 |
| Matthews, Cleveland | 17-cv-04005 |
| Matthis, Shawna Elisie | 17-cv-03550 |
| Matulonis, Anthony Jason | 13-cv-01512 |
| Maurras, Doug | 17-cv-03185 |
| May, Derrick Darneil | 17-cv-04068 |
| May, Joe | 17-cv-04550 |
| Mayfield, Anthony | 17-cv-03364 |
| McArthur, Corey Ryan | 17-cv-03371 |
| McBride, Richard | 16-cv-06635 |
| McCall, Verda | 17-cv-03551 |
| McCammon, Larry Stephen | 17-cv-03375 |
| McCann, Missouri | 17-cv-04006 |
| McClendon, Dorothy | 17-cv-03379 |
| McConaghy, Kara | 17-cv-03116 |
| McConaghy, Kent | 17-cv-03116 |
| McConaghy, Kohl | 17-cv-03116 |
| McConaghy, Minor | 17-cv-03116 |
| McCray, Anthony Barner | 17-cv-03552 |
| McDaniel, Ronald Ray | 17-cv-04069 |
| McDonald, Bobby Deontray | 17-cv-04432 |
| McDonald, David Charles | 17-cv-04434 |
| McDougle, Derrick LaShawn | 17-cv-03386 |
| McElroy, Alexis | 17-cv-04070 |
| McGill, Erik Darcell | 17-cv-03392 |
| McGill, Jeremy Ladyde | 17-cv-03395 |
| McGill, Ray Fernell | 17-cv-04071 |
| McInnis, Jacques  Jr. | 17-cv-03555 |
| McInnis, Jacques  Sr. | 17-cv-03556 |
| McInnis, Traci Lynn | 17-cv-04436 |
| McIntosh, William Dante | 13-cv-01020 |
| McKay, Melinda | 17-cv-04072 |
| McKinley, David | 17-cv-04562 |
| McKinley, Sherrie | 17-cv-04562 |
| McMeans, Charles | 17-cv-03558 |
| McMillan, Jeffari S. | 17-cv-03396 |
| McMillan, Kathy (Buckingham) | 17-cv-04649 |
| McQueen, Henry Wesley | 17-cv-03563 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
| --- | --- |
| Meadows, Alton Rockford | 13-cv-01746 |
| Medel, Jesse Cantu III | 17-cv-03564 |
| Merchant, Raymond Joe | 15-cv-04290 |
| Michael, Frank | 17-cv-04563 |
| Michael, Trai Christian | 17-cv-03565 |
| Micheln, Britney | 17-cv-04437 |
| Mickles, Shantae L. | 17-cv-03566 |
| Mielke, Blair Christopher | 17-cv-03205 |
| Miles, Debra | 13-cv-02715 |
| Millender, Raymond L. | 17-cv-04439 |
| Miller, Carolyn | 17-cv-04441 |
| Miller, James A. | 17-cv-02678 |
| Miller, Jerry | 17-cv-04444 |
| Miller, Taschet Lakennor Henderson | 17-cv-03569 |
| Miller, Timothy Bennett | 17-cv-03398 |
| Mills, Kenneth A. | 17-cv-04448 |
| Milsap, Angela Denise | 17-cv-04449 |
| Milsap, Dennis Jerome | 17-cv-04451 |
| Miner, Michael | 17-cv-04073 |
| Minton, Lee Alexander | 17-cv-03400 |
| Moore, Albert B. III | 17-cv-03571 |
| Moore, Albert R. IV | 17-cv-03572 |
| Moore, Anthony | 17-cv-04453 |
| Moore, Anthony Wayne | 17-cv-04454 |
| Moore, April | 17-cv-04456 |
| Moore, Charles Cary Jr. | 17-cv-03573 |
| Moore, Cheryl R. | 17-cv-04657 |
| Moore, Cynthia | 17-cv-04074 |
| Moore, Dennis | 17-cv-03574 |
| Moore, Felicia | 17-cv-03576 |
| Moore, Kendall | 17-cv-03402 |
| Moore, Sandra Ann | 17-cv-04457 |
| Moorere, Holly Delois | 17-cv-04461 |
| Moreau, Elizabeth Renee | 16-cv-05754 |
| Morgan, James | 17-cv-03187 |
