UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| VERSUS | SECTION "J" |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: No. 12-970, <u>Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al.</u> | MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the record)

MOTION:   Motion of Deepwater Horizon Economic Class Center ("DHECC") to Examine Judgment Debtor, Record Doc. No. 23409, Record Doc. No. 23409; Judgment Debtor Examination

O R D E R E D:

 XXX : CONTINUED.  At the request of counsel for DHECC, Justin M. Chopin, the judgment debtor examination set in this matter on December 20, 2017, is hereby CONTINUED to January 24, 2018 at 11:00 a.m. before me.  Counsel for DHECC is directed to serve a copy of this order on the judgment debtor and file a return of service in the record.  The clerk is directed to file a copy of this order in both MDL 2179 and Civil Action No. 12-970.

New Orleans, Louisiana, this ___19th___ day of December, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE