IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 <br><br> Case No.:  2:10-md-02179-CJB- JCW | MDL No. 2179 <br><br> SECTION "J" <br><br> DISTRICT JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs, including, Fabio Concepcion LMPC0041002, Mickey Thibodaux LMPC0041003, Melvin Banegas LMPC0041001, and Gilberto Avila LPC0041000, Motion to Consolidate in the above-captioned proceeding shall come for hearing before the Honorable Carl J. Barbier at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, at 9:30 a.m., on the 17th day of January, 2018.

Respectfully Submitted,

**SMITH STAG, LLC**

 */s/ Michael G. Stag*
Michael Stag, Bar No. 23314
Ashley M. Liuzza, Bar No. 34645
SMITH STAG, LLC
365 Canal St. Suite 2850
New Orleans, LA  70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@smithstag.com
aliuzza@smithstag.com

Timothy J. Falcon, Bar No. 16909
Jeremiah A. Sprague, Bar No. 24885
Jarrett S. Falcon, Bar No. 34539
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, LA 70072
Telephone: (504) 341-1234
Facsimile: (504) 341-8115
tim@falconlaw.com
jerry@falconlaw.com
jarrett@falconlaw.com

Craig T. Downs, FL Bar No. 801089
Vanessa E. Diaz, FL Bar No. 120087
Jose E. Aguirre, FL Bar No. 92675
THE DOWNS LAW GROUP, P.A.
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773
Email: cdowns@downslawgroup.com
vdiaz@downslawgroup.com
jaguirre@downslawgroup.com

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of December, 2017.

*/s/ Michael G. Stag*
Michael G. Stag

2