UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *Nos. 13-6360, 13-6362, 15-567* | * | **MAG. JUDGE WILKINSON** |

## ORDER

Considering that the three member cases referenced above have settled and were dismissed with prejudice (*see* Rec. Docs. 23764, 23765);

IT IS ORDERED that the Special Master's Motion to Dismiss (Rec. Doc. 14431) and Christine Reitano's Renewed Motion to Sever (Rec. Doc. 15515) are DENIED AS MOOT.

New Orleans, Louisiana, this 19th day of December, 2017.

_____
United States District Judge