TENDERED FOR FILING

DEC 1 3 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig 'Deepwater Horizon" in the Gulf of Mexico on
April 20, 2010         Case Number:      MDL No. 2179

J (2)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED     DEC 1 3 2017
WILLIAM W. BLEVINS
CLERK

Further Legal Reference-Original Claim [01083776]; and *Claimant- William
Lewis, on behalf of Mount Seafood (collectively, the Claimant) presented a claim
to the Oil Spill Liability Trust Fund (OSLTF) seeking $150,000.00 in dispute
resolution resulting from the Deepwater Horizon oil spill.

**\*Claimant's- [William Lewis] Emergency Motion for Judicial Intervention
and Monetary Relief Requested**

Comes Now, William Lewis, a party plaintiff known to the litigants and with

purpose and still standing and now before the honorable Judge and Court and

respectfully discloses as follow:

1. Examine the State of Alabama, Department of Conservation and Natural

   Resources, Alabama Conservation License: Res Seafood Dealer License for

   the Years 2009 and 2010 which establishes that Claimant has prima facial

   and in-camera evidence of being a seafood trade participant.  See seafood

   dealer's License 2009 and License 2010 attached hereto.

2. But for, and in fact, and operational fact, the Claimant sustained an actual

   financial loss; Claimant's Seafood Business involuntarily closed.

   Administratively, Claimant has shown good faith and has exhibited the

   behavior of a Claimant that has a lawful meritorious claim   See Claimant's

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.

Administrative Data Action Summary Indexing attached hereto.  Privacy Documents, such as the US. 1040 Tax Documents for 2009 and 2010 were prepared by professional accountant; such useful data is readily available and accessible by CD.

3. But For, and in fact, and operational fact, the Claimant's loss was caused by the discharge of oil resulting from the Deepwater Horizon oil spill. Claimant's Res Seafood business closed.  It is a well-known fact that the U.S. Environment Protection Agency and other federal health agency(s) issued directives restricting trade activity involving [area] purchasing of seafood products for public trade; Moreover, such [area] trade practice was deemed unsafe for a restricted period of time.  Public domain advisement with restrictions. Claimant's seafood business closed. The Claimant's seafood dealing was official enjoined May 2010.

4. Claimant's business is entitled to a causation presumption.  To further help bring the matter to resolution Claimant entertained a causation test.  Please note that the Res Seafood Dealer business ceased operating in May 2010.

Relief Requested

Claimant moves this honorable Court and Judge to require Defendant to produce useful data showcasing Claimant's participation with Deepwater Horizon claim process.  Also, Claimant pray that this Motion be granted and

that Claimant be awarded make whole relief.  Respectfully submitted by

Claimant *William Lewis*, P.O. Box 57, Georgiana, Alabama 36033
12-8-2017

### Certificate of Mailing

A copy of this pleading was addressed and mailed to the honorable

Clerk of Court, United States District Court for the Eastern District of

Louisiana, 500 Poydras Street, New Orleans, LA 70130; and also addressed

and mailed to all other identifiable interested parties including Richard C.

