UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| Applies to: *No. 12-968: BELO* | * * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion to Consolidate "B1 BELO" Actions (Rec. Doc. 23779);

IT IS ORDERED that the Motion (Rec. Doc. 23779) is DENIED.

The Court notes that Magistrate Judge Wilkinson rejected arguments similar to the ones asserted here when he issued the BELO Cases Initial Proceedings Case Management Order (Rec. Doc. 14099).  *See also* Preliminary Order Controlling BELO Lawsuits (Rec. Doc. 13787) ("No BELO Lawsuit may be filed as a class, mass, or aggregate action.").

New Orleans, Louisiana, this 21st day of December, 2017.

_____
United States District Judge