IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30042
_____

In re: Deepwater Horizon

_____

AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.; JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE; MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL; SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH WRIGHT INTERIOR,

  Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

  Defendants - Appellees

_____

HENRY L. PERRY,

  Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER

DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

  Defendants - Appellees

------------------------

JOAQUIN BARRERA, doing business as Restaurant Familiar Ah Caray,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

  Defendants - Appellees

------------------------

S.C.P.P. UNIDOS DE MATAMOROS, S.C. DE R.L.,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

  Defendants - Appellees

------------------------

S.C.P.P. 20 DE APRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.,

  Plaintiff - Appellant

v.

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH

AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

   Defendants - Appellees

            Consolidated with 17-30505

In Re: Deepwater Horizon:

  _____

HENRY L. PERRY,

   Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

  _____

HENRY L. PERRY,

   Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

   Defendants - Appellees

        _____

Appeals from the United States District Court
for the Eastern District of Louisiana

───────────────────────

Before HIGGINBOTHAM, JONES, and COSTA, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the unopposed motion of appellees BP America Production Company, BP America, Incorporated, BP Corporation North America, Incorporated, BP Exploration & Production, Incorporated, BP Products North America, Incorporated and BP, P.L.C. to sever the appeal of appellants Joaquin Barrera, S.C.P.P. 20 De April Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. and S.C.P.P. Unidos de Matamoros, S.C. de R.L. is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of appellees BP America Production Company, BP America, Incorporated, BP Corporation North America, Incorporated, BP Exploration & Production, Incorporated, BP Products North America, Incorporated and BP, P.L.C. to establish a new briefing schedule governing the remaining briefs in the Mexican Plaintiffs' appeal is GRANTED.

17-30042

In re: Deepwater Horizon

_____

AJ'S SPECIALTY INCORPORATED; MICHELLE AYOTTE; GULF FRAMERS, INCORPORATED; H&H ENTERPRISES OF PC BCH L.L.C.; JEROME HALL; RONALD HELMER; ALEX HOLLINGSWORTH; JOHN HYLAN; PAUL JENSEN; RICHARD LEBLANC; ROBERT LEE; MINDWAVES HYPNOSIS, L.L.C.; PERFORMANCE MUFFLER AND BRAKE; MAXIMA ROYSTER; STEPHEN L. SHIVERS, JR.; KYLE SPELL; SUNSHINE STATE PARTNERS, L.L.C.; JAVIER VILLAREAL; LEIGH WRIGHT INTERIOR,

   Plaintiffs - Appellants

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.,

   Defendants - Appellees

_____

HENRY L. PERRY,

   Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERYGY SERVICES, INCORPORATED,

   Defendants - Appellees

Consolidated with 17-30505

In Re: Deepwater Horizon:

_____

HENRY L. PERRY,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

---

HENRY L. PERRY,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

December 20, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 17-30042    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:13-CV-97
                USDC No. 2:16-CV-13365
                USDC No. 2:16-CV-13367
                USDC No. 2:16-CV-6259
                USDC No. 2:16-CV-13366
                USDC No. 2:16-CV-13364
                USDC No. 2:13-CV-6009
                USDC No. 2:16-CV-7048
                USDC No. 2:16-CV-6329
                USDC No. 2:13-CV-5367
                USDC No. 2:16-CV-6216
                USDC No. 2:16-CV-6333
                USDC No. 2:16-CV-6298
                USDC No. 2:16-CV-6330
                USDC No. 2:16-CV-7285
                USDC No. 2:10-MD-2179
                USDC No. 2:13-CV-5367
                USDC No. 2:16-CV-6333
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary C. Stewart, Deputy Clerk  
504-310-7694

Mr. William W. Blevins  
Mr. William H. Burgess  
Mr. Anthony G. Buzbee  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Brent Wayne Coon  
Mr. James Riley Davis  
Mr. Dominic E. Draye  
Mr. John Michael Elsley  
Mr. Richard Cartier Godfrey  
Mr. Don Keller Haycraft  
Mr. George W. Hicks Jr.

Mr. James Andrew Langan
Ms. Marsha L. Lyons
Mr. Kerry J. Miller
Mr. Matthew Regan
Mr. Thomas Wilson Taylor
Mr. Robert Alan York

P.S. To Mr. Buzbee and All Counsel for BP:  The new appeal number for the severed case is 17-30122.

P.S. To All Counsel in 17-30042:  Attached is a revised caption to be used for all future filings in 17-30042.