IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30936
_____

In re: Deepwater Horizon

-------------------------------------

ACTION RESTORATION, INCORPORATED,

    Plaintiff - Appellant

v.

BP AMERICA, INCORPORATED; BP, P.L.C.; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; TRANSOCEAN, LIMITED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

    Defendants - Appellees

-------------------------------------

JAMES GLICK; RUSSELL LENGACHER; LUKE MARTIN; NELSON MAST,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN,

LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

        Defendants - Appellees

----------------------------------------

SGI LAND COMPANY, L.L.C.; GARY PESCE, doing business as Ocean Flex OMTS; KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

        Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANOSCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

        Defendants - Appellees

----------------------------------------

SGI LAND COMPANY, L.L.C.; GARY PESCE, doing business as Ocean Flex OMTS; KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

        Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA, INCORPORATED; BP, P.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN, LIMITED; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY

SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

      Defendants - Appellees

--------------------------------------

JAMES GLICK; RUSSELL LENGACHER; LUKE MARTIN; NELSON MAST,

      Plaintiffs - Appellants

v.

TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; SPERRY DRILLING SERVICES; BP AMERICA PRODUCTION COMPANY,

      Defendants - Appellees

--------------------------------------

KYRT M. WENTZELL; KYRT M. WENTZELL INNOVATIONS, doing business as Chum Churn,

      Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

      Defendants - Appellees

--------------------------------------

GARY PESCE, doing business as Ocean Flex OMTS,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

---------------------------------------

SGI LAND COMPANY, L.L.C.,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES,

    Defendants - Appellees

---------------------------------------

ROMY F. BEREL, III,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

---------------------------------------

MARK R. RODGERS,

    Plaintiff - Appellant

v.

BP, P.L.C.; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

---------------------------------------

ULTRA WIRELINE SERVICES, L.L.C.,

    Plaintiff - Appellant

v.

BP, P.L.C; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

-----------------------------------------

KERN MARTIN SERVICES, INCORPORATED,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

-----------------------------------------

DANIEL CEPEDA; FERNANDO CANUL MIJANGOS; JOSE CATANA;

JUAN CEPEDA RODRIGUEZ; PESCADORES DEL GOLFO DE MEXICO, S.C. DE R.L.,

Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INCORPORATED,

    Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

>LYLE W. CAYCE, CLERK
>United States Court of Appeals
>for the Fifth Circuit
>/s/ Lyle W. Cayce__

>ENTERED AT THE DIRECTION OF THE COURT