# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 18, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 17-30936   In re:  Deepwater Horizon
               USDC No. 2:10-MD-2179
               USDC No. 2:12-CV-1422
               USDC No. 2:13-CV-5367
               USDC No. 2:13-CV-6009
               USDC No. 2:13-cv-6010
               USDC No. 2:16-cv-6303
               USDC No. 2:16-cv-9458
               USDC No. 2:16-CV-11716
               USDC No. 2:16-CV-11744
               USDC No. 2:17-CV-5490
               USDC No. 2:17-CV-5491
               USDC No. 2:17-CV-5493
               USDC No. 2:16-CV-6330
               USDC No. 2:16-CV-5166
               USDC No. 2:16-CV-4517
               USDC No. 2:16-CV-4906
               USDC No. 2:16-CV-5826
```

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. William W. Blevins
Mr. Anthony G. Buzbee
Mr. Lawrence Joseph Centola III
Ms. Rachel Giesber Clingman
Mr. Brent Wayne Coon
Mr. James Riley Davis
Mr. John Michael Elsley
Mr. Donald Everett Godwin

```
Mr. Daniel O. Goforth
Ms. Misty Annette Hataway-Cone'
Mr. George W. Hicks Jr.
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Marcus Grant Matthews
Mr. Kerry J. Miller
Mr. Steven L. Nicholas
Mr. Aaron Lloyd Nielson
Mr. Frank Anthony Piccolo I
Mr. Edwin G. Preis Jr.
Mr. Kent C. Sullivan
Mr. Thomas Wilson Taylor
Mr. Robert Alan York
```