UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO NO. 11-916 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION

APPEARANCES: None (on the record)

MOTION: Plaquemines Parish Government's Motion for Reconsideration of Order and Reasons on Motion [2:10-md-02179-R. 23642] as Incorporated in Judgment [2:11-cv-00916-R. 7], Record Doc. No. 23734

O R D E R E D:

 XXX : GRANTED.  Although the judgment was correct, the discussion of the validity of the fee agreement as a whole, as opposed to the validity of the forum selection clause only as a severable obligation, in the analysis section of the order and reasons was not necessary to the judgment.  Weber v. PACT XPP Techs., AG, 811 F.3d 758, 767, 773-75 (5th Cir. 2016); Afram Carriers, Inc. v. Moeykens, 145 F.3d 298, 301-02 (5th Cir. 1998).[1]  Accordingly, this motion is GRANTED.  The unnecessarily addressed portions of the order and reasons certainly have no res judicata, collateral estoppel, preclusive or binding effect on the state court.  In fact, the intervenors' Motion for Fees and Costs Pursuant to Contingency Fee Agreement, Record Doc. No. 23266, was dismissed without prejudice. Record Doc. No. 23642.  The judgment of dismissal without prejudice stands.

New Orleans, Louisiana, this   2nd   day of January, 2018.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that the Parish failed to cite or argue these decisions in its original motion papers.  It certainly would have benefitted all if the Parish had done so.