**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **MDL NO. 2179** <br><br> **SECTION J** |
| This document relates to: 10-md-2179; 12-cv-1422;  13-cv-5367;  13-cv-6009;  13-cv-6010; 16-cv-6303;  16-cv-9458;  16-cv-11716;  16-cv-11744;  17-cv-5490;  17-cv-5491;  17-cv-5493; 16-cv-6330;  16-cv-5166;  16-cv-4517;  16-cv-4906; 16-cv-5826 | | **Honorable CARL J. BARBIER** <br><br> **Magistrate Judge WILKINSON** |

---

**DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 17-30936**

*Counsel Listed on the Final Page*

## Index of Relevant MDL 2179 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 1 | 08/10/2010 | TRANSFER ORDER FROM THE MDL PANEL transferring 77 actions to the Eastern District of LA and becoming part of MDL 2179 by Clerk MDL Panel.(sek, ) (Entered: 12/10/2009)(sek, ). (Entered: 08/10/2010) |
| 2:10-md-2179 | 2 | 08/10/2010 | PRETRIAL ORDER #1 - Setting the Initial Pretrial Conference for 9/17/2010 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 8/10/2010. (Attachments: # 1 Schedule A, # 2 Schedule B)(Reference: All Cases)(mmm,) (Entered: 08/10/2010) |
| 2:10-md-2179 | 110 | 08/27/2010 | PRETRIAL ORDER #6: ORDERED that James Parkerson Roy & Stephen J. Herman are appointed Plaintiffs' Co-Liaison Counsel. FURTHER ORDERED that Plaintiffs' Co-Liaison Counsel shall serve as ex officio members of the Plaintiff Steering Committee, with all authority vested therein. Plaintiffs' Co-Liaison Counsel shall also be members of any Executive Committee which may hereinafter be appointed by the Court. FURTHER, Plaintiffs' Co-Liaison Counsel shall continue to formulate the Plaintiffs' Response to PTO No. 1 & continue to work with Defense Interim Liaison Counsel to make (as much as possible) joint recommendations to the Court, in furtherance of the objectives of PTO No. 1. Signed by Judge Carl Barbier on 8/27/10.(Reference: all cases)(sek, ) (Entered: 08/27/2010) |
| 2:10-md-2179 | 506 | 10/08/2010 | PRETRIAL ORDER #8: The Court hereby appoints the following members to the Plaintiffs' Steering Committee: Brian H. Barr, Jeffrey A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Paul M. Sterbcow, Scott Summy, Mikal C. Watts. Additionally, the Court appoints Plaintiffs Liaison Counsel, James Parkerson Roy and Stephen J. Herman, together with Brian Barr and Scott |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Summy, to comprise the Plaintiff Executive Committee. Duties & responsibilities are as set forth in order. Signed by Judge Carl Barbier on 10/8/10.(Reference: all cases)(sek, ) (Entered: 10/08/2010) |
| 2:10-md-2179 | 569 | 10/19/2010 | PRETRIAL ORDER No. 11 (Case Management Order No.1): Instructions re filings and Deadlines are as set forth in document. Signed by Judge Carl Barbier on 10/19/10. (Attachments: #1 Exhibit A)(Reference: all cases)(sek,) (Entered: 10/19/2010) |
| 2:10-md-2179 | 879 | 12/15/2010 | MASTER COMPLAINT against All Defendants (Filing fee $ 350 receipt number 053L-2739296) filed by Plaintiffs. (Reference: All Cases in B1 Bundle)(Herman, Stephen) Modified text on 1/26/2011 (sek,). (Entered: 12/15/2010) |
| 2:10-md-2179 | 982 | 01/12/2011 | PRE-TRIAL ORDER #24: [Deeming Short-Form Joinders to be filed within the MDL and Limitation] To facilitate efficient & effective management & prosecution of coordinated actions herein, the Clerk of Court has created: a. Civil Action no. 10-8888 for the sole purpose of filing the Claim in Limitation/Short Claim Forms ("Short-Form Joinder"). b. A separate page on the MDL website: http://www.laed.uscourts.gov/OilSpill/OilSpill.htm entitled FORMS, which provides necessary forms for all claimants. Instructions and Deadlines regarding filing Short-Form Joinders are as set forth in this Order. Signed by Judge Carl Barbier on 1/12/11.(Reference: MDL 10-2179, 10-2771 & 10-8888)(sek, ) (Entered: 01/12/2011) |
| 2:10-md-2179 | 983 | 01/12/2011 | PRETRIAL ORDER NO. 25 - Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1 - Bundle A Cases, #2 Exhibit 2 - Bundle C Cases, #3 Exhibit 3 - Short-Form Joinder, #4 Exhibit 4- Amended PPF)(Reference: all cases)(ijg,) (Entered: 01/12/2011) |
| 2:10-md-2179 | 1128 | 02/09/2011 | First Amended Master Answer to Complaint & Petition of Triton Asset Leasing GmbH, et al for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exoneration From or Limitation of Liability (Rule 9(h)); First Amended Master Claim in Limitation (10-2771)(Rule 9(h)) & First Amended Master Complaint, Cross-Claim, & 3rd-Party Complaint for Private Economic Losses in Accordance with PTO #11 (CMO #1), Section III(B1) (B1 Bundle) re 879 Complaint *for Non-Governmental Economic Losses ("B1 Bundle")* filed by plaintiffs (Reference: B1 Bundle Cases; No.10-2771)(Herman, Stephen) Modified text on 2/9/2011 (sek,). (Entered: 02/09/2011) |
| 2:10-md-2179 | 2472 | 05/20/2011 | *Master* ANSWER to Complaint with Jury Demand *to Tendered Claims, Together With,* CROSSCLAIM with Jury Demand against Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; and Triton Asset Leasing GMBH ; p.l.c.; Exploration and Production, Inc., America Production Company; Halliburton Energy Services, Inc.; M-I LLC ; Anadarko Petroleum Corporation ; Anadarko E&P Company, LP; MOEX Offshore 2007 LLC; MOEX USA Corporation; Mitsui Oil Exploration Co. Ltd.; Weatherford International Ltd.; Weatherford U.S. L.P. ; Dril-Quip, Inc.; Marine Spill Response Corporation; Airborne Support, Inc.; Airborne Support International, Inc.; Lynden, Inc. ; Dynamic Aviation Group, Inc. ; International Air Response, Inc. ; Lane Aviation; National Response Corporation ; O'Brien Response Management, Inc.; Tiger Safety, LLC; DRC Emergency Services LLC ; and Nalco Company by Defendant Cameron International Corporation.(Reference: 10-2771)(Wittmann, Phillip) Modified text on 5/23/2011 (sek,). (Entered: 05/20/2011) |
| 2:10-md-2179 | 3830 | 08/26/2011 | ORDER AND REASONS GRANTING IN PART, DENYING IN PART (as set forth in document) Defendants' Motions to Dismiss the B1 Master Complaint - Rec Docs. 1440, 1390, 1429, 1597, 1395, 1433, 1414 , 2107 . Signed by Judge Carl Barbier on 8/26/2011.(Reference: B1 Master Complaint)(blg) (Entered: 08/26/2011) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 4130 | 09/27/2011 | ANSWER to 1128 First Amended Master Complaint, *Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"]* by Defendants  Exploration & Production Inc.,   America Production Company,    p.l.c. (Reference: All Cases in Pleading Bundle B1 and 10-2771)(Haycraft, Don) Modified on 9/28/2011 (blg). (Entered: 09/27/2011) |
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: All Cases)(blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6266 | 04/18/2012 | Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval* by Plaintiffs Steering Committee, through Interim Class Counsel, and Defendants  Exploration & Production Inc.,  America Production Company. (Attachments: #1 Memorandum in Support, #2 Exhibit 1 (Azari Declaration), #3 Exhibit 2 (Kinsella Declaration), #4 Exhibit 3 (Wehatman Declaration), #5 Proposed Order)(Reference:   All   Cases   Cases,   12-970)(Haycraft, Don) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and Exploration & Production Inc.,  America Production Company re [6266] Joint MOTION *for Settlement for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Framework for Business Economic Loss Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for Real Property Sales), # (31) Exhibit 13B (Appendix A Real |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A ( Corporation North America Inc. Guarantee), # (43) Exhibit 24B ( PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6279 | 4/18/2012 | ORDERED that on Wednesday, April 25, 2012, at 2:00 p.m., the Court will consider (1) the request for conditional and Preliminary Certification of the Economic/Property Damage Class and the Medical Benefits Class and (2) the Request for Preliminary Approval of the Proposed Settlements respecting these putative classes, re Rec. Docs. 6266, 6269, 6276 (Economic/Property); Rec. Docs. 6267 6272, 6273 (Medical Benefits). Signed by Judge Carl Barbier on 4/18/2012.(Reference: All Cases, 12-968, 12-970)(b1g) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6310 | 04/23/2012 | ORDER re 6266 Joint Motion for Preliminary Approval of Class Action Settlement; requested that the Court adjourn the Limitation and Liability trial pending the Court's final review of the proposed settlement through the fairness hearing process. This issue will be considered during the in-chambers conference with Liaison Counsel on May 3, 2012 (Rec. Doc. 6061). ORDERED that any party wishing to file a brief in support or opposition of Motion for Adjourning the Limitation and Liability Trial (Rec. Doc. 6266) shall do so by Tuesday May 1, 2012. Briefs shall not exceed five pages, double spaced. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Attorneys shall file their briefs using CM/ECF. Signed by Judge Carl Barbier on 4/25/2012.(Reference: ALL CASES)(blg) (Entered: 04/23/2012) |
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants Exploration & Production Inc., American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970)(Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6366 | 04/25/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Motion Hearing held on 4/25/2012, re Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes (Rec. Docs. 6269 , 6272 ) and for preliminary approval of the proposed class action settlements (Rec. Docs. 6266 , 6267 ), respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement. The Motions were taken under advisement. (Court Reporter Cathy Pepper.) (Attachments: #1 Attendance Record) (Reference: All Cases, 12-968, 12-970)(blg) (Entered: 04/26/2012) |
| 2:10-md-2179 | 6395 | 05/01/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b) (3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/30/2012. (Reference: All Cases, 12-968, 12-970)(clu, ) Modified docket text on 5/2/2012 (jtd). (Entered: 05/01/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants Exploration & Production Inc., America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E)(Reference: ALL CASES, and 12-970)(Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012.(Reference: Actions in B1 Pleading Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants Exploration & Production Inc. and America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6431 | 05/03/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 5/3/2012, re the existing trial plan and Motions (Rec. Docs. 6266, 6267) to adjourn the Limitation and Liability Trial until after the Final Fairness Hearing on the proposed settlements. ORDERED that Phase 1 of the Limitation and Liability Trial shall be re—set for 1/14/2013. The Court will issue a revised Trial Plan. (Reference: ALL CASES)(bIg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants America Production Company, Exploration & Production Inc., p.l.c. (Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |
| 2:10-md-2179 | 6500 | 05/09/2012 | EXPARTE/CONSENT Joint MOTION for an Order Directing and Permitting Disclosure of Data to the Claims Administrator for the Medical Benefits Class Action Settlement by Medical Benefits Settlement Class Representatives, Defendants Exploration & Production Inc., America Production Company. (Attachments: #1 Memorandum in Support, #2 Proposed Order)(Reference: 10md2179; 12-968)(Haycraft, Don) Modified on 5/9/2012 (big). (Entered: 05/09/2012) |
| 2:10-md-2179 | 6567 | 05/22/2012 | EXPARTE/CONSENT MOTION for Entry of Order to Facilitate Implementation of Settlement by Economic and Property Damages Settlement Class, through Lead Class Counsel. (Attachments: #1 Proposed Order)(Reference: All Cases (including |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | No.12-970))(Herman, Stephen) Modified on 5/22/2012 (blg). (Entered: 05/22/2012) |
| 2:10-md-2179 | 6573 | 05/22/2012 | ORDER REGARDING SETTLEMENT IMPLEMENTATION re Motion of Class Counsel, the Economic and Property Damages Settlement Agreement (6567). Signed by Judge Carl Barbier on 5/22/2012. (Reference: All Cases, 12-970)(blg) (Entered: 05/22/2012) |
| 2:10-md-2179 | 6822 | 06/29/2012 | ORDER Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 6/29/12.(Reference: all cases, including 12-970)(sek, ) (Entered: 06/29/2012) |
| 2:10-md-2179 | 7101 | 08/03/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum (in Support of Economic Class Settlement) in Excess of Ordinary Page Limitations by Plaintiffs Economic and Property Damage Class Representatives. (Attachments: #1 Proposed Order, #2 Proposed Pleading Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement, #3 Exhibit A (in globo) - Seafood Compensation Fund, #4 Exhibit B (in globo) - GCCF Stated Methodologies, #5 Affidavit Klonoff, #6 Affidavit Issacharoff, #7 Affidavit Herman, #8 Affidavit Rice - Negotiations, #9 Affidavit Rice - Seafood Program, #10 Affidavit Rice - Fees, #11 Affidavit Bon Secour, #12 Affidavit Friloux, #13 Affidavit Gallo, #14 Affidavit Ft Morgan Realty, #15 Affidavit GW Fins, #16 Affidavit Hutto, #17 Affidavit Irwin, #18 Affidavit Kee, #19 Affidavit Tesvich, #20 Affidavit LKEU, #21 Affidavit Lundy, #22 Affidavit Guidry, #23 Affidavit PCB Dolphin Tours, #24 Affidavit Sellers, #25 Affidavit Zeke's)(Reference: B1 Cases; Voo Charter Cases; Bon Secour No.12-970)(Herman, Stephen) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM IN SUPPORT OF Final Approval of Economic and Property Damages Class Settlement by Plaintiffs. (Attachments: # (1) Exhibit |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice -Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * Voo Charter Dispute Cases, 12-970)(sek,) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7110 | 08/13/2012 | NOTICE by Class Counsel, Exploration& Production Inc., and America Production Company *of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr..* (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E)(Reference: All Cases, 12-970)(Haycraft, Don) Modified on 8/14/2012 (gec,). (Entered: 08/13/2012) |
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendant's Exploration & Production Inc. and America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) (Entered: 08/14/2012) |
| 2:10-md-2179 | 7130 | 08/16/2012 | NOTICE *of Filing of Stipulation Regarding Presentment* by Plaintiffs' Steering Committee, Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit Stipulation Regarding Presentment)(Reference: All Cases including 12-970)(Haycraft, Don) Modified on 8/17/2012 (gec,). (Entered: 08/16/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7176 | 08/27/2012 | ORDER Extending the Exclusion (Opt-Out) Deadlines for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement. The Court makes a one-time extension by modifying Paragraph 29 of its May 2, 2012 Preliminary Approval Order regarding the Medical Benefits Class Action Settlement 6419 to extend the deadline by which requests for exclusion (requests to opt-out) must be postmarked from October 1, 2012 to November 1, 2012. Signed by Judge Carl Barbier.(Reference: 12-968, 12-970)(gec, ) (Entered: 08/27/2012) |
| 2:10-md-2179 | 7350 | 09/10/2012 | PRETRIAL ORDER NO. 53: [Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee]; the Court re-appoints the following counsel to the PSC: Brian H. Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Mikal C. Watts, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy & Stephen J. Herman as Plaintiffs' Co-Liaison Counsel & ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, & Scott Summy to the Plaintiff Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Orders Nos. 1 & 8 & any other orders of the Court. Appointments are for one year from the date of this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 & further orders of this Court. Signed by Judge Carl Barbier on 9/10/12.(Reference: all cases)(sek,) (Entered: 09/10/2012) |
| 2:10-md-2179 | 7358 | 09/11/2012 | ORDER regarding procedures for November 8, 2012 Fairness hearing as set forth in document. Signed by Judge Carl Barbier on 9/11/12.(Reference: all cases, 12-970, 12-968)(sek, ) (Entered: 09/11/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7359 | 09/11/2012 | ORDER Approving Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement of Third Party Claims Against Claimant Recoveries as set forth in document. Signed by Judge Carl Barbier on 9/11/12.(Reference: all cases, 12-970)(sek, ) (Entered: 09/11/2012) |
| 2:10-md-2179 | 7462 | 09/24/2012 | ORDER: Approving Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement of Claims on Behalf of Deceased, Minor and Incompetent Claimants as set forth in document. Signed by Judge Carl Barbier on 9/24/12.(Reference: All cases Including Civil Action No. 12-970)(sek,) (Entered: 09/24/2012) |
| 2:10-md-2179 | 7726 | 10/22/2012 | NOTICE *of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John Perry, Jr.* by Class Counsel, Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G)(Reference: All Cases & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek,). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (Voo Offset), # (7) Exhibit Submission (Voo Offset), # (8) Exhibit Cantor Ltr (Voo Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; Voo Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7728 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7112 MOTION for Final Approval of the Medical Benefits Class Action Settlement. (Attachments: #1 Exhibit A (Summary of Medical Objections), #2 Affidavit Klonoff — Supplemental Report, #3 Affidavit Harbut —Supplemental Declaration)(Reference: B3 Bundle Cases; No.12-968; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7730 | 10/22/2012 | NOTICE of Joint Filing of the Declarations of Cameron R. Azari; John C. Coffee, Jr; Matthew Garretson; and Bernard D. Goldstein by Medical Benefits Class Representatives, Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Reference: All Cases &12-968)(Haycraft, Don) Modified text on 10/23/2012 (sek,). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek,) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7819 | 11/01/2012 | ORDER Regarding Objectors' Presentations at the November 8 Fairness Hearing. Signed by Judge Carl Barbier. (Reference: 12-968, 12-970)(gec,) (Entered: 11/01/2012) |
| 2:10-md-2179 | 7878 | 11/09/2012 | ORDER: [Regarding Exchange & Submission of Lists of Exclusion (Opt-Out) Requests for the Deepwater Horizon Economic & Property Damages Settlement Agreement & Deepwater Horizon Medical Benefits Class Action Settlement Agreement]; ORDERED that: Pursuant to the authority provided to the Court in Section 28.1 of the Amended Deepwater Horizon Economic & Property |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Damages Settlement Agreement (Rec. Doc. 6430-1) & based on the agreement of parties, the Court hereby modifies Paragraph 41 of its May 2, 2012 Preliminary Approval Order regarding the Economic & Property Damages Settlement (Rec. Doc. 6418) to extend the deadline by which the parties are to exchange a complete list of all timely & valid requests for exclusion (requests to opt-out) to November 21, 2012. The parties shall submit the list of all such opt-out requests to the Court by that date as well. Additionally, based on the agreement of parties, the Court hereby orders that the parties shall likewise exchange, & submit to the Court, a complete list of all timely & valid requests for exclusion (requests to opt-out) from the Medical Benefits Class Action Settlement (Rec. Doc. 6427-1) by November 21, 2012. Signed by Judge Carl Barbier on 11/9/12.(Reference: 12-968 and 12-970)(sek,) (Entered: 11/09/2012) |
| 2:10-md-2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970)(clu, ) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7900 | 11/08/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) under |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | advisement. (Court Reporter Cathy Pepper.) (Reference: 10md2179)(sek,) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7932 | 11/16/2012 | The Parties' ANSWER to Complaint (First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III B (3) [B3 Bundle]).(Reference: All Cases in Pleadings Bundle B3; 10-2771)(Haycraft, Don) Modified text on 11/19/2012 (sek,). (Entered: 11/16/2012) |
