UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD WOOD, ET AL<br>Plaintiffs<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION, INC., ET AL<br>Defendants | CIVIL ACTION: 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN THAT** Plaintiffs, Richard Wood, John Burrus, Sarah Graham, and Max Murray who are Plaintiffs in civil action 13-1822 on the docket of the United States District Court for the Eastern District of Louisiana and class members in this Multi-District Litigation hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [as to compliance with Pre-Trial Order No. 63] entered in MDL No. 2179 document 23047 filed July 18, 2017 and Order [as to the Motions for Reconsideration, etc. of the PTO 63 Compliance Order (Record Document 23735)] entered in MDL No. 2179 on the docket of the United States District Court for the Eastern District of Louisiana on December 6, 2017. The July 18, 2017 Order document 23735 dismissed with prejudice the claims of Plaintiffs. The Order filed December 6, 2017 document 23735 denied Plaintiffs' Motions for Reconsideration for New Trial and other relief.

Respectfully submitted,

/s/ Frank J. D'Amico
**FRANK J. D'AMICO, JR., APLC**
Frank J. D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113
Phone: 504-525-7272
Fax: 504-525-9522
Attorney for Richard Wood, John Burrus, Sarah Graham, and Max Murray

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 3 day of January, 2017

/s/ Frank J. Damico, Jr.