IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> *  <br> *  SECTION: J <br> * |
| *This document relates to:* <br><br> ALL CASES | * <br> *  HONORABLE CARL J. BARBIER <br> * <br> * <br> *  MAGISTRATE JUDGE WILKINSON |

## MOTION FOR APPROVAL OF
## PAYMENT OF FEES AND EXPENSES

**NOW INTO COURT** come Plaintiffs' Co-Liaison and Co-Lead Class Counsel, on the suggestion and at the request of Special Master, John W. Perry, Jr., and respectfully move for approval to make payments from the Aggregate Common Benefit Cost and Fee Fund, as follows:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement,[1] a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59, which costs and fees have now been awarded and approved by the Court.[2]

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

[2] Rec. Docs. 21849 and 23574.

II.

Pursuant to the Halliburton and Transocean Settlements, additional escrow accounts were established for the payment of common benefit attorneys' fees and costs to Halliburton/Transocean Settlement Class Counsel and other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59,[3] which costs and fees have now been awarded and approved by the Court.[4]

III.

Pursuant to the Certificates of Non-Objection and Order that was entered in connection with the settlement of the States' economic damages claims,[5] additional funds were deposited into the Registry of the Court, in a qualified settlement fund, for the benefit of Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order Nos. 9 and 59, which have now been approved and awarded by the Court.[6]

IV.

These qualified settlement funds have now been consolidated into one combined Aggregate Common Benefit Cost and Fee Fund, at JPMorgan Chase Bank, N.A.[7]

---

[3] Rec. Docs. 13649 and 14906.

[4] Rec. Docs. 22252 and 23574.

[5] Rec. Doc. 15437.

[6] Rec. Doc. 23574.

[7] Rec. Doc. 23575.

1274213.2

V.

On July 15, 2015, Arnold Levin and Sandra L. Duggan of Levin, Fishbein, Sedran & Berman, (now Levin, Sedran & Berman), were appointed as Special Counsel to the Fee & Cost Committee.[8]

VI.

Special Counsel thereafter expended considerable time and expenses on behalf of the FCC and all Common Benefit Attorneys, which time and expenses were contemporaneously maintained and submitted – separate and apart from the common benefit time and expenses that had been previously incurred and submitted in connection with the underlying litigation.[9]

VII.

Such time and expenses in connection with the firm's Special Counsel appointment and assistance to the FCC have been reviewed by Co-Liaison Counsel and the Special Master, who advises and recommends that a total of Four Million Dollars ($4,000,000.00) be awarded to Levin, Sedran & Berman, as full, fair and reasonable compensation for their efforts as Special Counsel to the Fee & Cost Committee.

VIII.

Co-Liaison Counsel are further advised by the Special Master and Special Counsel that they have discussed the recommendation, and Special Counsel have agreed to and accepted same.

**WHEREFORE** the undersigned respectfully pray for an Order authorizing and directing JPMorgan Chase Bank, N.A. to transmit Four Million Dollars ($4,000,000.00) from the Aggregate

---

[8] *See* Pre-Trial Order No.59 [Rec. Doc. 14863] at p.3, ¶5.
[9] *See generally* FCC Recommendation [Rec. Doc. 22628] at pp.31-32, *and* Special Master Recommendation [Rec. Doc. 23574-1] at pp.82-83.

-3-

Common Benefit Cost and Fee Fund to the law firm of Levin, Sedran & Berman, as compensation for the firm's work as Special Counsel to the Fee & Cost Committee.

This 3rd day of January, 2018.

Respectfully submitted,

   /s/ Stephen J. Herman and James Parkerson Roy
*By:*
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
E-Mail: sherman@hhklawfirm.com
*Plaintiffs' Co-Liaison Counsel, and
Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

  WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of January, 2018.

              /s/  Stephen J. Herman and James Parkerson Roy