IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> *  <br> *  SECTION: J <br> * |
| *This document relates to:* <br><br> ALL CASES | *  <br> *  HONORABLE CARL J. BARBIER <br> *  <br> *  <br> *  MAGISTRATE JUDGE WILKINSON |

### ORDER AUTHORIZING
### PAYMENT OF FEES AND EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel, and having considered the record of these proceedings, the recommendations of the Special Master, and the requirements of law:

**IT IS HEREBY ORDERED** that JPMorgan Chase Bank, N.A. be and is hereby authorized and directed to transmit Four Million Dollars ($4,000,000.00) from the Aggregate Common Benefit Cost and Fee Fund to the law firm of Levin, Sedran & Berman, as full, fair, and final compensation for the firm's work as Special Counsel to the Fee & Cost Committee.

New Orleans, Louisiana this 4th day of January, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE