UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS ABOOD, ET AL<br>          Plaintiffs<br><br>VERSUS<br><br>PLANT PERFORMANCE SERVICES, LLC, d/b/a P2S; FLUOR ENTERPRISES, INC.; BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; and O'BRIEN'S RESPONSE MANAGEMENT, INC.,<br>          Defendants | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE:  BARBIER<br><br>MAGISTRATE SHUSHAN |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE THAT** Plaintiffs Abood, et al., who are Plaintiffs in civil action 3:13-cv-00284 in the United States District Court for the Northern District of Florida, which was removed to the Multi-District Litigation 2179 and identified as civil action 2:13-cv-02964 in the United States District Court for the Eastern District of Louisiana, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [as to compliance with Pre-Trial Order No. 63] entered in MDL No. 2179 on July 18, 2017 (Rec. Doc. 23047) and from the Order [as to the Motions for Reconsideration, Etc. of the PTO 63 Compliance Order (Rec. Doc. 23047)] entered in MDL No. 2179 on December 6, 2017 (Rec. Doc. 23735).  The July 18, 2017 Order document 23047 dismissed with prejudice B3 claims, which BP claims encompasses every claim and plaintiff in this action, which argument appears to have been adopted over the objections of plaintiffs in their Motion to Alter, Amend or Correct Judgment or Other Relief Pursuant to Federal Rules of Civil Procedure 59(e) and 60 (Document 23087) and in the Rule 59(e) motion by Steven

Burke, one of the plaintiffs in this action (Rec. Doc. 23212). The December 6, 2017 (Rec. Doc. 23735) denied Plaintiffs' Motions pursuant to Fed. R. Civ. Proc. 59 and 60 (Rec. Doc. 23087, 23212).

        Respectfully submitted,

        /s/ Heather F. Lindsay
        HEATHER F. LINDSAY (FBN 073441)
        Lindsay & Lindsay, P.A.
        5218 Willing Street
        Milton FL 32570
        850-623-3200 (T)
        850-623-0104 (F)
        hfl@lal-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appeal has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 4th day of January, 2018.

        /s/ Heather F. Lindsay