UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179** |
| | * | **SECTION: J** |
| **This Document Relates to:** *No. 14-1647* *No. 15-1781* | * * * | **JUDGE BARBIER** **MAG. JUDGE WILKINSON** |

## ORDER

The following matters are before the Court:

- No. 14-1647, *Gilbert V. Andry, IV and The Andry Law Firm, LLC v. BP Exploration & Production, Inc., BP America Production Company, Michael Kunzelman, and Mark Holstein*

- No. 15-1781, *Jonathan Andry and The Andry Law Group, LLC v. BP Exploration & Production Inc., BP America Production Company, Michael Kunzelman, and Mark Holstein*

IT IS ORDERED that the above matters are referred to mediation before Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C., whom the Court appoints as mediator for this purpose. The mediator's fees shall be paid by BP. Within sixty days of the issuance of this Order, the parties shall report to the Court on the status of these matters.

New Orleans, Louisiana, this 4th day of January, 2018.

_____
United States District Judge