MINUTE ENTRY
WILKINSON, M. J.
JANUARY 4, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action Nos. 12-970, 15-4143, 15-4146 and 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlement]

The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form and Settlement Program Appeal Determination letter concerning the appeal of Kirk Prest, Claim No. 6BC*******, denying his claim to proceeds from the Halliburton/Transocean Settlement Agreements. The Claims Administrator has also advised, however, that the claimant recently received notice of eligibility to receive a settlement payment of his separate subsistence claim, which will carry over automatically and result in payment to him from the Halliburton/Transocean

**MJSTAR:  0:15**

settlements. Accordingly, this appeal is DISMISSED WITHOUT PREJUDICE AS MOOT for the reasons provided by the Claims Administrator.

                                             JOSEPH C. WILKINSON, JR.
                                       UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**and**
**HESI/TRANSOCEAN SETTLEMENT**
**CLAIMS ADMINISTRATOR**