IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30918
_____

IN RE: DEEPWATER HORIZON

_____

A True Copy
Certified order issued Jan 05, 2018

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

 Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

 Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

 Movant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
_____

CLERK'S OFFICE:

 Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 5, 2018, for want of prosecution. The appellant failed to file sufficient record excerpts.

The record excerpts remain insufficient as noted in this court's Notice of Docket Activity e-mail generated January 5, 2018. If appellant moves to reopen the appeal, the sufficient record excerpts must accompany any motion to reopen this appeal.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 05, 2018

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 16-30918   In Re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Dantrell L. Johnson, Deputy Clerk
                      504-310-7689

cc w/encl:
    Mr. David Andrew Christenson
    Mr. Jeffrey Bossert Clark, Sr.
    Mr. Don Keller Haycraft
    Mr. Russell Keith Jarrett
    Mr. James Andrew Langan
    Mr. Martin R. Martos, II