UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J JUDGE |
| This Document Relates to: *Civil Action 2:13-cv-00582 on the Docket of the Eastern District of Louisiana* | * | BARBIER <br><br> MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AMENDED NOTICE OF APPEAL

**PLEASE TAKE NOTICE THAT** Plaintiffs Abney, et al, present this Amended Notice of Appeal to correct the caption of their Notice of Appeal filed January 4, 2018.  Plaintiffs make that correction and again represent that they are Plaintiffs in civil action 3:13-cv-00024 on the docket of the United States District Court for the Northern District of Florida, 2:13-cv-00582 on the docket of the United States District Court for the Eastern District of Louisiana, and class members in this Multi-District Litigation hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order [as to compliance with Pre-Trial Order No. 63] entered in MDL No. 2179 document 23047 filed July 18, 2017 and Order [as to the Motions for Reconsideration, etc. of the PTO 63 Compliance Order (Record Document 23735)] entered in MDL No. 2179 on the docket of the United States District Court for the Eastern District of Louisiana on December 6, 2017.  The July 18, 2017 Order document 23047 dismissed with prejudice the claims of Plaintiffs.  The Order filed December 6, 2017 document 23735 denied Plaintiffs' Motions for Reconsideration for New Trial and other relief.

        Respectfully submitted,

        /s/ Heather F. Lindsay
        HEATHER F. LINDSAY (FBN 073441)
        Lindsay & Lindsay, P.A.
        5218 Willing Street
        Milton FL 32570
        850-623-3200 (T)
        850-623-0104 (F)
        hfl@lal-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Amended Notice of Appeal has been served on all counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 9th day of January, 2018.

        /s/ Heather F. Lindsay