UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ∗<br>∗<br>∗<br>∗<br>∗<br>∗<br>∗<br>∗<br>∗ | MDL NO. 2179<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge WILKINSON |
| Applies to: No. 16-cv-06333 | | |

## INDICATIVE RULING ORDER

Before the Court is the Joint Motion for (1) A Rule 62.1 Indicative Ruling and (2) Future Rule 60(b) Relief submitted by Plaintiff Henry "Larry" Perry, Defendants BP Exploration & Production Inc., BP America Production Co., and BP p.l.c., Defendant Halliburton Energy Services, Inc., and Defendants Transocean Offshore Deepwater Drilling, Inc. and Transocean Holdings, LLC. After considering this unopposed motion and the grounds stated therein, and pursuant to the Court's authority under Federal Rule of Civil Procedure 62.1, it is,

ORDERED that the joint motion for an indicative ruling under Rule 62.1 is hereby **GRANTED**, and the Court indicates that, if the case were remanded for the purpose of ruling on the underlying Rule 60(b) motion, the Court would:

(1) **GRANT** relief pursuant to Federal Rule of Civil Procedure 60(b)(5) because prospectively applying the Court's judgment of December 16, 2016 dismissing Plaintiff Perry's claims, decided pursuant to Pre-Trial Order No. 60, is no longer equitable;

(2) **GRANT** relief pursuant to Federal Rule of Civil Procedure 60(b)(6) because relief from the Court's judgment of December 16, 2016 dismissing Plaintiff Perry's claims, decided pursuant to Pre-Trial Order No. 60, is also justified.

(3) The Court also indicates that if this case is remanded, the Court would **GRANT** Mr. Perry the opportunity to amend his complaint to exclusively plead his individual claims and remove allegations relating to the claims of former plaintiffs St. Joe Beach Property, LLC and Bungalows at Sanctuary Beach, LLC, as the claims of those two plaintiffs have already been settled.  Such an amendment will bring Mr. Perry into full compliance with Pre-Trial Order No. 60.

(4) If the United States Court of Appeals for the Fifth Circuit grants a remand for the same purposes contemplated above pursuant to Federal Rule of Appellate Procedure 12.1(b), then **THE PARTIES SHALL SUBMIT** to this Court within 10 business days of the time such a remand order is granted by the Fifth Circuit a joint proposed order granting Rule 60(b) relief and Rule 15(a)(2) leave of Court to Mr. Perry to file an amended complaint consistent with paragraph (3) above.

Signed this _____ day of _____, 2018.

_____
Hon. Judge Carl J. Barbier
United States District Judge