UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL 2179<br><br>SECTION: J |
| This Document Applies to: | | § § | |
| No. 2:13-cv-04968, Louisiana Blue Crab v. BP Exploration & Production, Inc. et al | | § § § | JUDGE BARBIER |
| No. 2:13-cv-1076, Crabco & Mr. Peepers v. BP Exploration & Production, Inc. et al | | § § § | MAGISTRATE JUDGE |
| No. 2:13-cv-01077, Waverly Crabs v. BP Exploration & Production, Inc. et al | | § § | JOSEPH C. WILKINSON, JR |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

COMES NOW Plaintiffs Louisiana Blue Crab, Crabco & Mr. Peeper's Best, LLC, and Waverly Crabs, by and through undersigned counsel, respectfully moves this Honorable Court for an Order permitting the following attorney to enroll as counsel of record in conjunction with the above captioned matters: Duke Williams and Meredith Durham and the law firm of Williams Law Group, LLC, 909 Poydras Street, Suite 413, Houma, LA 70360. This Motion to Enroll will not delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Louisiana Blue Crab, Crabco & Mr. Peeper's Best, LLC, and Waverly Crabs pray this Motion be granted and that the foregoing attorney be allowed to enroll as counsel of record on their behalf in the above captioned matter.

Respectfully submitted,

**J. CHRISTOPHER DEAN LAW FIRM PLLC**

_____
J. Christopher Dean (TBN 00793596)
T. Danielle Ross (TBN 24070530)
17225 El Camino Real, Suite 190
Houston, TX 77058
T: 281-280-8900
F: 281-280-8901
dean@jamesdeanlaw.com
ross@jamesdeanlaw.com

**ATTORNEYS FOR PLAINTIFF**

**WILLIAMS LAW GROUP, LLC**

___/s/ Meredith Durham_____
Duke Williams (LBN 14499)
duke@williamslawgroup.org
Meredith Durham (LBN 33112)
meredith@williamslawgroup.org
909 Poydras Street, Suite 413
Houma, LA 70360
T: 985- 876-7595
F: 985- 876-7594

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on this the 10th day of January 2018, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with TRCP 21a.

_____
T. Danielle Ross