UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** <br> **JUDGE BARBIER** |
| **This Document Relates to:** *No. 12-970* | * * | **MAG. JUDGE WILKINSON** |

## ORDER

Before the Court is Claimant William Lewis's "Emergency Motion for Judicial Intervention and Monetary Relief Requested." (Rec. Doc. 23784)

IT IS ORDERED that the Motion (Rec. Doc. 23784) is DENIED.

New Orleans, Louisiana, this 11th day of January, 2018.

_____
United States District Judge