# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § | MDL 2179<br><br>SECTION: J |
| This Document Applies to: | | § § | |
| No. 2:13-cv-04968, Louisiana Blue Crab v. BP Exploration & Production, Inc. et al | | § § § | JUDGE BARBIER |
| No. 2:13-cv-1076, Crabco & Mr. Peepers v. BP Exploration & Production, Inc. et al | | § § § | MAGISTRATE JUDGE |
| No. 2:13-cv-01077, Waverly Crabs v. BP Exploration & Production, Inc. et al | | § § | JOSEPH C. WILKINSON, JR |

## ORDER MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

Considering the Motions to Enroll as Additional Counsel of Record (Rec. Docs. 23822).

IT IS ORDERED that Duke Williams and Meredith Durham and the law firm of Williams Law Group, LLC, 909 Poydras Street, Suite 413, Houma, LA 70360 are hereby enrolled as additional

counsel for plaintiffs Louisiana Blue Crab (No. 13-049868), Crabco & Mr. Peeper's Best, LLC (No. 13-1076), and Waverly Crabs (No. 13-01077).

New Orleans, Louisiana this 11th day of January, 2018.

_____
United States District Judge