IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## AMENDED ORDER

**[Approving Settlement of Economic and Property Damages Settlement Claim]**

On February 9, 2017, this Court issued an Order Approving Settlement of Economic and Property Damages Settlement Claim ("Settlement Approval Order") for Ivy Bruce, a Deceased Claimant ("Claimant"), and the Court made findings including that: (1) Melissa Lee was the proper Representative Claimant and (2) that the Claims Administrator shall pay the Claim Award Amount to the Claimant Representative.  The Claims Administrator and Claimant Representative now move the Court to amend its February 9, 2017 Order to reflect the Representative Claimant as Gilda Badeaux.

Accordingly, IT IS HEREBY ORDERED AND DECLARED THAT the Settlement Approval Order issued on February 9, 2017 [Rec. Doc. 22209], is amended to reflect that:

1. Gilda Badeaux ("Claimant's Representative") and Melissa Lee have certified that Gilda Badeaux is fully authorized to resolve the claim and execute a Release on behalf of the Claimant and all other persons who may claim any damage by or through any relationship with the Claimant ("Derivative Claimants").

2. Except as provided in this Order, the provisions of the Settlement Approval Order issued on February 9, 2017, remain in full force and effect unless and until modified by this Court.

1

New Orleans, Louisiana, this 18th day of January, 2018.

_____
CARL J. BARBIER
U.S. DISTRICT JUDGE