IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * | |

## JOINT MOTION TO AMEND ORDER APPROVING SETTLEMENT OF ECONOMIC AND PROPERTY DAMAGES SETTLEMENT CLAIM

The authorized representative of Claimant, Ivy Bruce, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move to amend this Court's February 9, 2017 Order [Rec. Doc. 22209] to reflect the Representative Claimant as Melissa Lee. After the entry of that Order, the Representative Claimant requested the Claims Administrator instead recognize Gilda Badeaux as the Representative Claimant.

A proposed Order accompanies this Motion.

Respectfully submitted,

GILDA BADEAUX

By: *Gilda Badeaux*

Gilda Badeaux
Claimant's Representative
279 West 133rd Street
Cut Off, Louisiana 70345

Date: 12-20-17

DEEPWATER HORIZON ECONOMIC
AND PROPERTY DAMAGES
SETTLEMENT PROGRAM

By: *Lyn C. Greer*

Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: 1/11/18

1