IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| | * | |
| *This document relates to:* | * | |
| | * | |
| ALL CASES | * | **HONORABLE CARL J. BARBIER** |
| | * | |
| (including No. 12-970) | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| | * | |

## ORDER AUTHORIZING
## PAYMENT OF ESCROW EXPENSES

Upon the motion of Plaintiffs' Co-Liaison Counsel and Co-Lead Class Counsel for the BP Economic & Property Damages Settlement Class, and having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED** that:

J.P. Morgan be and is hereby authorized and directed to transmit Forty-Two Thousand Five Dollars and Ninety-One Cents ($42,005.91) from the Common Benefit Cost and Fee Fund to Garrett & Co. LLC for administrative expenses and/or fees.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, 2018.

_____
 **CARL J. BARBIER**
 **UNITED STATES DISTRICT JUDGE**