IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**MOTION TO APPROVE AMENDED PROCEDURE FOR THE PROCSSING OF CLAIMS ON BEHALF OF CLASS MEMBERS WHO ARE DECEASED, MINORS, LACKING CAPACITY, OR INCOMPETENT**

Pursuant to the Medical Benefits Class Action Settlement Agreement, and in its role as the Claims Administrator, the Garretson Resolution Group ("GRG") hereby moves the Court to approve the Amended Procedure for Processing Claims on Behalf of Class Members Who Are Deceased, Minors, Lacking Capacity, or Incompetent (the "Amended Procedure") attached hereto as Exhibit A.

The Court previously approved GRG's procedure for processing claims on behalf of Class Members who are deceased, minors, lacking capacity, or incompetent on October 17, 2012. The approved procedure states that the procedure may be amended by the Claims Administrator with the approval of the court.

The Amended Procedure provides a certification option for Authorized Representatives who are unable to provide the documentation required under state law to establish their authority to act on behalf of the Class Member who is deceased, a minor, lacking capacity, or incompetent. In addition, the Amended Procedure establishes a procedure for finalizing claims where the Authorized Representative does not provide the required documentation to establish the Authorized Representative's authority within the timeframes specified in the Amended Procedure.

GRG respectfully requests that the Court approve the Amended Procedure. A proposed order is attached hereto as Exhibit B.

Respectfully submitted,

/s/ *Joseph L. Bruemmer*
Matthew L. Garretson
Joseph L. Bruemmer
Garretson Resolution Group
6281 Tri-Ridge Boulevard, Suite 300
Loveland, Ohio 45140
(513) 794-0400

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of January, 2018.

/s/ *Joseph L. Bruemmer*
Joseph L. Bruemmer