**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**ORDER APPROVING AMENDED PROCEDURE FOR PROCESSING
CLAIMS ON BEHALF OF CLASS MEMBERS WHO ARE DECEASED,
MINORS, LACKING CAPACITY, OR INCOMPETENT**

This matter came to be heard upon the Garretson Resolution Group's ("GRG") Motion to Approve Amended Procedure for the Processing of Claims on Behalf of Class Members Who Are Deceased, Minors, Lacking Capacity, or Incompetent (the "Motion"). The Court, being duly advised, finds that the Motion is well taken. IT IS THEREFORE ORDERED that GRG's Motion is **GRANTED** and the Amended Procedure for the Processing of Claims on Behalf of Class Members Who Are Deceased, Minors, Lacking Capacity, or Incompetent (attached) is hereby approved.

IT IS SO ORDERED this _____ day of January, 2018.

                                                                              Hon. Carl J. Barbier
                                                                              United States District Judge