# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-30008
_____

In re: Deepwater Horizon

-----------------------------------------------------

SARAH GRAHAM; MAX MURRAY; RICHARD WOOD; JOHN BURRUS,

       Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN, LIMITED; TRANSOCEAN OFFSHORE, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P ONSHORE, L.L.C., formerly known as Anadarko E&P Company, L.P.; MOEX OFFSHORE 2007, L.L.C.; MOEX USA CORPORATION; MITSUI OIL EXPLORATION COMPANY, LIMITED; MITSUI & COMPANY, LIMITED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, agent of Cooper Cameron Corporation; TRITON ASSET LEASING,

       Defendants - Appellees

-----------------------------------------------------

KIMBERLY DEAGANO, Individually and on behalf of minor, Dereck J. Deagano; TED DEAGANO, JR.; KEITH KEAGHEY,

       Plaintiffs - Appellants

v.

Case: 18-30008    Document: 00514308857    Page: 2    Date Filed: 01/16/2018
Case 2:10-md-02179-CJB-DPC   Document 23845   Filed 01/22/18   Page 2 of 5

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN, LIMITED; TRANSOCEAN OFFSHORE, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P ONSHORE, L.L.C., formerly known as Anadarko E&P Company, L.P.; MOEX OFFSHORE 2007, L.L.C.; MOEX USA CORPORATION; MITSUI OIL EXPLORATION COMPANY, LIMITED; MITSUI & COMPANY, LIMITED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, agent of Cooper Cameron Corporation; TRITON ASSET LEASING,

       Defendants - Appellees

--------------------------------------------------

JAMES BRYANT; HENRY JENKINS; STEVEN BURKE; WILLIE RICHARDSON; NATHAN S. SOUTHERN; MARION G. BAREFOOT; BARON BUSKELL; JOHNNIE CLOPTON; TOMMY TRIPP,

       Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN, LIMITED; TRANSOCEAN OFFSHORE, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, INCORPORATED; TRITON ASSET LEASING; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P ONSHORE, L.L.C., formerly known as Anadarko E&P Company, L.P.; MOEX OFFSHORE 2007, L.L.C.; MOEX USA CORPORATION; MITSUI OIL EXPLORATION COMPANY, LIMITED; MITSUI & COMPANY, LIMITED; HALLIBURTON ENERGY SERVICES, INCORPORATED; CAMERON INTERNATIONAL CORPORATION, agent of Cooper Cameron Corporation,

       Defendants - Appellees

--------------------------------------------------

THOMAS S. ABOOD; LATASHA ACOO; JOHN H. ADAMS; MICHELLE

AKKAN; MUSTAFFA AKKAN, ET AL,

    Plaintiffs - Appellants

v.

PLANT PERFORMANCE SERVICES, L.L.C., doing business as P2S; FLUOR ENTERPRISES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; O'BRIEN'S RESPONSE MANAGEMENT, L.L.C., formerly known as O'Brien's Response Management, Incorporated,

    Defendants - Appellees

----------------------------------------------

MICHAEL ABNEY; CARA ALDRICH; GARRY AMMAR; DAVID BANKS; SONAMEKIA BANKS; ET AL,

    Plaintiffs - Appellants

v.

PLANT PERFORMANCE SERVICES, L.L.C., doing business as P2S; FLUOR ENTERPRISES, INCORPORATED; BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; O'BRIEN'S RESPONSE MANAGEMENT, L.L.C., formerly known as O'Brien's Response Management, Incorporated,

    Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

                    LYLE W. CAYCE, CLERK
                    United States Court of Appeals
                        for the Fifth Circuit
                        /s/ Lyle W. Cayce

        ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 16, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-30008    In re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:13-CV-1822
                         USDC No. 2:13-CV-1802
                         USDC No. 2:13-CV-2879
                         USDC No. 2:13-CV-2964

The joint designation of the record must be filed in the District Court within **14 days** from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Dantrell Johnson*

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

Mr. William W. Blevins
Mr. Frank Jacob D'Amico, Jr.
Mr. James Andrew Langan
Ms. Heather Fisher Lindsay