MINUTE ENTRY
WILKINSON, M.J.
JANUARY 24, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>No. 12-970, <u>Bon Secour Fisheries, Inc. et al.<br>v. BP Exploration & Production Inc. et al</u>. | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**HEARING ON MOTION**

APPEARANCES:   Justin Chopin, representing Deepwater Horizon Economic Claims Center ("DHECC"); Alex Bonin, representing Judgment Debtor Quan Vo, who also appeared

MOTION:   Motion of Deepwater Horizon Economic Claims Center ("DHECC") to Examine Judgment Debtor, Record Doc. No. 23409; Judgment Debtor Examination

O R D E R E D:

<u>XXX</u> : SATISFIED, subject to further document production. The judgment debtor, Quan Vo, appeared in person and was sworn before the court. He was ordered to proceed directly to DHECC's office to answer questions under oath as part of the judgment debtor examination. He complied. Counsel for DHECC, Justin Chopin, subsequently advised the court that the judgment debtor examination is **SATISFIED**, subject to further document production, which the judgment debtor must produce within 60 days.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 0 : 10