| Morgan, Taccari | 17-cv-03579 |
| Morris, Demetria L. | 17-cv-04459 |
| Murphy, Lorinzo | 13-cv-01031 |
| Murray, Kelvin Duvonce | 17-cv-03582 |
| Nance, Jimmy | 17-cv-04462 |
| Naples, John David | 12-cv-02564 |
| Naquin, Bryant Antoine | 17-cv-03584 |
| Naquin, Velma | 17-cv-03586 |
| Naylor Williams, Kaneika | 17-cv-04636 |
| Nehlig, Chris E. | 17-cv-03376 |
| Nelson, Robert  Jr | 17-cv-04075 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Nestle, Stephen A. | 17-cv-04463 |
| Netherland, Gabriella | 17-cv-04559 |
| Netherland, Jonathan | 17-cv-04559 |
| Newton, Brandon Anthony | 17-cv-03588 |
| Ngo, Phieu | 17-cv-04464 |
| Nguyen, Dai V. | 16-cv-03952 |
| Nguyen, Hillary Tran | 17-cv-04465 |
| Nguyen, Hung Van | 17-cv-04467 |
| Nguyen, Kha Hoang-Tran | 17-cv-04468 |
| Nguyen, Loc | 16-cv-03955 |
| Nguyen, Nghia Ngoc | 16-cv-03954 |
| Norris, Daphne | 17-cv-04565 |
| Norswearthy, Chester Lee | 17-cv-03590 |
| Norwood, Austin | 17-cv-03203 |
| Norwood, Margaret | 17-cv-03203 |
| Novelozo, Urlic Adriel | 13-cv-01033 |
| Odom, Terry Louise | 16-cv-15974 |
| Odums, Alonzo Jr. | 13-cv-02386 |
| Olds, Joe Annie | 17-cv-03591 |
| O'Neal, Richard B. | 17-cv-04076 |
| Orange, Tony | 17-cv-03592 |
| Osbey, Christopher | 17-cv-04470 |
| Pace, Linda D. | 17-cv-04471 |
| Packer, Patrick | 17-cv-04077 |
| Padgett, Linda | 13-cv-02357 |
| Paige, Cynthia | 17-cv-03594 |
| Parker, Edward | 17-cv-04078 |
| Patterson, Dana | 17-cv-04079 |
| Patton, Carlos Demetrius | 17-cv-04473 |
| Payton, Alexzander Jermaine | 17-cv-04474 |
| Paz, Cesar | 17-cv-04557 |
| Paz, Cesar Andrew Jr. | 17-cv-04557 |
| Paz, Israel | 17-cv-04557 |
| Paz, Keren | 17-cv-04557 |
| Peairs, Marcus Jerome | 17-cv-03596 |
| Pearson, Barbara Ann | 17-cv-03597 |
| Pejic, Nenad | 17-cv-04475 |
| Penn, Tavarish | 17-cv-04080 |
| Pennington, Kathy | 17-cv-04280 |
| Perdomo, Henry Giovanni | 17-cv-03346 |
| Perkins, Isaac Leroy | 17-cv-04476 |
| Peschlow, Mark | 17-cv-03598 |
| Peters, Rhett Raphael | 17-cv-04479 |
| Pettaway, Denise L. | 17-cv-03404 |
| Pettaway, John | 17-cv-03599 |
| Pettway, Delrick | 17-cv-04481 |

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Pettway, Sandra | 17-cv-04146 |
| Phan, Hanh Van | 16-cv-03956 |
| Phillips, Angela | 17-cv-04163 |
| Phillips, Bryant Demetrius | 17-cv-04281 |
| Phillips, Shunna | 17-cv-04305 |
| Pickett, George W. | 17-cv-04482 |
| Pinell, Richard dba as Billie Sue, Inc | 17-cv-03349 |
| Plummer, Edna C. | 17-cv-04483 |
| Poirson, Patrick | 17-cv-03177 |
| | 17-cv-03378 |
| Polk, Felton | 17-cv-04282 |
| Polk, Tonta Renee | 17-cv-03600 |
| Porter, Scott Alan | 17-cv-03344 |
| Pough, Ervin Charles | 17-cv-04164 |
| Powe, Andre Latrelll | 17-cv-04484 |
| Powell, Donald Joseph | 17-cv-04489 |
| Powell, Whirlee | 17-cv-04283 |