Godfrey, P.C. Attn: Deepwater Horizon E&PD Settlement, Kirkland & Ellis

L.L.P. 300 North LaSalle Street, Chicago, Il 60654 and James Parkerson

Roy Attn: Deepwater Horizon E&PD Settlement Domengeaux Wright Roy

& Edwards 556 Jefferson Street, Suite 500, P.O. Box 3668, Lafayette, LA

70501; David Scott, Owner Destin Connection Seafood Market, 3750

Norman Bridge Road, Montgomery, Alabama 36105.  Done this 8th

day of ~~November~~ December 2017. W.L. *William Lewis* 12-8-2017

Attachments/Exhibits/enclosures

## View Documents

**Filter Documents likely associated with:**

ALL

| Doc ID | Document Type | Create Date | Page From | Page To | Doc |
|--------|---------------|-------------|-----------|---------|-----|
| 8767311 | GCCF Claim Form | 03/05/2013 | 1 | 8 | 18 |
| 8767312 | License - Business/Occupational | 03/05/2013 | 9 | 9 | 18 |
| 8767313 | Geographic Location Material - Maps | 03/05/2013 | 10 | 10 | 18 |
| 8767314 | GCCF Claim Form | 03/05/2013 | 11 | 33 | 18 |
| 19794909 | Other | 08/22/2016 | 1 | 2 | 18 |
| 8767315 | License - Business/Occupational | 03/05/2013 | 3 | 3 | 18 |
| 8767316 | Affidavit/Sworn Statement | 03/05/2013 | 4 | 5 | 18 |
| 8767317 | GCCF Claim Form | 03/05/2013 | 1 | | 18 |
| 8767318 | GCCF Claim Form | 03/05/2013 | 1 | | 18 |
| 8767319 | GCCF Claim Form (Duplicate) | 03/05/2013 | 1 | 1 | 18 |
| 8895700 | Other | 03/11/2013 | 2 | 2 | 18 |
| 8767320 | GCCF Denial Letter | 03/05/2013 | 1 | 2 | 18 |
| 8767321 | GCCF Claim Form (Duplicate) | 03/05/2013 | 1 | 1 | 18 |
| 8895808 | GCCF Claim Form (Duplicate) | 03/11/2013 | 2 | 2 | 18 |
| 8767322 | GCCF Claim Form (Duplicate) | 03/05/2013 | 1 | 1 | 18 |
| 8895900 | GCCF Claim Form (Duplicate) | 03/11/2013 | 2 | 2 | 18 |
| 8767323 | GCCF Claim Form (Duplicate) | 03/05/2013 | 1 | 1 | 18 |
| 8895976 | GCCF Claim Form (Duplicate) | 03/11/2013 | 2 | 2 | 18 |
| 8767324 | GCCF Claim Form | 03/05/2013 | 1 | 1 | 18 |
| 8896026 | GCCF Claim Form (Duplicate) | 03/11/2013 | 2 | 2 | 18 |
| 8767325 | GCCF Interim/Final Payment Claim Deficiency Notice | 03/05/2013 | 1 | 2 | 18 |
| 8767326 | GCCF Deficiency Letter | 03/05/2013 | 1 | 1 | 18 |
| 8767327 | GCCF Interim/Final Payment Claim Deficiency Notice | 03/05/2013 | 1 | 1 | 18 |
| 8896207 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/11/2013 | 2 | 2 | 18 |
| 8896219 | GCCF Claim Form (Duplicate) | 03/11/2013 | 3 | 3 | 18 |
| 8767328 | GCCF Interim/Final Payment Claim Deficiency Notice | 03/05/2013 | 1 | 1 | 18 |