| 2:10-md-2179 | 8001 | 11/26/2012 | Report on Objections to and Opt-Outs From the Economic and Property Damages Settlement as Amended on May 2, 2012 by Defendants and Class Counsel. (Attachments: #1 Exhibit 1 Declaration of J. Hanhan, #2 Exhibit 2 Declaration of J. Keough, #3 Exhibit 3 Email 8-6012, #4 SEALED Exhibit 4 Letter 10-31-12, #5 Exhibit 5 Email 11-5-12, #6 Exhibit 6 Black Elk reference)(Reference: 12-970)(gec,) (Additional attachment(s) added on 12/11/2012: #7 Exhibit A, #8 Exhibit B, #9 SEALED Exhibit C, #10 SEALED Exhibit D, #11 SEALED Exhibit E, #12 SEALED Exhibit F, #13 SEALED Exhibit G, #14 Exhibit H, #15 Exhibit I, #16 Exhibit J, #17 Exhibit K, #18 Exhibit L, #19 Exhibit M, #20 SEALED Exhibit N Part 1, #21 SEALED Exhibit N Part 2, #22 SEALED Exhibit O Part 1, #23 SEALED Exhibit O Part 2, #24 SEALED Exhibit O Part 3, #29 SEALED Exhibit P, #30 SEALED Exhibit Q, # 31 SEALED Exhibit R, #32 SEALED Exhibit S, #33 SEALED Exhibit T) (gec, ). (Additional attachment(s) added on 12/11/2012: #34 Exhibit C - REDACTED, #35 Exhibit D - REDACTED, #36 Exhibit E - REDACTED, # 37 Exhibit F - REDACTED, #38 Exhibit G - REDACTED, #39 Exhibit N - REDACTED, #40 Exhibit O - REDACTED, #41 Exhibit P - REDACTED, #42 Exhibit Q - REDACTED, #43 Exhibit R - REDACTED, #44 Exhibit S - REDACTED, #45 Exhibit T - REDACTED) (gec, ). (Additional attachment(s) added on 12/11/2012: #46 Exhibit 4 - REDACTED) (gec, ). (Entered: 11/26/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 8009 | 11/26/2012 | EXPARTE/CONSENT MOTION to Substitute *Replacement Pages* by Class Counsel and Defendants. (Attachments: #1 Proposed Order, #2 Exhibit A (Replacement Pages 141 through 147 in Parties' Proposed Findings of Fact and Conclusions of Law in Support of DWH Economic and Property Damages Settlement Agreement))(Reference: 12-970)(Haycraft, Don) Modified on 11/27/2012 (gec,). (Entered: 11/26/2012) |
| 2:10-md-2179 | 8088 | 12/07/2012 | ORDER Regarding Joint Report on Settlement Objections and Opt-Outs --- Exhibits Under Seal - 7989, 8001. Signed by Judge Carl Barbier.(Reference: 12-968, 12-970)(gec,) (Entered: 12/12/2012) |
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. Exploration & Production Inc., et al. and All Actions)(sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. Exploration & Production Inc. and All Actions)(sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 9822 | 05/06/2013 | CONDITIONAL TRANSFER ORDER (CTO-74) FROM THE MDL PANEL transferring case(s) to the Eastern District of LA to become part of MDL 2179, by Clerk MDL Panel. (Reference: ALL CASES)(gec, ) (Entered: 05/08/2013) |
| 2:10-md-2179 | 11557 | 10/01/2013 | PRETRIAL ORDER NO. 55 [Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee]; the Court re-appoints the following counsel to the PSC: Brian H. Barr, Jeffery A. Breit, Elizabeth J. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiff Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Orders Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from the date of this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court. Signed by Judge Carl Barbier on 10/1/13.(Reference: all cases)(sek,) (Entered: 10/01/2013) |
| 2:10-md-2179 | 13346 | 09/02/2014 | NOTICE of Filing of HESI Punitive Damages and Assigned Claims SETTLEMENT AGREEMENT by Economic and Property Damages Settlement Class, (Attachments: # 1 HESI Settlement Agreement, # 2 Exhibit A - New Class Release, # 3 Exhibit A1 - Individual Release, # 4 Exhibit B - Release of Assigned Claims, # 5 Exhibit C - HESI Release of BP, # 6 Exhibit D - Gulf Coast Area, # 7 Exhibit D - Specified/Identified Waters)(Reference: All Actions (including "B1" Bundle Caes, No.12-970 and No.10-2771))(Herman, Stephen) Modified on 9/3/2014 (gec). (Entered: 09/02/2014) |
| 2:10-md-2179 | 13381 | 09/09/2014 | ORDER Revising Phase One Findings of Fact and Conclusions of Law.  The Court has made three minor revisions to its September 4, 2014 Findings of Fact and Conclusions of Law (Rec. Doc.13355), which are listed below.  These revisions do not alter the substance of the document. A revised copy of the Findings of Fact and Conclusions of Law is attached to this Order. Page 21, paragraph 74: "Which Wild Depart" page 59, paragraph 233: "12:30 a.m. on April 19, 2010" changed to "12:30 a.m. ON APRIL 20, 2010"; PAGE 82, PARAGRAPH 323: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | "Transocean's Flow Out Sensor was not bypassed, and therefore the Transocean Drill Crew could still Monitor Flow Out Sensor by Judge Carl Barbier on 9/9/14. (Attachments: #1 revised Findings of Fact and Conclusions of Law ) (Reference: 10-2771 and 10-4536)(sek) (Entered: 09/09/2014) |
| 2:10-md-2179 | 13435 | 09/24/2014 | Minute Order. Proceedings held before Judge Carl Barbier: STATUS CONFERENCE (held 9-24-14): Discussion re preservation of issues relating to Transocean's potential liability for any surface discharge of oil. The parties agreed that the issue was not resolved by the Phase One Findings of Fact and Conclusions of Law, but could be deferred until a later date.; Discussion re a potential briefing schedule on Halliburton's pending motion for summary judgment regarding indemnification and/or contribution for civil penalties [Rec. Doc. 10753]. The matter was taken under advisement; Oral Argument: Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions [Rec. Docs. 13303, 13308, 13318]; Argued; ORDERED that the motions are taken under advisement; Oral Argument: Motion for Restitution and Injunctive Relief [Rec. Doc. 13073]; Argued; ORDERED that the motion is DENIED. (Court Reporter Cathy Pepper.) (Attachments: # 1 Conference Attendance Record) (Reference: all cases, 12-968, 12-970)(sek) (Entered: 09/24/2014) |
| 2:10-md-2179 | 13646 | 11/13/2014 | NOTICE by Deepwater Horizon Economic and Property Damages Settlement Class, Halliburton Energy Services, Inc. of Filing of Amended HESI Punitive Damages and Assigned Claims Settlement Agreement. (Attachments: # 1 Amended HESI Settlement Agreement, # 2 Exhibit A - New HESI Class Release, # 3 Exhibit A - Individual Release, # 4 Exhibit B - Release of Assigned Claims, # 5 Exhibit C - HESI Release of BP, # 6 Exhibit D - Gulf Coast Area, # 7 Exhibit D - Specified Waters)(Reference: All Cases)(Herman, Stephen) Modified on 11/14/2014 (gec). (Entered: 11/13/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 13828 | 12/12/2014 | Brent Coon and Associates Motion to Reconcile Opt Outs, Revokes and Excluded Claims. |
| 2:10-md-2179 | 12683 | 12/17/2014 | Motion for In Camera Review and Exhibits Doc No. 12683; 12683-1; 12-683-2 |
| 2:10-md-2179 | 12690 | 04/21/2014 | ORDERED that BCA's 12683 Motion for In Camera Review is DENIED. The issues raised by BCA can be resolved without the involvement of the Court. Signed by Magistrate Judge Sally Shushan. (Reference: 12-970, 12-2953, 12-964, 10-2771)(gec) (Entered: 04/21/2014) |
| 2:10-md-2179 | 13817 | 12/10/2014 | ORDER: the Court re-appoints the following counsel to the PSC: Brian Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiffs' Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Order Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from October 1, 2014, through September 30, 2015, and shall be retroactive following this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court. Signed by Judge Carl Barbier on 12/10/14.(Reference: all cases)(sek) (Entered: 12/10/2014) |
| 2:10-md-2179 | 14021 | 01/15/2015 | FINDINGS FACT AND CONCLUSIONS OF LAW– PHASE TWO TRIAL. Signed by Judge Carl Barbier on 1/15/15. (Reference: 10-2771, 10-4536)(sek) (Entered: 01/15/2015) |
| 2:10-md-2179 | 14263 | 03/19/2015 | Motion to Compel Reconciliation of Brent Coon & Associates Opt-Out, Revoked Opt-Out and Excluded |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Clients. |
| 2:10-md-2179 | 14429 | 04/16/2015 | Motion For an Amended Class Action Settlement Notice and Memorandum with Exhibits; Doc Nos. 14429; 14429-1; 14429-2; 14429-3; 14429-4; 14429-5; 14429-6; 14429-7; 14429-8; 14429-9; 14429-10; 14429-11; 14429-12; 14429-13; 14429-14. |
| 2:10-md-2179 | 14644 | 05/29/2015 | NOTICE of Filing of Transocean Punitive Damages and Assigned Claims Settlement Agreement by Defendants Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC and Plaintiffs Deepwater Horizon Economic and Property Damages Settlement Class. (Attachments: # 1 Transocean Punitive Damages & Assigned Claims Settlement Agreement, # 2 Exhibit A. New Class Release & New Member Individual Release, # 3 Exhibit B. Release of Assigned Claims, # 4 Exhibit C. TO Release of BP, # 5 Exhibit D. Gulf Coast Area)(Reference:   ALL   CASES)(Miller,   Kerry) Modified on 6/1/2015 (gec). (Entered: 05/29/2015) |
| 2:10-md-2179 | 14950 | 07/31/2015 | Plaintiffs' Second Amended Complaint; Royster Construction Co. Inc., et al, v. BP Exploration & Production Inc., 13-5367 |
| 2:10-md-2179 | 15322 | 09/04/2015 | EXPARTE/CONSENT MOTION for Approval of Amendments to HESI Punitive Damages and Assigned Claims Settlement Agreement by Plaintiffs, the Proposed New HESI Punitive Class. (Attachments: # 1 Exhibit Second Amended HESI Settlement Agreement, # 2 Exhibit A - New Class Release, # 3 Exhibit B - Assigned Claims Release, # 4 Exhibit C - HESI Release of BP, # 5 Exhibit D - Gulf Coast Area and Specified Waters, # 6 Exhibit E - Administrative Costs Agreement, # 7 Proposed Order)(Reference:  All  Cases)(Herman,  Stephen) Modified on 9/8/2015 (gec). (Entered: 09/04/2015) |
| 2:10-md-2179 | 15812 | 01/29/2016 | Motion for Status Conference and Memorandum in Support; Doc Nos. 15812; 15812-1 |
| 2:10-md-2179 | 15820 | 02/01/2016 | ORDERED     that 15812 Motion     for     Status Conference is DENIED. Signed by Magistrate Judge |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Sally Shushan. (Reference: 12-970, cases within Pleading Bundle B1, and All Civil Actions, including 13-2701; 12-6008; 13-6009; 13-5367; 14-1106; 14-357; 14-358; 14-359; 14-1321 and 12-6651)(gec) (Entered: 02/01/2016) |
| 2:10-md-2179 | 16050 | 03/29/2016 | PRETRIAL ORDER NO. 60 (PTO #60): as to all remaining claims in Pleading Bundle B1; requiring B1 Plaintiffs to file a Complaint and/or Sworn Statement on or before May 2, 2016 as set forth in document (Service Instructions are also included in this Order.) by May 20, 2016, the PSC and shall provide to the Court a list of all plaintiffs who did not comply with this Order and whose claims are therefore subject to dismissal for all other Plaintiffs. The Court will discuss procedures for addressing their claims at a hearing to be set by further Order of the Court hereby dismisses the amended B1 Master Complaint and Orders the designated Plaintiffs to act in compliance with this Order or face dismissal of their claims with prejudice without further notice signed by Judge Carl Barbier on 3/29/16. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 EXHIBIT C)(Reference: All Cases in Pleading Bundle B1)(sek) (Main Document 16050 Replaced on 3/29/2016) (gec). (Entered: 03/29/2016) |
| 2:10-md-2179 | 16090 | 04/01/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 Mailing to Unrepresented Claims Program Claimants (Reference all cases in Pleading Bundle BI)(gec) Modified File date on 4/42016 (gec). (Entered 04/04/2016) |
| 2:10-md-2179 | 16091 | 04/05/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 Mailing to Unrepresented OPTS outs. (Reference all cases in Pleading Bundle B1)(gec) (Entered: 04/04/2016) |
| 2:10-md-2179 | 16137 | 04/05/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 re-Mailing to 1585 Unpresented OPT OUTS and 497 MDL 2179 Plaintiffs who were Unpresented Claims Program Claimants. (Reference all cases in Pleading Bundle B1)(gec) (Entered: 04/05/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 16161 | 04/07/2016 | EXPARTE/CONSENT MOTION by plaintiffs' steering committee, for preliminary approval to the proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements ,preliminary certification of the proposed New Punitive Damages Settlement Class, approval of class notice and class notice plan; and scheduling of final fairness hearing . (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Shannon Wheatman (and Notice Plan), # 3 Proposed Order)(Reference: Nos. 12-970, 15-4143, 15-4146 and 15-4654)(Herman, Stephen) Modified text on 4/8/2016 (sek). (Entered: 04/07/2016) |
| 2:10-md-2179 | 16167 | 04/07/2016 | Brent Coon & Associates Motion for Additional Time |
| 2:10-md-2179 | 16183 | 04/12/2016 | PRELIMINARY APPROVAL ORDER: As to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document; Pertinent deadlines: a) Notice to be sent out in accordance with the Notice Plan, b) Submission and posting of the Distribution Model by the Claims Administrator Wednesday, June 15, 2016, c) Motion papers in support of final settlement approval to be filed by Friday, August 5, 2016, d) Objections to be filed by Friday, September 23, 2016, e) Opt-Out period to be closed by Friday, September 23, 2016, f) Reply submissions to be filed by Friday, October 16, 2016, g) Fairness Hearing on Thursday, October 20, 2016 at 9:30 a.m. Signed by Judge Carl Barbier on 4/12/16.(Reference: 12-970, 15-4143, 15-4146 and 15-4654)(sek) (Entered: 04/12/2016) |
| 2:10-md-2179 | 16192 | 04/13/2016 | Buzbee Law Firm Claimants' Motion for Extension of Time to Respond to Pretrial Order 60 |
| 2:10-md-2179 | 16214 | 4/15/2016 | ORDER: Before the Court are multiple motions for extension of time to comply with Pretrial Order No. 60: ORDERED that the motions seeking a 14-day extension (Rec. Docs. 16193, 16196, 16200, 16206, 16207, 16211) are GRANTED and those movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60. No further |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | extensions of time will be granted. FURTHER ORDERED that the motions seeking an extension beyond 14 days or of unspecified length (Rec. Docs. 16192, 16194) are GRANTED IN PART and those movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60. No further extensions of time will be granted. Signed by Judge Carl Barbier on 4/15/16. (Reference: all cases)(sek) (Entered: 04/15/2016) |
| 2:10-md-2179 | 16225 | 04/15/2016 | ORDER: Before the Court are multiple motions for extension of time to comply with Pretrial Order No. 60: ORDERED that the motions seeking a 14-day extension (Rec. Docs. 16193, 16196, 16200, 16206, 16207, 16211) are GRANTED and those movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60. No further extensions of time will be granted. FURTHER ORDERED that the motions seeking an extension beyond 14 days or of unspecified length (Rec. Docs. 16192, 16194) are GRANTED IN PART and those movers have an additional fourteen (14) days within which to comply with Pretrial Order No. 60. No further extensions of time will be granted. Signed by Judge Carl Barbier on 4/15/16. (Reference: all cases)(sek) (Entered: 04/15/2016) |
| 2:10-md-2179 | 16225 | 04/15/2016 | ORDER regarding new lawsuits filed pursuant to pretrial order no. 60: ordered: 1. The clerk of court shall consolidate new lawsuits with mdl 2179. 2. As stated in PTO 60, paragraph 9, new lawsuits are stayed until further order of the court. accordingly, until the stay is lifted or the court instructs otherwise: The clerk of court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a new lawsuit; etc. 3. Upon consolidating a new lawsuit with the mdl, the clerk of court shall file a copy of this order and pretrial order 12 (rec. doc. 600) (concerning electronic service by LexisNexis file & serve) into the docket for that new lawsuit (i.e., not the master docket for mdl 2179). The clerk of court need not issue the other pretrial orders that previously issued upon consolidation. 4. All |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for and the Plaintiffs' Steering Committee. (See PTO 60 Paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1)(sek) (Entered: 04/15/2016) |
| 2:10-md-2179 | 16443 | 04/25/2016 | MOTION for Reconsideration re 16050 PTO 60 by affected clients of Waltzer Wiygul & Garside, LLC. (Attachments: #1 Memorandum in Support, #2 Exhibit)(Reference: all cases)(Garside, Clay) Modified on 4/25/2016 (sek). (Entered: 04/25/2016) |
| 2:10-md-2179 | 16578 | 04/29/2016 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs EXCEPT the following 19 Plaintiffs that have been dropped/dismissed from this complaint since they were paid in the DHECC: Juan Ayala; Judy Boudreaux; Miguel Ceja; John Constant; Jarrett Labove; David Lacour, Jr.; James Lane; Wendell Petry; Fred Theobald; Mahlon Tullar, Jr.; Graham VanDyke; Mark Wallace; Terrance Walls; Anthony Williams; Bert Williams; Charles Williams; Johnny Williams; Charles Wilson; Gene Wilson, Jr. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit Table of Contents, #4 Exhibit A, #5 Exhibit B, #6 Exhibit C, #7 Exhibit D, #8 Exhibit E)(Reference: 13-1082)(Toups, Mitchell) Modified on 5/3/2016 (gec). (Entered: 04/29/2016) |
| 2:10-md-2179 | 17742 | 05/10/2016 | Buzbee Law Firm Plaintiffs' Second Motion for Extension of Time to respond to the Pretrial Order 60 |
| 2:10-md-2179 | 18134 | 05/17/2016 | ORDER Regarding Extension of Time for PSC and to Report on PTO 60: ORDERED that the deadline stated in PTO 60 paragraph 10 (Rec. Doc. 16050) for the PSC and to provide the Court with a list of all plaintiffs who did not comply with PTO 60 is extended up to an including Friday, June 3, 2016. Signed by Judge Carl Barbier on 5/17/16.(Reference: All Cases in Pleading Bundle B1)(sek) (Entered: 05/17/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 18657 | 06/03/2016 | EXPARTE/CONSENT Motion to Amend Pre-trial Order No. 60 16050 by the Plaintiffs' Steering Committee and  America Production Company and Exploration & Production Inc. (Attachments: #1 Proposed Order)Reference: All Cases in Pleading Bundle b1)(sek) (Entered: 06/03/2016) |
| 2:10-md-2179 | 18659 | 06/03/2016 | ORDER Granting 18657 Joint Motion to Amend Pre-Trial Order No. 60; Ordered that: 1.Paragraph 10 of PTO 60 is Amended to provide that on June 3, 2016,  will submit in camera to the court and to the PSC: a) a list of Plaintiffs that  in good faith believes made submissions in response to PTO 60 that complied with the requirements of PTO 60, and b) a list of Plaintiffs that made some form of submission in response to PTO 60, but whose submissions  in good faith believes are materially deficient for one or more identified reasons. 2. Under Paragraph 10 of PTO 60, there is no longer a requirement that the lists provided on June 3 represent a joint list from and the PSC. Signed by Judge Carl Barbier on 6/3/16. (Reference: All Cases in Pleading Bundle B1)(sek) (Entered: 06/03/2016) |
| 2:10-md-2179 | 18724; | 06/07/2016 | ORDER TO SHOW CAUSE re: Compliance with PTO 60; [regarding all remaining claims in Pleading Bundle B1]: Ordered that certain Plaintiffs as set forth in document must show cause in writing on or before June 28, 2016, why this Court should not Dismiss their B1 Claim(s) With Prejudice for failing to comply with the requirements of PTO 60. All short-form Joinders filed in this MDL are hereby Dismissed as unnecessary to the extent they asserted a B1 claim. Counsel for  shall mail this order to each unrepresented individual and business to which it previously mailed PTO 60 at the courts direction (see PTO 60, Paragraph 11), except for those individuals and businesses whose mailing was returned to counsel for  as undeliverable. For purposes of this mailing, is only required to attach Exhibit 1A, Exhibit 2, and Exhibit 3 to the mailing. Does not need to include Exhibit 1B with the mailing. Finally, to the extent practicable, the PSC shall email a copy of this order to known counsel of record for Plaintiffs who joined the amended B1 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Master Complaint, and/or opted out of the Economic and Property Damages Settlement and may therefore be subject to this Order. This procedure is deemed sufficient to satisfy Notice requirements for all Claimants with "B1" claims. Signed by Judge Carl Barbier on 6/7/16. (attachments: #1 Exhibit 1A, #2 Exhibit 1B, #3 Exhibit 2, #4 Exhibit 3)(Reference: All Cases in Pleading Bundle "B1")(sek) (Entered: 06/07/2016) |
| 2:10-md-2179 | 19699 | 06/25/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff Co-Liaison re 18724 Order to Show Cause. (Attachments: # 1 Exhibit A - List of Plaintiffs Serving PTO 60 Materials on Liaison Counsel by Mail and/or E-Mail)(Reference: B1 Bundle Claims)(Herman, Stephen) Modified on 6/30/2016 to edit text. (clc). (Entered: 06/25/2016) |