| Preatto, Kimlyn | 17-cv-04556 |
| Prest, Kirk | 17-cv-03409 |
| Prestenbach, Anthony | 17-cv-04570 |
| Price, Calvin  Sr. | 17-cv-04571 |
| Price, James Antoine | 17-cv-04572 |
| Pritchett, Wilbert Devon Jr. | 17-cv-03231 |
| Quiroz, Robert Lee | 17-cv-04166 |
| Ramey, Robert Carlos | 17-cv-03405 |
| Ranson, Ron S. | 17-cv-04168 |
| Rawls, Derrick Roeshawn | 17-cv-04509 |
| Reeb, Michael E. | 17-cv-03602 |
| Reece, Kevin | 17-cv-03172 |
| Reech, Riley | 17-cv-04564 |
| Reed, Antonio | 17-cv-04174 |
| Reed, Chester C. | 17-cv-03603 |
| Reed, Germaine | 17-cv-03165 |
| Regan, Laura Guillory | 13-cv-02378 |
| Regan, Robert Leland III | 13-cv-02378 |
| Revels, Carl | 17-cv-04175 |
| Richard, Tyrone Kirk | 17-cv-04284 |
| Richardson, A'Donna | 17-cv-03407 |
| Richardson, Lula Bell | 17-cv-04285 |
| Richoux, Denise Malcombe | 17-cv-03186 |
| Riddell Hare, Teresa Lynn | 17-cv-04177 |
| Riley, Darren | 17-cv-04304 |
| RMC General Contractors, LLC | 11-cv-02527 |
| Roan, Kenneth | 17-cv-04178 |
| Roberts, Cynthia Jean | 17-cv-03605 |
| Roberts, Farances | 17-cv-04513 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Robertson, Carrie Rene | 17-cv-04573 |
| Robin, Charles R. III | 17-cv-03381 |
| Robinson, Adam, on behalf of the Estate of Crystal A. Robinson | 15-cv-06131 |
| Robinson, Brian Lars | 17-cv-03606 |
| Robinson, Patrick Monroe | 17-cv-04574 |
| Robinson, Raynard R. | 17-cv-04286 |
| Robinson, Ricco  Jr. | 17-cv-04536 |
| Rodriguez, Ramon Luis | 17-cv-04567 |
| Rogers, Betty Lou | 17-cv-04575 |
| Rooks, Darla | 17-cv-04400 |
| Rooks, Todd | 17-cv-04400 |
| Ross, Erica Nicole | 17-cv-04287 |
| Ross, Vanessa | 17-cv-04288 |
| Rounds, Gregory Alphonse | 17-cv-04576 |
| Rye, Patricia Maria | 17-cv-03155 |
| Salter, Christopher F. | 17-cv-04289 |
| Sample, James A. | 17-cv-04290 |
| Sanchez, Victoria | 12-cv-00164 |
| Santiny, Laila | 17-cv-04555 |
| Santiny, Nicole | 17-cv-04555 |
| Santiny, Zana | 17-cv-04555 |
| Saxton, Latonya | 17-cv-04577 |
| Scaief, Veronica | 17-cv-04242 |
| Scarborough, Michael Anthony | 17-cv-04243 |
| Schmidt, Michelle | 17-cv-04279 |
| Schmidt, Rachel Christabel | 17-cv-04179 |
| Scott, Barbara J. | 17-cv-03608 |
| Scott, Codie James | 17-cv-04578 |
| Scott, Corey | 17-cv-04554 |
| Scott, Donald Joseph II | 17-cv-04554 |
| Scott, Joleigh | 17-cv-04554 |
| Scott, Katrina Nicole | 17-cv-04579 |
| Scott, Matthew | 17-cv-04554 |
| Scott, Nakia L. | 17-cv-03609 |
| Scott, Nicole Leigh | 17-cv-04554 |
| Seay, Sharitye Renee | 17-cv-04244 |
| Sellers, Terrance L. | 17-cv-03610 |
| Sewell, Carolyn | 17-cv-04245 |
| Sewer, Misha N. | 17-cv-04581 |
| Shade, Twinella | 17-cv-04246 |
| Shannon, Tory | 17-cv-03611 |
| Shearon, Minor 1 | 17-cv-03155 |
| Shearon, Minor 2 | 17-cv-03155 |
| Shearon, Ronald Franklin | 17-cv-03155 |