| 8896310 | Other Correspondence | 03/11/2013 | 2 | 2 | 18 |
|---|---|---|---|---|---|
| 8767329 | Financial - Other (Duplicate) | 03/05/2013 | 1 | 1 | 18 |
| 8767330 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/05/2013 | 2 | 2 | 18 |
| 8767331 | GCCF Denial Letter | 03/05/2013 | 1 | 2 | 18 |
| 8767332 | Financial - Other (Duplicate) | 03/05/2013 | 1 | 1 | 18 |
| 8767333 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/05/2013 | 2 | 2 | 18 |
| 8767334 | GCCF Claim Form | 03/05/2013 | 1 | 6 | 18 |
| 8767335 | Financial - Other | 03/05/2013 | 7 | 7 | 18 |
| 8897281 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 03/11/2013 | 8 | 8 | 18 |
| 8897295 | GCCF Claim Form | 03/11/2013 | 9 | 9 | 18 |
| 9414429 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 04/03/2013 | 1 | 1 | 18 |
| 9414451 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 04/03/2013 | 1 | 1 | 18 |
| 9867771 | 2009 Financial - Income Statements / Profit & Loss (Duplicate) | 04/26/2013 | 2 | 2 | 18 |
| 9867775 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 04/26/2013 | 2 | 2 | 18 |
| 8767338 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 03/05/2013 | 1 | 1 | 18 |
| 9223477 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 03/25/2013 | 1 | 1 | 18 |
| 9223483 | 2009 Financial - Income Statements / Profit & Loss (Duplicate) | 03/25/2013 | 2 | 2 | 18 |
| 9223493 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 03/25/2013 | 2 | 2 | 18 |
| 8767339 | GCCF Denial Letter | 03/05/2013 | 1 | | 18 |
| 8767340 | 2009 Federal Income Return Form 1040, Schedule C | 03/05/2013 | 1 | 1 | 18 |
| 8767341 | Bank Statements | 03/05/2013 | 2 | 7 | 18 |
| 8767342 | 2010 Federal Income Return Form 1040, Schedule C | 03/05/2013 | 8 | 9 | 18 |
| 8767343 | Bank Statements | 03/05/2013 | 10 | 15 | 18 |
| 8767344 | GCCF Interim Payment Claim Form | 03/05/2013 | 1 | 14 | 18 |
| 8767345 | GCCF Follow-Up Letter to Previously Denied Claimants | 03/05/2013 | 1 | 2 | 18 |
| 8767346 | GCCF Denial Letter | 03/05/2013 | 1 | | 18 |
| 8767348 | GCCF Interim Payment Claim Form | 03/05/2013 | 1 | 5 | 18 |
| 8767347 | GCCF Claim Form | 03/05/2013 | 6 | 6 | 18 |
| 8897751 | GCCF Interim Payment Claim Form | 03/11/2013 | 7 | 7 | 18 |
| 8767349 | GCCF Interim/Final Payment Claim Denial Letter | 03/05/2013 | 1 | 2 | 18 |
| 8774762 | Financial - Other | 03/05/2013 | 1 | 1 | 18 |

| | | | | | |
|---|---|---|---|---|---|
| 8875545 | Registration Form | 03/08/2013 | 1 | | 18 |
| 8878826 | Financial - Other | 03/08/2013 | 1 | 1 | 18 |
| 9223364 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 03/25/2013 | 1 | 1 | 18 |
| 9224061 | 2009 Financial – Annual Income Statements / Profit & Loss | 03/25/2013 | 1 | 1 | 18 |
| 9224067 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 03/25/2013 | 1 | 1 | 18 |
| 9224076 | Financial –Income Statements / Profit & Loss - Non-Monthly | 03/25/2013 | 1 | 1 | 18 |
| 9237140 | Failed Business Economic Loss Claim Form (Red Form) (Claim ID 171739) | 03/26/2013 | 1 | | 18 |
| 13398923 | Incompleteness Notice (Claim ID 171739) | 12/26/2013 | 1 | | 19 |
| 13399076 | Registration Form Signature Incomplete Notice | 12/26/2013 | 1 | | 19 |
| 13602591 | Representative/Probate Document REP-1 | 01/17/2014 | 1 | 1 | 20 |
| 13602641 | Signature Certification Form (Signature Incompleteness Notice) | 01/17/2014 | 1 | 1 | 20 |
| 13602703 | Medical - Death Certificate | 01/17/2014 | 1 | 1 | 20 |
| 13602970 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603183 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603227 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603266 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603290 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603319 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603342 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603452 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603485 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603515 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603540 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603564 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603582 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603601 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603623 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603653 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603705 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13603724 | Bank Statements | 01/17/2014 | 1 | 1 | 20 |
| 13613383 | Representative/Probate Document REP-1 | 01/20/2014 | 1 | 1 | 20 |