| 2:10-md-2179 | 20232 | 06/27/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Breathwit Marine Contractors, Ltd., Breatwit Marine Shipyard, Ltd. (Attachments: #1 Exhibit A, #2 Exhibit B) (Reference: See Attached)(Williamson, Jimmy) (Attachment 2 replaced on 6/30/2016) (clc). Modified on 6/30/2016 (clc). (Entered: 06/27/2016) |
| 2:10-md-2179 | 20526 | 06/28/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiffs re 18724 Order to Show Cause. (Attachments: #1 Exhibit A, #2 Exhibit B1-B28, #3 Exhibit B29-B59, #4 Exhibit C)(Reference: 2:16-cv-06298; 2:16-cv-06279; 2:16-cv-06305; 2:16-cv-06295; 2:16-cv-06296; 2:16-cv-06330)(Buzbee, Anthony) (Entered: 06/28/2016) |
| 2:10-md-2179 | 20528 | 06/28/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Commercial Metals Company (Attachments: #1Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit)(Reference: 2:16-cv-6259)(White, Allison) (Entered: 06/28/2016) |
| 2:10-md-2179 | 20565 | 06/28/2016 | SEALED DOCUMENT MOTION to Seal Document 18724 Order to Show Cause by BCA Law Firm. (Attachments: # 1 Proposed Order Proposed Order, # 2 Proposed Pleading CONFIDENTIAL -- Response to Show Cause Order, # 3 Exhibit CONFIDENTIAL -- Exhibit A, # 4 Exhibit |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | CONFIDENTIAL -- Exhibit B, # 5 Exhibit CONFIDENTIAL -- Exhibit C, # 6Exhibit CONFIDENTIAL -- Exhibit D)(Reference: 2-16-cv-01422, 2-16-cv-01857, 2-16-cv-05833, 2-16-cv-05878, 2-16-cv-05882, 2-16-cv-05903, 2-16-cv-05904, 2-16-cv-05931, 2-16-cv-05934, 2-16-cv-05937, 2-16-cv-05954, 2-16-cv-05959, 2-16-cv-05970, 2-16-cv-05971, 2-16-cv-05974, 2-16-cv-05976, 2-16-cv-05977, 2-16-cv-06031, 2-16-cv-06037, 2-16-cv-06084, 2-16-cv-06096, 2-16-cv-06186, 2-16-cv-06216, 2-16-cv-06238, 2-16-cv-06253, 2-16-cv-06280, 2-16-cv-06303, 2-16-cv-06317, 2-16-cv-06322, 2-16-cv-06325, 2-16-cv-06327, 2-16-cv-06329, 2-16-cv-06333, 2-16-cv-06335, 2-16-cv-06426, 2-16-cv-06429, 2-16-cv-06431, 2-16-cv-06436, 2-16-cv-06437, 2-16-cv-06441, 2-16-cv-06444, 2-16-cv-06464, 2-16-cv-06474, 2-16-cv-06475, 2-16-cv-06476, 2-16-cv-06478, 2-16-cv-06480, 2-16-cv-06503, 2-16-cv-06508, 2-16-cv-06512, 2-16-cv-06518, 2-16-cv-06521, 2-16-cv-06523, 2-16-cv-06556, 2-16-cv-06565, 2-16-cv-06567, 2-16-cv-06572, 2-16-cv-06585, 2-16-cv-06593, 2-16-cv-06596, 2-16-cv-06607, 2-16-cv-06610, 2-16-cv-06611, 2-16-cv-06614, 2-16-cv-06637, 2-16-cv-06653, 2-16-cv-06662, 2-16-cv-06672, 2-16-cv-06674, 2-16-cv-06678, 2-16-cv-06689, 2-16-cv-06696, 2-16-cv-06734, 2-16-cv-06757, 2-16-cv-06759, 2-16-cv-06761, 2-16-cv-06763, 2-16-cv-06764, 2-16-cv-06772, 2-16-cv-06775, 2-16-cv-06809, 2-16-cv-06837, 2-16-cv-06862, 2-16-cv-06870, 2-16-cv-06875, 2-16-cv-06877, 2-16-cv-06883, 2-16-cv-06944, 2-16-cv-06946, 2-16-cv-06951, 2-16-cv-06987, 2-16-cv-06988, 2-16-cv-07033, 2-16-cv-07048, 2-16-cv-07085, 2-16-cv-07120, 2-16-cv-07127, 2-16-cv-07136, 2-16-cv-07137, 2-16-cv-07140, 2-16-cv-07270, 2-16-cv-07275, 2-16-cv-07309, 2-16-cv-07359, 2-16-cv-07361, 2-16-cv-07363, 2-16-cv-07385, 2-16-cv-07397, 2-16-cv-07398)(Newell, Eric) Modified on 6/29/2016 - see Order #20638(sek). (Entered: 06/28/2016) |
| 2:10-md-2179 | 20992 | 07/13/2016 | NOTICE by Defendant of Filing of BP's Updated PTO 60 Compliance List and Remaining Noncompliance List. (Attachments: # 1 Exhibit 1A, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | # 2 Exhibit 1B, # 3Exhibit 2)(Reference: All Cases in Pleading Bundle B1)(Haycraft, Don) (Entered: 07/13/2016) |
| 2:10-md-2179 | 20996 | 07/14/2016 | ORDER re: Compliance with PTO 60; regarding all remaining claims in Pleading Bundle B1. Ordered as follows: 1. The Plaintiffs listed on Exhibits 1A and 1B to this Order are deemed Compliant with PTO 60 and are subject to further proceedings in this court solely on their claims as pled in their individual complaints. (See PTO 60, at Paragraph 8.) To the extent any of these plaintiffs is relying upon a previously-filed Complaint that, in addition to individual claims, also contains class allegations, any embedded class allegations in those complaints are deemed stricken and only the individual Plaintiff claims are compliant with PTO 60 and can continue. 2.  also filed with the court an updated list of the remainder of those Plaintiffs on 's Good Faith Non-Compliant List attached to the Court's June 7, 2016 Order, who have made timely show cause filings but as to whom  still has an objection to that plaintiff's compliance with PTO 60. (rec. doc. 20992-3.) This list is attached to this Order as Exhibit 2. By July 21, 2016, shall file its Objections to those Plaintiffs' responses to the Show Cause Order (i.e., those pertaining to any Plaintiff listed in Exhibit 2 to this Order) that were timely filed with the Court in response to the June 7, 2016 Show Cause Order. 's objections shall be filed as a single Brief organized, to the extent practical, by issue (rather than by Plaintiff or claim), with a page limit of 5 pages per issue. By July 28, 2016, any Plaintiff listed in Exhibit 2 may file a Reply, not exceeding 3 pages, to objections. 3. All remaining plaintiffs in the b1 bundle, other than those that are either (1) identified in Paragraph 1 above as compliant with PTO 60 or (2) have filed a timely response to the Show Cause Order as indicated in Paragraph 2 above, are deemed noncompliant with PTO 60, and their B1 claims are hereby Dismissed With Prejudice. 4. As to all Plaintiffs in the B1 Bundle, only those Plaintiffs who have not previously released their claims, have made timely presentment as required by OPA, have previously filed an individual lawsuit, and have |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | otherwise complied with the requirements of PTO 60 have preserved their individual claims. All other B1 Bundle Claims are time-barred. Signed by Judge Carl Barbier on 7/14/16. (Attachments: #1 Exhibits)(Reference: all cases in Pleading Bundle B1)(sek) (Entered: 07/14/2016) |
| 2:10-md-2179 | 21131 | 07/21/2016 | Response/Reply by Defendants BP Exploration & Production Inc., BP America Production Company re 20996 Order BP's Objections and Responses to Plaintiffs' PTO Show Cause Submissions. (Attachments: #1 Appendix 1, #2 Appendix 2, #3 Appendix 3, #4 Appendix 4, #5 Appendix 5, #6 Appendix 6, #7 Appendix 7, #8 Appendix 8, #9 Appendix 9)(Reference: All Cases in Pleading Bundle B1)(Haycraft, Don) Modified on 7/22/2016 (gec). (Entered: 07/21/2016) |
| 2:10-md-2179 | 21276 | 07/27/2016 | First AMENDED COMPLAINT with Jury Demand Daniel Chang et al against Defendant filed by Plaintiff. (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit)(Reference: 2:16-cv-06329)(Newell, Eric) (Entered: 07/27/2016) |
| 2:10-md-2179 | 21277 | 07/27/2016 | First AMENDED COMPLAINT with Jury Demand Coast Products et al against Defendant filed by Plaintiff. (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit)(Reference: 2:16-cv-06216)(Newell, Eric) (Entered: 07/27/2016) |
| 2:10-md-2179 | 21278 | 07/27/2016 | Second AMENDED COMPLAINT with Jury Demand Gauci's Custom Building et al against Defendant filed by Plaintiff. (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit)(Reference: 2:16-cv-07048-CJB-SS)(Newell, Eric) (Entered: 07/27/2016) |
| 2:10-md-2179 | 21279 | 07/27/2016 | First AMENDED COMPLAINT with Jury Demand Henry L Perry & St. Joe Beach Property et al against Defendant filed by Plaintiff. (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit)(Reference: 2:16-cv- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 06333)(Newell, Eric) (Entered: 07/27/2016) |
| 2:10-md-2179 | 21309 | 07/28/2016 | Response/Reply by Plaintiffs Commercial Metals Company, AHT, Inc., CMC Steel Fabricators, Inc., SMI Steel, LLC to 21131 Response/Reply, Response to BP's Objections to Plaintiffs' Responses to the Order to Show Cause. (Reference: 16-6259)(Smalley, Allison) Modified on 7/29/2016 (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21330 | 07/28/2016 | Response/Reply by Plaintiffs Eduardo Pineiro Perez, Claudio Gonzalez del Angel, Felipe Barrios Anzures, Artemio Aran Blanco, Sammy Davis Briggs to 21131Response/Reply of Plaintiffs to BP's Objections/Responses to Show Cause [Doc 21131-4] (Reference: 16-4122; 16-4123; 16-4124; 16-4151; 16-4179; 16-04230)(Toups, Mitchell) Modified on 7/29/2016 (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21331 | 07/28/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiffs represented by the Buzbee Law Firm re 21131 Response/Reply,20996 Order, 18724 Order to Show Cause. (Attachments: # 1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D)(Reference: 16-6298; 16-6279; 16-6305; 16-6295; 16-6296; 16-6330)(Buzbee, Anthony) Modified on 7/29/2016 (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21335 | 07/28/2016 | Response/Reply by Plaintiff Bayou Caddy Fisheries, Inc. to 21131 Response/Reply to BP's Objections and Responses to Plaintiff's PTO 60 Show Cause Submissions (Reference: 12-2665)(Clements, Miles) Modified on 7/29/2016 (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21336 | 07/28/2016 | Response/Reply by Plaintiff to 21131 Response/Reply, First National Bank, USA's Reply to BP's Objections and Responses to Plaintiffs' PTO 60 Order to Show Cause Submissions. (Reference: 13-97)(Salas, Camilo) Modified on 7/29/2016 (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21337 | 07/28/2016 | Response/Reply by Plaintiffs Breathwit Marine Contractors, Ltd, Breathwit Marine Shipyard, Ltd to 21131 Response/Reply, Reply of Breathwit Marine Contractors, Ltd and Breathwit Marine Shipyard, Ltd |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | to BP's Objections to Show Cause Submissions. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F)(Reference: 13:02876, 16-11539, 16-11546)(Rusnak, Cyndi) Modified on 7/29/2016 (gec). (Attachment 1 replaced on 7/29/2016) (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21338 | 07/28/2016 | Response/Reply by Plaintiffs Chapel Hill, LLC, Coastal Mining & Marine, LLC, Pearlington Clay, LLC, Pearlington Clay Port, LLC to 21131 Response/Reply, Reply of Plaintiffs to BP's Objections to Show Cause Submissions. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, # 8Exhibit H)(Reference: 13-2033, 16-11519, 16-11641, 16-11707, 16-11711)(Rusnak, Cyndi) Modified on 7/29/2016 (gec). (Entered: 07/28/2016) |
| 2:10-md-2179 | 21424 | 08/05/2016 | MOTION for Reconsideration re 20996 Order and/or Motion for Relief from Order by Plaintiff Richard E. Seward Sr. (Attachments: #1 Notice of Submission Seward Sr Notice of Submission, #2 Memorandum in Support , #3 Exhibit "A")(Reference: 16-4068)(Thiel, Eric) Modified on 8/8/2016 (gec). (Entered: 08/05/2016) |
| 2:10-md-2179 | 21430 | 08/05/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiffs represented by the Buzbee Law Firm re 18724 Order to Show Cause, 20996 Order, and 21131 BP's Objections and Responses to Plaintiffs' PTO 60 Show Cause Submission. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C)(Reference: 16-6298; 16-6330)(Buzbee, Anthony) Modified on 8/8/2016 (gec). (Entered: 08/05/2016) |
| 2:10-md-2179 | 21614 | 09/02/2016 | EXPARTE/CONSENT MOTION for Leave to File Sur-Reply as to Certain Plaintiffs' PTO 60 Show Cause Submissions by Defendants BP America Production Company, BP Exploration & Production Inc. (Attachments: #1 Proposed Order, #2 Proposed Pleading)(Reference: All Cases in Pleading Bundle "B1")(Haycraft, Don) Modified on 9/6/2016 (gec). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Entered: 09/02/2016) |
| 2:10-md-2179 | 21652 | 09/07/2016 | ORDER granting 21614 Motion for Leave to file Sur-Reply. Signed by Judge Carl Barbier. (Reference: all cases in Pleading Bundle B1)(gec) (Entered: 09/07/2016) |
| 2:10-md-2179 | 21653 | 09/07/2016 | Sur-Reply in Opposition by Defendant to PTO 60 Show Cause Submission of Mexican Fisherman Plaintiffs (rec. docs. 21269 and 21330), First National Bank, USA (rec. doc. 21336). (Reference: all cases in Pleading Bundle B1)(gec) (Entered: 09/07/2016) |
| 2:10-md-2179 | 21740 | 09/26/2016 | OBJECTIONS by Plaintiff Galan Real Estate Company pursuant to 16183 Order. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(gec)  (Entered: 09/27/2016) |
| 2:10-md-2179 | 21741 | 09/26/2016 | OBJECTIONS by Plaintiff Cypress Lake No. I, LLC pursuant to 16183 Order. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(gec) (Entered: 09/27/2016) |
| 2:10-md-2179 | 21899 | 11/10/2016 | Minute Entry for proceedings held before Judge Carl Barbier: A Fairness Hearing was held on 11/10/2016 re two proposed class action settlements: the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) (Rec. Doc. 15322-1 to 15322-6) and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1 to 14644-5). ORDERED that this matter is TAKEN UNDER ADVISEMENT. (Court Reporter Toni Tusa.) (Attachments: # 1 Attendance Record) (Reference: All Cases, including 15-4143, 15-4146, 15-4654, 12-970)(sek) (Entered: 11/10/2016) |
| 2:10-md-2179 | 22003 | 12/16/2016 | ORDER & REASONS: PTO 60 Reconciliation Order regarding all remaining claims in Pleading Bundle B1; further Orders set forth herein. Signed by Judge Carl Barbier. (Reference: all cases in Pleading Bundle "B1")(bbc) modified on 1/11/2017 (gec). (cc: Batiste, Ladner, Haney, Sanderson Enterprises, Shepherd, Ashley) (Entered: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 12/16/2016) |
| 2:10-md-2179 | 22007 | 12/16/2016 | ORDERED that a Status Conference is set for 2/17/2017 09:30 am before Judge Carl Barbier primarily to receive reports on the current status of MDL 2179. The PSC and lead or liaison counsel for drafts shall submit a Proposed Agenda one week in advance of the Status Conference. The PSC and lead/liaison defense counsel shall also file a Joint Status Report on or before Tuesday, February 14. Claims Administrators for the Economic and Property Damages Settlement, Medical Benefits Settlement, and the Halliburton and Transocean Punitive Damages and Assigned Claims Settlements shall also file Status Reports on or before Tuesday, February 14. Signed by Judge Carl Barbier.(Reference: all cases)(bbc) (entered: 12/16/2016) |
| 2:10-md-2179 | 22034 | 12/22/2016 | MOTION for Reconsideration re 22003 Order; Specifically as it Applies to Referenced Cases by WGTT Class Action Plaintiffs. (Attachments: #1 Memorandum in Support, #2 Exhibit A, #3 Notice of Submission)(Reference: 2:16cv4122; 2:16cv4123; 2:16cv4124; 2:16cv4151)(Toups, Mitchell) Modified on 12/22/2016 (sek). (Entered: 12/22/2016) |
| 2:10-md-2179 | 22035 | 12/22/2016 | ORDER re 22034 MOTION for Reconsideration re 22003 Order ; Specifically as it applies to Referenced Cases filed by WGTT Class Action Plaintiffs: ORDERED that any response by shall be filed no later than Friday, January 6, 2017, after which the Court will take the matter under advisement. Signed by Judge Carl Barbier on 12/22/16.(Reference: 16-4122, 16-4123, 16-4124, 16-4151)(sek) (Entered: 12/22/2016) |
| 2:10-md-2179 | 22051 | 01/06/2017 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 22034 MOTION for Reconsideration re 22003 Order; Specifically as it Applies to Referenced Cases. (Reference: 16-4122, 16-4123, 16-4124, 16-4151)(Haycraft, Don) (Entered: 01/06/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 22055 | 01/10/2017 | EXPARTE/CONSENT MOTION for Leave to File Reply to Opposition to WGTT's Motion for Reconsideration of Order & Reasons [Doc 22003] by Plaintiffs. (Attachments: #1 Proposed Order, #2 Proposed Pleading)(Reference: 16-4122; 16-4123; 16-4124; 16-4151)(Toups, Mitchell) Modified on 1/11/2017 (gec). (Entered: 01/10/2017) |
| 2:10-md-2179 | 22057 | 01/11/2017 | **WITHDRAWN - Per Order 22516 ** MOTION for Reconsideration re 22003 Order PTO 60 Reconciliation Order by Plaintiff T. Duffy Builders, LLC. (Attachments: #1 Memorandum in Support, #2 Exhibit)(Reference: 13-1437)(Hammond, Peirce) Modified on 1/12/2017 (gec). Modified on 3/30/2017 (gec). (Entered: 01/11/2017) |
| 2:10-md-2179 | 22059 | 01/12/2017 | **WITHDRAWN - Pursuant to Order 22631 ** MOTION for Reconsideration re 22003 Order, Specifically as it Applies to Referenced Cases by Plaintiffs Chapel Hill, LLC; Coastal Mining & Marine, LLC; Pearlington Clay, LLC; and Pearlington Clay Port, LLC. (Attachments: #1 Memorandum in Support, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Notice of Submission)(Reference: 13-2033, 16-11519, 16-11641, 16-11707, 16-11711)(Williamson, Jimmy) Modified on 1/13/2017 (gec). Modified on 4/11/2017 (gec). (Entered: 01/12/2017) |
| 2:10-md-2179 | 22068 | 01/12/2017 | **DEFICIENT** EXPARTE/CONSENT MOTION for Reconsideration by Claimants represented by the Buzbee Law Firm. (Attachments: #1 Exhibit A, #2 Memorandum in Support, #3 Proposed Order, #4 Notice of Submission)(Reference: 10-8888)(Adams, Caroline) Modified on 1/13/2017 (gec). (Entered: 01/12/2017) |
| 2:10-md-2179 | 22074 | 01/12/2017 | ***WITHDRAWN - Pursuant to 22339 Order*** MOTION for Reconsideration re 22003 Order, Specifically as it Applies to Referenced Cases by Plaintiffs Breathwit Marine Contractors, Ltd., Breathwit Marine Shipyard, Ltd. (Attachments: #1 Memorandum in Support, #2 Exhibit A - Affidavit of Jimmy Williamson, #3 Proposed Order, #4 Notice of Submission )(Reference: 13-2786, 16-11539, 16- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 11546)(Williamson, Jimmy) Modified on 1/13/2017 (gec). Modified on 3/3/2017 (gec). (Entered: 01/12/2017) |
| 2:10-md-2179 | 22076 | 01/13/2017 | ***WITHDRAWN - Pursuant to Order 22624 ** MOTION for Reconsideration re 22003Order Dismissing Motion to Re-Open Case by Plaintiff Gangi Shrimp Company, LLC. (Attachments: #1 Memorandum in Support)(Reference: 13-1117)(Britt, Michael) Modified on 1/13/2017 (gec). Modified on 4/10/2017 (gec). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22079 | 01/13/2017 | MOTION for Reconsideration by Claimants represented by the Buzbee Law Firm, as identified in Exhibit A. (Attachments: #1 Exhibit A, #2 Memorandum in Support, #3 Proposed Order)(Reference: 13-2791; 16-6330; 16-7285; 16-6298)(Adams, Caroline) Modified on 1/13/2017 (gec). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22080 | 01/13/2017 | **WITHDRAWN - Pursuant to Order 22488 ** MOTION for Reconsideration re 22003 Order of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, and Julvana, LLC, by Plaintiff. (Attachments: #1 Motion to Seal - MEMO IN SUPPORT OF MTN FOR RECON, #2 Proposed Order - TO SEAL MTN FOR RECON , #3 REDACTED Memorandum in Support , #4 Exhibit A - OPA Presentment, #5 Exhibit B - PTO 60 cmp for plas, #6 Exhibit C - PTO 60 1st amd cmp for plas, #7 Exhibit D - plas memo in support reclaims of Chapel Hill filed by Sterbcow & Williamson, #8 Notice of Submission)(Reference: 16-6329)(Coon, Brent) Modified on 1/17/2017 to edit text (bbc). Modified on 3/23/2017 (gec). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22082 | 01/13/2017 | **WITHDRAWN - Pursuant to Order 22488 ** MOTION for Reconsideration re 22003Order, by Plaintiffs Coast Products, LLC, Laurcon Capital, LP. (Attachments: # 1Motion to Seal, #2 Proposed Order, #3 Memorandum in Support, #4 Exhibit A, # 5Exhibit B, # 6 Exhibit C, #7 Exhibit D, #8 Exhibit E, #9 Notice of Submission)(Reference: 13-5367; |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 16-6216)(Coon, Brent) Modified on 1/19/2017 (gec). Modified on 3/23/2017 (gec). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22083 | 01/13/2017 | **WITHDRAWN - Pursuant to Order 22488 ** MOTION for Reconsideration re 22003 Order, by Plaintiffs Gauci's Custom Building and Developing LLC, Winter Garden Italian American Bistro LLC, Joseph V. Gauci, Karen Gauci . (Attachments: #1 Motion to Seal, #2 Proposed Order, #3 Memorandum in Support, #4 Exhibit A, #5 Exhibit B, #6 Exhibit C, #7 Exhibit D, #8 Exhibit E, #9 Exhibit F, #10 Notice of Submission)(Reference: 13-6009; 16-7048)(Coon, Brent) Modified on 1/19/2017 (gec). Modified on 3/23/2017 (gec). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22084 | 01/13/2017 | MOTION for Reconsideration re 22003 Order, by Plaintiffs Henry L. Perry, St. Joe Beach Property LLC, Bungalows at Sanctuary Beach LLC. (Attachments: #1 Motion to Seal, #2 Proposed Order, #3 Memorandum in Support, #4 Exhibit A, #5 Exhibit B, #6 Exhibit C, #7 Exhibit D, #8 Exhibit E, #9 Notice of Submission)(Reference: 13-5367; 16-6333)(Coon, Brent) Modified on 1/19/2017 (gec). Modified on 4/20/2017 (gec). **Motion withdrawn with respect to St. Joe Beach Property, LLC and Bungalows at Sanctuary Beach, LLC only, pursuant to 22753 Order** (Entered: 01/13/2017) |