| Shepard, Lori A. | 17-cv-04582 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Sherrod, Christopher Patrick | 17-cv-03410 |
| Siegel, Barton J. | 13-cv-00768 |
| Simmons, Blake | 17-cv-04553 |
| Simmons, Candice | 17-cv-04247 |
| Simmons, Gayla | 17-cv-04248 |
| Simmons, Kevin | 17-cv-04553 |
| Simmons, Kevin  II | 17-cv-04553 |
| Simmons, Tony Herbert | 17-cv-04583 |
| Simon, Jamie Griffin | 11-cv-01432 |
| Sketteno, Samuel  Jr | 17-cv-04181 |
| Slaughter, Bobby Joe | 17-cv-04584 |
| Sledge, Raymond | 17-cv-04249 |
| Smith, Cindy | 17-cv-04180 |
| Smith, LaJoy Jordan | 17-cv-04250 |
| Smith, Lee A. | 17-cv-04586 |
| Smith, Linda V. | 17-cv-04251 |
| Smith, Tyrone | 17-cv-04551 |
| Sonnier, Jason | 17-cv-04252 |
| Spencer, Rita Jeannette | 17-cv-04253 |
| Sproat, Nancy | 17-cv-04255 |
| Spurlock, Deedra | 17-cv-04256 |
| St. Ann, John L. | 17-cv-04257 |
| Stallworth (Fairley), Gloria Denise | 17-cv-03411 |
| Stallworth, Ben  III | 17-cv-03612 |
| Stallworth, Beste | 17-cv-04566 |
| Stallworth, Josiah Monquess | 17-cv-04514 |
| Stallworth, Marlon Dominic | 17-cv-04183 |
| Stanton, Patrick D. | 17-cv-04258 |
| Stapleton, Charles D. | 17-cv-04588 |
| Steiner, Machelle Faye | 17-cv-03387 |
| Stennis, Ernest E. | 17-cv-04590 |
| Stephens, Randi D. | 17-cv-04294 |
| Stephens, Thomas  Jr. | 17-cv-04520 |
| Stephens, Thomas E. Sr. | 17-cv-04592 |
| Stewart, Alpenation | 17-cv-04184 |
| Stewart, Elizabeth Ann | 17-cv-04299 |
| Stewart, Lloyd  Jr. | 17-cv-03613 |
| Stockstill, Damien | 17-cv-04400 |
| Stockstill, Daniel | 17-cv-04400 |
| Storey, Daniel R. | 17-cv-04593 |
| Stovall, Lambert Omar | 17-cv-04640 |
| Strauss, Robert Hollis | 17-cv-03615 |
| Street, Carrington | 17-cv-04259 |
| Street, Corey Darnell | 17-cv-03619 |
| Street, Don Allen | 17-cv-04300 |
| Street, Shadronica D. | 17-cv-04260 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Stricklin, Sam Houston | 17-cv-04552 |
| Stubbs, Jesse | 17-cv-04261 |
| Summerall, Tara S. | 17-cv-04643 |
| Summers, Andrae Trejuan | 17-cv-04262 |
| Sunseri, Anthony Jeremy | 17-cv-04263 |
| Swaney, Julie | 17-cv-04186 |
| Swanier, Marqueda C. | 17-cv-04644 |
| Tate, Curtis Anthony | 17-cv-04264 |
| Taylor, Charles | 17-cv-03222 |
| Taylor, Eric Marice | 17-cv-04600 |
| Taylor, Jeremy | 17-cv-04190 |
| Taylor, Kimberly Nicole | 17-cv-04603 |
| Taylor, Mary S. | 17-cv-03201 |
| Taylor, Robert V. | 17-cv-03201 |
| Taylor, Shana | 17-cv-04191 |
| Tebbs, Michael Eppa | 17-cv-04605 |
| Tebbs, Sheila Goree | 17-cv-04606 |
| Terrebonne, Betty Ann | 17-cv-04549 |
| Terrebonne, Gary  Jr. | 17-cv-04192 |
| Terrebonne, Gary  Sr | 17-cv-04549 |
| The Queen Esther Commercial Fishing | 16-cv-15255 |
| Thomas, Carlos Alexander | 17-cv-04608 |
| Thomas, David Jr. | 17-cv-04556 |
| Thomas, Kendrick Daton | 17-cv-04195 |