| 17803036 | Claim Form Signature Incomplete Notice (Claim ID 171739) | 09/03/2015 | 1 | | 22 |
|---|---|---|---|---|---|
| 18807251 | Denial Notice (Claim ID 171739) | 02/06/2016 | 1 | | 22 |
| 18895609 | Denial Notice | 02/10/2016 | 1 | 1 | 22 |
| 18922115 | Request for Re-Review or Reconsideration Form (from Denial Notice) | 02/10/2016 | 2 | 3 | 22 |
| 18922119 | Correspondence from Claimant | 02/10/2016 | 4 | 5 | 22 |
| 19688214 | Incompleteness Notice (Claim ID 171739) | 07/27/2016 | 1 | | 23 |
| 19785068 | SWS-18 Failed Business Economic Loss Authorized Business Representative Sworn Written Statement | 08/18/2016 | 1 | 2 | 23 |
| 19785069 | SWS-19 Failed Business Economic Loss Sweat Equity Sworn Written Statement | 08/18/2016 | 1 | 2 | 23 |
| 19785070 | SWS-34 Failed Business Economic Loss Proof of Revenue Decline Sworn Written Statement | 08/18/2016 | 1 | 2 | 23 |
| 19785071 | SWS-44 Failed Business Economic Loss Failed Start-Up Business without Financial Projections Sworn Written Statement | 08/18/2016 | 1 | 2 | 23 |
| 19785184 | Plan, Budgets, Forecasts | 08/18/2016 | 1 | 1 | 23 |
| 19785322 | Correspondence from Claimant | 08/18/2016 | 1 | 1 | 23 |
| 19785338 | SWS-18 Failed Business Economic Loss Authorized Business Representative Sworn Written Statement (Duplicate) | 08/18/2016 | 1 | 2 | 23 |
| 19785340 | SWS-19 Failed Business Economic Loss Sweat Equity Sworn Written Statement (Duplicate) | 08/18/2016 | 1 | 2 | 23 |
| 19785341 | SWS-34 Failed Business Economic Loss Proof of Revenue Decline Sworn Written Statement (Duplicate) | 08/18/2016 | 1 | 2 | 23 |
| 19785344 | SWS-44 Failed Business Economic Loss Failed Start-Up Business without Financial Projections Sworn Written Statement (Duplicate) | 08/18/2016 | 1 | 2 | 23 |
| 19785352 | Plan, Budgets, Forecasts (Duplicate) | 08/18/2016 | 1 | 1 | 23 |
| 19785356 | Correspondence from Claimant (Duplicate) | 08/18/2016 | 1 | 1 | 23 |
| 19929569 | Follow- Up Incompleteness Notice (Claim ID 171739) | 09/22/2016 | 1 | | 23 |
| 19991805 | Incompleteness Denial Notice (Claim ID 171739) | 10/07/2016 | 1 | | 23 |
| 20084986 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20084990 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20084993 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20084997 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085000 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085007 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085012 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085061 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085066 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085071 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |

| | | | | | |
|---|---|---|---|---|---|
| 20085088 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085090 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085094 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085097 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085101 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085102 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085104 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085110 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085113 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085119 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085121 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085124 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085126 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085127 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085140 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085144 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085147 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085150 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085154 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085157 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085158 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085223 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085231 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085236 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085240 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085244 | Bank Statements | 11/03/2016 | 1 | 1 | 23 |
| 20085427 | Financial - Other | 11/03/2016 | 1 | 1 | 23 |
| 20085450 | Financial - Other | 11/03/2016 | 1 | 1 | 23 |
| 20115895 | Post-Reconsideration Incompleteness Denial Notice (Claim ID 171739) | 11/14/2016 | 1 | | 23 |
| 20155372 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 11/25/2016 | 1 | 1 | 23 |
| 20163882 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 11/25/2016 | 1 | 1 | 23 |