| 2:10-md-2179 | 22085 | 01/23/2017 | NOTICE OF APPEAL by Plaintiff First National Bank, USA et al as to 22003 Order. (Filing fee $ 505, receipt number 053L-5916443.) (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit)(Reference: 13-97)(Christina, Salvadore) (Entered: 01/13/2017) |
| 2:10-md-2179 | 22086 | 01/13/2017 | MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of AHT, Inc. by Plaintiff. (Attachments: #1 Memorandum in Support)(Reference: 16-13365)(Nicholas, Steven) Modified on 1/17/2017 to edit text. (clc). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22087 | 01/13/2017 | MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Commercial Metals Company by Plaintiff. (Attachments: #1 Memorandum in Support)(Reference: 16-13364)(Nicholas, Steven) Modified on 1/17/2017 to edit text. (clc). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22088 | 01/13/2017 | MOTION for Reconsideration re 22003 Order With Respect to the Court's Order of December 16, 2016 Dismissing the Claims of CMC Steel Fabricators, Inc. by Plaintiff. (Attachments: #1 Memorandum in Support)(Reference: 2:16-cv-13367)(Nicholas, Steven) Modified on 1/17/2017 to edit text (clc). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22098 | 01/13/2017 | MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of SMI Steel, LLC by Plaintiff. (Attachments: #1 Memorandum in Support)(Reference: 16-13366)(Nicholas, Steven) Modified on 1/17/2017 to edit text (clc). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22090 | 01/13/2017 | MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of Commercial Metals Company, AHT, Inc., CMC Steel Fabricators, Inc. and SMI Steel, LLC by Plaintiff. (Attachments: #1 Memorandum in Support)(Reference: 2:16-cv-06259)(Nicholas, Steven) Modified on 1/17/2017 to edit text. (clc). (Entered: 01/13/2017) |
| 2:10-md-2179 | 22091 | 01/16/2017 | **WITHDRAWN - Pursuant to Order 22488 ** Amended MOTION for Reconsideration re 22003 Order, by Plaintiffs Daniel K. Change, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, Julvana, LLC. (Attachments: #1 Motion to Seal, #2 Proposed Order, #3 Memorandum in Support, #4 Exhibit A, #5 Exhibit B, #6 Exhibit C, #7 Exhibit D, #8 Notice of Submission)(Reference: 16-6329)(Coon, Brent) Modified on 1/19/2017 (gec). Modified on 3/23/2017 (gec). (Entered: 01/16/2017) |
| 2:10-md-2179 | 22095 | 01/17/2017 | NOTICE OF APPEAL re 22003 Order by Plaintiff AHT, Inc. (Filing Fee $ 505, Receipt Number 053L-5919075.) (Reference: 16-13365)(Smalley, Allison) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|-----------|------------------|
| | | | Modified on 1/18/2017 (gec). (Entered 01/17/2017) |
| 2:10-md-2179 | 22096 | 01/17/2017 | NOTICE OF APPEAL re 20003 Order by Plaintiff CMC Steel Fabricators, Inc. (Filing Fee $ 505, Receipt Number 053L-5919106.) (Reference: 16-13367)(Smalley Allison) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22097 | 01/17/2017 | NOTICE OF APPEAL re 22003 by Plaintiffs Commercial Metals Company, AHT, Inc., CMC Steel Fabricators, Inc., SMI Steel, LLC. (Filing FEE $ 505, Receipt Number 053L-5919141.) (Reference: 16-6259)(Smalley, Allison) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22098 | 01/17/2017 | NOTICE OF APPEAL re 22003 Order by Plaintiff SMI Steel LLC. (Filing Fee $ 505, Receipt Number 053L-5919161.)  (Reference: 16-13366)(Smalley, Allison) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22099 | 01/17/2017 | NOTICE OF APPEAL re 22003 Order by Plaintiff Commercial Metals Company. (Filing Fee $ 505, Receipt Number 053L-5919174.) (Reference: 16-13364)(Smalley, Allison) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22100 | 01/17/2017 | Supplemental MOTION for Reconsideration re 22003 Order, by Plaintiffs. (Attachments: #1 Memorandum in Support)(Reference: 16-4122; 16-4123; 16-4124; 16-4151)(Toups, Mitchell) Modified on 1/18/2017 (gec). (Entered: 01/17/2017) |
| 2:10-md-2179 | 22117 | 01/18/2017 | MOTION to Seal Document re Motions for Reconsideration22080,22082,22083,20084,20091 by Plaintiffs Coast Products, LLC, Laurcon Capital LP, Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, Julviana, LLC, Henry L Perry, St. Joe Beach Property, LLC, Bungalows at Sanctuary Beach, LLC, Gauci's Custom Building and Developing, LLC, Winter Garden Italian American Bistro, LLP, Joseph V. Gauci, Karen Gauci. (Attachments: # 1 Proposed Order Order)(Reference: 13-5367; 16- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 6216; 16-6329; 16-6333; 13-6009; 16-7048)(Coon, Brent) Modified on 1/19/2017 (gec). (Entered: 01/18/2017) |
| 2:10-md-2179 | 22120 | 01/19/2017 | NOTICE BY CHAPEL HILL Plaintiffs re 22080 Motion For Reconsideration re 22003 Order, Plaintiffs' Motion for Reconsideration with Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Magnolia Profe Motion to Seal, 22082 Motion for Reconsideration re 22003 Order, Plaintiffs' Motion for Reconsideration with Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Coast Products, LLC and Laurcon Capital, LP Motion to Seal, 22083 Motion for Reconsideration re 22003 Order, Plaintiffs' Motion for Reconsideration with Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Gauci's Custom Building and Developing LLC, Winter Garden Itali Motion to Seal, 22059 Motion for Reconsideration re 22003 Order, specifically as it applies to referenced cases, 22084 Motion for Reconsideration re 22003 Order; Plaintiffs' Motion for Reconsideration with Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Henry L. Perry, St. Joe Beach Property LLC Bungalows at Sanctuary B Motion to Seal, (Reference: 2:13-CV-02033, 2:16-CV-11519, 2:16-CV-11641, 2:16-CV-11707, 2:16-CV-11711)(Williamson, Jimmy) Modified on 1/20/2017 to edit text (clc). (Entered: 01/19/2017) |
| 2:10-md-2179 | 22138 | 01/27/17 | ORDERED that   shall file a Single Omnibus Response, not to exceed 30 pages, to Motions, (Rec. docs. 22057, 22059, 22074, 22076, 22079, 22081, 22082, 22083, 22084, 22086, 22087, 22088, 22089, 22090, 22091/22080) by Tuesday, February 21, 2017, after which the Court will take the matters under advisement.  IT IS FURTHER ORDERED that shall file a separate Response to JEM PC BEACH, LLC'S Motion to Vacate Notice of Voluntary Dismissal (Rec. doc. 22052), Not to exceed 10 pages by Tuesday, February 21, 2017. Signed by Judge Carl Barbier (Reference: All |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Cases)(gec) (Entered  01/27/2017) |
| 2:10-md-2179 | 22139 | 01/27/17 | NOTICE OF APPEAL by Plaintiffs Gauci's Custom Building and Developing LLC, Winter Garden Italian American Bistro LLC, Joseph V. Gauci, Karen Gauci as to 22003 ORDER. (Filing fee $505, Receipt Number 053L-5939699.) (Reference: 13-6009; 16-7048)(Coon, Brent) Modified on 1/30/2017 (gec). (Entered: 01/27/2017) |
| 2:10-md-2179 | 22140 | 01/27/17 | NOTICE OF APPEAL by Plaintiffs Daniel K. Change, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, Julvana, LLC as to 22003 Order. (Filing Fee $505, Receipt Number 053L-5939760.) (Reference: 16-6329)(Coon Brent) Modified on 1/30/2017 (gec). (Entered: 01/27/2017) |
| 2:10-md-2179 | 22141 | 01/27/17 | NOTICE OF APPEAL by Plaintiffs Coast products, LLC, Laurcon Capital LP as to 22003 ORDER. (Filing fee $ 505, Receipt Number 053L-5939786.) (REFERENCE: 13-5367; 16-6216)(COON, BRENT) MODIFIED ON 1/30/2017 (GEC). (ENTERED: 01/27/2017) |
| 2:10-md-2179 | 22142 | 01/27/17 | NOTICE OF APPEAL by Plaintiffs Henry L. Perry, St. Joe Beach Property, LLC, Bungalows at Sanctuary Beach LLC as to 22003 ORDER. (Filing fee $505, Receipt Number 053L-5939795.) (Reference: 13-5367; 16-6333)(Coon, Brent) Modified on 1/30/2017 (gec). (Entered: 01/27/2017) |
| 2:10-md-2179 | 22149 | 01/31/17 | STATUS REPORT #53 by Patrick A. Juneau (Attachments: #1Exhibit A)(Reference all cases )(Stanley, Richard) (Entered: 01/31/2017) |
| 2:10-md-2179 | 22223 | 02/10/17 | NOTICE OF APPEAL by Plaintiffs S.C.P.P. 20 De Abril Del Poblado Ignaci Zaragoza, SC DE R.L. DE C.V., Joaquin Barrera, S.C.P.P. Unidos De Matamoros, S.C. DE R.L. ET AL as to 22003 Order. (Filing Fee $ 505, Receipt Number 053L-5961051.) (Attachments #1 Exhibit A)(Reference: 16-7285, 16-6298, 16-6330)(Adams, Caroline) Modified on |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 2/13/2017 (gec). (Entered: 02/10/2017) |
| 2:10-md-2179 | 22247 | 02/14/17 | STATUS REPORT of February 14, 2017 by Defendant (Attachments: # (1) Exhibit A (List of MDL 2179 Remaining Cases))(Reference: All Cases)(Haycraft, Don) |
| 2:10-md-2179 | 22248 | 02/14/17 | STATUS REPORT by Patrick A. Juneau (Reference: All cases)(Stanley, Richard) |
| 2:10-md-2179 | 22252 | 02/15/2017 | ORDER & REASONS: Granting Final Approval of the HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document; Signed by Judge Carl Barbier on 2/15/17. (Attachments: # 1 Exhibit A)(Reference: 12-970, 15-4143, 15-4146, and 15-4654)(sek) (Entered: 02/15/2017) |
| 2:10-md-2179 | 22269 | 02/17/17 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 2/17/2017. Motion to Authorize the Claims Administrator to Implement Settlement re Oil & Gas Support Industry Claims re "Moratoria Loss" Holds/Review (Rec. Doc. 11156): Class Counsel and  shall discuss and attempt to come to an agreement over the next 60 days, and then report to the Court. Motion to Interpret and Enforce the Settlement Agreement (re Customer Mix Test/Policy 345 v.3) (Rec. Doc.14599): ORDERED that shall file a response no later than March 10, 2017. Request that Court allow counsel for claimants in Economic Settlement to obtain contact information for other claimants' counsel who have similar issues pending in the Economic Settlement: ORDERED that the request is DENIED. (Court Reporter Karen Ibos.) (Reference: ALL CASES)(gec) (Entered: 02/17/2017) |
| 2:10-md-2179 | 22288 | 02/21/2017 | RESPONSE/MEMORANDUM in Opposition filed by Defendants  Exploration & Production Inc., America Production Company re 22079 MOTION for Reconsideration, 22087 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of Commercial Metals Company, 22057 MOTION for Reconsideration re 22003 Order PTO 60 Reconciliation Order, 22080 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | MOTION for Reconsideration re 22003 Order, of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, and Julvana, LLC and, 22082 MOTION for Reconsideration re 22003 Order, 22081 MOTION for Reconsideration re 22003 Order, 22086 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of AHT, Inc., 22089 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of SMI Steel, LLC,22076 MOTION reconsideration of denial of motion to re-open, 22083 MOTION for Reconsideration re 22003 Order, 22090 MOTION for Reconsideration re 22003Order of December 16, 2016 Dismissing the Claims of Commercial Metals Company, AHT, Inc., CMC Steel Fabricators, Inc. and SMI Steel, LLC, 22034 MOTION for Reconsideration re 22003 Order Specifically as it Applies to Referenced Cases, 22059 MOTION for Reconsideration re 22003 Order Specifically as it Applies to Referenced Cases, 22084 MOTION for Reconsideration re 22003 Order, 22091 Amended MOTION for Reconsideration with Respect to the Court's Order of December 16, 2016, Dismissing the Claims of Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, 22088 MOTION for Reconsideration re 22003 Order of December 16, 2016 Dismissing the Claims of CMC Steel Fabricators, Inc., 22074 MOTION for Reconsideration re 22003 Order, Specifically as it Applies to Referenced Cases. (Reference: 13-1117, 13-1437, 13-2033, 13-2786, 13-2791, 13-5367, 13-6009, 16-4122, 16-4123, 16-4124, 16-4151, 16-6216, 16-6259, 16-6298, 16-6329, 16-6330, 16-6333, 16-7048, 16-7285, 16-11519, 16-11539, 16-11546, 16-11641, 16-11698, 16-11707, 16-11711, 16-13364, 16-13365, 16-13366, 16-13367)(Haycraft, Don) Modified on 2/22/2017 (gec). (Entered: 02/21/2017) |
| 2:10-md-2179 | 22294 | 02/22/2017 | NOTICE by Patrick A. Juneau re 22248 Status Report Notice of Filing of PowerPoint presentation utilized by the Claims Administrator at the Status |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Conference conducted in this Court on February 17, 2017. (Attachments: # 1Exhibit Status Conference PowerPoint Presentation)(Reference: All cases)(Stanley, Richard) (Entered: 02/22/2017) |
| 2:10-md-2179 | 22297 | 02/22/2017 | PRETRIAL ORDER #64 (PTO 64): CASE MANAGEMENT ORDER NO. 6 - Re various pleading bundles within MDL 2179 as well as CA 12-987. Parties are required to respond as forth in document. Signed by Judge Carl Barbier on 2/22/17. (Attachments: # 1 Exhibit A)(Reference: all cases and 12-987)(sek) (Entered: 02/22/2017) |
| 2:10-md-2179 | 22312 | 02/23/2017 | EXPARTE/CONSENT MOTION to Withdraw Document 22074 MOTION for Reconsideration re 22003 Order, Specifically as it Applies to Referenced Cases by Plaintiffs Breathwit Marine Contractors, Ltd., Breathwit Marine Shipyard, Ltd. (Attachments: #1 Proposed Order)(Reference: 13-2786, 16-11539, 16-11546)(Williamson, Jimmy) Modified on 2/24/2017 (gec). (Entered: 02/23/2017) |
| 2:10-md-2179 | 22331 | 03/02/2017 | NOTICE of Voluntary Dismissal With Prejudice as to Plaintiffs Chapel Hill, LLC, Trapani's Eatery Inc., Toucan's Grill, LLC, Breathwit Marine Contractors, Ltd., Breathwit Marine Shipyard, Ltd., Pearlington Clay Port, LLC, Coastal Mining & Marine, LLC, Pearlington Clay, LLC . (Reference: 13-2033, 16-11519, 13-1069, 13-1863, 13-2786, 16-11539, 16-11546, 16-11711, 16-11641, 16-11707)(Martin, Stephen) Modified on 3/2/2017 (sek). (Entered: 03/02/2017) |
| 2:10-md-2179 | 22387 | 03/16/2017 | EXPARTE/CONSENT MOTION to Seal Document by Plaintiffs represented by Brent Coon & Associates. (Attachments: #1 Proposed Order, #2 Motion for Status Conference, #3 Proposed Order, #4 Notice of Submission)(Reference: 13-6009, 13-6010, 13-5367, 14-1106, 14-357, 14-358, 14-359, 14-1321, 15-6651, 13-1717)(Coon, Brent) (Additional attachment(s) added on 3/17/2017: #5 Memorandum in Support - Sealed, #6 Exhibits - Sealed) (gec). Modified on 3/17/2017 (gec). (Entered: 03/16/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 22390 | 03/17/2017 | ORDER Regarding Claims in the Economic Settlement that Are Subject to Moratoria Hold. It is ORDERED that any Claimant who has received a notice from the Settlement Program that his, her, or its claim is subject to a "Moratoria Hold" and that claim has not been resolved by March 25, 2017, shall have the option to exclude ("Opt Out") that claim from the Settlement Program and proceed in litigation. Claimants who wish to avail themselves of this option must properly complete and submit the attached Opt-Out Form (Exhibit A to this Order) no later than April 24, 2017. It is FURTHER ORDERED that any Claimant who elects to Opt Out a claim pursuant to this Order and has not previously filed an individual complaint and complied with Pretrial Order No. 60 must file an individual complaint (one per plaintiff) and Sworn Statement that substantially complies with the requirements of Pretrial Order No. 60 (10-md-2179, Rec. Doc. 16050) by no later than June 23, 2017. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: 12-970)(gec) (Entered: 03/17/2017) |
| 2:10-md-2179 | 22411 | 03/21/2017 | EXPARTE/CONSENT MOTION to Withdraw Document re 22083 MOTION for Reconsideration re 22003 Order, MOTION to Seal by Plaintiffs Gauci's Custom Buildings and Developing, LLC, Winter Garden Italian American Bistro LLC and Joseph V. Gauci, Karen Gauci . (Attachments: # 1 Proposed Order)(Reference: 13-6009, 16-7048)(Coon, Brent) Modified on 3/22/2017 (gec). (Entered: 03/21/2017) |
| 2:10-md-2179 | 22412 | 03/21/2017 | EXPARTE/CONSENT MOTION to Withdraw Document re 22091 Amended MOTION for Reconsideration re 22003 Order, Amended MOTION to Seal by Plaintiffs Daniel K. Chang, Julia Chang, Avery Investments, LLC, Hilltop Investments, LLC, Magnolia Professional Center, LLC, Old Spanish Farm, LLC, Julvana, LLC. (Attachments: #1 Proposed Order)(Reference: 16-6329)(Coon, Brent) Modified on 3/22/2017 (gec). (Entered: 03/21/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 22423 | 03/21/2017 | ORDER of USCA as to 22085 Notice of Appeal, filed by Plaintiff. Under FED R. APP. P. 42(b), the appeal as to appellants Mr. James Cannella, First National Bank, USA, Friends and Company, Louisiana Oil Works, Mr. Roger Pierron, Et Al, is dismissed as of March 16, 2017, pursuant to appellants' motion. Signed by Clerk, entered at the direction of the Court. (Reference: 13-97, 16-13365, 16-13367, 16-6259, 16-13366, 16-13364, 13-6009, 16-7048, 16-6329, 13-5367, 16-6216, 16-6333, 16-6298, 16-6330, 16-7285)(gec) (Entered: 03/21/2017) |
| 2:10-md-2179 | 22460 | 03/22/2017 | NOTICE of Voluntary Dismissal With Prejudice by Plaintiff Gangi Shrimp Company, LLC. (Reference: 13-1117)(Martin, Stephen) Modified on 3/28/2017 (gec). (Entered: 03/22/2017) |
| 2:10-md-2179 | 22488 | 03/23/2017 | ORDERED that the Motions to Voluntarily Withdraw Motions for Reconsideration (Rec. Doc.22411, 22412, 22414) are GRANTED and the following Motions for Reconsideration are hereby WITHDRAWN: Motion for Reconsideration re: Gauci's Custom Buildings and Developing, LLC, et al. (Rec. Doc.22083); Motion and Amended Motion for Reconsideration re: Daniel K. Chang, et al. (Rec. Docs.22080, 22091); and Motion for Reconsideration re: Coast Products, LLC and Laurcon Capital LP (Rec. Doc. 22082). Signed by Judge Carl Barbier on 3/22/2017. (Reference: 13-6009, 16-7048, 16-6329, 13-5367, 16-6216)(gec) (Entered: 03/23/2017) |
| 2:10-md-2179 | 22505 | 03/28/2017 | EXPARTE/CONSENT MOTION to Amend/Correct the Record Regarding Compliance with PTO 60 by Plaintiffs Alegion, Inc., Construction Solutions, Inc., Industrial Valve Sales & Service, Inc., Carson Kimbrough, Kimbreaux Trading, Inc., Carol Terrebonne dba the Seafood Shed and Roger Lartigue. (Attachments: #1 Exhibit, #2 Exhibit, #3 Proposed Order)(Reference: 13-2415, 12-347, 13-1264, 13-1240, 13-2242, 16-5409, 16-5437, 16-5877)(Nicholas, Steven) Modified on 3/29/2017 (gec). (Entered: 03/28/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 22513 | 03/30/2017 | EXPARTE/CONSENT MOTION to Withdraw Document re 22057 MOTION for Reconsideration re 22003 Order PTO 60 Reconciliation Order by Plaintiff T. Duffy Builders, LLC. (Reference: 13-1437)(gec) (Additional attachment(s) added on 3/30/2017: #1 Proposed Order) (gec). (Entered: 03/30/2017) |
| 2:10-md-2179 | 22514 | 03/30/3017 | ORDER re 22505 Motion to Correct the Record Regarding Compliance with PTO 60. It is ORDERED that Docs. 20992-1, 20992-2, 20996-1, 20996-2 and 22247-1 be corrected to add Alegion, Inc., Carol Terrebonne, Carson Kimbrough, Construction Solutions, Inc., Industrial Valve Sales & Service, Inc., Kimbreaux Trading, Inc., Roger Lartigue to the list in order to identify Movants as having complied with PTO 60 and therefore subject to further proceedings in this Court. Signed by Judge Carl Barbier. (Reference: 13-2415, 12-347, 13-1264, 13-1240, 13-2242, 16-5409, 16-5437, 16-5877, 10-2116)(gec) (Entered: 03/30/2017) |
| 2:10-md-2179 | 22516 | 03/30/2017 | ORDER granting 22512 Motion to Withdraw 22057 MOTION for Reconsideration re 22003 Order PTO 60 Reconciliation Order. Signed by Judge Carl Barbier. (Reference: 13-1437)(gec) (Entered: 03/30/2017) |
| 2:10-md-2179 | 22609 | 04/06/2017 | EXPARTE/CONSENT MOTION to Withdraw Document re 22076 MOTION reconsideration of denial of motion to re-open case by Plaintiff Gangi Shrimp Company, LLC. (Reference: 13-1117)(Martin, Stephen) Modified on 4/10/2017 (gec). (Entered: 04/06/2017) |
| 2:10-md-2179 | 22610 | 04/07/2017 | EXPARTE/CONSENT MOTION to Withdraw Document re 22059 MOTION for Reconsideration re 22003 Order, by Plaintiffs Chapel Hill, LLC, Coastal Mining & Marine, LLC, Pearlington Clay LLC, Pearlington Clay Port LLC. (Reference: 13-2033, 16-11519, 16-11641, 16-11707, 16-11711 )(Martin, Stephen) Modified on 4/10/2017 (gec). (Entered: 04/07/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 22624 | 04/07/2017 | ORDER granting 22609 Motion to Withdraw 22076 MOTION reconsideration of denial of motion to re-open. Signed by Judge Carl Barbier. (Reference: 13-1117)(gec) (Entered: 04/10/2017) |
| 2:10-md-2179 | 22627 | 04/10/2017 | ORDER denying 22622 Motion for extension of Time to Respond to Pretrial Order 64.  Signed by Judge Carl Barbier.  (Reference:  13-4437)(gee) (Entered: 04/10/2017) |