| Thomas, Kennedy | 17-cv-04301 |
| Thomas, Lakesha on Behalf of the Estate of Jimmie Thomas | 17-cv-04547 |
| Thomas, Raymond Wesley | 17-cv-04595 |
| Thompson, Adonis Rashiid | 17-cv-04198 |
| Thompson, Alvin Lee | 17-cv-03156 |
| Thompson, Brian Michael | 17-cv-04265 |
| Thompson, Christopher Durward | 17-cv-04609 |
| Thompson, Deforrest Darrell | 17-cv-04611 |
| Thompson, Joe | 17-cv-02854 |
| Thompson, Randy | 17-cv-04202 |
| Tickell, Rebecca Harrell | 17-cv-03169 |
| Timmons, Frances | 17-cv-04266 |
| Tobias, Warren Kendrick | 17-cv-04613 |
| Toler, Juanita Reid | 17-cv-04267 |
| Tolliver, Michael | 17-cv-04268 |
| Torres, Esmeralda Ladette | 17-cv-04204 |
| Townser, Frank  Jr. | 17-cv-04205 |
| Townser, Frank N. III | 17-cv-04519 |
| Traylor, Gabrielle | 17-cv-04302 |
| Trellis, Spencer T. | 17-cv-04254 |
| Treme, Josh | 17-cv-04269 |

Exhibit 1 - 981 PTO 63 Compliant Plaintiffs - Alphabetical by Name

| Plaintiff Name(s) | Civ. A. No. |
| --- | --- |
| Triplett, Danny | 17-cv-04270 |
| Trotter, Marvin Kenneth | 17-cv-03621 |
| Troxler, Clifford II | 17-cv-04207 |
| Turner, Gregory Scott | 17-cv-03225 |
| Turner, Judy A. | 17-cv-04614 |
| Turner, Michael | 17-cv-04210 |
| Turner, Michael Anthony | 13-cv-01035 |
| Turner, Tonie | 17-cv-04214 |
| Turner, Vickey Michelle | 17-cv-04616 |
| United States Environmental Services, LLC | 17-cv-03370 |
| United States Maritime Services, Inc. d/b/a United | 17-cv-03382 |
| States Maritime Services, LLC | 17-cv-03388 |
| Upchurch, Amanda Victoria Johnson | 17-cv-03413 |
| Valdivieso, Sergio | 12-cv-02004 |
| Vaughan, Jeffrey R. | 17-cv-03250 |
| Vaughan, Rochelle Avila | 17-cv-03250 |
| Vazquez, Eric Christopher Jr. | 17-cv-04617 |
| Veal, Ernest | 17-cv-04215 |
| Veillon, John R. | 17-cv-04619 |
| Vickers, Michael Brandon | 13-cv-00456; 13-cv-00304* |
| Vicknair, Rachel Rost | 17-cv-04517 |
| Villere, Jane | 17-cv-04217 |
| Waddell, Tyrell Donya | 17-cv-04271 |
| Waddle, Jan Michael | 16-cv-04083 |
| Wade, James | 17-cv-04624 |
| Walker, Allen | 17-cv-03012 |
| Walker, Cynthia | 17-cv-04272 |
| Walker, Glynn | 17-cv-04645 |
| Walker, Lisa Michelle | 17-cv-03622 |
| Walker, Rodney John II | 17-cv-04219 |
| Walker, Roxanne | 17-cv-03012 |
| Wallace Patti, on behalf of Guy Hillyer Wallace | 13-cv-01039 |
| Wallace, Aaron Anthony Sr. | 13-cv-06153 |
| Walter, Shanavia D. | 17-cv-04273 |
| Ward, Jennifer Robin | 17-cv-04220 |
| Ware, Mia Chianti | 17-cv-04221 |
| Warren, Larry Donal | 17-cv-04626 |
| Washington, Janel | 17-cv-04296 |
| Washington, Victoria Lasha | 17-cv-04297 |
| Watkins, Archie Lee Jr. | 17-cv-04274 |
| Watson, Esther Marie | 16-cv-15259 |
| Watts, Derek Raphael | 17-cv-04627 |
| Watts, Jeremy P. | 17-cv-04298 |
| Waxman, David | 17-cv-04222 |
| Weathersby, Sherlyon Sheree | 17-cv-04295 |