| 20206840 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 12/10/2016 | 1 | 1 | 23 |
|---|---|---|---|---|---|
| 20269839 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 12/10/2016 | 1 | 1 | 23 |
| 20210678 | Financial - Income Statements / Profit & Loss: Creation Date/Method Verification | 12/12/2016 | 1 | 1 | 23 |
| 20238094 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 12/20/2016 | 1 | 1 | 23 |
| 20273806 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 12/20/2016 | 1 | 1 | 23 |
| 20240290 | 2009 Federal Income Return Form 1040 (Jointly Filed) | 12/21/2016 | 1 | 1 | 23 |
| 20240296 | 2009 Federal Income Return Form 1040 (Jointly Filed) | 12/21/2016 | 1 | 1 | 23 |
| 20240302 | 2009 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20240311 | 2009 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20240316 | 2009 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20240322 | 2009 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20240334 | 2010 Federal Income Return Form 1040 (Jointly Filed) | 12/21/2016 | 1 | 1 | 23 |
| 20240336 | 2010 Federal Income Return Form 1040 (Jointly Filed) | 12/21/2016 | 1 | 1 | 23 |
| 20240344 | 2010 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20240349 | 2010 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20240355 | 2010 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20240362 | 2010 Federal Income Return Form 1040, Schedule C | 12/21/2016 | 1 | 1 | 23 |
| 20261105 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261107 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261111 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261121 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261128 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261140 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261147 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261154 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261160 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261167 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261169 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261173 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |
| 20261182 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | 3 | 23 |

| 20261195 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | | 3 | 23 |
|---|---|---|---|---|---|---|
| 20261204 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | | 3 | 23 |
| 20261212 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | | 3 | 23 |
| 20261218 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | | 3 | 23 |
| 20261227 | Financial - Balance Sheets/Cash Flow Statements | 12/30/2016 | 1 | | 3 | 23 |
| 20280740 | SWS-19 Failed Business Economic Loss Sweat Equity Sworn Written Statement | 01/06/2017 | 1 | | 2 | 23 |
| 20364227 | Denial Notice (Claim ID 171739) | 01/31/2017 | 1 | | | 23 |
| 20471166 | Correspondence from Claimant | 03/02/2017 | 1 | | 1 | 23 |
| 20586529 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 04/06/2017 | 1 | | 1 | 23 |
| 20641444 | Financial - Income Statements / Profit & Loss (Not for Use in Calculation) | 04/06/2017 | 1 | | 1 | 23 |
| 20630498 | Financial - Income Statements / Profit & Loss: Creation Date/Method Verification | 04/25/2017 | 1 | | 1 | 23 |
| 20662600 | Post-Re-Review Denial Notice (Claim ID 171739) | 05/09/2017 | 1 | | | 23 |
| 20765122 | Post-Re-Review Denial Notice (Claim ID 171739) | 07/13/2017 | 1 | | | 23 |
| 20806399 | 2009 Financial - Income Statements / Profit & Loss (Duplicate) | 08/11/2017 | 1 | | 1 | 24 |
| 20807796 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 08/11/2017 | 1 | | 1 | 24 |
| 20807797 | 2010 Financial – Annual Income Statements / Profit & Loss | 08/11/2017 | 1 | | 1 | 24 |
| 20806418 | Other Correspondence | 08/11/2017 | 1 | | 1 | 24 |
| 20807866 | 2009 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 08/11/2017 | 1 | | 1 | 24 |
| 20807932 | 2010 Financial - Income Statements / Profit & Loss (Claim ID: 171739 ) | 08/11/2017 | 1 | | 1 | 24 |
| 20852569 | | 09/26/2017 | 0 | | | 24 |

✄- - - - - - - - - - - - - Cut here for license - - - - - - - - - - - - - ✄

Dept. of Conservation and Natural Resources
**ALABAMA CONSERVATION LICENSE**
Bob Riley, Governor | M. Barnett Lawley, Commissioner

To renew your license:
www.outdooralabama.com
1-888-848-6887

2010000194872720       D0M349B09260D91B08                72-720

DL#        AL                SEAFOOD ID     8767
               NDL097272025636

**LICENSE PRIVILEGES ISSUED**

| License Type | Valid Period | Fee |
|---|---|---|
| Res Seafood Dealer | 03/08/2010 - 09/30/2010 | $201.00 |
| | Total Fees (1): | $201.00 |
| XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |

DATE          03/08/2010 14:40    INCORP. DATE _____
ISSUED TO     MOUNT SEAFOOD
ADDR (P)      258 PARMER RD              STATE    AL
CITY          GEORGIANA          ZIP    36033
COUNTRY       USA
VESSEL REG# _____
VESSEL REG# _____
VEH Tag#      AL - AT98158        _____
SFD DEALER LIC# _____
ISSUING AGENT  Marine Resources

*Void if detached*

This permit MUST be in the possession of the license holder.