| 2:10-md-2179 | 22630 | 04/11/2017 | EXPARTE/CONSENT MOTION to Voluntarily Withdraw Combined Motion for Reconsideration, to alter or amend judgment, and/or for relief from judgment, with respect to the Court's Order of December 16, 2016 dismissing St. Joe Beach with prejudice, pursuant to Rule 59 and Rule 60(b), Fed. R. Civ. P. [Rec. Doc. 22074], by Plaintiffs St. Joe Beach Property, LLC, and Bungalows at Sanctuary only. (Attachments: #1 Proposed Order)(Reference: 2:13-cv-5367;   2:16-cv-06333)(Coon,   Brent) Modified on 4/11/2017 (sek). (Entered: 04/11/2017) |
| 2:10-md-2179 | 22631 | 04/11/2017 | ORDER granting 22610 Motion to Withdraw 22059 MOTION for Reconsideration re 22003Order. Signed by Judge Carl Barbier. (Reference: 13-2033, 16-11519, 16-11641, 16-11707, 16-11711)(gec) (Entered: 04/11/2017) |
| 2:10-md-2179 | 22753 | 04/20/2017 | ORDER granting 22630 Motion to Withdraw 22084 MOTION for Reconsideration with respect to St. Joe Beach Property, LLC and Bungalows at Sanctuary Beach, LLC; the Motion for Reconsideration is not withdrawn with respect to Henry L. Perry. Signed by Judge Carl Barbier. (Reference: 13-5367, 16-6333)(gec) (Entered: 04/20/2017) |
| 2:10-md-2179 | 22769 | 04/27/2017 | STATUS REPORT #54 by Patrick A. Juneau (Attachments:   #1   Exhibit   A)(Reference:   All cases)(Stanley, Richard) (Entered: 04/27/2017) |
| 2:10-md-2179 | 22778 | 05/04/2017 | ORDERED that the three motions for extension of time to comply with Pretrial Order 63 or Pretrial Order 64 (Rec. Docs. 22728, 22773, 22775) are DENIED. Signed by Judge Carl Barbier. (Reference: 11-318, 11-1055, 16-4351, 16-4622, 16-4623, 16- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 4624, 16-4626, 16-4628, 16-4629, 16-4635, 16-4636, 16-4718, 16-4742, 16-4906, 16-4928, 16-4934, 16-4938, 16-4942, 16-4944, 16-4946, 16-4950, 16-4956, 16-5020, 16-4888, 16-4711, 16-4732, 16-5013, 16-4890, 16-4929, 16-5324, 16-4925, 16-4383, 16-4365, 16-4412, 16-4399, 16-4363, 16-4366, 16-4377, 16-4398, 16-5371, 16-4395, 16-4400, 16-4360, 16-5227, 16-4409, 16-4410, 16-4370, 16-5333, 16-4405, 16-6330, 16-4402, 16-4368, 16-4389, 16-4361, 16-4381, 16-4380, 16-4384, 16-4386, 16-5463, 16-4407, 16-4387, 16-4396, 16-4707, 16-4729, 16-4750, 16-4913, 16-4632, 16-4910, 16-4633, 16-5017, 16-4735, 13-1263, 13-1552, 13-1634, 13-2005, 13-2018, 13-2204, 13-2215, 13-2220, 13-2221, 13-2222, 13-2223, 13-2298, 13-2318, 13-2329, 13-2332, 13-2333, 13-2342, 13-2360, 13-2372, 13-2378, 13-2383, 13-2389, 13-2391, 13-4756, 13-5074)(gec) (Entered: 05/04/2017) |
| 2:10-md-2179 | 22824 | 05/15/2017 | ORDER Regarding Motions for Reconsideration, Etc., of the "PTO 60 Reconciliation Order". It is ORDERED that Weller, Green, Toups & Terrell, L.L.P.'s Motion for Leave to Reply (Rec. Doc. 22055) is GRANTED. It is ORDERED that Brent Coon & Associates' Motion to File Under Seal (Rec. Doc.22117) is DENIED. It is ORDERED that the Motions for Reconsideration (Rec. Docs. 22034, 22100,22086,22087,22088,22089,22090,22079,22084 are DENIED. Signed by Judge Carl Barbier. (Reference: 16-4122, 16-4123, 16-4124, 16-4154, 16-13365, 16-13364, 16-13367, 16-13366, 16-6259, 13-2791, 16-6330, 16-7285, 16-6298, 13-5367, 16-6333)(gec) (Entered: 05/15/2017) |
| 2:10-md-2179 | 22940 | 06/15/2017 | ORDER of USCA regarding designation of record as to Notices of Appeal 22085, 22095, 22096, 22097, 22098, 22099, 22139, 22140, 22141, 22142, 22223. Signed by Clerk. Entered at the direction of the Court. (Reference: 13-97, 16-13365, 16-13367, 16-6259, 16-13366, 16-13364, 13-6009, 16-7048, 16-6329, 13-5367, 16-6216, 16-6333, 16-6298, 16-6330, 16-7285)(gec) (Entered: 06/19/2017) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 23048 | 07/18/2017 | ORDER re 22479 MOTION to Dismiss *Released Claims Pursuant to PTO No. 64*. It is ORDERED that Exhibits A and D to the Release Motion shall be UNSEALED. It is FURTHER ORDERED that any response/opposition to the Release Motion shall be filed by Tuesday, August 8, 2017. Responses shall not exceed 25 pages, double-spaced. BP may file a reply in support of the Release Motion by Tuesday, August 15, 2017. The reply shall not exceed 10 pages, double-spaced. It is FURTHER ORDERED that BP shall serve (by mail or email) a copy of this Order and a copy of the Release Motion on any plaintiff (or the plaintiff's attorney, if represented) who is targeted by the Release Motion. When serving the Release Motion on a particular plaintiff, BP shall include only that portion of Exhibit B to the Release Motion that pertains to the plaintiff being served, and BP shall omit that portion of Exhibit B that does not pertain the plaintiff being served. Signed by Judge Carl Barbier. (Reference: Certain Cases in the B1 Pleading Bundle)(gec) (Entered: 07/18/2017) |
| 2:10-md-2179 | 23049 | 07/18/2017 | ORDER re 22480 MOTION to Dismiss *as to Presentment Filed in Accordance with PTO No. 64*. It is ORDERED that any response/opposition to the Presentment Motion shall be filed by Tuesday, August 8, 2017. Responses shall not exceed 25 pages, double-spaced. BP may file a reply in support of the Presentment Motion by Tuesday, August 15, 2017. The reply shall not exceed 10 pages, double-spaced. It is FURTHER ORDERED that BP shall serve (by mail or email) a copy of this Order and a copy of the Presentment Motion on any plaintiff who is a target of the Presentment Motion and who is not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: Certain Cases in the B1 Pleading Bundle)(gec) (Entered: 07/18/2017) |
| 2:10-md-2179 | | 07/19/2017 | ORDER as to the Remaining Cases in the B1 Pleading Bundle Following PTO 60, PTO 64 22297, and the Moratorium Hold Opt-Out Order 22390. It is ORDERED that the 215 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 60 and PTO 64. To the extent a plaintiff listed in EXHIBIT 1 asserted in his/her/its individual complaint a B1 claim under the Oil Pollution Act of 1990, 33 U.S.C. 2701 et seq., and/or general maritime law, which has not been otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 419 plaintiffs listed in EXHIBIT 2 to this Order are deemed to be compliant with PTO 60, but are not compliant with PTO 64. To the extent a plaintiff in EXHIBIT 2 asserted or could have asserted a B1 claim under general maritime law, that claim is DISMISSED WITH PREJUDICE. To the extent a plaintiff in EXHIBIT 2 asserted in its individual complaint a B1 claim under OPA which was not otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 344 individuals and entities listed in EXHIBIT 3 are not compliant with PTO 60 or PTO 64. The B1 claims of the individuals and entities listed in EXHIBIT 3 previously were dismissed with prejudice in the Compliance Order (Rec. Doc.20996) or, in select instances, the PTO 60 Reconciliation Order (Rec. Doc. 22003). It is FURTHER ORDERED that the cases listed in EXHIBIT 4 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall, to the extent practicable, mail or e-mail a copy of this Order and the attached Exhibits to all parties who indicated on their PTO 64 Sworn Statement or PTO 60 Sworn Statement that they are not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Reference: All Cases in the B1 Pleading Bundle)(gec) (Entered: 07/19/2017) |
| 2:10-md-2179 | 23056 | 07/21/2017 | EXPARTE/CONSENT MOTION to Seal by BCA Law Firm Plaintiffs. (Attachments: # 1 Proposed Order, #2 Proposed Pleading)(Reference: 17-02881)(Coon, Brent) Modified on 7/26/2017 (gec). (Additional attachment(s) added on 7/26/2017: #3 Proposed Pleading SEALED Motion, #4 SEALED Memorandum, #5 SEALED Exhibit I, #6 SEALED Exhibit II, #7 SEALED Proposed Order) (gec). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Entered: 07/21/2017) |
| 2:10-md-2179 | 23060 | 07/25/17 | Plaintiff's Memorandum in Support of Motion For Reconsideration with Respect to Court's Order of July 19, 2017 dismissing the claim of Kern Martin Services Inc. |
| 2:10-md-2179 | 23099 | 07/31/2017 | NOTICE by Plaintiff Kern Martin Services, Inc re 23060 MOTION for Reconsideration of Court's Order of July 19, 2017 Dismissing the Claims of Kern Martin Services, Inc.. (Attachments: #1 Exhibit A - Sworn Statement)(Reference: 17-5364)(Nicholas, Steven) Modified on 8/3/2017 (gec). (Entered: 07/31/2017) |
| 2:10-md-2179 | 23254 | 08/11/2017 | MOTION for Reconsideration re 23051 Order, by Claimants represented by the Buzbee Law Firm. (Attachments: #1 Memorandum In Support of Motion for Reconsideration, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C1, #5 Exhibit C2, #6 Exhibit C3, #7 Exhibit C4, #8 Exhibit C5, #9 Exhibit C6, #10 Exhibit D, #11Proposed Order)(Reference: 13-2791, 16-6330, 16-4389, 16-4366, 16-4380, 16-4386, 16-4487, 16-4392, 16-4473, 16-6056, 16-5923, 16-6262, 16-5941, 16-5948 and Actions All Listed in Exhibit A)(Buzbee, Anthony) Modified on 8/11/2017 (gec). (Entered: 08/11/2017) |
| 2:10-md-2179 | 23263 | 08/15/2017 | MOTION for Reconsideration re 23051 Order, by Plaintiff Ultra Wireline Services, LLC. (Attachments: #1 Memorandum in Support, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C)(Reference: 17-5493)(Centola, Lawrence) Modified on 8/16/2017 (gec). (Entered: 08/15/2017) |
| 2:10-md-2179 | 23264 | 08/15/2017 | MOTION for Reconsideration re 23051 Order, by Plaintiff Mark Rodgers. (Attachments: #1 Memorandum in Support, #2 Exhibit A)(Reference: 17-5491)(Centola, Lawrence) Modified on 8/16/2017 (gec). (Entered: 08/15/2017) |
| 2:10-md-2179 | 23265 | 08/15/2017 | MOTION for Reconsideration re 23051 Order, by Plaintiff Romy Berel, III. (Attachments: #1 Memorandum in Support, #2 Exhibit A, #3 Exhibit B)(Reference: 17-5490)(Centola, Lawrence) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Modified on 8/16/2017 (gec). (Entered: 08/15/2017) |
| 2:10-md-2179 | 23372 | 08/17/2017 | MOTION for Reconsideration re 23051 Order, by Plaintiff Raoul A. Galan Jr. (Reference: 17-6133, 17-6131, 17-6134, 17-6135)(gec) (Entered: 09/08/2017) |
| 2:10-md-2179 | 23278 | 08/17/2017 | MOTION to Amend/Correct 23051 Order, by Plaintiffs Action Restoration, Inc., SGI Land Company, LLC, Ocean Flex OMTS, Wentzell Innovations DBA Chum Churn, Tommys Gulf Seafood, Luke Martin, Nelson Mast, Russell Lengacher, C-IV Ventures, Inc., James Glick, Jacob Glick, Loren Glick, Tien Thi Hoang. (Attachments: #1 Memorandum in Support)(Reference: 16-6175; 16-6347; 12-1422; 12-11744; 16-11716; 16-9458; 16-6610; 16-6303; 16-6335)(Coon, Brent) Modified on 8/18/2017 (gec). (Entered: 08/17/2017) |
| 2:10-md-2179 | 23321 | 08/23/2017 | ORDER Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order. Regarding the PTO 63 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by Friday, September 8, 2017. Regarding the PTO 64 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order: No response may exceed 25 pages, double-spaced without leave of Court. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle B1 and All Remaining Cases in Pleading Bundle B3) (gec) (Entered: 08/23/2017) |
| 2:10-md-2179 | 23379 | 09/08/2017 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re Motions for Reconsideration re 23051 Order (23060, 23085, 23091, 23254, 23264, 23265, 23370, 23371, 23372); 23278 Motion |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | to Amend/Correct 23051 Order . (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3)(Reference: All Remaining Cases in Pleading Bundle B1)(Haycraft, Don) Modified on 9/11/2017 (gec). (Additional attachment(s) added on 9/11/2017: #4 SEALED Exhibit 1) (gec). (Entered: 09/08/2017) |
| 2:10-md-2179 | 23380 | 09/08/2017 | EXPARTE/CONSENT MOTION to Seal Document by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: #1 Proposed Order)(Reference: All Remaining Cases in Pleading Bundle B1)(Haycraft, Don) Modified on 9/11/2017 (gec). (Entered: 09/08/2017) |
| 2:10-md-2179 | 23381 | 09/11/2017 | ORDER granting 23380 Motion to Seal Exhibit 1 re 23379 Response to Motion. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle "B1")(gec) (Entered: 09/11/2017) |
| 2:10-md-2179 | 23433 | 09/21/2017 | ORDER & REASONS as to BP's Dispositive Motion as to Presentment (Rec. Doc. 22480). It is ORDERED that the motion is GRANTED IN PART. It is FURTHER ORDERED that the claims asserted by the following plaintiffs are DISMISSED WITH PREJUDICE: 10-2771 Louisiana Workers' Compensation Corporation; 16-6349 Dailey's Iron & Machine Works, Inc; 16-6334 Midnite Energy, Inc; 16-7295 Monster Heavy Haulers, LLC; 16-7262 Fred Gossen Company, LLC; 16-6337 The Carmel Group, Inc; 16-6383 Finance Motors of Crowley, LLC; 16-7269 Hernandez Properties, LLC; 16-6009 James Crocker; 16-6233 Hilton Creel; 16-6339 Carmel Enterprises, LLC; 13-1146 & 16-4184 Ballay, Braud & Colon, PLC; 16-4104 Sanderson Realty, Inc; 16-6384 Deep South Machine, Inc; 16-6364 Fred Gossen Carmel Foods, LLC; 15-1943 Williams Fabrication Inc; 16-7273 Highway 14 Cattle Company; 16-6017 Barfield Produce, LLC; 16-3927 Bunni J. Ladner; 13-2791 & 16-6309 Omar Garcia. The Clerk of Court is instructed to close those of the above cases with no remaining plaintiffs. It is FURTHER ORDERED that the personal injury claims of Kent McConaghy and Kara McConaghy, individually and on behalf of their children, asserted in case no. 17-3116 are |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | PRESERVED and are not dismissed. It is FURTHER ORDERED that the claims of the McConaghys asserted in case nos. 13-5369, 13-5371, and 16-5862 are DISMISSED as stated within document. It is FURTHER ORDERED that all claims by all other remaining plaintiffs in case nos. 13-5369 and 13-5371 are DISMISSED, and the Clerk of Court shall close case nos. 13-5369 and 13-5371 as stated within document. Signed by Judge Carl Barbier. (Reference: Certain Cases Remaining in the B1 Pleading Bundle) (gec) (Entered: 09/21/2017) |
| 2:10-md-2179 | 23560 | 10/20/2017 | ORDER & REASONS. It is ORDERED that BP's Dispositive Motion as to Released Claims (Rec. Doc. 22479 ) is GRANTED IN PART and the following claims are DISMISSED with prejudice: Lamulle Construction, L.L.C. 16-4181, Alabama Roll, Inc. 13-2232, Cephas Concrete (Patrick D Franklin, Sr.) 16-6003, Cutting Horse Yachts, LLC d/b/a Chittum Skiffs 16-5831, Barry Gene Fanguy 13-1900, Sidney Rafael Floyd, Jr. 16-3804, Fred Gossen Co., LLC 16-7262, Mitchell Lee Galbreath 13-1626, Harris Builders, LLC 16-5451, Ryan C. Harry 16-3878, Kibbe & Company, Inc. 13-2677, Samuel Jay Lyons 16-5770, Nicole Moxey 16-5906, OBrien Crab Company (Stacie T. OBrien) 16-4799, Peyton Cottrell Interest, Inc. 13-1829, RK Turbine Consultants, LLC 16-6980, Richard Lee Blick 16-4061, Richard E. Seward, Sr. 16-4068, Richard E. Seward, Jr. 16-4072, Jelp Barber 16-5533, Johnny's Clams, Inc. 16-5541, David K. Edwards 16-6696, Dach V. Hoang 16-6071, Tuoi Pham 16-6200, DDK Partners 16-7155. It is FURTHER ORDERED that the claims of Mark Mead (No. 10-3261) and Raymond Merchant (No. 15-4290) are DISMISSED IN PART and only insofar as they assert "Released Claims" as stated within document. To the extent Mead or Merchant assert "Bodily Injury Claims," "Moratoria Losses," or any other "Expressly Reserved Claims," as defined under the Economic Settlement, those claims are NOT dismissed. It is FURTHER ORDERED that Perry Family Properties, LLC's Motion to Amend Sworn Statement (Rec. Doc. 23159) is GRANTED. It is FURTHER |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | ORDERED that the motions for leave to file sur-replies by Jelp Barber and Johnny's Clams, Inc. (Rec. Docs.23320, 23322) are GRANTED. It is FURTHER ORDERED that the motion for leave to file sur-reply (Rec. Doc. 23327) is DENIED. Signed by Judge Carl Barbier. (Attachments: #1 Exhibits A - B) (Reference: Certain Cases Remaining in the B1 Pleading Bundle)(gec) (copy mailed to Raymond Merchant) (Entered: 10/20/2017) |
| 2:10-md-2179 | 23591 | 10/31/2017 | STATUS REPORT No. 56 2017 Q3 by Patrick A. Juneau (Attachments: #1 Exhibit A)(Reference: All cases)(Stanley, Richard) (Entered: 10/31/2017) |
| 2:10-md-2179 | 23649 | 11/08/2017 | ORDER As to the Motions for Reconsideration, Etc. of the PTO 64 Compliance Order (Rec. Doc.23051). It is ORDERED that the Motion for Leave to File Reply (Rec. Doc. 23454) is GRANTED. It is FURTHER ORDERED that the following plaintiffs are deemed to be COMPLIANT with both PTO 60 and PTO 64: Union de Fileteros de Cucharas Jose Luis Palacios Medina (No. 16-4806), S.C.C.P.P. Mano de Leon, S.C. de R.L. (No. 16-4366), S.C.P.P. Barra de Santa Maria, S.C. de R.L. (No. 16-4487), S.C.P.P. Barra de Boca Ciega, S.C. de R.L. (No. 16-4392), S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. (No. 16-4373), Leoutha Batiste (No. 16-4154). It is FURTHER ORDERED that the Motion for Reconsideration by Union de Fileteros de Cucharas Jose Luis Palacios Medina (Rec. Doc.23085) is GRANTED, the Motion for Reconsideration by Leoutha Batiste (Rec. Doc.23395) is GRANTED, and the Motion for Reconsideration by the Buzbee Law Firm (Rec. Doc. 23254) is GRANTED IN PART. It is FURTHER ORDERED that, except as stated above, the Buzbee Law Firm's Motion for Reconsideration (Rec. Doc. 23254) is DENIED. It is FURTHER ORDERED that the following plaintiffs are deemed to be COMPLIANT with PTO 60 and NON-compliant with PTO 64: Tommys Gulf Seafood (No. 16-6610), C-IV Ventures, Inc. (No. 16-6335), Jacob Glick (No. 16-6303), Loren Glick (No. 16-6303), Thien Thi Hoang (No. 16-6175). It is FURTHER ORDERED that the Motion for Reconsideration by Brent Coon (Rec. Doc. 23278) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | is GRANTED IN PART. It is FURTHER ORDERED that, except as provided above, the Motion for Reconsideration by Brent Coon (Rec. Doc. 23278) is DENIED. It is FURTHER ORDERED that the following Motions for Reconsideration are DENIED: Kern Martin Services, Inc.'s Motion for Reconsideration (Rec. Doc. 23060), Waltzer Wiygul & Garside LLC's Motion for Reconsideration (Rec. Docs. 23091), Ultra Wireline Services, LLC, Mark Rodgers, and Romy F. Berel III's Motions for Reconsideration (Rec. Docs. 23263, 23264, 23265); Richard McBride, Power House Church of God Holy Ghost Power, Joe L. Thompson, Jr., Ricky Liddell, Ester Watson, Martha Caradine, Blondine McBride, Ashley Thompson, and Lisa McBride's Motions for Reconsideration (Rec. Docs.23370,23371,23392,23393,23394,23396,23397,23398,23399), Raoul A. Galan, Jr., et al.'s Motion for Reconsideration (Rec. Doc.23372), Nagan Srinivasan's Motion for Reconsideration (Rec. Doc. 23379-4), as stated within document. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4) (Reference: Cases in the B1 Pleading Bundle)(gec) (Entered: 11/08/2017) |
| 2:10-md-2179 | 23717 | 11/27/2017 | NOTICE OF APPEAL by Plaintiffs Action Restoration, Inc., SGI Land Company, LLC, Gary Pesce d/b/a Ocean Flex Omts, Kyrt M. Wentzell, Individually and Kyrt M. Wentzell, Innovations d/b/a Chum Churn, Russell Lengacher, Nelson Mast, Luke Martin, James Glick as to 23649 Order on Motion for Reconsideration. (Filing fee $ 505, receipt number 053L-6493051.) (Reference: 12-1422, 16-11744, 16-11716, 16-9458, 16-6303, 13-5367, 13-6009, 13-6010)(Coon, Brent) Modified on 11/28/2017 (gec). (Entered: 11/27/2017) |
| 2:10-md-2179 | 23722 | 11/30/2017 | NOTICE OF APPEAL by Plaintiffs Ultra Wireline Services, LLC, Mark Rodgers, Romy F. Berel, III as to 23051 Order. (Filing fee $ 505, receipt number 053L-6504141.) (Reference: 17-5493; 17-5491; 17-5490)(Centola, Lawrence) Modified on 12/1/2017 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|  |  |  | (gec). (Entered: 11/30/2017) |
| 2:10-md-2179 | 23727 | 12/01/2017 | NOTICE OF APPEAL by Plaintiff Kern Martin Services, Inc. as to 23649 Order on Motion for Reconsideration. (Filing fee $ 505, receipt number 053L-6506314.) (Reference: 17-5364)(Nicholas, Steven) Modified on 12/4/2017 (gec). (Entered: 12/01/2017) |
| 2:10-md-2179 | 23737 | 12/06/2017 | NOTICE OF APPEAL by Daniel Cepeda et al as to 23649 Order on Motion for Reconsideration. (Filing fee $ 505, receipt number 053L-6515265.) (Attachments: #1 Exhibit A)(Reference: 13-2791, 16-6330, 16-5166, 16-7285, 16-6298, 16-4389, 16-4380, 16-4386, 16-6056, 16-5923, 16-6262, 16-5941, 16-5948 and Actions All Listed in Exhibit A)(Buzbee, Anthony) Modified on 12/7/2017 (gec). (Entered: 12/06/2017) |
| 2:10-md-2179 | 23761 | 12/11/2017 | MOTION for Extension of Time/NOTICE OF APPEAL by Plaintiff Raoul A. Galan, Jr. as to 23649 Order on Motion for Reconsideration. (Reference: 17-6133, 17-6131, 17-6134, 17-6135)(gec) Modified on 12/13/2017 (gec). (Entered: 12/12/2017) |
| 2:10-md-2179 | 23768 | 12/13/2017 | ORDER denying 23761 Motion for Extension of Time to File Notice of Appeal. Signed by Judge Carl Barbier.(Reference: 17-6133, 17-6131, 17-6134, 17-6135) (copy mailed to Raoul A. Galan, Jr.)(gec) (Entered: 12/13/2017) |