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Webb, Dalisha Nicole | 17-cv-04223 |
| Webb, John A. | 17-cv-04276 |
| Wells, Rabell Johnson | 17-cv-04224 |
| Wensel, April | 17-cv-04225 |
| Wesley, Charles William Jr. | 17-cv-03326 |
| Wheaton, Don A. | 17-cv-04226 |
| White, Alexis | 17-cv-04227 |
| White, Rashawn | 17-cv-03623 |
| White, Ricardo Dontrell | 17-cv-04229 |
| Whitfield, Chelsea | 17-cv-04230 |
| Whitted, Roderick Deon | 17-cv-04631 |
| Whittiker, Timothy  Jr. | 17-cv-04231 |
| Whittinghill, Clay | 10-cv-01984 |
| Wilcox, Dennis Lamar | 17-cv-04232 |
| Williams, Angelinia Mileer | 17-cv-04632 |
| Williams, Armis | 17-cv-03414 |
| Williams, Ashley Nicole | 13-cv-01041 |
| Williams, Auron Raynard | 17-cv-04633 |
| Williams, Charetta Anderson | 17-cv-04233 |
| Williams, Charles | 17-cv-04277 |
| Williams, Clarence | 17-cv-04234 |
| Williams, Dawarren | 17-cv-04291 |
| Williams, Gregory L. | 17-cv-04306 |
| Williams, Herman  Jr. | 17-cv-02675 |
| Williams, Jahnia O. | 17-cv-04634 |
| Williams, James E. Jr. | 17-cv-04235 |
| Williams, Pricilla | 17-cv-04660 |
| Williams, Randy | 17-cv-04236 |
| Williams, Roy Lee | 17-cv-04516 |
| Williams, Viola | 17-cv-04237 |
| Wills, Aaron | 17-cv-04597 |
| Wilson, Bernice | 17-cv-04239 |
| Wilson, Cossie | 17-cv-04659 |
| Wilson, Mark L. | 17-cv-04278 |
| Woodland, Antonio Jamille | 17-cv-04240 |
| Wright, Andre S. | 17-cv-04241 |
| Wunstell, John M. Jr. | 10-cv-02543 |
| Wynne, Greg | 17-cv-03230 |
| Wynne, GW (Minor 1) | 17-cv-03230 |
| Wynne, Monette | 17-cv-03230 |
| Wynne, MW (Minor 2) | 17-cv-03230 |
| Wynne, RW (Minor 3) | 17-cv-03230 |
| Yarbrough, Daniel Lynn | 17-cv-04293 |
| Yarbrough, Rebecca Trimm | 17-cv-04292 |
| Yerkes, Joseph E. | 17-cv-03194 |
| Zayzay, Freddie Bawoo | 17-cv-04637 |

**Additions to EXHIBIT 1:**

| Plaintiff Name(s) | Civ. A. No. |
|---|---|
| Ellis Keyes<br>[added per R.D. 23165] | 14-cv-02211 |
| Lisa Baldo | 17-cv-03368 |
| Brandon Keith Byrd | 17-cv-03073 |
| Willie Louis Casey, Jr. | 17-cv-03525 |
| James Collier | 17-cv-03415 |
| Paul Matthew Doom | 17-cv-04395 |
| Melissa Wellington | 17-cv-04542 |
| Jada Wellington | 17-cv-04542 |
| Janya Wellington | 17-cv-04542 |
| Holly Williams | 17-cv-04307 |
| Ricky Robin, Sr. | 17-cv-03389 |
| Ricky Robin, Jr. | 17-cv-03383 |
| Deja'Jana Brumfield | 17-cv-04562 |
| Khaled Omar Abdelfattah | 17-cv-03443 |
| Larry Schexnayder | 17-cv-03207 |
| Rachel Williams | 17-cv-03207 |
| Farrell Schexnayder | 17-cv-03207 |
| Donna Picou | 17-cv-03207 |
| Darlene Williams | 17-cv-03207 |
| Gary Lane Schexnayder | 17-cv-03207 |
| Rico O. McBride | 16-cv-15255 |
| Paul Raymond Doom<br>[added per the attached order] | 17-cv-04395 |

*Case No. 13-cv-00304 added to Plaintiff Michael Brandon Vickers.

22