SIGNATURE   _____

**Fisheries Violations Hotline (251) 476-1256**

✄- - - - - - - - - - - - - Cut here for license - - - - - - - - - - - - - ✄

Instructions:
1. Retain the bottom portion for your records.
2. Cut along the dotted lines of your license.

**License Number:**     2010000194872720

**Business Name:**      MOUNT SEAFOOD
**Physical Address:**   258 PARMER RD
                        GEORGIANA, AL 36033

**Mailing Address:**    258 PARMER RD
                        GEORGIANA, AL 36033
**Telephone:**          334-376-0899
**Seafood ID:**         8767

Thank you for your purchase!

**Confirmation #:  D0M349B09260D91B08**

**Personal Information:**
Gender:
Race:
Height:  0' 0"      Weight:  lbs.
Eye Color:          Hair Color:

Vehicle 1 Tag #:  AL-AT98158

| Purchases: | Price: |
|---|---|
| Res Seafood Dealer | $201.00 |
| Total Fee through Alabama.gov: | $201.00 |

**Sales Agent:  Marine Resources**

*Thank you for your license purchase.  The Department of Conservation and Natural Resources is dependent upon hunters and anglers to fund the management and protection of Alabama's fish and wildlife resources.*

✂ **Cut here for license** ✂

Dept. of Conservation and Natural Resources
**ALABAMA CONSERVATION LICENSE**
Bob Riley, Governor | M. Barnett Lawley, Commissioner

2009000160372720      D0M149B90800D91B07                    72-720

DL#          AL NDL097272025636
DATE        01/07/2009 14:35    INCORP. DATE _____
ISSUED TO  MOUNT SEAFOOD
ADDR (P)    258 PARMER RD                    STATE   AL
CITY          GEORGIANA              ZIP   36033
COUNTRY   USA
VESSEL REG# _____
VESSEL REG# _____
VEH Tag#    AL - AT98158
SFD DEALER LIC# _____
ISSUING AGENT   Marine Resources

SIGNATURE _____

**Void if detached**

To renew your license:
www.outdooralabama.com
1-888-848-6887

**LICENSE PRIVILEGES ISSUED**

| License Type | Valid Period | Fee |
|---|---|---|
| Res Seafood Dealer | 01/07/2009 - 09/30/2009 | $201.00 |
| | Total Fees (1): | $201.00 |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |
| XXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXX |

This permit MUST be in the possession of the license holder.

**Fisheries Violations Hotline (251) 476-1256**

✂ **Cut here for license** ✂

Instructions:
1. Retain the bottom portion for your records.
2. Cut along the dotted lines of your license.

**License Number:**     2009000160372720

**Business Name:**     MOUNT SEAFOOD
**Physical Address:**   258 PARMER RD
                                  GEORGIANA, AL 36033

**Mailing Address:**    258 PARMER RD
                                  GEORGIANA, AL 36033
**Telephone:**            334-376-0899

Thank you for your purchase!

**Confirmation #:  D0M149B90800D91B07**

**Personal Information:**
Gender:
Race:
Height:  0' 0"      Weight:  lbs.
Eye Color:        Hair Color:

Vehicle 1 Tag #:  AL-AT98158

| Purchases: | Price: |
|---|---|
| Res Seafood Dealer | $201.00 |
| Total Fee through Alabama.gov: | $201.00 |

**Sales Agent: Marine Resources**

*Thank you for your license purchase.  The Department of Conservation and Natural Resources is dependent upon hunters and anglers to fund the management and protection of Alabama's fish and wildlife resources.*