**Index of Relevant CIVIL ACTION NO 2:16-CV-09458**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-09458 | 1 | 06/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5481390) filed by Kurt M. Wentzell Innovations d/b/a Chum Churn. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit)Attorney Eric Wayne Newell added to party Kurt M. Wentzell Innovations d/b/a Chum Churn(pty:pla).(Newell, Eric) (Entered: 06/09/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-09458 | 2 | 06/10/2017 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (mmv) (Entered: 06/10/2016) |
| 2:16-cv-09458 | 3 | 07/22/2017 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 07/22/2016) |
| 2:16-cv-09458 | 4 | 07/22/2017 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/22/2016) |
| 2:16-cv-09458 | 5 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |

**Index of Relevant CIVIL ACTION NO 2:13-CV-05367**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:13-cv-05367 | 1 | 10/03/2013 | Case transferred in from District of Northern Florida; Case Number 3:13-0245. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Complaint - Part 1, # 2 Complaint - Part 2, #3 Exhibit to Complaint, # 4 Docket Sheet)(gec, ) (Entered: 10/11/2013) |
| 2:13-cv-05367 | 2 | 10/15/2013 | PRETRIAL ORDERS #1, #11, #12, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO 11, # 2 PTO 12, # 3 PTO 25, # 4 PTO 31, # 5 PTO 41 2nd Amended)(gec, ) (Entered: 10/15/2013) |
| 2:13-cv-05367 | 3 | 10/15/2013 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 5/20/2013.(gec, ) (Entered: 10/15/2013) |
| 2:13-cv-05367 | 4 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Service, Inc. by Ibolya Molinar. (gec) Modified on 5/2/2016 (gec). (10md2179, #16543) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 5 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Service, Inc. by National Save the Sea Turtle Foundation Inc. (gec) Modified on 5/2/2016 (gec). (10md2179, #16544) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 6 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | entities and Halliburton Energy Service, Inc. by John Vitola. (10md2179, #16548)(gec) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 7 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Service, Inc. by Uffner Textile Corp. (10md2179, #16552) (gec) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 8 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Service, Inc. by Dan Sicchio. (10md2179, #16554) (gec) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 9 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Service, Inc. by Gail Sicchio. (10md2179, #16555)(gec) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 10 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Service, Inc. by Dwyer Five Inc. (10md2179, #16558)(gec) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 11 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Service, Inc. by Nations Direct Title Agency LLC. (10md2179, #16589) (gec) (Entered: 05/02/2016) |
| 2:13-cv-05367 | 12 | 05/04/2016 | NOTICE of Voluntary Dismissal with prejudice by JP Enterprises of SWFL Inc as to certain defendants. (10md2179, #16750) (sek) (Entered: 05/04/2016) |
| 2:13-cv-05367 | 13 | 04/29/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Mark P. Riley, Mark P Riley Luxury International Inc. (10md2179 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | #16541)(gec) (Entered: 05/10/2016) |
| 2:13-cv-05367 | 14 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc. by Amie Nguyen. (gec) (10md2179 #16783) (Entered: 05/10/2016) |
| 2:13-cv-05367 | 15 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc. by Tuan Tran. (10md2179 #16784)(gec) (Entered: 05/10/2016) |
| 2:13-cv-05367 | 16 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc. by My Lan Tran. (10md2179 #16785)(gec) (Entered: 05/10/2016) |
| 2:13-cv-05367 | 17 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc. by Daniel Iarrobino. (gec) (10mmd2179 #16786) (gec). (Entered: 05/10/2016) |
| 2:13-cv-05367 | 18 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Thu Suong Nguyen. (10md2179 #16789) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 19 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Tuan Tran. (10md2179 #16791) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 20 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by My Lan |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Tran. (10md2179 #16793) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 21 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Viet Van Nguyen. (10md2179 #16796) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 22 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Dang Truong. (10md2179 #16800) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 23 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Phuong Truong. (10md2179 #16806) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 24 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Erilus Ulysse. (10md2179 #16812) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 25 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Nguyet Ho. (10md2179 #16901)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 26 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Kim Bui. (10md2179 #16906) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 27 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Phuong Thai. (10md2179 #16907)(gec) (Entered: 05/11/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:13-cv-05367 | 28 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Thao Nguyen. (10md2179 #16910)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 29 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Baolil Nguyen. (10md2179 #16915) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 30 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Diep Huynh. (10md2179 #16924) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 31 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Michele Nguyen. (10md2179 #16928)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 32 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Chi Ma. (10md2179 #16947)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 33 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Phuong Vo. (10md2179 #16966)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 34 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Cong Van Do. (10md2179 #16976)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 35 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | entities and Halliburton Energy Services, Inc by Trang Pham. (10md2179 #16990)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 36 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Be Quach. (10md2179 #16993)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 37 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Kim Nguyen. (10md2179 #17018)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 38 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Tarnishia Nguyen. (10md2179 #17029)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 39 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by My Nguyen. (10md2179 #17031)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 40 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Thanh Tu. (10md2179 #17033)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 41 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Dong Van Nguyen. (10md2179 #17036)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 42 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Phuong |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Nguyen. (10md2179 #17037)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 43 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by No Nguyen. (10md2179 #17049)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 44 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Julia Phuong Nguyen. (10md2179 #17052)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 45 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Vinh Nguyen. (10md2179 #17053)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 46 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by My Tran. (10md2179 #17057)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 47 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Loan Pham. (10md2179 #17060)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 48 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Hang Pham. (10md2179 #17064)(gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 49 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Dieu H Nguyen. (10md2179 #17067)(gec) (Entered: 05/11/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:13-cv-05367 | 50 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Tao Dinh. (10md2179, #17136) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 51 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Binh Nguyen. (10md2179, #17139) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 52 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Savuth Chan.(10md2179, #17150) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 53 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Anh Do.(10md2179, #17156) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 54 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Thanh Trang Duong.(10md2179, #17162) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 55 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Anh Nguyen.(10md2179, #17167) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 56 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Diep Khac Nguyen.(10md2179, #17171) (gec) (Entered: 05/11/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:13-cv-05367 | 57 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Kieu T Dang.(10md2179, #17182) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 58 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Chi Dinh.(10md2179, #17196) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 59 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Phong Dinh.(10md2179, #17199) (gec) (Entered: 05/11/2016) |
| 2:13-cv-05367 | 60 | 05/06/2016 | NOTICE of Voluntary Dismissal with prejudice as to all claims against all Defendants, except as to claims for punitive or exemplary damages against Transocean entities and Halliburton Energy Services, Inc by Johnathan Brannen.(10md2179, #17210) (gec) (Entered: 05/11/2016) |

**Index of Relevant CIVIL ACTION NO 2:13-CV-06010**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:13-cv-06010 | 1 | 10/09/2013 | Case transferred in from District of Southern Texas; Case Number 4:13-1785. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal/Complaint, # 2 Docket Sheet)(gec, ) (Entered: 10/24/2013) |
| 2:13-cv-06010 | 2 | 10/24/2013 | PRETRIAL ORDERS #1, #11, #12, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO 11, # 2 PTO 12, # 3 PTO 25, # 4 PTO 31, # 5 PTO 41 2nd Amended)(gec, ) (Entered: 10/24/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:13-cv-06010 | 3 | 10/24/2013 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 5/20/2013.(gec, ) (Entered: 10/24/2013) |
| 2:13-cv-06010 | 4 | 05/04/2016 | NOTICE of Voluntary Dismissal with prejudice by Tho Pham as to certain defendants. (10md2179, #16752) (sek) (Entered: 05/04/2016) |
| 2:13-cv-06010 | 5 | 05/04/2016 | NOTICE of Voluntary Dismissal with prejudice by Blue Energy as to certain defendants. (10md2179, #16751) (sek) (Entered: 05/04/2016) |

**Index of Relevant CIVIL ACTION NO 2:17-CV-05490**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:17-cv-05490 | 1 | 06/02/2017 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-6187628) filed by Romy F Berel, III. (Attachments: # 1 Civil Cover Sheet, # 2Exhibit A)Attorney Lawrence J. Centola, III added to party Romy F Berel, III(pty:pla).(Centola, Lawrence) (Entered: 06/02/2017) |
| 2:17-cv-05490 | 2 | 06/02/2017 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Joseph C. Wilkinson, Jr. (jeg) (Entered: 06/02/2017) |
| 2:17-cv-05490 | 3 | 06/29/2017 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25,       # 4 PTO#31,       # 5 PTO#41       2nd |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Amended)(ADI) (Entered: 06/29/2017) |
| 2:17-cv-05490 | 4 | 06/29/2017 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/29/2017) |

**Index of Relevant CIVIL ACTION NO 2:17-CV-05491**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:17-cv-05491 | 1 | 06/02/2017 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-6187772) filed by Mark R. Rodgers. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A)Attorney Lawrence J. Centola, III added to party Mark R. Rodgers(pty:pla).(Centola, Lawrence) (Entered: 06/02/2017) |
| 2:17-cv-05491 | 2 | 06/02/2017 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Joseph C. Wilkinson, Jr. (jeg) (Entered: 06/02/2017) |
| 2:17-cv-05491 | 3 | 06/29/2017 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25, # 4 PTO#31, # 5 PTO#41 2nd Amended)(ADI) (Entered: 06/29/2017) |
| 2:17-cv-05491 | 4 | 06/29/2017 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/29/2017) |

**Index of Relevant CIVIL ACTION NO 2:17-CV-05493**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:17-cv-05493 | 1 | 06/02/2017 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-6187854) filed by Ultra Wireline Services, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A)Attorney Lawrence J. Centola, III added to party Ultra Wireline Services, LLC(pty:pla).(Centola, Lawrence) (Entered: 06/02/2017) |
| 2:17-cv-05493 | 2 | 06/02/2017 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Joseph C. Wilkinson, Jr. (jeg) (Entered: 06/02/2017) |
| 2:17-cv-05493 | 3 | 06/29/2017 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25, # 4 PTO#31, # 5 PTO#41 2nd Amended)(ADI) (Entered: 06/29/2017) |
| 2:17-cv-05493 | 4 | 06/29/2017 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179).  Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/29/2017) |

### Index of Relevant CIVIL ACTION NO 2:16-CV-11744

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-11744 | 1 | 06/25/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5525940) filed by SGI Land Company, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit)Attorney Eric Wayne Newell added to party SGI Land Company, LLC(pty:pla).(Newell, Eric) (Entered: 06/25/2016) |
| 2:16-cv-11744 | 2 | 06/28/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (jeg) (Entered: 06/28/2016) |
| 2:16-cv-11744 | 3 | 07/22/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 07/22/2016) |
| 2:16-cv-11744 | 4 | 07/22/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/22/2016) |
| 2:16-cv-11744 | 5 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |

### Index of Relevant CIVIL ACTION NO 2:16-CV-04906

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04906 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5395451) filed by EVERARDO AHUMADA. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)Attorney Caroline E. Adams added to party EVERARDO AHUMADA(pty:pla).(Adams, Caroline) (Entered: 05/10/2016) |
| 2:16-cv-04906 | 2 | 05/12/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (clc) (Entered: 05/12/2016) |
| 2:16-cv-04906 | 3 | 05/20/2016 | PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 10/25/2010.(ADI) (Entered: 05/20/2016) |
| 2:16-cv-04906 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |
| 2:16-cv-04906 | 5 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr. for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |

**Index of Relevant CIVIL ACTION NO 2:16-CV-04517**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04517 | 1 | 05/09/2016 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 053L-5390851) filed by Juan Cepeda Rodriguez,. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)Attorney Anthony G. Buzbee added to party Juan Cepeda Rodriguez,(pty:pla).(Buzbee, Anthony) Modified on 5/13/2016 (cg). (Entered: 05/09/2016) |
| 2:16-cv-04517 | 2 | 05/11/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (djg) (Entered: 05/11/2016) |
| 2:16-cv-04517 | 3 | 05/20/20156 | PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 10/25/2010.(ADI) (Entered: 05/20/2016) |
| 2:16-cv-04517 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the |
| 2:16-cv-04517 | 5 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr. for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant CIVIL ACTION NO 2:16-CV-06303**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06303 | 1 | 05/16/2016 | COMPLAINT with jury demand against All Plaintiffs (Filing fee $400 receipt number 053L-5412956) filed by Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Halliburton Energy Services, Inc., BP Exploration & Production, Inc., Sperry Drilling Services, BP America Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit)(Newell, Eric) (Entered: 05/16/2016) |
| 2:16-cv-06303 | 2 | 05/18/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (djg) (Entered: 05/18/2016) |
| 2:16-cv-06303 | 3 | 07/12/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 07/12/2016) |
| 2:16-cv-06303 | 4 | 07/12/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/12/2016) |
| 2:16-cv-06303 | 5 | 07/15/2016 | Remark *** Notice of Dismissal filed as to Ryan Louis doc #20974 & #20979, John Ruth - See Rec. Doc. 20979 filed in 10-md-2179**** (sek) (Entered: 07/15/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06303 | 6 | 07/21/2016 | Remark *** Notice of Dismissal filed as to Ohio Holdings Development Group, LLC - See Rec. Doc. 20590 filed in 10-md-2179**** (sek) (Entered: 07/21/2016) |
| 2:16-cv-06303 | 7 | 07/22/2016 | Remark *** Notice of Dismissal filed as to Kevin Glick - See Rec. Doc. 20664 filed in 10-md-2179**** (sek) (Entered: 07/22/2016) |
| 2:16-cv-06303 | 8 | 07/27/2016 | Remark *** Notice of Dismissal filed as to Infinity Blue Development Group, LLC - See Rec. Doc. 20532 filed in 10-md-2179**** (sek) (Entered: 07/27/2016) |
| 2:16-cv-06303 | 9 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |
| 2:16-cv-06303 | 10 | 10/24/2017 | Remark *** Notice of Dismissal filed as to Clara Herd, Timothy Hershberger, Ryan Stewart, Aaron Martin - See Rec. Doc. 20939 - filed in 10-md-2179**** (sek) (Entered: 10/24/2016) |
| 2:16-cv-06303 | 11 | 03/07/2017 | Remark ***Notice of Dismissal filed by John Lawrence Ruth - See Rec. Doc. 22341 filed in 10md2179***. (gec) (Entered: 03/07/2017) |

**Index of Relevant CIVIL ACTION NO 2:12-CV-01422**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:12-cv-01422 | 1 | 06/11/2012 | Case transferred in from Eastern District of Texas (Beaumont); Case Number 1:12-240. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal Amended, # 2 Notice of Removal w/ State Court Pleading, # 3 Docket Sheet, # 4 PTO1, # 5 PTO11, # 6 PTO12, # 7 PTO25, # 8 PTO31, # 9 PTO32)(clm, ) (Entered: 06/18/2012) |
| 2:12-cv-01422 | 2 | 08/03/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/03/2016) |

**Index of Relevant CIVIL ACTION NO 2:13-CV-06009**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:13-cv-06009 | 1 | 10/09/2013 | Case transferred in from District of Southern Texas; Case Number 4:13-1785. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal/Complaint, # 2 Docket Sheet)(gec, ) (Entered: 10/24/2013) |
| 2:13-cv-06009 | 2 | 10/24/2013 | PRETRIAL ORDERS #1, #11, #12, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO 11, # 2 PTO 12, # 3 PTO 25, # 4 PTO 31, # 5 PTO 41 2nd Amended)(gec, ) (Entered: 10/24/2013) |
| 2:13-cv-06009 | 3 | 10/24/2017 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 5/20/2013.(gec, ) (Entered: 10/24/2013) |
| 2:13-cv-06009 | 4 | 05/04/2016 | NOTICE of Voluntary Dismissal with prejudice by Tho Pham as to certain defendants. (10md2179, #16752) (sek) (Entered: 05/04/2016) |
| 2:13-cv-06009 | 5 | 05/04/2016 | NOTICE of Voluntary Dismissal with prejudice by Blue Energy as to certain defendants. (10md2179, #16751) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | (sek) (Entered: 05/04/2016) |

**Index of Relevant CIVIL ACTION NO 2:16-CV-11716**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-11716 | 1 | 06/24/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5525667) filed by Gary Pesce d/b/a Ocean Flex OMTS. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit)Attorney Eric Wayne Newell added to party Gary Pesce d/b/a Ocean Flex OMTS(pty:pla).(Newell, Eric) (Entered: 06/24/2016) |
| 2:16-cv-11716 | 2 | 06/27/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (jls) (Entered: 06/27/2016) |
| 2:16-cv-11716 | 3 | 07/22/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 07/22/2016) |
| 2:16-cv-11716 | 4 | 07/22/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). (Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/22/2016) |
| 2:16-cv-11716 | 5 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |

### Index of Relevant 16-cv-06298 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06298 | 1 | 05/16/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5412937) filed by Joaquin Barrera. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)Attorney Caroline E. Adams added to party Joaquin Barrera d/b/a Restaurant Familiar Ah Caray (pty:pla).(Adams, Caroline) Modified on 6/30/2016 (blg). (Entered: 05/16/2016) |
| 2:16-cv-06298 | 2 | 05/18/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (mmv) (Entered: 05/18/2016) |
| 2:16-cv-06298 | 3 | 07/12/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 07/12/2016) |
| 2:16-cv-06298 | 4 | 07/12/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/12/2016) |
| 2:16-cv-06298 | 5 | 07/28/2016 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by Joaquin Barrera. (Attachments: # 1 Exhibit A)(clc) (Entered: 12/29/2016) |
| 2:16-cv-06298 | 6 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |
| 2:16-cv-06298 | 7 | 01/12/2017 | Remark **Joaquin Barrera - Dismissed per Rec. Doc. #22003 filed in 10-2179** (clc) (Entered: 01/12/2017) |

**Index of Relevant 16-cv-06330 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-06330 | 1 | 05/16/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5413031) filed by S.C.P.P. Unidos de Matamoros, S.C. de R.L., et al. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)Attorney Caroline E. Adams added to party S.C.P.P. Unidos de Matamoros, S.C. de R.L., et al(pty:pla).(Adams, Caroline) (Entered: 05/16/2016) |
| 2:16-cv-06330 | 2 | 05/18/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (djg) (Entered: 05/18/2016) |
| 2:16-cv-06330 | 3 | 07/012/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 07/12/2016) |
| 2:16-cv-06330 | 4 | 07/12/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). (Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/12/2016) |
| 2:16-cv-06330 | 5 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |
| 2:16-cv-06330 | 6 | 01/12/2017 | Remark **ALL Plaintiffs dismissed per Rec. Doc. #22003 filed in 10-2179** (clc) (Entered: 01/12/2017) |

**Index of Relevant 16-cv-07285 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 16-cv-07285 | 1 | 05/27/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5448144) filed by S.C.P.P. 20 De Abril Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) Attorney Caroline E. Adams added to party S.C.P.P. 20 DE ABRIL DEL POBLADO IGNACIO ZARAGOZA, S.C. DE R.L. DE C.V.(pty:pla).(Adams, Caroline) Modified on 7/14/2016 (gec). (Entered: 05/27/2016) |
| 16-cv-07285 | 2 | 6/02/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (jls) (Entered: 06/02/2016) |
| 16-cv-07285 | 3 | 7/22/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 07/22/2016) |
| 16-cv-07285 | 4 | 7/22/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). (Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/22/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 16-cv-07285 | 5 | 8/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 08/04/2016) |
| 16-cv-07285 | 6 | 1/12/2017 | Remark ** S.C.P.P. 20 De April Del Poblado Ignacio Zaragoza, S.C. de R.L. de C.V. - Dismissed per Rec. Doc. #22003 filed in 10-2179** (clc) (Entered: 01/12/2017) |

**Index of Relevant 16-cv-05166 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05166 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05166 | 4 | 06/06/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 06/06/2016) |
| 2:16-cv-05166 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05826 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05826 | 1 | 05/13/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05826 | 3 | 06/15/2016 | FIRST AMENDED PRETRIAL ORDER #12. Signed by Judge Carl Barbier on 6/2/2016.(ADI) (Entered: 06/15/2016) |
| 2:16-cv-05826 | 4 | 06/15/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/15/2016) |

**Index of Relevant 16-cv-04742 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04742 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04742 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05333 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05333 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05333 | 2 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05195 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05195 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05195 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04370 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04370 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04370 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05479 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05479 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05479 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05484 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05484 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05484 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04360 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04360 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04360 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04635 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04635 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04635 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05020 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05020 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05020 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04956 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04956 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04956 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-05186 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05186 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05186 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04622 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04622 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04622 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|  |  |  | (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

## Index of Relevant 16-cv-05489 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05489 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05489 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

## Index of Relevant 16-cv-05499 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05499 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05499 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04952 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04952 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04952 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

### Index of Relevant 16-cv-04955 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04955 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04955 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

### Index of Relevant 16-cv-04539 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04539 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04539 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-04637 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04637 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04637 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05518 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05518 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05518 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04395 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04395 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04395 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05176 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05176 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05176 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05219 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05219 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05219 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05178 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05178 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05178 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05220 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05220 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05220 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05222 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05222 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05222 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05199 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05199 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05199 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05223 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05223 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05223 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05532 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05532 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05532 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04361 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04361 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04361 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04396 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04396 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04396 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04626 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04626 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04626 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04430 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04430 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04430 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04365 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04365 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04365 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04950 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04950 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04950 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04402 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04402 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04402 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04544 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04544 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04544 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05158 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05158 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05158 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05182 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05182 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05182 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05224 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05224 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05224 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05455 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05455 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05455 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05545 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05545 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05545 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04398 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04398 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04398 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04627 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04627 | 1 | 05/09/2017 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04627 | 5 | 05/20/2017 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04351 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04351 | 1 | 05/06/2017 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04351 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04399 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04399 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04399 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04636 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04636 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04636 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04753 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04753 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04753 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05216 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05216 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05216 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

### Index of Relevant 16-cv-04947 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04947 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04947 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

### Index of Relevant 16-cv-04403 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04403 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04403 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04946 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04946 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04946 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04628 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04628 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04628 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04755 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04755 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04755 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05233 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05233 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05233 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04718 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04718 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04718 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05400 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05400 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05400 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05209 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05209 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05209 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04888 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04888 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04888 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-04384 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04384 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04384 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05369 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05369 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05369 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

## Index of Relevant 16-cv-04378 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04378 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04378 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

## Index of Relevant 16-cv-05815 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05815 | 1 | 05/13/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05815 | 4 | 06/15/2017 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/15/2016) |

**Index of Relevant 16-cv-04404 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04404 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04404 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04711 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04711 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04711 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

## Index of Relevant 16-cv-05371 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05371 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05371 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

## Index of Relevant 16-cv-04558 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04558 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04558 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-05202 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05202 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05202 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04380 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04380 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04380 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04405 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04405 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04405 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05360 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05360 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05360 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

## Index of Relevant 16-cv-04367 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04367 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04367 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05227 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05227 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05227 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05347 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05347 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05347 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04358 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04358 | 1 | 05/06/0216 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04358 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04945 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04945 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04945 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|-----------|------------------|
| | | | be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04944 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|-----------|------------------|
| 2:16-cv-04944 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04944 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

## Index of Relevant 16-cv-04619 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04619 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04619 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

## Index of Relevant 16-cv-04620 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04620 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04620 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04623 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04623 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04623 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04353 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04353 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04353 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04381 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04381 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04381 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04406 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04406 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04406 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04420 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04420 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04420 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05463 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05463 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05463 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

## Index of Relevant 16-cv-04387 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04387 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04387 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

## Index of Relevant 16-cv-06295 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06295 | 1 | 05/16/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 16-cv-06295 | 4 | 06/30/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/30/2016) |

**Index of Relevant 16-cv-04942 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04942 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04942 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04941 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04941 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04941 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

## Index of Relevant 16-cv-04938 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04938 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04938 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

## Index of Relevant 16-cv-04732 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04732 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04732 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04363 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04363 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04363 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04629 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04629 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04629 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04397 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04397 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04397 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05154 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05154 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05154 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05363 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05363 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05363 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04372 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04372 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04372 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04371 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04371 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04371 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04725 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04725 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04725 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04624 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04624 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04624 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04631 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04631 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04631 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04758 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04758 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04758 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05013 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05013 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05013 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

### Index of Relevant 16-cv-05218 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05218 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05218 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

## Index of Relevant 16-cv-05228 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05228 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05228 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04935 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04935 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04935 | 4 | 05/11/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04934 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04934 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04934 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

### Index of Relevant 16-cv-05175 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05175 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05175 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05373 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05373 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05373 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05372 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05372 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05372 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-06319 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06319 | 1 | 05/16/2017 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-06319 | 4 | 07/12/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/12/2016) |

**Index of Relevant 16-cv-05205 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05205 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05205 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 7, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04425 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04425 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04425 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04890 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04890 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04890 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-06296 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06296 | 1 | 05/16/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-06296 | 4 | 07/12/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/12/2016) |

### Index of Relevant 16-cv-05146 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05146 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05146 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04355 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04355 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04355 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05180 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05180 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05180 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04932 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04932 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04932 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-05467 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05467 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05467 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04386 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04386 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04386 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

### Index of Relevant 16-cv-05210 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05210 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05210 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

### Index of Relevant 16-cv-04374 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04374 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04374 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

### Index of Relevant 16-cv-04383 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04383 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04383 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04602 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04602 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04602 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05164 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05164 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05164 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05274 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05274 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05274 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

## Index of Relevant 16-cv-04553 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04553 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04553 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

### Index of Relevant 16-cv-05279 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05279 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05279 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05385 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05385 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05385 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04899 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04899 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04899 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-05573 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05573 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05573 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05231 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05231 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05231 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05388 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05388 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05388 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04482 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04482 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04482 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04748 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04748 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04748 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 7, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04746 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04746 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04746 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04618 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04618 | 1 | 05/09/2017 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04618 | 5 | 05/20/2017 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05468 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05468 | 1 | 05/12/2017 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05468 | 4 | 06/08/2017 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

### Index of Relevant 16-cv-06318 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06318 | 1 | 05/16/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-06318 | 4 | 07/12/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 07/12/2016) |

### Index of Relevant 16-cv-04368 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04368 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04368 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04426 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04426 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04426 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04886 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04886 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04886 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-04908 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04908 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04908 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04421 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04421 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04421 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04428 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04428 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04428 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04893 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04893 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04893 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05405 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05405 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05405 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04721 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04721 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04721 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04929 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04929 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04929 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05170 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05170 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05170 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05374 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05374 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05374 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

## Index of Relevant 16-cv-04896 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04896 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04896 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04928 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04928 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04928 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04419 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04419 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04419 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05459 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05459 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05459 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

## Index of Relevant 16-cv-04925 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04925 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04925 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04625 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04625 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04625 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04922 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04922 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04922 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05284 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05284 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05284 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

### Index of Relevant 16-cv-04921 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04921 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04921 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04407 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04407 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04407 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04417 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04417 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04417 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

### Index of Relevant 16-cv-04897 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04897 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04897 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05160 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05160 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05160 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04416 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04416 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04416 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-06301 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-06301 | 1 | 05/16/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-06301 | 4 | 06/30/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/30/2016) |

### Index of Relevant 16-cv-04356 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04356 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04356 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04357 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04357 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04357 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04715 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04715 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04715 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05357 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05357 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05357 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05399 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05399 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05399 | 5 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05370 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05370 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05370 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04377 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04377 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04377 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05004 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05004 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05004 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04422 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04422 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04422 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04727 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04727 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04727 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05392 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05392 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05392 | 5 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04409 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04409 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04409 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

### Index of Relevant 16-cv-05364 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05364 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05364 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

### Index of Relevant 16-cv-05447 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05447 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05447 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04729 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04729 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04729 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05188 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05188 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05188 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05212 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05212 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05212 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 7, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04410 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04410 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04410 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05007 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05007 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05007 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-04369 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04369 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04369 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

### Index of Relevant 16-cv-04707 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04707 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04707 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04616 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04616 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04616 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05382 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05382 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05382 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04919 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04919 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04919 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-04916 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04916 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04916 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-04750 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04750 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04750 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-05340 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05340 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05340 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04375 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04375 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04375 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04913 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04913 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04913 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04632 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04632 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04632 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04621 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04621 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04621 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-05237 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05237 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05237 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04910 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04910 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04910 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05015 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05015 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | (Filing fee $ 400) |
| 2:16-cv-05015 | 4 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

**Index of Relevant 16-cv-05366 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05366 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05366 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|  |  |  | The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05342 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05342 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05342 | 4 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-04423 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04423 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04423 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-04703 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04703 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04703 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

### Index of Relevant 16-cv-04412 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04412 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04412 | 4 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05173 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05173 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05173 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05192 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05192 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05192 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-04633 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04633 | 1 | 05/09/2017 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04633 | 4 | 05/20/2017 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04907 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04907 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04907 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

## Index of Relevant 16-cv-04911 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04911 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04911 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

## Index of Relevant 16-cv-04634 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04634 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04634 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04904 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04904 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04904 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04901 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-04901 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04901 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-05820 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05820 | 1 | 05/13/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05820 | 4 | 06/15/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Entered: 06/15/2016) |

## Index of Relevant 16-cv-04630 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04630 | 1 | 05/09/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04630 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04903 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04903 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04903 | 4 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04359 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04359 | 1 | 05/06/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04359 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05163 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05163 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05163 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 16-cv-05395 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05395 | 1 | 05/12/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05395 | 5 | 06/08/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016.(ADI) (Entered: 06/08/2016) |

**Index of Relevant 16-cv-05196 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:16-cv-05196 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05196 | 5 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

## Index of Relevant 16-cv-05017 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05017 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05017 | 5 | 05/26/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/26/2016) |

## Index of Relevant 16-cv-04735 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04735 | 1 | 05/10/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04735 | 5 | 05/20/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/20/2016) |

**Index of Relevant 16-cv-04389 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-04389 | 1 | 05/07/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-04389 | 5 | 05/13/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 05/13/2016) |

**Index of Relevant 16-cv-05025 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:16-cv-05025 | 1 | 05/11/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400) |
| 2:16-cv-05025 | 4 | 06/06/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on 4/15/16.(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/06/2016) |

**Index of Relevant 17-cv-06131 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:17-cv-06131 | 1 | 06/23/2017 | COMPLAINT against BP, DWH re Claim No. 10036-1991 filed by Raoul A. Galan, Jr. (Attachments: # 1 Appendix,  # 2 Proposed  Order,  # 3 Civil  Cover |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Sheet)(gec) (Entered: 06/28/2017) |
| 2:17-cv-06131 | 2 | 06/23/2017 | EXPARTE/CONSENT MOTION for Leave to Proceed in forma pauperis by Raoul A. Galan, Jr. Motion(s) referred to Joseph C. Wilkinson, Jr. (gec) (Entered: 06/28/2017) |
| 2:17-cv-06131 | 4 | 06/29/2017 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25,     # 4 PTO#31,     # 5 PTO#41     2nd Amended)(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06131 | 5 | 06/29/2017 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06131 | 6 | 06/29/2017 | ORDER GRANTING 2 MOTION for Leave to Proceed in forma pauperis filed by Raoul A. Galan, Jr. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 6/29/2017.(mmv) (Entered: 06/30/2017) |

**Index of Relevant 17-cv-06133 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:17-cv-06133 | 1 | 06/23/2017 | COMPLAINT against BP, DWH re Claim No. 10036-1992 filed by Raoul A. Galan, Jr. (Attachments: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | # 1 Appendix, # 2 Proposed Order, # 3 Civil Cover Sheet)(gec) (Entered: 06/28/2017) |
| 2:17-cv-06133 | 2 | 06/23/2017 | EXPARTE/CONSENT MOTION for Leave to Proceed in forma pauperis by Raoul A. Galan, Jr. Motion(s) referred to Joseph C. Wilkinson, Jr. (gec) (Entered: 06/28/2017) |
| 2:17-cv-06133 | 4 | 06/29/2017 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25, # 4 PTO#31, # 5 PTO#41 2nd Amended)(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06133 | 5 | 06/29/2017 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06133 | 6 | 06/29/2017 | ORDER GRANTING 2 MOTION for Leave to Proceed in forma pauperis filed by Raoul A. Galan, Jr. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 6/29/2017.(mmv) (Entered: 06/30/2017) |

### Index of Relevant 17-cv-06134 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:17-cv-06134 | 1 | 06/23/2017 | COMPLAINT against BP, DWH re Claim No. 10036-1993 filed by Raoul A. Galan, Jr. (Attachments: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | # 1 Appendix,  # 2 Proposed  Order,  # 3 Civil  Cover Sheet)(gec) (Entered: 06/28/2017) |
| 2:17-cv-06134 | 2 | 06/23/2017 | EXPARTE/CONSENT MOTION for Leave to Proceed in forma pauperis by Raoul A. Galan, Jr. Motion(s) referred to Joseph C. Wilkinson, Jr. (gec) (Entered: 06/28/2017) |
| 2:17-cv-06134 | 4 | 06/29/2017 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25,      # 4 PTO#31,      # 5 PTO#41      2nd Amended)(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06134 | 5 | 06/29/2017 | ORDER Regarding Filing Requests for Summons and Summons  Returns;  ORDERED  that  requests  for summons shall be filed in the docket for the member case,  as  opposed  to  the  master  docket.  FURTHER ORDERED that summons returns shall not be filed into any  docket,  master  or  member,  unless  filing  the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone  document  in  the  master  docket.  Instead,  the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed  by  Judge  Carl  Barbier  on  05/20/2013.(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06134 | 6 | 06/29/2017 | ORDER GRANTING 2 MOTION for Leave to Proceed in forma pauperis filed by Raoul A. Galan, Jr. Signed by Magistrate  Judge  Joseph  C.  Wilkinson,  Jr  on 6/29/2017.(mmv) (Entered: 06/30/2017) |

**Index of Relevant 17-cv-06135 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:17-cv-06135 | 1 | 06/23/2017 | COMPLAINT against BP, DWH re Claim No. 10036-1994  filed  by  Raoul  A.  Galan,  Jr.  (Attachments: # 1 Appendix,   # 2 Proposed   Order,   # 3 Civil   Cover |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | Sheet)(gec) (Entered: 06/28/2017) |
| 2:17-cv-06135 | 2 | 06/23/2017 | EXPARTE/CONSENT MOTION for Leave to Proceed in forma pauperis by Raoul A. Galan, Jr. Motion(s) referred to Joseph C. Wilkinson, Jr. (gec) (Entered: 06/28/2017) |
| 2:17-cv-06135 | 4 | 06/29/2017 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO#11, # 2 PTO#12 1st Amended, # 3 PTO#25, # 4 PTO#31, # 5 PTO#41 2nd Amended)(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06135 | 5 | 06/29/2017 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(ADI) (Entered: 06/29/2017) |
| 2:17-cv-06135 | 6 | 06/29/2017 | ORDER GRANTING 2 MOTION for Leave to Proceed in forma pauperis filed by Raoul A. Galan, Jr. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 6/29/2017.(mmv) (Entered: 06/30/2017) |

Respectfully Submitted,

/s/ Devin C. Reid

J. Andrew Langan, P.C.                    Don K. Haycraft
Matthew T. Regan, P.C.                    Devin C. Reid
Martin R. Martos II                       LISKOW & LEWIS LLP
KIRKLAND & ELLIS LLP                      701 Poydras Street, Suite 5000
300 North LaSalle                         New Orleans, LA 70139
Chicago, IL 60654                         Telephone: (504) 556-4128
Telephone:  (312) 862-2000                Facsimile: (504) 556-4108
Facsimile:  (312) 862-2200                dkhaycraft@liskow.com
andrew.langan@kirkland.com                dcreid@liskow.com
matthew.regan@kirkland.com
martin.martos@kirkland.com

Jeffrey Bossert Clark
George W. Hicks, Jr.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
George.hicks@kirkland.com

*Attorneys-in-Charge for Defendants  Exploration &
Production Inc.,  America Production Company, and
P.L.C.*

  s/ *Brad D. Brian*
Brad D. Brian
Daniel B. Levin
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
          daniel.levin@mto.com

  s/ *Steven L. Roberts*
Steven L. Roberts
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com

  s/ *Kerry J. Miller*
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel: (504) 566-8646
Fax: (504) 585-6946
Email: kjmiller@bakerdonelson.com

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON
ASSET LEASING GmbH**

/s/ R. Alan York
R. Alan York
**REED SMITH LLP**
811 Main Street
Suite 1700
Houston, TX 77002
AYork@ReedSmith.com
Telephone: 713-469-3800
Facsimile: 713-469-3899

*Attorneys for Halliburton Energy Services, Inc.*

**BRENT COON & ASSOCIATES**
/s/  Brent W. Coon_____
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com
*Attorneys for Appellants*


**THE BUZBEE LAW FIRM**
/S/ Anthony G. Buzbee
Anthony G. Buzbee
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com
*Attorneys for Appellants*

**CUNNINGHAM BOUNDS, LLC**

Steven L. Nicholas
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Post Office Box 66705 (36660)
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com
*Attorney for Appellant, Kern Martin Services Inc.*

*/s/ Lawrence J. Centola, III*
**LAWRENCE J. CENTOLA, III (#27402)**
**CHRISTOPHER H. CARBINE (#36326)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)
ljc@mbfirm.com
chc@mbfirm.com

***Attorneys for Appellants Ultra Wireline Services,***
***LLC, Mark Rodgers, and Romy Berel, III***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 2nd day of January, 2018.